United States District Court
Southern District of Texas
**ENTERED**
May 01, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| State of Texas, et al | § § | |
| vs | § § § | Case No. 1:18−CV−068 |
| Kirstjen M. Nielson, et al | § | |

## ORDER TRANSFERRING CASE

The above cause of action is hereby transferred to U.S. District Judge Andrew S. Hanen.

Signed on May 1, 2018.

_____
Rolando Olvera
United States District Judge