IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS; <br><br> STATE OF ALABAMA; <br><br> STATE OF ARKANSAS; <br><br> STATE OF LOUISIANA; <br><br> STATE OF NEBRASKA; <br><br> STATE OF SOUTH CAROLINA; AND <br><br> STATE OF WEST VIRGINIA; <br> *Plaintiffs,* <br><br> *v.* <br><br> UNITED STATES OF AMERICA; <br><br> KIRSTJEN M. NIELSEN, Secretary of the U.S. Department of Homeland Security; <br><br> KEVIN K. MCALEENAN, Commissioner of U.S. Customs and Border Protection; <br><br> THOMAS D. HOMAN, Deputy Director and Acting Director of U.S. Immigration and Customs Enforcement; and <br><br> L. FRANCIS CISSNA, Director of U.S. Citizenship and Immigration Services, <br><br> CARLA L. PROVOST, Acting Chief of U.S. Border Patrol; <br> *Defendants.* | Case No. 1:18-cv-00068 |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

Plaintiffs respectfully request that the Court grant permission to exceed the 20-page limit by 29 pages in their Motion For Preliminary Injunction. Plaintiffs' motion raises complex issues in a case of national importance, and Plaintiffs require these extra pages to adequately present these issues to the Court. Plaintiffs seek this extension for good cause and in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted. Defendants do not oppose the request.

## CONCLUSION

Plaintiffs respectfully request that the Court grant Plaintiffs' Motion To Exceed Page Limits.

Respectfully submitted.

| | |
|---|---|
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | BRANTLEY STARR<br>Deputy First Assistant Attorney General<br>Tx. State Bar No. 24046904 |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | Southern District of Texas No. 2972033<br>Tel.: (512) 463-2100; Fax: (512) 936-0545<br>brantley.starr@oag.texas.gov |
| ALAN WILSON<br>Attorney General of South Carolina | P.O. Box 12548<br>Austin, Texas 78711-2548 |
| PATRICK MORRISEY<br>Attorney General of West Virginia | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Attorney-in-Charge
Special Counsel for Civil Litigation
Tx. State Bar No. 24081854
Southern District of Texas No. 2985472
Tel.: (512) 463-2100; Fax: (512) 936-0545
todd.disher@oag.texas.gov
P.O. Box 12548
Austin, Texas 78711-2548

ADAM ARTHUR BIGGS
Special Counsel for Civil Litigation
Tx. State Bar No. 24077727
Southern District of Texas No. 2964087
Tel.: (512) 463-2100; Fax: (512) 936-0545
adam.biggs@oag.texas.gov
P.O. Box 12548
Austin, Texas 78711-2548

### CERTIFICATE OF CONFERENCE

I certify that on May 1 and 2, 2018, I conferred with Brett Shumate and Stephen Pezzi, attorneys with the U.S. Department of Justice representing Defendants in this case. Defendants do not oppose this motion.

                         */s/ Todd Lawrence Disher*
                         TODD LAWRENCE DISHER
                         Special Counsel for Civil Litigation

                         **COUNSEL FOR PLAINTIFF STATES**

### CERTIFICATE OF SERVICE

I certify that on May 2, 2018, this *Plaintiffs' Unopposed Motion to Exceed Page Limits* was electronically filed with the Clerk of the Court using the CM/ECF system and served on Stephen Pezzi, attorney with the U.S. Department of Justice representing Defendants, via electronic mail.

                         */s/ Todd Lawrence Disher*
                         TODD LAWRENCE DISHER
                         Special Counsel for Civil Litigation

                         **COUNSEL FOR PLAINTIFF STATES**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS; <br><br> STATE OF ALABAMA; <br><br> STATE OF ARKANSAS; <br><br> STATE OF LOUISIANA; <br><br> STATE OF NEBRASKA; <br><br> STATE OF SOUTH CAROLINA; AND <br><br> STATE OF WEST VIRGINIA; <br>                                  *Plaintiffs,* <br><br> *v.* <br><br> UNITED STATES OF AMERICA; <br><br> KIRSTJEN M. NIELSEN, Secretary of the U.S. Department of Homeland Security; <br><br> KEVIN K. MCALEENAN, Commissioner of U.S. Customs and Border Protection; <br><br> THOMAS D. HOMAN, Deputy Director and Acting Director of U.S. Immigration and Customs Enforcement; and <br><br> L. FRANCIS CISSNA, Director of U.S. Citizenship and Immigration Services, <br><br> CARLA L. PROVOST, Acting Chief of U.S. Border Patrol; <br>                                  *Defendants.* | Case No. 1:18-cv-00068 |

# ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS

On this date, the Court considered Plaintiffs' Motion to Exceed Page Limits. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Exceed Page Limits is hereby GRANTED.

SIGNED on this the \_\_\_\_\_ day of May, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge