# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS;<br><br>STATE OF ALABAMA;<br><br>STATE OF ARKANSAS;<br><br>STATE OF LOUISIANA;<br><br>STATE OF NEBRASKA;<br><br>STATE OF SOUTH CAROLINA; AND<br><br>STATE OF WEST VIRGINIA;<br><br>    *Plaintiffs,*<br><br>*v.*<br><br>UNITED STATES OF AMERICA;<br><br>KIRSTJEN M. NIELSEN, Secretary of the U.S. Department of Homeland Security;<br><br>KEVIN K. MCALEENAN, Commissioner of U.S. Customs and Border Protection;<br><br>THOMAS D. HOMAN, Deputy Director and Acting Director of U.S. Immigration and Customs Enforcement; and<br><br>L. FRANCIS CISSNA, Director of U.S. Citizenship and Immigration Services,<br><br>CARLA L. PROVOST, Acting Chief of U.S. Border Patrol;<br><br>    *Defendants.* | Case No. 1:18-cv-00068 |

### ORDER GRANTING PLAINTIFFS'
### MOTION FOR PRELIMINARY INJUNCTION

On this date, the Court considered Plaintiffs' Motion for Preliminary Injunction.  After considering the Plaintiffs' Motion, Defendants' Response, and all other materials properly before the Court, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED.

SIGNED on this the _____ day of _____, 2018.


_____
Hon. Andrew S. Hanen
U.S. District Court Judge