**TABLE OF CONTENTS**

| Exhibit | Document | Pages | Volume |
|---|---|---|---|
| 1. | June 15, 2012, Memo from Janet Napolitano, former Secretary of Homeland Security, titled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children" ("DACA Memo") | App. 0001-4 | 1 |
| 2. | November 20, 2014, Memo from Jeh Charles Johnson, former Secretary of Homeland Security, titled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children and with Respect to Certain Individuals Who Are the Parents of U.S. Citizens or Permanent Residents" ("DAPA Memo") | App. 0005-10 | 1 |
| 3. | September 1, 2017, Press Release from Senator Chuck Grassley Titled "Data Indicate Unauthorized Immigrants Exploited Loophole to Gain Legal Status, Pathway to Citizenship | App. 0011-12 | 1 |
| 4. | June 29, 2017, Letter from Texas Attorney General Ken Paxton and ten other states to the U.S. Attorney General, urging the Trump Administration to phase out DACA | App. 0013-16 | 1 |
| 5. | September 5, 2017, Memorandum from Elaine C. Duke, Acting Secretary of U. S. Department of Homeland Security Titled "Rescission of the June 15, 2012 Memorandum Entitled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children" ("DACA Rescission Memo") | App. 0017-23 | 1 |
| 6. | September 5, 2017, remarks by U.S. Attorney General Jeff Sessions | App. 0024-28 | 1 |
| 7 | Joint Appendix: *United States, et al., v. State of Texas, et al.;* 136 S. Ct. 2271 (Volumes 1 and 2) | App. 0029-856 | 1 |
| 8. | Declaration of Lloyd B. Potter, Ph.D., State Demographer of Texas | App. 0857-874 | 2 |
| 9. | Declaration of Leonardo R. Lopez, Associate Commissioner for School Finance/Chief School Finance Officer, Texas Education Agency | App. 0875-879 | 2 |
| 10. | Declaration of Monica Smoot | App. 0880-941 | 2 |
| 11. | Declaration of Donald Deere, Ph.D., Senior Economist for Welch Consulting | App. 0942-956 | 2 |

| | | | |
|---|---|---|---|
| 12. | Petition for a Writ of Certiorari Before Judgment | App. 0957-998 | 2 |
| 13. | February 20, 2017, Memo from former Secretary of U.S. Department of Homeland Security John F. Kelly titled "Enforcement of the Immigration Laws to Serve the National Interest" | App. 0999-1005 | 2 |
| 14. | Declaration of Kenneth Palinkas, President of Local 0235, AFGE, AFL-CIO | App. 1006-1009 | 2 |
| 15. | U. S. Citizenship and Immigration Services Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals, Fiscal Year 2012-2017 | App. 1010-1012 | 2 |
| 16. | U.S. Department of Homeland Security Standard Operating Procedures: Deferred Action for Childhood Arrivals | App. 1013-1150 | 3 |
| 17. | October 9, 2014, Letter from former Director of U.S. Citizenship and Immigration Services León Rodriguez responding to Senator Charles Grassley's request for information | App. 1151-1170 | 4 |
| 18. | October 9, 2014, Letter from former Director of U.S. Citizenship and Immigration Services León Rodriguez responding to Senator Charles Grassley's request for information regarding immigration parole authority | App. 1171-1173 | 4 |
| 19. | U.S. Department of Justice's November 19, 2014, Memorandum Opinion for the Secretary of Homeland Security and the Counsel to the President ("OLC Memo") | App. 1174-1207 | 4 |
| 20. | U.S. Citizenship and Immigration Services's Deferred Action for Child Arrivals (DACA) Toolkit | App. 1208-1242 | 4 |