United States District Court
Southern District of Texas
**ENTERED**
May 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| Nielsen, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey S. Robins<br>U.S. Dept. of Justice, Civil Div., Office of Imm. Lit.<br>450 4th Street, NW<br>Washington, DC 20001<br>(202) 616-1246; jeffrey.robins@usdoj.gov<br>New York State - 4355244 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/4/2018 | Signed: | /s/ Jeffrey S. Robins |
|---|---|---|

| The state bar reports that the applicant's status is: | Currently Registered. |
|---|---|
| Dated: 5/4/2018 | Clerk's signature   s/ Balvina Campos |

**Order**

Dated: 5/7/18

This lawyer is admitted *pro hac vice*.

United States District Judge