United States District Court
Southern District of Texas

**ENTERED**

May 09, 2018

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-18-068 |
| | § | |
| KIRSTJEN M. NIELSEN, SECRETARY OF | § | |
| THE U.S. DEPARTMENT OF HOMELAND | § | |
| SECURITY, ET AL., | § | |
| Defendants. | § | |

# ORDER

The Court will hold a scheduling conference by phone on **May 15, 2018** at **10:30 a.m.**

**(CST)**.  Counsel for the Plaintiffs, Todd L. Disher, counsel for the Defendants, Jeffrey S. Robins,

Brett Shumate or Stephen Pezzi, and counsel for proposed Intervenors, Nina Perales, are ordered

to appear.  The District Clerk's Office will provide each counsel with the appropriate call-in number.

If any of the above-named counsel are unavailable, they may designate a substitute, but that

individual must have the authority to bind their clients.

Signed this 9th day of May, 2018.

Andrew S. Hanen
United States District Judge