IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:18-CV-0068 |
| v. | § § | JUDGE ANDREW S. HANEN |
| KIRSTJIEN M. NIELSEN, Et al | § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Assistant United States Attorney Daniel D. Hu is hereby entering his appearance as local counsel in this action. Jeffrey S. Robins remains attorney in charge for defendants.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By: /s/ Daniel D. Hu
DANIEL D. HU
Assistant United States Attorney
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
713-567-9000 (PHONE)
713-718-3300 (FAX)
E-mail: Daniel.Hu@usdoj.gov

**Certificate of Service**

On May 10, 2018 all counsel of record were served via ECF with this document.

/s/ Daniel D. Hu
Daniel D. Hu, AUSA
