IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> *v.* ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*; ) <br> ) <br> *Defendants.* ) <br> ) | Case No. 1:18-cv-00068 |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiffs file this Notice of Appearance of Counsel and hereby notify the Court that Special Counsel for Civil Litigation Adam Arthur Biggs will appear as co-counsel for the Plaintiffs in the above case, along with Special Counsel for Civil Litigation Todd Lawrence Disher, who will remain lead counsel. Mr. Biggs is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules.

Respectfully submitted.

| | |
|---|---|
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |
| ALAN WILSON<br>Attorney General of South Carolina | TODD LAWRENCE DISHER<br>Attorney-in-Charge<br>Special Counsel for Civil Litigation |
| PATRICK MORRISEY<br>Attorney General of West Virginia | /s/ Adam Arthur Biggs<br>ADAM ARTHUR BIGGS<br>Special Counsel for Civil Litigation<br>Tx. State Bar No. 24077727<br>Southern District of Texas No. 2964087<br>Tel.: (512) 463-2100; Fax: (512) 936-0545<br>adam.biggs@oag.texas.gov<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |

**COUNSEL FOR PLAINTIFF STATES**

**CERTIFICATE OF SERVICE**

I certify that on May 14, 2018, this Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 /s/ Adam Arthur Biggs
Adam Arthur Biggs
Special Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**