IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | )  Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiffs file this Notice of Appearance of Counsel and hereby notify the Court that Deputy First Assistant Attorney General Brantley Starr will appear as co-counsel for the Plaintiffs in the above case, along with Special Counsel for Civil Litigation Todd Lawrence Disher, who will remain lead counsel. Mr. Starr is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules.

|  | Respectfully submitted. |
|---|---|
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | */s/ Brantley Starr*<br>BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | Tx. State Bar No. 24046904<br>Southern District of Texas No. 2985472<br>Tel.: (512) 936-8160; Fax: (512) 936-0545 |
| ALAN WILSON<br>Attorney General of South Carolina | brantley.starr@oag.texas.gov<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| PATRICK MORRISEY<br>Attorney General of West Virginia | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |
|  | TODD LAWRENCE DISHER<br>Attorney-in-Charge<br>Special Counsel for Civil Litigation |
|  | ADAM ARTHUR BIGGS<br>Special Counsel for Civil Litigation |

**COUNSEL FOR PLAINTIFF STATES**

### CERTIFICATE OF SERVICE

I certify that on May 14, 2018, this Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Brantley Starr*
Brantley Starr
Deputy First Assistant General

**COUNSEL FOR PLAINTIFF STATES**