| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| Kirstjen M. Nielsen, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brett A. Shumate<br>U.S. Department of Justice<br>950 Pennsylvania Ave.<br>Washington, DC 20530<br>202-514-2331<br>brett.a.shumate@usdoj.gov<br>DC (974673) |
|---|---|

| Name of party applicant seeks to appear for: | Kirstjen M. Nielsen, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ___   No ___ ✓ ___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/14/2018 | Signed: | /s/ Brett A. Shumate |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:              Clerk's signature

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
                                                        United States District Judge