| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| Kirstjen M. Nielsen, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brett A. Shumate<br>U.S. Department of Justice<br>950 Pennsylvania Ave.<br>Washington, DC 20530<br>202-514-2331<br>brett.a.shumate@usdoj.gov<br>DC (974673) |
|---|---|

| Name of party applicant seeks to appear for: | Kirstjen M. Nielsen, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/14/2018 | Signed: | /s/ Brett A. Shumate |
|---|---|---|

| The state bar reports that the applicant's status is: | Active and in good standing. |
|---|---|
| Dated: 5/15/2018 | Clerk's signature     s/ Balvina Campos |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge