<u>**CAUSE NO. 1:18-CV-00068**</u>

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL<br>**PLAINTIFF** | § § § | |
| VS. | § § § | IN THE US DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS |
| UNITED STATES OF AMERICA, ET AL<br>**DEFENDANT** | § § § § § | |

**SUMMONS IN A CIVIL MATTER**
**RETURN OF SERVICE**

THIS SUMMONS FOR KIRSTJEN M. NIELSEN, SECRETARY U.S. DEPARTMENT OF HOMELAND SECURITY C/O CIVIL PROCESS CLERKCIVIL PROCESS CLERK OFFICE OF U. S. ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS, SOUTHERN DISTRICT OF TEXAS WAS RECEIVED BY ME ON MAY 15, 2018 AT 10:15 AM.

I SERVED THE SUMMONS ON PAMELA ANDERSON, LEGAL ASSISTANT WHO REPRESENTED THAT THEY WERE AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF KIRSTJEN M. NIELSEN, SECRETARY U.S. DEPARTMENT OF HOMELAND SECURITY C/O CIVIL PROCESS CLERKCIVIL PROCESS CLERK OFFICE OF U. S. ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS, SOUTHERN DISTRICT OF TEXAS ON MAY 16, 2018 AT 9:39 AM AT 1000 Louisiana, Ste. 2300, HOUSTON, TX, 77002.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.


/S/ EDDIE AGUIRRE


EDDIE AGUIRRE
PROCESS SERVER


Internal OAG Case # CX0379999776
DocID: P253806_1