## CAUSE NO. 1:18-CV-00068

| | |
|---|---|
| STATE OF TEXAS, ET AL **PLAINTIFF** § § § | |
| VS. § § | IN THE US DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS |
| UNITED STATES OF AMERICA, ET AL **DEFENDANT** § § § § § | |

## SUMMONS IN A CIVIL MATTER
## RETURN OF SERVICE

THIS SUMMONS FOR KEVIN K. MCALEENAN, COMMISSIONER U.S. CUSTOMS AND BORDER PROTECTION C/O CIVIL PROCESS CLERK OFFICE OF U. S. ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS WAS RECEIVED BY ME ON MAY 15, 2018 AT 10:17 AM.

I SERVED THE SUMMONS ON PAMELA ANDERSON, LEGAL ASSISTANT WHO REPRESENTED THAT THEY WERE AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF KEVIN K. MCALEENAN, COMMISSIONER U.S. CUSTOMS AND BORDER PROTECTION C/O CIVIL PROCESS CLERK OFFICE OF U. S. ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS ON MAY 16, 2018 AT 9:39 AM AT 1000 Louisiana, Ste. 2300, HOUSTON, TX, 77002.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.


/S/ EDDIE AGUIRRE


EDDIE AGUIRRE
PROCESS SERVER


Internal OAG Case # CX0379999776
DocID: P253807_1