## CAUSE NO. 1:18-CV-00068

STATE OF TEXAS, ET AL
**PLAINTIFF**

§
§
§
VS.                                              §        IN THE US DISTRICT COURT, SOUTHERN
§                                 DISTRICT OF TEXAS
§
UNITED STATES OF AMERICA, ET AL                  §
**DEFENDANT**                                    §
§
§
§

## SUMMONS IN A CIVIL MATTER
## RETURN OF SERVICE

THIS SUMMONS FOR THOMAS D. HOMAN, DEPUTY DIRECTOR AND ACTING DIRECTOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT C/O CIVIL PROCESS CLERK OFFICE OF U. S. ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS WAS RECEIVED BY ME ON MAY 15, 2018 AT 10:18 AM.

I SERVED THE SUMMONS ON PAMELA ANDERSON, LEGAL ASSISTANT WHO REPRESENTED THAT THEY WERE AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THOMAS D. HOMAN, DEPUTY DIRECTOR AND ACTING DIRECTOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT C/O CIVIL PROCESS CLERK OFFICE OF U. S. ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS ON MAY 16, 2018 AT 9:39 AM AT 1000 Louisiana, Ste. 2300, HOUSTON,  TX, 77002.

I DECLARE UNDER PENALTY OF PERJURY THAT THIS INFORMATION IS TRUE.

/S/ EDDIE AGUIRRE

EDDIE AGUIRRE
PROCESS SERVER

Internal OAG Case # CX0379999776
DocID: P253809_1