UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
**FILED**
MAY 17 2018
David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kenneth S. Levine<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street<br>Newark, NJ 07101<br>Tel: 973-648-2881; kenneth.levine@law.njoag.gov<br>NJ239452017<br>Federal (Southern District of New York) Bar Code: KL8605 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey (proposed intervenor) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____<br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 5/14/2018 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 5/18/18 | Clerk's signature: [signature] |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                                                United States District Judge