UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

United States District Court
Southern District of Texas
FILED
MAY 17 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rachel Wainer Apter, Assistant Attorney General<br>State of New Jersey, Office of the Attorney General<br>25 Market Street, PO Box 080<br>Trenton, NJ 08625<br>New Jersey (030312007) & New York (4640975)<br>Second Circuit of Appeals, United States Supreme Court |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey (proposed defendant - intervenor) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/14/18 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 5/18/18 | Clerk's signature *[signature]* |

**Order**    This lawyer is admitted *pro hac vice.*

Dated: _____          _____
                                United States District Judge



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Rachel Wainer Apter** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 14th day of January 2009, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 27, 2018.

*Aprilanne Agostino*
Clerk of the Court

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **RACHEL WAINER APTER** (No. **030312007**) was constituted and appointed an Attorney at Law of New Jersey on **November 14, 2007** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **28TH** day of **March**, 20**18**



*Clerk of the Supreme Court*