```
 1            IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
 2                  BROWNSVILLE DIVISION


 3
     STATE OF TEXAS                )
 4                                 )
     VS.                           ) CIVIL ACTION NO.
 5                                 ) 1:18-CV-68
     UNITED STATES OF AMERICA      )
 6   ET AL.

 7

 8

 9                  TELEPHONIC CONFERENCE
             BEFORE THE HONORABLE ANDREW S. HANEN
10                    MAY 15, 2018

11

12                A P P E A R A N C E S

13
      FOR THE PLAINTIFF STATES:
14
          MR. TODD LAWRENCE DISHER
15        OFFICE OF THE ATTORNEY GENERAL
          OF TEXAS
16        209 W. 14th Street
          8th Floor
17        Austin, Texas 78701
          Phone:  512.936.2266
18
          MR. BRANTLEY STARR
19        OFFICE OF THE ATTORNEY GENERAL
          OF TEXAS
20        209 W. 14th Street
          Austin, Texas 78701
21        Phone:  512.936.8160

22        MR. ADAM ARTHUR BIGGS
          OFFICE OF THE ATTORNEY GENERAL
23        300 W. 15th Street
          Austin, Texas 78701
24        Phone:  512.463.2100

25
```

```
 1   FOR THE UNITED STATES:

 2       MR. JEFFERY S. ROBBINS
         U.S. DEPARTMENT OF JUSTICE
 3       PO Box 868
         Washington, DC 20044
 4       Phone:  202.616.1246


 5
         MR. BRETT A. SHUMATE
 6       United States Department of
         Justice
 7       950 Pennsylvania Avenue
         Washington, DC 20530
 8       Phone:  202.514.2331

 9
         MR. DANIEL DAVID HU
10       OFFICE OF THE US ATTORNEYS
         OFFICE
11       1000 Louisiana
         Suite 2300
12       Houston, Texas 77002
         Phone:  713.567.9518
13
     FOR THE INTERVENORS:
14
         MS. NINA PERALES
15       CELINA YSELA MORENO
         MALDEF
16       110 Broadway
         Suite 300
17       San Antonio, Texas 78205
         Phone:  210.224.5476
18

19       MR. JOHN PAUL SALMON
         MEXICAN AMERICAN LEGAL DEFENSE
20       AND EDUCATIONAL FUND
         110 Broadway
21       Suite 300
         San Antonio, Texas 78205
22       Phone:  469.226.8741

23

24

25
```

| | | |
|---|---|---|
| 10:33:09 | 1 | THE COURT:  This is Judge Hanen.  We're on |
| 10:33:10 | 2 | the record in B-18-CV-68, State of Texas et al. versus |
| 10:33:14 | 3 | United States et al. |
| 10:33:17 | 4 | Who do I have leading the way for the |
| 10:33:22 | 5 | states, the Plaintiffs? |
| 10:33:25 | 6 | MR. DISHER:  Good morning, Your Honor, this |
| 10:33:26 | 7 | is Todd Disher with the Texas Attorney General's Office |
| 10:33:28 | 8 | for the Plaintiff states and with me I have |
| 10:33:31 | 9 | Brantley Starr and then on the line as well I have |
| 10:33:34 | 10 | Adam Biggs. |
| 10:33:34 | 11 | THE COURT:  All right.  And for the |
| 10:33:35 | 12 | United States, who's on the line? |
| 10:33:38 | 13 | MR. ROBBINS:  Good morning, Your Honor, this |
| 10:33:39 | 14 | is Jeffrey Robbins from the Department of Justice Office |
| 10:33:44 | 15 | Immigration Litigation and I have with me Brett Shumate |
| 10:33:46 | 16 | and on the line is Mr. Daniel Hu from the |
| 10:33:48 | 17 | Southern District of Texas. |
| 10:33:49 | 18 | THE COURT:  All right.  And then I have -- |
| 10:33:51 | 19 | even though I have not granted the motion to intervene, |
| 10:33:55 | 20 | do I have someone representing the putative Intervenors? |
| 10:34:01 | 21 | MS. PERALES:  Yes, Your Honor.  Good |
| 10:34:02 | 22 | morning.  This is Nina Perales for the proposed |
| 10:34:06 | 23 | Defendant Intervenors Carlos Perez et al. and with me on |
| 10:34:10 | 24 | the line are Mr. Jack Salmon and Ms. Celina Moreno. |
| 10:34:17 | 25 | THE COURT:  Okay.  All right, counsel, I |

| | | |
|---|---|---|
| 10:34:18 | 1 | just briefly wanted to get us together to do just a |
| 10:34:20 | 2 | couple housekeeping matters, which is one of the reasons |
| 10:34:23 | 3 | I just said let's do this on -- by the phone.  And |
| 10:34:27 | 4 | the -- the most important thing is does anybody oppose |
| 10:34:30 | 5 | the intervention? |
| 10:34:33 | 6 | MR. DISHER:  Your Honor, this is Todd Disher |
| 10:34:36 | 7 | for the State of Texas and the Plaintiff states, we do |
| 10:34:38 | 8 | not oppose the proposed intervention by the 22 |
| 10:34:42 | 9 | individual DACA recipients. |
| 10:34:44 | 10 | THE COURT:  All right.  Mr. Robbins, what |
| 10:34:46 | 11 | about the folks, the -- the -- from the United States? |
| 10:34:48 | 12 | MR. ROBBINS:  We do not oppose, Your Honor. |
| 10:34:50 | 13 | THE COURT:  All right.  Ms. Perales, your |
| 10:34:51 | 14 | people are in. |
| 10:34:53 | 15 | MS. PERALES:  Thank you, Your Honor. |
| 10:34:54 | 16 | THE COURT:  All right.  Now, what I want to |
| 10:34:59 | 17 | do and just for purposes, the only other pending thing |
| 10:35:03 | 18 | other than the actual request for an injunction is |
| 10:35:09 | 19 | Mr. Shumate for the Government has asked to appear |
| 10:35:11 | 20 | pro hac vice and I'm granting that as well. |
| 10:35:16 | 21 | What I'd like y'all to do so that we have |
| 10:35:18 | 22 | kind of a three-sided case and I didn't -- I could have |
| 10:35:21 | 23 | done this, I guess, by -- by an order but it just -- |
| 10:35:25 | 24 | since Ms. Perales' folks weren't officially in yet, I -- |
| 10:35:29 | 25 | that's why I did it by phone, I would like the three of |

10:35:33  1    of y'all, the three sides, to get together and

10:35:39  2    propose -- come up with an agreed upon schedule.  And,

10:35:42  3    obviously, if you can't agree, that's fine and I'll

10:35:45  4    resolve it.  But I want to have a hearing at 11:00 on

10:35:52  5    May 30th.  And -- and I would like -- if you can agree,

10:35:57  6    I'd like the schedule to me by May 25th.  And if you

10:36:04  7    can't agree, then I would like each of the three sides,

10:36:09  8    so to speak, to give me your proposal by May 25th.

10:36:15  9              And -- and that way, on the 30th, we can

10:36:18  10   resolve that.  And, so, on the 30th, I -- I'm expecting

10:36:23  11   whoever attends for the whatever side they're

10:36:27  12   representing needs to have full authority to commit.

10:36:34  13   You know, so don't -- don't -- don't show up and say,

10:36:36  14   well, I have to call back home and find out if I can do

10:36:38  15   this or not.  So whoever comes, I'm going to assume they

10:36:42  16   have full authority.

10:36:45  17             MR. ROBBINS:  Your Honor, this is --

10:36:46  18             THE COURT:  Go ahead.

10:36:47  19             MR. ROBBINS:  -- Jeffrey Robbins for

10:36:48  20   Defendant.  Do you contemplate that being telephonic or

10:36:51  21   in person?

10:36:52  22             THE COURT:  No, in person here on the 30th.

10:36:56  23   Now, if there -- somebody has a -- I -- I did that -- I

10:36:58  24   purposefully didn't put it on 29th because I was -- I --

10:37:02  25   I knew, Mr. Robbins, your folks would have to travel and

10:37:06  1  so I didn't want to spoil your Memorial Day weekend.  So

10:37:11  2  I'm spoiling the day after Memorial Day for you instead

10:37:16  3  of that.  But if -- so let's plan on 11:00 a.m. down

10:37:22  4  here and we'll get a schedule in place.  And then I'll

10:37:32  5  take up any other action that we -- that needs to be

10:37:36  6  resolved on that day.

10:37:38  7          But I assume we -- you know, we're going to

10:37:44  8  have a lot of briefing and, if it's like the prior case

10:37:47  9  we had, we'll have a whole bunch of amicus briefs and

10:37:51  10  things like that nature.

10:37:54  11          MS. PERALES:  Thank you, Your Honor.

10:37:56  12          MR. DISHER:  Your Honor -- Your Honor, this

10:37:57  13  is Todd Disher.  One question:  In terms of the proposed

10:38:00  14  schedule, are you contemplating a proposed schedule on

10:38:04  15  the briefings of the PI or for the entire litigation

10:38:07  16  going forward?

10:38:08  17          THE COURT:  Well, I -- I was thinking just

10:38:10  18  in terms of the preliminary injunction because I -- I

10:38:13  19  figured that was the hot button issue.  And then once

10:38:16  20  that was resolved one way or the other, then we could

10:38:19  21  talk about the rest of the case.  So I'm -- I'm -- I'm

10:38:23  22  thinking, you know, what are we going to do over the

10:38:25  23  next two to three months.

10:38:29  24          MR. DISHER:  Okay.  Understood.  Thank you.

10:38:32  25          MR. ROBBINS:  Your Honor, this is

10:38:33   1    Jeffrey Robbins for Defendants.   One additional

10:38:35   2    question:   Does -- would -- would the Court consider

10:38:37   3    holding this hearing in -- in Houston; is that a

10:38:41   4    possibility?

10:38:45   5                  THE COURT:   Yeah, I --

10:38:51   6                  MR. ROBBINS:   We haven't had a chance to

10:38:53   7    confer with the other parties, obviously, but --

10:38:56   8                  THE COURT:   Ms. Perales, what's your view on

10:38:59   9    that?

10:38:59  10                  MS. PERALES:   Your Honor, we're agnostic.

10:39:04  11    We can -- we can appear at the Court's convenience and

10:39:09  12    wherever the Court finds it most convenient.

10:39:13  13                  THE COURT:   Okay.  Mr. Disher, do you care

10:39:22  14    one way or the other?

10:39:23  15                  MR. DISHER:   No, Your Honor.  We're -- we're

10:39:25  16    happy to come to Brownsville or Houston, either way is

10:39:28  17    fine with us.

10:39:28  18                  THE COURT:   Well, I understand, you know,

10:39:30  19    Houston --

10:39:34  20                  MS. PERALES:   Your Honor, may I ask a

10:39:35  21    question?  This is Nina Perales.

10:39:37  22                  THE COURT:   You may.

10:39:38  23                  MS. PERALES:   It -- it sounds like the Court

10:39:40  24    is contemplating entry of the scheduling order for

10:39:43  25    briefing on the motion for preliminary injunction.   We

| | | |
|---|---|---|
| 10:39:47 | 1 | have computed that currently the response to the motion |
| 10:39:52 | 2 | for preliminary injunction is May 23rd and -- and that |
| 10:39:56 | 3 | would be after the submission on scheduling would be due |
| 10:40:01 | 4 | on May 25th.  I mean, before, I'm sorry, I'm sorry, |
| 10:40:05 | 5 | before.  So I was just wondering if the Court is |
| 10:40:08 | 6 | contemplating setting a schedule for briefing on the PI |
| 10:40:13 | 7 | motion that is -- is different from what we're looking |
| 10:40:17 | 8 | at currently? |
| 10:40:18 | 9 |         THE COURT:  Yes, I am contemplating that. |
| 10:40:20 | 10 | Because I figured y'all would need more time. |
| 10:40:23 | 11 |         MS. PERALES:  Thank you, Your Honor. |
| 10:40:34 | 12 |         MR. ROBBINS:  Your Honor, if I may?  This is |
| 10:40:35 | 13 | Jeffrey Robbins for Defendants again. |
| 10:40:36 | 14 |         THE COURT:  Go ahead. |
| 10:40:37 | 15 |         MR. ROBBINS:  The Defendants would note |
| 10:40:40 | 16 | that we might even be prepared to -- to file our |
| 10:40:42 | 17 | opposition by the end of this week and, so, while we |
| 10:40:45 | 18 | appreciate the Court's allowing the parties an |
| 10:40:47 | 19 | opportunity to talk about the scheduling, at least from |
| 10:40:51 | 20 | Defendant's perspective, we are prepared to have that |
| 10:40:56 | 21 | and confer with regards to scheduling and -- and |
| 10:40:58 | 22 | possibly even file following that confer even sooner |
| 10:41:02 | 23 | than -- than the Court is contemplating. |
| 10:41:04 | 24 |         THE COURT:  Okay.  Here's what I'm going to |
| 10:41:06 | 25 | do.  I'm going to hold the hearing on the 30th in |

10:41:08  1    Brownsville.  And I -- I apologize to make -- for the --

10:41:12  2    you folks that have to travel but -- but it's just a --

10:41:16  3    my schedule is such that I need to be here.

10:41:20  4              In future hearings, if it's more convenient,

10:41:24  5    I'll consider Houston.  But let's -- let's plan on then

10:41:32  6    11:00 on the -- on the 30th.

10:41:38  7              And then, Ms. Perales, I'll sign an order

10:41:41  8    admitting your people today.

10:41:44  9              MS. PERALES:  Thank you, Your Honor.

10:41:46  10             THE COURT:  All right.  Thank y'all.

10:41:51  11             MR. ROBBINS:  Thank you, Your Honor.

10:41:53  12             MR. DISHER:  Thank you, Your Honor.

10:41:53  13             MS. PERALES:  Thank you, Your Honor.

          14

          15                  REPORTER'S CERTIFICATE

          16

          17      I certify that the foregoing is a correct transcript

          18   from the record of proceedings in the above-entitled

          19   matter.

          20

          21

          22        /s/ Sheila E. Perales_____
                  SHEILA E. PERALES, CSR RPR CRR
          23      Exp. Date:  Dec. 31, 2018

          24

          25