IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**SCHEDULING ORDER ON
PLAINTIFFS' MOTION FOR PRELIMINARY INJUCTION**

IT IS ORDERED that:

Responses from Defendants and Intervenors to Plaintiffs' motion for preliminary injunction are due May 25, 2018;

Plaintiffs' reply in support of Plaintiffs' motion for preliminary injunction is due May 29, 2018; and

The Court will hold a hearing on Plaintiffs' motion for preliminary injunction on May 30, 2018.

SIGNED on this the _____ day of May, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge