United States District Court
Southern District of Texas

ENTERED
United States District Court
May 22 2018 Southern District of Texas
David J. Bradley, Clerk

FILED
MAY 17 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kenneth S. Levine<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street<br>Newark, NJ 07101<br>Tel: 973-648-2881; kenneth.levine@law.njoag.gov<br>NJ239452017<br>Federal (Southern District of New York) Bar Code: KL8605 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey (proposed intervenor) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/14/2018 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: *active* | |
|---|---|
| Dated: 5/18/18 | Clerk's signature |

| **Order** |
|---|
| Dated: 5/22/18 |

**This lawyer is admitted** *pro hac vice.*

United States District Judge