United States District Court
Southern District of Texas
**ENTERED**
May 22, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

versus

United States of America, et al.

United States District Court
Southern District of Texas
**FILED**
MAY 17 2018
David J. Bradley, Clerk of Court

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Rachel Wainer Apter, Assistant Attorney General<br>State of New Jersey, Office of the Attorney General<br>25 Market Street, PO Box 080<br>Trenton, NJ 08625<br>New Jersey (030312007) & New York (4640975)<br>Second Circuit of Appeals, United States Supreme Court |

| Name of party applicant seeks to appear for: | State of New Jersey (proposed defendant - intervenor) |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/14/18 | Signed: *[signature]* Rachel Wainer Apter |
|---|---|

| The state bar reports that the applicant's status is: | active |
|---|---|
| Dated: 5/18/18 | Clerk's signature *[signature]* |

**Order**

Dated: 5/22/18

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge