United States District Court
Southern District of Texas

**ENTERED**

May 22, 2018

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al., |
|---|

| *versus* |
|---|

| United States of America, et al. |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Paul H. Juzdan<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street<br>Newark, NJ 07101<br>Tel: 973-648-3183; paul.juzdan@law.njoag.gov<br>NJ - 116982014<br>District of New Jersey | United States Courts<br>Southern District of Texas<br>FILED<br><br>MAY 2 1 2018<br><br>David J. Bradley, Clerk of Court |
|---|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey (proposed intervenor) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   5/17/2018 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 5/22/2018 | Clerk's signature R. Hawkins |

| **Order** |   This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: 5/22/18 |   _____<br>United States District Judge |