United States District Court
Southern District of Texas
**ENTERED**
May 23, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | Civil Action No. 1:18-CV-00068 |
| v. § | |
| § | |
| The United States of America, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On May 21st, 2018, the State of New Jersey filed a motion to intervene as a defendant in this action. Lead counsel for the proposed defendant-interveners is hereby ordered to attend the status conference scheduled for 11:00 AM, Wednesday, May 30th, 2018.

Signed this 23rd day of May, 2018.

Andrew S. Hanen
United States District Judge