IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:18-CV-68 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| Proposed Defendant-Intervenor. | ) |

## [PROPOSED] SCHEDULING ORDER

It is hereby ORDERED that the following dates be entered to control the discovery and briefing of Plaintiffs' Motion for Preliminary Injunction and briefing on Defendants' and Defendant-Intervenors' Rule 12 motions:

| Event | Date |
|---|---|
| Discovery commences | May 31, 2018 |
| Discovery concludes | August 13, 2018 |
| Deadline for Defendants and Defendant-Intervenors to file Rule 12 motions and responses to Plaintiffs' Motion for Preliminary Injunction | September 10, 2018 |
| Deadline for any amicus curiae to file a brief supporting or opposing any party's brief on Rule 12 motions or Plaintiffs' Motion for Preliminary Injunction | September 17, 2018 |
| Deadline for Plaintiffs to file a reply in support of their Motion for Preliminary Injunction and responses to Defendants and Defendant-Intervenors' Rule 12 motions | October 1, 2018 |
| Deadline for Defendants and Defendant-Intervenors to file replies in support of their Rule 12 motions | October 11, 2018 |

1

Dated: May \_\_\_\_, 2018

                                                        _____
                                                        Hon. Andrew S. Hanen
                                                        United States District Judge