# EXHIBIT 1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § Plaintiffs, § § v. § § UNITED STATES OF AMERICA, *et al.*, § § Defendants, § § and § § KARLA PEREZ, MARIA ROCHA, JOSE MAGAÑA-SALGADO, NANCI J. PALACIOS GODINEZ, ELLY MARISOL ESTRADA, KARINA RUIZ DE DIAZ, CARLOS AGUILAR GONZALEZ, KARLA LOPEZ, LUIS A. RAFAEL, DARWIN VELASQUEZ, JIN PARK, OSCAR ALVAREZ, NANCY ADOSSI, DENISE ROMERO, PRATISHTHA KHANNA, JUNG WOO KIM, ANGEL SILVA, MOSES KAMAU CHEGE, HYO-WON JEON, ELIZABETH DIAZ, MARIA DIAZ, and BLANCA GONZALEZ, § § § § § § § § § § § § § § § § § § Defendant- § Intervenors. § | Case No. 1:18-CV-68 |

### DEFENDANT-INTERVENORS' PROPOSED SCHEDULING ORDER

It is hereby ORDERED that the following dates be entered to control the discovery and briefing of Plaintiffs' Motion for Preliminary Injunction and briefing on Defendants' and Defendant-Intervenors' Rule 12 motions:

1

2

| **Event** | **Deadline** |
|---|---|
| Discovery commences | May 31, 2018 |
| Discovery concludes | August 13, 2018 |
| Deadline for Defendants and Defendant-Intervenors to file Rule 12 motions and responses to Plaintiffs' Motion for Preliminary Injunction | September 10, 2018 |
| Deadline for any amicus curiae to file a brief supporting or opposing any party's brief on Rule 12 motions or Plaintiffs' Motion for Preliminary Injunction | September 17, 2018 |
| Deadline for Plaintiffs to file a reply in support of their Motion for Preliminary Injunction and responses to Defendant and Defendant-Intervenors' Rule 12 motions | October 1, 2018 |
| Deadline for Defendants and Defendant-Intervenors to file replies in support of their Rule 12 motions | October 11, 2018 |

Signed this the _____ day of _____, 2018.

_____
Andrew S. Hanen
United States District Judge