**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| KARLA PEREZ, *et al.*, | § | |
| | § | |
| Defendant- | § | |
| Intervenors. | § | |

**<u>ORDER</u>**

Pending before the Court is Defendant-Intervenors' Motion to Dismiss without Prejudice or, in the Alternative, to Transfer or Stay Proceedings.  After careful consideration, the Court is of the opinion that the motion has merit and should be GRANTED.

Accordingly, it is hereby ORDERED that the above-styled and numbered cause:

_____        is DISMISSED WITHOUT PREJUDICE.

_____        is transferred to U.S. District Court Judge William Alsup of the U.S. District Court for the Northern District of California.  The Clerk of Court is further ORDERED to transfer all pleadings, exhibits, transcripts, and other material in the Court's record in the above-styled and numbered cause to the Clerk of Court for the U.S. District Court for the Northern District of California.

1

_____ is stayed pending resolution of *Regents of University of California, et al. v. U.S. Department of Homeland Security, et al.*, No. 3:17-cv-5211, filed in the U.S. District Court for the Northern District of California.

Signed this _____ day of _____, 2018.

_____
Andrew S. Hanen
United States District Judge