## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Case No. 1:18-CV-68 |
| | § |
| UNITED STATES OF AMERICA, *et al.*, | § |
| | § |
| Defendants, | § |
| | § |
| and | § |
| | § |
| KARLA PEREZ *et al*., | § |
| | § |
| Defendant- | § |
| Intervenors. | § |

## **APPENDIX**

Pursuant to the Court's Civil Procedures, rule 7(a), Defendant-Intervenors Karla Perez, Maria Rocha, Jose Magaña-Salgado, Nanci J. Palacios Godinez, Elly Marisol Estrada, Karina Ruiz De Diaz, Carlos Aguilar Gonzalez, Karla Lopez, Luis A. Rafael, Darwin Velasquez, Jin Park, Oscar Alvarez, Nancy Adossi, Denise Romero, Pratishtha Khanna, Jung Woo Kim, Angel Silva, Moses Kamau Chege, Hyo-Won Jeon, Elizabeth Diaz, Maria Diaz, and Blanca Gonzalez hereby provide the Court with copies of the following authorities cited in support of the their Motion to Dismiss Without Prejudice or, in the Alternative, to Transfer or Stay Proceedings:

| EXH. NO. | AUTHORITY |
|---|---|
| 1. | Letter from Attorney General Jeff Sessions to DHS Acting Secretary Duke, DEP'T OF HOMELAND SEC. (Sept. 4, 2017) |
| 2. | Memorandum on Rescission of Deferred Action for Childhood Arrivals (DACA), DEP'T OF HOMELAND SEC. (Sept. 5, 2017) |

| | |
|---|---|
| **3.** | Compl., *Regents of Univ. of Cal., et al. v. U.S. Dep't of Homeland Sec.*, No. 3:17-cv-05211 (N.D. Cal. Sept. 8, 2017) |
| **4.** | Compl., *Trs. of Princeton Univ. et al. v. U.S.*, No. 1:17-cv-2325 (D.D.C. Nov. 3, 2017) |
| **5.** | Sec. Am. Compl., *Vidal et al. v. Nielsen*, No. 1:16-cv-4756 (E.D.N.Y. Sept. 19, 2017) |
| **6.** | Compl., *Casa de Md., et al. v. U.S. Dep't of Homeland Sec., et al.*, No. 8:17-cv-02942 (D. Md. Oct. 5, 2017) |
| **7.** | Pet. for a Writ of Cert. Before J., *U.S. Dep't of Homeland Sec., et al. v. Regents of the Univ. of Cal., et al.*, No. 17-1003 (U.S. Jan. 18, 2018) |
| **8.** | Pls.' Mot. for Provisional Relief, Memo. in Supp., *Regents of Univ. of Cal., et al. v. U.S. Dep't of Homeland Sec.*, No. 3:17-cv-05211 (N.D. Cal. Nov. 11, 2017) |
| **9.** | Defs.' Memo. in Opp'n to Pls.' Mot. for Provisional Relief, *Regents of Univ. of Cal., et al. v. U.S. Dep't of Homeland Sec.*, No. 3:17-cv-05211 (N.D. Cal. Nov. 22, 2017) |
| **10.** | Defs.' Notice of Mot. and Mot. to Dismiss All N.D. Cal. DACA Cases, Mem. in Supp., *Regents of Univ. of Cal., et al. v. U.S. Dep't of Homeland Sec.*, No. 3:17-cv-05211 (N.D. Cal. Nov. 1, 2017) |
| **11.** | Defs.' Mot. to Dismiss or, in the Alternative, for Summ. J., *Trs. of Princeton Univ., et al. v. U.S.*, et al., No. 1:17-cv-02325 (D.D.C. Nov. 22, 2017) |
| **12.** | Defs.' Mot. to Dismiss or, in the Alternative, for Summ. J., *Casa de Md., et al. v. U.S. Dep't of Homeland Sec., et al.*, No. 8:17-cv-02942 (D. Md. Nov. 15, 2017) |
| **13.** | Mem. of Law in Opp'n to Pls.' Mot. for a Prelim. Inj., *Batalla Vidal, et al. v. Kirstjen M. Nielsen, et al.*, No. 1:16-cv-04756 (E.D.N.Y. Jan. 13, 2018) |
| **14.** | Br. for the States of Tex., Ala., Ariz., Ark., Fla., Kan., La., Neb., S.C., S.D., and W. Va., Governor Phil Bryant of the State of Miss., and Paul R. Lepage, Governor of Me., as Amici Curiae in Supp. of Pet's, *U.S. Dep't of Homeland Sec., et al. v. Regents of the Univ. of Cal., et al.*, No. 17-1003 (U.S. Jan. 2018) |
| **15.** | *Gateway Mortgage Group, L.L.C. v. Lehman Brothers*, 694 F. App'x. 225 (5th Cir. 2017) (per curiam) (unpublished) |

Dated: May 29, 2018

Respectfully submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Celina Moreno (Tex. Bar No. 24074754)
(SD of Tex. Bar No. 2867694)
Jack Salmon (Tex. Bar No. 24068914)
(SD of Texas Bar No. 1130532)
Alejandra Ávila (Tex. Bar No. 24089252)
(SD of Tex. Bar No. 2677912)

2

110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**GARCÍA & GARCÍA,
ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, hereby certify that, on the 29th day of May, 2018, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Nina Perales*
Nina Perales