United States District Court
Southern District of Texas
**ENTERED**
May 30, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, | § § § | |
| Plaintiffs, | § § | Civil Action No. 1:18-CV-00068 |
| v. | § § | |
| The United States of America, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

On May 30th, 2018, the Court held a status conference to adjudicate several pending issues in this case. As described in that hearing, the following dates will control the procession of this case:

| | |
|---|---|
| Response to New Jersey's Motion to Intervene [Doc. No. 39] is due: | June 6, 2018 |
| Response to Plaintiff's Motion for Preliminary Injunction [Doc. No. 5] is due: | June 8, 2018 |
| Reply to Response to New Jersey's Motion to Intervene [Doc. No. 39] is due: | June 11, 2018 |
| Experts must be disclosed by: | June 15, 2018 |
| Discovery must be completed by: | June 29, 2018 |
| Post-discovery briefing is due: | July 7, 2018 |
| Responses to post-discovery briefings are due: | July 13, 2018 |
| Preliminary Injunction Hearing is set for 11:00 AM in Brownsville unless changed by subsequent order on: | July 17, 2018 |

Any party who wishes to seek discovery from Federal Defendants, except for discovery from an outside expert retained by Federal Defendants, must seek leave from the Court to do so.

Further, the Defendant-Intervenors' Motion to Dismiss [Doc. No. 51] is hereby denied without prejudice to refiling.

Signed this 30th day of May, 2018.

                                                    Andrew S. Hanen
                                                    United States District Judge