| AO 435 (Rev. 04/18) *Please Read Instructions* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. NAME Todd Lawrence Disher | 2. PHONE NUMBER (512) 936-2266 | 3. DATE 5/31/2018 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL todd.disher@oag.texas.gov | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER 1:18-cv-00068 | 9. JUDGE Hon. Andrew S. Hanen | DATES OF PROCEEDINGS 10. FROM 5/30/2018 | 11. TO 5/30/2018 |
| 12. CASE NAME State of Texas, et al., v. United States of America, et al. | | LOCATION OF PROCEEDINGS 13. CITY Brownsville | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Initial Pretrial Conference | 05/30/2018 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO OF COPIES | | |
| 14-Day | [ ] | [ ] | NO OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO OF COPIES | | |
| 3-Day | [ ] | [ ] | NO OF COPIES | | |
| DAILY | [ ] | [ ] | NO OF COPIES | | |
| HOURLY | [ ] | [ ] | NO OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE s/Todd Lawrence Disher | PROCESSED BY | |
| 19. DATE 5/31/2018 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**  COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY