UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | BROWNSVILLE | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| STATE OF TEXAS, et al. |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al. |

United States District Court
Southern District of Texas
FILED
JUN 05 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lawrence J. Joseph<br>Law Office of Lawrence J. Joseph<br>1250 Connecticut Avenue, NW, Suite 700-1A<br>Washington, DC 20036<br>DC Bar No. 464777; D.D.C. bar (no number) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Rep. Steve King, et al. (amicus coalition of Members of Congress) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/4/2018 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 6/5/18    Clerk's signature: Dor'Cile Bermudes |

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                              United States District Judge