United States District Court
Southern District of Texas

**ENTERED**
June 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | BROWNSVILLE | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

STATE OF TEXAS, et al.

versus

UNITED STATES OF AMERICA, et al.

United States District Court
Southern District of Texas
FILED
JUN 0 5 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lawrence J. Joseph<br>Law Office of Lawrence J. Joseph<br>1250 Connecticut Avenue, NW, Suite 700-1A<br>Washington, DC 20036<br>DC Bar No. 464777; D.D.C. bar (no number) |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Rep. Steve King, et al. (amicus coalition of Members of Congress) |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/4/2018 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 6/5/18 | Clerk's signature: Darlili Bermudes |
|---|---|

**Order**

Dated: 6/5/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge