UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeremy Hollander<br>Office of The Attorney General, State of New Jersey<br>124 Halsey St<br>Newark, NJ<br>973-648-7453; jeremy.hollander@law.njoag.gov<br>NJ (016272005) |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Defendant-Intervenor State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/7/2018 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:        Clerk's signature |

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                    United States District Judge