# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS,
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
|     Plaintiffs, | ) |
|     v. | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) Case No. 1:18-cv-0068-ASH |
|     Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
|     Defendants-Intervenors, | ) |
|     and | ) |
| STATE OF NEW JERSEY, | ) |
|     Movant. | ) |

## NOTICE OF APPEARANCE

Movants and *amici curiae* Congressmen Steve King, Andy Biggs, Louie Gohmert, Paul A. Gosar, Thomas Massie, and Ralph Norman (hereinafter, "Congressional *Amici*") file this Notice of Appearance of Counsel and hereby notify the Court Andrew L. Schlafly will appear as counsel of record for Congressional *Amici*, with Lawrence J. Joseph as co-counsel. Mr. Schlafly is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules; Mr. Joseph was admitted *pro hac vice* by Order dated June 5, 2018, and will file a Notice of Appearance upon the Office of the Clerk's approving his application for electronic case-filing privileges.

2

Dated: June 7, 2018                              Respectfully submitted,

/s/ Andrew L. Schlafly

Andrew L. Schlafly
  Attorney in Charge
New Jersey Bar No. 04066-2003
Southern District of Texas No. NJ04066
939 Old Chester Rd.
Far Hills, NJ 07931
Phone: (908) 719-8608
Fax: (908) 934-9207
Email: aschlafly@aol.com

*Counsel for Movants and Amici Curiae*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of June, 2018, I electronically filed the foregoing notice of appearance with the Clerk using the CM/ECF system, which I understand to have served the parties' counsel who are registered in as CM/ECF users.

                                             /s/ Andrew L. Schlafly
                                             Andrew L. Schlafly