IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
|     Plaintiffs, | ) |
|     v. | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) Case No. 1:18-cv-0068-ASH |
|     Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
|     Defendants-Intervenors, | ) |
|     and | ) |
| STATE OF NEW JERSEY, | ) |
|     Movant. | ) |

**[PROPOSED] ORDER**

On considering the unopposed motion of Congressman Steve King, Congressman Andy Biggs, Congressman Louie Gohmert, Congressman Paul A. Gosar, Congressman Thomas Massie, and Congressman Ralph Norman for leave to file a memorandum of law as *amici curiae* in support of plaintiffs' motion for a preliminary injunction, the memorandum of law submitted therewith, and the lack of any opposition thereto, the Court holds that the motion should be granted. For the foregoing reasons, it is hereby

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the Memorandum of Law submitted with the Motion for Leave to File.

Dated: _____, 2018

                                        _____
                                        UNITED STATES DISTRICT JUDGE