IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors. | § |

### ORDER

Pending before the Court is Defendant-Intervenors' Application for Leave to Conduct Discovery of Federal Defendants. After careful consideration, the Court is of the opinion that the application has merit and should be GRANTED.

Accordingly, it is hereby ORDERED that:

_____ Defendant-Intervenors have leave to take discovery of Federal Defendants.

_____ Federal Defendants must respond to Interrogatories and Requests for Production of Documents on a 10-day expedited schedule.

Signed this _____ day of _____, 2018.

_____
Andrew S. Hanen
United States District Judge