IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| STATE OF NEW JERSEY, | ) |
| Proposed Defendant-Intervenor. | ) |

**PROPOSED DEFENDANT-INTERVENOR'S RESPONSE TO
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

On May 2, 2018, Plaintiffs moved for a preliminary injunction to "enjoin the 2012 memorandum creating DACA." Dkt. 5 at 2. "A plaintiff seeking a preliminary injunction must establish [1] that he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is in the public interest." *Winter v. NRDC*, 555 U.S. 7, 20 (2008). Proposed Defendant-Intervenor State of New Jersey ("New Jersey") opposes Plaintiffs' motion for a preliminary injunction because Plaintiffs have established none of these four requirements. New Jersey has filed a Motion to Intervene (Dkt. 39) in this matter, which will be fully briefed by next Monday, June 11, 2018. If New Jersey's intervention motion is granted, New Jersey will submit a response brief to Plaintiffs' request for a preliminary injunction by the July 7,

1

2018, deadline for post-discovery briefs set forth in in this Court's May 30, 2018 Order (Dkt. 53).

Dated: June 8, 2018

        GURBIR S. GREWAL
        ATTORNEY GENERAL OF NEW JERSEY

By:   */s/Rachel Wainer Apter*
        Assistant Attorney General
        Attorney-in-Charge
        (admitted pro hac vice)
        Richard J. Hughes Justice Complex
        25 Market Street, 8th Floor
        Trenton, New Jersey 08625-0116
        Phone: (609) 376-2702
        Fax: (609) 777-4015
        Rachel.Apter@njoag.gov

        Jeremy Hollander, Assistant Attorney General
        (pro hac vice application pending)
        Kenneth S. Levine, Deputy Attorney General
        (admitted pro hac vice)
        Paul H. Juzdan, Deputy Attorney General
        (admitted pro hac vice)
        124 Halsey Street, 5th Floor
        Newark, New Jersey 07101

        *Attorneys for Proposed Defendant-Intervenor State of New Jersey*

## **CERTIFICATE OF SERVICE**

I certify that on June 8, 2018, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Rachel Wainer Apter*
Rachel Wainer Apter