| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Denise Hulett<br>Mexican American Legal Defense & Educ. Fund<br>1512 14th Street<br>Sacramento, CA   95814<br>(916) 444-3031; dhulett@maldef.org<br>California 121553<br>U.S. District Court of Northern District of California |
|---|---|

| Name of party applicant seeks to appear for: | Karla Perez, et al. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __     __ No __ ✓ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   6/8/2018 | Signed: | /s/ Denise Hulett |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____     _____
United States District Judge