United States District Court
Southern District of Texas
**ENTERED**
June 08, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-18-068 |
| | § | |
| UNITED STATES OF AMERICA, ET AL., | § | |
| Defendants. | § | |

# ORDER

On considering the Unopposed Motion of Congressman Steve King, Congressman Andy Biggs, Congressman Louie Gohmert, Congressman Paul A. Gosar, Congressman Thomas Massie, and Congressman Ralph Norman for Leave to File a Memorandum of Law as *Amici Curiae* in Support of Plaintiffs' Motion for a Preliminary Injunction the memorandum of law submitted therewith, and the lack of any opposition thereto, the Court holds that the motion should be granted. For the foregoing reasons, it is hereby ordered that the Motion for Leave to File is granted; and it is further ordered that the Clerk is directed to file the Memorandum of Law submitted with the motion for Leave to File.

Signed this 8th day of June, 2018.

Andrew S. Hanen
United States District Judge