Case 1:18-cv-00068   Document 72   Filed in TXSD on 06/11/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Denise Hulett<br>Mexican American Legal Defense & Educ. Fund<br>1512 14th Street<br>Sacramento, CA  95814<br>(916) 444-3031; dhulett@maldef.org<br>California 121553<br>U.S. District Court of Northern District of California |
|---|---|

| Name of party applicant seeks to appear for: | Karla Perez, et al. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 6/8/2018 | Signed: | /s/ Denise Hulett |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 6-11-18 | Clerk's signature  R. Nieto |

**Order**

Dated: 6/11/18

This lawyer is admitted *pro hac vice.*

_____
United States District Judge