UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Priscilla Orta<br>Mexican American Legal Defense & Educ. Fund<br>11 East Adams, Suite 700<br>Chicago, IL  60603<br>(312) 427-0701; porta@maldef.org<br>Kansas 25136<br>U.S. District Court of Northern District of Illinois 25136 |

| Name of party applicant seeks to appear for: | Karla Perez, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   No __ ✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/12/2018 | Signed: | /s/ Priscilla Orta |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:   Clerk's signature

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge