UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Priscilla Orta<br>Mexican American Legal Defense & Educ. Fund<br>11 East Adams, Suite 700<br>Chicago, IL  60603<br>(312) 427-0701; porta@maldef.org<br>Kansas 25136<br>U.S. District Court of Northern District of Illinois 25136 |
|---|---|

| Name of party applicant seeks to appear for: | Karla Perez, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____    No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/12/2018 | Signed: | /s/ Priscilla Orta |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: 6-13-18 | Clerk's signature | RNieto |
|---|---|---|

**Order**      This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                  United States District Judge