UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-00068 |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nicholas Dolinsky<br>New Jersey Attorney General's Office<br>124 Halsey Street<br>Newark, NJ 07101<br>Tel: 973-648-2500; nicholas.dolinsky@law.njoag.gov<br>NJ - 044202010<br>N/A |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey (proposed intervenor) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/11/2018 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: 6-13-18   Clerk's signature: [signature] Prieto |

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                    United States District Judge