Case 1:18-cv-00068 Document 77 Filed in TXSD on 06/12/18 Page 1 of 1
Case 1:18-cv-00068 Document 62-1 Filed in TXSD on 06/07/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|
| | State of Texas, et al. | | |
| | *versus* | | |
| | United States of America, et al. | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeremy Hollander<br>Office of The Attorney General, State of New Jersey<br>124 Halsey St<br>Newark, NJ<br>973-648-7453; jeremy.hollander@law.njoag.gov<br>NJ (016272005) |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Proposed Defendant-Intervenor State of New Jersey |

Has applicant been sanctioned by any bar association or court? Yes ___ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/7/2018 | Signed: /s/ |
|---|---|

The state bar reports that the applicant's status is: *active*

| Dated: 6-11-18 | Clerk's signature: Tcebares |
|---|---|

**Order**

Dated: 6/12/18

This lawyer is admitted *pro hac vice*.

_____
United States District Judge