UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-00068 |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Katherine Gregory<br>New Jersey Attorney General's Office<br>124 Halsey Street<br>Newark, NJ 07101<br>Tel: 973-648-2500; Katherine.Gregory@law.njoag.gov<br>New Jersey (184752016)<br>SDNY (KG9988) |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey (proposed intervenor) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/13/2018 | Signed: *[signature: Katherine Gregory]* |
|---|---|

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                United States District Judge