United States District Court
Southern District of Texas
**ENTERED**
June 13, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | Civil Action No. 1:18-CV-00068 |
| v. § | |
| § | |
| The United States of America, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On June 7th, 2018, Defendant-Intervenors Karla Perez, *et al.*, filed an Application for Leave to Conduct Discovery of Federal Defendants. [Doc. No. 65]. Defendant-Intervenors state in their motion that they have served Federal Defendants with two interrogatories and one request for production, but did not attach copies to the motion. Defendant-Intervenors are hereby ordered to file with the Court those discovery devices, and any others for which they request court intervention.

Signed this 13th day of June, 2018.

Andrew S. Hanen
United States District Judge