# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § Case No. 1:18-CV-68 <br> § <br> UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Defendants, § <br> § <br> and § <br> § <br> KARLA PEREZ, *et al.*, § <br> § <br> Defendant- § <br> Intervenors. § | |

## DEFENDANT-INTERVENORS' FIRST SET OF DISCOVERY REQUESTS TO DEFENDANTS

TO:   Defendants United States of America, *et al*., by and through Jeffrey S. Robins, Attorney in Charge, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, P.O. Box 868, Washington, D.C. 20044, (Jeffrey.Robins@usdoj.gov).

Pursuant to the Federal Rules of Civil Procedure and the Court's Scheduling Order issued on May 30, 2018 (Dkt. 53), Defendant-Intervenors Karla Perez, Maria Rocha, Jose Magaña-Salgado, Nanci J. Palacios Godinez, Elly Marisol Estrada, Karina Ruiz De Diaz, Carlos Aguilar Gonzalez, Karla Lopez, Luis A. Rafael, Darwin Velasquez, Jin Park, Oscar Alvarez, Nancy Adossi, Denise Romero, Pratishtha Khanna, Jung Woo Kim, Angel Silva, Moses Kamau Chege, Hyo-Won Jeon, Elizabeth Diaz, Maria Diaz, and Blanca Gonzalez (collectively, "Defendant-Intervenors") request that Defendants respond to Defendant-Intervenors' First Set of Discovery

1

Requests to Defendants, which follows, within ten (10) days from the date on which they receive email service of these discovery requests.

Dated: June 5, 2018                                    Respectfully submitted,

**MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Celina Moreno (Tex. Bar No. 24074754)
(SD of Tex. Bar No. 2867694)
Jack Salmon (Tex. Bar No. 24068914)
(SD of Texas Bar No. 1130532)
Alejandra Ávila (Tex. Bar No. 24089252)
(SD of Tex. Bar No. 2677912)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email: nperales@maldef.org

**GARCÍA & GARCÍA,
ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

**CERTIFICATE OF SERVICE**

   I hereby certify that, on June 5, 2018, I sent a true and correct copy of Defendant-Intervenors' First Set of Discovery Requests to Defendants by electronic mail to all counsel listed below:

Todd L. Disher
Special Counsel for Civil Litigation
P.O. Box 12548
Austin, TX 78711-2548
Todd.Disher@oag.texas.gov

Jeffrey S. Robins
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Washington, D.C. 20044
Jeffrey.Robins@usdoj.gov

Office of the General Counsel,
U.S. Department of Homeland,
Security 245 Murray Lane, SW Mail Stop 0485
Washington, DC 20528-0485
ogc@hq.dhs.gov

                */s/ Nina Perales*
                Nina Perales

3

## **DEFINITIONS**

The following terms are defined and used in these discovery requests as follows:

A. As used herein, the words "and" and "or" shall be construed either conjunctively or disjunctively as required by the context to bring within the scope of these requests any document that might be deemed outside its scope by another construction.

B. "Communication" shall mean and include every manner or means of disclosure, transfer, or exchange, and every disclosure, transfer, or exchange of information, whether orally or by document or whether face-to-face, by telephone, mail, e-mail, personal delivery, or otherwise.

C. "Defendants" shall refer to the named Defendants in this case, and any other persons acting or purporting to act on its behalf.

D. "Document" and "documents" are defined to be synonymous in meaning and equal in scope to the usage of the terms in Federal Rule of Civil Procedure 34(a), in its broadest sense, and shall mean and include all written, printed, typed, recorded or graphic matter of every kind and description, both originals and copies, and all attachments and appendices thereto, that are in the possession, custody or control of Defendants or in the possession, custody or control of counsel for Defendants. A draft of a non-identical copy is a separate document within the meaning of this term. Without limiting the term "control," a document is deemed to be within your control if you have ownership, possession or custody of the document, or the right to secure the document or copy thereof from any persons or public or private entity having physical control thereof.

E. To "identify" an individual means to state that individual's:
   a. full name;
   b. current or last known telephone numbers at business and home; and
   c. current or last known business and home addresses.

F. To "identify" a person means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

G. To "identify" an act, event, occurrence or communication means:
   a. to state its date;
   b. to identify the persons that were parties to and witnesses of the act, event, or occurrence, or communication;
   c. to describe where and how it took place; and
   d. to identify any document that constitutes or refers to such act, event, occurrence, or communication.

H. To "identify" a file means:

   a. to state the title contained therein; and
   b. to identify the person for whom the file is maintained.

I. To "identify" a statement means:
   a. to identify who made it;
   b. to identify who took or recorded it;
   c. to identify all persons, if any, present during the making thereof;
   d. to state when, where and how it was taken or recorded; and
   e. to identify who has current or last know possession, custody or control thereof.

J. To "identify: a document means:
   a. to identify all files in which it and all copies of it are found;
   b. to identify its author;
   c. to identify its addresses, if any;
   d. to identify those who received a copy thereof;
   e. to identify its current custodian or the person that had last known possession, custody or control thereof;
   f. to state the date of its preparation; and
   g. to state its general subject matter giving a reasonably detailed description thereof.

K. To "identify any other tangible thing means:
   a. to identify what it is, giving a reasonably detailed description thereof;
   b. to state when, where and how it was made, if applicable;
   c. to identify who made it, if applicable; and
   d. to identify its current custodian or the person that had last known possession, custody or control thereof.

L. The plural of any word used herein includes the singular, and the singular includes the plural.

M. The masculine gender of any word used herein includes the feminine and the neutral genders.

N. The past tense of any verb used herein includes the present tense, and the present tense includes the past tense.

O. As used herein, the term "DACA initiative" or "DACA program" or "DACA" refers to the guidance on exercising prosecutorial discretion with respect to individuals who came to the United States as children, as described in the June 15, 2012 memorandum by former Secretary of Homeland Security, Janet Napolitano.

P. As used herein, the term "DACA recipients" means a person who has been granted deferred action pursuant to the DACA initiative.

## INTERROGATORIES

### INTERROGATORY NO. 1

Please provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that Defendants may use to support their claims or defenses, unless solely for impeachment, identifying the subjects of the information. *See* Fed. R. Civ. P. 26(a)(1)(A)(i).

### RESPONSE

### INTERROGATORY NO. 2

Please provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of Defendants and that Defendants may use to support their claims or defenses, unless solely for impeachment. *See* Fed. R. Civ. P. 26(a)(1)(A)(ii).

### RESPONSE

6

## **REQUEST FOR PRODUCTION**

### **REQUEST FOR PRODUCTION NO. 1**

Please produce each document or other evidentiary material you identified in any of your responses to Defendant-Intervenors' interrogatories.