UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-00068 |
|---|---|---|---|
| State of Texas, et al., ||||
| *versus* ||||
| United States of America, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nicholas Dolinsky<br>New Jersey Attorney General's Office<br>124 Halsey Street<br>Newark, NJ 07101<br>Tel: 973-648-2500; nicholas.dolinsky@law.njoag.gov<br>NJ - 044202010<br>N/A |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey (proposed intervenor) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 6/11/2018   Signed: [signature]

The state bar reports that the applicant's status is:

Dated: 6-13-18   Clerk's signature: [signature] Nieto

### Order

Dated: 6/14/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge