United States District Court
Southern District of Texas
**ENTERED**
June 14, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al.

| | |
|---|---|
| Lawyer's Name | Priscilla Orta |
| Firm | Mexican American Legal Defense & Educ. Fund |
| Street | 11 East Adams, Suite 700 |
| City & Zip Code | Chicago, IL 60603 |
| Telephone & Email | (312) 427-0701; porta@maldef.org |
| Licensed: State & Number | Kansas 25136 |
| Federal Bar & Number | U.S. District Court of Northern District of Illinois 25136 |

| Name of party applicant seeks to appear for: | Karla Perez, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/12/2018 | Signed: | /s/ Priscilla Orta |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: 6-13-18 | Clerk's signature | T. Nieto |
|---|---|---|

**Order**

Dated: 6/14/18

This lawyer is admitted *pro hac vice*.

_____
United States District Judge