**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, MARIA ROCHA, § | |
| JOSE MAGAÑA-SALGADO, § | |
| NANCI J. PALACIOS GODINEZ, § | |
| ELLY MARISOL ESTRADA, KARINA § | |
| RUIZ DE DIAZ, CARLOS AGUILAR § | |
| GONZALEZ, KARLA LOPEZ, LUIS A. § | |
| RAFAEL, DARWIN VELASQUEZ, § | |
| JIN PARK, OSCAR ALVAREZ, § | |
| NANCY ADOSSI, DENISE ROMERO, § | |
| PRATISHTHA KHANNA, JUNG WOO § | |
| KIM, ANGEL SILVA, MOSES KAMAU § | |
| CHEGE, HYO-WON JEON, ELIZABETH § | |
| DIAZ, MARIA DIAZ, and BLANCA § | |
| GONZALEZ, § | |
| § | |
| Defendant-Intervenors. § | |

## NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF KENNETH PALINKAS

TO:   Plaintiff State of Texas, et al., through their attorney of record: Todd Disher, Special Counsel for Civil Litigation, P.O. Box 12548, Austin, Texas 78711-2548, todd.disher@oag.texas.gov.

YOU ARE HEREBY NOTIFIED THAT, PURSUANT TO FEDERAL RULE OF CIVIL

PROCEDURE 30, the deposition of KENNETH PALINKAS will be taken at 26 Federal Plaza,

New York, NY  10278 commencing on Tuesday, June 19, 2018, at 1:00 p.m.  The deposition

will be taken by stenographic means and also may be videotaped. The deposition will continue from day to day until completed.

Dated: June 12, 2018                                    Respectfully submitted,

                                                        **MEXICAN AMERICAN LEGAL
                                                        DEFENSE AND EDUCATIONAL FUND**

                                                        By:  */s/ Nina Perales*
                                                        Nina Perales (Tex. Bar No. 24005046);
                                                        (SD of Tex. Bar No. 21127)
                                                        Attorney-in-Charge
                                                        Celina Moreno (Tex. Bar No. 24074754)
                                                        (SD of Tex. Bar No. 2867694)
                                                        Jack Salmon (Tex. Bar No. 24068914)
                                                        (SD of Texas Bar No. 1130532)
                                                        Alejandra Ávila (Tex. Bar No. 24089252)
                                                        (SD of Tex. Bar No. 2677912)
                                                        110 Broadway, Suite 300
                                                        San Antonio, Texas 78205
                                                        Phone:  (210) 224-5476
                                                        Facsimile:  (210) 224-5382
                                                        Email: nperales@maldef.org

                                                        Denise Hulett
                                                        Mexican American Legal Defense and
                                                        Educational Fund
                                                        1512 14th Street
                                                        Sacramento, CA  95814
                                                        Phone: (916) 444-3031
                                                        Email: dhulett@maldef.org
                                                        (Admitted pro hac vice)

                                                        **GARCÍA & GARCÍA,
                                                        ATTORNEYS AT LAW P.L.L.C.**
                                                        Carlos Moctezuma García
                                                        (Tex. Bar No. 24065265)
                                                        (SD of Tex. Bar No. 1081768)
                                                        P.O. Box 4545
                                                        McAllen, TX 78502
                                                        Phone: (956) 630-3889
                                                        Facsimile: (956) 630-3899
                                                        Email: cgarcia@garciagarcialaw.com

                                                        Attorneys for Proposed Defendant-
                                                        Intervenors

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has emailed a true and correct copy of the above and foregoing on the 12th day of June, 2018

_/s/ Nina Perales_
Nina Perales