## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.                                                        Case Number: 1:18−cv−00068

United States of America, et al.

---

### NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S Hanen

**PLACE:**
by telephone
United States District Court
600 E. Harrison
Brownsville, TX

**DATE:** 6/18/2018

**TIME:** 03:30 PM

**TYPE OF PROCEEDING:** Telephone Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:    June 15, 2018

David J. Bradley, Clerk