United States District Court
Southern District of Texas
**ENTERED**
June 15, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al*, | § |
| Defendants. | § |

## ORDER

If the Defendant-Intervenors are opposed to the Motion for Leave to File an Amended Complaint (Doc. No. 84), they shall file a response to that motion on or before June 21, 2018.

Signed this 15th day of June, 2018.

_____
Andrew S. Hanen
United States District Judge