# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § § § § § § § § § | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | | |
| Defendants, | | |
| and | | |
| KARLA PEREZ, *et al*., | | |
| Defendant-Intervenors. | | |

## DEFENDANT-INTERVENORS' EXPERT DISCLOSURES

TO:   Plaintiff State of Texas, *et al.*, through their attorney of record: Todd Disher, Special Counsel for Civil Litigation, P.O. Box 12548, Austin, Texas 78711-2548, Tel.: (512) 463-2100; Fax: (512) 936-0545, todd.disher@oag.texas.gov.

Defendant-Intervenors Karla Perez, *et al.,* disclose the following in accordance with the Court's scheduling order.

1.   Amanda Brownson

Amanda Brownson is the Associate Executive Director of Governmental Relations for the Texas Association of School Business Officials.  From 2013 to 2016, Ms. Brownson served as Director of State Funding at the Texas Education Agency (TEA).  Ms. Brownson will testify that TEA does not track the number of undocumented children, unaccompanied immigrant children or DACA recipients enrolled in Texas public schools. Ms. Brownson will testify that because TEA

1

does not track these numbers, it is unclear what percentage of those students would be eligible for compensatory education weighted funding. Ms. Brownson will also testify to the unlikelihood that DACA recipients receive services that would generate funding under the bilingual or English as a Second Language weight. In addition, Ms. Brownson will testify to the role local property taxes play in providing for the cost of education in the State of Texas.

    2.    Barbara Hines

Barbara Hines is the former founder and director of the immigration clinic at the University of Texas School of Law. Ms. Hines has over four decades of experience representing clients in immigration matters including DACA. Based on her training, decades of experience practicing and teaching immigration law, and direct contact with undocumented youth and other attorneys who represent undocumented youth, Ms. Hines will offer the opinion that DACA is similar to other types of deferred action as well as discretionary applications such as TPS and VAWA, including with respect to accrual of unlawful presence and access to work authorization and advance parole. Ms. Hines will also offer the opinion that typically only qualified undocumented youth apply for DACA because of its demanding criteria and steep fees and that DACA recipients will not return to their country of origin if they lose DACA.

    3.    Stephen Legowsky

Dr. Stephen Legowsky is the former Chief Counsel of United States Citizenship and Immigration Services. Dr. Legomsky will provide his expert opinion based on his background, training, and experience in the area of deferred action and the exercise of prosecutorial discretion. Dr. Legomsky will provide his expert opinion that the Department of Homeland

Security (DHS) exercises prosecutorial discretion when it grants deferred action, including DACA, and will speak to the department's long history of doing so. Dr. Legomsky will further testify that deferred action: does not grant a non-citizen a legal immigration status; is revocable; and is not a barrier to the government commencing removal proceedings when it wishes to do so. In addition, Dr. Legomsky will testify to the relationship between deferred action, employment authorization and advance parole. Dr. Legomsky will also testify to DHS' departmental directive to exercise discretion while adjudicating DACA applications and to DACA application approval/denial rates.

4. Douglas Massey

Douglas S. Massey is a professor of Sociology and Public Affairs at Princeton University. Dr. Massey directs the New Immigrant Survey, the Latin American Migration Project and the Mexican Migration Project, which together collects and disseminates data on documented and undocumented migration. Dr. Massey will provide his expert opinion on the history of migration from Mexico and Central America to the United States. In addition, Dr. Massey will provide his expert opinion that DACA recipients, who all display strong ties to the United States and have lived in the United States for longer than five years, are statistically very unlikely to voluntarily return to their country of origin. Dr. Massey will further testify to the demographics of DACA recipients as compared to the overall undocumented population in the United States.

5. Gil Kerlikowske

R. Gil Kerlikowske is a former U.S. Customs and Border Patrol (CBP) Commissioner

who served as CBP Commissioner from 2014-2017.  Mr. Kerlikowske has approximately four decades of experience in law enforcement and drug policy.  Mr. Kerlikowske will provide his expert opinion that DACA allows CBP to more efficiently identify non-citizens who are not a priority for removal and allows individual CBP agents to better concentrate their limited enforcement efforts on those individuals who do pose a threat to national security, border security and public safety.  Mr. Kerlikowske will further testify that DACA improves national security, border security and public safety by providing front line law enforcement personnel with documentation from vetted individuals who do not pose a threat to public safety or border security and allowing agents to return more quickly to duties that have a higher priority.

6.     Roberto Gonzales

Dr. Roberto Gonzalez is a Professor of Education with tenure at Harvard University whose scholarship focuses on immigrant incorporation.  Dr. Gonzales will offer testimony regarding his long-term studies of undocumented youth and more recent research regaring DACA recipients.  Dr. Gonzales will testify that DACA has provided its recipients opportunities to access broader forms of adult life and to benefit from their investments in education, allowing them important opportunities to contribute to their families, communities, and the United States economy.  Dr. Gonzales will further testify that a repeal of DACA would have disastrous consequences for DACA's recipients and force a cruel transition back to a life of blocked access, daily struggles, and stigma.

7.     Leighton Ku

Dr. Leighton Ku is a Professor of Health Policy and Management and Director of the Center for Health Policy Research at the Milken Institute School of Public Health at George Washington University. Dr. Ku has over 25 years of experience in health policy research. Dr. Ku will offer testimony on DACA recipients' eligibility for medical insurance under the Affordable Care Act (ACA). He will testify that DACA and the ACA do not have a negative effect on employment rates of U.S. citizens, the economy, and the health care industry. Dr. Ku will also testify that DACA improves the mental health of DACA recipients and their families, and rescinding DACA will lead to increased health care and social welfare costs. Dr. Ku will further testify that the loss of DACA will harm states because of significant losses of private health insurance coverage.

8.    Tom Wong

Dr. Wong is a Professor of Political Science at the University of California, San Diego and an expert on immigration politics and policy. He will offer testimony regarding the relationship between DACA and increases in the arrivals of unaccompanied children at the Southwest border. Dr. Wong's conclusions are that the number of unaccompanied children arriving to the U.S. has been increasing since before DACA was instituted, and that there is no evidence that DACA is causally related to those increases. Instead, these increases are potentially caused by people fleeing violence in Central America.

9.    Ray Perryman

Dr. Perryman is an economist and will offer testimony regarding the economic impact of DACA recipients on Texas's labor force and economy, as well as responding to the testimony of

5

Plaintiffs' witnesses Donald Deere and Monica Smoot regarding DACA recipients and their effects on the labor market and use of public benefits. Dr. Perryman's conclusions are that immigrants are important to the Texas economy and fiscal wellbeing of government entities, that Ms. Smoot's analysis of DACA recipients' use of Texas public benefits is not accurate or dynamic, and that Dr. Deere presents a limited hypothetical that would have little or no actual effect on employment.

Dated: June 15, 2018                                Respectfully submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
By:  */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Celina Moreno (Tex. Bar No. 24074754)
(SD of Tex. Bar No. 2867694)
Jack Salmon (Tex. Bar No. 24068914)
(SD of Texas Bar No. 1130532)
Alejandra Ávila (Tex. Bar No. 24089252)
(SD of Tex. Bar No. 2677912)
Ernest I. Herrera (Tex. Bar No. 24094718);
(SD of Tex. Bar No. 2462211)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email: nperales@maldef.org

Denise Hulett
Mexican American Legal Defense and Educational Fund
1512 14th Street
Sacramento, CA  95814
Phone: (916) 444-3031
Email: dhulett@maldef.org
(Admitted pro hac vice)

Priscilla Orta

        Mexican American Legal Defense and
Educational Fund
11 East Adams, Suite 700
Chicago, IL  60603
Tel: (312) 427-0701
Email: porta@maldef.org
(Admitted pro hac vice)


**GARCÍA & GARCÍA,
ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors


## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that, on the 15th day of June, 2018, I served a copy of this document by electronic mail to all counsel of record.


*/s/ Nina Perales*
Nina Perales

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | | |
| Defendants, | | |
| and | | |
| KARLA PEREZ, *et al.*, | | |
| Defendant-Intervenors. | | |

## **DEFENDANT-INTERVENORS' LIST OF LAY WITNESSES**

TO:   Plaintiffs State of Texas, *et al.* by and through Todd L. Disher, Attorney in Charge, Special Counsel for Civil Litigation, P.O. Box 12548, Austin, TX 78711-2548, Todd.Disher@oag.texas.gov.

Defendant-Intervenors Karla Perez, Maria Rocha, Jose Magaña-Salgado, Nanci J. Palacios Godinez, Elly Marisol Estrada, Karina Ruiz De Diaz, Carlos Aguilar Gonzalez, Karla Lopez, Luis A. Rafael, Darwin Velasquez, Jin Park, Oscar Alvarez, Nancy Adossi, Denise Romero, Pratishtha Khanna, Jung Woo Kim, Angel Silva, Moses Kamau Chege, Hyo-Won Jeon, Elizabeth Diaz, Maria Diaz, and Blanca Gonzalez (collectively, "Defendant-Intervenors") serve this list of lay witnesses in accordance with the parties' June 6, 2018 letter agreement.

1. Karla Perez, c/o Nina Perales, MALDEF, 110 Broadway, Suite 300, San Antonio, TX, (210) 224-5476. Ms. Perez will testify regarding her experience as a DACA recipient, including her background, education and current employment.

1

2. Esther Jeon, c/o Nina Perales, MALDEF, 110 Broadway Suite 300, San Antonio, TX, (210) 224-5476. Ms. Jeon will testify regarding her experience as a DACA recipient, including her background, education and current employment.

3. Jose Magana-Salgado, c/o Nina Perales, MALDEF, 110 Broadway Suite 300, San Antonio, TX, (210) 224-5476. Mr. Magana-Salgado will testify regarding his experience as a DACA recipient, including his background, education and current employment.

4. Nancy Adossi, c/o Nina Perales, MALDEF, 110 Broadway Suite 300, San Antonio, TX, (210) 224-5476. Ms. Adossi will testify regarding her experience as a DACA recipient, including her background, education and current employment.

5. Donald Neufeld, c/o Nina Perales, MALDEF, 110 Broadway Suite 300, San Antonio, TX, (210) 224-5476. Mr. Neufeld will testify regarding his experience as Associate Director for Service Center Operations for USCIS, including the evaluation, processing, and adjudication of DACA applications.

6. Sarah R. Saldaña, c/o Nina Perales, MALDEF, 110 Broadway Suite 300, San Antonio, TX, (210) 224-5476. Ms. Saldaña will testify regarding her experience as former Director of ICE, including the effect of DACA on allocation of resources and law enforcement practices.

7. Art Acevedo, c/o Nina Perales, MALDEF, 110 Broadway Suite 300, San Antonio, TX, (210) 224-5476. Mr. Acevedo will testify regarding his experience as Chief of the City of Houston Police Department as former Chief of the City of Austin Police Department, including the effect of DACA on police practices.

Dated: June 8, 2018

Respectfully submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Celina Moreno (Tex. Bar No. 24074754)
(SD of Tex. Bar No. 2867694)
Jack Salmon (Tex. Bar No. 24068914)
(SD of Texas Bar No. 1130532)
Alejandra Ávila (Tex. Bar No. 24089252)
(SD of Tex. Bar No. 2677912)
110 Broadway, Suite 300
San Antonio, Texas 78205

Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email: nperales@maldef.org

**GARCÍA & GARCÍA,
ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 8, 2018, I served a copy of this document by electronic mail to all counsel listed below:

Todd L. Disher
Special Counsel for Civil Litigation
P.O. Box 12548
Austin, TX 78711-2548
Todd.Disher@oag.texas.gov

Jeffrey S. Robins
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Washington, D.C. 20044
Jeffrey.Robins@usdoj.gov

                */s/ Celina Moreno*
                Celina Moreno