IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § Plaintiffs, § § v. § § UNITED STATES OF AMERICA, *et al.*, § § Defendants, § § and § § KARLA PEREZ, *et al.*, § § Defendant-Intervenors. § | Case No. 1:18-CV-68 |

### ORDER

Pending before the Court is Defendant-Intervenors' Motion to For Leave to Submit Testimony of Current or Former Employees. After careful consideration, the Court is of the opinion that the motion has merit and should be GRANTED.

1. Defendants must respond to the interrogatories and requests for production served on them by Defendant Intervenors within ten days of the date of this order. (Dkts. 80-1, 80-2, 80-3)

2. Defendants must provide a witness or witnesses to testify in response to Defendant Intervenors' Notice of Deposition Upon Oral Examination of Rule 30(b)(6) Witness (Dkt. 86-1)

3. Defendants' Emergency Motion to quash the subpoena of Mr. Kenneth Palinkas is DENIED. (Dkt. 87) Defendant Intervenors may take the deposition of Mr. Palinkas on

1

June 19, 2018 as provided in the subpoena filed with this Court (Dkt. 86-2).

4. Leave is hereby granted for the following current and former federal employees to testify in this case:

   a. Sarah Saldana, former Director of U.S. Immigration and Customs Enforcement (ICE);

   b. Stephen H. Legomsky, former Chief Counsel of U.S. Citizenship and Immigration Services (USCIS);

   c. Gil Kerlikowske, former Commissioner of U.S. Customs and Border Protection (CBP);

   d. A designated representative of the National Citizenship and Immigration Services Council ("NCISC"), testifying under Fed. R. Civ. P. 30 (b)(6);

   e. Donald Neufeld, current associate director for Service Center Operations USCIS, by deposition excerpts.

   f. Declarations or deposition transcripts from other litigation of Michael Hoefer, James McCamen, and James D. Nealon as exhibits.

Signed this _____ day of _____, 2018.

_____
Andrew S. Hanen
United States District Judge