IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,  )<br>)<br>*Plaintiffs,* )<br>)<br>v.  )<br>)<br>UNITED STATES OF AMERICA, *et al.*,  )<br>)<br>*Defendants,* )<br>)<br>and  )<br>)<br>KARLA PEREZ, *et al.*,  )<br>)<br>*Defendant-Intervenors.* ) | Case No. 1:18-cv-00068 |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiffs file this Notice of Appearance of Counsel and hereby notify the Court that Assistant Attorney General P. Trent Peroyea will appear as co-counsel for the Plaintiffs in the above case, along with Special Counsel for Civil Litigation Todd Lawrence Disher, who will remain lead counsel. Mr. Peroyea is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules. Mr. Peroyea's contact information is:

> P. Trent Peroyea
> Assistant Attorney General
> Tx. State Bar No. 24098245
> Southern District of Texas No. 3134657
> Tel.: (512) 936-1288
> P.O. Box 12548
> Austin, Texas 78711-2548

| | |
|---|---|
| June 18, 2018 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |
| ALAN WILSON<br>Attorney General of South Carolina | */s/ Todd Lawrence Disher*<br>TODD LAWRENCE DISHER<br>Attorney-in-Charge |
| PATRICK MORRISEY<br>Attorney General of West Virginia | Special Counsel for Civil Litigation<br>Tx. State Bar No. 24081854<br>Southern District of Texas No. 2985472<br>Tel.: (512) 463-2100; Fax: (512) 936-0545<br>todd.disher@oag.texas.gov<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| | ADAM ARTHUR BIGGS<br>Special Counsel for Civil Litigation<br>Tx. State Bar No. 24077727 |
| | ADAM N. BITTER<br>Assistant Attorney General<br>Tx. State Bar No. 24085070 |

**COUNSEL FOR PLAINTIFF STATES**

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2018, this Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/Todd Lawrence Disher*
TODD LAWRENCE DISHER
Special Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**