IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| and | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

**PLAINTIFF STATES' RESPONSE TO DEFENDANT-INTERVENORS'
REQUEST FOR DISCOVERY FROM FEDERAL DEFENDANTS**

Defendant-Intervenors' requested discovery from Defendants is not necessary before the Court can rule on the motion for preliminary injunction. Defendant-Intervenors' requests relate to the lack of discretion exercised by Defendants in granting DACA applications. That issue has already been decided by the U.S. Court of Appeals for the Fifth Circuit when it affirmed this Court's preliminary injunction blocking DAPA and Expanded DACA. *Texas v. United States*, 809 F.3d 134, 169 (5th Cir. 2015). Additionally, Defendants rightfully point to the statistics released by the U.S. Citizenship and Immigration Service showing a high rate of approval and the over 100-page manual that removes any ability for Immigration Service Officers to exercise true discretion. *See* Defs.' Emergency Mot. to Quash 3, ECF 87. And footnote 1 of the 2017 memorandum rescinding DACA resolves any doubt on this point:

> Significantly, while the DACA denial notice indicates the decision to deny is made in the unreviewable discretion of USCIS, USCIS has not been able to identify specific denial cases where an applicant appeared to satisfy the programmatic categorical criteria as outlined in the June 15, 2012 memorandum, but still had his or her application denied based solely upon discretion.

*See* Ex. 5 to Plf. States' Mot. for Prelim. Inj. fn. 1 (App. 22-23). With only 12 days left in the discovery period, discovery on DACA's lack of discretion is not necessary at this time—particularly under the "good cause" standard typically governing expedited discovery. *See, e.g.*, *St. Louis Grp., Inc. v. Metals & Additives Corp.*, 275 F.R.D. 236, 240 (S.D. Tex. 2011) (citing *El Pollo Loco, S.A. de C.V. v. El Pollo Loco, Inc.*, 344 F. Supp. 2d 986, 991 (S.D. Tex. 2004)).

As far as Plaintiff States' subpoena to the former director of U.S. Immigration and Customs Enforcement—Sarah Saldaña—Defendant-Intervenors have not provided a declaration from her and have not listed any sworn statement from her on their exhibit list. Plaintiff States will not depose Ms. Saldana if Defendant-Intervenors are not going to rely on her testimony in their briefing on the motion for preliminary injunction.

Respectfully Submitted.

| | |
|---|---|
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |
| ALAN WILSON<br>Attorney General of South Carolina | *s/Todd Lawrence Disher*<br>TODD LAWRENCE DISHER<br>Attorney-in-Charge |
| PATRICK MORRISEY<br>Attorney General of West Virginia | Special Counsel for Civil Litigation<br>Tx. State Bar No. 24081854<br>Southern District of Texas No. 2985472<br>Tel.: (512) 463-2100; Fax: (512) 936-0545<br>todd.disher@oag.texas.gov<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |

ADAM ARTHUR BIGGS
Special Counsel for Civil Litigation
Tx. State Bar No. 24077727

ADAM N. BITTER
Assistant Attorney General
Tx. State Bar No. 24085070

**COUNSEL FOR PLAINTIFF STATES**

## CERTIFICATE OF SERVICE

I certify that on June 18, 2018, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Special Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**