IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> UNITED STATES OF AMERICA, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:18-CV-68 |

## ORDER

The Court orders the following:

1) The Federal Defendants are not required to respond to the Defendant-Intervenors' First Set of Discovery Requests (Doc. No. 80, Ex. 1).

2) The Federal Defendants are ordered to respond to Defendant-Intervenors' Third Set of Discovery Requests (Doc. No. 80, Ex. 3) by July 6, 2018. To the extent publicly available documents answer the requests, the Federal Defendants may simply refer the Defendant-Intervenors to those specific documents. If some requests seek information that is difficult to calculate or not easily derivable from the information kept by the Federal Defendants, they may object to those requests individually and inform the Court of why that information is difficult to obtain.

3) The Defendant-Intervenors may depose Mr. Kenneth Palinkas.

4) The Federal Defendants have until the end of Friday, June 22, 2018, to respond to the Defendant-Intervenors' Motion for Leave to Submit Testimony of Current or Former Federal Employees (Doc. No. 91).

Signed this 20th day of June, 2018.

Andrew S. Hanen
United States District Judge