# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| *and* | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

## ORDER GRANTING PLAINTIFF STATES' MOTION TO EXCLUDE TESTIMONY FROM UNTIMELY DESIGNATED WITNESSES

On this date, the Court considered Plaintiff States' Motion to Exclude Testimony from Untimely Designated Witnesses. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that exhibits 12, 15, 26–51, 59, and 60 on Defendant-Intervenors exhibit list (*see* ECF No. 90) are EXCLUDED.

SIGNED on this the _____ day of June, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge