UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-68 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al.

United States District Court
Southern District of Texas
FILED
JUN 28 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Aaron S. Goldsmith<br>U.S. Department of Justice<br>Office of Immigration Litigation - District Court Section<br>P.O. Box 868, Washington, D.C. 20044<br>202.532.4107<br>aaron.goldsmith@usdoj.gov<br>Virginia State Bar #45405 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/26/2018 | Signed: Aaron S. Goldsmith |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 6/28/18    Clerk's signature

**Order**      This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge