**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,        ) | |
|              ) | |
|       Plaintiffs,      ) | |
|              ) | |
|     v.             ) | Case No. 1:18-CV-68 |
|              ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
|              ) | |
|       Defendants,     ) | |
|              ) | |
| KARLA PEREZ, *et al.*,      ) | |
|              ) | |
|       Defendant-Intervenors, ) | |
| and              ) | |
|              ) | |
| STATE OF NEW JERSEY,     ) | |
|              ) | |
|       Defendant-Intervenor. ) | |

**[PROPOSED] ORDER**

The motion for a two week extension of the briefing schedule of Defendant-Intervenor State of New Jersey (Docket Entry No. _____) having come before this Court, and the Court having considered the papers submitted in connection with said motion, IT IS HEREBY ORDERED that:

     (1)     Discovery from the Federal Defendants must be completed by July 13, 2018;

     (2)     Post-discovery briefing is due July 21, 2018; and

     (3)     Responses to post-discovery briefings are due July 27, 2018.

     IT IS SO ORDERED on this _____ day of _____, 2018.

_____
Hon. Andrew S. Hanen
United States District Court Judge