UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|
| | State of Texas, et al. | | |
| | *versus* | | |
| | United States of America, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brian De Vito<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street, 5th Floor<br>Newark, New Jersey 07101<br>973-877-1405; brian.devito@law.njoag.gov<br>NJ: 044832010; NY: 5235817 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey, Defendant-Intervenor |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/27/2018 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:         Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                                        United States District Judge