UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| versus |
| United States of America, et al. |

*United States District Court*
*Southern District of Texas*
**FILED**
JUN 28 2018

Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brian De Vito<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street, 5th Floor<br>Newark, New Jersey 07101<br>973-877-1405; brian.devito@law.njoag.gov<br>NJ: 044832010; NY: 5235817 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey, Defendant-Intervenor |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes \_\_\_\_\_ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/27/2018 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 6/28/18    Clerk's signature *[signature]* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                                                                         United States District Judge