**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| KARLA PEREZ, *et al.*, | § | |
| | § | |
| Defendant- | § | |
| Intervenors. | § | |

**ORDER GRANTING DEFENDANT-INTERVENORS' CROSS MOTION TO**
**EXCLUDE PLAINTIFFS' EVIDENCE OF NON-DISCLOSED WITNESSES**

Pending before the Court is Defendant-Intervenors' Cross Motion to Exclude Plaintiffs'

Evidence of Non-Disclosed Witnesses. After careful consideration, the Court is of the opinion

that the motion has merit and should be GRANTED.

It is ORDERED that Plaintiffs' declarations of undisclosed witnesses, found at Dkt. 6 at

332–36, 355–403, 414–21, 474–91, are excluded from the evidence in this case.

Signed on this the ____ day of _____, 2018.

_____
Hon. Andrew S. Hanen
United States District Court Judge