IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00068 |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Local Rule LR 7.8, Federal Defendants hereby move to extend the deadline to answer or otherwise respond to Plaintiffs' Amended Complaint (ECF. No. 104), filed on June 25, 2018, until and including **July 23, 2018**. Given the ongoing and substantial developments in this matter, Federal Defendants request additional time to compose an answer after concluding depositions across several states and working diligently to meet the July 6, 2018, discovery deadline. By email dated June 29, 2018, Plaintiffs' counsel has indicated his consent to this extension. The requested extension will have no impact on other deadlines in this matter.

A Proposed Order is attached hereto.

1

| | |
|---|---|
| Dated: July 2, 2018 | Respectfully submitted, |
| CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division | JEFFREY S. ROBINS<br>Assistant Director<br>*Lead Attorney* |
| BRETT A. SHUMATE<br>Deputy Assistant Attorney General | */s/ Aaron S. Goldsmith*<br>AARON S. GOLDSMITH<br>Senior Litigation Counsel |
| WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation<br>District Court Section | U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Washington, DC 20044<br>Telephone: (202) 532-4107<br>Facsimile: (202) 305-7000<br>aaron.goldsmith@usdoj.gov<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Aaron S. Goldsmith*
AARON S. GOLDSMITH
Senior Litigation Counsel
U.S. Department of Justice, Civil Division

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00068 |

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO PLAINTIFFS' AMENDED COMPLAINT**

WHEREFORE, at the request of counsel for Defendants, and with consent of Plaintiffs' Counsel,

IT IS HEREBY ORDERED that the date for Defendants to respond to Plaintiffs' Amended Complaint, filed June 25, 2018, is hereby extended to July 23, 2018.

SO ORDERED.

Signed on July ___, 2018, at Brownsville, TX.

 

_____
Honorable Andrew S. Hanen
United States District Judge