United States District Court
Southern District of Texas
**ENTERED**
July 02, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

Following the telephonic conference held on June 28, 2018, the Court orders the following:

1) The State of New Jersey's Motion for a Two Week Extension of the Briefing Schedule [Doc. No. 107] is granted. Discovery from the Federal Defendants must be completed by July 13, 2018. Post-discovery briefing is due July 21, 2018. Responses to post-discovery briefings are due July 27, 2018. The Preliminary Injunction hearing will be on August 8, 2018 at 10:00 a.m. The hearing will be held in Brownsville, Texas unless counsel are notified otherwise.

2) Defendant-Intervenors' (Karla Perez, *et al.*) Motion for Leave to Submit Testimony of Current or Former Federal Employees [Doc. No. 91] is denied without prejudice. After the Federal Defendants respond to the Defendant-Intervenors' interrogatories, the Defendant-Intervenors (Karla Perez, *et al.*) may file a motion with the Court seeking leave to file testimony of their witnesses who are current or former federal employees. Such a motion should indicate with specificity why the desired testimony is helpful to their case and not adequately covered by the Federal Defendants' interrogatory answers.

3) The parties have leave to subpoena a Rule 30(b)(6) representative from the USCIS union, but a union representative shall not be deposed until the Court grants leave to do so, under the same terms as subpoint 2 above. Additionally, the union may designate Kenneth Palinkas although he is retired, but only if he is indeed the individual most responsive to the notice.

4) Defendant-Intervenors (Karla Perez, *et al.*) have leave of Court to depose Sarah Saldaña and Gil Kirlekowske.

5) The Court requests that the parties address the following additional two issues in their briefs:

    a) What is the effect of Secretary Nielsen's June 22, 2018, DACA rescission memo on this case?

    b) What impact, if any, does the United States Supreme Court's decision in *Trump v. Hawaii* have on this case?

Signed this 2nd day of July, 2018.

                                                      Andrew S. Hanen
                                        United States District Judge