Case 1:18-cv-00068   Document 117   Filed in TXSD on 07/02/18   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 02, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.

KIRSTJEN M. NIELSEN, *et al.*,

    Defendants.

Case No. 1:18-cv-00068

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO PLAINTIFFS' AMENDED COMPLAINT**

WHEREFORE, at the request of counsel for Defendants, and with consent of Plaintiffs' Counsel,

IT IS HEREBY ORDERED that the date for Defendants to respond to Plaintiffs' Amended Complaint, filed June 25, 2018, is hereby extended to July 23, 2018.

SO ORDERED.

Signed on July 2, 2018, at Brownsville, TX.

_____
Honorable Andrew S. Hanen
United States District Judge