**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| KARLA PEREZ, *et al.*, | § | |
| | § | |
| Defendant-Intervenors, | § | |
| | § | |
| and | § | |
| | § | |
| STATE OF NEW JERSEY, | § | |
| | § | |
| Defendant-Intervenor. | § | |

## <u>ORDER</u>

On this day, the Court considered the Perez Defendant-Intervenors' Motion to Dismiss with Prejudice for Lack of Subject Matter Jurisdiction and Supporting Memorandum of Law.

After considering Defendant-Intervenors' Motion, the Responses, and all other materials properly before the Court, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Perez Defendant-Intervenors' Motion to Dismiss is GRANTED and this case is hereby DISMISSED with prejudice.

SIGNED AND ENTERED this _____ day of _____, 2018.

_____
Hon. Andrew S. Hanen
United States District Court Judge