| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownville | Case Number | 1:18-cv-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Douglas H. Hallward-Driemeier<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC  20006-6807; (202) 508-4776<br>Douglas.Hallward-Driemeier@ropesgray.com<br>MA #627643 |
|---|---|

| Name of party applicant seeks to appear for: | Karla Perez, et al. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __ No __ ✓ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:<br>7/5/2018 | Signed:<br>s/Douglas H. Hallward-Driemeier |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
                                                                    United States District Judge