UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownville | Case Number | 1:18-cv-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

*United States District Court, Southern District of Texas, FILED JUL 0 6 2018, David J. Bradley, Clerk of Court*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Douglas H. Hallward-Driemeier<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-6807; (202) 508-4776<br>Douglas.Hallward-Driemeier@ropesgray.com<br>MA #627643 |
|---|---|

| Name of party applicant seeks to appear for: | Karla Perez, et al. |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/5/2018 | Signed: | s/Douglas H. Hallward-Driemeier |
|---|---|---|

| The state bar reports that the applicant's status is: *active* | | |
|---|---|---|
| Dated: 7-6-18 | Clerk's signature | *Sarah Castillo* |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____   _____
                                                              United States District Judge