United States District Court
Southern District of Texas
**ENTERED**
July 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, § § | |
| Plaintiffs, § § | Civil Action No. 1:18-CV-00068 |
| v. § § | |
| The United States of America, *et al.*, § § | |
| Defendants. § | |

## ORDER

On July 6th, 2018, the Defendant Intervenors filed their Motion to Dismiss with Prejudice for Lack of Subject Matter Jurisdiction. [Doc. No. 118]. All other parties shall file responses to the motion by July 20th, 2018.

Signed this 6th day of July, 2018.

Andrew S. Hanen
United States District Judge