Case 1:18-cv-00068 Document 125 Filed in TXSD on 07/10/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 10, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownville | Case Number | 1:18-cv-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

United States District Court
Southern District of Texas
FILED
JUL 0 6 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Douglas H. Hallward-Driemeier<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-6807; (202) 508-4776<br>Douglas.Hallward-Driemeier@ropesgray.com<br>MA #627643 |
|---|---|

| Name of party applicant seeks to appear for: | Karla Perez, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/5/2018 | Signed: | s/Douglas H. Hallward-Driemeier |
|---|---|---|

| The state bar reports that the applicant's status is: | active |
|---|---|
| Dated: 7-6-18 | Clerk's signature: Sarah Castillo |

**Order**

Dated: 7/10/18

This lawyer is admitted *pro hac vice.*

_____
United States District Judge