United States District Court
Southern District of Texas

**ENTERED**
July 10, 2018
David J. Bradley, Clerk
United States District Court
Southern District of Texas
**FILED**

JUL 0 9 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Thomas J. Perrelli<br>Jenner & Block, LLP<br>1099 New York Avenue, NW<br>Washington, DC 20001-4412<br>202-639-6004 ; TPerrelli@jenner.com<br>District of Columbia, 438929 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Institutions of Higher Education |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/3/2018 | Signed: /s/ Thomas J. Perrelli |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 7/9/18 | Clerk's signature Daniel Benavides |

| **Order** |
|---|

Dated: 7/10/18

This lawyer is admitted *pro hac vice.*

_____
United States District Judge