UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 11 2018

David J. Bradley, Clerk of Court

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068-ASH |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., KARLA PEREZ, et al., and STATE OF NEW JERSEY |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Craig Dashiell<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500; cdashiell@lowenstein.com<br>New Jersey: 062192013; New York: 5212816 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici New Jersey Businesses |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/10/2018 | Signed: | /s Craig Dashiell |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: 7/11/18 | Clerk's signature   DBenavides |

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge