Case 1:18-cv-00068 Document 133 Filed in TXSD on 06/26/18 Page 1 of 1
Case 1:18-cv-00068 Document 163-1 Filed in TXSD on 06/26/18 Page 1 of 1

United States District Court
Southern District of Texas
ENTERED
July 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-68 |
|---|---|---|---|
| | State of Texas, et al. | | |
| | *versus* | | |
| | United States of America, et al. | | |

United States District Court
Southern District of Texas
FILED
JUN 28 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Aaron S. Goldsmith<br>U.S. Department of Justice<br>Office of Immigration Litigation - District Court Section<br>P.O. Box 868, Washington, D.C. 20044<br>202.532.4107<br>aaron.goldsmith@usdoj.gov<br>Virginia State Bar #45405 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Defendants |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/26/2018 | Signed: Aaron S. Goldsmith |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 6/28/18 | Clerk's signature: [signature] |

**Order**

Dated: 7/11/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge