Case 1:18-cv-00068 Document 134 Filed in TXSD on 07/11/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

United States District Court
Southern District of Texas
FILED
JUN 28 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brian De Vito<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street, 5th Floor<br>Newark, New Jersey 07101<br>973-877-1405; brian.devito@law.njoag.gov<br>NJ: 044832010; NY: 5235817 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey, Defendant-Intervenor |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/27/2018 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 6/28/18 | Clerk's signature [signature] |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 7/11/18

_____
United States District Judge