# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| and | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

## ORDER GRANTING PLAINTIFF STATES' EMERGENCY MOTION TO ENFORCE JULY 2, 2018 ORDER AND QUASH SUBPOENA

On this date, the Court considered Plaintiff States' Motion to Enforce July 2, 2018 Order and Quash Subpoena to the president of the National Citizenship and Immigration Council of the AFGE, AFL-CIO. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Motion to Enforce July 2, 2018 Order is hereby GRANTED, and the subpoena to the president of the National Citizenship and Immigration Council of the AFGE, AFL-CIO is QUASHED.

SIGNED on this the _____ day of July, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge