IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> The United States of America, *et al.*, § <br> § <br> *Defendant.* § § | Civil Action No. 1:18-CV-00068 |

## ORDER GRANTING PLAINTIFF STATES' EMERGENCY MOTION TO QUASH SUBPOENA

On this date, the Court considered Plaintiff States' Motion to Enforce July 2, 2018 Order and Quash Subpoena to the president of the National Citizenship and Immigration Council of the AFGE, AFL-CIO. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Motion, [Doc. No. 135], is hereby GRANTED, and the subpoena to the president of the National Citizenship and Immigration Council of the AFGE, AFL-CIO is QUASHED for failure to follow the Court's orders.

Signed this 11th day of July, 2018.

Andrew S. Hanen
United States District Judge