UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

**United States District Court**
**Southern District of Texas**
**FILED**
**JUL 13 2018**
**David J. Bradley, Clerk of Court**

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adeel A. Mangi<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>212-336-2563; aamangi@pbwt.com<br>New York; 3949997 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Religious Organizations |
|---|---|

| Has applicant been sanctioned by any bar association or court?　Yes _____　No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:　7/11/2018 | Signed:　　/s/ Adeel A. Mangi |
|---|---|

| The state bar reports that the applicant's status is:　Active |
|---|
| Dated: 7/12/18　　Clerk's signature　PBenavides |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　United States District Judge