UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al., |

United States District Court
Southern District of Texas
FILED
JUL 13 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael N. Fresco<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>212-336-2542; mfresco@pbwt.com<br>New York; 5357033 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Religious Organizations |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/11/2018 | Signed: /s/ Michael N. Fresco |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 7/13/18 | Clerk's signature  D. Benavides |
|---|---|

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge