UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

STATE OF TEXAS, et al.,

*versus*

UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al.,

*United States District Court*
*Southern District of Texas*
*FILED*
*JUL 13 2018*
*David J. Bradley, Clerk of Court*

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lawrence S. Lustberg, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4731; LLustberg@gibbonslaw.com<br>New Jersey, 023131983 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Health Care Professionals |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/12/2018 | Signed: | /s/ Lawrence S. Lustberg |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 7/13/18   Clerk's signature OBenavides |

**Order**          This lawyer is admitted *pro hac vice.*

Dated: _____          _____
                                          United States District Judge