UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUL 16 2018

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068-ASH |
|---|---|---|---|
| State of Texas, et al. | | | |
| *versus* | | | |
| United States of America, et al. and Karla Perez, et al. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Hasan Shafiqullah<br>The Legal Aid Society<br>199 Water  Street, 3rd Floor<br>New York, NY 10038<br>212-577-3965, hhshafiqullah@legal-aid.org<br>New York, 2905073; California 191194 |
|---|---|

| Name of party applicant seeks to appear for: | The Legal Aid Society (proposed amicus curiae) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No  ✓ _____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   7/11/2018 | Signed:          /s/ Hasan Shafiqullah |
|---|---|

| The state bar reports that the applicant's status is:  Currently registered |
|---|
| Dated: 7/16/18   Clerk's signature  Dori Lee Noriega |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____
                                                      United States District Judge