| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

JUL 1 6 2018

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| | Brownsville | Case Number | 1:18-cv-00068-ASH |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. and Karla Perez, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jessa Irene DeGroote<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2646, jdegroote@cgsh.com<br>New York, 5514716; New Jersey 166392016 |
|---|---|

| Name of party applicant seeks to appear for: | The Legal Aid Society (proposed amicus curiae) |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/10/2018 | Signed: | /s/ Jessa DeGroote |
|---|---|---|

| The state bar reports that the applicant's status is: Currently registered |
|---|
| Dated: 7/16/18  Clerk's signature: Dai Lee Noriega |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____   _____
United States District Judge