| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Maureen Alger<br>Cooley LLP<br>3175 Hanover St.<br>Palo Alto, CA 94304<br>(650) 843-5000 malger@cooley.com<br>Calif. Bar No. 208522 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Legal Services Organization |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/16/2018 | Signed: | /s/ Maureen Alger |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:     Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge