UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|
| State of Texas, et al. ||||
| *versus* ||||
| United States of America, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Monique Sherman<br>Cooley LLP<br>3175 Hanover St.<br>Palo Alto, CA 94304<br>(650) 843-5000  msherman@cooley.com<br>Calif. Bar No. 227494 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Legal Services Organization |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7/13/18　Signed: *Monique Sherman*

The state bar reports that the applicant's status is: *active*

Dated: 7-16-18　Clerk's signature: *A. Cabares*

**Order**　　This lawyer is admitted *pro hac vice*.

Dated: _____　　_____
　　　　　　　　　　　　　　　　United States District Judge