UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael McMahon<br>Cooley LLP<br>500 Boylston St.<br>Boston, MA 02116<br>(617) 937-2300  mmcmahon@cooley.com<br>Mass. Bar No. 679053 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Legal Services Organization |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/13/18 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:        Clerk's signature |

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                                        United States District Judge