| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael McMahon<br>Cooley LLP<br>500 Boylston St.<br>Boston, MA 02116<br>(617) 937-2300 mmcmahon@cooley.com<br>Mass. Bar No. 679053 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Legal Services Organization |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/13/18 | Signed: M J McMahon |

| The state bar reports that the applicant's status is: | active |
| Dated: 7-18-18 | Clerk's signature: G Tabares |

**Order**  This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                   United States District Judge