UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Joan Li<br>Cooley LLP<br>3175 Hanover St.<br>Palo Alto, CA 94304<br>(650) 843-5000 jli@cooley.com<br>Calif. Bar No. 312024 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Legal Services Organization |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes ____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7/13/18   Signed: /s/ Joan Li

The state bar reports that the applicant's status is:

Dated: ____   Clerk's signature

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge