UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joan Li<br>Cooley LLP<br>3175 Hanover St.<br>Palo Alto, CA 94304<br>(650) 843-5000 jli@cooley.com<br>Calif. Bar No. 312024 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Legal Services Organization |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/13/18 | Signed: Joan Li |
|---|---|

| The state bar reports that the applicant's status is: *active* | |
|---|---|
| Dated: 7-18-18 | Clerk's signature *G. Tabares* |

**Order**      This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                                                            United States District Judge