UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| United States of America, et al., and Karla Perez, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Geoffrey S. Brounell<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020-1104<br>212.489.8230; geoffreybrounell@dwt.com<br>New York, 4678827 | United States Courts<br>Southern District of Texas<br>FILED<br>JUL 1 0 2018<br>David J. Bradley, Clerk of Court |
|---|---|---|

| Name of party applicant seeks to appear for: | Proposed Amicus United We Dream |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   7/11/2018 | Signed:            /s/ Geoffrey S. Brounell |
|---|---|

| The state bar reports that the applicant's status is:   *active* |
|---|
| Dated: 7/16/18 | Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____            _____
                                                    United States District Judge