United States District Court
Southern District of Texas
**ENTERED**
July 17, 2018
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JUL 11 2018
David J. Bradley, Clerk of Court

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., KARLA PEREZ, et al., and STATE OF NEW JERSEY |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Craig Dashiell<br>Lowenstein Sandler LLP<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500; cdashiell@lowenstein.com<br>New Jersey: 062192013; New York: 5212816 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici New Jersey Businesses |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/10/2018 | Signed: | /s Craig Dashiell |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: 7/11/18 | Clerk's signature | DBenavides |
|---|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 7/16/18

United States District Judge