United States District Court
Southern District of Texas
**FILED**
July 17, 2018
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adeel A. Mangi<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>212-336-2563; aamangi@pbwt.com<br>New York; 3949997 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Religious Organizations |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes ____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/11/2018 | Signed: | /s/ Adeel A. Mangi |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 7/12/18    Clerk's signature: PBenavides

### Order

Dated: 7/16/18

This lawyer is admitted *pro hac vice*.

_____
United States District Judge