United States District Court
Southern District of Texas

**ENTERED**
July 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

STATE OF TEXAS, et al.,

*versus*

UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al.,

United States District Court
Southern District of Texas
FILED
JUL 13 2018
David J. Bradley, Clerk of Court

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael N. Fresco<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>212-336-2542; mfresco@pbwt.com<br>New York; 5357033 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Proposed Amici Religious Organizations |

Has applicant been sanctioned by any bar association or court? Yes ____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/11/2018 | Signed: | /s/ Michael N. Fresco |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 7/13/18    Clerk's signature D. Benavides

### Order

Dated: 7/16/18

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge