United States District Court
Southern District of Texas
**ENTERED**
July 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

STATE OF TEXAS, et al.,

versus

UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al.,

United States District Court
Southern District of Texas
FILED
JUL 13 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lawrence S. Lustberg, Esq.<br>Gibbons P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4731; LLustberg@gibbonslaw.com<br>New Jersey, 023131983 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Health Care Professionals |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/12/2018 | Signed: | /s/ Lawrence S. Lustberg |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 7/13/18    Clerk's signature  OBenavides

**Order**

Dated: 7/16/18

This lawyer is admitted *pro hac vice.*

_____
United States District Judge