Case 1:18-cv-00068 Document 159 Filed in TXSD on 07/16/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

JUL 16 2018

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068-ASH |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. and Karla Perez, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Hasan Shafiqullah<br>The Legal Aid Society<br>199 Water Street, 3rd Floor<br>New York, NY 10038<br>212-577-3965, hhshafiqullah@legal-aid.org<br>New York, 2905073; California 191194 |
|---|---|

| Name of party applicant seeks to appear for: | The Legal Aid Society (proposed amicus curiae) |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ___ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/11/2018 | Signed: | /s/ Hasan Shafiqullah |
|---|---|---|

The state bar reports that the applicant's status is: Currently registered

Dated: 7/16/18    Clerk's signature [signature]

**Order**

Dated: 7/16/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge