United States District Court
Southern District of Texas

**ENTERED**
July 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JUL 16 2018
David J. Bradley, Clerk of Court

# Motion and Order for Admission *Pro Hac Vice*

| Brownsville | Case Number | 1:18-cv-00068-ASH |
|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. and Karla Perez, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jessa Irene DeGroote<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2646, jdegroote@cgsh.com<br>New York, 5514716; New Jersey 166392016 |
|---|---|

| Name of party applicant seeks to appear for: | The Legal Aid Society (proposed amicus curiae) |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/10/2018 | Signed: | /s/ Jessa DeGroote |
|---|---|---|

The state bar reports that the applicant's status is: **Currently registered**

Dated: 7/16/18 | Clerk's signature: [signature]

**Order**

Dated: 7/16/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge