United States District Court
Southern District of Texas
**ENTERED**
July 17, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, § § *Plaintiff*, § § v. § § The United States of America, *et al.*, § § *Defendant*. § | Civil Action No. 1:18-CV-00068 |

## ORDER

Due to the number of out-of-state attorneys who have made appearances in this case, the Preliminary Injunction hearing scheduled to take place on August 8th, 2018, at 10:00 AM will now be held in Houston, Texas, in Courtroom 9C.

In light of the Preliminary Injunction hearing, the initial pretrial conference scheduled for July 31, 2018, [Doc. No. 3], is hereby canceled. No joint case management plan need be filed.

Signed this 17th day of July, 2018.

Andrew S. Hanen
United States District Judge