United States District Court
Southern District of Texas
**ENTERED**
July 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| United States of America, et al., and Karla Perez, et al., |

| Lawyer's Name | Geoffrey S. Brounell |
| Firm | Davis Wright Tremaine LLP |
| Street | 1251 Avenue of the Americas, 21st Floor |
| City & Zip Code | New York, NY 10020-1104 |
| Telephone & Email | 212.489.8230; geoffreybrounell@dwt.com |
| Licensed: State & Number | New York, 4678827 |
| Federal Bar & Number | |

United States Courts
Southern District of Texas
FILED
JUL 16 2018
David J. Bradley, Clerk of Court

| Name of party applicant seeks to appear for: | Proposed Amicus United We Dream |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes ____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/11/2018 | Signed: /s/ Geoffrey S. Brounell |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 7/16/18    Clerk's signature

**Order**

Dated: 7/17/18

This lawyer is admitted *pro hac vice*.

_____
United States District Judge