United States District Court
Southern District of Texas
**ENTERED**
July 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| State of Texas, et al., |
|---|
| *versus* |
| United States of America, et al., and Karla Perez, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Peter Karanjia<br>Davis Wright Tremaine LLP<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020-1104<br>212.489.8230; peterkaranjia@dwt.com<br>New York, 3069010 | United States Court<br>Southern District of ...<br>FILED<br>JUL 1 0 2018<br>David J. Bradley, Clerk of Court |
|---|---|---|

| Name of party applicant seeks to appear for: | Proposed Amicus United We Dream |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ____✔____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:   7/11/2018 | Signed: | /s/ Peter Karanjia |
|---|---|---|

| The state bar reports that the applicant's status is:   *Active* | |
|---|---|
| Dated: 7/16/18 | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|
| Dated: 7/17/18 | _____<br>United States District Judge |