## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § | |
| Plaintiffs, § § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § § | |
| Defendants, § § | |
| and § § | |
| KARLA PEREZ, *et al.*, § § | |
| Defendant-Intervenors, § | |
| and § § | |
| STATE OF NEW JERSEY § § | |
| Defendant-Intervenor. | |

## ORDER GRANTING DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

On this date, the Court considered Defendant-Intervenors' Motion to Exceed Page Limits. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Unopposed Motion to Exceed Page Limits is GRANTED.

SIGNED on this the _____ day of July, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge