United States District Court
Southern District of Texas
**ENTERED**
July 18, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, | § § | |
| Plaintiffs, | § § | Civil Action No. 1:18-CV-00068 |
| v. | § § | |
| The United States of America, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Late in the evening of July 17th, 2018, the Defendant-Intervenors filed a Consolidated Reply in Support of Renewed Motion to Present Their Witness Stephen Legomsky and Reply in Support of Alternative Motion for Leave Take the Deposition of Current USCIS President Michael Knowles. [Doc. No. 165].

Should any party wish to respond to this motion, any such response shall be filed on or before July 20th, 2018 at 5:00 PM, Central Daylight Time.

Signed this 18th day of July, 2018.

Andrew S. Hanen
United States District Judge