IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00068 |

**FEDERAL DEFENDANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Local Rule LR 7.8, Federal Defendants hereby move to extend the deadline to answer or otherwise respond to Plaintiffs' Amended Complaint (ECF. No. 104), filed on June 25, 2018, until and including **August 10, 2018**. Given the ongoing and substantial developments in this matter, Federal Defendants request additional time to compose an answer after concluding depositions across several states and working diligently to respond to written discovery by the July 6, 2018 deadline. By email dated July 18, 2018, Plaintiffs' counsel has indicated his consent to this extension. The requested extension will have no impact on other deadlines in this matter.

This Court previously granted Federal Defendants an extension until July 23, 2018 to respond to Plaintiffs' Amended Complaint.

A Proposed Order is attached hereto.

Dated: July 18, 2018

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

Respectfully submitted,

JEFFREY S. ROBINS
Assistant Director
*Lead Attorney*

*/s/ Aaron S. Goldsmith*
AARON S. GOLDSMITH
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: (202) 532-4107
Facsimile: (202) 305-7000
aaron.goldsmith@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Aaron S. Goldsmith*
AARON S. GOLDSMITH
Senior Litigation Counsel
U.S. Department of Justice, Civil Division

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00068 |

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO PLAINTIFFS' AMENDED COMPLAINT**

WHEREFORE, at the request of counsel for Defendants, and with consent of Plaintiffs' Counsel,

IT IS HEREBY ORDERED that the date for Defendants to respond to Plaintiffs' Amended Complaint, filed June 25, 2018, is hereby extended to August 10, 2018.

SO ORDERED.

Signed on July \_\_\_, 2018, at Brownsville, TX.

_____
Honorable Andrew S. Hanen
United States District Judge