IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00068 |

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND
TO PLAINTIFFS' AMENDED COMPLAINT**

WHEREFORE, at the request of counsel for Defendants, and with consent of Plaintiffs' Counsel,

IT IS HEREBY ORDERED that the date for Defendants to respond to Plaintiffs' Amended Complaint, filed June 25, 2018, is hereby extended to August 10, 2018.

SO ORDERED.

Signed on July ___, 2018, at Brownsville, TX.

_____
Honorable Andrew S. Hanen
United States District Judge