UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|
| | STATE OF TEXAS, et al., | | |
| | *versus* | | |
| | UNITED STATES OF AMERICA, et al., KARLA PEREZ, et al., and STATE OF NEW JERSEY | | |

United States District Court
Southern District of Texas
FILED
JUL 18 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew W. Amend<br>New York State Office of the Attorney General<br>28 Liberty Street, 23rd Floor<br>New York, NY 10005<br>(212) 416-8022; andrew.amend@ag.ny.gov<br>NY: 4816716; D.C. Cir: 56115; S.D.N.Y.: AA1357;<br>2d Cir: no bar number. |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici States |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/17/2018 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | *active* |
|---|---|
| Dated: 7/18/18 | Clerk's signature [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____

United States District Judge