IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Case No. 1:18-CV-68 |
| | § |
| UNITED STATES OF AMERICA, *et al.*, | § |
| | § |
| Defendants, | § |
| | § |
| and | § |
| | § |
| KARLA PEREZ, *et al.*, | § |
| | § |
| Defendant-Intervenors, | § |
| and | § |
| | § |
| STATE OF NEW JERSEY | § |
| | § |
| Defendant-Intervenor. | § |

**DEFENDANT-INTERVENORS' OPPOSITION TO FEDERAL DEFENDANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant-Intervenors Karla Perez, et al. ("Defendant-Intervenors") respectfully request that the Court deny the United States of America, et al. ("Federal Defendants")'s July 18, 2018, Unopposed Second Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint ("Motion for Extension"), Dkt. No. 168.

Without Federal Defendant's Answer, the Court will not be in a position to adequately and fairly consider Defendant-Intervenors' motion to dismiss the complaint for lack of subject matter jurisdiction.  *See* Dkt. no. 118.  Indeed, Defendant-Intervenors have argued that there is no actual controversy between Plaintiffs and Federal Defendants due to their alignment on the

1

core issue of DACA's legality.  *See id.* at 8-10.  Federal Defendants' Answer will provide information that is crucial to resolving this question.

## **CONCLUSION**

For the foregoing reasons, Defendant-Intervenors respectfully request that the Court deny Federal Defendants' Motion for Extension.

Dated: July 18, 2018                                  Respectfully Submitted,


**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND** By:
*/s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046); (SD of Tex. Bar No. 21127)
Attorney-in-Charge
Celina Moreno (Tex. Bar No. 24074754) (SD of Tex. Bar No. 2867694)
Jack Salmon (Tex. Bar No. 24068914) (SD of Texas Bar No. 1130532)
Alejandra Ávila (Tex. Bar No. 24089252) (SD of Tex. Bar No. 2677912)
Ernest I. Herrera (Tex. Bar No. 24094718); (SD of Tex. Bar No. 2462211)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
(admitted pro hac vice)
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
Phone: (202) 508-4600
Facsimile: (201) 508-4650
Email: Douglas.Hallward-Driemeier@ropesgray.com

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**

        Carlos Moctezuma García
        (Tex. Bar No. 24065265)
        (SD of Tex. Bar No. 1081768)
        P.O. Box 4545
        McAllen, TX 78502
        Phone: (956) 630-3889
        Facsimile: (956) 630-3899
        Email: cgarcia@garciagarcialaw.com

        *Attorneys for Defendant-Intervenors Karla Perez et al.*

## CERTIFICATE OF CONFERENCE

I certify that on July 18, 2018, counsel for all parties conferred regarding the relief requested in Federal Defendants' motion. At 3:46pm counsel for Perez Defendant-Intervenors indicated that they oppose this motion. Federal Defendants filed their motion at 3:23pm and thus were unable to include Perez Defendant-Intervenors' position on the motion.

        */s/ Nina Perales*
        Nina Perales
        Attorney for Defendant-Intervenors

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on July 18, 2018, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

        */s/ Nina Perales*
        Nina Perales
        Attorney for Defendant-Intervenors