UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al., and Karla Perez, et al.

United States District Court
Southern District of Texas
FILED

JUL 1 9 2018

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mark H. Lynch<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC 20001-4956 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amicus Kevin Johnson |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/18/2018 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: *active* |
| Dated: 7/19/18 | Clerk's signature: [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                    United States District Judge