UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068 |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Martin L. Saad<br>Venable LLP<br>600 Massachusetts Ave NW<br>Washington, DC 20001<br>(202) 344-4345, mlsaad@venable.com<br>D.C. #462096 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Public Interest Groups |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/17/2018 | Signed: /s/ Martin L. Saad |
|---|---|

| The state DC bar reports that the applicant's status is: active |
|---|
| Dated: 7/19/2018 | Clerk's signature: *[signature]* |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge