UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068 |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al., |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Sameer P. Sheikh<br>Venable LLP<br>600 Massachusetts Ave NW<br>Washington, DC 20001<br>(202) 344-4168, spsheikh@venable.com<br>D.C. #1021915 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Public Interest Groups |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ___ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/17/2018 | Signed: /s/ Sameer P. Sheikh |
|---|---|

The state bar (DC) reports that the applicant's status is: active

Dated: 7/19/2018    Clerk's signature: [signature]

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge