United States District Court
Southern District of Texas

**ENTERED**
July 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|
| | State of Texas, et al. | | |
| | *versus* | | |
| | United States of America, et al., and Karla Perez, et al. | | |

FILED JUL 1 8 2018
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey M. Davidson<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, CA 94111<br>(415) 591-7021; jdavidson@cov.com<br>State of California Bar No. 248620 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amicus Kevin Johnson |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/17/2018 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: *active* | |
|---|---|
| Dated: 7-18-18 | Clerk's signature [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: July 20, 2018

_____
United States District Judge