United States District Court
Southern District of Texas

**ENTERED**
July 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|
| | State of Texas, et al. | | United States District Court<br>Southern District of Texas<br>FILED |
| | *versus* | | JUL 1 9 2018 |
| | United States of America, et al., and Karla Perez, et al. | | David J. Bradley, Clerk of Court |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mark H. Lynch<br>Covington & Burling LLP<br>850 Tenth Street, NW<br>Washington, DC  20001-4956 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amicus Kevin Johnson |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/18/2018 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is: *active*

| Dated: 7/19/18 | Clerk's signature: [signature] |
|---|---|

## Order

This lawyer is admitted *pro hac vice*.

Dated: July 20, 2018

[signature]
United States District Judge