United States District Court
Southern District of Texas
**ENTERED**
July 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068-ASH |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. and Karla Perez, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jonathan Samuel Kolodner<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>212-225-2690, jkolodner@cgsh.com<br>New York, 3937042 |
|---|---|

| Name of party applicant seeks to appear for: | The Legal Aid Society (proposed amicus curiae) |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/10/2018 | Signed: | /s/ Jonathan S. Kolodner |
|---|---|---|

| The state bar reports that the applicant's status is: | active |
|---|---|
| Dated: 7/19/18 | Clerk's signature  (signature) |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: July 20, 2018

_____
United States District Judge