# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | |
| - against - | |
| THE UNITED STATES OF AMERICA, *et al.*, | |
| Defendants, | Case No. 1:18-cv-00068 |
| - and - | |
| KARLA PEREZ, *et al.*, | |
| Defendant-Intervenors, | |
| - and - | |
| STATE OF NEW JERSEY, | |
| Defendant-Intervenor. | |

## [PROPOSED] ORDER

On considering the unopposed motion of United We Dream for leave to file an amicus brief in support of Defendant-Intervenors Karla Perez's *et al.* and Defendant-Intervenor the State of New Jersey's opposition to Plaintiffs' motion for a preliminary injunction, the proposed amicus brief submitted therewith, and the lack of any opposition thereto, the Court holds that the motion should be granted. For the foregoing reasons, it is hereby:

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

2

**FURTHER ORDERED** that the Clerk is directed to file the Amicus Brief submitted with the Motion for Leave to File.


Dated:_____ 2018

                                              **United States District Judge**