# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS; | ) |
| STATE OF ALABAMA; | ) |
| STATE OF ARKANSAS; | ) |
| STATE OF KANSAS; | ) |
| STATE OF LOUISIANA; | ) |
| STATE OF NEBRASKA; | ) |
| STATE OF SOUTH CAROLINA; | ) |
| STATE OF WEST VIRGINIA, | ) |
| GOVERNOR PHIL BRYANT, STATE OF MISSISSIPPI; AND | ) |
| GOVERNOR PAUL R. LEPAGE, STATE OF MAINE, | ) |
| *Plaintiffs,* | ) |
| *vs.* | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| And | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

**PLAINTIFF STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

Plaintiffs respectfully request that the Court grant permission to exceed the 20-page limit by 36 pages in their post-discovery brief in support of their Motion for Preliminary Injunction. Plaintiffs' briefing on their motion for preliminary injunction raises complex issues in a case of national importance, and Plaintiffs require these extra pages to adequately present these issues to the Court. Plaintiffs seek this extension for good cause and in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted. The other parties do not oppose the request.

## CONCLUSION

Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Exceed Page Limits.

| | |
|---|---|
| July 20, 2018 | Respectfully submitted. |
| | |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| | |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| | |
| JEFF LANDRY<br>Attorney General of Louisiana | BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| | |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |
| | |
| ALAN WILSON<br>Attorney General of South Carolina | */s/ Todd Lawrence Disher*<br>TODD LAWRENCE DISHER<br>Attorney-in-Charge |
| PATRICK MORRISEY<br>Attorney General of West Virginia | Special Counsel for Civil Litigation<br>Tx. State Bar No. 24081854<br>Southern District of Texas No. 2985472<br>Tel.: (512) 463-2100; Fax: (512) 936-0545<br>todd.disher@oag.texas.gov<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| | |
| | ADAM ARTHUR BIGGS<br>Special Counsel for Civil Litigation |
| | |
| | ADAM N. BITTER<br>Assistant Attorney General |
| | **COUNSEL FOR PLAINTIFF STATES** |

**CERTIFICATE OF CONFERENCE**

I certify that on July 13, 2018, I conferred via e-mail with counsel for Defendants, Defendant-Intervenors, and New Jersey about Plaintiffs seeking a page-limit extension on their post-discovery brief. The parties do not oppose the request.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Special Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2018, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Special Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *vs.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| *And* | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendants-Intervenors.* | ) |

## ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

On this date, the Court considered Plaintiff States' Unopposed Motion to Exceed Page Limits. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Exceed Page Limits is hereby GRANTED.

SIGNED on this the _____ day of July, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge