# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| vs. | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| And | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendants-Intervenors.* | ) |

## ORDER GRANTING PLAINTIFF STATES' UNOPPOSED
## MOTION TO EXCEED PAGE LIMITS

On this date, the Court considered Plaintiff States' Unopposed Motion to Exceed Page Limits. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Exceed Page Limits is hereby GRANTED.

SIGNED on this the _____ day of July, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge