# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § | |
| Plaintiffs, | | |
| v. | § § | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § § | |
| Defendants, | § § | |
| and | § § | |
| KARLA PEREZ, *et al.*, | § § | |
| Defendant-Intervenors, | § § | |
| and | § § | |
| STATE OF NEW JERSEY, | § § | |
| Defendant-Intervenor. | § | |

## **NOTICE OF APPEARANCE**

The Legal Aid Society as proposed *Amicus Curiae* files this Notice of Appearance of Counsel and hereby notifies the Court Jonathan S. Kolodner will appear as counsel of record for The Legal Aid Society with Jessa DeGroote and Hasan Shafiqullah as co-counsel.  Mr. Kolodner is familiar with the Southern District Local Rules and was admitted *pro hac vice* by Order dated July 20, 2018.

/s/ Jonathan S. Kolodner
Jonathan S. Kolodner
      Attorney in Charge
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorney for Proposed Amicus Curiae
The Legal Aid Society*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2018, I electronically filed the foregoing notice of appearance with the Clerk using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jonathan S. Kolodner
Jonathan S. Kolodner
      Attorney in Charge

*Attorney for Proposed Amicus Curiae
The Legal Aid Society*