# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY, | § |
| Defendant-Intervenor. | § |

## NOTICE OF APPEARANCE

The Legal Aid Society as proposed *Amicus Curiae* files this Notice of Appearance of Counsel and hereby notifies the Court that Jessa DeGroote will appear as co-counsel on behalf of The Legal Aid Society along with Hasan Shafiqullah and Jonathan S. Kolodner who is lead counsel of record. Ms. DeGroote is familiar with the Southern District Local Rules and was admitted *pro hac vice* by Order dated July 16, 2018.

/s/ Jessa DeGroote
Jessa DeGroote
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorney for Proposed Amicus Curiae
The Legal Aid Society*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2018, I electronically filed the foregoing notice of appearance with the Clerk using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jessa DeGroote
Jessa DeGroote

*Attorney for Proposed Amicus Curiae
The Legal Aid Society*