Adeel A. Mangi (*admitted pro hac vice*)
Michael N. Fresco (*admitted pro hac vice*)
Zachary Kolodin (*admitted pro hac vice*)
PATTERSON BELKNAP WEBB
  & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 336-2000
Facsimile: (212) 336-2222
*Attorneys for Amici Curiae 103 Religious Organizations*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>       Defendants,<br><br>KARLA PEREZ, *et al.*,<br><br>       Defendant-Intervenors,<br><br>and<br><br>STATE OF NEW JERSEY,<br><br>       Defendant-Intervenor. | Case No. 1:18-cv-00068 |

I, Adeel A. Mangi, of full age, under oath, hereby declare as follows:

1. I am an attorney in the State of New York and a member of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for the *amici curiae* 103 Religious Organizations. I respectfully submit this Declaration in support of their Unopposed Motion for Leave to File

Memorandum of Law as *Amicus Curiae* in Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. Attached hereto as **Exhibit A** is the proposed Memorandum of Law Filed on Behalf of 103 Religious Organizations as *Amici Curiae* in Opposition to Plaintiffs' Motion for Preliminary Injunction.

3. Counsel working at my direction have requested consent to the filing of this motion from counsel for all parties, including Todd Lawrence Disher, Esq., counsel for Plaintiffs, Aaron Goldsmith, Esq., and Jeffrey Robins, Esq., counsel for the Federal Defendants, Nina Perales, Esq., counsel for the Perez Defendant-Intervenors, and Rachel Wainer Apter, Esq., counsel for Defendant-Intervenor New Jersey. All parties have provided their consent.

I hereby declare that the foregoing statements made by me are true and that if any of the foregoing statements are willfully false, I am subject to punishment.

>  */s/*      *Adeel A. Mangi*
> Adeel A. Mangi (*admitted pro hac vice*)
> PATTERSON BELKNAP WEBB & TYLER LLP
> 1133 Avenue of the Americas
> New York, NY 10036-6710
> Telephone: (212) 336-2000
> Facsimile: (212) 336-2222
>
> *Attorneys for Amici Curiae 103 Religious Organizations*

Executed at New York, New York on July 20, 2018.