# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> -and- <br><br> KARLA PEREZ, *et al.*; and STATE of NEW JERSEY, <br><br> Defendants-Intervenors. | Case No. 1:18-cv-00068 |

## [PROPOSED] ORDER

Upon consideration of the unopposed motion of Audible, Inc., Bristol-Myers Squibb Company, Montclair State University, the New Jersey Business & Industry Association, the New Jersey State Chamber of Commerce, Prudential Financial, Inc., Sanofi US Services Inc., and Verizon Communications Inc. for leave to file an amici curiae brief in support of Defendant-Intervenor Sate of New Jersey's opposition to Plaintiffs' motion for a preliminary injunction, the proposed amici curiae brief submitted therewith, and the lack of any opposition thereto, the Court holds that the motion should be granted and it is hereby:

**ORDERED** that the motion for leave to file is GRANTED; and the Clerk is directed to file the amici curiae brief submitted with the motion for leave to file.

July __, 2018

_____
**United States District Judge**