# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) CIVIL ACTION NO. 1:18-CV-68 |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendants-Intervenors, | ) |
| and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF LEGAL SERVICES ORGANIZATIONS FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The Court, having read and considered the Unopposed Motion of Legal Services Organizations[1] for Leave to File Brief as *Amici Curiae* in Opposition to Plaintiffs' Motion for Preliminary Injunction and the brief filed therewith, and the lack of any opposition thereto, holds that the Motion should be granted, as the proposed *amici*'s participation in the above-captioned matter is timely and useful to the Court's disposition of the issues.

For the foregoing reasons, it is hereby ordered that the Motion for Leave to File is granted; and it is further ordered that the Clerk is directed to file the Brief of *Amici Curiae* submitted with the Motion for Leave to File.

Signed this _____ day of July, 2018.

 

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

---

[1] *Amici* include: American Gateways, Asian Law Alliance, BakerRipley, Brooklyn Defender Services (BDS), Canal Alliance, Centro Legal de la Raza, Children's Law Center of Massachusetts (CLCM), Community Legal Services in East Palo Alto (CLSEPA), Dolores Street Community Services, East Bay Sanctuary Covenant, Equal Justice Center (EJC), Hebrew Immigrant Aid Society (HIAS) Pennsylvania, Immigrant Legal Center, Immigrant Legal Resource Center (ILRC), Just Neighbors, Justice Center of Southeast Massachusetts, Legal Aid Justice Center (LAJC), Legal Aid Society of San Mateo County (LASSMC), Legal Services for Children (LSC), Massachusetts Law Reform Institute (MLRI), National Justice for Our Neighbors, New York Legal Assistance Group (NYLAG), Northwest Immigrant Rights Project (NWIRP), OneJustice, Refugee and Immigrant Center for Education and Legal Services (RAICES), Rocky Mountain Immigrant Advocacy Network (RMIAN), Services, Immigrant Rights, and Education Network (SIREN), and Voto Latino.