IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br>    Defendants, <br><br> KARLA PEREZ, *et al.*, <br>    Defendants-Intervenors, <br><br> and <br><br> STATE OF NEW JERSEY, <br>    Defendant-Intervenor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:18-cv-0068-ASH |

## NOTICE OF APPEARANCE

*Amici* Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, Georgetown University, George Washington University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Princeton University, Stanford University, University of Chicago, University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University (collectively, "*Amici*") file this Notice of Appearance of Counsel and hereby notify the Court that Ryan K. Yagura of the law firm O'Melveny & Myers LLP, 400 S. Hope St., Los Angeles, CA 90071 is appearing as counsel for *Amici*.

All pleadings, correspondence, materials and electronic notices should be served upon counsel at the address listed above.

Dated: July 20, 2018

Respectfully submitted,

By: /s/ Ryan K. Yagura
    Ryan K. Yagura
    Texas Bar No. 24075933
    Southern District of Texas No. CA197619
    O'Melveny & Myers LLP
    400 South Hope Street
    Los Angeles, CA 90071
    Telephone: (213) 430-6000
    Facsimile: (213) 430-6407
    ryagura@omm.com

*Attorneys for Amici*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that service of the foregoing document was automatically accomplished on all known filing users through the Court's CM/ECF system and/or in accordance with the Federal Rules of Civil Procedure on this 20th day of July, 2018.

                                      */s/ Ryan K. Yagura*
                                      Ryan K. Yagura