IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,　　Plaintiffs,　　v.　　UNITED STATES OF AMERICA, *et al.*,　　Defendants,　　KARLA PEREZ, *et al.*,　　Defendants-Intervenors,　　and　　STATE OF NEW JERSEY,　　Defendant-Intervenor. | Case No. 1:18-cv-0068-ASH |

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* NINETEEN UNIVERSITIES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

*Amici* hereby request leave to file the attached Brief of *Amici Curiae* Nineteen Universities in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction. A copy of a proposed order is attached.

This Court has broad discretion to grant leave to file *amicus* briefs. *United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007). When determining whether leave should be given, the Court considers, among other things, "whether the proffered information is 'timely and useful' or otherwise necessary to the administration of justice." *Id.*

-2-

*Amici* are nineteen distinguished American institutions of higher education: Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, Georgetown University, George Washington University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Princeton University, Stanford University, University of Chicago, the University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University.

Though important differences exist between them, *amici* share a common mission to educate the next generation of leaders with the talent, creativity and drive to solve society's most pressing problems.  In furtherance of that objective, *amici* have admitted undocumented students who benefitted from the protections and opportunities provided under Deferred Action for Childhood Arrival ("DACA").  Like their classmates, the DACA students on *amici*'s campuses make enormous contributions to our campuses and our country.

The universities that are signatories to this brief have a unique perspective on the potential impact of the proposed preliminary injunction.  The brief highlights the harm to *amici*, their students and alumni, and the United States that would result from enjoining DACA.  *Amici* have an interest in their undocumented students' welfare and ability to obtain a full and complete higher education.  *Amici* also have an interest in ensuring that when these students graduate, they are able to put their education to its highest use.  Plaintiffs' Motion for a Preliminary Injunction jeopardizes *amici*'s interests by forcing their students and graduates to make the impossible choice between withdrawing to the margins of our society or returning to countries that many of them have never known.  Whatever they choose, their gifts and education will be lost to this nation.

Plaintiffs', Defendants', and Defendant-Intervenors' counsel have consented to the filing of this *amicus* brief.

For the foregoing reasons, *amici* respectfully request the Court's permission to file the attached Amicus Brief, a copy of which accompanies this Administrative Motion as Exhibit A.

Dated:   July 20, 2018               Respectfully submitted,

By:  /s/ Ryan K. Yagura
　　Ryan K. Yagura
　　Attorney-in-Charge
　　Texas Bar No. 24075933
　　Southern District of Texas No. CA197619
　　O'Melveny & Myers LLP
　　400 South Hope Street
　　Los Angeles, CA 90071
　　Telephone: (213) 430-6000
　　Facsimile:  (213) 430-6407
　　ryagura@omm.com

　　Anton Metlitsky
　　Jennifer B. Sokoler
　　O'Melveny & Myers LLP
　　7 Times Square
　　New York, New York 10036
　　Telephone: (212) 326-2000
　　Facsimile:  (212) 326 2061
　　ametlitsky@omm.com
　　jsokoler@omm.com

　　*Attorneys for Amici*

-4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing document was automatically accomplished on all known filing users through the Court's CM/ECF system and/or in accordance with the Federal Rules of Civil Procedure on this 20th day of July, 2018.

*/s/ Ryan K. Yagura*
Ryan K. Yagura