IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br>　　　Defendants,<br><br>KARLA PEREZ, *et al.*,<br>　　　Defendants-Intervenors,<br><br>　　　and<br><br>STATE OF NEW JERSEY,<br>　　　Defendant-Intervenor. | Case No. 1:18-cv-0068-ASH |

**[Proposed] Order**

On considering the unopposed motion of Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, Georgetown University, George Washington University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Princeton University, Stanford University, University of Chicago, the University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University for leave to file a memorandum of law as *amici curiae* in support of intervenor-defendants' opposition to plaintiffs' motion for a preliminary injunction, the memorandum of law submitted therewith, and the lack of any opposition thereto, the Court holds that the motion should be granted. For the foregoing reasons, it is hereby

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the Memorandum of Law submitted with the Motion for Leave to File.

SIGNED this __ day of July, 2018.

                                                                                                                      _____

                                                         HON. ANDREW S. HANEN
                                                         United States District Judge