| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

STATE OF TEXAS, et al.,

*versus*

UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jennifer Sokoler<br>O'Melveny & Myers, LLP<br>7 Times Square<br>New York, NY 10036<br>212-326-2000; jsokoler@omm.com<br>New York, 5158209 |
|---|---|

| Name of party applicant seeks to appear for: | See Exhibit A |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/20/2018 | Signed: *Jennifer B. Sokoler* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**       **This lawyer is admitted *pro hac vice*.**

Dated: _____       _____
                                                                        United States District Judge

# **<u>Exhibit A</u>**

## ATTACHMENT TO APPLICATION FOR
## ADMISSION OF ATTORNEY PRO HAC VICE

I, Jennifer Sokoler, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Southern District of Texas representing:  Brown University, California Institute of Technology, University of Chicago, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, Georgetown University, George Washington University,  Harvard University, Massachusetts Institute of Technology, Northwestern University, University of Pennsylvania, Princeton University, Stanford University, Vanderbilt University, Washington University in St. Louis and Yale University.