# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § <br> § <br> Plaintiffs § <br> § <br> vs. § <br> § <br> UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Defendants, § <br> § <br> KARLA PEREZ, *et al.*, § <br> § <br> Defendants-Intervenors, § <br> § | CIVIL ACTION NO. 1:18-cv-00068 |

## NOTICE OF APPEARANCE

Movants and proposed *amici curiae* 114 Companies and Associations (listed in the attachment to this notice) file this Notice of Appearance of Counsel and hereby notify the Court that Kevin Ranlett will appear as counsel of record for them. Mr. Ranlett is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules.

Dated: July 21, 2017

/s/ Kevin Ranlett

Kevin Ranlett (TX Bar No. 24084922)
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
(713) 238-3000
kranlett@mayerbrown.com

*Counsel* for *Amici Curiae*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on July 21, 2018, this document was served on all counsel of record via the Court's Electronic Case Filing System.

                                                                                              /s/ Kevin Ranlett
                                                                                              Kevin Ranlett

## APPENDIX

## LIST OF *AMICI*

1. Amazon.com, Inc.
2. A Medium Corporation
3. American Hotel & Lodging Association
4. Adobe Systems Incorporated
5. AdRoll Group
6. Airbnb, Inc.
7. Ampush LLC
8. Asana, Inc.
9. Atlassian Corp. Plc
10. Azavea Inc.
11. Ben & Jerry's Homemade, Inc.
12. Bigtooth Ventures
13. Box, Inc.
14. Braze
15. Brightcove Inc.
16. BSA | The Software Alliance
17. CareZone Inc.
18. Casper Sleep Inc.
19. Castlight Health, Inc.
20. Chegg, Inc.
21. Chobani, LLC
22. Cisco Systems, Inc.

23. Citrix Systems, Inc.
24. Civis Analytics, Inc.
25. ClassPass Inc.
26. Cloudera, Inc.
27. Cloudflare Inc.
28. Codecademy
29. Color Genomics, Inc.
30. The Copia Institute
31. Cummins Inc.
32. DocuSign, Inc.
33. Dropbox, Inc.
34. eBay Inc.
35. Edmodo, Inc.
36. Electronic Arts Inc.
37. EquityZen Inc.
38. Exelon Corp.
39. Facebook, Inc.
40. Foossa LLC
41. General Assembly Space, Inc.
42. Google Inc.
43. Graham Holdings
44. Greenhouse Software, Inc.
45. Gusto

46. Hewlett Packard Enterprise

47. Hilton Worldwide Holdings Inc.

48. Homer Logistics, Inc.

49. Host Hotels & Resorts, Inc.

50. HP Inc.

51. HR Policy Association

52. IBM Corporation

53. IDEO LP

54. Indiegogo, Inc.

55. Intel Corporation

56. IKEA North America Services LLC

57. Kargo

58. Knotel

59. Lam Research Corporation

60. Levi Strauss & Co.

61. Linden Research, Inc.

62. LinkedIn Corporation

63. Lyft, Inc.

64. Mapbox

65. Marin Software Incorporated

66. Marriott International

67. Medidata Solutions, Inc.

68. Microsoft Corporation

69. Molecule Software, Inc.

70. MongoDB, Inc.

71. National Association of Hispanic Real Estate Professionals

72. NETGEAR, Inc.

73. NewsCred, Inc.

74. NIO U.S.

75. Niskanen Center

76. Oath Inc.

77. Okta, Inc.

78. Patreon, Inc.

79. Postmates Inc.

80. Quantcast Corp.

81. RealNetworks, Inc.

82. Reddit, Inc.

83. Redfin Corporation

84. Red Ventures

85. salesforce.com inc.

86. Scopely, Inc.

87. ServiceNow, Inc.

88. Shutterstock, Inc.

89. Singularity University

90. The Software and Information Industry Association

91. SpaceX

92. Spokeo, Inc.

93. Spotify USA Inc.

94. Square, Inc.

95. Squarespace, Inc.

96. SurveyMonkey Inc.

97. TechNet

98. Tesla, Inc.

99. Thumbtack, Inc.

100. TPG Capital

101. TripAdvisor LLC

102. Twilio Inc.

103. Twitter Inc.

104. Uber Technologies, Inc.

105. Udacity Inc.

106. Upwork Inc.

107. Verizon Communications Inc.

108. Via Transportation

109. Warby Parker

110. The Western Union Company

111. Work & Co.

112. Workday, Inc.

113. Yelp Inc.

114. Zendesk, Inc.