UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville Division | Case Number | 1:18-cv-00068 |
|---|---|---|---|
| STATE OF TEXAS, et al., PLAINTIFFS, ||||
| versus ||||
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et. al., DEFENDANTS. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew J. Pincus<br>Mayer Brown LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006-1101<br>202-263-3220, apincus@mayerbrown.com<br>New York, 1803709<br>US Court of Appeals for the District of Columbia Circuit, 370326 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Companies and Associations |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __✔__

On a *separate* sheet for each sanction, please supply the full particulars.

Dated: 7·20·18    Signed: *Andrew Pincus*

The state bar reports that the applicant's status is:

Dated:      Clerk's signature

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
                           United States District Judge