UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville Division | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| PLAINTIFFS, |
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et. al., |
| DEFENDANTS. |

| Lawyer's Name | Andrew J. Pincus |
|---|---|
| Firm | Mayer Brown LLP |
| Street | 1999 K Street, N.W. |
| City & Zip Code | Washington, D.C. 20006-1101 |
| Telephone & Email | 202-263-3220, apincus@mayerbrown.com |
| Licensed: State & Number | New York, 1803709 |
| Federal Bar & Number | US Court of Appeals for the District of Columbia Circuit, 370326 |

| Name of party applicant seeks to appear for: | Proposed Amici Companies and Associations |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7-20-18    Signed: *Andrew Pincus*

The state bar reports that the applicant's status is: Active

Dated: 7/23/18    Clerk's signature: *[signature]*

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge