UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville Division | Case Number | 1:18-cv-00068 |
|---|---|---|---|

STATE OF TEXAS, et al.,
PLAINTIFFS,

*versus*

UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al.,
DEFENDANTS.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Lauren Goldman<br>Mayer Brown LLP<br>1221 Avenue of the Americas, 14th Floor<br>New York, NY 10020<br>212-506-2647, lrgoldman@mayerbrown.com<br>New York, 2952422<br>U.S. Court of Appeals for the Second Circuit (no number) |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Companies and Associations |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7.20.18    Signed: [signature]

The state bar reports that the applicant's status is:

Dated: _____    Clerk's signature

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States District Judge