| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville Division | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| PLAINTIFFS, |
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al., |
| DEFENDANTS. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lauren Goldman<br>Mayer Brown LLP<br>1221 Avenue of the Americas, 14th Floor<br>New York, NY 10020<br>212-506-2647, lrgoldman@mayerbrown.com<br>New York, 2952422<br>U.S. Court of Appeals for the Second Circuit (no number) |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Companies and Associations |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✔__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7·20·18 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active | |
|---|---|
| Dated: 7/23/18 | Clerk's signature [signature] |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____     _____
                                                            United States District Judge