UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville Division | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| STATE OF TEXAS, et al. |
|---|
| PLAINTIFFS, |
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al. |
| DEFENDANTS. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Karen W. Lin<br>Mayer Brown LLP<br>1221 Avenue of the Americas, 14th Floor<br>New York, NY 10020<br>212-506-2538, klin@mayerbrown.com<br>New York, 4827796<br>Court of Appeals for the Second Circuit (no number) |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Companies and Associations |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7/20/18   Signed: /s/ K. Lin

The state bar reports that the applicant's status is: Active.

Dated: 7/23/18   Clerk's signature: [signature]

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                United States District Judge