IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § § § § § § § § § § § | |
| Plaintiffs | | |
| vs. | | CIVIL ACTION NO. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, *et al.*, | | |
| Defendants, | | |
| KARLA PEREZ, *et al.*, | | |
| Defendants-Intervenors, | | |

# SOURCE APPENDIX INDEX

Mem. from Janet Napolitano to David V. Aguilar Regarding Exercising
　　Prosecutorial Discretion with Respect to Individuals Who Came to
　　the United States as Children (June 15, 2012) ............................................................ 1

New Am. Economy, *Reason for Reform: Entreprenuership* (Oct. 2016),
　　https://tinyurl.com/y784raj8 ........................................................................................ 2

P'ship for a New Am. Economy, *Open for Business: How Immigrants Are
　　Driving Business Creation in the United States* (Aug. 2012),
　　https://goo.gl/3mFkVz ................................................................................................ 3

Wong, T.K. *et al., Results from 2017 National DACA* Study,
　　https://goo.gl/nBZdP2 ................................................................................................. 4

Wong T.K. *et al., DACA Recipients' Economic and Educational Gains
　　Continue to Grow*, Ctr. for Am. Progress (Aug. 28, 2017) .......................................... 5

Boorstin, J., *Illegal Entrepreneurs: Maria Has No U.S. Visa, and Jose's
　　Expires Soon. Yet They Own a Profitable California Factory, Pay
　　Taxes, and Create Jobs*, CNN MONEY (July 1, 2005),
　　https://goo.gl/jq2Y1C .................................................................................................. 6

Mathema, S., *Assessing the Economic Impacts of Granting Deferred
　　Action Through DACA and DAPA*, Ctr. for Am. Progress (Apr. 2,
　　2015), https://goo.gl/wxxek1 ....................................................................................... 7

Albright, L. et al., *A New Estimate of the Cost of Reversing DACA*, Cato
   Inst. (Feb. 15, 2018), https://goo.gl/pgNGKi .................................................................. 8

Inst. on Taxation & Economic Policy, *State & Local Tax Contributions of
   Young Undocumented Immigrants* (Apr. 2018),
   https://goo.gl/Kifc9K ......................................................................................................... 9

Casey, A., *An Estimated 123,000 'Dreamers' Own Homes and Pay $380M
   in Property Taxes*, Zillow Research (Sept. 20, 2017),
   https://goo.gl/SxQzuW .................................................................................................... 10

Toossi, M., *Consumer Spending: An Engine for U.S. Job Growth*, Monthly
   Labor Rev. (Nov. 2002), https://goo.gl/iyTkdR ............................................................. 11

Greenstone, M. & Looney, A., *What Immigration Means for U.S.
   Employment and Wages*, The Hamilton Project (May 4, 2012),
   https://goo.gl/bvC7AE ..................................................................................................... 12

Megan, K., *Immigration and the Labor Force*, Bipartisan Policy Ctr. (Aug.
   25, 2015), https://goo.gl/8p3SP8 ..................................................................................... 13

Clemens, M.A. & Pritchett, L., *Temporary Work Visas: A Four-Way Win
   for the Middle Class, Low-Skill Workers, Border Security, and
   Migrants*, Ctr. for Glob. Dev. (Apr. 2013), https://goo.gl/p9NLuc ............................. 14

*Economics A-Z Terms Beginning with L*, THE ECONOMIST,
   https://goo.gl/BvRwKU .................................................................................................. 15

Krugman, P., Opinion, *Lumps of Labor*, N.Y. TIMES (Oct. 7, 2003),
   https://goo.gl/GyYTG5 .................................................................................................... 16

Buttonwood, *Keep on Trucking*, THE ECONOMIST (Feb. 11, 2012),
   https://goo.gl/x8vqaL ....................................................................................................... 17

Peri, G., *The Effect of Immigrants on U.S. Employment and Productivity*,
   Fed. Reserve Bank of San Francisco Econ. Letter (Aug. 30, 2010),
   https://goo.gl/jK17fc ........................................................................................................ 18

Bier, D., *Five Myths About DACA*, Cato Inst. (Sept. 7, 2017),
   https://goo.gl/y1e8gb ....................................................................................................... 19

Varas, J., *How Immigration Helps U.S. Workers and the Economy*, Am.
   Action Forum (Mar. 20, 2017), https://goo.gl/ovHQEh ................................................ 20

Decker, C.S., *Nebraska's Immigrant Population: Economic and Fiscal
   Impacts* (2008), https://tinyurl.com/ybsduws5 .............................................................. 21

Nat'l Conference of State Legislatures, *National Employment Monthly
   Update* (June 1, 2018), https://goo.gl/wZBJh8 .............................................................. 22

U.S. Dep't of Labor, Bureau of Labor Statistics, *Job Openings and Labor Turnover Survey*, https://goo.gl/g4n9Ag .................................................................... 23

Ortega, F. *et al.*, *The Economic Effects of Providing Legal Status to DREAMers* 18, IZA Discussion Paper No. 11281 (Jan. 2018), http://ftp.iza.org/dp11281.pdf ............................................................................. 24

ManpowerGroup, *2016/2017 Talent Shortage Survey: The United States Results*, https://goo.gl/rJTKs6 ................................................................................ 25

Unruh, R. & Bergson-Shilcock, A., Nat'l Skills Coalition, *Missing in Action* (Feb. 2015), https://goo.gl/gokfJW .............................................................. 26

President's Council of Advisors on Sci. & Tech., *Report to the President: Engage to Excel: Producing One Million Additional College Graduates with Degrees in Science, Technology, Engineering, and Mathematics* (Feb. 2012), https://goo.gl/v2YRVD ............................................................. 27

U.S. Dep't of Labor, Bureau of Labor Statistics, *Job Openings and Labor Turnover Survey Highlights August 2017* charts 1 & 2 (Oct. 11, 2017), https://goo.gl/H28XkL ................................................................................ 28

Ctr. for Am. Progress, *Results of Tom K. Wong, United We Dream, National Immigration Law Center, and Center for American Progress National Survey* (2016), https://goo.gl/pe2i17 .................................................. 29

The UndocuScholars Project, *In the Shadows of the Ivory Tower: Undocumented Undergraduates and the Liminal State of Immigration Reform* (2015), https://tinyurl.com/y7svqsxr ............................................... 30

Smith, B., President and Chief Legal Officer, Microsoft, *DREAMers Make our Country and Communities Stronger* (Aug. 31, 2017), https://goo.gl/kJYDT3 ..................................................................................... 31

Romm, T., *IBM CEO Ginni Rometty Is in D.C. Urging Congress to Save DACA*, Recode.net (Sept. 19, 2017), https://goo.gl/NQeJUc ........................................... 32

*My American Dream, Minus the Paperwork*, THINKPolicy Blog (Oct. 3, 2017), https://goo.gl/876JDm .......................................................................... 33

*I Felt Like a Normal American Kid . . . Then Everything Changed*, THINKPolicy Blog (Oct. 9, 2017), https://goo.gl/oV9P7h ................................................ 34

Kenny, D., *One Dreamer, Weathering Two Storms*, HOUSTON CHRON. (Dec. 3, 2017), https://goo.gl/562Pme .......................................................... 35

Decl. of Emily Nishi ¶ 4, Joint App. Vol. 5 at JA1099, 1103 Dkt. No. 118, *Batalla Vidal v. Trump*, Nos. 18-485, 18-488 (2d Cir. Mar. 16, 2018) ........................................................................................................... 36

Am. Farm Bureau Fed'n, *Agricultural Labor – Immigration Reform* (Oct. 2016), https://goo.gl/WUAz3e ............................................................................................... 37

Kitroeff, N. & Mohan, G., *Wages Rise on California Farms. Americans Still Don't Want the Job*, L.A. TIMES (Mar. 17, 2017), https://goo.gl/r1cH9Z ........................................................................................................ 38

Blanco, O., *The Worker Shortage Facing America's Farmers*, CNN MONEY (Sept. 29, 2016), https://goo.gl/ZF2Tdx .................................................................. 39

Svajlenka, N.P. & Jawetz, T., A New Threat to DACA Could Cost States Billions of Dollars Ctr. for Am. Progress (July 21, 2017), https://goo.gl/7udtFu ......................................................................................................... 40

Magana-Salgado, J., Immigrant Legal Resource Ctr., *Money on the Table: The Economic Cost of Ending DACA* (2016), https://goo.gl/3ZwGVJ ...................................................................................................... 41

FWD.us, *The Impact of DACA Program Repeal on Jobs* (2017), https://goo.gl/gJQHnn ......................................................................................................... 42

Rinaldi, T. & Shah, A., *Immigration Limbo Is a 'Tug of Emotions.' It's Also a Mental Health Issue*, PRI'S THE WORLD (Aug. 22, 2017), https://goo.gl/WLXMZ4 ........................................................................................................ 43

Richards, S.E., *How Fear of Deportation Puts Stress on Families*, THE ATLANTIC (Mar. 22, 2017), https://goo.gl/qDgeRf ............................................................ 44

World Health Org. & Int'l Labour Org., *Mental Health And Work: Impact, Issues and Good Practices* (2000), https://goo.gl/ecH1Ut ................................................ 45

Bier, D., *Ending DACA Will Impose Billions in Employer Compliance Costs*, Cato Inst. (Sept. 1, 2017), https://goo.gl/1FMidk ................................................... 46

Boushey, H. & Glynn, S.J., *There Are Significant Business Costs to Replacing Employees*, Ctr. for Am. Progress (Nov. 16, 2012), https://goo.gl/ZSmRLq ......................................................................................................... 47

Davis, B., *The Thorny Economics of Illegal Immigration*, WALL ST. J. (Feb. 9, 2016), https://goo.gl/j4dd7J ..................................................................................... 48

Bohn, S. *et al.*, *Do E-Verify Mandates Improve Labor Market Outcomes of Low-Skilled Native and Legal Immigrant Workers?* (May 2014), https://goo.gl/7UihSE ........................................................................................................ 49

Clemens, M.A., *Does Kicking Out Mexicans Create Jobs?*, POLITICO MAG. (Feb. 15, 2017), https://goo.gl/XwLj1x .................................................................................. 50

H.R. Rep. No. 111-157, at 8 (2009) ............................................................................................ 51

Gitis, B. & Varas, J., *The Labor and Output Declines From Removing All Undocumented Immigrants*, Am. Action Forum (May 5, 2016), https://goo.gl/UAt3dJ .................................................................................................. 52

GORDON, C. ET AL., 6-72 IMMIGRATION LAW AND PROC. § 72.03 (Matthew Bender, rev. ed. 1993) ........................................................................... 53

Mem. Op. for the Sec'y of Homeland Security and the Counsel to the President, 38 Op. O.L.C. 1(Nov. 19, 2014), https://www.justice.gov/file/179206/download ..................................................... 54

President Dwight Eisenhower, *Statement Concerning the Entry Into the United States of Adopted Foreign-Born Orphans* (Oct. 26, 1956), *https://goo.gl/BkztnZ* ................................................................................................. 55

Am. Immigration Council, *Executive Grants of Temporary Immigration Relief, 1956-Present* (Oct. 2014), *https://goo.gl/Q87gqn* ............................................... 56

Bruno, A. *et al.*, CRS, *Analysis of June 15, 2012 DHS Memorandum, Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children* App'x (July 13, 2012), *https://goo.gl/deiGYz* ................................................................................................ 57

Nelson, A., *Legalization and Family Fairness: An Analysis* (Oct. 21, 1987), *in* 64 No. 41 INTERPRETER RELEASES 1191 app. I (Oct. 26, 1987) ............................................................................................................................ 58

Mem. from Gene McNary, Comm'r, INS, to Reg'l Comm'rs, *Family Fairness: Guidelines for Voluntary Departure under 8 CFR 242.5 for the Ineligible Spouses and Children of Legalized Aliens* (Feb. 2, 1990), *in* 67 No. 6 Interpreter Releases 153, app. I, at 164-65 (Feb. 5, 1990) ............................................................................................................................ 59

Mem. from Paul Virtue, INS, *Supplemental Guidance on Battered Alien Self-Petitioning Process and Related Issues* (May 6, 1997), *https://goo.gl/YSU412* ............................................................................................... 60

U.S. Citizenship & Immigration Servs. ("USCIS"), *Interim Relief for Certain Foreign Academic Students Adversely Affected by Hurricane Katrina: Frequently Asked Questions (FAQ)* (Nov. 25, 2005), *https://tinyurl.com/ycw8gjry* ............................................................................ 61

Mem. from Michael D. Cronin, INS, for Michael A. Pearson, INS, *VTVPA Policy Memorandum #2—"T" and "U" Nonimmigrant Visas* (Aug. 30, 2001), *https://goo.gl/8djyjJ* ................................................................................. 62

Mem. from Donald Neufeld, USCIS, *Guidance Regarding Surviving Spouses of Deceased U.S. Citizens and Their Children* (June 15, 2009), *https://goo.gl/SHaCVZ* ........................................................................... 63

National Defense Authorization Act for Fiscal Year 2004, Pub. L. No. 108-136, § 423(b), 117 Stat. 1392, 1695-95 (2013) .................................................................... 64

USA PATRIOT Act, Pub. L. No. 107-56, § 423(b), 115 Stat. 272, 361 (2001) ........................................................................................................................... 65

8 C.F.R. § 274a.12 ............................................................................................................ 66

44 Fed. Reg. 43480 (July 25, 1979) ................................................................................. 67

51 Fed. Reg. 39385 (Oct. 28, 1986) ................................................................................. 68