IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,  §<br>§<br>Plaintiffs  §<br>§<br>vs.  §<br>§<br>UNITED STATES OF AMERICA, *et al.*,  §<br>§<br>Defendants,  §<br>§<br>KARLA PEREZ, *et al.*,  §<br>§<br>Defendants-Intervenors.  §<br>§ | CIVIL ACTION NO. 1:18-cv-00068 |

**[PROPOSED] ORDER**

On considering the unopposed motion of 114 Companies and Associations for leave to file a brief as *amici curiae* in support of defendants-intervenors and in opposition to plaintiffs' motion for a preliminary injunction, and the lack of any opposition thereto, the Court holds that the motion should be granted.  For the foregoing reasons, it is hereby

ORDERED that the Motion for Leave to File is GRANTED; and it is

FURTHER ORDERED that the Clerk is directed to file the Brief submitted with the Motion for Leave to File.

Dated: _____, 2018

_____<br>
Hon. Andrew S. Hanen<br>
United States District Judge