IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY | § |
| Defendant-Intervenor. | § |

## ORDER GRANTING DEFENDANT-INTERVENORS' AMENDED MOTION TO EXCEED PAGE LIMITS

On this date, the Court considered Defendant-Intervenors' Amended Motion to Exceed Page Limits. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Amended Motion to Exceed Page Limits is GRANTED.

SIGNED on this the ____ day of July, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge