UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>                Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants,<br>and<br>KARLA PEREZ, et al.,<br><br>                Defendant-Intervenors. | Case No. 1:18-cv-0068-ASH |

**[PROPOSED] ORDER**

Upon considering the unopposed motion of proposed *amici curiae* Rice University and Other Institutions of Higher Education for leave to file brief as *amici curiae* in support of Defendant-Intervenors' opposition to Plaintiffs' motion for preliminary injunction, the Court grants the motion. It is hereby

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the amicus brief submitted with the Motion for Leave to File.

Dated: _____, 2018

_____
UNITED STATES DISTRICT JUDGE