UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, *et al.*,<br><br>Defendants,<br><br>and<br><br>KARLA PEREZ, *et al.*,<br><br>Defendant-Intervenors. | Case No. 18-cv-00068 |

**[PROPOSED] ORDER GRANTING MOTION OF KEVIN R. JOHNSON AND SHOBA SIVAPRASAD WADHIA FOR LEAVE TO FILE AN AMICI CURIAE BRIEF IN SUPPORT OF DEFENDANT-INTERVENORS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Before the Court is the Motion of Kevin R. Johnson and Shoba Sivaprasad Wadhia for Leave to File an Amici Curiae Brief in Support of Defendant-Intervenors' Opposition to Plaintiffs' Motion for a Preliminary Injunction. Leave to file is hereby **GRANTED**.

Signed this the _____ day of _____, 20___.

_____
Andrew S. Hanen
United States District Judge