UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>The United States of America, *et al.*,<br><br>*Defendants,*<br><br>Karla Perez, *et al.*,<br><br>*Defendants-Intervenors,*<br><br>and<br><br>State of New Jersey,<br><br>*Defendant-Intervenor.* | Case No. 1:18-cv-00068 |

**NOTICE OF APPEARANCE**

Proposed amici curiae the States of New York, California, Connecticut, Delaware, Hawaiʻi, Illinois, Iowa, Maine, Maryland, Massachusetts, Minnesota, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Virginia, Vermont, Washington, and the District of Columbia (collectively, the "Amici States") file this Notice of Appearance and hereby notify the Court that Andrew W. Amend will appear as counsel of record for the Amici States.

Mr. Amend is familiar with the Southern District Local Rules and was admitted pro hac vice by order dated July 20, 2018.

Dated: New York, New York
July 21, 2018

/s/Andrew W. Amend
ANDREW W. AMEND
Senior Assistant Solicitor General
Attorney in Charge
New York Bar No. 4816716
Southern District of Texas Bar No.:
 *Admitted pro hac vice*

New York Office of the Attorney General
28 Liberty Street, 23rd Floor
New York, NY 10005
Telephone: (212) 416-8022
Facsimile: (212) 416-8962

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2018, I electronically filed the foregoing notice of appearance with the Clerk using the CM/ECF system, which I understand to have served the parties' counsel, who are registered as CM/ECF users.

/s/Andrew W. Amend
ANDREW W. AMEND