UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*,<br><br>                    *Plaintiffs,*<br><br>          *v.*<br><br>The United States of America, *et al.*,<br><br>                    *Defendants,*<br><br>Karla Perez, *et al.*,<br><br>                    *Defendants-Intervenors,*<br><br>          *and*<br><br>State of New Jersey,<br><br>                    *Defendant-Intervenor.* | Case No. 1:18-cv-00068 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE A
MEMORANDUM OF LAW AS AMICI CURIAE AND TO EXCEED PAGE LIMITS**

The amici States' Motion for Leave to File a Memorandum of Law as Amici Curiae and to Exceed Page Limits is hereby **GRANTED.**

**IT IS SO ORDERED.**

July ___, 2018

_____
Hon. Andrew S. Hanen
United States District Judge