UNITED STATES DISTRICT COURT

FOR SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>and<br><br>KARLA PEREZ, *et al.*,<br><br>    Defendants-Intervenors. | Case No. 1:18-CV-68 (ASH) |

## NOTICE OF APPEARANCE

Proposed *Amici Curiae* the New Jersey Hospital Association and Individual Health Care Professionals file this Notice of Appearance and hereby notify the Court that Lawrence S. Lustberg will appear as counsel of record for *Amici*.

Mr. Lustberg is familiar with the Local Rules of the United States District Court for the Southern District of Texas and was admitted *pro hac vice* on July 16, 2018.

Dated: July 21, 2018

                                          By: /s/ Lawrence S. Lustberg

                                              Gibbons P.C.
                                              One Gateway Center
                                              Newark, NJ 07102-5310
                                              (973) 596-4500

## CERTIFICATE OF SERVICE

I certify that on July 21, 2018, I electronically filed this document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for all parties.

By: /s/ Lawrence S. Lustberg

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500