UNITED STATES DISTRICT COURT

FOR SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> and <br><br> KARLA PEREZ, *et al.*, <br><br> Defendants-Intervenors. | Case No. 1:18-CV-68 (ASH) |

**[PROPOSED] ORDER GRANTING MOTION OF NEW JERSEY HOSPITAL ASSOCIATION AND INDIVIDUAL HEALTH CARE PROFESSIONALS FOR LEAVE TO FILE A BRIEF *AMICI CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

This matter having come before the Court on the motion of proposed *Amici Curiae* New Jersey Hospital Association ("NJHA") and individual health care professionals, Drs. Meika Neblett, Sherif Latef, Carol Mendez, Carmelo Milazzo, and Abbie Jacobs, by Gibbons P.C. (Lawrence S. Lustberg, appearing); and all parties having consented to the filing of this brief; and the Court having considered the submissions of the parties, and for good cause shown.

IT IS on this ____ day of _____, 2018, hereby ORDERED that the motion of NJHA and the individual health care professionals for leave to file a brief *amici curiae* be and it hereby is GRANTED; and it is further

ORDERED that the Brief of *Amici Curiae* submitted herewith be and it hereby is accepted for filing.

_____
Judge Andrew S. Hanen
United States District Judge