# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., | |
| Plaintiff | |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | Case No. 1:18-cv-00068 |
| Defendants | |
| and | |
| KARLA PEREZ, ET AL., | |
| Defendants-Intervenors | |

## [PROPOSED] ORDER

Upon considering the unopposed motion of proposed *amici curiae* the Lawyers' Committee for Civil Rights Under Law, Anti-Defamation League, the Lawyers' Committee for Civil Rights and Economic Justice, and the Mississippi Center For Justice for leave to file a brief as *amici curiae* in support of Defendant-Intervenors' opposition to Plaintiffs' motion for preliminary injunction, the Court grants the motion. It is hereby

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the *amicus* brief submitted with the Motion for Leave to File.

Dated: _____, 2018

_____
UNITED STATES DISTRICT JUDGE