IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY, | § |
| Defendant-Intervenor. | § |

**[PROPOSED] ORDER**

Upon consideration of the unopposed motion of The Legal Aid Society for leave to file a memorandum of law pursuant to Federal Rule of Civil Procedure 7 and Rule 7 of the Local Rules as *amicus curiae* in support of Defendant-Intervenors Karla Perez *et al.* and Defendant-Intervenor the State of New Jersey in opposition to Plaintiff's motion for a preliminary injunction, the proposed *amicus curiae* brief, and the lack of opposition thereto, the Court holds that the motion should be granted.

For the foregoing reasons, it is hereby:

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the Memorandum of Law submitted as Exhibit A to the Unopposed Motion for Leave to File.

DATED: _____, 2018

_____
UNITED STATES DISTRICT JUDGE