**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS; | ) |
| | ) |
| STATE OF ALABAMA; | ) |
| | ) |
| STATE OF ARKANSAS; | ) |
| | ) |
| STATE OF KANSAS; | ) |
| | ) |
| STATE OF LOUISIANA; | ) |
| | ) |
| STATE OF NEBRASKA; | ) |
| | ) |
| STATE OF SOUTH CAROLINA; | ) |
| | ) |
| STATE OF WEST VIRGINIA, | ) |
| | ) |
| GOVERNOR PHIL BRYANT, STATE OF MISSISSIPPI; AND | ) |
| | ) |
| GOVERNOR PAUL R. LEPAGE, STATE OF MAINE, | ) |
| | ) |
| _Plaintiffs,_ | ) |
| | ) |
| _vs._ | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| | ) |
| _Defendants,_ | ) |
| | ) |
| _And_ | ) |
| | ) |
| KARLA PEREZ, ET AL.; | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| _Defendants-Intervenors._ | ) |

**PLAINTIFF STATES' SUPPLEMENTAL APPENDIX IN SUPPORT OF
THEIR MOTION FOR PRELIMINARY INJUNCTION**

## TABLE OF CONTENTS

| Exhibit | Document | Pages |
|---|---|---|
| 21 | Ray Perryman, Estimated Annual Net Fiscal Benefits of DACA Recipients in Texas | App. 1243-1247 |
| 22 | Results from Tom K. Wong et al., 2017 National DACA Study (excerpts) | App. 1248-1251 |
| 23 | Immigrant Legal Resource Center, Practice Advisory: DACA, Advance Parole, and Family Petitions (June 2016) | App. 1252-1262 |
| 24 | Deposition of Barbara Hines (June 26, 2018) (excerpts) | App. 1263-1272 |
| 25 | Memorandum from Kirstjen M. Nielsen, Secretary of Homeland Security (June 22, 2018) | App. 1273-1276 |
| 26 | U.S. Citizenship and Immigration Services, DACA Frequently Asked Questions | App. 1277-1300 |
| 27 | Deposition of Karla Perez (June 16, 2018) (excerpts) | App. 1301-1309 |
| 28 | Deposition of Ray Perryman (June 27, 2018) (excerpts) | App. 1310-1328 |
| 29 | Deposition of Diana Gonzalez (June 25, 2018) (excerpts) | App. 1329-1333 |
| 30 | U.S. Citizenship and Immigration Services, Approximate Active DACA Recipients (Sept. 4, 2017) | App. 1334-1346 |
| 31 | Parija Kavilanz, *These Dreamers Will Leave the U.S. if a DACA Deal Isn't Reached*, CNN MONEY (Feb. 16, 2018) (Exhibit 2 to Deposition of Daniela Velez) | App. 1347-1352 |
| 32 | Jessica M. Vaughan and Tom Homan, Center for Immigration Studies, *Immigration Newsmaker*: A Conversation with ICE Deputy Director Tom Homan (June 6, 2018) | App. 1353-1375 |
| 33 | Deposition of Sarah Saldaña (June 29, 2018) (excerpts) | App. 1376-1386 |
| 34 | General Appropriations Act for the 2018-19 Biennium, 85th Leg., Reg. Sess. (Tex. 2017) (excerpts) | App. 1387-1415 |

1

| Exhibit | Document | Pages |
|---------|----------|-------|
| 35 | General Appropriations Act for the 2016-17 Biennium, 84th Leg., Reg. Sess. (Tex. 2015) (excerpts) | App. 1416-1429 |
| 36 | Artemis Moshtaghian and Nicole Chavez, *Record Fentanyl Bust in Nebraska Finds Enough Doses to Kill an Estimated 26 Million People*, CNN (May 25, 2018) | App. 1430-1432 |
| 37 | U.S. Drug Enforcement Administration, Fentanyl FAQs | App. 1433-1436 |
| 38 | Deposition of Ike Brannon (June 26, 2018) (excerpts) | App. 1437-1444 |
| 39 | Deposition of Esther Jeon (June 15, 2018) (excerpts) | App. 1445-1452 |
| 40 | Deposition of Rose Arackathara (June 18, 2018) (excerpts) | App. 1453-1458 |
| 41 | Supplemental Declaration of Donald Deere, Ph.D. | App. 1459-1474 |
| 42 | Deposition of Leighton Ku (June 27, 2018) (excerpts) | App. 1475-1480 |

July 21, 2018                              Respectfully submitted.

STEVE MARSHALL                             KEN PAXTON
Attorney General of Alabama                Attorney General of Texas

LESLIE RUTLEDGE                            JEFFREY C. MATEER
Attorney General of Arkansas               First Assistant Attorney General

JEFF LANDRY                                BRANTLEY STARR
Attorney General of Louisiana              Deputy First Assistant Attorney General

DOUGLAS J. PETERSON                        JAMES E. DAVIS
Attorney General of Nebraska               Deputy Attorney General for Civil Litigation

ALAN WILSON                                */s/ Todd Lawrence Disher*
Attorney General of South Carolina         TODD LAWRENCE DISHER
                                           Attorney-in-Charge
PATRICK MORRISEY                           Special Counsel for Civil Litigation
Attorney General of West Virginia          Tx. State Bar No. 24081854
                                           Southern District of Texas No. 2985472
                                           Tel.: (512) 463-2100; Fax: (512) 936-0545
                                           todd.disher@oag.texas.gov
                                           P.O. Box 12548
                                           Austin, Texas 78711-2548

                                           ADAM ARTHUR BIGGS
                                           Special Counsel for Civil Litigation

                                           ADAM N. BITTER
                                           Assistant Attorney General

                                           **COUNSEL FOR PLAINTIFF STATES**

3

## CERTIFICATE OF SERVICE

I certify that on July 21, 2018, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Special Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**

4