# Exhibit 27

App. 1302

# Transcript of the Testimony of
# Karla Perez

**Date:**

June 16, 2018

**Case:**

STATE OF TEXAS V. UNITED STATES OF AMERICA

Karla Perez                                                             June 16, 2018

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION

 3

    STATE OF TEXAS, ET. AL.         )
 4                                  )
            PLAINTIFFS,             )
 5                                  )
    V.                              )   CASE NO. 1:18-cv-00068
 6                                  )
    UNITED STATES OF AMERICA,       )
 7  ET. AL.,                        )
                                    )
 8          DEFENDANTS,             )
                                    )
 9  AND                             )
                                    )
10  KARLA PEREZ, ET. AL.,           )
                                    )
11          DEFENDANT-INTERVENORS.  )

12

13

14

15

16  _____

17           ORAL DEPOSITION OF KARLA PEREZ

18                     June 16, 2018

19  _____
```

Karla Perez June 16, 2018
Page 2

1     ORAL DEPOSITION OF KARLA PEREZ, produced as a
2  witness at the instance of the Plaintiffs and duly
3  sworn, was taken in the above-styled and numbered
4  cause on June 16, 2018, from 11:06 a.m. to 1:55 p.m.,
5  before Mia Cieslar, Certified Shorthand Reporter in
6  and for the State of Texas, reported by computerized
7  machine shorthand, at the offices of the Attorney
8  General, Consumer Protection Division, 808 Travis
9  Street, Suite 1520, Houston, Texas, pursuant to the
10 Federal Rules of Civil Procedure and the provisions
11 stated on the record or attached hereto.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Karla Perez                                                          June 16, 2018
                                                                         Page 3

```
 1                         APPEARANCES
 2
      FOR THE PLAINTIFFS:
 3
          Mr. Todd Lawrence Disher
 4        Mr. P. Trent Peroyea
          ATTORNEY GENERAL OF THE STATE OF TEXAS
 5        P.O. Box 12548
          Austin, Texas  78711
 6        Telephone:  (512) 936-2266
          Email:  todd.disher@oag.texas.gov
 7

 8    FOR THE DEFENDANTS UNITED STATES OF AMERICA:

 9        Mr. Rick Kincheloe
          U.S. DEPARTMENT OF JUSTICE
10        1000 Louisiana Street, Suite 2300
          Houston, Texas  77002
11        Telephone:  (713) 567-9422
          Email:  richard.kincheloe@usdoj.gov
12

13    FOR THE DEFENDANTS INTERVENORS:

14        Mr. Brian Devito (appeared via telephonically)
          OFFICE OF THE ATTORNEY GENERAL OF NEW JERSEY
15        124 Halsey Street, 5th Floor
          Newark, New Jersey  07101
16        Telephone:  (973) 877-1405
          Email:  brian.devito@law.njoag.gov
17

18    FOR THE DEFENDANTS INTERVENORS:

19        Ms. Celina Moreno
          MEXICAN AMERICAN LEGAL DEFENSE AND
20        EDUCATIONAL FUND
          110 Broadway, Suite 300
21        San Antonio, Texas  78205
          Telephone:  (617) 388-3551
22        Email:  cmoreno@maldef.org

23

24

25
```

1   A.   Yes.
2   Q.   All right.  Then the next paragraph says,
3   There are a lot of obstacles for DACA students.
4        We talked about some of those obstacles,
5   right?
6   A.   Yes.
7   Q.   Okay.  Know that many DACA -- many of the
8   DACA recipients she knew in Texas had not even
9   realized they could participate in the work study
10  program in the past.
11       Is that the -- does that refresh your
12  memory about what this article is about?
13  A.   A work study program in Texas.
14  Q.   Yeah.  Do you --
15  A.   Means to limit that to -- or exclude
16  undocumented students.
17  Q.   Okay.  So what do you know about the work
18  study program in Texas?  Well, let me ask you another
19  question first.
20       Was this effort one of the efforts in
21  the 2017 legislative session that you participated in
22  advocating for or against this particular proposal?
23  A.   Yes.
24  Q.   Okay.  So what do you know about the Texas
25  work study program?

 1    A.   I know that it is a state program, not
 2   federal which means that DACA recipients who have work
 3   authorization could participate in it because it does
 4   not -- it's not a federal program.
 5    Q.   Okay.  And what were the efforts in 2017
 6   related to that work study program?
 7    A.   There wasn't a -- an effort to require that
 8   students participating in the state work study program
 9   would qualify for federal financial aid which means
10   not undocumented students, including those who are
11   DACA recipients.
12    Q.   Okay.  You advocated against that proposal;
13   is that right?
14    A.   Yes.
15    Q.   And why did you advocate against that
16   proposal?
17    A.   It's a state work program, it's not a federal
18   work program.  And it didn't make sense to me.  It --
19   it -- it seemed to me just another opportunity to
20   exclude DACA recipients from a program that they could
21   otherwise participate in because -- for those who have
22   work authorization.  And it also was quite evident to
23   me that the legislature -- the legislator who
24   sponsored this proposal did not understand the nuances
25   of -- of this.

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION

 3
     STATE OF TEXAS, ET. AL.     )
 4                               )
            PLAINTIFFS,          )
 5                               )
     V.                          )  CASE NO. 1:18-cv-00068
 6                               )
     UNITED STATES OF AMERICA,   )
 7   ET. AL.,                    )
                                 )
 8          DEFENDANTS,          )
                                 )
 9   AND                         )
                                 )
10   KARLA PEREZ, ET. AL.,       )
                                 )
11          DEFENDANT-INTERVENORS.)

12

13                    REPORTER'S CERTIFICATE

14               ORAL DEPOSITION OF KARLA PEREZ

15                        June 16, 2018

16

17       I, Mia Cieslar, Certified Shorthand Reporter

18   in and for the State of Texas, hereby certify that to

19   the following:

20       That the witness, KARLA PEREZ, was duly sworn

21   by the officer and that the transcript of the oral

22   deposition is a true record of the testimony given by

23   the witness;

24       I further certify that pursuant to FRCP Rule

25   30(f)(1) that the signature of the deponent:
```

```
 1          __X__ was requested by the deponent or a party
 2   before the completion of the deposition and returned
 3   within 30 days from date of receipt of the transcript.
 4   If returned, the attached Changes and Signature Page
 5   contains any changes and the reasons therefor;
 6          _____ was not requested by the deponent or a
 7   party before the completion of the deposition.
 8          I further certify that I am neither attorney
 9   nor counsel for, related to, nor employed by any of
10   the parties in the action in which this testimony was
11   taken.
12          Further, I am not a relative or employee of
13   any attorney of record in this cause, nor do I have a
14   financial interest in the action.
15          Subscribed and sworn to on this the _____ day
16   of _____, 20___.
17
18
19          _____
            Mia Cieslar, CRC, RDR, CRR
20          Texas CSR 5763
            Expiration: 12/31/19
21          Kim Tindall & Associates, LLC
            Firm Registration No. 631
22          16414 San Pedro, Suite 900
            San Antonio, Texas 78232
23          Phone (210) 697-3400
            Fax (210) 697-3408
24
25
```