# Exhibit 29

STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.
Diana Gonzalez on 06/25/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION

 3

 4    STATE OF TEXAS, et al.,           )
                                        )
 5             Plaintiffs,              )
                                        )
 6    v.                                )
                                        )
 7    UNITED STATES OF AMERICA, et al.,)
                                        )
 8             Defendants,              )
                                        )
 9    and                               )Case No.:
                                        )1:18-cv-00068
10                                      )
      KARLA PEREZ, et al.,              )
11                                      )
               Defendant-Intervenors.   )
12

13

14

15             Deposition of DIANA GONZALEZ taken

16    pursuant to notice, held at the 25 Market

17    Street, Sixth Floor, Trenton, New Jersey 08611

18    commencing at 1:08 p.m., on the above date,

19    before Jennifer P. Miller, RPR, CCR, CRR

20    #30XI00235100 and Notary Public.

21

22

23

24

25
```

```
 1    APPEARANCES:

 2    JEREMY E. HOLLANDER, ESQUIRE
      Assistant Attorney General
 3    Affirmative Civil Enforcement
      124 Halsey Street
 4    P.O. Box 45029
      Newark, NJ  07101-5029
 5    (973) 648-7453

 6


 7    ATTORNEY GENERAL KEN PAXTON
      ADAM ARTHUR BIGGS, ESQUIRE
 8    P.O. Box 12548
      Austin, TX  78711-2548
 9    (512) 936-0750
      adam.biggs@oag.texas.gov
10

11    OFFICE OF IMMIGRATION LITIGATION
      AARON S. GOLDSMITH
12    Senior Litigation Counsel
      U.S. Department of Justice
13    Liberty Square Building
      450 5th Street, NW
14    Washington, DC 20530-0001
      (202) 532-4107
15    aaron.goldsmith@usdoj.gov

16


17    MALDEF
      PRISCILLA J. ORTA
18    11 East Adams, Suite 700
      Chicago, IL 60603
19    (312) 427-0701 ext. 409
      Porta@MALDEF.org
20

21    PAUL H. JUZDAN, ESQUIRE
      STATE OF NEW JERSEY
22    DEPARTMENT OF LAW & PUBLIC SAFETY
      124 Halsey Street
23    P.O. Box 45029-5029
      Newark, NJ  07101
24    (973) 648-3286

25
```

```
 1      record, about five minutes if you're on
 2      the phone.
 3                    -  -  -
 4              (Whereupon, a short recess
 5      was taken.)
 6                    -  -  -
 7   BY MR. BIGGS:
 8      Q.   After a short break, we're back on.
 9   And I think I'm pretty much done here and I
10   went back and kind of looked at a few of your
11   answers and I just want to make sure that we
12   got it pretty clear.
13              Would you agree with me that
14   public funds are spent in New Jersey to educate
15   DACA recipients?
16      A.   Yes.
17      Q.   And you worked on now-Governor
18   Murphy's campaign, correct?
19      A.   Yes.
20      Q.   What was Governor Murphy's campaign
21   position on the continued existence of DACA?
22      A.   Specifically DACA, I know that he was
23   a supporter, but generally for undocumented
24   immigrants he was also a supporter as well.
25      Q.   And do your personal views -- in your
```

```
 1                    CERTIFICATE
 2          I HEREBY CERTIFY that the
 3   proceedings, evidence and objections are
 4   contained fully and accurately in the
 5   stenographic notes taken by me upon the
 6   deposition of DIANA GONZALEZ
 7   taken on June 25, 2018, and that this is a
 8   true and correct transcript of same.
 9
10
11
12   _____
13          Jennifer Miller, RPR, CCR, CRR
14          and Notary Public
15
16
17
18
19
20
21          (The foregoing certification of
22   this transcript does not apply to any
23   reproduction of the same by any means
24   unless under the direct control and/or
25   supervision of the certifying reporter.)
```