# Exhibit 30

## Approximate Active DACA Recipients:
## Country of Birth
### As of September 4, 2017

| Country of Birth | Number (rounded) | Percent |
|---|---:|---:|
| **Total** | **689,800** | **100.0** |
| Mexico | 548,000 | 79.4 |
| El Salvador | 25,900 | 3.7 |
| Guatemala | 17,700 | 2.6 |
| Honduras | 16,100 | 2.3 |
| Peru | 7,420 | 1.1 |
| Korea, South | 7,310 | 1.1 |
| Brazil | 5,780 | 0.8 |
| Ecuador | 5,460 | 0.8 |
| Colombia | 5,020 | 0.7 |
| Argentina | 3,970 | 0.6 |
| Philippines | 3,880 | 0.6 |
| India | 2,640 | 0.4 |
| Jamaica | 2,640 | 0.4 |
| Venezuela | 2,480 | 0.4 |
| Dominican Republic | 2,430 | 0.4 |
| Uruguay | 1,930 | 0.3 |
| Trinidad & Tobago | 1,930 | 0.3 |
| Bolivia | 1,700 | 0.2 |
| Costa Rica | 1,620 | 0.2 |
| Chile | 1,410 | 0.2 |
| Poland | 1,390 | 0.2 |
| Nicaragua | 1,370 | 0.2 |
| Pakistan | 1,340 | 0.2 |
| Nigeria | 1,020 | 0.1 |
| Guyana | 980 | 0.1 |
| Belize | 820 | 0.1 |
| Canada | 750 | 0.1 |
| China, People's Republic | 740 | 0.1 |
| Indonesia | 710 | 0.1 |
| Kenya | 700 | 0.1 |
| Portugal | 520 | 0.1 |
| United Kingdom | 500 | 0.1 |
| Bangladesh | 490 | 0.1 |
| Ghana | 490 | 0.1 |
| Mongolia | 480 | 0.1 |
| Panama | 440 | 0.1 |

**Approximate Active DACA Recipients:**
**Country of Birth**
**As of September 4, 2017**

| Country of Birth | Number (rounded) | Percent |
|---|---|---|
| Israel | 360 | 0.1 |
| Italy | 340 | 0.0 |
| Bahamas, The | 300 | 0.0 |
| Saint Lucia | 270 | 0.0 |
| Albania | 250 | 0.0 |
| Taiwan | 240 | 0.0 |
| Turkey | 230 | 0.0 |
| Jordan | 220 | 0.0 |
| Germany | 220 | 0.0 |
| Paraguay | 210 | 0.0 |
| Thailand | 200 | 0.0 |
| Saudi Arabia | 200 | 0.0 |
| South Africa | 190 | 0.0 |
| Egypt | 180 | 0.0 |
| France | 180 | 0.0 |
| Armenia | 180 | 0.0 |
| Hong Kong | 180 | 0.0 |
| Zambia | 180 | 0.0 |
| United Arab Emirates | 170 | 0.0 |
| Lithuania | 160 | 0.0 |
| Ukraine | 160 | 0.0 |
| Malaysia | 160 | 0.0 |
| Senegal | 150 | 0.0 |
| Haiti | 150 | 0.0 |
| Guinea | 140 | 0.0 |
| Russia | 140 | 0.0 |
| Saint Vincent & the Grenadines | 140 | 0.0 |
| Grenada | 140 | 0.0 |
| Zimbabwe | 130 | 0.0 |
| Cameroon | 130 | 0.0 |
| Japan | 130 | 0.0 |
| Sri Lanka | 130 | 0.0 |
| Cote d'Ivoire | 130 | 0.0 |
| Liberia | 130 | 0.0 |
| Morocco | 130 | 0.0 |
| Suriname | 120 | 0.0 |
| Gambia, The | 120 | 0.0 |
| Spain | 110 | 0.0 |

## Approximate Active DACA Recipients:
## Country of Birth
### As of September 4, 2017

| Country of Birth | Number (rounded) | Percent |
|---|---:|---:|
| Lebanon | 110 | 0.0 |
| Greece | 110 | 0.0 |
| Romania | 100 | 0.0 |
| Barbados | 100 | 0.0 |
| Sierra Leone | 100 | 0.0 |
| Hungary | 100 | 0.0 |
| Fiji | 90 | 0.0 |
| Czech Republic | 90 | 0.0 |
| Malawi | 80 | 0.0 |
| Antigua-Barbuda | 80 | 0.0 |
| Tanzania | 80 | 0.0 |
| New Zealand | 80 | 0.0 |
| Macedonia | 70 | 0.0 |
| Bulgaria | 70 | 0.0 |
| Vietnam | 70 | 0.0 |
| Uganda | 70 | 0.0 |
| Nepal | 60 | 0.0 |
| Cape Verde | 60 | 0.0 |
| Iran | 60 | 0.0 |
| Kuwait | 60 | 0.0 |
| Angola | 60 | 0.0 |
| Netherlands | 60 | 0.0 |
| Tonga | 60 | 0.0 |
| Australia | 50 | 0.0 |
| Mali | 50 | 0.0 |
| Montenegro | 50 | 0.0 |
| Uzbekistan | 50 | 0.0 |
| Samoa | 50 | 0.0 |
| Congo, Democratic Republic | 40 | 0.0 |
| Singapore | 40 | 0.0 |
| Slovakia | 40 | 0.0 |
| Ethiopia | 40 | 0.0 |
| Cambodia | 40 | 0.0 |
| Qatar | 40 | 0.0 |
| Yemen | 40 | 0.0 |
| British Virgin Islands | 40 | 0.0 |
| Togo | 40 | 0.0 |
| Estonia | 30 | 0.0 |

## Approximate Active DACA Recipients:
## Country of Birth
### As of September 4, 2017

| Country of Birth | Number (rounded) | Percent |
|---|---|---|
| Turks & Caicos Islands | 30 | 0.0 |
| Serbia | 30 | 0.0 |
| Serbia and Montenegro | 30 | 0.0 |
| Syria | 30 | 0.0 |
| Saint Kitts-Nevis | 30 | 0.0 |
| Belgium | 30 | 0.0 |
| Bahrain | 30 | 0.0 |
| Ireland | 30 | 0.0 |
| Sweden | 30 | 0.0 |
| Austria | 20 | 0.0 |
| Botswana | 20 | 0.0 |
| Gabon | 20 | 0.0 |
| Congo, Republic | 20 | 0.0 |
| Cayman Islands | 20 | 0.0 |
| Soviet Union, former | 20 | 0.0 |
| Netherlands Antilles | 20 | 0.0 |
| Bermuda | 20 | 0.0 |
| Georgia | 20 | 0.0 |
| Kosovo | 20 | 0.0 |
| Algeria | 20 | 0.0 |
| Belarus | 20 | 0.0 |
| Benin | 20 | 0.0 |
| Denmark | 20 | 0.0 |
| Laos | 20 | 0.0 |
| Switzerland | 20 | 0.0 |
| Latvia | 10 | 0.0 |
| Croatia | 10 | 0.0 |
| Burundi | 10 | 0.0 |
| Libya | 10 | 0.0 |
| Oman | 10 | 0.0 |
| Burkina Faso | 10 | 0.0 |
| Kazakhstan | 10 | 0.0 |
| Montserrat | 10 | 0.0 |
| Afghanistan | 10 | 0.0 |
| Azerbaijan | 10 | 0.0 |
| Moldova | 10 | 0.0 |
| Namibia | 10 | 0.0 |
|  |  |  |

**Approximate Active DACA Recipients:**
**Country of Birth**
**As of September 4, 2017**

| Country of Birth | Number (rounded) | Percent |
|---|---|---|
| Other Countries | 200 | 0.0 |
| Not Available | 1,800 | 0.3 |

Notes:
- This table refers to individuals who were granted Deferred Action for Childhood Arrivals (DACA) as of September 4, 2017.  The number of individuals who were ever granted DACA as of September 4, 2017 was approximately 800,000. This total excludes persons who applied for an initial grant of DACA and were not approved, as well as initial DACA requestors that were approved at first, but later had their initial request denied or terminated. Nearly 40,000 DACA recipients have adjusted to lawful permanent resident (LPR) status, leaving about 760,000 who are not LPRs.  About 70,000 individuals who were granted DACA either failed to renew at the end of their 2-year validity period or were denied on renewal, leaving approximately 690,000 active DACA recipients as of September 4, 2017.
- Totals do not add due to rounding.
- Countries with fewer than 10 active DACA recipients are included in other.
- Not available:  data are not available in electronic systems.

Source:  U.S. Citizenship and Immigration Services,

## Approximate Active DACA Recipients:
## State of Residence
### As of September 4, 2017

| State or Territory of Residence | Number (rounded) | Percent |
|---|---:|---:|
| **Total** | **689,800** | **100.0** |
| California | 197,900 | 28.7 |
| Texas | 113,000 | 16.4 |
| Illinois | 35,600 | 5.2 |
| New York | 32,900 | 4.8 |
| Florida | 27,000 | 3.9 |
| Arizona | 25,500 | 3.7 |
| North Carolina | 25,100 | 3.6 |
| Georgia | 21,600 | 3.1 |
| New Jersey | 17,400 | 2.5 |
| Washington | 16,300 | 2.4 |
| Colorado | 15,500 | 2.3 |
| Nevada | 12,400 | 1.8 |
| Oregon | 10,200 | 1.5 |
| Virginia | 10,100 | 1.5 |
| Indiana | 9,000 | 1.3 |
| Utah | 8,900 | 1.3 |
| Maryland | 8,100 | 1.2 |
| Tennessee | 7,900 | 1.1 |
| Wisconsin | 6,700 | 1.0 |
| Oklahoma | 6,100 | 0.9 |
| South Carolina | 6,000 | 0.9 |
| New Mexico | 6,000 | 0.9 |
| Massachusetts | 5,900 | 0.9 |
| Kansas | 5,900 | 0.9 |
| Minnesota | 5,500 | 0.8 |
| Michigan | 5,400 | 0.8 |
| Pennsylvania | 4,900 | 0.7 |
| Arkansas | 4,700 | 0.7 |
| Ohio | 4,000 | 0.6 |
| Alabama | 3,900 | 0.6 |
| Connecticut | 3,800 | 0.6 |
| Missouri | 3,300 | 0.5 |
| Nebraska | 3,100 | 0.5 |
| Idaho | 2,900 | 0.4 |
| Kentucky | 2,800 | 0.4 |
| Iowa | 2,500 | 0.4 |
| Louisiana | 1,800 | 0.3 |

## Approximate Active DACA Recipients:
## State of Residence
### As of September 4, 2017

| State or Territory of Residence | Number (rounded) | Percent |
|---|---:|---:|
| Mississippi | 1,200 | 0.2 |
| Delaware | 1,100 | 0.2 |
| Rhode Island | 970 | 0.1 |
| District of Columbia | 920 | 0.1 |
| Wyoming | 450 | 0.1 |
| Hawaii | 320 | 0.1 |
| New Hampshire | 240 | 0.0 |
| South Dakota | 220 | 0.0 |
| Puerto Rico | 120 | 0.0 |
| West Virginia | 100 | 0.0 |
| North Dakota | 80 | 0.0 |
| Alaska | 70 | 0.0 |
| Montana | 60 | 0.0 |
| U.S. Virgin Islands | 40 | 0.0 |
| Maine | 40 | 0.0 |
| Armed Forces overseas | 30 | 0.0 |
| Guam | 20 | 0.0 |
| Northern Mariana Islands | 10 | 0.0 |
| Vermont | 10 | 0.0 |
|  |  |  |
| Other territories | 10 | 0.0 |
| Not Available | 4,180 | 0.6 |

Notes:
- This table refers to individuals who were granted Deferred Action for Childhood Arrivals (DACA) as of September 4, 2017. The number of individuals who were ever granted DACA as of September 4, 2017 was approximately 800,000. This total excludes persons who applied for an initial grant of DACA and were not approved, as well as initial DACA requestors that were approved at first, but later had their initial request denied or terminated. Nearly 40,000 DACA recipients have adjusted to lawful permanent resident (LPR) status, leaving about 760,000 who are not LPRs. About 70,000 individuals who were granted for DACA either failed to renew at the end of their 2-year validity period or were denied on renewal, leaving approximately 690,000 active DACA recipients as of September 4, 2017.
- State of residence at the time of most recent application.
- Totals do not add due to rounding.
- Territories with less than 10 residents are included in other.
- Not available: data are not available in electronic systems.

Source: U.S. Citizenship and Immigration Services, CLAIMS3 and ELIS Systems.

## Approximate Active DACA Recipients: Leading Core Based Statistical Areas
### As of September 4, 2017

| Core Based Statistical Area (CBSA) | Number (rounded) | Percent |
|---|---|---|
| **Total** | 689,800 | 100.0 |
| Los Angeles-Long Beach-Anaheim, CA | 89,900 | 13.0 |
| New York-Newark-Jersey City, NY-NJ-PA | 47,200 | 6.8 |
| Dallas-Fort Worth-Arlington, TX | 36,700 | 5.3 |
| Houston-The Woodlands-Sugar Land, TX | 35,800 | 5.2 |
| Chicago-Naperville-Elgin, IL-IN-WI | 34,100 | 5.0 |
| Riverside-San Bernardino-Ontario, CA | 22,300 | 3.2 |
| Phoenix-Mesa-Scottsdale, AZ | 22,000 | 3.2 |
| Atlanta-Sandy Springs-Roswell, GA | 15,700 | 2.3 |
| San Francisco-Oakland-Hayward, CA | 15,500 | 2.3 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 13,700 | 2.0 |
| Miami-Fort Lauderdale-West Palm Beach, FL | 11,400 | 1.7 |
| San Diego-Carlsbad, CA | 11,300 | 1.6 |
| Denver-Aurora-Lakewood, CO | 10,000 | 1.5 |
| Las Vegas-Henderson-Paradise, NV | 9,900 | 1.4 |
| San Jose-Sunnyvale-Santa Clara, CA | 9,400 | 1.4 |
| McAllen-Edinburg-Mission, TX | 7,500 | 1.1 |
| Austin-Round Rock, TX | 7,400 | 1.1 |
| Seattle-Tacoma-Bellevue, WA | 7,300 | 1.1 |
| Charlotte-Concord-Gastonia, NC-SC | 6,200 | 0.9 |
| Portland-Vancouver-Hillsboro, OR-WA | 6,200 | 0.9 |
| Fresno, CA | 5,900 | 0.9 |
| Sacramento--Roseville--Arden-Arcade, CA | 5,900 | 0.9 |
| San Antonio-New Braunfels, TX | 5,600 | 0.8 |
| Salt Lake City, UT | 5,000 | 0.7 |
| Bakersfield, CA | 4,900 | 0.7 |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 4,700 | 0.7 |
| Boston-Cambridge-Newton, MA-NH | 4,700 | 0.7 |
| Indianapolis-Carmel-Anderson, IN | 4,600 | 0.7 |
| Minneapolis-St. Paul-Bloomington, MN-WI | 4,600 | 0.7 |
| Raleigh, NC | 3,900 | 0.6 |
| Kansas City, MO-KS | 3,900 | 0.6 |
| Oxnard-Thousand Oaks-Ventura, CA | 3,700 | 0.5 |
| Visalia-Porterville, CA | 3,300 | 0.5 |
| Nashville-Davidson--Murfreesboro--Franklin, TN | 3,300 | 0.5 |
| Santa Maria-Santa Barbara, CA | 3,300 | 0.5 |
| Tampa-St. Petersburg-Clearwater, FL | 3,200 | 0.5 |
| Stockton-Lodi, CA | 3,100 | 0.5 |

## Approximate Active DACA Recipients:
## Leading Core Based Statistical Areas
As of September 4, 2017

| Core Based Statistical Area (CBSA) | Number (rounded) | Percent |
|---|---:|---:|
| Oklahoma City, OK | 3,100 | 0.4 |
| Milwaukee-Waukesha-West Allis, WI | 3,000 | 0.4 |
| Orlando-Kissimmee-Sanford, FL | 3,000 | 0.4 |
| Santa Rosa, CA | 2,900 | 0.4 |
| Modesto, CA | 2,800 | 0.4 |
| Salinas, CA | 2,800 | 0.4 |
| Albuquerque, NM | 2,800 | 0.4 |
| Winston-Salem, NC | 2,600 | 0.4 |
| Detroit-Warren-Dearborn, MI | 2,400 | 0.3 |
| Yakima, WA | 2,300 | 0.3 |
| Durham-Chapel Hill, NC | 2,300 | 0.3 |
| Salem, OR | 2,300 | 0.3 |
| Brownsville-Harlingen, TX | 2,200 | 0.3 |
| Tucson, AZ | 2,200 | 0.3 |
| Memphis, TN-MS-AR | 2,000 | 0.3 |
| Greensboro-High Point, NC | 2,000 | 0.3 |
| Baltimore-Columbia-Towson, MD | 2,000 | 0.3 |
| Bridgeport-Stamford-Norwalk, CT | 1,900 | 0.3 |
| Tulsa, OK | 1,900 | 0.3 |
| El Paso, TX | 1,900 | 0.3 |
| Fayetteville-Springdale-Rogers, AR-MO | 1,800 | 0.3 |
| Reno, NV | 1,800 | 0.3 |
| Columbus, OH | 1,800 | 0.3 |
| Kennewick-Richland, WA | 1,800 | 0.3 |
| Omaha-Council Bluffs, NE-IA | 1,700 | 0.3 |
| Merced, CA | 1,700 | 0.3 |
| Santa Cruz-Watsonville, CA | 1,700 | 0.3 |
| Provo-Orem, UT | 1,600 | 0.2 |
| Birmingham-Hoover, AL | 1,600 | 0.2 |
| Grand Rapids-Wyoming, MI | 1,600 | 0.2 |
| North Port-Sarasota-Bradenton, FL | 1,500 | 0.2 |
| Cape Coral-Fort Myers, FL | 1,500 | 0.2 |
| Gainesville, GA | 1,500 | 0.2 |
| Wichita, KS | 1,400 | 0.2 |
| Greenville-Anderson-Mauldin, SC | 1,400 | 0.2 |
| Providence-Warwick, RI-MA | 1,300 | 0.2 |
| Boise City, ID | 1,300 | 0.2 |
| Vallejo-Fairfield, CA | 1,300 | 0.2 |
| Laredo, TX | 1,300 | 0.2 |

**Approximate Active DACA Recipients:
Leading Core Based Statistical Areas**
As of September 4, 2017

| Core Based Statistical Area (CBSA) | Number (rounded) | Percent |
|---|---:|---:|
| Ogden-Clearfield, UT | 1,200 | 0.2 |
| Elkhart-Goshen, IN | 1,200 | 0.2 |
| Lakeland-Winter Haven, FL | 1,200 | 0.2 |
| Tyler, TX | 1,100 | 0.2 |
| Richmond, VA | 1,100 | 0.2 |
| Des Moines-West Des Moines, IA | 1,100 | 0.2 |
| Louisville/Jefferson County, KY-IN | 1,100 | 0.2 |
| Naples-Immokalee-Marco Island, FL | 1,100 | 0.2 |
| Madison, WI | 1,000 | 0.2 |
| Cincinnati, OH-KY-IN | 1,000 | 0.2 |
| St. Louis, MO-IL | 1,000 | 0.2 |
| Lexington-Fayette, KY | 1,000 | 0.2 |
|  |  |  |
| Other CBSA | 86,700 | 12.6 |
| Non-CBSA | 12,300 | 1.8 |
| Not Available | 6,600 | 1.0 |

Notes:
- This table refers to individuals who were granted Deferred Action for Childhood Arrivals (DACA) as of September 4, 2017. The number of individuals who were ever granted DACA as of September 4, 2017 was approximately 800,000. This total excludes persons who applied for an initial grant of DACA and were not approved, as well as initial DACA requestors that were approved at first, but later had their initial request denied or terminated. Nearly 40,000 DACA recipients have adjusted to lawful permanent resident (LPR) status, leaving about 760,000 who are not LPRs. About 70,000 individuals who were granted DACA either failed to renew at the end of their 2-year validity period or were denied on renewal, leaving approximately 690,000 active DACA recipients as of September 4, 2017.
- Core Based Statistical Areas (CBSA) at the time of most recent application. CBSAs are defined by the Office of Management and Budget.
- Totals may not add due to rounding.
- CBSAs with fewer than 1,000 residents are included in other.
- Not available: data are not available in electronic systems.

Source: U.S. Citizenship and Immigration Services, CLAIMS3 and ELIS Systems.

**Approximate Active DACA Recipients:**
**Sex and Age Group**
As of September 4, 2017

| Sex | Number (rounded) | Percent |
|---|---|---|
| **Total** | **689,800** | **100.0** |
| Female | 362,700 | 52.6 |
| Male | 326,900 | 47.4 |
| Not available | 200 | 0.0 |

| Age as of 9/4/2017 | Number (rounded) | Percent |
|---|---|---|
| **Total** | **689,800** | **100.0** |
| Under 16 | 2,000 | 0.3 |
| 16-20 | 196,500 | 28.5 |
| 21-25 | 253,100 | 36.7 |
| 26-30 | 163,400 | 23.7 |
| 31-36 | 74,900 | 10.9 |
| Not available | 5 | 0.0 |
| Average Age | 23.8 | |
| Median Age | 23.0 | |
| Interquartile Range | 20 to 27 | |

Notes:
- These tables refer to individuals who were granted Deferred Action for Childhood Arrivals (DACA) as of September 4, 2017. The number of individuals who were ever granted DACA as of September 4, 2017 was approximately 800,000. This total excludes persons who applied for an initial grant of DACA and were not approved, as well as initial DACA requestors that were approved at first, but later had their initial request denied or terminated. Nearly 40,000 DACA recipients have adjusted to lawful permanent resident (LPR) status, leaving about 760,000 who are not LPRs. About 70,000 individuals who were granted DACA either failed to renew at the end of their 2-year validity period or were denied on renewal, leaving approximately 690,000 active DACA recipients as of September 4, 2017.
- Age as of September 4, 2017 and marital status as of the time of most recent application.
- Totals do not add due to rounding.
- Interquartile range is the range between the 25th percentile and the 75th percentile. About half of the active DACA recipients are 20 to 27 years old.
- Not available: data are not available in electronic systems.

Source: U.S. Citizenship and Immigration Services, CLAIMS3 and ELIS Systems.

## Approximate Active DACA Recipients:
## Marital Status
### As of September 4, 2017

| Marital Status | Number (rounded) | Percent |
|---|---:|---:|
| **Total** | **689,800** | **100.0** |
| Single | 571,600 | 82.9 |
| Married | 105,700 | 15.3 |
| Divorced | 7,800 | 1.1 |
| Widowed | 300 | 0.1 |
| Not available | 4,400 | 0.6 |

Notes:
- This table refers to individuals who were granted Deferred Action for Childhood Arrivals (DACA) as of September 4, 2017.  The number of individuals who were ever granted DACA as of September 4, 2017 was approximately 800,000. This total excludes persons who applied for an initial grant of DACA and were not approved, as well as initial DACA requestors that were approved at first, but later had their initial request denied or terminated.  Nearly 40,000 DACA recipients have adjusted to lawful permanent resident (LPR) status, leaving about 760,000 who are not LPRs.  About 70,000 individuals who were granted DACA either failed to renew at the end of their 2-year validity period or were denied on renewal, leaving approximately 690,000 active DACA recipients as of September 4, 2017.
- Marital status at time of most recent application.
- Not available:  data are not available in electronic systems.

Source:  U.S. Citizenship and Immigration Services, CLAIMS3 and ELIS Systems.