# Exhibit 33

App. 1377

# Transcript of the Testimony of
# Sarah Saldana

**Date:**

June 29, 2018

**Case:**

STATE OF TEXAS vs UNITED STATES OF AMERICA

Sarah Saldana                                                June 29, 2018

```
 1              UNITED STATES DISTRICT COURT
                        FOR THE
 2              SOUTHERN DISTRICT OF TEXAS

 3   STATE OF TEXAS, et al.    :
     Plaintiff                 :
 4                             :
     vs.                       :   C.A. NO. 1:18-cv-00068
 5                             :
     UNITED STATES OF AMERICA, :
 6   et al.                    :
     Defendant                 :
 7

 8

 9

10               ORAL DEPOSITION OF
                   SARAH R. SALDANA
11                  JUNE 29, 2018
                   VOLUME 1 OF 1
12

13

14

15        ORAL DEPOSITION OF SARAH R. SALDANA,

16   produced as a witness at the instance of the Plaintiffs,

17   and duly sworn, was taken in the above-styled and

18   numbered cause on June 29, 2018, from 9:01 to

19   11:34 a.m., before Vonda P. Treat, CSR No. 2584, in and

20   for the State of Texas, reported by machine shorthand,

21   at the offices of the Texas Attorney General, 1412 Main

22   Street, Suite 810, Dallas, Texas, pursuant to the

23   Federal Rules of Civil Procedure and the provisions as

24   stated on the record or attached hereto.

25
```

Sarah Saldana																								June 29, 2018
Page 2

```
 1              DEPOSITION OF SARAH R. SALDANA

 2                         I N D E X

 3                                                    PAGE
   Appearances..........................................3
 4 Stipulations.........................................4
   Examination by Mr. Disher............................4
 5 Reporter's Certificate..............................98

 6                       EXHIBIT INDEX

 7   1      Declaration of Sarah R. Saldana              7

 8   2      U.S. Citizenship and Immigration Services   81
            Chart
 9
     3      DACA, Advance Parole, and Family Petitions  84
10
```

Sarah Saldana                                                June 29, 2018
                                                                    Page 3

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:

 3       Mr. Todd Lawrence Disher
         Attorney General's Office - Texas
 4       Special Counsel for Civil Litigation
         PO Box 12548
 5       Austin, Texas   78711
         512-936-2266   Fax 512-936-0545
 6       todd.disher@oag.texas.gov

 7
     FOR THE DEFENDANT:
 8
         Mr. Aaron Goldsmith
 9       U.S. Department of Justice
         450 5th Street, NW
10       Washington, DC   20530-0001
         202-532-4107   Fax 202-616-8962
11       aaron.goldsmith@usdoj.gov

12
     FOR THE DEFENDANT INTERVENORS:
13
         Ms. Celina Moreno
14       MALDEF
         110 Broadway, Suite 300
15       San Antonio, Texas   78205
         617-388-3551
16       cmoreno@maldef.org

17
     FOR THE STATE OF NEW JERSEY DEFENDANT INTERVENOR:
18
         Mr. Brian DeVito (Telephonically)
19       Attorney General's Office - New Jersey
         124 Halsey Street, Floor 5
20       Newark, New Jersey   07101
         973-877-1405   Fax 973-648-4887
21       brian.devito@law.njoag.gov

22
     ALSO PRESENT:
23
         Ms. Caitlin Lavery (Telephonically)
24

25
```

1    A.    -- many do.
2    Q.    Do you have -- if you don't, it's completely
3    fine.  But do you have any estimate about how much the
4    smugglers charge?
5    A.    You know, let's say over my 14 years of law
6    enforcement experience, I've heard numbers from as low
7    as $3,000 to 10- or $15,000 for southern countries.
8    Q.    Yes.
9    A.    When you're talking about Iraq, Syria or, you
10   know, other countries that are overseas, that number
11   could be much higher.
12   Q.    Okay.  Thank you.
13         Now, I want to ask similar questions
14   related to narcotics.  How do narcotics get smuggled
15   into the United States across the southern border?
16   A.    There are a hundred different ways.  Criminals
17   have a way of coming up with different ways.  It can be
18   as simple as scaling, let's say, the walls that there
19   are in the middle of the night when they think there is
20   less vigilance and dumping drugs on the other side that
21   someone else is required to pick up, to going into
22   submarines, particularly over in the California coast,
23   underground in caves that they've built to get
24   undetected into the country.  There are as many ways as
25   there are criminals to think of those ways to come up

```
 1  with that.
 2       Q.   Are some of the same routes used to smuggle
 3  immigrants and narcotics?
 4       A.   Yes.
 5       Q.   Do some of the same people who smuggle
 6  narcotics also smuggle immigrants?
 7       A.   I believe we have cases of that.
 8       Q.   Okay.  I just want to -- first, I want to make
 9  one thing clear just so I understand it.  When we're
10  talking about smuggling immigrants, that's different
11  than human trafficking.  Is that fair?
12       A.   Yes.
13       Q.   How is that -- what is the distinction between
14  the two?
15       A.   Coercion.
16       Q.   Can you be a little more --
17       A.   In trafficking, the -- the person being taken
18  across the border is not voluntarily doing so or is
19  doing so voluntarily but under false apprehensions,
20  understandings.  In smuggling, it's -- they're partnered
21  with the immigrant.  They get paid a certain amount of
22  money.  So it's the coercive aspect that is involved in
23  trafficking.
24       Q.   Okay.  Do some of the people who smuggle
25  immigrants also engage in human trafficking?
```

1  person from coming over.
2      Q.  Okay.  And what are some of the -- well, first,
3  what are push-and-pull factors?
4      A.  A push factor is something that -- that compels
5  a person to feel like they have to leave their country.
6  A pull factor is how they may go about making their
7  determination about where to go.
8      Q.  Okay.
9      A.  So . . .
10     Q.  Let me maybe ask you specifically.  So what are
11 some push factors?
12     A.  On immigration, some push factors are violence
13 in a particular state, the insecurity there is of
14 people, drugs, economic opportunity or lack of it.
15 Things like that.
16     Q.  Sure.
17         What about pull factors?  What are some
18 pull factors?
19     A.  So one could just reverse what I just said:
20 Good economy, safety, security in an area.  That kind of
21 thing.
22     Q.  What about immigration benefits provided by the
23 receiving country?  Could that potentially be a pull
24 factor?
25             MS. MORENO:  Objection, vague.

Sarah Saldana

June 29, 2018
Page 49

1     A.    When you say potentially, I'm not sure I
2 understand. Can you try to restate that question?
3     Q.    Yeah.
4     Are immigration benefits provided by the
5 receiving country pull factors?
6     MS. MORENO: Objection, vague.
7     A.    In general, they could be.
8     Q.    How so?
9     A.    Because you get an immigration benefit.
10     Q.    Okay. What about DACA specifically? In your
11 opinion, is DACA a pull factor for immigration?
12     A.    My opinion, no.
13     Q.    Why not?
14     A.    Because DACA requires someone to come out of
15 the shadows and declare themselves, so to speak; and
16 someone who is coming into the country illegally
17 generally doesn't want to do that. That's why they're
18 coming into the country illegally; they don't want to
19 come out of the shadows.
20     And I'll also tell you that we had the
21 Department of Homeland Security -- we met weekly with
22 the secretary; and we had briefings pretty often on
23 push-and-pull factors of people coming into the country,
24 why migration patterns were there the way they were.
25 And I never once heard anything about DACA being a

```
 1                UNITED STATES DISTRICT COURT
                         FOR THE
 2                SOUTHERN DISTRICT OF TEXAS

 3   STATE OF TEXAS, et al.    :
     Plaintiff                 :
 4                             :
     vs.                       :    C.A. NO. 1:18-cv-00068
 5                             :
     UNITED STATES OF AMERICA, :
 6   et al.                    :
     Defendant                 :
 7                   REPORTER'S CERTIFICATION
                  DEPOSITION OF SARAH R. SALDANA
 8                       JUNE 29, 2018
                         VOLUME 1 OF 1
 9

10        I, Vonda P. Treat, Certified Shorthand Reporter

11   in and for the State of Texas, hereby certify to the

12   following:

13        That the witness, SARAH R. SALDANA, was duly

14   sworn by the officer and that the transcript of the oral

15   deposition is a true record of the testimony given by

16   the witness;

17        That examination and signature of the witness

18   to the deposition transcript was considered waived under

19   Federal Rule 30(e)(1) because no request for signature

20   was made at the time of the deposition;

21        That the original deposition was delivered to

22   Mr. Todd Lawrence Disher, Custodial Attorney;

23        That pursuant to information given to the

24   deposition officer at the time said testimony was

25   taken, the following includes counsel for all parties
```

Sarah Saldana

June 29, 2018
Page 99

```
 1  of record:
         FOR THE PLAINTIFFS:  Mr. Todd Lawrence Disher;
 2       FOR THE DEFENDANT:  Mr. Aaron Goldsmith;
         FOR THE DEFENDANT INTERVENORS:  Ms. Celina Moreno;
 3       FOR THE STATE OF NEW JERSEY DEFENDANT INTERVENOR:
    Mr. Brian DeVito;
 4            That a copy of this certificate was served on

 5  all parties shown herein.

 6            I further certify that I am neither counsel

 7  for, related to, nor employed by any of the parties or

 8  attorneys in the action in which this proceeding was

 9  taken, and further that I am not financially or

10  otherwise interested in the outcome of the action.

11            Certified to by me on this _____ day of

12  _____ 2018.           /s/ Vonda P. Treat

13

14                              _____
                                Vonda P. Treat, CSR No. 2584
15                              Expiration Date:  12-31-18
                                Firm Registration No. 631
16                              Kim Tindall & Associates, LLC
                                16414 San Pedro, Suite 900
17                              San Antonio, Texas  78232
                                Phone 210-697-3400
18                              Fax 210-697-3408
```