# Exhibit 34

# GENERAL APPROPRIATIONS ACT
## FOR THE 2018-19 BIENNIUM

### Eighty-fifth Texas Legislature
### Regular Session, 2017

### Text of Conference Committee Report on Senate Bill No. 1
*(and other bills affecting 2018-19 biennial appropriations)*



Editor's Note: Senate Bill No. 1 Conference Committee Report (Eighty-fifth Legislature, Regular Session) appropriation figures have been adjusted in this publication to incorporate certain Article IX (General Provisions) appropriations into relevant agency bill patterns; other legislation enacted by the 85th Legislature, including those of the First Called Session, which affect appropriations; non-substantive technical corrections and/or reconciling adjustments; and the Governor's vetoes. Conforming changes to agency riders and informational items have also been made. Complete copies of legislation affecting Senate Bill No. 1 can be found at www.capitol.state.tx.us.

www.lbb.state.tx.us

# TABLE OF CONTENTS

RECAPITULATION - ALL ARTICLES ..................................................................................ix

## ARTICLE I - GENERAL GOVERNMENT

Arts, Commission on the.................................................................................................. I-1
Attorney General, Office of the ...................................................................................... I-3
Bond Review Board.......................................................................................................... I-11
Cancer Prevention and Research Institute of Texas...................................................... I-13
Comptroller of Public Accounts .................................................................................... I-16
Fiscal Programs - Comptroller of Public Accounts ...................................................... I-21
    Informational Listing of Funds Appropriated to the Comptroller for Social Security BRP....... I-27
Emergency Communications, Commission on State...................................................... I-28
Emergency Services Retirement System, Texas............................................................. I-31
Employees Retirement System ........................................................................................ I-32
Ethics Commission, Texas................................................................................................ I-38
Facilities Commission....................................................................................................... I-40
Finance Authority, Public ............................................................................................... I-46
Governor, Office of the.................................................................................................... I-51
Trusteed Programs within the Office of the Governor................................................. I-52
Historical Commission...................................................................................................... I-61
Information Resources, Department of .......................................................................... I-67
Library & Archives Commission .................................................................................... I-73
Pension Review Board...................................................................................................... I-77
Preservation Board............................................................................................................ I-79
Risk Management, State Office of.................................................................................... I-82
Secretary of State ............................................................................................................. I-84
Veterans Commission ...................................................................................................... I-87
Retirement and Group Insurance ................................................................................ ..I-92
Social Security and Benefit Replacement Pay .............................................................. I-92
Bond Debt Service Payments.......................................................................................... I-93
Lease Payments................................................................................................................. I-93
Recapitulation - Article I - General Revenue ............................................................... I-94
Recapitulation - Article I - General Revenue - Dedicated .......................................... I-95
Recapitulation - Article I - Federal Funds .................................................................... I-96
Recapitulation - Article I - Other Funds ....................................................................... I-97
Recapitulation - Article I - All Funds ............................................................................ I-98

## ARTICLE II - HEALTH AND HUMAN SERVICES

Family and Protective Services, Department of..............................................................II-1
State Health Services, Department of .............................................................................II-19
Health and Human Services Commission......................................................................II-35
Retirement and Group Insurance ..................................................................................II-114
Social Security and Benefit Replacement Pay ..............................................................II-114
Bond Debt Service Payments..........................................................................................II-115
Lease Payments.................................................................................................................II-116
Special Provisions Relating to All Health and Human Services Agencies.................II-116
Recapitulation - Article II - General Revenue ..............................................................II-133
Recapitulation - Article II - General Revenue - Dedicated.........................................II-134
Recapitulation - Article II - Federal Funds ..................................................................II-135
Recapitulation - Article II - Other Funds .....................................................................II-136
Recapitulation - Article II - All Funds ..........................................................................II-137

## ARTICLE III - EDUCATION

Education Agency, Texas .................................................................................................III-1
Blind and Visually Impaired, School for the ................................................................III-26
Deaf, School for the ........................................................................................................III-30
Special Provisions for the School for the Blind and Visually Impaired / School
for the Deaf ......................................................................................................................III-33
Teacher Retirement System.............................................................................................III-34
Optional Retirement Program ........................................................................................III-38
Group Insurance Contributions, Higher Education Employees .................................III-40
Higher Education Coordinating Board ..........................................................................III-45
Higher Education Fund ...................................................................................................III-60
The University of Texas System Administration...........................................................III-61
Available University Fund...............................................................................................III-63
Available National Research University Fund...............................................................III-66
Support for Military and Veterans Exemptions ...........................................................III-67

i

## TABLE OF CONTENTS
(Continued)

The University of Texas at Arlington ...........................................................................III-68
The University of Texas at Austin .............................................................................III-71
The University of Texas at Dallas .............................................................................III-76
The University of Texas at El Paso............................................................................III-78
The University of Texas Rio Grande Valley ..............................................................III-81
The University of Texas of the Permian Basin ..........................................................III-86
The University of Texas at San Antonio.....................................................................III-88
The University of Texas at Tyler ...............................................................................III-90
Texas A&M University System Administrative and General Offices............................III-92
Texas A&M University.............................................................................................III-93
Texas A&M University at Galveston..........................................................................III-96
Prairie View A&M University ...................................................................................III-98
Tarleton State University ........................................................................................III-100
Texas A&M University – Central Texas ...................................................................III-103
Texas A&M University - Corpus Christi ..................................................................III-105
Texas A&M University - Kingsville.........................................................................III-108
Texas A&M University – San Antonio .....................................................................III-110
Texas A&M International University ........................................................................III-112
West Texas A&M University ...................................................................................III-114
Texas A&M University - Commerce.........................................................................III-117
Texas A&M University - Texarkana .........................................................................III-119
University of Houston System Administration ..........................................................III-121
University of Houston..............................................................................................III-124
University of Houston - Clear Lake..........................................................................III-126
University of Houston - Downtown...........................................................................III-128
University of Houston - Victoria ..............................................................................III-130
Midwestern State University....................................................................................III-132
University of North Texas System Administration ....................................................III-135
University of North Texas ........................................................................................III-136
University of North Texas at Dallas .........................................................................III-138
Stephen F. Austin State University ...........................................................................III-140
Texas Southern University .......................................................................................III-143
Texas Tech University System Administration ..........................................................III-145
Texas Tech University .............................................................................................III-146
Angelo State University ..........................................................................................III-149
Texas Woman's University.......................................................................................III-151
Texas State University System .................................................................................III-153
Lamar University ....................................................................................................III-155
Lamar Institute of Technology.................................................................................III-157
Lamar State College - Orange..................................................................................III-159
Lamar State College - Port Arthur ...........................................................................III-161
Sam Houston State University ..................................................................................III-162
Texas State University .............................................................................................III-165
Sul Ross State University.........................................................................................III-167
Sul Ross State University Rio Grande College..........................................................III-169
The University of Texas Southwestern Medical Center .............................................III-171
The University of Texas Medical Branch at Galveston ..............................................III-175
The University of Texas Health Science Center at Houston........................................III-179
The University of Texas Health Science Center at San Antonio .................................III-183
The University of Texas M. D. Anderson Cancer Center............................................III-187
The University of Texas Health Center at Tyler ........................................................III-191
Texas A&M University System Health Science Center ..............................................III-194
University of North Texas Health Science Center at Fort Worth .................................III-199
Texas Tech University Health Sciences Center ..........................................................III-203
Texas Tech University Health Sciences Center at El Paso ..........................................III-206
Public Community/Junior Colleges ..........................................................................III-210
Texas State Technical College System Administration ..............................................III-219
Texas State Technical College - Harlingen................................................................III-221
Texas State Technical College - West Texas .............................................................III-222
Texas State Technical College - Marshall .................................................................III-224
Texas State Technical College - Waco ......................................................................III-226
Texas State Technical College - Fort Bend ...............................................................III-228
Texas State Technical College - North Texas.............................................................III-229
Special Provisions Relating Only to Components of Texas State Technical College ....III-231
Texas A&M Agrilife Research .................................................................................III-233
Texas A&M Agrilife Extension Service ....................................................................III-236
Texas A&M Engineering Experiment Station ...........................................................III-239
Texas A&M Transportation Institute ........................................................................III-242
Texas A&M Engineering Extension Service ..............................................................III-244
Texas A&M Forest Service ......................................................................................III-246
Texas A&M Veterinary Medical Diagnostic Laboratory ...........................................III-249

## TABLE OF CONTENTS
(Continued)

Retirement and Group Insurance ..................................................................................III-251
Social Security and Benefit Replacement Pay.............................................................III-252
Bond Debt Service Payments......................................................................................III-252
Lease Payments............................................................................................................III-253
Special Provisions Relating Only to State Agencies of Higher Education ..................III-253
Recapitulation - Article III - General Revenue ...........................................................III-276
Recapitulation - Article III - General Revenue - Dedicated .......................................III-278
Recapitulation - Article III - Federal Funds ...............................................................III-280
Recapitulation - Article III - Other Funds..................................................................III-281
Recapitulation - Article III - All Funds.......................................................................III-283

## ARTICLE IV - THE JUDICIARY

Supreme Court of Texas ............................................................................................... IV-1
Court of Criminal Appeals ........................................................................................... IV-3
First Court of Appeals District, Houston ..................................................................... IV-7
Second Court of Appeals District, Fort Worth ............................................................ IV-8
Third Court of Appeals District, Austin ....................................................................... IV-9
Fourth Court of Appeals District, San Antonio ........................................................... IV-10
Fifth Court of Appeals District, Dallas ........................................................................ IV-12
Sixth Court of Appeals District, Texarkana ................................................................. IV-13
Seventh Court of Appeals District, Amarillo ............................................................... IV-14
Eighth Court of Appeals District, El Paso ................................................................... IV-15
Ninth Court of Appeals District, Beaumont................................................................. IV-16
Tenth Court of Appeals District, Waco ........................................................................ IV-17
Eleventh Court of Appeals District, Eastland .............................................................. IV-18
Twelfth Court of Appeals District, Tyler ..................................................................... IV-20
Thirteenth Court of Appeals District, Corpus Christi - Edinburg ............................... IV-21
Fourteenth Court of Appeals District, Houston ........................................................... IV-22
Office of Court Administration, Texas Judicial Council .............................................. IV-23
Office of Capital and Forensic Writs ........................................................................... IV-28
State Prosecuting Attorney, Office of the ..................................................................... IV-30
State Law Library ......................................................................................................... IV-31
Commission on Judicial Conduct, State ....................................................................... IV-32
Judiciary Section, Comptroller's Department................................................................ IV-33
Retirement and Group Insurance ................................................................................. IV-38
Social Security and Benefit Replacement Pay ............................................................. IV-38
Lease Payments............................................................................................................. IV-39
Special Provisions - Judiciary ...................................................................................... IV-39
Recapitulation - Article IV - General Revenue ........................................................... IV-40
Recapitulation - Article IV - General Revenue - Dedicated ........................................ IV-41
Recapitulation - Article IV - Federal Funds ................................................................ IV-42
Recapitulation - Article IV - Other Funds ................................................................... IV-43
Recapitulation - Article IV - All Funds ....................................................................... IV-44

## ARTICLE V - PUBLIC SAFETY AND CRIMINAL JUSTICE

Alcoholic Beverage Commission....................................................................................V-1
Criminal Justice, Department of ....................................................................................V-5
Fire Protection, Commission on......................................................................................V-22
Jail Standards, Commission on .......................................................................................V-24
Juvenile Justice Department............................................................................................V-26
Law Enforcement, Commission on..................................................................................V-37
Military Department.........................................................................................................V-40
Public Safety, Department of ..........................................................................................V-46
Retirement and Group Insurance ....................................................................................V-59
Social Security and Benefit Replacement Pay.................................................................V-60
Bond Debt Service Payments..........................................................................................V-60
Lease Payments................................................................................................................V-61
Special Provisions Relating to Public Safety and Criminal Justice Agencies ...............V-61
Recapitulation - Article V - General Revenue ...............................................................V-62
Recapitulation - Article V - General Revenue - Dedicated............................................V-63
Recapitulation - Article V - Federal Funds....................................................................V-64
Recapitulation - Article V - Other Funds.......................................................................V-65
Recapitulation - Article V - All Funds............................................................................V-66

## ARTICLE VI - NATURAL RESOURCES

Agriculture, Department of.............................................................................................. VI-1
Animal Health Commission............................................................................................. VI-11
Commission on Environmental Quality............................................................................ VI-14

## TABLE OF CONTENTS
(Continued)

General Land Office and Veterans' Land Board .......................................................... VI-25
Low-Level Radioactive Waste Disposal Compact Commission .................................... VI-31
Parks and Wildlife Department................................................................................... VI-32
Railroad Commission.................................................................................................. VI-44
Soil and Water Conservation Board............................................................................ VI-50
Water Development Board .......................................................................................... VI-54
Retirement and Group Insurance ................................................................................ VI-61
Social Security and Benefit Replacement Pay ............................................................. VI-61
Bond Debt Service Payments...................................................................................... VI-62
Lease Payments.......................................................................................................... VI-62
Recapitulation - Article VI - General Revenue............................................................ VI-63
Recapitulation - Article VI - General Revenue - Dedicated ......................................... VI-64
Recapitulation - Article VI - Federal Funds................................................................. VI-65
Recapitulation - Article VI - Other Funds ................................................................... VI-66
Recapitulation - Article VI - All Funds ....................................................................... VI-67

## ARTICLE VII - BUSINESS AND ECONOMIC DEVELOPMENT

Housing and Community Affairs, Department of........................................................... VII-1
Lottery Commission, Texas ......................................................................................... VII-8
Motor Vehicles, Department of ................................................................................... VII-12
Transportation, Department of .................................................................................... VII-15
Workforce Commission, Texas.................................................................................... VII-32
      Reimbursements to the Unemployment Compensation Benefit Account.............. VII-45
Retirement and Group Insurance ................................................................................ VII-46
Social Security and Benefit Replacement Pay ............................................................. VII-47
Bond Debt Service Payments...................................................................................... VII-47
Lease Payments.......................................................................................................... VII-48
Recapitulation - Article VII - General Revenue .......................................................... VII-49
Recapitulation - Article VII - General Revenue - Dedicated........................................ VII-50
Recapitulation - Article VII - Federal Funds............................................................... VII-51
Recapitulation - Article VII - Other Funds ................................................................. VII-52
Recapitulation - Article VII - All Funds ..................................................................... VII-53

## ARTICLE VIII - REGULATORY

Administrative Hearings, State Office of...................................................................... VIII-1
Chiropractic Examiners, Board of ............................................................................... VIII-5
Dental Examiners, Texas State Board of ..................................................................... VIII-7
Funeral Service Commission ...................................................................................... VIII-10
Geoscientists, Board of Professional .......................................................................... VIII-11
Health Professions Council ........................................................................................ VIII-13
Injured Employee Counsel, Office of .......................................................................... VIII-15
Insurance, Department of ........................................................................................... VIII-17
Insurance Counsel, Office of Public ........................................................................... VIII-25
Land Surveying, Board of Professional ....................................................................... VIII-26
Licensing and Regulation, Department of .................................................................... VIII-28
Texas Medical Board .................................................................................................. VIII-33
Nursing, Texas Board of ............................................................................................. VIII-37
Optometry Board ....................................................................................................... VIII-41
Pharmacy, Board of ................................................................................................... VIII-43
Physical Therapy & Occupational Therapy Examiners, Executive Council of ............... VIII-46
Plumbing Examiners, Board of ................................................................................... VIII-49
Podiatric Medical Examiners, Board of ....................................................................... VIII-51
Psychologists, Board of Examiners of ......................................................................... VIII-52
Racing Commission .................................................................................................... VIII-54
Securities Board ........................................................................................................ VIII-59
Utility Commission of Texas, Public ........................................................................... VIII-61
Utility Counsel, Office of Public ................................................................................ VIII-64
Veterinary Medical Examiners, Board of ..................................................................... VIII-65
Retirement and Group Insurance ................................................................................ VIII-68
Social Security and Benefit Replacement Pay ............................................................. VIII-68
Lease Payments.......................................................................................................... VIII-69
Special Provisions Relating to All Regulatory Agencies............................................... VIII-69
Recapitulation - Article VIII - General Revenue.......................................................... VIII-74
Recapitulation - Article VIII - General Revenue - Dedicated........................................ VIII-75
Recapitulation - Article VIII - Federal Funds.............................................................. VIII-76
Recapitulation - Article VIII - Other Funds ................................................................ VIII-77
Recapitulation - Article VIII - All Funds ..................................................................... VIII-78

iv

**TABLE OF CONTENTS**
(Continued)

## ARTICLE IX - GENERAL PROVISIONS

LEGISLATIVE INTENT ....................................................................................... IX-1
    Sec. 1.01. Limitations ...................................................................................... IX-1

PROVISIONS RELATING TO THE POSITION CLASSIFICATION PLAN ............... IX-1
    Sec. 2.01. Position Classification Plan ............................................................. IX-1
        Classified Positions for the 2018-19 Biennium ........................................ IX-1
        Schedule A Classification Salary Schedule ............................................. IX-18
        Schedule B Classification Salary Schedule ............................................. IX-18
        Schedule C Classification Salary Schedule ............................................. IX-19

SALARY ADMINISTRATION AND EMPLOYMENT PROVISIONS ....................... IX-19
    Sec. 3.01. Salary Rates ................................................................................... IX-19
    Sec. 3.02. Salary Supplementation ................................................................ IX-20
    Sec. 3.03. Salary Limits ................................................................................. IX-20
    Sec. 3.04. Scheduled Exempt Positions ......................................................... IX-20
    Sec. 3.05. Evening, Night, Weekend Shift Pay: Registered Nurses and Licensed
           Vocational Nurses ............................................................................. IX-22
    Sec. 3.06. Recruitment and Retention Bonuses ............................................. IX-22
    Sec. 3.07. Equity Adjustments ...................................................................... IX-22
    Sec. 3.08. Classification Study on Scheduled Exempt Positions ..................... IX-22
    Sec. 3.09. Method of Salary Payments .......................................................... IX-23
    Sec. 3.10. Exception - Contracts Less than 12 Months .................................. IX-23
    Sec. 3.11. Exceptions for Certain Employees ................................................ IX-23
    Sec. 3.12. Exceptions for Salary Schedule C ................................................ IX-23
    Sec. 3.13. Matching Retirement and Certain Insurance ................................. IX-23

GRANT-MAKING PROVISIONS ........................................................................ IX-24
    Sec. 4.01. Grant Restriction ........................................................................... IX-24
    Sec. 4.02. Grants ........................................................................................... IX-24
    Sec. 4.03. Grants for Political Polling Prohibited .......................................... IX-24
    Sec. 4.04. Limitation on Grants to Units of Local Government ...................... IX-24

TRAVEL REGULATIONS .................................................................................. IX-24
    Sec. 5.01. Travel Definitions ......................................................................... IX-24
    Sec. 5.02. General Travel Provisions ............................................................. IX-25
    Sec. 5.03. Transportation Expenses ............................................................... IX-25
    Sec. 5.04. Transportation in Personally Owned or Leased Aircraft ................. IX-25
    Sec. 5.05. Travel Meals and Lodging Expenses ............................................. IX-25
    Sec. 5.06. Special Provisions Regarding Travel Expenses .............................. IX-26
    Sec. 5.07. Travel and Per Diem of Board or Commission Members ............... IX-26
    Sec. 5.08. Travel of Advisory Committee Members ...................................... IX-26

GENERAL LIMITATIONS ON EXPENDITURES ................................................. IX-27
    Sec. 6.01. Unexpended Balance ..................................................................... IX-27
    Sec. 6.02. Interpretation of Estimates ........................................................... IX-27
    Sec. 6.03. Excess Obligations Prohibited ...................................................... IX-27
    Sec. 6.04. Interpretation of Legislative Intent ............................................... IX-27
    Sec. 6.05. Comptroller's Duty to Pay ............................................................ IX-27
    Sec. 6.06. Last Quarter Expenditures ............................................................ IX-27
    Sec. 6.07. Employee Benefit and Debt Service Items .................................... IX-28
    Sec. 6.08. Benefits Paid Proportional by Method of Finance .......................... IX-28
    Sec. 6.09. Appropriations from Special Funds ................................................ IX-29
    Sec. 6.10. Limitation on State Employment Levels ....................................... IX-29
    Sec. 6.11. Purchases of Postage .................................................................... IX-31
    Sec. 6.12. Expenditures for State-Federal Relations ...................................... IX-32
    Sec. 6.13. Performance Rewards and Penalties ............................................. IX-32
    Sec. 6.14. Bookkeeping Entries ................................................................... IX-33
    Sec. 6.15. Accounting for State Expenditures ................................................ IX-33
    Sec. 6.16. Fee Increase Notification .............................................................. IX-33
    Sec. 6.17. Consolidated Funds ...................................................................... IX-33
    Sec. 6.18. Demographic and Statistical Studies ............................................ IX-33
    Sec. 6.19. Cost Allocations ........................................................................... IX-33
    Sec. 6.20. Use of Appropriations to Contract for Audits ............................... IX-33
    Sec. 6.21. Limitations on Use of Appropriated Funds .................................... IX-34
    Sec. 6.22. Informational Items ...................................................................... IX-34
    Sec. 6.23. Appropriations from State Tax Revenue ........................................ IX-34
    Sec. 6.24. Notification Requirement for Certain RESTORE Act Funds ........... IX-34
    Sec. 6.25. Limitation on Abortion Funding .................................................... IX-34
    Sec. 6.26. Policies for Certain Hospital Stays ................................................ IX-34

**TABLE OF CONTENTS**
(Continued)

REPORTING REQUIREMENTS ............................................................................ IX-35
   Sec. 7.01. Budgeting and Reporting ....................................................... IX-35
   Sec. 7.02. Annual Reports and Inventories ............................................. IX-36
   Sec. 7.03. Notification to Members of the Legislature ............................ IX-36
   Sec. 7.04. Contract Notification: Amounts Greater than $50,000 ........... IX-36
   Sec. 7.05. Reports and References ........................................................... IX-37
   Sec. 7.06. Internal Assessments on Utilization of Historically Underutilized
          Businesses ............................................................................. IX-37
   Sec. 7.07. Historically Underutilized Business Policy Compliance ........... IX-38
   Sec. 7.08. Reporting of Historically Underutilized Business (HUB) Key Measures ........... IX-38
   Sec. 7.09. Fraud Reporting ..................................................................... IX-38
   Sec. 7.10. Reporting Requirement for Deepwater Horizon Oil Spill Funds ........... IX-39
   Sec. 7.11. Border Security ...................................................................... IX-39
   Sec. 7.12. Notification of Certain Purchases or Contract Awards, Amendments,
          and Extensions ...................................................................... IX-40
   Sec. 7.13. Notification of Certain Expenditures Related to Mitigation of Adverse
          Environmental Impacts .......................................................... IX-42
   Sec. 7.14. Emergency Leave Report ........................................................ IX-42
   Sec. 7.15. Document Production Standards .............................................. IX-42

OTHER APPROPRIATION AUTHORITY ........................................................... IX-42
   Sec. 8.01. Acceptance of Gifts of Money ............................................... IX-42
   Sec. 8.02. Reimbursements and Payments .............................................. IX-43
   Sec. 8.03. Surplus Property .................................................................... IX-44
   Sec. 8.04. Refunds of Deposits .............................................................. IX-44
   Sec. 8.05. Vending Machines ................................................................. IX-44
   Sec. 8.06. Pay Station Telephones ......................................................... IX-44
   Sec. 8.07. Appropriation of Collections for Seminars and Conferences ........... IX-44
   Sec. 8.08. Appropriation of Bond Proceeds ............................................ IX-45
   Sec. 8.09. CMIA Interest Payments ....................................................... IX-45
   Sec. 8.10. Appropriation of Receipts: Credit, Charge, Debit Card, or Electronic
          Cost Recovery Service Fees ................................................... IX-45
   Sec. 8.11. Employee Meal Authorization ............................................... IX-45
   Sec. 8.12. Bank Fees and Charges ......................................................... IX-45
   Sec. 8.13. Appropriation of Specialty License Plate Receipts .................. IX-45
   Sec. 8.14. Cost Recovery of Application or Testing Fees ......................... IX-45
   Sec. 8.15. Cost Recovery of Fees .......................................................... IX-46

INFORMATION RESOURCES PROVISIONS ...................................................... IX-46
   Sec. 9.01. Purchases of Information Resources Technologies ................... IX-46
   Sec. 9.02. Quality Assurance Review of Major Information Resources Projects ........... IX-47
   Sec. 9.03. Biennial Operating Plan and Information Resources Strategic Plan
          Approval ............................................................................... IX-48
   Sec. 9.04. Information Technology Replacement ..................................... IX-48
   Sec. 9.05. Texas.gov Project: Occupational Licenses ............................. IX-49
   Sec. 9.06. Texas.gov Project: Cost Recovery Fees .................................. IX-49
   Sec. 9.07. Payments to the Department of Information Resources ............ IX-49
   Sec. 9.08. Computer Inventory Report .................................................... IX-50
   Sec. 9.09. Server Consolidation Status Update ........................................ IX-50
   Sec. 9.10. Prioritization of Cybersecurity and Legacy System Projects ........... IX-51
   Sec. 9.11. Surplus Information Technology Hardware ............................. IX-51
   Sec. 9.12. Report of Information Technology (IT) Infrastructure ............. IX-51
   Sec. 9.13. Cloud Computing Options ..................................................... IX-52

HEALTH-RELATED PROVISIONS ...................................................................... IX-52
   Sec. 10.01.   Full Application for Health Coverage ................................. IX-52
   Sec. 10.02.   Appropriation of Disproportionate Share Hospital Payments to
             State – Owned Hospitals ...................................................... IX-52
   Sec. 10.03.   Informational Listing on Use of Tobacco Settlement Receipts ........... IX-52
   Sec. 10.04.   Statewide Behavioral Health Strategic Plan and Coordinated
             Expenditures ........................................................................ IX-55
   Sec. 10.05.   Funding for Autism Services ............................................... IX-57
   Sec. 10.06.   Analysis of Certain Healthcare Data .................................... IX-58
   Sec. 10.07.   Cross-agency Collaboration on Value-based Payment Strategies ........... IX-58

PROVISIONS RELATED TO REAL PROPERTY ................................................. IX-58
   Sec. 11.01.   Limitation on Use of Funds for Personal Residences ............ IX-58
   Sec. 11.02.   Reporting Related to State Owned Housing .......................... IX-58
   Sec. 11.03.   Statewide Capital Planning ................................................. IX-59
   Sec. 11.04.   Efficient Use of State Owned and Leased Space ................. IX-59
   Sec. 11.05.   State Agency Emergency Leases ......................................... IX-60

**App. 1394**

## TABLE OF CONTENTS
### (Continued)

Sec. 11.06.   Prepayment of Annual Lease Costs.................................................... IX-60
Sec. 11.07.   Efficient Use of State Property to House State Facilities.................................. IX-61
Sec. 11.08.   Information for Joint Oversight Committee on Government Facilities ............ IX-61

PROVISIONS RELATED TO PROPERTY ........................................................................ IX-61
Sec. 12.01.   Aircraft .................................................................................... IX-61
Sec. 12.02.   Publication or Sale of Printed, Recorded, or Electronically Produced
              Matter or Records.......................................................................... IX-62
Sec. 12.03.   Limitation on Expenditures for Purchases and Conversions of
              Alternative Fuel Vehicles................................................................ IX-62
Sec. 12.04.   Transfer of Master Lease Purchase Program Payments .................................. IX-62
Sec. 12.05.   Vehicle Fleet Maintenance and Repair ............................................... IX-62

FEDERAL FUNDS ........................................................................................... IX-63
Sec. 13.01.   Federal Funds/Block Grants............................................................ IX-63
Sec. 13.02.   Report of Additional Funding ........................................................ IX-63
Sec. 13.03.   Report of Expanded Operational Capacity ........................................... IX-63
Sec. 13.04.   Reports to Comptroller .................................................................. IX-63
Sec. 13.05.   Deposit and Expenditure Limitations................................................. IX-63
Sec. 13.06.   Reimbursements from Federal Funds................................................. IX-64
Sec. 13.07.   Limitations on Positions ............................................................... IX-64
Sec. 13.08.   Funding Reductions..................................................................... IX-64
Sec. 13.09.   Unexpended Balances .................................................................. IX-64
Sec. 13.10.   Temporary Assistance for Needy Families (TANF)
              or Social Services Block Grant (SSBG)............................................... IX-64
Sec. 13.11.   Definition, Appropriation, Reporting and Audit of
              Earned Federal Funds.................................................................... IX-65
Sec. 13.12.   Reporting of Federal Homeland Security Funding ................................. IX-66

AGENCY DISCRETIONARY TRANSFER PROVISIONS  ................................................ IX-67
Sec. 14.01.   Appropriation Transfers................................................................ IX-67
Sec. 14.02.   Transfers for Contract Services ....................................................... IX-67
Sec. 14.03.   Limitation on Expenditures – Capital Budget ...................................... IX-67
Sec. 14.04.   Disaster Related Transfer Authority................................................... IX-70
Sec. 14.05.   Unexpended Balance Authority Between Fiscal Years within
              The Same Biennium ..................................................................... IX-71

AGENCY NON-DISCRETIONARY TRANSFER PROVISIONS ........................................ IX-71
Sec. 15.01.   Reimbursements for Unemployment Benefits .................................... IX-71
Sec. 15.02.   Payments to the State Office of Risk Management (SORM)...................... IX-72
Sec. 15.03.   Contingency Appropriation Reduction .............................................. IX-73
Sec. 15.04.   Appropriation Transfers: Billings for Statewide Allocated Costs................... IX-74

LEGAL REPRESENTATION AND JUDGMENTS PROVISIONS ................................... IX-74
Sec. 16.01.   Court Representation and Outside Legal Counsel................................. IX-74
Sec. 16.02.   Contingent Fee Contract for Legal Services ...................................... IX-76
Sec. 16.03.   Proceeds of Litigation .................................................................. IX-76
Sec. 16.04.   Judgments and Settlements ............................................................ IX-77
Sec. 16.05.   Incidents Report: State Supported Living Centers
              and State Hospitals....................................................................... IX-78
Sec. 16.06.   Professional Legal Services............................................................ IX-78

MISCELLANEOUS PROVISIONS........................................................................ IX-78
Sec. 17.01.   Contingency Rider....................................................................... IX-78
Sec. 17.02.   Limitation on Substitution of General Obligation Bond
              Funded Projects........................................................................... IX-79
Sec. 17.03.   Payroll Contribution for Group Health Insurance ............................... IX-79
Sec. 17.04.   Veterans Services at Other State Agencies .......................................... IX-79
Sec. 17.05.   Agency Coordination for Youth Health Prevention and Intervention Services........... IX-79
Sec. 17.06.   Additional Payroll Contribution for Retirement Contribution ...................... IX-80
Sec. 17.07.   Border Security – Informational Listing ............................................ IX-80
Sec. 17.08.   Use of Sporting Goods Sales Tax Transfer to the General Revenue –
              Dedicated State Parks Account No. 64 ............................................... IX-81
Sec. 17.09.   Reporting Requirement for Funds Held Outside the Treasury...................... IX-81
Sec. 17.10.   Contract Cost Containment ............................................................ IX-82
Sec. 17.11.   Tax Amnesty .............................................................................. IX-85
Sec. 17.12.   Accelerated Sale of Unclaimed Securities ........................................ IX-85
Sec. 17.13.   Border Security Report.................................................................. IX-85
Sec. 17.14.   Identified State Agency Deferred Maintenance Needs ........................... IX-85
Sec. 17.15.   Information Listing of Program Funding ........................................... IX-86
Sec. 17.16.   Informational Listing of Certain Appropriations ................................. IX-86

App. 1395

### TABLE OF CONTENTS
(Continued)

CONTINGENCY AND OTHER PROVISIONS .......................................................................... IX-87

Recapitulation – Article IX – General Provisions – General Revenue ......................................... IX-101
Recapitulation – Article IX – General Provisions – General Revenue – Dedicated ..................... IX-102
Recapitulation – Article IX – General Provisions – Federal Funds .............................................. IX-103
Recapitulation – Article IX – General Provisions – Other Funds ................................................. IX-104
Recapitulation – Article IX – General Provisions – All Funds ..................................................... IX-105

## ARTICLE X - THE LEGISLATURE

Senate ............................................................................................................................................... X-1
House of Representatives .................................................................................................................. X-2
Legislative Council ........................................................................................................................... X-4
Uniform State Laws, Commission on .............................................................................................. X-5
State Auditor's Office ....................................................................................................................... X-5
Legislative Reference Library .......................................................................................................... X-6
Retirement and Group Insurance ..................................................................................................... X-7
Social Security and Benefit Replacement Pay ................................................................................. X-8
Lease Payments ................................................................................................................................ X-8
Special Provisions Relating to the Legislature ................................................................................ X-8
Recapitulation - Article X - General Revenue ................................................................................. X-9
Recapitulation - Article X - Other Funds ........................................................................................ X-10
Recapitulation - Article X - All Funds ............................................................................................ X-11

## ARTICLE XI – SAVINGS CLAUSE

................................................................................................ XI-1

## ARTICLE XII – EMERGENCY CLAUSE

............................................................................ XI-1

## GOVERNOR'S VETO PROCLAMATION

## HOUSE BILL NO. 3765, EIGHTY-FIFTH LEGISLATURE, REGULAR SESSION

## HOUSE BILL NO. 30, EIGHTY-FIFTH LEGISLATURE, FIRST CALLED SESSION

## HIGHER EDUCATION EMPLOYEES GROUP INSURANCE CONTRIBUTIONS
(Continued)

8.   **Benefits Proportionality Audit Requirement.**

a.   Each institution of higher education, excluding Public Community/Junior Colleges, shall conduct an internal audit of benefits proportional by fund and submit a copy of the internal audit to the Legislative Budget Board, Comptroller of Public Accounts, and State Auditor's Office no later than August 31, 2018. The audit must examine fiscal years 2015, 2016, and 2017, and must be conducted using a methodology approved by the State Auditor's Office.

b.   If the internal audit conducted by an institution identifies any instances in which an institution has not been compliant with the proportionality requirements provided by Article IX, Sec. 6.08, Benefits Paid Proportional by Method of Finance in the prior three fiscal years defined in subsection (a) and received excess General Revenue as a result of this noncompliance, the institution shall submit a reimbursement payment to the Comptroller of Public Accounts within two years from the conclusion of the institution's audit. The Comptroller of Public Accounts shall notify the Legislative Budget Board and State Auditor's Office of all reimbursement payments submitted by an institution of higher education.

c.   If an institution has previously conducted an internal audit of benefits proportional by fund for the fiscal years included in subsection (a) using a methodology determined to be acceptable by the State Auditor's Office, the State Auditor's Office may waive the requirement that the institution conduct an additional internal audit. The State Auditor's Office shall notify the Legislative Budget Board and Comptroller of Public Accounts of any institutions who receive such a waiver. Any institution that receives a waiver from the audit requirement from the State Auditor's Office is still subject to the provisions of subsection (b) for any instances of noncompliance that were identified.

d.   For fiscal years 2018 and 2019, institutions of higher education shall also consider audits of benefits proportional when developing their annual internal audit plans.

e.   It is the intent of the Legislature that the State Auditor's Office audit at least two institutions of higher education for compliance with benefits proportional provisions during the 2018-19 biennium.

## HIGHER EDUCATION COORDINATING BOARD

|  | For the Years Ending | |
|---|---|---|
|  | August 31, 2018 | August 31, 2019 |
| **Method of Financing:** | | |
| General Revenue Fund[1, 2] | $    708,341,805 | $    688,540,827 |
| General Revenue Fund - Dedicated | | |
| Texas B-on-Time Student Loan Account No. 5103 | 16,154,566 | 3,804,040 |
| Physician Education Loan Repayment Program Account No. 5144 | 12,675,000 | 12,675,000 |
| Subtotal, General Revenue Fund - Dedicated | $      28,829,566 | $      16,479,040 |
| Federal Funds | 32,835,088 | 27,932,204 |
| Other Funds | | |
| Appropriated Receipts, estimated | 1,057,895 | 857,895 |
| Certificate of Authority Fees, estimated | 2,000 | 2,000 |
| License Plate Trust Fund Account No. 0802, estimated | 247,400 | 247,400 |
| Permanent Fund Supporting Graduate Education, estimated | 10,800,000 | 11,000,000 |
| Permanent Health Fund for Higher Education, estimated | 1,914,193 | 1,914,193 |
| Permanent Endowment Fund for the Baylor College of Medicine, estimated | 1,425,000 | 1,425,000 |
| Permanent Fund for the Higher Education Nursing, Allied Health and Other Health Related Programs, estimated | 5,420,324 | 5,420,324 |
| Permanent Fund for Minority Health Research and Education, estimated | 3,972,340 | 3,972,340 |
| Student Loan Funds, estimated | 11,294,359 | 11,260,092 |

**App. 1397**

# HIGHER EDUCATION COORDINATING BOARD
## (Continued)

| | | | | |
|---|---|---:|---|---:|
| Other Special State Funds, estimated | | 5,000 | | 5,000 |
| Certification and Proprietary School Fees, estimated | | 1,000 | | 1,000 |
| **Subtotal, Other Funds** | $ | 36,139,511 | $ | 36,105,244 |
| **Total, Method of Financing** | $ | 806,145,970 | $ | 769,057,315 |

**This bill pattern represents an estimated 86.5%
of this agency's estimated total available
funds for the biennium.**

| | | |
|---|---:|---:|
| **Number of Full-Time-Equivalents (FTE):**[2] | 264.9 | 264.9 |

**Schedule of Exempt Positions:**

| | | |
|---|---:|---:|
| Commissioner of Higher Education, Group 8 | $212,135 | $212,135 |

**Items of Appropriation:**
**A. Goal:** COORDINATION/PLANNING FOR HIGHER ED
Coordination/Planning for Higher Education.

| | | | | |
|---|---|---:|---|---:|
| **A.1.1. Strategy:** COLLEGE READINESS AND SUCCESS | $ | 2,500,000 | $ | 2,500,000 |
| **A.1.2. Strategy:** STUDENT LOAN PROGRAMS | $ | 6,399,180 | $ | 6,399,180 |
| **A.1.3. Strategy:** FINANCIAL AID SERVICES | $ | 693,667 | $ | 693,667 |
| **A.1.4. Strategy:** ACADEMIC QUALITY AND WORKFORCE[2] | $ | 1,949,999 | $ | 1,850,001 |
| **A.1.5. Strategy:** STRATEGIC PLANNING AND FUNDING | $ | 2,499,977 | $ | 2,500,023 |
| **A.1.6. Strategy:** INNOVATION AND POLICY DEVELOPMENT | $ | 262,041 | $ | 262,041 |
| **A.1.7. Strategy:** OVERSIGHT FOR PROFIT INSTITUTION | $ | 250,000 | $ | 250,000 |
| Oversight for Profit Institutions. | | | | |
| **A.1.8. Strategy:** FIELDS OF STUDY | $ | 262,977 | $ | 112,977 |
| **Total, Goal A:** COORDINATION/PLANNING FOR HIGHER ED | $ | 14,817,841 | $ | 14,567,889 |

**B. Goal:** AGENCY OPERATIONS

| | | | | |
|---|---|---:|---|---:|
| **B.1.1. Strategy:** CENTRAL ADMINISTRATION[1] | $ | 5,251,375 | $ | 5,251,375 |
| **B.1.2. Strategy:** INFORMATION RESOURCES | $ | 5,730,882 | $ | 5,696,615 |
| **B.1.3. Strategy:** FACILITIES SUPPORT | $ | 1,931,362 | $ | 1,931,361 |
| **Total, Goal B:** AGENCY OPERATIONS | $ | 12,913,619 | $ | 12,879,351 |

**C. Goal:** AFFORDABILITY AND DEBT

| | | | | |
|---|---|---:|---|---:|
| **C.1.1. Strategy:** TEXAS GRANT PROGRAM | $ | 393,229,872 | $ | 393,229,872 |
| Towards Excellence, Access and Success Grant Program. | | | | |
| **C.1.2. Strategy:** TEXAS B-ON-TIME PROGRAM - PUBLIC | $ | 15,254,566 | $ | 2,904,040 |
| **C.1.3. Strategy:** TEXAS B - ON - TIME PROGRAM-PRIVATE | $ | 6,377,942 | $ | 902,800 |
| Texas B - On - Time Program - Private. | | | | |
| **C.1.4. Strategy:** TUITION EQUALIZATION GRANTS | $ | 85,905,147 | $ | 85,905,147 |
| **C.1.5. Strategy:** TEOG PUB COMMUNITY COLLEGES | $ | 44,236,459 | $ | 44,236,458 |
| Texas Educational Opportunity Grants Public Community Colleges. | | | | |
| **C.1.6. Strategy:** TEOG PUB STATE/TECHNICAL COLLEGES | $ | 3,759,692 | $ | 3,759,692 |
| Texas Educational Opportunity Grants Public State & Technical Colleges. | | | | |
| **C.1.7. Strategy:** COLLEGE WORK STUDY PROGRAM | $ | 9,404,639 | $ | 9,404,639 |
| Texas College Work Study Program. | | | | |
| **C.1.8. Strategy:** LICENSE PLATE SCHOLARSHIPS | $ | 247,400 | $ | 247,400 |
| License Plate Scholarships Program. | | | | |
| **C.1.9. Strategy:** EDUCATIONAL AIDE PROGRAM | $ | 500,000 | $ | 500,000 |
| **C.1.10. Strategy:** TOP 10 PERCENT SCHOLARSHIPS | $ | 3,000,000 | $ | 223,048 |
| **C.1.11. Strategy:** TX ARMED SERVICES SCHOLARSHIP PGM | $ | 1,335,000 | $ | 1,335,000 |
| Texas Armed Services Scholarship Program. | | | | |
| **Total, Goal C:** AFFORDABILITY AND DEBT | $ | 563,250,717 | $ | 542,648,096 |

**D. Goal:** COLLEGE READINESS AND SUCCESS

| | | | | |
|---|---|---:|---|---:|
| **D.1.1. Strategy:** ADVISE TX | $ | 2,000,000 | $ | 2,000,000 |
| Advise TX College Advising Corps. | | | | |

**App. 1398**

# HIGHER EDUCATION COORDINATING BOARD
## (Continued)

| | | | | |
|---|---|---:|---|---:|
| **D.1.2. Strategy:** DEVELOPMENTAL EDUCATION PROGRAM | $ | 1,325,000 | $ | 1,325,000 |
| | | | | |
| **Total, Goal D:** COLLEGE READINESS AND SUCCESS | $ | 3,325,000 | $ | 3,325,000 |
| | | | | |
| **E. Goal:** INDUSTRY WORKFORCE | | | | |
| **E.1.1. Strategy:** CAREER/TECHNICAL EDUCATION PROGRAMS | $ | 27,543,518 | $ | 27,543,518 |
| Career and Technical Education Programs. | | | | |
| **E.1.2. Strategy:** TEACH FOR TEXAS LOAN REPAYMENT | $ | 1,337,500 | $ | 1,337,500 |
| Teach for Texas Loan Repayment Assistance. | | | | |
| **E.1.3. Strategy:** TEACHER QUALITY GRANTS PROGRAMS | $ | 4,907,701 | $ | 0 |
| **E.1.4. Strategy:** OTHER FEDERAL GRANTS | $ | 383,869 | $ | 388,686 |
| Other Federal Grants Programs. | | | | |
| **E.1.5. Strategy:** MATH AND SCIENCE SCHOLAR'S LRP | $ | 1,287,500 | $ | 1,287,500 |
| Math and Science Scholar's Loan Repayment Program. | | | | |
| **E.1.6. Strategy:** NORTHEAST TEXAS INITIATIVE AND TC3 | $ | 2,500,000 | $ | 2,500,000 |
| Northeast Texas Initiative and Texas Community College Consortium. | | | | |
| **E.1.7. Strategy:** BILINGUAL EDUCATION PROGRAM | $ | 750,000 | $ | 750,000 |
| | | | | |
| **Total, Goal E:** INDUSTRY WORKFORCE | $ | 38,710,088 | $ | 33,807,204 |
| | | | | |
| **F. Goal:** INDUSTRY WORKFORCE - HEALTH RELATED | | | | |
| **F.1.1. Strategy:** FAMILY PRACTICE RESIDENCY PROGRAM | $ | 5,000,000 | $ | 5,000,000 |
| **F.1.2. Strategy:** PRECEPTORSHIP PROGRAM | $ | 1,500,000 | $ | 1,500,000 |
| **F.1.3. Strategy:** GME EXPANSION | $ | 48,525,000 | $ | 48,525,000 |
| Graduate Medical Education Expansion. | | | | |
| **F.1.4. Strategy:** TRAUMA CARE PROGRAM | $ | 2,125,000 | $ | 2,125,000 |
| Physician and Nurse Trauma Care. | | | | |
| **F.1.5. Strategy:** JOINT ADMISSION MEDICAL PROGRAM | $ | 10,206,794 | $ | UB |
| **F.1.6. Strategy:** PROF NURSING SHORTAGE REDUCTION PGM | $ | 10,000,000 | $ | 10,000,000 |
| Professional Nursing Shortage Reduction Program. | | | | |
| **F.1.7. Strategy:** PHYSICIAN ED. LOAN REPAY. PROGRAM | $ | 12,675,000 | $ | 12,675,000 |
| Physician Education Loan Repayment Program. | | | | |
| **F.1.8. Strategy:** MENTAL HEALTH LOAN REPAYMENT PGM | $ | 1,062,500 | $ | 1,062,500 |
| Mental Health Professionals Loan Repayment Program. | | | | |
| **F.1.9. Strategy:** OTHER LOAN REPAYMENT PROGRAMS | $ | 200,000 | $ | 0 |
| **F.1.10. Strategy:** NURSING FACULTY LOAN REPAYMENT PGM | $ | 1,500,000 | $ | 1,500,000 |
| Nursing Faculty Loan Repayment Program. | | | | |
| | | | | |
| **Total, Goal F:** INDUSTRY WORKFORCE - HEALTH RELATED | $ | 92,794,294 | $ | 82,387,500 |
| | | | | |
| **G. Goal:** BAYLOR COLLEGE OF MEDICINE | | | | |
| **G.1.1. Strategy:** BAYLOR COLLEGE OF MEDICINE - UGME | $ | 38,492,055 | $ | 37,599,919 |
| Baylor College of Medicine - Undergraduate Medical Education. | | | | |
| **G.1.2. Strategy:** BAYLOR COLLEGE OF MEDICINE - GME | $ | 7,710,499 | $ | 7,710,499 |
| Baylor College of Medicine Graduate Medical Education (GME). | | | | |
| **G.1.3. Strategy:** BAYLOR COLL MED PERM ENDOWMENT FUND | $ | 1,425,000 | $ | 1,425,000 |
| Baylor College of Medicine Tobacco Earnings from Perm Endowment Fund. | | | | |
| **G.1.4. Strategy:** BAYLOR COLL MED PERM HEALTH FUND | $ | 1,914,193 | $ | 1,914,193 |
| Tobacco Earnings from Perm Health Fund for Baylor College of Medicine. | | | | |
| | | | | |
| **Total, Goal G:** BAYLOR COLLEGE OF MEDICINE | $ | 49,541,747 | $ | 48,649,611 |

**App. 1399**

## HIGHER EDUCATION COORDINATING BOARD
### (Continued)

**H. Goal:** TOBACCO FUNDS
Tobacco Settlement Funds to Institutions.

| | | | | |
|---|---|---|---|---|
| **H.1.1. Strategy:** EARNINGS - MINORITY HEALTH | $ | 3,972,340 | $ | 3,972,340 |
| Tobacco Earnings - Minority Health Res and Ed to THECB. | | | | |
| **H.1.2. Strategy:** EARNINGS - NURSING/ALLIED HEALTH | $ | 5,420,324 | $ | 5,420,324 |
| Tobacco Earnings - Nursing, Allied Health, Other to THECB. | | | | |
| **Total, Goal H:** TOBACCO FUNDS | $ | 9,392,664 | $ | 9,392,664 |

**I. Goal:** RESEARCH
Trusteed Funds for Research.

| | | | | |
|---|---|---|---|---|
| **I.1.1. Strategy:** TEXAS RESEARCH INCENTIVE PROGRAM | $ | 17,500,000 | $ | 17,500,000 |
| **I.1.2. Strategy:** AUTISM PROGRAM | $ | 3,900,000 | $ | 3,900,000 |
| **Total, Goal I:** RESEARCH | $ | 21,400,000 | $ | 21,400,000 |
| **Grand Total,** HIGHER EDUCATION COORDINATING BOARD | $ | 806,145,970 | $ | 769,057,315 |

**Object-of-Expense Informational Listing:**

| | | | | |
|---|---|---|---|---|
| Salaries and Wages | $ | 17,337,565 | $ | 17,261,489 |
| Other Personnel Costs | | 313,328 | | 312,118 |
| Professional Fees and Services | | 5,427,708 | | 5,000,342 |
| Consumable Supplies | | 326,748 | | 324,748 |
| Travel | | 252,585 | | 240,085 |
| Rent - Building | | 1,455,500 | | 1,455,000 |
| Rent - Machine and Other | | 1,147,310 | | 1,147,310 |
| Other Operating Expense | | 3,305,220 | | 3,265,766 |
| Grants | | 776,580,006 | | 740,050,457 |
| **Total, Object-of-Expense Informational Listing** | $ | 806,145,970 | $ | 769,057,315 |

**Estimated Allocations for Employee Benefits and Debt Service Appropriations Made Elsewhere in this Act:**

Employee Benefits

| | | | | |
|---|---|---|---|---|
| Retirement | $ | 1,356,830 | $ | 1,356,830 |
| Group Insurance | | 3,306,538 | | 3,398,650 |
| Social Security | | 1,265,607 | | 1,303,716 |
| Benefits Replacement | | 34,153 | | 29,371 |
| Subtotal, Employee Benefits | $ | 5,963,128 | $ | 6,088,567 |
| **Total, Estimated Allocations for Employee Benefits and Debt Service Appropriations Made Elsewhere in this Act** | $ | 5,963,128 | $ | 6,088,567 |

1. **Performance Measure Targets.** The following is a listing of the key performance target levels for the Higher Education Coordinating Board. It is the intent of the Legislature that appropriations made by this Act be utilized in the most efficient and effective manner possible to achieve the intended mission of the Higher Education Coordinating Board. In order to achieve the objectives and service standards established by this Act, the Higher Education Coordinating Board shall make every effort to attain the following designated key performance target levels associated with each item of appropriation.

| | 2018 | 2019 |
|---|---|---|
| **A. Goal:** COORDINATION/PLANNING FOR HIGHER ED **Outcome (Results/Impact):** | | |
| Percentage of University Students Graduating in Four Years | 33% | 33.1% |
| Percentage of Public Two-year Institution Students Graduating in Three Years | 16.1% | 16.4% |
| Percentage of University Students Graduating within Six Years | 61.43% | 62.14% |
| Number of Economically Disadvantaged Undergraduate Students Completing a Certificate or Degree | 125,000 | 132,000 |
| Number of Master's Degrees, Bachelor's Degrees, Associate's Degrees and Certificates Awarded | 335,188 | 348,203 |

**App. 1400**

## HIGHER EDUCATION COORDINATING BOARD
### (Continued)

| | | |
|---|---:|---:|
| Percent of Students Who Enter Developmental Education at a Pub Four Year College and Complete a Credential | 35.7% | 36.5% |
| Percent of Students Who Enter Developmental Education at a Public Two Year College and Complete a Credential | 14.2% | 14.78% |
| Percent of Students Who Enter College Ready at a Public Four-Year College and Complete a Credential | 69.67% | 70.15% |
| Percent of Students Who Enter College Ready at a Two-Year College and Complete a Credential | 23.15% | 23.84% |
| Percent of Public Bachelor's Degree Graduates Completing with No More than 3 Hours of Their Degree Plan | 38.7 | 39.79 |
| Percent of Public Two-year Institution Students Graduating with No More than 3 Hours of Their Award Plan | 25.6 | 26.7 |
| **A.1.1. Strategy:** COLLEGE READINESS AND SUCCESS | | |
| **Output (Volume):** | | |
| Increase in Fall Student Headcount Enrollment since Fall 2000 | 624,231 | 642,958 |
| **Explanatory:** | | |
| Dollars Appropriated for Developmental Education | 68,735,493 | 68,735,493 |
| **A.1.2. Strategy:** STUDENT LOAN PROGRAMS | | |
| **Output (Volume):** | | |
| Undergraduate Student Loan Debt at or below 60 Percent of First-Year Wages for Graduates of Texas Public Institutions of Higher Education | 60 | 60 |
| | | |
| **C. Goal:** AFFORDABILITY AND DEBT | | |
| **Outcome (Results/Impact):** | | |
| Percentage of Students Receiving Financial Aid Employed Through Texas College Work Study Program | 0.54% | 0.54% |
| **C.1.1. Strategy:** TEXAS GRANT PROGRAM | | |
| **Output (Volume):** | | |
| Number of Students Receiving Texas Grants | 77,752 | 81,903 |
| Percentage of Texas Grant Recipients Who Earn a Baccalaureate Degree within Four Academic Years | 24.9% | 24.9% |
| Percentage of Texas Grant Recipients Who Earn a Baccalaureate Degree within Six Academic Years | 53% | 53% |
| **C.1.4. Strategy:** TUITION EQUALIZATION GRANTS | | |
| **Output (Volume):** | | |
| Percentage of Tuition Equalization Grant Recipients Who are Minority Students | 58% | 59% |
| Percentage of Tuition Equalization Grant Recipients Who Earn Baccalaureate Degrees within Four Academic Years | 37.5% | 37.5% |
| **C.1.5. Strategy:** TEOG PUB COMMUNITY COLLEGES | | |
| **Output (Volume):** | | |
| Percent of Texas Educational Opportunity Grant Recipients Who Entered Texas Public Community Colleges in the Fall Term Three Years Ago as First Time, Full-time Undergraduates Who Then Received Associate's Degrees or Certifications, or Who Transferred to a Four Year College or University after Thirty Semester Credit Hours, Since that Date | 25% | 25% |
| | | |
| **D. Goal:** COLLEGE READINESS AND SUCCESS | | |
| **Outcome (Results/Impact):** | | |
| Pass Rate on State Certification Exams at Centers for Teaching Education at Texas Association of Developing College Institutions | 85% | 85% |
| | | |
| **E. Goal:** INDUSTRY WORKFORCE | | |
| **Outcome (Results/Impact):** | | |
| Pass Rates on State Certification Exams Compared to Pass Rates of Students Enrolled at Public Institutions of Higher Education | 91.73 | 91.73 |
| | | |
| **F. Goal:** INDUSTRY WORKFORCE - HEALTH RELATED | | |
| **Outcome (Results/Impact):** | | |
| Percent of First Year Medical Resident's Headcount to Texas Medical School Graduates | 98% | 93% |
| **F.1.1. Strategy:** FAMILY PRACTICE RESIDENCY PROGRAM | | |
| **Output (Volume):** | | |
| Number of Family Practice Residency Program Residents Supported | 750 | 750 |
| Average Funding Per Family Practice Residency Program Resident | 6,300 | 6,300 |

**App. 1401**

## HIGHER EDUCATION COORDINATING BOARD
### (Continued)

**G. Goal:** BAYLOR COLLEGE OF MEDICINE
   **Outcome (Results/Impact):**

| | | |
|---|---|---|
| Percentage of Baylor College of Medicine Graduates entering Texas Residency Programs | 51% | 51% |
| Percentage of Baylor College of Medicine Graduates entering Primary Care Residency Programs | 48.8% | 48.8% |

**2.   Capital Budget.**

(a)   None of the funds appropriated above may be expended for capital budget items except as listed below. The amounts shown below shall be expended only for the purposes shown and are not available for expenditure for other purposes. Amounts appropriated above and identified in this provision as appropriations either for "Lease Payments to the Master Lease Purchase Program" or for items with an "(MLPP)" notation shall be expended only for the purpose of making lease-purchase payments to the Texas Public Finance Authority pursuant to the provisions of Government Code §1232.103.

(b)   Notwithstanding (a) and Article IX, Section 14.03, Limitations on Expenditures-Capital Budget, any unused administrative funds contained in the Central Administration Program, Facilities Support Program, Information Resources Program, and Student Loan Programs as of August 31, 2017, may be carried forward into fiscal year 2018 to be used for capital projects related to Security Upgrades to the Agency's Identity and Access Management Services and Agency Cybersecurity.

| | | 2018 | | 2019 |
|---|---|---|---|---|
| a. | Acquisition of Information Resource Technologies | | | |
| | (1)   Acquisition and Refresh of IT Infrastructure | $   126,000 | $ | 126,000 |
| | (2)   Security Upgrades to Identity and Access Management | 147,500 | | 67,500 |
| | (3)   Cybersecurity Improvements | $   155,000 | $ | 70,000 |
| | Total, Acquisition of Information Resource Technologies | $   428,500 | $ | 263,500 |
| b. | Data Center Consolidation | | | |
| | (1)   Data Center Services | $   2,161,198 | $ | 2,126,930 |
| | Total, Capital Budget | $   2,589,698 | $ | 2,390,430 |
| | Method of Financing (Capital Budget): | | | |
| | General Revenue Fund | $   1,516,831 | $ | 1,351,830 |
| | Other Funds | 1,072,867 | | 1,038,600 |
| | Total, Method of Financing | $   2,589,698 | $ | 2,390,430 |

**3.   Commissioner's Salary.**   The Coordinating Board is hereby authorized to utilize $77,851 per year from General Revenue funds appropriated to Goal B, in fiscal year 2018 and fiscal year 2019 and any earned funds for the purpose of funding the salary of the Commissioner of Higher Education at a rate not to exceed $212,135 in fiscal year 2018 and $212,135 in fiscal year 2019.

**4.   Use of Excess Registration Fees Authorization.**   Any registration fee collected by the Coordinating Board to pay the expenses of a conference, seminar or meeting in excess of the actual costs of such conference, seminar or meeting may be used to pay the expenses of any other conference, seminar or meeting for which no registration fees were collected or for which registration fees collected were insufficient to cover the total expenses.

**5.   Student Loan Program.**   All monies in the Texas Opportunity Plan Fund and the Texas College Student Loan Bonds Interest and Sinking Fund, the Student Loan Auxiliary Fund, and the Student Loan Revenue Fund are hereby appropriated to the Texas Higher Education Coordinating Board, for the purposes specified in Article III, §§50b-4, 50b-5, 50b-6 and 50b-7 of the Texas Constitution and Education Code §§52.01-52.91 and 56.121-56.135.

**App. 1402**

## HIGHER EDUCATION COORDINATING BOARD
### (Continued)

**6.    Texas Public Educational Grants Program.**  Unless a different percentage is set by passage of legislation amending the Texas Education Code, the amount of tuition to be set aside for the Texas Public Educational Grants Program in accordance with TEC 56.033(a)(1) shall be 15 percent in fiscal years 2018 and 2019.

**7.    Texas Success Initiative.**

    a.    Developmental and Basic Academic Skills Education Coursework. Funds appropriated for developmental and basic academic skills courses and interventions under Education Code §51.3062, shall be expended only for those costs associated with providing developmental and basic academic skills education courses and interventions including instruction, tutoring, program evaluation, retraining of faculty and support staff, and other related costs. The funds shall not be used for the recruitment of students.

    b.    Intent Concerning Developmental Needs. It is the intent of the Legislature that all affected institutions of public higher education fully address developmental needs identified by the institutions through the Texas Success Initiative with appropriations made in this Act for the developmental and basic academic skills education and interventions coursework and other available institutional funds.

**8.    Baylor College of Medicine.**

    a.    From funds appropriated by this Act for the Baylor College of Medicine, the Coordinating Board shall allocate an amount per student enrolled in the college equal to the cost of medical education in the established public medical schools cited in Subchapter D, Chapter 61, Education Code. The cost of medical education per student at public medical schools as determined by the Coordinating Board shall include General Revenue appropriations for instruction and operations, infrastructure, and staff benefits allocated to undergraduate medical education. Any unexpended appropriations made above as of August 31, 2018, are hereby appropriated for the same purpose in fiscal year 2019.

    b.    Appropriations made by this Act for Baylor College of Medicine are considered to be appropriations for any legal successor to Baylor College of Medicine and may be expended only for the purposes for which appropriated.  Any details, limits, or restrictions applicable to those appropriations are applicable to that legal successor.

    c.    The Coordinating Board is authorized to make an intergovernmental transfer of the funds appropriated by this Act for Baylor College of Medicine to the Health and Human Services Commission. The purpose of the intergovernmental transfer is to provide the non-federal share of uncompensated care or delivery system reform incentive payments under the Healthcare Transformation and Quality Improvement Waiver.

**9.    Cost Recovery for the Common Application Form.**  None of the funds appropriated above to the Higher Education Coordinating Board may be used to provide a common application form (either electronic or paper) for each general academic institution and each participating public two-year institution and participating independent institution unless the Higher Education Coordinating Board recovers costs related to the common application form. The amount collected from each institution shall be proportional to the percentage of enrollment compared to the total enrollment of all participating institutions based on the previous year's certified Fall enrollment data. The funds collected shall only recover direct costs and only be used for the purposes of the electronic common application form and related activities designed to encourage student enrollment in college. Any balances on hand at the end of fiscal year 2018 may be carried over to fiscal year 2019 and any such funds are appropriated for fiscal year 2019 for the same purpose.

**10.   Tuition Equalization Grants.**  The Coordinating Board shall present the result of its most recent annual need survey for Tuition Equalization Grant (TEG) funds as part of its biennial appropriations request to the Legislative Budget Board and the Governor. The request shall include the number of eligible students and an estimate of the amount needed to fund fully the TEG program in the coming biennium. The Coordinating Board shall update this projection to include the most recent fall semester data prior to the convening of each regular session of the Legislature and shall provide this information to the Legislative Budget Board staff prior to Legislative Budget Board deliberations on the TEG appropriation. Each institution receiving tuition equalization grants shall furnish to the Coordinating Board any financial information requested.

**App. 1403**

# HIGHER EDUCATION COORDINATING BOARD
## (Continued)

Independent colleges and universities that enroll students receiving Tuition Equalization Grant funds appropriated by this Act shall provide reports to the Higher Education Coordinating Board regarding the diversity of their student body and faculty. The reports for headcount enrollment shall be submitted annually in a form and at a time consistent with the Board's reporting schedule. The faculty data shall be submitted to the Integrated Postsecondary Educational Data System (IPEDS) and accessed by the Board when available from IPEDS.

11. **Information Access Initiative.** The Higher Education Coordinating Board shall use the appropriations above to coordinate with the Texas Education Agency regarding sharing, integrating, and housing pre-kindergarten through grade 16 (P-16) public education data in implementing its Information Access Initiative. The two agencies shall work together to ensure that common and related data held by each agency is maintained in standardized, compatible formats to enable the efficient exchange of information between agencies and for matching of individual student records for longitudinally based studies and analysis. It is the intent of the Legislature that individual initiatives interact seamlessly across agency systems to facilitate efforts to integrate the relevant data from each agency into a longitudinal public education data resource to provide a widely accessible P-16 public education data warehouse.

12. **Strategic Plan for Teacher Certification.** Out of funds appropriated above, the Higher Education Coordinating Board shall develop and implement a strategic plan to improve teacher professional development for certified teachers in the state to increase the quality and effectiveness of certified teachers in the classrooms. The Coordinating Board shall collaborate with the Texas Education Agency, the Educational Services Centers, and Professional Associations in development and implementation of the strategic plan. The Coordinating Board shall oversee the implementation of the strategic plan. In order to facilitate the strategic plan, the Coordinating Board shall work with the Texas Education Agency, school districts, and professional educator associations.

13. **Tobacco Funds - Estimated Appropriation and Unexpended Balance.** Included in the amounts appropriated above to the Texas Higher Education Coordinating Board are estimated appropriations of amounts available for distribution or investment returns out of the Permanent Fund for Minority Health Research and Education and the Permanent Fund for Nursing, Allied Health and Other Health Related Programs.

    a.  Amounts available for distribution or investment returns in excess of the amounts estimated above are also appropriated. In the event that amounts available for distribution or investment returns are less than the amounts estimated above, this Act may not be construed as appropriating funds to make up the difference.

    b.  All balances of estimated appropriations from the Permanent Fund for Minority Health Research, at the close of the fiscal year ending August 31, 2017, estimated to be $0 (and included above in the Method of Finance) and the income to said fund during the fiscal years beginning September 1, 2017, are hereby appropriated. Any unexpended appropriations made above as of August 31, 2018, are hereby appropriated for the same purposes for fiscal year 2019.

    c.  All balances of estimated appropriations from the Permanent Fund for Nursing, Allied Health and Other Health Related Programs, at the close of the fiscal year ending August 31, 2017, estimated to be $0 (and included above in the Method of Finance) and the income to said fund during the fiscal years beginning September 1, 2017, are hereby appropriated. Any unexpended appropriations made above as of August 31, 2018, are hereby appropriated for the same purposes for fiscal year 2019.

14. **Reporting by Texas Higher Education Coordinating Board.** It is the intent of the Legislature that the Texas Higher Education Coordinating Board include in its Legislative Appropriations Request for the 2020−21 biennium, information on actual expenditures and budgeted expenditures for the Baylor College of Medicine, which receives distributions from the Permanent Health Fund for Higher Education and the Permanent Endowment Fund for Baylor College of Medicine.

15. **Girl Scout Scholarships.** The funds provided to the Girl Scout Scholarships are appropriated in accordance with Transportation Code §504.622 to provide grants to benefit the Girl Scouts. All balances provided to the Girl Scout Scholarships from the License Plate Trust Fund, Account 0802, as of August 31, 2017, and all receipts received during the biennium beginning September

**App. 1404**

# HIGHER EDUCATION COORDINATING BOARD
### (Continued)

1, 2017 are hereby appropriated for the same purpose. Any balances on hand at the end of fiscal year 2018 may be carried over to the fiscal year 2019 and any such funds are appropriated for fiscal year 2019 for the same purpose.

16. **Houston Livestock Show and Rodeo Scholarships.**  The funds provided to the Houston Livestock Show and Rodeo Scholarships Program are appropriated in accordance with Transportation Code §504.613 to make grants to benefit the Houston Livestock Show and Rodeo. All balances provided to the Houston Livestock and Rodeo Scholarships from the License Plate Trust Fund, Account 0802, as of August 31, 2017, and all receipts received during the biennium beginning September 1, 2017 are hereby appropriated for the same purpose. Any balances on hand at the end of fiscal year 2018 may be carried over to the fiscal year 2019 and any such funds are appropriated for fiscal year 2019 for the same purpose.

17. **Texas Collegiate License Plate Scholarships.**  The funds provided to the Texas Collegiate License Plate Scholarships program are appropriated in accordance with Transportation Code §504.615 to provide scholarships for students who demonstrate a need for financial assistance. All balances provided to the Texas Collegiate License Plate from the License Plate Trust Fund Account 0802, as of August 31, 2017, and all receipts received during the biennium, beginning September 1, 2017, are hereby appropriated for the same purpose.

    All receipts deposited in the state treasury during the biennium beginning September 1, 2017 to the credit of the community colleges and independent institutions as provided by VTCA, Transportation Code §504.615 are appropriated for that period to the Coordinating Board for the purpose of providing scholarships for students who demonstrate a need for financial assistance at the independent institution or community college for which the receipts are credited.

18. **Appropriations Transfers.**  Notwithstanding any other provisions of this bill, the Higher Education Coordinating Board may allow each institution to transfer, within a fiscal year, the lesser of 10 percent or $20,000 between an allocation an institution received for one of these programs: the Texas College Work-Study Program, TEXAS Grant Program, Texas Educational Opportunity Grant Program-Public Community Colleges, Texas Educational Opportunity Grant Programs-Public State and Technical Colleges and the Tuition Equalization Grant Program. This threshold is applied to the program from which the funds are being transferred.

19. **"College for Texans" Campaign License Plate.**  The funds provided to the "College for Texans" Campaign are appropriated in accordance with Transportation Code §504.657 for the purposes of the College for Texans Campaign. All balances provided to the "College for Texans" Campaign License Plate from the License Plate Trust Fund, Account 0802, as of August 31, 2017, and all receipts received during the biennium beginning September 1, 2017, are hereby appropriated to the Coordinating Board for the biennium beginning September 1, 2017 for the same purpose. Any balances on hand at the end of fiscal year 2018 are hereby appropriated for fiscal year 2019 for the same purpose.

20. **Boy Scout Scholarships.**  The funds provided to the Boy Scout Scholarships are appropriated in accordance with Transportation Code §504.6545 to provide grants to benefit the Boy Scouts. All balances provided to the Boy Scout Scholarships from the License Plate Trust Fund Account 0802, as of August 31, 2017, and all receipts received during the biennium beginning September 1, 2017, are hereby appropriated to the Coordinating Board for the biennium beginning September 1, 2017 for the same purpose. Any balances on hand at the end of fiscal year 2018 are hereby appropriated for fiscal year 2019 for the same purpose.

21. **Cotton Boll Scholarships.**  The funds provided to the Cotton Boll Scholarships are appropriated in accordance with Transportation Code §504.636 for the purpose of providing scholarships to students who are pursuing a degree in an agricultural field related to the cotton industry while enrolled in an institution of higher education. All balances provided to the Cotton Boll Scholarships from the License Plate Trust Fund, Account 0802, as of August 31, 2017, and all receipts received during the biennium beginning September 1, 2017, are hereby appropriated to the Coordinating Board for the biennium beginning September 1, 2017 for the same purpose. Any balances on hand at the end of fiscal year 2018 are hereby appropriated for fiscal year 2019 for the same purpose.

22. **Tobacco Funds-Baylor College of Medicine-Permanent Health Fund.**  Included in the amounts appropriated to the Baylor College of Medicine in Strategy, G.1.4, Tobacco-Permanent Health Fund, is an estimated appropriation based on the Baylor College of Medicine's allocation of amounts, under Section 63.003, Education Code, available for distribution out of the Permanent

**App. 1405**

# HIGHER EDUCATION COORDINATING BOARD
(Continued)

Health Fund for Higher Education, estimated to be $1,914,193 in each year of the 2018−19 biennium. These funds are to be used for purposes specified in Education Code, §63.002 (c), (d), and (f).

Amounts available for distribution or investment returns in excess of the amounts listed above in Strategy, G.1.4, Tobacco-Permanent Health Fund, are also appropriated. In the event that amounts available for distribution or investment returns are less than the amounts listed above in Strategy, G.1.4, Tobacco-Permanent Health Fund, this Act may not be construed as appropriating funds to makeup the difference.

All balances of estimated appropriations from the institution's allocation from the amounts available for distribution out of the Permanent Health Fund for Higher Education, at the close of the fiscal year ending August 31, 2017, estimated to be $0 (and included in the Method of Finance above) and the income to said fund during the fiscal year beginning September 1, 2017, are hereby appropriated. Any unexpended appropriations made above as of August 31, 2018, are hereby appropriated for the same purposes in fiscal year 2019.

23. **Texas College Work Study Program.**   Because of the positive effect of work study programs on student participation and success, funds appropriated above to Strategy C.1.7, College Work Study Program, are intended to maximize the extent to which state funds appropriated for student grants that are awarded with criteria requiring a work study component.

24. **Tobacco Funds - Baylor College of Medicine-Permanent Endowment Fund.**  Included in the amounts appropriated to Baylor College of Medicine in Strategy, G.1.3, Tobacco-Permanent Endowment is an estimated appropriation of amounts available for distribution or investment returns out of the Permanent Endowment Fund for the Baylor College of Medicine.

    a.   Amounts available for distribution or investment returns in excess of the amounts estimated above are also appropriated. In the event that amounts available for distribution or investment returns are less than the amounts estimated above, this Act may not be construed as appropriating funds to makeup the difference.

    b.   All balances of estimated appropriations from the Permanent Endowment Fund for the Baylor College of Medicine and all balances from the institution's allocation from the amounts available for distribution out of the Permanent Health Fund for Higher Education, at the close of the fiscal year ending August 31, 2017 estimated to be $0 (and included in the Method of Finance above), and the income to said fund during the fiscal years beginning September 1, 2017, are hereby appropriated. Any unexpended appropriations made above as of August 31, 2018, are hereby appropriated for the same purposes for fiscal year 2019.

25. **Annual Financial Aid Report.**  The Coordinating Board shall present an annual report concerning student financial aid at Texas public and independent institutions of higher education. This report shall be provided to the Legislative Budget Board by November 1 of each calendar year.

26. **Physician Education Loan Repayment Program Retention Rates.**  The Texas Higher Education Coordinating Board shall report the results of a survey of physicians who have completed a Physician Education Loan Repayment Program application in which the physician agreed to practice in a health professional shortage area in exchange for a loan repayment award to determine rates of retention in those shortage areas and counties. The Texas Higher Education Coordinating Board shall report the results of the survey in its Annual Financial Aid Report of every even numbered year.

27. **Top 10 Percent Scholarships.**  Amounts appropriated above in Strategy C.1.10, Top Ten Percent Scholarships, are for renewal awards only and shall be used to provide scholarships for undergraduate students who have graduated with a grade point average in the top 10 percent of the student's high school graduating class from an accredited Texas High School. Any unexpended balances on hand at the end of fiscal year 2018 are hereby appropriated for the same purpose in fiscal year 2019.

28. **Texas Armed Services Scholarship Program.**  Out of the funds appropriated above in Strategy C.1.11, Texas Armed Services Scholarship Program, any unexpended balances on hand on or after March 1 of each year shall be transferred to the TEXAS Grant Program and are hereby

**App. 1406**

## HIGHER EDUCATION COORDINATING BOARD
(Continued)

appropriated for the purpose set forth in Strategy C.1.1. Any payments received on Texas Armed Services Scholarship Program loans are hereby appropriated to Strategy C.1.11 for administration of the program.

29. **Professional Nursing Shortage Reduction Program.**  Appropriations for the Professional Nursing Shortage Reduction program total $10,000,000 in fiscal year 2018 and $10,000,000 in fiscal year 2019. Those funds shall be allocated as follows:

The Texas Higher Education Coordinating Board (THECB) shall allocate the funds appropriated in their bill pattern in Strategy F.1.6, as follows:

a.  Up to 5 percent each year may be used for administrative expenses.

b.  $3,288,999 in fiscal year 2018 and $3,288,999 in fiscal year 2019 shall be distributed in an equitable manner to institutions with nursing programs, including institutions graduating their first nursing class, based on increases in numbers of nursing student graduating. The THECB shall apply a weight of 1.5 for increased graduates in nursing educator programs identified with a Classification of Instructional Program code of 51.3808 and 51.3817. The THECB shall allocate up to 50 percent in each fiscal year of the biennium and any unexpended amounts to community colleges.

c.  $4,590,001 in fiscal year 2018 and $4.590,001 in fiscal year 2019 shall be distributed at a rate of $10,000 per year for each additional nursing student enrolled in a professional nursing program  to institutions with professional nursing programs based on the following criteria: (1) a graduation rate of 70 percent or above as reflected in the final 2016 graduation rates reported by the THECB and (2) an increase in new enrollees for fiscal year 2018 equal to 12 percent and 18 percent in fiscal year 2019 of the first-year enrollments for the 2015−16 academic year as reported by the institutions to the Texas Center for Nursing Workforce Studies.

d.  $2,121,000 in fiscal year 2018 and $2,121,000 in fiscal year 2019 to (1) professional nursing programs with nursing graduation rates below 70 percent as reflected in the final 2016 graduation rates reported by the THECB, (2) hospital-based diploma programs, or (3) new professional nursing programs whose graduation rates which have not been determined by the THECB. From funds available for that purpose, institutions shall receive $20,000 for each additional initial RN graduate in two year programs and $10,000 for each additional graduate in one-year programs. If sufficient funds are not available to provide this allocation, the HECB shall distribute the funds on a pro rata basis equally among the nursing programs participating.  THECB shall develop an application process for institutions willing to increase the number of nursing graduates.  The application shall indicate the number of nursing graduates for initial licensure the institution will produce; indicate the number of payments and payment schedule; identify benchmarks an institution must meet to receive payment; and specify the consequences of failing to meet the benchmarks.

e.  For THECB expenditure purposes, any funds not expended in fiscal year 2018 may be expended in fiscal year 2019 for the same purposes.  If an institution does not meet targets for purposes of subsections b, c, and d, the institution shall return these unearned funds to the THECB by the date specified by THECB rule. The THECB shall reallocate these funds to other qualified programs.  All institutions receiving funds shall submit to the THECB a detailed accounting of funds received, obligated or expended.

f.  If the funds appropriated under Paragraphs b, c, or d exceed the funds that can be expended in accordance with the requirements of that paragraph, THECB may expend the excess funds for any purpose described in Paragraphs b, c, or d. THECB may not include nonresident students who are enrolled in online professional nursing programs while residing outside of the state in methodologies used to calculate program awards described in Paragraphs b, c, or d.

30. **Physician Education Loan Repayment Program.**  The funds provided to Strategy F.1.7, Physician Education Loan Repayment Program, are appropriated in accordance with Education Code §§ 61.531 - 61.539 for repayment of eligible student loans received by a physician who meets the stipulated requirements. Any balances on hand at the end of fiscal year 2018 may be carried over to fiscal year 2019 for the same purpose.

**App. 1407**

## HIGHER EDUCATION COORDINATING BOARD
(Continued)

31. **Family Practice Rural and Public Health Rotations.** Funds appropriated above for Family Practice Residency Programs, include up to $119,955 in fiscal year 2018 and $119,955 in fiscal year 2019 for one month rural rotations or one month public health rotations for family practice residents in accordance with the provision of Education Code §51.918.

32. **Teach for Texas Loan Repayment Assistance Program.**

    a.  Of the funds appropriated above in Strategy E.1.2, Teach for Texas Loan Repayment Program, any unexpended balances on hand at the end of fiscal year 2018 are hereby appropriated for the same purposes in fiscal year 2019.

    b.  Any payments received from students are hereby appropriated for the same purposes as the original Teach for Texas Loan Repayment Assistance Program.

33. **Developmental Education.** Funds appropriated above in Strategy D.1.2, Developmental Education Program, $1,125,000 in General Revenue for fiscal year 2018 and $1,125,000 in General Revenue for fiscal year 2019 shall be used to continued scaling effective strategies that promote systemic reforms, to improve student outcomes and provide professional development opportunities for faculty and staff to improve advising, acceleration and completion of underprepared students. Out of funds appropriated to this strategy, the Higher Education Coordinating Board will collaborate with Texas public institutions of higher education, to scale effective interventions such as non-course competency based remediation, core-requisite models, emporium models, and modular offerings. Out of funds appropriated to this strategy, the Higher Education Coordinating Board will analyze and compare information collected annually from all Texas public institutions on the Developmental Education Program Survey and other TSI data to determine the most effective and efficient interventions and submit a report to the Governor, Lieutenant Governor, Speaker of the House of Appropriations, the Chair of the Senate Finance Committee, the Chair of House Appropriations, Senate Committee on Higher Education and House Committee on Higher Education before January 1, 2019. Any balances remaining as of August 31, 2018 are hereby appropriated for the same purpose for the fiscal year beginning September 1, 2018.

34. **Toward EXcellence, Access and Success (TEXAS) Grant Program.** For all funds appropriated in Strategy C.1.1, TEXAS Grant Program, and funds transferred into the TEXAS Grant Program, any unexpended balances on hand at the end of fiscal year 2018 are hereby appropriated for the same purposes in fiscal year 2019.

    Any amounts received by the Higher Education Coordinating Board as donations under Texas Education Code §56.310 during the biennium beginning September 1, 2017 are hereby appropriated for the purpose of awarding TEXAS Grants during the biennium beginning September 1, 2017.

    Any amounts transferred to the Higher Education Coordinating Board by the Comptroller of Public Accounts in accordance with Texas Property Code §72.1016(e) which provides that five percent of the money collected from stored value cards presumed to be abandoned are to be used as grants under Subchapter M, Education Code §56, are hereby appropriated for the biennium beginning September 1, 2017 for the purpose of awarding TEXAS Grants during the biennium beginning September 1, 2017.

35. **B-On-Time Program-Public.** Funds appropriated above for the B-On-Time Program-Public, are for renewal awards. Any unexpended balances on hand at the end of fiscal year 2018 in Strategy C.1.2, B-On-Time Program-Public, may be carried over to fiscal year 2019 for the same purpose. Any payments received on B-On-Time loans are hereby appropriated to Strategy A.1.2 for the administration of the loan program.

36. **Tuition Equalization Grant (TEG) Program.** For all funds appropriated above in Strategy C.1.4, Tuition Equalization Grant Program, and funds transferred into the TEG Grant Program, any unexpended balances on hand at the end of fiscal year 2018 may be carried over to fiscal year 2019 for the same purpose.

37. **Texas Educational Opportunity Grant (TEOG) Program-Public Community Colleges.** Out of the funds appropriated above in Strategy C.1.5, Texas Educational Opportunity Grant-Public Community Colleges, the Higher Education Coordinating Board shall distribute funding to Public Community Colleges for the Texas Educational Opportunity Grant Program. For all funds appropriated above in Strategy C.1.5, Texas Educational Opportunity Grant-Public Community

**App. 1408**

## HIGHER EDUCATION COORDINATING BOARD
### (Continued)

Colleges, and funds transferred into the Texas Educational Opportunity Grant Program-Public Community Colleges, any unexpended balances on hand at the end of fiscal year 2018 may be carried over to fiscal year 2019 for the same purpose.

38. **Texas Educational Opportunity Grant (TEOG) Program-Public State and Technical Colleges.** Out of the funds appropriated above in Strategy C.1.6, Texas Educational Opportunity Grant-Public State and Technical Colleges, the Higher Education Coordinating Board shall distribute funding to Public State and Technical Colleges for the Texas Educational Opportunity Grant Program. For all funds appropriated above in Strategy C.1.6, Texas Educational Opportunity Grant-Public State and Technical Colleges, and funds transferred into the Texas Educational Opportunity Grant Program-Public State and Technical Colleges, any unexpended balances on hand at the end of fiscal year 2018 may be carried over to fiscal year 2019 for the same purpose.

39. **College Work-Study (CWS) Program.** For all funds appropriated above in Strategy C.1.7, College Work Study (CWS) Program and funds transferred into the CWS Grant Program, any unexpended balances on hand at the end of fiscal year 2018 may be carried over to fiscal year 2019 for the same purpose.

40. **Full-Time Equivalents Funded by Private Grants.** Consistent with the provisions in Article IX, §6.10, the Texas Higher Education Coordinating Board may exceed the limitation on the number of full-time equivalent employees (FTEs) indicated above only by the number of FTEs whose salaries, benefits, and other expenses related to employment are through private grant funds.

41. **Graduate Medical Education Expansion.** Out of funds appropriated above in Strategy F.1.3, Graduate Medical Education Expansion, the Higher Education Coordinating Board shall allocate funds as follows:

    a. $250,000 in fiscal year 2018 and $250,000 in fiscal year 2019 in Strategy F.1.3, Graduate Medical Education Expansion, shall be used to award one-time graduate medical education planning and partnership grants to hospitals, medical schools, and community-based ambulatory patient care centers to develop new graduate medical education programs.

    b. $31,137,500 in fiscal year 2018 and $31,137,500 in fiscal year 2019 in Strategy F.1.3. Graduate Medical Education Expansion, shall be used to enable new or existing GME programs to increase the number of first year residency positions and provide support to these positions through the biennium. Of these funds, $0 in fiscal year 2018 and $0 in fiscal year 2019 shall be used specifically to enable new or existing GME programs to increase the number of first-year positions in residency programs that prepare physicians for entry into primary care practices. The minimum per resident award amount is $75,000.

    c. $4,950,000 in fiscal year 2018 and $4,950,000 in fiscal year 2019 in Strategy F.1.3, Graduate Medical Education Expansion, shall be used to award grants to graduate medical education programs to enable those programs that received a grant award in fiscal years 2014 and 2015 to fill first year residency positions that are unfilled as of July 1, 2013.

    d. $12,187,500 in fiscal year 2018 and $12,187,500 in fiscal year 2019 in Strategy F.1.3, Graduate Medical Education Expansion, shall be used to award grants to graduate medical education programs that received a grant award for the New and Expanded Graduate Medical Education Program in fiscal year 2015.

    Any unexpended balances on hand at the end of fiscal year 2018 are hereby appropriated for the same purpose for fiscal year 2019.

    Notwithstanding Article IX, Section 14.01 of this Act any funds identified above that remain unexpended and unobligated after the purposes stated in this rider have been reasonably addressed, may be transferred to the other programs identified by this rider.

42. **Nursing Faculty Loan Repayment Assistance Program.** The funds provided to the Nursing Faculty Loan Repayment Program are appropriated in accordance with Education Code §§ 61.9821 - 61.9828 for repayment of eligible student loans received by qualified nurses who meet the stipulated requirements. Any balances on hand at the end of fiscal year 2018 may be carried over to fiscal year 2019 for the same purpose. In accordance with Texas Education Code Chapter 61, Subchapter II, §61.9826 which provides for the allocation of funds from the Physician

**App. 1409**

## HIGHER EDUCATION COORDINATING BOARD
### (Continued)

Education Loan Repayment Program Fund (Account 5144) for the Nursing Faculty Loan Repayment Assistance Program, any reallocated funds are hereby appropriated for loan repayment assistance to qualifying nursing faculty.

43. **Mathways Project.** Out of funds appropriated above in Strategy D.1.2, Developmental Education Program, $200,000 in General Revenue for fiscal year 2018 and $200,000 in General Revenue for fiscal year 2019 shall be transferred to The University of Texas at Austin for the purpose of implementing the New Mathways Project.

44. **Family Practice Residency Program.** All unexpended balances for Strategy F.1.1, Family Practice Residency Program at the end of fiscal year 2018 may be carried over to fiscal year 2019 for the same purpose.

45. **Trauma Fellowships.** Appropriations above to the Higher Education Coordinating Board include $2,125,000 in fiscal year 2018 and $2,125,000 in fiscal year 2019 from General Revenue. This program provides for the expansion of physician and nursing trauma fellowships per Education Code, Chapter 61, Article 9, Subchapter HH, Texas Emergency and Trauma Care Educational Partnership Program.

46. **B-On-Time Program-Private.** Funds appropriated above in Strategy C.1.3, B-On-Time Program-Private, are for renewal awards only. Any unexpended balances on hand at the end of fiscal year 2018 may be carried over to fiscal year 2019 for the same purpose. All renewal award awards for B-On-Time loans to students who first received a B-On-Time loan for a semester or other academic term before the 2014 fall semester and who are enrolled at public two-year community colleges will be funded from B-On-Time General Revenue funds appropriated above.

47. **Texas Research Incentive Program.** Funds appropriated above in Strategy I.1.1, Texas Research Incentive Program, shall be distributed in accordance with Education Code, Sections 62.121-62.124.

48. **Educational Aide Program.** The Coordinating Board is directed to pursue additional funds, in addition to funds appropriated in Strategy C.1.9, Educational Aide Program, for this program from the U.S. Department of Education "Transition to Teaching" grant program and from foundations interested in promoting education and training for current school employees pursuing teacher certification. For all funds appropriated in Strategy C.1.9, Educational Aide Program, any unexpended balances on hand at the end of fiscal year 2018 are hereby appropriated for the same purposes in fiscal year 2019. The Higher Education Coordinating Board is directed to prioritize the distribution of funds appropriated above in Strategy C.1.9, Educational Aid Program, to institutions providing a match of at least 10 percent for each exemption awarded.

49. **Advise TX.** The Higher Education Coordinating Board may solicit and accept gifts for additional support for the Advise TX College Advising Corps. Any unexpended balances on hand at the end of fiscal year 2018 may be carried over to fiscal year 2019 for the same purpose.

50. **Autism Grant Program.** Out of funds appropriated above to Strategy I.1.2, the Texas Higher Education Coordinating Board (THECB) shall distribute to autism research centers at public and private institutions of higher education that currently provide evidence-based behavioral services and training, in the amounts and for the purposes as follows:

a.   Parent-directed Treatment: $2,250,000 per fiscal year to serve 750 children per year;

b.   Board-certified Behavioral Analyst (BCBA) Training for Teachers/Paraprofessionals: $950,000 per fiscal year to serve 2,547 children per year. The research centers may contract with educational service centers to provide this training;

c.   Research, development and evaluation of innovative autism treatment models: $700,000 per fiscal year; and

d.   Administrative support of the programs in subsections a through c: $150,000 per fiscal year may be expended by the Higher Education Coordinating Board.

e.   If funds appropriated under Paragraphs a, b, or c exceed the funds that can be expended in accordance with the requirements of that paragraph, the Higher Education Coordinating Board may expend the excess funds for any purpose described in Paragraphs a, b, or c.

**App. 1410**

## HIGHER EDUCATION COORDINATING BOARD
### (Continued)

f.   Any unexpended balances on hand at the end of fiscal year 2018 are hereby appropriated for the same purpose for fiscal year 2019.

THECB shall gather data on the above programs from each institution's autism research center and submit an annual report on the effectiveness of each program, including the number of children served, the number of parents and/or teachers/paraprofessionals trained, and the results of the research on innovative treatment models. The report shall be submitted no later than September 1 of each year, to the Legislative Budget Board, Office of the Governor, the Chair of the House Appropriations Committee, Chair of the Senate Finance Committee, Speaker of the House, and Lieutenant Governor.

51.   **Permanent Fund Supporting Graduate Medical Education.**  The proceeds of the Permanent Fund Supporting Graduate Medical Education available for allocation are appropriated in Strategy F.1.3, Graduate Medical Education Expansion, at the Texas Higher Education Coordinating Board in Other Funds for each year of the biennium ending August 31, 2019 for the purpose of supporting Graduate Medical Education.

52.   **Math and Science Scholar's Loan Repayment Program.**  The funds provided to Strategy E.1.5, Math and Science Scholar's Loan Repayment Program, are appropriated in accordance with Education Code §§ 61.9831-61.9841, in order to assist Texas Teachers in repaying higher education loan debt if they choose to teach math or science in a school district identified as a Title I school. Any balances on hand at the end of fiscal year 2018 may be carried over to fiscal year 2019 for the same purpose.

53.   **Advise TX Reporting Requirement.**  Out of funds appropriated above, the Higher Education Coordinating Board shall report information regarding the effectiveness of the Advise TX program to the Legislative Budget Board and Governor's Office by October 1st of each year.

54.   **Program to Encourage Certification to Teach Bilingual Education, English as a Second Language, or Spanish.**  Out of the funds appropriated above in Strategy E.1.7, Bilingual Education Program, the Coordinating Board shall expend an amount that is not less than $150,000 for each year of the 2018-19 biennium to develop and operate a program at the University of North Texas, University of North Texas at Dallas, Texas Woman's University, The University of Texas at Dallas, The University of Texas Arlington, Texas A&M Commerce and DFW Tech Teach - Texas Tech University, in consultation with the university, to provide financial incentives in the form of tuition assistance, to encourage students who enroll in an educator preparation program at the university to become certified to teach bilingual education, English as a Second Language, or Spanish in school districts with high critical needs.

The program shall make awards to qualified students admitted to the Teacher Education Program in Bilingual Education. Qualified students must: 1) have demonstrated financial need, as determined by the completion of a Free Application for Federal Student Aid form and the Office of Financial Aid and Scholarships; 2) Successfully pass the State Board of Educator Certification Bilingual Target Language Proficiency Test; and 3) Maintain a minimum cumulative 3.0 GPA. The program shall submit a report not later than January 1, 2019 to the Texas Higher Education Coordinating Board detailing annual information on the following performance measures:

a.   Student graduation rates from the program;

b.   Passage rates for the Texas Examination of Education Standards Bilingual Education Supplemental exam and/or the English as a Second Language Supplemental exam; and Graduate employment data at Texas public school districts.

55.   **Collaborative Dual Credit Program Evaluation.**[1]  ~~Out of funds appropriated above in Strategy B.1.1, Central Administration, $72,131 in each fiscal year of the biennium in General Revenue shall be used to dedicate one Full-Time Employee (FTE) to collaboratively, along with the Texas Education Agency:~~

a.   ~~identify existing capabilities, limitations, and costs to comprehensively evaluate dual credit opportunities, including an assessment of the adequacy of information on dual credit costs and local funding structures and the ability to identify ineffective and inefficient dual credit programs;~~

b.   ~~develop a plan to create a cross-agency, statewide dual credit student outcome reporting and evaluation tool to measure acceleration, tuition saved, and efficient and effective practices~~

**App. 1411**

# HIGHER EDUCATION COORDINATING BOARD
## (Continued)

~~for offering dual credit. The agencies shall consider the role both Preschool to Grade 16 (P-16) Councils and Education Research Centers could have in this evaluation strategy;~~

~~c.    report their joint findings regarding the comprehensive evaluation of dual credit to the Governor, Legislative Budget Board, and Legislative committees responsible for oversight of public and higher education no later than August 31, 2018; and~~

~~d.    issue guidance, using existing data on all dual credit programs, regarding the best and most effective practices for school districts and dual credit partners to continue or initiate dual credit offerings.~~

56.  **Fields of Study.**  Any unexpended balances for Strategy A.1.8, Fields of Study, at the end of fiscal year 2018 are hereby appropriated for the same purpose for fiscal year 2019.

57.  **Northeast Texas Initiative and TC3.**  Out of funds appropriated above in Strategy E.1.6, Northeast Texas Initiative and TC3, $1,250,000 in General Revenue for each fiscal year shall be used to contract with The University of Texas Health Science Center at Tyler to be used for the Northeast Texas Initiative and $1,250,000 in General Revenue for each fiscal year shall be used to contract with Texarkana College to be used for the Texas Community College Consortium (TC3).

58.  **Contingency for SB 810 or HB 2994.**[2]

a.   Contingent on the enactment of  Senate Bill 810, House Bill 2994 or similar legislation by the 85th Legislature relating to open educational resources, in addition to amounts appropriated above, the Higher Education Coordinating Board is appropriated $100,000 in General Revenue in fiscal year 2018 and $100,000 in General Revenue in fiscal year 2019. Any unexpended balances at the end of fiscal year 2018 are appropriated for the same purpose for fiscal year 2019.  In addition, the "Number of Full-Time Equivalents (FTEs)" in the agency's bill pattern is increased by 1.0 FTEs in fiscal year 2018 and 1.0 FTEs in fiscal year 2019 to implement provisions of the bill.

b.   Contingent on the passage of  Senate Bill 810, House Bill 2994 or similar legislation by the 85th Legislature relating to a study to determine the feasibility of creating a state repository of open education resources, in addition to amounts appropriated above, the Higher Education Coordinating Board is appropriated $100,000 in General Revenue in fiscal year 2018.

---

[1] Appropriations referenced in Rider 55, Collaborative Dual Credit Program Evaluation, were vetoed, resulting in a decrease of $72,131 in FY 2018 and $72,131 in FY 2019 out of General Revenue Funds in Strategy B.1.1, Central Administration. See the Governor's Veto Proclamation.
[2] Incorporates Article IX, §18.22, of this Act, due to enactment of SB 810, 85th Legislature, Regular Session, relating to open educational resources, resulting in increase of $200,000 in FY 2018 and $100,000 in FY 2019 out of General Revenue Funds and increases of 1.0 FTEs in FY 2018 and 1.0 FTEs in FY 2019.

# HIGHER EDUCATION FUND

|  | For the Years Ending | |
|---|---|---|
|  | August 31, 2018 | August 31, 2019 |
| **Method of Financing:** | | |
| General Revenue Fund | $    393,750,000 | $    393,750,000 |
| **Total, Method of Financing** | $    393,750,000 | $    393,750,000 |

**This bill pattern represents an estimated 100% of this agency's estimated total available funds for the biennium.**

**App. 1412**

## MISCELLANEOUS PROVISIONS
### (Continued)

Not later than October 1 of each fiscal year , the agencies shall provide to the Legislative Budget Board, detailed monitoring, tracking, utilization, outcome, and effectiveness information on all juvenile delinquency prevention and dropout prevention and intervention services for the preceding five fiscal year period. The reports shall include information on the impact of all juvenile delinquency and dropout prevention and intervention initiatives and programs delivered or monitored by the agencies.

**Sec. 17.06. Additional Payroll Contribution for Retirement Contribution.**

(a) Notwithstanding any other provision of this Act, out of appropriations made elsewhere in this Act to state agencies for the state fiscal biennium beginning September 1, 2017, each agency shall contribute, in an amount equal to 0.5 percent of the total base wages and salaries for each eligible employee of a state agency during the state fiscal biennium beginning September 1, 2017 to the Employees Retirement System's Retirement Program.

(b) State agencies shall contribute pursuant to this section to the Employees Retirement System to increase the state contribution for retirement by the value of the 0.5 percent contribution, estimated to be $66,707,581 for state agencies for the 2018-19 biennium.

(c) The calculation of base salary for purposes of the reductions made under this section excludes longevity pay, hazardous duty pay, benefit replacement pay, overtime pay, and other payments that are not part of the base salary of the employee.

(d) Transfers made under this section shall be consistent with provisions requiring salaries and benefits to be proportional to the source of funds.

(e) The Comptroller of Public Accounts shall promulgate rules and regulations as necessary to administer this section.

**Sec. 17.07  Border Security - Informational Listing.**  Included elsewhere in this Act is $800.0 million in border security funding for the 2018-19 biennium. The following is an informational list of the amounts appropriated elsewhere in this Act for border security to the Department of Public Safety, Trusteed Programs Within the Office of the Governor, the Parks and Wildlife Department, the Alcoholic Beverage Commission, the Department of Criminal Justice, the Commission on Law Enforcement, the Office of the Attorney General, the Soil and Water Conservation Board, and the Department of Motor Vehicles.

| Agency / Item | 2018-19 Biennial Total (in millions) |
|---|---|
| **Department of Public Safety** | |
| Baseline Border Security | $428.4 |
| 50 hour work week for all DPS law enforcement officers statewide | $145.6 |
| Additional 250 Troopers and Support Staff | $  97.1 |
| Extraordinary Operations (Surge Funding) | $    8.8 |
| Equipment (Primarily for Operation Drawbridge) | $    7.0 |
| Border Auto Theft Information Center | $    1.3 |
| Penitas - Law Enforcement Center | $    3.2 |
| University of North Texas Missing Persons Database Transfer | $    2.2 |
| National Incident Base Reporting System (NIBRS) Training | $    0.7 |
| | |
| **Trusteed Programs within in the Office of the Governor** | |
| Prosecution Resources | $  12.0 |
| National Incident Base Reporting System (NIBRS) Technology | $  11.3 |
| Border Security Enforcement Activities | $  10.2 |
| Anti-gang Activities | $  10.2 |
| Sustain Year-round Flight Capacity for Helicopters | $    6.0 |
| Installation and Maintenance of Border Cameras | $    3.0 |
| | |
| **Texas Parks and Wildlife Department** | |
| Baseline Expenditures in Border | $  11.4 |
| Game Warden Activity on the Border | $  10.6 |
| Extraordinary Operations (Surge Funding) | $    7.0 |
| 65-foot Vessel | $    4.0 |

**App. 1413**

## MISCELLANEOUS PROVISIONS
(Continued)

**Texas Alcoholic Beverage Commission**
Baseline Expenditures in Border                                    $    5.7
Special Investigation Agents                                       $    1.2

**Texas Department of Criminal Justice**
Anti-Gang Intelligence                                            $    1.6

**Texas Commission on Law Enforcement**
Border Investigators                                              $    0.3

**Office of the Attorney General**
Border Prosecutions                                               $    2.6

**Texas Soil and Water Conservation Board**
Carrizo Cane removal                                              $    3.0

**Department of Motor Vehicles**
Automobile Burglary and Theft Prevention Authority Grants         $    5.6

**GRAND TOTAL, ALL AGENCIES**                                     **$ 800.0**

**Sec. 17.08. Use of the Sporting Goods Sales Tax Transfer to the General Revenue-Dedicated State Parks Account No. 64.**

(a) Appropriations made elsewhere in this Act to the Texas Public Finance Authority (TPFA) for General Obligation (GO) Bond Debt Service include $11,106,803 in fiscal year 2018 and $11,364,211 in fiscal year 2019 from General Revenue, for debt service payments on GO bonds issued and authorized but unissued for statewide park repairs. Contingent upon review described below, General Revenue shall be reduced and an equal amount of the Sporting Goods Sales Tax transfer to General Revenue-Dedicated State Parks Account No. 64 is appropriated to TPFA for debt service expenditures on GO bonds issued and authorized for statewide park repairs. Additionally, amounts appropriated above to the Texas Parks and Wildlife Department (TPWD) in Strategy D.1.4, Debt Service, include $1,955,350 in fiscal year 2018 and $1,336,717 in fiscal year 2019 from General Revenue for debt service payments on Revenue Bonds issued for statewide park repairs.

   (1) Within 30 days following August 31 of each fiscal year, TPWD in cooperation with TPFA shall use expenditure schedules and any other necessary documentation to determine the actual amount of debt service expended from both sources on statewide park repairs, and submit the findings of this review to the Comptroller of Public Accounts and the Legislative Budget Board.

   (2) Within 60 days following August 31 of each fiscal year, the Comptroller shall authorize the necessary expenditure transfers needed to credit General Revenue from an additional Sporting Goods Sales Tax (SGST) Transfer to the General Revenue-Dedicated State Parks Account No. 64 for the actual costs of debt service.

(b) In the event that actual costs of debt service for statewide park repairs exceed the available remaining balance of the maximum statutory allocation of the SGST transfer to the State Parks Account, the Comptroller shall adjust debt service payments to be made from other revenues deposited to the credit of the General Revenue Fund accordingly.

**Sec. 17.09. Reporting Requirement for Funds Held Outside the Treasury.**

(a) The Comptroller of Public Accounts and the Legislative Budget Board shall jointly prepare a report on funds held outside the Treasury on a biennial basis. The report should contain the following information for operating funds and any other funds held outside the Treasury selected by the Comptroller of Public Accounts and the Legislative Budget Board:

   (1) the legal/statutory basis for the fund or revenue held outside the treasury;

   (2) the allowable uses of the fund or revenue held outside the treasury;

**App. 1414**

S.B. No. 1

_____          _____
President of the Senate                              Speaker of the House

I hereby certify that S.B. No. 1 passed the Senate on March 28, 2017, by the following vote: Yeas 31, Nays 0; April 18, 2017, Senate refused to concur in House amendments and requested appointment of Conference Committee; April 20, 2017, House granted request of the Senate; May 27, 2017, Senate adopted Conference Committee Report by the following vote: Yeas 30, Nays 1; passed subject to the provisions of Article III, Section 49a, of the Constitution of Texas._____

_____
Secretary of the Senate

I hereby certify that S.B. No. 1 passed the House, with amendments, on April 6, 2017, by the following vote: Yeas 131, Nays 16, zero present not voting; April 20, 2017, House granted request of the Senate for appointment of Conference Committee; May 27, 2017, House adopted Conference Committee Report by the following vote: Yeas 135, Nays 14, zero present not voting; passed subject to the provisions of Article III, Section 49a, of the Constitution of Texas._____

_____
Chief Clerk of the House

Approved:

6 - 12 - 2017
_____
Date

_____
Governor

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
2:15 PM O'CLOCK

JUN 1 2 2017
_____
Secretary of State

I, Glenn Hegar, Comptroller of Public Accounts, do hereby certify that the amounts appropriated in the herein S.B. No. 1, Regular Session, 85th Legislature, are within the amount estimated to be available in the affected fund.

Certified June 1 , 2017.___

_____
Comptroller of Public Accounts

App. 1415