# Exhibit 35

# GENERAL APPROPRIATIONS ACT
## FOR THE 2016-17 BIENNIUM

**Eighty-fourth Texas Legislature**
**Regular Session, 2015**

**Text of Conference Committee Report on House Bill No. 1**
*(and other bills affecting 2016-17 biennial appropriations)*



Editor's Note: House Bill No. 1 Conference Committee Report (Eighty-fourth Legislature, Regular Session) appropriation figures have been adjusted in this publication to incorporate certain appropriation adjustments, including article-specific special provisions, and Article IX of HB 1 (Conference Committee Report), 84th Legislature, Regular Session; HB 6 and HB 7, 84th Legislature, Regular Session; other legislation enacted by the 84th Legislature which affects appropriations; non-substantive technical corrections and/or reconciling adjustments; and the Governor's vetoes. Conforming changes to agency riders and informational items have also been made. Complete copies of legislation affecting House Bill No. 1 can be found at www.capitol.state.tx.us.

# TABLE OF CONTENTS

RECAPITULATION - ALL ARTICLES.................................................................................................ix

## ARTICLE I - GENERAL GOVERNMENT

Arts, Commission on the................................................................................................. I-1
Attorney General, Office of the ...................................................................................... I-3
Bond Review Board......................................................................................................... I-12
Cancer Prevention and Research Institute of Texas......................................................... I-14
Comptroller of Public Accounts....................................................................................... I-17
Fiscal Programs - Comptroller of Public Accounts ......................................................... I-22
    Informational Listing of Funds Appropriated to the Comptroller for Social Security BRP....... I-28
Emergency Communications, Commission on State.......................................................... I-29
Emergency Services Retirement System, Texas............................................................... I-32
Employees Retirement System ........................................................................................ I-33
Ethics Commission, Texas............................................................................................... I-38
Facilities Commission...................................................................................................... I-40
Finance Authority, Public ............................................................................................... I-48
Governor, Office of the ................................................................................................... I-53
Trusteed Programs within the Office of the Governor..................................................... I-54
Historical Commission..................................................................................................... I-63
Information Resources, Department of............................................................................. I-69
Library & Archives Commission..................................................................................... I-75
Pension Review Board ..................................................................................................... I-79
Preservation Board.......................................................................................................... I-80
Risk Management, State Office of................................................................................... I-83
Secretary of State ............................................................................................................ I-85
Veterans Commission ...................................................................................................... I-89
Retirement and Group Insurance ..................................................................................... I-93
Social Security and Benefit Replacement Pay ................................................................. I-94
Bond Debt Service Payments........................................................................................... I-95
Lease Payments................................................................................................................ I-95
Recapitulation - Article I - General Revenue .................................................................. I-96
Recapitulation - Article I - General Revenue - Dedicated .............................................. I-97
Recapitulation - Article I - Federal Funds ...................................................................... I-98
Recapitulation - Article I - Other Funds ......................................................................... I-99
Recapitulation - Article I - All Funds ............................................................................. I-100

## ARTICLE II - HEALTH AND HUMAN SERVICES

Aging and Disability Services, Department of ................................................................ II-1
Assistive and Rehabilitative Services, Department of ..................................................... II-19
Family and Protective Services, Department of............................................................... II-30
State Health Services, Department of .............................................................................. II-48
Health and Human Services Commission........................................................................ II-78
Retirement and Group Insurance ..................................................................................... II-110
Social Security and Benefit Replacement Pay ................................................................ II-110
Bond Debt Service Payments........................................................................................... II-111
Lease Payments................................................................................................................ II-111
Special Provisions Relating to All Health and Human Services Agencies...................... II-112
Recapitulation - Article II - General Revenue ................................................................ II-139
Recapitulation - Article II - General Revenue - Dedicated ............................................ II-140
Recapitulation - Article II - Federal Funds ..................................................................... II-141
Recapitulation - Article II - Other Funds ........................................................................ II-142
Recapitulation - Article II - All Funds ............................................................................ II-143

## ARTICLE III - EDUCATION

Education Agency, Texas ................................................................................................. III-1
Blind and Visually Impaired, School for the ................................................................... III-22
Deaf, School for the ........................................................................................................ III-26
Special Provisions for the School for the Blind and Visually Impaired /
School for the Deaf .......................................................................................................... III-29
Teacher Retirement System ............................................................................................. III-30
Optional Retirement Program .......................................................................................... III-34
Group Insurance Contributions, Higher Education Employees ....................................... III-36
Higher Education Coordinating Board ............................................................................. III-41
Higher Education Fund ..................................................................................................... III-59
The University of Texas System Administration.............................................................. III-59
Available University Fund................................................................................................ III-61

i

**TABLE OF CONTENTS**
(Continued)

Available National Research University Fund..........................................................................III-64
Permanent Fund Supporting Military and Veterans Exemptions ........................................III-65
The University of Texas at Arlington .....................................................................................III-65
The University of Texas at Austin ..........................................................................................III-68
The University of Texas at Dallas...........................................................................................III-72
The University of Texas at El Paso .........................................................................................III-75
The University of Texas at Rio Grande Valley.......................................................................III-78
The University of Texas of the Permian Basin ......................................................................III-81
The University of Texas at San Antonio .................................................................................III-84
The University of Texas at Tyler ............................................................................................III-86
Texas A&M University System Administrative and General Offices....................................III-88
Texas A&M University............................................................................................................III-89
Texas A&M University at Galveston.......................................................................................III-92
Prairie View A&M University .................................................................................................III-94
Tarleton State University .........................................................................................................III-96
Texas A&M University - Central Texas ..................................................................................III-99
Texas A&M University - Corpus Christi ...............................................................................III-101
Texas A&M University - Kingsville ......................................................................................III-104
Texas A&M University – San Antonio ..................................................................................III-106
Texas A&M International University .....................................................................................III-108
West Texas A&M University .................................................................................................III-110
Texas A&M University - Commerce ......................................................................................III-113
Texas A&M University - Texarkana ......................................................................................III-115
University of Houston System Administration ......................................................................III-117
University of Houston.............................................................................................................III-119
University of Houston - Clear Lake .......................................................................................III-121
University of Houston - Downtown ........................................................................................III-123
University of Houston - Victoria ............................................................................................III-125
Midwestern State University..................................................................................................III-127
University of North Texas System Administration ...............................................................III-129
University of North Texas ......................................................................................................III-131
University of North Texas at Dallas .......................................................................................III-133
Stephen F. Austin State University ........................................................................................III-135
Texas Southern University .....................................................................................................III-137
Texas Tech University System Administration .....................................................................III-140
Texas Tech University ............................................................................................................III-141
Angelo State University..........................................................................................................III-143
Texas Woman's University .....................................................................................................III-145
Texas State University System ...............................................................................................III-148
Lamar University ....................................................................................................................III-149
Lamar Institute of Technology...............................................................................................III-151
Lamar State College - Orange................................................................................................III-153
Lamar State College - Port Arthur .........................................................................................III-155
Sam Houston State University ...............................................................................................III-157
Texas State University ............................................................................................................III-159
Sul Ross State University .......................................................................................................III-162
Sul Ross State University Rio Grande College......................................................................III-164
The University of Texas Southwestern Medical Center ........................................................III-166
The University of Texas Medical Branch at Galveston .........................................................III-169
The University of Texas Health Science Center at Houston..................................................III-173
The University of Texas Health Science Center at San Antonio ...........................................III-177
The University of Texas M. D. Anderson Cancer Center......................................................III-181
The University of Texas Health Center at Tyler ....................................................................III-185
Texas A&M University System Health Science Center ........................................................III-188
University of North Texas Health Science Center at Fort Worth ..........................................III-193
Texas Tech University Health Sciences Center.....................................................................III-197
Texas Tech University Health Sciences Center at El Paso ....................................................III-200
Public Community/Junior Colleges .......................................................................................III-204
Texas State Technical College System Administration.........................................................III-213
Texas State Technical College - Harlingen............................................................................III-216
Texas State Technical College - West Texas..........................................................................III-217
Texas State Technical College - Marshall .............................................................................III-219
Texas State Technical College - Waco...................................................................................III-220
Special Provisions Relating Only to Components of Texas State Technical College ...........III-222
Texas A&M Agrilife Research................................................................................................III-224
Texas A&M Agrilife Extension Service.................................................................................III-227
Texas A&M Engineering Experiment Station........................................................................III-230
Texas A&M Transportation Institute .....................................................................................III-233
Texas A&M Engineering Extension Service ..........................................................................III-235
Texas A&M Forest Service ....................................................................................................III-237
Texas A&M Veterinary Medical Diagnostic Laboratory .....................................................III-241

**TABLE OF CONTENTS**
(Continued)

Retirement and Group Insurance ................................................................................III-243
Social Security and Benefit Replacement Pay ...........................................................III-243
Bond Debt Service Payments......................................................................................III-244
Lease Payments............................................................................................................III-244
Special Provisions Relating Only to State Agencies of Higher Education ...................III-245
Recapitulation - Article III - General Revenue ...........................................................III-269
Recapitulation - Article III - General Revenue - Dedicated .......................................III-271
Recapitulation - Article III - Federal Funds................................................................III-273
Recapitulation - Article III - Other Funds...................................................................III-274
Recapitulation - Article III - All Funds........................................................................III-276

## ARTICLE IV - THE JUDICIARY

Supreme Court of Texas ................................................................................................ IV-1
Court of Criminal Appeals............................................................................................. IV-3
First Court of Appeals District, Houston ....................................................................... IV-7
Second Court of Appeals District, Fort Worth .............................................................. IV-8
Third Court of Appeals District, Austin......................................................................... IV-9
Fourth Court of Appeals District, San Antonio ........................................................... IV-10
Fifth Court of Appeals District, Dallas ........................................................................ IV-11
Sixth Court of Appeals District, Texarkana ................................................................. IV-12
Seventh Court of Appeals District, Amarillo................................................................ IV-13
Eighth Court of Appeals District, El Paso .................................................................... IV-15
Ninth Court of Appeals District, Beaumont ................................................................. IV-16
Tenth Court of Appeals District, Waco ........................................................................ IV-17
Eleventh Court of Appeals District, Eastland ............................................................... IV-18
Twelfth Court of Appeals District, Tyler...................................................................... IV-19
Thirteenth Court of Appeals District, Corpus Christi - Edinburg ................................ IV-20
Fourteenth Court of Appeals District, Houston ........................................................... IV-21
Office of Court Administration, Texas Judicial Council .............................................. IV-23
Office of Capital and Forensic Writs ............................................................................ IV-29
State Prosecuting Attorney, Office of the ..................................................................... IV-30
State Law Library ......................................................................................................... IV-31
Commission on Judicial Conduct, State ....................................................................... IV-33
Judiciary Section, Comptroller's Department............................................................... IV-34
Retirement and Group Insurance .................................................................................. IV-39
Social Security and Benefit Replacement Pay .............................................................. IV-40
Lease Payments............................................................................................................. IV-40
Special Provisions - Judiciary ...................................................................................... IV-41
Recapitulation - Article IV - General Revenue ............................................................ IV-42
Recapitulation - Article IV - General Revenue - Dedicated ........................................ IV-43
Recapitulation - Article IV - Federal Funds................................................................. IV-44
Recapitulation - Article IV - Other Funds .................................................................... IV-45
Recapitulation - Article IV - All Funds......................................................................... IV-46

## ARTICLE V - PUBLIC SAFETY AND CRIMINAL JUSTICE

Alcoholic Beverage Commission.....................................................................................V-1
Criminal Justice, Department of .....................................................................................V-4
Fire Protection, Commission on....................................................................................V-21
Jail Standards, Commission on .....................................................................................V-23
Juvenile Justice Department..........................................................................................V-25
Law Enforcement, Commission on................................................................................V-37
Military Department.......................................................................................................V-39
Public Safety, Department of.........................................................................................V-45
Retirement and Group Insurance ..................................................................................V-61
Social Security and Benefit Replacement Pay ...............................................................V-62
Bond Debt Service Payments.........................................................................................V-62
Lease Payments..............................................................................................................V-63
Special Provisions Relating to Public Safety and Criminal Justice Agencies ...................V-63
Recapitulation - Article V - General Revenue ...............................................................V-64
Recapitulation - Article V - General Revenue - Dedicated............................................V-65
Recapitulation - Article V - Federal Funds....................................................................V-66
Recapitulation - Article V - Other Funds.......................................................................V-67
Recapitulation - Article V - All Funds............................................................................V-68

## ARTICLE VI - NATURAL RESOURCES

Agriculture, Department of ........................................................................................... VI-1
Animal Health Commission.......................................................................................... VI-10
Commission on Environmental Quality......................................................................... VI-13

iii

**TABLE OF CONTENTS**
(Continued)

General Land Office and Veterans' Land Board .......................................................... VI-24
Low-Level Radioactive Waste Disposal Compact Commission .................................... VI-31
Parks and Wildlife Department ................................................................................... VI-32
Railroad Commission .................................................................................................. VI-47
Soil and Water Conservation Board ............................................................................ VI-53
Water Development Board ........................................................................................... VI-56
Retirement and Group Insurance ................................................................................ VI-64
Social Security and Benefit Replacement Pay ............................................................ VI-65
Bond Debt Service Payments ..................................................................................... VI-65
Lease Payments ......................................................................................................... VI-66
Recapitulation - Article VI - General Revenue ............................................................ VI-67
Recapitulation - Article VI - General Revenue - Dedicated ........................................ VI-68
Recapitulation - Article VI - Federal Funds ................................................................ VI-69
Recapitulation - Article VI - Other Funds ................................................................... VI-70
Recapitulation - Article VI - All Funds ........................................................................ VI-71

## ARTICLE VII - BUSINESS AND ECONOMIC DEVELOPMENT

Housing and Community Affairs, Department of ............................................................ VII-1
Lottery Commission, Texas .......................................................................................... VII-8
Motor Vehicles, Department of ................................................................................... VII-12
Transportation, Department of .................................................................................... VII-15
Workforce Commission, Texas .................................................................................... VII-33
      Reimbursements to the Unemployment Compensation Benefit Account ............... VII-46
Retirement and Group Insurance ................................................................................ VII-48
Social Security and Benefit Replacement Pay ............................................................ VII-48
Bond Debt Service Payments ..................................................................................... VII-49
Lease Payments ......................................................................................................... VII-49
Recapitulation - Article VII - General Revenue ........................................................... VII-50
Recapitulation - Article VII - General Revenue - Dedicated ........................................ VII-51
Recapitulation - Article VII - Federal Funds ............................................................... VII-52
Recapitulation - Article VII - Other Funds .................................................................. VII-53
Recapitulation - Article VII - All Funds ....................................................................... VII-54

## ARTICLE VIII - REGULATORY

Administrative Hearings, State Office of ..................................................................... VIII-1
Chiropractic Examiners, Board of ............................................................................... VIII-5
Dental Examiners, Texas State Board of .................................................................... VIII-7
Funeral Service Commission ...................................................................................... VIII-9
Geoscientists, Board of Professional ........................................................................ VIII-11
Health Professions Council ....................................................................................... VIII-13
Injured Employee Counsel, Office of ......................................................................... VIII-15
Insurance, Department of .......................................................................................... VIII-17
Insurance Counsel, Office of Public .......................................................................... VIII-25
Land Surveying, Board of Professional ..................................................................... VIII-27
Licensing and Regulation, Department of .................................................................. VIII-28
Texas Medical Board .................................................................................................. VIII-34
Nursing, Texas Board of ............................................................................................ VIII-37
Optometry Board ....................................................................................................... VIII-41
Pharmacy, Board of ................................................................................................... VIII-42
Physical Therapy & Occupational Therapy Examiners, Executive Council of ............ VIII-45
Plumbing Examiners, Board of .................................................................................. VIII-47
Podiatric Medical Examiners, Board of ...................................................................... VIII-49
Psychologists, Board of Examiners of ....................................................................... VIII-50
Racing Commission ................................................................................................... VIII-52
Securities Board ........................................................................................................ VIII-56
Utility Commission of Texas, Public .......................................................................... VIII-58
Utility Counsel, Office of Public ................................................................................ VIII-62
Veterinary Medical Examiners, Board of .................................................................... VIII-63
Retirement and Group Insurance .............................................................................. VIII-65
Social Security and Benefit Replacement Pay ........................................................... VIII-66
Lease Payments ........................................................................................................ VIII-66
Special Provisions Relating to All Regulatory Agencies ............................................ VIII-67
Recapitulation - Article VIII - General Revenue ......................................................... VIII-71
Recapitulation - Article VIII - General Revenue - Dedicated ...................................... VIII-72
Recapitulation - Article VIII - Federal Funds ............................................................. VIII-73
Recapitulation - Article VIII - Other Funds ................................................................ VIII-74
Recapitulation - Article VIII - All Funds ..................................................................... VIII-75

**TABLE OF CONTENTS**
(Continued)

## ARTICLE IX - GENERAL PROVISIONS

GENERAL PROVISIONS LEGISLATIVE INTENT ................................................. IX-1
    Sec. 1.01. Limitations ....................................................................................... IX-1

PROVISIONS RELATING TO THE POSITION CLASSIFICATION PLAN ............... IX-1
    Sec. 2.01. Position Classification Plan ............................................................. IX-1
        Classified Positions for the 2016-17 Biennium .................................... IX-1
        Schedule A Classification Salary Schedule ........................................ IX-19
        Schedule B Classification Salary Schedule ........................................ IX-20
        Schedule C Classification Salary Schedule ........................................ IX-20

SALARY ADMINISTRATION AND OTHER EMPLOYMENT PROVISIONS ........... IX-21
    Sec. 3.01. Salary Rates .................................................................................. IX-21
    Sec. 3.02. Salary Supplementation ................................................................ IX-21
    Sec. 3.03. Salary Limits ................................................................................. IX-21
    Sec. 3.04. Scheduled Exempt Positions ......................................................... IX-21
    Sec. 3.05. Evening, Night, Weekend Shift Pay: Registered Nurses and Licensed
        Vocational Nurses ............................................................................ IX-23
    Sec. 3.06. Recruitment and Retention Bonuses ............................................. IX-23
    Sec. 3.07. Equity Adjustments ....................................................................... IX-24
    Sec. 3.08. Classification Study on Scheduled Exempt Positions ..................... IX-24
    Sec. 3.09. Method of Salary Payments .......................................................... IX-24
    Sec. 3.10. Exception - Contracts Less than 12 Months ................................... IX-24
    Sec. 3.11. Exceptions for Certain Employees ................................................ IX-24
    Sec. 3.12. Exceptions for Salary Schedule C ................................................ IX-24
    Sec. 3.13. Matching Retirement and Certain Insurance .................................. IX-25

GRANT-MAKING PROVISIONS ............................................................................ IX-25
    Sec. 4.01. Grant Restriction ........................................................................... IX-25
    Sec. 4.02. Grants ........................................................................................... IX-25
    Sec. 4.03. Grants for Political Polling Prohibited ............................................ IX-25
    Sec. 4.04. Limitation on Grants to Units of Local Government ....................... IX-26

TRAVEL REGULATIONS ..................................................................................... IX-26
    Sec. 5.01. Travel Definitions .......................................................................... IX-26
    Sec. 5.02. General Travel Provisions ............................................................. IX-26
    Sec. 5.03. Transportation Expenses .............................................................. IX-26
    Sec. 5.04. Transportation in Personally Owned or Leased Aircraft ................. IX-27
    Sec. 5.05. Travel Meals and Lodging Expenses ............................................ IX-27
    Sec. 5.06. Special Provisions Regarding Travel Expenses ............................ IX-27
    Sec. 5.07. Travel and Per Diem of Board or Commission Members ............... IX-27
    Sec. 5.08. Travel of Advisory Committee Members ....................................... IX-28

GENERAL LIMITATIONS ON EXPENDITURES ..................................................... IX-28
    Sec. 6.01. Unexpended Balance ..................................................................... IX-28
    Sec. 6.02. Interpretation of Estimates ............................................................ IX-28
    Sec. 6.03. Excess Obligations Prohibited ...................................................... IX-29
    Sec. 6.04. Interpretation of Legislative Intent ................................................. IX-29
    Sec. 6.05. Comptroller's Duty to Pay ............................................................. IX-29
    Sec. 6.06. Last Quarter Expenditures ............................................................ IX-29
    Sec. 6.07. Employee Benefit and Debt Service Items .................................... IX-29
    Sec. 6.08. Benefits Paid Proportional by Fund ............................................... IX-30
    Sec. 6.09. Appropriations from Special Funds ............................................... IX-31
    Sec. 6.10. Limitation on State Employment Levels ........................................ IX-31
    Sec. 6.11. Purchases of Postage ................................................................... IX-33
    Sec. 6.12. Expenditures for State-Federal Relations ..................................... IX-33
    Sec. 6.13. Performance Rewards and Penalties ............................................ IX-34
    Sec. 6.14. Bookkeeping Entries ..................................................................... IX-34
    Sec. 6.15. Accounting for State Expenditures ................................................ IX-34
    Sec. 6.16. Fee Increase Notification ............................................................... IX-35
    Sec. 6.17. Consolidated Funds ...................................................................... IX-35
    Sec. 6.18. Demographic and Statistical Studies ............................................ IX-35
    Sec. 6.19. Cost Allocations ............................................................................ IX-35
    Sec. 6.20. Use of Appropriations to Contract for Audits ................................. IX-35
    Sec. 6.21. Limitations on Use of Appropriated Funds ..................................... IX-36
    Sec. 6.22. Informational Items ........................................................................ IX-36
    Sec. 6.23. Appropriations from State Tax Revenue ......................................... IX-36
    Sec. 6.24. Deposit and Notification Requirement for Certain RESTORE Act Funds ............ IX-36

**TABLE OF CONTENTS**
(Continued)

REPORTING REQUIREMENTS ............................................................................ IX-36
    Sec. 7.01. Budgeting and Reporting ................................................................ IX-36
    Sec. 7.02. Annual Reports and Inventories ................................................... IX-37
    Sec. 7.03. Notification to Members of the Legislature ................................. IX-37
    Sec. 7.04. Contract Notification: Amounts Greater than $50,000 ............... IX-38
    Sec. 7.05. Reports and References ................................................................. IX-38
    Sec. 7.06. Internal Assessments on Utilization of Historically Underutilized
             Businesses ................................................................................... IX-38
    Sec. 7.07. Historically Underutilized Business Policy Compliance ............ IX-38
    Sec. 7.08. Reporting of Historically Underutilized Business (HUB) Key Measures ............ IX-39
    Sec. 7.09. Fraud Reporting ............................................................................ IX-39
    Sec. 7.10. Reporting Requirement for Deepwater Horizon Oil Spill Funds .......... IX-39
    Sec. 7.11. Border Security ............................................................................. IX-40
    Sec. 7.12. Notification of Certain Purchases or Contract Awards, Amendments,
             and Extensions ............................................................................ IX-40
    Sec. 7.13. Notification of Certain Expenditures Related to Mitigation of
             Adverse Environmental Impacts ................................................. IX-42

OTHER APPROPRIATION AUTHORITY .......................................................... IX-42
    Sec. 8.01. Acceptance of Gifts of Money ..................................................... IX-42
    Sec. 8.02. Reimbursements and Payments ................................................... IX-43
    Sec. 8.03. Surplus Property ........................................................................... IX-44
    Sec. 8.04. Refunds of Deposits ..................................................................... IX-44
    Sec. 8.05. Vending Machines ........................................................................ IX-45
    Sec. 8.06. Pay Station Telephones ................................................................ IX-45
    Sec. 8.07. Appropriation of Collections for Seminars and Conferences ...... IX-45
    Sec. 8.08. Appropriation of Bond Proceeds .................................................. IX-45
    Sec. 8.09. CMIA Interest Payments .............................................................. IX-45
    Sec. 8.10. Appropriation of Receipts: Credit, Charge, Debit Card, or Electronic
             Cost Recovery Service Fees ....................................................... IX-45
    Sec. 8.11. Employee Meal Authorization ..................................................... IX-46
    Sec. 8.12. Bank Fees and Charges ................................................................ IX-46
    Sec. 8.13. Appropriation of Specialty License Plate Receipts ..................... IX-46
    Sec. 8.14. Cost Recovery of Testing Fees ..................................................... IX-46
    Sec. 8.15. Cost Recovery of Fees ................................................................. IX-46

INFORMATION RESOURCES PROVISIONS ...................................................... IX-46
    Sec. 9.01. Purchases of Information Resources Technologies......................... IX-46
    Sec. 9.02. Quality Assurance Review of Major Information Resources Projects.......... IX-47
    Sec. 9.03. Biennial Operating Plan and Information Resources Strategic Plan
             Approval ...................................................................................... IX-48
    Sec. 9.04. Information Technology Replacement ......................................... IX-48
    Sec. 9.05. Texas.gov Project: Occupational Licenses ................................. IX-48
    Sec. 9.06. Texas.gov Project: Cost Recovery Fees ...................................... IX-49
    Sec. 9.07. Payments to the Department of Information Resources ............... IX-49
    Sec. 9.08. Computer Inventory Report ......................................................... IX-50
    Sec. 9.09. Server Consolidation Status Update ............................................ IX-50
    Sec. 9.10. Prioritization of Cybersecurity and Legacy System Projects ...... IX-50
    Sec. 9.11. Cybersecurity Initiatives ............................................................. IX-50
    Sec. 9.12. Surplus Information Technology Hardware ................................. IX-51

HEALTH-RELATED PROVISIONS ...................................................................... IX-51
    Sec. 10.01.  Full Application for Health Coverage ....................................... IX-51
    Sec. 10.02.  Appropriation of Disproportionate Share Hospital Payments to
             State - Owned Hospitals ............................................................. IX-51
    Sec. 10.03.  Informational Listing on Use of Tobacco Settlement Receipts ....... IX-51
    Sec. 10.04.  Statewide Behavioral Health Strategic Plan and Coordinated
             Expenditures ............................................................................... IX-54
    Sec. 10.05.  Funding for Autism Services ...................................................... IX-55

PROVISIONS RELATED TO REAL PROPERTY ................................................ IX-56
    Sec. 11.01.  Limitation on Use of Funds for Personal Residences ................ IX-56
    Sec. 11.02.  Reporting Related to State Owned Housing ............................... IX-56
    Sec. 11.03.  Statewide Capital Planning ........................................................ IX-57
    Sec. 11.04.  Efficient Use of State Owned and Leased Space ...................... IX-57
    Sec. 11.05.  State Agency Emergency Leases ................................................ IX-58
    Sec. 11.06.  Prepayment of Annual Lease Costs ............................................ IX-58
    Sec. 11.07.  Efficient Use of State Property to House State Facilities .......... IX-59

**TABLE OF CONTENTS**
(Continued)

PROVISIONS RELATED TO PROPERTY ......................................................... IX-59
Sec. 12.01.   Aircraft ................................................................................. IX-59
Sec. 12.02.   Publication or Sale of Printed, Recorded, or Electronically Produced
              Matter or Records..................................................................... IX-60
Sec. 12.03.   Limitation on Expenditures for Purchases and Conversions of
              Alternative  Fuel Vehicles........................................................ IX-60
Sec. 12.04.   Transfer of Master Lease Purchase Program Payments .................. IX-60

FEDERAL FUNDS ......................................................................................... IX-60
Sec. 13.01.   Federal Funds/Block Grants ..................................................... IX-60
Sec. 13.02.   Report of Additional Funding ................................................... IX-60
Sec. 13.03.   Report of Expanded Operational Capacity .................................. IX-61
Sec. 13.04.   Reports to Comptroller............................................................. IX-61
Sec. 13.05.   Deposit and Expenditure Limitations.......................................... IX-61
Sec. 13.06.   Reimbursements from Federal Funds........................................... IX-61
Sec. 13.07.   Limitations on Positions ........................................................... IX-61
Sec. 13.08.   Funding Reductions................................................................. IX-61
Sec. 13.09.   Unexpended Balances .............................................................. IX-62
Sec. 13.10.   Temporary Assistance for Needy Families (TANF)
              or Social Services Block Grant (SSBG)..................................... IX-62
Sec. 13.11.   Definition, Appropriation, Reporting and Audit of
              Earned Federal Funds................................................................ IX-62
Sec. 13.12.   Reporting of Federal Homeland Security Funding ........................ IX-64

AGENCY DISCRETIONARY TRANSFER PROVISIONS ................................. IX-65
Sec. 14.01.   Appropriation Transfers........................................................... IX-65
Sec. 14.02.   Transfers for Contract Services.................................................. IX-65
Sec. 14.03.   Limitation on Expenditures – Capital Budget .............................. IX-65
Sec. 14.04.   Disaster Related Transfer Authority ........................................... IX-68
Sec. 14.05.   Unexpended Balance Authority Between Fiscal Years within
              The Same Biennium .................................................................. IX-69

AGENCY NON-DISCRETIONARY TRANSFER PROVISIONS .......................... IX-69
Sec. 15.01.   Reimbursements for Unemployment Benefits ............................... IX-69
Sec. 15.02.   Payments to the State Office of Risk Management (SORM)............. IX-70
Sec. 15.03.   Contingency Appropriation Reduction ....................................... IX-71
Sec. 15.04.   Appropriation Transfers: Billings for Statewide Allocated Costs.... IX-72

LEGAL REPRESENTATION AND JUDGMENTS PROVISIONS............................ IX-72
Sec. 16.01.   Court Representation and Outside Legal Counsel.......................... IX-72
Sec. 16.02.   Contingent Fee Contract for Legal Services ................................ IX-74
Sec. 16.03.   Proceeds of Litigation ............................................................. IX-74
Sec. 16.04.   Judgments and Settlements ....................................................... IX-75
Sec. 16.05.   Incidents Report: State Supported Living Centers
              and State Hospitals.................................................................... IX-76
Sec. 16.06.   Professional and Legal Services................................................. IX-76

MISCELLANEOUS PROVISIONS.................................................................... IX-77
Sec. 17.01.   Contingency Rider................................................................... IX-77
Sec. 17.02.   Limitation on Substitution of General Obligation Bond
              Funded Projects........................................................................ IX-77
Sec. 17.03.   Interagency Contract to Coordinate Use of PARIS Data to Assist
              Veterans and Achieve Savings for State ...................................... IX-77
Sec. 17.04.   Payroll Contribution for Group Health Insurance .......................... IX-77
Sec. 17.05.   Appropriation for Salary Increases for Certain State Employees
              in Salary Schedule C ................................................................ IX-78
Sec. 17.06.   Veterans Services at Other State Agencies ................................. IX-78
Sec. 17.07.   Agency Coordination for Youth Prevention and Intervention Services........... IX-79
Sec. 17.08.   Additional Payroll Contribution for Retirement Contribution ......... IX-79
Sec. 17.09.   Border Security – Informational Listing ...................................... IX-79

CONTINGENCY AND OTHER PROVISIONS ................................................... IX-80
Recapitulation – Article IX - General Provisions – General Revenue ......................... IX-101
Recapitulation – Article IX – General Provisions – General Revenue – Dedicated.................... IX-102
Recapitulation – Article IX - General Provisions – Federal Funds............................................ IX-103
Recapitulation – Article IX – General Provisions – Other Funds............................................ IX-104
Recapitulation – Article IX – General Provisions – All Funds............................................ IX-105

**App. 1424**

**TABLE OF CONTENTS**
(Continued)

**ARTICLE X - THE LEGISLATURE**

Senate..................................................................................................X-1
House of Representatives.......................................................................X-2
Legislative Council................................................................................X-4
Uniform State Laws, Commission on.....................................................X-5
State Auditor's Office............................................................................X-5
Legislative Reference Library................................................................X-6
Retirement and Group Insurance ...........................................................X-7
Social Security and Benefit Replacement Pay........................................X-8
Lease Payments.....................................................................................X-8
Special Provisions Relating to the Legislature........................................X-9
Recapitulation - Article X - General Revenue......................................X-10
Recapitulation - Article X - Other Funds.............................................X-11
Recapitulation - Article X - All Funds..................................................X-12

**ARTICLE XI – SAVINGS CLAUSE**...............................................XI-1

**ARTICLE XII – EMERGENCY CLAUSE**.........................................XI-1

**GOVERNOR'S VETO PROCLAMATION**

**HOUSE BILL NO. 2, EIGHTY-FOURTH LEGISLATURE, REGULAR SESSION**

**SENATE BILL NO. 1280, EIGHTY-FOURTH LEGISLATURE, REGULAR SESSION**

App. 1425

# MISCELLANEOUS PROVISIONS
## (Continued)

General Land Office, or any other state agency or institution that receives funding in this Act and provides specific services to veterans, shall provide information to veterans seeking assistance from that state agency or institution of other state agencies or institutions that provide additional veterans specific services, as identified by the Texas Coordinating Council for Veterans Services.

**Sec. 17.07. Agency Coordination for Youth Prevention and Intervention Services.**  From funds appropriated above for the purpose of juvenile delinquency prevention and dropout prevention and intervention services, the Department of Family and Protective Services, the Juvenile Justice Department, the Texas Education Agency, and the Texas Military Department shall coordinate the delivery of juvenile delinquency prevention and dropout prevention and intervention services. Juvenile delinquency prevention and dropout prevention and intervention services are programs or services that are aimed at preventing academic failure, failure on state assessments, dropout, juvenile delinquency, truancy, runaways, and children living in family conflict. Each of the agencies listed above shall coordinate services with the others to prevent redundancy and to ensure optimal service delivery to youth at risk of engaging in delinquency and/or dropping out of school. Programs shall demonstrate effectiveness through established outcomes.

Not later than October 1 of each fiscal year , the agencies shall provide to the Legislative Budget Board, detailed monitoring, tracking, utilization, outcome, and effectiveness information on all juvenile delinquency prevention and dropout prevention and intervention services for the preceding five fiscal year period. The reports shall include information on the impact of all juvenile delinquency and dropout prevention and intervention initiatives and programs delivered or monitored by the agencies.

**Sec. 17.08. Additional Payroll Contribution for Retirement Contribution.**

(a) Notwithstanding any other provision of this Act, out of appropriations made elsewhere in this Act to state agencies for the state fiscal biennium beginning September 1, 2015, each agency shall contribute, in an amount equal to 0.5 percent of the total base wages and salaries for each eligible employee of a state agency during the state fiscal biennium beginning September 1, 2015 to the Employees Retirement System's Retirement Program.

(b) State agencies shall contribute pursuant to this section to the Employees Retirement System to increase the state contribution for retirement by the value of the 0.5 percent contribution, estimated to be $58,800,000for state agencies for the 2016-17 biennium.

(c) The calculation of base salary for purposes of the reductions made under this section excludes longevity pay, hazardous duty pay, benefit replacement pay, overtime pay, and other payments that are not part of the base salary of the employee.

(d) Transfers made under this section shall be consistent with provisions requiring salaries and benefits to be proportional to the source of funds.

(e) The Comptroller of Public Accounts shall promulgate rules and regulations as necessary to administer this section.

**Sec. 17.09. Border Security - Informational Listing.**  Included elsewhere in this Act is $800.0 million in border security funding for the 2016-17 biennium. The following is an informational list of the amounts appropriated elsewhere in this Act for border security to the Department of Public Safety, Trusteed Programs Within the Office of the Governor, the Parks and Wildlife Department, the Alcoholic Beverage Commission, the Department of Criminal Justice, and the Commission on Law Enforcement.

| Agency / Item | 2016-17 Biennial Total (in millions) |
|---|---|
| **Cross-agency (DPS and TMD)** | |
| Flexible Funding to Ensure a Continued Presence on the Border. Funding to DPS provides personnel, training, equipment and other support costs for DPS troopers and transitional deployment costs for the National Guard | $72.0 |

## MISCELLANEOUS PROVISIONS
### (Continued)

**Department of Public Safety**

| | |
|---|---|
| Baseline Border Security (Adjusted) | $305.1 |
| 50-hour work week for al DPS troopers statewide | $142.6 |
| Recruit train and equip 250 new troopers and 110 associated support support  staff | $107.0 |
| Operation Strong Safety II sustained in 2016-17 | $83.4 |
| Transition to NIBRS Crime Reporting System | $17.3 |
| New Texas Rangers Company, and Support | $8.8 |
| Acquisition of and Support for Pilatus Aircraft | $7.5 |
| Texas Transnational Intelligence Center | $2.4 |
| Multiuse Training Facility | $2.0 |
| Regional Center for Public Safety Excellence | $1.6 |

**Trusteed Programs within in the Office of the Governor - Grants to Local Law Enforcement Agencies**

| | |
|---|---|
| Border Security Enforcement Activities | $10.2 |
| Anti-gang Activities | $10.2 |
| Prosecution Resources | $9.0 |
| Sustain Year-round Flight Capacity for Helicopters | $6.0 |
| Installation and Maintenance of Border Cameras | $3.0 |

**Texas Parks and Wildlife Department**

| | |
|---|---|
| Baseline Game Warden Activity on the Border | $4.7 |
| New Game Warden Deployment | $5.3 |

| | |
|---|---|
| **Texas Alcoholic Beverage Commission** - Special Investigation Agents | $1.2 |
| **Texas Department of Criminal Justice** - Anti-gang Intelligence | $0.5 |
| **Texas Commission on Law Enforcement** - Border Investigators | $0.2 |

| | |
|---|---|
| **GRAND TOTAL, ALL AGENCIES** | **$800.0** |

Amounts may not add to total due to rounding.

## PART 18.        CONTINGENCY AND OTHER PROVISIONS

**Sec. 18.01.  Contingency Appropriation: Water Resource Management Account.**[7]

(a)   Amounts appropriated in this Act out of the Water Resource Management Account No. 153 include: $56,152,049 in fiscal year 2016 and $55,864,649 in fiscal year 2017 to the Commission on Environmental Quality; $2,648,770 each fiscal year to the Public Utility Commission (PUC); and $509,054 each fiscal year to the Office of Public Utility Counsel (OPUC). These appropriations are contingent on available balances in and revenues to the Water Resources Management Account No. 153 being sufficient during the 2016-17 biennium to cover the appropriations and any additional costs associated with employee benefits for FTEs paid out of the Water Resources Management Account (estimated to be $17,557,912 for the biennium). In the event that available funds out of the Water Resources Management Account No. 153 are insufficient to meet appropriations in this Act and related benefits costs, the TCEQ shall increase rates for fees deposited to the Water Resources Management Account No. 153 for which it has rulemaking authority, including the Water Quality Fee established in Water Code, Chapter 26 and the Public Health Service Fee established in Health and Safety Code, Section 341.041, at a level to ensure that sufficient balances and revenues are available.

(b)   Contingent on enactment of legislation by the Eighty-fourth Legislature, Regular Session, that transfers a portion of the proceeds of fee revenues deposited to the Water Resource Management Account No. 153 in Water Code, Section 5.701 (n) to the General Revenue Fund:

(1)   appropriations to the PUC in Strategy A.2.1, Utility Regulation, are increased out of the General Revenue Fund by $2,648,770 each fiscal year, and appropriations are decreased

**App. 1427**

H.B. No. 1

_____     _____
President of the Senate              Speaker of the House

I certify that H.B. No. 1 was passed by the House on April 1, 2015, by the following vote: Yeas 141, Nays 5, 1 present, not voting; that the House refused to concur in Senate amendments to H.B. No. 1 on April 22, 2015, and requested the appointment of a conference committee to consider the differences between the two houses; and that the House adopted the conference committee report on H.B. No. 1 on May 29, 2015, by the following vote: Yeas 115, Nays 33, 0 present, not voting; passed subject to the provisions of Article III, Section 49a, of the Constitution of the State of Texas.

_____
Chief Clerk of the House

App. 1428

H.B. No. 1

I certify that H.B. No. 1 was passed by the Senate, with amendments, on April 14, 2015, by the following vote:  Yeas 30, Nays 1; at the request of the House, the Senate appointed a conference committee to consider the differences between the two houses; and that the Senate adopted the conference committee report on H.B. No. 1 on May 29, 2015, by the following vote:  Yeas 30, Nays 1; passed subject to the provisions of Article III, Section 49a, of the Constitution of the State of Texas.

_____
                          Secretary of the Senate

I certify that the amounts appropriated in the herein H.B. No. 1, Regular Session of the 84th Legislature, are within amounts estimated to be available in the affected fund.

Certified _June 9, 2015_

_____
                          Comptroller of Public Accounts

APPROVED: __6 - 20 - 2015__

          Date

_____
          Governor

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
____ O'CLOCK
JUN 20 2015
_____
Secretary of State

**App. 1429**