# Exhibit 38

STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.
Ike Brannon on 06/26/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION

 3


 4   ---------------------------------x
                                      )
 5   STATE OF TEXAS, et al.,          )
                                      )
 6                    Plaintiffs,     )
     v                                ) Case No.
 7                                    ) 1:18cv00068
     UNITED STATES OF AMERICA, et al.,)
 8                                    )
                      Defendants,     )
 9                                    )
     and                              )
10                                    )
     KARLA PEREZ, et al.,             )
11                                    )
             Defendant-intervenors.   )
12   ---------------------------------x

13

14              DEPOSITION OF IKE BRANNON

15                   Washington, D C

16                Tuesday, June 26, 2018

17                      1:56 p.m.

18

19

20   Job No.: 207169

21   Pages: 1 - 138

22   Reported by: Donna Marie Lewis, RPR, CSR (HI)
```

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION

 3

 4    ---------------------------------x
                                       )
 5    STATE OF TEXAS, et al.,          )
                                       )
 6                    Plaintiffs,      )
      v                                ) Case No.
 7                                     ) 1:18cv00068
      UNITED STATES OF AMERICA, et al.,)
 8                                     )
                      Defendants,      )
 9                                     )
      and                              )
10                                     )
      KARLA PEREZ, et al.,             )
11                                     )
              Defendant-intervenors.   )
12    ---------------------------------x

13

14          Deposition of IKE BRANNON, held at Regus

15    Business Center, 2200 Pennsylvania Avenue, NW, 4th

16    Floor East, Washington, D C 20037, pursuant to

17    Notice, before Donna Marie Lewis, Registered

18    Professional Reporter and Notary Public of and for

19    the District of Columbia.

20

21

22
```

```
 1                    A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFFS:

 3           THE ATTORNEY GENERAL, TEXAS

 4           BY:  ADAM ARTHUR BIGGS,
                  SPECIAL COUNSEL FOR CIVIL LITIGATION
 5           P O Box 12548

 6           Austin, Texas 78711-2548

 7           Telephone: (512) 936-0750

 8           Facsimile: (512) 936-0545

 9           Email: adam.biggs@oag.texas.gov

10

11    ON BEHALF OF DEFENDANTS:

12           UNITED STATES DEPARTMENT OF JUSTICE
             OFFICE OF IMMIGRATION LITIGATION
13
             BY: AARON S. GOLDSMITH,
14                SENIOR LITIGATION COUNSEL

15           Liberty Square Building

16           450 5th Street, NW

17           Washington, D.C. 20530

18           Telephone: (202) 532-4107

19           Email: aaron.goldsmith@usdoj.gov

20

21

22
```

```
 1    APPEARANCES: (Continued)

 2    ON BEHALF OF THE WITNESS:

 3         STATE OF NEW JERSEY
           DEPARTMENT OF LAW AND PUBLIC SAFETY
 4
           BY: KENNETH S. LEVINE,
 5              DEPUTY ATTORNEY GENERAL

 6         124 Halsey Street

 7         P O Box 45029

 8         Newark, New Jersey 07101-5029

 9         Telephone: (973) 648-2881

10         Facsimile: (973) 648-3956

11         Email: Kenneth.Levine@law.njoag.gov

12

13    ON BEHALF OF DEFENDANT-INTERVENORS:

14         MALDEF

15         BY:  ALEJANDRA AVILA, ESQUIRE

16         110 Broadway

17         Suite 204

18         San Antonio, Texas 78205

19         Telephone: (210) 224-5476, ext. 204

20         Facsimile: (210)224-5382

21         Email: aavila@maldef.org

22
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1441

1   million.  It would have an impact on the labor

2   market if -- a more severe impact on the labor

3   market of low income people if they had 700,000

4   more people to compete with.

5        Q    Because it would increase competition

6   for those individuals, correct?

7        A    It would.

8        Q    How many DACA recipients are you aware

9   of that you would consider low skilled?

10       A    Well, two-thirds since -- we estimate

11  two-thirds are going to have some kind of college,

12  so at most it's going to be one-third or less.

13       Q    So one-third or less would be considered

14  low skilled, for lack of a better phrase?

15       A    Yeah.  And probably a little bit less

16  than that, yeah.

17       Q    That one-third, that would increase

18  competition with other people who are citizens who

19  are also competing for those low skilled jobs,

20  correct?

21       A    That's right.  But since these workers

22  are relatively mobile, we would argue that they

```
 1   would have relatively low impact on their wages.
 2       Q    But an impact nonetheless, correct?
 3       A    Correct.
 4            MR. BIGGS:  All right.  Let's actually
 5   take five minutes, if that's okay.
 6            THE WITNESS:  Sure.
 7            MR. BIGGS:  I think I'm getting close to
 8   being done.  We will get you out of here -- well,
 9   subject to anybody else asking you questions.
10            THE WITNESS:  That's great.
11            MR. GOLDSMITH:  I will have some
12   questions.
13            (The proceedings recessed from 3:50 p.m.
14   to 3:59 p.m.)
15            (Exhibit No. 2 was marked for
16   identification.)
17   BY MR. BIGGS:
18       Q    I hand you what is marked as Exhibit 2
19   to your deposition.  I actually might be one
20   short.  I apologize for that.
21            Sir, have you seen Exhibit 1 before --
22   or Exhibit 2 before?
```

REPORTER'S CERTIFICATE

I, DONNA M. LEWIS, RPR, Certified Shorthand Reporter, certify;

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness, Ike Brannon, was put under oath by me;

That the testimony of the witness, the questions propounded and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

I declare that I am not of counsel to any of the parties, nor in any way interested in the outcome of this action.

As witness, my hand and notary seal this 28th day of June, 2018.

*Donna M Lewis*
———————————————
Donna M. Lewis, RPR
Notary Public

My Commission expires:
March 14, 2023