# Exhibit 40

**STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.**
**Rose Arackathara on 06/18/2018**

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION
    - - - - - - - - - - - - - - - - - - - - - - - - -
 3
    STATE OF TEXAS, et al.,          CASE NO. 1:18-CV-08
 4
         Plaintiffs,
 5
                   vs.
 6
    UNITED STATES OF AMERICA,
 7  et al.,
 8       Defendants,
 9  KARLA PEREZ, et al.,
10       Defendant-Intervenors,
11  and
12  STATE OF NEW JERSEY,
13       Proposed Defendant-Intervenor
14  - - - - - - - - - - - - - - - - - - - - - - -. - -
15                        - - -
16                 Monday, June 18, 2018
17                        - - -
18                   DEPOSITION OF:
19                 ROSE ARACKATHARA
20                        - - -
21
22
23
24
25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1454

```
 1
 2                    Oral Deposition of ROSE ARACKATHARA,
 3   was taken pursuant to Notice at the offices of the
 4   NEW JERSEY ATTORNEY GENERAL'S OFFICE, 124 Halsey
 5   Street, 5th Floor, Newark, NJ 07101 on the above
 6   date before DEBRA G. JOHNSON-SPALLONE, CCR, RPR,
 7   Delaware CSR, Notary Public in and for the States of
 8   Pennsylvania, New Jersey, and Delaware, and a
 9   Federally Approved Reporter of the United States
10   District Court commencing on or about 10:10 a.m.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018                                            Page 3

```
 1   APPEARANCES:

 2   ATTORNEY GENERAL KEN PATTON
     BY:   ADAM N. BITTER,
 3         adam.bitter@oag.texas.gov
           CRISTINA M. MORENO, ESQUIRE
 4         cristina.moreno@oag.texas.gov
     300 West 15th Street
 5   11th Floor
     P.O. Box 12548
 6   Austin, TX 78701
     (512) 463-2120
 7   Representing the Plaintiffs

 8

 9   U.S. DEPARTMENT OF JUSTICE
     BY:   JAMES WALKER, ESQUIRE
10   Ben Franklin Station
     P.O. Box 868
11   Washington, D.C. 20044
     (202) 532-4468
12   james.walker3@usdoj.gov
     Representing the U.S. Department of Justice
13

14
     STATE OF NEW JERSEY
15   DEPARTMENT OF LAW AND PUBLIC SAFETY
     BY:   JEREMY E. HOLLANDER, ESQUIRE
16   124 Halsey Street
     P.O. Box 45029
17   Newark, NJ 07101-5029
     (973) 648-7453
18   Jeremy.Hollander@law.njoag.gov
     Representing the State of New Jersey
19

20
     STATE OF NEW JERSEY
21   DEPARTMENT OF LAW & PUBLIC SAFETY
     BY:   RACHEL WAINER APTER, ESQUIRE
22   R.J. Hughes Justice Complex
     25 Market Street
23   P.O. Box 080
     Trenton, NJ 08625
24   (609) 376-2702
     Rachel.Apter@njoag.gov
25
```

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018                                    Page 65

```
 1          A.      Yes.

 2          Q.      In receiving the full-time

 3   employment, is it your testimony that Ms. Osorio, to

 4   your understanding, was selected over other

 5   applicants?

 6          A.      From my understanding, she was,

 7   based on the competitive nature of the program.

 8          Q.      Are you aware how many people are

 9   beginning full-time employment at DCP&P this Fall

10   through the BCWEP program?

11          A.      I believe there is, roughly, 40 in

12   the graduating class.  Not all of them are starting

13   in the Fall.  Some of them started right after

14   graduation.

15                  Cinthia herself was expected to

16   start right after graduation, but because of her

17   treatments, because of her cancer, she was able to

18   delay that start date.

19                  So, other students have already

20   started, some haven't, but it's all various time --

21   timelines.

22          Q.      So, within her class there is

23   approximately 40 people that are being brought up

24   for full-time employment.

25                  Is that correct?
```

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018                                    Page 103

```
 1
 2        I, Debra G. Johnson-Spallone, certify that the
 3   foregoing is a true and accurate transcription of
 4   the notes taken by me on the date set forth.
 5        I further certify that I am not an attorney or
 6   counsel of any of the parties, nor a relative or
 7   employee of any attorney or counsel in connection
 8   with the action, nor financially interested in the
 9   action.
10
11
12
13
14   _____
15   DEBRA G. JOHNSON-SPALLONE, CSR, RPR
16
17
18
19   This transcript is not to be copied unless under the
20   direct control and supervision of the certifying
21   reporter.
22
23
24
25   Debra G. Johnson-Spallone, CSR, RPR
```