UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Defendants, § <br> § <br> and § <br> § <br> KARLA PEREZ, *et al.* § <br> § <br> Defendant Intervenors. § | Case No. 1:18-CV-68 |

## NOTICE OF APPEARANCE

Movants and proposed *Amici Curiae* the Houston Hispanic Chamber Of Commerce, the Texas Association Of Business, seven other Texas Chambers of Commerce, the Texas Border Coalition, International Bancshares Corporation, Marek Brothers Construction, Inc., Southwest Airlines and United Airlines, Inc. ("*Amici*") file this Notice of Appearance of Counsel and hereby notify the Court that Thomas Leatherbury of the law firm Vinson & Elkins LLP, 3700 Trammell Crow Center, 2001 Ross Avenue, Dallas, Texas 75201-2975 is appearing as counsel for *Amici*. Mr. Leatherbury is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules.

1

All pleadings, correspondence, materials and electronic notices should be served upon counsel at the address listed above.

Dated: July 21, 2017

Respectfully submitted,

*/s/ Thomas S. Leatherbury*
Thomas S. Leatherbury

*Attorney-in-Charge*
Tex. Bar No. 12095275
SD of Tex. Bar No. 19358
VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201-2975
214.220.7700 telephone
214.999.7792 facsimile
tleatherbury@velaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 21, 2018, I caused a true and accurate copy of the foregoing document to be served on all counsel of record via filing of the same with the Court's CM/ECF system.

/s/ *Thomas S. Leatherbury*
Thomas S. Leatherbury
