UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § |
| UNITED STATES OF AMERICA, *et al.*, | § Case No. 1:18-CV-68 |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.* | § |
| Defendant Intervenors. | § |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE HOUSTON HISPANIC CHAMBER OF COMMERCE, THE TEXAS ASSOCIATION OF BUSINESS, SEVEN OTHER TEXAS CHAMBERS OF COMMERCE, THE TEXAS BORDER COALITION, INTERNATIONAL BANCSHARES CORPORATION, MAREK BROTHERS CONSTRUCTION, INC., SOUTHWEST AIRLINES AND UNITED AIRLINES, INC. IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

On this day came on for consideration the Unopposed Motion for Leave to File Brief of *Amici Curiae* the Houston Hispanic Chamber Of Commerce, the Texas Association Of Business, Seven Other Texas Chambers Of Commerce, the Texas Border Coalition, International Bancshares Corporation, Marek Brothers Construction, Inc., Southwest Airlines And United Airlines, Inc. in Opposition to Plaintiffs' Motion for Preliminary Injunction ("the Motion"). The Court, having reviewed and considered the Motion and any related response, is of the opinion that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED;** and it is

2

**FURTHER ORDERED** that the Clerk is directed to file the Brief submitted with the Motion for Leave to File.

SIGNED this, the _____ day of_____ , 2018.

_____
THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS