**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **STATE OF TEXAS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CASE No. 1:18-CV-00068-ASH |
| ) | |
| **UNITED STATES OF AMERICA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| and ) | |
| ) | |
| **KARLA PEREZ, et al.,** ) | |
| ) | |
| **Defendant-Intervenors** ) | |
| ) | |
| and ) | |
| ) | |
| **STATE OF NEW JERSEY,** ) | |
| ) | |
| **Defendant-Intervenor.** ) | |
| ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO PARTICIPATE AS
*AMICI CURIAE* IN SUPPORT OF DEFENDANTS-INTERVENORS BY CURRENT AND
FORMER LAW ENFORCEMENT LEADERS**

Before the Court is a Motion for Leave to Participate as *Amici Curiae* in Support of Defendants-Intervenors by Current and Former Prosecutors and Law Enforcement Leaders. The Court hereby grants leave for the aforementioned movants to participate as *amici curiae* and file a brief in support of Defendants-Intervenors.

Signed this __ day of _____, 2018.

                                                                                     _____
Hon. Andrew S. Hanen
United States District Judge