| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

STATE OF TEXAS, et al.,

*versus*

UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al..

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Chirag G. Badlani<br>Hughes Socol Piers Resnick & Dym, Ltd.<br>70 W. Madison St., Suite 4000<br>Chicago, IL 60602<br>312-604-2776; cbadlani@hsplegal.com<br>Illinois, 6308523 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Current and Former Prosecutors and Law Enforcement Leaders |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/21/2018 | Signed: | /s/ Chirag G. Badlani |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 7/23/18 | Clerk's signature [signature] |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge