**TABLE OF CONTENTS**

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 1 | USCIS Letter to Hon. Charles E. Grassley, Chairman, Committee on the Judiciary, April 17, 2015 | 1 |
| 2 | USCIS Letter to Hon. Charles E. Grassley, Chairman, Committee on the Judiciary, June 29, 2016 | 1 |
| 3 | DACA Terminations Related to Criminal and Gang Activity by Fiscal Year | 1 |
| 4 | The Washington Post Article, September 7, 2017, "Did Obama allow a 'back door' to citizenship through DACA? | 1 |
| 5 | Mem. from Jeh Charles Johnson, Secretary, USDHS, to Thomas Winkowski *re: Policies for the Apprehension, Detention and Removal of Undocumented Immigrants*, Nov. 20, 2014 | 1 |
| 6 | Mem. from John Morton, Director, USDHS, to All ICE Employees *re: Civil Immigration Enforcement: Priorities for the Apprehension, Detention, and Removal of Aliens*, March 2, 2011 | 1 |
| 7 | Mem. from John Morton, Director, USDHS, to All Field Directors, All Special Agents in Charge, All Chief Counsel *re Prosecutorial Discretion Consistent with Civil Immigration Enforcement Priorities of the Agency for the Apprehension, Detention and Removal of Aliens*, June 17, 2011 | 1 |
| 8 | Written Testimony of Stephen H. Legomsky, Jan. 28-28, 2015 | 1 |
| 9 | Fiscal Year 2016 Report to Congress, USCIS Advance Parole Documents, January. 6, 2017 | 1 |
| 10 | **WITHDRAWN** | 1 |
| 11 | Decl. of Donald W. Neufeld, Jan. 30, 2015 | 1 |
| 12 | Decl. of Michael Hoefer, Jan. 30, 2015 | 1 |
| 13 | Mem. from Doris Meissner, Immigration and Naturalization Service Commissioner to Regional Directors, *Exercising Prosecutorial Discretion 1*, Nov. 17, 2000 | 1 |
| 14 | Sam Bernsen, Immigration and Naturalization Service General Counsel, Legal Opinion Regarding Service Exercise of Prosecutorial Discretion 1, July 15, 1976 | 1 |
| 15 | Decl. of Shoba Sivaprasad Wadhia, Dec. 15, 2017 | 1 |
| 16 | USCIS Form I-821D, Consideration of Deferred Action for Childhood Arrivals, Jan. 9, 2017 | 1 |
| 17 | USCIS, Deferred Action for Childhood Arrivals (DACA) Toolkit: Resources for Community Partners | 1 |
| 18 | Mem. From Office of Programs to Regional Directors, District Directors, Officers-in-Charge, Service Center Directors, *re Supplemental Guidance on Battered Alien Self-Petitioning Process and Related Issues*, May 6, 1997 | 1 |

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 19 | American Immigration Council, Executive Grants on Temporary Immigration Relief, 1956-Present, Oct. 2014 | 1 |
| 20 | No. 14-10049, *Crane v. Johnson*, Brief of the Federal Appellees/Cross-Appellants | 1 |
| 21 | No. 15-674, *United States v. Texas*, Brief of Former Federal Immigration and Homeland Security Officials as Amici Curiae in Support of The United States | 1 |
| 22 | Letter from Office of the Attorney General, State of CA to President Trump, July 21, 2017 | 1 |
| 23 | USCIS, Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals, by FY, Quarter, Intake, Biometrics and Case Status FY 2012-2017, (March 31) | 1 |
| 24 | Supplemental Declaration of Donald Deere | 1 |
| 25 | USCIS, Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals, by FY, Quarter, Intake, Biometrics and Case Status FY 2012-2018, (March 31, 2018) | 1 |
| 26 | Decl. of Jorge A. Aguilar, Oct. 25, 2017 | 2 |
| 27 | Decl. of David R. Anderson, Oct. 23, 2017 | 2 |
| 28 | Decl. of Ron Anderson, Oct. 25, 2017 | 2 |
| 29 | Decl. of Dr. Clarence Braddock III, Oct. 25, 2017 | 2 |
| 30 | Decl. of Shawn Brick, Oct. 23, 2017 | 2 |
| 31 | Decl. of Sara H. Cody, M.D., Oct. 26, 2017 | 2 |
| 32 | Decl. of Alan Essig, Meg Wiehe and Misha Hill, Oct. 26, 2017 | 2 |
| 33 | Decl. of Lisa M. Gonzales, Oct. 26, 2017 | 2 |
| 34 | Decl. of Jens Hainmueller and Duncan Lawrance, Oct. 23, 2017 | 2 |
| 35 | Decl. of Ralph J. Hexter, Oct. 24, 2017 | 2 |
| 36 | Decl. of Dr. Robin Holmes-Sullivan, Oct. 24, 2017 | 2 |
| 37 | Decl. of Catherine Lucey, Oct. 27, 2017 | 2 |
| 38 | Decl. of Dr. James L. Madara, MD | 2 |
| 39 | Decl. of Kevin M. Maxwell, Ph.D., Oct. 26, 2017 | 2 |
| 40 | Decl. of Anne McLeod, Oct. 24, 2017 | 2 |
| 41 | Decl. of Nick Melvoin, Oct. 29, 2017 | 3 |
| 42 | Decl. of Fernando S. Mendoza, Oct. 29, 2017 | 3 |
| 43 | Decl. of Robert Menicocci, Oct. 27, 2017 | 3 |
| 44 | Dr. Leighton Ku Deposition Excerpts | 3 |
| 45 | Decl. of Deirdre O'Brien, Sept. 21, 2017 | 3 |
| 46 | Decl. of Brian Rosenberg, Oct. 23, 2017 | 3 |
| 47 | Decl. of Thomas S. Sayles, Sept. 21, 2017 | 3 |
| 48 | Decl. of Jonathan Schwartz, Oct. 30, 2017 | 3 |
| 49 | Decl. of Marcelo M. Suarez-Orozco, Oct. 27, 2017 | 3 |
| 50 | Decl. of Geoffrey H. Young, PhD, Oct. 26, 2017 | 3 |

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 51 | Decl. of Brad Wells, Oct. 31, 2017 | 3 |
| 52 | Pew Research Center, "As Growth Stalls,Unauthorized Immigrant Population Becomes More Settled, Sept. 3, 2014 | 3 |
| 53 | Mem. From Stuart Anderson, USDJ, INS, to Johnny Williams *re Deferred Action for Aliens with bona fide Applications for T Nonimmigrant Status,* May 8, 2002 | 3 |
| 54 | Mem. From William Yates, USDHS to Director, Vermont Service Center, *re Centralization of Interim Relief for U Nonimmigrant Status Applicants*, Oct. 8, 2003 | 3 |
| 55 | USCIS Press Release "USCIS Announces Interim Relief for Foreign Students Adversely Impacted by Hurricane Katrina", November 25, 2005 | 3 |
| 56 | Mem. From Donald Neufeld, USCIS, to Field Leadership *re Guidance Regarding Surviving Spouses of Deceased U.S. Citizens and their Children*, Sept. 4, 2009 | 3 |
| 57 | Mem. From Donald Neufeld, USCIS, to Executive Leadership *re Additional Guidance Regarding Surviving Spouses of Deceased U.S. Citizens and Their Children (REVISED)*, December 2, 2009 | 3 |
| 58 | Open Letter from Leaders of American Industry, August 31, 2017 | 3 |
| 59 | Videotaped Deposition of James McCament, Oct. 17, 2017 | 3 |
| 60 | Videotaped Deposition of James D. Nealon Oct. 13, 2017 | 3 |
| 61 | Nancy Adossi Declaration | 4 |
| 62 | Karla Perez Declaration | 4 |
| 63 | Jose Magana-Salgado Declaration | 4 |
| 64 | Hyo-Won Jeon Declaration | 4 |
| 65 | Art Acevedo Declaration | 4 |
| 66 | Brian Manley Declaration | 4 |
| 67 | Sarah Saldana Declaration | 4 |
| 68 | Amanda Brownson Declaration | 4 |
| 69 | Barbara Hines Declaration | 4 |
| 70 | Roberto Gonzales Declaration | 4 |
| 71 | Gil Kerlikowske Declaration | 4 |
| 72 | Leighton Ku Declaration | 4 |
| 73 | Douglas Massey Declaration | 4 |
| 74 | Ray Perryman Declaration | 4 |
| 75 | Tom Wong Declaration | 4 |
| 76 | Stephen Legomsky Declaration | 4 |
| 77 | Stephen Legomsky CV | 4 |
| 78 | Amanda Brownson CV | 4 |
| 79 | Brownson - Table 2 Student Enrollment Totals 2012-18 | 4 |
| 80 | USCIS DACA Guidelines | 4 |

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 81 | ORR Report UAC Facts and Data | 4 |
| 82 | ORR Report UAC Released to Sponsors by State (from the state's RFP response) | 4 |
| 83 | Texas Statewide Summary of Finance 2015-19 | 4 |
| 84 | Lopez: Sources of Education Funding April 5 2018 | 4 |
| 85 | TEA FSP Revenues by Year -Local v. State Funding Share Percentages | 4 |
| 86 | Tom Wong CV | 4 |
| 87 | BP Total Monthly UACS by Sector, FY10-FY17 | 4 |
| 88 | USCIS Southwest Border Migration FY | 4 |
| 89 | UNODC Homicide Rates | 4 |
| 90 | Statistical Analysis Shows that Violence, Not Deferred Action, Is Behind the Surge of Unaccompanied (by Tom Wong, Ph.D.) | 4 |
| 91 | Gil Kerlikowske CV | 4 |
| 92 | SW Border Migration FY 2018: update | 4 |
| 93 | DHS Annual Report - Enforcement Actions 2016 | 4 |
| 94 | FY 2017 ICE Enforcement and Removal Operations Report | 4 |
| 95 | TRAC Immigration Court Backlog Tool | 4 |
| 96 | 2011 Morton Memo on Prosecutorial Discretion Re: DV | 5 |
| 97 | 2011 Morton Memo on Prosecutorial Discretion Re: Individuals Who Came as Children | 5 |
| 98 | Barbara Hines CV | 5 |
| 99 | DACA and the Surge in UAC | 5 |
| 100 | DACA and the Surge in Unaccompanied Minors at the US-Mexico Border | 5 |
| 101 | Number of Form 821-D Sept. 30 | 5 |
| 102 | Number of Form 821-D March 31, 2018 | 5 |
| 103 | USCIS Advance Parole Documents | 5 |
| 104 | Table 6. Persons Obtaining LPR Status by Type and Major Class of Admission | 5 |
| 105 | Examining the UAC-DACA Link - New Data Show Child Migrant Crisis Began Before DACA | 5 |
| 106 | Violence, Development and Migration Waves: Evidence from Central American Child Migrant Apprehensions | 5 |
| 107 | Leighton Ku CV | 5 |
| 108 | Agency for Healthcare Research and Quality (2010) | 5 |
| 109 | Agency for Healthcare Research and Quality (2016) | 5 |
| 110 | DACA and the Challenges Faced by Employers in Workplace Compliance | 5 |
| 111 | Hundreds of Business Leaders Write Letter In Support of DACA, Dreamers | 5 |

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 112 | Economic Effect of Administrative Action on Immigration | 5 |
| 113 | The Economic and Fiscal Impact of Repealing DACA | 5 |
| 114 | Healthcare for Immigrant Families | 5 |
| 115 | Coming of Age on the Margins | 5 |
| 116 | Current Population Survey (CPS) - Table Unemployed 2011-16 US | 5 |
| 117 | Current Population Survey (CPS) - Table Unemployed 2011-16 TX | 5 |
| 118 | Protecting Unauthorized Immigrant Mothers Improves Their Children's Mental Health | 5 |
| 119 | Douglas Massey CV | 5 |
| 120 | Massey (1986) - The Settlement Process Among Mexican Migrants | 5 |
| 121 | Massey & Pren (2012) - Unintended Consequences of US Immigration Policy | 5 |
| 122 | Massey, Durand, & Pren (2014) - Explaining Undocumented Migration | 5 |
| 123 | Roberto Gonzales CV | 5 |
| 124 | Legitimacy, Social Identity, and the Mobilization of Law | 5 |
| 125 | Taking Giant Leaps Forward | 5 |
| 126 | Growing Up in the Shadows | 5 |
| 127 | Lifting the Fog: Navigating Penalties in the ACA | 6 |
| 128 | The Labor Demand Curve is Downward Sloping: Reexamining the Impact of Immigration on the Labor Market | 6 |
| 129 | Ray Perryman CV | 6 |
| 130 | Texas Needs the Workers: An Analysis of the Economic and Fiscal Impact of Undocumented Workers | 6 |
| 131 | Leo Lopez Deposition Excerpts | 6 |
| 132 | Esther Jeon Deposition Excerpts | 6 |
| 133 | Jose Magana-Salgado Deposition Excerpts | 6 |
| 134 | Karla Perez Deposition Excerpts | 6 |
| 135 | Monica Smoot Deposition Excerpts | 6 |
| 136 | Kenneth Palinkas Deposition Excerpts | 6 |
| 137 | Brian Manley Deposition Excerpts | 6 |
| 138 | Art Acevedo Deposition Excerpts | 6 |
| 139 | Nancy Adossi Deposition Excerpts | 6 |
| 140 | Doug Massey Deposition Excerpts | 6 |
| 141 | Memo on Deferred Action for T Visa Applicants | 6 |
| 142 | Barbara Hines Deposition Excerpts | 6 |
| 143 | Lloyd Potter Deposition Excerpts | 6 |
| 144 | Roberto Gonzales Deposition Excerpts | 7 |
| 145 | Ray Perryman Deposition Excerpts | 7 |
| 146 | Donald Deere Deposition Excerpts | 7 |
| 147 | Amanda Brownson Deposition Excerpts | 7 |

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 148 | Gil Kerlikowske Deposition Excerpts | 7 |
| 149 | Sarah Saldana Deposition Excerpts | 7 |
| 150 | Placeholder for Stephen H. Legomsky Declaration | [Pending] |
| 151 | Placeholder for Michael Knowles Deposition Excerpts | [Pending] |
| 152 | Unaccompanied Children: DHS and HHS Have Taken Steps to Improve Transfers and Monitoring of Care, but Actions Still Needed | 7 |
| 153 | National Standard Operating Procedures (SOP) - Deferred Action for Childhood Arrivals (DACA), 08-28-2013 & Appendices | 7 |
| 154 | DACA Frequently Asked Questions, 09-14-2012 | 7 |
| 155 | DACA Internal Adjudicator Frequently Asked Questions | 7 |
| 156 | Standard Operating Procedures for Handling Deferred Action Requests at USCIS Field Offices, USCIS, 03-07-2012 | 7 |
| 157 | Template - "Interoffice Memorandum - Request for Deferred Action," 06-28-2018 | 7 |
| 158 | Email Chain - Theodore R Lewis to Edgardo L Bagsic, "FW- ICE deferred action," 06-19-2015 | 7 |
| 159 | I-360 Standard Operating Procedures, 04-16-2018 | 7 |
| 160 | Training Presentation - "I-765(c)(14): Employment Authorization- Wait-Listed I-918," Vermont Service Center Humanitarian Division | 7 |
| 161 | "I-765 Application for Employment Authorization VAWA-T-U," Center Training Unit, Vermont Service Center, 03-04-2018 | 8 |
| 162 | Training Presentation - "Overview Form I-918," Vermont Service Center Humanitarian Division | 8 |
| 163 | Training Presentation - "Waitlist Process Form I-918 Training," Vermont Service Center Humanitarian Division | 8 |
| 164 | Training Presentation- "U Nonimmigrant Status Training," VAWA-T-U Division, Vermont Service Center, USCIS, Revised 12-22-2015 | 8 |
| 165 | Standard Operating Procedures I-918, Vermont Service Center, 05-24-2018 | 8 |
| 166 | Email Chain – Katherine L Baranowski to Leslie A Meeker et al, "FW: MAVNI-Based Deferred Action Requests", 07-13-2017 | 8 |
| 167 | USCIS Adjudicator's Field Manual - Chapter 21- Family-Based Petitions and Applications - 21-1- General Information About Relative Visa Petitions | 8 |
| 168 | Email Chain - Kathleen A Bausman to Nicholas M Cyeyk et al, "FW: Deferred Action Requests – Dept of Defense Delayed Entry Pool (DEP)," 04-10-2017 | 8 |
| 169 | Deferred Action Consolidated Guidance | 8 |
| 170 | Email Chain - Frank C Reffel to Linda J Carter et al, "FW- Military Deferred Action Requests," 08-01-2017 | 8 |

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 171 | Email Chain - Frank C Reffel to Odette B Causey, "FW- Updated Guidance: Deferred Action for DoD entry Program Enlistees (including MAVNI Recruits)," 01-09-2017 | 8 |
| 172 | Notes - "Parole in Place" and "Deferred Action Status" | 8 |
| 173 | Email Chain - Therese A Tierney to Ellen Y Woo, "FW- MAVNI-Based Deferred Action Requests," 08-01-2017 | 8 |
| 174 | Western Region Standard Operating Procedures for Processing Deferred Action Cases, Military Parole-in-Place, and Humanitarian Parole-in-Place, 06-27-2017 | 8 |
| 175 | Email - Annette Joseph to John C Bretz, "Deferred Action Guidance," 02-28-2017 | 8 |
| 176 | Template - Sample Letter from Law Enforcement Agency Requesting Deferred Action | 8 |
| 177 | Template - Sample Deferred Action Threat Assessment for Law Enforcement Agency Requesting Deferred Action | 8 |
| 178 | Northeast Region Standard Operating Procedures for Processing Deferred Action Cases, 10-11-2017 | 8 |
| 179 | Training Presentation - "I-765 (c)(31) and (c)(14) Form I-765 Training," Vermont Service Center Humanitarian Division | 8 |
| 180 | Email Chain - Jaylan A Marks to Donna K Kane, "RE- Today's CBO Webinar," 03-22-2016 | 8 |
| 181 | Email Chain - Theodore R Lewis to Edgardo L Bagsic et al, "FW- Revised Internal DACA FAQ on pending VAWA, T & U," 10-15-2015 | 9 |
| 182 | Email Chain - Lindhdieu A Tran to Stephen W Dershem, "RE- A? On a DACA case with EAD category C14," 04-22-2014 | 9 |
| 183 | Training Presentation- Deferred Action for Childhood Arrivals – SMRT – Guidance, SCOPS HQ, 08-2012 | 9 |
| 184 | **WITHDRAWN** | 9 |
| 185 | Email- Jerry L Rigdon to Shelia G Benton, "DACA Interview Referrals," 07-29-2014 | 9 |
| 186 | CSC Background Check Unit Local Standard Operating Procedures for Deferred Action for Childhood Arrivals (DACA) (Form I-821D and Form I-765) File Transfer Requests (FTRs), 05-29-2015 | 9 |
| 187 | Email- Guillermo Roman-Riefkohl to Alisha D Soucie et al, "Regional DACA POC Spreadsheet Update," 11-20-2014 | 9 |
| 188 | **WITHDRAWN** | 9 |
| 189 | Email- Alexander R King to Kaitlin V Stoddard et al, "RE- DACA EADs," 03-26-2018 | 9 |
| 190 | Template Form - "Deferred Action for Childhood Arrivals- Request for Adjudicative Guidance" | 9 |
| 191 | Creating a "Memo to File" for Discretionary Denials on ELIS | 9 |

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 192 | Email Chain- Catherina C. Sun to Belinda Johnstone et al, "DACA RFE Paragraph on Submission of a Dated/Invalid I-821D," 07-17-2017 | 9 |
| 193 | USCIS Policy Memorandum - "Requests for Evidence and Notices of Intent to Deny," 06-03-2013 | 9 |
| 194 | Meeting Minutes: "DACA Team Meeting Minutes," 06-01-2015 | 9 |
| 195 | Meeting Minutes - "DACA Team Meeting Minutes," 06-30-2015 | 9 |
| 196 | **WITHDRAWN** | 9 |
| 197 | **WITHDRAWN** | 9 |
| 198 | Email - Theodore R Lewis to Lowell F Van-Wagnen, "FW- 204(c) and DACA," 08-19-2015 | 9 |
| 199 | Newsletter: "DACA Matters – Issue 5" | 9 |
| 200 | Email- Lindhdieu A Tran to Lowell F Van-Wagenen et al, "FW- --- for DACA to establish eligibility," 04-13-2016 | 9 |
| 201 | Email Chain - Raul Garcia to Pacentia M Dunning, "FW- DACA Fraud Cases," 01-24-2018 | 10 |
| 202 | Email Chain- Theodore R Lewis to Jackie L Chavez et al, "FW- DACA with suspicious tax returns," 05-05-2015 | 10 |
| 203 | Executive Summary - Review of RFEs for Physical Presence and Continuous Residence | 10 |
| 204 | Email Chain - John C Henson to Lowell F Van-Wagenen et al, "RE- DACA BCI – Study Broad," 03-21-2013 | 10 |
| 205 | Newsletter - "DACA Matters – Issue 2" | 10 |
| 206 | Newsletter - "DACA Matters – Issue 23" | 10 |
| 207 | Notes - "Executive Summary," Undated | 10 |
| 208 | Meeting Minutes: "DACA Roundtable Notes," 09-09-2015 | 10 |
| 209 | Establishing Residence for DACA Under 16 at Entry Guideline | 10 |
| 210 | Diploma Mills or Suspect School | 10 |
| 211 | Newsletter - "DACA Matters – Issue 20" | 10 |
| 212 | Notes - Homeschooling | 10 |
| 213 | Homeschools – Refer to CFDO | 10 |
| 214 | Adjudications - Guidance on Evaluating Responses Received from the DACA Diploma Mill RFE | 10 |
| 215 | Email - Myto H Magtoto to CSC Division X, "DACA Suspect School Fraud," 02-20-2013 | 10 |
| 216 | Email Chain- Catherina C Sun to Marisol C DeLosSantos et al, "FW- DACA Homeschooling Cases," 08-17-2017 | 10 |
| 217 | Email - Janine L Dewitty-Davisa to Lowell F Van-Wagenen et al, "FW- Suspect DACA Preparer," 09-30-2015 | 10 |
| 218 | Email Chain- Pacentia M Dunning to Josee-Lynn S Derman, "FW- Suspect DACA Preparer ***," 05-03-2016 | 10 |
| 219 | Template - "Statement of Findings" | 10 |

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 220 | Meeting Minutes - "Rap Session Notes," 02-27-2013 and 02-28-2013 | 10 |
| 221 | Adjudications – Guidance on Evaluating Responses Received from the DACA Diploma Mill RFE (106H) | 10 |
| 222 | Adjudications – Guidance on Evaluating Responses Received from Diploma Mill RFE (106J) – Currently Enrolled | 10 |
| 223 | Adjudications – Guidance on Evaluating Responses from the DACA Diploma Mill RFE (106I) – Graduated from High School | 10 |
| 224 | Email Chain - Pacentia M Dunning to Josee-Lynn S Dermna et al, "FW- Verified Diplomas," 09-03-2015 | 10 |
| 225 | Sample Fake Diplomas | 10 |
| 226 | Email Chain - Brian Y Gapuz to Catherina C Sun et al, "RE- DACA Homeschooling Cases," 08-17-2017 | 10 |
| 227 | Email Chain - Marisol DeLosSantos to Lowell F Van-Wagenen et al, "RE- DACA questions," 11-03-2015 | 10 |
| 228 | Newsletter - "DACA Matters – Issue 7" | 10 |
| 229 | "DACA News Updates Outline," Humanitarian Affairs Team, 2014 | 10 |
| 230 | Email Chain - Mary A Hoatson to Malethea S Holmes - Okeawolam, "RE- Diploma Mill Question," 08-11-2014 | 10 |
| 231 | Email Chain- Pacentia M Dunning to Stephen W Dershem et al, "FW- DACA ECN Update - New Internal DACA FAQ", 10-01-2014 | 11 |
| 232 | Email - Alexander R King to Jennifer L Beveridge et al, "RE- DACA Tables for Clearence," 07-08-2018 | 11 |
| 233 | Email Chain - Daniel J McGee to Jessica M Esteb, "FW- DACA Denials and Public Safety – RP 5," 06-26-2018 | 11 |
| 234 | Email Chain - Daniel J McGee to Jessica M Esteb et al, "FW - DACA – Juvenile Delinquency – RP 5," 06-26-2018 | 11 |
| 235 | Notes - List of Minor Traffic Offenses | 11 |
| 236 | Meeting Minutes - "DACA BCU Picnic Rap Session Agenda and Notes – May 16, 2018," 05-16-2018 | 11 |
| 237 | Training Presentation - "EPS- A Deeper Dive - Because You're Morbidly Curious" | 11 |
| 238 | Email Chain - Dawn R Keith to Sarah C Posvar, "FW - TX minor ARI is Class C but carries jail time with priors," 08-27-2014 | 11 |
| 239 | Training Presentation - "PIONEERS – DACA BCU Criminal Training," 02-2017 | 11 |
| 240 | **WITHDRAWN** | 11 |
| 241 | Internal FAQ - "Wobbler Offenses" | 11 |
| 242 | Email Chain - Jennifer L Jenkins to Allan S DeBoer, "FW - Guidance on legal terminology," 05-04-2017 | 11 |
| 243 | Newsletter - "DACA Matters – Issue 13" | 11 |
| 244 | Email Chain - Theodore R Lewis to Deborah M Carlson, "FW - Domestic Violence for DACA Purposes," 09-15-2014 | 12 |

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 245 | DACA BCU FAQs, 05-09-2018 | 12 |
| 246 | NSC DACA BCU EPS/RTI Processing Guide, 07-31-2017 | 12 |
| 247 | Training Presentation - "USCIS DACA Refresher Training – Evaluating Issues of Criminality, Public Safety, and National Security," March 2015 | 12 |
| 248 | Email Chain - Lindhdieu A Tran to Van Kanh H Bui, "FW- DACA Requestors in Removal Proceedings," 05-07-2015 | 12 |
| 249 | Internal FAQ - "Known or Suspected Drug Cartel Membership" | 12 |
| 250 | Email Chain - Pacentia M Dunning to Lowell F Van-Wagenen, "FW- SCOPS' guidance on issuing courtesy DACA termination notices and NOAs," 01-09-2018 | 12 |
| 251 | DACA RTI Step-by-Step Process, 01-10-2017 | 13 |
| 252 | Training Presentation - "How to Deconflict DACA," CBC BCU, 05-2015 | 13 |
| 253 | Template - "Background Check Unit – California - Referral to ICE" | 13 |
| 254 | Template - "Memo for the Record: Transfer File to ICE ERO-DRO" | 13 |
| 255 | Email - Jose M Lopez to [ ], "EID Record in ATS-P May Indicate Additional Arrests," 03-20-2013 | 13 |
| 256 | Notes - "Request for Adjudicative Guidance (RAG)" | 13 |
| 257 | Notes - "DACA Requestor in Immigration Detention" | 13 |
| 258 | Internal FAQ - "NOID v Denial" | 13 |
| 259 | Internal FAQ - "Deferred Enforced Departure" | 13 |
| 260 | USCIS Policy Memorandum - "Revised Guidance for the Referral of Cases and Issuance of Notices to Appear (NTAs) in Cases Involving Inadmissible and Removable Aliens," 11-07-2011 | 13 |
| 261 | Notes - "For Non EPS where no RTI is required how does the BCU notify ICE of domestic battery charges because this is an ICE Priority Tier 2?" | 13 |
| 262 | Newsletter - "DACA Matters – Issue 13" | 13 |
| 263 | Email - Theodore R Lewis to Deborah M Carlson et al, "FW- DACA ECN Update: New Internal DACA FAQ," 09-24-2014 | 13 |
| 264 | Email Chain - Theodore R Lewis to Deborah M Carlson, "FW- Field Office POCs for DACA Interview Referrals," 09-13-2014 | 13 |
| 265 | Email Chain - Theodore R Lewis to Edgardo L Bagsic et al, "FW - New Internal DACA FAQ: Associations - Affiliations with Criminal Street Gang Members," 12-08-2014 | 13 |
| 266 | Email Chain - Van T Nguyen to Christine Bronola et al, "FW- Questions regarding advance parole for DACA applicants," 05-25-2016 | 13 |
| 267 | Characteristics of Individuals Requesting and Approved for Deferred Action for Childhood Arrivals (DACA) | 13 |

| EXHIBIT NO. | DESCRIPTION | VOLUME |
|---|---|---|
| 268 | Number of Form I-914, Application for T-Nonimmigrant Status, FY 2017, Q4 | 13 |
| 269 | Number of Form I-914, Application for T-Nonimmigrant Status, FY 2018, Q2 | 13 |
| 270 | Number of Form I-918, Petition for U-Nonimmigrant Status, FY 2017, Q4 | 13 |
| 271 | Number of Form I-918, Petition for U-Nonimmigrant Status, FY 2017, Q2 | 13 |
| 272 | **WITHDRAWN** | 13 |
| 273 | Legalization and Family Fairness – An Analysis, 64 Interpreter Releases 1191, 1202-04 (Oct. 1987) | 13 |
| 274 | U-Visa Approval and Denial Rates, Jan. 2017-Mar. 2018 | 13 |
| 275 | T-Visa Approval and Denial Rates, Jan. 2017-Mar. 2018 | 13 |
| 276 | DACA Initials Approval and Denial Rates Jan. 2017-Mar. 2018 | 13 |
| 277 | DHS 2016 Yearbook of Immigration Statistics: Table 39 – Aliens Removed or Returned: Fiscal Years 1892 to 2016 | 13 |
| 278 | DHS Estimates of the Unauthorized Immigrant Population Residing in the U.S.: January 2014 | 13 |
| 279 | Mem. from Kirstjen M. Nielsen, Sec'y of the Dep't of Homeland Security (June 22, 2018) | 13 |