United States District Court
Southern District of Texas
**ENTERED**
July 23, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| *vs.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| And | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| Defendants-Intervenors. | ) |

## ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

On this date, the Court considered Plaintiff States' Unopposed Motion to Exceed Page Limits. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Exceed Page Limits is hereby GRANTED.

SIGNED on this the 22nd day of July, 2018.

Hon. Andrew S. Hanen,
U.S. District Court Judge