UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JUL 23 2018
David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al., Defendants; Karla Perez, et al., Defendant-Intervenors; State of New Jersey, Defendant-Intervenor. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mary Kelly Persyn<br>Persyn Law & Policy<br>912 Cole Street PMB 124<br>San Francisco, CA 94117<br>(628) 400-1254; marykelly@persynlaw.com<br>CA 264782 |
|---|---|

| Name of party applicant seeks to appear for: | Karla Perez, et al., Defendant-Intervenors; State of New Jersey, Defendant-Intervenor |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/19/2018 | Signed: | /s Mary Kelly Persyn |
|---|---|---|

| The state bar reports that the applicant's status is:   ACTIVE |
|---|
| Dated: 7-23-18 | Clerk's signature   R. Nieto |

**Order**

This lawyer is admitted *pro hac vice.*

Dated: _____    _____
                                  United States District Judge