United States District Court
Southern District of Texas
FILED

JUL 23 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al., |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sirine Shebaya<br>Muslim Advocates<br>PO Box 66408<br>Washington, DC 20035<br>202-897-1894; sirine@muslimadvocates.org<br>District of Columbia; 1019748 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Religious Organizations |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 7/17/2018 | Signed: | /s/ Sirine Shebaya |
|---|---|---|

| The state bar reports that the applicant's status is: ACTIVE | |
|---|---|
| Dated: 7-23-18 | Clerk's signature  T. Nieto |

**Order**       This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                     United States District Judge