AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| STATE OF TEXAS, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:18-CV-68 |
| United States of America, et al., Defendants; | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amici National Immigrant Justice Center, et al.

Date: 07/23/2018

/s Charles Roth
*Attorney's signature*

Charles Roth
*Printed name and bar number*

National Immigrant Justice Center
208 South LaSalle St., Suite 1300
Chicago, IL 60604

*Address*

croth@heartlandalliance.org
*E-mail address*

(312) 660-1613
*Telephone number*

(312) 660-1505
*FAX number*