United States District Court
Southern District of Texas

**ENTERED**

July 24, 2018

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 1:18-CV-00068 |
| | § | |
| The United States of America, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| Karla Perez, *et al.*, | § | |
| | § | |
| Defendant-Intervenors, | § | |
| and | § | |
| | § | |
| State of New Jersey, | § | |
| | § | |
| Defendant-Intervenor. | § | |

**ORDER**

The Court has before it the Federal Defendant's Unopposed [sic] Second Motion for Extension of Time to Respond to Plaintiff's Amended Complaint. [Doc. No. 168]. It also has Defendant-Intervenors' Opposition thereto. [Doc. No. 171]. If there is opposition to a motion, it is by definition not unopposed. The motion is denied without prejudice and the parties are ordered to actually consult with each other as contemplated by the rules before refiling.

Signed this 23rd day of July, 2018.

Andrew S. Hanen
United States District Judge