United States District Court
Southern District of Texas
**ENTERED**
July 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

| STATE OF TEXAS, et al., |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Anton Metlitsky<br>O'Melveny & Myers, LLP<br>7 Times Square<br>New York, NY 10036<br>212-326-2000; ametlitsky@omm.com<br>New York, 5158209 |
|---|---|

| Name of party applicant seeks to appear for: | See Exhibit A |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/20/2018 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 7/23/18 | Clerk's signature |

**Order**

Dated: 7/24/18

This lawyer is admitted *pro hac vice*.

United States District Judge