United States District Court
Southern District of Texas
**ENTERED**
July 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville Division | Case Number | 1:18-cv-00068 |
|---|---|---|---|

STATE OF TEXAS, et al.,
PLAINTIFFS,

*versus*

UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et. al.,
DEFENDANTS.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew J. Pincus<br>Mayer Brown LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006-1101<br>202-263-3220, apincus@mayerbrown.com<br>New York, 1803709<br>US Court of Appeals for the District of Columbia Circuit, 370326 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Companies and Associations |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No __✔__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7·20·18    Signed: *Andrew Pincus*

The state bar reports that the applicant's status is: Active

Dated: 7/23/18    Clerk's signature: [signature]

**Order**

Dated: 7/24/18

This lawyer is admitted *pro hac vice*.

_____
United States District Judge