United States District Court
Southern District of Texas
**ENTERED**
July 24, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

The Court has considered and grants the following unopposed motions for leave to file *amicus* briefs:

Congressman Steve King *et al.* [Doc. No. 190];

103 Religious Organizations [Doc. No. 191];

Audible, Inc. *et al.* [Doc. No. 192];

Legal Services Organizations [Doc. No. 195];

Brown University *et al.* [Doc. No. 197];

114 Companies and Associations [Doc. No. 204];

Rice University and Other Institutions of Higher Education [Doc. No. 206];

Kevin R. Johnson *et al.* [Doc. No. 207];

State of New York *et al.* [Doc. No. 209];

Lawyers' Committee for Civil Rights Under Law *et al.* [Doc. No. 213];

The Legal Aid Society [Doc. No. 214];

New Jersey Hospital Association *et al.* [Doc. No. 216];[1]

---

[1] The same association and individuals who filed the motion that is document number 216 also filed document number 212. The two appear to be the same motion, except for the fact that document number 212 did not include

The Houston Hispanic Chamber of Commerce *et al.* [Doc. No. 221];

Current and Former Prosecutors and Law Enforcement Leaders [Doc. No. 222];

National Immigrant Justice Center *et al.* [Doc. No. 236].

    Signed this 24th day of July, 2018.

                                                  Andrew S. Hanen
                                           United States District Judge

---

the attorney's signature or a certificate of service. Since the two are duplicative, the Court denies the first motion [Doc. No. 212] as moot.