United States District Court
Southern District of Texas

**ENTERED**

July 24, 2018

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 1:18-CV-00068 |
| | § | |
| The United States of America, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| Karla Perez, *et al.*, | § | |
| | § | |
| Defendant-Intervenors, | § | |
| and | § | |
| | § | |
| State of New Jersey, | § | |
| | § | |
| Defendant-Intervenor. | § | |

**ORDER**

Defendant-Intervenor State of New Jersey's Unopposed Motion to Exceed Page Limits (the "Motion") having come before this Court, and the Court having considered the papers submitted in connection with said motion, and for good cause shown, IT IS HEREBY ORDERED that:

(1) The Motion is GRANTED; and

(2) Defendant-Intervenor State of New Jersey shall be permitted to file a "Post-Discovery" Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction of up to 49 pages.

Signed this 23rd day of July, 2018.

Andrew S. Hanen
United States District Judge