United States District Court
Southern District of Texas
**ENTERED**
July 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068-ASH |
|---|---|---|---|

STATE OF TEXAS, et al.,

*versus*

UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al..

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Chirag G. Badlani<br>Hughes Socol Piers Resnick & Dym, Ltd.<br>70 W. Madison St., Suite 4000<br>Chicago, IL 60602<br>312-604-2776; cbadlani@hsplegal.com<br>Illinois, 6308523 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Current and Former Prosecutors and Law Enforcement Leaders |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/21/2018 | Signed: | /s/ Chirag G. Badlani |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 7/23/18   Clerk's signature: [signature]

**Order**

Dated: 7/24/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge