United States District Court
Southern District of Texas
**ENTERED**
July 24, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 1:18-CV-00068 |
| The United States of America, *et al.*, | § | |
| Defendants, | § | |
| Karla Perez, *et al.*, | § | |
| Defendant-Intervenors, | § | |
| and | § | |
| State of New Jersey, | § | |
| Defendant-Intervenor. | § | |

**ORDER**

On considering the unopposed motion of United We Dream for leave to file an amicus brief in support of Defendant-Intervenors Karla Perez's *et al.* and Defendant-Intervenor the State of New Jersey's opposition to Plaintiffs' motion for a preliminary injunction, the proposed amicus brief submitted therewith, and the lack of any opposition thereto, the Court holds that the motion should be granted. For the foregoing reasons, it is hereby:

ORDERED that the Motion for Leave to File is GRANTED; and it is FURTHER ORDERED that the Clerk is directed to file the Amicus Brief submitted with the Motion for Leave to File.

Signed this 23rd day of July, 2018.

                                          Andrew S. Hanen
                                          United States District Judge