IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY | § |
| Defendant-Intervenor. | § |

## PROTECTIVE ORDER

THIS MATTER comes before the Court on the Motion for Entry of a Protective Order filed by Defendant-Intervenors Karla Perez, *et al.* ("Defendant-Intervenors"). The Court, after reviewing the motion and exhibits and considering arguments presented by the parties, hereby GRANTS the motion and ORDERS AS FOLLOWS: any party seeking to file the deposition testimony attached to Defendant Intervenors' motion as Exhibits 1-4 must do so under seal.

SO ORDERED this _____ day of _____ 2018

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge