United States District Court
Southern District of Texas
**ENTERED**
July 25, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:18-CV-00068 |
| The United States of America, *et al.*, | § § § | |
| Defendants, | § § § | |
| Karla Perez, *et al.*, | § § § | |
| Defendant-Intervenors, and | § § § | |
| State of New Jersey, | § § § | |
| Defendant-Intervenor. | § | |

## ORDER

The Motions and Renewed Motion to take the depositions of Stephen Legomsky and Michael Knowles are granted. [Doc. Nos. 137, 138, 165]. By the granting these motions, the Court is not prejudging admissibility nor is it prohibiting any particular party from asserting any legitimate objection (including any claim of privilege). Further, the Defendants have already produced thousands of pages of discovery and therefore the Court finds that any subpoena duces tecum in conjunction with these depositions to be inappropriate at this stage unless a specific need is shown.

Signed this 25th day of July, 2018.

Andrew S. Hanen
United States District Judge