# Exhibit B

 **Karla Perez** @Karla_QP · Feb 14
20/ some happy news comes that I can't quite fully enjoy. Get my dream job as attorney for immigrant survivors of gender-based violence. But this fucking work permit expires 8/18 & the wait for another thru pending fam petition/adjustment is dragging.

💬 7    🔁 2    ♡ 2    ✉

Show this thread