# Exhibit C

Karla Perez                                                              June 16, 2018

```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION


STATE OF TEXAS, ET. AL.     )
                            )
        PLAINTIFFS,         )
                            )
V.                          )  CASE NO. 1:18-cv-00068
                            )
UNITED STATES OF AMERICA,   )
ET. AL.,                    )
                            )
        DEFENDANTS,         )
                            )
AND                         )
                            )
KARLA PEREZ, ET. AL.,       )
                            )
        DEFENDANT-INTERVENORS.)


            _____

              ORAL DEPOSITION OF KARLA PEREZ

                      June 16, 2018
            _____
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900     San Antonio, Texas 78232
210-697-3400                                                                                          210-697-3408

1    ORAL DEPOSITION OF KARLA PEREZ, produced as a
2    witness at the instance of the Plaintiffs and duly
3    sworn, was taken in the above-styled and numbered
4    cause on June 16, 2018, from 11:06 a.m. to 1:55 p.m.,
5    before Mia Cieslar, Certified Shorthand Reporter in
6    and for the State of Texas, reported by computerized
7    machine shorthand, at the offices of the Attorney
8    General, Consumer Protection Division, 808 Travis
9    Street, Suite 1520, Houston, Texas, pursuant to the
10   Federal Rules of Civil Procedure and the provisions
11   stated on the record or attached hereto.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Karla Perez                                                                June 16, 2018
                                                                               Page 3

```
 1                        APPEARANCES

 2
     FOR THE PLAINTIFFS:
 3
          Mr. Todd Lawrence Disher
 4        Mr. P. Trent Peroyea
          ATTORNEY GENERAL OF THE STATE OF TEXAS
 5        P.O. Box 12548
          Austin, Texas   78711
 6        Telephone:  (512) 936-2266
          Email:  todd.disher@oag.texas.gov
 7

 8   FOR THE DEFENDANTS UNITED STATES OF AMERICA:

 9        Mr. Rick Kincheloe
          U.S. DEPARTMENT OF JUSTICE
10        1000 Louisiana Street, Suite 2300
          Houston, Texas   77002
11        Telephone:  (713) 567-9422
          Email:  richard.kincheloe@usdoj.gov
12

13   FOR THE DEFENDANTS INTERVENORS:

14        Mr. Brian Devito (appeared via telephonically)
          OFFICE OF THE ATTORNEY GENERAL OF NEW JERSEY
15        124 Halsey Street, 5th Floor
          Newark, New Jersey   07101
16        Telephone:  (973) 877-1405
          Email:  brian.devito@law.njoag.gov
17

18   FOR THE DEFENDANTS INTERVENORS:

19        Ms. Celina Moreno
          MEXICAN AMERICAN LEGAL DEFENSE AND
20        EDUCATIONAL FUND
          110 Broadway, Suite 300
21        San Antonio, Texas   78205
          Telephone:  (617) 388-3551
22        Email:  cmoreno@maldef.org

23

24

25
```

Karla Perez

June 16, 2018
Page 84

```
 1       Q.    All right.  And just what relation are they
 2   to you?
 3       A.    Extended family only.
 4       Q.    Okay.  Since you came here in 1995, have you
 5   left the United States?
 6       A.    No.
 7       Q.    Been here ever since?
 8       A.    Yes.
 9       Q.    All right.  Have you ever applied for advance
10   parole?
11       A.    Yes.
12       Q.    When did you apply for advance parole?
13       A.    Early -- late -- late 2016, early 2017.  It
14   was over my school winter break.
15       Q.    Okay.  Did you get advance parole?
16       A.    I was -- my application for advance parole
17   was approved in early March.
18       Q.    Of?
19       A.    Of 2017.
20       Q.    Okay.  And then why did you apply for advance
21   parole?
22       A.    My maternal grandmother has gotten very sick
23   over the years, and I thought that I could have the
24   opportunity to see her during that time.  Yeah.
25       Q.    And is she in Mexico?
```

Karla Perez

June 16, 2018
Page 85

1    A.   Yes.
2    Q.   All right.  Did you go see her?
3    A.   No.
4    Q.   Right.  Because you haven't left since '95,
5    obviously.  And why --
6    A.   Yes.
7    Q.   -- why did you not go?
8    A.   I applied for advance parole, as I mentioned,
9    later in 2016 or earlier in 2017, and I didn't hear
10   back until March.  And when I received the approval,
11   my schedule just didn't allow it at that time.
12   Q.   Okay.  Will you just describe to me the
13   process of applying for advance parole.
14   A.   Yes.  There's a -- an application for advance
15   parole.  That's a USCIS application.  I completed the
16   application.  I had to provide documentation for why I
17   was requesting advance parole.  That was based on the
18   humanitarian reason of my sick grandmother.  So I
19   provided those documents showing that in my
20   application packet to USCIS, along with a sworn
21   declaration about why I was seeking advance parole.
22   Q.   All right.
23   A.   And I paid a filing fee as well.
24   Q.   Okay.  So you submit the material and pay the
25   filing fee.  Did you have to do anything else?

1    __X__ was requested by the deponent or a party
2    before the completion of the deposition and returned
3    within 30 days from date of receipt of the transcript.
4    If returned, the attached Changes and Signature Page
5    contains any changes and the reasons therefor;
6    _____ was not requested by the deponent or a
7    party before the completion of the deposition.
8         I further certify that I am neither attorney
9    nor counsel for, related to, nor employed by any of
10   the parties in the action in which this testimony was
11   taken.
12        Further, I am not a relative or employee of
13   any attorney of record in this cause, nor do I have a
14   financial interest in the action.
15        Subscribed and sworn to on this the _____ day
16   of _____, 20____.

                            _____
                            Mia Cieslar, CRC, RDR, CRR
                            Texas CSR 5763
                            Expiration: 12/31/19
                            Kim Tindall & Associates, LLC
                            Firm Registration No. 631
                            16414 San Pedro, Suite 900
                            San Antonio, Texas  78232
                            Phone (210) 697-3400
                            Fax (210) 697-3408