# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors, § | |
| § | |
| and § | |
| § | |
| STATE OF NEW JERSEY, § | |
| § | |
| Defendant-Intervenor. § | |

## DEFENDANT-INTERVENORS' JOINT MOTION FOR EXTENDING THE POST-DISCOVERY RESPONSE BRIEF FILING DEADLINE

**STATEMENT OF THE ISSUES TO BE RULED UPON BY THE COURT**

The question presented is:

(1) Whether this Court should grant a one week extension of the July 27, 2018, deadline, until August 3, 2018, for the parties to file their post-discovery response briefs regarding Plaintiffs' motion for a preliminary injunction filing, in order to allow Defendant-Intervenors to conduct the additional preliminary injunction discovery that the Court authorized on July 25, 2018, and to allow the parties to address that additional discovery in their response briefs on August 3, 2018.

**ARGUMENT**

On July 25, 2018, this Court granted Defendant-Intervenors' motions and renewed motion to present the testimony of Stephen Legomsky and depose Michael Knowles. *See* Dkt. 257. As Defendant-Intervenors have explained, this discovery is crucial to its opposition to Plaintiffs' Motion for Preliminary Injunction. *See* Dkts. 137, 138, 165. With only two days remaining before the July 27 deadline for filing a response to Plaintiffs' supplemental motion for preliminary injunction, and in light of the numerous schedules of counsel and the deponent, Defendant-Intervenors were not able to depose Mr. Knowles in advance of the July 27 filing deadline.

In order to avoid the need for further supplemental briefs addressing the recently granted discovery between the July 27 filings and the August 8 preliminary injunction hearing, New Jersey proposed extending the filing deadline one week to August 3. Defendant-Intervenors and the Federal Defendants agreed to the proposed one-week extension. Plaintiffs indicated that they oppose the requested extension "based largely on the reasons stated in our response filed on Friday (ECF No. 189)." Because the referenced response stated Plaintiffs' concerns regarding

conducting the depositions at all, which concerns the Court implicitly determined were insufficient to justify denying Defendant-Intervenors' motion for leave to take the discovery, those same concerns do not now justify denying the parties an opportunity to address that discovery in their response briefs.[1]

New Jersey fully joins in this motion and the relief requested.

## CONCLUSION

For the foregoing reasons, Defendant-Intervenors Karla Perez, *et al*., and New Jersey respectfully request that the Court extend the filing deadline for the supplemental preliminary injunction responses to August 3, 2018.

Dated: July 26, 2018

Respectfully Submitted

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Celina Moreno (Tex. Bar No. 24074754)
(SD of Tex. Bar No. 2867694)
Jack Salmon (Tex. Bar No. 24068914)
(SD of Texas Bar No. 1130532)
Alejandra Ávila (Tex. Bar No. 24089252)
(SD of Tex. Bar No. 2677912)
Ernest I. Herrera (Tex. Bar No. 24094718);
(SD of Tex. Bar No. 2462211)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

---

[1] New Jersey's proposal had also suggested seeking a one-day delay of the Preliminary Injunction hearing, to August 9, to allow the Court an additional day to consider the papers, but that date was not available to the Federal Defendants, so the Defendant-Intervenors and New Jersey instead request herein only an extension of the briefing deadline.

Denise Hulett
Mexican American Legal Defense and Educational Fund
1512 14th Street
Sacramento, CA 95814
Phone: (916) 444-3031
Email: dhulett@maldef.org
(Admitted pro hac vice)

Priscila Orta
Mexican American Legal Defense and Educational Fund
11 East Adams, Suite 700
Chicago, IL 60603
Tel: (312) 427-0701
Email: porta@maldef.org
(Admitted pro hac vice)

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(pro hac vice application pending)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

*Attorneys for Defendant-Intervenors Karla Perez,* et al.

**STATE OF NEW JERSEY**
Rachel Wainer Apter
Assistant Attorney General
Attorney-in-Charge

(admitted pro hac vice)
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
Trenton, New Jersey 08625-0116
Phone: (609) 376-2702
Fax: (609) 777-4015
Rachel.Apter@njoag.gov
Jeremy Hollander, Assistant Attorney General
(admitted pro hac vice)
Kenneth S. Levine, Deputy Attorney General (admitted pro hac vice)
Paul H. Juzdan, Deputy Attorney General
(admitted pro hac vice)
Brian DeVito, Deputy Attorney General
(admitted pro hac vice)
Katherine Gregory, Deputy Attorney General
(admitted pro hac vice)
Nicholas Dolinsky, Deputy Attorney General
(admitted pro hac vice)

*Attorneys for Defendant-Intervenor State of New Jersey*

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 26th day of July, 2018, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Celina Moreno*
Celina Moreno

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors, § | |
| § | |
| and § | |
| § | |
| STATE OF NEW JERSEY, § | |
| § | |
| Defendant-Intervenor. § | |

### ORDER GRANTING DEFENDANT-INTERVENORS' JOINT MOTION FOR EXTENDING THE POST-DISCOVERY RESPONSE BRIEF FILING DEADLINE

On this date, the Court considered Defendant-Intervenors' Joint Motion for Extending the Post-Discovery Response Brief Filing Deadline. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Joint Motion for Extending the Post-Discovery Response Brief Filing Deadline is GRANTED. The parties shall file their post-discovery response briefs regarding Plaintiffs' motion for a preliminary injunction by August 3, 2018.

-2-

SIGNED on this the _____ day of July, 2018.

_____

Hon. Andrew S. Hanen,
U.S. District Court Judge
