## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| KARLA PEREZ, *et al.*, | § | |
| | § | |
| Defendant-Intervenors, | § | |
| | § | |
| and | § | |
| | § | |
| STATE OF NEW JERSEY, | § | |
| | § | |
| Defendant-Intervenor. | § | |

## ORDER GRANTING DEFENDANT-INTERVENORS' JOINT MOTION FOR EXTENDING THE POST-DISCOVERY RESPONSE BRIEF FILING DEADLINE

On this date, the Court considered Defendant-Intervenors' Joint Motion for Extending the Post-Discovery Response Brief Filing Deadline. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Joint Motion for Extending the Post-Discovery Response Brief Filing Deadline is GRANTED. The parties shall file their post-discovery response briefs regarding Plaintiffs' motion for a preliminary injunction by August 3, 2018.

SIGNED on this the _____ day of July, 2018.

_____

Hon. Andrew S. Hanen,
U.S. District Court Judge