United States District Court
Southern District of Texas
**ENTERED**
July 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville Division | Case Number | 1:18-cv-00068 |
|---|---|---|---|
| STATE OF TEXAS, et al. ||||
| PLAINTIFFS, ||||
| *versus* ||||
| UNITED STATES OF AMERICA, et al., and KARLA PEREZ, et al. ||||
| DEFENDANTS. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Karen W. Lin<br>Mayer Brown LLP<br>1221 Avenue of the Americas, 14th Floor<br>New York, NY 10020<br>212-506-2538, klin@mayerbrown.com<br>New York, 4827796<br>Court of Appeals for the Second Circuit (no number) |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Companies and Associations |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7/24/18      Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 7/25/2018   Clerk's signature: [signature]

**Order**

Dated: 7/26/18

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge