United States District Court
Southern District of Texas
**ENTERED**
July 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|
| State of Texas, et al. ||||
| *versus* ||||
| United States of America, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joan Li<br>Cooley LLP<br>3175 Hanover St.<br>Palo Alto, CA 94304<br>(650) 843-5000 jli@cooley.com<br>Calif. Bar No. 312024 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Legal Services Organization |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/13/18 | Signed: *Joan Li* |
|---|---|

| The state bar reports that the applicant's status is: Active ||
| Dated: 7/20/2018 | Clerk's signature: *R. Hawkins* |

**Order**

Dated: 7/26/18

This lawyer is admitted *pro hac vice*.

_____
United States District Judge