Case 1:18-cv-00068 Document 265 Filed in TXSD on 07/26/18 Page 1 of 1
Case 1:18-cv-00068 Document 147 Filed in TXSD on 07/16/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|
| State of Texas, et al. ||||
| *versus* ||||
| United States of America, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Monique Sherman<br>Cooley LLP<br>3175 Hanover St.<br>Palo Alto, CA 94304<br>(650) 843-5000 msherman@cooley.com<br>Calif. Bar No. 227494 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Legal Services Organization |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 7/13/18  Signed: *Monique Sherman*

The state bar reports that the applicant's status is: Active

Dated: 7/20/2018  Clerk's signature: *R.J. Hawkins*

**Order**

Dated: 7/26/18

This lawyer is admitted *pro hac vice.*

_____
United States District Judge