IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendant-Intervenors filed a Joint Motion for Extending the Post-Discovery Response Brief Filing Deadline [Doc. No. 259]. The motion does not include a certificate of conference, however, as required by the Southern District of Texas's Local Rules. *See* Local Rules of the United States District Court for the Southern District of Texas R. 7.1(D) ("Opposed motions shall . . . contain an averment that . . . [t]he movant has conferred with the respondent and [c]ounsel cannot agree about the disposition of the motion.").

The Court hereby denies Defendant-Intervenors' motion without prejudice for failing to include a certificate of conference. Defendant-Intervenors shall confer with counsel for each other party in the case before refiling the motion.

Signed this 26th day of July, 2018.

Andrew S. Hanen
United States District Judge