United States District Court
Southern District of Texas
**ENTERED**
July 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al*, | § § § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANT-INTERVENORS' JOINT MOTION FOR EXTENDING THE POST-DISCOVERY RESPONSE BRIEF FILING DEADLINE

On this date, the Court considered Defendant-Intervenors' Joint Motion for Extending the Post-Discovery Response Brief Filing Deadline [Doc. No. 267]. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Joint Motion for Extending the Post-Discovery Response Brief Filing Deadline is GRANTED. The parties shall file their post-discovery response briefs regarding Plaintiffs' motion for a preliminary injunction by August 3, 2018.

Signed this 27th day of July, 2018.

_____
Andrew S. Hanen
United States District Judge