United States District Court
Southern District of Texas
**ENTERED**
July 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al*, | § § § | |
| Defendants. | § | |

### ORDER DENYING DEFENDANT-INTERVENORS' MOTION FOR ENTRY OF PROTECTIVE ORDER

The Court has considered Defendant-Intervenors' Motion for Entry of Protective Order [Doc. No. 255] and the response thereto. While this Court will certainly entertain a motion for protection of any information that may endanger any party hereto, the movants do not explain how the attached exhibits do that. The Court, therefore, denies the motion without prejudice.

Signed this 27th day of July, 2018.

Andrew S. Hanen
United States District Judge