**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:18-cv-00068 |
| KIRSTJEN M. NIELSEN, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER EXTENDING TIME TO RESPOND**
**TO PLAINTIFFS' AMENDED COMPLAINT**

WHEREFORE, at the request of counsel for Defendants, and with consent of Plaintiffs'

Counsel,

IT IS HEREBY ORDERED that the date for Defendants to respond to Plaintiffs'

Amended Complaint, filed June 25, 2018, is hereby extended to 30 days after the Court rules on

the pending Application for Preliminary Injunction.

SO ORDERED.

Signed on July ___, 2018, at Brownsville, TX.

_____
Honorable Andrew S. Hanen
United States District Judge