United States District Court
Southern District of Texas
**ENTERED**
July 30, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, §<br>§<br>Plaintiffs, §<br>§<br>v. §<br>§<br>The United States of America, *et al.*, §<br>§<br>Defendants, §<br>§<br>Karla Perez, *et al.*, §<br>§<br>Defendant-Intervenors, §<br>and §<br>§<br>State of New Jersey, §<br>§<br>Defendant-Intervenor. §<br>§ | Civil Action No. 1:18-CV-00068 |

**ORDER EXTENDING TIME TO RESPOND TO
PLAINTIFFS' AMENDED COMPLAINT**

WHEREFORE, at the request of counsel for Defendants, and with consent of Plaintiffs' counsel,

IT IS HEREBY ORDERED that the date for Defendants to respond to Plaintiffs' Amended Complaint, filed June 25, 2018, is hereby extended to 30 days after the Court rules on the pending Application for Preliminary Injunction.

Signed this 30th day of July, 2018.

_____
Andrew S. Hanen
United States District Judge