United States District Court
Southern District of Texas
**ENTERED**
August 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | Case No. 1:18-CV-68 |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.* § | |
| § | |
| Defendant Intervenors. § | |

### ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO JOIN BRIEF OF *AMICI CURIAE* IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

On this day came on for consideration the Unopposed Motion for Leave to Join Brief of *Amici Curiae* ("the Motion"), by the American Business Immigration Coalition, Ascension Texas, the Dallas Regional Chamber, the Dallas Hispanic Chamber of Commerce, the Irving-Las Colinas Chamber of Commerce, Health Management Systems, the National Association for Latino Community Asset Builders, the San Antonio Chamber of Commerce, the Texas Opportunity Roundtable, the Texas Restaurant Association, and VisitDallas. The Court, having reviewed and considered the Motion and any related response, is of the opinion that the Motion should be **GRANTED**.

IT IS THEREFORE ORDERED that the Motion is hereby **GRANTED**.

SIGNED this, the 3rd day of August, 2018.

THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE