# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS; | ) |
| *Plaintiffs,* | ) |
| vs. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| And | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

## ORDER GRANTING PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS

On this date, the Court considered Plaintiff States' Motion to Exceed Page Limits on their Post-Discovery Response Brief. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Motion to Exceed Page Limits on their Post-Discovery Response Brief is hereby GRANTED.

SIGNED on this the _____ day of August, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge