IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Case No. 1:18-CV-68 |
| | § |
| UNITED STATES OF AMERICA, *et al.*, | § |
| | § |
| Defendants, | § |
| | § |
| and | § |
| | § |
| KARLA PEREZ, *et al.*, | § |
| | § |
| Defendant-Intervenors, | § |
| and | § |
| | § |
| STATE OF NEW JERSEY | § |
| | § |
| Defendant-Intervenor. | § |

**DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

Defendant-Intervenors Karla Perez, *et al*. ("Defendant-Intervenors") respectfully request that the Court grant permission to exceed the 20-page limit by 10 pages in their Response in Opposition to Plaintiffs' Supplemental Post-Discovery Brief in Support of Their Motion for a Preliminary Injunction.  Defendant-Intervenors request these additional pages in order to present adequately their arguments to the Court regarding the complex and significant issues presented in Plaintiffs' motion.  Defendant-Intervenors seek this extension for good cause and in the interests of justice, not for delay, and no party will be prejudiced if the extension is granted.  By contrast, Plaintiffs have made a request to exceed the 20-page limit by 41 pages for their reply in support of their motion (*see* ECF No. 280), in effect asking for permission to file a brief twice as long as Defendant-

1

Intervenors', notwithstanding that Plaintiffs have already filed two briefs in support of their motion totaling 105 pages (*see* ECF Nos. 5, 218).

The Plaintiffs, Defendants, and the State of New Jersey as Defendant-Intervenor do not oppose Defendant-Intervenors' request.

## CONCLUSION

For the foregoing reasons, Defendant-Intervenors respectfully request that the Court grant Defendant-Intervenors' Unopposed Motion to Exceed Page Limits.

Dated: August 3, 2018

Respectfully Submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND** By:
*/s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046); (SD of Tex. Bar No. 21127)
Attorney-in-Charge
Celina Moreno (Tex. Bar No. 24074754) (SD of Tex. Bar No. 2867694)
Jack Salmon (Tex. Bar No. 24068914) (SD of Texas Bar No. 1130532)
Alejandra Ávila (Tex. Bar No. 24089252) (SD of Tex. Bar No. 2677912)
Ernest I. Herrera (Tex. Bar No. 24094718); (SD of Tex. Bar No. 2462211)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
(admitted pro hac vice)
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
Phone: (202) 508-4600
Facsimile: (201) 508-4650
Email: Douglas.Hallward-

Driemeier@ropesgray.com

**GARCÍA & GARCÍA,
ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

*Attorneys for Defendant-Intervenors Karla Perez et al.*

**CERTIFICATE OF CONFERENCE**

I certify that on August 3, 2018, counsel for the parties conferred regarding the relief requested in this motion and counsel for Plaintiffs, Defendants, and the State of New Jersey as Defendant-Intervenor each indicated that they do not oppose this motion.

*/s/ Nina Perales*
Nina Perales

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on August 3, 2018, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | | |
| Defendants, | | |
| and | | |
| KARLA PEREZ, *et al.*, | | |
| Defendant-Intervenors, | | |
| and | | |
| STATE OF NEW JERSEY | | |
| Defendant-Intervenor. | | |

**ORDER GRANTING *PEREZ* DEFENDANT-INTERVENORS'
UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

On this date, the Court considered *Perez* Defendant-Intervenors' Unopposed Motion to Exceed Page Limits. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that *Perez* Defendant-Intervenors' Unopposed Motion to Exceed Page Limits is GRANTED.

SIGNED on this the ____ day of August, 2018.

                                                                                                                                 _____
                                                                                                                               Hon. Andrew S. Hanen,
                                                                                                                               U.S. District Court Judge