IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS; | ) |
| STATE OF ALABAMA; | ) |
| STATE OF ARKANSAS; | ) |
| STATE OF KANSAS; | ) |
| STATE OF LOUISIANA; | ) |
| STATE OF NEBRASKA; | ) |
| STATE OF SOUTH CAROLINA; | ) |
| STATE OF WEST VIRGINIA, | ) |
| GOVERNOR PHIL BRYANT, STATE OF MISSISSIPPI; AND | ) |
| GOVERNOR PAUL R. LEPAGE, STATE OF MAINE, | ) |
| *Plaintiffs,* | ) |
| *vs.* | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| And | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

**PLAINTIFF STATES' SECOND SUPPLEMENTAL APPENDIX IN
SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION**

# TABLE OF CONTENTS

| Exhibit | Document | Pages |
|---|---|---|
| 43 | Lomi Kriel, *DACA's Fate in Court's Hands*, HOUS. CHRON. (Apr. 16, 2016) | App. 1481-1487 |
| 44 | Stephen Legomsky, *When a Judge Is Out of Control*, MEDIUM (June 3, 2016) | App. 1488-1495 |
| 45 | Federal Defendants' Objections and Responses to Defendant-Intervenors' Third Set of Discovery Requests, Response to Interrogatory No. 8 and Attached Chart of USCIS Adjudications by Service Center | App. 1496-1533 |
| 46 | E-mail from Tyronda E. Lee, USCIS Section Chief, to Brandon M. Robinson et al. (May 8, 2018) (DEF-00001691) | App. 1534-1535 |
| 47 | Deposition of Barbara Hines (June 26, 2018) (excerpts) | App. 1536-1544 |
| 48 | U.S. Citizenship and Immigration Services, DACA General Training Workshop Reference Guide (Aug. 2014) (DEF-00004650) | App. 1545-1614 |
| 49 | U.S. Citizenship and Immigration Services, Decision Systems Processing (DEF-00003609) | App. 1615-1621 |
| 50 | U.S. Citizenship and Immigration Services, Known or Suspected Drug Cartel Membership (DEF-00003622) | App. 1622-1623 |
| 51 | Deposition of Kenneth Palinkas (June 19, 2018) (excerpts) | App. 1624-1634 |
| 52 | Deposition of Ray Perryman (June 27, 2018) (excerpts) | App. 1635-1664 |
| 53 | Deposition of Amanda Brownson (June 28, 2018) (excerpts) | App. 1665-1677 |
| 54 | Deposition of Esther Jeon (June 15, 2018) (excerpts) | App. 1678-1686 |
| 55 | Deposition of Leighton Ku (June 27, 2018) (excerpts) | App. 1687-1692 |
| 56 | U.S. Citizenship and Immigration Services, DACA Requestors with an IDENT Response | App. 1693-1700 |

| Exhibit | Document | Pages |
|---|---|---|
| 57 | News Release, U.S. Customs and Border Protection, *Agents Arrest 2 DACA Recipients for Involvement in Human Smuggling* (Jan. 29, 2018) (Exhibit 5 to Deposition of R. Gil Kerlikowske) | App. 1701-1703 |
| 58 | Deposition of Brian Manley (June 20, 2018) (excerpts) | App. 1704-1723 |
| 59 | Deposition of Douglas Massey (June 26, 2018) (excerpts) | App. 1724-1729 |
| 60 | Deposition of Roberto Gonzales (June 27, 2018) (excerpts) | App. 1730-1735 |
| 61 | Deposition of Jose Magaña-Salgado (June 15, 2018) (excerpts) | App. 1736-1747 |
| 62 | Deposition of Karla Perez (June 16, 2018) (excerpts) | App. 1748-1763 |
| 63 | Deposition of Angelo Onofri (June 25, 2018) (excerpts) | App. 1764-1774 |
| 64 | Deposition of Art Acevedo (June 20, 2018) (excerpts) | App. 1775-1784 |
| 65 | Deposition of Sarah Saldaña (June 29, 2018) (excerpts) | App. 1785-1792 |
| 66 | Deposition of Diana Gonzalez (June 25, 2018) (excerpts) | App. 1793-1797 |
| 67 | Deposition of Stephen Legomsky (Aug. 1, 2018) (excerpts) | App. 1798-1836 |

| | |
|---|---|
| August 3, 2018 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |
| ALAN WILSON<br>Attorney General of South Carolina | */s/ Todd Lawrence Disher*<br>TODD LAWRENCE DISHER<br>Attorney-in-Charge |
| PATRICK MORRISEY<br>Attorney General of West Virginia | Special Counsel for Civil Litigation<br>Tx. State Bar No. 24081854<br>Southern District of Texas No. 2985472<br>Tel.: (512) 463-2100; Fax: (512) 936-0545<br>todd.disher@oag.texas.gov<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| | ADAM ARTHUR BIGGS<br>Special Counsel for Civil Litigation |
| | ADAM N. BITTER<br>Assistant Attorney General |
| | **COUNSEL FOR PLAINTIFF STATES** |

## CERTIFICATE OF SERVICE

    I certify that on August 3, 2018, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                           */s/ Todd Lawrence Disher*
                                           TODD LAWRENCE DISHER
                                           Special Counsel for Civil Litigation

                                           **COUNSEL FOR PLAINTIFF STATES**