# Exhibit 47

App. 1537

# Transcript of the Testimony of

# Barbara Hines

**Date:**

June 26, 2018

**Case:**

STATE OF TEXAS vs UNITED STATES OF AMERICA

Barbara Hines											June 26, 2018

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION

 3  STATE OF TEXAS, et al.,    )
                               )
 4           Plaintiffs,       )
                               )
 5  vs.                        )   CASE NO. 1:18:cv-00068
                               )
 6  UNITED STATES OF AMERICA,  )
    ET AL.,                    )
 7                             )
             Defendants,       )
 8                             )
    and                        )
 9                             )
    KARLA PEREZ, et al.,       )
10                             )
         Defendant-Intervenors.)
11  _____

12                ORAL VIDEOTAPED DEPOSITION

13                      BARBARA HINES

14                      JUNE 26, 2018

15      ORAL VIDEOTAPED DEPOSITION OF BARBARA HINES,

16  produced as a witness at the instance of the PLAINTIFF

17  STATES and duly sworn, was taken in the above-styled and

18  numbered cause on the 26th day of June, 2018, from

19  10:04 a.m. to 12:41 p.m., before Dana Richardson,

20  Certified Shorthand Reporter in and for the State of

21  Texas, reported by computerized stenotype machine at the

22  Office of the Attorney General, 300 West 15th Street,

23  Austin, Texas 78701, pursuant to the Federal Rules of

24  Civil Procedure and the provisions stated on the record

25  or attached hereto.
```

Barbara Hines

June 26, 2018
Page 2

```
 1                       APPEARANCES

 2  FOR PLAINTIFF STATES:

 3      Mr. Todd Lawrence Disher and
        Mr. Trent Peroyea
 4      OFFICE OF THE ATTORNEY GENERAL
        SPECIAL COUNSEL FOR CIVIL LITIGATION
 5      P.O. Box 12548
        Austin, Texas 78711-2548
 6      Telephone: (512) 463-2100
        Fax:  (512) 936-0545
 7      E-mail: todd.disher@oag.texas.gov

 8  FOR DEFENDANT UNITED STATES OF AMERICA:

 9      Mr. Daniel Hu - (via telephone)
        U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
10      OFFICE OF IMMIGRATION LITIGATION
        DISTRICT COURT SECTION
11      P.O. Box 868
        Washington, D.c. 20044
12      Telephone: (202) 616-1246
        E-mail: jeffrey.robins@usdoj.gov
13
    FOR DEFENDANT INTERVENORS:
14
        Ms. Nina Perales
15      MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
        110 Broadway, Suite 300
16      San Antonio, Texas 78205
        Telephone: (210) 224-5476
17      Fax:  (210) 224-5382
        E-mail: nperales@maldef.org
18
    ALSO PRESENT:
19
        Mr. Austin Kreitz, Summer Associate
20

21

22

23

24

25
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900    San Antonio, Texas 78232
210-697-3400                                                   210-697-3408

**App. 1539**

Barbara Hines

June 26, 2018
Page 45

1  Q.  Okay. Now, if I look at number -- okay. So if
2  we look at the column that says "approved," there's a
3  reference to Footnote No. 10 --
4  A.  What's -- yeah.
5  Q.  -- in Exhibit No. 3?
6  A.  Okay. Exhibit No. 3. Yes.
7  Q.  And Footnote No. 10 says, "The number of
8  requests approved during the reporting period." What
9  does that mean?
10 A.  This is a government document.
11 Q.  Do you know what that means?
12 A.  The number of requests approved?
13 Q.  Yes.
14 A.  Yes. I assume that's the number of
15 applications approved during the -- that quarter.
16 Q.  Okay. And then Footnote 11 says -- which
17 refers to the denied column, "The number of requests
18 that were denied, terminated, or withdrawn during the
19 reporting period."
20     What does that mean?
21 A.  Number 11. Okay. And -- and, once again, you
22 know, these -- these are aggregated between initial and
23 renewals. It -- basically what it says, "Requests that
24 were denied, terminated, or withdrawn."
25 Q.  So what does it mean if a request was

Barbara Hines

June 26, 2018
Page 46

1  withdrawn?
2      A.   That -- what does it mean when it's withdrawn?
3  It means that the person has not continued -- has made
4  the decision not to pursue the application.
5      Q.   All right.  Of the numbers listed in the denied
6  column, do you know how many of those -- let's just take
7  the January to March initial number for fiscal year 2017
8  which is 3,024.
9      A.   I'm sorry.  What --
10     Q.   Take your time.
11     A.   What column are you on?
12     Q.   The denied column.
13     A.   Uh-huh.  On Exhibit 3?
14     Q.   Yes.
15     A.   Uh-huh.  Okay.
16     Q.   For Q2, January through March, initial.  And
17 that's in fiscal year 2017, right?
18     A.   Uh-huh.
19     Q.   I see a number that says 3,024.  Do you see
20 that?
21     A.   January -- that's January to March renewals.
22     Q.   Make sure we're all on the same page here.
23     A.   The number that I -- yes.  Right.  3,024,
24 uh-huh.
25              THE WITNESS:  Thank you.  Just a second.

Barbara Hines

June 26, 2018
Page 47

1           MS. PERALES:  I think we need to -- (sotto
2  voce comments off the record with the witness.)
3           THE WITNESS:  Okay.  Yeah.
4      A.   Okay.  There it is.  There's the 3024.
5           MS. PERALES:  Uh-huh.
6      A.   Okay.  Yes, I see it.
7      Q.   (BY MR. DISHER)  Okay.  So in fiscal year 2017,
8  Quarter 2, January to March, initial DACA applications,
9  for the number denied, it's listed at 3,024, right?
10     A.   Yes.
11     Q.   Okay.  Out of that 3,024, do you know how many
12 were withdrawn by the applicant?
13     A.   No.
14     Q.   Okay.  Do you know what it means for a DACA
15 request to be terminated?
16     A.   No.  Probably that would be in the renewal
17 phase, that the status was not renewed and instead was
18 terminated.
19     Q.   Well, what do you base that on?
20     A.   In order to -- I base it on what -- the rules
21 of termination -- in order to terminate any immigration
22 application, you would have to send notice to terminate.
23 So some could have been terminated in the midst of a
24 DACA application as well.  I don't know, actually.
25     Q.   Can you terminate an initial request for DACA

```
 1  status?
 2      A.   Yes, you can.
 3      Q.   Okay.  So do you know how many -- of the 3,024
 4  number listed in the denied column for January to March,
 5  initial DACA applications for fiscal year 2017, do you
 6  know how many were terminated?
 7      A.   I do not.
 8      Q.   Okay.  And so who would be the one who
 9  terminates an application for initial DACA status?
10      A.   The agency.
11      Q.   That would be USCIS?
12      A.   Yes.
13      Q.   And why would USCIS terminate an application?
14      A.   It could terminate an application because of
15  subsequently discovered criminal conduct, because the
16  person departed from -- perhaps possibly left the
17  country without proper documents.
18      Q.   Okay.  What -- what about if USCIS couldn't get
19  in contact with the applicant, would that cause an
20  application to be terminated by USCIS?
21      A.   Yes.
22      Q.   All right.  And, again, you don't know -- out
23  of the 3,024 in the denied column, you don't know how
24  many of those were terminated by USCIS?
25      A.   No.
```

```
 1  STATE OF TEXAS
    COUNTY OF HARRIS
 2                      REPORTER'S CERTIFICATE

 3       I, Dana Richardson, a Certified Shorthand Reporter

 4  in and for the State of Texas, do certify that this

 5  deposition transcript is a true record of the testimony

 6  given by the witness named herein, after said witness

 7  was duly sworn by me.  The witness was requested to

 8  review the deposition.

 9       I further certify that I am neither attorney or

10  counsel for, related to, nor employed by any parties to

11  the action in which this testimony is taken and,

12  further, that I am not a relative or employee of any

13  counsel employed by the parties hereto or financially

14  interested in the action.

15       I further certify that the amount of time used by
    each party at the deposition is as follows:
16
            Mr. Todd Lawrence Disher - 02:09
17          Mr. Daniel Hu - 00:01

18       SUBSCRIBED AND SWORN TO under my hand and seal of
    office on this the 27th day of June, 2018.
19
              [signature: Dana Richardson]
20  _____

21            Dana Richardson, RPR, TX CSR 5386
              Expiration:  12/31/19
22            Kim Tindall & Associates, LLC, Firm No. 631
              16414 San Pedro, Suite 900
23            San Antonio, Texas 78232
              Phone (210) 697-3400
24            Fax (210) 697-3408

25
```