# Exhibit 49

# Decision Systems Processing

## I. Objectives

The objective of this handout is to:

- Provide a basic understanding of the requirements to properly update GUI;
- Understand the GUI updates required for BCU and CFDO activity;
- Understand the supervisory review process for denials;
- Understand the categories that require supervisory review; and
- Introduce the mandatory DACA denial template.

## II. Processing Decisions

- All actions taken on a DACA request must be reflected in GUI, including approval, denial or a customer service inquiry.
- Standard History Action Codes will be used with the exception of SRMT actions.
- Denials based on a fraud finding must reflect its designated History Action Code ["EC"].

## III. Processing Decisions BCU and CFDO C3 codes

- Cases being transferred to the BCU DACA Team – C3 shall be updated with ["FF5"] Sent to the Background Check Unit (BCU) for resolution.
- Cases being returned to Adjudications from the BCU DACA Team or just prior to final adjudications by the BCU DACA Team shall be updated with ["HCC5"] Received from Background Check Unit (BCU) with Resolution.
- Cases being transferred to the CFDO with a fraud referral shall be updated with ["FF1"] Sent to the Fraud Detection Unit (FDU) for Analysis.
- Cases being returned to Adjudications from the CFDO shall be updated with ["HCC1"] Returned from Fraud Detection Unit (FDU) with Results.

## IV. Processing Decisions – RFE

For DACA requests, when requesting additional evidence, an RFE template will be used. Appendix D has a list of DACA RFE call ups to be used when processing a DACA request.

Follow the steps below to process an RFE:

| Step | Action |
| --- | --- |
| 1 | Log in to GUI Adjudication |
| 2 | Under Adjudicate tab click Data Entry and wand in the A # |
| 3 | Click retrieve |
| 4 | Select 821D – click retrieve<br><br>Adjudication case review<br><br>• Place in Suspense<br><br>• Order Initial and Additional Evidence Request Not. |
| 5 | Press cancel until you are asked to exit |
| 6 | Prepare and send the RFE |
| 7 | Put a supervisory hold on the Form I-765 |
| 8 | Keep the Form I-821D and Form I-765 together in the A-file |
| 9 | Route the A-file to clerical/RFE hold |

V. Processing Decisions – NOID

Following a determination to issue a NOID, the Service Center must take the following steps:

| Step | Action |
| --- | --- |
| 1 | Log in to GUI Adjudication |
| 2 | Under Adjudicate tab click Data Entry and wand in the A# |
| 3 | Select 821D – click retrieve<br><br>Adjudication case review<br><br>• Place in Suspense<br><br>• Case Review<br><br>• Place in Suspense<br><br>• Intent to Deny Notice Ordered |
| 4 | Press cancel until you are asked to exit |
| 5 | Prepare and send the NOID |
| 6 | Put a supervisory hold on the Form I-765 |
| 7 | Keep the Form I-821D and Form I-765 together in the A-file |

VI. Processing Decisions – Approvals

After a decision to approve an I-821D, the Service Center must follow the steps below to process an approval for a DACA request.

| Step | Action |
| --- | --- |
| 1 | Perform TECS checks |
| 2 | Place your approval stamp and signature in the "Action Block" of the I-821D and note the validity dates directly under the approval stamp. |
| 3 | Access GUI and wand in the A number |
| 4 | From the I-821D screen<br><br>• Under Types of Application select Renewal Request and click save<br><br>• Review Name, DOB, etc. for accuracy |
| 5 | Click Adjudication – Approve order notice - okay |
| 6 | Complete the following fields:<br><br>• The valid from date is the date of approval.<br><br>The valid to date is 2 years from date of approval. |
| 7 | Press save. |
| 8 | Press cancel until you are asked to exit. |
| 9 | Put in ROP order |

VII. Processing Decisions – Denials

- Denial templates have been created.

- The DACA denial templates have been loaded into ECHO.

- Use of these denial templates is mandatory.

- Individualized, locally created denials shall not be used.

- When an ISO encounters an issue for which there is no paragraph denial template, the ISO must work through their supervisor and ensure the ad-hoc language is cleared through HQSCOPS prior to issuance.

- Supervisory Review on all denials.

- Cases involving issues of criminality or travel without advance parole should be referred to HQSCOPS.

When the denial falls under one of the categories that requires supervisory review, ensure that concurrence has been obtained <u>before</u> processing the DACA request for denial.

| Step | Action |
| --- | --- |
| 1 | Perform TECS checks. |
| 2 | Access "Adjudicate a Case" and wand in the barcode on the I-821D |
| 3 | Press [F10]. |
| 4 | Select:<br><br>- "Deny the Case".<br>- "Order Denial Notice".<br><br>"Yes" to the prompt, "Change Case Status?" |
| 5 | Remove the Supervisor Hold:<br><br>- Press [ALT] + [F8] at the same time.<br>- Enter User ID and Password.<br>- Press [F4].<br><br>Select "Confirm Action". |
| 6 | Press [ESC] until you are asked to exit. |
| 7 | Place your denial stamp and signature in the "Action Block" of the I-821D.<br><br>**NOTE**: The date on the denial stamp should be the date of adjudication. |
| 8 | Prepare and send the denial. |
| 9 | Put in ROP order and place a pink coversheet on the left-hand side of the file over the denial letter. |
| 10 | Process the I-765 for denial. See Chapter 12. |

### VIII. Processing Decisions - Abandonment Denials

Abandonment denials are initiated on Form I-821D in the following instances:

- Failure to respond to an RFE or NOID;
- Failure to appear at an ASC for biometrics collection within the specified time frame.

Process the I-821D abandonment denial only after <u>all</u> A-files are retrieved.

| Step | Action |
| --- | --- |
| 1 | Ensure that no other addresses exist:<br><br>1. Review the file for any correspondence received,<br>2. Review the returned envelope for any changes from the post office,<br>3. Check GUI and AR11 for an alternate address or an address change, and<br>4. Check the systems to see if a more recent DACA request was submitted with updated address.<br>5. Check Forms I-821D and I-765 to ensure that there is no different address provided between the two forms. |
| 2 | Perform TECS checks. |
| 3 | Access GUI |
| 4 | Wand in the A number and select 821D click retrieve |
| 5 | Select:<br><br>- Deny the Case.<br>- Order "Abandonment Denial Notice"<br>- Click Okay<br><br>"Yes" to the prompt "Change Case Status?" |
| 6 | Remove the Supervisory Hold at the main screen:<br>- Press [ALT] + [F8] at the same time.<br>- Enter User ID and password.<br>- Press [F4].<br>- Select "Confirm Action". |
| 7 | Press [ESC] until you are asked to exit. |
| 8 | Place your denial stamp and signature in the "Action Block" of the I-821D.<br>**NOTE:** The date on the denial stamp should be the date of adjudication. |
| 9 | Prepare and send the denial. |
| 10 | Put in ROP order and place a pink coversheet on the left-hand side of the file over the denial letter. |
| 11 | Process the Form I-765 for denial. See Chapter 12. |

- **NOTE**: If the RFE/NOID was not stamped as a "No Response," the officer should write it on the document. A "No Response" will ALWAYS remain on top of the request for proper ROP and the officer will place the denial/withdrawal letter on top of the "No Response."

When notices are returned as undeliverable, the officer should:

- Review the file and systems for any change of address.

- Check both Form I-821D and the I-765 to ensure that there is no difference between the provided addresses.

    When an RFE, NOID, or NOIT is returned to the Service Center as undeliverable, the officer should update GUI, follow all procedures above to locate a new address. If a new address is found, re-mail the I-797, Notice of Action and update GUI.

IX. Returned Mail

If mail is returned as undeliverable and no other address is found:

- If the response time indicated has not yet passed, the file should be placed on hold in accordance with local procedures for the remainder of the response time.

| If there is no other address found and the response time has passed on the... | Then... |
| --- | --- |
| RFE, | Deny as an abandonment denial. |
| NOID (with NO criminal content), | Deny for cause. |
| Intent to Terminate, | Terminate DACA. |