# Exhibit 54

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF TEXAS
 3                   BROWNSVILLE DIVISION
 4
     STATE OF TEXAS, et al.,      )
 5                                )
              Plaintiffs,         )
 6                                )
         vs                       )   No. 1:18-CV-68
 7                                )
     UNITED STATES OF AMERICA,    )
 8   et al.,                      )
                                  )
 9            Defendants.         )
                                  )
10       and                      )
                                  )
11   KARLA PEREZ, et al.,         )

12

13            The deposition of Esther Jeon called for

14   examination pursuant to notice and pursuant to the

15   Federal Rules of Civil Procedure for the United

16   States District Courts pertaining to the taking of

17   depositions taken before JO ANN LOSOYA, Certified

18   Shorthand Reporter within and for the County of Cook

19   and State of Illinois at 11 East Adams, Chicago,

20   Illinois, on June 15, 2018 at the hour of 11:00

21   o'clock a.m.

22

23

24

25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1679

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                           Page 2

```
 1    APPEARANCES:

 2           MALDEF
             MS. PRISCILLA ORTA
 3           MS. GRISELDA VEGA SAMUEL
             11 East Adams Street
 4           Suite 700
             Chicago, Illinois 60603
 5           (312) 427-0701
             porta@maldef.org
 6           gvegasamuel@maldef.org
                 Appeared on behalf of the Deponent and
 7               Intervenors;

 8           ATTORNEY GENERAL OF THE STATE OF TEXAS
             MR. ADAM N. BITTER
 9           MS. CRISTINA M. MORENO
             P.O. BOX 12548
10           Austin, Texas   78711
             (512) 463-2120
11           adam.bittter@oag.texas.gov
             cristina.moreno@oag.texas.gov
12               Appeared on behalf of the Plaintiffs.

13           U.S. DEPARTMENT OF JUSTICE
             MR. JAMES WALKER
14           Ben Franklin Station
             P.O. Box 868
15           Washington, DC   20044
             (202) 532-4468
16           james.walker3@usdoj.gov
                 Appeared on behalf of the Defendant.
17
      APPEARING TELEPHONICALLY:
18
             ALEJANDRA AVILA, MALDEF
19           NINA PERALES, MALDEF
             NICHOLAS DOLINSKY, New Jersey Attorney General
20           Office

21    ALSO PRESENT:

22           NAYOUNG HANA
             SUSANA SANDOVAL VARGAS
23

24    REPORTED BY:  JO ANN LOSOYA
      CSR LICENSE:  084-002437
25
```

www.huseby.com           Huseby, Inc. Regional Centers           800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1680

Case 1:18-cv-00068  Document 284-12  Filed on 08/03/18 in TXSD  Page 4 of 9

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                      Page 21

```
 1      Q.    Do you recall at all when that would have
 2  been when you moved back to Houston at that time?
 3      A.    I do not recall.
 4      Q.    Between your second stint in Houston and
 5  then graduated from high school, did you live
 6  anywhere else other than Houston?
 7      A.    No.
 8      Q.    All right.  So, a couple of more
 9  questions about this second Houston stint then.
10            I know you said you can't remember,
11  but can you recall whether when you went to Houston,
12  you would have been in high school by that point or
13  not?
14      A.    I attended middle school and high school
15  in Houston.
16      Q.    Thank you.  That helps.
17            Do you recall what middle school it
18  was?
19      A.    Yes.
20      Q.    What school was it?
21      A.    Spring Forest.
22      Q.    Is that a public school?
23      A.    Yes.
24      Q.    Then you went to high school at that
25  point, right?
```

www.huseby.com        Huseby, Inc. Regional Centers         800-333-2082
       Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1681

Case 1:18-cv-00068   Document 284-12   Filed on 08/03/18 in TXSD   Page 5 of 9

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                        Page 22

```
 1     A.     Yes.
 2     Q.     What high school did you go to?
 3     A.     Stratford High School.
 4     Q.     Is that a public high school?
 5     A.     Yes.
 6     Q.     Do you know when you first attended
 7  Stratford High School?
 8     A.     2009.
 9     Q.     How long were you at Stratford for?
10     A.     Four years.
11     Q.     And you graduated in 2013?
12     A.     Yes.
13     Q.     Congratulations, first of all.
14     A.     Thank you.
15     Q.     That four-year span, just to clarify,
16  Stratford was the only high school you went to
17  during that time?
18     A.     Yes.
19     Q.     And you received DACA in 2012; is that
20  correct?
21     A.     Yes.
22     Q.     We'll talk a little more about that.  I
23  just wanted to get the sequence in mind.
24            While -- I think you said this in
25  your declaration.  While you were in high school,
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1682

Case 1:18-cv-00068   Document 284-12   Filed on 08/03/18 in TXSD   Page 6 of 9

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                         Page 67

```
 1   objection to immigration information or, in the
 2   sense, we're hoping it will be marked as
 3   confidential.
 4           MR. BITTER:  Understood.
 5   BY MR. BITTER:
 6       Q.   If I could ask you about Page 3.  Go to
 7   Page 3.  It talks about biometric services
 8   appointment.  We talked about this briefly.  I want
 9   to close the loop on that.
10                In terms of you providing
11   fingerprints and photographs, do you recall that
12   being pursuant to a notice that you received from
13   the federal government to appear for those
14   biometrics?
15       A.   I appeared because I received a
16   biometrics appointment notice.
17       Q.   Further down on the page, there's a
18   heading called advanced parole.  Are you familiar
19   with the term "advanced parole"?
20       A.   I am familiar with it.
21       Q.   What is your understanding of advanced
22   parole?
23           MS. SAMUEL:  Objection, calling for legal
24   conclusion.  She's not a lawyer.
25
```

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1683

Case 1:18-cv-00068   Document 284-12   Filed on 08/03/18 in TXSD   Page 7 of 9

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                                Page 68

```
 1   BY MR. BITTER:
 2       Q.    You can answer, if you know.
 3       A.    I understand that as it pertains to me,
 4   as a DACA recipient, I would have been allowed to
 5   leave the United States.
 6       Q.    So your understanding is that advanced
 7   parole is what allows you to travel outside the
 8   United States; is that right?
 9       A.    As it pertains to me as a DACA recipient,
10   that is how I understand it.
11       Q.    Have you applied for advanced parole?
12       A.    No.
13       Q.    Are you aware of others who have applied,
14   other DACA recipients who applied for advanced
15   parole?
16       A.    Yes.
17       Q.    Do you have any understanding about the
18   advanced parole process based on others that you
19   know who have applied for it?
20       A.    No.
21       Q.    You just know that others have applied
22   for advanced parole; is that fair?
23       A.    Yes.
24       Q.    Do you know anything about the process
25   beyond that?
```

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1684

Case 1:18-cv-00068   Document 284-12   Filed on 08/03/18 in TXSD   Page 8 of 9

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                              Page 99

```
 1                    REPORTER CERTIFICATE
 2
 3            I, JO ANN LOSOYA, a Certified Shorthand
 4    Reporter within and for the County of Cook and State
 5    of Illinois, do hereby certify:
 6                    That previous to the commencement
 7    of the examination of the witness, the witness was
 8    duly sworn to testify the whole truth concerning the
 9    matters herein;
10                    That the foregoing deposition
11    transcript was reported stenographically by me, was
12    thereafter reduced to typewriting under my personal
13    direction and constitutes a true record of the
14    testimony given and the proceedings had;
15                    That the said deposition was taken
16    before me at the time and place specified;
17                    That I am not a relative or
18    employee or attorney or counsel, nor a relative or
19    employee of such attorney or counsel for any of the
20    parties hereto, nor interested directly or
21    indirectly in the outcome of this action.
22
23
24
25
```

www.huseby.com             Huseby, Inc. Regional Centers             800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1685

Case 1:18-cv-00068   Document 284-12   Filed on 08/03/18 in TXSD   Page 9 of 9

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                        Page 100

```
 1              IN WITNESS WHEREOF, I do hereunto set my
 2    hand this June 27, 2018.
 3
 4
 5
 6
 7
 8         JO ANN LOSOYA, CSR
 9         C.S.R. No. 84-002437
10
```

www.huseby.com              Huseby, Inc. Regional Centers            800-333-2082
         Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1686