# Exhibit 55

STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.
Dr. Leighton Ku on 06/27/2018

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
 2                  BROWNSVILLE DIVISION

 3                     + + + + +

 4     ----------------------------
                                    :
 5     IN THE MATTER OF:            :
                                    :
 6     STATE OF TEXAS, et al.,      :
                                    :
 7              Plaintiffs,         :
                                    :
 8        v.                        : Case No.
                                    : 1:18-CV-68
 9     UNITED STATES OF AMERICA,    :
       et al.,                      :
10                                  :
                Defendants,         :
11                                  :
       and                          :
12                                  :
       KARLA PEREZ, et al.,         :
13                                  :
                Defendant-          :
14              Intervenors,        :
                                    :
15     and                          :
                                    :
16     STATE OF NEW JERSEY,         :
                                    :
17              Defendant-          :
                Intervenor.         :
18                                  :
       ----------------------------

19
                    Wednesday,
20                  June 27, 2018

21                  Washington, D.C.

22
       DEPOSITION OF:
23
                          LEIGHTON KU
24

25
```

www.huseby.com         Huseby, Inc. Regional Centers         800-333-2082
          Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1688

```
 1   called for examination by Counsel for the
     Plaintiffs, pursuant to Notice of Deposition, in
 2   the Mexican American Legal Defense and Education
     Fund, located at 1016 16th Street, NW,
 3   Washington, D.C., when were present on behalf of
     the respective parties:
 4

 5   APPEARANCES:

 6
     On Behalf of the Plaintiffs, State of Texas, et
 7   al.:

 8   ADAM ARTHUR BIGGS, ESQ.
     State of Texas
 9   Office of the Attorney General
     P.O. Box 12548
10   Austin, TX 78711-2548
     512-936-0750
11   512-936-0545 fax
     adam.biggs@oag.texas.gov
12

13   On Behalf of the Defendants, United States of
     America, et al.:
14

15   AARON S. GOLDSMITH, ESQ.

16   U.S. Department of Justice

17   Civil Division

18   Office of Immigration Litigation

19   Liberty Square Building

20   450 5th Street, NW

21   Washington, D.C. 20530

22   202-532-4107

23   aaron.goldsmith@usdoj.gov

24

25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1689

STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.
Dr. Leighton Ku on 06/27/2018                                    Page 3

```
 1   APPEARANCES: (CONT.)

 2   On Behalf of the Defendant-Intervenors, Karla
     Perez, et al.:
 3
     ALEJANDRA AVILA, ESQ.
 4   Mexican American Legal Defense and Education
     Fund (MALDEF)
 5   110 Broadway
     Suite 204
 6   San Antonio, TX 78205
     210-224-5476
 7   210-224-5382 fax
     aavila@maldef.org
 8

 9   On Behalf of the Defendant-Intervenors, State of
     New Jersey, et al.:
10
     KENNETH S. LEVINE, ESQ.
11   State of New Jersey
     Department of Law and Public Safety
12   Division of Law

13   124 Halsey Street

14   P.O. Box 45029

15   Newark, NJ 07101-5029

16   973-648-2881

17   973-648-3956 fax

18   kenneth.levine@law.njoag.gov

19

20

21

22

23

24

25
```

www.huseby.com           Huseby, Inc. Regional Centers           800-333-2082
       Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1690

1  correctly?
2       A    Yes.
3       Q    Will you explain to me how the state
4  government providing public insurance coverage
5  for DACA recipients works?
6       A    Again, to the extent that there are
7  federal funds that are involved DACA recipients
8  are not eligible for Medicaid or for the health
9  exchanges or for premium tax assistance.
10           State or local governments may offer
11 public insurance if they opt and that they don't
12 get federal funding support in that case.
13           The exception that I think I discussed
14 in this area is that there is a specific benefit,
15 emergency Medicaid assistance that is available
16 to low income people regardless of immigration
17 status that is available.
18           This is a mandatory component of
19 Medicaid.  In addition, a large number of
20 facilities provide uncompensated care to low
21 income patients.
22           In many cases it's not necessarily
23 done through insurance, but they provide
24 uncompensated care.
25      Q    And you said "emergency Medicaid,"

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1691

```
 1                     C E R T I F I C A T E
 2    This is to certify that the foregoing transcript
 3    Deposition of: Dr. Leighton Ku
 4    In the matter of: State of Texas v USA
 5    Before: US District Court for Southern
 6            District of Texas
 7    Date: 06-27-18
 8    Place: Washington, DC
 9    were duly recorded and accurately transcribed
10    under my direction; further, that said transcript
11    is a true and accurate record of the proceedings;
12    and that I am neither counsel for, related to,
13    nor employed by any of the parties to this action
14    in which this deposition was taken; and further
15    that I am not a relative nor an employee of any
16    of the parties nor counsel employed by the
17    parties, and I am not financially or otherwise
18    interested in the outcome of the action.
19    [signature]
20    ----------------------
21    Neal Gross
22    Court Reporter
23
24
25
```

www.huseby.com         Huseby, Inc. Regional Centers         800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1692