# Exhibit 56

## DACA Requestors with an IDENT Response

The following tables provide information on DACA requestors who received an IDENT[1] response. USCIS administrative data and IDENT data were analyzed to determine if a DACA requestor received an IDENT response, when the IDENT response occurred in relation to an approval or denial of the DACA request, and the number and types of offenses associated with an arrest or apprehension of a DACA requestor. An IDENT response indicates that an individual, in this case a DACA requestor, was arrested or apprehended for a criminal offense or an immigration-related civil offense. These tables only analyze arrests and apprehensions, as not all IDENT responses include disposition of the arrest or apprehension such as conviction, acquittal, dismissal or lessening of charges.[2] These tables present data on DACA requestors from 2012 to 2018.[3]

---

[1] The Automated Biometric Identification System (IDENT) is the central DHS-wide system for storage and processing of biometric and associated biographic information for national security; law enforcement; immigration and border management; intelligence; background investigations for national security positions and certain positions of public trust; and associated testing, training, management reporting, planning and analysis, or other administrative uses. For the purposes of this analysis, IDENT provided electronic information from the requestor's Record of Arrest and Prosecutions (RAP) sheet, where one was available.

[2] Under long-standing DACA guidelines, not all convictions or arrests will necessarily result in a denial or termination, unless, as a matter of its discretion, USCIS determines that DACA is not warranted due to public safety, national security, or other discretionary factors on a case-by-case basis. However, pursuant to the DACA guidelines, an individual may request consideration for DACA if, among other things, he or she has not been convicted of a felony, a significant misdemeanor, or three or more non-significant misdemeanors. Please see the DACA guidelines archived on the USCIS website at https://www.uscis.gov/archive/consideration-deferred-action-childhood-arrivals-daca.

[3] USCIS analyzed of data from the Computer Linked Application Information Management System (CLAIMS 3), Electronic Immigration System (ELIS), and Customer Profile Management Service (CPMS) databases. CPMS data are as of November 30, 2017; CLAIMS 3 and ELIS data are as of January 31, 2018 and February 1, 2018, respectively.

Table 1: Number and Percent of Approved and Denied DACA Requestors with an Arrest

| Number of Individual DACA Requestors | DACA Requestors Approved | | | DACA Requestors Denied | | |
|---|---|---|---|---|---|---|
| | Number of DACA Requestors Approved | Number of DACA Requestors Approved with an Arrest | Percent of DACA Requestors Approved with an Arrest | Number of DACA Requestors Denied | Number of DACA Requestors Denied with an Arrest | Percent of DACA Requestors Denied with an Arrest |
| 888,765 | 770,628 | 59,786 | 7.76% | 66,863 | 20,993 | 31.40% |

Source: USCIS. Analysis of data from the Computer Linked Application Information Management System (CLAIMS 3), Electronic Immigration System (ELIS), and Customer Profile Management Service (CPMS) databases. CPMS data are as of November 30, 2017; CLAIMS 3 and ELIS data are as of January 31, 2018 and February 1, 2018, respectively.

*Notes: "Arrests" includes apprehensions. The number of individual DACA requestors is the number of unique Alien Numbers associated with DACA requests and does not represent the number of receipts, current approvals, or the number of current DACA recipients, as some recipients may have obtained lawful immigration status, failed to request renewal, or their renewal request may have been denied. Approved DACA requestors include those whose most recent DACA case status, as of the date the systems were queried, was an approval which will include individuals whose DACA expired and who did not request renewal. The number of denied requestors includes those whose most recent DACA case status, as of the date the systems were queried, was a denial or a termination. The number of approved and denied requestors will not sum to the total number of individual DACA requestors because some cases have another case status not shown in this table, such as pending or administratively closed. An arrest indicates the individual was arrested or apprehended only and does not mean the individual was convicted of a crime. Further, individuals may not have been charged with a crime resulting from the arrest, may have had their charges reduced or dismissed entirely, or may have been acquitted of any charges. Errors may result from the mining of complex text files.*

Table 2: Number and Percent of Approved and Denied DACA Requestors with Prior or Later Arrests [a]

| Number of Individual DACA Requestors | Approved DACA Requestors | | | Denied DACA Requestors | | |
|---|---|---|---|---|---|---|
| | Number of DACA Requestors Approved with an Arrest | Number of DACA Requestors Approved with a Prior Arrest | Number of DACA Requestors Approved with a Later Arrest | Number of DACA Requestors Denied with an Arrest | Number of DACA Requestors Denied with a Prior Arrest | Number of DACA Requestors Denied with a Later Arrest |
| 888,765 | 59,786 | 53,792 | 7,814 | 20,993 | 20,694 | 1,010 |

Source: USCIS. Analysis of CLAIMS 3, ELIS and CPMS data. CPMS data are as of Nov. 30, 2017; CLAIMS 3 and ELIS data are as of Jan. 31, 2018 and Feb. 1, 2018, respectively.

*Notes: "Arrests" includes apprehensions. The number of individual DACA requestors is the number of unique Alien Numbers associated with DACA requests and does not represent the number of receipts, current approval or the number of current DACA recipients, as some recipients may have obtained lawful immigration status, failed to request renewal, or their renewal request may have been denied. The number of approved DACA requestors includes those whose most recent DACA case status, as of the date the systems were queried, was an approval, which will include individuals whose DACA expired and who did not request renewal. The number of denied requestors includes those whose most recent DACA case status, as of the date the systems were queried, was a denial or a termination. The number of approved and denied requestors will not sum to the total number of individual DACA requestors because some cases have another case status not shown in this table such as pending or administratively closed. The number of requestors with a prior arrest and a later arrest do not sum to the total with an arrest because some individuals have had an arrest both before and after an approval or denial.*

[a] *An arrest before an approval or denial compares the earliest arrest date to the latest approval or denial date. An arrest after an approval or denial compares the latest arrest date to the latest approval or denial date.*

*Since 2012, about one percent of approved DACA requestors have an arrest in any given year. An arrest indicates the individual was arrested or apprehended only and does not mean the individual was convicted of a crime. Further, individuals may not have been charged with a crime resulting from the arrest, may have had their charges reduced or dismissed entirely, or may have been acquitted of any charges. Errors may result from the mining of complex text files.*

Table 3: Approved DACA Requestors with a Prior Arrest, by Type of Offense

| Type of Offense | Number of DACA Requestors Approved with a Prior Arrest | Percent of DACA Requestors Approved with a Prior Arrest |
|---|---:|---:|
| Driving-related (excl. DUI) | 20,926 | 38.90% |
| Immigration-related (incl. civil and criminal offenses) | 11,861 | 22.05% |
| Theft, larceny, etc. | 6,629 | 12.32% |
| Drug-related (excl. DUI) | 4,611 | 8.57% |
| Obstruction, fabrication, false claim, etc. | 2,576 | 4.79% |
| Battery | 2,503 | 4.65% |
| Driving under the influence | 2,378 | 4.42% |
| Assault | 2,007 | 3.73% |
| Disorderly conduct | 1,667 | 3.10% |
| Vandalism | 1,558 | 2.90% |
| Liquor-related (excl. DUI) | 1,490 | 2.77% |
| Failure to appear (incl. civil and criminal offenses) | 1,303 | 2.42% |
| Burglary | 1,173 | 2.18% |
| Trespass, unlawful entry, etc. | 1,007 | 1.87% |
| Weapon-related | 979 | 1.82% |
| Resisting/interfering/evading police, etc. | 977 | 1.82% |
| Offenses against family and children | 816 | 1.52% |
| Fraud, money-laundering, corruption, etc. | 713 | 1.33% |
| Contempt, bench warrant, bail, etc. | 702 | 1.31% |
| Undefined threats, attempted crime/conspiracy, etc. | 629 | 1.17% |
| Forgery, counterfeiting, etc. | 615 | 1.14% |
| Undefined juvenile | 561 | 1.04% |
| Undefined ordinance | 497 | 0.92% |
| Stolen property | 454 | 0.84% |
| Hit and Run | 425 | 0.79% |
| Illegal sex-related acts | 308 | 0.57% |
| Probation/parole/curfew violation, etc. | 290 | 0.54% |
| Fail to comply/obey, etc. | 226 | 0.42% |
| Robbery | 187 | 0.35% |
| Sexual abuse, statutory rape, etc. | 174 | 0.32% |
| Indecent exposure, lewd/lascivious acts, etc. | 160 | 0.30% |
| Contributing to the delinquency of a minor | 157 | 0.29% |
| Harassment, restraining order violation, etc. | 140 | 0.26% |
| Reckless conduct/endangerment, etc. | 119 | 0.22% |
| Loitering | 115 | 0.21% |
| Embezzlement | 95 | 0.18% |
| Kidnapping, trafficking, false imprisonment | 95 | 0.18% |

| Type of Offense | Number of DACA Requestors Approved with a Prior Arrest | Percent of DACA Requestors Approved with a Prior Arrest |
|---|---|---|
| Riot, unlawful assembly, etc. | 66 | 0.12% |
| Accessory, accomplice, hindering, etc. | 43 | 0.08% |
| Motor vehicle theft | 40 | 0.07% |
| Organized criminal activity | 38 | 0.07% |
| Rape | 31 | 0.06% |
| Gambling | 30 | 0.06% |
| Arson | 23 | 0.04% |
| Cruelty to Animals / Dog Fighting | 22 | 0.04% |
| Gang | 15 | 0.03% |
| Murder | 10 | 0.02% |
| Child pornography | 2 | 0.00% |
| Manslaughter / negligent homicide | 1 | 0.00% |
| Total Number of DACA Requestors Approved with a Prior Arrest | 53,792 [a] | -- [b] |

Source: USCIS. Analysis of CLAIMS 3, ELIS and CPMS data. CPMS data are as of Nov. 30, 2017; CLAIMS 3 and ELIS data are as of Jan. 31, 2018 and Feb.1, 2018, respectively.

Notes: *This table summarizes offenses for those DACA requestors approved with a prior arrest (53,792) as of the date of the system queries. This table only includes offenses where the arrest date is prior to the date of the individual's most recent DACA approval as of the system query date. The number of approved DACA requestors includes those whose most recent DACA case status, as of the date the systems were queried, was an approval, which will include individuals whose DACA expired and who did not request renewal.*

[a] *53,792 is the total number of approved DACA requestors with a prior arrest, not the sum of offenses (71,444). An individual is counted in more than one offense type if he or she was arrested for multiple offenses. Because some requestors were arrested for more than one offense, the total number of offenses is higher than the number of individuals. Where an individual was arrested for multiple counts within one of the offense categories in the table, then only one count for that category is included per individual. As such, the total number of individual alleged offenses may be higher than 71,444.*

[b] *Percentages are calculated by dividing the value in each offense type row by 53,792. The percentages do not sum to 100 because some individuals have been arrested for multiple offenses.*

*There were no specific offenses extracted from some individuals' IDENT reports (3,281 individuals) due to limitations in the data. Some offenses were extracted from the IDENT report but not clearly defined (3,297 individuals), though these individuals may have other offenses reflected in the table.*

*Offenses were categorized based, to the extent possible, on FBI guidelines. Offense type categories include attempted crimes of that type (e.g., attempted rape is categorized in the "Rape" offense type), except for murder. Attempted murder is categorized in the "Assault" offense type. "Driving-related (excl. DUI)" offenses include driving without a valid license, moving and non-moving violations, and speeding, among others. "Immigration-related" offenses include visa overstays, immigration holds, and removal and deportation proceedings, among others. An arrest indicates the individual was arrested or apprehended only and does not mean the individual was convicted of a crime. Further, individuals may not have been charged with a crime resulting from the arrest, may have had their charges reduced or dismissed entirely, or may have been acquitted of any charges. Errors may result from the mining of complex text files.*

**Table 4: Number and Percent of DACA Requestors Approved or Denied, by Number of Arrests**

| Number of Arrests or Apprehensions | Number of Individual DACA Requestors | Number of DACA Requestors Approved | Percent of DACA Requestors Approved | Number of DACA Requestors Denied | Percent of DACA Requestors Denied |
|---|---|---|---|---|---|
| 0 | 797,297 | 710,842 | 89.2% | 45,870 | 5.8% |
| 1 | 60,286 | 42,707 | 70.8% | 10,542 | 17.5% |
| More than 1 | 31,182 | 17,079 | 54.8% | 10,451 | 33.5% |

Source: USCIS. Analysis of CLAIMS 3, ELIS and CPMS data. CPMS data are as of Nov. 30, 2017; CLAIMS 3 and ELIS data are as of Jan. 31, 2018 and Feb.1, 2018, respectively.

*Notes: "Arrests" includes apprehensions. The number of individual DACA requestors is the number of unique Alien Numbers associated with DACA requests and does not represent the number of receipts, current approvals, or the number of current DACA recipients as some recipients may have obtained lawful immigration status, failed to request renewal, or their renewal request may have been denied. Approved DACA requestors include those whose most recent DACA case status, as of the date the systems were queried, was an approval, which will include individuals whose DACA expired and who did not request renewal. The number of denied requestors includes those whose most recent DACA case status, as of the date the systems were queried, was a denial or a termination. The number of approved and denied requestors will not sum to the total number of individual DACA requestors because some cases have another DACA case status not shown in this table such as pending or administratively closed. An arrest indicates the individual was arrested or apprehended only and does not mean the individual was convicted of a crime. Further, individuals may not have been charged with a crime resulting from the arrest, may have had their charges reduced or dismissed entirely, or may have been acquitted of any charges. Errors may result from the mining of complex text files.*

Table 4a: Number and Percent of DACA Requestors Approved and Denied, by Number of Arrests (detailed)

| Number of Arrests | Number of Individual DACA Requestors | Number of DACA Requestors Approved | Percent of DACA Requestors Approved | Number of DACA Requestors Denied | Percent of DACA Requestors Denied |
|---|---|---|---|---|---|
| 0 | 797,297 | 710,842 | 89.2% | 45,870 | 5.8% |
| 1 | 60,286 | 42,707 | 70.8% | 10,542 | 17.5% |
| 2 | 18,025 | 10,803 | 59.9% | 5,022 | 27.9% |
| 3 | 6,956 | 3,598 | 51.7% | 2,559 | 36.8% |
| 4 | 2,996 | 1,420 | 47.4% | 1,250 | 41.7% |
| 5 | 1,459 | 639 | 43.8% | 679 | 46.5% |
| 6 | 774 | 292 | 37.7% | 404 | 52.2% |
| 7 | 386 | 147 | 38.1% | 196 | 50.8% |
| 8 | 230 | 76 | 33.0% | 116 | 50.4% |
| 9 | 157 | 53 | 33.8% | 88 | 56.1% |
| 10 | 71 | 27 | 38.0% | 38 | 53.5% |
| More than 10 | 128 | 24 | 18.8% | 99 | 77.3% |

Source: USCIS. Analysis of CLAIMS 3, ELIS and CPMS data. CPMS data are as of Nov. 30, 2017; CLAIMS 3 and ELIS data are as of Jan. 31, 2018 and Feb.1, 2018, respectively.

*Notes: "Arrests" includes apprehensions. The number of individual DACA requestors is the number of unique Alien Numbers associated with DACA requests and does not represent the number of receipts, current approvals or the number of current DACA recipients, as some recipients may have obtained lawful immigration status, failed to request renewal, or their renewal request may have been denied. Approved DACA requestors include those whose most recent DACA case status, as of the date the systems were queried, was an approval, which will include individuals whose DACA expired and who did not request renewal. The number of denied requestors includes those whose most recent DACA case status as of the date the systems were queried was a denial or a termination. The number of approved and denied requestors will not sum to the total number of individual DACA requestors because some cases have another DACA case status not shown in this table such as pending or administratively closed. An arrest indicates the individual was arrested or apprehended only and does not mean the individual was convicted of a crime. Further, individuals may not have been charged with a crime resulting from the arrest, may have had their charges reduced or dismissed entirely, or may have been acquitted of any charges. Errors may result from the mining of complex text files.*