# Exhibit 60

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Roberto G. Gonzales, Ph.D. on 06/27/2018

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                FOR THE SOUTHERN DISTRICT OF TEXAS
 3                       BROWNSVILLE DIVISION
 4    STATE OF TEXAS, et al.,
 5         Plaintiffs,
 6      vs.                              CASE NO. 1:18-cv-00068
 7    UNITED STATES OF AMERICA, et al.,
 8         Defendants,
 9       and
10    KARLA PEREZ, et al.,
11         Defendant-Intervenors.
12    -------------------------------x
13
14                         DEPOSITION OF
15                  ROBERTO G. GONZALES, PH.D.
16                    Wednesday, June 27, 2018
17                          1:04 p.m.
18                     Regus Business Center
19                      101 Federal Street
20                  Boston, Massachusetts 02110
21
22                   Laurie K. Langer, RPR
23
24
25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1731

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Roberto G. Gonzales, Ph.D. on 06/27/2018                                Page 2

```
 1                    APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFF(s):
 4      BY:  Adam N. Bitter, Esq.
 5           ASSISTANT ATTORNEY GENERAL
 6           GENERAL LITIGATION DIVISION
 7           P.O. Box 12548
 8           Austin, Texas 78711-2548
 9           (512) 463-2120
10           adam.bitter@oag.texas.gov
11
12   ON BEHALF OF THE DEFENDANT(s):  United States of America
13      BY:  James Walker, Esq.
14           U.S. DEPARTMENT OF JUSTICE
15           CIVIL DIVISION
16           Ben Franklin Station
17           P.O. Box 868
18           Washington, DC 20044
19           (202) 532-4468
20           james.walker3@usdoj.gov
21
22
23
24
25
```

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1732

```
 1      (Appearances continued.)

 2

 3   ON BEHALF OF THE DEFENDANT-INTERVENOR(s):

 4      BY:   Jeremy E. Hollander, Esq.

 5            ASSISTANT ATTORNEY GENERAL

 6            AFFIRMATIVE CIVIL ENFORCEMENT

 7            124 Halsey Street

 8            P.O. Box 45029

 9            Newark, New Jersey 07101-5029

10            (973) 648-7453

11            jeremy.hollander@law.njoag.gov

12

13   ON BEHALF OF THE DEFENDANT-INTERVENOR(s), AND DEPONENT

14   Roberto Gonzales

15      BY:   Denise Hulett, Esq.

16            MALDEF

17            1512 14th Street

18            Sacramento, California 95814

19            (916) 642-6352

20            dhulett@maldef.org

21

22

23

24

25
```

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1733

Case 1:18-cv-00068   Document 284-18   Filed on 08/03/18 in TXSD   Page 5 of 6

**STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.**
Roberto G. Gonzales, Ph.D. on 06/27/2018                          Page 154

1  hardship for many of them to go back to their countries
2  of origin.
3        And I think what's more, many of them don't have
4  the connections, the kind of social capital that allows,
5  allows people, would allow them in this country to be
6  successful in kind of entering a job market and trying
7  to kind of move along, move up, up the ladder in a
8  career in any given career.
9        Q.  But the likelihood of somebody leaving the United
10  States if DACA were rescinded is not something you're
11  offering an opinion about in this case?
12       A.  That's correct.
13       Q.  It sounds like from your prior work that it
14  seemed like your testimony is that it's unlikely that
15  somebody would leave the country if their DACA status
16  were rescinded; is that fair?
17       A.  Yeah.
18       Q.  It's certainly possible somebody might; is that
19  right?
20       A.  It is possible.  There are, I think, upwards of
21  500,000 Mexican born and U.S. born children in Mexico.
22  So it's a possibility and people will, I think the
23  people will do what -- people will follow family
24  members, for example.
25       Q.  And in certain instances that may include leaving

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1734

Case 1:18-cv-00068   Document 284-18   Filed on 08/03/18 in TXSD   Page 6 of 6

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Roberto G. Gonzales, Ph.D. on 06/27/2018                    Page 166

```
 1   COMMONWEALTH OF MASSACHUSETTS)

 2   SUFFOLK, ss.                 )

 3

 4

 5         I, Laurie Langer, Professional Reporter and
     Notary Public in and for the Commonwealth of
 6   Massachusetts do hereby certify that there came before
     me on the 27th day of June, 2018, at 1:04 o'clock p.m.
 7   the person hereinbefore named, Roberto Gonzales, who was
     by me duly sworn to testify to the truth and nothing but
 8   the truth of his knowledge touching and concerning the
     matters in controversy in this cause; that he was
 9   thereupon examined upon his oath, and his examination
     reduced to typewriting under my direction; and that the
10   deposition is a true record of the testimony given by
     the witness.
11

12
           I further certify that I am neither attorney or
13   counsel for, nor related to or employed by, any of the
     parties to the action in which this deposition is taken,
14   and further that I am not a relative or employee of any
     attorney or counsel employed by the parties hereto or
15   financially interested in the action.

16
           In witness whereof, I have hereunto set my hand
17   and seal this 29th day of June, 2018.

18
                        [signature]
19

20                      NOTARY PUBLIC
                        Commission Expires
21                      7/27/23

22

23

24

25
```

www.huseby.com      Huseby, Inc. Regional Centers       800-333-2082
       Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1735