# Exhibit 61

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF TEXAS
 3                    BROWNSVILLE DIVISION
 4    -------------------------------x
 5    STATE OF TEXAS, et al.,        :
 6              Plaintiffs,          :
 7       vs.                         : Case No. 1:18-CV-68
 8    UNITED STATES OF AMERICA       :
 9    et al.,                        :
10       and                         :
11    KARLA PEREZ, MARIA ROCHA,      :
12    JOSE MAGANA-SALGADO, et al.,   :
13    Proposed Defendant-Intervenors.:
14    -------------------------------x
15                             Washington, D.C.
16                             Friday, June 15, 2018
17            * CONTAINS CONFIDENTIAL PORTIONS *
18         Deposition of JOSE MAGANA-SALGADO, a witness
19    herein, called for examination by counsel for
20    Plaintiff States in the above-entitled matter,
21    pursuant to notice, the witness being duly sworn by
22    MICHELE E. EDDY, RPR, CRR, and Notary Public in and
23    for the District of Columbia, taken at the offices of
24    MALDEF, 1016 16th Street, Northwest, Suite 100,
25    Washington, D.C., at 9:09 a.m.
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1737

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018                              Page 2

```
 1                A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF STATES:
 4        ADAM ARTHUR BIGGS, ESQUIRE
 5        Attorney General Ken Paxton
 6        P.O. Box 12548
 7        Austin, Texas   78711
 8        (512) 936-0750
 9        adam.biggs@oag.texas.gov
10
11   ON BEHALF OF THE PLAINTIFFS:
12        ALEJANDRA AVILA, ESQUIRE
13        MALDEF
14        110 Broadway, Suite 204
15        San Antonio, Texas   78205
16        (210) 224-5476
17        aavila@maldef.org
18            AND
19        BURTH G. LOPEZ, ESQUIRE
20        MALDEF
21        1016 16th Street, Northwest
22        Suite 100
23        Washington, D.C.   20036
24        (202) 293-2828
25        blopez@maldef.org
```

www.huseby.com              Huseby, Inc. Regional Centers              800-333-2082
         Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1738

Case 1:18-cv-00068 Document 284-19 Filed on 08/03/18 in TXSD Page 4 of 12

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018                    Page 3

```
 1    ATTENDANCE, Continued
 2
 3    ON BEHALF OF THE FEDERAL DEFENDANTS:
 4         JEFFREY S. ROBINS, ESQUIRE
 5         U.S. Department of Justice, Civil Division
 6         Office of Immigration Litigation
 7         District Court Section
 8         P.O. Box 868
 9         Washington, D.C.  20044
10         Jeffrey.Robins@usdoj.gov
11
12    ON BEHALF OF THE DEFENDANT-INTERVENORS:
13         NINA PERALES, ESQUIRE (via teleconference)
14         Mexican American Legal Defense and
15         Educational Fund
16         110 Broadway, Suite 300
17         San Antonio, Texas  78205
18         (210) 224-5476
19         nperales@maldef.org
20
21
22
23
24
25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1739

Case 1:18-cv-00068   Document 284-19   Filed on 08/03/18 in TXSD   Page 5 of 12

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018                                Page 4

```
 1   ATTENDANCE, Continued:
 2
 3   ON BEHALF OF THE OFFICE OF THE ATTORNEY GENERAL OF NEW
 4   JERSEY:
 5            PAUL JUZDAN, ESQUIRE (via teleconference)
 6            New Jersey Attorney General Office
 7            Division of Law
 8            124 Halsey Street
 9            Newark, New Jersey  07101
10            (973) 648-3183
11            paul.juzdan@law.njoag.gov
12
13   ALSO PRESENT:
14            Raul Medina, intern
15            Alysa Williams, intern
16            Andrew James Salinas
17
18
19
20
21
22
23
24
25
```

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1740

Case 1:18-cv-00068   Document 284-19   Filed on 08/03/18 in TXSD   Page 6 of 12

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018                                Page 18

```
 1       Q    Currently does the DACA program provide
 2   a roadmap to citizenship?
 3            MS. AVILA:  Objection.  Legal
 4   conclusion.
 5       Q    You can answer.
 6       A    Deferred action under Deferred Action
 7   for Childhood Arrivals does not independently
 8   create a path to lawful permanent resident status.
 9       Q    Does the DACA program, in conjunction
10   with other provisions in the immigration laws of
11   the United States, provide that pathway to
12   citizenship?
13            MS. AVILA:  Objection.  Calls for a
14   legal conclusion.
15       A    Can you be more specific about which
16   provisions?
17       Q    Sure.
18            Do you know what advanced parole is?
19       A    I sure do.
20       Q    What is advanced parole?
21            MS. AVILA:  Objection.  Calls for a
22   legal conclusion.
23       A    Advanced parole is a request from a
24   noncitizen to obtain approval from the federal
25   government to be able to be paroled back into the
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
             Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1741

Case 1:18-cv-00068   Document 284-19   Filed on 08/03/18 in TXSD   Page 7 of 12

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018                              Page 19

```
 1   country after their departure.
 2        Q    And an individual that has DACA status,
 3   are they allowed to apply for advanced parole?
 4             MS. AVILA:  Objection.  Calls for a
 5   legal conclusion.
 6        A    Currently they are not.
 7        Q    Previously, are you aware if DACA
 8   recipients were allowed to apply for advanced
 9   parole?
10             MS. AVILA:  Objection.  Calls for a
11   legal conclusion.
12        A    Can you give me a time frame.
13        Q    Let's say during the Obama presidency.
14        A    Yes.
15        Q    Did you ever apply for advanced parole
16   during the Obama presidency?
17             MS. AVILA:  I think for this set of
18   questions that pertain to Mr. Magana's advanced
19   parole and method of entry and all of these lines
20   of questions, we would like to designate the
21   transcript confidential.  I understand that Nina
22   had a conversation with Todd about topics that
23   were sensitive to our clients, and if we have to
24   do this off the record, we have to do this off the
25   record, but we would like to designate this
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1742

Case 1:18-cv-00068   Document 284-19   Filed on 08/03/18 in TXSD   Page 8 of 12

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018                        Page 23

```
 1              (CONFIDENTIAL PORTION STARTS HERE)
 2      BY MR. BIGGS:
 3           Q    So let me back up.  Sir, have you ever
 4      applied for advanced parole?
 5           A    Yes.
 6           Q    When did you apply for advanced parole?
 7           A    2015 and 2016.
 8           Q    In 2015, were you granted advanced
 9      parole?
10           A    Yes.
11           Q    In 2016, were you granted advanced
12      parole?
13           A    Yes.
14           Q    What was the purpose of requesting
15      advanced parole in 2015?
16           A    Employment purposes.
17           Q    What specifically?
18           A    To interview deported Mexican nationals
19      about their experiences.
20           Q    When specifically did you interview
21      deported Mexican nationals about their
22      experiences?
23           A    December of 2015.
24           Q    Where did that interview --
25                MS. PERALES:  This is Nina calling in.
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
              Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1743

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018                          Page 73

```
 1    for MALDEF, did you receive a W-2?
 2         A    Yes.
 3         Q    During that time you worked for MALDEF,
 4    did you have a Social Security number?
 5         A    Yes.
 6         Q    When were you provided a Social Security
 7    number?
 8         A    Approximately the end of 2012.
 9         Q    What caused you to receive that Social
10    Security number from the federal government?
11         A    I applied for the Social Security number
12    from the federal government.
13         Q    If you had not received deferred action,
14    would you have been qualified to apply for the
15    Social Security number with the federal
16    government?
17              MS. AVILA:  Objection.  Calls for a
18    legal conclusion.
19              MR. BIGGS:  I need to -- can you read
20    the question back and then object so it's clean.
21                    (Record read.)
22              MS. AVILA:  Objection.  Calls for a
23    legal conclusion.
24         A    I was able to apply for the Social
25    Security number incident to my DACA status.
```

www.huseby.com              Huseby, Inc. Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1744

Case 1:18-cv-00068   Document 284-19   Filed on 08/03/18 in TXSD   Page 10 of 12

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018                                       Page 74

```
 1      Q    What about your DACA status allowed you
 2   to apply?
 3           MS. AVILA:  Objection.  Calls for a
 4   legal conclusion.
 5      A    The Social Security Administration was
 6   adjudicating applications for Social Security
 7   numbers for individuals who held deferred action,
 8   including Deferred Action for Childhood Arrivals.
 9      Q    Do you know what the significance of
10   having a Social Security number is?
11           MS. AVILA:  Objection.  Vague.
12      A    Could you clarify, please?
13      Q    Why did you apply for a Social Security
14   number?
15      A    So I could contribute to the Social
16   Security and Medicare trust funds through my
17   employment and establish a credit history.
18      Q    Did you apply for it to also be able to
19   potentially in the future draw from those trust
20   funds?
21      A    That was not my intention when I
22   applied.
23      Q    But would you agree that having a Social
24   Security number allows you in the future to
25   potentially draw from those trust funds?
```

www.huseby.com           Huseby, Inc.  Regional Centers           800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1745

Case 1:18-cv-00068   Document 284-19   Filed on 08/03/18 in TXSD   Page 11 of 12

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018                              Page 75

```
 1      A     If I meet the statutory requirements of
 2   contributing a sufficient amount of quarters,
 3   under the law I may be eligible to withdraw in the
 4   future.
 5      Q     All right.  During that year and a half
 6   or approximately when you worked for MALDEF --
 7   actually, withdrawn.
 8            Where did you work next?
 9      A     I worked at the Immigrant Legal Resource
10   Center.
11      Q     What is that?
12      A     That is a nonprofit that focuses on
13   immigration advocacy and policy.
14      Q     Is the job you did for the immigration
15   law -- sorry, what was it again?
16      A     The Immigrant Legal Resource Center.
17      Q     The work you did for MALDEF, was it
18   different from the work you did for that
19   organization?
20      A     It was similar.
21      Q     When were you hired by that institution?
22      A     Approximately 2015.
23      Q     How long did you work for that
24   institution?
25      A     Approximately two years.
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1746

Case 1:18-cv-00068   Document 284-19   Filed on 08/03/18 in TXSD   Page 12 of 12

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Jose Magana-Salgado on 06/15/2018                    Page 133

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2
 3         I, Michele E. Eddy, Registered Professional
 4   Reporter and Certified Realtime Reporter, the court
 5   reporter before whom the foregoing deposition was
 6   taken, do hereby certify that the foregoing transcript
 7   is a true and correct record of the testimony given;
 8   that said testimony was taken by me stenographically
 9   and thereafter reduced to typewriting under my
10   supervision; and that I am neither counsel for,
11   related to, nor employed by any of the parties to this
12   case and have no interest, financial or otherwise, in
13   its outcome.
14
15         IN WITNESS WHEREOF, I have hereunto set my
16   hand and affixed my notarial seal this 20th day of
17   June, 2018.
18
19   My commission expires July 14, 2022
20
21   [signature: Michele E. Eddy]
22   _____
23   MICHELE E. EDDY
24   NOTARY PUBLIC IN AND FOR
25   THE DISTRICT OF COLUMBIA
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
        Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1747