# Exhibit 63

STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.
Angelo Onofri on 06/25/2018

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
 2                  BROWNSVILLE DIVISION

 3

 4   STATE OF TEXAS, et al.,         )
                                     )
 5           Plaintiffs,             )
                                     )
 6   v.                              )
                                     )
 7   UNITED STATES OF AMERICA, et al.,)
                                     )
 8           Defendants,             )
                                     )
 9   and                             )Case No.:
                                     )1:18-cv-00068
10                                   )
     KARLA PEREZ, et al.,            )
11                                   )
             Defendant-Intervenors.  )
12

13

14

15           Deposition of ANGELO J. ONOFRI,

16   ESQUIRE taken pursuant to notice, held at the

17   25 Market Street, Sixth Floor, Trenton, New

18   Jersey 08611 commencing at 9:06 a.m., on the

19   above date, before Jennifer P. Miller, RPR,

20   CCR, CRR #30XI00235100 and Notary Public.

21

22

23

24

25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1765

```
 1   APPEARANCES:

 2   BRIAN DeVITO, ESQUIRE
     State of New Jersey
 3   Department of Law & Public Safety
     Division of Law
 4   25 Market Street
     Trenton, NJ 08611
 5   (973) 877-1405

 6


 7   JEREMY E. HOLLANDER, ESQUIRE
     Assistant Attorney General
 8   Affirmative Civil Enforcement
     124 Halsey Street
 9   P.O. Box 45029
     Newark, NJ  07101-5029
10   (973) 648-7453

11


12   ATTORNEY GENERAL KEN PAXTON
     ADAM ARTHUR BIGGS, ESQUIRE
13   P.O. Box 12548
     Austin, TX  78711-2548
14   (512) 936-0750
     adam.biggs@oag.texas.gov
15


16   OFFICE OF IMMIGRATION LITIGATION
     AARON S. GOLDSMITH
17   Senior Litigation Counsel
     U.S. Department of Justice
18   Liberty Square Building
     450 5th Street, NW
19   Washington, DC 20530-0001
     (202) 532-4107
20   aaron.goldsmith@usdoj.gov

21


22   MALDEF
     PRISCILLA J. ORTA
23   11 East Adams, Suite 700
     Chicago, IL 60603
24   (312) 427-0701 ext. 409
     Porta@MALDEF.org
25
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
       Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1766

1  undocumented population also.  As I mentioned
2  in my declaration, I've done hundreds and
3  hundreds of these events and I've had occasion
4  where as part of the U visa process at a lot of
5  these community events where an individual or
6  an advocate has approached me and, you know,
7  asked about a legal issue and does it matter
8  whether I have documentation or not.  And our
9  goal has always been to try to build a comfort
10 level for -- for the immigrant and undocumented
11 population to cooperate with law enforcement.
12       Q.   Sure.  I'm not trying to pick you on
13 you.  I'm trying to get the bases for this.  As
14 you sit here today, can you recall one specific
15 conversation with any DACA recipient?
16       A.   Again, I'm sure I had them but, no, I
17 can't recall the specifics of any conversation.
18       Q.   Okay.  Let's go to your declaration.
19       A.   Sure.
20       Q.   It's Exhibit 1.
21       A.   Is it okay to look at or --
22       Q.   Yes.  Go right ahead.  All right.
23 I'm going to kind of walk through it.  The way
24 I do this is I'll read it for the record I'll
25 ask you to confirm if I generally read it

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1767

```
 1        about reporting crime whether they were a
 2        victim or a witness.
 3   BY MR. BIGGS:
 4        Q.   Are these community forums that you
 5   discussed one way for your office to help
 6   individuals trust law enforcement more?
 7        A.   It is.
 8        Q.   Do you believe that these community
 9   forums have been successful at educating
10   individuals about the U visa process?
11        A.   I'd like to think they are.
12        Q.   Do you believe that these community
13   forums have helped build trust between law
14   enforcement and the undocumented population in
15   Mercer County?
16        A.   I do.
17        Q.   Do you believe these community forums
18   help rid your particular county of the fear of
19   law enforcement in reporting crimes?
20        A.   I'd like to think that it's helped,
21   yes.
22        Q.   These advocacy groups that you
23   mentioned earlier, generally speaking, do you
24   regard them as doing a good job in helping the
25   community apply for U visas and trust police?
```

www.huseby.com           Huseby, Inc. Regional Centers           800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1768

1  individual that is an informant as to a
2  criminal enterprise.  It may be more along the
3  lines for the feds to use that.  So is that
4  something you've had to use in your office at
5  all?
6       A.   No, it isn't.
7       Q.   Do you use any of these specialized
8  visas to protect your informants?
9       A.   I'm not aware of us using an S visa.
10 Again, the T visa is -- I guess you could
11 consider the victim at times an informant for
12 how the operation works, but we've done I think
13 maybe only one of those.  And the U visas
14 are -- I don't think there's an appropriate use
15 of the U visas for an informant, unless it's a
16 confidential informant, like you said, that
17 brings a ring down.
18      Q.   Does your office do anything to
19 protect informants from an outing of their
20 immigration status in any way?
21           MR. HOLLANDER:  Objection.
22           THE WITNESS:  I'm not aware of
23      anything that we do along those lines.
24 BY MR. BIGGS:
25      Q.   Let's back up to U visas.  Do you

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1769

```
 1   believe that U visas help build trust between
 2   the undocumented community and law enforcement
 3   in Mercer County?
 4        A.    I do believe they help, yes.
 5        Q.    Do you believe T visas help build
 6   trust between the undocumented population and
 7   law enforcement in Mercer County?
 8        A.    With the very limited experience, I
 9   do think that T visas did help because the
10   concern of that particular victim was the
11   trafficker had actually said that they were
12   going to get her sister and put her through the
13   same process.  So once she found that the
14   family could come, I think that did help the
15   cooperation.
16        Q.    Let's go to the second one,
17   paragraph 2.
18        A.    Sure.
19        Q.    "During my 20 years with the Mercer
20   County Prosecutor's Office I have participated
21   in and hosted hundreds of community forums,
22   outreach events, and community engagement
23   activities.  At these community forum events
24   and engagement activities, I have interacted
25   with numerous undocumented persons and listened
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1770

1  gets rescinded that that's going to perpetuate
2  a little more distrust and I do think we're
3  going to have to continue to do the forums and
4  things along those lines in order to build that
5  trust up again.
6              MR. BIGGS:  Can I get the
7       question read back.
8                  - - -
9              (Whereupon, a portion of the
10             testimony was read back.)
11                 - - -
12             MR. HOLLANDER:  I object to
13      answering it a second time.
14             But you can.
15             THE WITNESS:  No.  For the
16      reasons in the long answer.
17 BY MR. BIGGS:
18     Q.   And the "no" is what I was looking
19 for.
20             And would the rescission of DACA
21 make U visas unavailable for victims of crimes?
22     A.   No.  Nor material witnesses.
23     Q.   Would the rescission of DACA
24 eliminate the use of T visas by your office?
25     A.   No, I don't believe it would.  That's

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1771

```
 1                Firsthand knowledge, as you sit
 2     here today based on firsthand knowledge alone,
 3     can you tell me conclusively that one DACA
 4     recipient lives in Mercer County?
 5                MR. HOLLANDER:  Objection.
 6                THE WITNESS:  No, I can't.
 7     BY MR. BIGGS:
 8          Q.    You mentioned earlier the increase in
 9     safety you believe DACA provides.  Do you
10     believe that your office would be justified in
11     ignoring the law if it made public safety
12     slightly stronger?
13                MR. HOLLANDER:  Objection.
14                THE WITNESS:  Which law are we
15          talking about?
16     BY MR. BIGGS:
17          Q.    Any law.  Hypothetical law X.
18          A.    No, we have to follow the law.
19          Q.    You have to follow the law even if it
20     makes public safety slightly stronger, correct?
21                MR. HOLLANDER:  Objection.
22                THE WITNESS:  If it makes it
23          slightly stronger?
24     BY MR. BIGGS:
25          Q.    Yes.
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1772

```
 1        A.   We have to follow the law.
 2        Q.   Let me reask the question.  I'll
 3   clarify.  I think I asked it poorly there.
 4             So if ignoring a law in your
 5   opinion would slightly increase public safety,
 6   would you believe it is appropriate to ignore
 7   that law for that purpose?
 8             MR. HOLLANDER:  Objection.
 9             THE WITNESS:  No.  I don't think
10        it would be appropriate to ignore it.
11             MR. BIGGS:  Let's take, like, a
12        five-minute break and I think I could
13        probably pass the witness, if that's all
14        right?
15             MR. HOLLANDER:  Sure.  So we're
16        off the record.
17                         -  -  -
18             (Whereupon, a short recess
19        was taken.)
20                         -  -  -
21   BY MR. BIGGS:
22        Q.   Let's finish up really quickly.
23        A.   Sure.
24        Q.   We're back on the record.  And so, I
25   just want to kind of clean up with a few kind
```

www.huseby.com              Huseby, Inc. Regional Centers              800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1773

STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.
Angelo Onofri on 06/25/2018                                Page 104

1                  CERTIFICATE

2        I HEREBY CERTIFY that the

3   proceedings, evidence and objections are

4   contained fully and accurately in the

5   stenographic notes taken by me upon the

6   deposition of ANGELO J. ONOFRI, ESQUIRE

7   taken on June 25, 2018, and that this is a

8   true and correct transcript of same.

9

10

11

12   _____

13       Jennifer Miller, RPR, CCR, CRR

14       and Notary Public

15

16

17

18

19

20

21       (The foregoing certification of

22   this transcript does not apply to any

23   reproduction of the same by any means

24   unless under the direct control and/or

25   supervision of the certifying reporter.)

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1774