# Exhibit 65

# Transcript of the Testimony of

# Sarah Saldana

## Date:

June 29, 2018

## Case:

STATE OF TEXAS vs UNITED STATES OF AMERICA

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                    SOUTHERN DISTRICT OF TEXAS

STATE OF TEXAS, et al.      :
Plaintiff                   :
                            :
vs.                         :    C.A. NO. 1:18-cv-00068
                            :
UNITED STATES OF AMERICA,   :
et al.                      :
Defendant                   :




                       ORAL DEPOSITION OF
                       SARAH R. SALDANA
                         JUNE 29, 2018
                        VOLUME 1 OF 1




        ORAL DEPOSITION OF SARAH R. SALDANA,
produced as a witness at the instance of the Plaintiffs,
and duly sworn, was taken in the above-styled and
numbered cause on June 29, 2018, from 9:01 to
11:34 a.m., before Vonda P. Treat, CSR No. 2584, in and
for the State of Texas, reported by machine shorthand,
at the offices of the Texas Attorney General, 1412 Main
Street, Suite 810, Dallas, Texas, pursuant to the
Federal Rules of Civil Procedure and the provisions as
stated on the record or attached hereto.
```

Sarah Saldana

June 29, 2018
Page 2

1                DEPOSITION OF SARAH R. SALDANA

2                         I N D E X

3                                                              PAGE

Appearances.................................................3
4  Stipulations................................................4
   Examination by Mr. Disher...................................4
5  Reporter's Certificate.....................................98

6                         EXHIBIT INDEX

7   1      Declaration of Sarah R. Saldana                    7

8   2      U.S. Citizenship and Immigration Services         81
           Chart
9
    3      DACA, Advance Parole, and Family Petitions        84
10

Sarah Saldana                                                June 29, 2018
                                                                   Page 3

```
 1                    A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3       Mr. Todd Lawrence Disher
         Attorney General's Office - Texas
 4       Special Counsel for Civil Litigation
         PO Box 12548
 5       Austin, Texas   78711
         512-936-2266   Fax 512-936-0545
 6       todd.disher@oag.texas.gov

 7
     FOR THE DEFENDANT:
 8
         Mr. Aaron Goldsmith
 9       U.S. Department of Justice
         450 5th Street, NW
10       Washington, DC   20530-0001
         202-532-4107   Fax 202-616-8962
11       aaron.goldsmith@usdoj.gov

12
     FOR THE DEFENDANT INTERVENORS:
13
         Ms. Celina Moreno
14       MALDEF
         110 Broadway, Suite 300
15       San Antonio, Texas   78205
         617-388-3551
16       cmoreno@maldef.org

17
     FOR THE STATE OF NEW JERSEY DEFENDANT INTERVENOR:
18
         Mr. Brian DeVito (Telephonically)
19       Attorney General's Office - New Jersey
         124 Halsey Street, Floor 5
20       Newark, New Jersey   07101
         973-877-1405   Fax 973-648-4887
21       brian.devito@law.njoag.gov

22
     ALSO PRESENT:
23
         Ms. Caitlin Lavery (Telephonically)
24

25
```

```
 1     A.   I can think of at least one instance.  I can't
 2   give you a quantity; but, yeah.
 3     Q.   It happens?
 4     A.   Yes.
 5     Q.   All right.  As the director of ICE, it was
 6   important, in your mind, for your agency and employees
 7   to follow duly enacted laws.
 8     A.   Yes.
 9     Q.   Why was that important to you?
10     A.   Because we're -- that's our whole purpose and
11   mission, is to enforce the immigration and customs laws
12   of the United States.
13     Q.   If there was a law that you disagreed with
14   personally, would you still direct your agency and
15   employees to follow that law?
16     A.   Yes.
17     Q.   And you would still follow that law.
18     A.   Yes.
19     Q.   Of course.  Okay.
20          All right.  Just to clarify one thing:  I
21   know you were the director of ICE, but you never worked
22   for customs and border patrol.
23     A.   No.
24     Q.   And you never worked for the United States
25   Citizenship and Immigration Service.
```

```
 1                  UNITED STATES DISTRICT COURT
                            FOR THE
 2                  SOUTHERN DISTRICT OF TEXAS

 3    STATE OF TEXAS, et al.     :
      Plaintiff                  :
 4                               :
      vs.                        :   C.A. NO. 1:18-cv-00068
 5                               :
      UNITED STATES OF AMERICA,  :
 6    et al.                     :
      Defendant                  :
 7                       REPORTER'S CERTIFICATION
                  DEPOSITION OF SARAH R. SALDANA
 8                        JUNE 29, 2018
                          VOLUME 1 OF 1
 9
```

10        I, Vonda P. Treat, Certified Shorthand Reporter

11   in and for the State of Texas, hereby certify to the

12   following:

13        That the witness, SARAH R. SALDANA, was duly

14   sworn by the officer and that the transcript of the oral

15   deposition is a true record of the testimony given by

16   the witness;

17        That examination and signature of the witness

18   to the deposition transcript was considered waived under

19   Federal Rule 30(e)(1) because no request for signature

20   was made at the time of the deposition;

21        That the original deposition was delivered to

22   Mr. Todd Lawrence Disher, Custodial Attorney;

23        That pursuant to information given to the

24   deposition officer at the time said testimony was

25   taken, the following includes counsel for all parties

```
 1 | of record:
   |     FOR THE PLAINTIFFS: Mr. Todd Lawrence Disher;
 2 |     FOR THE DEFENDANT: Mr. Aaron Goldsmith;
   |     FOR THE DEFENDANT INTERVENORS: Ms. Celina Moreno;
 3 |     FOR THE STATE OF NEW JERSEY DEFENDANT INTERVENOR:
   | Mr. Brian DeVito;
 4 |         That a copy of this certificate was served on
 5 | all parties shown herein.
 6 |         I further certify that I am neither counsel
 7 | for, related to, nor employed by any of the parties or
 8 | attorneys in the action in which this proceeding was
 9 | taken, and further that I am not financially or
10 | otherwise interested in the outcome of the action.
11 |         Certified to by me on this _____ day of
12 | _____ 2018.              Vonda P. Treat
13 |
14 |                                   _____
                                       Vonda P. Treat, CSR No. 2584
15 |                                   Expiration Date: 12-31-18
                                       Firm Registration No. 631
16 |                                   Kim Tindall & Associates, LLC
                                       16414 San Pedro, Suite 900
17 |                                   San Antonio, Texas  78232
                                       Phone 210-697-3400
18 |                                   Fax 210-697-3408
19 |
20 |
21 |
22 |
23 |
24 |
25 |
```