# Exhibit 66

App. 1793

STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.
Diana Gonzalez on 06/25/2018

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
 2                   BROWNSVILLE DIVISION

 3

 4    STATE OF TEXAS, et al.,           )
                                        )
 5             Plaintiffs,              )
                                        )
 6    v.                                )
                                        )
 7    UNITED STATES OF AMERICA, et al.,)
                                        )
 8             Defendants,              )
                                        )
 9    and                               )Case No.:
                                        )1:18-cv-00068
10                                      )
      KARLA PEREZ, et al.,              )
11                                      )
               Defendant-Intervenors.   )
12

13

14

15            Deposition of DIANA GONZALEZ taken

16    pursuant to notice, held at the 25 Market

17    Street, Sixth Floor, Trenton, New Jersey 08611

18    commencing at 1:08 p.m., on the above date,

19    before Jennifer P. Miller, RPR, CCR, CRR

20    #30XI00235100 and Notary Public.

21

22

23

24

25
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1794

```
 1   APPEARANCES:

 2   JEREMY E. HOLLANDER, ESQUIRE
     Assistant Attorney General
 3   Affirmative Civil Enforcement
     124 Halsey Street
 4   P.O. Box 45029
     Newark, NJ  07101-5029
 5   (973) 648-7453

 6


 7   ATTORNEY GENERAL KEN PAXTON
     ADAM ARTHUR BIGGS, ESQUIRE
 8   P.O. Box 12548
     Austin, TX  78711-2548
 9   (512) 936-0750
     adam.biggs@oag.texas.gov
10


11   OFFICE OF IMMIGRATION LITIGATION
     AARON S. GOLDSMITH
12   Senior Litigation Counsel
     U.S. Department of Justice
13   Liberty Square Building
     450 5th Street, NW
14   Washington, DC 20530-0001
     (202) 532-4107
15   aaron.goldsmith@usdoj.gov

16


17   MALDEF
     PRISCILLA J. ORTA
18   11 East Adams, Suite 700
     Chicago, IL 60603
19   (312) 427-0701 ext. 409
     Porta@MALDEF.org
20


21   PAUL H. JUZDAN, ESQUIRE
     STATE OF NEW JERSEY
22   DEPARTMENT OF LAW & PUBLIC SAFETY
     124 Halsey Street
23   P.O. Box 45029-5029
     Newark, NJ  07101
24   (973) 648-3286

25
```

www.huseby.com            Huseby, Inc. Regional Centers            800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1795

```
 1          given to an immigrant that arrived here
 2          when they were young and it provides them
 3          with deferred action removal and they can
 4          reapply, I believe, every two years.
 5   BY MR. BIGGS:
 6        Q.   Are you aware if a DACA recipient
 7   receives any benefits from receiving that
 8   particular status?
 9        A.   They do.  They have the opportunity
10   for work authorization.
11        Q.   Do you know if they are eligible to
12   apply for a Social Security number?
13        A.   They are not.
14        Q.   Are you aware if they are eligible --
15   actually, let me withdraw the question.
16             Do you know what advance parole
17   is?
18        A.   No.
19        Q.   So you wouldn't know if they're
20   eligible for advance parole if you don't know
21   what advance parole is.  A lot of my questions
22   may seem silly but it's for the sake of whoever
23   is reading it.
24        A.   Of course.
25        Q.   What opportunities does the DACA
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1796

STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.
Diana Gonzalez on 06/25/2018                                Page 68

```
 1                    CERTIFICATE
 2        I HEREBY CERTIFY that the
 3   proceedings, evidence and objections are
 4   contained fully and accurately in the
 5   stenographic notes taken by me upon the
 6   deposition of DIANA GONZALEZ
 7   taken on June 25, 2018, and that this is a
 8   true and correct transcript of same.
 9
10
11
12        _____
13        Jennifer Miller, RPR, CCR, CRR
14        and Notary Public
15
16
17
18
19
20
21        (The foregoing certification of
22   this transcript does not apply to any
23   reproduction of the same by any means
24   unless under the direct control and/or
25   supervision of the certifying reporter.)
```

www.huseby.com      Huseby, Inc. Regional Centers      800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 1797