# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

## **[PROPOSED] ORDER**

Defendant-Intervenor State of New Jersey's Unopposed Motion to Exceed Page Limits (the "Motion") having come before this Court, and the Court having considered the papers submitted in connection with said motion, and for good cause shown, IT IS HEREBY ORDERED that:

(1) The Motion is GRANTED; and

(2) Defendant-Intervenor State of New Jersey shall be permitted to file a Reply Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction of up to 35 pages.

IT IS SO ORDERED on this _____ day of August, 2018.

_____
Hon. Andrew S. Hanen
United States District Court Judge