# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY | § |
| Defendant-Intervenor. | § |

## ORDER GRANTING PEREZ DEFENDANT-INTERVENORS' OPPOSED RULE 56(d) MOTION TO DENY OR DEFER CONSIDERATION OF SUMMARY JUDGMENT

On this date, the Court considered Perez Defendant-Intervenors' Opposed Rule 56(d) Motion to Deny or Defer Consideration of Summary Judgment. After considering the Motion, the Court GRANTS the motion and ORDERS that Plaintiffs' motion for summary judgment is:

\_\_\_\_ DENIED.

\_\_\_\_ DEFERRED until a Rule 26(f) conference has been held and further discovery is completed.

SIGNED on this the \_\_\_\_ day of August, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge