UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 18-cv-00068 |
| KIRSTJEN M. NIELSEN, *et al.*, | |
| Defendants, | |
| *and* | |
| KARLA PEREZ, *et al.*, | |
| Defendant-Intervenors. | |

**FEDERAL DEFENDANTS' NOTICE OF FILING**

Federal Defendants inform the Court that today, in *NAACP v. Trump*, No. 17-cv-1907-JDB (D.D.C.) at Dkt. No. 28, and *Trustees of Princeton University v. United States*, No. 17-cv-2325-JDB (D.D.C.) at Dkt. No. 79, the defendants in those matters filed notices of appeal to the United States Court of Appeals for the District of Columbia Circuit from the April 24, 2018 Order and Memorandum Opinion and the August 3, 2018 Order and Memorandum Opinion of the Honorable John D. Bates, United States District Judge (ECF Nos. 22, 23, 26, 27). That appeal includes all prior orders and decisions that merge into the court's April 24 and August 3, 2018 orders.

1

| | |
|---|---|
| Dated: August 6, 2018 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division<br>BRETT A. SHUMATE<br>Deputy Assistant Attorney General<br>WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation<br>District Court Section |
| | /s/ *Jeffrey S. Robins*<br>JEFFREY S. ROBINS<br>Attorney-in-Charge<br>Assistant Director<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Washington, DC 20044<br>Telephone: (202) 616-1246<br>Facsimile: (202) 305-7000 |
| Attorneys for Federal Defendants | jeffrey.robins@usdoj.gov |

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2018, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jeffrey S. Robins*
JEFFREY S. ROBINS