# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

AUG 06 2018

David J. Bradley, Clerk of Court

20180720-76

Mark H Lynch
Covington & Burling LLP
1201 Pennsylvania Ave NW
Washington, DC 20004

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, July 20, 2018
Case Number: 1:18-cv-00068
Document Number: 178 (1 page)
Notice Number: 20180720-76
Notice: The attached order has been entered.

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



United States Courts
Southern District of Texas
FILED
AUG 06 2018
David J. Bradley, Clerk of Court

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.47⁰
02 1W
0001374615 JUL. 20 2018

NIXIE        207        FE 1        0007/31/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010        *0933-05345-20-41
UTF