# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20180720-92
```
Mark H Lynch
Covington & Burling LLP
1201 Pennsylvania Ave NW
Washington, DC 20004

United States Courts
Southern District of Texas
FILED

AUG 06 2018

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, July 20, 2018
Case Number: 1:18-cv-00068
Document Number: 183 (1 page)
Notice Number: 20180720-92
Notice: The attached order has been entered.

