IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |
| Defendants, | ) ) |
| KARLA PEREZ, *et al.*, | ) ) |
| Defendant-Intervenors, and | ) ) ) |
| STATE OF NEW JERSEY, | ) ) |
| Defendant-Intervenor. | ) ) |

**APPENDIX**

Pursuant to this Court's Civil Procedures, Rule 7, Defendant-Intervenor, State of New Jersey, hereby provides this Court with the following table of contents and copies of the documents and authorities cited in its Post-Hearing Supplement Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction:

| Ex. | Description | Page |
|---|---|---|
| 71. | DEF00007875-76 | NJAPP0836-838 |

Dated: August 13, 2018

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: */s/Rachel Wainer Apter*
Assistant Attorney General
Attorney-in-Charge
(admitted pro hac vice)

Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
Trenton, New Jersey 08625-0116
Phone: (609) 376-2702
Fax: (609) 777-4015
Rachel.Apter@njoag.gov

Jeremy Hollander, Assistant Attorney General
(admitted pro hac vice)
Kenneth S. Levine, Deputy Attorney General
(admitted pro hac vice)
Paul H. Juzdan, Deputy Attorney General
(admitted pro hac vice)
Brian DeVito, Deputy Attorney General
(admitted pro hac vice)
Katherine Gregory, Deputy Attorney General
(admitted pro hac vice)
Nicholas Dolinsky, Deputy Attorney General
(admitted pro hac vice)
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101

*Attorneys for Defendant-Intervenor State of New Jersey*

# Exhibit 71

NJAPP0836

| | |
|---|---|
| **From:** | Holmes-Okeawolam, Malethea S <████████████████████████> |
| **Sent:** | Tuesday, May 8, 2018 10:36 AM |
| **To:** | Robinson, Brandon M <████████████@uscis.dhs.gov> |
| **Subject:** | RE: DACA Discretinoary Denials |

Brandon,

TSC has been out of the DACA initial/renewal business for over 2 years now. However, Section Chief Tyronda Lee (BCU) will respond behalf of TSC since her team processed the criminality cases. On the adjudication side, we typical denied cases because they did not meet the guidelines.

Thanks.

**Malethea Holmes-Okeawolam**
Associate Center Director | Texas Service Center
**Office**: (214) 962-████ | **Cell**: (214) 236-████

---

**From:** Robinson, Brandon M
**Sent:** Tuesday, May 08, 2018 8:00 AM
**To:** DeBoer, Allan S; Shafii-Stier, Sara A; Jenkins, Jennifer L; Herring, Monte R; Lewis, Theodore R; Nguyen, Van T; Sherman, Lori A; Beyor, Avery G Jr; Nephew, Brad D; Marks, Jaylan A; Holmes-Okeawolam, Malethea S; Lee, Tyronda E; Liu, Jerry
**Cc:** Umoru, Victoria E; Garon, Michielle S
**Subject:** DACA Discretinoary Denials
**Importance:** High

Good morning DACA POCs,

I hope you are all doing well.

We are in need of your assistance in providing information to DOJ regarding discretionary denials. Specifically, has DACA ever been denied based on purely discretionary factors when all the DACA guidelines have been met (to include not being a public safety concern)? DOJ is requesting our responses by noon ET today (5/8). Any information you can share would be greatly appreciated. Apologies for the quick turnaround.

Thanks!
Brandon

**Brandon Robinson**
Acting Branch Chief

Service Center Operations HQ
U.S. Citizenship and Immigration Services
Department of Homeland Security
402.304.▮▮▮▮ (cell)
▮▮▮▮▮▮▮▮▮▮▮@uscis.dhs.gov