# EXHIBIT I

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP, et al.,**<br><br>Defendants. | **Civil Action No. 17-1907 (JDB)** |
| **TRUSTEES OF PRINCETON UNIVERSITY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>Defendants. | **Civil Action No. 17-2325 (JDB)** |

## ORDER

Upon consideration of [81] the government's unopposed motion for clarification and [82] the government's motion for a stay pending appeal, and for the reasons given in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [81] the motion for clarification is **GRANTED**; it is further

**ORDERED** that [82] the motion for a stay pending appeal is **GRANTED IN PART AND DENIED IN PART**; it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 62(c), [69] the April 24, 2018 order vacating the rescission of the Deferred Action for Childhood Arrivals ("DACA") program and [77] the August 3, 2018 order denying reconsideration of the April 24, 2018 order

are **STAYED** pending the government's appeal in this matter to the extent that those orders require the Department of Homeland Security to begin accepting initial DACA applications or applications for advance parole under the DACA program; it is further

**ORDERED** that, in all other respects, the stay of the April 24, 2018 and August 3, 2018 orders is **LIFTED** and those orders shall take immediate effect; and it is further

**ORDERED** that the Court's April 24, 2018 and August 3, 2018 orders are clarified to constitute together a final, appealable judgment that "adjudicat[ed] all the claims and all the parties' rights and liabilities" in this action. Fed. R. Civ. P. 54(b).

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated: August 17, 2018

2