1:18CV68

United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

Honorable Judge Andrew Hanen

RE: Amicus Brief or Free Speech Letter Concerning DACA.

1. The United States Supreme Court ruled DACA is unconstitutional. There are no Clauses in the United States Constitution to support DACA.

2. Article I Section 8 Clause 1 Prohibits the United States from levying taxes for immigrants. The Constitution Clause only levy taxes for Defense and Debts of the Nation and the General Welfare of the United States. Citizens and subjects of Foreign States do not qualify Until they are Naturalized into the Jurisdiction of the United States - Amendment XIV.

3. Article I, Section 9, gives Migration and Importation of Persons to the States. It requires States to Pay a tax to the United States for each Imported Person. The tax amount today is likely over $100 per person. The State must give any person in its jurisdiction Due Process in Amendment XIV, Clause 3, the last 31 words, that say no State can deprive any person of life or liberty without Due Process of Law and Equal Protection with others in the same situation.

.01

4. Amendment XI limits filings in Federal Courts for cases that supports Immigrants. It Says "Citizen and Subjects of Foreign States are limited to federal Court Proceedures." Recently, the United States Supreme Court ruled that "Foreign Naturals and Immigrants have NO constitutional Due Process to Asylum, Amnesty, Hearings on Immigration Whatsoever in Federal District Court."

4a. The USSC made a precedent ruling that President Trump and all future Presidents can fire Federal District Judges. The recent decision by the 9th Circuit are examples of federal judges who should be fired for the lack of Constitutional Acumen. That is why it is so important for Presidents to be constitutionally savvy as Honorable Judge Andrew Hanen is. All 5 of my cases against Barack Obama and Congress were Upheld by the United States Supreme Court. When Judge Andrew Hanen started the Constitutional rulings that Took Down Obama in a 4/4 Split.

5. Recently, several Companies were ordered to pay foreign workers settlements after they argued the 1866 Civil Rights Act that was basically drafted for black citizens who were denied certain Civil Rights. A federal District judge who lacked Constitutional Acumen, allowed that 1866 Civil Rights ruling to be used by Foreign Workers who are not citizens being deprived of civil rights and also under the jurisdiction of a Foreign State, therefore not under U.S. jurisdiction.

.02

6. It appears that the ruling of the United States Supreme Court that determined that Foreign Nationals and Immigrants have no Due Process the United States Courts is meant to Return Immigration back to State Due Process as demanded in Amendment XIV, Clause 3, the last 31 words. (Section I)

7. In fact the federal Civil Cover Sheet Form has omitted and Deleted Immigration from the form JS 044 and Replaced it with II. "Basis of Jurisdiction". It was replaced with "Diversity", Number 4 of Basis of Jurisdiction. It instructs to indicate the citizenship of the parties. Since immigration has been stricken from the JS 044 form, Immigration cases must return to State Jurisdiction in State Courts where States set up their own DACA program for their own State with their own Welfare system to support DACA in Amendment XIV Section I, Clause 3, the last 31 words

8. New Federal Forms should be Drafted for Remanding immigrant cases to State Courts. The Clerk should not accept anymore immigrant cases in federal Court and judges should remand all immigration case forthwith, STAT to State court or their rulings are void at the inception: Elliot v Piersol, In Re: Sawyer, U.S. v Will and Cohen V Virginia.

Respectfully
Christine Timmon
August 11, 2018

.03

United States Courts
Southern District of Texas
FILED
AUG 16 2018
David J. Bradley, Clerk of Court

Christine Tijerina
22021 Donald Ave
Eastpointe, MI 48021

United States District Judge
The Honorable Judge Andrew Hanen
515 Rusk Avenue
Houston, Texas 77002