# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

AUG 27 2018

David J. Bradley, Clerk of Court

```
||||||||||||||||||||||||||||||||||||||
       20180720-71
```

Mark H Lynch
Covington & Burling LLP
1201 Pennsylvania Ave NW
Washington, DC 20004

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, July 20, 2018
Case Number: 1:18-cv-00068
Document Number: 179 (1 page)
Notice Number: 20180720-71
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

ANK 403

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.47⁰
02 1W
0001374615 JUL. 20. 2018

United States Courts
Southern District of Texas
FILED
AUG 27 2018
David J. Bradley, Clerk of Court

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD