United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY | § |
| Defendant-Intervenor. | § |

**ORDER GRANTING PEREZ DEFENDANT-INTERVENORS'
UNOPPOSED MOTION TO WITHDRAW EXHIBIT 76**

On this date, the Court considered Perez Defendant-Intervenors' Unopposed Motion to Withdraw Exhibit 76. After considering the motion, the Court GRANTS the motion and ORDERS the Clerk's Office to withdraw Defendant-Intervenors' Exhibit 76, filed under Dkt. 225-3 at 183-204, from the record in the above-captioned case.

SIGNED on this the 31st day of August, 2018.

Hon. Andrew S. Hanen,
U.S. District Court Judge