United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, )<br>)<br>*Plaintiffs,* )<br>)<br>*v.* )<br>)<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>*Defendants,* )<br>)<br>and )<br>)<br>KARLA PEREZ, *et al.*, )<br>)<br>*Defendant-Intervenors.* ) | Case No. 1:18-cv-00068 |

**ORDER GRANTING PLAINTIFF STATES' MOTION TO EXCLUDE TESTIMONY FROM UNTIMELY DESIGNATED WITNESSES**

On this date, the Court considered Plaintiff States' Motion to Exclude Testimony from Untimely Designated Witnesses. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that exhibits 12, 15, 26–51, 59, and 60 on Defendant-Intervenors exhibit list (*see* ECF No. 90) are EXCLUDED.

SIGNED on this the 31st day of August, 2018.

Hon. Andrew S. Hanen,
U.S. District Court Judge