1:18cv68

United States Courts
Southern District of Texas
FILED
AUG 30 2018
David J. Bradley, Clerk of Court

August 15, 2018

United States Supreme Court

1 First Street N.E
Washington, D.C. 20543

Re: America has Two Jurisdictional Clauses for Immigration.

Amendment XIV Section 1, (the first 28 words) say "All persons born or Naturalized and subject to the Jurisdiction thereof are citizens of the United States and the State they reside in." Therefore, immigrants and foreigners who are not Constitutionally Naturalized are not under the Jurisdiction of the United States under Amendment XIV, Section 1.

Immigrants must register for State jurisdiction under Amendment XIV Section 1 Clause 3 (the last 31 words) that says "No State can deprive life or liberty to any person in its Jurisdiction without Due Process of Law and Equal Protection with all immigrants." Therefore, for the past 55 years since the advent of the U.S. Immigration and Nationality Laws, Immigrants and foreigners have NO jurisdiction because they were never sworn in as legal residents under State due process.

Article I, Section 9, says "States are in charge of Migrants and Imported Persons, and the

.01

United States can levy taxes for each imported Person." This constitutional entry by jurisdiction must be returned to the Immigration process.

There is No Constitutional Clause that allows Congress or Presidents to admit persons into States. The current system of immigration is a blatant overthrow of Jurisdictional immigration laws of the United States Constitution.

Article I, Section 8 prohibits federal tax dollars being spent on Citizens and subjects of foreign Nations. The United States Supreme Court should Order all District federal Courts to remand all immigration case to State Court according to State Due process in Amendment XIV, Section 1, Clause 3.

All visas and GreenCards must be rescinded and exchanged for Immigration on the State Level. States must provide Due Process for Courts and State entitlements. All Welfare and federal Handouts must go to State Programs. The State must register each foreigner and swear them in as legal State Residents and remit the Import tax for each of them with their documents that such person is a legal State resident. If this is Not done, such person can be deported for lack of Jurisdiction. Foreigners are in no man's land, in citizenship abyss like purgatory.

Respectfully
Christine Timmon
CC: Honorable Justice John Roberts, Honorable Justice Neil Gorsuch
Honorable Judge Andrew Hanen

.02

Christine Timmon
22021 Donald Ave
Eastpointe, MI 48021



United States District Court
Honorable Judge Andrew Hanen
Houston Division
Houston, Texas 77002