United States Courts
Southern District of Texas
FILED

SEP 04 2018

David J. Bradley, Clerk of Court

August 24, 2018

Mr. Chris White

NWI.com

601 West 45th Street

Munster, Indiana 46321

**Editorial on Constitutional Immigration**

    In response to NWI.com and all others who want a "pathway to citizenship in America for DACA and other Immigrants!" It does not exist in the United States Constitution for the Federal government. The United States Constitution provides a way for all persons to be in America by being "STATE" residents first. Article 1, Section 9, the first 19 words clearly say _"The migration or importation of such persons as any of the STATES now existing shall think proper to admit."_ It does not say "Congress, Cities, towns or Presidents admit migrants or imports."

    Article 1 Section 9 says Congress only has power to "Prohibit" what States think proper. However, the Constitution does not delegate Immigration powers to the federal government to bring immigrants, nor does it grant the federal government the power to spend American tax dollars on citizens and subjects of foreign nations. Article 1, Section 8. Tax dollars are for the "General Welfare of the United States." All American tax dollars that have been spent on immigrants must be refunded to Americans and Businesses whose tax dollars have been unconstitutionally spent on citizens and subjects of foreign nations. States only, are required to give due process to foreigners under their State Immigration laws.

    Article 1, Section 9, gives the United States the power to collect taxes for each person that a State imports. Amendment XIV, Section 1, Clause 3, the last 31 words guarantees that all States cannot deny life and liberty to any persons in its jurisdiction without due process of law and equal protection with others in their similar situation. Amendment XIV, Section 1, Clause 2, prohibits States or the United States from taking privileges and immunities from citizens of the United States of America. Therefore, until immigrants are Constitutionally naturalized, they do not get the same rights and protections as American Citizens.

Page 2, August 24, 2018

Amendment XIV, Section 1, the first 28 words Prohibits the United States from any involvement with citizens and subjects of foreign nations. It says "All persons born or naturalized, ***"and subject to the jurisdiction thereof"***, are citizens of the United States and the State wherein they reside." Immigrants are not under the jurisdiction of the United States until they become naturalized. They are under STATE jurisdiction upon entering this land. ***The children of immigrants who are not naturalized do not have birth rights because their parents are citizens and subjects of foreign nations who are not naturalized.***

Amendment X (ten) says "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

All federal immigration laws that give immigrants access to States without going through a State's due process is unconstitutional, illegal and congressional fraud. Congress overthrew the Constitutional process with the United States Immigration and Nationality Act which is also designed after Communism and the United Nations International Immigration laws that are destroying the World with Open Borders where people who don't want to work can get free food and other entitlements. These immigrants roam nations and leave destruction in their wake.

The United States Supreme Court must Censure Congress until they return the true Constitutional immigration due process of each State. States must have their own welfare system for all entitlements for the immigrants they register and pay the Constitutional United States Import Tax. American tax dollars must be refunded. All false citizenships and birthrights must be rescinded. Immigrants who have received American tax dollars unconstitutionally, must be sent a bill for the amount that was unconstitutionally allotted to them by Congress, Federal Judges, and Presidents.

Respectfully

Christine Timmon _Christine Timmon_

Gangster of the Constitution

CC: Honorable Judge Andrew Hanen



Christine Tigh[...]
22021 Donald Ave
Eastpointe, MI 48021

27 AUG 2018 PM 2 L

Honorable Judge Andrew Hanen  515 Rusk
United States District Court, Houston
Houston, Texas 77002