# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

SEP 0 5 2018

David J. Bradley, Clerk of Court

**STATE OF TEXAS, et al.,**
**Original Plaintiffs,**

**Stephen P. Wallace, Private Attorney General,**
**Independent Intervenor,**

**vs.**

**CASE #: 1:2018-cv-00068 - H**

**UNITED STATES OF AMERICA, et al.**

---

**EMERGENCY MOTIONS TO INTERVENE TO SETTLE THE COURTS UNDERLYING ORDER AND FOR ORDER TO COMPEL THAT INTERVENOR'S "DACA SOLUTION UNDERWRITING" BE SUBMITTED TO PRESIDENT TRUMP FOR URGENT REVIEW/EXECUTION, WITH BRIEF IN SUPPORT**

Comes now, Stephen P. Wallace, as Private Attorney General & a US Taxpayer, stating:

1 That Original Plaintiff's, in good faith, due diligence and standard procedure, will now continue to exhaust US Taxpayer Funds to Appeal US District Judge Hanen's ORDER that has DENIED their Relief Sought, 1st to the Fifth Circuit, then ultimately to the US Supreme Court;

2 That Intervenor, as a founding Member of "*TEAM TRUMP*" in July, 2015, possesses a certain [Intellectual Property] UNDERWRITING, and proposes a "*PUBLIC/PRIVATE VENTURE*" that will contain a "Master Plan SOLUTION" for the Instant CASE;

3 That the Chronology herein, supported by "irrefutable Evidence", swears to Intervenor's relentless attempts to proffer said *MASTER PLAN* multiple times, *via email*, to President Trump's Special Counsel, including J. Sekulow; M. Raskin; J. Raskin; and GOP Congressmen, Lou Gohmert; Steve King; John Ratliffe; Mac Thornberry; Will Hurd; Roger Williams; Jim Jordan; Ron DeSantis; Matt Gaetz; Francis Rooney; Carlos Cubelo/// US Senators, Lindsey Graham & Ron Johnson, ALL whom have "*shielded the SOLUTION from President Trump*", whose Presidency and DACA/DAPA Recipients, continue to be  in "*DIRE STRAITS*";

4 That Intervenor, under extenuating Circumstances, continues to suffer irreparable & financial devastation by Actors whom were previous Defendants in this US DISTRICT; (enclosed)

5 That said Actors, et al., were proffered to the US Supreme Court by pro bono counsel, now deceased, Joan Godlove, whose Family Law Firm in Lawton, OK., *interned US Justice Ginsburg*;

6 That former *US Senator, Mark Kirk*, and *USDOJ Inspector General, Michael Horowitz*, finally commenced, and still pending, criminal Investigations after their Due Diligence; (enclosures)

7 That Intervenor has now secured "ING Financial", the largest Netherlands Bank, to develop the "*Irrevocable Standby Letters of Credit*", or in the Alternative, "*Escrow of US Treasuries*";

8 That no Interested Party will be prejudiced by US District Judge Andrew Hanen's Granting said ORDER, as **All** will exponentially **BENEFIT** from the "***Closure & Remediation***" of said Challenges.

Wherefore, Intervenor moves the Court on an Emergency Basis, for an ORDER to compel Urgent "Direct Interaction with President Trump", to finalize the [NDA/NCA Contingency Fee Contract].

*Respectfully submitted in the Interest of Social Justice & National Security,*

cc: President Trump, via Counsel

*Stephen P. Wallace*

via USPS EXPRESS
# EL 614437628 US   **AFFIDAVIT**

I swear/affirm the foregoing is true & correct under penalty of perjury.

*Stephen P. Wallace*

County of __Kane__
State of __IL__

Stephen P. Wallace appeared/signed before me on this __4th__ day of September, 2018.

*David J. Kelsey*
Notary Public

OFFICIAL SEAL
DAVID J. KELSEY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jan 6, 2020

**Certificate of Service**

I certify that a Verified Copy was forwarded to Plaintiffs' & Defendants' Lead Counsel

*Stephen P. Wallace*

 **Case Search Results**

**Search Criteria:** Case Search; Case Number: 1:18-cv-00068; Jurisdiction Type: Civil; Court
ID: [TXS]
**Result Count:** 1 (1 page)
**Current Page:** 1

| | |
|---|---|
| Case Title | State of Texas et al v. United States of America et al |
| Case Number | 1:2018cv00068 |
| Court | Texas Southern District Court |
| Date Filed | 05/01/2018 |
| Date Closed | |

| **PACER Service Center** | **Receipt** 09/04/2018 09:51:28 461954760 |
|---|---|
| **User** | ij0075 |
| **Client Code** | |
| **Description** | Civil Case Search |
| | Court ID TXS; Case Number 68; Case Year 2018; Case Number 1:18-cv-00068; Office 1; Case Type cv; Jurisdiction CV; Page: 1 |
| **Billable Pages** | 1 ($0.10) |

(/news/best-states)  BEST STATES

HOME (HTTPS://WWW.USNEWS.COM/)  /  CIVIC (//WWW.USNEWS.COM/NEWS)  /  BEST STATES (//WWW.USNEWS.COM/NEWS/BEST-ST...
  /  TEXAS NEWS (//WWW.USNEWS.COM/NEWS/TEXAS)

# Federal Judge Denies States' Request to End DACA

A federal judge has declined to order that the U.S. government stop the Obama-era program shielding young immigrants from deportation.

Aug. 31, 2018, at 7:06 p.m.

f  (https://w

•••

## AP

By ASTRID GALVAN and NOMAAN MERCHANT, Associated Press

HOUSTON (AP) — A federal judge on Friday declined to order that the U.S. government halt an Obama-era program that shields young immigrants from deportation, marking a blow to President Donald Trump and other opponents of the Deferred Action for Childhood Arrivals program.

U.S. District Judge Andrew Hanen said Texas (/news/best-states/texas) and six other conservative states that sued to block DACA couldn't prove that allowing the program to continue was causing irreparable harm. The judge questioned the legality of DACA but argued that more harm would be done to DACA recipients if they lost the program.

The judge, who has ruled against DACA-related programs in the past, essentially said the states waited too long to ask for the preliminary injunction.

"Here, the egg has been scrambled. To try to put it back in the shell with only a preliminary injunction record, and perhaps at great risk to many, does not make sense nor serve the best interests of this country," Hanen wrote in his ruling.

But he reiterated that he believes DACA as enacted by former President Barack Obama is unconstitutional.

"If the nation truly wants to have a DACA program, it is up to Congress to say so," Hanen wrote.

The states filed the lawsuit in Texas, hoping Hanen would stop DACA recipients from continuing to renew their enrollment. That would have triggered a conflict with three federal orders that have required the U.S. government to keep accepting DACA renewals, even after Trump tried to end the program last year. Legal experts say such a conflict would have drawn the attention of the U.S. Supreme Court.

The U.S. Department of Justice released a statement Friday commending the judge for addressing the legality of the program.

"As the Justice Department has consistently argued, DACA is an unlawful attempt to circumvent Congress, and we are pleased the court agreed today," spokesman Devin O'Malley said.

With the Trump administration now opposing the program, some states that support DACA — along with the Mexican American Legal Defense and Educational Fund, or MALDEF — intervened in the lawsuit to defend it.

The lawsuit followed the same strategy that stopped an expansion of DACA also proposed by former President Barack Obama's administration. After Obama announced he would create a program protecting the parents of children in the U.S. without legal permission, Texas sued in federal court in Brownsville, Texas, where Hanen is based.

Hanen ended up with that case and ruled the expansion of protections was unconstitutional. In that case, an appeals court upheld his ruling, and the Supreme Court split 4-4 after the death of Justice Antonin Scalia, leaving the ruling in place.

On Friday, Texas Attorney General Ken Paxton said he was confident the courts would ultimately find DACA unconstitutional. He said an injunction was denied only because the states waited too long to request it.

Texas was joined in filing the lawsuit by Alabama (/news/best-states/alabama), Arkansas (/news/best-states/arkansas), Louisiana (/news/best-states/louisiana), Nebraska (/news/best-states/nebraska), South Carolina (/news/best-states/south-carolina) and West Virginia (/news/best-states/virginia). The states argued that Obama, as president, never had the authority to create a program like DACA

# TRUMP
## MAKE AMERICA GREAT AGAIN!

July 7, 2015
Stephen Wallace
1116 Sheffer rd
Aurora, IL 60505

Dear Stephen,

Thank you for your recent letter. I truly appreciate your support and encouragement. It is because of Americans like you that I want to become President of the United States.

America needs reform, and a President with the ability to bring about real, positive, economic change. My experience as a business executive, employing thousands, maintaining balanced budgets, and winning at negotiations all over the world makes me the most qualified candidate to restore American greatness. America can be saved; with your support I am confident we will reenergize the spirit of the American people. I am relying on your dedication to spread the values, ideals, and principles of my Presidential campaign.

Stephen, I am honored to call you a valuable member of Team Trump. With your support we can Make America Great Again!

Sincerely,



Donald J. Trump

725 Fifth Avenue · New York · New York · 10022 · www.DonaldJTrump.com

Paid for by Donald J. Trump for President, Inc.

# Trump's new line: Mexico will reimburse US for wall

By David Wright, CNN

Updated 3:40 PM ET, Wed January 11, 2017



Things got a little heated...

*Source: CNN*

**Trump's first presser as President-elect** 02:30

## STORY HIGHLIGHTS

Donald Trump insisted Wednesday that he would direct the construction of a full border wall with Mexico, and that he would coerce Mexico's government to pay for it

Trump said that early construction of the wall would be funded with US tax dollars in order to get started quickly, and promised that Mexico "will reimburse us"

**(CNN)** — "Mexico is going to pay for it," has morphed into Mexico will reimburse the US for Donald Trump's proposed wall with Mexico, either directly or indirectly.

Trump insisted that Mexico will "reimburse us" for costs of building a wall on the U.S. -- Mexico border, and insisted that it will be a wall, "not a fence."

Trump's comments came during his first news conference as President-elect on Wednesday, and he maintained that he would be able to get Mexico to pay for the wall, eventually, despite flat rejections from Mexican government officials. But the President-elect said he'd rather build the wall and get payment from Mexico later.

"On the fence -- it's not a fence. It's a wall," Trump began. "We're going to build a wall. I could wait about a year and a half

Stephen P. Wallace
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(331) 575-2341
stevewallace770@yahoo.com

March 8th, 2017
[14 pages]

DHS Secretary- General John F. Kelly
DEPARTMENT OF HOMELAND SECURITY
Washington, DC
**Referred by John Verrico @ Science/Technology
c/o  dhsindustryliaison@hq.dhs.gov

PERSONAL & CONFIDENTIAL

Dear Secretary Kelly:

Enclosed are my relentless attempts to contact you regarding my interest & ability to FUND the US/Mexico Border Wall. Today, DHS Science/Technology Media Specialist, John Verrico, was finally able to direct me to this email address to timely commence a Dialogue for urgent Implementation of a PLAN of ACTION. (enclosures)

Rather than wait for your busy Contracting Division to prepare the [NDA-NCA], I have herein enclosed an Agreement with which to commence negotiations. (enclosed)

Please confirm Receipt and direct Staff Contact Info so that we may move forward in a timely and prudent manner.   Thank you.

Sincerely,

Stephen Wallace

**Stephen P. Wallace**
**1116 Sheffer Road   Apt. F**
**Aurora, Illinois 60505**
**(331) 575-2341**
stevewallace770@yahoo.com

April 19th, 2017
**Via Fax @ (202) 325-1476**

**Commissioner Kevin K. McAleenan**
**US Customs & Border Protection**
**1300 Pennsylvania Avenue, NW**
**Washington, DC 20229**

**c/o  Anselm Beach – Executive Director**
**@ Privacy and Diversity**

**Dear Commissioner:**

Enclosed are chronological Documentations confirming that I have relentlessly attempted to Contact US DHS Secretary Kelly to provide the "Public Private Partnership Alternative" that US OMB Secretary Mulvaney has proffered in multiple Press Conferences. (enclosures)

Recently US Speaker of the House, Paul Ryan, has stated that there may '*NOT be Funds*' for the Border Wall this year, which compounded with the "*Repeal & Replace ObamaCare Debacle*", will unjustly distort our President's historical accomplishments to Date.

Timing is Critical thus I will come to DC to finalize the "*Border Wall Funding Agreement*", which will be Co-Signed by the Executive Branch Representatives, et al. Please take my DRAFT of the [NDA/NCA] to Re-Draft your Additions/Deletions, forwarding same to me via email [PDF], then to be followed by the "*Final Agreement for Services & Irrevocable Compensation*".

Please timely confirm Receipt and Intention to Enter into said "Contingency Fee CONTRACTS". Thank you.

cc: OMB Secretary Mulvaney

Sincerely,

*Stephen Wallace*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                2563
DESTINATION TEL #       12023251476
DESTINATION ID
ST. TIME                04/19 12:57
TIME USE                04'05
PAGES SENT              9
RESULT                  OK
```

**Stephen P. Wallace**
**1116 Sheffer Road   Apt. F**
**Aurora, Illinois 60505**
**(331) 575-2341**
**stevewallace770@yahoo.com**

April 19th, 2017
Via Fax @ (202) 325-1476

**Commissioner Kevin K. McAleenan**
**US Customs & Border Protection**
**1300 Pennsylvania Avenue, NW**
**Washington, DC 20229**

**c/o  Anselm Beach – Executive Director**
**@ Privacy and Diversity**

**Dear Commissioner:**

Enclosed are chronological Documentations confirming that I have relentlessly attempted to Contact US DHS Secretary Kelly to provide the "Public Private Partnership Alternative" that US OMB Secretary Mulvaney has proffered in multiple Press Conferences. (enclosures)

Recently US Speaker of the House, Paul Ryan, has stated that there may '*NOT be Funds*' for the Border Wall this year, which compounded with the "*Repeal & Replace ObamaCare Debacle*", will unjustly distort our President's historical accomplishments to Date.

Timing is Critical thus I will come to DC to finalize the "*Border Wall Funding Agreement*", which will be Co-Signed by the Executive Branch Representatives, et al. Please take my DRAFT of the [NDA/NCA] to Re-Draft your Additions/Deletions, forwarding same to me via email [PDF], then to be followed by the "*Final Agreement for Services & Irrevocable Compensation*".

Please timely confirm Receipt and Intention to Enter into said "Contingency Fee CONTRACTS". Thank you.

Print                                                                    https://mail.yahoo.com/#1915190717

**Subject:**   Re: President Trump Letter; cc: DHS Secretary Kelly, et al. ,Re: BORDER WALL FUNDING

**From:**   Steve Wallace (stevewallace770@yahoo.com)

**To:**   DHSindustryliaison@hq.dhs.gov;

**Cc:**   gina.foote@mail.house.gov; tim.tarpley@mail.house.gov;

**Bcc:**   wallyamundo@gmail.com;

**Date:**   Thursday, May 11, 2017 9:23 AM


Ms. Thomas:

I have not received any Response from the "cognizant office" that you referred our Procurement Opportunity to.
Please alert said Office of our "zero cost to benefit" Proposal so personal Contact may timely be forthcoming.  Thank
you.  Stephen Wallace @ (331) 575-2341


Sent from Yahoo Mail. Get the app


On Tuesday, April 25, 2017 1:48 PM, DHS Industry Liaison <DHSindustryliaison@hq.dhs.gov> wrote:


Good afternoon Mr. Wallace:

I am in receipt of your email and will forward it to the cognizant office to respond as needed.
My role as the DHS Industry Liaison is to promote meaningful communication between
government and industry representatives that are interested in DHS procurement
opportunities.  Thank you for your email and interest in doing business with DHS.


Kind Regards,

Carla

Carla Thomas
DHS Industry Liaison
Office of the Chief Procurement Officer
Department of Homeland Security
202-447-5025
Website: Industry Liaisons


-----Original Message-----

**Stephen P. Wallace**
**1116 Sheffer Road Apt. F**
**Aurora, Illinois 60505**
**(331) 575-2341**
**TeamTrump757@outlook.com**

May 31, 2017
Via Fax @ (212) 506-1800

President Donald J. Trump
c/o Marc E. Kasowitz, Esq.
Counsel to the President
c/o mkasowitz@kasowitz.com

### RE: EMERGENCY BORDER WALL FUNDING @ ZERO COST TO BENEFIT OF US TAXPAYERS

Dear President Trump:

Since naming me as a founding Member of "*TEAM TRUMP*" in July, 2015, I have continued to move your AGENDA forward wherever and whenever I could. Now, more than ever, you need a BID WIN to stabilize your ADMINISTRATION. I have the answer if you will protect my interest.

Enclosed is an abridged chronology of my relentless attempts to proffer my entrepreneurial "*Funding of the Border Wall*", strictly on a "*Contingency Fee Basis*", yet even with the large Government layers of overlap, I am still anxiously awaiting an Irrevocable [ND/NC CONTRACT].

The "*Deep Hold-over State*" unconsciously did you a magnanimous favor by compelling you to retain Mr. Kasowitz to protect you from the covert SEDITION attempting to daily circumvent & overthrow your historical Election.

Please timely Review the Enclosures and determine with your "inner-circle" if you will grant me this opportunity to provide you the Big Win that you critically need. I will come to DC on AMTRAK to finalize the CONTRACT upon your request. Thank you.
Enclosures & Somewhat outdated Bio

cc: DHS Secretary, General Kelly

Sincerely,

*Stephen Wallace*

Stephen P. Wallace
1116 Sheffer Road   Apt. F
Aurora, Illinois 60505
(331) 575-2341
TeamTrump757@outlook.com

May 31, 2017
Via Fax @ (212) 506-1800

President Donald J. Trump
c/o Marc E. Kasowitz, Esq.
Counsel to the President
c/o mkasowitz@kasowitz.com

**RE: EMERGENCY BORDER WALL FUNDING @ ZERO COST TO BENEFIT OF US TAXPAYERS**

Dear President Trump:

Since naming me as a founding Member of *"TEAM TRUMP"* in July, 2015, I have continued to move your AGENDA forward wherever and whenever I could. Now, more than ever, you need a BID WIN to stabilize your ADMINISTRATION. I have the answer if you will protect my interest.

Enclosed is an abridged chronology of my relentless attempts to proffer my entrepreneurial *"Funding of the Border Wall"*, strictly on a *"Contingency Fee Basis"*, yet even with the large Government layers of overlap, I am still anxiously awaiting an irrevocable [ND/NC CONTRACT].

The *"Deep Hold-over State"* unconsciously did you a magnanimous favor by compelling you to retain Mr. Kasowitz to protect you from the covert SEDITION attempting to daily circumvent &

05/31/2017 11:44                                                                    P.001

| JOB NO. | MODE | | NO. | DESTINATION TEL/ID | START TIME | PAGE | RESULT | |
|---------|------|---|-----|--------------------|-----------|------|--------|---|
| | | | | ********************************** | | | | |
| | | | | *** TX REPORT *** | | | | |
| | | | | ********************************** | | | | |
| 2566 | TX | G3 | 001 | 12125061800 | 05/31 11:36 | 019 | OK | 07'50 |

**Stephen P. Wallace**
**1116 Sheffer Road   Apt. F**
**Aurora, Illinois 60505**
**(331) 575-2341& (331) 216-3532**
**TeamTrump757@outlook.com**

June 26, 2017

Thomas Gleason
Gleason Partners, LLC
North Las Vegas, Nevada

**Dear Tom:**

Great to speak with you today and I share the same great enthusiasm about the Funding and Construction of the "Solar Border Wall" which I viewed of you on [HLN] yesterday am.

Enclosed are my relentless attempts to "get an audience" with the powers that be to offer my Funding Vehicle, which to Date is the only one "*To Have Mexico Pay For the WALL*"!!!

I propose for us to meet on your way back West from the East Coast on how we may form a TEAM to keep as much Control over Project, and bring the "*Preferred Funding to the Table*".

Timing is critical so please keep me updated with your Itinerary and I will check-in with you periodically. Hopefully you can "print-off" these color Enclosures @ one of your Meetings.
Enclosures

Sincerely,

*Steve*



# Trump wants $18 billion for wa 'Dreamer' deal

BY JOHN BOWDEN - 01/05/18 08:23 AM EST

**4,666** SHARES

## Just In...

**Mueller looking at Ivanka Trump's interaction with Russian lawyer at Trump Tower: report**
BLOG BRIEFING ROOM — 18M 21S AGO

**Tiffany Trump: My father 'wishes' he ate McDonald's in bed every night**
IN THE KNOW — 22M 48S AGO

**Tillerson says North Korea strategy is working**
ADMINISTRATION — 27M 31S AGO

**Improving care for veterans requires a cultural shift within the agency**
OPINION — 39M 12S AGO

**Iran mocks Trump 'blunder' on supporting protesters**
BLOG BRIEFING ROOM — 53M AGO

**Malaysia launches new search for Flight 370 wreckage**
INTERNATIONAL — 1H 1M AGO

**Billionaire trying to impeach Trump: 'It's a process that we've begun'**
BALLOT BOX — 1H 4M AGO

**Twitter reacts to Trump's 'stable genius' tweet**



© Getty Images

President Trump this week offered his most detailed request to date of his plans for a wall along the U.S.-Mexico border, making the request amid budget negotiations on Capitol Hill for a deal that would include a fix for young undocumented immigrants in the country.

According to a document obtained by The Wall Street Journal, Trump is asking Congress for nearly $18 billion to fund his border wall expansion project. The document specifically calls for the construction of more than 700 miles of new barriers along the border.

A document prepared by the Department of Homeland Security for a group of senators shows the administration's plan to nearly double the amount of fencing on America's southern border, from the 654 miles currently built to around 1,000 miles total.

The Trump administration is seeking $33 billion in total to increase security along the southern border, with the remaining $15 billion going to fund "critical physical border security requirements" such as technology, personnel and roads.

The funding boost also directs $8.5 billion over seven years for 5,000 new Border Patrol agents and other officials for deployment along the U.S.-Mexico border.

Trump has made funding for the border wall a top demand in congressional negotiations to provide a fix to protect Deferred Action for

Homeland Security <homeland.security@mail.house.gov>
Mon 2/5, 10:06 AMYou
You forwarded this message on 2/7/2018 9:00 AM
Thank you for contacting the Committee on Homeland Security, we have received your comments on funding the border wall. As the Committee continues to work on legislation related to border security we will reach out to appropriate experts and policy advisors as needed.
Should the Committee have additional questions after reviewing your materials, we will reach out to you.

Again thank you for your comments.

---

**From:** Steve Wallace [mailto:teamtrump757@outlook.com]
**Sent:** Monday, February 05, 2018 12:02 PM
**To:** Homeland Security
**Cc:** internmke_rjohnson@ronjohnson.senate.gov; casework, mccaul
**Subject:** Fw: US BORDER WALL FUNDING per Request of US House Chairman for Homeland Security, Michael McCaul

DHS Secretary Kirstjen Nielsen:

Attached is US House Homeland Security Chief McCaul's "Referral" to your Office from his Austin Office, and I herein [cc:] US Senator Homeland Chief, Ron Johnson's Milwaukee's Office, which I have recently been in contact with.

The UNDERWRITING is so very Urgent due to the desperate on-going attempts to "undermine our President to assure Gridlock".

The "DRAFT" would be Finalized @ the President's timely Directive. Please advise of my main Contact Person to expedite the Process.

Thank you.   Sincerely,  Stephen Wallace  Consultant/Underwriter

---

**From:** casework, mccaul <mccaul.casework@mail.house.gov>
**Sent:** Wednesday, January 31, 2018 12:38 PM
**To:** Steve Wallace
**Subject:** RE: US BORDER WALL FUNDING per Request of US House Chairman for Homeland Security, Michael McCaul

Good Afternoon,

Congressman McCaul's personal Congressional office services the constituents of the Tenth Congressional District of Texas. Since you reside in IL and your request pertains to Congressman McCaul's position on the House Committee on Homeland Security you will need to direct your request to the Committee. Contact information can be found here: https://homeland.house.gov/

## House Committee on Homeland Security

homeland.house.gov

The Homeland Security Committee continues to pass bipartisan legislation that seeks to secure America's borders, protect against cyber attacks, ensure that the U.S ...

Thank you,

*Robyn Hess*

Deputy District Director

Congressman Michael McCaul (TX10)
*Chairman, House Committee on Homeland Security*

512-473-2357 (Austin)

---

**From:** Steve Wallace [mailto:teamtrump757@outlook.com]
**Sent:** Wednesday, January 31, 2018 12:20 PM
**To:** casework, mccaul <mccaul.casework@mail.house.gov>
**Subject:** Fw: US BORDER WALL FUNDING per Request of US House Chairman for Homeland Security, Michael McCaul

Plz confirm Receipt... Thank you, Bobby

---

**From:** gpld.service@gpld.org <gpld.service@gpld.org>
**Sent:** Wednesday, January 31, 2018 10:45 AM
**To:** mccaul.casework@mail.house.gov
**Cc:** TeamTrump757@outlook.com
**Subject:** US BORDER WALL FUNDING per Request of US House Chairman for Homeland Security, Michael McCaul

**Stephen P. Wallace**
**Dba GLOBAL REMEDIATIONS**
**1116 Sheffer Road  Apt. F**
**Aurora, Illinois  60505**
**(331) 575-2341**
**TeamTrump757@outlook.com**

**February 15, 2018**

President Donald J. Trump
THE WHITE HOUSE
WASHINGTON, DC

**\*\*URGENTLY DELIVER UPON RECEIPT\*\***

Dear President TRUMP:

Enclosed is a brief Chronology of my Loyalty & Support for your Presidency since becoming a founding Member of TEAM TRUMP in 2015.

Over the last year, I have relentlessly attempted to proffer the BODER WALL FUNDING to DHS; your Counsel and now to US Congressman Homeland Security Chief; Mike McCaul, and other GOP Colleagues supporting your Administration. (see enclosures)

The [10 %] Contingency Fee will not be deducted from the GROSS FUNDING proffered per your Administration's calculations, but will be advanced by the RESOURCE Underwriter's Funding from the TOTAL UNDERWRITING.

Like you said on the CAMPAIGN: "*What the hell do you have to loose*"!!!

Please "timely Review" these Enclosures and contact me to come to DC next week to "Finalize the AGREEMENT". Please confirm with US Congressmen, Andy Biggs and Pete Roskam, both attorney's, that I have contacted them, personally, to represent my interests in the Final Agreement.

GOD BLESS your valiant continued efforts to "Make America Great Again".  Thank you.
Enclosures

Sincerely,

*Stephen P. Wallace*

# [DRAFT]
## Non-Circumvent/Non-Disclosure FEE AGREEMENT

THIS AGREEMENT entered into as of the date at the bottom of this document is for the Professional Association and arrangement of a Non-Circumvention/Non-Disclosure Fee Agreement between  Stephen P. Wallace, 1116 Sheffer Road, Apt.F; Aurora, Illinois 60505, ("Consultant"), and Michael McCaul, U.S. House Chairman of Homeland Security; U.S. Treasury Secretary Steven Mnuchin; & U.S. President Donald J. Trump, c/o the U.S. House of Representatives; the U.S. Treasury; and The White House; hereinafter, called "*The Parties.*" For Total Funding of U.S./Mexico Border Wall, and all Technology that has previously been prescribed: *[$25 Billion for Construction/Maintenance*], and *[$5 Billion for Technology]* = [S30 Billion]

*The Parties with this agree to keep this *Agreement Confidential/Exclusive with Irrevocable Standby Letters of Credit secured*.

THIS [%] FEE AGREEMENT is a guarantee for five (5) years from the date of execution and is to be applied to any and all transactions present and future, of the introducing party, including subsequent follow-up, repeat, extended, renegotiated, and new "Project" transactions proffered regardless of the success of the project.

Because of this FEE AGREEMENT, the Parties involved in this transaction may learn from one another, or from principles, the names and telephone numbers of investors, borrowers, lenders, agents, brokers, banks, lending corporations, individuals and/or trusts, or buyers and sellers and clients hereinafter called "Contacts."  The Parties with this acknowledge, accept and agree that the identities of the Contacts will be recognized by the other Party as '*exclusive [Intellectual Property] Contacts of the introducing Party*', and will remain so for the duration of THIS FEE AGREEMENT.

The Parties agree to keep confidential the names of any Contacts introduced or revealed to the other party, and that their firm, company associates, corporations, joint ventures, partnerships, divisions, subsidiaries, employees, agents, heirs, assigns, designees, or consultants will not contact, deal with, negotiate or participate in any transaction with any of the Contacts without first entering a written agreement with the Party who provided such contact unless that Party gives prior written permission. Such confidentiality will include any names, addresses, telephone, telex, cell, facsimile, and/or other pertinent information disclosed or revealed to either Party.

The Parties agree that the Total Fee of [TEN] Percent (10%) shall be Due & Payable via SWIFT Wire Transfer to any Bank Consultant names in writing **upon Acceptance of Consultant's "Underwriter Funding Mechanism", and shall be deemed "Federal & State Tax Free".**

In case of circumvention, the Parties agree and guarantee that they will pay a legal monetary penalty that is equal to the commission or fee the circumvented Party should have realized in such transactions, by the person(s) engaged on this circumvention, individually, for each occurrence. "*The Parties*" irrevocably agree that any "breach or circumvention, directly or indirectly, will be adjudicated solely before the International Court in The Hague, and Breaching Party fronting All Costs.

THIS [NC/ND] FEE AGREEMENT contains the entire understanding between the Parties and any waiver, amendment or modification to THIS AGREEMENT will be subject to the above conditions and must be in writing and attached hereto.


Executed with SEAL by President Donald J. Trump

US Treasury Secretary, Steven T. Mnuchin

US House Chairman of Homeland Security, Michael T. McCaul


US Border Wall FUNDING Consultant, Stephen P. Wallace




# Party Search Results

**Search Criteria:** Party Search; Last Name: wallace; First Name: stephen; Middle Name: p; Court ID: [TXS]
**Result Count:** 3 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Wallace, Stephen P (dft) |
| Case Number | 4:2004cv04403 |
| Case Title | Saffa v. Wallace et al |
| Court | Texas Southern District Court |
| Date Filed | 11/17/2004 |
| Date Closed | 11/23/2004 |
| Party Name | Wallace, Stephen P (pla) |
| Case Number | 4:2004cv03114 |
| Case Title | Wallace v. Comptroller The Curr |
| Court | Texas Southern District Court |
| Date Filed | 08/04/2004 |
| Date Closed | 11/22/2004 |
| Party Name | Wallace, Stephen P (dft) |
| Case Number | 4:2004cv03131 |
| Case Title | Bank One N A v. Wallace, et al |
| Court | Texas Southern District Court |
| Date Filed | 08/06/2004 |
| Date Closed | 06/14/2005 |

| **PACER Service Center** | | Receipt 09/04/2018 09:30:29 461952567 |
|---|---|---|
| **User** | ij0075 | |
| **Client Code** | | |
| **Description** | All Court Types Party Search | |
| | Court ID TXS; Name wallace, stephen p; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |

Reproduced at the National Archives

Supreme Court, U.S.
FILED

NOV 2 3 2009

OFFICE OF THE CLERK

No. 09A510

# SUPREME COURT OF THE UNITED STATES

STEPHEN P. WALLACE, a beneficiary and successor co-trustee of the
Lorice T. Revocable Trust dated December 26, 1974, as restated effective
October 5, 1993 and as amended February 12, 1998 and March 13, 2000,
and a beneficiary and successor co-trustee of the Frank A. Wallace
Revocable Trust dated December 24, 1974, and as amended,

Petitioner-Applicant,

v.

THE HONORABLE DAMAN H. CANTRELL,
Judge of the District Court of Tulsa County,

Respondent Trial Judge,

RONALD J. SAFFA, TRUST COMPANY OF OKLAHOMA,
and J. P. MORGAN CHASE BANK, N.A., successor in
interest to BANK ONE TRUST COMPANY, N. A.,

Real Parties in Interest.

On Application to Stay Enforcement of Order of Supreme
Court of Oklahoma Denying Writ of Mandamus

## APPLICATION TO INDIVIDUAL JUSTICE TO
## STAY ENFORCEMENT OF FINAL ORDER

RECEIVED

NOV 2 5 2009

OFFICE OF THE CLERK
SUPREME COURT, U.S.

Joan Godlove
Counsel of Record
2121 S. Columbia Avenue, Suite 500
Tulsa, Oklahoma 74114-3519
(918) 744-0201

Reproduced at the National Archives



# TABLE OF CONTENTS

FACTS ON WHICH APPLICATION IS BASED . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

A. Final Order sought to be reviewed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

B. Why the relief sought is not available from any other court or judge . . . . . . . . . 3

C. Facts relevant to the traditional stay factors . . . . . . . . . . . . . . . . . . . . . . . . 4

   1. Probability certiorari will be granted . . . . . . . . . . . . . . . . . . . . . . . . . . 4

     a. Relevant background facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

     b. "Due process" question explicitly reserved in *Ballard* . . . . . . . . . . . 4

     c. The decision below conflicts with prior decisions of this Court . . . . . . 5

     d. The "constitutional floor" for recusal recognized in *Bracy* and
       *Caperton* appears not to exist in Oklahoma . . . . . . . . . . . . . . . . . 6

   2. Prospect of reversal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

   3. Likelihood of irreparable harm if stay is denied . . . . . . . . . . . . . . . . . . 8

     a. *Ex parte* Orders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

     b. Failure to actually consider argument and evidence . . . . . . . . . . . . . 11

     c. Hearing set on less than one day's notice . . . . . . . . . . . . . . . . . . . 11

     d. Use of contempt power to intimidate counsel . . . . . . . . . . . . . . . . . 12

     e. *Sua sponte* Order disqualifying counsel . . . . . . . . . . . . . . . . . . . . 12

     f. Order directing release of medical records without notice
       or opportunity to object . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

LEGAL ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

A. Extraordinary circumstances justify entry of a stay pending the
   filing and disposition of Wallace's petition for certiorari . . . . . . . . . . . . . . . . 13

   1. There is a reasonable probability that four Justices will consider
   an issue or issues identified below sufficiently meritorious to
   grant certiorari . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

i

Reproduced at the National Archives

a. Whether the "due process" question explicitly reserved in *Ballard* is sufficiently meritorious to be decided now in this case . . . . . . . . . . . . . . . 14

b. Whether "bare bones" terms of the decision below conflict with prior decisions of this Court . . . . . . . . . . . . . . . . . . . . . . 15

c. Whether questions about respondent's qualifications to hear a case, raised in Wallace's mandamus action, are constitutional questions . . . . . . . . . . 17

2. There is a fair prospect that the Court will conclude that the decision below was erroneous . . . . . . . . . . . . . . . . . . . . . . . 18

3. There is a likelihood that irreparable harm will result from the denial of a stay . . . . . . . . . . . . . . . . . . . . . . . . . . 18


**APPENDIX:**

Order, *Wallace v. Cantrell,* Okla. Sup. Ct. No. 107,300 (Aug. 26, 2009) . . . . . . . . . 1a

Concurring opinion, *Wallace v. Cantrell,* Okla. Sup. Ct. No. 107,300 (Aug. 26, 2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3a

Order, *Wallace v. Cantrell,* Okla. Sup. Ct. No. 107,300 (Oct. 1, 2009) . . . . . . . . . . 4a

Declaration of Joan Godlove (Nov. 21, 2009) . . . . . . . . . . . . . . . . . 6a

Reproduced at the National Archives

# TABLE OF AUTHORITIES

**Cases:**

*Aquino v. Knox*, 60 A.2d 237 (D.C. App. 1948) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Arkansas Valley State Bank v. Phillips*, 2007 OK 78, 171 P.3d 899 . . . . . . . . . . . . . . . 12

*Ballard v. Commissioner of Internal Revenue*, 544 U.S. 40 (2005) . . . . . . . . . . 4, 7, 8, 14, 15

*Barnes v. E-Systems, Inc. Group Hospital Medical & Surgical Insurance Plan*, 501 U.S. 1301 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . 13, 14, 15

*Bracy v. Gramley*, 520 U.S. 899 (1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 17

*Canon v. Commission on Judicial Qualifications*, 14 Cal.3d 678, 537 P.2d 898 (1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Caperton v. A.T. Massey Coal Co.*, 129 S.Ct. 2252, 173 L.Ed.2d 1208 (2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 17, 18

*CBS, Inc. v. Davis*, 510 U.S. 1315 (1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*Concrete Pipe and Prod. of California, Inc. v. Construction Laborers Pension Trust for Southern California*, 508 U.S. 602 (1993) . . . . . . . . . . . . . . . . . . . 18

*Conkright v. Frommert*, 556 U.S. __, 129 S.Ct. 1861, 173 L.Ed.2d 865 (2009) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*County of Sacramento v. Lewis*, 523 U.S. 833 (1998) . . . . . . . . . . . . . . . . . . . . 17, 18

*de la Llana-Castellon v. I.N.S.*, 16 F.3d 1093 (10th Cir. 1994) . . . . . . . . . . . . . . . . . 10

*Doe v. State*, 487 P.2d 47 (Alaska 1971) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Elrod v. Burns*, 427 U.S. 347 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

*Frank v. State*, 912 So.2d 329 (Fla. App. 2005) . . . . . . . . . . . . . . . . . . . . . . . . 12

*Gary W. v. State of Louisiana Department of Health and Human Resources*, 861 F.2d 1366 (5th Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . 14

*General Council on Finance and Administration of United Methodist Church v. Superior Court of California, County of San Diego*, 439 U.S. 1355 (1978) . . . . . . . . . . . 16

*Goetz v. Crossen*, 41 F.3d 800 (2nd Cir. 1994) ........................................ 3

*Goldberg v. Kelly*, 397 U.S. 254 (1970) ............................... 5, 6, 7, 16

*Hamdi v. Rumsfeld*, 542 U.S. 507 (2004) .......................................... 9

*Indiana State Police Pension Trust v. Chrysler LLC*, 129 S.Ct. 2275,
173 L.Ed.2d 1285 (2009) .......................................................... 13

*In re "B,"* 482 Pa. 471, 394 A.2d 419 (1978) ............................... 12

*In re Gault*, 287 U.S. 1 (1967) ................................................ 11

*In re Murchinson*, 349 U.S. 133 (1955) ...................................... 17

*In re University of Kansas Faculty*, 2 Kan. App.2d 416, 581 P.2d 817
(1978) ............................................................................ 7

*Kanter v. Commissioner of Internal Revenue*, 337 F.3d 833 (7th Cir. 2003) ....... 8

*King v. State*, 272 Ga. 788, 535 S.E.2d 492 (2000) ......................... 12

*McWethy v. McWethy*, 366 N.W.2d 796 (N.D. 1985) ............................ 8

*Matter of Waltemade*, 409 N.Y.S.2d 989 (N.Y. Ct. Jud. 1975) .............. 11

*Mazza v. Cavicchia*, 15 N.J. 498, 105 A.2d 545 (1954) ..................... 15

*Miller Dollarhide, P.C. v. Moshe Tal*, 2007 OK 58, 163 P.3d 548 ..... 1, 5, 11, 19

*Morgan v. United States*, 298 U.S. 468 (1936) ........................... 6, 10

*Morgan v. United States*, 304 U.S. 1 (1938) .............................. 14

*Nauni v. Cannon*, 1981 OK CR 50, 628 P.2d 372 ............................ 10

*Nelson v. Adams USA, Inc.*, 529 U.S. 460 (2000) .......................... 10

*Nelson v. NASA*, 530 F.3d 865 (9th Cir. 2008) ............................ 12

*Nichols v. Jackson*, 2002 OK 65, 55 P.3d 1044 ............................. 3

*Nken v. Holder*, 556 U.S. __, 129 S.Ct. 1749, 173 L.Ed.2d 550 (2009) ..... 13

Reproduced at the National Archives

Advertise | Home Delivery Subcriptions         SEARCH

# THE LAWTON CONSTITUTION
### Your source for information in Southwest Oklahoma

THE LAWTON CONSTITUTION HERE!   HOME LOANS WITH LOCAL SERVICE   ARVEST BANK   Apply today!   LENDER Member FDIC

HOME   NEWS   SPORTS   STYLES   E-EDITIONS   CLASSIFIEDS   OBITUARIES   CONTACT   PUZZLES

Graduate Photo Submission   Place a Classified Ad   The Fort Sill Tribune   Church Listings   Events   Subscribe to our E-Edition

## Joan Godlove

*Sun, 08/31/2014 - 1:45am Staff*

SHARE

Word has been received of the death of Joan Godlove, 75, Oklahoma City.

Mrs. Godlove passed away peacefully Saturday, Aug. 30, 2014, in Oklahoma City.

The family celebrated Joan's life in a private gathering at the home of Amanda and Keith Erwin.

She was born May 2, 1939, at the Fort Sill Indian Hospital in Lawton to Mary Virginia Dunlap and William Woolsey Godlove.

She earned a Bachelor of Arts in Zoology in 1961 from Duke University in Durham, N.C.; a Masters of Science in Medical Art in 1964 from the Medical School of Georgia in Augusta, Ga.; and a Juris Doctorate summa cum laude in 1977 from the Indiana School of Law in Indianapolis, Ind.

Joan was employed as a medical illustrator at the Mayo Clinic in Rochester, Minn.; at the Medical School of Georgia; and at the University of Texas Southwestern Medical Center in Dallas from 1964 through 1974. Beginning in 1977, Joan practiced law in Rochester, Minn., Indianapolis and Evansville, Ind., and Tulsa.

She was a gifted artist, an avid golfer, loved traveling and was a frequent visitor to museums and art galleries. She will be especially remembered for her intellect, tenacity and commitment to challenge injustice and her love and compassion for friends and family. Joan possessed a joyful spirit that brightened the lives of those she touched.

Survivors include a brother and sister-in-law, Ernest and Jane Godlove, Lawton; a brother and sister-in-law, James and Mary Jane Godlove, Vienna Va.; a sister, Susan Godlove, Lawton; nephews and nieces: Chris Godlove and Julien Hartley, Washington, D.C.; Amanda and Keith Erwin of Edmond; Brian and Pamela Godlove, Fairfax, Va.; and Rebecca Godlove, Pacific Palisades, Calif.; and grand nephews and nieces: Joseph and Molly Erwin, Oklahoma City, and Brooke and Carter Godlove, Fairfax, Va.

She was preceded in death by her parents.

Memorial contributions are welcome in support of the Integris Hospice House 13920 Quailbrook Drive, Oklahoma City, Oklahoma 73116 and the Philbrook Gardens 2727 South Rockford Road, Tulsa, Oklahoma 74114.

Joan's family would like to express their appreciation to the staff and volunteers at Integris Hospice House for their care and attention to make Joan's final days comfortable and peaceful.

An online guest book and sympathy cards are available at www.beckerfuneral.com.

**0 Comments**    Sort by   Newest

Add a comment...

Facebook Comments Plugin

**Section:** obituaries



Susan Stricklin
580-917-0707
HOMESLAWTON.COM

CHANCE REALTY

fidelity COMMUNICATIONS

+ BONUS

Free* WHEN YOU SIGN-UP FOR FIDELITY HIGH-SPEED INTERNET SERVICE.
www.FidelityCommunications.com

HOME LOANS WITH LOCAL SERVICE
Apply today!   LENDER   ARVEST BANK   Member FDIC



BIG TOBACCO FORCED TO ADMIT ITS GUILT.

LEARN THE TRUTH.   TOBACCO STOPS WITH ME.com   TSET

# Private attorney general

From Wikipedia, the free encyclopedia

**Private attorney general** is an informal term usually used today in the United States to refer to a private party who brings a lawsuit considered to be in the public interest, i.e., benefiting the general public and not just the plaintiff.[1] The person considered "private attorney general" is entitled to recover attorney's fees if he or she prevails. The rationale behind this principle is to provide extra incentive to private citizens to pursue suits that may be of benefit to society at large.

## Contents

- 1 Examples of application
- 2 Civil Rights Attorney's Fees Award Act
- 3 Other uses
- 4 References
- 5 See also

## Examples of application

Many civil rights statutes rely on private attorneys general for their enforcement. In *Newman v. Piggie Park Enterprises*,[2] one of the earliest cases construing the Civil Rights Act of 1964, the United States Supreme Court ruled that "A public accommodations suit is thus private in form only. When a plaintiff brings an action . . . he cannot recover damages. If he obtains an injunction, he does so not for himself alone but also as a 'private attorney general,' vindicating a policy that Congress considered of the highest priority." The United States Congress has also passed laws with "private attorney general" provisions that provide for the enforcement of laws prohibiting employment discrimination, police brutality, and water pollution. Under the Clean Water Act, for example, "any citizen" may bring suit against an individual or a company that is a source of water pollution.*[citation needed]*

Another example of the "private attorney general" provisions is the Racketeer Influenced and Corrupt Organizations Act (RICO). RICO allows average citizens (private attorneys general) to sue those organizations that commit mail and wire fraud as part of their criminal enterprise.*[citation needed]* To date, there are over 60 federal statutes*[citation needed]* that encourage private enforcement by allowing prevailing plaintiffs to collect attorney's fees.

Attorneys who function as a private attorney general do so without compensation. The statutes permitting a plaintiff to recover attorneys' fees have been held not to apply when the plaintiff is an attorney.

## Civil Rights Attorney's Fees Award Act

The U.S. Congress codified the private attorney general principle into law with the enactment of Civil Rights Attorney's Fees Award Act of 1976, 42 U.S.C. § 1988 (http://www.law.cornell.edu/uscode /42/1988.html). The Senate Report on this statute stated that The Senate Committee on the Judiciary

# Pro Se Law

**HAINES v. KERNER, ET AL.** 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652. Whatever may be the limits on the scope of inquiry of courts into the internal administration of prisons, allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers, it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). See *Dioguardi v. Durning*, 139 F.2d 774 (CA2 1944).

**ESTELLE, CORRECTIONS DIRECTOR, ET AL. v. GAMBLE** 29 U.S. 97, 97 S. Ct. 285, 50 L. Ed. 2d 251. We now consider whether respondent's complaint states a cognizable 1983 claim. The handwritten pro se document is to be liberally construed. As the Court unanimously held in *Haines v. Kerner*, 404 U.S. 519 (1972), a pro se complaint, "however inartfully pleaded," must be held to "less stringent standards than formal pleadings drafted by lawyers" and can only be dismissed for failure to state a claim if it appears "beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief." Id., at 520-521, quoting *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957).

**WILLIAM MCNEIL, PETITIONER v. UNITED STATES** 113 S. Ct. 1980, 124 L. Ed. 2d 21, 61 U.S.L.W. 4468. Moreover, given the clarity of the statutory text, it is certainly not a "trap for the unwary." It is no doubt true that there are cases in which a litigant proceeding without counsel may make a fatal procedural error, but the risk that a lawyer will be unable to understand the exhaustion requirement is virtually nonexistent. Our rules of procedure are based on the assumption that litigation is normally conducted by lawyers. While we have insisted that the pleadings prepared by prisoners who do not have access to counsel be liberally construed, see *Haines v. Kerner*, 404 U.S. 519 (1972); *Estelle v. Gamble*, 429 U.S. 97, 106 (1976), and have held that some procedural rules must give way because of the unique circumstance of incarceration, see *Houston v. Lack*, 487 U.S. 266 (1988) (pro se prisoner's notice of appeal deemed filed at time of delivery to prison authorities), we have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel. As we have noted before, "in the long run, experience teaches that strict adherence to the procedural requirements specified by the legislature is the best guarantee of evenhanded administration of the law." *Mohasco Corp. v. Silver*, 447 U.S. 807, 826 (1980).

**BALDWIN COUNTY WELCOME CENTER v. BROWN** 466 U.S. 147, 104 S. Ct. 1723, 80 L. Ed. 2d 196, 52 U.S.L.W. 3751. Rule 8(f) provides that " pleadings shall be so construed as to do substantial justice." We frequently have stated that pro se pleadings are to be given a liberal construction.

**HUGHES v. ROWE ET AL.** 449 U.S. 5, 101 S. Ct. 173, 66 L. Ed. 2d 163, 49 U.S.L.W. 3346. Petitioner's complaint, like most prisoner complaints filed in the Northern District of Illinois, was not prepared by counsel. It is settled law that the allegations of such a complaint, "however inartfully pleaded" are held "to less stringent standards than formal pleadings drafted by lawyers, see *Haines v. Kerner*, 404 U.S. 519, 520 (1972). See also *Maclin v. Paulson*, 627 F.2d 83, 86 (CA7 1980); *French v. Heyne*, 547 F.2d 994, 996 (CA7 1976). Such a complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. *Haines*, supra, at 520-521. And, of course, the allegations of the complaint are generally taken as true for purposes of a motion to dismiss. *Cruz v. Beto*, 405 U.S. 319, 322 (1972).



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

ATTN: NANCY
1-405-516-5/66

September 9, 2010

Stephen P. Wallace
6412 E. 96th Street
Tulsa, Oklahoma 74137

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated 7/12/2010 and 7/1/2010. The matters that you raised are more appropriate for review by another office or Agency. Therefore, your correspondences were referred to the following agency on or about 9/9/2010:

Office of Professional Responsibility
RFK Main Justice Building
Room 3266
Washington, D.C. 20530

Any further correspondence regarding this matter should be directed to the above office.

Sincerely,

Eric A. Johnson SMB
Special Agent in Charge
Special Operations
Investigations Division

# FindLaw® FOR LEGAL PROFESSIONALS

X   ## 18 U.S.C. § 242 : US Code - Section 242: Deprivation of rights under color of law

**Search 18 U.S.C. § 242 : US Code - Section 242: Deprivation of rights under color of law**

- Search by Keyword or Citation

Search

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

X

[Notes]

| « Prev | Up | Next » |
|--------|-----|--------|
| Conspiracy against rights | Civil rights | Exclusion of jurors on account of race or color |

Copyright © 2013 FindLaw, a Thomson Reuters business. All rights reserved.

**Stephen P. Wallace**
**1116 Sheffer Road   Apt. F**
**Aurora, Illinois 60505**
**(630) 995-1195**
**IndependentJustice@outlook.com**

October 3, 2014
Via Fax @ (202) 514-4001

**Michael E. Horowitz**
**USDOJ INSPECTOR GENERAL**
**950 Pennsylvania Avenue, NW**
**Suite # 4706**
**Washington, DC 20530**

**FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22, 2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12, 2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST**

Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO Private Attorney General Statutes, under penalty of perjury, to include:

**[USA, ex rel; Private Attorney General, Stephen P. Wallace, and All those US Tax Payers similarly situated  vs. RESPONDENTS, and John Does 1-10 not yet named for Reparations due US Government Agencies (compounded)].**

Please respond via email, voicemail and US Mail which said Predicate Actors have continued to tamper with as "obstruction of justice".   Thank you.

Sincerely,

*Stephen Wallace*

10/03/2014 12:26 FAX  6308965989          AURORA FASTPRINT                    ☑001

```
          ***********************
          ***   TX REPORT   ***
          ***********************

     TRANSMISSION OK

     TX/RX NO             2018
     RECIPIENT ADDRESS    12025144001
     DESTINATION ID
     ST. TIME             10/03 12:24
     TIME USE             01'42
     PAGES SENT           9
     RESULT               OK
```

Stephen P. Wallace
1116 Sheffer Road  Apt. F
Aurora, Illinois 60505
(630) 995-1195
IndependentJustice@outlook.com

October 3, 2014
Via Fax @ (202) 514-4001

Michael E. Horowitz
**USDOJ INSPECTOR GENERAL**
950 Pennsylvania Avenue, NW
Suite # 4706
Washington, DC 20530

<u>**FORMAL REQUEST FOR STATUS UPDATE ON USDOJ SUBMISSIONS OF SEPTEMBER 22,**
**2014; SEPTEMBER 24, 2014, AND PENDING SEPTEMBER 19, 2014 SUBMISSION TO US AG**
**CHIEF OF STAFF, CINDY CHANG, REGARDING THE SEPTEMBER 10, 2014 & SEPTEMBER 12,**
**2014 CRIMINAL CHARGES FILED WITH FORMER ASSOCIATE US AG TONY WEST**</u>

Dear USDOF Inspector General Horowitz:

I have Filed the above noted Criminal Charges with the respective USDOJ Agencies as a
VICTIM US Tax Payer. (enclosures)

This 3rd day of October, 2014, I Supplement my Charges under the provisions of the RICO
Private Attorney General Statutes, under penalty of perjury, to include:

[USA, ex rel; Private Attorney General, Stephen P. Wallace, and All the . . . US

MARK KIRK
ILLINOIS

COMMITTEES:
APPROPRIATIONS
BANKING, HOUSING & URBAN AFFAIRS
HEALTH, EDUCATION, LABOR & PENSIONS
AGING

# United States Senate

December 12, 2014

Mr. Stephen Wallace
1116 Sheffer Rd.
Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

Thank you for speaking with a member of my staff regarding the inquiry filed on your behalf.

I contacted a liaison with the U.S. Department of Justice and forwarded a copy of your additional correspondence to him. I will let you know when I receive a response from the liaison regarding your inquiry.

In the meantime, please do not hesitate to contact my Caseworker, Daniel Bower, at 312-886-3506 should you have any questions regarding this matter.

Sincerely,

Mark Kirk
United States Senator

CHICAGO OFFICE
230 SOUTH DEARBORN ST.
SUITE 3900
CHICAGO, IL 60604
312-886-3506

SPRINGFIELD OFFICE
607 EAST ADAMS ST.
SUITE 1520
SPRINGFIELD, IL 62701
217-492-5089

www.kirk.senate.gov

WASHINGTON OFFICE
524 HART BUILDING
WASHINGTON, DC 20510
202-224-2854

MARK KIRK
ILLINOIS

COMMITTEES:
APPROPRIATIONS
BANKING, HOUSING & URBAN AFFAIRS
HEALTH, EDUCATION, LABOR & PENSIONS
AGING

# United States Senate

December 29, 2014

Mr. Stephen Wallace
1116 Sheffer Rd.
Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

Thank you for speaking with a member of my staff regarding the inquiry filed on your behalf with the U.S. Department of Justice.

I contacted a liaison with the Department and forwarded a copy of your correspondence to him. I will let you know when I receive a response from the liaison regarding your inquiry.

In the meantime, please do not hesitate to contact my Caseworker, Daniel Bower, at 312-886-3506 should you have any questions regarding this matter.

Sincerely,

Mark Kirk
United States Senator

CHICAGO OFFICE
230 SOUTH DEARBORN ST.
SUITE 3900
CHICAGO, IL 60604
312-886-3506

SPRINGFIELD OFFICE
607 EAST ADAMS ST.
SUITE 1520
SPRINGFIELD, IL 62701
217-492-5089

WASHINGTON OFFICE
524 HART BUILDING
WASHINGTON, DC 20510
202-224-2854

www.kirk.senate.gov



**U.S. Department of Justice**

Office of the Inspector General

*Investigations Division*

*1425 New York Avenue NW, Suite 7100*
*Washington, D.C. 20530*

January 5, 2015

Stephen Wallace
1116 Sheffer Road
Apartment F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated October 3, 2014.  The matters that you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

The primary investigative responsibilities of this office are:

- Allegations of misconduct committed by U.S. Department of Justice employees and contractors; and

- Waste and abuse by high ranking Department officials, or that affects major programs and operations.

This Office does not have jurisdiction in the matter you described.  Therefore, your complaint was forwarded to the following office on December 8, 2014:

> U.S. Department of Justice
> Criminal Division
> 350 Pennsylvania Avenue, NW
> Room 2107
> Washington, DC 20530
> Telephone Number 202-353-4641

Any future correspondence regarding this matter should be directed to that office.

Sincerely,

Office of the Inspector General
Investigations Division

U.S. Department of Justice

Office of the Inspector General

*Investigations Division*

1425 New York Avenue NW, Suite 7100
Washington, D.C. 20530

April 11, 2016

Stephen Wallace
1116 Sheffer Rd, Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated March 5, 2016. The matters which you raised have been reviewed by the staff of the Investigations Division, Office of the Inspector General.

This Office does not have jurisdiction to investigate allegations that a Department of Justice attorney has committed misconduct while exercising his or her litigation authority. Accordingly, your correspondence has been referred to:

> U.S. Department of Justice
> Office of Professional Responsibility
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
> 202-514-3365

> U.S. Department of Justice
> Executive Office for U.S. Attorneys
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530

for review. Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions regarding this matter.

Sincerely,

Office of the Inspector General



U.S. Department of Justice

Mail Referral Unit

Washington, D.C. 20530

February 23, 2017

Stephen P. Wallace
Plaintiff
Private Attorney General Relator
1116 Sheffer Road, Apt F
Aurora, IL 60505-1936

Dear Friend:

Thank you for your letter dated February 22, 2017 to the Attorney General, Deputy Attorney General, or Associate Attorney General, which was received by the Department of Justice, Mail Referral Unit, on February 23, 2017 and assigned ID number 3789582.

Your letter will be reviewed and if a response or an update is necessary it will be sent to you within 60 business days. If you have any questions, please contact us at (301) 583-7350 and refer to your ID number 3789582 when requesting any information concerning your correspondence.

Sincerely,

Mail Referral Unit
Department of Justice



**U.S. Department of Justice**
Office of the Inspector General
*Investigations Division*
*1425 New York Avenue, N.W., Suite 7100*
*Washington, DC 20530*

April 4, 2017

Stephen P. Wallace
1116 Sheffer Road Apt.F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of recent correspondence. The matters which you raised have been reviewed by the staff of the Investigations Division, Office of the Inspecor General.

This Office does not have jurisdiction to investigate allegations that a Department of Justice attorney has committed misconduct while exercising his or her litigation authority. Accordingly, your correspondence has been referred to:

U.S. Department of Justice
Office of Professional Responsibility
950 Pennsylvania Avenue, NW
Washington, DC 20530

U. S. Department of Justice
Executive Office for United States Attorneys
950 Pennsylvania Avenue, NW
Washington, DC 20530

Any further correspondence regarding this matter should be directed to those offices.

Any additional material you provide our office regarding this matter will not be forwarded to the above offices. Instead, we recommend that you correspond directly with those offices if you have additional information to provide. Please be advised that this is the only correspondence you will receive from this Office regarding this matter.

If you have new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.



**U.S. Department of Justice**
Office of the Inspector General
*Investigations Division*
1425 New York Avenue, N.W., Suite 7100
Washington, DC 20530

July 21, 2017

Stephen Wallace
1116 Sheffer Road, Apt. F
Aurora, IL 60505

Dear Mr. Wallace:

The purpose of this letter is to acknowledge receipt of your correspondence dated June 2, 2017. The matters that you raised have been reviewed by the Investigations Division, Office of the Inspector General for the U.S. Department of Justice (DOJ).

The primary investigative responsibilities of our Office are:

- Allegations of misconduct committed by DOJ employees and contractors; and

- Waste and abuse by high ranking DOJ officials, or that affects DOJ programs and operations.

Our Office does not have jurisdiction regarding the matter you described. Therefore, as a courtesy, your complaint has been forwarded to the following office:

Administrative Office of the United States Courts
1 Columbus Circle NE
Washington, DC 20002

Any additional material you provide our Office regarding this matter will not be forwarded to the above agency. Instead, any future correspondence regarding this matter should be directed to that office.

Please be advised that this is the only correspondence you will receive from our Office regarding this matter, unless you submit new information that involves allegations or issues regarding DOJ employees, contractors, programs or operations.

Thank you for giving us the opportunity to review your concerns.

## APPENDIX SUPPLEMENT TO EXTRAORDINAY WRITS

Extraordinary Circumstances exist where "equitable tolling of the statute of limitations is warranted" for the KLAN Defendants of Record whom were & are in 'covert collusion and concealment' of the EVIDENCE to prosecute Claims of their "outrageous & heinous conduct" upon VICTIMS; *Infliction of Emotional Duress; Wrongful Incarceration; Attempted Murder; AKA* violating the UN Convention on TORTURE, just as the WW II Jewish Victims of the HOLOCAUST, have continued to successfully adjudicate Claims, CIVIL & CRIMINAL, against their Perpetrators to DATE !

[see Hilao v. Estate of Marcos, 103 F .3d 767, 773 (9th Cir. 1996);]

[see Rosner v. USA,  231 F Supp .2d 1202, 1209 (SD FL 2002);]

[see Bodner v. Banque Paribus, 114 F Supp .2d 117 (ED NY 2000);]

[see Richards v. Mileski, 662 F .2d 65 (DC Cir. 1981)]



Business  ›  Trade Finance  ›  Import Documentary Credit  ›  Letter of Credit Applications

# Terms and Conditions Applicable to the Irrevocable Standby Letter of Credit or Guarantee

In consideration of Canadian Imperial Bank of Commerce (the "Bank") issuing its irrevocable standby letter of credit or bank guarantee or requesting another institution to issue i
irrevocable standby letter of credit or guarantee against the Bank's counter-guarantee or supporting letter of credit, all in substantial compliance with the instructions set out in th
Application and the Bank's usual practice, the Applicant hereby agrees with the Bank as follows:

1) **Definitions.** In this Agreement:

"**Applicant**" means each party signing the Application;

"**Application**" means the Application for an Irrevocable Standby Letter of Credit or Guarantee on the Bank's Form 5654 as amended by the Bank from time to time;

"**Beneficiary**" means the party in favour of whom or which the Applicant has requested the Bank to issue the Credit and in the case of a transferable Credit, each transferee
designated by such Beneficiary but, where the Bank has issued a counter-guarantee or supporting letter of credit to another institution as authorized in the Application, "Bene
means the party in favour of whom or which the counter-guarantee or supporting letter of credit has been issued;

"**Branch**" means the branch or office first designated in the Application;

"**Credit**" means the irrevocable standby letter of credit which the Applicant has requested the Bank to issue in substantial compliance with the instructions in the Application
Bank's usual practice or any bank guarantee which the Bank is authorized to issue in lieu thereof or a counter-guarantee or supporting letter of credit which the Bank is autho
issue pursuant hereto and, to the extent that the Credit is transferable, each Credit issued in transfer thereof;

"**Drawing**" means any demand or request for payment under the Credit, in accordance with the provisions of the Credit and includes any payment of the proceeds of the Cre
or to be made by the Bank into court or otherwise to the Credit of the outcome of any action or proceeding;

"**Foreign Currency**" means any currency other than Local Currency;

"**Local Currency**" means currency of the country in which the Branch is situated.

2) **Copy of the Credit may be forwarded to the Applicant.** The Applicant authorizes the Bank to send to the Applicant at the address in the Application, or at an address provi
the Bank by the Applicant by written notice declaring the change of address, by ordinary mail, or facsimile, and at the risk of the Applicant a copy of the Credit, or in the case
Credit established by telecommunication, a copy of such telecommunication or of the Bank's requisition therefor. The Applicant may also authorize the Bank to make availab
of such Credit by computer transmission. If the copy of the Credit is sent by ordinary mail, the Applicant shall be deemed to have received it on the fifth day following deposit
the mail by the Bank. If the copy of the Credit is sent by facsimile, the Applicant shall be deemed to have received the copy on the date of the facsimile. If the copy of the Cre
made available by computer transmission, the Applicant shall be deemed to have received it on the date the Bank made it available by computer transmission.

3) **Authorization to Pay.** The Bank is hereby irrevocably authorized and directed to pay forthwith any Drawing purporting to be made by a Beneficiary or any other person to
the Bank is authorized to make payment pursuant to paragraph 11 hereof up to the maximum amount and in the currency specified in the Credit. The Bank may effect such p
without reference to, confirmation of or verification by the Applicant, it being expressly agreed that any Drawing as aforesaid shall be, as between the Applicant and the Bank
Bank's irrevocable and sufficient authority for making payment under the Credit.

4) **Reimbursement, Payment or Prepayment by Applicant.** The Applicant agrees, forthwith upon demand, to provide the Bank with funds to meet all Drawings that th
to pay under the Credit or to reimburse the Bank for each Drawing that the Bank has paid under the Credit and, if required by the Bank in its sole discretion, to prepay all am
which the Bank might become liable under the Credit. Subject to paragraphs 7, 8 and 9 hereof, each prepayment or reimbursement shall be in the currency in which the Ban
make, has made or may be called upon to make payments under the Credit.

5) **Payment of Fees.** The Applicant shall pay the Bank on demand its fees in respect of the Credit or in respect of services in relation to the Credit in such amounts or at such
are established and as may be varied from time to time by the Bank and as are set out in the Bank's schedule of charges current at the time of the Bank's demand for its fees
may be otherwise agreed in writing between the Bank and the Applicant and in such currency as the Bank may determine to be appropriate. Without limiting the generality of
foregoing or paragraph 6 below, the Applicant further agrees that it will, in addition, prepay or reimburse the Bank on demand, as the Bank may require, for all charges and e
to be incurred by the Bank or already incurred by it at the time of demand in connection with the Credit including without limitation charges and expenses of other banks or ot
parties to be paid by the Bank on behalf of the Applicant or which may become owing by the Bank on behalf of the Applicant as a result of any failure by the Beneficiary to pa
charges and expenses of the other banks or other parties.

## RE: CONFIDENTIAL DOCUMENTATION to ING'S, GERALD WALKER, FOR DRAFTING "IRREVO...

DellaCamera, Britta <Britta.DellaCamera@ing.com>

Fri 8/31/2018, 3:48 PM

To:'S. Paul Wallace' <independentjustice@outlook.com>

Stephen,

Upon receipt of your email I need to ask you to please direct any future correspondence to either John McCarthy or Robert Ross (email links are embedded).

Thank you and best regards,

Britta DellaCamera

---

**From:** S. Paul Wallace [mailto:independentjustice@outlook.com]
**Sent:** Friday, August 31, 2018 10:35 AM
**To:** DellaCamera, Britta
**Subject:** Fw: CONFIDENTIAL DOCUMENTATION to ING'S, GERALD WALKER, FOR DRAFTING "IRREVOCABLE STANDBY [L/C]", FOR DEPOSIT TRANSMISSION IN NETHERLANDS NEW ACCOUNT

Mr. Walker  c/o Britta:

May we conference call after the Holiday ?      Stephen Wallace

Sent from Outlook

---

**From:** S. Paul Wallace <independentjustice@outlook.com>
**Sent:** Wednesday, August 29, 2018 3:35 PM
**To:** britta.dellacamera@ing.com
**Subject:** Fw: CONFIDENTIAL DOCUMENTATION to ING'S, GERALD WALKER, FOR DRAFTING "IRREVOCABLE STANDBY [L/C]", FOR DEPOSIT TRANSMISSION IN NETHERLANDS NEW ACCOUNT

Mr. Gerald Walker  c/o Britta Dellacamera @ ING (NY):      <CONFIDENTIAL>

Attached is a confidential chronology of my negotiations to Secure UNDERWRITING of the Proposed US BORDER WALL. I am requesting to have [ING] as our DEPOSITORY of the ultimate "Ten Percent FEE", which will be secured by said Irrevocable Stand-by [L/C] to be prepared by [ING], which "All [L/C] Fees to be advanced by a USA Entity".
In the Alternative, [ING] and I would secure Depository of [US Treasuries] @ [ING] Netherlands Account of said Total Amount.
Please review and contact me if we may move forward with Discussions.  Time is of the essence due to the political challenges of Record. Thank you.    Stephen

From: <gpld.service@gpld.org>
Date: Wed, Apr 4, 2018 at 10:14 AM
Subject: URGENT DOCUMENTATION for US CONGRESSMAN, Evan Jenkins, for <Hand Delivery> to President Trump on [04/05/2018]
To: TeamTrump757@outlook.com, spaulwallace@yahoo.com, wallyamundo@gmail.com

Hello,
The attachment is the image(s) scanned by Geneva Scan Station.
Thank you.

**Stephen P. Wallace**
**1116 Sheffer Road Apt. F**
**Aurora, Illinois 60505**
**(630) 995-1195**
**<spaul.wallace@gmail.com>**

**Georgetown University**, Language & Linguistics-**1979**; Then moved to Kuwait for merchant banking relationships; then retained by Al-Sayassah Publishing to join their Netherlands office.

**Thunderbird Global**, Glendale, AZ.-**1974**; Masters of International Management & Finance.

**Southern Methodist University**, Dallas, TX.-**1973**; _Masters of Business Administration/Finance_.

**Loyola University**, Chicago, IL.-**1971**; Bachelor of Arts in Political Science, Spending Junior Year ['69/'70] @ the Loyola Rome Center, Italy, studying International Law & Realty Development.

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

**INDEPENDENT U.S. SENATE Candidate** (OK); _2008 & 2010_; vs. James Inhofe & Tom Coburn.

**Independent Justice Institute, LLC**, Washington DC-**1997 to Present;** Formed originally as a non-profit Watchdog group monitoring judicial/legal malfeasance/misfeasance operating 'under color of law' by the Washington, DC prominent Firm, [Webster, Chamberlain & Bean] ; then as a for-profit Litigation Management Company (LMO), for **Global Collection Services**.

**River Oaks Development Corporation**, Tulsa, OK. -**1990 to 2000;** Master Planned (300 acre) upscale golf residential community lying on over a mile of scenic Arkansas River frontage.

**Burnham Park Plaza ReHab**, Chicago-**1985;** Procured over **$15 million Re-Development** Equity Limited Partnerships Interests for Rehab of former Burnham YMCA into upscale condo/apts.

**Wallace Investments**, Tulsa, OK. -**1984 to 2000; Realty/Oil & Gas Development** of extensive Family Realty Holdings and the Oil & Gas Reserves lying thereunder.

**World Trade Services, Inc.,** Tulsa & Houston.-**1976 to 1979;** President & Founder of Oklahoma Export Management Company (EMC), specializing in logistics for chartering ships & expediting drilling equipment worldwide. Secured **Caterpillar International** as main Client.

**Parker Drilling Company**, Tulsa & Houston. - **1974 to 1976;** Financial Planning & Control Analyst for all Global Drilling Operations, as the largest land drilling company in the world. Extensive travel for interaction with all global subsides and their administrative officers.

**Activities: Retired Tae Kwon Do Karate Black Belt & Budweiser Sponsored Tournament Soccer Player.**

SIGN IN    Search

Welcome   Stay Connected   Resident Services   Documents   Pay Online   Classifieds   Contacts   Links

# Welcome to the Burnham Park Plaza Condominium Association

Welcome to the Burnham Park Plaza Condominium Association website. We are located at 40 East 9th Street, at the corner of 9th Street and Wabash Avenue. The Burnham Park Plaza building was built in 1915, then the YMCA Hotel. You may read more about the building's rich history at the **South Loop Historical Society's** website.

Unit owners and residents may obtain a sign-in to this site by completing a **sign-up form**. Users must sign in in order to access association documents and resources. **Click Here** for a step by step Sign Up guide.

Owners who have registered for the website may check their assessment account online. **Click Here** for information.  You must first register for the website and then Sign In to view this document or to see your account information.

**Burnham Park Plaza Condominium Association**
**40 East 9th Street, Chicago, Illinois 60605**
**Phone (312) 427-0123 Fax (312) 427-0244 Email: info@bppcondo.com**

**Privacy Policy | Terms of Service | Rules and Regulations | Site Map**
**Homeowners association management software by AssociationVoice © 2000-2013. All rights reserved.**

Sunday, May 30, 1993 — TULSA WORLD — Page G-1

# BUSINESS

| | |
|---|---|
| Money | G-5 |
| Energy | G-7 |
| Business People | G-3 |
| Computers | G-10 |

## Golf on the River

### South Tulsa Development Also to Include Housing

By Cynthia Dees
World Staff Writer

An upscale golf course and residential development is planned for south Tulsa and the developer is negotiating a deal that might allow the public to own shares in the project.

Tulsa-based River Oaks Development Corp. plans to begin developing, in August, a championship residential and golf course along a mile of the north bank of the Arkansas River near 131st Street and straddling Sheridan Road.

River Oaks Association, a development team assembled by Tulsa developer Steve Wallace, is considering the formation of an equity-based Real Estate Investment Trust to own and operate the golf course portion of the project once it is completed. Interest in the trust, also known as a REIT (pronounced "reet"), would be made available through a public share offering.

REITs, which grew in popularity during the 1980s and have become the latest investment rage in the financial world. Because they receive certain tax advantages, they are usually less expensive, return on investment is... [unreadable] ...enticing them as "hot" investments because of de-

clining returns on money markets and certificates of deposit.

The National Association of REITs reported that the 144 equity REITs it tracks paid dividends of more than 6 percent as of March 31. And the demand for these investments is not expected to let up. The industry reports that $5 billion was pumped into REITs in 1992, and $10 billion is expected for 1993.

The River Oaks golf course design is by the Tulsa firm of Pittman [Poe] & Associates. The course is expected to be completed by early fall 1994.

The entire development, which is to be referred to as a planned unit development, or PUD, consists of about 300 acres with approximately 200 home sites.

"The additional time, patience and expenditure for us to integrate the golf course into residential complicated the current south Tulsa residential development that is already well under way," said Wallace.

His background includes securities brokerage and multifamily development. He said Wallace will coordinate the broker-dealer syndicating if the REIT plan is completed.

The development of the River Oaks community should coincide with the co-development of the public golf course and a private one for residents. The residential owner's association clubhouse will feature tennis courts, a spa and swimming pool. Wallace said he plans are under way to complete the golf course and surrounding residential lots.

The River Oaks development will feature a daily fee golf course and two clubhouses, one for the public course users and a private one for residence.

"A market demand study prepared by a national consulting firm demonstrated an unmet demand of almost 250,000 rounds of golf in the metropolitan area," Wallace said.

He said those figures translate into a need for approximately five more golf courses in Tulsa County.



River Oaks Concept Plan

[Map showing Memorial Drive, Sheridan Road, 131st Street, the Arkansas River]

Source: Pittman Poe & Associates, Inc.

Steve Wallace



# THE STATE CHAMBER OF OKLAHOMA
## LEGISLATIVE ADVOCATES FOR BUSINESS

# 2008 U.S. Senatorial Candidate Forum Luncheon
### Candidates will speak separately with Q & A following each presentation

**Tuesday,
October 14, 2008**

**11:30 a.m. to 1:30 p.m.**

**Crowne Plaza Hotel
100 East Second St.
Tulsa, OK**

**Featuring:**

**U.S. Senator
Jim Inhofe (R)**

**State Senator
Andrew Rice (D)**

**Stephen Wallace (I)**

**Cost to Attend:**

**$30.00 for State
Chamber Members**

**$45.00 for Non-
Members**

Click **here** for a
registration form or
click **here** to register
online by credit card.

**Questions? Contact
Matt Robison** or
**Lindsay Sparks**

or call (405)235-3669

The State Chamber of Oklahoma

330 N.E. 10th Street
Oklahoma City, OK 73104
Phone (405)235-3669
Fax (405-235-3670



**U.S. Senator Jim Inhofe (R)** has served as a member of the Oklahoma House of Representatives, minority leader of the Oklahoma State Senate, Mayor of Tulsa, Congressman from Oklahoma's First Congressional District and currently serves his present role as Oklahoma's senior U.S. Senator. During his tenure in Congress, Senator Inhofe has worked on a diverse range of issues: surface transportation and highway funding; environmental regulation and land management; strengthening America's national defense; rural education funding; and improving America's energy independence. In addition, he has sponsored legislation to reduce taxes and reform the tax code; reign in out of control federal bureaucracies; promote fiscal responsibility; and reform the way Congress works. Senator Inhofe currently serves on the Standing Committee on Armed Services and Subcommittees on Airland; Readiness and Management Support; and, Strategic Forces. He also serves on the Standing Committee on Environmental and Public Works and Subcommittees on Clean Air, Climate Change and Nuclear Safety; Fisheries, Wildlife and Water; Superfund and Waste Management as well as Transportation and Infrastructure. He served in the U.S. Army and has been a small businessman working in aviation, real estate, and insurance for more than 30 years.



**Oklahoma State Senator Andrew Rice (D)** is co-chair of the Health and Human Resources Committee and also serves on the Business and Labor, the Criminal Jurisprudence and the Public Safety and Homeland Security committees in the State Senate. Senator Rice graduated from Colby College in Maine with a Bachelor's Degree in Religious Studies and went to work in Sri Lanka and Thailand on rural development projects in impoverished villages. He returned to the U.S. a year later to attend Harvard Divinity School, where he graduated in 1999 with a Masters in Theological Studies. As a result of the loss of his brother in the World Trade Center terrorist attack in New York City, Andrew re-dedicated his life to individual rights advocacy and public policy. He joined other families who lost loved ones on 9/11 to oppose the War in Iraq, instead encouraging America's leaders to re-focus on the terrorist network that perpetrated the attack. He defeated two Democratic opponents in his primary and won the general election with 70 percent of the vote after personally walking the entire district and meeting or contacting every voter.



**Stephen P. Wallace (I)** attended Georgetown University in the summer of 1979 . He moved to Kuwait thereafter attending the University of Kuwait to study Arabic and subsequently worked at the American Embassy. In 1986, Wallace and his parents established Wallace Investments & Wallace Real Estate Co. where they operated, acquired and developed family owned commercial properties. Independent Justice Institute, which was established by Wallace in 1999, became a not-for-profit due process watchdog group challenging judicial and corporate fraud operating under color of law. The Institute was formed as a "for profit" in 2002 in Washington, D.C. as a litigation management organization for taxpayer and shareholder representation as well as for consulting of current family asset crisis. Wallace is currently seeking to establish an international office in the Hague and create a "storage area network" for international clients.

Wallace                                                                    Page 1 of 2

Now!



# ■Steve Wallace For U.S. Senate
## Independent Candidate 2010



**Meet Steve Wallace**

→ Read About Steve Wallace

**Campaign Organization:**

i. Candidate: Stephen Wallace
ii. Campaign Treasurer: Jack Wellborn - Resume
iii. Consultant: Fred Mercer - Resume
iv. Consultant: Nancy Shafran - Resume
v. Webmaster: Clint Steele

**Contact Information**

By Email : paulwallace@yahoo.com
By Telephone: (918) 694-1870
By Mail : Stephen P. Wallace
6412 E. 96th Street
Tulsa, OK 74137

**Fall 2008 Forum**

Over 55,000 votes received in 2008 - We are ready to roll!
Read More
Roll Call - Businessman Plans to Challenge GOP Senator
Read More
The Oklahoman - Tulsan to run for Inhofe's U S Senate seat in 2008
Read More
Tulsa World - Tulsa Republican plans run for Inhofe's seat in Senate
Read More

**Contributions**

A contribution to help Stephen Wallace is the single best thing you can do right now to make a change in Oklahoma Government
Contribute

**Calendar**

We would appreciate Your Vote at the General Election on November 2, 2010!

Please encourage your family, friends and co-workers to visit
www.wallace4senate.com
then Vote for Steve Wallace-US Senator to represent the people of Oklahoma!

**My Objectives**

- Abolish Death/estate Taxes
- Fiscal Freeze on All Federal Branches of Government
- Constitutional Amendment for Balance the Budget
- National Referendum for Term Limits

**My Plan of Action**
Fiscal conservation through closing field offices in both Oklahoma City and Tulsa, OK thus saving taxpayers money! We will have P/T Field Reps who will visit Town Hall meetings, other organizations and events across all 77 counties in Oklahoma. We are always available through E-mail (paulwallace@yahoo.com) and telephone (918)694-1870

**My Oklahoma Vision**
Cherish Oklahoma's rich heritage
Live, work and explore Oklahoma's treasures
Pursue Oklahoma's potential for generations to come

Stephen P. Wallace, 2010

**My Pledge**
I will serve as a Senator for one term only exhausting all remedies in favor of the US taxpayer.

**My Documents**

- Crisis Intervention Submission for Preventing the Oil Spill Disaster from Affecting FL-Letter from Gov. Charlie Crist-July 15, 2010
- Successful Businessman-Tulsa World Article -May 30, 1993 "Gulf on the River"
- State of FL-4x-DHS-Filed 4-15-10
- City of Tulsa 4x- Tyson Foods-July 17, 2003
- City of Tulsa 4x- Tyson Foods-August 29, 2003
- Letter from Sen. James Inhofe-December 18, 2003
- Letter from Sen. Don Nickles-February 9, 2004
- E-Mail from Michael Schwartz (Michael_Schwartz@coburn.senate.gov) July 18, 2006 RE for Judiciary