# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs*, | ) |
| *vs.* | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants*, | ) |
| *And* | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendant-Intervenors.* | ) |

**ORDER GRANTING PLAINTIFF STATES' MOTION TO LIFT STAY AND SETTING STATUS CONFERENCE**

On this date, the Court considered Plaintiff States' Motion to Lift Stay and Set Status Conference. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the stay is lifted, and the Court will hold a status conference in Courtroom 9C in Houston, Texas, on September ___, 2018.

SIGNED on this the _____ day of September, 2018.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge