# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

SEP 1 4 2018

David J. Bradley, Clerk of Court

STATE OF TEXAS, et al.,
Original Plaintiffs,
Stephen P. Wallace, Private Attorney General,
and all US Taxpayers similarly situated,
Independent Intervenors,
vs.  CASE #: 1:2018-cv-00068 - H
UNITED STATES OF AMERICA, et al.

## 2ND EMERGENCY MOTIONS TO INTERVENE TO SETTLE THE COURTS UNDERLYING ORDER AND FOR ORDER TO COMPEL THAT INTERVENOR'S "DACA SOLUTION UNDERWRITING" BE SUBMITTED TO PRESIDENT TRUMP FOR URGENT REVIEW/EXECUTION, WITH ADDITIONAL BRIEF – IN – SUPPORT

1 That the Original **EMERGENCY MOTIONS** were filed on September 5, 2018 @ [Dkt. #:323];
2 That PRESIDENT TRUMP; Plaintiffs'; & Defendants' LEAD COUNSEL received "*CERTIFICATES OF SERVICE*" on September 7th, 2018; (enclosed)
3 That the Court has acknowledged Intervenor's as an Interested Party via USPS; (enclosures)
4 That "NO PARTY has filed an OBJECTION", as ALL recognize and would confess in open court that "EACH ACCOMPLISH THEIR RESPECTIVE OBJECTIVES" regarding 'DACA/DAPA Recipients';
5 That on September 6th, 2018, US District Judge Hanen filed his "*Interlocutory Appeal Order*", signed on August 31st, 2018, to "STAY the CASE for (21) days"; (enclosed)
6 That Judicial Notice is proffered herein that should the CASE linger and not be "SETTLED nor ADJUDICATED before the **NOVEMBER 6th**, Mid-Term ELECTION, the current "hostile & divisive PARTIES of Record, may inflict "*Compounding of Irreparable Harm*" on DACA/DAPA Recipients; **WHEREFORE**, Intervenor's file their [2nd Emergency Motions] in the Interest of Justice; Judicial Economy; Equal Due Process; and without further US TAXPAYER and current Private Counsel's '*Compounding Legal Expense*', as "**ALL Parties have nothing to lose, & everything to GAIN**".

cc: President Trump & All Lead Counsel   Respectfully submitted,
via USPS Express: EL 873894765 US

*Stephen P. Wallace*

**AFFIDAVIT**

I swear/affirm the foregoing is true and correct under penalty of perjury.
County of Kane
State of IL

*Stephen P. Wallace*

Stephen P. Wallace appeared/signed the Affidavit before me this ___day, September, 2018.

*Laura Hager*
Notary Public

"OFFICIAL SEAL"
LAURA HAGER
Notary Public, State of Illinois
My commission expires 06/12/21

 Gmail

S. Paul Wallace <wallyamundo@gmail.com>

## Fwd: CERTIFICATES OF SERVICE

**S. Paul Wallace** <wallyamundo@gmail.com>  Fri, Sep 7, 2018 at 10:09 AM
To: sekulow@aclj.org, jraskin@raskinlaw.com, mraskin@raskinlaw.com
Cc: adam.biggs@oag.texas.gov, adam.bitter@oag.texas.gov, todd.disher@oag.texas.gov, malger@cooley.com, andrew.amend@ag.ny.gov, rachel.apter@njoag.gov
Bcc: Joe Ryan <nicavet2000@yahoo.com>, drgoodson@hotmail.com, cneuhaus@icsa.pe

FYI

---------- Forwarded message ---------
From: <simplescan@stcharleslibrary.org>
Date: Tue, Sep 4, 2018 at 1:38 PM
Subject: CERTIFICATES OF SERVICE
To: <TeamTrump757@outlook.com>
Cc: <wallyamundo@gmail.com>

Hello,
The attachment is the image(s) scanned by SimpleScanStation.

Do not reply to this e-mail. St. Charles Public Library District will not receive your reply

Thank you.
http://www.simplescanstation.com/

📎 **image.pdf**
10986K

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

20180906-120

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.47⁰
02 1W
0001374615 SEP 07 2018

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Defendants, | § § | |
| and | § § | |
| KARLA PEREZ, *et al.*, | § § § | |
| Defendant-Intervenors. | § § § | |

## ORDER GRANTING DEFENDANT-INTERVENORS' CROSS MOTION TO EXCLUDE PLAINTIFFS' EVIDENCE OF NON-DISCLOSED WITNESSES

Pending before the Court is Defendant-Intervenors' Cross Motion to Exclude Plaintiffs' Evidence of Non-Disclosed Witnesses. After careful consideration, the Court is of the opinion that the motion has merit and should be GRANTED.

It is ORDERED that Plaintiffs' declarations of undisclosed witnesses, found at Dkt. 6 at 332–36, 355–403, 414–21, 474–91, are excluded from the evidence in this case.

Signed on this the 31st day of August, 2018.

Hon. Andrew S. Hanen
United States District Court Judge

1

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

20180906-112

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.47⁰
02 1W
0001374615 SEP 07 2018

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § Plaintiffs, § § v. § Case No. 1:18-CV-68 § UNITED STATES OF AMERICA, *et al.*, § § Defendants, § § and § § KARLA PEREZ, *et al.*, § § Defendant-Intervenors, § and § § STATE OF NEW JERSEY § § Defendant-Intervenor. § | |

### ORDER GRANTING PEREZ DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO WITHDRAW EXHIBIT 76

On this date, the Court considered Perez Defendant-Intervenors' Unopposed Motion to Withdraw Exhibit 76. After considering the motion, the Court GRANTS the motion and ORDERS the Clerk's Office to withdraw Defendant-Intervenors' Exhibit 76, filed under Dkt. 225-3 at 183-204, from the record in the above-captioned case.

SIGNED on this the 31st day of August, 2018.

Hon. Andrew S. Hanen,
U.S. District Court Judge

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

20180906-116

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.47⁰
02 1W
0001374615 SEP 07 2018

Case 1:18-cv-00068 Document 325 Filed in TXSD on 09/14/18 Page 8 of 11

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,  )<br>  )<br>*Plaintiffs,*  )<br>  )<br>*v.*  )<br>  )<br>UNITED STATES OF AMERICA, *et al.*,  )<br>  )<br>*Defendants,*  )<br>  )<br>*and*  )<br>  )<br>KARLA PEREZ, *et al.*,  )<br>  )<br>*Defendant-Intervenors.*  ) | Case No. 1:18-cv-00068 |

### ORDER GRANTING PLAINTIFF STATES' MOTION TO EXCLUDE TESTIMONY FROM UNTIMELY DESIGNATED WITNESSES

On this date, the Court considered Plaintiff States' Motion to Exclude Testimony from Untimely Designated Witnesses. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that exhibits 12, 15, 26–51, 59, and 60 on Defendant-Intervenors exhibit list (*see* ECF No. 90) are EXCLUDED.

SIGNED on this the 31st day of August, 2018.

Hon. Andrew S. Hanen,
U.S. District Court Judge

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



20180906-133
Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> The United States of America, *et al.*, <br>     *Defendants*, <br><br> Karla Perez, *et al.*, <br>     *Defendant-Intervenors*, <br><br> and <br><br> State of New Jersey, <br>     *Defendant-Intervenor*. | Civil Action No. 1:18-CV-00068 |

**INTERLOCUTORY APPEAL ORDER**

This Court by separate order has found that the Plaintiff States have shown a likelihood of success on the merits of their claim that the Deferred Action for Childhood Arrivals ("DACA") program is contrary to the Administrative Procedure Act ("APA"). The Court also found that the Plaintiff States had made a clear showing of irreparable injury. The Court did not grant the requested preliminary injunction as it found that the States had delayed seeking this relief for years, that the balance of private interests fell in favor of the denial of the requested relief, and that implementing that relief at this point in time was contrary to the best interests of the public. The Court addressed almost all of the issues in contention and went into more detail than was required to reach its conclusion due to the critical nature of the subject matter in dispute. The denial of interlocutory relief is not usually appealable, and in the few circumstances where it is appealable, courts tend to postpone deciding significant issues on an interlocutory basis. Nevertheless, this Court is entering this order certifying this matter for interlocutory appeal as the issues covered herein are of major import to a large segment of this country, and all parties

anxiety that will necessarily result from a protracted delay.

## VII

The Court has considered various rulings from district courts in three different circuits that block the rescission of the DACA program and one, from a fourth circuit, that refused to block it. While this case concerns DACA's creation and implementation, there are many overlapping issues. Recently, both judges and commentators have opined that circuit splits are actually healthy for the development of this country's jurisprudence. If that premise is actually accurate and if the appellate courts in those circuits affirm the judgments from the other district courts, and if this Court is affirmed on appeal, the primary issues in question would be poised for resolution by the Supreme Court.

## VIII

Having so ruled, this Court hereby stays this case for 21 days. If any party elects to pursue an interlocutory appeal of the Court's order on the request for a preliminary injunction pursuant to 28 U.S.C. § 1292(b), in addition to any other requirements by rule or statute, the appealing party shall provide notice to this Court and the Court will subsequently entertain a request to extend the stay. If no party elects to appeal, the Court will schedule a hearing to implement a new scheduling order that will control the resolution of the remaining issues in this case.

Signed this 31st day of August, 2018.

Andrew S. Hanen
United States District Judge