IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

**[PROPOSED] ORDER DENYING MOTIONS TO INTERVENE**

Before the Court are Stephen P. Wallace's Emergency Motions to Intervene to Settle the Courts Underlying Order and for Order to Compel that Intervenor's "DACA Solution Underwriting" be Submitted to President Trump for Urgent Review/Execution, with Brief in Support (ECF No. 323) and 2nd Emergency Motions to Intervene to Settle the Courts Underlying Order and for Order to Compel that Intervenor's "DACA Solution Underwriting" be Submitted to President Trump for Urgent Review/Execution, with Additional Brief-in-Support (ECF No. 325). Having reviewed the Motions, the responses, and the replies, if any, as well as the applicable law, the Court finds that the Motions should be, and are hereby, **DENIED.**

**SIGNED** on this ___ day of _____, 2018.

_____
THE HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1