UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-CV-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

United States District Court
Southern District of Texas
FILED

OCT 1 2018

David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Glenn J. Moramarco, Assistant Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, 1st Floor<br>Trenton, New Jersey 08625-0116<br>Phone: (609) 376-3232<br>Glenn.Moramarco@law.njoag.gov<br>New Jersey: 030471987 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/28/2018 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: *Active* | |
|---|---|
| Dated: 10·1·18 | Clerk's signature |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
United States District Judge