UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.                                              Case Number: 1:18−cv−00068

United States of America, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**   Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/14/2018

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   October 10, 2018

David J. Bradley, Clerk