IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |
| Defendants, | ) ) |
| KARLA PEREZ, *et al.*, | ) ) |
| Defendant-Intervenors, and | ) ) ) |
| STATE OF NEW JERSEY, | ) ) |
| Defendant-Intervenor. | ) ) |

## [PROPOSED] ORDER

Defendant-Intervenor State of New Jersey's Motion to Strike or, in the Alternative, Compel Federal Defendants to Replead Their Answer to the Amended Complaint (the "Motion") having come before this Court, and the Court having considered the papers submitted in connection with said motion, and for good cause shown, IT IS HEREBY ORDERED that:

The Motion is **GRANTED** and [the following paragraphs of Federal Defendants' Answer (Dkt. 332) are hereby **STRICKEN**] [or] [the Federal Defendants are hereby ordered to **REPLEAD** the following paragraphs of their Answer (Dkt. 332) within 30 days]:

Paragraphs 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 21, 22, 28, 29, 30, 31, 32, 33, 34, 35, 47, 48, 61, 62, 63, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 78, 81, 85, 87, 89, 90, 91, 97, 98, 100, 101, 102, 103, 104, 105, 107, 108, 111, 113, 115, 116, 123, 128, 133, 134, 135, 140, 141, 142, 146, 150, 156, 158, 174, 189, 193, 194, 195, 196, 197, 198, 199, 208, 209, 210, 211, 215, 217, 218, 219, 220, 221, 222, 223, 224, 225, 226, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238, 239, 240, 241, 242, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 257, 258, 259,

     260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286, 287, 288, 289, 290, 291, 292, 293, 294, 295, 296, 297, 298, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 313, 314, 315, 316, 317, 318, 319, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 352, 354, and 356.

IT IS SO ORDERED on this _____ day of _____, 2018.

                                 _____
                                 Hon. Andrew S. Hanen
                                 United States District Judge