Case Number: CA-B-18-68

Style: St of TX et al vs. USA et al

Appearances:
**PLEASE PRINT CLEARLY**

| Counsel: | Representing: |
|---|---|
| Todd Disher | Plaintiffs |
| Adam Biggs | Plaintiffs |
| Adam Bitter | Plaintiffs |

Date: Nov. 14, 2018            Time: 10:14 am / 10:28 am
Law Clerk/Case Manager: _____

Tape# ____/begin_____/end_____

(See reverse)

## ORDER/DOCKET ENTRY

Minutes of Rule 16 Scheduling Conference:
1.( )  No one appeared, and Rule 16 Conference Reset to _____.
2.(✓) The above listed parties appeared, and a Docket Control Order entered.

5 pending motions
#323 emergency intervention
#325 motion
#329 response
#334 ~~J's motion to feel as~~ waiver

The Clerk will file the entry and mail copies to Counsel.

all mots
Ripe By
Thanksgiving

_Beverly White_, Case Manager to
Judge Frances H. Stacy

Defendant-Intervenor State of New Jersey

Glenn Moramarco, Assistant Attorney General

Kenneth S. Levine, Deputy Attorney General

---

Defendant-Intervenors Karla Perez, et al.

Nina Perales - MALDEF
Jack Salmon - MALDEF
Alejandra Avila - MALDEF
Raishay Lin - ~~MALDEF~~ Ropes & Gray
Douglas Hallward-Driemeier - ~~MALDEF~~ Ropes & Gray