United States District Court
Southern District of Texas
**ENTERED**
November 28, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*,<br>　　　*Plaintiffs*, | § § § |
| v. | § § |
| The United States of America, *et al.*,<br>　　　*Defendants*, | § § § § |
| Karla Perez, *et al.*,<br>　　　*Defendant-Intervenors*, | § § § |
| and | § § |
| State of New Jersey,<br>　　　*Defendant-Intervenor*. | § § § |

Civil Action No. 1:18-CV-00068

## ORDER

The following motions are still showing as pending in the court's electronic record. All have either been ruled upon or have been mooted by subsequent rulings of the Court. Accordingly, to the extent they are still showing as pending, they are hereby denied as moot.

| ECF No. | Motion |
|---|---|
| 36 | Motion for Scheduling Order |
| 39 | Motion to Intervene |
| 65 | Motion for Discovery |
| 80 | Supplemental Motion for Discovery |
| 86 | Motion for Discovery |
| 87 | Emergency Motion to Quash Deposition Notices and Subpoenas |
| 105 | Motion to Exclude Testimony from Untimely Designated Witnesses |
| 109 | Motion to Exclude Plaintiff's Evidence of Non-Disclosed Witnesses |
| 118 | Motion to Dismiss with Prejudice for Lack of Subject Matter Jurisdiction |
| 212 | Motion for Leave to File Amici Curiae Brief |

| 272 | Motion for Extension of Time to Respond |
| --- | --- |
| 280 | Motion for Leave to File Excess Pages |
| 281 | Motion for Leave to File Excess Pages |
| 285 | Motion for Leave to File Excess Pages |
| 287 | Motion to Deny or Defer Consideration of Summary Judgment |
| 292 | Motion to Withdraw |

SIGNED at Houston, Texas this 28th day of November, 2018.

Andrew S. Hanen
United States District Court Judge