IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, Plaintiffs, | § § § | |
| v. | § § | |
| The United States of America, *et al.*, Defendants, | § § § § | Civil Action No. 1:18-CV-00068 |
| Karla Perez, *et al.*, Defendant-Intervenors, | § § § | |
| and | § § | |
| State of New Jersey, Defendant-Intervenor. | § § | |

## ORDER

Before the Court is Plaintiff States' Motion to Lift Stay and Set Status Conference [Doc. No. 324]. The 21-day stay that the Court entered on August 31 [Doc. No. 320] has now expired, and a scheduling order is now in place. Accordingly, Plaintiff States' Motion to Lift Stay and Set Status Conference [Doc. No. 324] is DENIED as moot.

Furthermore, the Court hereby DENIES the Motions to Intervene filed by Stephen P. Wallace [Doc. Nos. 323 & 325].

Signed at Houston, Texas, on this 30th day of November, 2018.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE