IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; <br><br> *Plaintiffs,* <br><br> *vs.* <br><br> UNITED STATES OF AMERICA, ET AL.; <br><br> *Defendants,* <br><br> *And* <br><br> KARLA PEREZ, ET AL.; <br><br> STATE OF NEW JERSEY, <br><br> *Defendant-Intervenors.* | Case No. 1:18-cv-00068 |

**PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW ADAM N. BITTER AS COUNSEL**

Pursuant to Local Rule 83.2, Plaintiff States file this Unopposed Motion to Withdraw Adam N. Bitter as Counsel. In support of this motion, Plaintiff States offer the following:

1. Assistant Attorney General Adam N. Bitter is currently designated as a counsel of record for Plaintiff States.

2. Mr. Bitter has recently accepted a position outside the Office of the Attorney General of Texas, effective December 5, 2018. As a result, Mr. Bitter seeks to withdraw as an attorney of record in this case.

1

3. Plaintiff States will continue to be represented by lead counsel Todd Lawrence Disher along with co-counsel listed below.

4. This withdrawal will not delay any proceedings.

5. For the reasons stated above, Plaintiff States respectfully request that the Court grant this motion to withdraw Adam N. Bitter as counsel for Plaintiff States and remove Mr. Bitter from all further electronic notifications regarding this case.

December 3, 2018

STEVE MARSHALL
Attorney General of Alabama

LESLIE RUTLEDGE
Attorney General of Arkansas

JEFF LANDRY
Attorney General of Louisiana

DOUGLAS J. PETERSON
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

TODD LAWRENCE DISHER
Attorney-in-Charge
Special Counsel for Civil Litigation

ADAM ARTHUR BIGGS
Assistant Attorney General

/s/  Adam N. Bitter
ADAM N. BITTER
Assistant Attorney General
General Litigation Division
Tx. State Bar No. 24081854
Southern District of Texas No. 2985472
Tel.: (512) 463-2100; Fax: (512) 936-0545
adam.bitter@oag.texas.gov
P.O. Box 12548
Austin, Texas 78711-2548

**COUNSEL FOR PLAINTIFF STATES**

## CERTIFICATE OF CONFERENCE

I certify that on November 29, 2018, I conferred via e-mail with counsel for Federal Defendants, Perez Defendant-Intervenors, and New Jersey regarding the relief sought in this Motion. Counsel for Federal Defendants, Perez Defendant-Intervenors, and New Jersey indicated that they did not oppose the requested relief.

*/s/ Adam N. Bitter*
ADAM N. BITTER
Assistant Attorney General

**COUNSEL FOR PLAINTIFF STATES**

## CERTIFICATE OF SERVICE

I certify that on December 3, 2018, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Adam N. Bitter*
ADAM N. BITTER
Assistant Attorney General

**COUNSEL FOR PLAINTIFF STATES**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) <br> ) <br> ) |
| *Plaintiffs,* | ) <br> ) |
| *vs.* | ) Case No. 1:18-cv-00068 <br> ) |
| UNITED STATES OF AMERICA, ET AL.; | ) <br> ) |
| *Defendants,* | ) <br> ) |
| And | ) <br> ) |
| KARLA PEREZ, ET AL.; | ) <br> ) |
| STATE OF NEW JERSEY, | ) <br> ) |
| *Defendant-Intervenors.* | ) |

**ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW ADAM N. BITTER AS COUNSEL**

Before the Court is Plaintiff States' Unopposed Motion to Withdraw Adam N. Bitter as Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion to Withdraw Adam N. Bitter as Counsel is hereby GRANTED. The Clerk is instructed to remove Mr. Bitter from all further electronic notifications regarding this case.

SIGNED on this _____ day of December, 2018.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE