United States District Court
Southern District of Texas
**ENTERED**
January 08, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY, | § |
| Defendant-Intervenor. | § |

## ORDER

On this date, the Court considered Defendant-Intervenors' Motion to Withdraw Celina Moreno as Counsel. After reviewing the arguments, the Motion to Withdraw is GRANTED. It is ORDERD that Celina Moreno is withdrawn as counsel of record for Defendant-Intervenors Karla Perez, *et al.* in this case. The Clerk is instructed to remove Ms. Moreno from further electronic notifications for this case.

Signed on _____, 2018.

HON. ANDREW S. HANEN
UNITED STATES DISTRICT COURT JUDGE