# EXHIBIT A

# Alejandra Avila

| | |
|---|---|
| **From:** | Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov> |
| **Sent:** | Monday, December 17, 2018 5:38 PM |
| **To:** | Alejandra Avila |
| **Cc:** | Adam Biggs; Adam Bitter; Glenn Moramarco; Kenneth Levine; Jeremy Hollander; Nina Perales; Jack Salmon; Douglas H. Hallward-Driemeier; Raishay Lin; Todd <Todd. Disher@oag. texas. gov> Disher |
| **Subject:** | RE: State of Texas et al. v. United States et al., No. 1:18-cv-00068 |
| **Attachments:** | Texas - Fed Defts Initial Disclosures.pdf |

Please find Federal Defendants initial disclosures attached.

~Jeff

Jeffrey S. Robins
Deputy Director
Office of Immigration Litigation
District Court Section
(202) 616-1246

---

**From:** Robins, Jeffrey (CIV)
**Sent:** Friday, December 14, 2018 6:06 PM
**To:** Alejandra Avila <Aavila@MALDEF.org>
**Cc:** Adam Biggs <Adam.Biggs@oag.texas.gov>; Adam Bitter <Adam.Bitter@oag.texas.gov>; Glenn Moramarco <Glenn.Moramarco@law.njoag.gov>; Kenneth Levine <Kenneth.Levine@law.njoag.gov>; Jeremy Hollander <Jeremy.Hollander@law.njoag.gov>; Nina Perales <nperales@MALDEF.org>; Jack Salmon <jsalmon@MALDEF.org>; Douglas H. Hallward-Driemeier <Douglas.Hallward-Driemeier@ropesgray.com>; Raishay Lin <Raishay.Lin@ropesgray.com>; Todd <Todd. Disher@oag. texas. gov> Disher <Todd.Disher@oag.texas.gov>
**Subject:** RE: State of Texas et al. v. United States et al., No. 1:18-cv-00068

Ms. Avila,

Unfortunately Federal Defendants will not be serving initial disclosures today. I intend to send them out on Monday followed by production of an administrative record soon thereafter.

Regards,

Jeff Robins

Jeffrey S. Robins
Deputy Director
Office of Immigration Litigation
District Court Section
(202) 616-1246

---

**From:** Alejandra Avila <Aavila@MALDEF.org>
**Sent:** Friday, December 14, 2018 6:01 PM
**To:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>
**Cc:** Adam Biggs <Adam.Biggs@oag.texas.gov>; Adam Bitter <Adam.Bitter@oag.texas.gov>; Glenn Moramarco

1

<Glenn.Moramarco@law.njoag.gov>; Kenneth Levine <Kenneth.Levine@law.njoag.gov>; Jeremy Hollander <Jeremy.Hollander@law.njoag.gov>; Nina Perales <nperales@MALDEF.org>; Jack Salmon <jsalmon@MALDEF.org>; Douglas H. Hallward-Driemeier <Douglas.Hallward-Driemeier@ropesgray.com>; Raishay Lin <Raishay.Lin@ropesgray.com>; Todd <Todd. Disher@oag. texas. gov> Disher <Todd.Disher@oag.texas.gov>; Alejandra Avila <Aavila@MALDEF.org>
**Subject:** RE: State of Texas et al. v. United States et al., No. 1:18-cv-00068

Good afternoon Mr. Robins,

I am writing to follow up on your email below.  Perez Defendant-Intervenors have not received initial disclosures from the Federal Defendants.

Please advise whether these disclosures will be made available today.

**Alejandra Ávila**
*Staff Attorney*
The Mexican American Legal Defense
and Educational Fund, Inc.
110 Broadway, Suite 300
San Antonio, TX 78205
P: (210) 224-5476 ext. 204
F: (210) 224-5382



---

**From:** Robins, Jeffrey (CIV) [mailto:Jeffrey.Robins@usdoj.gov]
**Sent:** Thursday, December 6, 2018 9:08 AM
**To:** Alejandra Avila
**Cc:** Adam Biggs; Adam Bitter; Glenn Moramarco; Kenneth Levine; Jeremy Hollander; Nina Perales; Jack Salmon; Douglas H. Hallward-Driemeier; Raishay Lin; Todd <Todd. Disher@oag. texas. gov> Disher
**Subject:** RE: State of Texas et al. v. United States et al., No. 1:18-cv-00068

Ms. Avila,

I write to advise that Federal Defendants will serve initial disclosures next week, at the latest.

Sincerely,

Jeff Robins

Jeffrey S. Robins
Assistant Director
Office of Immigration Litigation
District Court Section
(202) 616-1246

---

**From:** Alejandra Avila <Aavila@MALDEF.org>
**Sent:** Friday, November 30, 2018 11:42 AM
**To:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>
**Cc:** Adam Biggs <Adam.Biggs@oag.texas.gov>; Adam Bitter <Adam.Bitter@oag.texas.gov>; Glenn Moramarco <Glenn.Moramarco@law.njoag.gov>; Kenneth Levine <Kenneth.Levine@law.njoag.gov>; Jeremy Hollander <Jeremy.Hollander@law.njoag.gov>; Nina Perales <nperales@MALDEF.org>; Jack Salmon <jsalmon@MALDEF.org>; Douglas H. Hallward-Driemeier <Douglas.Hallward-Driemeier@ropesgray.com>; Raishay Lin

<Raishay.Lin@ropesgray.com>; Todd <Todd. Disher@oag. texas. gov> Disher <Todd.Disher@oag.texas.gov>
**Subject:** RE: State of Texas et al. v. United States et al., No. 1:18-cv-00068

Mr. Robins,

Attached please find a letter from Perez Defendant-Intervenors related to initial disclosures in the above-captioned case.

Thank you,

    **Alejandra Ávila**
    *Staff Attorney*
    The Mexican American Legal Defense
    and Educational Fund, Inc.
    110 Broadway, Suite 300
    San Antonio, TX 78205
    P: (210) 224-5476 ext. 204
    F: (210) 224-5382