# EXHIBIT G

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CERTAIN MATTERS PENDING BEFORE ALL OF THE VARIOUS COURTS OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA | : : : : : : : | MISC. NO. 1:18-MC-0729<br><br>(Chief Judge Conner) |

## ORDER

AND NOW, this 27th day of December 2018, as a consequence of the lapse of certain appropriations for the United States Department of Justice resulting in suspension of its civil litigation operations, IT IS HEREBY ORDERED that the Omnibus Motion (Doc. 1) of the United States for Stay of Miscellaneous Civil Actions in Light of Lapse of Appropriations, filed on December 26, 2018, is GRANTED as follows:

1. Except as set forth herein, all civil actions on the docket of this Court in which the United States or an agency or officer thereof (hereinafter "United States") is a party, and in which the interests of the United States are represented by the United States Attorney for the Middle District of Pennsylvania or by the United States Department of Justice, are hereby STAYED, pending further Order of this Court. This Order applies to any such civil action currently filed upon the docket of this Court, or which is filed during the pendency of the STAY effected by this Order.

2. For purposes of this Order, such civil actions do not include any matter pending in the Bankruptcy Court for this District (which may enter such stay orders as it deems appropriate), civil actions seeking relief pursuant to 28 U.S.C. § 2255, or those collection or other civil actions in which the interests of the United States are represented by non-federal, retained counsel.

3. All filing, response or other case administration deadlines in the civil actions stayed by virtue of this order are held in abeyance without prejudice pending further order of this Court. This Stay Order does not vacate any trial date set by an order entered prior to the date of this Order. Any such trial date shall be adjusted by the presiding judicial officer as may be necessary to serve the ends of justice. All other deadlines held in abeyance by the entry of this Order shall be deemed extended by the number of days consumed by this STAY. Upon the lifting of this Stay Order, counsel for the United States shall promptly file proposed scheduling or other orders as are necessary to reflect an appropriate adjustment of such dates.

4. The Clerk of this Court is directed to post a copy of this Order on the Court's website and disseminate it to all registered CM/ECF users in this District for public information, and to transmit a copy hereof to each judicial officer of this District, and to each other judicial officer assigned to any civil cases on this Court's docket. The United States Attorney for this District shall cause notice of the entry of this Order, and a copy thereof, to be served upon the opposing party (but only if such opposing party is not a CM/ECF user or not represented by a CM/ECF user) in each case stayed by this Order, with dispatch and thereafter provide to the undersigned a listing of each such affected civil action.

5. The entry of this Order, the STAY effected by it, and the holding in abeyance of any filing, response or case administration deadlines implemented by it, shall be without prejudice to the substantive or other rights of any party. This Order may be modified or vacated, as to any particular civil action, for good cause shown, by order of the presiding judicial officer upon the motion of any party or any person with a legally cognizable interest.

6. This STAY shall continue in full force and effect until vacated or modified by further order of the undersigned. The United States Attorney for this District shall immediately notify the undersigned in writing upon reinstatement of appropriations or resumption of the operations such that the necessity for the STAY effected by this Order has concluded or otherwise abated, in whole or in part.

7. Unless the STAY directed by this Order is lifted, the United States Attorney for this District shall file a status report with the undersigned (and upon the docket at the above Miscellaneous Case Number) on or before January 16, 2019, as to the status of the appropriations matters relied upon in his making the motion now before the Court, and as to the necessity for continuance of the STAY.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania