IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors, § | |
| and § | |
| § | |
| STATE OF NEW JERSEY § | |
| § | |
| Defendant-Intervenor. | |

## ORDER

On this date, the Court considered Defendant-Intervenors' Opposed Motion to Postpone all Deadlines in Rule 16 Scheduling Order. After due consideration, the Court GRANTS the motion.

IT IS THEREFORE ORDERED that all deadlines in the Rule 16 scheduling order in this case are postponed for a period of time equal to the number of days covered by the lapse in appropriations, beginning with December 22, 2018.

IT IS FURTHER ORDERED that Federal Defendants must file a notice with the Court informing the Court of the date when Federal Defendants are able to resume working on this matter. The Court will issue an amended scheduling order upon consideration of such notice.

SIGNED on this the \_\_\_\_ day of _____, 2019.

                                                _____
                                                Hon. Andrew S. Hanen,
                                                U.S. District Court Judge