IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiffs file this Notice of Appearance of Counsel and hereby notify the Court that Special Counsel for Civil Litigation Michael Toth will appear as co-counsel for the Plaintiffs in the above case, along with Trial Counsel for Civil Litigation Todd Lawrence Disher, who will remain lead counsel. Mr. Toth is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules. Mr. Toth's contact information is:

> Michael Toth
> Special Counsel for Civil Litigation
> Tx. State Bar No. 24100608
> Southern District of Texas No. 2970180

Tel.: (512) 463-2100
P.O. Box 12548
Austin, Texas 78711-2548

| | |
|---|---|
| January 22, 2019 | Respectfully submitted. |
| | |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| | |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| | |
| DEREK SCHMIDT<br>Attorney General of Kansas | BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| | |
| JEFF LANDRY<br>Attorney General of Louisiana | RYAN L. BANGERT<br>Deputy Attorney General for Legal Counsel |
| | |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | TODD LAWRENCE DISHER<br>Attorney-in-Charge<br>Special Counsel for Civil Litigation |
| | |
| ALAN WILSON<br>Attorney General of South Carolina | */s/ Michael Toth*<br>MICHAEL TOTH |
| | Special Counsel for Civil Litigation |
| PATRICK MORRISEY | Tx. State Bar No. 24100608 |
| Attorney General of West Virginia | Southern District of Texas No. 2970180 |
| | Tel.: (512) 463-2100; Fax: (512) 936-0545 |
| | michael.toth@oag.texas.gov |
| | P.O. Box 12548 |
| | Austin, Texas 78711-2548 |
| | |
| | ADAM ARTHUR BIGGS<br>Assistant Attorney General |
| | |
| | **COUNSEL FOR PLAINTIFF STATES** |

## CERTIFICATE OF SERVICE

 I certify that on January 22, 2019, this Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ Michael Toth*
        MICHAEL TOTH
        Special Counsel for Civil Litigation

        **COUNSEL FOR PLAINTIFF STATES**