**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| *and* | ) |
| | ) |
| KARLA PEREZ, ET AL.; | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |
| | ) |

## ORDER DENYING DEFENDANT-INTERVENORS' MOTION TO POSTPONE ALL DEADLINES IN RULE 16 SCHEDULING ORDER

On this date, the Court considered Defendant-Intervenors' Motion to Postpone All Deadlines in Rule 16 Scheduling Order. After considering the motion, any responses thereto, and all other matters properly before the Court, the Court believes the motion is without merit and should be DENIED.

IT IS THEREFORE ORDERED that all deadlines contained in the Rule 16 scheduling order issued on November 14, 2018, remain in effect until further order of the Court.

SIGNED on this the _____ day of _____, 2019.


_____
Andrew S. Hanen,
U.S. District Court Judge