**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| *v.* | ) | Case No. 1:18-cv-00068 |
| | ) | |
| UNITED STATES OF AMERICA, ET AL.; | ) | |
| | ) | |
| *Defendants,* | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| KARLA PEREZ, ET AL.; | ) | |
| | ) | |
| STATE OF NEW JERSEY, | ) | |
| | ) | |
| *Defendants-Intervenors.* | ) | |
| | ) | |

**PLAINTIFF STATES' UNOPPOSED MOTION TO DISMISS JANET MILLS,
GOVERNOR OF MAINE**

The Plaintiff States respectfully ask this Court for an order dismissing Janet Mills,[1] Governor of Maine, from this case.  This motion is unopposed.  Plaintiff States respectfully request that only Janet Mills, Governor of Maine, be dismissed; the other plaintiffs will remain in the case.

---

[1] On January 2, 2019, Janet Mills, Governor of Maine, was automatically substituted as a party in this proceeding in place of former Governor Paul R. LePage. Fed. R. Civ. P. 25(d).

January 25, 2019

STEVE MARSHALL
Attorney General of Alabama

LESLIE RUTLEDGE
Attorney General of Arkansas

DEREK SCHMIDT
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

DOUGLAS J. PETERSON
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

RYAN L. BANGERT
Deputy Attorney General for Legal Counsel

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Attorney-in-Charge
Trial Counsel for Civil Litigation
Tx. State Bar No. 24081854
Southern District of Texas No. 2985472
Tel.: (512) 463-2100; Fax: (512) 936-0545
todd.disher@oag.texas.gov
P.O. Box 12548
Austin, Texas 78711-2548

MICHAEL TOTH
Special Counsel for Civil Litigation

ADAM ARTHUR BIGGS
Assistant Attorney General

**COUNSEL FOR PLAINTIFF STATES**

2

**CERTIFICATE OF SERVICE**

I certify that on January 25, 2019, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Trial Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**


**CERTIFICATE OF CONFERENCE**

I certify that on January 24, 2019, I conferred with counsel for the other parties in this case. None of the parties opposed, and counsel for the Federal Defendants did not respond.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Trial Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, ET AL.;            ) | |
|       ) | |
|                          *Plaintiffs,*    ) | |
|       ) | |
| *v.*       ) | Case No. 1:18-cv-00068 |
|       ) | |
| UNITED STATES OF AMERICA, ET AL.;    ) | |
|       ) | |
|                     *Defendants,*    ) | |
|       ) | |
| *and*       ) | |
|       ) | |
| KARLA PEREZ, ET AL.;       ) | |
|       ) | |
| STATE OF NEW JERSEY,       ) | |
|       ) | |
|            *Defendants-Intervenors.*    ) | |

## ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO DISMISS JANET MILLS, GOVERNOR OF MAINE

On this date, the Court considered Plaintiff States' Unopposed Motion to Dismiss Janet Mills, Governor of Maine. After considering the motion, the Court believes the motion should be GRANTED.

IT IS THEREFORE ORDERED that Janet Mills, Governor of Maine, is dismissed from this case. All other plaintiffs shall remain.

SIGNED on this the _____ day of _____, 2019.

_____
Andrew S. Hanen,
U.S. District Court Judge