**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, ET AL.; <br><br> *Plaintiffs,* <br><br> *v.* <br><br> UNITED STATES OF AMERICA, ET AL.; <br><br> *Defendants,* <br><br> *and* <br><br> KARLA PEREZ, ET AL.; <br><br> STATE OF NEW JERSEY, <br><br> *Defendants-Intervenors.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-cv-00068 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO
DISMISS JANET MILLS, GOVERNOR OF MAINE**

On this date, the Court considered Plaintiff States' Unopposed Motion to Dismiss Janet Mills, Governor of Maine. After considering the motion, the Court believes the motion should be GRANTED.

IT IS THEREFORE ORDERED that Janet Mills, Governor of Maine, is dismissed from this case.  All other plaintiffs shall remain.

SIGNED on this the _____ day of _____, 2019.

_____
Andrew S. Hanen,
U.S. District Court Judge