IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>  Plaintiffs,<br><br> v.<br><br> KIRSTJEN M. NIELSEN, *et al.*,<br><br>  Defendants. | Case No. 1:18-cv-00068 |

**[PROPOSED] ORDER EXTENDING TIME TO
REPLEAD ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

WHEREFORE, upon the motion of counsel for Federal Defendants, and for good cause shown,

IT IS HEREBY ORDERED that the date for Federal Defendants to replead its answer to Plaintiffs' Amended Complaint is hereby extended 19 days, to March 6, 2019.

SO ORDERED.

Signed on January ___, 2019, at Brownsville, TX.

_____
Honorable Andrew S. Hanen
United States District Judge