IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>KARLA PEREZ, *et al.*,<br><br>    Defendant-Intervenors,<br><br>and<br><br>STATE OF NEW JERSEY,<br><br>    Defendant-Intervenor. | Case No. 18-cv-00068 |

**FEDERAL DEFENDANTS' OPPOSITION IN RESPONSE TO
PEREZ DEFENDANT-INTERVENORS MOTION
<u>TO POSTPONE ALL DEADLINES IN RULE 16 SCHEDULING ORDER.</u>**

<u>INTRODUCTION</u>

Perez Defendant-Intervenors have moved this Court to postpone all deadlines in the Rule 16 Scheduling Order in light of the 35-day lapse in appropriations to portions of the federal government.

<u>ARGUMENT</u>

Perez Defendant-Intervenors argue that good cause exists in support of their request because the lapse in appropriations "prevents Federal Defendants from fully participating in this case, and precludes Defendant-Intervenors from having a fair opportunity to timely discovery information essential to their claims." ECF Dkt. No. 349 at 3. Perez Defendants-Intervenors cite

1

to Federal Defendants' service of initial disclosures, production of an administrative record, and pending discovery deficiency letter in support of their motion. *Id*. at 2. However, none of those events reflects a deadline set in the Rule 16 scheduling order. *See* ECF Dkt. 343. Federal Defendants are not aware of any discovery that Perez Defendant-Intervenors have pursued with regard to Federal Defendants since the November 14, 2018, initial conference. And, Perez Defendant-Intervenors offer no explanation for how the pendency of an administrative record that they have not requested or a newly raised discovery dispute challenging responses that Federal Defendants timely provided in July 6, 2018, impacts any scheduling order deadlines.

Therefore, the Court should deny Perez Defendant-Intervenors' motion at this time.

Dated: February 1, 2019

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

BRETT A. SHUMATE
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

Attorneys for Federal Defendants

Respectfully submitted,

*/s/ Jeffrey S. Robins*
JEFFREY S. ROBINS
Attorney-in-Charge
Assistant Director
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
Telephone: (202) 616-1246
Facsimile: (202) 305-7000
jeffrey.robins@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jeffrey S. Robins*
JEFFREY S. ROBINS
Attorney-in-Charge
Assistant Director

Attorneys for Federal Defendants