IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

**PLAINTIFF STATES' UNOPPOSED MOTION FOR LEAVE TO EXCEED
PAGE LIMIT ON THEIR BRIEF IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

Plaintiff States respectfully request that the Court grant permission to exceed the 20-page briefing limit by 26 pages in their brief in support of their Motion for Summary Judgment. Plaintiff States' briefing on their Motion for Summary Judgment raises complex issues in a case of national importance, and Plaintiff States require these extra pages to adequately present these issues to the Court. Plaintiff States seek this extension for good cause and in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted. The other parties do not oppose the request.

## CONCLUSION

Plaintiff States respectfully request that the Court grant their motion for leave to exceed page limits.

February 4, 2019

Respectfully submitted.

| | |
|---|---|
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| DEREK SCHMIDT<br>Attorney General of Kansas | BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | RYAN L. BANGERT<br>Deputy Attorney General for Legal Counsel |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | */s/ Todd Lawrence Disher*<br>TODD LAWRENCE DISHER<br>Attorney-in-Charge |
| ALAN WILSON<br>Attorney General of South Carolina | Trial Counsel for Civil Litigation<br>Tx. State Bar No. 24081854<br>Southern District of Texas No. 2985472 |
| PATRICK MORRISEY<br>Attorney General of West Virginia | Tel.: (512) 463-2100; Fax: (512) 936-0545<br>todd.disher@oag.texas.gov<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| | MICHAEL TOTH<br>Special Counsel for Civil Litigation |
| | ADAM ARTHUR BIGGS<br>Assistant Attorney General |
| | **COUNSEL FOR PLAINTIFF STATES** |

## CERTIFICATE OF SERVICE

I certify that on February 4, 2019, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    */s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Trial Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**

## CERTIFICATE OF CONFERENCE

I certify that on February 1, 2019, I conferred with counsel for the other parties in this case. The other parties do not oppose this request.

    */s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Trial Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) <br> ) <br> ) |
| *Plaintiffs,* | ) <br> ) <br> ) |
| *v.* | ) Case No. 1:18-cv-00068 <br> ) |
| UNITED STATES OF AMERICA, ET AL.; | ) <br> ) |
| *Defendants,* | ) <br> ) <br> ) |
| *and* | ) <br> ) |
| KARLA PEREZ, ET AL.; | ) <br> ) <br> ) |
| STATE OF NEW JERSEY, | ) <br> ) <br> ) |
| *Defendants-Intervenors.* | ) <br> ) |

**ORDER GRANTING PLAINTIFF STATES' MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON THEIR BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

On this date, the Court considered Plaintiff States' Motion for Leave to Exceed Page Limit on their Brief in Support of their Motion for Summary Judgment. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Motion for Leave to Exceed Page Limit on their Brief in Support of their Motion for Summary Judgment is hereby GRANTED.

SIGNED on this the ___ day of _____, 2019.

2

_____
Andrew S. Hanen,
U.S. District Court Judge