# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

## ORDER GRANTING PLAINTIFF STATES' MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON THEIR BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

On this date, the Court considered Plaintiff States' Motion for Leave to Exceed Page Limit on their Brief in Support of their Motion for Summary Judgment. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Motion for Leave to Exceed Page Limit on their Brief in Support of their Motion for Summary Judgment is hereby GRANTED.

SIGNED on this the ___ day of _____, 2019.

_____
Andrew S. Hanen,
U.S. District Court Judge