# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

**PLAINTIFF STATES' APPENDIX IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT**

# TABLE OF CONTENTS

| Exhibit | Document | Pages |
|---|---|---|
| 1 | Memorandum from Janet Napolitano, former Secretary of Homeland Security, titled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children" (June 15, 2012) ("DACA Memo") | App. 001-004 |
| 2 | U. S. Citizenship and Immigration Services Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals, Fiscal Year 2012-2017 | App. 005-007 |
| 3 | U.S. Citizenship and Immigration Services, DACA Frequently Asked Questions | App. 008-031 |
| 4 | U.S. Dep't of Homeland Security, DACA National Standard Operating Procedures (2013) | App. 032-256 |
| 5 | Immigrant Legal Resource Center, Practice Advisory: DACA, Advance Parole, and Family Petitions (June 2016) | App. 257-267 |
| 6 | Letter from USCIS to Hon. Charles E. Grassley, Chairman, Committee on the Judiciary (June 29, 2016) | App. 268-270 |
| 7 | Memorandum from Jeh Charles Johnson, former Secretary of Homeland Security, titled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children and with Respect to Certain Individuals Who Are the Parents of U.S. Citizens or Permanent Residents" (Nov. 20, 2014) ("DAPA Memo") | App. 271-276 |
| 8 | U.S. Department of Justice, Memorandum Opinion for the Secretary of Homeland Security and the Counsel to the President (Nov. 19, 2014) ("OLC Memo") | App. 277-310 |
| 9 | Memorandum from John F. Kelly, former Secretary of U.S. Department of Homeland Security, titled "Rescission of November 20, 2014 Memorandum Providing for Deferred Action for Parents of Americans and Lawful Permanent Residents" (June 15, 2017) ("DAPA Rescission Memo") | App. 311-314 |

| Exhibit | Document | Pages |
|---|---|---|
| 10 | Letter from Ken Paxton, Texas Attorney General, and ten other states, to Hon. Jeff Sessions, former U.S. Attorney General, urging the Trump Administration to phase out DACA (June 29, 2017) | App. 315-318 |
| 11 | Letter from Hon. Jeff Sessions, former U.S. Attorney General, to Elaine C. Duke, Acting Secretary of U. S. Department of Homeland Security, advising that DHS should rescind the 2012 DACA Memo (Sept. 4, 2017) | App. 319-320 |
| 12 | Memorandum from Elaine C. Duke, Acting Secretary of U. S. Department of Homeland Security, titled "Rescission of the June 15, 2012 Memorandum Entitled 'Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children'" (Sept. 5, 2017) ("DACA Rescission Memo") | App. 321-327 |
| 13 | Declaration of Donald Deere, Ph.D. (Apr. 27, 2018) | App. 328-342 |
| 14 | Deposition of Ike Brannon (June 26, 2018) (excerpts) | App. 343-350 |
| 15 | Brief of *Amici Curiae* Texas Association of Business, et al., ECF No. 221-1 (July 21, 2018) | App. 351-375 |
| 16 | Brief of *Amici Curiae* 114 Companies, ECF No. 204-1 (July, 21, 2018) | App. 376-406 |
| 17 | Brief of *Amici Curiae* New Jersey Businesses, ECF No. 192-1 (July 20, 2018) | App. 407-418 |
| 18 | Deposition of Esther Jeon (June 15, 2018) (excerpts) | App. 419-426 |
| 19 | Declaration of Rose Arackathara (May 18, 2018) | App. 427-431 |
| 20 | Deposition of Rose Arackathara (June 18, 2018) (excerpts) | App. 432-437 |
| 21 | Supplemental Declaration of Donald Deere, Ph.D. (June 15, 2018) | App. 438-453 |
| 22 | Deposition of Leighton Ku (June 27, 2018) (excerpts) | App. 454-459 |
| 23 | Declaration of Meg Wiehe and Misha Hill (June 15, 2018) | App. 460-479 |
| 24 | Deposition of Ray Perryman (June 27, 2018) (excerpts) | App. 480-490 |
| 25 | Declaration of Tom K. Wong (May 16, 2018) | App. 491-516 |

| Exhibit | Document | Pages |
|---|---|---|
| 26 | Declaration of Monica Smoot (Apr. 9, 2018) | App. 517-578 |
| 27 | Declaration of Leonardo R. Lopez (Apr. 26, 2018) | App. 579-583 |
| 28 | Ray Perryman, Estimated Annual Net Fiscal Benefits of DACA Recipients in Texas | App. 584-588 |
| 29 | Declaration of Leighton Ku, Ph.D., MPH (June 15, 2018) | App. 589-617 |
| 30 | Results from Tom K. Wong et al., 2017 National DACA Study (excerpts) | App. 618-621 |
| 31 | Declaration of Lloyd B. Potter, Ph.D. (Apr. 26, 2018) | App. 622-639 |
| 32 | Email from Tyronda Lee, Section Chief, U.S. Citizenship and Immigration Services, to Brandon Robinson (May 8, 2018 12:09 CST) | App. 640-641 |
| 33 | Deposition of Stephen Legomsky (Aug. 1, 2018) (excerpts) | App. 642-647 |

| | |
|---|---|
| February 4, 2019 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| DEREK SCHMIDT<br>Attorney General of Kansas | BRANTLEY STARR<br>Deputy First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | RYAN L. BANGERT<br>Deputy Attorney General for Legal Counsel |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | */s/ Todd Lawrence Disher*<br>TODD LAWRENCE DISHER<br>Attorney-in-Charge |
| ALAN WILSON<br>Attorney General of South Carolina | Trial Counsel for Civil Litigation<br>Tx. State Bar No. 24081854<br>Southern District of Texas No. 2985472 |
| PATRICK MORRISEY<br>Attorney General of West Virginia | Tel.: (512) 463-2100; Fax: (512) 936-0545<br>todd.disher@oag.texas.gov<br>P.O. Box 12548<br>Austin, Texas 78711-2548 |
| | MICHAEL TOTH<br>Special Counsel for Civil Litigation |
| | ADAM ARTHUR BIGGS<br>Assistant Attorney General |
| | **COUNSEL FOR PLAINTIFF STATES** |

## CERTIFICATE OF SERVICE

I certify that on February 4, 2019, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Trial Counsel for Civil Litigation

**COUNSEL FOR PLAINTIFF STATES**