# Exhibit 14

STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.
Ike Brannon on 06/26/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     BROWNSVILLE DIVISION


 3


 4    ----------------------------------x
                                        )
 5    STATE OF TEXAS, et al.,           )
                                        )
 6                      Plaintiffs,     )
      v                                 ) Case No.
 7                                      ) 1:18cv00068
      UNITED STATES OF AMERICA, et al.,)
 8                                      )
                        Defendants,     )
 9                                      )
      and                               )
10                                      )
      KARLA PEREZ, et al.,              )
11                                      )
              Defendant-intervenors.    )
12    ----------------------------------x


13


14             DEPOSITION OF IKE BRANNON


15                  Washington, D C


16             Tuesday, June 26, 2018


17                    1:56 p.m.


18


19


20    Job No.: 207169


21    Pages: 1 - 138


22    Reported by: Donna Marie Lewis, RPR, CSR (HI)
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      BROWNSVILLE DIVISION

 3

 4     ---------------------------------x
                                        )
 5     STATE OF TEXAS, et al.,          )
                                        )
 6                     Plaintiffs,      )
       v                                ) Case No.
 7                                      ) 1:18cv00068
       UNITED STATES OF AMERICA, et al.,)
 8                                      )
                       Defendants,      )
 9                                      )
       and                              )
10                                      )
       KARLA PEREZ, et al.,             )
11                                      )
              Defendant-intervenors.    )
12     ---------------------------------x

13

14              Deposition of IKE BRANNON, held at Regus

15     Business Center, 2200 Pennsylvania Avenue, NW, 4th

16     Floor East, Washington, D C 20037, pursuant to

17     Notice, before Donna Marie Lewis, Registered

18     Professional Reporter and Notary Public of and for

19     the District of Columbia.

20

21

22
```

www.huseby.com         Huseby, Inc. Regional Centers         800-333-2082
           Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 345

```
 1                A P P E A R A N C E S

 2   ON BEHALF OF PLAINTIFFS:

 3           THE ATTORNEY GENERAL, TEXAS

 4           BY:  ADAM ARTHUR BIGGS,
                  SPECIAL COUNSEL FOR CIVIL LITIGATION
 5           P O Box 12548

 6           Austin, Texas 78711-2548

 7           Telephone: (512) 936-0750

 8           Facsimile: (512) 936-0545

 9           Email: adam.biggs@oag.texas.gov

10

11   ON BEHALF OF DEFENDANTS:

12           UNITED STATES DEPARTMENT OF JUSTICE
             OFFICE OF IMMIGRATION LITIGATION
13
             BY: AARON S. GOLDSMITH,
14               SENIOR LITIGATION COUNSEL

15           Liberty Square Building

16           450 5th Street, NW

17           Washington, D.C. 20530

18           Telephone: (202) 532-4107

19           Email: aaron.goldsmith@usdoj.gov

20

21

22
```

```
 1   APPEARANCES: (Continued)

 2   ON BEHALF OF THE WITNESS:

 3          STATE OF NEW JERSEY
            DEPARTMENT OF LAW AND PUBLIC SAFETY
 4
            BY: KENNETH S. LEVINE,
 5              DEPUTY ATTORNEY GENERAL

 6          124 Halsey Street

 7          P O Box 45029

 8          Newark, New Jersey 07101-5029

 9          Telephone: (973) 648-2881

10          Facsimile: (973) 648-3956

11          Email: Kenneth.Levine@law.njoag.gov

12

13   ON BEHALF OF DEFENDANT-INTERVENORS:

14          MALDEF

15          BY:  ALEJANDRA AVILA, ESQUIRE

16          110 Broadway

17          Suite 204

18          San Antonio, Texas 78205

19          Telephone: (210) 224-5476, ext. 204

20          Facsimile: (210)224-5382

21          Email: aavila@maldef.org

22
```

 1   million.  It would have an impact on the labor
 2   market if -- a more severe impact on the labor
 3   market of low income people if they had 700,000
 4   more people to compete with.
 5        Q    Because it would increase competition
 6   for those individuals, correct?
 7        A    It would.
 8        Q    How many DACA recipients are you aware
 9   of that you would consider low skilled?
10        A    Well, two-thirds since -- we estimate
11   two-thirds are going to have some kind of college,
12   so at most it's going to be one-third or less.
13        Q    So one-third or less would be considered
14   low skilled, for lack of a better phrase?
15        A    Yeah.  And probably a little bit less
16   than that, yeah.
17        Q    That one-third, that would increase
18   competition with other people who are citizens who
19   are also competing for those low skilled jobs,
20   correct?
21        A    That's right.  But since these workers
22   are relatively mobile, we would argue that they

```
 1   would have relatively low impact on their wages.
 2       Q    But an impact nonetheless, correct?
 3       A    Correct.
 4            MR. BIGGS:  All right.  Let's actually
 5   take five minutes, if that's okay.
 6            THE WITNESS:  Sure.
 7            MR. BIGGS:  I think I'm getting close to
 8   being done.  We will get you out of here -- well,
 9   subject to anybody else asking you questions.
10            THE WITNESS:  That's great.
11            MR. GOLDSMITH:  I will have some
12   questions.
13            (The proceedings recessed from 3:50 p.m.
14   to 3:59 p.m.)
15            (Exhibit No. 2 was marked for
16   identification.)
17   BY MR. BIGGS:
18       Q    I hand you what is marked as Exhibit 2
19   to your deposition.  I actually might be one
20   short.  I apologize for that.
21            Sir, have you seen Exhibit 1 before --
22   or Exhibit 2 before?
```

```
 1                REPORTER'S CERTIFICATE

 2            I, DONNA M. LEWIS, RPR, Certified

 3   Shorthand Reporter, certify;

 4            That the foregoing proceedings were

 5   taken before me at the time and place therein set

 6   forth, at which time the witness, Ike Brannon, was

 7   put under oath by me;

 8            That the testimony of the witness, the

 9   questions propounded and all objections and

10   statements made at the time of the examination

11   were recorded stenographically by me and were

12   thereafter transcribed;

13            I declare that I am not of counsel to

14   any of the parties, nor in any way interested in

15   the outcome of this action.

16            As witness, my hand and notary seal this

17   28th day of June, 2018.

18
                           _____
19                          Donna M. Lewis, RPR
20                          Notary Public
21
     My Commission expires:
22   March 14, 2023
```