# Exhibit 18

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF TEXAS

 3                    BROWNSVILLE DIVISION

 4
     STATE OF TEXAS, et al.,       )
 5                                 )
              Plaintiffs,          )
 6                                 )
         vs                        ) No. 1:18-CV-68
 7                                 )
     UNITED STATES OF AMERICA,     )
 8    et al.,                      )
                                   )
 9            Defendants.          )
                                   )
10         and                     )
                                   )
11   KARLA PEREZ, et al.,          )

12

13              The deposition of Esther Jeon called for

14   examination pursuant to notice and pursuant to the

15   Federal Rules of Civil Procedure for the United

16   States District Courts pertaining to the taking of

17   depositions taken before JO ANN LOSOYA, Certified

18   Shorthand Reporter within and for the County of Cook

19   and State of Illinois at 11 East Adams, Chicago,

20   Illinois, on June 15, 2018 at the hour of 11:00

21   o'clock a.m.

22

23

24

25
```

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                          Page 2

```
 1    APPEARANCES:

 2         MALDEF
           MS. PRISCILLA ORTA
 3         MS. GRISELDA VEGA SAMUEL
           11 East Adams Street
 4         Suite 700
           Chicago,Illinois 60603
 5         (312) 427-0701
           porta@maldef.org
 6         gvegasamuel@maldef.org
                Appeared on behalf of the Deponent and
 7             Intervenors;

 8         ATTORNEY GENERAL OF THE STATE OF TEXAS
           MR. ADAM N. BITTER
 9         MS. CRISTINA M. MORENO
           P.O. BOX 12548
10         Austin,Texas  78711
           (512) 463-2120
11         adam.bittter@oag.texas.gov
           cristina.moreno@oag.texas.gov
12              Appeared on behalf of the Plaintiffs.

13         U.S. DEPARTMENT OF JUSTICE
           MR. JAMES WALKER
14         Ben Franklin Station
           P.O. Box 868
15         Washington, DC  20044
           (202) 532-4468
16         james.walker3@usdoj.gov
                Appeared on behalf of the Defendant.
17
      APPEARING TELEPHONICALLY:
18
           ALEJANDRA AVILA, MALDEF
19         NINA PERALES, MALDEF
           NICHOLAS DOLINSKY, New Jersey Attorney General
20         Office

21    ALSO PRESENT:

22         NAYOUNG HANA
           SUSANA SANDOVAL VARGAS
23

24    REPORTED BY:  JO ANN LOSOYA
      CSR LICENSE:  084-002437
25
```

Case 1:18-cv-00068   Document 358-18   Filed on 02/04/19 in TXSD   Page 4 of 8

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                      Page 37

 1      A.    In Houston.
 2            MS. AVILA:  Hello.  This is Alejandra.
 3   I'm calling from the San Antonio office for MALDEF.
 4            MR. BITTER:  Hi, Alejandra.  Adam Bitter.
 5   I have got a crew here with me in the deposition
 6   room and also on the line is Nina and Nicholas
 7   Dolinsky from New Jersey.
 8   BY MR. BITTER:
 9      Q.    So between -- just to clarify, between
10   your first year and your second year at Harvard,
11   where were you?
12      A.    Houston.
13      Q.    In Houston.  Did you work anywhere during
14   that time?
15      A.    I had assisted my family restaurant.
16      Q.    Is that in Houston?
17      A.    Yes.
18      Q.    Did you have any other job during your
19   summer break between first year and second year?
20      A.    No.
21      Q.    So, second year at Harvard, did you work
22   during any part of that year?
23      A.    Yes.
24      Q.    Where did you work first your second
25   year?

Case 1:18-cv-00068   Document 358-18   Filed on 02/04/19 in TXSD   Page 5 of 8

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                            Page 38

```
 1        A.    For the Office of Equity, Diversity and
 2   Inclusion.
 3        Q.    When did you begin working there?
 4        A.    Late first semester.
 5        Q.    And how did you apply for that job?  Did
 6   you apply for that job?
 7        A.    Yes.
 8        Q.    And how did you apply for it?
 9        A.    Through the Office of Equity Diversity
10   and Inclusion.
11        Q.    Just directly submitted your application
12   to them?
13        A.    Yes.
14        Q.    What were your responsibilities in that
15   position?
16        A.    I worked to create spaces for students
17   where they could talk about issues of race, gender,
18   and class.
19        Q.    Was that a competitive process to get
20   that job?
21        A.    I don't know.
22        Q.    Do you know if other people applied for
23   it?
24        A.    Yes.
25        Q.    Were there other people that had your
```

Case 1:18-cv-00068   Document 358-18   Filed on 02/04/19 in TXSD   Page 6 of 8

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                    Page 39

1  same position, or was it just one position that was

2  held by you?

3      A.   There was more than one.

4      Q.   But as far as you know, there were

5  multiple people that applied for the job that you

6  received?

7      A.   Yes.

8      Q.   And actually, let me ask that question

9  for the Harvard Financial Aid Initiative work that

10 you did your freshman year.  Do you know whether

11 other people applied for that position as well?

12     A.   Yes.

13     Q.   You know of people that were turned down

14 for that position; is that right?

15     A.   Yes.

16     Q.   The position with the -- I'll call it

17 Office of Equity for short, for that office, was

18 that a paid or unpaid position?

19     A.   Paid.

20     Q.   For that job, do you recall providing

21 verification of your employment eligibility?

22     A.   Yes.

23     Q.   So you began working there late in your

24 first semester of your sophomore year; is that

25 right?

Case 1:18-cv-00068   Document 358-18   Filed on 02/04/19 in TXSD   Page 7 of 8

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                    Page 99

```
 1                    REPORTER CERTIFICATE
 2
 3            I, JO ANN LOSOYA, a Certified Shorthand
 4    Reporter within and for the County of Cook and State
 5    of Illinois, do hereby certify:
 6                      That previous to the commencement
 7    of the examination of the witness, the witness was
 8    duly sworn to testify the whole truth concerning the
 9    matters herein;
10                      That the foregoing deposition
11    transcript was reported stenographically by me, was
12    thereafter reduced to typewriting under my personal
13    direction and constitutes a true record of the
14    testimony given and the proceedings had;
15                      That the said deposition was taken
16    before me at the time and place specified;
17                      That I am not a relative or
18    employee or attorney or counsel, nor a relative or
19    employee of such attorney or counsel for any of the
20    parties hereto, nor interested directly or
21    indirectly in the outcome of this action.
22
23
24
25
```

Case 1:18-cv-00068   Document 358-18   Filed on 02/04/19 in TXSD   Page 8 of 8

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                    Page 100

```
 1          IN WITNESS WHEREOF, I do hereunto set my
 2   hand this June 27, 2018.
 3
 4
 5
 6
 7
 8         JO ANN LOSOYA, CSR
 9         C.S.R. No. 84-002437
```