# Exhibit 20

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     BROWNSVILLE DIVISION
    - - - - - - - - - - - - - - - - - - - - - - - - -
 3
    STATE OF TEXAS, et al.,        CASE NO. 1:18-CV-08
 4
       Plaintiffs,
 5
              vs.
 6
    UNITED STATES OF AMERICA,
 7  et al.,

 8     Defendants,

 9  KARLA PEREZ, et al.,

10     Defendant-Intervenors,

11  and

12  STATE OF NEW JERSEY,

13     Proposed Defendant-Intervenor

14   - - - - - - - - - - - - - - - - - - - - - - - - -

15                         - - -

16               Monday, June 18, 2018

17                         - - -

18                   DEPOSITION OF:

19                  ROSE ARACKATHARA

20                         - - -

21

22

23

24

25
```

```
 1

 2              Oral Deposition of ROSE ARACKATHARA,

 3   was taken pursuant to Notice at the offices of the

 4   NEW JERSEY ATTORNEY GENERAL'S OFFICE, 124 Halsey

 5   Street, 5th Floor, Newark, NJ 07101 on the above

 6   date before DEBRA G. JOHNSON-SPALLONE, CCR, RPR,

 7   Delaware CSR, Notary Public in and for the States of

 8   Pennsylvania, New Jersey, and Delaware, and a

 9   Federally Approved Reporter of the United States

10   District Court commencing on or about 10:10 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 434

Case 1:18-cv-00068   Document 358-20   Filed on 02/04/19 in TXSD   Page 4 of 6

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018                                        Page 3

```
 1    APPEARANCES:

 2    ATTORNEY GENERAL KEN PATTON
      BY:   ADAM N. BITTER,
 3          adam.bitter@oag.texas.gov
            CRISTINA M. MORENO, ESQUIRE
 4          cristina.moreno@oag.texas.gov
      300 West 15th Street
 5    11th Floor
      P.O. Box 12548
 6    Austin, TX 78701
      (512) 463-2120
 7    Representing the Plaintiffs

 8


 9    U.S. DEPARTMENT OF JUSTICE
      BY:   JAMES WALKER, ESQUIRE
10    Ben Franklin Station
      P.O. Box 868
11    Washington, D.C. 20044
      (202) 532-4468
12    james.walker3@usdoj.gov
      Representing the U.S. Department of Justice
13


14
      STATE OF NEW JERSEY
15    DEPARTMENT OF LAW AND PUBLIC SAFETY
      BY:   JEREMY E. HOLLANDER, ESQUIRE
16    124 Halsey Street
      P.O. Box 45029
17    Newark, NJ 07101-5029
      (973) 648-7453
18    Jeremy.Hollander@law.njoag.gov
      Representing the State of New Jersey
19


20
      STATE OF NEW JERSEY
21    DEPARTMENT OF LAW & PUBLIC SAFETY
      BY:   RACHEL WAINER APTER, ESQUIRE
22    R.J. Hughes Justice Complex
      25 Market Street
23    P.O. Box 080
      Trenton, NJ 08625
24    (609) 376-2702
      Rachel.Apter@njoag.gov
25
```

Case 1:18-cv-00068   Document 358-20   Filed on 02/04/19 in TXSD   Page 5 of 6

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018                                  Page 65

 1         A.    Yes.
 2         Q.    In receiving the full-time
 3   employment, is it your testimony that Ms. Osorio, to
 4   your understanding, was selected over other
 5   applicants?
 6         A.    From my understanding, she was,
 7   based on the competitive nature of the program.
 8         Q.    Are you aware how many people are
 9   beginning full-time employment at DCP&P this Fall
10   through the BCWEP program?
11         A.    I believe there is, roughly, 40 in
12   the graduating class.  Not all of them are starting
13   in the Fall.  Some of them started right after
14   graduation.
15               Cinthia herself was expected to
16   start right after graduation, but because of her
17   treatments, because of her cancer, she was able to
18   delay that start date.
19               So, other students have already
20   started, some haven't, but it's all various time --
21   timelines.
22         Q.    So, within her class there is
23   approximately 40 people that are being brought up
24   for full-time employment.
25               Is that correct?

Case 1:18-cv-00068   Document 358-20   Filed on 02/04/19 in TXSD   Page 6 of 6

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018                                    Page 103

1

2       I, Debra G. Johnson-Spallone, certify that the

3   foregoing is a true and accurate transcription of

4   the notes taken by me on the date set forth.

5       I further certify that I am not an attorney or

6   counsel of any of the parties, nor a relative or

7   employee of any attorney or counsel in connection

8   with the action, nor financially interested in the

9   action.

10

11

12

13

14   _____

15   DEBRA G. JOHNSON-SPALLONE, CSR, RPR

16

17

18

19   This transcript is not to be copied unless under the

20   direct control and supervision of the certifying

21   reporter.

22

23

24

25   Debra G. Johnson-Spallone, CSR, RPR