# Exhibit 22

**STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.**
Dr. Leighton Ku on 06/27/2018

```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
 2                        BROWNSVILLE DIVISION

 3                          + + + + +

 4     ---------------------------
                                     :
 5     IN THE MATTER OF:             :
                                     :
 6     STATE OF TEXAS, et al.,       :
                                     :
 7               Plaintiffs,         :
                                     :
 8         v.                        : Case No.
                                     : 1:18-CV-68
 9     UNITED STATES OF AMERICA,     :
       et al.,                       :
10                                   :
                 Defendants,         :
11                                   :
       and                           :
12                                   :
       KARLA PEREZ, et al.,          :
13                                   :
                 Defendant-          :
14               Intervenors,        :
                                     :
15     and                           :
                                     :
16     STATE OF NEW JERSEY,          :
                                     :
17               Defendant-          :
                 Intervenor.         :
18                                   :
       ---------------------------
19
                    Wednesday,
20                  June 27, 2018

21                  Washington, D.C.

22
       DEPOSITION OF:
23
                         LEIGHTON KU
24

25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 455

```
 1   called for examination by Counsel for the
     Plaintiffs, pursuant to Notice of Deposition, in
 2   the Mexican American Legal Defense and Education
     Fund, located at 1016 16th Street, NW,
 3   Washington, D.C., when were present on behalf of
     the respective parties:
 4

 5   APPEARANCES:

 6
     On Behalf of the Plaintiffs, State of Texas, et
 7   al.:

 8   ADAM ARTHUR BIGGS, ESQ.
     State of Texas
 9   Office of the Attorney General
     P.O. Box 12548
10   Austin, TX 78711-2548
     512-936-0750
11   512-936-0545 fax
     adam.biggs@oag.texas.gov
12

13   On Behalf of the Defendants, United States of
     America, et al.:
14

15   AARON S. GOLDSMITH, ESQ.

16   U.S. Department of Justice

17   Civil Division

18   Office of Immigration Litigation

19   Liberty Square Building

20   450 5th Street, NW

21   Washington, D.C. 20530

22   202-532-4107

23   aaron.goldsmith@usdoj.gov

24

25
```

```
 1    APPEARANCES: (CONT.)

 2    On Behalf of the Defendant-Intervenors, Karla
      Perez, et al.:
 3
      ALEJANDRA AVILA, ESQ.
 4    Mexican American Legal Defense and Education
      Fund (MALDEF)
 5    110 Broadway
      Suite 204
 6    San Antonio, TX 78205
      210-224-5476
 7    210-224-5382 fax
      aavila@maldef.org
 8

 9    On Behalf of the Defendant-Intervenors, State of
      New Jersey, et al.:
10
      KENNETH S. LEVINE, ESQ.
11    State of New Jersey
      Department of Law and Public Safety
12    Division of Law

13    124 Halsey Street

14    P.O. Box 45029

15    Newark, NJ 07101-5029

16    973-648-2881

17    973-648-3956 fax

18    kenneth.levine@law.njoag.gov

19

20

21

22

23

24

25
```

```
 1      Q     And --
 2      A     I maybe have tried to contact them but
 3   I don't recall.
 4      Q     Were you asked to provide that email
 5   to your Attorney?
 6      A     My Attorney did not ask me for that
 7   email.
 8      Q     Do you still have that email?
 9      A     Probably.  I think so.
10      Q     Do you have any plans to delete that
11   email anytime soon?
12      A     I'm not planning to do so.
13      Q     All right.  To the extent that this
14   minor incentive exists, is the introductory
15   phrase in the next sentence, would you agree that
16   this incentive may exist?
17      A     The incentive may exist for, in some
18   cases.
19      Q     Do you claim it will be countered by
20   other employment compliance barriers that firms
21   may face in hiring DACA recipients?
22            What are those other employment
23   compliance barriers?
24      A     They're described in the citation that
25   I described, which is to say that there are
```

```
 1                  C E R T I F I C A T E
 2   This is to certify that the foregoing transcript
 3   Deposition of: Dr. Leighton Ku
 4   In the matter of: State of Texas v USA
 5   Before: US District Court for Southern
 6           District of Texas
 7   Date: 06-27-18
 8   Place: Washington, DC
 9   were duly recorded and accurately transcribed
10   under my direction; further, that said transcript
11   is a true and accurate record of the proceedings;
12   and that I am neither counsel for, related to,
13   nor employed by any of the parties to this action
14   in which this deposition was taken; and further
15   that I am not a relative nor an employee of any
16   of the parties nor counsel employed by the
17   parties, and I am not financially or otherwise
18   interested in the outcome of the action.
19   [signature: Neal R. Gross]
20   -----------------------
21   Neal Gross
22   Court Reporter
23
24
25
```