# Exhibit 25

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:18-CV-68 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| Proposed Defendant-Intervenor. | ) |

## DECLARATION OF TOM K. WONG

I, Tom K. Wong, declare as follows:

1. My name is Tom K. Wong and I am over eighteen years of age. I have personal knowledge of and could testify in Court concerning the following statements of fact.

2. I am an Associate Professor with tenure at the University of California, San Diego (UCSD). I work in the political science department, which is consistently ranked by U.S. News & World Report as one of the top ten political science departments nationally. I am also the Director of the International Migration Studies Program Minor at UCSD.

3. I am an expert on immigration politics and policy, which includes the Deferred Action for Childhood Arrivals (DACA) policy. I have written two peer-reviewed

App. 492

books and several peer-reviewed journal articles, book chapters, and reports on these subjects. My most recent research on DACA is a national survey of 3,063 DACA recipients conducted in August 2017 (henceforth referred to as the "2017 DACA survey"). The 2017 DACA survey is in addition to two peer-reviewed journal articles on DACA (*International Migration Review* and *Journal on Migration and Human Security*), another forthcoming peer-reviewed journal article on DACA (*Social Problems*), one book-length monograph (supported by a grant from the U.S. Department of Homeland Security [DHS]), and three other reports based on national surveys that I have conducted of DACA recipients.

4.    I received a Ph.D. in political science at the end of the 2010-2011 academic year. I was a post-doctoral research fellow during the 2011-2012 academic year. I joined the political science department at UCSD during the 2012-2013 academic year. I served as an advisor to the White House Initiative on Asian Americans and Pacific Islanders (WHIAAPI), where I worked on the immigration portfolio, during the 2015-2016 academic year.

5.    I previously testified as an expert witness in the case, *City of El Cenizo, et. al. v. State of Texas, et. al.*

6.    I am not being compensated by the State of New Jersey.

7.    I have attached a true and complete copy of my curriculum vitae as Exhibit A to this Declaration. I have also attached a true and complete copy of the 2017 DACA survey as Exhibit B to this Declaration.

**DACA**

2

8. Since it was first announced on June 15, 2012, the Deferred Action for Childhood Arrivals policy has provided temporary relief from deportation and work authorization to 793,026 people.[1] As of September 4, 2017, there are 689,900 active DACA recipients.[2]

**2017 National Survey of DACA Recipients**

9. From August 1, 2017 to August 20, 2017, I conducted a national online survey of DACA recipients. The resulting survey is the largest study to date of DACA recipients with a sample size of 3,063 respondents in forty-six states plus the District of Colombia.

10. Methodologically, several steps were taken to account for the known sources of bias that can result from online panels. To prevent ballot stuffing, meaning one person submitting multiple responses, incentives were not given for each completed survey that was submitted. Moreover, the online survey platform used (Qualtrics) was programmed to prevent one IP address from submitting multiple responses. To prevent spoiled ballots, meaning people who responded to the survey who were not undocumented, I used a unique validation test for undocumented status. Multiple questions were asked about each respondent's migratory history. These questions were asked during different parts of the

---

[1] Based on the most recent publicly available data from U.S. Citizenship and Immigration Services (USCIS) at the time of this writing, which is up to June 30, 2017. USCIS provides quarterly reports on DACA. *See* https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20 Data/All%20Form%20Types/DACA/daca_performancedata_fy2017_qtr3.pdf.

[2] The lesser 689,900 figure represents the total number of individuals who, as of September 4, 2017, were "active DACA recipients." For example, those who received DACA may have adjusted to lawful permanent resident (LPR) status.
https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20 Data/All%20Form%20Types/DACA/daca_population_data.pdf.

survey. When a question was repeated, it was posed using different wording. For example, "How old were you when you first came to the U.S.?" and, "In what year did you first come to the U.S.?" (current age was used to tether these answers). If there was agreement in the answers, meaning there was consistency regarding the respondent's migratory history, the respondent was kept in the resulting sample. If there were inconsistencies, the respondent was excluded. Also, Facebook ads were used to improve the geographic representativeness of the resulting sample, as well as to recruit respondents who were outside of the networks of the organizations that conducted outreach for the survey. Because there is no directory of undocumented immigrants from which to randomly sample from, researchers need to partner with organizations that interact with undocumented immigrants to conduct such surveys. The outreach partners were United We Dream (UWD), the National Immigration Law Center (NILC), and the Center for American Progress (CAP). These partners distributed the survey link to their respective email lists. Given the nature of online opt-in surveys, it is not possible to construct a valid margin of error. Nevertheless, the survey is methodologically rigorous and sound. Indeed, a peer-reviewed academic journal on DACA based on survey results obtained using the methods described above is forthcoming in a top sociology journal.

11. Evaluating the representativeness of the survey sample requires current and complete data on the characteristics of DACA recipients. The only publicly available data provided by U.S. Citizenship and Immigration Services (USCIS) in its quarterly DACA statistics that are both current and complete is the geographic

4

breakdown of DACA recipients at the state level.[3] Using these data, a two-sample Kolmogorov-Smirnov (K-S) test of equality of distributions can be run to evaluate how well the survey sample matches the actual distribution of DACA recipients by state. The results of the K-S test of equality of distributions shows that the state-by-state breakdown of the survey sample is representative of the state-by-state breakdown of all DACA recipients ($p = .570$).[4]

## Characteristics of DACA Recipients

12.     The average age of respondents is 25.2.[5] The average age that respondents first

---

[3] USCIS also provides publicly available data on the country of birth of DACA recipients, but these data are incomplete, as only the top twenty-five countries of birth are listed (and one of these is labeled "Unknown"). USCIS has analyzed the demographic characteristics of DACA recipients, but this initial analysis was based on data from August 2012 to September 2013. *See* https://www.uscis.gov/sites/default/files/USCIS/Humanitarian/Deferred%20Action%20for%20Childhood%20Arriv als/USCIS-DACA-Characteristics-Data-2014-7-10.pdf. More recently, USCIS published an updated analysis (September 2017). A Kolmogorov-Smirnov (K-S) test of equality of distributions shows that the state-by-state breakdown of the survey sample is representative of the state-by-state breakdown of all "active DACA recipients" ($p = .557$) that USCIS analyzed. The null hypothesis for the K-S test is that the two distributions are statistically the same. A $p$ value of .557 means that we are not confident that we can reject the null hypothesis. In other words, this result means we are only 44% confident (1 minus .557) that we can reject the null hypothesis (and thus say that the two distributions are different). By convention, scholars tend to accept a $p$ value of .05 or less as being statistically significant. A $p$ value of .05 means that we are 95% confident (1 minus .05) in a result. Moreover, the September 2017 USCIS report indicates that the average age of active DACA recipients is 23.8. The average age of the survey sample is similar at 25.2. The most recent USCIS data do not provide detailed cross-tabulations sufficient for weighting purposes.

[4] That is, there is no evidence to suggest that the distribution of survey respondents by state and the actual number of DACA recipients by state is statistically significantly different. Moreover, analyzing and comparing the unweighted and weighted results show that the findings are substantively similar throughout. As previously noted, the null hypothesis for the K-S test is that the two distributions are statistically the same. A $p$ value of .570 means that we are not confident that we can reject the null hypothesis. In other words, this result means we are only 43% confident (1 minus .570) that we can reject the null hypothesis (and thus say that the two distributions are different). By convention, scholars tend to accept a $p$ value of .05 or less as being statistically significant. A $p$ value of .05 means that we are 95% confident (1 minus .05) in a result.

[5] As previously noted, a September 2017 USCIS report shows that the average age of "active DACA recipients" is 23.8. The average age of the survey sample is thus similar to the average age of active DACA recipients as reported by USCIS.

arrived in the U.S. is 6.5.[6] The average number of years that respondents have lived in the U.S. is 18.8.[7] Regarding race and ethnicity, 93% of respondents identify as Hispanic/Latino, 4% identify as Asian or Pacific Islander, 2% identify as White, and 1% identify as Black.[8] Also, 10% of respondents personally identify as lesbian, gay, bisexual, or transgender (LGBT).

**DACA and Economic Integration**

13. DACA has been critical in improving the economic integration of DACA recipients, which is evidenced by their employment rates, their employment in "white collar," higher-skilled jobs, greater job mobility, higher wages, more financial independence, and increased consumer purchasing power, among other indicators.

14. Regarding employment, the data show that 91% of DACA recipients are currently employed. Among those 25 years and older, this percentage climbs to 93%. Moreover, the data show that at least 72% of the top twenty-five Fortune 500 companies employ DACA recipients.

15. DACA recipients are most likely to work in *Office and Administrative Support Occupations* followed by *Sales and Related Occupations* and then *Management, Business, Science, and Arts Occupations*. U.S. Census occupation categories are

---

[6] In other words, on average, DACA recipients first entered the U.S. during kindergarten or first grade.

[7] Moreover, 38.5% of respondents have lived in the U.S. for 20 years or more.

[8] USCIS does not report race and ethnicity in its quarterly DACA statistics. However, the large majority of the "Top Countries of Origin" listed in the USCIS quarterly reports are Latin American countries.

used to distinguish between types of occupations.[9] Table 1 lists the top ten occupation categories for DACA recipients.

Table 1

|  | DACA |
| --- | --- |
| Office and Administrative Support Occupations | 16.5% |
| Sales and Related Occupations | 11.6% |
| Management, Business, Science, and Arts Occupations | 10.8% |
| Education, Training, and Library Occupations | 9.6% |
| Food Preparation and Serving Occupations | 6.8% |
| Healthcare Support Occupations | 6.4% |
| Healthcare Practitioners and Technical Occupations | 4.6% |
| Community and Social Services Occupations | 4.3% |
| Financial Specialists | 3.4% |
| Legal Occupations | 3.0% |
| Computer and Mathematical Occupations | 3.0% |
| Other | 19.9% |

16.    Table 2 below compares the occupations of DACA recipients to native-born workers between the ages of sixteen and thirty-five. As the table shows, DACA recipients are more likely to work in "white-collar" higher-skilled occupations such as *Management, Business, Science, and Arts Occupations*, *Healthcare Support Occupations*, and *Legal Occupations*, and they are less likely to work in "blue-collar" lesser-skilled occupations such as *Building and Grounds Cleaning and Maintenance Occupations*, *Construction and Extraction Occupations*, and *Food Preparation and Serving Occupations*.

---

[9] For detailed occupation listing, see https://usa.ipums.org/usa/volii/c2ssoccup.shtml.

7

Table 2

|  | | | Native | |
| --- | --- | --- | --- | --- |
|  | | DACA | Born | Diff |
| Management, Business, Science, and Arts Occupations | ....................................... | 10.8% | 6.4% | +4.4% |
| Education, Training, and Library Occupations | ....................................... | 9.6% | 5.9% | +3.7% |
| Healthcare Support Occupations | ....................................... | 6.4% | 3.1% | +3.3% |
| Community and Social Services Occupations | ....................................... | 4.3% | 1.5% | +2.7% |
| Office and Administrative Support Occupations | ....................................... | 16.5% | 13.9% | +2.6% |
| Legal Occupations | ....................................... | 3.0% | 0.9% | +2.2% |
| Financial Specialists | ....................................... | 3.4% | 1.9% | +1.5% |
| Computer and Mathematical Occupations | ....................................... | 3.0% | 2.3% | +0.8% |
| Architecture and Engineering Occupations | ....................................... | 2.1% | 1.5% | +0.6% |
| Business Operations Specialists | ....................................... | 2.8% | 2.3% | +0.4% |
| Life, Physical, and Social Science Occupations | ....................................... | 1.2% | 0.8% | +0.4% |
| Extraction Workers | ....................................... | 0.1% | 0.2% | -0.1% |
| Farming, Fishing, and Forestry Occupations | ....................................... | 0.1% | 0.6% | -0.5% |
| Healthcare Practitioners and Technical Occupations | ....................................... | 4.6% | 5.2% | -0.5% |
| Arts, Design, Entertainment, Sports, and Media | ....................................... | 1.5% | 2.2% | -0.7% |
| Military Specific Occupations | ....................................... | 0.0% | 0.8% | -0.8% |
| Building and Grounds Cleaning and Maintenance | ....................................... | 1.4% | 2.8% | -1.4% |
| Sales and Related Occupations | ....................................... | 11.6% | 13.0% | -1.4% |
| Protective Service Occupations | ....................................... | 0.8% | 2.6% | -1.7% |
| Construction and Extraction Occupations | ....................................... | 1.8% | 3.9% | -2.1% |
| Installation, Maintenance, and Repair Workers | ....................................... | 0.8% | 3.2% | -2.3% |
| Personal Care and Service Occupations | ....................................... | 2.0% | 4.4% | -2.4% |
| Production Occupations | ....................................... | 2.6% | 5.1% | -2.5% |
| Transportation and Material Moving Occupations | ....................................... | 2.7% | 5.7% | -3.0% |
| Food Preparation and Serving Occupations | ....................................... | 6.8% | 9.9% | -3.0% |

Note: percentages may not sum to 100 due to rounding. The column "DACA" refers to DACA recipients. "Native Born" refers to native-born workers who are (a) employed and are (b) between the ages of sixteen and thirty-five. These data come from the U.S. Census 2011-2015 American Community Survey (ACS) 5-year Public Use Microdata, which represents the most up-to-date 5-year file. "Diff" is the difference in the percentage between DACA recipients and comparable native-born workers.

17.     Moreover, after receiving DACA:

    a.     54% got their first job;

    b.     69% got a job with better pay;

    c.     54% got a job that better fits their education and training;

    d.     54% got a job that better fits their long-term career goals;

8

    e.    57% got a job with health insurance or other benefits[10];

    f.    56% got a job with improved work conditions; and

    g.    5% started their own businesses.[11]

Table 3 summarizes these results. The column "$\geq 25$" reports the results for respondents 25 years and older.

Table 3

| | | $\geq 25$ |
|---|---|---|
| Got my first job | 54.2% | 35.3% |
| Got a job with better pay | 68.5% | 77.7% |
| Got a job that better fits my education and training | 54.2% | 59.6% |
| Got a job that better fits my long-term career goals | 53.9% | 61.4% |
| Got a job with health insurance or other benefits | 57.3% | 66.9% |
| Got a job with improved work conditions | 56.2% | 64.4% |
| Started my own business | 5.4% | 7.9% |

Note: percentages do not sum to 100 as individuals may select all that apply. $n = 1,662$ for all respondents 25 years and older.

18.    Regarding earnings, the data make clear that DACA is having a positive and significant effect on the wages of DACA recipients.

19.    The average hourly wage of DACA recipients has increased by 69% since receiving DACA. Among those 25 years and older, the average hourly wage has increased by 81% since receiving DACA. I have noted in previous research that more work (and time) may be needed to parse out the short- and long-run wage effects of DACA, as well as to answer the question of whether short-run gains in wages represent a plateau in earnings or if more robust long-run wage effects exist. This continues to be true. However, because of the continued upward trajectory in the observed wages of DACA recipients, it is likely that there is even

[10] 49.2% of respondents in my 2016 DACA survey reported that they obtained health insurance through their employer and 46.8% of respondents reported that they had "Received health care using [their] newly obtained health insurance."

[11] This rate of business starts is higher than the rate of business starts for the American public as a whole (3.1%).

9

more room for wage growth as DACA recipients move further along in their careers. These gains will disappear if these individuals lose their DACA status and the accompanying work authorization.

20.    The data also show that average annual earnings among DACA recipients is $36,232. Among those 25 years and older, it is $41,621. A multivariate Ordinary Least Squares (OLS) regression regressing annual earnings on age shows that annual earnings increase by $1,583 for each year that a DACA recipient grows older ($p < .001$).[12] These gains will also disappear if these individuals lose their DACA status and the accompanying work authorization.

21.    Higher wages have meant greater financial independence and consumer purchasing power for DACA recipients:

   a.    69% reported that after their DACA application was approved, "[they] have been able to earn more money, which has helped [them] become financially independent";

   b.    71% reported that after their DACA application was approved, "[they] have been able to earn more money, which has helped [their] family financially";

   c.    Among those who have a bachelor's degree or higher and are no longer in school, 27% reported paying off some or all of their student loans after their DACA application was approved;

---

[12] The model controls for number of years in the U.S., whether the DACA recipient is in school, whether the DACA recipient has a bachelor's degree or higher, and state-level fixed effects. The null hypothesis for age is that age has no effect on annual earnings. A $p$ value of less than .001 means that we are over 99.9% confident (1 minus < .001) that we can reject the null hypothesis that age has no effect on annual earnings and thus say that age is positively and statistically significantly related to annual earnings. To recall, by convention, scholars tend to accept a $p$ value of .05 or less as being statistically significant. A $p$ value of .05 means that we are 95% confident (1 minus .05) in a result.

  d.  65% purchased their first car after their DACA application was approved;
and

  e.  16% purchased their first home after their DACA application was
approved.

Table 4 summarizes these results. The column "≥ 25" reports the results for respondents
25 years and older.

Table 4

|  |  | ≥ 25 |
|---|---|---|
| I have been able to earn more money, which has helped me become financially independent | 69.0% | 73.4% |
| I have been able to earn more money, which has helped my family financially | 70.8% | 73.7% |
| Paid off some/all of my student loans | 27.1% | 27.4% |
| Bought my first car | 64.5% | 67.2% |
| Bought a home | 15.7% | 23.5% |

Note: percentages do not sum to 100 as individuals may select all that apply. $n$ = 1,662 for all respondents 25 years and older.

  22.  Higher wages are indicative of the broader positive economic impact of DACA.
For example, higher wages translate into more in Federal Insurance Contributions
Act (FICA) contributions, which are mandatory payroll deductions for Social
Security and Medicare. Using data on wages and earnings from the 2017 DACA
survey, I estimate that DACA recipients will add $39.3 billion in Social Security
and Medicare contributions (half in employee contributions and half in employer
contributions) over a ten-year period.[13] These contributions will disappear if these
individuals lose their DACA status and the accompanying work authorization.[14]

---

[13] This breaks down into $31.8 billion in Social Security contributions and $7.4 billion in Medicare contributions. For a detailed explanation of the methodology used to estimate Social Security and Medicare contributions, see https://www.ilrc.org/sites/default/files/resources/2017-09-29_draining_the_trust_funds_final.pdf.

[14] Higher wages also translate into more in federal income taxes paid and more in state income taxes paid. Large purchases, such as cars, add to state tax revenues, as most states collect a percentage of the car purchase in sales tax,

23.     In the 2017 DACA survey, respondents were asked to describe "what you will
lose if DACA ends." One DACA recipient writes, "If I were to lose DACA the
first thing to go with it would be my job as a nurse. This would [...] make it
impossible for my family to afford to pay our mortgage. I would lose my home."
Another DACA recipient writes, "I will lose my job and the associated
health/retirement benefits I have been paying into. Right now my family depends
on the income that I make working [...] I'm also paying off a new car that I
bought last year. It would be difficult for me to continue paying for it if I'm not
able to work where I do now." Another DACA recipient writes, "I will lose my
job, which then would have a trickle effect [...] losing my vehicle for non-
payment, losing my home and being evicted, going into higher debt for not being
able to pay credit cards." Another DACA recipient writes, "I have spoken to my
supervisors about what would happen if DACA were to end and they informed
me that since they know I have DACA they would not be able to keep me on if I
did not have work authorization." A DACA recipient who owns a business writes,
"our restaurant would disappear." Another DACA recipient writes, "I would no
longer be able to work as an EMT." Another DACA recipient writes, "If DACA
ends [...] my students would be left without a teacher for the rest of the year."
Another DACA recipient writes, "I won't be able to accept [a] fulltime offer from
[an employer], which is contingent on my completing my MBA in 2018."
Another DACA recipient writes, "I will not be able to practice medicine when I

---

along with additional registration and title fees. Similarly, home buying further adds to state and local tax revenues
in the form of property taxes. There is a large literature on how home buying creates new jobs and adds new
spending in local economies. For job creation, see https://www.nar.realtor/topics/home-ownership-matters/jobs-
impact-of-an-existing-home-purchase. For spending in local economies, see
https://www.cnbc.com/2017/04/12/immigrant-households-impact-success-of-real-estate-market-says-report.html.

graduate from medical school." Another DACA recipient writes, "I have a degree in engineering, and I want to obtain my professional engineering license. If I do not have DACA, I would not be able to work, thus I would not be able to accumulate the necessary work experience to obtain my PE license." Another DACA recipient writes, "I will lose my career, the opportunity to get my CDL [Commercial Driver License], the opportunity to eventually become a citizen and join the army like I've always wanted since a child."

### DACA and Education

24. DACA improves educational outcomes for DACA recipients.

25. Regarding education, 45% of DACA recipients are currently in school.[15]

26. Among those who are currently in school, 94% reported, "[they] pursued educational opportunities that [they] previously could not" because of DACA.

27. Moreover, among those in school, 72% are pursuing a bachelor's degree or higher (an additional 19% are pursuing an associate's degree). The majors and specializations that DACA recipients are pursuing include accounting, biochemistry, business administration, chemical engineering, civil engineering, computer science, early childhood education, economics, environmental science, history, law, mathematics, mechanical engineering, neuroscience, physics, psychology, and social work, to name a few. These majors and specializations concretize how the education that DACA recipients are receiving is contributing

---

[15] The percentage of respondents who are currently in school has slowly declined over the four years that I have been surveying DACA recipients. This makes intuitive sense: as DACA recipients grow older, they are more likely to transition out of school and into their careers. Moreover, as the USCIS quarterly DACA statistics show, older DACA recipients are not being replaced at anywhere close to the rate in which younger DACA recipients have aged into eligibility.

to the development of a better prepared and more competitive college-educated workforce.

28.     Regarding educational attainment, 36% of respondents 25 years and older have a bachelor's degree or higher. This percentage is higher than the 30% of native-born persons 25 years and older who have a bachelor's degree or higher, but is similar to the 34% of foreign-born naturalized persons 25 years and older who have a bachelor's degree or higher.[16]

29.     In the 2017 DACA survey, respondents were asked to describe "what you will lose if DACA ends." One DACA recipient writes, "DACA has given me the opportunity to be someone in life. Ever since I was in elementary school, I was a good student. I liked school and I liked to learn […] Depression was really getting to me because I saw my friends pursuing their dreams, and I was not allowed to do the same. It did not matter how smart I was, how much of a hard worker I was, or how much passion I had; I was never going to be able to become who I wanted to be. DACA opened the door, it gave a lot of us hope. Thanks to DACA, I am now a woman who is pursuing an engineering degree." Another DACA recipient writes, "With DACA, I have worked as a researcher and am now starting the grad school application process for PhD programs. I have wanted to be a scientist since I was nine years old, staring out of my first telescope. DACA allows that dream to not be hindered. I still cannot apply for anything funded by the National Science Foundation or work for NASA, but hopefully my status will one day become permanent and those doors will become open to me as well." Another DACA

---

[16] These data come from the U.S. Census 2011-2015 American Community Survey (ACS) 5-year Public Use Microdata, which represents the most up-to-date 5-year file.

recipient writes, "Without DACA, I would lose the ability to continue working legally and will have to stop attending school since I will not be able to afford it. I will lose the opportunity to become a certified teacher […] and will not be able to fulfill my dreams of being an educator." Another DACA recipient writes, "I will be unable to continue my education in computer science." Another DACA recipient writes, "If DACA ends, I will lose the opportunity of pursuing the career I've been studying for my whole life. I will not be able to work anywhere, so my degree won't matter."

### DACA and Normality in Day-to-Day Life

30.  The data further show that DACA has given DACA recipients a sense of normality in their day-to-day lives, which has led to a greater sense of belonging and inclusion and, in some cases, improved mental health.

31.  In the 2017 DACA survey, respondents were asked to describe "what you will lose if DACA ends." One DACA recipient writes, "I will lose my feeling of belonging in the only country I have truly ever known." Another DACA recipient writes, "I would lose my sense of belonging. For the first time I feel safe without fear." Another DACA recipient writes, "Having DACA has changed my life completely, I feel like I have purpose again. I can go to school and work. I can strive now for a better life. Things are more manageable. Before DACA, I lost all hope of ever becoming anything or accomplishing anything. I've regained a lot of that hope and now I have a strong drive to succeed." Another DACA recipient writes, "DACA was a glimpse of what I could have if I had papers and it made me

15

love this country more." Another DACA recipient writes, "DACA has allowed me to feel a sense of hope and security within the nation I grew up in […] its existence provides me with the reassurance that someone cares, that someone is listening, and that we are not alone." Another DACA recipient writes, "I will lose feeling safe and protected." Another DACA recipient writes, "I will lose the independence and freedom I had to wait so many years to have." Another DACA recipient writes, "I will no longer be able to drive to school or work." Another DACA recipient writes, "I will lose a sense of safety. I remember feeling a lot of fear, anxiety, and uncertainty about my future before DACA was passed. I'm worried all of that will come flooding back. Aside from the practical things, like losing my license, my job, my independence, I really don't want to feel that way again. I have become more open with people since DACA, and I don't want to go back to having to worry about what I say and to who."

32.  Moreover, despite being brought to the U.S., on average, at the age of 6.5, and despite having lived in the U.S., on average, 18.8 years, it was only after receiving DACA that:

   a.    61% opened a bank account;

   b.    66% got their first credit card;

   c.    90% got a driver's license or state identification card for the first time; and

   d.    49% became organ donors.

Table 5 summarizes these results. The column "≥ 25" reports the results for respondents 25 years and older.

Table 5

16

|  |  | ≥ 25 |
|---|---|---|
| Opened a bank account | ....................................... | 61.0% 47.3% |
| Got my first credit card | ....................................... | 65.7% 67.9% |
| Got my driver's license or state identification card for the first time | ....................................... | 90.3% 88.3% |
| Became an organ donor | ....................................... | 48.7% 49.8% |

Note: percentages do not sum to 100 as individuals may select all that apply. $n$ = 1,662 for all respondents 25 years and older.

## DACA Recipients and American Citizen Family Members

33.     The data also show that DACA recipients are deeply interwoven in families that include American citizen siblings, spouses, and children. Indeed, 73% of DACA recipients have either an American citizen sibling, spouse, or child:

a.      59% reported having an American citizen sibling;

b.      17% reported having an American citizen spouse; and

c.      26% reported having an American citizen child.

Table 6 summarizes these results.

Table 6

| American citizen spouse | ....................................... | 16.6% |
|---|---|---|
| American citizen child | ....................................... | 25.7% |
| American citizen sibling | ....................................... | 58.9% |
| American citizen spouse, child, or sibling | ....................................... | 72.7% |

Note: percentages do not sum to 100 as individuals may select all that apply.

34.     In the 2017 DACA survey, respondents were asked to describe "what you will lose if DACA ends." One DACA recipient writes, "My daughter is a 4 year old U.S. citizen and everything I do is to give her a better life. I would lose the ability to safely go to school and work. I would constantly worry that my daughter would end up in foster care." Another DACA recipient writes, "I will lose my job and face possible deportation and being separated from my son who is only 3 and

17

needs his mom." Another DACA recipient writes, "Sometimes I can't even sleep
just thinking of what's going to happen with DACA […] I'm not only thinking
about my future, but my son's." Another DACA recipient writes, "I just had my
second child 2 weeks ago […] my plans are to go back to work by next year and
I'm truly scared that by that time I won't be able to […] Now more than ever I
need DACA to support my kids." Another DACA recipient writes, "a year into
my new DACAmented life, my daughter was born and she has been such a
blessing, but I am more afraid than ever about the consequences my status might
have. If DACA ends, I lose the peace of mind that I will be here to raise her. I
work 60+ hours a week at 2 jobs so I can provide for her and if DACA ends I will
not be able to do so." Another DACA recipient writes, "we risk being homeless
with a new-born child if DACA ends." Another DACA recipient writes, "My kids
are U.S. citizens […] I will lose my job, I will lose the opportunity to give my
kids a better life […] Please, I beg to continue to have DACA. It is not just about
being legal, but is also about having a better life for my kids." Another DACA
recipient writes, "we would struggle providing for our kids who are all citizens
[…] I hope this never happens because our family has so much riding on whether
my next permit is approved or not." Another DACA recipient writes, "I have a 3
year old daughter who is heading to Head Start this year and I am currently
pregnant. I would miss out on my kid's lives, as they would most likely stay in the
U.S. with their dad." Another DACA recipient writes, "I would lose healthcare
coverage for me and my son." Another DACA recipient writes, "having my
driver's license taken away would be a devastating blow […] I take my sons to

Case 1:18-cv-00068 Document 40 Filed on 03/04/19 in TXSD Page 90 of 273

school and childcare almost every day." Another DACA recipient writes, "without my driver's license I won't be able to drive to school or any of my son's doctor's appointments." Another DACA recipient writes, "How do you tell your 5 year old mommy can't bring food to the table because of a simple paper? How do you explain to your child that there will be no more sports because we can no longer drive?" Another DACA recipient writes, "I would lose my job first of all and if I lose my job I will lose my apartment. I will have to stay with family or other people and hopefully find a way to make some money in order to take care of my 3 year old. I will definitely end up in debt without a way to pay my bills and I will have to ask for public assistance to feed my son. It sounds extreme but that's what will happen if I cannot work because I have no parents left and no one is going to take care of me or my son." Another DACA recipient writes, "I am married now with a 10 month old daughter [...] if DACA ended I would be really scared to be split up from my daughter and husband and family. I have been here since I was 8 months old, this is my home, I don't know my place of birth." Another DACA recipient writes, "My U.S. citizen husband and U.S. citizen children would constantly be worrying about me because the likelihood of deportation would increase greatly." Another DACA recipient writes, "My wife and I have barely just begun our adult lives together. We have medical and student debt, monthly utility expenses, a mortgage, car payments, insurance payments and groceries to buy. We are just like any other young responsible adults trying to kick start their careers to gain financial stability and potentially start a family. Without my job I lose my ability to contribute to our monthly

19

expenses. We would lose our financial stability and could lose everything which could ruin our lives before they even begin." Another DACA recipient writes, "If DACA ended [...] it would put a stress on my marriage." Another DACA recipient writes, "I would lose my family [...] my husband is a U.S. citizen [...] my brother is also a citizen, and a U.S. Marine."

### Many May Go "Into the Shadows" Without DACA

35. Many DACA recipients may go back into the shadows if these individuals lose their DACA status and the accompanying work authorization.

36. In the 2017 DACA survey, respondents were asked to describe "what you will lose if DACA ends." One DACA recipient writes, "I really can't imagine living in the darkness again [...] I have been a good member of society, I pay my taxes, and I have never gotten in trouble with the law." Another DACA recipient writes, "With DACA I was able to begin planning for a better future, if it's taken away I'll go back to trying to get by day to day." Another DACA recipient writes, "Losing DACA will be devastating because everything that I have built up to this point will be lost. I will lose my current employment, the health insurance provided by my employer, and driver's license for starters. Most importantly, I will return back to the shadows facing certain deportation considering the government already has all of my information." Another DACA recipient writes, "If DACA ends [...] I lose everything. I can no longer work and my mental health will suffer. Currently my mental health is already suffering because of the constant fear about whether DACA will be taken away. This is the only place that

I call home and people want to take that away from me. It is a terrible feeling and I hate that I have to be in this position, but none of us chose it and we are trying to do our best to make a living and do things the right way." Another DACA recipient writes, "I would go back to the shadows that I once thought I would never go back to. I would live in fear." Another DACA recipient writes, "I will live in fear and hiding, again." Another DACA recipient writes, "what hurts most is losing my ability to live without fear. To be back in the shadows, to feel less than and incapable of doing anything about the circumstances, [to] feel betrayed by the government who promised to protect us if we came out of the shadows and followed the rules." Another DACA recipient writes, "losing DACA would make me lose faith in a government [that] asked us to come forth and identify ourselves in exchange for a taste of regular American life." Another DACA recipient writes, "Everything that I've been working so hard for will suddenly mean nothing. All the contributions I've given to this country will be ignored and unrecognized by the government."

37.    Moreover, when given a scenario in which they no longer had DACA[17]:

    a.    53% reported that they would be less likely to report a crime they witnessed;

    b.    47% reported that they would be less likely to report a crime even if they were the victim;

    c.    48% reported that they would be less likely to go to the hospital if they suffered an injury; and

---

[17] The question was worded, "If you no longer had DACA, would you be more or less likely to do the following . . . ."

App. 512

      d.     60% reported that they would be less likely to report wage theft by their employer.

38.    Moreover, many DACA recipients fear what the government will do with their personal information.

39.    Among respondents who were eligible to renew, but had not yet submitted a renewal application[18]:

      a.     18% reported that fear of providing updated information to the government was a prohibitive factor[19]; and

      b.     26% reported that fear that the government will use the information provided in the renewal application for immigration enforcement purposes was a prohibitive factor.

40.    Among respondents who were not yet eligible to renew,[20] 28% agreed or strongly agreed with the statement, "I'm less likely to apply to renew my DACA status when I become eligible to do so because I fear that the government will use my information for immigration enforcement purposes."

41.    The prospect of going back into the shadows and fear about what the government will do with their personal information likely exacerbates the concerns that DACA recipients had when they first applied for DACA.

42.    In my 2014 DACA survey, the concerns that DACA recipients had when they first applied included:

---

[18] This represents 11.2% of respondents.

[19] In my 2016 DACA survey, just 2% of respondents who were eligible to renew, but had not yet submitted a renewal application, reported that fear of providing updated information to the government was a prohibitive factor.

[20] This represents 46.9% of respondents.

App. 513

a.  79% reported being concerned about what would happen if DACA ended;

b.  59% reported being concerned about letting the government know they were undocumented;

c.  49% reported being concerned about revealing their personal information;

d.  59% reported being concerned about revealing information about their family;

e.  59% reported being concerned "that the information [they] revealed in [their] application would be used to put [them] or [their] family in detention and/or deportation proceedings"; and

f.  32% reported hearing that "the government was not going to use the information in the DACA application for enforcement purposes (e.g., detention or deportation)."

### DACA Recipients by State

43.  Below are examples of state-specific profiles of DACA recipients. Data from the survey, combined with data published by USCIS that identifies the number of DACA recipients by state, are used to construct these profiles.[21]

### DACA Recipients in the State of New Jersey

44.  As of September 4, 2017, there were 17,400 active DACA recipients in the State

---

[21] State-specific profiles are constructed using data published by USCIS on the total number of individuals with DACA as of September 4, 2017. *See* https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20Data/All%20Form%20Types/DACA/daca_population_data.pdf.

of New Jersey.[22]

45.    The Migration Policy Institute estimates that there are 53,000 DACA-eligible persons who live in the State of New Jersey.[23]

46.    Regarding employment and earnings:

    a.    An estimated 15,904 DACA recipients in the State of New Jersey are currently employed[24];

    b.    An estimated 940 DACA recipients in the State of New Jersey are business owners[25]; and

    c.    The State of New Jersey's DACA recipients earn an estimated $576.2 million annually.[26]

47.    Regarding education:

    a.    An estimated 7,813 DACA recipients in the State of New Jersey are currently in school[27];

    b.    Among those currently in school, an estimated 7,313 have "pursued educational opportunities that [they] previously could not" because of DACA[28]; and

---

[22] https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20Data/All%20Form%20Types/DACA/daca_population_data.pdf.

[23] https://www.migrationpolicy.org/programs/data-hub/deferred-action-childhood-arrivals-daca-profiles.

[24] 91.4% of 17,400.

[25] 5.4% of 17,400.

[26] 15,904 multiplied by $36,231.91. This translates into $35.7 million annually in Social Security contributions (6.2% per FICA) and $8.4 million annually in Medicare contributions (1.45% per FICA).

[27] 44.9% of 17,400.

[28] 93.6 % of 7,813.

       c.     An estimated 5,586 DACA recipients in the State of New Jersey are currently pursuing a bachelor's degree or higher.[29]

48.    Regarding American citizen family members:

       a.     An estimated 12,650 DACA recipients in the State of New Jersey have an American citizen sibling, spouse, or child.[30]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16    day of May, 2018, in     San Diego, CA

Dr. Tom K. Wong

---

[29] 71.5% of 7,813.

[30] 72.7% of 17,400.

25

App. 516