# Exhibit 33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, ET AL.,            )
                                   )
Plaintiffs,                        )
                                   )
vs.                                )   Case No. 1:18-cv-00068
                                   )
UNITED STATES OF AMERICA, ET       )
AL.,                               )
                                   )
Defendants,                        )
                                   )
and                                )
                                   )
KARLA PEREZ, ET AL.,               )
                                   )
STATE OF NEW JERSEY,               )
                                   )
Defendant-Intervenors.             )

THE DEPOSITION OF STEPHEN LEGOMSKY

Taken on behalf of Plaintiffs

August 1, 2018

HUSEBY GLOBAL LITIGATION
1230 WEST MOREHEAD STREET, SUITE 408
CHARLOTTE, NC 28208
(800) 333-2082

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 643

```
 1                    A P P E A R A N C E S

 2
      FOR THE PLAINTIFF STATES:
 3
                 TODD LAWRENCE DISHER
 4               Attorney-in-Charge
                 Special Counsel for Civil Litigation
 5               Assistant Attorney General State of Texas
                 300 W. 15th Street
 6               Austin, TX 78701
                 (512) 463-2100
 7               todd.disher@oag.texas.gov

 8    FOR KARLA PEREZ, ET AL.:

 9               NINA PERALES
                 Mexican American Legal Defense and Education
10               Fund
                 110 Broadway, Suite 300
11               San Antonio, TX 78205
                 (210) 224-5476
12               nperales@maldef.org

13    FOR THE FEDERAL DEFENDANTS:

14               JEFFREY S. ROBINS
                 U.S. Department of Justice, Civil Division
15               Office of Immigration Litigation
                 District Court Section
16               P.O. Box 868
                 Washington, D.C. 20044
17               jeffrey.robins@usdoj.gov

18    FOR THE STATE OF NEW JERSEY BY TELEPHONE:

19               KENNETH LEVINE
                 Office of the Attorney General of New Jersey
20               25 Market Street, 8th Floor
                 Trenton, NJ 08625
21               (973) 648-2881
                 kenneth.levine@law.njoag.gov
22
      REPORTED BY:
23
                 REBECCA L. TUGGLE, RPR, CCR, CSR
24               Huseby Global Litigation

25
```

```
 1       Q    And because they got work authorization, the
 2  regulations applying to protect those with work
 3  authorization applied to these individuals and their
 4  DACA status?
 5       A    That's right.  The practical effect of
 6  revoking DACA was that the work permit that depended
 7  on it was no longer in force.
 8       Q    And because of the protections of work
 9  authorization, the court in this case ruled that the
10  Department of Homeland Security could not revoke these
11  individuals' DACA status?
12       A    That's right.  They have to follow their own
13  regulations.
14       Q    Okay.  I forgot to ask you one additional
15  question.  So earlier we had talked about the
16  differences between DACA and DAPA; right?  And you can
17  think of two right now.  One is the size of the
18  population, which you said doesn't affect the merits
19  of whether DACA and DAPA are legally the same thing;
20  correct?
21       A    In my opinion, it should not have that
22  effect.
23       Q    Okay.  And then the second thing you
24  mentioned was the ongoing nature of the DACA program
25  as opposed to the soon-to-be implemented nature of the
```

1  DAPA program; correct?
2       A    Correct.
3       Q    But, again, in your opinion, going to the
4  underlying merits of whether these two programs are
5  legal, that shouldn't make a difference; correct?
6       A    Correct.
7            MR. DISHER:  Okay.  I have nothing further.
8  I'll pass the witness.
9            MS. PERALES:  Can we take a break before
10 Jeffrey gets his chance to ask questions?
11           MR. ROBINS:  Sure.
12           (Whereupon, a brief break was taken.)
13                       EXAMINATION
14 QUESTIONS BY MR. ROBINS:
15      Q    So thank you, Mr. Legomsky.  Again, my name
16 is Jeff Robins.  I'm the attorney representing the
17 federal defendants from the Department of Justice and
18 I probably only have three or four questions, give or
19 take some follow-up.
20           As we wound up Mr. Disher's questions, you
21 were indicating your understanding of what happened in
22 the Inland Empire matter based on Exhibit 11.  Do you
23 recall that?
24      A    Yes.
25      Q    And you stated that the court's ruling in

1                    REPORTER CERTIFICATE

2           I, REBECCA L. TUGGLE, a Registered
    Professional Reporter, Certified Court Reporter, and
3   Certified Shorthand Reporter within and for the State
    of Missouri, do hereby certify that there came before
4   me on August 1, 2018, at Alaris Litigation Services,
    711 N. 11th Street, St. Louis, Missouri 63101
5
                       STEPHEN LEGOMSKY
6
    who was by me first duly sworn; that the witness
7   was carefully examined; that said examination was
    reported by myself, translated and proofread using
8   computer-aided transcription; and the above transcript
    of proceedings is a true and accurate transcript of my
9   notes as taken at the time of the examination of this
    witness.
10
            I further certify that I am neither attorney
11  nor counsel for nor related nor employed by any of the
    parties to the action in which this examination is
12  taken; further, that I am not a relative or employee of
    any attorney or counsel employed by the parties hereto
13  or financially interested in this action.

14

15          Dated this 2nd day of August, 2018.

16

17

18
                    *Becca Tuggle* (signature)
19          _____
              Rebecca L. Tuggle, RPR, CCR, CSR
20

21

22

23

24

25