UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18cv68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| Nielsen, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James J. Walker<br>U.S. Dept. of Justice, Civil Div., Office of Imm. Lit.<br>450 4th Street, NW Washington, DC 20001<br>(202) 532-4468, james.walker3@usdoj.gov<br><br>Washington, DC - Bar #1032636 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 2/4/2019 | Signed: | /s/ James J. Walker |
|---|---|---|

| The state bar reports that the applicant's status is: Active - Good Standing |
|---|
| Dated: 2-6-19 | Clerk's signature  Nieto |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
                                  United States District Judge