United States District Court
Southern District of Texas
**ENTERED**
February 06, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, <br>   Plaintiffs, <br><br> v. <br><br> The United States of America, *et al.*, <br>   Defendants, <br><br> Karla Perez, *et al.*, <br>   Defendant-Intervenors, <br><br> and <br><br> State of New Jersey, <br>   Defendant-Intervenor. | § § § § § § § § § § § § § § §    Civil Action No. 1:18-CV-00068 |

## ORDER

The Court today considered Plaintiff States' Unopposed Motion to Dismiss Janet Mills, Governor of Maine [Doc. No. 352]. Plaintiff States' Motion is GRANTED. Janet Mills, Governor of Maine, is hereby dismissed from this case. All other plaintiffs shall remain.

Also before the Court is Federal Defendants' Opposed Motion for Extension of Time to Replead Answer to Plaintiffs' Amended Complaint [Doc. No. 353]. Federal Defendants' Motion is GRANTED. Federal Defendants are ordered to replead their answer by March 6, 2019.

Signed at Houston, Texas, on this 6th day of February, 2019.

                   ANDREW S. HANEN
                   UNITED STATES DISTRICT JUDGE