United States District Court
Southern District of Texas

**ENTERED**

February 08, 2019

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| *and* | ) |
| | ) |
| KARLA PEREZ, ET AL.; | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendants-Intervenors.* | ) |
| | ) |

**ORDER GRANTING PLAINTIFF STATES' MOTION FOR LEAVE TO
EXCEED PAGE LIMIT ON THEIR BRIEF IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

On this date, the Court considered Plaintiff States' Motion for Leave to Exceed Page Limit on their Brief in Support of their Motion for Summary Judgment. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Motion for Leave to Exceed Page Limit on their Brief in Support of their Motion for Summary Judgment is hereby GRANTED.

SIGNED on this the 7th day of Feb _____, 2019.

_____
Andrew S. Hanen,
U.S. District Court Judge