# EXHIBIT A

**From:** Nina Perales
**Sent:** Tuesday, January 29, 2019 3:10 PM
**To:** Robins, Jeffrey (CIV); Jeremy Hollander; Alejandra Avila; Todd <Todd.Disher@oag.texas.gov> Disher
**Cc:** Glenn Moramarco; Kenneth Levine; Jack Salmon; Douglas H. Hallward-Driemeier; Raishay Lin; Siegle, Emerson (Emerson.Siegle@ropesgray.com); Biggs, Adam; Toth, Michael
**Subject:** RE: Texas et al. v. United States et al., No. 1:18-cv-00068

Jeffrey,

Welcome back.  If Federal Defendants notify the court that they do not oppose our pending motion to postpone deadlines (dkt. 349), the Perez Defendant Intervenors do not oppose your motion.  If Federal Defendants seek only to move the 2/15 deadline, we oppose your motion for the reasons stated in our motion.  Thank you,

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
    and Educational Fund, Inc. (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
Ph (210) 224-5476 ext. 206
FAX (210 224-5382



CONFIDENTIALITY NOTICE: The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message.  This message and any attachment thereto contains CONFIDENTIAL INFORMATION intended for the exclusive use of the named recipient(s) and may further be PRIVILEGED and CONFIDENTIAL attorney client communication, attorney work product or proprietary information.  If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, other than to return this message to the addressee(s), notification of its unintended disclosure, and the deletion of all copies is strictly prohibited and may be illegal.  If you receive this communication in error, please notify the sender or the person who transmitted the communication immediately by telephone at 210-224-5476 and/or by reply to this communication and delete this message. Persons responsible for delivering this communication to the intended recipient are admonished that this communication not be copied or disseminated except as directed by the intended recipient.

**From:** Robins, Jeffrey (CIV) [mailto:Jeffrey.Robins@usdoj.gov]
**Sent:** Tuesday, January 29, 2019 11:44 AM
**To:** Jeremy Hollander; Nina Perales; Alejandra Avila; Todd <Todd.Disher@oag.texas.gov> Disher
**Cc:** Glenn Moramarco; Kenneth Levine; Jack Salmon; Douglas H. Hallward-Driemeier; Raishay Lin; Siegle, Emerson (Emerson.Siegle@ropesgray.com); Biggs, Adam; Toth, Michael
**Subject:** Texas et al. v. United States et al., No. 1:18-cv-00068

Counsel,

Federal Defendants are going to file a motion to extend the deadline to replead our answer from February 15 to March 6 in light of our inability to work on this matter during the lapse in appropriations.

Please let me know by 5pm CST today if you oppose.

Thanks,

Jeff

_____
Jeffrey S. Robins
Deputy Director
Office of Immigration Litigation
District Court Section
Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-1246
jeffrey.robins@usdoj.gov

***********************************************************
This e-mail is intended only for the use of the individual or entity to which it is addressed.  It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited.  Please notify the sender of the delivery error by replying to this message, and then delete it from your system.  Thank you.
***********************************************************