IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY | § |
| Defendant-Intervenor. | § |

## ORDER GRANTING DEFENDANT-INTERVENORS' OPPOSED RULE 56(d) MOTION TO DENY OR DEFER CONSIDERATION OF SUMMARY JUDGMENT

On this date, the Court considered Defendant-Intervenors' Opposed Rule 56(d) Motion to Deny or Defer Consideration of Summary Judgment, or in the Alternative to Grant Defendant-Intervenors an Extension of Time to Respond. After considering the Motion, the Court GRANTS the motion and ORDERS that Plaintiffs' motion for summary judgment is:

\_\_\_\_ DENIED.

\_\_\_\_DEFERRED until the discovery period is completed and Defendant-Intervenors' deadline to respond to Plaintiffs' motion is EXTENDED until September 11, 2019.

SIGNED on this the \_\_\_\_ day of February, 2019.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge