# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS,
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>  Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>  Defendants,<br>KARLA PEREZ, *et al.*,<br>  Defendants-Intervenors. | Case No. 1:18-cv-0068-ASH |

## [PROPOSED] ORDER

On considering the unopposed motion of Congressman Steve King *et al.* for leave to file a memorandum of law as *amici curiae* in support of plaintiffs' motion for summary judgment (ECF #357), the memorandum of law submitted therewith, and the lack of any opposition thereto, the Court holds that the motion should be granted. For the foregoing reasons, it is hereby

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the Memorandum of Law submitted with the Motion for Leave to File.

Dated: _____, 2019

_____
UNITED STATES DISTRICT JUDGE