United States District Court
Southern District of Texas

**ENTERED**
February 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18cv68 |
|---|---|---|---|
| | State of Texas, et al. | | |
| | *versus* | | |
| | Nielsen, et al. | | |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | James J. Walker<br>U.S. Dept. of Justice, Civil Div., Office of Imm. Lit.<br>450 4th Street, NW Washington, DC 20001<br>(202) 532-4468, james.walker3@usdoj.gov<br><br>Washington, DC - Bar #1032636 |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 2/4/2019 | Signed: | /s/ James J. Walker |
|---|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 2/21/19 | Clerk's signature   Ruth Guerrero |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: 2/22/19 | _____<br>United States District Judge |