United States District Court
Southern District of Texas
**ENTERED**
February 27, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, <br>     *Plaintiffs*, | § § § | |
| v. | § § | |
| The United States of America, *et al.*, <br>     *Defendants*, | § § § § | Civil Action No. 1:18-CV-00068 |
| Karla Perez, *et al.*, <br>     *Defendant-Intervenors*, | § § § | |
| and | § § | |
| State of New Jersey, <br>     *Defendant-Intervenor*. | § § | |

### ORDER

The Court today considered Defendant-Intervenors' Opposed Motion to Postpone All Deadlines in Rule 16 Scheduling Order [Doc. No. 349]. Having found good cause for the modification, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that all deadlines in the scheduling order in this case are extended by a period of 19 days. In the event that a new deadline falls on a weekend, the deadline shall be the following Monday instead.

Signed at Houston, Texas, on this 26th day of February, 2019.

                                                    ANDREW S. HANEN
                                                  UNITED STATES DISTRICT JUDGE