IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, <br>     *Plaintiffs*, | § § § | |
| v. | § § | |
| The United States of America, *et al.*, <br>     *Defendants*, | § § § | Civil Action No. 1:18-CV-00068 |
| Karla Perez, *et al.*, <br>     *Defendant-Intervenors*, | § § § | |
| and | § § | |
| State of New Jersey, <br>     *Defendant-Intervenor*. | § § | |

## ORDER

On considering the unopposed motion of Congressman Steve King *et al.* for leave to file a memorandum of law as *amici curiae* in support of Plaintiffs' Motion for Summary Judgment [Doc. No. 356], the memorandum of law submitted therewith, and the lack of any opposition thereto, the Court holds that the Motion should be granted. For the foregoing reasons, it is hereby

ORDERED that the Motion for Leave to File is GRANTED; and it is further

ORDERED that the Clerk is directed to file the Memorandum of Law submitted with the Motion for Leave to File.

Signed at Houston, Texas, on this 26th day of February, 2019.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE