**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors, § | |
| § | |
| and § | |
| § | |
| STATE OF NEW JERSEY, § | |
| § | |
| Defendant-Intervenor. § | |

## **ORDER**

On this date, the Court considered Defendant-Intervenors' Motion to Withdraw Jack Salmon as Counsel. After reviewing the arguments, the Motion to Withdraw is GRANTED. It is ORDERD that Jack Salmon is withdrawn as counsel of record for Defendant-Intervenors Karla Perez, *et al.* in this case. The Clerk is instructed to remove Mr. Salmon from further electronic notifications for this case.

Signed on _____, 2019.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT COURT JUDGE