IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Civil Action No. 18-cv-00068 |

## MOTION TO WITHDRAW APPEARANCE

I, Brett A. Shumate, hereby move to withdraw my appearance on behalf of Defendants in the above-captioned case because I will be leaving the Department of Justice. The United States will continue to be represented by other attorneys at the Department of Justice who have entered appearances in this case.

DATED:  April 12, 2019

Respectfully submitted,

*/s/ Brett A. Shumate*
BRETT A. SHUMATE (D.C. Bar #974673)
Deputy Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Ave, NW
Washington, DC 20530
Telephone: (202) 514-2331
Email: Brett.A.Shumate@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>KARLA PEREZ, *et al.*,<br><br>    Defendant-Intervenors,<br>and<br><br>STATE OF NEW JERSEY,<br><br>    Defendant-Intervenor. | Case No. 18-cv-00068 |

## [PROPOSED] ORDER

On this date, the Court considered Defendants' Motion to Withdraw Brett A. Shumate as Counsel. After reviewing the arguments, the Motion to Withdraw is GRANTED. It is ORDERD that Brett A. Shumate is withdrawn as counsel of record for Defendants in this case. The Clerk is instructed to remove Mr. Shumate from further electronic notifications for this case.

 Signed on         , 2019.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT COURT JUDGE