IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> KARLA PEREZ, *et al.*, <br><br> Defendant-Intervenors, <br> and <br> STATE OF NEW JERSEY, <br><br> Defendant-Intervenor. | Case No. 18-cv-00068 |

## [PROPOSED] ORDER

On this date, the Court considered Defendants' Motion to Withdraw Brett A. Shumate as Counsel. After reviewing the arguments, the Motion to Withdraw is GRANTED. It is ORDERD that Brett A. Shumate is withdrawn as counsel of record for Defendants in this case. The Clerk is instructed to remove Mr. Shumate from further electronic notifications for this case.

Signed on          , 2019.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT COURT JUDGE