United States District Court
Southern District of Texas
**ENTERED**
April 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> The United States of America, *et al.*, <br>     *Defendants*, <br><br> Karla Perez, *et al.*, <br>     *Defendant-Intervenors*, <br><br> and <br><br> State of New Jersey, <br>     *Defendant-Intervenor*. | § § § § § § § § § § § § § § § <br><br> Civil Action No. 1:18-CV-00068 |

## ORDER

The Court today considered Defendant-Intervenors' Motion to Withdraw Jack Salmon as Counsel [Doc. No. 375] as well as Brett A. Shumate's Motion to Withdraw Appearance [Doc. No. 376]. After reviewing the filings, the Court GRANTS both motions.

It is ordered that Jack Salmon and Brett A. Shumate are withdrawn as counsel in this case.

The Clerk is instructed to remove Jack Salmon and Brett A. Shumate from all further electronic notifications regarding this case.

Signed at Houston, Texas, on this 26th day of April, 2019.

                                                  ANDREW S. HANEN
                                             UNITED STATES DISTRICT JUDGE