United States District Court
Southern District of Texas
**ENTERED**
May 02, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, <br>     *Plaintiffs*, | § § § | |
| v. | § § | |
| The United States of America, *et al.*, <br>     *Defendants*, | § § § | Civil Action No. 1:18-CV-00068 |
| Karla Perez, *et al.*, <br>     *Defendant-Intervenors*, | § § § | |
| and | § § | |
| State of New Jersey, <br>     *Defendant-Intervenor*. | § § | |

## <u>ORDER</u>

This Court denied the Motion for Preliminary Injunction on August 31, 2018 (Doc. No. 319). The proceedings leading up to that ruling entailed limited discovery. Since that date, however, there has been no limitation on discovery, and eight months have passed. The Plaintiff-States filed a Motion for Summary Judgment on February 4, 2019 (Doc. No. 356). The normal time for a response would have been during the last week of February 2019. Instead, on February 14, 2019, Defendant-Intervenors requested that this Court defer ruling on the Plaintiff-States' Motion for Summary Judgment so that Defendant-Intervenors could conduct further discovery (Doc. No. 363), and, despite the fact that this request was opposed by the Plaintiff-States, this Court has done so. (The Court notes that the time deadlines were all delayed for 19 days on February 27, 2019, but this order did not interrupt discovery.) Since that request for more time, this Court has already given Defendant-Intervenors 10 additional weeks without proceeding on the motion. Nevertheless, the Plaintiff-States are entitled to a ruling on their motion.

That being the case, the Court will allow discovery to continue, but hereby orders those

who wish to respond to the pending Rule 56 motion to do so by June 14, 2019. The Plaintiff-States may file a reply to any such response by June 28, 2019, if they so desire. After those deadlines have passed, the Court will proceed to consider the pending motion.

A hearing is set on the pending motion for July 8, 2019, at 10:00 a.m.

Signed this 1st day of May, 2019.

                                                  Andrew S. Hanen
                                                  United States District Judge