# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20190227-78

James Joseph Walker
U S Dept of Justice
450 4th Street NW
Washington, DC 20044

United States Courts
Southern District of Texas
FILED

MAY 02 2019

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, February 27, 2019
Case Number: 1:18-cv-00068
Document Number: 367 (1 page)
Notice Number: 20190227-78
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

MAR 29 2019
United States Courts
Southern District of Texas
DOJ MAIL FILED
MAY 02 2019

David J. Bradley, Clerk of Court

X-RAYED

CAP DISTRICT

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 1W
0001374615 FEB 27 2019
$ 000.50°

X-RAYED
MAR 06 2019
DOJ MAILROOM

X-RAYED
MAR 21 2019
DOJ MAILROOM

NIXIE
NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER