# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

20190227-86

James Joseph Walker
U S Dept of Justice
450 4th Street NW
Washington, DC 20044

United States Courts
Southern District of Texas
FILED
MAY 02 2019
David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Wednesday, February 27, 2019
Case Number: 1:18-cv-00068
Document Number: 368 (1 page)
Notice Number: 20190227-86
Notice: The attached order has been entered.

---

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

CAP DISTRICT
MD 207
MAR '19

United States Courts
Southern District of Texas
FILED
MAY 02 2019
David J. Bradley, Clerk of Court

X-RAYED
MAR 29 2019
DOJ MAILROOM

X-RAYED
MAR 06 2019
DOJ MAILROOM

X-RAYED
MAR 21 2019
DOJ MAILROOM




NIXIE 207 DE 1 0004/24/19
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010 *0217-01727-24-41

UTF

77208>1010
2000382005 C02