UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18cv68 |
|---|---|---|---|
| | State of Texas, et al. | | |
| | *versus* | | |
| | Nielsen, et al. | | |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | James J. Walker<br>U.S. Dept. of Justice, Civil Div., Office of Imm. Lit.<br>450 4th Street, NW Washington, DC 20001<br>(202) 532-4468, james.walker3@usdoj.gov<br><br>Washington, DC - Bar #1032636 |
|---|---|

| Name of party applicant seeks to appear for: | All Federal Defendants |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 5/13/2019 | Signed: | /s/ James J. Walker |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                             United States District Judge