# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| KARLA PEREZ, *et al.*, | § | |
| | § | |
| Defendant-Intervenors, | § | |
| | § | |
| and | § | |
| | § | |
| STATE OF NEW JERSEY, | § | |
| | § | |
| Defendant-Intervenor. | § | |

## DEFENDANT-INTERVENORS' APPENDIX IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY FROM PLAINTIFF STATE OF TEXAS AND TO DISMISS ALL OTHER PLAINTIFF STATES

| EXH. NO. | DOCUMENT |
|---|---|
| 1 | Plaintiffs' Objections and Responses to Defendant-Intervenors' First Set of Discovery Requests |
| 2 | Plaintiffs' Objections and Responses to Defendant-Intervenors' Second Set of Discovery Requests |
| 3 | Plaintiffs' Objections and Responses to Defendant-Intervenors' Third Set of Discovery Requests |
| 4 | Plaintiffs' Objections and Responses to Defendant-Intervenors' Fourth Set of Discovery Requests |
| 5 | Plaintiffs' Initial Disclosures |

| 6 | November 7, 2018 Letter From Defendant-Intervenors to Plaintiffs |
|---|---|
| 7 | November 12, 2018 Letter From Plaintiffs to Defendant-Intervenors |
| 8 | February 1, 2019 Letter From Defendant-Intervenors to Plaintiffs Regarding Initial Disclosures |
| 9 | March 4, 2019 Letter from Plaintiffs to Defendant-Intervenors |
| 10 | Plaintiffs' First Amended Objections and Responses to Defendant-Intervenors' First Set of Discovery Requests |
| 11 | Plaintiffs' First Amended Objections and Responses to Defendant-Intervenors' Second Set of Discovery Requests |
| 12 | Plaintiffs' First Amended Objections and Responses to Defendant-Intervenors' Third Set of Requests for Production |
| 13 | Plaintiffs' First Amended Objections and Responses to Defendant-Intervenors' Fourth Set of Discovery Requests |
| 14 | February 1, 2019 Letter from Defendant-Intervenors to Plaintiffs Regarding Discovery Requests |
| 15 | Defendant-Intervenors' Fifth Set of Discovery Requests to Plaintiffs |
| 16 | Plaintiffs' Objections and Responses to Defendant-Intervenors' Fifth Set of Discovery Requests |
| 17 | Plaintiffs' Expert Witness Designations |
| 18 | Declaration of Alejandra Ávila |
| 19 | U.S. Dep't of Justice, Litigation Guidelines for Cases Presenting the Possibility of Nationwide Injunctions (September 23, 2018) |

Dated: May 14, 2019

Respectfully Submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Alejandra Ávila (Tex. Bar No. 24089252)
(SD of Tex. Bar No. 2677912)
Ernest I. Herrera (Tex. Bar No. 24094718);
(SD of Tex. Bar No. 2462211)

110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

Denise Hulett
Mexican American Legal Defense and
Educational Fund
1512 14th Street
Sacramento, CA 95814
Phone: (916) 444-3031
Email: dhulett@maldef.org
(Admitted pro hac vice)

Priscila Orta
Mexican American Legal Defense and
Educational Fund
11 East Adams, Suite 700
Chicago, IL 60603
Tel: (312) 427-0701
Email: porta@maldef.org
(Admitted pro hac vice)

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-
Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA,
ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

3