# EXHIBIT 6



**MALDEF**
The Latino Legal Voice for Civil Rights in America.

**National Headquarters**
MALDEF Nonprofit Center
634 S. Spring Street, 12th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Atlanta**
**Program Office**
500 W. Lanier Ave.
Suite 908
Fayetteville, GA 30215
*Tel:* 470.878.0785

**Chicago**
**Regional Office**
11 East Adams Street
Suite 700
Chicago, IL 60603
*Tel:* 312.427.0701
*Fax:* 312.427.0691

**Los Angeles**
**Regional Office**
634 S. Spring Street,
11th Fl.
Los Angeles, CA 90014
*Tel:* 213.629.2512
*Fax:* 213.629.0266

**Sacramento**
**Program Office**
1512 14th Street
Sacramento, CA 95814
*Tel:* 916.444.3031
*Fax:* 916.444.7207

**San Antonio**
**Regional Office**
110 Broadway
Suite 300
San Antonio, TX 78205
*Tel:* 210.224.5476
*Fax:* 210.224.5382

**Washington, D.C.**
**Regional Office**
1016 16th Street, NW
Suite 100
Washington, DC 20036
*Tel:* 202.293.2828

November 7, 2018

Todd L. Disher
Special Counsel for Civil Litigation
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX  78711-2548

      RE:   *State of Texas, et al. v. USA, et al.*,
               Civil Action No. 1:18-cv-00068

Dear Mr. Disher:

     I write on behalf of Defendant-Intervenors Karla Perez *et al.* ("Defendant-Intervenors") in the above-captioned case regarding the initial disclosures you sent to us yesterday on behalf of all Plaintiffs.

     The initial disclosures you provided only identify documents and individuals likely to have information relevant to the State of Texas; they do not identify any information subject to disclosure under Rule 26(a) related to any claim of injury by other Plaintiffs. Under the Federal Rules, all parties are required to provide initial disclosures. *See* Fed. R. Civ. P. 26(a) ("[A] party must, without awaiting a discovery request, provide [initial disclosures] to the other parties . . . ."). In addition, under the parties' Joint Discovery Case Management Plan, your office represented that initial disclosures of all Plaintiffs "should be due November 6, 2018." *See* ECF 335 at 4.

     Please confirm whether any Plaintiff other than the State of Texas will be providing initial disclosures as required under the Federal Rules.

Sincerely,

*Nina Perales*

Nina Perales
Vice President of Litigation

*Advancing Latino Civil Rights for over 40 Years*
www.maldef.org