# EXHIBIT 7



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

November 12, 2018

Ms. Nina Perales
Vice President of Litigation
Mexican American Legal Defense
    and Educational Fund, Inc. (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205

> RE: *State of Texas, et al. v. United States of America, et al.*; Case No. 1:18-cv-00068; United States District Court for the Southern District of Texas, Brownsville Division

Dear Ms. Perales:

Your November 7, 2018 letter incorrectly states that Plaintiff States' initial disclosures identify only documents and individuals likely to have information relevant to the claims of the State of Texas. The initial disclosures served on November 6, 2018, were provided on behalf of all Plaintiff States. As such, all Plaintiff States have met the requirement of Federal Rule of Civil Procedure 26.

Sincerely,

*/s/ TLD*

Todd Lawrence Disher
Trial Counsel for Civil Litigation
Office of the Attorney General of Texas