# EXHIBIT 17

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS; | ) |
| *Plaintiffs,* | ) ) ) |
| vs. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) ) |
| *Defendants,* | ) ) |
| and | ) ) |
| KARLA PEREZ, ET AL.; | ) ) |
| STATE OF NEW JERSEY, | ) ) |
| *Defendant-Intervenors.* | ) ) |

## PLAINTIFF STATES' EXPERT WITNESS DESIGNATIONS

**TO:**   Federal Defendants, by and through their attorney of record Jeffrey S. Robins, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, P. O. Box 868, Washington, DC 20044;

Defendant-Intervenors Karla Perez, et al., by and through their attorney of record, Nina Perales, Mexican American Legal Defense and Educational Fund, 110 Broadway, Suite 300, San Antonio, Texas 78205; and

Defendant-Intervenor the State of New Jersey, by and through its attorney of record, Glenn Moramarco, New Jersey Attorney General's Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, 8th Floor, Trenton, New Jersey 08625-0116

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and the Court's Modified Rule 16 Scheduling Order (ECF No. 367), Plaintiffs, States of Texas, et al., designate the following individuals as expert witnesses:

>Donald Deere, Ph.D.
>Senior Economist
>Welch Consulting
>1716 Briarcrest Drive, Suite 700
>Bryan, Texas 77802

Dr. Deere's written report containing the information required by Rule 26(a)(2)(B) has previously been filed with the Court and is incorporated herein by reference. See ECF No. 358.21, App. 438-53.

>Lloyd B. Potter, Ph.D.
>Professor and Director
>Department of Demography and Institute for Demographic and Socioeconomic Research
>University of Texas at San Antonio
>501 W. Cesar Chavez Blvd.
>Monterey Building, 4th Floor
>San Antonio, Texas 78207-4415

Dr. Potter's written report containing the information required by Rule 26(a)(2)(B) has previously been filed with the Court and is incorporated herein by reference. *See* ECF No. 358.31, App. 623-39.

Plaintiffs reserve the right to rely on opinions from experts disclosed by other parties and to supplement these designations in response to other parties' disclosures.

| | |
|---|---|
| March 19, 2019 | Respectfully submitted. |
| | |
| STEVE MARSHALL | KEN PAXTON |
| Attorney General of Alabama | Attorney General of Texas |
| | |
| LESLIE RUTLEDGE | JEFFREY C. MATEER |
| Attorney General of Arkansas | First Assistant Attorney General |
| | |
| DEREK SCHMIDT | RYAN L. BANGERT |
| Attorney General of Kansas | Deputy Attorney General for Legal Counsel |
| | |
| JEFF LANDRY | */s/ Todd Lawrence Disher* |
| Attorney General of Louisiana | TODD LAWRENCE DISHER |
| | Attorney-in-Charge |
| DOUGLAS J. PETERSON | Trial Counsel for Civil Litigation |
| Attorney General of Nebraska | Tx. State Bar No. 24081854 |
| | Southern District of Texas No. 2985472 |
| ALAN WILSON | Tel.: (512) 463-2100; Fax: (512) 936-0545 |
| Attorney General of South Carolina | todd.disher@oag.texas.gov |
| | P.O. Box 12548 |
| PATRICK MORRISEY | Austin, Texas 78711-2548 |
| Attorney General of West Virginia | |
| | MICHAEL TOTH |
| | Special Counsel for Civil Litigation |
| | |
| | ADAM ARTHUR BIGGS |
| | Assistant Attorney General |
| | |
| | **COUNSEL FOR PLAINTIFF STATES** |

## CERTIFICATE OF SERVICE

  I certify that on March 19, 2019, this document was served via electronic mail on all counsel of record.

           */s/ Todd Lawrence Disher*
           TODD LAWRENCE DISHER
           Trial Counsel for Civil Litigation

           **COUNSEL FOR PLAINTIFF STATES**