# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY, | § |
| Defendant-Intervenor. | § |

## ORDER

On this date, the Court considered Defendant-Intervenors' Motion to Compel Discovery from Plaintiff State of Texas and to Dismiss all Other Plaintiff States. After reviewing the Motion and arguments, the motion is **GRANTED**.

It is hereby **ORDERED** that Plaintiff State of Texas answer Defendant-Intervenors' Second and Fifth Sets of Discovery Requests and supplement its production. Plaintiff State of Texas must answer Defendant-Intervenors' Interrogatories Nos. 4-15 and 18-21 and produce discovery responsive to Requests for Production Nos. 2 and 8. Plaintiff State of Texas must verify its answers and specify in its responses and objections whether it is unable to produce the discovery requested by Defendant-Intervenors because the information does not exist.

It is **FURTHER ORDERED** that Plaintiffs Alabama, Arkansas, Louisiana, Nebraska, South Carolina, West Virginia, Kansas, and Mississippi are **DISMISSED** from the case for lack of standing.

It is **FURTHER ORDERED** that discovery and all other deadlines in the Court's Rule 16 Scheduling Order are **EXTENDED** for a period of time equal to the number of days between the filing of Defendant-Intervenors' Motion and the day Texas produces a complete production to Defendant-Intervenors pursuant to this Order. The parties must file a status report with the Court informing the Court of the State's compliance within 30 days of entry of this Order.

It is **FURTHER ORDERED** that Plaintiffs pay reasonable expenses incurred by Defendant-Intervenors in connection to this motion. Defendant-Intervenors must file an application for reasonable expenses and supporting documentation within 90 days of entry of this order.

SO ORDERED this ____ day of _____, 2019.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE