**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>        Defendants,<br><br>KARLA PEREZ, *et al.*,<br><br>        Defendant-Intervenors,<br><br>and<br><br>STATE OF NEW JERSEY,<br><br>        Defendant-Intervenor. | Case No. 1:18-cv-00068 |

**_AMICI CURIAE_ 103 RELIGIOUS ORGANIZATIONS' MOTION TO WITHDRAW**
**ZACHARY KOLODIN AS COUNSEL**

*Amici curiae* 103 Religious Organizations respectfully move to withdraw Zachary Kolodin as an attorney in this case.  Mr. Kolodin will be ending his employment with Patterson Belknap Webb & Tyler LLP on May 17, 2019.  His withdrawal will not cause undue delay and will not adversely affect the interests of *amici curiae* 103 Religious Organizations.

*Amici curiae* 103 Religious Organizations will continue to be represented by Attorney-in-charge, Adeel A. Mangi, and attorneys Michael Fresco, Sirine Shebaya (Muslim Advocates), and Juvaria Khan (Muslim Advocates).

Dated:  May 15, 2019
        New York, New York

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP


By:   */s/ Adeel A. Mangi*
  Adeel A. Mangi (*admitted pro hac vice*)
  Michael N. Fresco (*admitted pro hac vice*)
  1133 Avenue of the Americas
  New York, New York 10036
  Telephone:  (212) 336-2000
  Facsimile:  (212) 336-2222
  aamangi@pbwt.com
  mfresco@pbwt.com
  zkolodin@pbwt.com

  Sirine Shebaya (*admitted pro hac vice*)
  Juvaria Khan (*admitted pro hac vice*)
  MUSLIM ADVOCATES
  P.O. Box 66408
  Washington, DC 20035
  (202) 897-2622
  sirine@muslimadvocates.org
  juvaria@muslimadvocates.org

  *Attorneys for Amici Curiae 103 Religious*
  *Organizations*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered attorneys of record.

*/s/ Adeel A. Mangi*

Adeel A. Mangi

*Attorney for Amici Curiae 103 Religious Organizations*
