United States District Court
Southern District of Texas
**ENTERED**
May 17, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, <br>   Plaintiffs, | § § § | |
| v. | § § | |
| The United States of America, *et al.*, <br>   Defendants, | § § § | Civil Action No. 1:18-CV-00068 |
| Karla Perez, *et al.*, <br>   Defendant-Intervenors, | § § § | |
| and | § § | |
| State of New Jersey, <br>   Defendant-Intervenor. | § § | |

## ORDER

Plaintiffs are ordered to respond to the Defendant-Intervenors' Motion to Compel (Doc. No. 383) by May 29, 2019.

Signed this 17th day of May, 2019.

_____
Andrew S. Hanen
United States District Judge