# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § Plaintiffs, § § v. § § UNITED STATES OF AMERICA, *et al.*, § § Defendants, § § and § § KARLA PEREZ, *et al.*, § § Defendant-Intervenors, § § and § § STATE OF NEW JERSEY, § § Defendant-Intervenor. § | Case No. 1:18-CV-68 |

## DEFENDANT-INTERVENORS' APPENDIX IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY FROM FEDERAL DEFENDANTS

| EXH. NO. | DOCUMENT |
|---|---|
| 1 | Federal Defendants' Objections and Responses to Defendant-Intervenors' Third Set of Discovery Requests |
| 2 | July 6, 2018 Declaration of Tracy L. Renaud |
| 3 | February 25, 2019 Letter from State of New Jersey to Federal Defendants |
| 4 | March 20, 2019 Email from Federal Defendants to Defendant-Intervenor State of New Jersey |
| 5 | November 30, 2018 Letter from Defendant-Intervenors to Federal Defendants |
| 6 | Federal Defendants' Rule 26(a)(1) Initial Disclosures |

| | |
|---|---|
| 7 | December 19, 2018 Letter from Defendant-Intervenors to Federal Defendants |
| 8 | December 26, 2018 Email from Federal Defendants to Defendant-Intervenors |
| 9 | February 7, 2019 Email from Federal Defendants to Defendant-Intervenors |
| 10 | Federal Defendants Supplemental Responses to Defendant-Intervenors' Third Set of Discovery Requests |
| 11 | April 10, 2019 Email from Defendant-Intervenors to Federal Defendants |
| 12 | May 8, 2019 Email from Defendant-Intervenors to Federal Defendants |
| 13 | Declaration of Nina Perales |
| 14 | May 13, 2019 Email from Federal Defendants to Defendant-Intervenors |
| 15 | Administrative Record, Production Cover Letter from Federal Defendants |

Dated: May 17, 2019                                   Respectfully Submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Alejandra Ávila (Tex. Bar No. 24089252)
(SD of Tex. Bar No. 2677912)
Ernest I. Herrera (Tex. Bar No. 24094718);
(SD of Tex. Bar No. 2462211)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

Denise Hulett
Mexican American Legal Defense and Educational Fund
1512 14th Street
Sacramento, CA 95814
Phone: (916) 444-3031

Email: dhulett@maldef.org
(Admitted pro hac vice)

Priscila Orta
Mexican American Legal Defense and Educational Fund
11 East Adams, Suite 700
Chicago, IL 60603
Tel: (312) 427-0701
Email: porta@maldef.org
(Admitted pro hac vice)

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors