# EXHIBIT 4

**Isabel Pina**

| | |
|---|---|
| **From:** | Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov> |
| **Sent:** | Wednesday, March 20, 2019 3:45 PM |
| **To:** | Jeremy Hollander |
| **Cc:** | Glenn Moramarco; Kenneth Levine; Nina Perales; Jack Salmon; Douglas H. Hallward-Driemeier; Raishay Lin; Todd <Todd. Disher@oag. texas. gov> Disher; Siegle, Emerson (Emerson.Siegle@ropesgray.com); Adam Biggs; Walker, James (CIV); Alejandra Avila; Shumate, Brett A. (CIV) |
| **Subject:** | RE: Letter in Texas et al. v. United States et al., No. 1:18-cv-00068 |

Jeremy,

Federal Defendants are in receipt of your February 25, 2019, letter regarding the production of an administrative record. As an initial matter, there is no Court-ordered deadline regarding Federal Defendants' production of an administrative record. While Federal Defendants previously identified a timeline for production of that record, as you are aware, Federal Defendants' efforts to compile and serve the administrative record were hampered by the lapse in appropriations. Since the restoration of funding in late-January 2019, Federal Defendants' efforts to complete production of an administrative record have been hampered by: (1) competing taskings resulting from efforts to return to operations, (2) new deadlines in other matters that arose during the lapse in appropriations, (3) technical difficulties that impacted Federal Defendants' access to our document review platform, and (4) recognition that an additional line of documents not previously identified as appropriate for inclusion in the administrative record required further scrutiny and a re-review of documents. That said, Federal Defendants now anticipate production of an administrative record on or before April 5, 2019.

Sincerely,

Jeff Robins

Jeffrey S. Robins
Deputy Director
Office of Immigration Litigation
District Court Section
(202) 616-1246

---

**From:** Jeremy Hollander <Jeremy.Hollander@law.njoag.gov>
**Sent:** Monday, February 25, 2019 4:21 PM
**To:** Robins, Jeffrey (CIV) <jerobins@CIV.USDOJ.GOV>
**Cc:** Glenn Moramarco <Glenn.Moramarco@law.njoag.gov>; Kenneth Levine <Kenneth.Levine@law.njoag.gov>; Nina Perales <nperales@MALDEF.org>; Jack Salmon <jsalmon@MALDEF.org>; Douglas H. Hallward-Driemeier <Douglas.Hallward-Driemeier@ropesgray.com>; Raishay Lin <Raishay.Lin@ropesgray.com>; Todd <Todd. Disher@oag. texas. gov> Disher <Todd.Disher@oag.texas.gov>; Siegle, Emerson (Emerson.Siegle@ropesgray.com) <Emerson.Siegle@ropesgray.com>; Adam Biggs <Adam.Biggs@oag.texas.gov>; Walker, James (CIV) <jwalker2@CIV.USDOJ.GOV>; Alejandra Avila <Aavila@MALDEF.org>; Jeremy Hollander <Jeremy.Hollander@law.njoag.gov>
**Subject:** Letter in Texas et al. v. United States et al., No. 1:18-cv-00068

Jeff:  Please see the attached letter, a hard copy of which has also been sent to you today.

Sincerely,

1

Jeremy

Jeremy E. Hollander | Assistant Attorney General
Office of the Attorney General | State of New Jersey
Division of Law | Affirmative Civil Enforcement
124 Halsey St.  | Newark, NJ 07101
T: 973.648.7453 | jeremy.hollander@law.njoag.gov

PRIVILEGED     CONFIDENTIAL

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.