# Exhibit 15



WCP:JSR:JW
DJ 39-74-6079

**U.S. Department of Justice**

Civil Division
Office of Immigration Litigation
District Court Section

*P.O. Box 868, Ben Franklin Station Washington, DC 20044*
(202) 532-4468; (202) 305-7000 (facsimile)
*james.walker3@usdoj.gov*

May 10, 2019

**VIA FEDERAL EXPRESS**

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
and Educational Fund, Inc. (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205

RECEIVED MAY 1 3 2019

Dear Ms. Perales:

Enclosed is a CD containing the certified administrative record for the litigation *Texas v. United States*, Case No. 1:18-CV-68 (S.D. TX). We will provide a record certification and index early next week.

Sincerely,

*/s/ James J. Walker*

JAMES J. WALKER
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
Tel.: (202) 532-4468
Fax: (202) 305-7000
Email: james.walker3@usdoj.gov