# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors, § | |
| § | |
| and § | |
| § | |
| STATE OF NEW JERSEY, § | |
| § | |
| Defendant-Intervenor. § | |

## ORDER

On this date, the Court considered Defendant-Intervenors' Motion to Compel Discovery from Federal Defendants. After reviewing the Motion and arguments, the motion is **GRANTED**.

It is hereby **ORDERED** that Federal Defendants answer Defendant-Intervenors' Interrogatories Nos. 9 through 13 and produce documents responsive to Request for Production No 7(3).

It is **FURTHER ORDERED** that Federal Defendants amend their initial disclosures.

It is **FURTHER ORDERED** that discovery and all other deadlines in the Court's Rule 16 Scheduling Order are **EXTENDED** for a period of time equal to the number of days between

the filing of Defendant-Intervenors' Motion and the day Federal Defendants produce a complete production to Defendant-Intervenors pursuant to this Order. The parties must file a status report with the Court informing the Court of Federal Defendants' compliance within 30 days of entry of this Order.

It is **FURTHER ORDERED** that Federal Defendants pay reasonable expenses incurred by Defendant-Intervenors in connection to this motion. Defendant-Intervenors must file an application for reasonable expenses and supporting documentation within 90 days of entry of this order.

SO ORDERED this ____ day of _____, 2019.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE