# Exhibit B

# Transcript of the Testimony of
# Monica Smoot

**Date:**

June 19, 2018

**Case:**

STATE OF TEXAS vs UNITED STATES OF AMERICAN

Monica Smoot                                                                 June 19, 2018

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION

 3  STATE OF TEXAS, et al.,     )
                                )
 4       Plaintiffs,            )
                                )
 5  vs.                         )   CASE NO. 1:18:CV-68
                                )
 6  UNITED STATES OF AMERICA,   )
    et al.,                     )
 7                              )
         Defendants,            )
 8                              )
    and                         )
 9                              )
    KARLA PEREZ, MARIA ROCHA,   )
10  JOSE MAGAÑA-SALGADO, NANCI  )
    J. PALACIOS GODINEZ, ELLY   )
11  MARISOL ESTRADA, KARINA     )
    RUIZ DE DIAZ, CARLOS        )
12  AGUILAR GONZALEZ, KARLA     )
    LOPEZ, LUIS A. RAFAEL,      )
13  DARWIN VELASQUEZ, JIN       )
    PARK, OSCAR ALVAREZ, NANCY  )
14  ADOSSI, DENISE ROMERO,      )
    PRATHISHTHA KHANNA, JUNG    )
15  WOO KIM, ANGEL SILVA,       )
    MOSES KAMAU CHEGE, HYO-WON  )
16  JEON, ELIZABETH DIAZ,       )
    MARIA DIAZ, and BLANCA      )
17  GONZALEZ,                   )
                                )
18       Defendant-Intervenors. )

19

20

21

22

23

24

25
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900          San Antonio, Texas 78232
210-697-3400                                                                    210-697-3408

Monica Smoot

June 19, 2018
Pages 2 to 5

Page 2

```
                ORAL DEPOSITION OF
                   MONICA SMOOT
                   June 19, 2018


      ORAL DEPOSITION OF MONICA SMOOT, produced as a
witness at the instance of the Proposed
Defendant-Intervenors and duly sworn, was taken in the
above-styled and numbered cause on the 19th day of
June, 2018, from 9:14 a.m. to 12:05 p.m., before
Amy M. Clark, Certified Shorthand Reporter in and for
the State of Texas, reported by computerized stenotype
machine at the offices of the Texas Attorney General,
300 West 15th Street, Austin, Texas 78701, pursuant to
the Federal Rules of Civil Procedure and the provisions
stated on the record or attached hereto.
```

Page 4

```
ALSO PRESENT:
      Ms. Leslea Pickle, Staff Attorney,
          Texas Health and Human Services Commission
```

Page 3

```
                      APPEARANCES
FOR PLAINTIFF:
      Mr. Todd Disher
      Mr. Trent Peroyea
      Office of the Texas Attorney General
      P.O. Box 12548
      Austin, Texas 78711
      Phone: (512)936-2266
      Fax: (512)474-2697
      Email: todd.disher@oag.texas.gov

FOR DEFENDANT:

      Mr. Keith Edward Wyatt
      United States Department of Justice
      1000 Louisiana Street
      Suite 2300
      Houston, Texas 77002
      Phone: (713)567-9713
      Fax: (713)718-3303
      Email: keith.wyatt@usdoj.gov
FOR PROPOSED INTERVENOR-DEFENDANTS:
      Mr. Ernest Herrera
      Ms. Celina Moreno
      Mexican American Legal Defense and Education Fund
      110 Broadway
      Suite 300
      San Antonio, Texas 78205
      Phone: (210)224-5476
      Fax: (219)224-5382
      Email: eherrera@maldef.org
FOR PROPOSED INTERVENOR-DEFENDANT STATE OF NEW JERSEY:
      Ms. Katherine A. Gregory
      New Jersey Office of the Attorney General
      124 Halsey Street
      P.O. Box 45029-5029
      Newark, New Jersey 07101
      Phone: (973)648-4846
      Fax: (973)648-3956
      Email: katherine.gregory@dol.lps.state.nj.us
```

Page 5

```
                         INDEX
                                                    PAGE
Appearances .........................................3
MONICA SMOOT
Examination by Mr. Herrera ..........................6
Examination by Ms. Gregory .........................77
Examination by Mr. Disher ..........................93
Court Reporter's Certificate .......................96

                        EXHIBITS
EXHIBIT            DESCRIPTION                      PAGE
Exhibit 1    Declaration                             11
Exhibit 2    Report to the U.S. Congress on          13
             services and benefits provided
             to undocumented immigrants
Exhibit 3    Report on services and benefits         29
             provided to undocumented
             immigrants, 2010 update
Exhibit 4    Report on Texas HHSC services           30
             and benefits provided to
             undocumented immigrants, 2/2013
             update
Exhibit 5    Report on Texas HHSC services           30
             and benefits provided to
             undocumented immigrants, 12/14
             update
Exhibit 6    Report on Texas HHSC services           30
             and benefits provided to
             undocumented immigrants,
             update, 80th legislature,
             regular session, 2007
Exhibit 7    Plaintiffs' Motion for                  67
             Preliminary Injunction and
             Memorandum in Support
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                             210-697-3408