# Exhibit C

This item has been produced in native format.

STATES000054

|    | A | B | C | D | E | F | G | H | I | J | K | L | M |
|----|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Complete | Submitted | Dtl From D | Dtl To Date | Dtl Paid Ar | Claim Type | Submitted Dtl Diagno | Submitted | Submit Clr | Claim Curr | Claim Type | Cd from D |
| 2 | x | x | x | x | 0 | 23 | 23 | x | 30 | 2 | P | 23 |
| 3 | x | x | x | x | 56.17 | 23 | 23 | x | 30 | 2 | P | 23 |
| 4 | x | x | x | x | 4.5 | 23 | 23 | x | 30 | 2 | P | 23 |
| 5 | x | x | x | x | 10.18 | 23 | 23 | x | 30 | 2 | P | 23 |
| 6 | x | x | x | x | 7.6 | 23 | 23 | x | 30 | 2 | P | 23 |
| 7 | x | x | x | x | 40.21 | 23 | 23 | x | 30 | 2 | P | 23 |
| 8 | x | x | x | x | 40.21 | 23 | 23 | x | 30 | 2 | P | 23 |
| 9 | x | x | x | x | 3.63 | 23 | 23 | x | 30 | 2 | P | 23 |
| 10 | x | x | x | x | 62.25 | 23 | 23 | x | 30 | 2 | P | 23 |
| 11 | x | x | x | x | 20.2 | 23 | 23 | x | 30 | 2 | P | 23 |
| 12 | x | x | x | x | 19.71 | 23 | 23 | x | 30 | 2 | P | 23 |
| 13 | x | x | x | x | 1.81 | 23 | 38 | x | 30 | 2 | P | 23 |
| 14 | x | x | x | x | 4.23 | 23 | 38 | x | 30 | 2 | P | 23 |
| 15 | x | x | x | x | 1.66 | 23 | 38 | x | 30 | 2 | P | 23 |
| 16 | x | x | x | x | 12.1 | 23 | 38 | x | 30 | 2 | P | 23 |
| 17 | x | x | x | x | 7.9 | 23 | 38 | x | 30 | 2 | P | 23 |
| 18 | x | x | x | x | 8.91 | 23 | 38 | x | 30 | 2 | P | 23 |
| 19 | x | x | x | x | 4.51 | 23 | 38 | x | 30 | 2 | P | 23 |
| 20 | x | x | x | x | 6.88 | 23 | 38 | x | 30 | 2 | P | 23 |
| 21 | x | x | x | x | 2.57 | 23 | 38 | x | 30 | 2 | P | 23 |
| 22 | x | x | x | x | 0 | 23 | 38 | x | 30 | 2 | P | 23 |
| 23 | x | x | x | x | 96.28 | 23 | 38 | x | 30 | 2 | P | 23 |
| 24 | x | x | x | x | 51.36 | 23 | 38 | x | 30 | 2 | P | 23 |
| 25 | x | x | x | x | 604.8 | 23 | 38 | x | 30 | 2 | P | 23 |
| 26 | x | x | x | x | 49.44 | 23 | 38 | x | 30 | 2 | P | 23 |
| 27 | x | x | x | x | 0.17 | 23 | 66 | x | 30 | 1 | P | 23 |
| 28 | x | x | x | x | 0.86 | 23 | 66 | x | 30 | 1 | P | 23 |
| 29 | x | x | x | x | 2.59 | 23 | 66 | x | 30 | 1 | P | 23 |
| 30 | x | x | x | x | 1.56 | 23 | 66 | x | 30 | 1 | P | 23 |
| 31 | x | x | x | x | 1.73 | 23 | 66 | x | 30 | 1 | P | 23 |
| 32 | x | x | x | x | 3.63 | 23 | 66 | x | 30 | 1 | P | 23 |
| 33 | x | x | x | x | 0.86 | 23 | 66 | x | 30 | 1 | P | 23 |
| 34 | x | x | x | x | 5.18 | 23 | 66 | x | 30 | 1 | P | 23 |
| 35 | x | x | x | x | 2.59 | 23 | 66 | x | 30 | 1 | P | 23 |
| 36 | x | x | x | x | 1.56 | 23 | 66 | x | 30 | 1 | P | 23 |
| 37 | x | x | x | x | 1.73 | 23 | 66 | x | 30 | 1 | P | 23 |
| 38 | x | x | x | x | 1.38 | 23 | 66 | x | 30 | 1 | P | 23 |
| 39 | x | x | x | x | 4.06 | 23 | 66 | x | 30 | 1 | P | 23 |
| 40 | x | x | x | x | 0 | 23 | 66 | x | 30 | 1 | P | 23 |
| 41 | x | x | x | x | 9.69 | 23 | 66 | x | 30 | 1 | P | 23 |
| 42 | x | x | x | x | 0 | 23 | 66 | x | 30 | 1 | P | 23 |
| 43 | x | x | x | x | 9.95 | 23 | 66 | x | 30 | 1 | P | 23 |
| 44 | x | x | x | x | 0 | 23 | 66 | x | 30 | 1 | P | 23 |
| 45 | x | x | x | x | 8.91 | 23 | 66 | x | 30 | 1 | P | 23 |
| 46 | x | x | x | x | 8.91 | 23 | 66 | x | 30 | 1 | P | 23 |
| 47 | x | x | x | x | 0 | 23 | 66 | x | 30 | 1 | P | 23 |
| 48 | x | x | x | x | 29.64 | 23 | 66 | x | 30 | 1 | P | 23 |
| 49 | x | x | x | x | 194.4 | 23 | 66 | x | 30 | 1 | P | 23 |
| 50 | x | x | x | x | 0 | 23 | 66 | x | 30 | 1 | P | 23 |
| 51 | x | x | x | x | 0 | 23 | 66 | x | 30 | 1 | P | 23 |
| 52 | x | x | x | x | 0.14 | 23 | 29 | x | 30 | 2 | P | 23 |
| 53 | x | x | x | x | 9.86 | 23 | 29 | x | 30 | 2 | P | 23 |
| 54 | x | x | x | x | 1.37 | 23 | 29 | x | 30 | 2 | P | 23 |
| 55 | x | x | x | x | 2.17 | 23 | 29 | x | 30 | 2 | P | 23 |
| 56 | x | x | x | x | 13.95 | 23 | 29 | x | 30 | 2 | P | 23 |
| 57 | x | x | x | x | 0 | 23 | 29 | x | 30 | 2 | P | 23 |
| 58 | x | x | x | x | 0 | 23 | 29 | x | 30 | 2 | P | 23 |
| 59 | x | x | x | x | 9.25 | 23 | 29 | x | 30 | 2 | P | 23 |
| 60 | x | x | x | x | 9.91 | 23 | 29 | x | 30 | 2 | P | 23 |
| 61 | x | x | x | x | 3.63 | 23 | 29 | x | 30 | 2 | P | 23 |
| 62 | x | x | x | x | 51.36 | 23 | 29 | x | 30 | 2 | P | 23 |
| 63 | x | x | x | x | 47.59 | 23 | 29 | x | 30 | 2 | P | 23 |
| 64 | x | x | x | x | 1.08 | 23 | 13 | x | 30 | 2 | P | 23 |
| 65 | x | x | x | x | 30.94 | 23 | 13 | x | 30 | 2 | P | 23 |
| 66 | x | x | x | x | 26.4 | 23 | 13 | x | 30 | 2 | P | 23 |
| 67 | x | x | x | x | 32.41 | 23 | 13 | x | 30 | 2 | P | 23 |

|        | A | B | C | D | E      | F  | G  | H | I  | J | K  | L  | M |
|--------|---|---|---|---|--------|----|----|---|----|---|----|----|---|
| 599919 | x | x | x | x | 42.12  | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599920 | x | x | x | x | 279.3  | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599921 | x | x | x | x | 0      | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599922 | x | x | x | x | 0      | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599923 | x | x | x | x | 0      | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599924 | x | x | x | x | 12.07  | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599925 | x | x | x | x | 3.62   | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599926 | x | x | x | x | 38.8   | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599927 | x | x | x | x | 30.62  | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599928 | x | x | x | x | 11.25  | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599929 | x | x | x | x | 8.89   | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599930 | x | x | x | x | 4.49   | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599931 | x | x | x | x | 6.86   | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599932 | x | x | x | x | 96.6   | 23 | 77 | x | 30 | 1 | P  | 23 |   |
| 599933 | x | x | x | x | 51.36  | 23 | 29 | x | 30 | 2 | P  | 23 |   |
| 599934 | x | x | x | x | 378    | 23 | 29 | x | 30 | 2 | P  | 23 |   |
| 599935 | x | x | x | x | 1.59   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599936 | x | x | x | x | 48.84  | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599937 | x | x | x | x | 1.51   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599938 | x | x | x | x | 4.54   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599939 | x | x | x | x | 7.41   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599940 | x | x | x | x | 7.41   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599941 | x | x | x | x | 22.53  | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599942 | x | x | x | x | 67.59  | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599943 | x | x | x | x | 12.07  | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599944 | x | x | x | x | 7.41   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599945 | x | x | x | x | 7.88   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599946 | x | x | x | x | 7.98   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599947 | x | x | x | x | 8.89   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599948 | x | x | x | x | 11.8   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599949 | x | x | x | x | 2.57   | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599950 | x | x | x | x | 299.81 | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599951 | x | x | x | x | 51.36  | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599952 | x | x | x | x | 378    | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599953 | x | x | x | x | 51.36  | 23 | 16 | x | 30 | 2 | P  | 23 |   |
| 599954 | x | x | x | x | 10.01  | 23 | 30 | x | 30 | 2 | P  | 23 |   |
| 599955 | x | x | x | x | 4.89   | 23 | 30 | x | 30 | 2 | P  | 23 |   |
| 599956 | x | x | x | x | 80.44  | 23 | 30 | x | 30 | 2 | P  | 23 |   |
| 599957 | x | x | x | x | 2.93   | 23 | 30 | x | 30 | 2 | P  | 23 |   |
| 599958 | x | x | x | x | 7.25   | 23 | 30 | x | 30 | 2 | P  | 23 |   |
| 599959 | x | x | x | x | 62.25  | 23 | 30 | x | 30 | 2 | P  | 23 |   |
| 599960 | x | x | x | x | 239.29 | 23 | 30 | x | 30 | 2 | P  | 23 |   |
| 599961 | x | x | x | x | 0      | 23 | 17 | x | 30 | 2 | P  | 23 |   |
| 599962 | x | x | x | x | 9.25   | 23 | 17 | x | 30 | 2 | P  | 23 |   |
| 599963 | x | x | x | x | 3.63   | 23 | 17 | x | 30 | 2 | P  | 23 |   |
| 599964 | x | x | x | x | 0      | 23 | 17 | x | 30 | 2 | P  | 23 |   |
| 599965 | x | x | x | x | 51.36  | 23 | 17 | x | 30 | 2 | P  | 23 |   |
| 599966 | x | x | x | x | 0      | 23 | 17 | x | 30 | 2 | P  | 23 |   |
| 599967 | x | x | x | x | 62.53  | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599968 | x | x | x | x | 14.26  | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599969 | x | x | x | x | 4.03   | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599970 | x | x | x | x | 70.34  | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599971 | x | x | x | x | 34.45  | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599972 | x | x | x | x | 94.12  | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599973 | x | x | x | x | 34.45  | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599974 | x | x | x | x | 72.86  | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599975 | x | x | x | x | 0      | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599976 | x | x | x | x | 0      | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599977 | x | x | x | x | 0      | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599978 | x | x | x | x | 12.1   | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599979 | x | x | x | x | 7.9    | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599980 | x | x | x | x | 11.27  | 23 | 71 | x | 30 | 1 | P  | 23 |   |
| 599981 | x | x | x | x | 343.75 | 23 | 50 | x | 30 | 4 | P  | 23 |   |
| 599982 | x | x | x | x | 343.75 | 23 | 50 | x | 30 | 4 | P  | 23 |   |
| 599983 | x | x | x | x | 5.04   | 23 | 45 | x | 30 | 2 | SD | 23 |   |
| 599984 | x | x | x | x | 4.46   | 23 | 45 | x | 30 | 2 | P  | 23 |   |
| 599985 | x | x | x | x | 4.25   | 23 | 45 | x | 30 | 2 | P  | 23 |   |