# Exhibit D

# Transcript of the Testimony of

# Leo Lopez

**Date:**

June 14, 2018

**Case:**

STATE OF TEXAS vs UNITED STATES OF AMERICA

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE SOUTHERN DISTRICT OF TEXAS

 3                       BROWNSVILLE DIVISION

 4   STATE OF TEXAS, et al.,      )
                                  )
 5           Plaintiffs,          )
                                  )
 6       v.                       ) Case No. 1:18-CV-68
                                  )
 7   UNITED STATES OF AMERICA, et )
     al.,                         )
 8                                )
             Defendants,          )
 9                                )
     and                          )
10                                )
     KARLA PEREZ, MARIA ROCHA,    )
11   JOSE MAGAÑA-SALGADO,         )
     NANCI J. PALACIOS GODINEZ,   )
12   ELLY MARISOL ESTRADA, KARINA )
     RUIZ DE DIAZ, CARLOS AGUILAR )
13   GONZALEZ, KARLA LOPEZ, LUIS  )
     A. RAFAEL, DARWIN VELASQUEZ, )
14   JIN PARK, OSCAR ALVAREZ,     )
     NANCY ADOSSI, DENISE ROMERO, )
15   PRATISHTHA KHANNA, JUNG WOO  )
     KIM, ANGEL SILVA, MOSES      )
16   KAMAU CHEGE, HYO-WON JEON,   )
     ELIZABETH DIAZ, MARIA DIAZ,  )
17   and BLANCA GONZALEZ,         )
                                  )
18                                )
             Defendant-Intervenors.)
19
                 _____
20
                   ORAL AND VIDEOTAPED DEPOSITION OF
21
                              LEO LOPEZ
22
                           JUNE 14, 2018
23               _____

24

25
```

Leo Lopez  June 14, 2018
Pages 2 to 5

Page 2

1      ORAL DEPOSITION OF LEO LOPEZ, produced as a witness
2  at the instance of the Defendant-Intervenors, and duly
3  sworn, was taken in the above-styled and numbered cause
4  on June 14, 2018, from 9:05 a.m. to 12:19 p.m., before
5  Candice Andino, Certified Shorthand Reporter in and for
6  the State of Texas, reported by machine shorthand, at
7  the office of the Attorney General for the State of
8  Texas, 300 W. 15th Street, 11th Floor, Austin, Texas,
9  pursuant to notice and in accordance with the Federal
10 Rules of Civil Procedure.

Page 4

1  APPEARANCES CONTINUED:
2       FOR THE DEFENDANT-INTERVENORS:
3          MEXICAN AMERICAN LEGAL DEFENSE AND
           EDUCATIONAL FUND
4          BY:  CELINA MORENO
                NINA PERALES
5          110 Broadway, Suite 300
           San Antonio, Texas 78205
6          (210) 224-5476  (210) 224-5382 FAX
           cmoreno@maldef.org
7          nperales@maldef.org
8       ALSO PRESENT:
9          AMANDA BROWNSON, Ph.D.
10         ERIC MARIN, Texas Education Agency
11         CHELSEA RANGEL

Page 3

1           A P P E A R A N C E S
2  FOR THE PLAINTIFF STATE OF TEXAS AND THE WITNESS:
3       ATTORNEY GENERAL KEN PAXTON
        BY:  ADAM BITTER
4            TODD DISHER
             TRENT PEROYEA
5       P.O. Box 12548
        Austin, Texas 78711-2548
6       (512) 936-1288  (512) 370-9362 FAX
        adam.bitter@oag.texas.gov
7       todd.disher@oag.texas.gov
        trent.peroyea@oag.texas.gov
8
   FOR THE STATE OF NEW JERSEY:
9
        DEPUTY ATTORNEY GENERAL
10      SECURITIES FRAUD PROSECUTION
        NEW JERSEY DIVISION OF LAW
11      BY:  NICHOLAS DOLINSKY,
        Appearing Telephonically
12      124 Halsey Street, 5th Floor
        P.O. Box 45029
13      Newark, New Jersey 07101
        (973) 693-5055
14      nicholas.dolinsky@law.njoag.gov
15 FOR THE DEFENDANT THE UNITED STATES OF AMERICA:
16      U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
        OFFICE OF IMMIGRATION LITIGATION
17      LIBERTY SQUARE BUILDING
        BY:  JEFFREY S. ROBINS
18      450 5th Street, N.W., Room LL111B
        Washington, D.C. 20001
19      (202) 616-4900
        jeffrey.robins@usdoj.gov

Page 5

1           I N D E X
2
3                                                     PAGE
4  Appearances...........................................3
5  WITNESS:  LEO LOPEZ
6  Examination by:
7      MS. MORENO..................................7, 112
8      MR. DISHER................................100, 111
9      MR. DOLINSKY..................................101
10 Changes and Signature..............................114
11 Reporter's Certificate.............................116
12
13              EXHIBITS
14  NO.            DESCRIPTION                        PAGE
15  Exhibit 1   Notice of Intention to Take Oral       9
                Deposition of Leo Lopez
16
    Exhibit 2   Declaration of Leonardo R. Lopez      16
17
    Exhibit 3   Document entitled "Education Code     19
18              Chapter 25. Admission, Transfer, and
                Attendance"
19
    Exhibit 4   USCIS Website Guidelines for DACA     27
20
    Exhibit 5   Printout from the Office of Refugee   33
21              Resettlement
22  Exhibit 6   Printout from the Office of Refugee   47
                Resettlement entitled "Unaccompanied
23              Alien Children Released to Sponsors
                By State"
24              (STATE000005 - 000006)