# Exhibit E

This item has been produced in native format.

STATES000001

**2015-2016 Statewide Summary of Finances**

Last Update: MAR 14, 2018

Payment Cycle: Final
Run ID: 22943

### Funding Elements

| | Students | | LPE | Final |
|---|---|---|---:|---:|
| 1. | Refined Average Daily Attendance (ADA) | | 4,945,112.789 | 4,924,906.137 |
| 2. | Regular Program ADA (Ref ADA - Spec Ed FTEs - CT FTEs) | | 4,580,674.826 | 4,544,721.045 |
| 3. | Special Education FTEs | | 117,375.010 | 118,964.479 |
| 4. | Career & Technology FTEs | | 247,062.953 | 261,220.613 |
| 5. | Advanced Career & Technical Eduction FTEs | | 0.000 | 46,452.685 |
| 6. | High School ADA | | 1,356,732.363 | 1,384,275.030 |
| 7. | Weighted ADA (WADA) | | 6,668,676.771 | 6,672,664.450 |
| 8. | Prior Year Refined ADA | | 4,841,017.623 | 4,841,017.623 |
| 9. | Texas School for the Blind and Visually Impaired ADA | | 142.700 | 149.558 |
| 10. | Texas School for the Deaf ADA | | 1,073.665 | 539.392 |
| | **Staff** | | **LPE** | **Final** |
| 11. | Full-Time Staff (not MSS) | | 254,600.42 | 276,054.57 |
| 12. | Part-Time Staff (not MSS) | | 20,296.82 | 21,301.33 |
| | **Property Values** | | **LPE** | **Final** |
| 13. | 2015 (current tax year) Locally Certified Property Value | | $2,129,035,039,762 | $2,129,035,039,762 |
| 14. | 2014 (prior tax year) Adjusted State Certified Property Value | | $1,988,798,246,155 | $1,975,364,055,574 |
| | **Tax Rates and Collections** | | **LPE** | **Final** |
| 15. | 2005 Adopted M&O Tax Rate | | 1.4555 | 1.4555 |
| 16. | 2015 (current tax year) Compressed M&O Tax Rate | | 0.9807 | 0.9817 |
| 17. | Average Tax Collection Rate | | 98.0% | 98.0% |
| 18. | 2015 (current tax year) M&O Tax Rate | | 1.0812 | 1.0812 |
| 19. | 2015-2016 (current school year) M&O Tax Collections (2015 DPE collections * 1.0571) | | $21,349,705,139 | $22,050,557,324 |
| 20. | 2015-2016 (current school year) I&S Tax Collections | | $5,347,393,054 | $5,707,476,193 |
| 21. | 2015-2016 (current school year) Total Tax Collections | | $26,697,098,193 | $27,758,033,517 |
| 22. | 2015-2016 (current school year) Total Tax Levy | | $27,446,236,147 | $28,038,532,616 |
| | **Funding Components** | | **LPE** | **Final** |
| 23. | Adjusted Allotment | | $6,461 | $6,470 |
| 24. | Revenue at Compressed Rate (RACR) per WADA | | $5,491 | $5,548 |
| 25. | Cost of Education (CEI) Index | | 1.079 | 1.079 |
| 26. | Adjusted CEI | | 1.068 | 1.068 |
| 27. | Per Capita Rate | | $180.320 | $180.320 |
| | **Tier I Allotments** | | **LPE** | **Final** |
| | **Program Intent Codes - Allotments** | | | |
| 28. | 11-Regular Program Allotment | | $26,186,251,019 | $26,019,813,130 |
| 29. | 23-Special Education Adjusted Allotment (spend 52% of amount) | | $2,819,006,026 | $2,914,869,158 |
| 30. | 22-Career and Technology Allotment (spend 58% of amount) | | $1,910,338,808 | $2,024,766,682 |
| 31. | 21-Gifted & Talented Adjusted Allotment (spend 55% of amount) | | $158,460,762 | $158,528,504 |
| 32. | 24-Compensatory Education Allotment (spend 52% of amount) | | $3,767,851,315 | $3,771,634,112 |
| 33. | 25-Bilingual Education Allotment (spend 52% of amount) | | $466,817,494 | $486,295,879 |
| 34. | 11-Public Education Grant | | $0 | $2,316,798 |
| 35. | 99-New Instructional Facility Allotment | | $9,728,755 | $9,884,111 |
| 36. | 99-Transportation Allotment | | $371,787,971 | $371,639,740 |
| 37. | 31-High School Allotment (spend 100% of amount) | | $372,938,394 | $380,390,905 |
| 38. | Total Cost of Tier I | | $36,062,715,172 | $36,139,673,647 |
| 39. | Less Local Fund Assignment | | ($19,565,939,392) | ($19,456,366,483) |
| 40. | State Share of Tier I | | $18,016,404,986 | $18,183,214,000 |
| 41. | Per Capita Distribution from Available School Fund (ASF) | | $873,163,821 | $873,163,821 |
| | **Foundation School Program (FSP) State Funding** | | **LPE** | **Final** |
| 42. | Greater of State Share of Tier I or (ASF+NIFA+HS) | | $18,115,422,865 | $18,282,268,253 |
| 43. | Tier II | | $1,874,706,168 | $1,965,497,871 |
| 44. | Other Programs | | $562,942,546 | $614,458,471 |
| 45. | Less Total Available School Fund ($180.320 * Prior Yr ADA) | | ($873,163,821) | ($873,163,821) |
| 46. | Total FSP Operations Funding | | $19,680,373,130 | $19,989,526,146 |
| | **State Aid by Funding Source** | | **LPE** | **Final** |
| | **Fund Code / Object Code - Funding Source** | | | |
| 47. | 199/5812 - Foundation School Fund | | $19,680,373,130 | $19,989,526,146 |
| 48. | 199/5811 - Available School Fund | | $873,163,821 | $873,163,821 |
| 49. | 599/5829 - EDA | | $328,623,591 | $328,047,639 |
| 50. | 599/5829 - Instructional Facilities Allotment (Bond) | | $232,911,084 | $237,065,735 |
| 51. | 199/5829 - Instructional Facilities Allotment (Lease Purchase) | | $6,380,753 | $6,339,808 |
| 52. | Additional State Aid for Homestead Exemption (ASAHE) for Facilities | | $80,642,164 | $88,864,269 |
| 53. | **TOTAL FSP/ASF STATE AID** | | $21,202,094,543 | $21,523,122,957 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76 | | | | | | | | | | | | | | |
| 77 | | | | | | | | | | | | | | |
| 78 | | | | | | | | | | | | | $20,862,689,967 | M&O FSP |
| 79 | | | | | | | | | | | | | ($4,257,929,991) | LESS SCE BIL |
| 80 | | | | | | | | | | | | | $22,050,557,324 | M&O COLL |
| 81 | | | | | | | | | | | | | | |
| 82 | | | | | | | | | | | | | | |
| 83 | | | | | | | | | | | | | $38,655,317,300 | FSP (without BIL/SCE) |
| 84 | | | | | | | | | | | | | | |
| 85 | | | | | | | | | | | | | $4,924,906.14 | Total Refined Ada |
| 86 | | | | | | | | | | | | | | |
| 87 | | | | | | | | | | | | | $7,849 | Per ADA |
| 88 | | | | | | | | | | | | | | |
| 89 | | | | | | | | | | | | | $3,771,634,112 | SCE Allotment |
| 90 | | | | | | | | | | | | | $486,295,879 | Bilingual Allotment |
| 91 | | | | | | | | | | | | | | |
| 92 | | | | | | | | | | | | | 3,273,665.77 | SCE FTE |
| 93 | | | | | | | | | | | | | 850,604.96 | BIL ADA |
| 94 | | | | | | | | | | | | | | |
| 95 | | | | | | | | | | | | | $1,152 | Per SCE $$$ |
| 96 | | | | | | | | | | | | | $572 | Per Bil $$$ |
| 97 | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | $9,573 | Total Assuming Bil/SCE |
| 99 | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | |
| 101 | | | | | | | | | | | | | 3,272 | UAC COUNT |
| 102 | | | | | | | | | | | | | | |
| 103 | | | | | | | | | | | | | | |
| 104 | | | | | | | | | | | | | $31,322,085 | Total COST |
| 105 | | | | | | | | | | | | | | |
| 106 | | | | | | | | | | | | | $31.32 | (in millions) |