**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | )  Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| *and* | ) |
| | ) |
| KARLA PEREZ, ET AL.; | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |
| | ) |

**ORDER DENYING DEFENDANT-INTERVENORS' MOTION TO COMPEL
DISCOVERY FROM PLAINTIFF STATE OF TEXAS AND TO DISMISS ALL
OTHER PLAINTIFF STATES**

On this date, the Court considered Defendant-Intervenors' Motion to Compel Discovery from Plaintiff State of Texas and to Dismiss All Other Plaintiff States. After considering the motion, any responses thereto, and all other matters properly before the Court, the Court believes the motion is without merit and should be DENIED.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Motion to Compel Discovery from Plaintiff State of Texas and to Dismiss All Other Plaintiff States is DENIED.

2

SIGNED on this the _____ day of _____, 2019.

_____
Andrew S. Hanen,
U.S. District Court Judge