Case 1:18-cv-00068   Document 388   Filed on 06/04/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas

**ENTERED**
June 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18cv68 |
|---|---|---|---|
| State of Texas, et al. ||||
| *versus* ||||
| Nielsen, et al. ||||

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James J. Walker<br>U.S. Dept. of Justice, Civil Div., Office of Imm. Lit.<br>450 4th Street, NW Washington, DC 20001<br>(202) 532-4468, james.walker3@usdoj.gov<br><br>Washington, DC - Bar #1032636 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | All Federal Defendants |

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | 5/13/2019 | Signed: | /s/ James J. Walker |
|---|---|---|---|

| The state bar reports that the applicant's status is: | Active / Good Standing |
|---|---|
| Dated: | Clerk's signature |

**Order**

Dated: 6/4/19

This lawyer is admitted *pro hac vice*.

United States District Judge