United States District Court
Southern District of Texas
**ENTERED**
June 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> The United States of America, *et al.*, <br>     *Defendants*, <br><br> Karla Perez, *et al.*, <br>     *Defendant-Intervenors*, <br><br> and <br><br> State of New Jersey, <br>     *Defendant-Intervenor*. | Civil Action No. 1:18-CV-00068 |

## ORDER

The Court today considered Defendant-Intervenors' Motion to Withdraw Priscilla Orta as Counsel [Doc. No. 382] as well as *Amici Curiae* 103 Religious Organizations' Motion to Withdraw Zachary Kolodin as Counsel [Doc. No. 384]. After reviewing the filings, the Court GRANTS both motions.

It is ordered that Priscilla Orta and Zachary Kolodin are withdrawn as counsel in this case.

The Clerk is instructed to remove Priscilla Orta and Zachary Kolodin from all further electronic notifications regarding this case.

Signed at Houston, Texas, on this 4th day of June, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE