**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | §   Case No. 1:18-CV-68 |
| | § |
| UNITED STATES OF AMERICA, *et al.*, | § |
| | § |
| Defendants, | § |
| | § |
| and | § |
| | § |
| KARLA PEREZ, *et al.*, | § |
| | § |
| Defendant-Intervenors, | § |
| | § |
| and | § |
| | § |
| STATE OF NEW JERSEY, | § |
| | § |
| Defendant-Intervenor. | § |

**ORDER**

On this date, the Court considered Defendant-Intervenors' Motion to Strike Plaintiffs' Experts. After reviewing the Motion and arguments, the motion is **GRANTED**.

It is hereby **ORDERED** that expert reports of Dr. Donald Deere (Dkt. 7 at 88, Dkt. 219-21 at 2, Dkt. 358-13, Dkt. 358-21) and Lloyd Potter (Dkt. 7 at 3, Dkt. 358-31) are stricken from the record, and the Court will not consider the report or testimony (deposition or live) of Dr. Deere and Dr. Potter.

SO ORDERED this ____ day of _____, 2019.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE