IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

**DEFENDANT-INTERVENOR'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

  Defendant-Intervenor State of New Jersey ("New Jersey") respectfully requests that the Court grant it permission to exceed the 20-page limit for memoranda of law by 19 pages for its Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment. Plaintiffs made a similar Motion To File Excess Pages, which was granted (*see* Dkt. 355, Dkt. 361), and on February 4, 2019 Plaintiffs filed a 48-page Memorandum in support of their Motion for Summary Judgment (*see* Dkt. 357). New Jersey's Memorandum of Law in Opposition will address complex issues in a case of national importance, and New Jersey requires these extra pages to adequately present these issues to the Court for adjudication. New Jersey seeks this extension for good cause and in the interest of justice, and no party will be prejudiced if the motion is granted.

  Counsel for Plaintiffs, Federal Defendants, and the Perez Defendant-Intervenors have each indicated that they do not oppose this request.

1

## CONCLUSION

New Jersey respectfully requests that the Court grant this Motion to Exceed Page Limits.

Dated: June 14, 2019                     GURBIR S. GREWAL
                                         ATTORNEY GENERAL OF NEW JERSEY

                         By:    */s/Glenn Moramarco*
                                Assistant Attorney General
                                (admitted pro hac vice)
                                Richard J. Hughes Justice Complex
                                25 Market Street, 1st Floor
                                Trenton, New Jersey 08625-0116
                                Phone: (609) 376-3235
                                Fax: (609) 777-4015
                                Glenn.Moramarco@law.njoag.gov

                                *Attorney for Defendant-Intervenor State of New Jersey*

**CERTIFICATE OF CONFERENCE**

I certify that on June 11 and June 12, 2019, counsel for the parties conferred regarding the relief requested in this motion and counsel for Plaintiffs, Federal Defendants, and the Perez Defendant-Intervenors each indicated that they do not oppose this motion.

/s/ Glenn J. Moramarco
Glenn J. Moramarco

**CERTIFICATE OF SERVICE**

I certify that on June 14, 2019, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Glenn J. Moramarco
Glenn J. Moramarco