# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Case No. 1:18-CV-68 |
| | § |
| UNITED STATES OF AMERICA, *et al.*, | § |
| | § |
| Defendants, | § |
| | § |
| and | § |
| | § |
| KARLA PEREZ, *et al.*, | § |
| | § |
| Defendant-Intervenors, | § |
| | § |
| and | § |
| | § |
| STATE OF NEW JERSEY, | § |
| | § |
| Defendant-Intervenor. | § |

## **DEFENDANT-INTERVENORS' APPENDIX IN SUPPORT OF THEIR BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

| EX. NO. | DOCUMENT |
|---|---|
| 1 | Declaration of Amanda Brownson |
| 2 | Declaration of Barbara Hines |
| 3 | Declaration of Art Acevedo |
| 4 | Declaration of Leighton Ku |
| 5 | Declaration of Meg Wiehe and Misha Hill |
| 6 | Declaration of Ray Perryman |
| 7 | Supplemental Declaration of Ray Perryman |
| 8 | Declaration of Robert Smith |
| 9 | Declaration of Roberto Gonzalez |
| 10 | Declaration of Shoba Whadia |
| 11 | Declaration of Donald W. Neufeld |
| 12 | Declaration of Doug Massey |
| 13 | Declaration of Gil Kerlikowske |
| 14 | Declaration of Steven Legomsky |
| 15 | Declaration of Sarah Saldaña |
| 16 | Declaration of Brian Manley |
| 17 | USCIS Letter to Hon. Charles E. Grassley, Chairman, Committee on the Judiciary, April 17, 2015 |
| 18 | U.S. Department of Justice, Memorandum Opinion for the Secretary of Homeland Security and the Counsel to the President (Nov. 19, 2014) ("OLC Memo") |
| 19 | Fiscal Year 2016 Report to Congress, USCIS Advance Parole Documents, January. 6, 2017 |

| | |
|---|---|
| 20 | USCIS Letter to Hon. Charles E. Grassley, Chairman, Committee on the Judiciary, June 29, 2016 |
| 21 | Letter from Attorney General Jeff Sessions to DHS Acting Secretary Duke, DEP'T OF HOMELAND SEC. (Sept. 4, 2017) |
| 22 | Memorandum on Rescission of Deferred Action for Childhood Arrivals (DACA), DEP'T OF HOMELAND SEC. (Sept. 5, 2017) |
| 23 | Mem. from Kirstjen M. Nielsen, Sec'y of the Dep't of Homeland Security (June 22, 2018) |
| 24 | § 2732 Complicated Cases Involving Important Public Issues, 10B Fed. Prac. & Proc. Civ. § 2732 (4th Ed.) |
| 25 | § 2751 Purpose of Declaratory Judgments, 10B Fed. Prac. & Proc. Civ. § 2751 (4th Ed.) |
| 26 | *Intentionally left blank* |
| 27 | Deposition of Michael Knowles |
| 28 | Deposition Excerpts Donald R. Deere |
| 29 | Deposition Excerpts Lloyd Potter |
| 30 | *Parm v. Shumate*, Civil Action No. 3-01-2624, 2006 WL 1228846, at *1 n.3 (W.D. La. May 1, 2006) |
| 31 | Employment Authorization to Aliens in the United States, 46 FR 25079-03, 1981 WL 119909 (F.R.) |
| 32 | Control of Employment of Aliens, 52 FR 16216-01, 1987 WL 142272 (F.R.) |
| 33 | Definition of the Term Lawfully Present in the United States for Purposes of Applying for Title II Benefits Under Section 401(b)(2) of Public Law 104-193, 61 FR 47039-01, 1996 WL 500956(F.R.) |
| 34 | Immigration Benefits Business Transformation, Increment I, 76 FR 53764-01, 2011 WL 3793637 (F.R.) |
| 35 | Medicare Program; Contract Year 2016 Policy and Technical Changes to the Medicare Advantage and the Medicare Prescription Drug Benefit Programs, 80 FR 7912-01, 2015 WL 556870 (F.R.) |
| 36 | June 15, 2012 Memo to Acting Commissioner, U.S. Customs and Border Protection from Secretary of Homeland and Security re Exercising Prosecutorial Discretion with Respect to Individuals Who Come to the United States as Children |
| 37 | *All Access Today, L.P. v. Aderra Incorporated*, No. A-08-CA-498 LY (Not Reported in Fed. Supp.), 2009 WL 100669445 (W.D. Tex. July 7, 2009) |
| 38 | *Arreola v. Zapata County, Texas,* No. 16-CV-00285, (Not Reported in Fed. Supp.), 2017 WL 4174932 (S.D. Tex. Sept. 12, 2017) |

| 39 | *Casa de Maryland v. U.S. Department of Homeland Security*, No. 18-1521, 2019 WL 2147204 (4th Cir. May 17, 2019) |
|---|---|
| 40 | *Dep't of Homeland Sec. v. Casa de Md.,* 2019 U.S. LEXIS 3892 (June 3, 2019) |
| 41 | *Kirkland v. New York State Dept. of Correctional Services*, No. 82 CIV. 0295, (Not reported in F.Supp.) 1988 WL 108485 (S.D.N.Y. Oct. 12, 1988) |
| 42 | *Regents of University of California v. U.S. Department of Homeland Security*, No. 18-15068, 2018 WL 1020397, Appellants' Opening Brief |
| 43 | H.R. 6, American Dream and Promise Act of 2019 |
| 44 | *Trump v. Stockman*, No. 18-678, Application for a Stay in the Alternative a Writ of Certiorari Before Judgment to the U.S. Court of Appeals for the Ninth Circuit (Dec. 2018) |
| 45 | September 13, 2018 Memo to Heads of Civil Litigating Components United States Attorneys from The Attorney General re Litigating Guidelines for Cases Presenting the Possibility of Nationwide Injunctions |
| 46 | *Nielsen v. Batalla Vidal*, Petition for a Writ of Certiorari Before Judgment (Nov. 2018) |
| 47 | *Nielsen v. Regents of the University of California*, Petition for a Writ of Certiorari Before Judgment (Nov. 2018) |
| 48 | *Nielsen v. National Association for the Advancement of Colored People*, Petition for a Writ of Certiorari Before Judgment (Nov. 2018) |
| 49 | 46 Fed. Reg. 25,080 (May 5, 1981) |
| 50 | 52 Fed. Reg. 16,228 (May 1, 1987) |
| 51 | 76 Fed. Reg. 53,764 (Aug. 29, 2011) |
| 52 | 61 Fed. Reg. 47,039 (Sept. 6, 1996) |
| 53 | 80 Fed. Reg. 7912 (Feb. 12, 2015) |
| 54 | Petition for Writ of Certiorari, *Dep't of Homeland Sec. v. Casa de Maryland* (May 24, 2019), *mot. to expedite consideration of cert. pet. denied*, 2019 U.S. LEXIS 3892 (June 3, 2019) |
| 55 | USCIS Press Release "USCIS Announces Interim Relief for Foreign Students Adversely Impacted by Hurricane Katrina", November 25, 2005 |
| 56 | Mem. From Donald Neufeld, USCIS, to Executive Leadership *re Additional Guidance Regarding Surviving Spouses of Deceased U.S. Citizens and Their Children (REVISED)*, December 2, 2009 |

| | |
|---|---|
| 57 | *Leaving blank for now* |
| 58 | *Leaving blank for now* |
| 59 | *Leaving blank for now* |
| 60 | *Leaving blank for now* |
| 61 | The Labor Demand Curve is Downward Sloping: Reexamining the Impact of Immigration on the Labor Market |
| 62 | Alejandra Ávila Declaration |
| 62-A | DHS 2016 Yearbook of Immigration Statistics: Table 39 – Aliens Removed or Returned: Fiscal Years 1892 to 2016 |
| 62-B | DHS Estimates of the Unauthorized Immigrant Population Residing in the U.S.: January 2014 |
| 62-C | Training Presentation – Deferred Action for Childhood Arrivals – SMRT – Guidance, SCOPS HQ, 08-2012 |
| 62-D | Email Chain – Malethea Holmes-Okeawolam to Brandon Robinson, "RE: DACA Discretinoary Denials," 05-08-2018 |
| 62-E | June 3, 2019, New American Economy Research Fund, "Overcoming the Odds: The Contributions of DACA-Eligible Immigrants and TPS Holders to the U.S. Economy" |
| 62-F | DACA Frequently Asked Questions, 09-14-2012 |
| 62-G | Standard Operating Procedures for Handling Deferred Action Requests at USCIS Field Offices, USCIS, 03-07-2012 |
| 62-H | Approximate Active DACA Recipients: Country of Birth As of April 30, 2019 |
| 62-I | National Standard Operating Procedures (SOP) - Deferred Action for Childhood Arrivals (DACA), 08-28-2013 & Appendices |
| 62-J | Northeast Region Standard Operating Procedures for Processing Deferred Action Cases, 10-11-2017 |
| 62-K | Email Chain - Van T Nguyen to Christine Bronola et al, "FWQuestions regarding advance parole for DACA applicants," 05-25-2016 |
| 62-L | Internal FAQ - "Deferred Enforced Departure" |
| 62-M | Email Chain – Daniel J McGee to Jessica M Esteb et al, "FW – DACA Denials and Public Safety – RP 5," 06-26-2018 |

Dated: June 14, 2019

Respectfully Submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Alejandra Ávila (Tex. Bar No. 24089252)
(SD of Tex. Bar No. 2677912)
Ernest I. Herrera (Tex. Bar No. 24094718);
(SD of Tex. Bar No. 2462211)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

Denise Hulett
Mexican American Legal Defense and Educational Fund
1512 14th Street
Sacramento, CA 95814
Phone: (916) 444-3031
Email: dhulett@maldef.org
(Admitted pro hac vice)

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899

Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors