# DEF-INTERV. EX. 62-J

**From:** Nguyen, Van T <[REDACTED]@uscis.dhs.gov>
**Sent:** Wednesday, May 25, 2016 5:28 PM
**To:** Bronola, Christine <[REDACTED]@uscis.dhs.gov>; Curtis, Rana <[REDACTED]@uscis.dhs.gov>; Han, Myung H <[REDACTED]@uscis.dhs.gov>; Moselina, Nolasco M (Noli) <[REDACTED]@uscis.dhs.gov>; Nguyen, Khanh K (Connie) <[REDACTED]@uscis.dhs.gov>; Nguyen, Trinnie C <[REDACTED]@uscis.dhs.gov>; Pham, Vincent <[REDACTED]@uscis.dhs.gov>; Vu, Toan K <[REDACTED]@uscis.dhs.gov>
**Subject:** FW: Questions regarding advance parole for DACA Applicants

Information sharing...

*Van Nguyen*
*949-389-3154*
*949-389-3435 (Fax)*
*Van.t.nguyen@uscis.dhs.gov*

---

**From:** Gydesen, Justyn J
**Sent:** Monday, May 23, 2016 2:42:10 PM
**To:** Jacobson, Neil M; Hoti, Katie L; Johnson, Joel N
**Cc:** Jeffries, Lina T; Nguyen, Van T; Johnson, Joel N; DeBoer, Allan S; CSC BCU DACA Terminations; Lewis, Theodore R
**Subject:** RE: Questions regarding advance parole for DACA Applicants

A DACA requestor can file for advance parole as long as they have a valid grant and the travel is for educational, employment, or humanitarian purposes. If their current grant is close to expiring, we will not grant beyond the current expiration unless the DACA renewal is approved. If the requestor's removal proceedings have been admin closed, they shouldn't have any problems. However, as with any AP, the approval of the AP does not guarantee reentry.

If you have any specific questions, please let me know.

**Justyn J. Gydesen**
Section Chief – DACA/TPS/SIV
Nebraska Service Center
 402-219-[REDACTED]



---

**From:** Jacobson, Neil M
**Sent:** Monday, May 23, 2016 1:21 PM
**To:** Hoti, Katie L; Johnson, Joel N
**Cc:** Jeffries, Lina T; Nguyen, Van T; Johnson, Joel N; Gydesen, Justyn J; DeBoer, Allan S; CSC BCU DACA Terminations; Lewis, Theodore R
**Subject:** RE: Questions regarding advance parole for DACA Applicants

Hi Ted,

I'm forwarding the inquiry to Katie Hoti and Joel Johnson for a response to Ms. Jeffries.

Katie is our NSC supervisor over the DACA Advance Paroles, and Joel is the Senior assigned to our DACA portfolio.

Thanks

**Neil Jacobson**
**Associate Center Director**
**Humanitarian Affairs Division**
**Nebraska Service Center**
**402-219-**▮

**From:** Lewis, Theodore R **On Behalf Of** CSC BCU DACA Terminations
**Sent:** Monday, May 23, 2016 11:41 AM
**To:** DeBoer, Allan S; Jacobson, Neil M
**Cc:** Jeffries, Lina T; Nguyen, Van T
**Subject:** FW: Questions regarding advance parole for DACA Applicants

Sean or Neil,

Can you assist Lina with the below question regards I-131s?

Thanks Ted

---

**From:** McGuire, Regina A
**Sent:** Monday, May 23, 2016 6:55 AM
**To:** CSC BCU DACA Terminations; Van-Wagenen, Lowell F; Gapuz, Brian Y
**Cc:** Nguyen, Trinnie C; Kim, Kyong Y; Nguyen, Khanh K (Connie); Gomez Sanchez, Diana C; Curtis, Rana; Dunning, Pacentia M; Khoudaghoulian, Minas
**Subject:** RE: Questions regarding advance parole for DACA Applicants

Ted,

The I-131 Advanced Parole is not a work load that we process at the CSC. We have never had the training. Nebraska Service Center processes the I-131's. DACA would have to be approved before an I-131 is approved. I do know that there are very few approvals of advanced paroles. You could contact NSC to see what there procedure is or have Phoenix contact them. Neal Jacobson is a Supervisor there in DACA. I believe there is an exception for extreme emergent situations where an advance parole would be issued if a requestor's parent or child was in ICU or passed away where the service would grant an advanced parole even if the requestor was in removal proceedings. Since I have not been trained, we cannot provide the full answer for them.

Regina McGuire, ISO-3
SODA-3/ws24516/▮

---

**From:** Lewis, Theodore R **On Behalf Of** CSC BCU DACA Terminations
**Sent:** Saturday, May 21, 2016 9:43 AM
**To:** Van-Wagenen, Lowell F; Gapuz, Brian Y; McGuire, Regina A
**Cc:** Nguyen, Trinnie C; Kim, Kyong Y; Nguyen, Khanh K (Connie); Gomez Sanchez, Diana C; Curtis, Rana; Dunning, Pacentia M; Khoudaghoulian, Minas
**Subject:** FW: Questions regarding advance parole for DACA Applicants
**Importance:** High

Seniors,

Can one of you answer the below question? I'm not familiar enough with the adjudication of Advance Parole as it pertains to DACA to adequately answer the below question. Can one of you respond and cc me so I can take it off my "to do" list?

Thanks,

Ted

---

**From:** Jeffries, Lina T
**Sent:** Wednesday, May 18, 2016 3:14 PM
**To:** CSC BCU DACA Terminations
**Subject:** Questions regarding advance parole for DACA Applicants

CSC,

Will CSC consider and grant an advance parole request for a DACA recipient who is in removal proceedings that have been administratively closed?

The below memo regarding parole indicates that advance parole will not be issued to persons in proceedings:

https://www.uscis.gov/sites/default/files/USCIS/Laws/Memoranda/2011/April/issuance-advance-parole.pdf

However, the instructions on the advance parole indicate that DACA recipients can get advance parole even if they are in removal proceedings.

Can you assist.  I have an inquiry from ICE OPLA.

Thanks!


*Lina T. Jeffries Bueno*
USCIS Office of the Chief Counsel, D25

1330 S. 16th Street

Phoenix, AZ  85034

(d)602-226-▓▓▓▓   (c) 202-997-6636; (f) 602-462-▓▓▓▓

▓▓▓▓▓▓▓▓@uscis.dhs.gov

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.