Case 1:18-cv-00068   Document 403   Filed on 06/18/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, § § § Plaintiffs, § VS. § § UNITED STATES OF AMERICA, *et al*, § § Defendants. § § § | CIVIL ACTION NO. 1:18-CV-68 |

## NOTICE OF TELEPHONE HEARING

The Parties in the above styled case are notified that a telephone hearing has been set. The Hearing is scheduled on Thursday, June 20, 2019 at 1:30 p.m.  Instructions for calling are as follows:

|  |  |
|---|---|
| Telephone Number: | 713-250-5817 |
| Conference ID: | 45817# |
| Conference Password: | 13579# |

---

Date:   June 18, 2019         David J. Bradley, Clerk of Court

By: R. Hawkins, Case Manager