UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, <br><br> Plaintiffs, <br> VS. <br><br> UNITED STATES OF AMERICA, *et al*, <br><br> Defendants. | § <br> § <br> § <br> §  CIVIL ACTION NO. 1:18-CV-68 <br> § <br> § <br> § <br> § |

## NOTICE OF TELEPHONE HEARING

The Parties in the above styled case are notified that a telephone hearing has been set. The Hearing is scheduled on Thursday, June 20, 2019 at 1:30 p.m. Instructions for calling are as follows:

| | |
|---|---|
| Telephone Number: | 713-250-5817 |
| Conference ID: | 45817# |
| Conference Password: | 13579# |

Date:  June 18, 2019                                   David J. Bradley, Clerk of Court

                                                                              By: R. Hawkins, Case Manager