IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiffs file this Notice of Appearance of Counsel and hereby notify the Court that Deputy Attorney General for Legal Counsel Ryan L. Bangert will appear as co-counsel for the Plaintiffs in the above case, along with Trial Counsel for Civil Litigation Todd Lawrence Disher, who will remain lead counsel. Mr. Bangert is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules. Mr. Bangert's contact information is:

Ryan L. Bangert
Deputy Attorney General for Legal Counsel
Tx. State Bar No. 24045446
Southern District of Texas No. 641892
Tel.: (512) 936-1414
P.O. Box 12548 (MC-001)
Austin, Texas 78711-2548

| | |
|---|---|
| June 20, 2019 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| DEREK SCHMIDT<br>Attorney General of Kansas | */s/ Ryan L. Bangert*<br>RYAN L. BANGERT<br>Deputy Attorney General for Legal Counsel<br>Tx. State Bar No. 24045446 |
| JEFF LANDRY<br>Attorney General of Louisiana | Southern District of Texas No. 641892<br>Tel.: (512) 936-1414; Fax: (512) 936-0545 |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | ryan.bangert@oag.texas.gov<br>P.O. Box 12548 (MC-001)<br>Austin, Texas 78711-2548 |
| ALAN WILSON<br>Attorney General of South Carolina | TODD LAWRENCE DISHER<br>Attorney-in-Charge<br>Trial Counsel for Civil Litigation |
| PATRICK MORRISEY<br>Attorney General of West Virginia | |
| | ADAM ARTHUR BIGGS<br>Assistant Attorney General |
| | **COUNSEL FOR PLAINTIFF STATES** |

## CERTIFICATE OF SERVICE

I certify that on June 20, 2019, this Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ryan L. Bangert*
RYAN L. BANGERT
Deputy Attorney General for Legal Counsel

**COUNSEL FOR PLAINTIFF STATES**