United States District Court
Southern District of Texas
**ENTERED**
June 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendant-Intervenor's Unopposed Motion to Exceed Page Limits (Doc. #396) as to its Memorandum of Law in opposition to Plaintiffs' Motion for Summary Judgment and Defendant-Intervenors' Unopposed Motion for Leave to Exceed Page Limits on Their Brief in Opposition to Motion for Summary Judgment (Doc. #398). As both motions are unopposed, the Court hereby GRANTS both of the Defendant-Intervenors' motions (Doc. #396 and #398).

SIGNED at Houston, Texas, this 24th day of June, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE