## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

State of Texas, et al.

v.                                    Case Number: 1:18−cv−00068

United States of America, et al.

---

## NOTICE OF RESETTING

**A proceeding has been set in this case as to United States of America as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Street
Houston, TX 77002


**DATE:** 10/28/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

---

Date: June 24, 2019                          David J. Bradley, Clerk