# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, et al.,          )
                                 )
            Plaintiffs,           )
                                 )
v.                               )          Civil Action No. _____
                                 )
UNITED STATES OF AMERICA, et al.,)
                                 )
            Defendants            )

DECLARATION OF LLOYD B. POTTER, PH.D.

1.    My name is Lloyd B. Potter, and I am over the age of 18 and fully competent
      in all respects to make this declaration. I have personal knowledge and
      expertise of the matters herein stated.

2.    I was appointed State Demographer of Texas in June of 2010. I hold degrees
      of Ph.D. in sociology from The University of Texas at Austin, Master of
      Public Health in epidemiology from Emory University, Master of Science in
      education from the University of Houston at Clear Lake and Bachelor of
      Science in sociology from Texas A&M University. I have worked as an
      Assistant Professor at Fordham University, a post-doctoral fellow at Emory
      University and Centers for Disease Control and Prevention, a Behavior
      Scientist at the Centers for Disease Control and Prevention, and as a
      Research Scientist at the non-profit company Education Development

Center, Inc. I am currently a professor in the Department of Demography at The University of Texas at San Antonio where I also serve as the director of the Institute for Demographic and Socioeconomic Research (IDSER). I have extensive experience working as an applied demographer and my current work focuses on public policy related research and training applied demographers.

3.  Based on my education, qualifications, experience and knowledge of the relevant literature, I believe the following statements are true and accurate.

4.  Economic factors are strongly associated with many migrant flows. For example, differences in economic growth, wages, and the employment situation between the United States and Mexico are critical determinants of immigration, and migration of labor out of Mexico (Aguila, 2012). Most undocumented migrants coming to the U.S. are doing so to work. Massey et.al. found that that undocumented migration from Mexico appears to reflect U.S. labor demand and access to migrant networks (Massey, Durand, & Pren, 2014).

5.  Most migration (inter-county) within the United States is employment related. Analysis of data from the Current Population Survey indicates that about 43% of moves across county lines between 2012 and 2013 were employment related and 30% were family related (Ihrke, 2014).

6.  Kennan and Walker found that interstate migration decisions are influenced to a substantial extent by income prospects. Their research suggests that

the link between income and migration decisions is driven both by geographic differences in mean wages and by a tendency to move in search of a better locational match when the income realization in the current location is unfavorable (Kennan & Walker, 2011).

7.   In part, the Immigration Reform and Control Act (IRCA) is intended to restrict unauthorized immigration into to the United States by making it illegal for employers to hire unauthorized immigrants and imposing sanctions on employers who employ unauthorized immigrants (Wishnie, 2007). Several states have adopted laws to require E-Verify to make hiring of undocumented immigrants more difficult. Orrenius and Zadvodny found that possible undocumented immigrants in states that had implemented such efforts may have more difficulty working and more difficulty changing jobs (Orrenius & Zavodny, 2016). They also found some evidence suggesting "...that most of the drop in the number of already-present unauthorized immigrants in states that adopt universal E-Verify laws is due to them leaving the USA entirely (Orrenius & Zavodny, 2016)."

8.   While DACA participants have motivation to stay in the U.S. and to comply with DACA rules, it is reasonable to conclude that some DACA participants would return to their country of origin if they lose or are not given permission to work in the U.S. The causes of return migration are difficult to address because there is limited research and understanding of return migration. Among DACA participants there is variation in a number of

characteristics such as age at immigration, tenure in the U.S., educational attainment, language fluency, and others. Some of these characteristics and combinations would make it more or less likely for some DACA participants to emigrate if they were denied permission to work in the U.S.

9.  In a study of young immigrants to the U.S., Regan and Olsen found they were less likely than older immigrants to return to their country of origin (Reagan & Olsen, 2000). Child and young immigrants who migrated later in their childhood (having spent more time in their country of origin) were more likely to return to their country of origin than those who immigrated when they were younger. They also found that immigrants with college degrees were more likely to return to their country of origin than those without.

10. In a study of characteristics associated with emigration of foreign born persons in the U.S. (return migration), Van Hook and Zhang found that "indicators of economic integration (home ownership, school enrollment, poverty) and social ties in the U.S. (citizenship, having young children, longer duration in the United States) deter emigration (Van Hook & Zhang, 2011)." They found that indicators favoring return migration to country of origin included having connections with the sending society, such having a spouse or close family there.

11. With loss of permission to work in the U.S., some DACA participants could be expected to migrate out of the U.S. back to their country of origin or to

another country where they would be able to work. DACA participants who would be more likely to return to their country of origin, under conditions where they could not work legally in the U.S., could be expected be similar to undocumented migrants who return to country of origin. That is, those DACA participants who migrated to the U.S. when they were older, who have strong family relationships in their country of origin, those who had met savings goals, and those who had achieved higher levels of education would be more likely to emigrate under conditions of not being able to work in the U.S. The variation in characteristics within the DACA applicant population suggests that some do have characteristics that have been associated with higher probability of emigration from the U.S. among undocumented immigrants (i.e., migrating as older teenagers and obtaining higher levels of educational attainment).

12.   References:

13.   Aguila, E. (2012). United States and Mexico: Ties That Bind, Issues That Divide (2 ed.). Santa Monica, CA: RAND.

14.   Ihrke, D. (2014). Reason for Moving: 2012 to 2013. Current population reports. Washington, DC: US Census Bureau, 20, 574.

15.   Kennan, J., & Walker, J. R. (2011). The Effect of Expected Income on Individual Migration Decisions. Econometrica, 79(1), 211-251. doi:doi:10.3982/ECTA4657

16.   Massey, D. S., Durand, J., & Pren, K. A. (2014). Explaining Undocumented Migration to the U.S. International Migration Review, 48(4), 1028-1061. doi:doi:10.1111/imre.12151

17.   Orrenius, P. M., & Zavodny, M. (2016). Do state work eligibility verification laws reduce unauthorized immigration? IZA Journal of Migration, 5(1), 5. doi:10.1186/s40176-016-0053-3

18.   Reagan, P. B., & Olsen, R. J. (2000). You can go home again: Evidence from longitudinal data. Demography, 37(3), 339-350. doi:10.2307/2648046

19.   Van Hook, J., & Zhang, W. (2011). Who Stays? Who Goes? Selective Emigration Among the Foreign-Born. Population Research and Policy Review, 30(1), 1-24. doi:10.1007/s11113-010-9183-0

20.   Wishnie, M. J. (2007). Prohibiting the employment of unauthorized immigrants: The experiment fails. U. Chi. Legal F., 193.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _26_ day of April, 2018.

LLOYD POTTER, PH.D.

# Lloyd B. Potter

**Department of Demography and**
**Institute for Demographic and Socioeconomic Research**
University of Texas at San Antonio
501 W. César Chávez Blvd.
Monterey Bldg., 4th Floor
San Antonio, Texas 78207-4415
Phone: (210) 458-6530
Email: Lloyd.Potter@utsa.edu

**Educational Background:**

| | |
|---|---|
| M.P.H. | Epidemiology, Emory University, Rollins School of Public Health, spring 1993. |
| Ph.D. | Demography/Sociology, University of Texas at Austin, fall 1989. Dissertation: Proximate and Non-Proximate Causes of Racial Life Expectancy Differentials in the U.S., 1970 and 1980. Co-Chairs: Omar Galle and Teresa Sullivan |
| M.S. | Education, University of Houston Clear Lake, spring 1981. |
| B.S. | Sociology, Texas A&M University, fall 1979. |
| | Clear Lake High School, Houston, TX.  Clear Creek Independent School District, spring 1975 |

**Professional Positions:**

| | |
|---|---|
| 2010-present | State Demographer of Texas and Director of the Texas Demographic Center. |
| 2008-present | Director, Institute for Demographic and Socioeconomic Research, University of Texas at San Antonio, San Antonio, TX. |
| 2008-present | Professor, Department of Demography, University of Texas at San Antonio, San Antonio, TX. |
| 2008-present | Adjunct faculty, The University of Texas School of Public Health at Houston through the San Antonio Regional Campus. |
| 2014-2015 | Associate Dean for Research, College of Public Policy, University of Texas at San Antonio, San Antonio, TX. |
| 2009- 2011 | Interim-Chair, Department of Demography, University of Texas at San Antonio, San Antonio, TX. |
| 2001-2004 | Adjunct faculty member, University of Michigan School of Public Health, Summer Epidemiology Seminar. |
| 2000-2008 | Director, Center for the Study and Prevention of Injury, Violence, and Suicide. Education Development Center Inc., Newton, MA. |

| | |
|---|---|
| 1998-99 | Detail from CDC to Massachusetts Department of Public Health (9 months) – Injury Surveillance Program, Boston, Massachusetts. Developed surveillance report on suicide in the state. |
| 1997 | Detail from CDC to Hanoi School of Public Health, Field Epidemiology Training Program, Hanoi, Vietnam. Developed course on demographic methods in public health. |
| 1995-2000 | Team Leader (Branch Chief), Youth Violence and Suicide Prevention, Division of Violence Prevention, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention, Atlanta, Georgia. Managed CDC's scientific and grant program portfolio on youth violence and suicide prevention. |
| 1993-1995 | Team Leader, Suicide Prevention, Division of Violence Prevention, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention, Atlanta, Georgia. Manage CDC scientific program on suicide prevention. |
| 1992 | Consultant, Field Epidemiology Training Program, Taiwan Department of Health, Taipei, Taiwan, R.O.C. Provided training on research and survey methodology. |
| 1991-93 | National Institute of Mental Health HIV/AIDS Post-Doctoral Fellow, Emory University School of Public Health/Centers for Disease Control and Prevention, Atlanta, Georgia. Received Masters of Public Health and conducted HIV/AIDS prevention research at CDC. |
| 1989-91 | Assistant Professor of Sociology, Fordham University, Bronx, New York. |
| 1990 & 91 | Lecturer, summers, University of Texas at Austin, Department of Sociology. Managed and taught the NSF funded Research Experience for Undergraduates (REU) program. |
| 1989 | Research Associate, University of Texas at Austin, Departments of Social Work and Home Economics. Conducted research on adoption. |
| 1988 | Research Associate, University of Texas at Austin, Population Research Center. |
| 1987-88 | Research Associate, Texas A&M University, Department of Rural Sociology, College Station, Texas. Assisted with book on farm financial crisis, Texas population estimates and projections and socioeconomic impact assessments |
| 1986 | Social Science Analyst, summer, Center for International Research, U.S. Bureau of the Census, Washington D.C. Developed population estimates, projections, and profiles for various countries |
| 1985 | United Nations Intern, summer, Population Policy Section, New York, New York. Developed population estimates, projections, and profiles for various countries |
| 1984-87 | Research Assistant,, University of Texas at Austin, Population Research Center. Conducted research on consumer bankruptcy |
| 1983-84 | Research Assistant, Texas A&M University, Department of Rural Sociology, College Station, Texas. Assisted with population estimates and projections for Texas. |
| 1981-83 | Teacher, LaPorte Independent School District, LaPorte, Texas. |

**Awards and Honors**:

| | |
|---|---|
| 2017-present | Peter Flawn Professor |
| 2012 | Outstanding Clear Creek Independent School District (CCISD) Alumni Award, Clear Creek Education Foundation. |

| 2005 | Allies for Action Award, Suicide Prevention Action Network |
| 2000 | Special Act of Service Award, CDC. For leadership in the conceptualization and production of "Best Practices of Youth Violence Prevention." |
| 2002 | Surgeon General's Exemplary Service Award. For leadership in developing a National Strategy for Suicide Prevention. |
| 1998 | Builder Award for the National Strategy for Suicide Prevention, Suicide Prevention Advocacy Network |
| 1996 | Special Act of Service Award, CDC. For leadership toward establishing CDC's Behavioral and Social Science Working Group. |
| 1996 | Special Act of Service Award, CDC. For efforts to assess achievement of Healthy People 2000 objectives in the area of injury and violence. |
| 1993-96 | Equal Opportunity Award, CDC. For leadership toward creating a diverse and work environment. |
| 1986 | Professional Development Award, Graduate School, University of Texas at Austin |
| 1984-85 & | National Institute of Child Health and Development Trainee. |
| 1988-89 | University of Texas at Austin. |

**Research Activities Summary:**
*Peer Reviewed*

1. Valenzuela, C., Valencia, A., White, S., Jordan, J. J., Cano, S. L., Keating, J. P., Nagorski, J. J.,  Potter, L. B  An analysis of monthly household energy consumption among single-family residences in Texas, 2010, Energy Policy, 2014(69):263-272, ISSN 0301-4215, http://dx.doi.org/10.1016/j.enpol.2013.12.009. (senior and corresponding author with student as first).

2. Howard, J.T., Potter, L.B., An assessment of the relationships between overweight, obesity, related chronic health conditions and worker absenteeism. Obesity Research & Clinical Practice 2014(8):1-15. (student first author)

3. Goldston D, Walrath C, McKeon R, Puddy R, Lubell K, Potter L, Rodi M.. The Garrett Lee Smith Memorial Suicide Prevention Program. Suicide & Life-Threatening Behavior 2010;40 (3):245-256.

4. Durant T, Mercy J, Kresnow M, Simon T, Potter L, Hammond R. Racial Differences in Hopelessness as a Risk Factor for a Nearly Lethal Suicide. Journal of Black Psychology.2006; 32: 285-302

5. Stone D, Barber C, Potter L. Public health training online: the National Center for Suicide Prevention Training. American Journal of Preventive Medicine, 2005;29: 247–51.

6. Potter L, Stone D. Suicide prevention in schools: what can and should be done. American  Journal of Health Education,  2003, 34(5 Suppl): s35-s41

7. Powell K, Kresnow M, Mercy J, Potter L, Swann A, Frankowski R, Lee R, Bayer T. Alcohol Consumption and Nearly Lethal Suicide Attempts. Suicide and Life Threatening Behavior, 2001;31(5):SS 30-41.

8. Potter L, Kresnow M, Powell K, Simon T, Mercy J, Lee R, Frankowski R, Swann A, Bayer T, O'Carroll P. The Influence of Geographic Mobility on Nearly Lethal Suicide Attempts. Suicide and Life Threatening Behavior, 2001;31(5):SS 42-48.

3

9.    Kresnow M, Ikeda R, Mercy J, Powell K, Potter L, Simon T, Lee R, Frankowski R. An Unmatched Case-Control Study of Nearly Lethal Suicide Attempts in Houston, Texas: Research Methods and Measurements. Suicide and Life Threatening Behavior, 2001;31(5):SS 7-20.

10.   Swahn M, Potter L. Factors Associated with the Medical Severity of Suicide Attempts in Youths and Young Adults. Suicide and Life Threatening Behavior, 2001;31(5):SS 21-29.

11.   Simon T, Swann A, Powell K, Potter L, Kresnow M, O'Carroll P. Characteristics of Impulsive Suicide Attempts and Attempters. Suicide and Life Threatening Behavior, 2001;31(5):SS 49-59.

12.   Ikeda R, Kresnow M, Mercy J, Powell K, Simon T, Potter L, Durant T, Swahn M. Medical Conditions and Nearly Lethal Suicide Attempts. Suicide and Life Threatening Behavior, 2001;31(5):SS 60-68.

13.   Anderson M,  Kaufman J,  Simon T, Barrios L. Paulozzi L, Ryan G, Hammond R, Modzeleski W, Feucht T, Potter L, School-Associated Violent Deaths Study Group. "School-Associated Violent Deaths in the United States, 1994-1999," JAMA. 2001;286:2695-2702.

14.   Dahlberg LL., Potter LB. Youth violence: developmental pathways and prevention challenges. American Journal of Preventive Medicine 2001;20(1 Supl 1):3-14.

15.   Kresnow M, Powell KE, Webb KB, Mercy JA, Potter LB, Simon TR, Ikeda RM, Frankowski R. Assigning time-linked exposure status to controls in unmatched case-control studies: alcohol use and nearly lethal suicide attempts. Statistics in Medicine 2001;20(9/10):1479-85

16.   Mercy J, Kresnow M, O'Carroll P, Lee R, Powell K, Potter L, Swann A, Frankowski R, Bayer T. Is Suicide Contagious? A Study of the Relation between Exposure to the Suicidal Behavior of Others and Nearly Lethal Suicide Attempts. Am. J. Epidemiol. 2001 154: 120-127

17.   Johnson G, Krug E, Potter L. Suicide Among Adolescents And Young Adults: A Cross-National Comparison Of 34 Countries. Suicide and Life-Threatening Behavior, 2000 Spring; 30(1):74-82.

18.   Potter L, Sacks J, Kresnow M, Mercy J. Nonfatal Physical Violence, United States, 1994.  Public Health Reports. 1999 Jul-Aug;114(4):343-52.

19.   Potter L, Kresnow M, Powell K, O'Carroll P, Lee R, Frankowski R, Swann A, Bayer T, Bautista M, Briscoe M. Identification of nearly fatal suicide attempts: Self-Inflicted Injury Severity Form. Suicide and Life-Threatening Behavior. 28(2):174-186, 1998.

20.   Grabbie L, Demi A, Camann M, Potter L. Suicide and health status among the elderly: The National Mortality Followback Survey. American Journal of Public Health, 1997 Mar;87(3):434-7.

21.   Mercy J, Potter L.  Combining analysis and action to solve the problem of youth violence.  American Journal of Preventive Medicine 1996; Supplement to Volume 12(5):1-2.

22.   Kachur S., Potter L, Powell K, Rosenberg M. Suicide: Epidemiology, Prevention, Treatment. Adolescent Medicine: State of the Art Reviews, 25(2):171-182, 1995.

23.   Potter L, Powell K, Kachur S. Suicide Prevention from a Public Health Perspective. Suicide and Life Threatening Behavior, 25(1):83-92, 1995.

24. Potter L, Rogler L, Moscicki E. Depression Among Puerto Ricans in New York City: The Hispanic Health and Nutrition Examination Survey. Social Psychiatry and Psychiatric Epidemiology, 30:185-193, 1995.

25. Potter L, Anderson J.  Patterns of Condom Use, Sexual Behavior and STDs/HIV Among Never-Married Women. Sexually Transmitted Diseases, 20(4), 1993.

26. Burr J, Potter LB, Galle O, Fossett M.  Migration and Metropolitan Opportunity Structures: A Demographic Response to Racial Inequality. Social Science Research, 22, 1992.

27. Galle O, Burr J, Potter L.  Rethinking Measures of Migration: On the Decomposition of Net Migration. Social Indicators Research, 28, 1992.

28. Potter L.  Socioeconomic Determinants of Black-White Male Life Expectancy Differentials, 1980. Demography, 28(2):303-322, 1991.

29. Potter L, Galle O.  Residential and Racial Mortality Differentials in the South by Cause-of-Death.  Rural Sociology, Summer 1990.

**Edited Book**

1. Hoque, N., Potter, LB. (eds), Emerging Techniques in Applied Demography, Dordrecht Heidelberg New York London: Springer, (2014). ISBN 978-94-017-8989-9.

**Book Chapters**

1. Potter, L. Chapter 13 Youth Suicide. In Liller KD (ed), Injury Prevention for Children and Adolescents: Research, Practice, and Advocacy 2nd Edition. Washington, DC: American Public Health Association, 2012, eISBN: 978-0-87553-250-9

2. Potter L. Violence Prevention. In Gorin SS, Arnold J (eds), Health Promotion in Practice, Chapter 12 (pp. 392-426). San Francisco, CA: Jossey-Bass, 2006.

3. Potter L. Youth Suicide. In Liller KD (ed), Injury Prevention for Children and Adolescents: Research, Practice, and Advocacy, Chapter 13 (pp. 321-340). Washington, DC: American Public Health Association, 2006.

4. Potter L. Public Health and Suicide Prevention. In Lester D (ed), Suicide Prevention: Resources for the New Millennium, Chapter 5 (pp. 67-82). Ann Arbor, MI: Sheridan Books, 2000.

5. Potter L. Understanding the Incidence and Origins of Community Violence: Toward a Comprehensive Perspective of Violence Prevention.  In Gullota T (ed), Violence In Homes And Communities, Chapter 4 (pp. 101-132). Sage Publications, 1999.

6. Cohen L, Potter L.  Injuries and Violence: Risk Factors and Opportunities for Prevention During Violence. In: Fisher M, Juszczak L, Klerman L, eds. Adolescent Medicine: Prevention Issues in Adolescent Health Care. Philadelphia, PA: Hanley & Belfus, Inc., 1999:125-135.

7. Potter L, Mercy J.  Public health perspective on interpersonal violence among youths in the United States. In Stoff DM, Breiling J, Maser JD, editors.  Handbook of antisocial behavior.  New York: John Wiley & Sons, Inc; 1997

8. Potter L, Powell K. The Public Health Approach to Suicide Prevention in the United States. Pp.329-345, in Ramsey RF, Tanney BL (`eds), Global Trends in Suicide Prevention: Tow ard the Development of National Strategies for Suicide Prevention. Mumbai, India: Tata Institute of Social Sciences, 1996.

9. Murdock S, Leistritz F, Hamm R, Albrecht D, Potter L, Backman K.  Impacts of the Farm Financial Crisis of the 1980s on Resources and Poverty in Agriculturally

      Dependent Counties in the United States. Pp. 67-94 in Rodgers H, Weiher G, (eds.). Rural Poverty: Special Causes and Policy Reforms. NY:Greenwood Press 1989.

10.     Murdock S, Leistritz F, Hamm R, Albrecht D, Potter L, Backman K.  Impacts of the Farm Financial Crisis of the 1980s on Resources and Poverty in Agriculturally Dependent Counties in the United States. Policy Studies Review, 1988;7(4):810-827.

11.     Murdock S, Potter L, Hamm R, Backman K, Albrecht D, Leistritz L.  The Implications of the Current Farm Crisis for Rural America.  Pp. 169-184 in Steve Murdock and Larry Leistritz (eds.)  The Farm Financial Crisis: Socioeconomic Dimensions and Implications for Producers and Rural Areas. Boulder, Colorado: Westview Press, 1988.

12.     Murdock S, Potter L, Hamm R, Albrecht D. Demographic Characteristics of Rural Residents in Financial Distress and Social and Community Impacts of the Farm Crisis.  Pp. 113- 140 in Steve Murdock and Larry Leistritz (eds.) The Farm Financial Crisis: Socioeconomic Dimensions and Implications for Producers and Rural Areas. Boulder, Colorado: Westview Press, 1988.

13.     Murdock S, Albrecht D, Potter L, Backman K, Hamm R.  Demographic, Socioeconomic and Service Characteristics of Rural Areas in the United States: The Human Resource Base for the Response to the Crisis. Pp. 45-73 in Murdock S, Leistritz L, (eds.)  The Farm Financial Crisis: Socioeconomic Dimensions and Implications for Producers and Rural Areas.  Boulder, Colorado: Westview Press, 1988.

14.     Murdock S, Potter L, Backman K, Hamm R, Hwang S.  Patterns of Post-1980 Population Change in Towns and Cities in Texas: An Analysis of the U.S. Bureau of the Census Population Estimates for 1982, 1984 and 1986.  Department of Rural Sociology Technical Report No. 88-2. College Station, Texas: The Texas Agricultural Experiment Station, March 1988.

15.     Murdock S, Schriner E, Hamm R, Jones L, Potter L.  An Analysis of Selected Human Resource and Environmental Impact Dimensions of the Amarillo and Dallas-Fort Worth Super-Conducting Super Collider Siting Areas.  Report submitted to The National Research Laboratory Commission, Office of the Governor, State of Texas, July 1987.

***Commentary***

1.     Rosenberg M, Mercy J, Potter L. Firearms and suicide. New England Journal of Medicine. 1999 Nov 18;341(21):1609-11

2.     Potter L, Rosenberg M, Hammond W. Suicide in youth: a public health framework [comment]. Journal of the American Academy of Child & Adolescent Psychiatry. 37(5);484-7, 1998 May.

***Other***

1.     White, S., Potter, L. B., You, H., Valencia, A., Jordan, J., & Pecotte, B. (2016). Texas Mobility. demographics.texas.gov/Resources/publications/2016/2016_11_01_TexasMobility.pdf

2.     Valencia, A., Potter, L. B., White, S., You, H., Jordan, J., & Pecotte, B. (2016). Aging in Texas: Introduction. demographics.texas.gov/Resources/publications/2016/2016_06_07_Aging.pdf

3.     Potter, L. Community Assessment: Wintergarden Head Start and Early Head Start Program 2014. Institute for Demographic and Socioeconomic Research, University of Texas at San Antonio, 2014.

4.      Potter, L. Community Assessment AVANCE-San Antonio Head Start and Early Head Start Program 2014. Institute for Demographic and Socioeconomic Research, University of Texas at San Antonio, 2014.

5.      Potter, L., Valenzuela, C., Flores, M., Jordan, J., Valencia, l., White, S., Keating, J., Canos,S., Nagorski, J., Karuppusamy, S. Robinson. S. Modeling Household Energy Consumption in Bexar County, 2010, Confidential Research Report. Institute for Demographic and Socioeconomic Research, University of Texas at San Antonio, 2014.

6.      Potter, L. Community Assessment Update, City of San Antonio Head Start Program. Institute for Demographic and Socioeconomic Research, University of Texas at San Antonio, 2013

7.      Potter, L (Chair), Horowitz, R., Robin, D., Tillyer, R. Recommendations for Fostering Research Productivity and Creating a Research Culture at the University of Texas at San Antonio. UTSA Research Advisory Board - Sub-Committee on Macro Research Issues, 2013

8.      You, H., White, S., Potter, L. An Examination of Static and Dynamic Aspects of Uninsurance In Texas. Institute for Demographic and Socioeconomic Research. Report for Methodist Healthcare Ministries. University of Texas at San Antonio, 2012.

9.      Potter, L., Ozuna, C., Campbell, J. Community Assessment San Antonio & Bexar County Head Start Program 2012. . Institute for Demographic and Socioeconomic Research, University of Texas at San Antonio, 2012

10.     Garza, J., Flores, M., Jordan, J., Potter, L.  Community Assessment Report for San Antonio Head Start. Institute for Demographic and Socioeconomic Research, University of Texas at San Antonio, 2010

11.     Garza, J., Potter, L., Jordon, J. Community Assessment Report for San Antonio Head Start. Institute for Demographic and Socioeconomic Research, University of Texas at San Antonio, 2009.

12.     Malley E, Posner M, Potter L. Suicide risk and prevention for lesbian, gay, bisexual,and transgender youth. Suicide Prevention Resource Center. Newton, MA: Education Development Center, Inc. 2008.

13.     Potter L, Silverman M, Connorton E, Posner M. Promoting Mental Health and Preventing Suicide in College and University Settings. Suicide Prevention Resource Center, Newton, MA: Education Development Center, Inc., 2004.

14.     Potter L. Suicide Prevention: Prevention Effectiveness and Evaluation. Atlanta, GA: SPAN, USA, 2001.

15.     Silverman M, Davidson L, Potter L, (eds.) National Suicide Prevention Conference Background Papers, October 1998, Reno, Nevada. Suicide and Life-Threatening Behavior, 31(S), 2001.

16.     Potter L, Hasbrouk L. Influence of Homicide on Racial Disparity in Life Expectancy --- United States, 1998. MMWR, September 14, 2001 / 50(36);780-3.

17.     Davidson L, Potter L, Ross V. The Surgeon General's Call To Action To Prevent Suicide. Washington, DC: U.S. Public Health Service,1999.

18.     Moscicki E, Muehrer P, Potter L.  Introduction to Supplemental Issue: Research Issues in Suicide and Sexual Orientation. Suicide and Life-Threatening Behavior 1995;Supplement:25:1-3.

19.    Kachur S, Potter L, James S, Powell K.  Suicide in the United States, 1980-1992. Atlanta: Centers for Disease Control and Prevention, National Center for Injury Prevention and Control, 1995. Violence Surveillance Summary Series, No. 1.

20.    O'Carroll P, Potter L., Mercy J. Suicide Contagion and the Reporting of Suicide: Recommendations from a National Workshop. MMWR 43(No. RR-6):8-18, 1994

21.    O'Carroll P, Potter L. Programs for the Prevention of Suicide Among Adolescents and Young Adults. MMWR 43(No.RR-6):1-7, 1994

**Under review:**

Valenzuela, C., Potter, L., Differential Residential Energy Consumption Patterns by Race and Ethnicity and Implications for Addressing Inequalities through Conservation Strategies. Revised and resubmitted (March 2018), Journal of Energy Policy.

**Selected Funding History:**

9/15-8/20   The New 100th Meridian: Urban Water Resiliency in a Climatic and Demographic Hot Spot (Co-PI). Funder: National Science Foundation.

8/15-present Demographic Data and Assistance (PI). Funder: Texas Department of Transportation

1/12-8/13   SA2020 Indicators and Education Data (PI). Funder: City of San Antonio

1/12-6/13   Energy Efficiency in Residential Buildings (PI). Funder: CPS Energy

6/12-9/12   Demographic Profile and Projections of San Marcos, Texas (PI).  Funder: City of San Marcos.

2/09-present   Head Start Community Assessment (PI). City of San Antonio

8/09-present   Estimation Allocation Factors for Local Workforce Development Areas (PI). Funder: Texas Workforce Commission.

4/08-7/08   Development of Indicators for Violence Against Children (PI). Funder: World Health Organization and UNICEF.

9/07-9/09   TEACH-VIP E-Learning Initiative (PI). Funder: Centers for Disease Control and Prevention

9/02-9/10   Suicide Prevention Resource Center (PI). Funder: Substance Abuse and Mental Health Services Administration.

4/02-8/11   Children's Safety Network National Resource Center (PI). Health Resource and Services Administration, Maternal and Child Health Bureau.

8

**Teaching:**
*Dissertations chaired:*

Jewel Barnett, December 2017, Barriers to Health: Place and Food Insecurity as Determinants of Childhood Obesity

Pamela Willrodt, July 2016, Vietnam-Era Veteran Health:  A Life-Course Perspective at the End of Middle-Adulthood

Mikiko Oliver, August 2015, Population Aging and Economic Growth in the United States and Japan

Alexis Santos Lozono, April 2015, Inequalities in Human Papillomavirus Vaccination for Female Adolescents in the United States

John Garza, April 2014, Spatially Oriented Demographic Determinants of Foreclosures in Bexar County

Sadasivan Karuppusamy, September 2013, The Determinants and Trends in the Household Energy Consumption for Different End Uses in the United States During 2001-2009

Carlos Valenzuela, April 2013, An Analysis of Household Energy Consumption by Race/Ethnic Composition:  Incorporating Racial Stratification in the Lifestyle Perspective,

Frank Martinez III, December 2012, Las Colonias de la Frontera: A Study of Substandard Housing Settlements along the Texas-Mexico Border

*Dissertation Committee member:*

Dorian Galindo, May 2018

Sharon Goodwin, May 2017

Rebecca Adeigbe, May 2017

Clarissa Ozuna, December 2017

Xiaoling Liang, August, 2017

Paul Chance Kinnison, June 2016

Danielle Gordon, May 2016

Heidy Colon Lugo, December 2015

Romona Serban, August 2015

Mikiko Oliver, August 2015

Jeffrey Howard, April 2014

Susanne Schmidt, December 2013

Jinny Case , June 2013

Brian Munkombwe, April 2013

Rabindra K.C. ,December 2013

Mathew Martinez, December 2013

Ke Meng , December 2012

Samantha John, December 2012

Victoria Locke, May 2012

Alma Martinez-Jimenez, December 2011

Lila Valencia, May 2011

David Armstrong , May 2011

Emma Mancha, May 2011

Joseph Campbell, May 2011

Mary Hogan, May 2011
Gilbert Suarez, May 2011
Mike Cline, August 2010
Miguel Flores, August 2010
Deborah Perez, August 2010
Eliza Hernandez, August 2010
Jennifer Roth, August 2010
Marguerite Sagna, August 2010
Mary Bollinger, May 2010

*Courses taught at UTSA (all graduate):*
1. Applied Demography and Urban and Regional Planning
2. Applied Demography in Policy Settings
3. Demographic  Methods of Analysis I
4. Demographic  Methods of Analysis II
5. Social Demography and Community Trends
6. Social and Economic Impact Assessment
7. Survey Methods for Demographers
8. Special Topic Reading Courses (multiple)
9. Dissertation hours (multiple)

*Professional*
  *Co-Editor:* Population Research and Policy Review 2015 (peer-reviewed journal)
  *Peer reviewer:*
   Suicide and Life-Threatening Behavior
   American Journal of Preventive Medicine
   American Journal of Public Health
   Archives of General Psychiatry
   Demography
   Injury Prevention
   New England Journal of Medicine

*Membership:*
    Southern Demographic Association, Past-President
    Population Association of America
    American Sociological Association
    Rural Sociological Association.
    International Union for the Scientific Study of Population
    American Public Health Association

*Miscellaneous:*
    State Demographer of Texas, 2010 to Present
    Testimony on demographic topics for Texas House and Senate standing and special committees
    Consultation with Texas House and Senate members and staff members on various demographic topics
    Demographic analysis for San Antonio Mayor's Office for Pre-K for SA
    Public speaking on demographic topics (~35 per year
        http://demographics.texas.gov/Presentations)
    San Antonio P-16 Data Support Council Member
    San Antonio CI Now Board Chair
    Applied Demography Conference, organizer and program chair for 2010, 2012, 2014, 2017.

11