# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) <br> ) |
| *Plaintiffs,* | ) <br> ) <br> ) |
| v. | ) Case No. 1:18-cv-00068 <br> ) |
| UNITED STATES OF AMERICA, ET AL.; | ) <br> ) |
| *Defendants,* | ) <br> ) <br> ) |
| and | ) <br> ) |
| KARLA PEREZ, ET AL.; | ) <br> ) <br> ) |
| STATE OF NEW JERSEY, | ) <br> ) <br> ) |
| *Defendant-Intervenors.* | ) <br> ) |

## ORDER DENYING DEFENDANT-INTERVENORS' MOTION TO STRIKE PLAINTIFFS' EXPERTS

On this date, the Court considered Defendant-Intervenors' Motion to Strike Plaintiff States' Experts. After considering the motion, any responses thereto, and all other matters properly before the Court, the Court believes the motion is without merit and should be DENIED.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Motion to Strike Plaintiff States' Experts is DENIED.

SIGNED on this the _____ day of _____, 2019.

_____
Andrew S. Hanen,
U.S. District Court Judge