

July 18, 2019

**VIA CM/ECF**

The Honorable Andrew S. Hanen
United States Courthouse
515 Rusk Street, Room 8613
Houston, Texas 77002

    Re:    *Texas, et al. v. United States, et al.*, No. 1:18-cv-00068

Judge Hanen:

    Pursuant to this Court's Local Rule 8.D, this letter memorializes the parties' agreement to the modification of two deadlines. First, the parties agree that Plaintiff States will provide the responses to Defendant-Intervenors' discovery requests pursuant to this Court's Order, ECF No. 412, on August 7, 2019, two weeks after the Court-ordered deadline of July 24, 2019. Second, the parties agree that the discovery deadline will likewise be extended for two weeks, from September 9, 2019, to September 23, 2019.

    While Federal Defendants agree to these extensions, they wish to note their position that no further discovery is appropriate pending the resolution of Plaintiff States' fully briefed motion for summary judgment and that any necessary extension of the discovery deadline is more appropriately addressed upon resolution of Plaintiff States' motion.

                                          Sincerely,

                                          */s/ Todd Lawrence Disher*

                                          Todd Lawrence Disher
                                          P.O. Box 12548
                                          Austin, Texas 78711-2548
                                          Tel.: (512) 463-2100
                                          todd.disher@oag.texas.gov

                                          **COUNSEL FOR PLAINTIFF STATES**

The Honorable Andrew S. Hanen
July 18, 2019
Page 2

**AGREED:**

*/s/ Nina Perales*
Nina Perales
110 Broadway, Suite 300
San Antonio, Texas 78205
Tel: (210) 224-5476
nperales@maldef.org

**COUNSEL FOR DEFENDANT-INTERVENOR MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

*/s/ Glenn J. Moramarco*
Glenn J. Moramarco
25 Market Street, 1st Floor
Trenton, New Jersey 08625-0116
Tel.: (609) 376-3235
Glenn.Moramarco@law.njoag.gov

**COUNSEL FOR DEFENDANT-INTERVENOR STATE OF NEW JERSEY**

*/s/ Jeffrey S. Robins*
Jeffrey S. Robins
P.O. Box 868, Washington, DC 20044
Tel.: (202) 616-1246
jeffrey.robins@usdoj.gov

**COUNSEL FOR FEDERAL DEFENDANTS**