IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY, | § |
| Defendant-Intervenor. | § |

**DEFENDANT-INTERVENORS'
UNOPPOSED MOTION TO WITHDRAW ALEJANDRA ÁVILA AS COUNSEL**

Defendant-Intervenors Karla Perez, *et al.*, respectfully move to withdraw Alejandra Ávila as an attorney in this case. Ms. Ávila will be ending her employment with the Mexican American Legal Defense and Educational Fund (MALDEF) on August 2, 2019. Her withdrawal will not cause undue delay and will not adversely affect the interests of Defendant-Intervenors Karla Perez, *et al*.

Defendant-Intervenors Karla Perez, *et al.*, will continue to be represented by Attorney-in-charge, Nina Perales, and attorneys Ernest Herrera and Denise Hulett (MALDEF), Douglas H. Hallward-Driemeier (Ropes & Gray), Carlos Moctezuma García (García & García Law Firm).

For these reasons, Defendant-Intervenors Karla Perez, *et al.*, respectfully request leave to withdrawal Alejandra Ávila as counsel in this case.

Dated:  July 26, 2019                                         Respectfully Submitted

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
By:  */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Alejandra Ávila (Tex. Bar No. 24089252)
(SD of Tex. Bar No. 2677912)
Ernest I. Herrera (Tex. Bar No. 24094718);
(SD of Tex. Bar No. 2462211)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

Denise Hulett
Mexican American Legal Defense and Educational Fund
1512 14th Street
Sacramento, CA 95814
Phone: (916) 444-3031
Email: dhulett@maldef.org
(Admitted pro hac vice)

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)

P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on July 24, 2019, I emailed counsel of record for all parties. Plaintiff States and Federal Defendants do not oppose the motion.

*/s/ Alejandra Ávila*
Alejandra Ávila

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on July 26, 2019, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Alejandra Ávila*
Alejandra Ávila