IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

**PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW
BRANTLEY STARR AS COUNSEL**

Pursuant to Local Rule 83.2, Plaintiff States file this Unopposed Motion to Withdraw Brantley Starr as Counsel. In support of this motion, Plaintiff States offer the following:

1. Deputy First Assistant Attorney General Brantley Starr is currently designated as a counsel of record for Plaintiff States.

2. Mr. Starr is in the process of United States Senate confirmation to a position outside the Office of Attorney General. As a result, Mr. Starr seeks to withdraw as an attorney of record in this case.

2

3. Plaintiff States will continue to be represented by lead counsel Todd Lawrence Disher along with co-counsel listed below.

4. This withdrawal will not delay any proceedings.

5. For the reasons stated above, Plaintiff States respectfully request that the Court grant this motion to withdraw Brantley Starr as counsel for Plaintiff States and remove Mr. Starr from all further electronic notifications regarding this case.

July 31, 2019

STEVE MARSHALL
Attorney General of Alabama

LESLIE RUTLEDGE
Attorney General of Arkansas

DEREK SCHMIDT
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

DOUGLAS J. PETERSON
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

*/s/ Brantley Starr*
BRANTLEY STARR
Deputy First Assistant Attorney General
Tx. State Bar No. 24046904
Southern District of Texas No. 2972033
Tel.: (512) 463-2100; Fax: (512) 936-0545
brantley.starr@oag.texas.gov
P.O. Box 12548
Austin, Texas 78711-2548

RYAN L. BANGERT
Deputy Attorney General for Legal Counsel

TODD LAWRENCE DISHER
Attorney-in-Charge

MICHAEL TOTH
Special Counsel for Civil Litigation

ADAM ARTHUR BIGGS
Assistant Attorney General

**COUNSEL FOR PLAINTIFF STATES**

**CERTIFICATE OF CONFERENCE**

I certify that on July 31, 2019, I conferred via e-mail with counsel for Federal Defendants, Perez Defendant-Intervenors, and New Jersey regarding the relief sought in this Motion. Counsel for Federal Defendants, Perez Defendant-Intervenors, and New Jersey indicated that they did not oppose the requested relief.

*/s/ Todd Lawrence Disher*
Todd Lawrence Disher
Trial Counsel for Special Litigation

**COUNSEL FOR PLAINTIFF STATES**

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2019, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Todd Lawrence Disher*
Todd Lawrence Disher
Trial Counsel for Special Litigation

**COUNSEL FOR PLAINTIFF STATES**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; <br><br> *Plaintiffs,* <br><br> *vs.* <br><br> UNITED STATES OF AMERICA, ET AL.; <br><br> *Defendants,* <br><br> *And* <br><br> KARLA PEREZ, ET AL.; <br><br> STATE OF NEW JERSEY, <br><br> *Defendant-Intervenors.* | Case No. 1:18-cv-00068 |

**ORDER GRANTING PLAINTIFF STATES' UNOPPOSED
MOTION TO WITHDRAW BRANTLEY STARR AS COUNSEL**

Before the Court is Plaintiff States' Unopposed Motion to Withdraw Brantley Starr as Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion to Withdraw Brantley Starr as Counsel is hereby GRANTED. The Clerk is instructed to remove Mr. Starr from all further electronic notifications regarding this case.

SIGNED on this ____ day of August, 2019.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE