## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| *vs.* | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| *And* | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendant-Intervenors.* | ) |

**ORDER GRANTING PLAINTIFF STATES' UNOPPOSED
MOTION TO WITHDRAW BRANTLEY STARR AS COUNSEL**

Before the Court is Plaintiff States' Unopposed Motion to Withdraw Brantley Starr as Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion to Withdraw Brantley Starr as Counsel is hereby GRANTED. The Clerk is instructed to remove Mr. Starr from all further electronic notifications regarding this case.

SIGNED on this ____ day of August, 2019.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE