United States District Court
Southern District of Texas
**ENTERED**
August 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, <br>     *Plaintiffs*, | § § § | |
| v. | § § | |
| The United States of America, *et al.*, <br>     *Defendants*, | § § § | Civil Action No. 1:18-CV-00068 |
| Karla Perez, *et al.*, <br>     *Defendant-Intervenors*, | § § § | |
| and | § § | |
| State of New Jersey, <br>     *Defendant-Intervenor*. | § § § | |

## ORDER

The Court today considered the Joint Unopposed Motion to Modify June 24 Order filed by Federal Defendants and Perez Defendant-Intervenors [Doc. No. 416], Defendant-Intervenors' Unopposed Motion to Withdraw Alejandra Ávila as Counsel [Doc. No. 418], and Plaintiff States' Unopposed Motion to Withdraw Brantley Starr [Doc. No. 419].

After reviewing the filings, the Court GRANTS the three motions.

It is hereby ordered that Federal Defendants will respond to the following revised interrogatory by October 14, 2019, by reviewing a random sampling of 500 responsive records:

Please identify the total number of requestors approved for DACA between June 2012 and June 2018:

- With an approved Form I-485 (Application to Register Permanent Residence or Adjust Status), based on 8 U.S.C. § 1255(a), and
- Who received a Class of Admission code (COA) following approval of the Form I-485 indicating they adjusted to Lawful Permanent Resident (LPR) status as an immediate relative (*i.e.*, qualified spouse, child or parent of a United States citizen), and

1

- With an approved Form I-131 application for an advance parole document based on the standards associated with the DACA policy where the Form I-131 was approved before the Form I-485 filing date; and
- Who was paroled into the United States by U.S. Customs and Border Protection on the basis of the DACA-based advance parole document (Form I-512L) that was issued to the DACA recipient and where such parole occurred before the Form I-485 was filed; and
- Where the DACA recipient/adjustment applicant could not have met the requirement in 8 U.S.C. § 1255(a) to have been "inspected and admitted, or paroled" but for his or her entry to the United States on the DACA-based advance parole document.

It is further ordered that Federal Defendants need not respond to Perez Defendant-Intervenors' interrogatories 13, 17 and 18, and Perez Defendant-Intervenors will not propound further discovery relating to advance parole without seeking leave of the Court.

It is further ordered that Alejandra Ávila and Brantley Starr are withdrawn as counsel in this case. The Clerk is instructed to remove Alejandra Ávila and Brantley Starr from all further electronic notifications regarding this case.

Signed at Houston, Texas, on this 2nd day of August, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE