UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-0068 |
|---|---|---|---|

| STATE OF TEXAS, et al. |
|---|
| *versus* |
| UNITED STATES OF AMERICA, et al. and KARLA PEREZ, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ramon A. Soto<br>Mexican American Legal Defense & Educational Fund<br>110 Broadway, Suite 300<br>San Antonio TX 78205<br>(210) 224-5476 ext. 212, rsoto@maldef.org<br>New Mexico, 149600<br>U.S. District of New Mexico, 18-257 |
|---|---|

| Name of party applicant seeks to appear for: | Karla Perez, et al.<br>Defendant-Intervenors |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/15/2019 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

**Order**   This lawyer is admitted *pro hac vice*.

Dated: _____   _____
United States District Judge