IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

**DEFENDANT-INTERVENOR'S UNOPPOSED MOTION TO WITHDRAW
KATHERINE GREGORY AND PAUL JUZDAN AS COUNSEL**

Defendant-Intervenor State of New Jersey ("New Jersey") respectfully moves to withdraw Katherine Gregory and Paul Juzdan as attorneys in this case. Paul Juzdan is no longer employed by the New Jersey Office of Attorney General, and Katherine Gregory's employment with the New Jersey Office of Attorney General will end on August 30, 2019. Their withdrawal will not cause undue delay and will not adversely affect the interests of Defendant-Intervenor State of New Jersey.

Defendant-Intervenor State of New Jersey will continue to be represented by lead attorney Glenn J. Moramarco and attorneys Brian DeVito, Nicholas Dolinsky, Jeremy Hollander, Kenneth Levine, and Rachel Wainer Apter. For these reasons, Defendant-Intervenor State of New Jersey respectfully requests leave to withdraw Paul Juzdan and Katherine Gregory as counsel in this case.

1

## **CONCLUSION**

New Jersey respectfully requests that the Court grant this Motion to Withdraw Katherine Gregory and Paul Juzdan as counsel for Defendant-Intervenor State of New Jersey.

Dated: August 15, 2019

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Glenn J. Moramarco*

Glenn J. Moramarco

Assistant Attorney General
Attorney-in-Charge
(admitted pro hac vice)
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
Trenton, New Jersey 08625-0116
Phone: (609) 376-3232
Fax: (609) 777-4015
Glenn.Moramarco@njoag.gov

Jeremy Hollander, Assistant Attorney General
(admitted pro hac vice)
Kenneth S. Levine, Deputy Attorney General
(admitted pro hac vice)
Nicholas Dolinksy, Deputy Attorney General
(admitted pro hac vice)
Brian DeVito, Deputy Attorney General
(admitted pro hac vice)
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101

*Attorneys for Defendant-Intervenor State of New Jersey*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiffs, Federal Defendants and the Perez Defendant-Intervenors have each indicated that they do not oppose this request.

/s/ *Glenn J. Moramarco*
Glenn J. Moramarco

## CERTIFICATE OF SERVICE

I certify that on August 15, 2019, I caused this document and exhibits to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Glenn J. Moramarco*
Glenn J. Moramarco

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
|     Defendants, | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
|     Defendant-Intervenors, | ) |
| and | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
|     Defendant-Intervenor. | ) |

## ORDER GRANTING DEFENDANT-INTERVENOR'S UNOPPOSED MOTION TO WITHDRAW KATHERINE GREGORY AND PAUL JUZDAN AS COUNSEL

Before the Court is Defendant-Intervenor State of New Jersey's Unopposed Motion to Withdraw Katherine Gregory and Paul Juzdan as attorneys in this case.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant-Intervenor's Unopposed Motion to Withdraw Katherine Gregory and Paul Juzdan as attorneys in this case is hereby GRANTED. The Clerk is instructed to remove Katherine Gregory and Paul Juzdan from all further electronic notifications regarding this case.

SIGNED on this _____ day of August, 2019.

                                                            _____
                                                            HONORABLE ANDREW S. HANEN
                                                            UNITED STATES DISTRICT JUDGE