**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br>     Plaintiffs, <br> <br> v. <br> <br> UNITED STATES OF AMERICA, *et al.*, <br>     Defendants, <br> <br> KARLA PEREZ, *et al.*, <br>     Defendant-Intervenors, <br> and <br> <br> STATE OF NEW JERSEY, <br>     Defendant-Intervenor. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-CV-68 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING DEFENDANT-INTERVENOR'S UNOPPOSED MOTION TO WITHDRAW KATHERINE GREGORY AND PAUL JUZDAN AS COUNSEL

Before the Court is Defendant-Intervenor State of New Jersey's Unopposed Motion to Withdraw Katherine Gregory and Paul Juzdan as attorneys in this case.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant-Intervenor's Unopposed Motion to Withdraw Katherine Gregory and Paul Juzdan as attorneys in this case is hereby GRANTED. The Clerk is instructed to remove Katherine Gregory and Paul Juzdan from all further electronic notifications regarding this case.

SIGNED on this _____ day of August, 2019.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE