United States District Court
Southern District of Texas
**ENTERED**
August 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br>     Defendants, <br><br> KARLA PEREZ, *et al.*, <br>     Defendant-Intervenors, <br> and <br><br> STATE OF NEW JERSEY, <br>     Defendant-Intervenor. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:18-CV-68 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING DEFENDANT-INTERVENOR'S UNOPPOSED MOTION TO WITHDRAW KATHERINE GREGORY AND PAUL JUZDAN AS COUNSEL

Before the Court is Defendant-Intervenor State of New Jersey's Unopposed Motion to Withdraw Katherine Gregory and Paul Juzdan as attorneys in this case.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant-Intervenor's Unopposed Motion to Withdraw Katherine Gregory and Paul Juzdan as attorneys in this case is hereby GRANTED. The Clerk is instructed to remove Katherine Gregory and Paul Juzdan from all further electronic notifications regarding this case.

SIGNED on this ____25th____ day of August, 2019.

                                                    HONORABLE ANDREW S. HANEN
                                                  UNITED STATES DISTRICT JUDGE