IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br>　　　　Defendants,<br><br>KARLA PEREZ, *et al.*,<br>　　　　Defendant-Intervenors,<br>and<br><br>STATE OF NEW JERSEY,<br>　　　　Defendant-Intervenor. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:18-CV-68<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER GRANTING DEFENDANT-INTERVENOR'S
MOTION TO STAY PROCEEDINGS PENDING REVIEW
BY THE U.S. SUPREME COURT OF RELATED CASES</u>**

　　Before the Court is Defendant-Intervenor State of New Jersey's Motion to Stay this case pending the United State Supreme Court's decision in *Regents of the Univ. of Cal. v. Dep't of Homeland Sec.*, 908 F.3d 476 (9th Cir. 2018), *cert. granted*, 139 S. Ct. 2779 (U.S. June 28, 2019) (No 18-587); *NAACP v. Trump*, 298 F. Supp. 3d 209 (D.D.C. 2018), *cert. granted*, 139 S .Ct. 2779 (U.S. June 28, 2019) (No 18-588); and *Batalla Vidal v. Nielsen*, 279 F. Supp. 401 (E.D.N.Y. 2018), *cert. granted sub. nom.*, *McAleenan v. Vidal*, 139 S. Ct. 2773 (U.S. June 28, 2019) (No 18-589) (collectively, the "DACA Rescission Cases").

　　Having considered the Motion, the papers submitted in support and opposition thereto and the arguments of counsel, if any, the Court finds good cause to stay this matter and, accordingly, Defendant-Intervenor State of New Jersey's Motion to Stay is GRANTED.

IT IS THEREFORE ORDERED that all activity in this action is stayed pending a decision or order from the U.S. Supreme Court in the DACA Rescission Cases.

IT IS FURTHER ORDERED that, within 14 days after a decision or order from the U.S. Supreme Court in the DACA Rescission Cases, the Parties to this case shall jointly submit to this Court a proposed schedule setting forth the Parties' positions for proceeding with this case.

SIGNED on this _____ day of September, 2019.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE