IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendant-Intervenors.* | ) |

**ORDER DENYING DEFENDANT-INTERVENOR
NEW JERSEY'S MOTION TO STAY**

On this date, the Court considered Defendant-Intervenor New Jersey's Motion to Stay. After considering the motion, any responses thereto, and all other matters properly before the Court, the Court believes the motion is without merit and should be DENIED.

IT IS THEREFORE ORDERED that Defendant-Intervenor New Jersey's Motion to Stay is DENIED.

SIGNED on this the _____ day of _____, 2019.

_____
Andrew S. Hanen
U.S. District Court Judge