IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § Plaintiffs, § § v. § § UNITED STATES OF AMERICA, *et al.*, § § Defendants, § § and § § KARLA PEREZ, *et al.*, § § Defendant-Intervenors, § § and § § STATE OF NEW JERSEY, § § Defendant-Intervenor. § | Case No. 1:18-CV-68 |

**[PROPOSED] ORDER RE: PEREZ DEFENDANT-INTERVENORS'
MOTION TO COMPEL**

WHEREFORE, upon the motion of Perez Defendant-Intervenors to compel Plaintiffs' production of documents pursuant to subpoenas duces tecum,

IT IS HEREBY ORDERED that Plaintiffs will produce the documents requested by Defendant-Intervenors in their subpoenas duces tecum served on August 30, 2019 and September 6, 2019.

SO ORDERED.

Signed on September ___, 2019, at Houston, TX.

_____
Honorable Andrew S. Hanen
United States District Judge