UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.  Case Number: 1:18−cv−00068

United States of America, et al.

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S Hanen

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/8/2019

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Stay – #427
Motion for Discovery – #429

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   September 26, 2019

David J. Bradley, Clerk