IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Defendants, | § § | |
| and | § § | |
| KARLA PEREZ, *et al.*, | § § § | |
| Defendant-Intervenors, | § § | |
| and | § § | |
| STATE OF NEW JERSEY | § § | |
| Defendant-Intervenor. | | |

### **[PROPOSED] ORDER**

Before the Court is Perez Defendant-Intervenors' Motion for Leave to File Supplemental Briefing and to Continue Hearing Set for October 28, 2019. Having considered the Motion, the papers submitted in support and opposition thereto and the arguments of counsel, if any, the Court finds good cause to vacate the October 28, 2019 hearing date and accept additional briefing on Plaintiffs' Motion for Summary Judgment. Accordingly, Defendant-Intervenors' Motion is GRANTED.

IT IS THEREFORE ORDERED that the hearing set for October 28, 2019 is VACATED.

IT IS FURTHER ORDERED that the parties confer after all discovery is concluded and propose a supplemental briefing schedule to the Court.

SIGNED on this the _____ day of October, 2019.

                                                                                     _____

                                                                                     Hon. Andrew S. Hanen,
                                                                                     U.S. District Court Judge