**Laurent, David**

| | |
|---|---|
| From: | DCECF_LiveDB@txs.uscourts.gov |
| Sent: | Monday, September 23, 2019 11:10 PM |
| To: | DC_Notices@txsd.uscourts.gov |
| Subject: | Activity in Case 1:18-cv-00068 State of Texas et al v. United States of America et al Motion for Discovery |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered by Perales, Nina on 9/23/2019 at 11:09 PM CDT and filed on 9/23/2019

| | |
|---|---|
| **Case Name:** | State of Texas et al v. United States of America et al |
| **Case Number:** | 1:18-cv-00068 |
| **Filer:** | Nancy Adossi |
| | Carlos Aguilar Gonzalez |
| | Moses Kamau Chege |
| | Elizabeth Diaz |
| | Maria Diaz |
| | Elly Marisol Estrada |
| | Blanca Gonzalez |
| | Hyo-Won Jeon |
| | Pratishtha Khanna |
| | Jung Woo Kim |
| | Karla Lopez |
| | Jose Magana-Salgado |
| | Nanci J Palacios Godinez |
| | Jin Park |
| | Karla Perez |
| | Luis A Rafael |
| | Maria Rocha |
| | Denise Romero |
| | Karina Ruiz De Diaz |
| | Angel Silva |
| | Darwin Velasquez |
| **Document Number:** | 429 |

1

**Docket Text:**
**Opposed MOTION for Discovery by Nancy Adossi, Carlos Aguilar Gonzalez, Moses Kamau Chege, Elizabeth Diaz, Maria Diaz, Elly Marisol Estrada, Blanca Gonzalez, Hyo-Won Jeon, Pratishtha Khanna, Jung Woo Kim, Karla Lopez, Jose Magana-Salgado, Nanci J Palacios Godinez, Jin Park, Karla Perez, Luis A Rafael, Maria Rocha, Denise Romero, Karina Ruiz De Diaz, Angel Silva, Darwin Velasquez, filed. Motion Docket Date 10/15/2019. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Proposed Order)(Perales, Nina)**

**1:18-cv-00068 Notice has been electronically mailed to:**

Aaron Steven Goldsmith     aaron.goldsmith@usdoj.gov

Adam Arthur Biggs     adam.biggs@oag.texas.gov, laura.obrien@oag.texas.gov

Adeel A Mangi     aamangi@pbwt.com, mcolitigation@pbwt.com

Alper T Ertas     atertas@venable.com

Andrew J Pincus     apincus@mayerbrown.com

Andrew L Schlafly     aschlafly@aol.com

Andrew William Amend     andrew.amend@ag.ny.gov, nyoag.nycpdf@ag.ny.gov

Anton Metlitsky     ametlitsky@omm.com

Brian De Vito     brian.devito@law.njoag.gov

Carlos Moctezuma Garcia     cgarcia@garciagarcialaw.com, ajuarez@garciagarcialaw.com

Chirag G. Badlani     cbadlani@hsplegal.com

Craig Dashiell     cdashiell@lowenstein.com

Cristina Maria Moreno     cristina.moreno@oag.texas.gov, rosalinda.luna@oag.texas.gov

Daniel David Hu     daniel.hu@usdoj.gov, CaseView.ECF@usdoj.gov, meiching.chentang@usdoj.gov, sKempen@usa.doj.gov

David Leit     dleit@lowenstein.com

Denise Hulett     dhulett@maldef.org

Douglas H Hallward-Driemeier     douglas.hallward-driemeier@ropesgray.com, Andrew.Hosea@ropesgray.com, andrew.todres@ropesgray.com, christina.phillips@ropesgray.com, courtalert@ropesgray.com, emerson.siegle@ropesgray.com, James.Thompson@ropesgray.com, jodie.hamilton@ropesgray.com, Mark.Cianci@ropesgray.com, paul.bennetch@ropesgray.com, Philip.Ehrlich@ropesgray.com, raishay.lin@ropesgray.com, trevor.kirby@ropesgray.com

Ernest I. Herrera     eherrera@maldef.org, ipina@maldef.org

Gavin J Rooney    grooney@lowenstein.com

Geoffrey Stuart Brounell    geoffreybrounell@dwt.com, nycdocket@dwt.com, shirleywong@dwt.com

Glenn J Moramarco    Glenn.Moramarco@law.njoag.gov

Hasan Shafiqullah    hhshafiqullah@legal-aid.org

Ishan K Bhabha    IBhabha@jenner.com, BEidelson@jenner.com, docketing@jenner.com

James Joseph Walker    james.walker3@usdoj.gov

Jeffrey M Davidson    jdavidson@cov.com

Jeffrey S Robins    jeffrey.robins@usdoj.gov

Jennifer Sokoler    jsokoler@omm.com

Jennifer J Yun    JYun@jenner.com

Jeremy Hollander    jeremy.hollander@law.njoag.gov

Jessa Irene DeGroote    jdegroote@cgsh.com

Joan R. Li    jli@cooley.com

Johnathan James Smith    johnathan@muslimadvocates.org

Jonathan Kolodner    jkolodner@cgsh.com, maofiling@cgsh.com

Jose Garza    garzpalm@aol.com, jgarza@trla.org

Juvaria Khan    juvaria@muslimadvocates.org

Kenneth S Levine    kenneth.levine@law.njoag.gov

Kevin Scott Ranlett    kranlett@mayerbrown.com, wdc.docket@mayerbrown.com

Lauren Goldman    lrgoldman@mayerbrown.com

Lawrence John Joseph    ljoseph@larryjoseph.com

Lawrence S Lustberg    LLustberg@gibbonslaw.com

Lindsay C Harrison    LHarrison@jenner.com

Mark H Lynch    mlynch@cov.com

Martin L. Saad    mlsaad@venable.com, achagnon@venable.com

Maureen Alger    malger@cooley.com

Michael McMahon     mmcmahon@cooley.com

Michael Christopher Toth     michael.toth@oag.texas.gov, david.laurent@oag.texas.gov, elizabeth.saunders@oag.texas.gov

Michael N Fresco     mfresco@pbwt.com

Monique Sherman     msherman@cooley.com

Nicholas J Dolinsky     nicholas.dolinsky@law.njoag.gov

Nina Perales     nperales@maldef.org, cleija@maldef.org

Peter Karanjia     peter.karanjia@dlapiper.com

Philip Trent Peroyea     trent.peroyea@oag.texas.gov, Darren.Nguyen@oag.texas.gov, Nicholas.Larkin@oag.texas.gov

Rachel Wainer Apter     Rachel.Apter@njoag.gov

Ramon A Soto     rsoto@maldef.org

Ryan Ken Yagura     ryagura@omm.com, ryan-yagura-5816@ecf.pacerpro.com

Ryan L Bangert     ryan.bangert@oag.texas.gov, david.laurent@oag.texas.gov, elizabeth.saunders@oag.texas.gov, jennifer.speller@oag.texas.gov, ryan-bangert-8206@ecf.pacerpro.com

Sameer P Sheikh     SPSheikh@venable.com

Sirine Shebaya     sirine@muslimadvocates.org

Sofia A Ramon     sramon@ramonworthington.com, ecantu@ramonworthington.com, efile@ramonworthington.com, jramon@ramonworthington.com, lfuentez@ramonworthington.com, lwhite@ramonworthington.com, mgutierrez@ramonworthington.com, sbosky@ramonworthington.com

Thomas J Perrelli     TPerrelli@jenner.com

Thomas Shawn Leatherbury     tleatherbury@velaw.com, NYManagingClerk@velaw.com, vgreen@velaw.com

Todd Lawrence Disher     todd.disher@oag.texas.gov, david.laurent@oag.texas.gov, elizabeth.saunders@oag.texas.gov

William D Coston     wdcoston@venable.com, shross@venable.com

**1:18-cv-00068 Notice has not been electronically mailed to:**

Karen W Lin
MAYER BROWN LLP
1221 Avenue of the Americas, 14th floor
New York, NY 10020

Stephen P Wallace
1116 Sheffer Road
Apt F

4

Aurora, IL 60505

William F. Reade, Jr.
55 Captain Nickerson Road
South Yarmouth, MA 022664

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=9/23/2019] [FileNumber=31636525-0] [7abc203af99b9dccc808f8e8d420266bee796b5fb1ada0c3ec97cce04ff5b42aae25afaafcfac19316e516c22bde3763a594cfe2724e1d67599aba39cc50cd58]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=9/23/2019] [FileNumber=31636525-1] [8c40c974cace6d2e6125492cc3c9cd6015f0f582d6fac38ada93424011dc289a7eb2e8fcba3490a1cd369a6858c8ccd18742de349967405cc2b8f2ddc80be8cf]]
**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=9/23/2019] [FileNumber=31636525-2] [44eee1481565b7eee73980a9a8e434805c4d755f7d985516591b63a50617e2fc93f9cde33665fc92d8e24b7a3d97a5a5285dc3e3de7c24745793ee9652b2dda7]]
**Document description:** Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=9/23/2019] [FileNumber=31636525-3] [8f5d121269fbb8561472c390e6604d2ba71e9b9429aacb5bd226649fb7f1d595cc06e26c1669dd895e5876b4f4428f334fa5e7e7ddab9c68846e0244c96d6d7d]]