IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendant-Intervenors.* | ) |

**ORDER DENYING PEREZ DEFENDANT-INTERVENORS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS**

On this date, the Court considered Perez Defendant-Intervenors' Motion to Compel Discovery from Plaintiffs. After considering the motion, the responses thereto, and all other matters properly before the Court, the Court believes the motion is without merit and should be DENIED.

IT IS THEREFORE ORDERED that Perez Defendant-Intervenors' Motion to Compel Discovery from Plaintiffs is DENIED.

SIGNED on this the _____ day of _____, 2019.

_____
Andrew S. Hanen,
U.S. District Court Judge