**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| KARLA PEREZ, *et al.*, | § | |
| | § | |
| Defendant- | § | |
| Intervenors. | § | |

**PEREZ DEFENDANT-INTERVENORS'
REPLY IN SUPPORT OF DISCOVERY MOTION**

Defendant-Intervenors Karla Perez, *et al.* ("Defendant-Intervenors"), hereby file this

Reply in support of their Motion to Compel Discovery from Plaintiffs (Dkt. 429).

Plaintiffs stated in their Response, filed today, that "there is no additional information

for Alabama and Arkansas to produce" in response to Defendant-Intervenors' subpoenas *duces*

*tecum.  See* Dkt. 433 at 3-4.   If in fact Plaintiffs have no additional information that responds to

Defendant-Intervenors' requests, and Defendant-Intervenors have not received the information

they requested, then it may not be possible for Defendant-Intervenors to obtain the information

they seek.

As explained in their motion, Defendant-Intervenors filed the motion to protect their

ability to receive documents that they had requested in connection with the deposition of two

1

new witnesses identified by Plaintiffs.  *Id*. at 2.[1]

In response to the subpoenas *duces tecum*, Plaintiffs produced some documents before and during the depositions of their witnesses, but did not produce all the documents requested by Defendant-Intervenors.  Plaintiffs committed to produce further responsive documents if they could identify them.  *See* Exhibits A and B.  Because the Court's Scheduling Order provided that discovery closed on September 23, 2019, Defendant-Intervenors conferred with Plaintiffs and filed their motion to compel on that day in order to preserve their ability to receive the outstanding discovery.  Plaintiffs produced additional responsive documents on October 1, 2019 but again did not produce documents requested by Defendant-Intervenors.  *See* Exhibit C.

Defendant-Intervenors requested documents that relate to claims by Plaintiffs Alabama and Arkansas that they expend state Medicaid funds on DACA recipients.  Defendant-Intervenors requested that Plaintiffs' witnesses bring documents to their depositions supporting these claims – specifically documents showing that Alabama and Arkansas maintain DACA-related information in their Medicaid databases and that the claimed costs actually are attributable to DACA recipients.

Following review of Plaintiffs' production on October 1, 2019, Defendant-Intervenors informed Plaintiffs that the produced documents were not responsive to the subpoenas *duces tecum* because they did not specifically address DACA.  *Id*.

Based on Plaintiffs' representation that "there is no additional information for Alabama and Arkansas to produce" in response to Defendant-Intervenors' requests, Defendant-

---

[1] On August 7, 2019, Plaintiffs identified 28 new witnesses and produced declarations which totaled 69 pages of new sworn testimony.  Defendant-Intervenors ultimately took the depositions of two of those witnesses – Gretel Felton in Montgomery, Alabama on  September 12, 2019 and Mary Franklin in Little Rock, Arkansas on September 18, 2019.

Intervenors may be foreclosed from obtaining the information they seek and will request the

Court's guidance at the hearing on pending motions scheduled for tomorrow.

Dated:  October 7, 2019

Respectfully submitted,

**MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND**
By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Ernest I. Herrera (Tex. Bar No. 24094718);
(SD of Tex. Bar No. 2462211)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-
Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA,
ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Proposed Defendant-
Intervenors

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, hereby certify that, on the 7th day of October, 2019, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales

# EXHIBIT A

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE SOUTHERN DISTRICT OF TEXAS

3                   BROWNSVILLE DIVISION

4      CASE NUMBER:  1:18-CV-68

5      STATE OF TEXAS, et al.,

6              Plaintiffs,

7              vs.

8      UNITED STATES OF AMERICA, et al.,

9              Defendants,

10     and

11     KARLA PEREZ, et al.,

12              Defendant-Intervenors,

13     and

14     STATE OF NEW JERSEY,

15              Defendant-Intervenor.

16              IT IS STIPULATED AND AGREED by and

17     between the parties that the deposition of

18     Gretel Felton may be taken before Angela Smith

19     McGalliard, RPR, CRR, CCR, at the offices of

20     the Alabama Attorney General, at 501 Washington

21     Ave., Montgomery, Alabama 36104, on the 12th

22     day of September, 2019.

23              DEPOSITION OF GRETEL FELTON

Page 1

1           IT IS FURTHER STIPULATED AND AGREED

2     that the signature to and the reading of the

3     deposition by the witness is not waived, the

4     deposition to have the same force and effect as

5     if full compliance had been had with all laws

6     and rules of Court relating to the taking of

7     depositions.

8           IT IS FURTHER STIPULATED AND AGREED

9     that it shall not be necessary for any

10    objections to be made by counsel to any

11    questions except as to form or leading

12    questions, and that counsel for the parties may

13    make objections and assign grounds at the time

14    of the trial, or at the time said deposition is

15    offered in evidence, or prior thereto.

16          IT IS FURTHER STIPULATED AND AGREED

17    that the notice of filing of the deposition by

18    the Commissioner is waived.

19

20                 *  *  *  *  *  *  *  *  *  *  *  *

21

22

23

Page 2

```
1                    *  *  *  *  *  *  *  *  *  *  *  *  *
2                         I N D E X
3                        EXAMINATION
4                                             PAGE  LINE
5    By Ms. Perales......................   7    18
6    By Mr. Disher...................... 165    14
7                    DEFENDANT'S EXHIBITS
8                                             PAGE  LINE
9    Defendant's Exhibit 1 - Notice of
10                  Deposition................  16    16
11   Defendant's Exhibit 2 - Felton resume  17    22
12   Defendant's Exhibit 3 - Declaration
13                  signed by G. Felton,
14                  August 7, 2019, with
15                  previous declaration
16                  attached..................  35     1
17   Defendant's Exhibit 4 - Portion of
18                  Modified Adjusted Gross
19                  Income manual - Bates 354
20                  to 425....................  47    19
21   Defendant's Exhibit 5 -
22                  Spreadsheets for
23                  individuals with DACA
```

Page 3

```
 1              designation................ 93    22

 2      Defendant's Exhibit 6 - Subpoena

 3              duces tecum................ 145     9

 4              *  *  *  *  *  *  *  *  *  *  *  *

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

Page 4

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF TEXAS
 3                     BROWNSVILLE DIVISION
 4      CASE NUMBER:  1:18-CV-68
 5      STATE OF TEXAS, et al.,
 6                   Plaintiffs,
 7                   vs.
 8      UNITED STATES OF AMERICA, et al.,
 9                   Defendants,
10      and
11      KARLA PEREZ, et al.,
12                   Defendant-Intervenors,
13      and
14      STATE OF NEW JERSEY,
15                   Defendant-Intervenor.
16      BEFORE:
17                   Angela Smith McGalliard,
18            Commissioner.
19      APPEARANCES:
20                   TODD L. DISHER, ESQUIRE, of OFFICE OF
21      THE ATTORNEY GENERAL OF TEXAS, P.O. Box 12548,
22      Austin, Texas 78711, appearing on behalf of the
23      Plaintiffs.
```

Page 5

1            JAMES WALKER, ESQUIRE, of U.S.

2       DEPARTMENT OF JUSTICE, P.O. Box 868,

3       Washington, D.C. 20044, appearing on behalf of

4       the Defendants.

5            WINFIELD J. SINCLAIR, ESQUIRE, of

6       OFFICE OF THE ATTORNEY GENERAL OF ALABAMA, 501

7       Washington Ave., Montgomery, Alabama 36104,

8       appearing on behalf of the Deponent.

9            JEREMY HOLLANDER, ESQUIRE, of OFFICE

10      OF THE ATTORNEY GENERAL OF NEW JERSEY, 25

11      Market Street, 8th Floor, Trenton, New Jersey

12      08625, appearing by telephone on behalf of the

13      Defendant-Intervenor.

14           NINA PERALES, ESQUIRE, of MALDEF, 110

15      Broadway, Suite 300, San Antonio, Texas 78205,

16      appearing on behalf of the

17      Defendant-Intervenors.

18           RAMON A. SOTO, ESQUIRE, of MALDEF,

19      110 Broadway, Suite 300, San Antonio, Texas

20      78205, appearing on behalf of the

21      Defendant-Intervenors.

22           ALSO PRESENT:  Bo Offord, Esq.

23              *  *  *  *  *  *

                                      Page 6

1                I, Angela Smith McGalliard,

2      Registered Professional Reporter, Certified

3      Realtime Reporter and Certified Shorthand

4      Reporter, of Pike Road, Alabama, acting as

5      Commissioner, certify that on this date, as

6      provided by the Federal Rules of Civil

7      Procedure and the foregoing stipulation of

8      counsel, there came before me at the offices of

9      the Alabama Attorney General, 501 Washington

10     Ave., Montgomery, Alabama 36104, beginning at

11     9:22 a.m., Gretel Felton, witness in the above

12     cause, for oral examination, whereupon the

13     following proceedings were had:

14                          GRETEL FELTON,

15     being first duly sworn, was examined and

16     testified as follows:

17                          EXAMINATION

18     BY MS. PERALES:

19          Q.      Good morning.

20          A.      Good morning.

21          Q.      My name is Nina Perales, and I am

22     one of the attorneys in this litigation.  I

23     represent the group of people in the case known

                                              Page 7

1      Q.      Of course.

2      A.      Of course, that's just the MAGI

3    that we're talking about that are in the new

4    system.

5      Q.      Okay.  Were there any documents

6    that were requested in the subpoena duces tecum

7    that exist but that you weren't able to bring

8    today?

9              MR. SINCLAIR:  Object to the

10   form.

11             MR. DISHER:  And I'll just add to

12   that one, just so there's clarity, I do -- I

13   understand, perhaps, that there are some

14   additional documents that are going through the

15   security review process.  Those are not the

16   documents that were in Ms. Felton's possession,

17   custody, or control, and those are not

18   documents that she relied on to form the

19   opinions expressed in her declaration.  But

20   there may very well be additional documents

21   that are still going through the security

22   review process.

23             MS. PERALES:  Okay.  Thank you.

Page 163

```
 1                REPORTER'S CERTIFICATE
 2    STATE OF ALABAMA,
 3    MONTGOMERY COUNTY,
 4            I, Angela Smith McGalliard, Registered
 5    Professional Reporter, Certified Realtime
 6    Reporter, Certified Court Reporter and
 7    Commissioner for the State of Alabama at Large,
 8    do hereby certify that the above and foregoing
 9    proceeding was taken down by me by stenographic
10    means, and that the transcript was produced by
11    computer aid under my supervision, and that the
12    foregoing represents a true and correct
13    transcript of the proceedings occurring on said
14    date and at said time.
15            I further certify that I am neither of
16    kin nor of counsel to the parties to the
17    action; nor in any manner interested in the
18    result of said case.
19            Signed the 26th day of September, 2019.
20
21            Angela Smith McGalliard
              ANGELA SMITH MCGALLIARD, RPR, CRR, CCR
22            AL CCR Lic. No. 98, Expires 9/30/20
              Notary Expiration 8/13/2023
23
```

Page 167

# EXHIBIT B

Transcript of the Testimony of

# Franklin, Mary Elizabeth

**Date:** September 18, 2019

**Case:** State of Texas, et al. v. United States of America, et al.

**Bushman Court Reporting**
Connie Williams
Phone:  (501) 372-5115
Fax: (501) 378-0077

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


STATE OF TEXAS, et al.,                        PLAINTIFFS

v.                          CASE NO. 1:18-CV-68

UNITED STATES OF AMERICA, et al.,          DEFENDANTS

and

KARLA PEREZ, et al.,              DEFENDANT-INTERVENORS

and

STATE OF NEW JERSEY              DEFENDANT-INTERVENOR


DEPOSITION OF:

MARY ELIZABETH FRANKLIN

(Taken September 18th, 2019,

at 9:01 a.m.)

Page 2

```
 1                      APPEARANCES

 2          ON BEHALF OF THE PLAINTIFFS, ET AL.:

 3          TODD L. DISHER, ESQUIRE
            Trial Counsel for Civil Litigation
 4          P.O. Box 12548
            Austin, Texas 78711-2548
 5          Telephone: 512.936.2266
            E-mail: todd.disher@oag.texas.gov
 6
            ON BEHALF OF THE UNITED STATES OF AMERICA,
 7          et al.:

 8          JIM BRADER, CHIEF DEPUTY COUNSEL
            Donaghey Plaza South
 9          700 Main Street
            Little Rock, Arkansas 72203-1437
10          Telephone: 501.682.1363
            E-mail: jim.brader@dhs.arkansas.gov
11
            ON BEHALF OF KARLA PEREZ, et al.:
12
            NINA PERALES, ESQUIRE
13          RAMON A. SOTO, ESQUIRE
            MALDEF
14          110 Broadway, Suite 300
            San Antonio, Texas 78205
15          Telephone: 210.224.5476
            E-mail: nperales@maldef.org
16                  rsoto@maldef.org

17          ON BEHALF OF THE STATE OF NEW JERSEY:

18          JEREMY E. HOLLANDER, ESQUIRE (via telephone)
            Assistant Attorney General
19          Office of the Attorney General of New Jersey
            25 Market Street, 8th Floor
20          Trenton, New Jersey 08625
            E-mail: jeremy.hollander@law.njoag.gov
21
                        ALSO PRESENT:
22          ATTORNEY GENERAL LESLIE RUTLEDGE
            DYLAN L. JACOBS, Assistant Solicitor General
23          323 Center Street, Suite 200
            Little Rock, Arkansas 72201
24          Email: Dylan.Jacobs@arkansasag.gov

25
```

Franklin, Mary Elizabeth 9/18/2019                    State of Texas, et al. v. United States of America, et al.

                                                                        Page 71

1              Is that right?

2      A    Yes.

3      Q    And was there an attachment to that e-mail where

4      Ms. Ashley sends you an attachment?

5      A    Yes, that was this [indicating].

6      Q    Exhibit 4?

7      A    Yes.

8      Q    Okay.  And then it looks like I see an e-mail above

9      that where you're sending a communication.  You're

10     sending an e-mail to Mr. Jacobs; is that right?

11     A    Yes.

12     Q    That's dated September 3rd?

13     A    Yes.

14     Q    And was there an attachment to this e-mail?

15     A    No.  At this point he just got the chain.

16     Q    I understand.

17     A    He just got the chain, not all the attachments

18     within the chain.

19              MS. PERALES:  Okay.  So at this point I'd

20         like to request of counsel that we receive the

21         attachments that were associated with these

22         e-mails.

23              MR. DISHER:  We will certainly discuss

24         that and look at the attachments and then

25         communicate that back to you whether we can

                                Connie Williams
Bushman Court Reporting                                              501-372-5115

Page 72

```
 1            produce that.  But we'll take a look at it for
 2            sure.
 3                      MS. PERALES:  Thank you.
 4                      MR. DISHER:  And presumably there will be
 5            redactions that have to be done.
 6                      MS. PERALES:  Understood.
 7   BY MS. PERALES:
 8   Q    We have two more e-mail strings associated with
 9   this exhibit, and it looks like there might be a little
10   bit of an overlap in some of the e-mails.
11            So if we turn to Bates 441, which is the
12   beginning of that second string, we see an e-mail from
13   Ms. Ashley to you on July 26.  That looks like the same
14   e-mail that we see on Bates 439.  But I just wanted you
15   to confirm that for me.
16   A    Yes.
17   Q    Then behind that, on Bates page 442, it looks like
18   the same e-mail that we see on Bates 439; is that right?
19   A    Yes.
20   Q    So we've already talked about those.
21            And then, of course, I see across the top that
22   you're sending these e-mails to Mr. Jacobs with an FYI,
23   right?
24   A    Yes.
25   Q    Then, finally, let's turn to Bates 443, which is
```

Page 96

1    Exhibit 4 without the claims column.

2    Q    Sure.

3    A    It's not here.

4    Q    And I also don't have the unredacted version --

5    A    That's correct.

6    Q    -- which I presume at some point passes through

7    you?

8    A    Yes.

9    Q    Did you receive any other documents that were

10   either explanatory to what you were receiving, or were

11   like backup runs, or anything like that?

12   A    No.

13   Q    Did you bring any documents explaining for

14   Exhibit 4 how much of the amounts represented in the

15   final column total paid amount were reimbursed at 100

16   percent by CHIP?

17   A    No.

18   Q    Did you bring any documents showing how the DACA

19   designation is communicated to your eligibility system

20   by the VLP?

21   A    No.

22               MS. PERALES:  You mentioned earlier that

23        there was a key of status codes, I guess, for

24        lack of a better word.  I believe that that

25        key would be responsive to the subpoena duces

Franklin, Mary Elizabeth 9/18/2019                           State of Texas, et al. v. United States of America, et al.

Page 97

1          tecum.  And so I'd like to ask for the

2          production of the key.

3              MR. DISHER:  We will look at the key and

4          evaluate to the extent that we have it.  I've

5          never seen it.  And so we'll see if we can

6          find it and we'll take a look at it and we'll

7          communicate with you about it.

8              MS. PERALES:  Okay.  Thank you.

9              I'd also like to request if there's any

10         document, other than the key document, that

11         shows us how DACA-related information is

12         communicated out of the hub or out of the VLP

13         to the state eligibility system.

14             MR. DISHER:  I understand.

15             MS. PERALES:  We need a minute.

16             MR. DISHER:  Sure.

17             (A recess was taken from 12:18 p.m. to

18         12:24 p.m.)

19             MS. PERALES:  I pass the witness.

20             MR. DISHER:  Jeremy, do you have any

21         questions?

22             MR. HOLLANDER:  No, not at this time.

23                        EXAMINATION

24         BY MR. DISHER:

25         Q    First I want to talk about the CHIP reimbursement

Page 105

C E R T I F I C A T E

STATE OF ARKANSAS      )
                       )
COUNTY OF PERRY        )

       I, Connie M. Williams, Certified Court Reporter and Notary Public, do hereby certify that the facts stated by me in the caption on the foregoing proceedings are true; and that the foregoing proceedings were reported verbatim through the use of the stenographic method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

       I further certify that in accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript was requested by the deponent or a party thereto.

       I further certify that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original deposition transcript or copies of the transcript before it is certified and delivered to the custodial attorney, or that requires me to provide any service not made available to all parties to the action.

       WITNESS MY HAND AND SEAL this 1st day of October, 2019.

_____

CONNIE M. WILLIAMS
CCR, LS No. 750, Notary Public in
and for Perry County, Arkansas
My Commission Expires 5/2/23

Franklin, Mary Elizabeth 9/18/2019                    State of Texas, et al. v. United States of America, et al.

Page 106

1           SIGNATURE OF DEPONENT CERTIFICATE

2               I, MARY ELIZABETH FRANKLIN, do hereby certify
    that I have read the foregoing deposition, taken on
3   September 18th, 2019, and that, to the best of my
    knowledge and belief, said deposition is true and
4   accurate with the exception of the following corrections
    listed below:
5   PAGE      LINE      CORRECTION

6   ____      ____      _____

7   ____      ____      _____

8   ____      ____      _____

9   ____      ____      _____

10  ____      ____      _____

11  ____      ____      _____

12  ____      ____      _____

13  ____      ____      _____

14  ____      ____      _____

15  ____      ____      _____

16  ____      ____      _____

17  ____      ____      _____

18  ____      ____      _____

19  ____      ____      _____

20  ____      ____      _____

21  Date: _____
    Witness Signature: _____
22  STATE OF _____
    COUNTY OF _____
23              SUBSCRIBED AND SWORN TO before me this
    _____ day of _____, 2019.
24  My Commission expires: _____
    Notary Public: _____

25

# EXHIBIT C

**Nina Perales**

| | |
|---|---|
| **From:** | Nina Perales |
| **Sent:** | Friday, October 04, 2019 7:00 PM |
| **To:** | 'Disher, Todd' |
| **Cc:** | Glenn Moramarco; Robins, Jeffrey (CIV); Biggs, Adam; Ramon Soto |
| **Subject:** | RE: DACA - Discovery |

Todd,

Thanks very much for the confirmation.

We have carefully reviewed the documents that Plaintiffs produced this week in response to the subpoenas, as well as the documents provided to us at the depositions.

Although the produced documents describe processes related to Medicaid eligibility determinations by Alabama and Arkansas, they do not mention DACA.

Specifically, the documents to not respond to the requests for "[d]ocuments showing the types of data maintained by the [Alabama Medicaid Agency and Arkansas Department of Human Services] evidencing immigration and citizenship status of Medicaid applicants or beneficiaries." The documents also do not show "the types of data maintained by the [two state agencies] evidencing receipt of DACA by Medicaid applicants or beneficiaries." The documents also do not show when and how Alabama and Arkansas capture and store information showing that Medicaid applicants are recipients of DACA.

Although we understand your position that you have provided responsive documents and your request that we withdraw the motion to compel, we respectfully decline to do so because we do not believe the documents are responsive to the subpoenas duces tecum.

I will be in the office all day Monday and can discuss the matter further at your convenience. Thank you have and have a good weekend,

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
    and Educational Fund, Inc. (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
Ph (210) 224-5476 ext. 206
FAX (210 224-5382



CONFIDENTIALITY NOTICE: The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message. This message and any attachment thereto contains CONFIDENTIAL INFORMATION intended for the exclusive use of the named recipient(s) and may further be PRIVILEGED and CONFIDENTIAL attorney client communication, attorney work product or proprietary information. If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, other than to return this message to the addressee(s), notification of its unintended disclosure, and the deletion of all copies is strictly prohibited and may be illegal. If you receive this communication in error, please notify the sender or the person who transmitted the communication immediately by

telephone at 210-224-5476 and/or by reply to this communication and delete this message. Persons responsible for delivering this communication to the intended recipient are admonished that this communication not be copied or disseminated except as directed by the intended recipient.

**From:** Disher, Todd [mailto:Todd.Disher@oag.texas.gov]
**Sent:** Friday, October 04, 2019 12:29 PM
**To:** Nina Perales
**Cc:** Glenn Moramarco; Robins, Jeffrey (CIV); Biggs, Adam; Ramon Soto
**Subject:** Re: DACA - Discovery

Confirmed. Those are the correct ranges.

**Todd Lawrence Disher**
Trial Counsel for Civil Litigation
Office of the Attorney General of Texas
P.O. Box 12548 (MC 001)
Austin, TX 78711-2548
(512) 936-2266
Todd.Disher@oag.texas.gov

On Oct 4, 2019, at 11:00 AM, Nina Perales <nperales@maldef.org> wrote:

> Todd,
>
> Thank you for the email and the additional production.  We were able to open the link on Tuesday morning and I'd like to verify with you that we accessed all the documents that you produced:
>
> 1. "AR Docs 2. pdf" containing Bates 764-1134
> 2. "AL Docs 2.pdf" containing Bates 713-763
> 3. "TX v. US DACA Joint Stip.docx"
>
> Please let me know if these are all the documents you produced (with the full page ranges) and that there are no other documents in the encrypted message that may have needed special software to detect.
>
> Many thanks,
>
> Nina Perales
> Vice President of Litigation
> Mexican American Legal Defense
>    and Educational Fund, Inc. (MALDEF)
> 110 Broadway, Suite 300
> San Antonio, TX 78205
> Ph (210) 224-5476 ext. 206
> FAX (210 224-5382
>
>
> <image001.png>

CONFIDENTIALITY NOTICE: The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message.  This message and any attachment thereto contains CONFIDENTIAL INFORMATION intended for the exclusive use of the named recipient(s) and may further be PRIVILEGED and CONFIDENTIAL attorney client communication, attorney work product or proprietary information.  If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, other than to return this message to the addressee(s), notification of its unintended disclosure, and the deletion of all copies is strictly prohibited and may be illegal.  If you receive this communication in error, please notify the sender or the person who transmitted the communication immediately by telephone at 210-224-5476 and/or by reply to this communication and delete this message. Persons responsible for delivering this communication to the intended recipient are admonished that this communication not be copied or disseminated except as directed by the intended recipient.

**From:** Disher, Todd [mailto:Todd.Disher@oag.texas.gov]
**Sent:** Tuesday, October 01, 2019 5:32 PM
**To:** Nina Perales; Glenn Moramarco; Robins, Jeffrey (CIV)
**Cc:** Biggs, Adam
**Subject:** DACA - Discovery

I just sent all of you documents from Alabama and Arkansas. Please let me know if you do not receive the documents or have trouble accessing the files.

**Todd Lawrence Disher**
Trial Counsel for Civil Litigation
Office of the Attorney General of Texas
P.O. Box 12548 (MC 001)
Austin, TX 78711-2548
(512) 936-2266
Todd.Disher@oag.texas.gov