# EXHIBIT A

```
1              IN THE UNITED STATES DISTRICT COURT
2             FOR THE SOUTHERN DISTRICT OF TEXAS
3                      BROWNSVILLE DIVISION
4     CASE NUMBER:  1:18-CV-68
5     STATE OF TEXAS, et al.,
6              Plaintiffs,
7              vs.
8     UNITED STATES OF AMERICA, et al.,
9              Defendants,
10    and
11    KARLA PEREZ, et al.,
12             Defendant-Intervenors,
13    and
14    STATE OF NEW JERSEY,
15             Defendant-Intervenor.
16             IT IS STIPULATED AND AGREED by and
17    between the parties that the deposition of
18    Gretel Felton may be taken before Angela Smith
19    McGalliard, RPR, CRR, CCR, at the offices of
20    the Alabama Attorney General, at 501 Washington
21    Ave., Montgomery, Alabama 36104, on the 12th
22    day of September, 2019.
23             DEPOSITION OF GRETEL FELTON
```

Page 1

```
 1                    IT IS FURTHER STIPULATED AND AGREED
 2       that the signature to and the reading of the
 3       deposition by the witness is not waived, the
 4       deposition to have the same force and effect as
 5       if full compliance had been had with all laws
 6       and rules of Court relating to the taking of
 7       depositions.
 8                    IT IS FURTHER STIPULATED AND AGREED
 9       that it shall not be necessary for any
10       objections to be made by counsel to any
11       questions except as to form or leading
12       questions, and that counsel for the parties may
13       make objections and assign grounds at the time
14       of the trial, or at the time said deposition is
15       offered in evidence, or prior thereto.
16                    IT IS FURTHER STIPULATED AND AGREED
17       that the notice of filing of the deposition by
18       the Commissioner is waived.
19
20                    *  *  *  *  *  *  *  *  *  *  *
21
22
23
```

Page 2

```
1                * * * * * * * * * * * *
2                         I N D E X
3                        EXAMINATION
4                                              PAGE   LINE
5     By Ms. Perales......................    7     18
6     By Mr. Disher.......................   165    14
7                    DEFENDANT'S EXHIBITS
8                                              PAGE   LINE
9     Defendant's Exhibit 1 - Notice of
10             Deposition.................   16     16
11    Defendant's Exhibit 2 - Felton resume   17     22
12    Defendant's Exhibit 3 - Declaration
13             signed by G. Felton,
14             August 7, 2019, with
15             previous declaration
16             attached...................   35      1
17    Defendant's Exhibit 4 - Portion of
18             Modified Adjusted Gross
19             Income manual - Bates 354
20             to 425.....................   47     19
21    Defendant's Exhibit 5 -
22             Spreadsheets for
23             individuals with DACA
```

Page 3

```
 1                designation................  93    22
 2    Defendant's Exhibit 6 - Subpoena
 3                duces tecum................ 145     9
 4              *  *  *  *  *  *  *  *  *  *  *  *
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF TEXAS
 3                    BROWNSVILLE DIVISION
 4      CASE NUMBER:  1:18-CV-68
 5      STATE OF TEXAS, et al.,
 6               Plaintiffs,
 7               vs.
 8      UNITED STATES OF AMERICA, et al.,
 9               Defendants,
10      and
11      KARLA PEREZ, et al.,
12               Defendant-Intervenors,
13      and
14      STATE OF NEW JERSEY,
15               Defendant-Intervenor.
16      BEFORE:
17               Angela Smith McGalliard,
18          Commissioner.
19      APPEARANCES:
20               TODD L. DISHER, ESQUIRE, of OFFICE OF
21      THE ATTORNEY GENERAL OF TEXAS, P.O. Box 12548,
22      Austin, Texas 78711, appearing on behalf of the
23      Plaintiffs.
```

Page 5

```
 1            JAMES WALKER, ESQUIRE, of U.S.
 2   DEPARTMENT OF JUSTICE, P.O. Box 868,
 3   Washington, D.C. 20044, appearing on behalf of
 4   the Defendants.
 5            WINFIELD J. SINCLAIR, ESQUIRE, of
 6   OFFICE OF THE ATTORNEY GENERAL OF ALABAMA, 501
 7   Washington Ave., Montgomery, Alabama 36104,
 8   appearing on behalf of the Deponent.
 9            JEREMY HOLLANDER, ESQUIRE, of OFFICE
10   OF THE ATTORNEY GENERAL OF NEW JERSEY, 25
11   Market Street, 8th Floor, Trenton, New Jersey
12   08625, appearing by telephone on behalf of the
13   Defendant-Intervenor.
14            NINA PERALES, ESQUIRE, of MALDEF, 110
15   Broadway, Suite 300, San Antonio, Texas 78205,
16   appearing on behalf of the
17   Defendant-Intervenors.
18            RAMON A. SOTO, ESQUIRE, of MALDEF,
19   110 Broadway, Suite 300, San Antonio, Texas
20   78205, appearing on behalf of the
21   Defendant-Intervenors.
22            ALSO PRESENT:  Bo Offord, Esq.
23                 *  *  *  *  *
```

```
 1              I, Angela Smith McGalliard,
 2   Registered Professional Reporter, Certified
 3   Realtime Reporter and Certified Shorthand
 4   Reporter, of Pike Road, Alabama, acting as
 5   Commissioner, certify that on this date, as
 6   provided by the Federal Rules of Civil
 7   Procedure and the foregoing stipulation of
 8   counsel, there came before me at the offices of
 9   the Alabama Attorney General, 501 Washington
10   Ave., Montgomery, Alabama 36104, beginning at
11   9:22 a.m., Gretel Felton, witness in the above
12   cause, for oral examination, whereupon the
13   following proceedings were had:
14                    GRETEL FELTON,
15   being first duly sworn, was examined and
16   testified as follows:
17                     EXAMINATION
18   BY MS. PERALES:
19        Q.     Good morning.
20        A.     Good morning.
21        Q.     My name is Nina Perales, and I am
22   one of the attorneys in this litigation.  I
23   represent the group of people in the case known
```

Page 7

```
 1            Q.      Of course.
 2            A.      Of course, that's just the MAGI
 3     that we're talking about that are in the new
 4     system.
 5            Q.      Okay.  Were there any documents
 6     that were requested in the subpoena duces tecum
 7     that exist but that you weren't able to bring
 8     today?
 9                    MR. SINCLAIR:  Object to the
10     form.
11                    MR. DISHER:  And I'll just add to
12     that one, just so there's clarity, I do -- I
13     understand, perhaps, that there are some
14     additional documents that are going through the
15     security review process.  Those are not the
16     documents that were in Ms. Felton's possession,
17     custody, or control, and those are not
18     documents that she relied on to form the
19     opinions expressed in her declaration.  But
20     there may very well be additional documents
21     that are still going through the security
22     review process.
23                    MS. PERALES:  Okay.  Thank you.
```

Page 163

```
 1                REPORTER'S CERTIFICATE
 2     STATE OF ALABAMA,
 3     MONTGOMERY COUNTY,
 4              I, Angela Smith McGalliard, Registered
 5     Professional Reporter, Certified Realtime
 6     Reporter, Certified Court Reporter and
 7     Commissioner for the State of Alabama at Large,
 8     do hereby certify that the above and foregoing
 9     proceeding was taken down by me by stenographic
10     means, and that the transcript was produced by
11     computer aid under my supervision, and that the
12     foregoing represents a true and correct
13     transcript of the proceedings occurring on said
14     date and at said time.
15              I further certify that I am neither of
16     kin nor of counsel to the parties to the
17     action; nor in any manner interested in the
18     result of said case.
19              Signed the 26th day of September, 2019.
20
                    [signature]
21              Angela Smith McGalliard
                ANGELA SMITH MCGALLIARD, RPR, CRR, CCR
22              AL CCR Lic. No. 98, Expires 9/30/20
                Notary Expiration 8/13/2023
23
```

Page 167