# EXHIBIT B

Transcript of the Testimony of

# Franklin, Mary Elizabeth

**Date:** September 18, 2019

**Case:** State of Texas, et al. v. United States of America, et al.

**Bushman Court Reporting**
Connie Williams
Phone:  (501) 372-5115
Fax: (501) 378-0077

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


STATE OF TEXAS, et al.,                       PLAINTIFFS

v.                              CASE NO. 1:18-CV-68

UNITED STATES OF AMERICA, et al.,          DEFENDANTS

and

KARLA PEREZ, et al.,           DEFENDANT-INTERVENORS

and

STATE OF NEW JERSEY           DEFENDANT-INTERVENOR


DEPOSITION OF:

MARY ELIZABETH FRANKLIN

(Taken September 18th, 2019,

at 9:01 a.m.)

Page 2

```
 1                         APPEARANCES

 2           ON BEHALF OF THE PLAINTIFFS, ET AL.:

 3           TODD L. DISHER, ESQUIRE
             Trial Counsel for Civil Litigation
 4           P.O. Box 12548
             Austin, Texas 78711-2548
 5           Telephone: 512.936.2266
             E-mail: todd.disher@oag.texas.gov
 6
             ON BEHALF OF THE UNITED STATES OF AMERICA,
 7           et al.:

 8           JIM BRADER, CHIEF DEPUTY COUNSEL
             Donaghey Plaza South
 9           700 Main Street
             Little Rock, Arkansas 72203-1437
10           Telephone: 501.682.1363
             E-mail: jim.brader@dhs.arkansas.gov
11
             ON BEHALF OF KARLA PEREZ, et al.:
12
             NINA PERALES, ESQUIRE
13           RAMON A. SOTO, ESQUIRE
             MALDEF
14           110 Broadway, Suite 300
             San Antonio, Texas 78205
15           Telephone: 210.224.5476
             E-mail: nperales@maldef.org
16                   rsoto@maldef.org

17           ON BEHALF OF THE STATE OF NEW JERSEY:

18           JEREMY E. HOLLANDER, ESQUIRE (via telephone)
             Assistant Attorney General
19           Office of the Attorney General of New Jersey
             25 Market Street, 8th Floor
20           Trenton, New Jersey 08625
             E-mail: jeremy.hollander@law.njoag.gov
21
                        ALSO PRESENT:
22           ATTORNEY GENERAL LESLIE RUTLEDGE
             DYLAN L. JACOBS, Assistant Solicitor General
23           323 Center Street, Suite 200
             Little Rock, Arkansas 72201
24           Email: Dylan.Jacobs@arkansasag.gov

25
```

Page 71

1          Is that right?

2    A    Yes.

3    Q    And was there an attachment to that e-mail where

4    Ms. Ashley sends you an attachment?

5    A    Yes, that was this [indicating].

6    Q    Exhibit 4?

7    A    Yes.

8    Q    Okay.  And then it looks like I see an e-mail above

9    that where you're sending a communication.  You're

10   sending an e-mail to Mr. Jacobs; is that right?

11   A    Yes.

12   Q    That's dated September 3rd?

13   A    Yes.

14   Q    And was there an attachment to this e-mail?

15   A    No.  At this point he just got the chain.

16   Q    I understand.

17   A    He just got the chain, not all the attachments

18   within the chain.

19              MS. PERALES:  Okay.  So at this point I'd

20         like to request of counsel that we receive the

21         attachments that were associated with these

22         e-mails.

23              MR. DISHER:  We will certainly discuss

24         that and look at the attachments and then

25         communicate that back to you whether we can

Franklin, Mary Elizabeth 9/18/2019                    State of Texas, et al. v. United States of America, et al.

                                                            Page 72

1        produce that.  But we'll take a look at it for

2        sure.

3                    MS. PERALES:  Thank you.

4                    MR. DISHER:  And presumably there will be

5            redactions that have to be done.

6                    MS. PERALES:  Understood.

7   BY MS. PERALES:

8   Q     We have two more e-mail strings associated with

9   this exhibit, and it looks like there might be a little

10  bit of an overlap in some of the e-mails.

11              So if we turn to Bates 441, which is the

12  beginning of that second string, we see an e-mail from

13  Ms. Ashley to you on July 26.  That looks like the same

14  e-mail that we see on Bates 439.  But I just wanted you

15  to confirm that for me.

16  A     Yes.

17  Q     Then behind that, on Bates page 442, it looks like

18  the same e-mail that we see on Bates 439; is that right?

19  A     Yes.

20  Q     So we've already talked about those.

21              And then, of course, I see across the top that

22  you're sending these e-mails to Mr. Jacobs with an FYI,

23  right?

24  A     Yes.

25  Q     Then, finally, let's turn to Bates 443, which is

Franklin, Mary Elizabeth 9/18/2019                    State of Texas, et al. v. United States of America, et al.

Page 96

1    Exhibit 4 without the claims column.

2    Q    Sure.

3    A    It's not here.

4    Q    And I also don't have the unredacted version --

5    A    That's correct.

6    Q    -- which I presume at some point passes through

7    you?

8    A    Yes.

9    Q    Did you receive any other documents that were

10   either explanatory to what you were receiving, or were

11   like backup runs, or anything like that?

12   A    No.

13   Q    Did you bring any documents explaining for

14   Exhibit 4 how much of the amounts represented in the

15   final column total paid amount were reimbursed at 100

16   percent by CHIP?

17   A    No.

18   Q    Did you bring any documents showing how the DACA

19   designation is communicated to your eligibility system

20   by the VLP?

21   A    No.

22             MS. PERALES:  You mentioned earlier that

23        there was a key of status codes, I guess, for

24        lack of a better word.  I believe that that

25        key would be responsive to the subpoena duces

Franklin, Mary Elizabeth 9/18/2019                     State of Texas, et al. v. United States of America, et al.

Page 97

1    tecum.  And so I'd like to ask for the

2    production of the key.

3         MR. DISHER:  We will look at the key and

4    evaluate to the extent that we have it.  I've

5    never seen it.  And so we'll see if we can

6    find it and we'll take a look at it and we'll

7    communicate with you about it.

8         MS. PERALES:  Okay.  Thank you.

9         I'd also like to request if there's any

10   document, other than the key document, that

11   shows us how DACA-related information is

12   communicated out of the hub or out of the VLP

13   to the state eligibility system.

14        MR. DISHER:  I understand.

15        MS. PERALES:  We need a minute.

16        MR. DISHER:  Sure.

17        (A recess was taken from 12:18 p.m. to

18   12:24 p.m.)

19        MS. PERALES:  I pass the witness.

20        MR. DISHER:  Jeremy, do you have any

21   questions?

22        MR. HOLLANDER:  No, not at this time.

23                  EXAMINATION

24   BY MR. DISHER:

25   Q    First I want to talk about the CHIP reimbursement

Franklin, Mary Elizabeth 9/18/2019                    State of Texas, et al. v. United States of America, et al.

Page 105

1                     C E R T I F I C A T E

2

   STATE OF ARKANSAS    )
3                        )
   COUNTY OF PERRY       )

4

5             I, Connie M. Williams, Certified Court
   Reporter and Notary Public, do hereby certify that the
6  facts stated by me in the caption on the foregoing
   proceedings are true; and that the foregoing proceedings
7  were reported verbatim through the use of the
   stenographic method and thereafter transcribed by me or
8  under my direct supervision to the best of my ability,
   taken at the time and place set out on the caption
9  hereto.
             I further certify that in accordance with
10 Rule 30(e) of the Rules of Civil Procedure, review of
   the transcript was requested by the deponent or a party
11 thereto.
             I further certify that I am not a relative or
12 employee of any attorney or employed by the parties
   hereto, nor financially interested in the outcome of
13 this action, and that I have no contract with the
   parties, attorneys, or persons with an interest in the
14 action that affects or has a substantial tendency to
   affect impartiality, that requires me to relinquish
15 control of an original deposition transcript or copies
   of the transcript before it is certified and delivered
16 to the custodial attorney, or that requires me to
   provide any service not made available to all parties to
17 the action.

18            WITNESS MY HAND AND SEAL this 1st day of
   October, 2019.
19
                    Connie M. Williams
20

21 _____

22 CONNIE M. WILLIAMS
   CCR, LS No. 750, Notary Public in
23 and for Perry County, Arkansas
   My Commission Expires 5/2/23

24

25

Franklin, Mary Elizabeth 9/18/2019                    State of Texas, et al. v. United States of America, et al.

Page 106

1            SIGNATURE OF DEPONENT CERTIFICATE

2            I, MARY ELIZABETH FRANKLIN, do hereby certify
that I have read the foregoing deposition, taken on
3  September 18th, 2019, and that, to the best of my
knowledge and belief, said deposition is true and
4  accurate with the exception of the following corrections
listed below:
5  PAGE     LINE      CORRECTION

6  _____    _____     _____

7  _____    _____     _____

8  _____    _____     _____

9  _____    _____     _____

10 _____    _____     _____

11 _____    _____     _____

12 _____    _____     _____

13 _____    _____     _____

14 _____    _____     _____

15 _____    _____     _____

16 _____    _____     _____

17 _____    _____     _____

18 _____    _____     _____

19 _____    _____     _____

20 _____    _____     _____

21 Date: _____
Witness Signature: _____
22 STATE OF _____
COUNTY OF _____
23            SUBSCRIBED AND SWORN TO before me this
_____ day of _____, 2019.
24 My Commission expires: _____
Notary Public: _____
25

Bushman Court Reporting                    Connie Williams                    501-372-5115