IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, <br> *Plaintiffs*, | § § § | |
| v. | § § | |
| The United States of America, *et al.*, <br> *Defendants*, | § § § | Civil Action No. 1:18-CV-00068 |
| Karla Perez, *et al.*, <br> *Defendant-Intervenors*, | § § § | |
| and | § § | |
| State of New Jersey, <br> *Defendant-Intervenor*. | § § | |

## ORDER

The Court held a hearing today at which all parties were present. Consistent with that hearing, Defendant-Intervenors' Motion for Discovery, (Doc. No. 429), is **DISMISSED AS MOOT**; the Motion Hearing set for October 28, 2019 is hereby **CANCELLED**; and the parties are instructed to submit briefing to the Court by October 28, 2019 on the issue of whether, consistent with the Administrative Procedure Act, 5 U.S.C. § 551 et seq., the Court may consider evidence outside of the administrative record or whether it is restricted to the administrative record in its ruling on Plaintiffs' Motion for Summary Judgment (Doc. No. 356). The parties should also detail what administrative record exists (and its location) in the summary judgment record currently before the Court.

Signed at Houston, Texas, on this 8th day of October, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE