United States District Court
Southern District of Texas
**ENTERED**
November 22, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| State of Texas, *et al.*, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| The United States of America, *et al.*, | § | |
|     *Defendants*, | § | Civil Action No. 1:18-CV-00068 |
| | § | |
| Karla Perez, *et al.*, | § | |
|     *Defendant-Intervenors*, | § | |
| | § | |
| and | § | |
| | § | |
| State of New Jersey, | § | |
|     *Defendant-Intervenor*. | § | |

## **ORDER**

Before the Court is Defendant-Intervenors' Motion for Leave to File Supplemental Briefing and Continue the hearing set for October 28, 2019. (Doc. No. 432). The Plaintiffs have responded in opposition (Doc. No. 439) and the Defendant-Intervenors have replied (Doc. No. 444). This Court has already continued the October hearing; consequently, that issue is moot and that portion of the motion is therefore denied.

The Court grants the portion of the motion requesting permission to file supplemental briefing. The Court by separate order has stayed this case until the Supreme Court has ruled in other cases concerning the putative rescission of the Deferred Action for Childhood Arrivals ("DACA") program. That being the case, a new docket control order will be needed to guide this case to a conclusion. In its other order, the Court has ordered the parties to file an agreed proposed docket control order after the Supreme Court has ruled. In that proposal, the parties are to include deadlines for the Defendant-Intervenors to supplement their summary judgment briefing and then a final deadline for the Plaintiffs to file a reply to that supplement—if they so choose. After that

1

the Court will proceed to resolve the pending summary judgment motions.

In conclusion, the motion to continue is denied as moot. The motion to supplement is granted with the deadline to be set when a new docket control order is entered.

Signed this 21st day of November, 2019.

Andrew S. Hanen
United States District Judge