# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Defendants, § <br> § <br> and § <br> § <br> KARLA PEREZ, *et al.*, § <br> § <br> Defendant-Intervenors, § <br> and § <br> § <br> STATE OF NEW JERSEY § <br> § <br> Defendant-Intervenor. § | Case No. 1:18-CV-68 |

## [PROPOSED] ORDER
## GRANTING UNOPPOSED MOTION

On this date, the Court considered Defendant-Intervenors' unopposed Motion to Withdraw Denise Hulett as Counsel.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Intervenors' Unopposed Motion to Withdraw Denise Hulett as attorney in this case is hereby GRANTED.  The clerk is instructed to remove Ms. Hulett from further electronic notifications for this case.

Signed on _____, 2020.     _____
                                         HON. ANDREW S. HANEN
                                         UNITED STATE DISTRICT JUDGE