United States District Court
Southern District of Texas
**ENTERED**
February 13, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Case No. 1:18-CV-68 |
| | § |
| UNITED STATES OF AMERICA, *et al.*, | § |
| | § |
| Defendants, | § |
| | § |
| and | § |
| | § |
| KARLA PEREZ, *et al.*, | § |
| | § |
| Defendant-Intervenors, | § |
| and | § |
| | § |
| STATE OF NEW JERSEY | § |
| | § |
| Defendant-Intervenor. | § |

## ORDER
## GRANTING UNOPPOSED MOTION

On this date, the Court considered Defendant-Intervenors' unopposed Motion to Withdraw Denise Hulett as Counsel.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Intervenors' Unopposed Motion to Withdraw Denise Hulett as attorney in this case is hereby GRANTED. The clerk is instructed to remove Ms. Hulett from further electronic notifications for this case.

Signed on February 13, 2020.

HON. ANDREW S. HANEN
UNITED STATE DISTRICT JUDGE