## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| *and* | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

### PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

Pursuant to Local Rule 83.2, Plaintiff States file this Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge. In support of this motion, Plaintiff States offer the following:

1. Todd Lawrence Disher was previously designated as attorney in charge for Plaintiff States. Mr. Disher has left the employ of the Office of the Attorney General of Texas, and Ryan L. Bangert, Deputy Attorney General for Legal Counsel, has been internally assigned as lead counsel for Plaintiff States.

2. Plaintiff States seek to withdraw Mr. Disher as an attorney of record in this case.

3. Plaintiff States will continue to be represented by Ryan L. Bangert along with co-counsel listed below.

4. This withdrawal will not delay any proceedings.

5. For the reasons stated above, Plaintiff States respectfully request that the Court grant this motion to withdraw Todd Lawrence Disher as counsel for Plaintiff States and to permit Ryan L. Bangert to appear as Attorney in Charge for Plaintiff States in the above-styled and numbered cause of action.

6. This motion is unopposed.

| | |
|---|---|
| February 13, 2020 | Respectfully Submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| DEREK SCHMIDT<br>Attorney General of Kansas | /s/Ryan L. Bangert<br>RYAN L. BANGERT<br>Deputy Attorney General for Legal Counsel |
| JEFF LANDRY<br>Attorney General of Louisiana | Attorney-in-Charge<br>Texas State Bar No. 2405446<br>Southern District of Texas No. 641892 |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | Office of the Attorney General<br>P.O. Box 12548 (MC-001)<br>Austin, Texas 78711-2548 |
| ALAN WILSON<br>Attorney General of South Carolina | (512) 936-1414; Fax: (512) 936-0545<br>ryan.bangert@oag.texas.gov |
| PATRICK MORRISEY<br>Attorney General of West Virginia | ADAM ARTHUR BIGGS<br>Special Litigation Counsel |

**COUNSEL FOR PLAINTIFF STATES**

## CERTIFICATE OF CONFERENCE

I certify that on January 24, 2020, Todd Lawrence Disher conferred with all counsel by email, and none were opposed to this motion.

                                             */s/ Ryan L. Bangert*
                                             RYAN L. BANGERT
                                             Deputy Attorney General for Legal Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by electronic notification through ECF by the United States District Court, Southern District of Texas, Brownsville Division, on February 13, 2020, to all counsel of record.

                                             */s/ Ryan L. Bangert*
                                             RYAN L. BANGERT
                                             Deputy Attorney General for Legal Counsel

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Case No. 1:18-cv-00068 |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| *Defendants,* ) | |
| ) | |
| and ) | |
| ) | |
| KARLA PEREZ, *et al.*, ) | |
| ) | |
| *Defendant-Intervenors.* ) | |

## ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

Before the Court is Plaintiff States' Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion to Withdraw Todd Lawrence Disher as Counsel is hereby GRANTED and that Ryan L. Bangert be entered as Attorney in Charge for Plaintiff States in this cause. The Clerk is instructed to remove Mr. Disher from all further electronic notifications regarding this case.

SIGNED this \_\_\_\_\_ day of _____, 2020.

_____
ANDREW S. HANEN
United States District Judge