# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| *and* | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

## ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

Before the Court is Plaintiff States' Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion to Withdraw Todd Lawrence Disher as Counsel is hereby GRANTED and that Ryan L. Bangert be entered as Attorney in Charge for Plaintiff States in this cause. The Clerk is instructed to remove Mr. Disher from all further electronic notifications regarding this case.

SIGNED this _____ day of _____, 2020.

_____
ANDREW S. HANEN
United States District Judge