IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs | § § | |
| vs. | § § | CIVIL ACTION NO. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, *et al.*, | § § | |
| Defendants, | § § § | |
| KARLA PEREZ, *et al.*, | § § | |
| Defendants-Intervenors, | § § | |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE THAT it is hereby respectfully requested that the appearance of Karen Lin be withdrawn as counsel for *Amici Curiae* 114 Companies and Associations in the above-captioned case. Ms. Lin's employment with Mayer Brown will conclude on February 28, 2020. *Amici* will continue to be represented by Kevin Ranlett, Andrew Pincus, and Lauren Goldman of Mayer Brown LLP in the above-captioned matter.

Dated: February 28, 2020

/s/ Kevin Ranlett

Kevin Ranlett
Attorney-in-charge
TX Bar No. 24084922
S.D. Tex. Bar No. 1124632
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX
Telephone: (713) 238-3000
Facsimile: (713) 238-4888
kranlett@mayerbrown.com

*Counsel* for *Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 28, 2020, this document was served on all counsel of record via the Court's Electronic Case Filing System.

/s/ Kevin Ranlett
Kevin Ranlett

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> KARLA PEREZ, *et al.*, <br><br> Defendants-Intervenors, | CIVIL ACTION NO. 1:18-cv-00068 |

### [PROPOSED] ORDER

WHEREAS, the Court has reviewed the motion of Karen Lin seeking leave to withdraw as an attorney of record in this matter, the Motion to Withdraw is GRANTED.

It is hereby ORDERED that the appearance of Karen Lin in this matter is terminated.

The Clerk is instructed to remove Karen Lin from all further electronic notifications regarding this case and from the docket sheet in this matter.

DATED: _____

_____
HON. ANDREW S. HANEN
United States District Judge