IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> KARLA PEREZ, *et al.*, <br><br> Defendants-Intervenors, | CIVIL ACTION NO. 1:18-cv-00068 |

## [PROPOSED] ORDER

WHEREAS, the Court has reviewed the motion of Karen Lin seeking leave to withdraw as an attorney of record in this matter, the Motion to Withdraw is GRANTED.

It is hereby ORDERED that the appearance of Karen Lin in this matter is terminated.

The Clerk is instructed to remove Karen Lin from all further electronic notifications regarding this case and from the docket sheet in this matter.

DATED: _____

_____
HON. ANDREW S. HANEN
United States District Judge