IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § § | |
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Defendants, | § § § | Case No. 1:18-cv-0068-ASH |
| KARLA PEREZ, et al., | § § § | |
| Defendants-Intervenors, | § § § | |
| and | § § § | |
| STATE OF NEW JERSEY, | § § § | |
| Defendant-Intervenor. | § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**TO THE HONORABLE ANDREW S. HANEN:**

Amici Brown University, California Institute of Technology, Columbia University, Cornell University, Dartmouth College, Duke University, Emory University, Georgetown University, George Washington University, Harvard University, Massachusetts Institute of Technology, Northwestern University, Princeton University, Stanford University, University of Chicago, the University of Pennsylvania, Vanderbilt University, Washington University in St. Louis, and Yale University hereby notifies the Court and all counsel of record in this case that Jennifer B. Sokoler, of the law firm O'Melveny & Myers LLP, is no longer counsel of record on this matter and respectfully requests that she be withdrawn as Amici's counsel on this matter. O'Melveny & Myers LLP continues to serve as counsel for Amici through its attorney Ryan K.

Yagura and Anton Metlitsky, who requests that all future correspondence and papers in this action continue to be directed to them.

Dated:  February 28, 2020

Respectfully submitted,

 /s/ Ryan K. Yagura
Ryan K. Yagura
Attorney-In-Charge
Texas Bar No. 24075933
Southern District of Texas No. CA197619
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
ryagura@omm.com

Anton Metlitsky
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
ametlitsky@omm.com


Attorneys for *Amici*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing document was automatically accomplished on all known filing users through the Court's CM/ECF system and/or in accordance with the Federal Rules of Civil Procedure on this 28th day of February, 2020.

                                           _/s/ Ryan K. Yagura_
                                           Ryan K. Yagura