**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants, | Case No. 1:18-cv-00068 |
| KARLA PEREZ, *et al.*, | |
| Defendant-Intervenors, | |
| and | |
| STATE OF NEW JERSEY, | |
| Defendant-Intervenor. | |

**_AMICI CURIAE_ 103 RELIGIOUS ORGANIZATIONS' MOTION TO WITHDRAW
MICHAEL N. FRESCO AS COUNSEL**

*Amici curiae* 103 Religious Organizations respectfully move to withdraw Michael N. Fresco as an attorney in this case. Mr. Fresco will be ending his employment with Patterson Belknap Webb & Tyler LLP on March 17, 2020. His withdrawal will not cause undue delay and will not adversely affect the interests of *amici curiae* 103 Religious Organizations.

*Amici curiae* 103 Religious Organizations will continue to be represented by attorneys at Patterson Belknap Webb & Tyler LLP and Muslim Advocates.

Dated: March 16, 2020
         New York, New York

Respectfully submitted,

PATTERSON BELKNAP WEBB & TYLER LLP


By:  */s/ Adeel A. Mangi*
     Adeel A. Mangi (*admitted pro hac vice*)
     1133 Avenue of the Americas
     New York, New York 10036
     Telephone:  (212) 336-2000
     Facsimile:  (212) 336-2222
     aamangi@pbwt.com

     *Attorneys for Amici Curiae 103 Religious Organizations*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all registered attorneys of record.

/s/ Adeel A. Mangi

Adeel A. Mangi

*Attorney for Amici Curiae 103 Religious Organizations*

3