IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:18-CV-68 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| Defendant-Intervenor. | ) |
| | ) |

**DEFENDANT-INTERVENOR'S UNOPPOSED MOTION
TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE**

Pursuant to Local Rule 83.2, Defendant-Intervenor State of New Jersey ("New Jersey") respectfully moves to withdraw Glenn J. Moramarco as an attorney of record and its present Attorney in Charge in the above-captioned case, and to designate Jeremy E. Hollander as its Attorney in Charge. Mr. Moramarco is retiring from the practice of law and will no longer be employed by the New Jersey Office of Attorney General.

New Jersey will continue to be represented by counsel already admitted to appear pro hac vice in this matter, including proposed new Attorney in Charge, Jeremy E. Hollander.

This motion will not cause undue delay and will not adversely affect the interests of Defendant-Intervenor State of New Jersey.

This motion is unopposed.

1

For these reasons, New Jersey respectfully requests leave to withdraw Glenn Moramarco as a counsel of record and its Attorney in Charge in this case and to designate Jeremy E. Hollander as Attorney in Charge for New Jersey in this matter.

## CONCLUSION

New Jersey respectfully requests that the Court grant this Motion.

Dated: May 1, 2020

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Jeremy Hollander*
Jeremy E. Hollander
Assistant Attorney General
[Proposed] Attorney-in-Charge
(admitted pro hac vice)
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Phone: (973) 648-7453
Fax: (973) 648-4887
Jeremy.hollander@law.njoag.gov

Kenneth S. Levine, Deputy Attorney General
(admitted pro hac vice)
Nicholas Dolinksy, Deputy Attorney General
(admitted pro hac vice)
Brian DeVito, Deputy Attorney General
(admitted pro hac vice)

*Attorneys for Defendant-Intervenor State of New Jersey*

## CERTIFICATE OF CONFERENCE

I certify that on April 30, 2020, I conferred with counsel for the Plaintiff States (via Texas), the Defendant and the Intervenors by e-mail, and none were opposed to this motion.

*/s/ Jeremy Hollander*
Jeremy E. Hollander

## CERTIFICATE OF SERVICE

I certify that on May 1, 2020, I caused this document (and exhibits hereto) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeremy Hollander*
Jeremy E. Hollander

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |
| Defendants, | ) ) |
| KARLA PEREZ, *et al.*, | ) ) |
| Defendant-Intervenors, and | ) ) ) |
| STATE OF NEW JERSEY, | ) ) |
| Defendant-Intervenor. | ) ) |

**[PROPOSED] ORDER**

Defendant-Intervenor State of New Jersey's Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge (the "Motion") having come before this Court, and the Court having considered the papers submitted in connection with said Motion, and for good cause shown, IT IS HEREBY ORDERED that:

(1) The Motion is GRANTED;

(2) Glenn Moramarco is withdrawn as a counsel of record and the Attorney in Charge for the State of New Jersey in this case;

(3) Jeremy E. Hollander is designated as Attorney in Charge for New Jersey in this case; and

(4) The Clerk is instructed to remove Mr. Moramarco from all further electronic notifications regarding this case.

IT IS SO ORDERED on this _____ day of _____, 2020.

_____
Hon. Andrew S. Hanen
United States District Court Judge