United States District Court
Southern District of Texas
**ENTERED**
June 01, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

## ORDER

Defendant-Intervenor State of New Jersey's Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge (the "Motion") having come before this Court, and the Court having considered the papers submitted in connection with said Motion, and for good cause shown, IT IS HEREBY ORDERED that:

(1) The Motion is GRANTED;

(2) Glenn Moramarco is withdrawn as a counsel of record and the Attorney in Charge for the State of New Jersey in this case;

(3) Jeremy E. Hollander is designated as Attorney in Charge for New Jersey in this case; and

(4) The Clerk is instructed to remove Mr. Moramarco from all further electronic notifications regarding this case.

IT IS SO ORDERED on this ___29th___ day of __May__, 2020.

_____
Hon. Andrew S. Hanen
United States District Court Judge