United States District Court
Southern District of Texas
**ENTERED**
June 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is the *Amici Curiae* 103 Religious Organizations' Motion to Withdraw Michael N. Fresco as Counsel (Doc. No. 457). It is hereby

**ORDERED** that the Amici Curiae 103 Religious Organizations' Motion to Withdraw Michael N. Fresco as Counsel (Doc. No. 457) is **GRANTED**.

SIGNED at Houston, Texas, this 28th day of May 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE