United States District Court
Southern District of Texas
**ENTERED**
June 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is a summary judgment filed by the State of Texas. (Doc. No. 356). On November 22, 2019, this Court stayed litigation pending the Supreme Court's resolution of the consolidated cases considering the government's attempt to rescind the Deferred Action for Childhood Arrivals ("DACA") program. (Doc. No. 447). Today, the Supreme Court issued its opinion. *See Dep't of Homeland Sec. v. Regents of Univ. of Cal.*, 591 U.S. ___ (2020) (slip op.). Pursuant to this Court's stay order, this case will remain "stayed until 30 days after [today]. At that time, the parties are to file a joint status report setting out their respective positions given that ruling and an agreed schedule to resolve this matter." (Doc. No. 447). The report contemplated by this order should be filed by July 24th and should include the parties' perspectives as to whether and how, if at all, the recent Supreme Court decision impacts this case, a list of all pending motions (and issues) as well as a specific timeline for resolving those pending motions. The Court does not anticipate that these filings will be comprehensive. Instead, the Court is using this as a means of focusing counsel on the outstanding issues. If the parties cannot agree on the schedule each may file their own proposal.

Signed this 18th day of June, 2020.

Andrew S. Hanen
United States District Judge