IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, *et al.*, | ) |
| *Defendant-Intervenors.* | ) |

**NOTICE OF APPEARANCE OF COUNSEL
AND DESIGNATION OF ATTORNEY-IN-CHARGE**

Plaintiffs file this Notice of Appearance of Counsel and Designation of Attorney-in-Charge and hereby notify the Court that Deputy Chief, Special Litigation Unit, Todd Lawrence Disher will appear as Attorney-in-Charge for Plaintiffs in the above case, along with Deputy First Assistant Attorney General Ryan L. Bangert, who will remain as co-counsel. Mr. Disher is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules. Mr. Disher's contact information is:

> Todd Lawrence Disher
> Deputy Chief, Special Litigation Unit
> Tx. State Bar No. 24081854
> Southern District of Texas No. 2985472
> P.O. Box 12548 (MC-009)
> Austin, Texas 78711-2548
> Tel.: (512) 463-2100; Fax: (512) 936-0545
> todd.disher@oag.texas.gov

| | |
|---|---|
| June 18, 2020 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | JEFFREY C. MATEER<br>First Assistant Attorney General |
| DEREK SCHMIDT<br>Attorney General of Kansas | RYAN L. BANGERT<br>Deputy First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | */s/ Todd Lawrence Disher*<br>TODD LAWRENCE DISHER<br>Attorney-in-Charge |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | Deputy Chief, Special Litigation Unit<br>Tx. State Bar No. 24081854<br>Southern District of Texas No. 2985472 |
| ALAN WILSON<br>Attorney General of South Carolina | P.O. Box 12548<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100; Fax: (512) 936-0545<br>todd.disher@oag.texas.gov |
| PATRICK MORRISEY<br>Attorney General of West Virginia | |
| | ADAM ARTHUR BIGGS<br>Assistant Attorney General |
| | **COUNSEL FOR PLAINTIFF STATES** |

# CERTIFICATE OF SERVICE

I certify that on June 18, 2020, this Notice of Appearance of Counsel was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> */s/ Todd Lawrence Disher*
> TODD LAWRENCE DISHER
> Deputy Chief, Special Litigation Unit