IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| *and* | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

**PLAINTIFF STATES' MOTION TO SUBSTITUTE
STATE OF MISSISSIPPI FOR GOVERNOR OF MISSISSIPPI**

Plaintiff States respectfully ask this Court for an order substituting the State of Mississippi for Tate Reeves,[1] Governor of Mississippi, as a plaintiff to this proceeding. Mississippi wishes to participate as a Plaintiff State rather than appear only through its Governor. Mississippi will not add any additional arguments or theories in support of Plaintiff States' claims, and the substitution will have no effect on the Court's scheduling order regarding the pending motion for summary judgment.

---

[1] On January 14, 2020, Tate Reeves, Governor of Mississippi, was automatically substituted as a party in this proceeding in place of former Governor Phil Bryant. Fed. R. Civ. P. 25(d).

July 24, 2020

STEVE MARSHALL
Attorney General of Alabama

LESLIE RUTLEDGE
Attorney General of Arkansas

DEREK SCHMIDT
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

DOUGLAS J. PETERSON
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Attorney-in-Charge
Deputy Chief, Special Litigation Unit
Tx. State Bar No. 24081854
Southern District of Texas No. 2985472
P.O. Box 12548
Austin, Texas 78711-2548
Tel.: (512) 463-2100; Fax: (512) 936-0545
todd.disher@oag.texas.gov

ADAM ARTHUR BIGGS
Assistant Attorney General

**COUNSEL FOR PLAINTIFF STATES**

**CERTIFICATE OF CONFERENCE**

I certify that on July 24, 2020, I conferred with counsel for all parties. New Jersey took no position on this motion. The Individual DACA Recipients oppose the motion. The Federal Defendants do not oppose.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Deputy Chief, Special Litigation Unit

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2020, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Deputy Chief, Special Litigation Unit

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| *and* | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

**ORDER GRANTING PLAINTIFF STATES' MOTION TO SUBSTITUTE STATE OF MISSISSIPPI FOR GOVERNOR OF MISSISSIPPI**

On this date, the Court considered Plaintiff States' Motion to Substitute the State of Mississippi for Tate Reeves, Governor of Mississippi. After considering the motion, the Court believes the motion should be GRANTED.

IT IS THEREFORE ORDERED that the State of Mississippi is substituted in place of Tate Reeves, Governor of Mississippi, as a plaintiff in this proceeding.

SIGNED on this the _____ day of _____, 2020.

_____
Andrew S. Hanen,
U.S. District Court Judge