# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants*, | ) |
| | ) |
| and | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

## ORDER GRANTING PLAINTIFF STATES' MOTION TO SUBSTITUTE STATE OF MISSISSIPPI FOR GOVERNOR OF MISSISSIPPI

On this date, the Court considered Plaintiff States' Motion to Substitute the State of Mississippi for Tate Reeves, Governor of Mississippi. After considering the motion, the Court believes the motion should be GRANTED.

IT IS THEREFORE ORDERED that the State of Mississippi is substituted in place of Tate Reeves, Governor of Mississippi, as a plaintiff in this proceeding.

SIGNED on this the _____ day of _____, 2020.

_____
Andrew S. Hanen,
U.S. District Court Judge