UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

---

STATE OF TEXAS et al.,

Plaintiff,

v.

UNITED STATES OF AMERICA et al.,

Defendant.

Civil Action No. 18-cv-068 (ASH)

United States District Court
Southern District of Texas
**FILED**

JUL 2 7 2020

**David J. Bradley, Clerk of Court**

---

AFFIRMATION IN SUPPORT OF MOTION TO INTERVENE UNDER FRcvP RULE 24
BY THE TRUSTEES OF THE AD HOC NEW YORKER REPUBLICAN COMMITTEE

1. Accordingly, this is the Affirmation in Support of the Notice of Motion to Intervene under FRcvP Rule 24 by The Trustees of The Ad Hoc New Yorker Republican Committee:

   a. Christopher Earl Strunk in esse sui Juris 14th Amendment Natural Born Citizen (NBC) of the United States of America and New Yorker citizen registered to vote in Warren County New York with domicile 141 Harris Avenue Lake Luzerne New York, and

   b. Harold William Van Allen in esse sui Juris 14th Amendment Natural Born Citizen of the United States of America and New Yorker citizen registered to vote in Ulster County New York with domicile 351 North Road Hurley New York

2. This Motion to intervene is submitted under the Court Order (see <u>Exhibit 1</u>) by the Honorable Andrew S. Hanen, United States District Judge (USDJ) of June 18, 2020; and

3. Is under the decisions and order of the Supreme Court of the United State (SCOTUS) pending the Supreme Court's resolution of the consolidated cases considering the government's attempt to rescind the Deferred Action for Childhood Arrivals (DACA) for

illegal aliens as a result of the unconstitutional void ab initio June 15, 2012 Executive Order POTUS Memorandum of defacto POTUS BARACK HUSSEIN OBAMA as Commander-in Chief while under Proclamation 2040 during the ongoing National Banking Emergency Act of 1933 and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b that comply with the Hague Convention and related law accordingly (see Exhibit 2); and

4. Among numerous case inter alia is associated with 18-587 DEPARTMENT OF HOMELAND SECURITY V. REGENTS OF THE UNIVERSITY OF CALIFORNIA see the summary attached marked as Exhibit 3; and

5. That below Trustees contend individually as well as that in New York various clerks of the counties oppose the NYS GREEN LIGHT LAW approved by the Governor of New York Andrew Cuomo notwothstanding the requirement of the State constitution and Election law that non US Citizens may not vote nor may any Governor grant the privilege of citizenship to an illegal alien per se or even a person born on soil of illegal alien citizens of a foreign country aka *anchor baby*, as strictly defined by the Immigration and Naturalization Act unless legally present with the exception for foreign aliens on a student visa whose children are questionably not subject to birth right citizenship subject to the law of the parents homeland under International treaty; and

6. Notwithstanding the rule of law the NDNY Senior USDJ Judge Gary L. Sharpe outrageously over turned New York Decisions see the news article marked Exhibit 4; and

7. Further, Trustees were previously before USDJ Sharpe in 2006 in regards to the HAVA delay of implementation by the NYS Board of Election etal - USDJ Sharpe is an open borders HELP ANYONE TO VOTE federal officer;

8. That Trustees since 2008 contend in many court cases that defacto POTUS poseur BARACK HUSSEIN OBAMA (aka SOEBARKAH) is not only not a Natural Born Citizen not entitled to serve as POTUS, is still an Indonesian citizen having traveled on an

Indonesian passport did not even renounce his Indonesian Citizenship before being a US Senator from Illinois unlike Ted Cruz having been born in Canada who did renounce being subject to the Queen of the United Kingdom; and

9. That Trustees contend that Barack Hussein Obama every act as the defacto POTUS is VOID AB INITIO and has caused immense harm to our nation, and by admissions, including the "I have a pen and phone" statement by malice knew that DACA was beyond the law even by a dejure NBC POTUS nevertheless issued DACA as an act of communist transformation sedition; and

10. That Trustees lodged an Amici brief in the DCD Criminal case USA v. FLYNN 17cr-232 before USDJ Emmet G. Sullivan (see Exhibit 5), and Trustees are in the record in the ongoing Appeal EN BANC of the Mandamus in the DC Circuit; and

11. That in 2014 SOEBARKAH and fellow Senior Executive Service member Doctor Anthony Fauci together illegally financed the CORONAVIRUS Gain-of-Function Research bio-terror weapon outrageously approved to be produced in the PRC / CCP Military Wuhan Labs for warfare release against the USA in 2019 aka COVID-19; and

12. In that regard Strunk Trustee produced a motion to intervene in the NDNY civil case 20-cv-651 now before USDJ Sharpe in the Docket as item 41 (see Exhibit 6) that was denied shown at docket number 42 on 21 July 2020; and

13. That Trustee Strunk has lodged a motion to reconsider on 24 July 2020 see Exhibit 7.

In Conclusion

WE must be granted intervention as material witnesses herein who properly characterize the mess as FOR WANT OF A NAIL WE HAVE LOST OUR NATION. With all due respect to SCOTUS Associate Clarence Thomas told Congress in his Testimony that the SCOTUS declines to hear any cases regarding NATURAL BORN CITIZEN. That must change or else we patriots are doomed are without a country.

## VERIFICATION AFFIDAVIT of INTERVENER STRUNK

STATE OF NEW YORK  )
              SARATOGA  ) ss.
COUNTY OF ~~WARREN~~  )

Accordingly, I, **Christopher Earl Strunk**, being duly so affirm, depose and say under penalty of perjury:

I have read the foregoing MOTION TO INTERVENE with Seven Exhibits under FRcvP Rule 24 into STATE OF TEXAS, *etal,* v UNITED STATES OF AMERICA, *etal* TXSD 18-cv-68 pending the Supreme Court's resolution of the consolidated cases considering the government's attempt to rescind the Deferred Action for Childhood Arrivals (DACA) for illegal aliens as a result of the unconstitutional void ab initio June 15, 2012 Executive Order POTUS Memorandum of defacto POTUS BARACK HUSSEIN OBAMA as Commander-in Chief while under Proclamation 2040 during the ongoing National Banking Emergency Act of 1933 and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b that comply with the Hague Convention and related law accordingly.

This affirmation supports perfecting evidence in the event relief granting standing at trial in the respective district on the injury caused by DACA that takes private property and infringes personal rights otherwise to be protected by others directly under the authority of a dejure Commander-in-chief POTUS, in that time is of the essence with irreparable harm; and

Affirmant knows the contents thereof apply to me as a Plaintiff before this court and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

_____
Christopher Earl Strunk
All Rights Reserved Without Prejudice

That on the 24th day of July in the year 2020 before me the undersigned, a Notary Public in and for said State personally appeared, **Christopher Earl Strunk**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he affirmed and executed the name in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual(s) acted, executed the instrument.

Subscribed and Sworn to before me
This 24th day of July 2020

_____
Notary Public, State of New York

JOELLE L. WARRINGTON
Notary Public, State of New York
Saratoga Co. #01WA6280757
Commission Expires May 13, 20 21

## VERIFICATION AFFIDAVIT of INTERVENER VAN ALLEN

STATE OF NEW YORK )
) ss.
COUNTY OF ULSTER )

Accordingly, I, Harold William Van Allen, being duly so affirm, depose and say under penalty of perjury:

I have read the foregoing MOTION TO INTERVENE with Seven Exhibits under FRcvP Rule 24 into STATE OF TEXAS, *etal*, v UNITED STATES OF AMERICA, *etal* TXSD 18-cv-68 pending the Supreme Court's resolution of the consolidated cases considering the government's attempt to rescind the Deferred Action for Childhood Arrivals (DACA) for illegal aliens as a result of the unconstitutional void ab initio June 15, 2012 Executive Order POTUS Memorandum of defacto POTUS BARACK HUSSEIN OBAMA as Commander-in Chief while under Proclamation 2040 during the ongoing National Banking Emergency Act of 1933 and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b that comply with the Hague Convention and related law accordingly.

This affirmation supports perfecting evidence in the event relief granting standing at trial in the respective district on the injury caused by DACA that takes private property and infringes personal rights otherwise to be protected by others directly under the authority of a dejure Commander-in-chief POTUS, in that time is of the essence with irreparable harm; and

Affirmant knows the contents thereof apply to me as a Plaintiff before this court and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

Harold William Van Allen
All Rights Reserved Without Prejudice

That on the 24th day of July in the year 2020 before me the undersigned, a Notary Public in and for said State personally appeared, Harold William Van Allen, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he affirmed and executed the name in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual(s) acted, executed the instrument.

Subscribed and Sworn to before me
This 24 day of July 2020

Notary Public, State of New York

WENDY L. DUGAN
Notary Public, State of New York
Reg. #01DU6151162
Qualified in Ulster County
Commission Expires