UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

---

STATE OF TEXAS et al.,
Plaintiff,

v.

UNITED STATES OF AMERICA et al.,
Defendant.

Civil Action No. 18-cv-068 (ASH)

---

AFFIRMATION IN SUPPORT OF MOTION TO INTERVENE UNDER FRcvP RULE 24 BY THE TRUSTEES OF THE AD HOC NEW YORKER REPUBLICAN COMMITTEE

# Exhibit 3

**18-587 DEPARTMENT OF HOMELAND SECURITY V. REGENTS OF THE UNIVERSITY OF CALIFORNIA**

DECISION BELOW: 908 F.3d 476

LOWER COURT CASE NUMBER: 18-15068, 18-15069, 18-15070, 18-15071, 18-15072, 18-15128, 18-15133, 18-15134

QUESTION PRESENTED:

This dispute concerns the policy of immigration enforcement discretion known as Deferred Action for Childhood Arrivals (DACA). In 2016, this Court affirmed, by an equally divided Court, a decision of the Fifth Circuit holding that two related Department of Homeland Security (DHS) discretionary enforcement policies, including an expansion of the DACA policy, were likely unlawful and should be enjoined. See *United States v. Texas*, 136 S. Ct. 2271 (per curiam). In September 2017, DHS determined that the original DACA policy was unlawful and would likely be struck down by the courts on the same grounds as the related policies. DHS thus instituted an orderly wind-down of the DACA policy. The questions presented are as follows:

1. Whether DHS's decision to wind down the DACA policy is judicially reviewable.

2. Whether DHS's decision to wind down the DACA policy is lawful.

CONSOLIDATED WITH 18-588 AND 18-589 FOR ONE HOUR ORAL ARGUMENT.

CERT. GRANTED 6/28/2019