UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

STATE OF TEXAS et al. ,
Plaintiff,
v.
UNITED STATES OF AMERICA  et al.,
Defendant.

Civil Action No. 18-cv-068 (ASH)

AFFIRMATION IN SUPPORT OF MOTION TO INTERVENE UNDER FRcvP RULE

24 BY THE TRUSTEES OF THE AD HOC NEW YORKER REPUBLICAN

COMMITTEE

# Exhibit 5

*Ad Hoc New Yorker Republican Committee*
Christopher Earl Strunk
141 Harris Avenue
Lake Luzerne, New York 12846-1721
518-416-8743 Email: strunk@leader.com
Email: suretynomore@gmail.com

*Ad Hoc New Yorker Republican Committee*
c/o Harold William Van Allen
351 North Road
Hurley New York 12443
845-389-4366 Fax 845-331-1925
Email: billvanallen@icloud.com

Angela D. Caesar, Clerk of Court for the
UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
at the Clerk's Office - Criminal Division
333 Constitution Avenue, N.W.,
Washington D.C. 20001
by phone at (202) 354-3060.

Regarding: Criminal Action No. 17-232-EGS  *United States of America v. Michael T. Flynn*

Subject: Filing of the JOINT AMICI CURIAE BRIEF OF CHRISTOPHER EARL STRUNK
AND HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER
JOHN GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR
CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN

The Honorable Clerk of the Court,

Regarding the referenced criminal case, We are filing the Joint Amici Curiae Brief with
Exhibits A through F in compliance with suspension of rules per se promulgated by the
Order Appointing Amicus Curiae shown as Docket number 205 by the Honorable Emmet G.
Sullivan, with a copy at Exhibit A of the Subject notarized Original, Duplicate with two
copies and certificate of service; and We Amici Curiae: Christopher Earl Strunk and
Harold William Van Allen in propria persona, for simplicity we are the *Ad Hoc New
Yorker Republican Committee* with fax 845-331-1925 located at 351 North Road Hurley NY
12443. On May 14, 2020, We served our Notice of Intent to file upon the Defendants Counsel(s) a
copy shown at Exhibit F, and We have not received an objection.

Accordingly, We request that our submission be presented to the Honorable Emmet G. Sullivan
with the duplicate to Special Master John Gleeson for permission to file.

Sincerely,           *Ad Hoc New Yorker Republican Committee*

Dated: May 21, 2020
Lake Luzerne, New York

Christopher Earl Strunk  in propria persona
All Rights Reserved Without Prejudice

Dated: May 21, 2020
Lake Luzerne, New York

Harold William Van Allen  in propria persona
All Rights Reserved Without Prejudice

Attached:  Amici Curiae Brief Original, Duplicate and copies
Certificate of Service

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff,

v.                                                    Criminal Action No. 17-232-EGS

MICHAEL T. FLYNN,

Defendant.

CERTIFICATE OF SERVICE BY U.S. MAIL

WE of the *Ad Hoc New Yorker Republican Committee* HEREBY CERTIFY that on this 21ᵗʰ day May, 2020, caused a true and correct copy of JOINT AMICI CURIAE BRIEF OF CHRISTOPHER EARL STRUNK AND HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN with Exhibit A through F affirmed on 21 May 2020 and a copy of the Letter to the Clerk with request to file annexed to be served upon Defendant's Counsels by first class United States Postal Service mail postage prepaid and by complimentary email marked for delivery to:

Sidney Powell
Molly McCann
Sidney Powell, P.C.
2911 Turtle Creek Blvd.,
Suite 300
Dallas, Texas 75219

Jesse R. Binnall
Lindsay R. McKasson
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32163

Honorable William Barr Attorney General
Robert F. Kennedy Department of Justice Building
950 Pennsylvania Ave NW,
Washington, DC 20530

We of the *Ad Hoc New Yorker Republican Committee* declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct with 28 USC §1746.

Dated: May 21, 2020
Lake Luzerne, New York

_____
Christopher Earl Strunk

Dated: May 21, 2020
Lake Luzerne, New York

_____
Harold William Van Allen

```
                CORINTH
               97 MAIN ST
          CORINTH, NV 12822-9998
              351910-0822
              (800)275-8777
           05/21/2020 04:08 PM

Product           Qty   Unit    Price
                        Price

PM Exp 1-Day       1   $35.70  $35.70
   (Domestic)
   (WASHINGTON, DC  20001)
   (Weight:3 Lb 12.80 Oz)
   (Signature Requested)
   (Scheduled Delivery Day)
   (Friday 05/22/2020 12:00 PM)
   (Money Back Guarantee)
   (USPS Tracking #)
   (EJ103428578US)
PM Exp Insurance               $0.00
   (Up to $100.00 included)
PM 2-Day           1   $7.75   $7.75
Flat Rate Env
   (Domestic)
   (WASHINGTON, DC  20530)
   (Flat Rate)
   (Expected Delivery Day)
   (Tuesday 05/26/2020)
   (USPS Tracking #)
   (9505 5105 5456 0142 2134 45)
Insurance                      $0.00
   (Up to $50.00 included)
PM 2-Day           1   $7.75   $7.75
Flat Rate Env
   (Domestic)
   (ALEXANDRIA, VA  22314)
   (Flat Rate)
   (Expected Delivery Day)
   (Tuesday 05/26/2020)
   (USPS Tracking #)
   (9505 5105 5456 0142 2134 52)
Insurance                      $0.00
   (Up to $50.00 included)
PM 2-Day           1   $7.75   $7.75
Flat Rate Env
   (Domestic)
   (THE VILLAGES, FL  32163)
   (Flat Rate)
   (Expected Delivery Day)
   (Tuesday 05/26/2020)
   (USPS Tracking #)
   (9505 5105 5456 0142 2134 69)
Insurance                      $0.00
   (Up to $50.00 included)
PM 2-Day           1   $7.75   $7.75
Flat Rate Env
   (Domestic)
   (DALLAS, TX  75219)
   (Flat Rate)
   (Expected Delivery Day)
   (Tuesday 05/26/2020)
   (USPS Tracking #)
   (9505 5105 5456 0142 2134 76)
Insurance                      $0.00
   (Up to $50.00 included)

Total:                        $66.70
```

```
Debit Card Remit'd             $66.70
   (Card Name:Debit Card)
   (Account #:XXXXXXXXXXX(4363)
   (Approval #)
   (Transaction #:260)
   (Receipt #:011773)
   (Debit Card Purchase:$66.70)
   (Cash Back:$0.00)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

       Preview your Mail
       Track your Packages
      Sign up for FREE @
    www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

   United States Postal Service
  NOW HIRING at numerous locations
     $16.00 - $19.00 per hour
      depending on position
 Apply online at www.usps.com/careers
       Search by state - NY
       Must apply separately
     for each position desired
  Check daily for new opportunities

    HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

              Go to:
 https://postalexperience.com/Pos

 840-5120-0171-001-00029-50117-02

    or scan this code with
     your mobile device:
```

```
     or call 1-800-410-7420.

      YOUR OPINION COUNTS


Receipt #: 840-51200171-1-2950117-2
Clerk: 6
```

EJ103428578US
9505 5105 5456 0142 2134 45
9505 5105 5456 0142 2134 52
9505 5105 5456 0142 2134 69
9505 5105 5456 0142 2134 76


sidney@federalappeals.com
lmckasson@harveybinnall.com
molly@federalappeals.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff,

v.                                                    Criminal Action No. 17-232-EGS

MICHAEL T. FLYNN,

Defendant.

---

## JOINT AMICI CURIAE BRIEF OF CHRISTOPHER EARL STRUNK AND HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN

**Issues raised:**

- Was Lieutenant General Michael Thomas Flynn's deployment by POTUS / Commander-in-Chief (CINC) done under 50 U.S. Code CHAPTER 15—NATIONAL SECURITY?
- Was Lt. Gen. M.T. Flynn's top secret clearance used in the deployment by CINC?
- Did Lt. Gen. M.T. Flynn's deployment involve the Iron Mountain Plan of 1951?
- Did Lt. Gen. M.T. Flynn's investigation involve Soebarkah / GERMAN DVD that stands for Deutscher Verteidigungs Dienst, or German Defense Service intelligence – that run West German BND and Stasi re: the near and far East?
- Did Lt. Gen. M.T. Flynn's investigation involve Nellie Armstrong Hauke Ohr of Fusion GPS formative years in Washington County Rhode Island coincide as a Newport County Rhode Island Member of the lace curtain Irish Catholic Community?
- Is Lt. Gen. M.T. Flynn as a line officer of the Defense Intelligence Agency (DIA) also a member of the Senior Executive Service (SES)?
- Is Lt. Gen. M.T. Flynn as a line officer under CINC entitled to a USC Title 10 Provost Marshal General *Uniform Code of Military Justice* investigation instead of by SES members?
- Is the conviction of Lt. Gen. M. T. Flynn appealable within the jurisdiction of the United States Court of Appeals for the Armed Forces under the Proclamation 2040 military government of the Emergency Banking Relief Act of 1933?

### Criminal Case Summary https://en.wikipedia.org/wiki/Emmet_G._Sullivan:

In this case of United States of America v. Michael T. Flynn, former national security

adviser to POTUS / CINC Donald J. Trump, was randomly assigned to District Court

Judge Rudolph Contreras in the indictment released on December 1, 2017. On December 7, 2017,

re SES member Peter Strzok the Judge recused himself from sentencing hearings to take place in the Flynn case. Thereafter the case was reassigned to District Court Judge Emmet G. Sullivan.

On December 16, 2019 Judge Sullivan rejected Flynn's claims of entrapment by the FBI and malfeasance by prosecutors after a review of possible case related findings in the SES Michael Horowitz report, and set his sentencing date for January 28, 2020. Judge Sullivan asked prosecutors to present a new sentencing memo. They had previously recommended little or no jail time, but subsequently indicated they might change their position. Flynn filed a motion on January 14, 2020, seeking permission to withdraw his guilty plea, "because of the government's bad faith, vindictiveness, and breach of the plea agreement." On January 16, Judge Sullivan postponed Flynn's sentencing date to February 27. On January 22, Flynn requested he be sentenced to probation and community service if his request to withdraw his guilty plea is not granted. Later in January 2020, senior Department of Justice officials had intervened to recommend Flynn's sentence be reduced from up to six months in jail, in the original recommendation, to probation, without jail time.

On May 7, 2020, the Department of Justice (DOJ) said it would move to drop all charges against Flynn. Per a motion to dismiss filed by Timothy Shea, the acting U.S. Attorney in D.C., the questioning of Flynn by agents, "was untethered to, and unjustified by, the F.B.I.'s counterintelligence investigation into Mr. Flynn." It additionally claimed that the lies Flynn had told to the Federal Bureau of Investigation were not "materially" related to the matter under scrutiny, the alleged Russian interference in the 2016 United States elections. Lead DOJ prosecutor Brandon L. Van Grack withdrew from the case, and no DOJ attorneys who had been involved in the case signed on to Shea's motion. Van Grack had contended in previous filings that the "topics of sanctions went to the heart of the FBI's counterintelligence investigation," and that "any effort to undermine those sanctions could have been evidence of links or coordination between the Trump campaign and Russia." Sidney Powell, Flynn's attorney, claimed that

prosecution filings had been made in "bad faith," and Brady materials had been withheld. Judge Sullivan had previously ruled that Flynn's statements were material to the Russia campaign interference inquiry. It was left to Judge Sullivan to determine whether to dismiss the charges and also to prevent a retrial on the charges. Judge Sullivan had the option of requesting written submissions on the motion and also could determine if additional Brady disclosure materials that should have been provided to the defense could be added to the record. The Department of Justice and big disappointment Attorney General William Barr were widely criticized for moving to drop the charges, an action which was described as "extraordinarily rare, if not unprecedented" and "an assault on the rule of law". Supporting the withdrawal, POTUS said about the career prosecutors, "I hope a lot of people are going to pay a big price because they're dishonest, crooked people.... They're scum — and I say it a lot, they're scum, they're human scum."

On May 12, 2020, Judge Sullivan announced that he would place a hold on the DOJ's move to drop charges against Flynn, and would consider a hearing which could involve "friend of the court" (see **Exhibit A**) input from outside parties with interests and perspectives.  The action by Judge Sullivan appeared to rule out immediate action on the Department of Justice's decision to reverse course and throw out Flynn's December 2017 guilty plea. The judge said "at the appropriate time," he would set a schedule for outside parties to argue against the Justice Department's claims as it moves to drop the charges. Judge Sullivan said amicus briefs may normally be allowed when a party may possess "...unique information or perspective that can help the court" in its decision. He said he would place limits on such argument or testimony since "a criminal proceeding is not a free for all." On May 13, 2020, Judge Sullivan appointed former judge and prosecutor John Gleeson to oppose the DOJ's attempt to drop charges against Flynn and to determine if Flynn committed perjury. Two days earlier, Gleeson had co-written an op-ed with other former law enforcement officials encouraging Judge Sullivan to scrutinize the motion.

**CHRISTOPHER EARL STRUNK TO ASSIST SPECIAL MASTER JOHN GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN**

Affiant Christopher Earl Strunk, with domicile at 141 Harris Avenue Lake Luzerne NY 12846-1721 Phone: 518-416-8743 email: strunk@leader.com, am an actual friend of this Court, expresses gratitude for His Honor's grant of leave to proceed in forma pauperis in the F.O.I.A. case *STRUNK V. U.S. DEPARTMENT OF STATE AND DEPARTMENT OF HOMELAND SECURITY* DCDC No. 1:2008-cv-02234 (RJL), a matter in which I am still in the briar patch about; and even though after 20 plus months there in court have supposedly obtained the only document record for Stanley Ann Dunham, the CIA's custodian for Soebarkah (see **Exhibit B**), despite the shenanigans of Fordham graduate John O. Brennan, the Gus Hall and Aldrich Hazen Ames acolyte, was hired by the State Department to spoliate / cauterize archival records associated with its Pilgrim Society / Muslim Brother / CIA agents among others. As such Affiant is properly labeled a 'birther' who has spent no less than twelve years in contact with patriots like Arizona Sheriff Arpaio special case posse and others as one of my missions with demonstrable cause to safeguard the constitutional term of art 'Natural Born Citizen' - (NBC) a person born on soil of citizen parents as a fundamental matter of allegiance - notwithstanding the cowardly members of the Supreme Court (SCOTUS) perhaps with the exception of Justice Clarence Thomas; and

Further, as if the above set of facts were not enough when the DOS' hired dog ate the homework, on January 20, 2009 at noon when there were multiple lame incompetent over-medicated attempts to administer the constitutional oath of office for President of the United States (POTUS), Affiant then within 72 hrs duly served the return of offer of contract not wishing to contract under terms of the accepted for value format for cause (see **Exhibit C**). Affiant until this day still does not know who Soebarkah is, and as for the over medicated Justice John Roberts who suffers from epileptic seizures that on that day did not want to seize up during the

4

tension of the moment of high noon couldn't even recite the oath when reading it from his cue cards to the supposed constitutional scholar, both of whom got the oath wrong at least twice and without a public audience had to do it privately all over again back at the SCOTUS office that evening. Soebarkah is not NBC, has no Dunham DNA, is not NBC no matter where he was born, certainly not Hawaii, we do not know where thanks to Jihadist John O. Brennan, moreover there was no constitutional oath making everything Soebarkah does is void ab initio- EVERYTHING. Many cases later go figure!

## HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN

Affiant Harold William Van Allen, with domicile at 351 North Road Hurley NY 12443 Phone: 845-389-4366 email: billvanallen@icloud.com, as an actual friend of this Court, expresses gratitude for His Honor's attention to the case Van Allen v. Roberts etal. 17-cv-0517 in the matter of trying to get the SCOTUS to review the Natural Born Citizen - NBC Docket with a minute text order (see **Exhibit D**) dismissed without prejudice:

> MINUTE ORDER dismissing this case without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m) subject to a motion for reconsideration for good cause shown as to why service of process has not yet been completed. Any motion for reconsideration shall be filed by no later than September 29, 2017. Signed by Judge Emmet G. Sullivan on August 29, 2017. (lcegs2)

## CHRISTOPHER EARL STRUNK AND HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN

Affiants have been involved with defending the viability of the New York State Constitution and decennial redistricting in the matter of suffrage and association for decades. One important case for a preliminary injunction was brought by Plaintiff Green Party of New York State, a political party, and its members challenging the validity of New York's voter enrollment scheme on May 30, 2003 the United States District Court for the Eastern District of New York (Gleeson, J.) granted plaintiffs a preliminary injunction. *Green Party v. N.Y. State Bd.*

*of Elections,* 267 F.Supp.2d 342 (E.D.N.Y. 2003). At trial Affiants observed Judge Gleeson's dissatisfaction with the delimited nature of the complaint presented by Plaintiff's counsels of the Brennan Center for Justice at New York University School of Law, New York, New York, of counsel, and so Affiants as a matter of equal protection to strengthen the survival of the injunction, we broadened the number of plaintiffs by brining and opportunity for interveners: the New York State Right to Life Party. the Liberal Party of the State of New York, Libertarian Party of New York, and Marijuana Reform Party of the State of New York; and thereafter those other political parties moved and were granted leave to intervene and in an order dated September 18, 2003 the district court revised the injunction to include the intervenors. to wit Defendants  New York State Board of Elections and its Commissioners appeal the district court's grant of the preliminary injunction in favor of plaintiffs and intervenors-plaintiffs.

On appeal, Circuit Judge Cardamone in conclusion affirmed accordingly that the district court did not abuse its discretion when it granted plaintiffs' motion for a preliminary injunction, as plaintiffs would have suffered irreparable harm were an injunction not to issue; and, further, plaintiffs had a substantial likelihood of success on the merits of their suit challenging the constitutionality of New York State's Election Law § 5-302(1).

**CHRISTOPHER EARL STRUNK AND HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN GLEESON WITH INFORMATION EXPERTISE AND INSIGHT**

**In explanation regarding the Iron Mountain Plan of 1951:**

The Truman administration foreign policy [1] after dropping the Second Nuclear Bomb on Nagasaki lead to the British / Churchill Fulton Missouri Iron Curtin speech initiation of the Cold War and efforts to safeguard all records in anticipation of all out nuclear war that thus transformed Ulster and Dutchess County New York mines and caves [2] and that Truman supported elimination of war by relinquishing all national sovereignty in favor of global

---

[1] https://millercenter.org/president/truman/foreign-affairs

[2] https://www.newyorker.com/business/currency/the-many-lives-of-iron-mountain/amp

governance of the United Nations thereafter warned of by then President Eisenhower in his farewell *beware of the Military Industrial Complex* (MIC) January 17, 1961 speech, that thereafter Truman's Defense Secretary Admiral James Vincent Forrestal's [3] aid de camp JFK opposed in his September 20, 1963 speech to the UN General Assembly [4] opposed the 1951 secret Truman plan per se that was published during the LBJ Administration in 1967 [5] [6] with calls for world peace elimination of nation states in favor of Global UN governance.

### In explanation regarding the 'Deep State' listed in the Plum Book:

The post civil war 14th amendment administrative federal government that transformed the spoils system overlaid after the deaths of Lincoln, Garfield and McKinley from the 1913 temporary monetary emergency was made perpetual in 1928 and with the 1933 FDR Proclamation 2040 Military Government under the Emergency Banking Relief Act is now an extra-constitutional permanent state within a state [7] *of United States Government Policy and*

---

[3] James V. Forrestal, in full James Vincent Forrestal, (born February 15, 1892, Beacon, New York, U.S.—died May 22, 1949, Bethesda, Maryland), first U.S. secretary of defense (1947–49). Earlier, in the Navy Department, he directed the huge naval expansion and procurement programs of World War II.

[4] https://www.jfklibrary.org/archives/other-resources/john-f-kennedy-speeches/united-nations-19630920

[5] https://en.wikipedia.org/wiki/The_Report_from_Iron_Mountain

[6] According to a secret report, a 15-member panel, called the Special Study Group, was set up in 1963 to examine what problems would occur if the United States entered a state of lasting peace. They met at an underground nuclear bunker called Iron Mountain (as well as other, worldwide locations) and worked over the next two years. A member of the panel, one "John Doe", a professor at a college in the Midwest, decided to release the report to the public.

The heavily footnoted report concluded that peace was not in the interest of a stable society, that even if lasting peace "could be achieved, it would almost certainly not be in the best interests of society to achieve it." War was a part of the economy. necessary to conceive a state of war for a stable economy. The government, the group theorized, would not exist without war, and nation states existed in order to wage war. War served the vital function of diverting collective aggression. They recommended "credible substitutes" and paying a "blood price" to emulate the economic functions of war. Prospective government-devised alternatives to war included reports of alien life-forms, the reintroduction of a "euphemized form" of slavery "consistent with modern technology and political processes", and - one deemed particularly promising in gaining the attention of the malleable masses - threat of "gross pollution of the environment".

[7] The term Deep State disambiguation is a political situation in a country when an internal organ does not respond to the political leadership coined by Peter Dale Scott (born 11 January 1929) who is a Canadian-born poet, academic, and former diplomat best known for his critiques of deep politics and American foreign policy since the era of the Vietnam War. Although trained as a political scientist. A deep state (from Turkish: *derin devlet*), also known as a state within a state, is a type of governance made up of

*Supporting Positions* the list of which, the Plum Book, originated in 1952 during the Eisenhower administration and is perhaps his more important legacy disclosure. For twenty years, the Democratic Party had controlled the federal government. When President Dwight Eisenhower took office, the Republican Party requested a list of government positions that the new president could fill. The next edition of the Plum Book appeared in 1960 and has since been published every four years, just after the presidential election, as a publication of the Senate's Committee on Governmental Affairs and the House of Representatives' Committee on Government Reform. The Plum Book is published after each Presidential election, now lists over 10000 federal civil service leadership and support positions in the legislative branch and the executive branch of the federal government that may be subject to noncompetitive appointment nationwide, commonly called political appointments. The Plum Book covers positions such as agency heads and their immediate subordinates, policy executives and advisors, and aides who report to these officials. The Plum Book is used to identify presidentially nominally appointed positions within the present unconstitutional federal government.

**In explanation regarding the Senior Executive Service (SES)** is a position classification in the civil service of the United States federal government, equivalent to general officer or flag officer ranks in the U.S. Armed Forces. It was created in 1979 when the Civil Service Reform Act of 1978 went into effect under Trilateral Commission's corporatist President Jimmy Carter whose accommodation merger with the global Five-Eyes national security MIC apparatus best illustrated by the Queens *Golden Share* in her Privy council's Serco Inc. served by SES inside traders with impunity using the  Office of Personnel Management and related offices designed to be a corps of executives selected for their leadership qualifications, serving in key positions just

---

networks of power operating independently of a state's political leadership in pursuit of their own agenda and goals. In popular usage, the term carries an overwhelmingly negative context although this does not reflect scholarly understanding. Potential sources for deep state organization include organs of state, such as the armed forces or public authorities (intelligence agencies, police, secret police, administrative agencies, and government bureaucracy)..

below the top Presidential appointees as a link between them and the rest of the Federal (civil service) workforce. SES positions are considered to be above the GS-15 level of the General Schedule, and below Level III of the Executive Schedule. Career members of the SES ranks are eligible for the Presidential Rank Awards program that remains the seditious foreign existential burr under Mr. Donald J. Trump's saddle to be removed by a patriot building a legacy.

Up to 10% of SES positions can be filled as political appointments rather than by career employees. About half of the SES is designated "Career Reserved", which can only be filled by career employees. The other half is designated "General", which can be filled by either career employees or political appointments as desired by the administration. Due to the 10% limitation, most General positions are still filled by career appointees.

Senior level employees of several agencies are exempt from the SES but have their own senior executive positions; these include the Federal Bureau of Investigation, Central Intelligence Agency, Defense Intelligence Agency, National Security Agency, Transportation Security Administration, Federal Aviation Administration, Government Accountability Office, Members of the Foreign Service, and government corporations.

## SUMMARY OF JOINT AMICI CURIAE BRIEF OF INFORMATION EXPERTISE AND INSIGHT RELEVANCE FOR SPECIAL MASTER JOHN GLEESON CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN

Affiants have been involved in United States Court of Appeals for the Armed Forces (CAAF) with three cases 2016 first vote counting case, 2016 Strunk and Phelps in the military government gross dereliction of duty by General Milley complaint and Affiants attempt to prevent vote fraud in 2018  (see **Exhibit E**).

The injury in the 2020 election cycle by SES / DVD / DNC / CCP etal ongoing coup with money laundering: Russia Russia Russia / Ukraine Ukraine Ukraine / Impeach Impeach Impeach / Virus Virus Virus / Mail-in-Vote Mail-in-Vote Mail-in-Vote / Flynn Flynn Flynn / foreign tortuous interference with New York suffrage **NOTICE OF INTENT TO FILE** (see **Exhibit F**).

## JOINT AMICI CURIAE BRIEF VERIFICATION AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF WARREN ) S. Saratoga

Accordingly, I, Christopher Earl Strunk, being duly sworn, depose and say under penalty of perjury:

I have read the foregoing JOINT AMICI CURIAE BRIEF on the duties of a special master for the Military Government within provisions of the USC Title 10 Military and related law during the ongoing National Banking Emergency and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b that comply with the Hague Convention and related law to safeguard Defendant's rights.

Pursuant to remedy provided by Congress under 50 USC App. 17, this affirmation supports perfecting evidence at trial in the respective district court concurrent with a criminal investigation warranted done by the U.S. Army provost marshal general under the ongoing National Emergency or time of war that takes private property and infringes personal rights otherwise to be protected by others directly under the authority of the Commander-in-chief POTUS, in that time is of the essence with irreparable harm; and

Affirmant knows the contents thereof apply to me as a friend of this court by and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

Christopher Earl Strunk in esse Sui juris
All Rights Reserved Without Prejudice

Subscribed and Sworn to before me
This 21 day of May 2020

Notary Public,
STATE OF NEW YORK
FAIRLENE G. RABENDA
QUALIFIED IN DUTCHESS COUNTY
REG # 01 RA5061914
COMM EXP 6/17/2022

STATE OF NEW YORK )
COUNTY OF ULSTER ) S. Saratoga

Accordingly, I, Harold William Van Allen, being duly sworn, depose and say under penalty of perjury:

I have read the foregoing JOINT AMICI CURIAE BRIEF on the duties of a special master for the Military Government within provisions of the USC Title 10 Military and related law during the ongoing National Banking Emergency and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b that comply with the Hague Convention and related law to safeguard Defendant's rights.

Pursuant to remedy provided by Congress under 50 USC App. 17, this affirmation supports perfecting evidence at trial in the respective district court concurrent with a criminal investigation warranted done by the U.S. Army provost marshal general under the ongoing National Emergency or time of war that takes private property and infringes personal rights otherwise to be protected by others directly under the authority of the Commander-in-chief POTUS, in that time is of the essence with irreparable harm; and

Affirmant knows the contents thereof apply to me as a friend of this court by and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

Harold William Van Allen in esse Sui juris
All Rights Reserved Without Prejudice

Subscribed and Sworn to before me
This 21 day of May 2020

Notary Public
STATE OF NEW YORK
FAIRLENE G. RABENDA
QUALIFIED IN DUTCHESS COUNTY
REG # 01RA5061914
COMM EXP 6/17/20

10

JOINT AMICI CURIAE BRIEF OF CHRISTOPHER EARL STRUNK AND
HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN
GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR
CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN

# <u>Exhibit A</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

MICHAEL T. FLYNN,

           Defendant.

Crim. Action No. 17-232 (EGS)

## ORDER APPOINTING *AMICUS CURIAE*

Upon consideration of the entire record in this case, it is hereby

**ORDERED** that the Court exercises its inherent authority to appoint The Honorable John Gleeson (Ret.) as *amicus curiae* to present arguments in opposition to the government's Motion to Dismiss, ECF No. 198, *see, e.g.*, *United States v. Fokker Servs. B.V.*, 818 F.3d 733, 740 (D.C. Cir. 2016); *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008); it is further

**ORDERED** that *amicus curiae* shall address whether the Court should issue an Order to Show Cause why Mr. Flynn should not be held in criminal contempt for perjury pursuant to 18 U.S.C. § 401, Federal Rule of Criminal Procedure 42, the Court's inherent authority, and any other applicable statutes, rules, or controlling law.

SO ORDERED.

Signed:     Emmet G. Sullivan
            United States District Judge
            May 13, 2020

JOINT AMICI CURIAE BRIEF OF CHRISTOPHER EARL STRUNK AND
HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN
GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR
CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN

# <u>Exhibit B</u>



United States Department of State

*Washington, D.C.   20520*

JUL 2 9 2010

In reply refer to:
CA/PPT/L/LE – Case Control Number: 200807238

Christopher E. Strunk
593 Vanderbilt Avenue, #281
Brooklyn, NY 11238

Dear Mr. Strunk:

The following is in response to your request to the Department of State, dated November 22, 2008, requesting the release of material under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

We have completed a search for records responsive to your request. The search resulted in the retrieval of six documents that are responsive to your request. After careful review of these documents, we have determined that all six documents may be released in full.

We did not locate a 1965 passport application referenced in an application for amendment of passport that is included in the released documents. Many passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration.

Passport records typically consist of applications for United States passports and supporting evidence of United States citizenship. Passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc., since this information is entered into the passport book after issuance.

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

P 1

FORM APPROVED
BUDGET BUREAU NO. 47-R117.5

**DEPARTMENT OF STATE**
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

POST  Djakarta, Indonesia

**APPLICATION FOR**

☑ RENEWAL  ☐ AMENDMENT  ☐ EXTENSION
OF

☐ REFERRED TO DEPARTMENT FOR ACTION
☑ RENEWED (EXTENDED) TO Jul.18,1970
☐ AMENDED AS REQUESTED

☑ PASSPORT  ☐ CARD OF IDENTITY
☐ REGISTRATION  ☐ CERTIFICATE OF IDENTITY

$ 5.00 FEE COLLECTED
☐ NO FEE COLLECTED

Document No. ▒▒▒▒▒▒  Date Issued JULY 19 1965

SUETORO (LAST NAME)

(PLEASE PRINT NAME IN FULL)
(FIRST NAME) (MIDDLE NAME) (LAST NAME)
I, Stanley Ann Dunham Soetoro, a citizen of the United States, do hereby apply for the service indicated above. (If amendment, set forth details on REVERSE.)

DATE OF BIRTH (Month, day, year) ▒▒▒▒ 1942  PLACE OF BIRTH Wichita, Kansas

NOW RESIDING AT Djakarta, Indonesia

UNITED STATES RESIDENCE (Street address, city, county, state)

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
Stanley Armour Dunham, Bank of Hawaii, Honolulu

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?
IF THE ANSWER IS YES, EXPLAIN WHEN AND WHY

N O

STANLEY (FIRST NAME)
TO BE PRINTED IN FULL

ANN (MIDDLE NAME)

DUNHAM

PROPOSED TRAVEL PLANS | IF RETURNING TO U. S. COMPLETE THE FOLLOWING

I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN ___ YEARS Indefinite ___ MONTHS

PORT OF DEPARTURE

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE INDEFINATE - MARRIED TO AN INDONESIAN CITIZEN

NAME OF SHIP OR AIRLINE

DATE OF DEPARTURE

I have not (and no other person included or to be included in the passport or documentation has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against; or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included in the passport or documentation, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

Stanley Ann Dunham Soetoro
(To be signed by Applicant)

Subscribed and Sworn to (affirmed) before me this 13th day of August 13 , 19 68

(SEAL)
Vice  Consul  of the United States at Djakarta, Indonesia ▒▒▒▒ F. S. Forte

(The Department will assume that the consular officer, forwarding the application for the Department's decision, is fully satisfied as to the applicant's identity unless a notation to the contrary is made.)

FORM FS-299
7 - 64

PAGE 2

## AMEND TO INCLUDE (EXCLUDE) (WIFE)(HUSBAND)

| NAME | BIRTHPLACE | BIRTHDATE |
|------|------------|-----------|
| | | |

| SPOUSE WAS PREVIOUSLY MARRIED TO | PREVIOUS MARRIAGE TERMINATED BY |
|----------------------------------|---------------------------------|
| | ☐ DIVORCE   ☐ DEATH |

| NUMBER OF MY SPOUSE'S PREVIOUS PASSPORT *IN DO* | DISPOSITION OF MY SPOUSE'S PREVIOUS PASSPORT ☐ ATTACHED   ☐ CANCELED _____ (DATE) |
|---|---|

## AMEND TO INCLUDE (EXCLUDE) CHILDREN

| NAMES | RESIDENCE | BIRTHPLACE | BIRTHDATE |
|-------|-----------|------------|-----------|
| BARACK HUSSEIN OBAMA (See back of A) | | | |
| | | | |
| | | | |

## AMEND TO READ IN MARRIED NAME

| NAME |
|------|
| |

| DATE MARRIED | PLACE MARRIED | MARRIED TO |
|--------------|---------------|------------|
| | | |

CITIZENSHIP OF HUSBAND   ☐ U. S. CITIZEN   ☐ ALIEN-CITIZEN OF _____

## OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept.)

THE ☐ PASSPORT
☐ CARD OF IDENTITY      WAS
☐ CERTIFICATE

☐ RENEWED TO _____   DATE _____
☐ AMENDED AS REQUESTED
☐ EXTENDED TO _____

AUTHORITY _____                    (Consul of the United States of America)

| (STAPLE HERE) | x (Photo required for inclusions) STAPLE ONE PHOTO HERE DO NOT MAR FACE The passport photos required must be approximately 2½ by 2½ inches in size; be on thin unglazed paper; show full front view of applicant with a plain, light background; and have been taken within 2 years of date submitted. When dependents are included they should be shown in a group photograph. The consul will not accept photos that are not a good likeness. Color photographs are acceptable. Do not staple second photo. Attach loosely by paper clip. x | (STAPLE HERE) | x OPINION OF CONSULAR OFFICER x (Consul of the United States of America) |
|---|---|---|---|

FORM 7 - 64   FS-299

In certain cases specific authorization by the Department will be required. In these cases an extra copy of the form should be prepared. Upon receipt of the Department's reply the extra copy should be transmitted with a notation of the action taken.

AVOID THE LAST
MINUTE RUSH                    (PLEASE TYPE OR PRINT)        DON'T PUT IT OFF
                                                             APPLY NOW

DEPARTMENT OF STATE
APPLICATION FOR PASSPORT BY MAIL
Your previous passport issued within the past eight years, two signed
photographs and the fee of $10 MUST accompany this application.

(Passport Office Use Only)
R □  N° □  F □ END  **030097**

**P2**

**SERIES**
**C**

JAN 4 '72

DEPARTMENT OF STATE
HONOLULU, HAWAII

**A**

(First name)        (Middle name)        (Last name)

*Stanley Ann Dunham Soetoro*

a citizen of the United States, do hereby apply to the Department of State for a passport.

MAIL PASSPORT TO:

IN CARE OF (if applicable)  *Stanley Dunham*

STREET

CITY  *Honolulu*  STATE  *Hawaii*  ZIP CODE

PHONE NOS.  Area Code:       Home

DATE OF BIRTH:   PLACE OF BIRTH (City, State, Province, Country)
(Month)  (Day)  (Year)
          *42 Wichita, Kansas*

HEIGHT        COLOR OF HAIR    COLOR OF EYES   APPROXIMATE DATE OF
*5 FT 5½ IN*  (Spell out)      (Spell out)     DEPARTURE
              *Brown*          *Brown*         *1972*

VISIBLE DISTINGUISHING MARKS        OCCUPATION
                                    *Teacher*

**B**

MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED
Issue Date  *1965*                SOCIAL SECURITY NUMBER

MY PERMANENT RESIDENCE (If same as mailing address, write "Same")
*DTL TAMAN MATRAMAN BARAT*          IF YOU WERE BORN ABROAD, WERE BOTH OF YOUR PARENTS U.S.
*20 PAV. DJAKARTA, INDONESIA*       CITIZENS AT THE TIME OF YOUR BIRTH?
                                    □ Yes   □ No

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Do not show name of a person who will accompany you when traveling)
(Name in full)              (Relationship)        (Street address, City, State, ZIP Code)
*STANLEY A. DUNHAM*         *FATHER*              *HONOLULU*

**C**

PROPOSED TRAVEL PLANS

PURPOSE OF TRIP           MEANS OF TRANSPORTATION  Sea  Air  Other    COUNTRIES TO BE VISITED
*RETURN HOME*             Departure  □   ☑   □
PROPOSED LENGTH OF STAY   Return                            *INDONESIA*
*INDEFINATE*              DO YOU EXPECT TO TAKE ANOTHER TRIP ABROAD?
NO. OF PREVIOUS TRIPS ABROAD   ☑ Yes  □ No  IF SO, WITHIN  □ 1 year
WITHIN LAST 12 MONTHS                                       □ 2 Years

**D**

WARNING: False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under
the provisions of 18 USC 1001 and/or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or
imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544.
I have not since acquiring United States citizenship, been naturalized as a citizen of a foreign state, taken an oath, or made an affirmation or other formal declaration of alle-
giance to a foreign state, entered or served in the armed forces of a foreign state, accepted or performed the duties of any office, post, or employment under the Government of
a foreign state or political subdivision thereof, made a formal renunciation of nationality either in the United States, or before a diplomatic or consular officer of the United
States in a foreign state, ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of
committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United
States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.
(If any of the above mentioned acts or conditions have been performed by or apply to the applicant, the portion
which applies should be struck out, and a supplementary explanatory statement should be attached, signed and
made a part of this application.)

DECLARATION
I declare under the penalties of 18 USC 1001 and 1542 (see WARNING above) that the statements made in this
application are true and complete to the best of my knowledge and belief. I further declare that I will support
and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true
faith and allegiance to the same, and that I take this obligation freely without mental reservation or purpose of
evasion.

*Dec 4, 1972*                    *S. Ann Dunham Soetoro*
(Date)                           (Signature of applicant)

(Passport Office Use Only)

FORM  DSP-82

FORM APPROVED
BUDGET BUREAU NO. 47-R017

DEPARTMENT OF STATE
## REQUEST BY UNITED STATES NATIONAL FOR AND REPORT OF EXCEPTION TO SECTION 53.1, TITLE 22 OF THE CODE OF FEDERAL REGULATIONS

### REQUEST

I have been informed that my passport is not valid and that a valid passport is required by law to enter the United States. I request that an exception be granted to me, as provided in Section 53.2(h), Title 22 of the Code of Federal Regulations. I understand that a fee of $25 is required under Section 53.2(h) and I will remit such fee to the Passport Office, Department of State, Washington, D. C., 20524, within 30 days.

_Stanley Ann Dunham Soetoro_
(Signature)

### REPORT - Pursuant to Section 215 of the Immigration and Nationality Act of 1952

TO:
Director, Passport Office
Department of State
Washington, D. C. 20524
Attn: PT/AC

### SUBJECT

| NAME | DESCRIPTION |
|---|---|
| STANLEY ANN SOETORO | 5'6" Brown Brown 135 lb. |

HOME ADDRESS: Djalan Taman ████████, Djakarta, Indonesia
(Honolulu, ████████████, c/o Stanley Dunham) ████████

| BIRTHDATE ██1942 | NATURALIZATION DATE N. A. | PASSPORT NO., DATE AND PLACE OF ISSUANCE ████████ |
|---|---|---|
| BIRTHPLACE Wichita, Kansas | | Honolulu, Hawaii |

### DEPARTURE FROM UNITED STATES

| DATE AND PLACE OF DEPARTURE ████ Honolulu, Hawaii | DESTINATION Djakarta, Indonesia |
|---|---|
| FLIGHT NUMBER OR VESSEL ████ | NAME OF CARRIER Japan Airlines |

### TRAVEL TO UNITED STATES

| DATE AND PLACE OF DEPARTURE FROM ABROAD ████1971, Djakarta, Indonesia | IDENTITY DOCUMENTS PRESENTED Passport as shown above ████ |
|---|---|
| FLIGHT NUMBER OR VESSEL ████ | NAME OF CARRIER Pan American Airways |
| DATE AND PLACE OF ENTRY ████ Honolulu, Hawaii | DESTINATION Honolulu, Hawaii |

### ACTION TAKEN

Identity and citizenship established.

Exception granted under 22 CFR 53.2(h).

OCT 21 1971
(Inspector's Stamp)

| PLACE (Immigration and Naturalization Service) HONOLULU, HAWAII | SIGNATURE (Immigration Officer) _Leonard ____ |
|---|---|

FORM 63-1123

FORM APPROVED   BUDGET BUREAU NO. 47-R059.8

DEPARTMENT OF STATE
**APPLICATION FOR AMENDMENT OF PASSPORT**

(Passport Office Use Only)

Amend as shown in section:

☐ B   ☐ C   ☐ D   ☒ E   ☐ F
☐ Add visa pages.
☐

P 3

**INSTRUCTIONS:** All requests for inclusion of persons must be sworn to (or affirmed) before an Agent of the Department of State or Clerk of Court. Photographs, which meet the requirements below, and evidence of citizenship must be submitted for all persons to be included by this amendment. If such persons have had, or been included in, a previous passport, it should be submitted instead of other documents, and Section G completed.

## A

PASSPORT NO. OF APPLICANT

DATE ISSUED   July 19, 1965

MAIL PASSPORT TO

STREET

CITY   Honolulu   STATE   Hawaii   96822

IN CARE OF

(PLEASE PRINT NAME IN FULL)
(First name)   (Middle name)   (Last name)

I, Stanley Ann Soetoro, a citizen
of the United States, do hereby request that my passport, which is enclosed, be amended as indicated below.

**BIRTH CERTIFICATE(S) SEEN**

CHILDREN'S   (WIFE'S)   (HUSBAND'S)
FILED   SR   CR   CITY   FILED   SR   CR   CITY

MARRIAGE CERT.   NAT'N. CERT.   ☐ OTHER
☒ SR & R   ☐ SR & R

(Carter
6-27-67

## B

INCLUDE MY CHILD(REN), AS FOLLOWS: (Also complete Section H if child(ren) acquired citizenship by naturalization, and have not had a previous passport.)

| NAME IN FULL | PLACE OF BIRTH (City, State) | DATE OF BIRTH |
|---|---|---|
|  |  |  |
|  |  |  |

(Photo requirements for inclusion)

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

Photos must be ONLY of persons to be included by this amendment. The two photos must be duplicates, approximately 2½ by 2½ inches in size; be on thin, unglazed paper with a plain, light background and have been taken within 2 years of date submitted. Photos should be front view, but not full-length, and may not be snapshot, Polaroid, acetate or film base prints. When more than 1 person is to be included, a group photo is required. Color photos are acceptable.

DO NOT STAPLE SECOND PHOTO
ATTACH BY PAPER CLIP

## C

INCLUDE MY (WIFE) (HUSBAND), AS FOLLOWS: (Also complete Section H if (wife) (husband) acquired citizenship by naturalization, and/or Section I if wife was previously married before March 3, 1931.)

(WIFE'S) (HUSBAND'S) FULL LEGAL NAME   PLACE OF BIRTH (City, State)

DATE OF BIRTH   DATE OF MARRIAGE

## D

EXCLUDE PERSONS, AS FOLLOWS:

☐ MY WIFE
☐ MY HUSBAND
☐ MY CHILDREN (Give name(s))

WHO IS/ARE
☐ TO APPLY FOR SEPARATE PASSPORT
☐ NOT TO ACCOMPANY
☐

## E

CHANGE TO READ IN MARRIED NAME, AS FOLLOWS:

MARRIED NAME   Stanley Ann Soetoro   Soetoro

PLACE OF MARRIAGE (City, State)   Molokai, Hawaii   DATE OF MARRIAGE   65

HUSBAND'S NAME IN FULL   Lolo Soetoro   WHO IS   ☐ A UNITED STATES CITIZEN
☒ A CITIZEN OF   Indonesia

## F

CHANGE TO READ AS FOLLOWS:

## G

(CHILD(REN'S) (WIFE'S) (HUSBAND'S) LAST U. S. PASSPORT

NUMBER   DATE ISSUED

IN NAME OF   ☐ IS SUBMITTED HEREWITH
☐ OTHER DISPOSITION (State)

FORM DSP-19
7 - 64

(OVER)

**H** TO BE COMPLETED BY AN APPLICANT REQUESTING INCLUSION IN THE PASSPORT OF A RELATIVE WHO ACQUIRED CITIZENSHIP THROUGH NATURALIZATION

| MY THE U. S. ON (Month, day, year) | IMMIGRATED TO | ACQUIRED U. S. CITIZENSHIP ON (Month, day, year) | THROUGH THE NATURALIZATION OF |
|---|---|---|---|
| | | | ☐ SELF    ☐ PARENT    ☐ FORMER HUSBAND |

| WHO WAS NATURALIZED BEFORE THE (Name of court) | LOCATED IN (City, State) |
|---|---|
| | |

AS SHOWN BY THE ACCOMPANYING CERTIFICATE OF NATURALIZATION NO.

**I** TO BE COMPLETED BY AN APPLICANT WHOSE WIFE WAS PREVIOUSLY MARRIED BEFORE MARCH 3, 1931, AND WHO IS TO BE INCLUDED IN PASSPORT (If married more than twice, set forth facts in a supplemental statement)

| HER MAIDEN NAME WAS | DATE OF PREVIOUS MARRIAGE |
|---|---|
| | |

| NAME OF FORMER HUSBAND | PLACE OF PREVIOUS MARRIAGE |
|---|---|
| | |

| FORMER HUSBAND'S PLACE OF BIRTH | MARRIAGE WAS TERMINATED BY    ☐ DEATH    ☐ DIVORCE | DATE |
|---|---|---|
| | | |

**J** IN THE EVENT OF DEATH OR ACCIDENT NOTIFY

| NAME IN FULL | RELATIONSHIP | STREET ADDRESS, CITY, STATE |
|---|---|---|
| | | |

**K**     I have not (and no other person included or to be included in the passport has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

*(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included or to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)*

I solemnly swear (affirm) that the statements herein made are true and that I have not previously asked to have these additional persons included in my passport; that they are not now in possession of valid passports, and that they have not made application for passports and been refused.

X _Stanley Ann Soto~_
(Signature of Applicant)

Subscribed and sworn to (affirmed) before me this _____ day of _____, 19 _____

_____
(Agent, Department of State or Clerk of Court)

(PLEASE PRINT OR TYPE - PENCIL NOT ACCEPTABLE) | For Department Decision

**DEPARTMENT OF STATE**
**APPLICATION FOR** ☒ **PASSPORT** ☐ **REGISTRATION**

Complete ALL entries in all sections that apply to you. If information is unknown, write "Unknown". Do not leave blank spaces. Use additional sheets where space provided is not adequate.

POST LOCATION **Jakarta, Indonesia**

POST ACTION
PASSPORT ISSUED
No. ~~(redacted)~~
Date **June 2, 1976**
Expires **June 1, 1981**

REGISTRATION APPROVED **P4**
Date _____
Expires _____

**A**

**TO BE COMPLETED BY ALL APPLICANTS**

(First name)    (Middle name)    (Last name)
I, **STANLEY    ANN,    SOETORO**, a citizen
DUNHAM
of the United States, do hereby apply for (a passport) (registration)

☒ S3 Application fee collected
☒ S10 Fee collected
☐ No Fee passport
☐ Official passport

CARD OF IDENTITY AND REG.
No. _____
Date _____
☐ S3 fee collected (for card)
☐ 48-page passport

DATE OF BIRTH
Month | Day | Year
~~(redacted)~~ **42**

PLACE OF BIRTH (City, state/province, country)
**WICHITA, KANSAS, USA**

MY LAST PASSPORT WAS OBTAINED FROM
(Note: If included in another's passport, state name of bearer)
Location of Issuing Office | Date of Issuance
**HONOLULU** ~~(redacted)~~ **1972**

HEIGHT
**5** Ft. **5½** in.

COLOR OF HAIR (Spell out)
**BROWN**

COLOR OF EYES (Spell out)
**BROWN**

SOCIAL SECURITY NO.
~~(redacted)~~

☒ Cancelled and returned
☐ Seen and returned
☐ Other disposition (state)

VISIBLE DISTINGUISHING MARKS
**NONE**

OCCUPATION **GRAD.**
**STUDENT**

NOW RESIDING AT **BJL. HADJI ROMLI 23**
**MENTENG DALAM, JAKARTA**

MY LAST REGISTRATION AS A CITIZEN
OF THE UNITED STATES WAS APPROVED
Location of Registering Office | Date of Registration

PERMANENT RESIDENCE (Street address, city, state) (If same as above,
~~(redacted)~~ **HONOLULU, HAWAII**

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
**STANLEY   DUNHAM (FATHER) 1617 S. BERETANIA # 1008 HONOLULH H**
ZIP **96814**

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☒ No
IF ANSWER IS "YES", EXPLAIN WHEN AND WHY

**B**

**TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION**

I IMMIGRATED TO THE U.S.
(Month, year)

I RESIDED CONTINUOUSLY IN THE U.S.
From (Year) | To (Year)

NATURALIZATION CERTIFICATE NO.
☐ Submitted herewith
☐ Seen and returned
☐ Previously submitted

PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED

**C**

**COMPLETE ONLY IF OTHERS ARE TO BE INCLUDED IN PASSPORT OR REGISTRATION AND SUBMIT GROUP PHOTOGRAPH**

(WIFE'S) (HUSBAND'S) FULL LEGAL NAME
☐ NATIVE BORN
☐ NATURALIZED

NATURALIZATION CERTIFICATE NO.
☐ Seen and returned

PLACE NATURALIZED (City, state) | NATURALIZATION COURT | DATE NATURALIZED

(WIFE'S) (HUSBAND'S) PLACE OF BIRTH (City, State or Province, Country) | DATE OF BIRTH (Mo., Day, Year)

| NAME IN FULL OF CHILDREN INCLUDED | PLACE OF BIRTH (City, state/province, country) | DATE OF BIRTH (Month, day, year) | RESIDED IN U.S. (From-To) |
|---|---|---|---|
| | | | |

**D**

**EVIDENCE OF PRIOR DOCUMENTATION OF ABOVE-NAMED PERSONS TO BE INCLUDED (For completion by Consular Office)**

| NAMES | PASSPORT NO. | DATE OF ISSUE | CANCELED OR OTHER DISPOSITION | DATE OF REGISTRA- TION OR BIRTH REPORT | LOCATION OF OFFICE |
|---|---|---|---|---|---|
| | | | | | |

**E**

OTHER EVIDENCE OF U.S. CITIZENSHIP PRESENTED (State disposition)

FORM FS-176
9-74

(OVER - YOU MUST COMPLETE PAGE 2)

FORM APPROVED    BUDGET BUREAU NO. 47-R0012

FORM FS-175   9-74

PAGE 2

**F**

| FATHER'S NAME | FATHER'S PLACE OF BIRTH (City, State, Province or Country) | ☑ U.S. CITIZEN |
|---|---|---|
| STANLEY DUNHAM | WICHITA, KANSAS | ☐ NOT U.S. CITIZEN |

| DATE NATURALIZED | PLACE NATURALIZED (City, state) |
|---|---|

| FATHER'S DATE OF BIRTH ~~1918~~ | ☐ FATHER DECEASED ☑ FATHER RESIDING AT HONOLULU, HI | FATHER RESIDED IN U.S. From BIRTH To PRESENT |
|---|---|---|

| MOTHER'S MAIDEN NAME | MOTHER'S PLACE OF BIRTH (City, State, Province or Country) | ☑ U.S. CITIZEN |
|---|---|---|
| MADELYN PAYNE | ~~~~ KANSAS | ☐ NOT U.S. CITIZEN |

| DATE NATURALIZED | PLACE NATURALIZED (City, state) |
|---|---|

| MOTHER'S DATE OF BIRTH ~~1922~~ | ☐ MOTHER DECEASED ☑ MOTHER RESIDING AT HONOLULU, HI | MOTHER RESIDED IN U.S. From BIRTH To PRESENT |
|---|---|---|

**G**

☐ I WAS NEVER MARRIED
☑ I WAS LAST MARRIED ON (Date) ~~~~ 1965   PRESENT FULL LEGAL NAME OF HUSBAND OR WIFE   LOLO SOETORO

| HUSBAND'S OR WIFE'S PLACE OF BIRTH (City, state) | HUSBAND'S OR WIFE'S DATE OF BIRTH | ☐ HUSBAND OR WIFE IS U.S. CITIZEN |
|---|---|---|
| BANDUNG, INDONESIA | ~~~~ 1935 | ☑ HUSBAND OR WIFE IS NOT U.S. CITIZEN |

HUSBAND OR WIFE NOW RESIDING AT
DJAKARTA, INDONESIA

☑ MARRIAGE NOT TERMINATED

☐ MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE ON

**H**

PROPOSED TRAVEL PLANS

☑ I INTEND TO RETURN TO THE UNITED STATES WITHIN _____ MONTHS
_____ YEARS TO ☐ RESIDE ☑ VISIT. ☐ INDEFINITE

☐ I NEVER INTEND TO RETURN TO THE UNITED STATES

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING REASON PLAN TO
RETURN TO INDONESIA SEPT, 't' FEB, 77
TO COMPLETE DISSERTATION RESEARCH

COMPLETE IF RETURNING TO U.S.

**I**

| PORT OF DEPARTURE | DATE OF DEPARTURE |
|---|---|
| DJAKARTA | JUNE 16, 1976 |

NAME OF SHIP OR AIRLINE
PAN AM



**J**

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544.

I have not (and no other person included in the application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the Government of the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport or registration, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I solemnly swear (or affirm) that the statements made on all the pages of this application are true and that the photograph attached is a likeness of me and of those persons to be included in the passport.

(To be signed at some time by husband/wife to be included in passport)   *S. Ann Dunham Soetoro*

(To be signed by Applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this _____ 2nd _____ day of _____ June _____ , 19 76

(Seal)   Alfred Harding IV   *Alfred Harding IV*

Consul _____ of the United States at _____ Jakarta, Indonesia

IDENTIFYING DOCUMENTS SUBMITTED (See 8 FAM 243, Procedures)

P 5

**APPLICATION FOR ☒ PASSPORT ☐ REGISTRATION**

Make ALL entries in all sections that apply to you. If information is unknown, write "Unknown." Do not leave blank spaces. Use additional sheets where space provided is not adequate. PRINT OR TYPE ENTRIES.

POST LOCATION: Jakarta, Indonesia

POST ACTION:

| PASSPORT ISSUED | REGISTRATION APPROVED |
|---|---|
| No. | Date |
| Date | Expires |
| Expires 31 | CARD OF IDENTITY AND REG. |

A

**TO BE COMPLETED BY ALL APPLICANTS**

|  (First name) | (Middle name) | (Last name) |
|---|---|---|
| STANLEY | ANN | DUNHAM |

I, _____, a citizen of the United States, do hereby apply for (a passport) (registration).

| SEX (M/F) | BIRTHPLACE (City, State or Province, Country) | BIRTH DATE |
|---|---|---|
| F | WICHITA KANSAS, U.S.A. | Month Day Year  1942 |

| HEIGHT | COLOR OF HAIR (Spell out) | COLOR OF EYES (Spell out) | SOCIAL SECURITY NO. (Not mandatory) |
|---|---|---|---|
| 5 Ft. ½ In. | BROWN | BROWN | |

NOW RESIDING AT  Jalan Daksa I/14, Kebayoran Baru Jakarta Selatan, Indonesia

PERMANENT RESIDENCE (Street Address, City, State, U.S. ZIP Code) (If same as above, so indicate) ......... ia, Apt.1008, Hon., Hawaii

IN THE EVENT OF ACCIDENT OR DEATH NOTIFY (Not mandatory) (Do not give name of a person who will accompany you when traveling)
Name in full: Stanley Dunham
Address: ......... Apt. 1008, Honolulu, Hawaii   Relationship: Father   Phone No.:

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES? ☐ Yes ☒ No
IF ANSWER IS "YES," EXPLAIN WHEN AND WHY



| FATHER'S NAME  STANLEY DUNHAM | BIRTHPLACE WICHITA KANSAS, U.S.A. | BIRTH DATE 1918 | U.S. CITIZEN ☒ Yes ☐ No |
|---|---|---|---|
| MOTHER'S MAIDEN NAME  MADELYN PAYNE | BIRTHPLACE PERU KANSAS, U.S.A. | BIRTH DATE 22 | U.S. CITIZEN ☒ Yes ☐ No |

☒ I WAS LAST MARRIED ON '64  TO (Wife's/Husband's full legal/maiden name — complete
☐ I WAS NEVER MARRIED      when married, widowed or divorced)  Lolo Soetoro, Maui, Hawaii

| WIFE'S/HUSBAND'S BIRTHPLACE  Bandung, Indones.. | WIFE'S/HUSBAND'S BIRTH DATE  1936 | U.S. CITIZEN ☐ Yes ☒ No | ☐ MARRIAGE NOT TERMINATED ☐ MARRIAGE TERMINATED BY ☐ DEATH ☒ DIVORCE ON  1980 |
|---|---|---|---|

B

HAS YOU OR ANYONE INCLUDED IN SECTION B OF THIS APPLICATION BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☒ Yes ☐ No
IF YES, SUBMIT PASSPORT. IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION: Am submitting   No.:   Issue Date: 1976

| (PHOTO REQUIREMENTS FOR PERSONS TO BE INCLUDED) | COMPLETE IF CHILDREN OR BROTHERS AND SISTERS UNDER AGE 13, AND/OR WIFE/HUSBAND, ARE TO BE INCLUDED AND SUBMIT PHOTO | (CONSULAR OFFICE USE ONLY) WIFE'S/HUSBAND'S EVIDENCE |
|---|---|---|
| Photos must be ONLY of persons to be included (other than passport bearer). When more than one person is to be included, a group photograph of the inclusions is required. | WIFE'S/HUSBAND'S FULL LEGAL NAME | |
| | BIRTHPLACE (City,State or Province, Country)   BIRTH DATE (Mo., Day,Yr.) | ☐ Submitted Herewith ☐ Cancelled & Returned ☐ Seen & Returned |
| CONSULATE WILL STAPLE PHOTO OF INCLUSIONS HERE. | CHILD(REN)'S NAME(S) IN FULL   BIRTHPLACE(S) (City, State or Country)   BIRTH DATE(S) (Mo., Day, Yr.) | CHILD(REN)'S EVIDENCE |
| DO NOT IMPRESS SEAL ON PHOTOGRAPHS. | | ☐ Submitted Herewith ☐ Cancelled & Returned ☐ Seen & Returned |

| APPLICANT'S EVIDENCE OF CITIZENSHIP |
|---|
| ☐ Birth Certificate   ☒ Passport |
| ☐ Certificate of Naturalization or Citizenship |
| Date: |
| Bearer's Name:   Submitted Herewith ☐ |
| No.:   Cancelled & Returned ☒ |
| Place: Jakarta   Seen & Returned ☐ |

MY LAST REGISTRATION AS A CITIZEN OF THE UNITED STATES WAS APPROVED

| Location of Registering Office | Date of Registration |
|---|---|

I have not (and no other person included in this application has), since acquiring United States citizenship, performed any of the acts listed in section I on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on all of the pages of this application are true and the photograph(s) attached is (are) a likeness of me and of those persons to be included in the passport.

(SEAL)   _____
(To be signed at same time by husband/wife to be included in passport)   (To be signed by Applicant in presence of person administering oath)

Subscribed and sworn to (affirmed) before me this ___ 27 ___ day of ___ April ___ 19 81 .

Consul _____ of the United States at Jakarta, Indonesia _____
(Signature of person taking application)

OPTIONAL FORM 178
(FORMERLY FS-178)   (OVER - YOU MUST COMPLETE PAGE 2)   January 1978
Dept. of State

**C** | TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION

| I IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year)   To (Year) | NATURALIZATION CERTIFICATE NO.<br>☐ Submitted herewith<br>☐ Seen and returned<br>☐ Previously submitted |
|---|---|---|
| PLACE NATURALIZED (City, state) | | NATURALIZATION COURT | DATE NATURALIZED |

**D** | TO BE COMPLETED BY ALL APPLICANTS

| OCCUPATION<br>PROGRAM OFFICER, FORD FOUNDATION | VISIBLE DISTINGUISHING MARKS<br>none |
|---|---|

**E** | WOMEN MUST COMPLETE FOLLOWING IF CHILDREN OF A PREVIOUS MARRIAGE ARE INCLUDED OR IF PREVIOUSLY MARRIED BEFORE MARCH 3, 1931

| I WAS PREVIOUSLY MARRIED ON | TO (Full legal name) | WHO WAS BORN AT (City, State, Country) |
|---|---|---|
| ON (Date of birth) | ☐ FORMER HUSBAND WAS U.S. CITIZEN<br>☐ FORMER HUSBAND WAS NOT U.S. CITIZEN | PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE<br>ON (Date) |

**F** | COMPLETE IF APPLICANT OR ANY PERSON INCLUDED IN SECTION B WAS NOT BORN IN THE UNITED STATES AND CLAIMS CITIZENSHIP THROUGH PARENTS

| ENTERED THE U.S. (Month) (Year)<br>☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | IF FATHER NATURALIZED: | | IF KNOWN, FATHER'S RESIDENCE PHYSICAL PRESENCE IN U.S.<br>From (Year)   To (Year) |
|---|---|---|---|
| | Date | Certificate No. | |
| | Before (Name of Court) | Place (City, State) | |
| RESIDENCE/CONTINUOUS PHYSICAL PRESENCE IN U.S. From (Year) To (Year)<br>☐ Applicant<br>☐ Wife<br>☐ Husband<br>☐ Child | IF MOTHER NATURALIZED: | | IF KNOWN, MOTHER'S RESIDENCE PHYSICAL PRESENCE IN U.S.<br>From (Year)   To (Year) |
| | Date | Certificate No. | |
| | Before (Name of Court) | Place (City, State) | |

**G** | PROPOSED TRAVEL PLANS (Not Mandatory)

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE

Two years contract with Ford Foundation from January 1981 - December 1982.

| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN        YEARS        MONTHS | DATE OF DEPARTURE |
|---|---|

**H** | PRIVACY ACT STATEMENT

The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties; pursuant to a subpoena or court order; and, as set forth in Part 6a, Title 22, Code of Federal Regulations (See Federal Register Volume 40, pages 45755, 45756, 47419 and 47420).

Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the individual seeking such passport, document or service.

NOTE: The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency situation while outside the United States.

**I** | ACTS OR CONDITIONS

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I have not (and no other person included in this application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents submitted are subject to verification.

**J** | (FOR USE OF OFFICE TAKING APPLICATION)

| APPLICANT'S IDENTIFYING DOCUMENT(S) | | IDENTIFYING DOCUMENT(S) OF WIFE/HUSBAND TO BE INCLUDED IN PASSPORT | |
|---|---|---|---|
| ☐ Certificate of Natural-<br>ization or Citizenship | No.: | ☐ Certificate of Natural-<br>ization or Citizenship | No.: |
| ☐ Passport | Issue Date: | ☐ Passport | Issue Date: |
| ☐ Driver's License | Place of Issue: | ☐ Driver's License | Place of Issue: |
| ☐ Other (Specify): | Issued in Name of: | ☐ Other (Specify): | Issued in Name of: |

☆ U.S. Government Printing Office: 1977—261-647/1235

**APPLICATION FOR PASSPORT BY MAIL**

O D C n   0050

P 6

IMPORTANT — READ INSTRUCTIONS ON BACK OF FORM
~~URGENT~~ TYPE OR PRINT IN INK IN WHITE AREAS ONLY

**IDENTIFYING INFORMATION**

NAME

FIRST/MIDDLE   STANLEY / ANN

LAST   DUNHAM

MAILING ADDRESS (In Care Of if applicable, Street, City, State, ZIP Code)

WILL CALL
4/1 2 pm

HONOLULU / HAWAII   96822

MR31G
NON-LEGIBLE PASSPORT AGENCY

Issue Date _____

Endorsement _____

SEX   Male ☐   Female ☑

PLACE OF BIRTH   WICHITA, (KANSAS) USA
City  State or Province  Country

DATE OF BIRTH   4/2   Month  Day  Year

SOCIAL SECURITY NUMBE (Not Mandatory)

HEIGHT   5'6"   Feet  Inches

COLOR OF HAIR   BROWN

COLOR OF EYES   BROWN

HOME PHONE (Area Code)

BUSINESS PHONE (Area Code)

MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED

PASSPORT NUMBER

ISSUE DATE   81
Month  Day  Year

OCCUPATION   CONSULTANT

DEPARTURE DATE   APRIL 6, 8

P.S. 4/9/86 — not mailed to perm.
cdnss per hell written perm. attached.

PERMANENT ADDRESS (Street, City, State, ZIP Code)

HONOLULU, HI

SUBMIT TWO RECENT IDENTICAL PHOTOS SIGNED ON THE REVERSE

**PROPOSED TRAVEL PLANS AND EMERGENCY ADDRESS** (Not Mandatory)

LENGTH OF STAY   1 WEEK

COUNTRIES TO BE VISITED   PHILIPPINES

PERSON TO NOTIFY IN CASE OF EMERGENCY (Not Traveling With You)

NAME IN FULL   STANLEY ANN MADELYN DUNHAM

ADDRESS   #1008

PHONE NUMBER

RELATIONSHIP   PARENTS

**OATH AND SIGNATURE** (If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, the portion which applies should be lined out, and a supplementary explanatory statement should be attached, signed, and made a part of this application.)

I have not, since acquiring United States citizenship, been naturalized as a citizen of a foreign state, taken an oath, or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the Government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state, or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against the United States, or conspiring to overthrow, put down or destroy by force the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under 18 USC 1543. The use of a passport in violation of the restrictions therein is punishable by fine and/or imprisonment under 18 USC 1544.

DECLARATION: I declare that the statements made in this application are true and complete to the best of my knowledge and belief  that the attached photographs are a true likeness of me  and that I have not been issued or included in a passport issued subsequent to the one submitted herein.

X March 27, 1986
(Date)

X Stanley Ann Dunham
Signature of applicant (Must be signed by applicant)

FOLLOW INSTRUCTIONS CAREFULLY – INCOMPLETE OR UNACCEPTABLE APPLICATIONS WILL DELAY THE ISSUANCE OF YOUR PASSPORT

**FOR PASSPORT SERVICES USE ONLY**   RECORD: Type of Document(s)  Number  Date Filed Issued  Court, Place  Bearer's Name as Appropriate

☑ Passport

☐ Evidence of Name Change

Bearer's Name: Stanley

Place  Jakarta

Seen & Returned

APPLICATION APPROVAL

My trip was delayed by 1 month.
Please mail my passport to

S. ANN DUNHAM

~~[redacted]~~

HONOLULU, HI  96822

Stanley Ann Dunham

RECEIVED

APR - 9 1986

Honolulu Passport Agency

JOINT AMICI CURIAE BRIEF OF CHRISTOPHER EARL STRUNK AND
HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN
GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR
CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN

# Exhibit C

  

Non-Domestic
In Care of:
593 Vanderbilt Avenue – 281
Brooklyn, New York
Zip Code exempt DMM 122-32
Christopher-Earl : Strunk :©
Not a corporation
Living-Soul
Declarant
No Third Parties

Barack Hussein Obama *in esse*,
a/k/a Barry Soetoro *in esse*.
a/k/a Barry Dunham *in esse*,
a/k/a Barry Durham *in esse*
DBA BARACK HUSSEIN OBAMA. INC
SUPERVISOR(S). HEIR(S). AGENT(S).
ASSIGN(S)
In care of :
the AGENT IN CHARGE OF THE
UNITED STATES SECRET SERVICE
*Office of Government and Public Affairs*
245 Murray Drive.
Building 410.
Washington, DC 20223

NOTICE TO THE AGENT IS NOTICE TO  PRINCIPAL. NOTICE TO PRINCIPAL
IS NOTICE TO AGENT
RE: OFFER OF CONTRACT
Received 20 January 2009 and received 21 January 2009

## FOR THE RECORD
### RETURN AND REDRAFT
### TIMELY, WITHOUT DISHONOR
### WITH THE RESTRICTED SPECIAL-APPEARANCE
### NOT A CORPORATION
### The Living-Soul

Attachments:

- Oath of 20 January 2009 offer for contract /Returned & Redrafted
- Oath of 21 January 2009 offer for contract /Returned & Redrafted
- Notice to the Clerk of Records
- Judicial Notice (page 1 of 2)
- Judicial Notice (page 2 of 2)

Under reserve with the copy-claim
without prejudice  without recourse

By: _____  © in esse
   not a corporation   Living-Soul

/ of 2

# EXHIBIT 12

# Obama second oath. Congratulations again!

US president retakes oath of office after inauguration mistake

Thursday 22 January 2009

This week Barack Obama retakes the oath of office after an inauguration stutter. He retook his oath on Wednesday at the White House because a word was out of sequence when he was sworn in on Tuesday.

Officials say no oath was needed for his position but the original oath is still constitutional.

It took place in the presence of 18 USC 1622 members of the president's staff. Here is the text of the oath between President Barack Obama and US chief justice John Roberts:

Roberts: "I, Barack Hussein Obama do solemnly swear."

President Obama: "I, Barack Hussein Obama do solemnly swear."

Roberts: "That I will faithfully execute the office of President of the United States."

President Obama: "That I will faithfully execute the office of President of the United States."

Roberts: "And will to the best of my ability."

President Obama: "And will to the best of my ability."

Roberts: "Preserve, protect and defend the constitution of the United States."

President Obama: "Preserve, protect and defend the constitution of the United States."

Roberts: "So help me God."

President Obama: "So help me God."

Roberts: "Congratulations again."

President Obama: "Thank you, sir!"

2 of 6

Under reserve with the copy-claim
without prejudice, without recourse

By
© in esse
not a corporation        Living-Soul

# Roberts, Obama stumble reciting 35-word oath

http://www.politico.com/news/stories/0109/17589.html?showall... why?innovation_dubbed_care

Tue Jan 20 06:58 2009
Printed For: _____

Courier Video: Presidential Oath FOX News

Video: Barack Obama sworn in as President Reuters

WASHINGTON — Chief Justice John Roberts and President Barack Obama stumbled slightly over wording of the presidential oath of office on Tuesday, providing a brief, awkward moment in an otherwise smooth inauguration ceremony.

Initially, it came as Roberts right, through the opening line, in which the president repeats his name and solemnly swears.

Next in the oath, which is enshrined in the Constitution is the phrase ".. that I will faithfully execute the office of president of the United States." But Roberts rearranged the order of the words, not saying "faithfully" until after "president of the United States."

That appears to throw Obama off, who stopped abruptly at the word "execute."

Recognizing something was amiss, Roberts then repeated the phrase, putting "faithfully" in the right place but without repeating "execute."

Obama then repeated Roberts' original, incorrect version — first office of president of the United States faithfully.

After that, they were back on track. Except that the oath was taken five minutes late. Technically, Obama was already president anyway — the Constitution says the term of the incoming president begins at noon on Jan. 20.

## TRANSCRIPT OF OATH CEREMONY:

CJ Roberts   Are you prepared to take the oath of office Senator?
BHO :        "I am."
CJ Roberts:  "I Barack Hussein Obama do solemnly swear."
BHO          "I Barack Hussein Obama do solemnly swear."
CJ Roberts   "that I will execute the Office of President to the United States."
BHO          "that I will execute.."
CJ Roberts:  "faithfully...the Office of President of the United States."
BHO          "the Office of President of the United States faithfully.."
CJ Roberts:  "and I will to the best of my ability."
BHO          "and I will to the best of my ability.."
CJ Roberts:  "...preserve protect and defend the Constitution of the United States."
BHO: "       "...preserve protect and defend the Constitution of the United States."
CJ Roberts:  "So help you God"
BHO          "So help me God".

U.S. Constitution Article 2 Section 1 Clause 8. .. I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and I will to the best of my ability preserve protect and defend the Constitution of the United States."

Under reserve with the copy-claim
without prejudice, without recourse

By: _____   © in esse
not a corporation   Living-Soul

## NOTICE TO THE CLERK OF RECORDS

The minute you receive any record, document, paper, proceeding, map, book or other thing deposited with you, you are committing crimes against justice under Revised Statutes of the United States First Section 43 Congress, Sections 5403, 5407 and 5408 totaling up to $9,000 in fines and up to 12 years in prison per affidavit you fail to record. Title 18 USC Section 2071 also carries fines, imprisonment and disqualification of office. If your county attorney told you not to file any documents like mine, you are still responsible, as I do no accept any third-party-interveners. Any attorney, district attorney, or anyone from the lawyering craft are all third-parties and do not have a license to make a legal determination in this matter as they do not represent Me and You, the county clerk, do not have the authority to represent Me. Should You fail to uphold Your sworn oath and perform your duties I will have no choice but to record an Affidavit of Criminal Complaint against Your and send a copy to Your bonding company.

Title LXX.—CRIMES.—CH.4. CRIMES AGAINST JUSTICE

SEC.5403. Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than tree years, or both: [Sec § § 5408,5411,5414.1] Title LXX.— CRIMES.— CH.4 CRIMES AGAINST JUSTICE (Destroying, &c., public records.)

SEC.5407. If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of person, to the equal protection of the laws, each of such person shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 20042010, 5506-5510.1 Title LXX. — CRIMES. — CH.4. CRIMES AGAINST JUSTICE (Conspiracy to defeat enforcement of the laws.)

SEC.5408. Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both, and shall moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States. (Destroying record by officer in charge.)

18 USCS SECTION 2071 (2002)

Section 2071. Concealment, removal, or mutilation generally

(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fines under this title or imprisoned not more than three years, or both.

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

Under reserve with the copy-claim without prejudice, without recourse

By: _____ 1/22/09

© in esse
not a corporation       Living-Soul

# [JUDICIAL NOTICE]

[While the misrepresentation of a material fact, past or present may constitute basis for an inference of legal "fraud," any act, omission or concealment which involves a breach of legal duty, trust, or confidence, justly reposed and is injurious to another, or by which an undue advantage is taken of another, may become the foundation for inference of fraud, and when there is a duty to speak, the concealment of a material fact may be equally as wrongful as a positive misrepresentation. Tex. Civ. App. 1943. *Ruebeck v. Hunt, 171 SW2d 895, affirmed 176 SW2d 7382 142 Tex.167i 150 A.L.R. 775.*]

[Party having superior knowledge who takes advantage of another's ignorance of the law to deceive him by studied concealment or misrepresentation can be held responsible for that conduct. Tex. 1987. *Fina Supply, Inc. v. Abilene National Bank, 726 SW2d 537*]

[We (judges) have no more right to decline the exercise of jurisdiction which is given, (this will include the county court of record judge Victor Carillo) than to usurp that which is not given. The one or the other would be treason to the Constitution." *Cohen v. Virginia, 6 Wheat. 264. (1821); U.S. v. Will, 499 U.S. 200.*]

["(W)hen a government becomes a partner in any trading company, it divests itself, so far as concerns the transactions of that company, of its sovereign character, and takes that of a private citizen…It descends to a level with those with whom it associate itself, and takes the character which belongs to its associates and to the business which is to be transacted." *Bank of United States v. Planters' Bank of Georgia, 22 U.S. 904(1824).*]

["The United States as drawee of commercial paper stands in no different light than any other drawee." "The United States does business on business terms. It is not exempted from the general rules governing the rights and duties of drawees by the largeness of its dealings and its having to employ agents to do what if done by a principal in person would leave no room for doubt." *Clearfield Trust Co. v. United States, 318 U.S. 363(1943).*]

["Courts enforcing mere statutes do not act judicially, but ministerially, having no judicial immunity, and unlike Courts of Law, do not obtain jurisdiction by service of process nor even by Arrest and Compelled Appearance." *Boswell v. Otis, 9 Howard 336, 348.*]

["Want of jurisdiction may not be cured by consent of the parties." *Industrial Addition Association v. C.I.R., 323 U.S. 310, 313.*]

Under reserve with the copy-claim
without prejudice, without recourse

By _____   © in esse
not a corporation          Living-Soul

5 OF 6

[ Judicial Notice ]

1. ["A judgment rendered in violation of due process is void." *World Wide Volkswagon Woodsen,* 444 US. 286, 291; *National Bank v. Wiley,* 195 US 257; *Pennoyer v. Nef,* 95 US 714]

[ "... the requirements of due process must be met before the court can properly assert *in personam* jurisdiction." *Wells Fargo v. Wells Fargo,* 556 F2d 406, 416.]

[. Notification of legal responsibility is "the first essential of due process of law." *Connally v. General Construction Co.,* 269 US 385,391]

[. "A statute which either forbids or requires the doing of an act in terms so vague that men of common intelligence must necessarily guess at its meaning and differ as to its application, violates the first essential of due process of law." *Connally v. General Construction Co.,* 269 U.S. 385,391]

[. "Whenever it appears that the court lacks subject matter jurisdiction, the court is obliged to dismiss the action." *Willy v. Coastal Corp.,* 503 U.S. 131, 136-37; *U. S. v. Texas,* 252 F. Supp 234, 254]

[. "Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather should dismiss the action." *Melo v, U.S.,* 505 F.2d. 1026]

["There is no discretion to ignore lack of jurisdiction." *Joyce v. U.S.,* 474 F 2d 215]

Under reserve with the copy-claim
without prejudice, without recourse

By: _____   © in esse
not a corporation     Living-Soul

6 of 6

QUO WARRANTO COMPLAINT WITH DEMAND FOR JURY TRIAL
AND DECISION ON QUESTION OF FIRST IMPRESSION

**EXHIBIT B**

=======================================
JAF 31st STREET WS T-1
NEW YORK, New York
101999004
3558250157-0097
01/23/2009 (212)330-2183 02:50:38 AM
=======================================
====== Sales Receipt ======

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20223 Zone-3 First-Class Letter 1.60 oz. | | | $0.59 |
| Return Rcpt (Green Card) | | | $2.20 |
| ~~ Registered | | | $10.00 |
| Insured Value : | | $0.00 | |
| Article Value : | | $0.00 | |
| Label #: | RE400301908US | | |

Issue PVI:                         $12.79

Total:                             $12.79

Paid by:
Cash                               $20.00
Change Due:                        -$7.21

~~ Save this receipt as evidence of
insurance. For information regarding
domestic insurance, visit our
website at
usps.com/insurance/postoffice.htm

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

Bill#:1000300668752
Clerk:34

All sales final on stamps and
postage
Refunds for guaranteed services only
Thank you for your business
***********************************
***********************************
HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

---

**Registered No.** RE400301908US        **Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee | $10.00 | | 0157 |
| Handling Charge | $0.00 | Return Receipt | $2.20 | 34 |
| Postage | $0.59 | Restricted Delivery | $0.00 | 01/23/09 |
| Received by | BC | | |

Customer Must Declare Full Value $$0.00

Domestic Insurance up to $25,000 is included
based upon the declared value. International
Indemnity is limited. (See Reverse)

**OFFICIAL U**

FROM: c/o 593 VANDERBILT AVE - 287
BROOKLYN NEW YORK
ZIP CODE EXEMPT DMM 122-32
CHRISTOPHER - E : STRUNK
BARACK HUSSEIN OBAMA IN ESSE

TO: c/o THE AGENT IN CHARGE OF THE
US SECRET SEVICE - OFF OF GOV. FRUD
345 MURRAY DRIVE - BLDG #0
WASHINGTON DC 20223

PS Form 3806,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2007 (7530-02-000-9051)                    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

 **UNITED STATES POSTAL SERVICE®**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RE40 0301 908U S
Status: Delivered

Your item was delivered at 8:07 AM on January 27, 2009 in
WASHINGTON, DC 20223.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map      Contact Us      Forms      Gov't Services      Jobs      Privacy Policy      Terms of Use      National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.      No FEAR Act EEO Data      FOIA

**EXHIBIT 13**

JOINT AMICI CURIAE BRIEF OF CHRISTOPHER EARL STRUNK AND
HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN
GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR
CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN


# Exhibit D

U.S. District Court
District of Columbia (Washington, DC)
CIVIL DOCKET FOR CASE #: 1:17-cv-00517-RC

VAN ALLEN v. ROULLINS et al
Assigned to: Judge Rudolph G. Sullivan
Cause: 42:1993 Voting Rights Act

Date Filed: 02/29/2017
Date Terminated: 03/29/2017
Jury Demand: None
Nature of Suit: 441 Voting
Jurisdiction: U.S. Government Defendant

**Plaintiff**

HAROLD WILLIAM VAN ALLEN                 represented by HAROLD WILLIAM VAN ALLEN
                                                         74 Park Road
                                                         Hurley, NY 12443
                                                         (845) 380-0764
                                                         PRO SE

v.

**Defendant**

JOHN G. ROBERTS, JR.
Chief Justice of the Supreme Court

**Defendant**

DONALD J. TRUMP
President of the United States

**Defendant**

MICHAEL R. PENCE
Vice President of the United States

**Defendant**

JEFFERSON B. SESSIONS, III
United States Attorney General

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2017 | 1 | COMPLAINT against MICHAEL R. PENCE, JOHN G. ROBERTS, JR., JEFFERSON B. SESSIONS, III, DONALD J. TRUMP ( Filing fee $ 400 receipt number... |

| 08/25/2017 | | MINUTE ORDER dismissing this case without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m) subject to a motion for reconsideration for good cause shown as to why service of process has not yet been completed. Any motion for reconsideration shall be filed no later than September 29, 2017. Signed by Judge Pamela C. Sullivan on August 25, 2017. (jjr, 3) (Entered: 08/25/2017) |
| 09/29/2017 | | Military Database. Motion for Reconsideration due by 9/29/2017, (jjr, 3) (Entered: 09/29/2017) |
| 02/19/2018 | 3 | LEAVE TO FILE DENIED. Summons. The document is unavailable to the Court denied its filing. "Leave to file denied. This case was dismissed in August 2017" Signed by Judge Pamela C. Sullivan on 02/19/2018. (jjr) (Entered: 02/20/2018) |

|  |  |  |  |
|---|---|---|---|
| PACER Service Center | | | |
| Transaction Receipt | | | |
| 08/25/2017 15:32:20 | | | |
| PACER Login: | jjr115 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:17-cv-12345 |
| Billable Pages: | 1 | Cost: | 0.10 |

JOINT AMICI CURIAE BRIEF OF CHRISTOPHER EARL STRUNK AND
HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN
GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR
CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN

# <u>Exhibit E</u>

CHRISTOPHER EARL STRUNK, in esse Sui juris
141 Harris Avenue
Lake Luzerne, New York 12846
518-389-8743   Email: chris@privateamericancitizen.org

THE HONORABLE CHIEF JUSTICE JOHN ROBERTS
The SUPREME COURT OF THE UNITED STATES
1 FIRST STREET N.E.
Washington DC 20543

**In Re**: Christopher Earl Strunk and Harold William Van Allen SCOTUS Rule 20 Procedure Application for an Extraordinary WRIT OF MANDAMUS APPLICATION taken from the 29 October 2018 denial of hearing taken from the U.S. Court of Appeals for the Armed Forces

Dear Chief Justice Roberts,

Undersigned along with Harold William Van Allen are the propria persona petitioners that hereby make this emergency application for equity relief, having been denied on 29 October 2018 hearing from the US Court of Appeals for the Armed Forces of our 28 USC 1651 Petition for a Writ of Mandamus and Injunctive Relief inter alia preserving the 6 November 2018 Mid-Term Election Paper Ballots and convening a Court of Inquiry pursuant to the letter and intent of the National Emergency Mandates issued by the Commander-in-Chief, Donald John Trump; see the accompanying:

- ORIGINAL 29 October 2018 Memorandum by Kristen Haloj, USCAAF Docket Room Supervisor, and
- Petition Original single sided with signatures at pages 31, thru 33 and the 333 pages Appendix,
- two (2) true and correct back and front printed copies
- Copy of the above Memorandum with the post-it phone number of DHS Attorney "Sara" having been served with a copy at DHS Headquarters at noon today;

As undersigned confirms at Petition page 31, that the urgent relief sought is reasonable in that time is of the essence with imminent irreparable harm were the relief not granted.

The Undersigned states and declares under penalty of perjury that the foregoing is true and correct under 28 USC 1746; Respectfully yours,

Dated: October 29 2018
    Washington District of Columbia

CHRISTOPHER EARL STRUNK, in esse Sui juris
141 Harris Avenue Lake Luzerne, New York 12846
ALL RIGHTS RESERVED WITHOUT PREJUDICE

Attachments

cc: Vice President Michael Pence
    DHS Office of General Counsel John M. Mitnick
    Harold William Van Allen

MEMORANDUM

Upon receipt and review of a petition produced by Mr. Christopher E. Strunk, in reference to paper ballots and alleged meddling in the mid-term general election, I informed Mr. Strunk that the Court of Criminal Appeals for the Armed Forces may not be the appropriate Court in which to file. The Court, is an independent tribunal established under Article I of the Constitution, which regularly interprets federal statutes, executive orders, and departmental regulations. The Court also determines the applicability of constitutional provisions to members of the armed forces. Through its decisions, the Court has a significant impact on the state of discipline in the armed forces, military readiness, and the rights of service members. The Court plays an indispensable role in the military justice system.

Kristen Haloj                10/29/18

Docket Room Supervisor

No. _____

# UNITED STATES COURT OF APPEALS FOR THE ARMED FORCES

### In re: Christopher Earl Strunk, and Harold William Van Allen, Petitioners.

PETITION WITH 28 USC §1651 FOR A WRIT OF MANDAMUS AND INJUNCTIVE EQUITY RELIEF PURSUANT TO THE NATIONAL EMERGENCY MANDATE(S) ISSUED BY THE COMMANDER-IN-CHIEF, DONALD JOHN TRUMP FOR AN ORDER:

A. TO PRESERVE, UNTIL FURTHER NOTICE BY THIS COURT, ALL PAPER BALLOTS CAST ON 6 NOVEMBER 2018 BY U.S. CITIZEN VOTERS AT THE NATIONAL MID-TERM GENERAL ELECTION IN THE STATE OF NEW YORK AND THE SEVERAL STATES AND TERRITORIES; AND

B. TO CONVENE A TITLE 10 §935. ART. 135. COURT OF INQUIRY INTO FOREIGN MEDDLING DURING THE 6 NOVEMBER 2018 ELECTION CYCLE; AND

C. TO ISSUE A REPORT FOR THE DEPARTMENT OF HOMELAND SECURITY SECRETARY KIRSTJEN M. NIELSEN; AND FOR

D. SUCH OTHER AND DIFFERENT RELIEF DEEMED NECESSARY.

**Christopher Earl Strunk** in esse Sui juris, in propria persona
141 Harris Avenue Lake Luzerne, New York Zip code excepted [12846]
Ph: 518-416-8743; Email: chris@privateamerciancitizen.org

**Harold William Van Allen** in esse Sui juris, in propria persona
351 North Road Hurley New York 12443
Ph: 845-389-4366; Email: billvanallen@icloud.com

1

# TABLE OF CONTENTS

INTRODUCTION ................................................................................6

RELIEF SOUGHT ............................................................................10

PETITIONERS ...............................................................................11

STATEMENT OF FACTS ................................................................12

ISSUES RAISED ............................................................................28

CONCLUSION ...............................................................................30

STRUNK PETITION VERIFICATION AFFIDAVIT ......................31

VAN ALLEN PETITION VERIFICATION AFFIDAVIT...............32

PETITION COMPLIANCE STATEMENT ....................................33

**APPENDIX** FOR THE PETITION WITH 28 USC §1651 FOR A WRIT OF MANDAMUS AND INJUNCTIVE EQUITY RELIEF PURSUANT TO THE NATIONAL EMERGENCY MANDATE(S) ISSUED BY THE COMMANDER-IN-CHIEF, DONALD JOHN TRUMP

| DATE | EXHIBIT | | PAGE |
|------|---------|---|------|
| 12 -Sep.-18 | Executive Order on Imposing Certain Sanctions in the Event of Foreign Interference in a United States  Election | | APX 001 |
| 14 -Mar.-18 | *Americans for Innovation*: Senior Executive Service (SES) is ~10,000 Deep State shadow government employees who are sabotaging the American Republic for the globalist agenda | | APX 009 |

| | | | |
|---|---|---|---|
| 4 -Apr.-18 | American Intelligence Media (AIM) Plum Book (1980-2016) Analysis: Plum books hide SES employees in a blizzard of bad math and contradictory, nonsensical categories | | APX 022 |
| 11 -Apr.-18 | American Intelligence Media (AIM) : TENTACLES OF SERCO STRANGLE AMERICA | | APX 037 |
| 11 -Apr.-18 | SERCO U. S. GOVERNMENT CONTRACTS (ibid) | | APX 062 |
| 4-Oct.-18 | Remarks by Vice President Pence on the Administration's Policy Toward China | | APX 080 |
| 22-Oct-18 | STRUNK'S Absentee Ballot Warren County | | APX 093 |
| 22-Oct-18 | VAN ALLEN'S Sample Ulster County Ballot | | APX 098 |
| 22-Oct-18 | Selection of VAN ALLEN'S and STRUNK's New York State Court election Law cases | | APX 100 |
| 23-Jul-18 | Michael T. McKibben's /Leader Technologies Inc. Miller Act cover letter to POTUS Donald J Trump re Serco Inc / SES theft of Software Patent | | APX 101 |
| 23-Jul-18 | Michael T. McKibben's / Leader Technologies Inc. Miller Act Notice For Federal Work's Project 40 USC §3131 et seq. re Software Patent Theft | | APX 104 |
| 23-Oct-18 | Washington State Courts Appellate Court Case Summary for Petition for Writ of Mandamus, *James M. Miller v. Secretary of State, Kim Wyman* No. 96235-9 filed on 28 August 2018 | | APX 127 |
| 28-Aug-18 | Petition for Writ of Mandamus, *James M. Miller v. Secretary of State, Kim Wyman* No. 96235-9 with Exhibits A thru L | | APX 128 |

| | | | |
|---|---|---|---|
| 19-Jul-18 | Special Note: No. 96235-9 re Exhibit D Letter to President Trump by Governors Jay Inslee and Andrew Cuomo re ongoing Foreign Interference in the 2018 State Election Cycle | | APX 187 |
| 6-Jul-18 | Special Note: No. 96235-9 re Exhibit G Chart of Chief Electronic Voting Scammers connected to Electronic Voting Machine Foreign Interference. | | APX 199 |
| 18-Sep-15 | Special Note: No. 96235-9 re Exhibit H EPA Letter to Volkswagen AG re Notice of Software Violation | | APX 201 |
| 11-Jul-18 | Special Note: No. 96235-9 re Exhibit I  US Senator Wyden: Paper Ballots and Audits are Essential to Secure American Elections Against Foreign Hackers | | APX 207 |
| 17-Jul-18 | Special Note: No. 96235-9 re Exhibit J MOTHERBOARD Report: PCANYWHERE Top Voting Machine Vendor Admits It Installed Remote-Access Software on Systems Sold to States | | APX 210 |
| 6-Aug-18 | Special Note: No. 96235-9 re Exhibit L 8/5/18 Professional Experience & Resume of Plaintiff James M. Miller - with 8/6/18 statement on System Security - Election & Voting - WA Secretary of State and 10/17/17 Fortune Magazine analysis "This Website Graded Apple, Google, Amazon, Microsoft, and Samsung on Their Political Leanings" by Don Reisinger | | APX 224 |
| 6-Aug-18 | Special Note: No. 96235-9 re Exhibit L Statement on System Security - Election & Voting - WA Secretary of State | | APX 226 |
| 6-Aug-18 | Special Note: No. 96235-9 re Exhibit L  10/17/17 Fortune Magazine analysis "This Website Graded Apple, Google, Amazon, Microsoft, and Samsung on Their Political Leanings" by Don Reisinger | | APX 230 |

4

| | | | |
|---|---|---|---|
| 12-Oct-18 | Response to Petition No. 96235-9, on October 12, 2018, REBECCA R. GLASGOW, WSBA 32886 *Deputy Solicitor General* maneuvered to postpone hearing until after 6 November 2018 | | APX 241 |
| 26-Jul-18 | Washington Examiner: On 26 July 2018 House Intelligence Committee Chairman Devin Nunes (R-Calif.) called for a ban on electronic voting systems in an interview that aired Thursday in Washington Examiner | | APX 265 |
| 31-Jul-18 | On 31 July 2018 the Department of Homeland Security Secretary Kirstjen M. Nielsen Keynote Speech issued at the National Cyber-security Summit | | APX 266 |
| 13-Jul-17 | Presidential Advisory Commission on Election Integrity update | | APX 276 |
| 3-Jan-18 | Statement by the Press Secretary on ending the Presidential Advisory Commission on Election Integrity Issued on: January 3, 2018 | | APX 281 |
| 1-Oct-18 | Americans for Innovation Study Report update to the 15-Sept-2018 initial report: HILLARY CLINTON CONTROLS 50,000 FBI ENCRYPTION KEYS— PROVES MUELLER'S WITCH HUNT IS TREASONOUS (Re: ENTRUST) | | APX 282 |
| 1-Oct-18 | TIMELINE: BILL & HILLARY CLINTON BEGAN ORCHESTRATING UNFETTERED ACCESS TO THE FBI'S ENCRYPTION KEYS IN 1993 (Re: ENTRUST) | | APX 290 |
| 13-Sep-18 | ENTRUST (ENTU 1998-2009) 10-K, Customer, Partner, Director, Officer, Dependent, Subsidiary. Source: Securities Exchange Commission (SEC) Edgar with Alpha Sort | | APX 308 |
| 24-Oct-18 | THE HILL: Officials prepare for potential of claims of election interference BY JACQUELINE THOMSEN - 10/24/18 06:00 AM EDT | | APX 331 |

5

# INTRODUCTION

**PLEASE TAKE NOTICE** That the honorable judges of this Court: Scott W. Stucky (Chief Judge.); Margaret A. Ryan; Kevin A. Ohlson; John E. Sparks; Gregory E. Maggs; are petitioned by *Accusers* defined by 10 USC 801-9 [1] for offenses against nationals of the United States outside the jurisdiction of any nation defined by 18 USC §7 -7 as if for special maritime and territorial jurisdiction of the United States using Court Rule 67(c) as to *Civil Affairs* [2] under the 12 USC §95(a) amended 50 USC App. §5(b) ongoing emergency [3] with the Military Government [4] U.S. Army duties in the Community under the Honorable Donald J. Trump POTUS / Commander-in-Chief (CINC), as was defined by the clarity of the U.S. Army Field Manual (FM) 41-10-1962 now amended into *Civil Affairs Operations*

---

[1]   10 USC **§801** *Definitions* (9) The term "accuser" means a person who signs and swears to charges, any person who directs that charges nominally be signed and sworn to by another, and any other person who has an interest other than an official interest in the prosecution of the accused.

[2]   FM 41-10-1962  Chapter 1 Paragraph 2 <u>Definitions</u>  *a.* <u>*Civil Affairs*</u>. Those phases of the activities of a commander which embrace the relationship between the military forces and the civil authorities and people in a friendly (including US home territory) or occupied area where military forces are present. In an occupied country or area this may include the exercise of executive, legislative, and judicial authority by the occupying power.

[3]   FM 41-10-1962  Chapter 1 Paragraph 2 <u>Definitions</u>  *d.* <u>*Civil Emergency*</u>. Emergencies affecting public welfare as a result of enemy attack, insurrection, civil disturbance, earthquake, fire, flood, or other public disasters or equivalent emergencies which endanger life and property or <u>disrupt the usual process of government</u>. (Emphasis by Petitioners)

[4]   FM 41-10-1962  Chapter 1 Paragraph 2 <u>Definitions</u>- *g.* <u>*Military Government*</u>. Form of administration by which an occupying power exercises executive, legislative, and judicial authority over occupied territory.

FM 3-57 dated 31 October 2011 applies with Chapter 4 Section 52 as to the civilian event of the early voting ongoing mid-term "elections" with the deadline of November 6. 2018 that affect military operations [5] CINC warned of with the 12 September 2018 *Executive Order on Imposing Certain Sanctions in the Event of Foreign Interference in a United States  Election* **(see APX 001 thru APX 008);** and

Further accordingly, as now applies with Civil Affairs Operations FM 3-57 is changed in keeping with the Hague and Geneva Conventions with related law, as FM 41-10-1962 was used prior to the *International Covenant on Civil and Political Rights* (ICCPR) that adopted and opened for signature, ratification and accession by the United Nations General Assembly resolution 2200A (XXI) of 16 December 1966, with entry into force on 23 March 1976 in accordance with Article 49 that does not apply within the United States per se; and

Further, ICCPR was adopted, with reservations by Canada in 1982 concurrent with its Constitution, without recourse in the United States in 1992, and in the Russian Federation with its Constitution in 1992 without reservations; and

---

[5]  US Army FM 3-51 Chapter 4-52. Just as there are different categories of civilians, there are different categories of civilian *events* that may affect military operations. Some examples are planting and harvest seasons, **elections**, riots, and  evacuations (both voluntary and involuntary). Likewise, there are military events that affect the lives of civilians in an AO. Some examples are combat operations, including indirect fires, deployments, and redeployments. CAO/CMO planners determine what events are occurring, and analyze the events for their political, economic, psychological, environmental, and legal implications.

Further, without even ICCPR protection posed on paper for U.S. Citizen voters in this ongoing Mid-term 2018 election cycle - ICCPR does not apply herein; and furthermore, in the absence of any expectation of due process of law relief in any State and or Federal court to afford all voters national equal protection of the law plus being subject to the complete and utter absence of a so-called Justice Department (DOJ) with Attorney General Jeff Sessions (the Mr. Magoo of our time) who is absent without leave; and DOJ operates a vast criminal enterprise run by the 500 Senior Executive Service (SES) [6] member DOJ *central committee* (see **APX 009** thru **APX 036**) under the FISA warrant 'Robo-Signer'

---

[6] The **Senior Executive Service** (**SES**) is a position classification in the civil service of the United States federal government, equivalent to general officer or flag officer ranks in the U.S. Armed Forces; created in 1979 when the Civil Service Reform Act of 1978 went into effect under President Jimmy Carter, Zbigniew Brzezinski and Stansfield Turner.

According to the Office of Personnel Management, the SES was designed to be a corps of executives, who may not be U.S. Citizens or even qualify under a rigorous security background check, selected for their leadership qualifications, serving in key positions just below the top Presidential appointees as a link between them and the rest of the Federal (civil service) workforce. SES positions are considered to be above the GS-15 level of the General Schedule, and below Level III of the Executive Schedule. Career members of the SES ranks are eligible for the Presidential Rank Awards program.

Up to 10% of SES positions can be filled as political appointments rather than by career employees. About half of the SES is designated "Career Reserved", which can only be filled by career employees. The other half is designated "General", which can be filled by either career employees or political appointments as desired by the administration. Due to the 10% limitation, most General positions are still filled by career appointees.

Senior level employees of several agencies are exempt from the SES but have their own senior executive positions; these include the Federal Bureau of Investigation, Central Intelligence Agency, Transportation Security Administration, Federal Aviation Administration, Government Accountability Office, Members of the Foreign Service, and government corporations.

Unlike the General Schedule (GS) grades, SES pay is determined at agency discretion within certain parameters, and there is no locality pay adjustment. The minimum pay level for the SES is set at 120 percent of the basic pay for GS-15 Step 1 employees ($126,148 for 2018).

Rod Jay Rosenstein who affords silence for Christopher Wray, Gina Haspel, and General Paul M. Nakasone, USA (who assumed NSA command from Admiral Mike Rogers, USN) for the fifth Director of National Intelligence (DNI) Daniel Coats who was sworn in on March 16, 2017 (who seems pre-occupied to hide under the National Security rubric the $21 trillion of off balance sheet debt for a total $52 Trillion of indebtedness under the 85 year bankruptcy), all ignore AAG Rosenstein with his henchmen of the Chinese / Globalist intelligence community that includes Senator Diane Feinstein and other Congress persons whose staffers such as the Pakistani Awan Brothers are of the 10000 plus members of the constitutionally questionable fourth branch of government listed in the *Plum Book*, the Senior Executive Service and post employment SES Association who serve quid pro quo for SERCO INC. (see **APX 037** thru **APX 079**), and in effect warned of in ***Remarks by Vice President Pence on the Administration's Policy Toward China*** issued on October 4, 2018 at the The Hudson Institute of Washington, D.C. (see **APX 080** thru **APX 092**), stated quote:

> VP Pence: The Chinese Communist Party is rewarding or coercing American businesses, movie studios, universities, think tanks, scholars, journalists, and local, state, and federal officials.
>
> **And worst of all, China has initiated an unprecedented effort to influence American public opinion, the 2018 elections, and the environment leading into the 2020 presidential elections**. To put it bluntly, President Trump's leadership is working; and China wants a different American President.

There can be no doubt: **China is meddling in America's democracy. As President Trump said just last week, we have, in his words, "found that China has been attempting to interfere in our upcoming [midterm] election[s]."**

Our intelligence community says that "**China is targeting U.S. state and local governments and officials to exploit any divisions between federal and local levels on policy. It's using wedge issues, like trade tariffs, to advance Beijing's political influence.**"

And as such with this said, Petitioners seek available remedy, afford fair notice only in this remaining true Article 1 court to obtain a Writ of Mandamus, and based upon our nearly forty years experience in the State and Federal judicial system along with SCOTUS, all appear to remain politically and ideological compromised.

## RELIEF SOUGHT

Petitioners seek relief with 28 USC §1651 for a writ of mandamus with injunctive equity relief pursuant to the national emergency mandate(s) issued by the Commander-In-Chief, Donald John Trump for an order:

A. To preserve, until further notice by this court, all paper ballots cast on 6 November 2018 by U.S. Citizen voters at the national mid-term general election in the State of New York and the several states and territories; and

B. To convene a Title 10 §935. Art. 135. court of inquiry [7] into foreign meddling during the 6 November 2018 election cycle; and

---

[7] **Title 10 §935. Art. 135. Courts of inquiry**

C. To issue a report for the Department of Homeland Security Secretary Kirstjen M.

Nielsen; and for

D. Such other and different relief deemed necessary.

**PETITIONERS**

1. **Petitioner Christopher Earl Strunk** in esse Sui juris (Strunk), in propria

---

(a) Courts of inquiry to investigate any matter may be convened by any person authorized to convene a general court-martial or by any other person designated by the Secretary concerned for that purpose, whether or not the persons involved have requested such an inquiry.

(b) A court of inquiry consists of three or more commissioned officers. For each court of inquiry the convening authority shall also appoint counsel for the court.

(c) Any person subject to this chapter whose conduct is subject to inquiry shall be designated as a party. Any person subject to this chapter or employed by the Department of Defense who has a direct interest in the subject of inquiry has the right to be designated as a party upon request to the court. Any person designated as a party shall be given due notice and has the right to be present, to be represented by counsel, to cross-examine witnesses, and to introduce evidence.

(d) Members of a court of inquiry may be challenged by a party, but only for cause stated to the court.

(e) The members, counsel, the reporter, and interpreters of courts of inquiry shall take an oath to faithfully perform their duties.

(f) Witnesses may be summoned to appear and testify and be examined before courts of inquiry, as provided for courts-martial.

(g) Courts of inquiry shall make findings of fact but may not express opinions or make recommendations unless required to do so by the convening authority.

(h) Each court of inquiry shall keep a record of its proceedings, which shall be authenticated by the signatures of the president and counsel for the court and forwarded to the convening authority. If the record cannot be authenticated by the president, it shall be signed by a member in lieu of the president. If the record cannot be authenticated by the counsel for the court, it shall be signed by a member in lieu of the counsel. (Aug. 10, 1956, ch. 1041, 70A Stat. 76.)

In subsection (a), the words "Secretary concerned" are substituted for the words "Secretary of a Department".

In subsection (b), the word "commissioned" is inserted for clarity. The word "consists" is substituted for the words "shall consist".

In subsection (c), the word "has" is substituted for the words "shall have".

In subsection (e), the words "or affirmation" are omitted as covered by the definition of the word "oath" in section 1 of title 1.

In subsection (g), the word "may" is substituted for the word "shall".

In subsection (h), the word "If" is substituted for the words "In case".

persona, with place for service at 141 Harris Avenue Lake Luzerne, New York Zip Code 12846 Ph: 518-416-8743; Email: chris@privateamericancitizen.org (hereinafter "Petitioner" among the "Petitioners");

2.     Strunk is a Vietnam Era Veteran having served honorably in the United States Air Force with rank of E-5 from December 7, 1966 thru December 6, 1972.

3.     Strunk has a Public U.S. Citizen registration to vote in Warren County at New York's Federal Mid-term General Election scheduled for 6 November 2018, and Strunk cast a vote by mail on 22 October 2018 (see **APX 093** thru **APX 097**); and

4.     **Petitioner Harold William Van Allen** in esse sui juris, in propria persona (Van Allen) with place for service at 351 North Road Hurley New York 12443 Ph: 845-389-4366; Email: billvanallen@icloud.com (hereinafter "Petitioner" among the "Petitioners"); and

5.     Van Allen is a service related disabled Vietnam Era Veteran having served honorably in the United States Navy with rank of O-2 - June 1972 thru June 1978.

6.     Van Allen has a Public U.S. Citizen registration to vote in the Ulster County New York's Federal Mid-term General Election scheduled for 6 November 2018 with the candidates shown in Exhibit (see **APX 098** thru **APX 099**).

### STATEMENT OF FACTS

7.     That Petitioners are aware of what General and then CINC Dwight D.

Eisenhower meant as he left Office on Jan. 17, 1961, warned the world about danger for tyranny arising from the Congressional *Military-Industrial Complex.*[8]

---

[8] **Military-Industrial Complex Speech, Dwight D. Eisenhower, 1961.** Quote:

"My fellow Americans:

Three days from now, after half a century in the service of our country, I shall lay down the responsibilities of office as, in traditional and solemn ceremony, the authority of the Presidency is vested in my successor.

This evening I come to you with a message of leave-taking and farewell, and to share a few final thoughts with you, my countrymen.

Like every other citizen, I wish the new President, and all who will labor with him, Godspeed. I pray that the coming years will be blessed with peace and prosperity for all.

Our people expect their President and the Congress to find essential agreement on issues of great moment, the wise resolution of which will better shape the future of the Nation.

My own relations with the Congress, which began on a remote and tenuous basis when, long ago, a member of the Senate appointed me to West Point, have since ranged to the intimate during the war and immediate post-war period, and, finally, to the mutually interdependent during these past eight years.

In this final relationship, the Congress and the Administration have, on most vital issues, cooperated well, to serve the national good rather than mere partisanship, and so have assured that the business of the Nation should go forward. So, my official relationship with the Congress ends in a feeling, on my part, of gratitude that we have been able to do so much together.

II.

We now stand ten years past the midpoint of a century that has witnessed four major wars among great nations. Three of these involved our own country. Despite these holocausts America is today the strongest, the most influential and most productive nation in the world. Understandably proud of this pre-eminence, we yet realize that America's leadership and prestige depend, not merely upon our unmatched material progress, riches and military strength, but on how we use our power in the interests of world peace and human betterment.

III.

Throughout America's adventure in free government, our basic purposes have been to keep the peace; to foster progress in human achievement, and to enhance liberty, dignity and integrity among people and among nations. To strive for less would be unworthy of a free and religious people. Any failure traceable to arrogance, or our lack of comprehension or readiness to sacrifice would inflict upon us grievous hurt both at home and abroad.

Progress toward these noble goals is persistently threatened by the conflict now engulfing the world. It commands our whole attention, absorbs our very beings. We face a hostile ideology -- global in scope, atheistic in character, ruthless in purpose, and insidious in method. Unhappily the danger is poses promises to be of indefinite duration. To meet it successfully, there is called for, not so much the emotional and transitory sacrifices of crisis, but rather those which enable us to carry forward steadily, surely, and without complaint the burdens of a prolonged and complex struggle -- with liberty the stake. Only thus shall we remain, despite every provocation, on our charted course toward permanent peace and human betterment.

Crises there will continue to be. In meeting them, whether foreign or domestic, great or small, there is a recurring temptation to feel that some spectacular and costly action could become the miraculous solution to all current difficulties. A huge increase in newer elements of our defense; development of unrealistic programs to cure every ill in agriculture; a dramatic expansion in basic and applied research -- these and many other possibilities, each possibly promising in itself, may be suggested as the only way to the road we wish to travel.

But each proposal must be weighed in the light of a broader consideration: the need to maintain balance in and among national programs -- balance between the private and the public economy, balance between cost and hoped for advantage -- balance between the clearly necessary and the comfortably desirable; balance between our essential requirements as a nation and the duties imposed by the nation upon the individual; balance between actions of the moment and the national welfare of the future. Good judgment seeks balance and progress; lack of it eventually finds imbalance and frustration.

The record of many decades stands as proof that our people and their government have, in the main, understood these truths and have responded to them well, in the face of stress and threat. But threats, new in kind or degree, constantly arise. I mention two only.

### IV.

A vital element in keeping the peace is our military establishment. Our arms must be mighty, ready for instant action, so that no potential aggressor may be tempted to risk his own destruction.

Our military organization today bears little relation to that known by any of my predecessors in peacetime, or indeed by the fighting men of World War II or Korea.

Until the latest of our world conflicts, the United States had no armaments industry. American makers of plowshares could, with time and as required, make swords as well. But now we can no longer risk emergency improvisation of national defense; we have been compelled to create a permanent armaments industry of vast proportions. Added to this, three and a half million men and women are directly engaged in the defense establishment. We annually spend on military security more than the net income of all United States corporations.

This conjunction of an immense military establishment and a large arms industry is new in the American experience. The total influence -- economic, political, even spiritual -- is felt in every city, every State house, every office of the Federal government. We recognize the imperative need for this development. Yet we must not fail to comprehend its grave implications. Our toil, resources and livelihood are all involved; so is the very structure of our society.

In the councils of government, we must guard against the acquisition of unwarranted influence, whether sought or unsought, by the military industrial complex. The potential for the disastrous rise of misplaced power exists and will persist.

We must never let the weight of this combination endanger our liberties or democratic processes. We should take nothing for granted. Only an alert and knowledgeable citizenry can compel the proper meshing of the huge industrial and military machinery of defense with our peaceful methods and goals, so that security and liberty may prosper together.

Akin to, and largely responsible for the sweeping changes in our industrial-military posture, has been the technological revolution during recent decades.

In this revolution, research has become central; it also becomes more formalized, complex, and costly. A steadily increasing share is conducted for, by, or at the direction of, the Federal government.

14

Today, the solitary inventor, tinkering in his shop, has been overshadowed by task forces of scientists in laboratories and testing fields. In the same fashion, the free university, historically the fountainhead of free ideas and scientific discovery, has experienced a revolution in the conduct of research. Partly because of the huge costs involved, a government contract becomes virtually a substitute for intellectual curiosity. For every old blackboard there are now hundreds of new electronic computers.

The prospect of domination of the nation's scholars by Federal employment, project allocations, and the power of money is ever present

and is gravely to be regarded. Yet, in holding scientific research and discovery in respect, as we should, we must also be alert to the equal and opposite danger that public policy could itself become the captive of a scientific technological elite.

It is the task of statesmanship to mold, to balance, and to integrate these and other forces, new and old, within the principles of our democratic system -- ever aiming toward the supreme goals of our free society.

V.

Another factor in maintaining balance involves the element of time. As we peer into society's future, we -- you and I, and our government -- must avoid the impulse to live only for today, plundering, for our own ease and convenience, the precious resources of tomorrow. We cannot mortgage the material assets of our grandchildren without risking the loss also of their political and spiritual heritage. We want democracy to survive for all generations to come, not to become the insolvent phantom of tomorrow.

VI.

Down the long lane of the history yet to be written America knows that this world of ours, ever growing smaller, must avoid becoming a community of dreadful fear and hate, and be instead, a proud confederation of mutual trust and respect.

Such a confederation must be one of equals. The weakest must come to the conference table with the same confidence as do we, protected as we are by our moral, economic, and military strength. That table, though scarred by many past frustrations, cannot be abandoned for the certain agony of the battlefield.

Disarmament, with mutual honor and confidence, is a continuing imperative. Together we must learn how to compose differences, not with arms, but with intellect and decent purpose. Because this need is so sharp and apparent I confess that I lay down my official responsibilities in this field with a definite sense of disappointment. As one who has witnessed the horror and the lingering sadness of war -- as one who knows that another war could utterly destroy this civilization which has been so slowly and painfully built over thousands of years -- I wish I could say tonight that a lasting peace is in sight.

Happily, I can say that war has been avoided. Steady progress toward our ultimate goal has been made. But, so much remains to be done. As a private citizen, I shall never cease to do what little I can to help the world advance along that road.

VII.

So -- in this my last good night to you as your President -- I thank you for the many opportunities you have given me for public service in war and peace. I trust that in that service you find some things worthy; as for the rest of it, I know you will find ways to improve performance in the future.

15

8. Petitioners have been involved in dozens of State (see **APX 100**) and Federal election / suffrage rights related cases ourselves and by our associates for the sake of brevity some of which are listed without a description:

- In Re: Schulz etal v. The State of New York etal. NDNY 95cv133 (CGC) with Dr. Walker F. Todd Ph.D. Esq. as counsel for Plaintiffs;

- In Re: STRUNK v. UNITED STATES DEPARTMENT OF COMMERCE BUREAU OF THE CENSUS et al (1:09-cv-01295) (NG)

- In Re: Strunk v. US Dept of Housing Urban Development etal. EDNY 99cv6480 (NG)

- In Re: Loeber etal v. Spargo etal. NDNY 04cv1193 (LEK)

- In Re: Forjone etal v California etal. WDNY 06cv0080 / NDNY 06cv01002

- In Re: USA v NYS Board of Elections etal. NDNY 04cv0263 (GLS)

- In Re: Schulz etal. v State of New York etal. NDNY 07cv00943 (LEK) file a very large set of multidistrict cases one in each State of the several states with a separate Plaintiff in each State, therein challenging the

---

You and I -- my fellow citizens -- need to be strong in our faith that all nations, under God, will reach the goal of peace with justice. May we be ever unswerving in devotion to principle, confident but humble with power, diligent in pursuit of the Nation's great goals.

To all the peoples of the world, I once more give expression to America's prayerful and continuing aspiration: Source: Public Papers of the Presidents, Dwight D. Eisenhower, 1960, p. 1035- 1040 See https://youtu.be/orEurY6HdXU and text at http://avalon.law.yale.edu/20th_centuryeisenhower001.

unconstitutional use of electronic voting rather than paper ballots with a chain of custody for counting and tally and for which the corrupt civil courts buried the cases and terrorized Robert Schulz for the past 6 years;

- In Re: STRUNK V. C.I.A. EDNY Civil Action No. 08cv01196 (ARR)

- In Re: Jah Thomas, Basil Guilavigui and Christopher Earl Strunk v the Federal Reserve Bank of New York etal. DNY2007cv01171 (ARR)

- In Re: Strunk v NYS Board of Elections etal. NYS Kings Cty Sup. 6500-11

- In Re: Strunk v. DOS et al. DCD 08-cv-2234 (RJL)

- In Re: STRUNK v. U.S. DEPARTMENT OF COMMERCE BUREAU OF THE CENSUS et al (1:09-cv-01295) (RJL)

- In Re: Strunk v New York State Board of Elections, et al., Index No. 08-CV4289 (US Dist Ct, EDNY, Oct. 28, 2008, Ross, J.)

- In Re: Apr 24, 2016 - Strunk v DTCC etal USCA 2nd Circuit 15-3199. Strunk v DTCC, Robert Druskin etal  SDNY 15cv6817.

- In Re: STRUNK v. THE STATE OF CALIFORNIA etal. NYND 16-cv-1496 (BKS/ DJS) was a challenge to the vote fraud involving illegal voters in California and New York to no avail in anticipation of results obtained by the Presidential 2016 Election Integrity Commission ordered 11 May 2017 that Judge Sannes dismissed the case without prejudice on 15 May 2017.

9.   Our compatriot engineer, Michael T. McKibben founder of *Americans For*

*Innovation* (AFI) and *Leader Technologies Inc.*, is the actual inventor of social network scaling software that was stolen from the SERCO INC. controlled U.S. Patent Office and its agents for Google, Facebook and other social network platforms; and

10.   Further, AFI investigation has proven the theft has affected every election cycle -since 2008, and that since Sep. 29, 1999 started when the C.I.A. began investing in hardware and software companies, thus essentially nationalizing largely in secret, America's emerging digital infrastructure; and

11.   Further, having exhausted available remedy Mr. McKibben filed a Miller Act claim with CINC Trump (see **APX 101** thru **APX 126**); and

12.   Further, based upon information and belief, in that the theft gave the C.I.A. an unprecedented and unaccountable ability to spy on everyone without a warrant, and given the C.I.A. theft has created government liability under the Miller Act (40 U.S.C. §§ 3131-3134) evidenced by voluminous spreadsheet summaries compiled by Leader Technologies, Inc. within the last week, available to this court upon request, are the contracts acquired by SERCO INC. between 20 September 2005 and 11 May 2018 [9] with the Department of Commerce (DOC), the U.S.

---

9   Serco-All-Federal-Agency-Prime-Contracts-between-Sep-30-2005-to-May-01-2018-USAspending-May-11-2018.
    Serco-DOD-Prime-Contracts-between-Aug-14-2006-to-Apr-01-2018-USAspending-May-11-2018.csv
    Serco-OPM-Contracts-between-Nov-28-2007-to-Nov-20-2015-USAspending-May-11-2018.csv
    Serco-DUNS-014387489-Department-of-Homeland-Security-DHS-between-Jan-25-2008-to-Jan-25-2018-
       accessed-May-12-2018.csv

Office of Personnel Management (OPM), DOC Bureau of Census (BOC) DOC Patent Trademark Office (PTO), Department of Defense (DOD), Department of Homeland Security (DHS), Federal Acquisition Service (FAS) and other too numerous prime contracts too numerous to list herein but germane as to espionage; and

13.    That based upon information and belief as a matter of foreign meddling and interference during the 6 November 2018 election cycle, there are no bid SERCO INC. contracts with Federal entities, since 2005 with reference to Footnote #9, that among other egregious exceptions to law are in violation of the Sherman and Robinson Patman Antitrust Acts that with impunity have afforded access and opportunity by Foreign enemies of the United States of America and its member States and Territories to conduct the crime of espionage by foreign enemies, and

14.    Further that proof of these allegations as to spying have in part been established judicially in several cases heard before SES member Richard J. Leon, a District Court Judge in the District of Columbia, who at least regards proven egregious 4th amendment spying violations as unconstitutional, and

15.    Further the said contracts summarized at Footnote #9 also involves the huge

---

Serco-Federal-Acquisitions-Service-FAS-between-Apr-20-2008-to-May-01-2018-USAspending-May-11-2018.csv
Serco-DOS-Prime-Contracts-between-Dec-29-2011-to-Dec-28-2015-USAspending-May-11-2018.csv
Serco-DOD-Subcontracts-between-Feb-04-2011-to-Mar-20-2018-USAspending-May-11-2018.csv

DOD and OPM personnel file theft disclosed in 2015 [10] affording jurisdiction of this Court over the Petitioners' Petition as a probable cause legal standard of proof above mere reasonable suspicion that the SES components of Government serving SERCO Inc., run by the Queen's Privy Council coordinated with the People's Republic of China (PRC) Communist Central Committee, and of course ALL the entities through their SES managers working with the SERCO INC. contracts referenced in Footnote #9 thereby actually facilitate election tampering in the United States and elsewhere that creates a civil responsibility properly based upon a major degree of military intrusion into the field of government; and

16.   Further correspondingly, the scope of military authority under Civil Affairs Operations FM 3-57, is circumscribed here by the necessities of the ongoing national emergency or time of war with martial law provisions of the 12 USC §95(a) amended 50 USC App. §5(b) for extraordinary circumstances since March 6, 1933 beyond the control capability of normal government officials in application of International Law[11]; and whose duty falls upon the U.S. Army Chief of Staff's

---

10   https://www.opm.gov/cybersecurity/cybersecurity-incidents/   e.g.   *Earlier   in   2015,* OPM discovered that the personnel data of 4.2 million current and former Federal government employees had been stolen. ... may also have been impacted by the separate but related incident involving personnel records.

11   FM 41-10-1962 Chapter 1 Paragraph 8. Application of International Law. (a.) International law is usually regarded as having two branches, one dealing with the peaceful relations between states and the other concerned with armed hostilities between states. This division is not, however, absolute, and there are many facets of international relations that are difficult to regard as belonging to the law of peace or the law of war. Both branches as well as the undefined grey

20

authority over *Civil Affairs Functions* with civil agency(s) and the cabinet of the

Commander-in-chief, with alleged dereliction of duty inter alia, for effective civil

government, public finance, legal due process [12] .

area in between apply to civil affairs relations. The law of peace deals with such matters as recognition of states and governments, jurisdiction, nationality, diplomatic protocol, the prerequisites for and construction of international agreements, and, generally, the practices and standards observed by friendly states in their mutual relations. Evidence of the law of peace is to be found in law making treaties, the decisions of international and national judicial bodies, the writings of jurists, diplomatic correspondence, and other documentary material concerning the practice of states. The law of peace is particularly relevant to define the rights and obligations of a military force that is deployed in the territory of an allied state not only where there is a civil affairs agreement, but also where there is no applicable agreement or with respect to matters on which such agreement is silent. (Emphasis by Petitioners)

(b.) The law of war governs such matters as the conduct of hostilities on land, in the sea, and in the air; the status and treatment of persons affected by hostilities, such as POW'S, the sick and wounded, and civilian persons; the occupation of enemy territory, flags of truce, armistices and surrender agreements, neutrality, and war crimes. The law of war is derived from two principal sources, law making treaties, such as the Hague and Geneva Conventions, and custom, a body of unwritten law that is firmly established by the practice of nations and well defined by recognized authorities on international law. Ordinarily, a provision of an international agreement is binding on a state only to the extent that it has consented to be bound. However, a humanitarian principle enunciated in a law making treaty is binding. (Emphasis by Petitioners)

(e.) Of these' agreements, the NATO Status of Forces Agreement is particularly significant because of the precedent it has established concerning the law applicable to visiting military forces when they are in the territory of a friendly state. *The Hague Regulations are important because they are regarded as declaratory of law applicable between belligerents.* The 1949 Conventions supplement the Hague Regulations, which by their literal terns applied only to a "war" between parties signatory thereto, by broadening the scope of the Treaty law to cover not only "war" but also "any other armed conflict" and *"any partial or total occupation," involving their signatories (see FM 27-10)*. An international agreement of particular significance to CA personnel is the Convention for the Protection of Cultural Property in the Event of Armed Conflict. The United States became a signatory to this agreement at the Hague in 1954. This Convention outlines the measures which armed forces shall take in the preservation of historical, cultural, and scientific properties in any enemy territory. As CA personnel will have principal responsibility for measures to be taken concerning cultural property, they should be thoroughly familiar with the legal obligations of the United States respecting artistic objects, archives, monuments, shrines, and other types of cultural property. (Emphasis by Petitioners)

[12] FM 41-10-62 CHAPTER 2   CIVIL AFFAIRS FUNCTIONS Paragraph 11 Governmental Functions. Included in this grouping of functions are those dealing with matters customarily involving governmental activity or control. The general areas of concern include the organization

and conduct of local government, political activities; review, advice, or correction of civil officials in accordance with competent directives, and implementation of policy decisions with respect to control or other relationships with government in the area of operations.

(a.) *Civil Government*. This function is concerned with the structure and conduct of local government. It encompasses methods of establishing legislative and executive agencies from national to local levels and the processes of these agencies in the administration of civil government. Included are such considerations as political. parties, eligibility for franchise, elections, tenure, and all other aspects of the development and operation of the apparatus of government. Commanders having area responsibility, their staffs, and CA units are charged, as appropriate, with

(1) Surveying governmental organization at all levels.

(2) Surveying lines of authority and influence having impact on political matters.

(3) Analyzing effectiveness of existing agencies of government or social control.

(4) Studying effectiveness of governmental officials and employees and of other community leaders; removing persons who are inimical to the United States or who are not in sympathy with its policies and objectives, and securing the appointment of leaders who will further desired programs.

(5) Negotiating to gain support or cooperation for United States forces.

(6) Recommending organization, functioning, staffing, and authority of agencies of government or social control.

(7) Advising, conducting liaison with, supervising, controlling, or replacing organs of government.

(8) Participating on joint commissions, committees, or councils concerned with governmental affairs.

(b.) *Legal.* This function is concerned with the legal system of the area and the application of international law in CA operations. Commanders having CA area responsibility, their staffs, and CA units are charged, as appropriate with-

(1) Translation of the legal aspect of CA operations into plans and directives.

(2) Analysis and interpretation of the civil and criminal laws of the territory, particularly restraints imposed upon the civil populace.

(3) Study of the organization of the judicial system including determination of legal status and jurisdiction of civil courts and law.

(4) Review of the local organization of the bar and determination of reliability of its members.

(5) Examination of locally accepted forms of judicial procedure including rules of evidence and rights of the accused.

(6) Assistance to commanders and staffs in the preparation of proclamations, ordinances, orders and directives, and as otherwise may be required.

22

(7) The establishment of necessary civil affairs tribunals and other judicial and administrative agencies, including their number, types, jurisdiction, procedures, and delegation of appointing authority.

(8) The closure or reopening of local tribunals, including courts, boards, and commissions; their jurisdiction, organization and procedure, and the class of cases triable therein.

(9) Recommendations concerning the suspension or abrogation of laws and procedural rules applicable to local courts.

(10) Recommendations concerning the alteration, suspension, or promulgation of laws to include civil legislation for the government of the area in which military forces are deployed. It may be necessary to deny enforcement effect to local legislation or to adopt new laws essential to the control of the area in question and the protection of U.S. forces. Such legislation must conform to applicable provisions of U.S. law and international law as, for example, the 1949 Geneva Civilian Convention.

(11) Supervision of the administration of civil and criminal laws by local officials.

(12) Provision of members for civil affairs tribunals.

(13) Review or administrative examination of cases tried in CA courts before referral to higher headquarters for final review.

(14) Arrangements for transmittal of civilian claims against the United States to the proper agency.

(f.) Public Finance. This function is of vast importance in the conduct of economic welfare and economic stabilization measures and assists in reducing support contributions by the United States. It includes control, supervision, and audit of fiscal resources; budget practices, taxation, expenditures of public funds, currency issues, and the banking agencies and affiliates. It is essential that the function be performed in an integrated and uniform manner within each national area. Commanders having area responsibility, their staffs, and CA units may be charged with tasks such as:

(1) Analysis of taxation systems and other sources of revenue, governmental expenditures, and estimates of adequacy of public funds for performance of governmental functions.

(2) Review of public laws and agencies regulating banking and financing.

(3) Analysis of financial structures including types and conditions of financial institutions.

(4) Analysis of types and amounts of circulating currencies, acceptance by population of such currencies, and current foreign exchange rates.

(5) Recommendations as to designation of type of circulating local currency.

(6) Recommendations as to provisions for military currency.

(7) Recommendations as to establishment of currency exchange rates.

(8) Establishment and enforcement of restrictions on exportation of currencies.

(9) Recommendations for control of foreign exchange.

17.   Further, in addition Mr. McKibben has provided a copy of the Washington

State Supreme Court Petition for Writ of Mandamus, *James M. Miller v. Secretary*

*of State, Kim Wyman* No. 96235-9 filed on 28 August 2018 (Petition No. 96235-

9), to safeguard paper ballots cast in the Federal Mid-term General Election

scheduled for 6 November 2018, shown in Exhibit (see **APX 127** thru **APX 240**)

for relief to:

>    (1) eliminate electronic voting systems in Washington and require hand
>    tabulation of ballots,
>
>    (2) implement in-person voting with fingerprint verification, and
>
>    (3) require "bipartisan groups" (rather than election officials) to process and
>    tabulate ballots, all for the 2018 general election and future elections.

18.   Further therein Petition 96235-9 Exhibit D (see **APX 186**), on July 16 2018

New York Governor Andrew Cuomo joined with Washington State Governor Jay

Inslee (that arguendo defer their ineffectual individual State authority / power over

the election process to Federal Jurisdiction) demand that CINC Trump protect the

(10) Establishment of controls over budget, taxation, expenditures, and public funds and
determination of appropriate fiscal accounting procedures.

(11) Reestablishment or revision of taxation systems in accordance with policy directives.

(12) Liquidation, reorganization, opening, or closing of banks.

(13) Supervision over credit and provisions for credit needs.

(14) Regulation or supervision of governmental fiscal agencies, banks, credit cooperatives, and
other financial institutions.

(15) Recommendations for advances of funds to governmental or private financial institutions.

(16) Recommendations as to emergency declaration of debt suspensions for specific types of
debts.

(17) Recommendations for protection of public and private financial institutions and
safeguarding funds, securities, and financial records.

electoral process from Foreign interference with the Federal Mid-term General Election cycle scheduled for 6 November 2018; and

19.   Further, on 26 July 2018 House Intelligence Committee Chairman Devin Nunes (R-Calif.) called for a ban on electronic voting systems in an interview that aired Thursday in Washington Examiner (see **APX 265**); quote

> "The one thing we've been warning about for many, many years on the Intelligence committee is about the electronic voting systems," Nunes told Hill.TV's Buck Sexton, who sat with the lawmaker on Wednesday.
>
> "Those are really dangerous in my opinion, and should not be used. In California — at least in the counties that I represent — they do not use an electronic system," he continued.
> "I think anybody that does that, and that's communicating over the web, it's going to be a challenge. So you have to make sure that you limit that as much as possible, and we need a paper trail so that you can go back in case you have to do a manual recount," he said.
>
> In February, a DHS cybersecurity officials said that Russia had "in a small number of states in 2016" and warned California and 21 other states that Russia attempted to breach their systems.

20.   Further yet to wit, on 31 July 2018 the Department of Homeland Security Secretary Kirstjen M. Nielsen issued at the National Cyber-security Summit by her Keynote Speech pledging to safeguard the Federal Mid-term General Election scheduled for 6 November 2018 from foreign interference (see **APX 266**); and

21.   That in response to Petition No. 96235-9, on October 12, 2018, REBECCA R. GLASGOW, WSBA 32886   *Deputy Solicitor General* maneuvered to postponed hearing until after 6 November 2018, in CONCLUSION (see **APX 262**)

alleged that quote:

> "The Petition for Extraordinary Writ of Mandamus does not state a claim for relief because it does not identify any lawful basis for mandamus. The Secretary of State respectfully asks the Court to dismiss the petition with prejudice."

22. That following the 15 December 2016 filing of Strunk's election law case STRUNK v. THE STATE OF CALIFORNIA etal. NYND 16-cv-1496 (BKS/ DJS) dismissal without prejudice on 15 May 2017, that coincided with the President Donald J. Trump signed an Executive Order on 11 May 2017, establishing the Presidential Advisory Commission on Election Integrity. Vice President Mike Pence chairs the Commission, and Kansas Secretary of State Kris Kobach serves as the vice chair, see the time line at **APX 276**, and in which members of the Commission sabotaged the inquiry with court cases that resulted in cancellation of the inquiry on 3 January 2018 (see **APX 281**).

23. That on 1 October 2018, Michael T. McKibben and his researchers at American for Innovation, Leader Technologies, Inc and American Intelligence Media update the 15 September 2018 report inter alia on electronic espionage and foreign interference in the current 2016 Election cycle titled *HILLARY CLINTON CONTROLS 50,000 FBI ENCRYPTION KEYS—PROVES MUELLER'S WITCH HUNT IS TREASONOUS* and involving the foreign controlled entity ENTRUST (see **APX 282**).

24. Importantly, the Report shown starting at APX 282 explains the TIMELINE:

for how BILL & HILLARY CLINTON BEGAN ORCHESTRATING UNFETTERED ACCESS TO THE FBI'S ENCRYPTION KEYS IN 1993 for the PRC etal. in regards to ENTRUST and foreign espionage starts at **APX 290**.

25.   That Michael T. McKibben of Leader Technologies, Inc. provided Strunk on 13 September 2018 his research done into the ENTRUST entity at the Securities Exchange Commission Edgar web facility to determine all the overlapping potential espionage / interference connections using an (ENTU 1998-2009) 10-K, Customer, Partner, Director, Officer, Dependent, Subsidiary (see **APX 308**).

26.   That germane to this 2018 Election Cycle meddling / interference danger that is associated with ENTRUST etal., especially the psychological warfare intent of foreign interference in the ongoing election cycle, is the 24 October 2018 THE HILL article: *Officials prepare for potential of claims of election interference* by Jacqueline Thomsen (see **APX 331**).

27.   That Petitioners based upon our New York experience (especially since the Clinton's PRC / Maoist crime machine moved here in the 1990s), allege that PRC national Jack Ma, the richest person on the PRC Central Committee, who had asset stripped ROC / Taiwan Industry to the PRC Mainland, and as the CEO of the PRC's *Alibaba* propaganda organization [13]  just purchased 28,000 acres of New York Adirondack forest from the International Paper Company with the blessing of

---

[13]      http://www.nydailynews.com/news/ny-news-jack-ma-alibaba-stepping-down-20180910-story.html

27

New York Governor Andrew Cuomo, and that a Court Inquiry would be fruitful.

28.   Based upon Petitioners experience, information and belief, the Indonesian poseur defacto President Barry Soetoro, Soebarkah, a.k.a. Barack Hussein Obama is a member of the Senior Executive Service from his time working for the Central Intelligence Agency at Business International Corporation as a non US Citizen, and as a SES member Indonesian Citizen who questionably issued Executive Order 13714 of December 15, 2015 Strengthening the Senior Executive Service.

## ISSUES RAISED

Petitioners raise a series of troubling issues that are to be properly resolved in this Court related to 10 U.S. Code § 253 - Interference with State and Federal law [14] and or 10 U.S.C. 333 - Interference with State and Federal law, and as

---

[14]   §253.1 Interference with State and Federal law.

The President, by using the militia or the armed forces, or both, or by any other means, shall take such measures as he considers necessary to suppress, in a State, any insurrection, domestic violence, unlawful combination, or conspiracy, if it-

(1) so hinders the execution of the laws of that State, and of the United States within the State, that any part or class of its people is deprived of a right, privilege, immunity, or protection named in the Constitution and secured by law, and the constituted authorities of that State are unable, fail, or refuse to protect that right, privilege, or immunity, or to give that protection; or

(2) opposes or obstructs the execution of the laws of the United States or impedes the course of justice under those laws.

In any situation covered by clause (1), the State shall be considered to have denied the equal protection of the laws secured by the Constitution.

(Aug. 10, 1956, ch. 1041, 70A Stat. 15 , §333; Pub. L. 109–364, div. A, title X, §1076(a)(1), Oct. 17, 2006, 120 Stat. 2404 ; Pub. L. 110–181, div. A, title X, §1068(a)(1), Jan. 28, 2008, 122 Stat. 325 ; renumbered §253, Pub. L. 114–328, div. A, title XII, §1241(a)(2), Dec. 23, 2016, 130 Stat. 2497 .)

would apply to the application and administration of 50 USC 212: Confiscation of property employed to aid insurrection [15].

That these troubling issues require a court inquiry that derive from the purpose and use of The Sedition Act of 1918 (Pub.L. 65–150, 40 Stat. 553, enacted May 16, 1918) that was an Act of the United States Congress that extended the Espionage Act of 1917 to cover a broader range of offenses that Petitioners contend is related to the subject 2018 Election cycle foreign interference in the broader context of the Constitutionality of the Senior Executive Service per se that was created by the Civil Service Reform Act of 1978, (October 13, 1978, Pub.L. 95–454, 92 Stat. 1111) (CSRA), that reformed the civil service of the United States federal government, partly in response to the Watergate scandal, and in which CSRA questionably varied from the requirement of the Administrative Procedures Act (APA) from the due process standpoint and, in which CSRA abolished the U.S. Civil Service Commission and distributed its functions primarily among three

---

[15] §212. Confiscation of property employed to aid insurrection

Whenever during any insurrection against the Government of the United States, after the President shall have declared by proclamation that the laws of the United States are opposed, and the execution thereof obstructed, by combinations too powerful to be suppressed by the ordinary course of judicial proceedings, or by the power vested in the marshals by law, any person, or his agent, attorney, or employee, purchases or acquires, sells or gives, any property of whatsoever kind or description, with intent to use or employ the same, or suffers the same to be used or employed in aiding, abetting, or promoting such insurrection or resistance to the laws, or any person engaged therein; or being the owner of any such property, knowingly uses or employs, or consents to such use or employment of the same, all such property shall be lawful subject of prize and capture wherever found; and it shall be the duty of the President to cause the same to be seized, confiscated, and condemned.

new agencies: the Office of Personnel Management, the Merit Systems Protection Board, and the Federal Labor Relations Authority, and that has taken over as a foreign controlled fourth branch of government unconstitutionally.

## CONCLUSION

Petitioners have been here previously on a related election issue during the 2016 cycle, and to the extent that Christopher Blaise Garvey is now on the 2018 Ballot in New York for its Attorney General otherwise he would be here too. However in this 2018 cycle, we have exhausted our available remedies below in both the State and Federal civil system to no avail under the continuing emergency government, and because time is of the essence with imminent irreparable harm that will permanently impact the entirety of our fellow citizens of each of the States of the several States and the ability of the limited republic of the United States of America to continue, we beseech this Court for the good of the entire country to grant the relief sought; and to the extent that there are Five states in the U.S. — Louisiana, Georgia, South Carolina, New Jersey, and Delaware that run their elections using direct recording electronic machines (DREs) only each must be ordered under the Help America to Vote Act to provide Paper Ballots accordingly to serve our Commander-in Chief during this time of upheaval with the special notice to the danger posed by the warning given by The Hill shown at APX 331 that *Officials prepare for potential for claims of election interference*.

## PETITION VERIFICATION AFFIDAVIT

STATE OF NEW YORK )
                ) SS.
COUNTY OF WARREN )

Accordingly, I, **Christopher Earl Strunk**, being duly sworn, depose and say under penalty of perjury:

I have read the foregoing Petition and Appendix Exhibits marked **APX 001** thru **APX 333** under 28 USC §1651 and related law for a writ of mandamus and injunctive equity relief pursuant to the national emergency mandate(s) issued by the commander-in-chief, Donald John Trump for an order:

A. TO PRESERVE, UNTIL FURTHER NOTICE BY THIS COURT, ALL PAPER BALLOTS CAST ON 6 NOVEMBER 2018 BY U.S. CITIZEN VOTERS AT THE NATIONAL MID-TERM GENERAL ELECTION IN THE STATE OF NEW YORK AND THE SEVERAL STATES AND TERRITORIES; AND

B. TO CONVENE A TITLE 10 §935. ART. 135, COURT OF INQUIRY INTO FOREIGN MEDDLING DURING THE 6 NOVEMBER 2018 ELECTION CYCLE; AND

C. TO ISSUE A REPORT FOR THE DEPARTMENT OF HOMELAND SECURITY SECRETARY KIRSTJEN M. NIELSEN; AND FOR

D. SUCH OTHER AND DIFFERENT RELIEF DEEMED NECESSARY.

*Whereas affirmant Petitioner is an Accuser* defined by 10 USC 801-9 for offenses against nationals of the United States outside the jurisdiction of any nation defined by 18 USC §7 -7 as if for special maritime and territorial jurisdiction of the United States using Court Rule 67(c) as to *Civil Affairs* under the 12 USC §95(a) amended 50 USC App. §5(b) ongoing emergency with the Military Government U.S. Army duties in the Community under the Honorable Donald J. Trump POTUS / Commander-in-Chief (CINC), as is defined by the U.S. Army Field Manual (FM) now amended into *Civil Affairs Operations* FM 3-57 dated 31 October 2011 applies with Chapter 4 Section 52 as to the civilian event of the early voting ongoing mid-term "elections" with the deadline of 6 November 2018 that affect military operations CINC warned of with the 12 September 2018 *Executive Order on Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election Certain Sanctions in the Event of Foreign Interference in a United States Election* and that time is of the essence with imminent irreparable harm; and

Affirmant knows the contents thereof apply to me by misapplication and administration of laws and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

_____
**Christopher Earl Strunk** in esse Sui juris
All Rights Reserved Without Prejudice

Subscribed and Sworn to before me
This _____ day of October 2018

_____
Notary Public

KIMBERLY A. ROSS
Notary Public, State of New York
Warren Co. #01RO6303916
Commission Expires May 19, 20__

## PETITION VERIFICATION AFFIDAVIT

STATE OF NEW YORK )
                   ) SS.
COUNTY OF ULSTER )

Accordingly, I, **Harold William Van Allen**, being duly sworn, depose and say under penalty of perjury:

I have read the foregoing Petition and Appendix Exhibits marked **APX 001** thru **APX 333** under 28 USC §1651 and related law for a writ of mandamus and injunctive equity relief pursuant to the national emergency mandate(s) issued by the commander-in-chief, Donald John Trump for an order:

A. TO PRESERVE, UNTIL FURTHER NOTICE BY THIS COURT, ALL PAPER BALLOTS CAST ON 6 NOVEMBER 2018 BY U.S. CITIZEN VOTERS AT THE NATIONAL MID-TERM GENERAL ELECTION IN THE STATE OF NEW YORK AND THE SEVERAL STATES AND TERRITORIES; AND

B. TO CONVENE A TITLE 10 §935. ART. 135. COURT OF INQUIRY INTO FOREIGN MEDDLING DURING THE 6 NOVEMBER 2018 ELECTION CYCLE; AND

C. TO ISSUE A REPORT FOR THE DEPARTMENT OF HOMELAND SECURITY SECRETARY KIRSTJEN M. NIELSEN; AND FOR

D. SUCH OTHER AND DIFFERENT RELIEF DEEMED NECESSARY.

*Whereas affirmant Petitioner is an Accuser* defined by 10 USC 801-9 for offenses against nationals of the United States outside the jurisdiction of any nation defined by 18 USC §7 -7 as if for special maritime and territorial jurisdiction of the United States using Court Rule 67(c) as to *Civil Affairs* under the 12 USC §95(a) amended 50 USC App. §5(b) ongoing emergency with the Military Government U.S. Army duties in the Community under the Honorable Donald J. Trump POTUS / Commander-in-Chief (CINC), as is defined by the U.S. Army Field Manual (FM) now amended into *Civil Affairs Operations* FM 3-57 dated 31 October 2011 applies with Chapter 4 Section 52 as to the civilian event of the early voting ongoing mid-term "elections" with the deadline of 6 November 2018 that affect military operations CINC warned of with the 12 September 2018 *Executive Order on Imposing Certain Sanctions in the Event of Foreign Interference in a United States Election Certain Sanctions in the Event of Foreign Interference in a United States Election* and that time is of the essence with imminent irreparable harm; and

Affirmant knows the contents thereof apply to me by misapplication and administration of laws and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

**Harold William Van Allen** in esse Sui juris
All Rights Reserved Without Prejudice

Subscribed and Sworn to before me
This **25** day of October 2018

Notary Public   STATE OF NEW YORK
FAIRLENE G. RABENDA   32
QUALIFIED IN DUTCHESS COUNTY
REG #01RA5061914   COMMISSION EXPIRES JUNE 17, 2022

10287 words

## CERTIFICATE OF COMPLIANCE

No. _____

# UNITED STATES COURT OF APPEALS
# FOR THE ARMED FORCES

**In re: Christopher Earl Strunk, and Harold William Van Allen,**
Petitioners.

As required by Rule , the Undersigned certifies that the PETITION WITH 28 USC §1651 FOR WRIT OF MANDAMUS AND INJUNCTION EQUITY RELIEF IN THE MATTER OF FOREIGN MEDDLING DURING THE 6 NOVEMBER 2018 ELECTION CYCLE; contains 10287 words including the Petition Text and Footnotes, excluding the parts of the petition that are exempted by rules, and uses Times New Roman font with 14 Point type in the Text and 12 Point type in Footnotes.

The undersigned states and declares under penalty of perjury that the foregoing is true and correct under 28 USC §1746:

Dated: October 27, 2018
     Brooklyn, New York

**Christopher Earl Strunk** in esse Sui juris,
141 Harris Avenue Lake Luzerne, NY 12846
Ph: 518-416-8743; Email: chris@privateamerciancitizen.org
All Rights Reserved Without Prejudice

# UNITED STATES COURT OF APPEALS FOR THE ARMED FORCES

**In re: Christopher Earl Strunk, and Harold William Van Allen,**
Petitioners.

# <u>APPENDIX</u>

FOR THE PETITION WITH 28 USC §1651 FOR A WRIT OF MANDAMUS AND INJUNCTIVE EQUITY RELIEF PURSUANT TO THE NATIONAL EMERGENCY MANDATE(S) ISSUED BY THE COMMANDER-IN-CHIEF, DONALD JOHN TRUMP

JOINT AMICI CURIAE BRIEF OF CHRISTOPHER EARL STRUNK AND
HAROLD WILLIAM VAN ALLEN TO ASSIST SPECIAL MASTER JOHN
GLEESON WITH INFORMATION EXPERTISE AND INSIGHT FOR
CONVICTION OF LIEUTENANT GENERAL MICHAEL THOMAS FLYNN

# Exhibit F

 Gmail

Christopher Strunk <suretynomore@gmail.com>

**NOTICE of INTENT to file friend of the court brief in 17-cr-232**
2 messages

Christopher Strunk <suretynomore@gmail.com>                                    Thu, May 14, 2020 at 6:03 PM
To: sidney@federalappeals.com
Bcc: Harold Van Allen <hbtlvanallen@icloud.com>, ~~████████████████████~~, "michael@shrimpton.co.uk"
<michael@shrimpton.co.uk>

CONFIDENTIAL and PERSONAL

May I call?

Unusual stuff.

Christopher Earl Strunk
141 Harris Avenue
Lake Luzerne, NY 12846-1721
518-416-8743

CC:
H, William Van Allen
351 North Road
Hurley NY 12443

Wwithstanding John Gleeson For instance:

HINT- The CIA hard at work to maintain cash-flow with their longest war -- Afghanistan. FYI: THE GERMAN DVD: stands for
Deutsches Verteidigungs Dienst, or German Defense Service By Michael Shrimpton for Veterans Today
http://www.veteranstoday.com/2012/05/30/breaking-exclusive-japan-attack-german-terror-intel-group-complicit/ This is
a hot intel topic and one which has provoked a certain amount of debate within the Intelligence Community (INTELCOM). That
is partly because much of the material, including SATINT of the agency's HQ in Dachau Germany (about a klick from the old
concentration camp, a former DVD facility) has been classified at too high a level in this author's humble opinion. As Gordon
Duff can confirm this author is very humble. (Ed: Mike is humble…not.) DVD stands for Deutsches Verteidigungs Dienst, or
German Defense Service. It was set up by German spymaster Admiral Wilhelm Canaris in 1943/4, after he appreciated that
Germany was going to lose the war. He and his deputy, General Leutnant Erwin von Lahousen, a serious Kraut, were determined
that Germany would win the peace, which to date she has done. They started moving files, gold, officers and other stuff down to
Dachau from Berlin as early as the fall of 1943. Nazis were not invited. The DVD are not and never have been Nazi – these were
the boys who installed the Nazis, and they were a lot smarter. Your average Nazi was pretty dumb, no smarter than your average
Democrat. The DVD arranged to extend the war for 6 months, by pushing Operation Market Garden, the abortive attempt to
cross the Rhine and outflank the Krauts. They used assets in the British Army to hold up the advance of XXX Corps on Arnhem
and assets in the Air Ministry to suppress photo-intel of the SS Panzer Division they moved in to the Arnhem area, ie our guys
were ambushed. The extra time was needed to move gold, cash and folk out of Germany into Argentina and elsewhere, using a
covert fleet of modified Type XXI U-Boats, used for cargo work (they were never put through the books of the Kriegsmarine).
Three at least of that fleet are still in business, 67 years later, refitted with Air Independent Propulsion and new diesels. If that
sounds old remember the Big E – great ship – is still going strong more than 50 years after she was commissioned, indeed her
proposed decommissioning is premature. Canaris faked his death in '45 – he has two graves. As I reveal in my forthcoming
history of the DVD, Spyhunter, there is even a post-war photo of Canaris, in the biography by one of his more loyal lieutenants,
one Colonel Whiting, of the OSS and DVD, allegedly taken in 1944 (t wasn't). His head of air intelligence was General Major
Adolfo Galland, who has two interesting gaps in his resume, covering the Korean War and the Vietnam War. The 'Chinese' Mig-
15s in Korea (a German design by the way) never flew over South Korea and always returned north of the Yalu because most of
their pilots were German. Dolfo learned the same trick in Vietnam. You won't find many genuine North Vietnamese air aces
signing prints of their Mig-21s – most of the Mig 21 pilots over 'Nam were Luftwaffe, ie West German, with some East Germans
as well. There was no Cold War split in German intelligence – the DVD ran both the West German BND (Gehlen was DVD) and
the Stasi, their key man in East Berlin being the author's old 'friend' (strictly an enemy, but the old boy and he got on well)
General Oberst Markus Wolf. It is only in recent years that the last senior Luftwaffe officers with operational experience in 'Nam

have retired. Many of them were trained by the USAF, eg in Texas, in American air combat tactics, a gross deception by the Germans, who were of course very familiar with the capabilities of the F-4. The author once 'congratulated' a German air force general at a drinkies on shooting down 4 B-52s over Hanoi – the poor guy had nowhere to go. Of course the author would have much preferred it had the general had been shot down, but if you want your Hun to cough you have to be nice to him. The author didn't get intel out of Markus Wolf by being offensive – and you had to get up pretty early in the morning if you wanted something out of Markus. He was treated badly by his own people by the way, one reason why we know so much about them. They can't stop double-crossing their own – your Jerry will always sacrifice another Jerry for the Fatherland. The DVD control most of the world's cocaine and heroin trade, all the major paedophile rings and the COREA Group. They have a UK operation, known as GO2, inspiration for Ian Fleming's fictional 'OO' section. The Bilderberg group and Trilateral Commission are DVD front organisations, although most of their members are unaware of that – you have to get through to the hard, inner core before you get the intelligence connection. Nice Trilats like Judge Bill Webster (hi Bill!) are nothing whatsoever to do with the DVD. The DEA boys south of the border will occasionally encounter the Krauts who control the cartels, but they usually stay pretty deep. Their political assets are legion, one reason the US lost the Vietnam War and the UK fouled up so badly over the IRA. They specialise in talent-spotting and blackmailing future leaders. Several US Presidents have been close to the DVD, Eisenhower being a prominent example. Kennedy wasn't, which is why he became an ex-President, sadly. If you know that Allen 'von' Dulles and Richard 'von' Helms were DVD it's a lot easier to make sense of that operation. In Britain Macmillan, Wilson and Heath were all DVD assets, hence their enthusiasm for the UK joining the EU, aka the German Sphere of Influence. The bad guys are still in business, in a big way. The agency seems to have about 10,000 people and its HQ complex is quite large, mostly underground.

---

Christopher Strunk <suretynomore@gmail.com>                                    Fri, May 15, 2020 at 1:25 PM
To: jbinnall@harveybinnall.com, lmcKasson@harveybinnall.com, molly@federalappeals.com
Cc: Sidney Powell <sidney@federalappeals.com>
Bcc: Harold Van Allen <billvanallen@icloud.com>, "michael@shrimpton.co.uk" <michael@shrimpton.co.uk>, ~~Jonathan barry~~
~~~~ , ~~~~ , B~~~~~~ , jjfsjone~~~~

EMBARGOED PERSONAL and CONFIDENTIAL

Greetings, and as a followup to my message recorded at Tel: 214-707-1775 for a response by Sidney Powell .

Pursuant to the request of the Court in the subject criminal case, barring a successful writ of prohibition from a higher court between now and say this coming Monday, in the best of all possible worlds we are through the looking glass and as such in order to protect what is left of the justice, undersigned senior citizen in propria persona intends to file an actual real friend of the court brief in re Judge E G Sullivan's text order of our EDNY Judge John Gleeson shown at Docket Item # 205 of the May 13, 2020 ORDER APPOINTING AMICUS CURIAE as to MICHAEL T. FLYNN. Signed by Judge Emmet G. Sullivan on 5/13/2020 see https://www.courtlistener.com/docket/6234142/united-states-v-flynn/?page=2) also attached, it seems 57 years later that Judge E G Sullivan seeks a dissenting opinion status in 373 U.S. 83 (83 S.Ct. 1194, 10 L.Ed.2d 215) John L. BRADY, Petitioner, v. STATE OF MARYLAND. No. 490. Argued: March 18 and 19, 1963. Decided: May 13, 1963. dissent, HARLAN, BLACK [HTML] https://www.law.cornell.edu/supremecourt/text/373/83


Sincerely


Christopher Earl Strunk in propria persona
[Quoted text hidden]
[Quoted text hidden]

📄 gov.uscourts.dcd.191592.205.0_10.pdf
   140K