*Ad Hoc New Yorker Republican Committee*
   Trustee Christopher Earl Strunk
   141 Harris Avenue
   Lake Luzerne, New York 12846-1721
   518-416-8743 Email: strunk@leader.com

David J. Bradley, Clerk of the UNITED STATES Court
for the Sothern District Court Of Texas
Reynaldo G. Garza-Filemon B. Vela
United States Courthouse
600 E. Harrison St.
Brownsville, TX 78520


Regarding: State of Texas et al., V   United States Of America et al., 18-cv-068   (ASH)

Subject:   AFFIRMATION IN SUPPORT OF MOTION TO INTERVENE UNDER FRcvP RULE 24
   BY THE TRUSTEES OF THE AD HOC NEW YORKER REPUBLICAN COMMITTEE with
   Exhibits 1 through 7


The Honorable Clerk of the Court,

Pursuant to the Order of June 18, 2020 by the Honorable Andrew S. Hanen, shown as Exhibit 1,
because of the supporting evidence threat described in the Subject Petition among the Proposed
Plaintiff-Interveners who individually and for the Committee seeks relief of the Court with time of
the essence with irreparable harm to enlarge restraint of Defendants' malicious infliction of injury
of vulnerabilities to physical threat and seeks to protect New Yorkers from insidious
unconstitutional DACA; and

Accordingly, with due Notice Motion with supporting affidavits are attached herewith for
permission of the Court to intervene. the original singled sided Petition with Exhibits 1 thru 7
affirmed 24 July 2020 duly served electronically upon counsels for Defendants, Plaintiffs; and

Christopher Earl Strunk Trustee for *Ad Hoc New Yorker Republican Committee* declare, certify,
verify, and state under penalty of perjury that the foregoing is true and correct with 28 USC §1746.

Sincerely,                        *Ad Hoc New Yorker Republican Committee*

Dated: July 24, 2020
   Lake Luzerne, New York
                        Christopher Earl Strunk in esse Sui Juris in propria persona
                        Trustee for the *Ad Hoc New Yorker Republican Committee*
                        All Rights Reserved Without Prejudice

PRIORITY MAIL
POSTAGE REQU

Label 127R, February 2006

www.usps.com

UNITED STATES POSTAL SERVICE®

EXPRESS MAIL

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED

2020 JUL 27  AM 10: 48

DAVID J. BRADLEY, CLERK

CLK

U.S. POSTAGE PAID
PME 2-Day
CORINTH, NY
12822
JUL 24, 20
AMOUNT
$76.10
R2305H128622-6

78520

1007

EJ 375 091 806 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( ) 518 446 8743

CESTRUNK
141 HARRIS AV.
LAKE LUZERNE NY
12846 (72)

**DELIVERY OPTIONS (Customer Use Only)**

□ No Saturday Delivery (delivered next business day)
□ Sunday/Holiday Delivery Required (additional fee, where available)*
□ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

DAVID J. BRADLEY CLK OF TX SD

PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 12822
Scheduled Delivery Date (MM/DD/YY): 7/27/20
Postage: $ 76.10

Date Accepted (MM/DD/YY): 7/24/20
Scheduled Delivery Time: ☑ 3:00 PM
Insurance Fee: $    COD Fee: $

Time Accepted: 3:26 ☐ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $    Live Animal Transportation Fee: $

Special Handling/Fragile: $    Sunday/Holiday Premium Fee: $    Total Postage & Fees: $

□ 1-Day  □ 2-Day  □ Military  □ DPO

EXPRESS MAIL

Label 127R, February 2006

www.usps.com

UNITED STATES POSTAL SERVICE®