Case 1:18-cv-00068 Document 466 Filed on 08/03/20 in TXSD Page 1 of 13

United States District Court
Southern District of Texas
FILED
AUG - 3 2020
David J. Bradley, Clerk of Court

B18CV068

## VERIFICATION AFFIDAVIT of INTERVENER VAN ALLEN

STATE OF NEW YORK )
                        ) ss.
COUNTY OF ULSTER )

Accordingly, I, Harold William Van Allen, being duly so affirm, depose and say under penalty of perjury:

I have read the foregoing MOTION TO INTERVENE with Seven Exhibits under FRcvP Rule 24 into STATE OF TEXAS, *etal,* v UNITED STATES OF AMERICA, *etal* TXSD 18-cv-68 pending the Supreme Court's resolution of the consolidated cases considering the government's attempt to rescind the Deferred Action for Childhood Arrivals (DACA) for illegal aliens as a result of the unconstitutional void ab initio June 15, 2012 Executive Order POTUS Memorandum of defacto POTUS BARACK HUSSEIN OBAMA as Commander-in Chief while under Proclamation 2040 during the ongoing National Banking Emergency Act of 1933 and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b that comply with the Hague Convention and related law accordingly.

This affirmation supports perfecting evidence in the event relief granting standing at trial in the respective district on the injury caused by DACA that takes private property and infringes personal rights otherwise to be protected by others directly under the authority of a dejure Commander-in-chief POTUS, in that time is of the essence with irreparable harm; and

Affirmant knows the contents thereof apply to me as a Plaintiff before this court and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

                                      Harold William Van Allen
                                      All Rights Reserved Without Prejudice

That on the 24th day of July in the year 2020 before me the undersigned, a Notary Public in and for said State personally appeared, Harold William Van Allen, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he affirmed and executed the name in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual(s) acted, executed the instrument.

Subscribed and Sworn to before me
This 24th day of July 2020

Notary Public, State of New York

WENDY L. DUGAN
Notary Public, State of New York
Reg. #01DU6151162
Qualified in Ulster County
Commission Expires 8/14/2022



**From:** Harold Van Allen billvanallen@icloud.com
**Subject:** Fwd: OUR Original Motion to Intervene re TXSD 18-cv-068 to the Court Clerk re USPS eReceipt
**Date:** July 27, 2020 at 1:38 PM
**To:** Jeffrey Robins jeffrey.robins@usdoj.gov, Todd Disher todd.disher@oag.texas.gov, Nina Perales nperales@maldef.org, Jeremy Hollander jeremy.hollander@law.njoag.gov
**Cc:** Ces cestrunck@yahoo.com

---

Begin forwarded message:

From: "Christopher Strunk" <strunk@leader.com>
Subject: FW: OUR Original Motion to Intervene re TXSD 18-cv-068 to the Court Clerk re USPS eReceipt
Date: July 27, 2020 at 10:14:03 AM EDT
To: "Bill Van Allen" <billvanallen@icloud.com>

-----Original Message-----
From: "Christopher Strunk" <strunk@leader.com>
Sent: Friday, July 24, 2020 9:26pm
To: "Bill Van Allen" <billvanallen@icloud.com>
Subject: OUR Original Motion to Intervene re TXSD 18-cv-068 to the Court Clerk re USPS eReceipt

Bill

Forward this with the 412 page attachment to the 200 or so parties out of the docket you are working on accordingly. I will produce a certificate for you to Mail to the Court tomorrow.

Chris

-----Original Message-----
From: DoNotReply@ereceipt.usps.gov
Sent: Friday, July 24, 2020 3:29pm
To: STRUNK@LEADER.COM
Subject: USPS eReceipt

**≡USPS.COM**

Your email security and privacy matter.

Your email security and privacy matter.

📄 PDF
CES - HWV TXSD 1...20.pdf

```
================================================
              CORINTH
            97 MAIN ST
       CORINTH, NY, 12822-9998
             351910-0822
            (800)275-8777
         07/24/2020 03:28 PM
================================================

Product                    Qty  Unit Price    Price

PM Exp 2-Day                1     $76.10     $76.10
    Domestic
    Brownsville, TX  78520
    Weight:5 Lb 0.90 Oz
    Signature Requested
    Scheduled Delivery Day
    Monday 07/27/2020 03:00 PM
    Money Back Guarantee
    USPS Tracking #
    EJ375091808US
PM Exp Insurance                              $0.00
    Up to $100.00 included
-----------------------------------------------
Total:                                       $76.10

Debit Card Remit'd                           $76.10
    Card Name:Debit Card
    Account #:XXXXXXXXXXXX4363
    Approval #
    Transaction #:668
```

```
Transaction #:008
Receipt #:012234
Debit Card Purchase:$76.10
Cash Back:$0.00

Clerk ID: 6
Receipt #: 840-51200171-1-3060937-2
```

****************************************
Due to limited transportation
availability as a result of
nationwide COVID-19 impacts
package delivery times may be
extended. Priority Mail Express®
service will not change.
****************************************

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com


All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

United States Postal Service
NOW HIRING at numerous locations
$16.00 - $19.00 per hour
depending on position
Apply online at www.usps.com/careers
Search by state - NY
Must apply separately
for each position desired
Check daily for new opportunities

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/pos?mt=9

840-5120-0171-001-00030-60937-02

or call 1-800-410-7420.

YOUR OPINION COUNTS


**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit
www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.

PRIORITY MAIL
POSTAGE REQ[UIRED]

UNITED STATES POSTAL SERVICE®
EXPRESS MAIL

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED

2020 JUL 27 AM 10:48

DAVID J. BRADLEY, CLERK

U.S. POSTAGE PAID
PME 2-DAY
CORINTH, NY
12822
JUL 24, 20
AMOUNT
$76.10
R2305H128622-6

78520
1007

EJ 375 091 808 US

PRIORITY MAIL EXPRESS®

UNITED STATES POSTAL SERVICE®

CUSTOMER USE ONLY
FROM: (PLEASE PRINT) PHONE( 518 ) 466-8743
C. ESTRUNK
144 HARRIS AV.
LAKE LUZERNE NY
12846 (72)

DELIVERY OPTIONS (Customer Use Only)
☑ SIGNATURE REQUIRED

TO: (PLEASE PRINT) PHONE( )
DAVID J. BRADLEY CLK OF TX SD

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 12822
Scheduled Delivery Date (MM/DD/YY): 7/27/20
Postage: $76.10
Date Accepted (MM/DD/YY): 7/24/20
Scheduled Delivery Time: ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON
COD Fee / Insurance Fee
Time Accepted: 3:26 ☐ AM ☑ PM
10:30 AM Delivery Fee
Return Receipt Fee / Live Animal Transportation Fee
Special Handling/Fragile
Sunday/Holiday Premium Fee
Total Postage & Fees

Label 127R, February 2006
www.usps.com

*Ad Hoc New Yorker Republican Committee*
Trustee Christopher Earl Strunk
141 Harris Avenue
Lake Luzerne, New York 12846-1721
518-416-8743 Email: strunk@leader.com

David J. Bradley, Clerk of the UNITED STATES Court
for the Sothern District Court Of Texas
Reynaldo G. Garza-Filemon B. Vela
United States Courthouse
600 E. Harrison St.
Brownsville, TX 78520

Regarding: State of Texas et al., V United States Of America et al., 18-cv-068 (ASH)

Subject: AFFIRMATION IN SUPPORT OF MOTION TO INTERVENE UNDER FRcvP RULE 24 BY THE TRUSTEES OF THE AD HOC NEW YORKER REPUBLICAN COMMITTEE with Exhibits 1 through 7

The Honorable Clerk of the Court,

Pursuant to the Order of June 18, 2020 by the Honorable Andrew S. Hanen, shown as Exhibit 1, because of the supporting evidence threat described in the Subject Petition among the Proposed Plaintiff-Interveners who individually and for the Committee seeks relief of the Court with time of the essence with irreparable harm to enlarge restraint of Defendants' malicious infliction of injury of vulnerabilities to physical threat and seeks to protect New Yorkers from insidious unconstitutional DACA; and

Accordingly, with due Notice Motion with supporting affidavits are attached herewith for permission of the Court to intervene. the original singled sided Petition with Exhibits 1 thru 7 affirmed 24 July 2020 duly served electronically upon counsels for Defendants, Plaintiffs; and

Christopher Earl Strunk Trustee for *Ad Hoc New Yorker Republican Committee* declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct with 28 USC §1746.

Sincerely,      *Ad Hoc New Yorker Republican Committee*

Dated: July 24, 2020
       Lake Luzerne, New York

Christopher Earl Strunk in esse Sui Juris in propria persona
Trustee for the *Ad Hoc New Yorker Republican Committee*
All Rights Reserved Without Prejudice

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

---

STATE OF TEXAS et al.,

Plaintiff,

v.

UNITED STATES OF AMERICA et al.,

Defendant.

Civil Action No. 18-cv-068 (ASH)

United States District Court
Southern District of Texas
FILED

JUL 27 2020

David J. Bradley, Clerk of Court

---

AFFIRMATION IN SUPPORT OF MOTION TO INTERVENE UNDER FRcvP RULE 24
BY THE TRUSTEES OF THE AD HOC NEW YORKER REPUBLICAN COMMITTEE

1. Accordingly, this is the Affirmation in Support of the Notice of Motion to Intervene under FRcvP Rule 24 by The Trustees of The Ad Hoc New Yorker Republican Committee:

    a. Christopher Earl Strunk in esse sui Juris 14th Amendment Natural Born Citizen (NBC) of the United States of America and New Yorker citizen registered to vote in Warren County New York with domicile 141 Harris Avenue Lake Luzerne New York, and

    b. Harold William Van Allen in esse sui Juris 14th Amendment Natural Born Citizen of the United States of America and New Yorker citizen registered to vote in Ulster County New York with domicile 351 North Road Hurley New York

2. This Motion to intervene is submitted under the Court Order (see Exhibit 1) by the Honorable Andrew S. Hanen, United States District Judge (USDJ) of June 18, 2020; and

3. Is under the decisions and order of the Supreme Court of the United State (SCOTUS) pending the Supreme Court's resolution of the consolidated cases considering the government's attempt to rescind the Deferred Action for Childhood Arrivals (DACA) for

illegal aliens as a result of the unconstitutional void ab initio June 15, 2012 Executive Order POTUS Memorandum of defacto POTUS BARACK HUSSEIN OBAMA as Commander-in Chief while under Proclamation 2040 during the ongoing National Banking Emergency Act of 1933 and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b that comply with the Hague Convention and related law accordingly (see Exhibit 2); and

4. Among numerous case inter alia is associated with 18-587 DEPARTMENT OF HOMELAND SECURITY V. REGENTS OF THE UNIVERSITY OF CALIFORNIA see the summary attached marked as Exhibit 3; and

5. That below Trustees contend individually as well as that in New York various clerks of the counties oppose the NYS GREEN LIGHT LAW approved by the Governor of New York Andrew Cuomo notwothstanding the requirement of the State constitution and Election law that non US Citizens may not vote nor may any Governor grant the privilege of citizenship to an illegal alien per se or even a person born on soil of illegal alien citizens of a foreign country aka *anchor baby*, as strictly defined by the Immigration and Naturalization Act unless legally present with the exception for foreign aliens on a student visa whose children are questionably not subject to birth right citizenship subject to the law of the parents homeland under International treaty; and

6. Notwithstanding the rule of law the NDNY Senior USDJ Judge Gary L. Sharpe outrageously over turned New York Decisions see the news article marked Exhibit 4; and

7. Further, Trustees were previously before USDJ Sharpe in 2006 in regards to the HAVA delay of implementation by the NYS Board of Election etal - USDJ Sharpe is an open borders HELP ANYONE TO VOTE federal officer;

8. That Trustees since 2008 contend in many court cases that defacto POTUS poseur BARACK HUSSEIN OBAMA (aka SOEBARKAH) is not only not a Natural Born Citizen not entitled to serve as POTUS, is still an Indonesian citizen having traveled on an

Indonesian passport did not even renounce his Indonesian Citizenship before being a US Senator from Illinois unlike Ted Cruz having been born in Canada who did renounce being subject to the Queen of the United Kingdom; and

9. That Trustees contend that Barack Hussein Obama every act as the defacto POTUS is VOID AB INITIO and has caused immense harm to our nation, and by admissions, including the "I have a pen and phone" statement by malice knew that DACA was beyond the law even by a dejure NBC POTUS nevertheless issued DACA as an act of communist transformation sedition; and

10. That Trustees lodged an Amici brief in the DCD Criminal case USA v. FLYNN 17cr-232 before USDJ Emmet G. Sullivan (see Exhibit 5), and Trustees are in the record in the ongoing Appeal EN BANC of the Mandamus in the DC Circuit; and

11. That in 2014 SOEBARKAH and fellow Senior Executive Service member Doctor Anthony Fauci together illegally financed the CORONAVIRUS Gain-of-Function Research bio-terror weapon outrageously approved to be produced in the PRC / CCP Military Wuhan Labs for warfare release against the USA in 2019 aka COVID-19; and

12. In that regard Strunk Trustee produced a motion to intervene in the NDNY civil case 20-cv-651 now before USDJ Sharpe in the Docket as item 41 (see Exhibit 6) that was denied shown at docket number 42 on 21 July 2020; and

13. That Trustee Strunk has lodged a motion to reconsider on 24 July 2020 see Exhibit 7.

In Conclusion

WE must be granted intervention as material witnesses herein who properly characterize the mess as FOR WANT OF A NAIL WE HAVE LOST OUR NATION. With all due respect to SCOTUS Associate Clarence Thomas told Congress in his Testimony that the SCOTUS declines to hear any cases regarding NATURAL BORN CITIZEN. That must change or else we patriots are doomed are without a country.

## VERIFICATION AFFIDAVIT of INTERVENER STRUNK

STATE OF NEW YORK )
~~SARATOGA~~ ) ss.
COUNTY OF ~~WARREN~~ )

Accordingly, I, **Christopher Earl Strunk**, being duly so affirm, depose and say under penalty of perjury:

I have read the foregoing MOTION TO INTERVENE with Seven Exhibits under FRcvP Rule 24 into STATE OF TEXAS, *etal,* v UNITED STATES OF AMERICA, *etal* TXSD 18-cv-68 pending the Supreme Court's resolution of the consolidated cases considering the government's attempt to rescind the Deferred Action for Childhood Arrivals (DACA) for illegal aliens as a result of the unconstitutional void ab initio June 15, 2012 Executive Order POTUS Memorandum of defacto POTUS BARACK HUSSEIN OBAMA as Commander-in Chief while under Proclamation 2040 during the ongoing National Banking Emergency Act of 1933 and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b that comply with the Hague Convention and related law accordingly.

This affirmation supports perfecting evidence in the event relief granting standing at trial in the respective district on the injury caused by DACA that takes private property and infringes personal rights otherwise to be protected by others directly under the authority of a dejure Commander-in-chief POTUS, in that time is of the essence with irreparable harm; and

Affirmant knows the contents thereof apply to me as a Plaintiff before this court and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

_____
Christopher Earl Strunk
All Rights Reserved Without Prejudice

That on the 24th day of July in the year 2020 before me the undersigned, a Notary Public in and for said State personally appeared, **Christopher Earl Strunk**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he affirmed and executed the name in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual(s) acted, executed the instrument.

Subscribed and Sworn to before me
This 24th day of July 2020

_____
Notary Public, State of New York

JOELLE L. WARRINGTON
Notary Public, State of New York
Saratoga Co. #01WA6280757
Commission Expires May 13, 2021

## VERIFICATION AFFIDAVIT of INTERVENER VAN ALLEN

STATE OF NEW YORK )
                  ) ss.
COUNTY OF ULSTER  )

Accordingly, I, Harold William Van Allen, being duly so affirm, depose and say under penalty of perjury:

I have read the foregoing MOTION TO INTERVENE with Seven Exhibits under FRcvP Rule 24 into STATE OF TEXAS, etal, v UNITED STATES OF AMERICA, etal TXSD 18-cv-68 pending the Supreme Court's resolution of the consolidated cases considering the government's attempt to rescind the Deferred Action for Childhood Arrivals (DACA) for illegal aliens as a result of the unconstitutional void ab initio June 15, 2012 Executive Order POTUS Memorandum of defacto POTUS BARACK HUSSEIN OBAMA as Commander-in Chief while under Proclamation 2040 during the ongoing National Banking Emergency Act of 1933 and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b that comply with the Hague Convention and related law accordingly.

This affirmation supports perfecting evidence in the event relief granting standing at trial in the respective district on the injury caused by DACA that takes private property and infringes personal rights otherwise to be protected by others directly under the authority of a dejure Commander-in-chief POTUS, in that time is of the essence with irreparable harm; and

Affirmant knows the contents thereof apply to me as a Plaintiff before this court and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

Harold William Van Allen
All Rights Reserved Without Prejudice

That on the 24th day of July in the year 2020 before me the undersigned, a Notary Public in and for said State personally appeared, Harold William Van Allen, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he affirmed and executed the name in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual(s) acted, executed the instrument.

Subscribed and Sworn to before me
This 24 day of July 2020

Notary Public, State of New York

WENDY L. DUGAN
Notary Public, State of New York
Reg. #01DU6151162
Qualified in Ulster County

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

STATE OF TEXAS et al.,
Plaintiff,
v.                                                    Civil   Action   No.   18-cv-068
(ASH)
UNITED STATES OF AMERICA et al.,
Defendant.

AFFIRMATION IN SUPPORT OF MOTION TO INTERVENE UNDER FRcvP RULE

24 BY THE TRUSTEES OF THE AD HOC NEW YORKER REPUBLICAN

COMMITTEE

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, et al, § | |
| § | |
| Defendants. § | |

## ORDER

Pending before the Court is a summary judgment filed by the State of Texas. (Doc. No. 356). On November 22, 2019, this Court stayed litigation pending the Supreme Court's resolution of the consolidated cases considering the government's attempt to rescind the Deferred Action for Childhood Arrivals ("DACA") program. (Doc. No. 447). Today, the Supreme Court issued its opinion. *See Dep't of Homeland Sec. v. Regents of Univ. of Cal.*, 591 U.S. ___ (2020) (slip op.). Pursuant to this Court's stay order, this case will remain "stayed until 30 days after [today]. At that time, the parties are to file a joint status report setting out their respective positions given that ruling and an agreed schedule to resolve this matter." (Doc. No. 447). The report contemplated by this order should be filed by July 24th and should include the parties' perspectives as to whether and how, if at all, the recent Supreme Court decision impacts this case, a list of all pending motions (and issues) as well as a specific timeline for resolving those pending motions. The Court does not anticipate that these filings will be comprehensive. Instead, the Court is using this as a means of focusing counsel on the outstanding issues. If the parties cannot agree on the schedule each may file their own proposal.

Signed this 18 day of June, 2020.

Andrew S. Hanen
United States District Judge

**UNITED STATES POSTAL SERVICE** — Retail

US POSTAGE PAID
$7.75
Origin: 12443
07/29/20
3540650246-80

PRIORITY MAIL 3-DAY®

0 Lb 2.70 Oz
1004

EXPECTED DELIVERY DAY: 08/03/20

C016

SHIP TO:
600 E HARRISON ST
Brownsville TX 78520-7176

USPS TRACKING® NUMBER



9505 5156 0201 0211 2272 13

EP14F Oct 2018
OD: 12 1/2 x 9 1/2



To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

MAIL
United States District Court
Southern District of Texas

AUG - 3 2020

RECEIVED
David J. Bradley, Clerk of Court

**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE

FROM: HW JAN ALLEN
351 NORTH Rd
HURLEY NY 12443

TO: CLERK OF COURT
USDC .TXSD (BROWNSVILLE DIV)
600 E. HARRISON ST
BROWNSVILLE, TX
78520

Label 228, March 2016 — FOR DOMESTIC AND INTERNATIONAL USE

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.