United States District Court
Southern District of Texas
**ENTERED**
August 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, | § |
| Plaintiffs, | § § § |
| VS. | §  CIVIL ACTION NO. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al*, | § § § |
| Defendants. | § § |

## ORDER

Pending before the Court is a motion for summary judgment filed by the State of Texas. (Doc. No. 356). The certified administrative record concerning the Deferred Action for Childhood Arrivals ("DACA") memorandum, which the government represents was served on each party on May 10, 2019, has not be filed with the Court. *See* (Doc. No. 440 at 5) ("the administrative record has not…been filed with the Court in any form"); (Doc. No. 442 at 3) ("the United States has not yet filed a certified copy of the administrative record with this Court."); (Doc. No. 443 at 1–2) ("[t]he [certified administrative record] has not been filed on the docket"). To facilitate this case towards resolution, the Court hereby **ORDERS** the Federal Defendants to file a certified copy of the administrative record concerning the DACA memorandum by August 25, 2020. In the event the certified administrative record exceeds one hundred (100) pages, the Federal Defendants are also **ORDERED** to provide the Court with a printed courtesy copy.

Signed this 4th day of August, 2020.

Andrew S. Hanen
United States District Judge

1