IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § § § Plaintiffs, § § v. § § UNITED STATES OF AMERICA, § et al., § § Defendants. § | CIVIL ACTION NO. 1:18-CV-0068 JUDGE ANDREW S. HANEN |

## NOTICE OF RELATED LITIGATION

Pursuant to Local Rule 5.2, Defendants advise the Court that a new case was filed on July 17, 2020, in this District, *FIEL Houston, et al. v Wolf, et al.*, 4:20-cv-2515, which argues that after *Department of Homeland Security v. Regents of the University of California*, 140 S. Ct. 1891 (2020), Defendants are required to accept and adjudicate new initial Deferred Action for Childhood Arrivals (DACA) requests. A motion for a preliminary injunction and a motion for class certification have been filed in that case. *See* docket entries 11 and 12.

A courtesy copy of this Notice is being sent to Judge Gilmore (who has 4:20-cv-2515) as well as counsel in that case.

Dated: August 5, 2020

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By: */s/ Daniel D. Hu*
DANIEL D. HU
Assistant United States Attorney
State Bar No. 10131415

S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
713-567-9000 (PHONE)
713-718-3300 (FAX)
E-mail: Daniel.Hu@usdoj.gov

**Certificate of Service**

On August 5, 2020 all counsel of record were served via ECF with this document.

*/s/ Daniel D. Hu*
Daniel D. Hu