IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| *v.* ) | Case No. 1:18-cv-00068 |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| *Defendants,* ) | |
| ) | |
| *and* ) | |
| ) | |
| KARLA PEREZ, *et al.*, ) | |
| ) | |
| *Defendant-Intervenors.* ) | |

**ORDER DENYING MOTION TO INTERVENE**

Before the Court is the Trustees of the Ad Hoc New Yorker Republican Committee's Motion to Intervene (ECF No. 465). Having reviewed the Motion, the responses, and the replies, if any, as well as the applicable law, the Court finds that the Motion should be, and is hereby, **DENIED.**

**SIGNED** on this ___ day of _____, 2020.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE