IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> KARLA PEREZ, *et al.*, <br><br> Defendant-Intervenors, <br> and <br><br> STATE OF NEW JERSEY, <br><br> Proposed Defendant-Intervenor. | Case No. 1:18-CV-68 |

## DEFENDANT-INTERVENOR'S UNOPPOSED MOTION TO ADMIT COUNSEL PRO HAC VICE, TO WITHDRAW COUNSEL, AND TO CHANGE DESIGNATION OF ATTORNEY IN CHARGE

Defendant-Intervenor State of New Jersey ("New Jersey") moves to make the following changes to its designated counsel in the above-captioned case as a result of internal organizational changes within the New Jersey Office of the Attorney General, Division of Law.

First, New Jersey respectfully requests that the Court admit *pro hac vice* Assistant Attorney General Mayur P. Saxena and Deputy Attorneys General Melissa L. Medoway, Elspeth L. Faiman Hans, Eric L. Apar, and Tim Sheehan. All listed counsel will be representing New Jersey in this matter. Individual *pro hac vice* forms for each attorney are attached as exhibits to this motion.

Second, pursuant to Local Rule 83.2, New Jersey respectfully requests that the Court designate Mayur P. Saxena as Attorney in Charge in lieu of Jeremy E. Hollander. Mr. Hollander

and Kenneth S. Levine, both of whom are presently admitted *pro hac vice*, will continue to represent New Jersey in this matter.

Finally, New Jersey respectfully requests that the Court withdraw Nicholas Dolinsky and Brian DeVito as counsel of record because they will no longer be representing New Jersey in this matter. New Jersey also requests that the Clerk remove Mr. Dolinsky and Mr. DeVito from all electronic or paper correspondence in this matter.

This motion will not cause undue delay and will not adversely affect the interests of New Jersey. The motion is unopposed.

For these reasons, New Jersey respectfully requests that the Court grant this Motion.

Dated August 19, 2020            Respectfully submitted,

                                      GURBIR S. GREWAL
                                      ATTORNEY GENERAL OF NEW JERSEY

By:     */s/ Jeremy Hollander*
            Jeremy E. Hollander, Assistant Attorney General
            Attorney in Charge
            (admitted pro hac vice)
            124 Halsey Street, 5th Floor
            Newark, NJ 07101
            Phone: 973-648-7453
            Jeremy.Hollander@law.njoag.gov

            *Attorneys for Defendant-Intervenor*
            *State of New Jersey*

**CERTIFICATE OF CONFERENCE**

  I certify that on August 19, 2020, I conferred with Plaintiffs, Defendants, and Defendant-Intervenors regarding this motion. All parties advised that they do not oppose this motion.

        */s/ Jeremy Hollander*
        Jeremy E. Hollander
        Assistant Attorney General

**CERTIFICATE OF SERVICE**

  I certify that on August 19, 2020, I caused this document (and exhibits hereto) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/ Kenneth S. Levine*
        Kenneth S. Levine
        Deputy Attorney General