| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al., Karla Perez, et al., and State of New Jersey |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mayur P. Saxena<br>Office of the New Jersey Attorney General, Div. of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel.: 609-775-5846; Email.: mayur.saxena@law.njoag.gov<br>Licensed: New Jersey, 036502006<br>Federal Bar: District of New Jersey, 036502006 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/18/2020 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**                                  **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                   United States District Judge