UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville ▼ | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al., Karla Perez, et al., and State of New Jersey |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Melissa Medoway<br>New Jersey Office of the Attorney General<br>124 Halsey St.<br>Newark, NJ 07101<br>609-575-4958, melissa.medoway@law.njoag.gov<br>NJ 028422011<br>D.N.J. 028422011 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No __✔__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/10/2020 | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____      _____

United States District Judge