UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al., Karla Perez, et al., and State of New Jersey

| | |
|---|---|
| Lawyer's Name | Eric L. Apar |
| Firm | Office of the New Jersey Attorney General, Div. of Law |
| Street | R.J. Hughes Justice Complex |
| | 25 Market Street |
| City & Zip Code | Trenton, NJ 08625 |
| Telephone & Email | Telephone (cell): (516) 695-5800; Email: eric.apar@law.njoag.gov |
| Licensed: State & Number | Licensed: New Jersey, 112692015 |
| Federal Bar & Number | Federal Bar & Number: District of New Jersey, 112692015 |

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/11/2020 | Signed: *Eric Apar* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                    United States District Judge