UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elspeth L. Faiman Hans<br>New Jersey Office of the Attorney General, Div. of Law<br>25 Market Street, PO Box 112<br>Trenton, NJ 08625<br>tel: 609-376-2752, email: elspeth.hans@law.njoag.gov<br>New Jersey & Federal District of NJ: bar # 0731720139 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ____✔____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 08/10/2020 | Signed: |
|---|---|

The state bar reports that the applicant's status is:

| | |
|---|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____
                                                          United States District Judge