UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al., Karla Perez, et al., and State of New Jersey |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Tim Sheehan<br>New Jersey Office of the Attorney General<br>25 Market St.<br>Trenton, NJ 08625<br>(609) 815-2604; tim.sheehan@law.njoag.gov<br>NJ: 179892016; NY: 5585443<br>Federal Bar & Number: District of New Jersey, 179892016 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/11/2020 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:  |  Clerk's signature |

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                                                United States District Judge