IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>KARLA PEREZ, *et al.*,<br><br>    Defendant-Intervenors,<br>and<br><br>STATE OF NEW JERSEY,<br><br>    Proposed Defendant-Intervenor. | Case No. 1:18-CV-68 |

## [PROPOSED] ORDER

Defendant-Intervenor State of New Jersey's Unopposed Motion to Admit Counsel Pro Hac Vice, Change Designation of Attorney in Charge, and Withdraw Counsel (the "Motion") having come before this Court, and the Court having considered the papers submitted in connection with the Motion, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. Mayur P. Saxena, Melissa L. Medoway, Eric L. Apar, Elspeth L. Faiman Hans, and Tim Sheehan are admitted pro hac vice;

3. Jeremy E. Hollander is withdrawn as the Attorney in Charge for the State of New Jersey in this case;

4. Mayur P. Saxena is designated as Attorney in Charge for the State of New Jersey in this case;

5. Nicholas Dolinsky and Brian DeVito are withdrawn as counsel of record for the State of New Jersey in this case; and

6. The Clerk is instructed to remove Mr. Dolinsky and Mr. DeVito from all further electronic notifications regarding this case.

IT IS SO ORDERED on this _____ day of _____, 2020.

_____
Hon. Andrew S. Hanen
United States District Court Judge