UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al., Karla Perez, et al., and State of New Jersey |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mayur P. Saxena<br>Office of the New Jersey Attorney General, Div. of Law<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>Tel.: 609-775-5846; Email.: mayur.saxena@law.njoag.gov<br>Licensed: New Jersey, 036502006<br>Federal Bar: District of New Jersey, 036502006 |

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/18/2020 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 8-20-20   Clerk's signature: Edith Ponce

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                                            United States District Judge

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al., Karla Perez, et al., and State of New Jersey

| | |
|---|---|
| Lawyer's Name | Melissa Medoway |
| Firm | New Jersey Office of the Attorney General |
| Street | 124 Halsey St. |
| City & Zip Code | Newark, NJ 07101 |
| Telephone & Email | 609-575-4958, melissa.medoway@law.njoag.gov |
| Licensed: State & Number | NJ 028422011 |
| Federal Bar & Number | D.N.J. 028422011 |

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/10/2020 | Signed: _____ |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 8-20-20    Clerk's signature: Edhia Ponce |

**Order**    This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                United States District Judge

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al., Karla Perez, et al., and State of New Jersey

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric L. Apar<br>Office of the New Jersey Attorney General, Div. of Law<br>R.J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625<br>Telephone (cell): (516) 695-5800; Email: eric.apar@law.njoag.gov<br>Licensed: New Jersey, 112692015<br>Federal Bar & Number: District of New Jersey, 112692015 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/11/2020 | Signed: *Eric Apar* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 8-20-20 | Clerk's signature *Edith Ponce* |

**Order**        This lawyer is admitted *pro hac vice*.

Dated: _____        _____
United States District Judge

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elspeth L. Faiman Hans<br>New Jersey Office of the Attorney General, Div. of Law<br>25 Market Street, PO Box 112<br>Trenton, NJ 08625<br>tel: 609-376-2752, email: elspeth.hans@law.njoag.gov<br>New Jersey & Federal District of NJ: bar # 0731720139 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 08/10/2020 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active | |
| Dated: 8-20-20 | Clerk's signature  Edita Ponce |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                   United States District Judge

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al., Karla Perez, et al., and State of New Jersey |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Tim Sheehan<br>New Jersey Office of the Attorney General<br>25 Market St.<br>Trenton, NJ 08625<br>(609) 815-2604; tim.sheehan@law.njoag.gov<br>NJ: 179892016; NY: 5585443<br>Federal Bar & Number: District of New Jersey, 179892016 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No \_✓\_\_\_\_

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/11/2020 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 8-20-20    Clerk's signature: Ednith Ponce

**Order**       This lawyer is admitted *pro hac vice*.

Dated: _____     _____

United States District Judge