IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants,<br><br>KARLA PEREZ, *et al.*,<br><br>Defendant-Intervenors,<br><br>and<br><br>STATE OF NEW JERSEY,<br><br>Defendant-Intervenor. | Case No. 18-cv-00068 |

**NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to the Court's August 4, 2020 Order [docket entry 467], Federal Defendants hereby file the administrative record ("AR") with the Court. The filed AR is identical to the AR provided to the parties in May 2019, with the exception of a small number of additional redactions of personally identifiable information, as described below.

CAR 0166: Alien number redacted

CAR 0296: DHS Office of Legislative Affairs, Asst. Secretary's phone number redacted

CAR 0305: DHS Secretary's phone number redacted

CAR 0310: DHS Secretary's phone number redacted

CAR 0320: email address for advocate partially redacted

CAR 0541: email address for advocate partially redacted in two places

1

CAR 0548: DHS Office of Legislative Affairs, Asst. Secretary's phone number redacted

CAR 0560: DHS Office of Legislative Affairs, Asst. Secretary's phone number redacted

CAR 0568: DHS Office of Legislative Affairs, Asst. Secretary's phone number redacted

CAR 0575: DHS Executive Secretary's office and cellular phone numbers redacted

A courtesy copy of the AR is being sent to Judge Hanen's chambers.

| | |
|---|---|
| Dated:  August 21, 2020 | Respectfully submitted, |
| ETHAN P. DAVIS<br>Acting Assistant Attorney General | JEFFREY S. ROBINS<br>Deputy Director |
| WILLIAM C. PEACHEY<br>Director | DANIEL D. HU<br>Assistant United States Attorney<br>State Bar No. 10131415 |
| | */s/ James J. Walker*<br>JAMES J. WALKER<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 532-4468<br>Fax: (202) 305-7000<br>Email: james.walker3@usdoj.gov |
| | *Attorneys for Federal Defendants* |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 21, 2020, I electronically filed the foregoing Notice of Filing Administrative Record with the Clerk of Court using CM/ECF. I also certify that the foregoing document should automatically be served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

     On August 21, 2020 all counsel of record were served via ECF with this document.

                                     */s/ James J. Walker*
                                     JAMES J. WALKER
                                     Trial Attorney
                                     U.S. Department of Justice
                                     Civil Division