United States District Court
Southern District of Texas
**ENTERED**
August 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, <br>     *Plaintiffs*, | § § § | |
| v. | § § | |
| THE UNITED STATES OF AMERICA, *et al.*, <br>     *Defendants*, | § § § | Civil Action No. 1:18-CV-00068 |
| and | § § | |
| KARLA PEREZ, *et al.*, <br>     *Defendant-Intervenors*. | § § | |

### ORDER DENYING MOTION TO INTERVENE

Before the Court is the Trustees of the Ad Hoc New Yorker Republican Committee's Motion to Intervene (Doc. No. 465). Having reviewed the Motion and the responses, as well as the applicable law, the Court finds that the Motion should be, and is hereby, **DENIED**. The Trustees are welcome to participate as amicus curiae.

SIGNED at Houston, Texas this 21st day of August, 2020.

Andrew S. Hanen
United States District Judge