UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al., Karla Perez, et al., and State of New Jersey

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed State & Number / Federal Bar & Number | Melissa Medoway<br>New Jersey Office of the Attorney General<br>124 Halsey St.<br>Newark, NJ 07101<br>609-575-4958, melissa.medoway@law.njoag.gov<br>NJ 028422011<br>D.N.J. 028422011 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes ____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 8/10/2020      Signed: _____

The state bar reports that the applicant's status is: Active

Dated: 8-20-20    Clerk's signature: Edith Ponce

### Order

Dated: 8/21/20

This lawyer is admitted *pro hac vice*.

_____
United States District Judge