UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al., Karla Perez, et al., and State of New Jersey

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric L. Apar<br>Office of the New Jersey Attorney General, Div. of Law<br>R.J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625<br>Telephone (cell): (516) 695-5800; Email: eric.apar@law.njoag.gov<br>Licensed: New Jersey, 112692015<br>Federal Bar & Number: District of New Jersey, 112692015 |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   8/11/2020 | Signed:   *Eric Apar* |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 8-20-20 | Clerk's signature   Edwith Ponce |

| **Order** |
|---|

Dated: ___8|21|20___

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge