UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|
| State of Texas, et al. | | | |
| *versus* | | | |
| United States of America, et al. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elspeth L. Faiman Hans<br>New Jersey Office of the Attorney General, Div. of Law<br>25 Market Street, PO Box 112<br>Trenton, NJ 08625<br>tel: 609-376-2752, email: elspeth.hans@law.njoag.gov<br>New Jersey & Federal District of NJ: bar # 0731720139 |

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 08/10/2020 | Signed: *Elspeth Faiman Hans* |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 8-20-20 | Clerk's signature: Edita Ponce |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 8/21/20

_____
United States District Judge