IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY, | § |
| Defendant-Intervenor. | § |

**DEFENDANT-INTERVENORS'**
**UNOPPOSED MOTION TO WITHDRAW ERNEST I. HERRERA AS COUNSEL**

Defendant-Intervenors Karla Perez, *et al.,* respectfully move to withdraw Ernest I. Herrera as an attorney in this case. Mr. Herrera will be ending his employment with the San Antonio Mexican American Legal Defense and Educational Fund (MALDEF) office on January 3, 2020. His withdrawal will not cause undue delay and will not adversely affect the interests of Defendant-Intervenors Karla Perez, *et al*.

Defendant-Intervenors Karla Perez, *et al.*, will continue to be represented by Attorney-in-charge, Nina Perales (MALDEF), Douglas H. Hallward-Driemeier (Ropes & Gray), Carlos Moctezuma García (García & García Law Firm).

For these reasons, Defendant-Intervenors Karla Perez, *et al.*, respectfully request leave to withdrawal Ernest I. Herrera as counsel in this case.

Dated: August 31, 2020                                       Respectfully submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By:  */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
Ramon A. Soto (Tex. Bar No. 24118927)
(SD of Tex. Bar No. 3440787)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

-3-

## CERTIFICATE OF CONFERENCE

I, the undersigned, hereby certify that, on August 28, 2020, I emailed counsel of record for all parties.  Plaintiff States and Defendant-Intervenor New Jeresey do not oppose the motion. Federal Defendants did not respond.

*/s/ Ramon A. Soto*
Ramon A. Soto

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on August 31, 2020, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors, § | |
| and § | |
| § | |
| STATE OF NEW JERSEY § | |
| § | |
| Defendant-Intervenor. § | |

**[PROPOSED] ORDER**
**GRANTING UNOPPOSED MOTION**

On this date, the Court considered Defendant-Intervenors' unopposed Motion to Withdraw Ernest I. Herrera as Counsel.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Intervenors' Unopposed Motion to Withdraw Ernest I. Herrera as attorney in this case is hereby GRANTED.  The clerk is instructed to remove Mr. Herrera from further electronic notifications for this case.

Signed on _____, 2020.       _____
                                            HON. ANDREW S. HANEN
                                            UNITED STATE DISTRICT JUDGE