United States District Court
Southern District of Texas
**ENTERED**
September 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

STATE OF TEXAS, ET AL.

*versus*

UNITED STATES OF AMERICA, ET AL.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Charles A. Breiterman<br>solo practitioner<br>45 East 89 Street #24B<br>New York, 10128<br>212-722-7978<br>New York, 4513685 |
|---|---|

| Name of party applicant seeks to appear for: | Amicus Brief in favor of plaintiff states |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/28/2020 | Signed: *Charles A. Breiterman* |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 9/29/2020   Clerk's signature: *R. Hawkins*

**Order**

Dated: 9/29/20

This lawyer is admitted *pro hac vice*.

_____
United States District Judge