# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors, § | |
| and § | |
| § | |
| STATE OF NEW JERSEY § | |
| § | |
| Defendant-Intervenor. § | |

## [PROPOSED] ORDER
## GRANTING OPPOSED MOTION

On this date, the Court considered Defendant-Intervenors' Opposed Motion to Extend Deadlines by One Week.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Opposed Motion to Extend Deadlines by One Week is hereby GRANTED. All deadlines in dkt. 473 are extended by seven (7) days.

Signed on _____, 2020.         _____
                                                HON. ANDREW S. HANEN
                                                UNITED STATE DISTRICT JUDGE