United States District Court
Southern District of Texas
**ENTERED**
October 01, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> UNITED STATES OF AMERICA, *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:18-CV-00068 |

## ORDER GRANTING OPPOSED MOTION

On this date, the Court considered Defendant-Intervenors' Opposed Motion to Extend Deadlines by One Week.

Having Considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Opposed Motion to Extend Deadlines by One Week is hereby GRANTED. All deadlines in dkt. 473 are extended by seven (7) days.

Signed at Houston, Texas, this 1st day of October, 2020.

Andrew S. Hanen
United States District Judge