<u>*Ad Hoc New Yorker Republican Committee*</u>
Trustee Christopher Earl Strunk Amicus
141 Harris Avenue
Lake Luzerne, New York 12846-1721
518-416-8743 Email: strunk@leader.com

**United States District Clerk**
**of the UNITED STATES Court for**
**the Southern District Court Of Texas**
**515 Rusk Street, Room 5300**
**Houston, Texas 77002**

United States Courts
Southern District of Texas
F I L E D
OCT 06 2020
David J. Bradley, Clerk of Court

Regarding: State of Texas et al., V   United States Of America et al., 18-cv-068   (ASH)

<u>Subject:</u>  In accordance with Reporting Requirements of Local Rule 5-2 for Related Cases Amicus files an unopposed Notice of Motion with Exhibits A through F to reconsider Amicus to Intervenor Plaintiff status  under FRCvP RULE 24 with FRCvP Rule 65(b) emergency Preliminary Injunctive Relief with hearing request for Permanent Restraint

**The Honorable Clerk of the Court,**

With reference to the above Subject, I am Christopher Earl Strunk granted Amicus status according to the 21 August 2020 Order by the Honorable Andrew S. Hanen, shown as Docket Item 275. Amicus is involved in DACA related cases: the Criminal case *USA v CLINESMITH* DCD 20-cr-165 (JEB) and *STRUNK v. CALIFORNIA etal*. NDNY 16-CV-1496 (BKS) hereby attaches the accompanying **Motion Supporting Affidavit** of 9 pages that has Exhibit A thru F with 248 pages:
  **Exhibit A**: the Pilgrims Society of Great Britain /USA etal was recently given notice - 14 pages;
  **Exhibit B**: The Pilgrims Society of Great Britain / USA whose 2008 directors according to IRS were Paul Adolph Volcker and Henry Alfred Kissinger ran the Pilgrims' Indonesian Citizen POTUS VOID AB INITIO Administration of Usurper Soebarkah A.K.A. Barack Hussein Obama - 21 pages;
  **Exhibit C**: LR 5-2 Related Case Criminal case *USA v CLINESMITH* DCD 20-cr-165 (JEB) Strunk made an intentional guilty confession plea as to his NBC BIRTHER status with support exhibits A through F (sealed by the Court in the DCD 20-cr-165 Docket as item 14) -157 pages
  **Exhibit D**: Vote Harvesting Conflicts With California Election Law by Pamela Baggot, JD -12 pages;
  **Exhibit E**:  LR 5-2 Related Case 16-cv-01496-BKS-DJS Strunk v. The State of California et al Exhibit 4 for the State of New York Claim - with 32 pages;
  **Exhibit F**: LR 5-2 Related Case 16-cv-01496-BKS-DJS Strunk v. The State of California et al Motion to reconsider - with 13 pages; and Movant appends herewith his:
**Notice of Motion** with 2 pages; **Memorandum of Law** with 3 pages; **Proposed Preliminary Injunction Order** with 3 pages; and the **Certificate of Service** by Certified Mail one page.

Christopher Earl Strunk Trustee for <u>*Ad Hoc New Yorker Republican Committee*</u> declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct with 28 USC §1746.

Dated: October 4, 2020
        Lake Luzerne, New York

*[signature]*

Christopher Earl Strunk in esse Sui Juris in propria persona
Trustee for the <u>*Ad Hoc New Yorker Republican Committee*</u>
All Rights Reserved Without Prejudice