UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

OCT 06 2020

David J. Bradley, Clerk of Court

**STATE OF TEXAS et al.,**

**Plaintiff,**

v.  Civil Action No. 18-cv-0068 (ASH)

**UNITED STATES OF AMERICA et al.,**

**Defendant.**

**NOTICE OF MOTION UNDER LOCAL RULE 5-2 WITH RELATED CASES DCD USA V. KEVIN CLINESMITH 20-CR-165 (JEB) AND THE NYND 16-CV-1496 (BKS) TO RECONSIDER THE DENIAL OF AMICUS CHRISTOPHER EARL STRUNK FRCP RULE 24 INTERVENOR PLAINTIFF STATUS SHOWN AT DOCKET ITEM 475, AND FOR EXPEDITED FRCP RULE 65(b) EXTRAORDINARY PRELIMINARY INJUNCTION AND HEARING FOR PERMANENT RESTRAINT RELIEF PREVIOUSLY DENIED IN NYND 16-CV-1496 REGARDING FOREIGN ALIEN JAMAICAN CITIZEN KAMALA DEVI HARRIS**

1. According to FRCvP Rule 7. (b) MOTIONS AND OTHER PAPERS, this is Plaintiff's Notice of MOTION TO RECONSIDER THE DENIAL OF THE MOTION TO RESTORE THE CASE TO THE COURT CALENDAR for preliminary injunction and permanent restraint after hearing to be scheduled by the Court for ___ October 2020 at ____ AM/PM for permanent injunctive relief that the State of New York and the State of California by are its Amicus representative declared Intervenors herein, and forthwith the State of New York according to the 18 September 2020 started Absentee Ballots issuance is to be ordered to:

a. Immediately correct the CHALLENGED STATE OF NEW YORK REQUIREMENTS FOR RUNNING FOR OFFICE OF POTUS / VPOTUS shown at the https://www.elections.ny.gov/runningoffice.html Chart for all potential voters and

candidate(s) to the express terms of the United States Constitution Article 2 Section 1 Clause 5 at Column Five and *NATURAL BORN CITIZEN* at Column Two;

b. That All Absentee Ballots requests since 18 September 2020 clarify corrections for the Running For Office Chart;

c. That after hearing arguments that notice be prominently displayed at the polls that KAMALA DEVI HARRIS is not a natural born citizen because based upon her birth certificate as under the Jamaican Constitution she was born a Jamaican Citizen;

d. Clarify for all potential voters that *born a citizen* suggested by the State of New York shown at exhibit E-4-C does not include a 14th amendment *born a citizen* interpretation, only includes the pre 14th amendment U.S. Constitution Article 2 Section 1 Clause 5 *natural born Citizen* term of art that requires a candidate for POTUS and or VPOTUS must be born on soil of citizen parents according to the SCOTUS findings in *Minor v. Happersett*, 88 u.s. 162 (1875) and *United States v. Wong Kim Ark*, 169 u.s. 649 (1898), and

e. that all requests for absentee ballots make such clarification and

f. that notice is prominently displayed at the polls that KAMALA DEVI HARRIS is not a natural born citizen; and

a. Additional different relief as the court deems necessary for justice herein including an order that Plaintiff may use to obtain a certified birth certificate for KAMALA (IYER) DEVI HARRIS from Alameda County California.

Dated: September 4 2020
Lake Luzerne New York

**Christopher Earl Strunk**, in propria persona
141 Harris Ave. Lake Luzerne, New York 12846-1721
Ph: 718-414-3760 and 518-416-8743
Email: strunk@leader.com
All Rights Reserved Without Prejudice