UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

OCT 06 2020

David J. Bradley, Clerk of Court

STATE OF TEXAS et al. ,

Plaintiff,

v.                                             Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA  et al.,

Defendant.

**RE SCOTUS RULING IN NO. 18–587 AND DOCKET ITEM 461 STAY ORDER AND UNDER LOCAL RULE 5-2: AMICUS CHRISTOPHER EARL STRUNK MEMORANDUM IN SUPPORT OF NOTICE OF MOTION TO RECONSIDER FRCP RULE 24 INTERVENOR PLAINTIFF STATUS DENIAL SHOWN AT DOCKET ITEM 475, AND FOR EXPEDITED FRCP RULE 65(b) EXTRAORDINARY RELIEF PREVIOUSLY DENIED IN RELATED CASES DCD USA V. KEVIN CLINESMITH 20-CR-165 (JEB) AND THE NYND 16-CV-1496 DENIED MOTION REGARDING FOREIGN ALIEN BIOWEAPON JAMAICAN CITIZEN KAMALA DEVI HARRIS,**

Please excuse Movant's poetic license in this DACA matter of urgency that is germane and entirely respectful to this Court that is separate from the Congressional / Executive pristine *Biological Weapons Anti-Terrorism Act of 1989* (BWATA, Pub. L. 101–298, enacted May 22, 1990) piece of U.S. legislation passed into law in 1990 that provided for the implementation of the Biological Weapons Convention as well as criminal penalties for violation of provisions, nevertheless requires Movant's use of the Cambridge Dictionary definition of **BIOWEAPON**: *a living  substance, such as bacteria, used to intentionally cause damage or death to people, animals, or crops...* or Merriam Webster's Dictionary definition for **Biological Weapon**: *harmful*

*biological agent (such as a pathogenic microorganism or a neurotoxin) used as a weapon to cause death or disease usually on a large scale*; and

Further, Movant proves with prima facie evidence the Pilgrim's Society of Great Britain and the USA branch under its control since the 1902 founding, *the PILGRIMS* , in part incorporated in the State of New York since the British failure of 1812 conspire to control and re-conquer the United States of America Constitutional Representative Republic limited government by any means necessary until this day by insidious covert means includes BIOWEAPON agents: BARACK HUSSEIN OBAMA, CORONAVIRUS and KAMALA DEVI (IYER) HARRIS per se.

Fortunately as shown in Docket Items: 169, 208, 209, the State of New York is voluntarily represented herein by senior assistant solicitor general Andrew William Amend of the New York Office of the Attorney General 28 Liberty Street 14th Fl New York, NY 10005 with his Phone # 212 416-8022 and Email: andrew.amend@ag.ny.gov, and as such, with due notice this motion is not unopposed and may proceed immediately to a preliminary injunction as applies to the State of New York's malicious use of "BORN A CITIZEN" instead of "NATURAL-BORN-CITIZEN" as is expressly mandated of all the States per se by the U.S. Constitution Article 2 Section 1 Clause 5:

> " *No Person except a* **natural born Citizen**, *or a Citizen* of the United States, *at the time* of the *Adoption of this* Constitution, *shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty* five *Years, and been Fourteen Years a Resident ..*"

And further, that the requested preliminary injunction order of the Court sui sponte must be based upon the prima facie evidence that the State of New York Board of Elections in its Chart for those Running for Office, in part shown below from Exhibit E-4-C, shows in Chart Second Column that it substitutes "BORN A CITIZEN" instead of "NATURAL-BORN-CITIZEN" that on the same Chart shown below at the Chart Fifth column shows: "United States Constitution Art. 2 §1" rather than say United States Constitution Article 2 Section 1 Clause 5; and

Movant provides a copy of the Challenged State of New York **Requirements For Running For Office** for POTUS / VPOTUS with link https://www.elections.ny.gov/runningoffice.html:

> Case 1:16-cv-01496-BKS-DJS   Document 41-1   Filed 09/18/20   Page 74 of 215
>
> 9/7/2020                                                                Running for Office | New York State Board of Elections
>
> Please refer to the Official Political Calendar for all filing dates.
>
> Additional information may be obtained by calling the New York State Board of Elections at (518) 474-6220 or your county board of elections
>
> **IMPORTANT: REQUIREMENT FOR BALLOT ACCESS RELATED FILINGS BY MAIL OR OVERNIGHT DELIVERY SERVICE.** Please read this Filing Requirement document (133KB) for detailed information.
>
> **Requirements to Hold Office**
>
> | OFFICE | CITIZENSHIP | AGE | RESIDENCY | STATUTE |
> |---|---|---|---|---|
> | President of the United States | Born a citizen | 35 years | 14 years in country | United States Constitution Art. II § 1 |
> | United States Senator | Citizen 9 years | 30 years | Resident of state when elected | United States Constitution Art. I § 3 |

And further, since the State of California is also represented herein that a hearing for a permanent injunction be set within two weeks by the Court telephonically to argue the requirement of the State of New York as similarly situated with the other States in the matter of Absentee Ballots and voting that starts in New York on 19 October 2020 for the 3 November and 14 December 2020 electoral college elections encompassing the total 535 votes in the election of POTUS and VPOTUS and that Movant contends that the electoral college vote coinciding with the U.S. Senator from California of its 55 votes must be reduced by one vote to 54, because KAMALA DEVI HARRIS based upon the evidence shown in Movant's State Claim in Exhibit E-4 remains a Jamaican Citizen and has never renounced that citizenship nor has she been naturalized accordingly as a defacto Citizen; and as such requires the remainder of the elements of the Proposed Order be done for evidence delivered up for the hearing and further proceedings beyond the initial hearing.

Respectfully submitted for timely relief,

October 4 2020
Lake Luzerne New York

Christopher Earl: Strunk in esse Sui Juris in propria persona
All Rights Reserved Without Prejudice

3