UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

---

**STATE OF TEXAS et al.,**

**Plaintiff,**

v.                                                                                         Civil Action No. 18-cv-0068 (ASH)

**UNITED STATES OF AMERICA et al.,**

**Defendant.**

---

**PROPOSED PRELIMINARY INJUNCTION ORDER**

1.      Being there sufficient cause that Strunk seeks personal plaintiff intervener standing herein as a unique and urgent DACA matter being representative of the State of New York under the Tenth Amendment is granted, and there being sufficient evidence for relief is ordered:

2.      That Strunk is hereby granted the order of the Court to obtain a certified copy of the Birth Certificate of KAMALA DEVI (IYER) HARRIS from Alameda County California; and

3.      That the State of New York Board of Elections in its Chart for those Running for Office Second Column substitutes "BORN A CITIZEN" instead of "NATURAL-BORN-CITIZEN" and the same Chart Fifth column shows: "United States Constitution Art. 2 §1" rather than United States Constitution Art. 2 §1 Clause 5 shall be revised to show those terms;

4.      Being there sufficient cause with time of the essence, imminent irreparable harm, likelihood of success, with no other adequate remedy to avoid civil unrest, it is hereby ordered that until further notice after hearing to be scheduled by the Court for ____ October 2020 at ____ AM/PM for permanent injunctive relief that State of New York by its Amicus representative is hereby declared Intervenor Defendant herein forthwith and the State of New York according to

its law on 18 September 2020 started Absentee Ballots issuance are hereby ordered to:

a. Immediately correct the CHALLENGED STATE OF NEW YORK REQUIREMENTS FOR RUNNING FOR OFFICE OF POTUS / VPOTUS shown at the https://www.elections.ny.gov/runningoffice.html Chart for all potential voters and candidate(s) to the express terms of the United States Constitution Article 2 Section 1 Clause 5 at Column Five and *NATURAL BORN CITIZEN* at Column Two;

b. That All Absentee Ballots requests since 18 September 2020 clarify corrections for the Running For Office Chart;

c. THAT AFTER HEARING ARGUMENTS THAT NOTICE BE PROMINENTLY DISPLAYED AT THE POLLS THAT KAMALA DEVI HARRIS IS NOT A NATURAL BORN CITIZEN; BASED UPON HER CERTIFIED BIRTH CERTIFICATE AND JAMAICAN CONSTITUTION SHE WAS BORN A JAMAICAN CITIZEN;

d. That Strunk be granted an order of the Court for Occidental College to release the financial records for Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases in camera;

e. That Strunk be granted an order of the Court for Columbia University to release the financial records for Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases in camera;

f. That Strunk be granted an order of the Court for Harvard University to release the financial records for Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases in camera;

g. That Strunk be granted an order of the Court for NYS DEPARTMENT OF EDUCATION to release the financial records for Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases in camera;

h. That Strunk be granted an order of the Court for Business International Corporation (BIC) to release the financial records for its employee Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases in camera;

i. That Strunk be granted an order of the Court for the US STATE DEPARTMENT / US HOMELAND SECURITY to release the naturalization records for Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases in camera;

j. That Strunk be granted an order of the Court for the US STATE DEPARTMENT / US HOMELAND SECURITY to release the naturalization records for US Senator TED CRUZ among other aliases in camera; and

k. That Strunk be granted an order of the Court for the US STATE DEPARTMENT / US HOMELAND SECURITY to release the naturalization records for KAMALA DEVI HARRIS among other aliases in camera; and

l. That Strunk be granted an order of the Court to declare DACA an unconstitutional VOID AB INITIO Executive Order of BARACK HUSSEIN OBAMA;

m. That Strunk be granted a hearing for an order of the Court that KAMALA DEVI HARRIS is NOT NBC must be removed from the U.S. Senate;

n. That Strunk be granted a hearing for an order of the Court that BARACK HUSSEIN OBAMA is NOT NBC with emoluments of each to be reported for a claw-back preceding; and

o. Additional different relief as the court deems necessary for justice herein.

**SO ORDERED**

_____
Hon. Andrew S. Hanen USDJ