UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
OCT 06 2020
David J. Bradley, Clerk of Court

STATE OF TEXAS et al.,

Plaintiff,

v.  Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA et al.,

Defendant.

### CERTIFICATE OF SERVICE

That Movant Undersigned certifies and affirms under 28 USC 1746 hereby that he provides in addition to email, a true and correct copy of the NOTICE of MOTION TO RECONSIDER INTERVENOR PLAINTIFF STATUS under FRCvP Rule 24 with FRCvP Rule 65(b) relief with proposed order and supporting papers Affirmation with Exhibit A thru F affirmed 30 September 2020 based upon the proposed preliminary injunction order placed in properly addressed envelopes and postage for service by USPS certified / return receipt upon counsels :

**Jeffrey S Robins**
U.S. Department of Justice
Office of Immigration Litigation
PO Box 868 Washington, DC 20044
202-616-1246

**Todd Lawrence Disher**
Office of the Attorney General of Texas
209 W 14th Street
8th Floor Austin, TX 78701
512-936-0677

**Andrew William Amend**
New York Office of the Attorney General
28 Liberty Street 14th Fl
New York, NY 10005
212 416-8022

jeffrey.robins@usdoj.gov
todd.disher@oag.texas.gov
ndrew.amend@ag.ny.gov
trent.peroyea@oag.texas.gov,
ryan.bangert@oag.texas.gov,
aaron.goldsmith@usdoj.gov,
daniel.hu@usdoj.gov,
james.walker3@usdoj.gov,
nperales@maldef.org,
cgarcia@garciagarcialaw.com,
dhulett@maldef.org,

douglas.hallward-driemeier@ropesgray.com,
eherrera@maldef.org,
rsoto@maldef.org,
apincus@mayerbrown.com,
cdashiell@lowenstein.com,
dleit@lowenstein.com,
grooney@lowenstein.com,
irgoldman@mayerbrown.com,
jeremy.hollander@law.njoag.gov,
brian.devito@law.njoag.gov,
kenneth.levine@law.njoag.gov,
nicholas.dolinsky@law.njoag.gov,
Rachel.Apter@njoag.gov,
aschlafly@aol.com,
ljoseph@larryjoseph.com,
sramon@ramonworthington.com,
IBhabha@jenner.com, JYun@jenner.com,
LHarrison@jenner.com,
TPerrelli@jenner.com,
aamangi@pbwt.com,
johnathan@muslimadvocates.org,
sirine@muslimadvocates.org,
juvaria@muslimadvocates.org,
LLustberg@gibbonslaw.com,
hhshafiqullah@legal-aid.org,
jdegroote@cgsh.com,

jkolodner@cgsh.com,
jli@cooley.com,
malger@cooley.com,
mmcmahon@cooley.com,
msherman@cooley.com,
geoffreybrounell@dwt.com,
peter.karanjia@dlapiper.com,
andrew.amend@ag.ny.gov,
jdavidson@cov.com,
mlynch@cov.com,
garzpalm@aol.com,
mlsaad@venable.com,
SPSheikh@venable.com,
wdcoston@venable.com,
atertas@venable.com,
ametlitsky@omm.com,
ryagura@omm.com,
jsokoler@omm.com,
kranlett@mayerbrown.com,
tleatherbury@velaw.com,
cbadlani@hsplegal.com,
tamar.pachter@doj.ca.gov,
joshua.mcmahon@ag.ny.gov,
coffey@bcalbany.com,
john.hoggan@usdoj.gov

Dated: October 5 2020
Lake Luzerne New York

*(signature)*

Christopher Earl Strunk, in propria persona
141 Harris Ave. Lake Luzerne, New York 12846-1721
Ph: 718-414-3760 and 518-416-8743 Email: strunk@leader.com