UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

OCT 06 2020

David J. Bradley, Clerk of Court

STATE OF TEXAS et al.,

Plaintiff,

v.                                          Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA et al.,

Defendant.

---

**RE SCOTUS RULING IN NO. 18–587 AND DOCKET ITEM 461 STAY ORDER: <u>CHRISTOPHER EARL STRUNK</u>, THE NATURAL-BORN-CITIZEN (NBC) BIRTHER AND TRUSTEE FOR AMICUS AD HOC NEW YORKER REPUBLICAN COMMITTEE, <u>AFFIRMATION IN SUPPORT OF NOTICE OF MOTION TO RECONSIDER FRCP RULE 24 INTERVENOR PLAINTIFF STATUS DENIAL SHOWN AT DOCKET ITEM 475</u>, <u>AND FOR EXPEDITED FRCP RULE 65(b) EXTRAORDINARY RELIEF DEMAND DENIED IN RELATED CASE NYND 16-CV-1496 MOTION REGARDING THE FOREIGN ALIEN BIOWEAPON JAMAICAN CITIZEN KAMALA DEVI HARRIS</u>, THE DEFACTO U.S. SENATOR USURPER FOR CALIFORNIA IS INELIGIBLE UNDER U.S. CONSTITUTION ARTICLE 1 SECTION 3 AND ARTICLE 2 SECTION 1 CLAUSE 5 PER SE, TORTUOUSLY INTERFERES WITH THE 3 NOVEMBER 2020 AND 14 DECEMBER 2020 ELECTORAL COLLEGE ELECTIONS, INVOLVES THE SUBJECT VOID AB INITIO D.A.C.A. EXECUTIVE ORDERS BY THE PILGRIMS SOCIETY OF GREAT BRITAIN'S: SENIOR EXECUTIVE SERVICE / FBI / CIA'S INDONESIAN CITIZEN POTUS USURPER SOEBARKAH A.K.A. BARACK HUSSEIN OBAMA.**

1.      This support affirmation of New York born citizen Christopher Earl Strunk, is of a dejure Natural-Born-Citizen, born on soil to U.S. Citizen parents, the generational transfer utility tool for allegiance to a constitutional republic of limited government under God without an oath, herein represents the unrepresented State of New York under the Tenth Amendment against the overthrow intrigues of the EU / UK/ CCP/ *ZEE GERMANS - DVD* Admiral Canaris / Marcus Wolfe's Gladio network say the Pilgrims Society of Great Britain /USA was recently given notice (see **Exhibit A**).

2.  Strunk herein opposes Obama's BIOWEAPONS e.g. the Executive Order *Deferred Action for Childhood Arrivals* (**DACA**) immigration policy that allows some individuals unlawful presence in the United States after being brought to the country as children to receive a renewable two-year period of deferred action from deportation and become eligible for work permit is VOID AB INITIO.

3.  That Strunk's family on his Father's side participated in the 1776 Revolution that some say lasted seven years, with the major American victory at Yorktown, Virginia in 1781 technically marking the end of hostilities; however with fighting that took place through the fall of 1783 sustained by the threat of new British Indian conflicts and maritime Wars through 1812, with further design of chaos: then in 1860, then in 1918, then in 1929, then in 1941, then in 1950, then in 1963, then in 2001, then in 2008, then in 2018 when on November 20 the Pirbright Institute of Pirbright Woking Great Britain received its CORONAVIRUS Patent US 10,130,701 B2 to use as a Bio-weapon in 2020 chaos of The Pilgrims Society of Great Britain / USA (Pilgrims) whose 2008 directors according to IRS were Paul Adolph Volcker and Henry Alfred Kissinger (see **Exhibit B**) ran the Pilgrims' Indonesian Citizen POTUS VOID AB INITIO Administration of Usurper Soebarkah A.K.A. Barack Hussein Obama whoever he is we still do not know from 2008 onward use its Senior Executive Service (SES) / Department of Justice (DOJ) / Federal Bureau of Investigation (FBI) / Five-Eyes Intelligence Community's Central Intelligence Agency (CIA) 2016 designed seditious coup d'etat against Donald John Trump (DJT) that operates with impunity in a mansion down the street from the DJT Administration White House - everything BARACK HUSSEIN OBAMA did, e.g. **DACA is VOID AB INITIO**.

4.  Strunk wants to safeguard the 1776 Revolution, along with New York Patriots who reluctantly still coexist in The Jesuits' New York Colony as under the King George III run 1213AD compact as with then Jesuit Bishop of the colonies Fr. John Carroll SJ's run Vatican satrap; but

2

nevertheless New York Patriots again want to safeguard against a non NBC foreign takeover as memorialized in New York Real Property Law Article 2 Section 18 that undergirds the simple demand made in the New York 1788 Constitution ratification [1] that makes NBC born on soil of citizen parents New York's natural law intrinsic tool a casus belli measure of allegiance for its citizens' continued unity with the Federal Union against British etal. intrigue inter alia., and notwithstanding abandoning judicial use of natural law per se in 1939 requires:

*"That no Persons except natural born Citizens, or such as were Citizens on or before the fourth day of July one thousand seven hundred and seventy six, or such as held Commissions under the United States during the War, and have at any time since the fourth day of July one thousand seven hundred and seventy six become Citizens of one or other of the United States, and who shall be Freeholders, shall be eligible to the Places of President, Vice President, or Members of either House of the Congress of the United States."*

**5.** That Strunk emphasizes that it is TOO BAD all Congress members aren't NBC, it would resolve endemic problems there and nationwide, NBC nevertheless underlies as a matter of public record the reasons why and what we have done since 2007, and as such the historical importance of personal intervention reconsideration request, even if in principle Texas is at war with New York is understandable per se, must involve reconsideration herein TXSD 18-cv-68 Docket Items follow:

| 06/18/2020 | 461 | ORDER. Pursuant to this Court's stay order (DE 447 ), parties are to file a joint status report and an agreed schedule by July 24, 2020 given the Supreme Court's ruling today in Dep't of Homeland Sec. v. Regents of Univ. of Cal. (Signed by Judge Andrew S Hanen) Parties notified.(LaurenWebster, 4) (Entered: 06/18/2020) |
|---|---|---|
| 07/27/2020 | 465 | Affirmation in Support of MOTION to Intervene Under FRcvP Rule 24 by the Trustees of the Ad Hoc New Yorker Republican Committee by Christopher Earl Strunk, filed. Motion Docket Date 8/17/2020. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Cover Letter)(JenniferLongoria, 1) (Additional attachment(s) added on 7/27/2020: # 9 Unredacted attachment Exhibit 5) (JenniferLongoria, 1). (Entered: 07/27/2020) |
| 08/03/2020 | 466 | VERIFICATION AFFIDAVIT of INTERVENER Van Allen, filed.(JenniferLongoria, 1) (Entered: 08/03/2020) |
| 08/21/2020 | 475 | ORDER denying 465 Motion to Intervene as to the Trustees of the Ad Hoc New Yorker Republican Committee. The Trustees are welcome to participate as amicus curiae..(Signed by Judge Andrew S Hanen) Parties notified.(jdav, 4) (Entered: 08/24/2020) |

---

[1] https://avalon.law.yale.edu/18th_century/ratny.asphttps://avalon.law.yale.edu/18th_century/ratny.asp

Case 1:18-cv-00068 Document 483-5 Filed on 10/06/20 in TXSD Page 4 of 9

6. That in the Criminal case *USA v FLYNN* DCD 17-cr-263 (EHS) shown in the DC Circuit Docket on Appeal 20-5143 at docket entry Document #1846164 , Strunk made a personal motion with the AD HOC NEW YORKER REPUBLICAN COMMITTEE as Trustee with Trustee Van Allen as interveners Amici for the Court under its request that based upon personal knowledge from 2007 onward the DIA's Flynn work with my friend Michael Shrimpton to devise a stealthy method to determine if then opponent of Hillary Rodham Clinton contender Barack Hussein Obama is a natural-born-citizen and that by Flynn's saliva studies based upon information and belief proves no DNA is in common with the alleged family of the mother or father, in 2014 Lt. General Michael Thomas Flynn was silenced like Mr. Shrimpton in 2012 by the Pilgrims in control of its USURPER POTUS as shown at Exhibit B, and in 2017 based upon information and belief Flynn was to audit CIA involvement in the Pirbright Institute / Pilgrim's CORONAVIRUS bio-weapon act of war with the common cold except for illegal "gain of function research" added in the 2013 Wuhan PRC labs.

7. That in the Criminal case *USA v CLINESMITH* DCD 20-cr-165 (JEB) Strunk made an intentional guilty confession plea as to his NBC BIRTHER status with support exhibits A through F (sealed by the Court in the DCD 20-cr-165 Docket as item 14) (see **Exhibit C**) that underlie the crime that makes my birther confession as to outrageous acts of factitious disorder imposed on another, in lieu of equal treatment of a 18 USC §1001 cure to convict Senior Executive Service scapegoat Defendant also known as KEVIN CLINESMITH, instead proffers the criminal accessory status of USDJ James Emanuel Boasberg's own secret society lies and concealment in U.S. Senate Confirmation is a party in fact as to FISC matter germane to Defendant's plea bargain and guilt; and.

8. From the 2007 emergence of the Natural-Born-Citizen allegiance matter that safeguards the Union, underlies the distain of the Pilgrims Society of Great Britain's financial/social coup d'etat with their Indonesian POTUS Usurper / SES agencies down the street from the White House use the ***DACA's poster child*** Jamaican Citizen U.S. Senator from California KAMALA DEVI HARRIS Bio-weapon to commit tortuous foreign election interference fraud, HARRIS is NOT NBC eligible for

4

the 3 November 2020 and 14 December 2020 elections and relief must clarify for the voters using Absentee Ballot or in person that HARRIS is NOT NBC, and must be removed from the U.S. Senate with emoluments claw-back of she and her Indonesian conspirator SOEBARKAH; and

9.      As such in 2016, Strunk's experience raised evidence of Vote Harvesting fraud that among other injuries in the Complaint <u>STRUNK v. CALIFORNIA etal</u>. NDNY 16-CV-1496 that Court decided to be Moot in that DJT became POTUS, and in my opinion and experience after 2016, the California *Vote Harvesting* Study (see **Exhibit D**) repeats all over the country in the 2018 General Election when the feckless Republicans lost the U.S. House of Representatives, remains an issue to renew that case to the court calendar wasn't done (see **Exhibit E**) - but heavy lifting is not to be done in Second Circuit that increasingly appears as if 9th Circuit with Pilgrim's new USURPER HARRIS joins USURPER OBAMA with sufficient reason to renew / reconsider denied (see **Exhibit F**); and

10.     That the fact the State of New York under the Eleventh Amendment ONLY grants Strunk the right to claim financial injury may be done in its State Court of Claim shown herein at Exhibit E-4 (NYS CLAIM), however now is not a venue for suffrage relief in that the State unreasonably closed the court system and told me it cannot even assign a claim number and or Judge for more than six weeks because the mass murderer Gov Andrew Cuomo politically uses the lockdown to disrupt the 3 November 2020 and 14 December 2020 elections even despite the ameliorated 2013 Fauci/Obama facilitated Chinese *Gain-of-Function* modified bio-weapon SARS COV-2 Virus aka COVID-19 is merely the common cold CCP engineered Bioweapon that with herd immunity poses no continued threat, and as such Strunk humbly seeks assistance in the Lone Star State accordingly.

11.     Strunk contends for FRCvP Rule 65(b) relief that New York State officer(s) acts of non / mis / malfeasance in omission and or commission of public administration and enforcement duty under color of law or code whereby they knew or should have known of infringement wherein THE STATE OF NEW YORK is willfully use "**BORN A CITIZEN**" malicious dis-information from 2007 thru 2020 shown in Exhibit E-4-C, instead of the NATURAL-BORN CITIZEN

5

prima facie requirement of the U.S. Constitution Article 2 Section 1 Clause 5 referenced in the chart shown in Exhibit E-4-C for anyone Running For Office President of the United States (POTUS) and by operation of law Vice President of the United States (VPOTUS), and satisfies support for this extraordinary DEMAND BY ORDER TO SHOW CAUSE FOR INJUNCTIVE RELIEF with irreparable harm, a likelihood of success under the current law of the land that is based upon preponderance of evidence shown in exhibit, time is of the essence; and

12. Further, this DACA matter is of national urgency with imminent irreparable harm and likelihood of success under existing law as time is of the essence under each state's requirements for Absentee Balloting that according to the Exhibit E-4-A (NYND 16-cv-1496 docket item 41-1) schedule for conducting the 3 November 2020 and 14 December 2020 elections:

   a. Any request for an Absentee Ballot according to Exhibit E-4-E (NYND 16-cv-1496 docket item 41-1) started on September 18, 2020 and explains the schedule quote: "You must apply online, postmark, email or fax a completed application or letter request for the General Election Absentee ballot no later than 7 days (October 27, 2020) before the election. You may apply in-person up to the day before the election (November 2, 2020). You may file an application at any time before the deadlines, but ballots will be mailed out beginning on or about September 18, 2020. (PLEASE BE AWARE THAT DESPITE THE ABOVE DEADLINES THE POST OFFICE HAS ADVISED THAT THEY CANNOT GUARANTEE TIMELY DELIVERY OF BALLOTS APPLIED FOR LESS THAN 15 DAYS BEFORE AN ELECTION.)

   b. That voting per se starts on or about October 19, 2020

   c. And that based upon my interview of July 22, 2020 shown at (NYND 16-cv-1496 docket item 41-1) Claim Exhibit E-4 paragraph 29, going into 3 November 2020, Strunk's Warren County commissioner said in part quote: "...that masks are voluntary and if not worn a mask or plastic visor will be offered to wear while voting in person, and if rejected the Voter may use a machine properly spaced from other voters"; and

d. Supports a demand for relief notwithstanding the arbitrary political lockdown that varies on a state by state basis to defeat POTUS Donald J. Trump, a lawless set of arbitrary state executive orders that unconstitutionally impose an unscientific mask mandate policies that is dangerous to the wearer's health by reduction of oxygen for bodily function and that increases risk of injuries by exhausted contaminate recirculation that unreasonably have political lives of their own that involves the cover-up of the 2013 Fauci/Obama facilitated Chinese *Gain-of-Function* modified bio-weapon SARS COV-2 Virus aka COVID-19, with CDC's admission [2] that the actual mortality rate when separated in stark contrast to other morbidity factors is less than say 12,000 national deaths in total to date attributed solely to SARS COV-2 that has been fraudulently contrived for political state financial reasons on a state by state basis - must end in indictments.

13. That Strunk seeks personal plaintiff intervener standing herein as an urgent DACA matter being representative of the State of New York under the Tenth Amendment with demands for national emergency injunctive relief under FRCvP Rule 65(b) for cause in evidence in that the State of New York is without a functioning court system that among those similarly situated be ordered to:

a. CLARIFY FOR ALL POTENTIAL VOTERS THAT *BORN A CITIZEN* SUGGESTED BY THE STATE SHOWN AT (NYND 16-cv-1496 docket item 41-1) EXHIBIT E-4-C DOES NOT INCLUDE A 14TH AMENDMENT *BORN A CITIZEN* INTERPRETATION, ONLY INCLUDES THE PRE 14TH AMENDMENT U.S. CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5 *NATURAL BORN CITIZEN* TERM OF ART THAT REQUIRES A CANDIDATE FOR POTUS AND OR VPOTUS MUST BE BORN ON SOIL OF CITIZEN PARENTS ACCORDING TO THE SCOTUS FINDINGS IN *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875) and *United States v. Wong Kim Ark*, 169 U.S. 649 (1898), and

b. THAT ALL REQUESTS FOR ABSENTEE BALLOTS MAKE SUCH CLARIFICATION; and

c. THAT NOTICE IS PROMINENTLY DISPLAYED AT THE POLLS THAT KAMALA DEVI HARRIS IS NOT A NATURAL BORN CITIZEN; and

d. That Strunk needs an order of the Court to obtain a certified copy of the Birth Certificate of KAMALA DEVI (IYER) HARRIS from Alameda County California; and

---

[2] https://www.cdc.gov/coronavirus/2019-ncov/covid-data/pdf/covidview-08-28-2020.pdf

e. That Strunk needs an order of the Court for Occidental College to release the financial records for Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases even in camera if necessary; and

f. That Strunk needs an order of the Court for Columbia University to release the financial records for Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases even in camera if necessary; and

g. That Strunk needs an order of the Court for Harvard University to release the financial records for Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases even in camera if necessary; and

h. That Strunk needs an order of the Court for NYS DEPARTMENT OF EDUCATION to release the financial records for Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases even in camera if necessary; and

i. That Strunk needs an order of the Court for Business International Corporation (BIC) to release the financial records for its employee Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases even in camera if necessary; and

j. That Strunk needs an order of the Court for the US STATE DEPARTMENT / US HOMELAND SECURITY to release the naturalization records for Barry Soetoro aka BARACK HUSSEIN OBAMA among other aliases even in camera if necessary; and

k. That Strunk needs an order of the Court for the US STATE DEPARTMENT / US HOMELAND SECURITY to release the naturalization records for TED CRUZ among other aliases even in camera if necessary; and

l. That Strunk needs an order of the Court for the US STATE DEPARTMENT / US HOMELAND SECURITY to release the naturalization records for KAMALA DEVI HARRIS among other aliases even in camera if necessary; and

m. That Strunk needs an order of the Court to declare DACA an unconstitutional VOID AB INITIO Executive Order of BARACK HUSSEIN OBAMA; and

n. That Strunk needs a hearing for an order of the Court that HARRIS is NOT NBC must be removed from the U.S. Senate, and that BARACK HUSSEIN OBAMA is NOT NBC with emoluments of each to be reported for a claw-back preceding; and

o. Additional different relief as the court deems necessary for justice herein.

STATE OF NEW YORK  )
COUNTY OF WARREN  )

Accordingly, I, Christopher Earl Strunk, duly so affirm, depose and say under penalty of perjury:

      I have read the foregoing AFFIRMATION IN SUPPORT OF NOTICE OF MOTION TO RECONSIDER FRCP RULE 24 INTERVENOR PLAINTIFF STATUS DENIAL SHOWN AT DOCKET ITEM 475, AND FOR EXPEDITED FRCP RULE 65(B) EXTRAORDINARY RELIEF DEMAND DENIED IN RELATED CASE NYND 16-CV-1496 MOTION REGARDING THE FOREIGN ALIEN BIOWEAPON JAMAICAN CITIZEN KAMALA DEVI HARRIS, **THE** DEFACTO U.S. SENATOR USURPER FOR CALIFORNIA IS INELIGIBLE UNDER U.S. CONSTITUTION ARTICLE 1 SECTION 3 AND ARTICLE 2 SECTION 1 CLAUSE 5 PER SE, TORTUOUSLY INTERFERES WITH THE 3 NOVEMBER 2020 AND 14 DECEMBER 2020 ELECTORAL COLLEGE ELECTIONS, INVOLVES THE SUBJECT VOID AB INITIO D.A.C.A. EXECUTIVE ORDERS BY THE PILGRIMS SOCIETY OF GREAT BRITAIN'S: SENIOR EXECUTIVE SERVICE / FBI / CIA'S INDONESIAN CITIZEN POTUS USURPER SOEBARKAH A.K.A. BARACK HUSSEIN OBAMA, during the ongoing National Banking Emergency and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b that comply with the Hague Convention and related law including judicial rules herein to safeguard rights.

      Pursuant to remedy provided by Congress under 50 USC App. 17, this affirmation supports perfecting evidence at trial in the respective district court under the ongoing Proclamation 2040 National Emergency or time of war that takes private property and infringes personal rights otherwise to be protected by others directly under the authority of the Commander-in-chief POTUS, in that time is of the essence with irreparable harm; and

      Affirmant knows the contents thereof apply to me and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: third parties, books and records, and personal knowledge.

                                                **Christopher Earl Strunk**, in propria persona
                                                141 Harris Ave. Lake Luzerne, New York 12846-1721
                                                518-416-8743  Email: strunk@leader.com
                                                All Rights Reserved Without Prejudice

That on the 30th day of September in the year 2020 before me the undersigned, a Notary Public in and for said State personally appeared, **Christopher Earl Strunk,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he affirmed and executed the name in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public, State of New York

                                                         CYNTHIA SHERWOOD
                                                  Notary Public, State of New York
                                                    Qualified in Warren County
                                                          No. 4970568
                                         My Commission Expires Aug. 13, 2022