UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

---

STATE OF TEXAS et al. ,

Plaintiff,

v.                                        Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA  et al.,

Defendant.

---

**CHRISTOPHER EARL STRUNK AFFIRMATION IN SUPPORT OF NOTICE OF
MOTION TO RECONSIDER FRCP RULE 24 INTERVENOR PLAINTIFF STATUS
DENIAL SHOWN AT DOCKET ITEM 475 AND FOR EXPEDITED FRCP RULE 65(b)
EXTRAORDINARY RELIEF DEMAND DENIED IN RELATED CASE NYND 16-CV-
1496 MOTION REGARDING THE FOREIGN ALIEN BIOWEAPON
JAMAICAN CITIZEN KAMALA DEVI HARRIS**

the Pilgrims Society of Great Britain /USA was recently given notice

# EXHIBIT  A

# AD HOC NEW YORKER REPUBLICAN COMMITTEE

Trustees: Christopher Earl Strunk and Harold William Van Allen
351 North Road; Hurley, New York 12443
Phones: 518-416-8743 845-389-4366 fax 845-331-1925
emails: strunk@leader.com, billvanallen@icloud.com

**The Pilgrims of Great Britain**
**Mrs. Amy Thompson**, Executive Secretary
7 Beeches Close
Saffron Walden
Essex England of the United Kingdom
CB11 4BU

**Re: Innocent III response to the October 3, 1213 lease by the 15 May 1213 Concession - now released?**

**Subject: Second Circuit Original Proceeding on Jesuit Fauci/PRC/CCP released COVID-19**

**Dear Executive Secretary Mrs. Amy Thompson,**

As subject matter courtesy notice, Undersigned supposition of history challenges our Jesuit coadjutor Governor political suspension of due process that means the owners and renters who have not paid their contract agreements for say six months to disrupt commerce and to collapse NYC real property value, held hostage to Governor Cuomo's political motivation to disrupt elections and his egregious suspension of the effective HCQ 15 year SARS COVID 2 treatment cure that promotes a liability free *GAVI Vaccine Alliance* eugenic genocide.

A cure in 2005 approved by NIH / Jesuit coadjutor Anthony Fauci, left unused for the PRC/CCP released COVID-19 virus for unjust enrichment; and among other things renders New York real property seriously disrupted in commerce dependent upon usual revenue derived accordingly.

WE will seek relief from:

- tortuous interference with the 3 November 2020 general election;

- social scoring and surveillance control derived from mandatory mask submission;

- right to use the OTC effective proven HCQ 15 year SARS COVID 2 / virus treatment cure;

- the liability free *GAVI Vaccine Alliance* etal. eugenic genocide; and

- for such other and different relief including The Pilgrims of Great Britain status Persona non grata.

Respectfully submitted by:

Dated: August 3, 2020
Lake Luzerne, New York

Christopher Earl Strunk in esse sui Juris in propria persona Trustee for
**AD HOC NEW YORKER REPUBLICAN COMMITTEE**
All Rights Reserved Without Prejudice

# AD HOC NEW YORKER REPUBLICAN COMMITTEE

Trustees: Christopher Earl Strunk and Harold William Van Allen
351 North Road; Hurley, New York 12443
Phones: 518-416-8743 845-389-4366 fax 845-331-1925
emails: strunk@leader.com, billvanallen@icloud.com

**The Pilgrims of the United States**
The Pilgrims Foundation, Inc. EIN 13-3095744
*Formerly The William J. Donovan Memorial Foundation*
**John R. Drexel IV, President**
**271 Madison Ave No. 1408**
**New York, NY 10021**

**Re: Innocent III response to the October 3, 1213 lease by the 15 May 1213 Concession - is now released?**

**Subject: Second Circuit Original Proceeding on Jesuit Fauci/PRC/CCP released COVID-19**

**Dear President John R. Drexel IV,**

     As subject matter courtesy notice, Undersigned supposition of history challenges our Jesuit coadjutor Governor political suspension of due process that means the owners and renters who have not paid their contract agreements for say six months to disrupt commerce and to collapse NYC real property value, held hostage to Governor Cuomo's political motivation to disrupt elections and his egregious suspension of the effective HCQ 15 year SARS COVID 2 treatment cure that promotes a liability free *GAVI Vaccine Alliance* eugenic genocide.

     A cure in 2005 approved by NIH / Jesuit coadjutor Anthony Fauci, left unused for the PRC/CCP released COVID-19 virus for unjust enrichment; and among other things renders New York real property seriously disrupted in commerce dependent upon usual revenue derived accordingly.

WE will seek relief from:

- tortuous interference with the 3 November 2020 general election;

- social scoring and surveillance control derived from mandatory mask submission;

- right to use the OTC effective proven HCQ 15 year SARS COVID 2 / virus treatment cure;

- the liability free *GAVI Vaccine Alliance etal.* eugenic genocide; and

- for such other and different relief including deactivating the non-profit with claw-back.

Respectfully submitted by:

Dated: August **3** , 2020
     Lake Luzerne, New York

Christopher Earl Strunk in esse sui Juris in propria persona Trustee for
**AD HOC NEW YORKER REPUBLICAN COMMITTEE**
All Rights Reserved Without Prejudice

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through July 30, 2020.

---

Selected Entity Name: THE PILGRIMS FOUNDATION, INC.

**Selected Entity Status Information**

| | |
|---|---|
| **Current Entity Name:** | THE PILGRIMS FOUNDATION, INC. |
| **DOS ID #:** | 663986 |
| **Initial DOS Filing Date:** | NOVEMBER 19, 1980 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC NOT-FOR-PROFIT CORPORATION |
| **Current Entity Status:** | ACTIVE |

**Selected Entity Address Information**

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
THE PILGRIMS FOUNDATION, INC.
122 EAST 58TH STREET
NEW YORK, NEW YORK, 10022

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| APR 24, 2002 | Actual | THE PILGRIMS FOUNDATION, INC. |
| NOV 19, 1980 | Actual | THE WILLIAM J. DONOVAN MEMORIAL FOUNDATION, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results  New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS Homepage  |  Contact Us



## IO DOWNING STREET

*From the Private Secretary*                                    6 January 1981

### PRIME MINISTER'S VISIT
### TO THE UNITED STATES:  SPEECHES

As you know, the Prime Minister will be delivering major speeches at Georgetown University and at the Donovan Award Dinner during her visit to the United States next month.   She intends that these two speeches, together with that which she will be delivering to the Pilgrims at the end of this month, should be regarded as a group.   They will be 'trailed" as such by the Press Office here.   News Department may care to do the same.

The first speech, of which a draft is already in preparation, will deal with Anglo/American and US/Europe relations in the traditional sense.   The second, which we here will draft, will deal with both domestic and international economic issues. It may touch on, but will not be primarily concerned with, North/South relations.   The third speech will deal with East/West relations and the threats to freedom throughout the world.   I will be in touch with Mr. Mallaby about the drafting of this.

The Prime Minister will also have to deliver a number of minor speeches in Washington, e.g., those during the arrival ceremony on the White House lawn, before dinner at the White House and after dinner at the Embassy.   I should be grateful if you could ask the Embassy in Washington to put in hand the drafting of these.   It would be helpful if the results of their efforts could be available by Monday 9 February.

Francis Richards, Esq.,
Foreign and Commonwealth Office.

cc Rex Welles.

**PRIME MINISTER**

## Anglo/American relations:   your speeches

You will be delivering three major speeches in an Anglo/American context in the next few weeks.   These will be as follows:-

    (a)   29 January - The Pilgrims Society

    (b)   27 February - Georgetown University

    (c)   28 February - Donovan Award Dinner

The three speeches should, I think, be considered as a **group** and "trailed" as such in background  briefing by Mr. Ingham and the FCO. (You may recall that this was done, rather effectively, with the three major overseas affairs speeches you delivered in the autumn of 1979.)

The first speech, for which I hope to submit a draft to you over the coming weekend, will, if you agree, be devoted to Anglo/ American relations in the traditional sense.  It will also deal with transatlantic links more generally and with our role in the relationship between Europe and North America.

The second speech might, always in an Anglo/American context, be devoted to economic problems in the broadest sense.  On the domestic front it could cover your approach to this country's economic difficulties:  monetarism:  your confidence in the future: parallels with President Reagan's approach etc.  On the international front you could deal with global economic issues, notably the recession and North/South relations.  (This will be of particular interest to a Georgetown University audience.)  You may think that Mr. Walters, with his current knowledge of the American scene, would be well placed to try his hand at a first draft.  (I have not mentioned the idea to him.)

The third speech, when you will be receiving an award for "service to the cause of freedom", would seem to be a natural occasion for you to set out your political philosophy.  You might repeat some of the themes of your Luxembourg speech (now 15 months old) and describe the threats to freedom as you see them, notably in the context of East/West relations.  I would aim to produce a first draft, in consultation with the FCO and Sir Nicholas Henderson, early next month.

/ I would plan

- 2 -

I would plan to leave it to the Embassy in Washington to
produce drafts for the minor speeches in Washington e.g. those
before dinner at the White House and after dinner at the Embassy.
I will also ask them to have the first go at a text for your
remarks on the White House lawn: these will, of course, be brief
but important.

Do you agree the foregoing?

6 January 1981

# AstraZeneca/GSK/Moderna's *Disqualifying* Interlocking Relationships

Motorola

5G mmWave increases blood-brain permeability; gruesome releases; properties being masked by COVID-19 propaganda

Moderna (US)

AstraZeneca (UK)

GlaxoSmithKline (GSK)

Bill & Melinda Gates Foundation

Wellcome Trust

Harvard University

Reuters (Rothschilds Biotech global fake news mouthpiece)

Pirbright Institute (UK)

Owner of Coronavirus U.S. Pat. No. 10,130,701

**Pilgrims Society**: AstraZeneca / Glaxo / Moderna / Gates / Wellcome Trust" / DARPA / MI6 / Rothschild war to inject the worldwith a *DNA-altering pathogen*--these Pilgrims want to **reprogram your DNA**

DARPA (US); DoD Net Assessment

MI6/MI5

C.I.A. / FBI

Pilgrims Society & its CFR offspring (US, UK)

BBRSRC (UK)

SERCO (UK)

QinetiQ (UK)

Merial Institute (UK, PRC nr. Wuhan)

Oxford University

WHO

EU

World Organization for Animal Health

**Compiler's Notes:** This is only a sampling of the interlocking relationships among these people and organizations. *Sources: Reuters*, controlled by the Rothschild bankers, co-founders of the Pilgrims Society (1902); Rothschilds are the founders of the modern biotech industry. *See* Lord N. M. Victor Rothschild, The Rothschild Report (UK. 1971); Biotechnology Investment Limited (BIL), UK, 1981; U.K. Parliament, *London Financial Times*; Moderna, Inc. S-1/A, Dec. 04, 2018, SEC. May contain opinion. Do your own research before relying on this information. For educational purposes only. Fair Use relied upon for all content.

**Prepared by Anonymous Patriots**
Any errors or omissions are ours.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

---

STATE OF TEXAS et al. ,

Plaintiff,

v.                                          Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA  et al.,

Defendant.

---

**CHRISTOPHER EARL STRUNK AFFIRMATION IN SUPPORT OF NOTICE OF MOTION TO RECONSIDER FRCP RULE 24 INTERVENOR PLAINTIFF STATUS DENIAL SHOWN AT DOCKET ITEM 475 AND FOR EXPEDITED FRCP RULE 65(b) EXTRAORDINARY RELIEF DEMAND DENIED IN RELATED CASE NYND 16-CV-1496 MOTION REGARDING THE FOREIGN ALIEN BIOWEAPON JAMAICAN CITIZEN KAMALA DEVI HARRIS**

The Pilgrims Society of Great Britain / USA whose 2008 directors according to IRS were Paul Adolph Volcker and Henry Alfred Kissinger ran the Pilgrims' Indonesian Citizen POTUS VOID AB INITIO Administration of Usurper Soebarkah A.K.A. Barack Hussein Obama

# EXHIBIT  B





# AMERICAN
# INTELLIGENCE MEDIA

Citizens Addicted to Truth

**ANONYMOUS PATRIOTS**          / SEPTEMBER 11, 2020 @ 6:37 PM

# PILGRIMS SOCIETY RAN THE OBAMA WHITE HOUSE





# INDICTABLE EVIDENCE: BRITISH PILGRIMS SOCIETY OFFICERS VOLCKER AND KISSINGER RAN THE OBAMA WHITE HOUSE AND BAILED OUT THEIR FELLOW BANKING GANGSTERS IN 2008

American checks and balances have been broken by this Pilgrims Society treachery.
CONTRIBUTING WRITERS | OPINION | *AMERICANS FOR INNOVATION*  | SEP. 11, 2020, | **PDF** | **https://tinyurl.com/y2thrqfk**





**Fig. 1—Paul A. Volcker,** along with **Henry A. Kissinger,** has controlled foreign and monetary policy for The Rockefeller Foundation and since the early 1950's— for 12 Presidents since the Marshall Plan (1948), when they were recruited to the Pilgrims Society by Lord Rothschild, David Sarnoff, David Rockefeller, William J. Donovan (OSS), Allan W. Dulles (OSS-CIA), Sir Stewart Menzies (MI6) and Sir Harry Brittain, among others.

In 1973, Volcker and Kissinger almost single-handedly destroyed the gold standard and created the disastrous OPEC Middle Eastern oil cartel. More recently they have been working on imposing carbon credits as a new form of exchange to replace the fiat dollar. They created Bitcoin in all its iterations (via Goldman Sachs executive Philip J. Venables). They made the U.S. dollar a fiat currency.

Now we know why. Kissinger and Volcker were following the orders of their Rockefeller handlers at the British Pilgrims Society who want a One World Government controlled by an imperial corporate British Empire in London. The United Nations has been its political smoke screen from inception. The U.S. has been the vehicle for continuous wars designed to enrich their fascist banks and companies, and kill human souls to depopulate the earth using bioweapons, especially weaponized vaccines that cannot work due to endemic mutation in every host. See the previous three posts for more background.

AFI. (Jul. 28, 2020). The Anglo-American (British) Pilgrims Society and its CFR minions used the Marshall Plan, shrouded in anti-communism, to seize control of global banking using Nazi & Japanese stolen gold. *Americans for Innovation.*

AFI. (Aug. 26, 2020). Henry Kissinger has been spying for the (British) Pilgrims Society, likely since the late 1940's. *Americans for Innovation.*

AFI. (Sep. 04, 2020). The Rockefeller Foundation conspired with Clintons and Facebook 2009-2011 to rig elections and commit tax fraud by shuffling seed money to Clinton political hacks. *Americans for Innovation.*

*Photo: George Tames/The New York Times. For educational purposes only. Fair Use relied upon.*

Our present government of theoretical checks and balances on unwarranted power was broken long ago by this poisonous Pilgrims Society treachery




Mail-in ballots is a Pilgrims Society foil

Bipartisan citizens groups must count The People's Vote, not paid partisan bureaucrats

The Declaration of Independence is We the People

**The Declaration of Interdependence** is the Imperial Corporatist 'We'

**Sep. 11, 2020**—In 2007 and 2008, Paul A. Volcker and Henry A. Kissinger verified to the IRS that they were vice presidents of the Pilgrims Society of the United States.

The American Pilgrims are a mere satellite of the mother organization: the Pilgrims Society of Great Britain.





**Fig. 2—Paul A. Volcker.** Volcker has been an economic policy adviser to The Rockefeller Foundation, along with former Secretary of State Henry Kissinger advising on foreign policy, since the early 1950's. For full analysis of Volcker's treachery, keep reading, and also follow the links to previous AFI posts in Fig. 1 above.

Kissinger and Volcker had been members since the 1950s when they became policy advisors for The Rockefeller Foundation after the war and during the implementation of the Marshall Plan. John D. Rockefeller was a Pilgrims Society co-founder (1902).

These men chose "Pilgrims" in their name in 1902, evidently to glom onto the average American's fondness for the Plymouth Pilgrims.

This is classical misdirection and mind control propaganda from this group of high criminals. Their instruction given them by their spiritual leader, British Privy Councilor **Cecil J. Rhodes**, is to gain power and control at any cost.

Pilgrims Society Ran the Obama White House – American Intelligence Media





**Fig. 3—Cecil John Rhodes.** Founded and funded the Rhodes Scholarship with N.M. Rothschild DeBeers diamonds and gold to recruit new blood into the Pilgrims Society and his plan for an Imperial corporatist facism run by the self-anointed aristocracy and using communism for the minions. Some call the DeBeers fortune blood money given it was secured by the 2nd Boer War concentration camps by the Pilgrims.

## "WHAT A SCOPE AND WHAT A HORIZON OF WORK, AT ANY RATE, FOR THE NEXT TWO CENTURIES, THE BEST ENERGIES OF THE BEST PEOPLE IN THE WORLD ; PERFECTLY FEASIBLE, BUT NEEDING AN ORGANISATION, FOR IT IS IMPOSSIBLE FOR ONE HUMAN ATOM TO COMPLETE ANYTHING, MUCH LESS SUCH AN IDEA AS THIS REQUIRING THE DEVOTION OF THE BEST SOULS OF THE NEXT 200 YEARS. THERE ARE THREE ESSENTIALS: (1) THE PLAN DULY WEIGHED AND AGREED TO. (2) THE FIRST ORGANISATION [SIC]. (3) THE SEIZURE OF THE WEALTH NECESSARY." W.T. STEAD, P. 76 (PDF P. 89).

In the aftermath of the Pilgrims' WWII false flag (that's right, World War II was conducted under false pretenses, and our fathers and mothers who served were *sacrificed* for this hideous world control agenda).



from all over the world had been secreted away by the OSS (Office of Strategic Services, the precursor to the C.I.A.) at the Bank for International Settlements in Basel, Switzerland.

OSS agents Allan W. Dulles and William J. Donovan were controlling it, and many of their OSS "stay behind" agents were already selling off bits of the gold to banker friends all over the world. By the end of the war, a global gold mafia-like syndicate had been created by Dulles and Donovan, with the full knowledge and tacit approval of Eisenhower, Truman and Churchill.

Dulles later became C.I.A. director and planned the JFK assassination after **Kennedy told an advisor**, "I will splinter the CIA into a thousand pieces and scatter it into the winds" after learning of the Cuban Bay of Pigs debacle in 1961. Kennedy clearly knew about the Pilgrims Society and warned against them in his famous "secret societies" warning. [CITE AUDIO & TRANSCRIPT OF THE SPEECH].

## VOLCKER & KISSINGER HAVE CONTROLLED U.S. FOREIGN & BANKING POLICY FOR THE BRITISH PILGRIMS SOCIETY VIA THE ROCKEFELLER FOUNDATION

From the 1950s, until his recent death (Dec. 08, 2019), Volcker had controlled U.S. financial policy with an iron fist for the Pilgrims Society in London.

Volcker and the Nixon cabinet (all, or almost all, were Pilgrims, incl. Kissinger, Schultz, Burns, Haig, **Weinberger** [see his award with Pilgrim Privy Councilor Sir Geoffrey E. Pattie in 2000], Connally, and McCracken) pushed Nixon to take the U.S. dollar off the gold standard and become a fiat currency that their bankers could more easily manipulate.





Fig. 4—Paul A. Volcker. British Pilgrims Society Crown Agent

Volcker was the Nixon cabinet member who took the good news of that gold-standard decision to his Pilgrims Society handlers in London the very next day. See **previous post**.

## JUDICIALLY-RECOGNIZABLE EVIDENCE OF A ENDEMIC CRIMES AGAINST THE REPUBLIC THAT REQUIRE MARTIAL LAW TO FIX

## OUR REPUBLIC-AN SYSTEM OF CHECKS AND BALANCES HAS BEEN UNDERMINED

AFI/AIM researchers recently discovered judicially-recognizable proof that Paul A. Volcker, former chairman of the Federal Reserve, was indeed an **agent of the British Privy Council and its Pilgrims Society Crown Agents** while he officially advised Obama, Hillary and Biden after the Nov. 4, 2008 election.

In fact, president-elect Obama's first meetings on Nov. 5, 2008, the day after the election, were with Volcker. Evidently, the Pilgrims Society was eager to move in. Tellingly, fellow Pilgrim Baby Bush just sat in the corner like a good little puppy dog waiting for his bone.

## WHERE WERE THE CRIES OF TREASON, SEDITION, SIEGE AND ESPIONAGE COMING FROM THE EXECUTIVE BRANCH THEN? THEY



Instead, the public heard only crickets as our Executive Branch was knowingly hijacked by the Pilgrims Society with Barack and Michael Obama as their latest in a long line of British homosexual drones.

Indeed, Volcker was sent in with a wrecking crew. In addition to the Pilgrims, he applied the full force of The Rockefeller Foundation and their Crown Agent lackeys in the 10,000-person Senior Executive Service (SES).



**Fig. 5—Sir Henry A. Kissinger, KCMG. British Pilgrims Society Crown Agent, has pledged fielty to many soverigns other than the United States, it appears.**

The Pilgrims had dreamed of this moment since the 1890's when Elihu Root, Andrew Carnegie's and John D. Rockefeller's attorney, became Secretary of War (1899-1904), then Root co-founded the Pilgrims Society with many dozens of British peers (1902), then Root became Secretary of State (1905-09), then Root was a secret delegate to the First Imperial Press Conference, 1909, secret co-founder of the British Press Union, MI6,



Elihu Root is clearly one of the most powerful men in crooked American politics that we know nothing about. Why? He ushered in Pilgrims Society influence into successive White Houses and was a Pilgrims Society stealth weapon. He was a committed Anglophile who desired, like Carnegie, J.P. Morgan, Lord Rothschild, FDR and Winston Churchill to return of American to the British Empire.

The Imperial Press Conference 1909 had unified the British and American Press and ordered J.P. Morgan to buy up editorial control of Americans top 25 newspapers before WWI.

The British press fell in line also. They included Winston Churchill's *Morning Post*, the Lord Burnham's *Daily Telegraph*, *Financial Times*, *London Times* and Lord Northcliffe's *Daily Mail*, among many others. The BBC and NBC were eventually formed to exploit the Marconi Wireless technology stolen from Nikola Tesla. They all fell into lockstep with this tight Pilgrims control over all communications, surveillance, vaccines and propaganda.

See **AFI. (Oct. 24, 2019)**. The 200-year Information War: The UK-U.S. Pilgrims Society controls the Press that directs intelligence to bend words and culture to atheistic social fascism. *Americans for Innovation*.

## DID ANYBODY RAISE THE RED FLAG OF FOUL EARLY ON? YES.

Such activity by Root and his compadres J.P. Morgan, Andrew Carnegie, John D. Rockefeller, Paul Warburg, Jacob Schiff and others was evident sedition.

Some in Congress raised the red flag of foul at the time. However, each time these investigations of "interlocking," seditious relationships appeared to be gathering steam, the Pilgrims would start a war somewhere to divert the public's attention, like clockwork.



authorities while investigating Andrew Carnegie and his duplicitous history that the British government kicked her out of Britain just days after WWI ended. Numerous Senators and Congressmen throughout the 20th century have followed Ms. Troy's lead, but their evidence gathering was hidden in the fog of endless Pilgrims-fabricated wars.



**She Raps Britain**

Miss Lillian Scott Troy, San Francisco woman, who says London officials seized her property and deported her and that United States has been deaf to her plea for protection.

**Fig. 6—Lillian Scott Troy** was a courageous American suffragette and investigative journalist living in London ca. 1900-1918. **On Nov. 13, 1919**, Ms. Troy was deported from the United Kingdom—two days after WWI

 

focused her investigations on the evident corruption and treason of Andrew Carnegie, J. P. Morgan and the Anglo-American (British) Pilgrims Society, which she (and many at the time) saw as undermining the sovereignty of the American Republic. Their voice have largely been silenced by the mockingbird Pilgrims Society-controlled world press, until now.

*Graphic: St. Louis Star & Times. Reproduced for educational purposes only. Fair Use relied upon.*

Ms. Scott did give us the **Pilgrims' 24-point strategy for subduing America** back into the British Empire. It almost disappeared from history until Rep. Thorkelson insisted that Ms. Troy's work be published in the Congressional Record like a time capsule waiting for it to be rediscovered by the likes of educator Eustace Mullins in the late 1980's, and AFI/AIM researchers in 2020.

# THE HARD, INDICTABLE, JUDICIALLY-RECOGNIZABLE EVIDENCE TO PROSECUTE & DECLARE MARTIAL LAW TO STOP THE UNDERMINING OF THE REPUBLIC BY PILGRIMS SOCIETY ENEMIES FOREIGN & DOMESTIC





Pilgrims Society Ran the Obama White House – American Intelligence Media










**Fig. 7**—This evidence needs no further verification. An IRS form filled out by the criminals themselves is judicially-recognizable immediately. This evidence shows that Obama, Hillary, Biden, Summers, Geitner were all complicit in allowing Pilgrims officer Volcker to wreck the U.S. economy and destroy life savings in an organized, seditious, treasonous takedown of the American Republic by the British Pilgrims.

**The Pilgrims Foundation, Inc., EIN 13-3095744. (2007)**. Form 990. IRS.

**The Pilgrims Foundation, Inc., EIN 13-3095744. (2008)**. Form 990. IRS.

**The Pilgrims Foundation, Inc., EIN 13-3095744. (2009)**. Form 990. IRS.

Obama was elected on Nov. 04, 2008.

**Caren Bohan, Deborah Charles. (Nov. 05, 2008)**. Obama to meet with economic team. *Reuters*.

**Mike Allen. (Nov. 26, 2008)**. Volcker will head new Obama board. *Politico*.

*Photos, T/B: BBC, AP Photo/Susan Walsh, Reuters. Reproduced for educational purposes only. Fair Use relied upon.*

# CHECKS AND BALANCES MUST BE RESET. THE REPUBLIC NEEDS MARTIAL LAW TO FIX THIS. THE PILGRIMS SOCIETY HAS OVERRUN WASHINGTON, D.C., NEW YORK, CHICAGO, BOSTON & SAN FRANCISCO




and present danger and declare martial law to give us time to root out the Pilgrims Society from our national life and establish a government that is true to 1776 and the Declaration of Independence.



0:00 / 1:00:05

Raw audio file: **https://aim4truth.org/wp-content/uploads/2020/09/Martial-Law-Must-Be-Called-Now.mp3**

TWITTER     FACEBOOK



Like

2 bloggers like this.

9   Comments     ADD YOURS

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

STATE OF TEXAS et al. ,

Plaintiff,

v.                                               Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA  et al.,

Defendant.

**CHRISTOPHER EARL STRUNK AFFIRMATION IN SUPPORT OF NOTICE OF MOTION TO RECONSIDER FRCP RULE 24 INTERVENOR PLAINTIFF STATUS DENIAL SHOWN AT DOCKET ITEM 475 AND FOR EXPEDITED FRCP RULE 65(b) EXTRAORDINARY RELIEF DEMAND DENIED IN RELATED CASE NYND 16-CV-1496 MOTION REGARDING THE FOREIGN ALIEN BIOWEAPON JAMAICAN CITIZEN KAMALA DEVI HARRIS**

**LR 5-2 Related Case**

Criminal case _USA v CLINESMITH_ DCD 20-cr-165 (JEB) Strunk made an intentional guilty confession plea as to his NBC BIRTHER status with support exhibits A through F (sealed by the Court in the DCD 20-cr-165 Docket as item 14)

# EXHIBIT  C

Christopher Earl Strunk in esse Sui Juris in propria persona
the sole Beneficiary of CHRISTOPHER EARL STRUNK
141 Harris Avenue
Lake Luzerne, New York 12846-1721
518-416-8743 Email: strunk@leader.com

Angela D. Caesar, Clerk of Court for the
UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
at the Clerk's Office - Criminal Division
333 Constitution Avenue, N.W.,
Washington D.C. 20001
by phone at (202) 354-3060.

Regarding: Criminal Action No. 20-165-JEB
*United States of America v. KEVIN CLINESMITH*

**Subject:   CHRISTOPHER EARL STRUNK, EXECUTOR AND SETTLOR FOR THE
EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA, MAKES THIS
BIRTHER CONFESSION AS TO *OUTRAGEOUS ACTS OF* FACTITIOUS DISORDER
IMPOSED ON ANOTHER, IN LIEU OF EQUAL TREATMENT OF A *18 USC §1001 CURE* TO
CONVICT SENIOR EXECUTIVE SERVICE SCAPEGOAT DEFENDANT ALSO KNOWN AS
KEVIN CLINESMITH, PROFFERS *THE CRIMINAL ACCESSORY* INFORMATION
EXPERTISE AND INSIGHT *FOR JAMES* EMANUEL *BOASBERG'S SECRET SOCIETY LIES
AND CONCEALMENT IN U.S. SENATE CONFIRMATION***

The Honorable Clerk of the Court,

Regarding the referenced criminal case, Undersigned according to the above Subject am
requesting to lodge his BIRTHER CONFESSION with Exhibits 1 through 5 verified 27
August 2020 in compliance with rules material to the Defendant's plea of 19 August 2020
taken by the Judge James E. Boasberg, germane herein for justice.

Sincerely,

Dated: August 28, 2020
          Lake Luzerne, New York

Christopher Earl Strunk  in esse Sui Juris  in propria persona
the sole Beneficiary of CHRISTOPHER EARL STRUNK
All Rights Reserved Without Prejudice

Attached:
          Original verified BIRTHER CONFESSION with 5 Exhibits - pages 1 through 159
          Certificate of Service

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff,

v.                                    Criminal Action No. 20-165-JEB

*KEVIN CLINESMITH,*

Defendant.

CERTIFICATE OF SERVICE BY U.S. MAIL

I, Christopher Earl Strunk in esse Sui Juris in propria persona the sole Beneficiary of CHRISTOPHER EARL STRUNK HEREBY CERTIFY that on this 28th day August 2020, caused a true and correct copy of BIRTHER CONFESSION with 5 Exhibits - pages 1 through 150 verified on 27 August 2020 along with a copy of the Letter to the Clerk with request to file annexed to be served upon Counsels by first class United States Postal Service mail postage prepaid and by complimentary email marked for delivery to:

**Justin V. Shur**
MOLOLAMKEN LLP
600 New Hampshire Avenue, NW
Suite 660
Washington, DC 20037
Email: jshur@mololamken.com
Email: edamrau@mololamken.com

**Megan Cunniff Church**
MOLOLAMKEN LLP
300 North LaSalle Street
Suite 5350
Chicago, IL 60654
Email: mchurch@mololamken.com

William Barr
The United States Attorney General
Robert F. Kennedy Department of Justice Bldg
950 Pennsylvania Ave NW,
Washington, DC 20530

**Anthony F. Scarpelli**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
Email: anthony.scarpelli@usdoj.gov

**Neeraj Patel**
U.S. ATTORNEY'S OFFICE
157 Church Street 25th Floor
New Haven, CT 06510
Email: neeraj.patel@usdoj.gov

The Hon. DONALD J. TRUMP
PRESIDENT OF THE UNITED STATES
THE WHITE HOUSE
1600 Pennsylvania Ave N.W.
Washington, DC 20500

Sidney Powell of Sidney Powell, P.C.
2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct with 28 USC §1746.

Dated: August 28, 2020
        Lake Luzerne, New York

Christopher Earl Strunk in esse Sui Juris in propria persona
the sole Beneficiary of CHRISTOPHER EARL STRUNK
All Rights Reserved Without Prejudice

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff,

v.                                        Criminal Action No. 20-165-JEB

KEVIN CLINESMITH,

Defendant.

---

**CHRISTOPHER EARL STRUNK, EXECUTOR AND SETTLOR FOR THE EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA, MAKES THIS BIRTHER CONFESSION AS TO OUTRAGEOUS ACTS OF FACTITIOUS DISORDER IMPOSED ON ANOTHER, IN LIEU OF EQUAL TREATMENT OF A 18 USC §1001 CURE TO CONVICT SENIOR EXECUTIVE SERVICE SCAPEGOAT DEFENDANT ALSO KNOWN AS KEVIN CLINESMITH, PROFFERS THE CRIMINAL ACCESSORY INFORMATION EXPERTISE AND INSIGHT FOR JAMES EMANUEL BOASBERG'S SECRET SOCIETY LIES AND CONCEALMENT IN U.S. SENATE CONFIRMATION**

1. I, Christopher Earl Strunk in esse sui juris (Strunk / Affiant / SETTLOR), am domiciled at 141 Harris Avenue Lake Luzerne New York 12846 with phone: 518-416-8743, email: strunk@leader.com, and am the sole beneficiary for the entity registered in commerce CHRISTOPHER EARL STRUNK; and

2. Further, Strunk is the EXECUTOR AND SETTLOR FOR THE EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA duly registered on 29 April 2014 by the Lamar County Georgia Superior Court at 1:20 PM in BPA Book 32 Pages 716 through 754 with a redacted copy herewith marked Sub-exhibit A of **Exhibit 1 with sub-exhibits A through D**; and

3.  Further, Strunk as shown at Exhibit 1 Sub-exhibit B, on the 23 January 2009 served
    NOTICE TO THE AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS
    NOTICE TO AGENT RE: OFFER OF CONTRACT Received 20 January 2009 and received
    21 January 2009 FOR THE RECORD RETURN and REDRAFT TIMELY WITHOUT
    DISHONOR WITH THE RESTRICTED SPECIAL APPEARANCE NOT A
    CORPORATION The Living-Soul, with Attachments: *Oath of 20 January 2009 offer for
    contract / Returned & Redrafted,* Oath of 21 January 2009 offer for contract / Returned &
    Redrafted,* Notice to the Clerk of Records Judicial Notice (page 1 of 2),*Judicial Notice
    (page 2 of 2); along with the proof of service by registered mail, and that on January 23,
    2009, Affirmant privately did duly fire BARACK HUSSEIN OBAMA II, for being ineligible
    to POTUS and Commander-in-chief, and did duly serve notice upon he and his agents
    accordingly to no avail of law to date see the eight (8) page document marked by me as
    "Exhibit B" at the lower left hand corner of each of the pages is an exact, true and correct
    copy of the original; and

4.  Further, Strunk is the original and only true BIRTHER of record per se in that the Indonesian
    SOEBARKAH was exposed by Plaintiff's FOIA case 08-cv-2234 (RJL) (see **Exhibit 2**) to
    the chagrin of the  Central Intelligence Agency (CIA) that their agent USURPER is not born
    on soil of U.S. Citizens parents  must be stripped of his office emoluments by claw-back
    without personal immunity from prosecution notwithstanding his SENIOR EXECUTIVE
    SERVICE (SES) and or CIA status nevertheless the USURPER still runs the government
    with his SES traitors; and

5.  Further,  as shown at Exhibit 1 sub-exhibit C, on 23 January 2009 Strunk's full time devotion
    to remove the POTUS USURPER sought early beneficial use of Social Security funds vested

since 1990 rather than wait until age 67, and as such have dwindled my life time expectation as an expense for which I gave notice to the USURPER, Attorney General, Secretary of Commerce and Secretary of Treasury of intent to file a replevin demand for my USA property beneficial interest as personal damages that on November 10, 2009 quo warranto case 10-cv-00486 (RCL) did file in the United States District Court for the District of Columbia Judicial Notice of Replevin Demand with compensatory damages of $21,656,250.00 in the Washington District of Columbia as a result of damages incurred by Petitioner from after January 20, 2009 with USURPER incumbent ineligibility for office of POTUS failure to leave when "fired" herewith shown at Exhibit 1 with Sub-exhibits Exhibit C by SETTLOR with the original record stored at Ogden Utah; and

6.  In my ballot access challenge in the trial court at an IAS Term, Part 27 of the Supreme Court of the State of New York, Justice Arthur M. Schack held in and for the County of Kings, at the Courthouse, at Civic Center, Brooklyn, New York, on the 11th day of April 2012 for Index No: 6500-2011 decision and order that  STRUNK in the matter of Natural Born Citizen and associated conspiracy to be baseless claims about defendants which are ***fanciful, fantastic, delusional and irrational*** (see **Exhibit 3**); and

7.  Further, on 4 March 2014 the New York State Supreme Court Appellate Division for the Second Department Judicial panel sitting in review of Appellant's Amicus motion in Appeal Cases 2012-05515, 2013-06335 and 2014-00297 from orders in the trial court for Index No: 6500-2011, to my demand that it provide *"for civilian due process of law"* rather than the continued *martial due process of law* under statutory direct authority of the POTUS Commander-in-chief over the de facto Federal and New York State Unified Court System

courts under statutory authority of 12 USC §95 and 50 USC App. §5(b) ORDERED to deny

"for civilian due process of law" as shown at Exhibit 1 Sub-exhibit D; and

8.  Further, Strunk has been outrageously branded a delusional frivolous BIRTHER by orders in

the trial court for Index No: 6500-2011 with the largest fines ever imposed in New York

history in excess of $177,000 and as a full citizen, has been denied free access to the state

courts due process without permission; and

9.  Further, Strunk has been denied NBC adjudication in any court that now further emboldens

the traitorous CIA and Federal Bureau of Investigation (FBI) to enlist U.S. Senator

KAMALA DEVI HARRIS born in Oakland California on October 20, 1964 to be

Democratic National Committee (DNC) Vice Presidential candidate along with Chinese

Communist Party (CCP) / DNC sinecure Presidential candidate JOSEPH R. BIDEN; and

10. Further, despite the fact that U.S. Senator Harris may be a "Anchor Baby" or a "Birth Right

Citizen" that at best arguendo grants dual allegiance under the 14th Amendment provision of

Federal jurisdiction over the birth in California when both non U.S. Citizen parents were on

foreign student visas to study in California in that the mother is from India and the father is

from Jamaica as her Alameda County Birth Certificate (see **Exhibit 4**) shows her Jamaican

Student Father at birth in California is under The Jamaica Constitution [1] Order in Council

1962 made on 23rd July 1962 when laid before Parliament 24th July 1962 coming into

Operation-Section 3(2) of the Order in Council, and sections 80, 81, 94(1) and (2), 103, 104,

111, 124 and 125 (in part) of the Constitution on the 25th July 1962 with the remainder

immediately before the 6th August 1962  at the Court at Buckingham Palace, the 23rd day of

July, 1962  Present, THE QUEEN'S MOST EXCELLENT MAJESTY IN COUNCIL Her

---

[1]  https://pdba.georgetown.edu/Constitutions/Jamaica/jam62.html

Majesty, by virtue and in exercise of the powers in that behalf by subsection (1) of section 5 of the West Indies Act, 1962 or otherwise in Her vested, is pleased, by and with the advice of Her Privy Council 1962 Jamaican Constitution designates KAMALA DEVI HARRIS is a Jamaican Citizen under CHAPTER II CITIZENSHIP Section 3. Persons who become Jamaican citizens on 6th August 1962. subsection 3C - Every person born outside Jamaica shall become a citizen of Jamaica - clause (b) on the date of his birth, in the case of a person born on or after the sixth day of August, 1962, if, at that date, his father or mother is a citizen of Jamaica by birth, descent or registration by virtue of marriage to a citizen of Jamaica; and

11. Further as applies herein, KAMALA DEVI HARRIS parents divorced when she was seven, and when she was twelve, Harris and her sister moved with their mother Shyamala to Montreal, Quebec, Canada, where Shyamala had accepted a research and teaching position at the Jesuit McGill University-affiliated Jewish General Hospital; and

12. Further, KAMALA DEVI HARRIS attended a French-speaking middle school, Notre-Dame-des-Neiges, and then Westmount High School in Westmount, Quebec, graduating in 1981.

13. That the CIA's U.S. Senator Ted Cruz's parents were not U.S. Citizens at his birth in Canada (his mother is a divorced British subject having been born a U.S. Citizen in Delaware and his Cuban father who later became a U.S. Citizen after leaving Canada) at least recognized his dual allegiance NBC conflict of interest, renounced his Canadian Citizenship before he ran for POTUS, unlike the CIA's Indonesian U.S. Senator a.k.a. BARACK HUSSEIN OBAMA II who traveled on an Indonesian Passport and the CIA's Jamaican U.S. Senator KAMALA DEVI HARRIS and with the CIA's U.S. Senators WILLARD MITT ROMNEY and JOHN SIDNEY MCCAIN III, ALL have dual allegiance are unqualified for POTUS or VPOTUS.

14. That based upon the various Court traitorous silence and SCOTUS refusal to provide NBC

   fundamental constitutional substantive due process review, about which Strunk is branded by

   Justice Arthur M. Schack (deceased) of the New York State Court System as a BIRTHER to

   be *fanciful, fantastic, delusional and irrational* as shown in Exhibit 3, as such according to

   *The Diagnostic and Statistical Manual of Mental Disorders* authoritative all inclusive Fifth

   Edition (**DSM-5**) 2013 update to the Diagnostic and Statistical Manual of Mental Disorders,

   is the taxonomic and diagnostic tool published by the American Psychiatric Association

   (APA) that must cover the supposed disorder that Strunk suffers from approximating a

   *Factitious disorder imposed on another* (FDIA) Justice Arthur M. Schack (deceased) of the

   New York State Court System called  the "BIRTHER" disorder, and as such harm

   approximates a type of Munchausen syndrome that as a disorder creates the appearance of

   health problems or by proxy for another as a personal **hypochondriac distraction** serious

   political fear undiagnosed condition, is ignored notwithstanding *Minor v. Happersett*,

   88 U.S. (21 Wall.) 162 (1875) [2] and *United States v. Wong Kim Ark*, 169 U.S. 649 (1898)[3]

15. Further, the CIA / FBI / and others maliciously label BIRTHER(s) as a "Conspiracy

   Theorist" or worse and the BIRTHER label serves the CCP/ CIA / FBI bias and fear in

   targeting  POTUS Donald John Trump among others of his political campaign including Lt.

   General Michael Thomas Flynn, Roger Stone with the Nixon Tattoo on his back.

16. Regarding the Iron Mountain Plan [4] of the Truman Administration foreign policy after

   exploding the Second nuclear bomb in Nagasaki in anticipation of exploding the third led to

---

[2] https://en.wikisource.org/wiki/Minor_v._Happersett

[3] https://en.wikipedia.org/wiki/United_States_v._Wong_Kim_Ark

[4] https://en.wikipedia.org/wiki/The_Report_from_Iron_Mountain According to a secret report, a 15-member panel,
called the Special Study Group, was set up in 1963 to examine what problems would occur if the United States

the five eyes British / Churchill Fulton Missouri Iron Curtain speech initiation of the Cold

War and anticipation of all out global nuclear war transformed Ulster and Dutchess County

New York mines and natural caves to safeguard all records on which the banking securities

industry is based and depends on, Truman supported elimination of war by relinquishing all

national sovereignty in favor in of global governance of the United Nations thereafter

warned of by then President Eisenhower in his farewell beware of the Military

Industrial Complex (MIC) January 17, 1961 speech, that thereafter Truman's

Defense Secretary Admiral James Vincent Forrestal's aid de camp JFK

opposed in his September 20, 1963 speech to the UN General Assembly

opposed the 1951 secret Truman plan per se that was published during the

LBJ Administration in 1967 with calls for world peace elimination of nation

states in favor of Global UN governance [5].

### Regarding the 'State within the State' listed in the Plum Book:

17. The post civil war 14th amendment administrative federal government that transformed the

spoils system overlaid after the deaths of Lincoln, Garfield and McKinley from 1908 the

temporary monetary emergency Aldrich Act that created the Federal Reserve Bank from Jekyll

---

entered a state of <u>lasting peace</u>. They met at an underground nuclear bunker called Iron Mountain (as well as other, worldwide locations) and worked over the next two years. A member of the panel, one "<u>John Doe</u>", a professor at a college in the Midwest, decided to release the report to the public.

The heavily footnoted report concluded that peace was not in the interest of a stable society, that even if lasting peace "could be achieved, it would almost certainly not be in the best interests of society to achieve it." War was a part of the economy. necessary to conceive a state of war for a stable economy. The government, the group theorized, would not exist without war, and <u>nation states</u> existed in order to wage war. War served the vital function of diverting collective aggression. They recommended "credible substitutes" and paying a "blood price" to emulate the economic functions of war. Prospective government- devised alternatives to war included reports of <u>alien life-forms</u>, the reintroduction of a "euphemized form" of slavery "consistent with modern technology and political processes", and - one deemed particularly promising in gaining the attention of the malleable masses - threat of "gross pollution of the environment".

[5] <u>https://www.jfklibrary.org/archives/other-resources/john-f-kennedyspeeches/united-nations-19630920</u>

Island Georgia was made perpetual in 1928 by the McFadden Act and transformed with the 1933

FDR Proclamation 2040 Military Government under the Emergency Banking Relief Act is

now an extra-constitutional permanent state within a state of United States Government

Policy [6] and that James V. Forrestal, in full James Vincent Forrestal, (born February 15,

1892, Beacon, New York, U.S.— was murdered on May 22, 1949, Bethesda, Maryland),

first U.S. secretary of defense (1947–49). Earlier, in the Navy Department, he directed the

huge naval expansion and procurement programs of World War II with his aided Camp JFK

who on 27 April 1961 warned of the danger of Secret Societies [7] before the American

Newspaper Publishers Association, was assassinated by the CIA on November 22, 1963·

18. That Strunk at age 21 in 1968 while deployed by the U.S. Air Force to Panama voted by

    mail for Richard M. Nixon and Spiro T. Agnew, and again for their 1972 re-election.

### The Watergate Scandal

19. That Strunk remains upset by what became known as the Watergate scandal.

20. Firstly, the Watergate scandal refers to five men caught on June 17, 1972, burglarizing

    the Democratic National Committee's headquarters in the Watergate complex, along with

    their two handlers, E. Howard Hunt of the CIA and G. Gordon Liddy of the FBI, who were

    Nixon campaign aides. All seven were tried before Judge John Sirica in January 1973.

---

[6] The term Deep State disambiguation is a political situation in a country when an internal organ does not respond to the political leadership coined by Peter Dale Scott (born 11 January 1929) who is a Canadian- born poet, academic, and former diplomat best known for his critiques of deep politics and American foreign policy since the era of the Vietnam War. A deep state (from Turkish: derin devlet), also know as a state within a state, is a type of governance made up of networks of power operating independently of a state's political leadership in pursuit of their own agenda and goals. As prescribed by Marist Communist totalitarian doctrine historically seen in Nazi Germany, the Stalin Beria USSR and the Peoples Republic of China in contrast to a Constitutional Republic as the USA once was, sources for deep state organization include organs of state, such as the armed forces or public authorities (intelligence agencies, police, secret police, administrative agencies, and government bureaucracy).

[7] https://www.jfklibrary.org/asset-viewer/archives/JFKWHA/1961/JFKWHA-025-001/JFKWHA-025-001

21. The period leading up to the trial of the first Watergate Seven began on January 8, 1973. The term "Watergate Seven" was coined a few months later, in April 1973, by American lawyer, politician, and political commentator Ed Koch, who, in response to U.S. Senator Lowell P. Weicker Jr.'s claim indicating that one of the men in the Watergate bugging case had been ordered in the spring of 1972 to keep certain Senators and Representatives under surveillance, posted a sign on the door of his United States Congress office saying, "These premises were surveilled by the Watergate Seven. Watch yourself".

22. Based upon information and belief as a warning to E. Howard Hunt, on December 8, 1972, the Boeing 737-222 serving the flight City of Lincoln, with registration N9031U, crashed during an aborted landing and go around while approaching Chicago Midway International Airport. The plane crashed into a residential neighborhood, destroying five houses; there was an intense ground fire. 43 of the 61 aboard the aircraft and two on the ground were killed. Among the passengers killed were Illinois congressman George W. Collins and Dorothy Hunt, the wife of Watergate conspirator E. Howard Hunt. This crash was the first fatal accident involving a Boeing 737, which had entered airline service nearly five years earlier in February 1968.

23. The second use of the term Watergate Seven refers to seven advisors and aides of United States President Richard M. Nixon who were indicted by a grand jury on March 1, 1974, for their roles in the Watergate scandal. The grand jury also named Nixon as an unindicted co-conspirator. The indictments marked the first time in U.S. history that a president was so named.

24. The original Watergate Seven and their legal dispositions were:

- **G. Gordon Liddy** — former FBI agent and general counsel for the <u>Committee to Re-</u> <u>elect the President</u>; convicted of burglary, <u>conspiracy</u>, and wiretapping; sentenced to 6 years and 8 months in prison; served 4½ years in prison.

- **E. Howard Hunt** — former CIA operative and leader of the <u>White House Plumbers</u>; convicted of burglary, conspiracy, and wiretapping; sentenced to 2½ to 8 years in prison; served 33 months in prison.

- **Bernard Barker** — member of the Plumbers; pled guilty to wiretapping, planting electronic surveillance equipment, and theft of documents, and later to burglary; sentenced to 18 months to 6 years in prison for the first charge; reversed his plea and served 18 months in prison; later sentenced to 2½ to 6 years in prison for the second charge; served 1 additional year in prison.

- **Virgilio Gonzalez** — Cuban refugee and locksmith; convicted of conspiracy, burglary, and wiretapping; sentenced to 1 to 4 years in prison; served 13 months in prison.

- **Eugenio Martínez** — Cuban exile and CIA infiltrator; convicted of conspiracy, burglary, and wiretapping; sentenced to 1 to 4 years in prison; served 15 months in prison; pardoned by <u>Ronald Reagan</u>.

- **James W. McCord Jr.** — former CIA officer and FBI agent; convicted on eight counts of conspiracy, burglary, and wiretapping; sentenced to 25 years in prison, reduced to 1 to 5 years in prison after he implicated others in the plot; served only 4 months.

- **Frank Sturgis** — military serviceman, spy, and guerrilla trainer; convicted of conspiracy, burglary, and wiretapping, and separately on a charge of transporting stolen cars to Mexico; sentenced to 1 to 4 years in prison for Watergate (the sentence for transport was folded into the Watergate sentence, due to his cooperation); served 14 months in prison.

25. The seven advisors and aides later indicted in 1974 were:

- **John N. Mitchell** – former <u>United States Attorney General</u> and director of Nixon's <u>1968</u> and 1972 election campaigns; faced a maximum of 30 years in prison and $42,000 in fines. On February 21, 1975, Mitchell was found guilty of conspiracy, <u>obstruction of justice</u>, and <u>perjury</u>, and sentenced to 2½ to 8 years in prison, which was later reduced to 1 to 4 years; he actually served 19 months.

- **H. R. Haldeman** – <u>White House</u> chief of staff, considered the second-most powerful man in the government during Nixon's first term; faced a maximum of 25 years in prison and $16,000 in fines; in 1975, he was convicted of conspiracy and obstruction of justice, and received an 18-month prison sentence.

- **John Ehrlichman** – former assistant to Nixon in charge of domestic affairs; faced a maximum of 25 years in prison and $40,000 in fines. Ehrlichman was convicted of conspiracy, obstruction of justice, perjury, and other charges; he served 18 months in prison.

- **Charles Colson** – former White House counsel specializing in political affairs; pled *nolo contendere* on June 3, 1974, to one charge of obstruction of justice, having persuaded the prosecution to change the charge from one of which he believed himself innocent to another of which he believed himself guilty, in order to testify freely.[8] Colson was sentenced to 1 to 3 years of prison and fined $5,000; he served seven months.

- **Gordon C. Strachan** – White House aide to Haldeman; faced a maximum of 15 years in prison and $20,000 in fines. Charges against him were dropped before trial.

- **Robert Mardian** – aide to Mitchell and counsel to the Committee to Re-elect the President in 1972; faced 5 years in prison and $5,000 in fines. His conviction was overturned on appeal.

- **Kenneth Parkinson** – counsel for the Committee to Re-elect the President; faced 10 years in prison and $10,000 in fines. He was acquitted at trial. Although Parkinson was a lawyer, G. Gordon Liddy was in fact counsel for the Committee to Re-elect the President.

26. That **William Mark Felt Sr.** (August 17, 1913 – December 18, 2008) was an <u>Federal Bureau of Investigation</u> (FBI) officer from 1942 to 1973 and was known for his role in the <u>Watergate scandal</u>. Felt was an FBI <u>special agent</u> who eventually rose to the position of <u>Associate Director</u>, the Bureau's second-highest-ranking post. Felt worked in several FBI field offices prior to his promotion to the Bureau's headquarters. In 1980 he was convicted of having violated the civil rights of people thought to be associated with members of the <u>Weather Underground</u>, by ordering FBI agents to <u>break into their homes</u> and search the premises as part of an attempt to prevent bombings, was ordered to pay a fine, but was <u>pardoned</u> by President <u>Ronald Reagan</u> during his appeal; and

27. That in 2005, at age 91, Felt revealed that during his tenure as associate director of the FBI he had been the notorious anonymous source known as "<u>Deep Throat</u>" who provided *The Washington Post* reporters <u>Bob Woodward</u> and <u>Carl Bernstein</u> with critical information about the <u>Watergate scandal</u>, which ultimately led to the resignation of President <u>Richard Nixon</u> in 1974. Though Felt's identity as Deep Throat was suspected, including by Nixon himself,<u>https://en.wikipedia.org/wiki/Mark_Felt-cite_note-1</u> it had generally remained a secret for 30 years. Felt finally acknowledged that he was Deep Throat after being persuaded by his daughter to reveal his identity.

28. That in 2006 I was a part-time employee for a New York Attorney who had worked in the Nixon / Mitchell Law firm trust department and who on November 21, 1963 had spoken by phone with Richard Nixon in Dallas.

**Senior Executive Service**

29. That as a result of the Watergate Scandal leaving no opportunity to waste, the DNC, Pilgrim Society, CIA, FBI, FIVE-EYES intelligence community,  Congress and various complicit Executive  agencies and private corporations not wishing to allow a repeat of the public exposure again created the Senior Executive Service (SES) position classification in the civil service of the United States federal government, equivalent to general officer or flag officer ranks in the U.S. Armed Forces was created in 1979 when the Civil Service Reform Act of 1978 went into effect under Trilateral Commission's corporatist President Jimmy Carter whose accommodation merger with the global Five-Eyes national security MIC apparatus best illustrated by the Queens Golden Share in her Privy council's SERCO INC. served by SES inside traders with impunity using the Office of Personnel Management and related offices designed to be a corps of executives selected for their leadership qualifications, serving in key positions just below the top Presidential appointees as a link between them and the rest of the Federal (civil service) workforce. SES positions are considered to be above the GS-15 level of the General Schedule, and below Level III of the Executive Schedule. Career members of the SES ranks are eligible for the Presidential Rank Awards program that remains the seditious foreign existential burr under Mr. Donald J. Trump's saddle to be removed by a patriot building a legacy.

30. Up to 10% of SES positions can be filled as political appointments rather than by career employees. About half of the SES is designated "Career Reserved", which can only be filled by career employees. The other half is designated "General", which can be filled by either career employees or political appointments as desired by the administration. Due to the 10% limitation, most General positions are still filled by career appointees.

31. Senior level employees of several agencies are exempt from the SES but have their own senior executive positions; these include the Federal Bureau of Investigation, Central Intelligence Agency, Defense Intelligence Agency, National Security Agency, Transportation Security Administration, Federal Aviation Administration, Government Accountability Office, Members of the Foreign Service, and government corporations.

32. In regards to any violations of 18 U.S. Code § 1001. Statements or entries generally

18 U.S. Code § 1001. Statements or entries generally

(a)Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;

(2) makes any materially false, fictitious, or fraudulent statement or representation; or

(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A, 109B, 110, or 117, or section 1591, then the term of imprisonment imposed under this section shall be not more than 8 years.

(b) Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.

(c)With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to—

(1) administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or

(2) any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.

(June 25, 1948, ch. 645, 62 Stat. 749; Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 104–292, § 2, Oct. 11, 1996, 110 Stat. 3459; Pub. L. 108–458, title VI, § 6703(a), Dec. 17, 2004, 118 Stat. 3766; Pub. L. 109–248, title I, § 141(c), July 27, 2006, 120 Stat. 603.)

33. In regards to any violations of 18 U.S. Code § 3571. Sentence of fine

**(a)IN GENERAL.**—A defendant who has been found guilty of an offense may be sentenced to pay a fine.

**(b)FINES FOR INDIVIDUALS.**—Except as provided in subsection (e) of this section, an individual who has been found guilty of an offense may be fined not more than the greatest of—

**(1)** the amount specified in the law setting forth the offense;

**(2)** the applicable amount under subsection (d) of this section;

**(3)** for a felony, not more than $250,000;

**(4)** for a misdemeanor resulting in death, not more than $250,000;

**(5)** for a Class A misdemeanor that does not result in death, not more than $100,000;

**(6)** for a Class B or C misdemeanor that does not result in death, not more than $5,000; or

**(7)** for an infraction, not more than $5,000.

**(c)FINES FOR ORGANIZATIONS.**—Except as provided in subsection (e) of this section, an organization that has been found guilty of an offense may be fined not more than the greatest of—

**(1)** the amount specified in the law setting forth the offense;

**(2)** the applicable amount under subsection (d) of this section;

**(3)** for a felony, not more than $500,000;

**(4)** for a misdemeanor resulting in death, not more than $500,000;

**(5)** for a Class A misdemeanor that does not result in death, not more than $200,000;

**(6)** for a Class B or C misdemeanor that does not result in death, not more than $10,000; and

**(7)** for an infraction, not more than $10,000.

**(d)ALTERNATIVE FINE BASED ON GAIN OR LOSS.**— If any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, the defendant may be fined not more than the greater of twice the gross gain or twice the gross loss, unless imposition of a fine under this subsection would unduly complicate or prolong the sentencing process.

**(e)SPECIAL RULE FOR LOWER FINE SPECIFIED IN SUBSTANTIVE PROVISION.**—If a law setting forth an offense specifies no fine or a fine that is lower than the fine otherwise applicable under this section and such law, by specific reference, exempts the offense from the applicability of the fine otherwise applicable under this section, the defendant may not be fined more than the amount specified in the law setting forth the offense. (Added Pub. L. 98–473, title II, § 212(a)(2), Oct. 12, 1984, 98 Stat. 1995; amended Pub. L. 100–185, § 6, Dec. 11, 1987, 101 Stat. 1280.)

34. In regards to any violations of 18 U.S. Code § 1001 and § 3571 by Defendant(s) and or

JAMES EMANUEL BOASBERG the accessory before and after the crime for which KEVIN

CLINESMITH has pled to on or about 19 August 2020 to cover-up any other involvement in the

coup d' tat against Candidate elect DJT and his incoming administration still ongoing involves

the DNC, Pilgrim Society, CIA, FBI, FIVE-EYES intelligence community,  Congress, various

SES run complicit Executive agencies and private corporations of the state within the state listed in the Plum Book including William Barr and Durham act to cover-up and protect the SES state within the state not wishing to allow a repeat of the public exposure as occurred with the Watergate Scandal and assassination of JFK, Iran-Contra, demolition of the WTC, continuing profit from debt associated with global war, intend their permanent placement of its compliant and when necessary illegal POTUS failing to meet the Natural Born Citizen required by the United States Constitution Article 2 Section 1 Clause 5 again as necessary now with the CIA's Jamaican KAMALA DEVI HARRIS just like the CIA's illegal alien SOEBARKAH.

35. That JAMES EMANUEL BOASBERG the accessory before and after the crime for which KEVIN CLINESMITH has pled to cover-up on or about 19 August 2020 committed 20 violations of 18 US Code 1001 and related law during his 2002 confirmation hearings before the U.S. Senate as described in **Exhibit 5** must be adjudicated to the maximum operation of law be sentence to 100 years of incarceration with fines of say $5 million USD a portion of which must reimburse Lt General Flynn and his son who lost their assets in their defense because they were railroaded as a result of Defendant, FISC Judges and others protected by SES members Barr, Durham and others in their coup d' tat conspiracy to overthrow DJT.

## CONCLUSION

A. That JAMES EMANUEL BOASBERG be removed from the bench as the accessory before and after the crime for which KEVIN CLINESMITH has pled to cover-up for the SES;

B. That Birther Christopher Earl Strunk, in esse sui juris the sole beneficiary of CHRISTOPHER EARL STRUNK be granted a NBC hearing on his BIRTHER injury and confession of guilt regarding SOEBARKAH and KAMALA DEVI HARRIS and who hereby offers to surrender for custody since no one else will be imprisoned otherwise;

C. That Justice John Roberts be held in custody for breach of oath as a Knight of Malta;

D. Such other and different relief for justice herein including a sur-reply.

## VERIFICATION AFFIDAVIT

**STATE OF NEW YORK** )
                      )
**COUNTY OF WARREN** )

Accordingly, I, Christopher Earl Strunk, being duly so affirm, depose and say under penalty of perjury:

I have read the foregoing CHRISTOPHER EARL STRUNK, EXECUTOR AND SETTLOR FOR THE EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA, MAKES THIS BIRTHER CONFESSION AS TO OUTRAGEOUS ACTS OF FACTITIOUS DISORDER IMPOSED ON ANOTHER, IN LIEU OF EQUAL TREATMENT OF A 18 USC §1001 CURE TO CONVICT NON SENIOR EXECUTIVE SERVICE SCAPEGOAT DEFENDANT ALSO KNOWN AS KEVIN CLINESMITH, PROFFERS INFORMATION EXPERTISE AND INSIGHT FOR JAMES EMANUEL BOASBERG'S SECRET SOCIETY LIES AND CONCEALMENT DURING THE 2002 U.S. SENATE CONFIRMATION during the ongoing National Banking Emergency and related emergencies or time of war under the 12 USC 95a amended 50 USC App. 5b under Proclamation 2040 that comply with the Hague Convention and related law to safeguard Defendant's rights.

Pursuant to remedy provided by Congress under 50 USC App. 17, this affirmation supports perfecting evidence at trial in the respective district court concurrent with a criminal investigation warranted done by the U.S. Army provost marshal general under the ongoing National Emergency or time of war that takes private property and infringes personal rights otherwise to be protected by others directly under the authority of the Commander-in-chief POTUS, in that time is of the essence with irreparable harm; and

Affirmant knows the contents thereof apply to me as a friend of this court by and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge.

**Christopher Earl Strunk in esse Sui Juris**
All Rights Reserved Without Prejudice

That on the 27th day of August in the year 2020 before me the undersigned, a Notary Public in and for said State personally appeared, **Christopher Earl Strunk**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he affirmed and executed the name in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual(s) acted, executed the instrument.

Subscribed and Affirmed to before me
This 27th day of August 2020

Notary Public, State of New York

RACHEL A. HAYSLETTE
Notary Public, State of New York
Warren County #01HA6378601
Commission Expires July 30, 20 22

## BIRTHER CONFESSION - DCD 20-cr-165          PAGE 017 of 156

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff,

v.                                                    Criminal Action No. 20-165-JEB

KEVIN CLINESMITH,

Defendant.

CHRISTOPHER EARL STRUNK, EXECUTOR AND SETTLOR FOR THE EXPRESS
DEED IN TRUST TO THE UNITED STATES OF AMERICA, MAKES THIS BIRTHER
CONFESSION AS TO OUTRAGEOUS ACTS OF FACTITIOUS DISORDER IMPOSED
ON ANOTHER, IN LIEU OF EQUAL TREATMENT OF A 18 USC §1001 CURE TO
CONVICT SENIOR EXECUTIVE SERVICE SCAPEGOAT DEFENDANT ALSO
KNOWN AS KEVIN CLINESMITH, PROFFERS THE CRIMINAL ACCESSORY
INFORMATION EXPERTISE AND INSIGHT FOR JAMES EMANUEL BOASBERG'S
SECRET SOCIETY LIES AND CONCEALMENT IN U.S. SENATE CONFIRMATION

# EXHIBIT 1

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT 1:20 P M
BPA BOOK 32 PAGES 716
_[signature]_
DEPUTY CLERK

## NOTICE OF ACCEPTANCE OF APPOINTMENT AS THE EXECUTOR / SETTLOR OF THE

### EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA

**PLEASE TAKE NOTICE** that this is the acceptance by **Christopher Earl Strunk** in esse Sui juris private citizen of the United States the secured beneficiary agent of the Debtor Trust transmitting utility ™CHRISTOPHER EARL STRUNK©, of the **April 23, 2014 appointment to perform the public duties of EXECUTOR and SETTLOR for the EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA** as the beneficial claim by its **Beneficiary(ies):** ▓▓▓▓▓▓▓▓ in esse Sui juris private citizen of the United States the secured beneficiary agent of the Debtor Trust transmitting utility ▓▓▓▓▓▓▓▓ , see the Original DEED in TRUST herewith labeled by SETTLOR at the lower left hand corner of each of fifteen pages "**Exhibit A**" (TRUST); and **on April 25, 2014 by the BENEFICIARY AMENDMENT TO THE EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA** as the beneficial claim by Beneficiary ▓▓▓▓▓▓▓▓ in esse Sui juris private citizen of the United States the secured beneficiary agent of the Debtor Trust transmitting utility ▓▓▓▓▓▓▓▓ ; see the Original BENEFICIARY AMENDMENT herewith labeled by SETTLOR at the lower left hand corner "**Exhibit A-2**"

I, **Christopher Earl Strunk** in esse Sui juris private citizen of the United States the secured beneficiary agent of the Debtor Trust transmitting utility ™CHRISTOPHER EARL STRUNK© have by my amended status publicly recorded same with the Clerk of the Superior Court of Georgia for Lamar County at BPA BOOK 30 PAGES 763 thru 800 on December 5, 2013 at 9:54AM that thereafter is duly registered with the United States Secretary of the Treasury accepted there on January 21, 2014 at 4:22AM in recognition of and for account ▓▓▓▓▓ Accrual ▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓ and am located for service at 593 Vanderbilt Avenue PMB 281 Brooklyn, New York zip code excepted 11238 Cell Phone: 845-901-6767 Email: chris@strunk.ws,

I, **Christopher Earl Strunk** in esse Sui juris private citizen of the United States the secured beneficiary agent, based upon the condition of his natural birth and the terms of the definition of "*natural-born Citizen* " (NBC) according to the DEED in TRUST shown in Exhibit A, am NBC evidenced by the above duly recorded and registered filing, and am eligible to be SETTLOR herein.

I, **Christopher Earl Strunk** in esse Sui juris private citizen of the United States the secured beneficiary agent hereby accept the responsibilities and duties necessary to duly serve this TRUST publicly without beneficial interest until further written notice unanimously approved by undersigned Beneficiaries and be reimbursed for my duly recorded time and expense acceptable to the Beneficiaries.

I, **Christopher Earl Strunk** in esse Sui juris private citizen of the United States the secured beneficiary agent as is my public duty as **EXECUTOR and SETTLOR** (SETTLOR) to notify the Beneficiaries in writing of my actions to enact rules, change rules, communication involving the enforcement of the claim necessary to maintain the beneficial interest in the TRUST and will seek approval for all affirmative challenges to be undertaken in the enforcement of the TRUST mandate expressed in the document shown as Exhibit A, and report monthly to Beneficiaries in writing.

I, the SETTLOR am acting in a public capacity having no beneficial interest in the TRUST per se for the benefit of the Beneficiaries who may remove SETTLOR at will, and for all those "natural-born

1 of 3

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT 1:20 P M
BPA BOOK 82 PAGES 717
DEPUTY CLERK

Citizens" other than who are private citizens of the United States who have a secured beneficial interest in the TRUST but have not become a beneficiary, with the understanding that as directed by the Beneficiaries that more beneficiaries may be added as directed to be reported monthly in writing.

I, the SETTLOR prior to this acceptance has ascertained, and hereby certify that I have reviewed and will review the Status of all DEED in TRUST Beneficiaries now and in the future, and must find each is a *"natural-born Citizen"* who is the in esse Sui juris private citizen of the United States secured beneficiary agent for the Debtor Trust Transmitting Utility registered with the United States Secretary of the Treasury, and will maintain a record of the Beneficiaries, present and future status, and report monthly to Beneficiaries in writing to include any new member of the DEED in TRUST Beneficiaries by amendment.

I, the SETTLOR hereby notify Beneficiaries that prior to this acceptance and becoming the secured beneficiary agent of Debtor Trust CHRISTOPHER EARL STRUNK, that on January 23, 2009, did duly privately fire BARACK HUSSEIN OBAMA II, for being ineligible for the Office of President of the United States (POTUS) and Commander-in-chief, duly served notice upon he and his agents accordingly to no avail of law to date see the eight (8) page document marked by me as **"Exhibit B"** at the lower left hand corner of each of the pages preceded by SETTLOR's **Affidavit of Truth** as to being a true and accurate copy of the original.

I, the SETTLOR hereby notify Beneficiaries that in anticipation of the necessity of my full time devotion to remove the POTUS USURPER sought early beneficial use of Social Security funds vested since 1990 rather than wait until age 67, and as such have dwindled my life time expectation as an expense for which I gave notice to the USURPER, Attorney General, Secretary of Commerce and Secretary of Treasury of intent to file a replevin demand for my USA property beneficial interest as personal damages that on November 10, 2009 Plaintiff in 08-cv-2234 (RJL), 10-cv-00486 (RCL) did file in the United States District Court for the District of Columbia Judicial Notice of Replevin Demand with compensatory damages of $21,656,250.00 in the Washington District of Columbia as a result of damages incurred by Petitioner from after January 20, 2009 with the USURPER incumbent ineligibility to office of POTUS failure to leave office when "fired" herewith marked as **Exhibit C** by SETTLOR.

I, the SETTLOR hereby notify Beneficiaries that there has been a complete absence of legal remedy to date to remove the POTUS USURPER, and therefore with Beneficiaries' permission SETTLOR intends to seek pure equity relief in the Washington District of Columbia United States District Court to enforce and protect the Beneficiaries' equity claim to this DEED in TRUST at the earliest time possible and will report monthly in writing of the status of such undertaking.

I, the SETTLOR hereby notify Beneficiaries that on 4 March 2014 the New York State Supreme Court Appellate Division for the Second Department Judicial panel sitting in review of Appellant's Amicus motion in Appeal Cases 2012-05515, 2013-06335 and 2014-00297 from orders in the trial court for Index No: 6500-2011, to my demand that it provide *"for civilian due process of law"* rather than the continued *martial due process of law* under statutory direct authority of the POTUS Commander-in-chief over the de facto Federal and New York State Unified Court System courts under statutory authority of 12 USC 95 and 50 USC App. 5(b) ORDERED to deny "for civilian due process of law" (see **Exhibit D**).

I, the SETTLOR hereby notify Beneficiaries that he is the Plaintiff in New York State Supreme Court for the County of Kings active Cases with Index No's: 29642-2008 and 21948-2012 that are scheduled for a non jury trial on 18 June 2014, in that SETTLOR intends to enforce and protect the Beneficiaries' equity claim to this DEED in TRUST therein also; and SETTLOR at the earliest time possible will report monthly in writing of the status of such undertaking, with the understanding that SETTLOR has secured the expert testimony of (2) two expert witnesses for the trial: U.S. Citizen Paul Edward Irey (retired document expert and publisher),

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 9 2014   AT  1:20 P M
BPA BOOK ___32___ PAGES _718_
_____
DEPUTY CLERK

and the British Subject, Michael Shrimpton, Esq., a Barrister to the Queens's Bench and expert Intelligence Analyst, a Consultant to the Intelligence Community at large with the published book "*SPY HUNTER*" (2014).

I, the SETTLOR hereby notify Beneficiaries that as a matter of fact based upon the evidence that before Kenya became an independent state in 1963, BARACK HUSSEIN OBAMA II aka BARRY SOETORO aka SOEBARKAH has admitted in the 1996 autobiography "*Dreams From My Father*" based upon his own biography used by the Publisher to promote Book sales for 16 years, that he was born in Mombasa Kenya of a natural father who was both a subject of the British Throne and of the Sultanate of Zanzibar, and, according to a knowledgeable member of the intelligence community consulting with SETTLOR herein, is born of a mother, out of wedlock to his natural father, who is a Indonesian citizen, and as such renders the incumbent of the POTUS, a USURPER, because in keeping with the DEED in TRUST by the NBC definition shown in Exhibit A, BARACK HUSSEIN OBAMA II is not NBC.

I, the SETTLOR hereby notify Beneficiaries that this original document and the original documents including amendment(s) to which this DEED in TRUST is based including my *Affidavit of Truth* as to those documents annexed in Exhibit that are true and accurate copies shall be filed with the Clerk of the Superior Court of Georgia for Lamar County before any further public action by SETTLOR shall take place, and that upon such recording color copies of the original shall be provided to the Beneficiaries accordingly along with SETTLOR's next monthly status report.

Further Affiant Sayeth Not.

_____  AGENT
**Christopher Earl Strunk** in esse Sui juris secured beneficiary
agent of the Debtor Trust transmitting utility
™CHRISTOPHER EARL STRUNK©
Private Citizen of the United States of America
Private Citizen of the State of New York
Private Resident of the County of Kings
All Rights Reserved Without Prejudice

THE STATE OF NEW YORK   )
                                          }ss
THE COUNTY OF KINGS    )

BEFORE ME, on this day personally appeared **Christopher Earl Strunk** known to me to be the person described herein **NOTICE OF ACCEPTANCE OF APPOINTMENT AS THE EXECUTOR / SETTLOR OF THE EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA** and who solemnly affirmed under the penalties of perjury that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Sworn before me on this 28th day of April, 2014.

_____
Notary Public                    KAMAL P. SONI
                                         Notary Public, State of New York
                                         No. 01SO6089949
                                         Qualified in Kings County
                                         Commission Expires March 31, 2015

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:28 P M
BPA BOOK ___32___   PAGES 779
DEPUTY CLERK

## EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA

**WITH BENEFICIARY DISCRETION FOR PRIVATE CITIZENS OF THE UNITED STATES WHO ARE TRUE *NATURAL-BORN CITIZENS* UNDER THE UNITED STATES CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5 AND NOT SURETY-INDENTURES FOR THEIR RESPECTIVE DEBTOR TRUST ENTITY UNDER 12 USC 95 AND 50 USC APP. 5(b) MARTIAL GOVERNMENT WITH A CONTINUING NATIONAL EMERGENCY**

**This Express Deed in Trust is a claim of beneficial interest in and over** all the public and private real, personal, tangible and intangible Property within THE UNITED STATES OF AMERICA geographic border to safeguard and secure for the posterity of WE the People of the United States of America in the nation given by GOD for securing each private Citizen's unalienable rights and beneficial interest in pursuit of life liberty and happiness in perpetuity, and with the Executor and Beneficiaries duty to this Trust shall guarantee that all incumbents and future candidate(s) for the Office of President or Vice President of the United States (POTUS) shall be a bonafide *Natural-Born Citizen* (NBC) private citizen of the United States agent who is surety no more to the Debtor Trust Entity in compliance with the United States Constitution Article 2 Section 1 Clause 5, either under 12 USC 95 and 50 USC App. 5(b) with the Military Government authority of renewed annual National Emergency or otherwise **(DEED in TRUST)**.

**That this NATION of THE UNITED STATES OF AMERICA is a gift from GOD**, not men, according to the Declaration of Independence in CONGRESS, July 4, 1776 as the unanimous Declaration of the Freemen of the thirteen united States of America state, quote:

*"When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.*

*"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.*

*"That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed. That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security..."*

**The Preamble to the Constitution of the United States** provides Authority and purpose declares:

*We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.*

Exhibit A                    **Page 1 of 15**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK ___ 32 ___ PAGES 720
DEPUTY CLERK

**That WE the People** are only those private Citizens under GOD, not public citizens under men, and that guarantee within this Nation that each Private Citizen's unalienable rights and beneficial interest is secure in perpetuity as long as the Sovereign People of this Nation act under GOD as expressed in the Book of Isaiah Chapter 55 Verse 1 thru 5, hereafter quoting from the *King James Version* of the Bible:

1. Ho, every one that thirsteth, come ye to the waters, and he that hath no money; come ye, buy, and eat; yea, come, buy wine and milk without money and without price.
2. Wherefore do ye spend money for that which is not bread? and your labour for that which satisfieth not? hearken diligently unto me, and eat ye that which is good, and let your soul delight itself in fatness.
3. Incline your ear, and come unto me: hear, and your soul shall live; and I will make an everlasting covenant with you, even the sure mercies of David.
4. Behold, I have given him for a witness to the people, a leader and commander to the people.
5. **Behold, thou shalt call a nation that thou knowest not, and nations that knew not thee shall run unto thee because of the LORD thy God, and for the Holy One of Israel; for he hath glorified thee.**

**That the geographic border and size of this NATION of THE UNITED STATES OF AMERICA** including its population according to the Census of 2010 is depicted in the map and chart below with a map showing public and private land that includes the coastal waters out to the limit of 200 miles as follows:

### Federal Government Lands in the U.S.



LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT 1:20 PM
BPA BOOK 32 PAGES 721

DEPUTY CLERK

| State | Population | Land Area (square miles) | GOV Owned Land percent | GOV Owned Land (square miles) | PRIVATE owned Land (Sq Mi) |
|---|---|---|---|---|---|
| All United States | 308,745,538 | 3,537,438 | | | |
| Alabama | 4,779,736 | 50,744 | 7.10% | 3,603 | 47,141 |
| Alaska | 710,231 | 571,951 | 95.80% | 547,929 | 24,022 |
| Arizona | 6,392,017 | 113,635 | 56.80% | 64,544 | 49,090 |
| Arkansas | 2,915,918 | 52,068 | 17.30% | 9,008 | 43,060 |
| California | 37,253,956 | 155,959 | 52.10% | 81,255 | 74,705 |
| Colorado | 5,029,196 | 103,718 | 43.30% | 44,910 | 58,808 |
| Connecticut | 3,574,097 | 4,845 | 6.20% | 300 | 4,544 |
| Delaware | 897,934 | 1,954 | 7.40% | 145 | 1,809 |
| Florida | 18,801,310 | 53,927 | 29.20% | 15,747 | 38,180 |
| Georgia | 9,687,653 | 57,906 | 9.70% | 5,617 | 52,289 |
| Hawaii | 1,360,301 | 6,423 | 19.00% | 1,220 | 5,202 |
| Idaho | 1,567,582 | 82,747 | 70.40% | 58,254 | 24,493 |
| Illinois | 12,830,632 | 55,584 | 4.10% | 2,279 | 53,305 |
| Indiana | 6,483,802 | 35,867 | 4.50% | 1,614 | 34,253 |
| Iowa | 3,046,355 | 55,889 | 2.80% | 1,564 | 54,305 |
| Kansas | 2,853,118 | 81,815 | 1.90% | 1,554 | 80,260 |
| Kentucky | 4,339,367 | 39,728 | 11.80% | 4,688 | 35,040 |
| Louisiana | 4,533,372 | 43,562 | 10.70% | 4,661 | 38,901 |
| Maine | 1,328,361 | 30,862 | 5.70% | 1,759 | 29,102 |
| Maryland | 5,773,552 | 9,774 | 7.60% | 743 | 9,031 |
| Massachusetts | 6,547,629 | 7,840 | 6.30% | 494 | 7,346 |
| Michigan | 9,883,640 | 56,804 | 28.10% | 15,962 | 40,842 |
| Minnesota | 5,303,925 | 79,610 | 23.50% | 18,708 | 60,902 |
| Mississippi | 2,967,297 | 46,907 | 10.90% | 5,113 | 41,794 |
| Missouri | 5,988,927 | 68,886 | 11.20% | 7,715 | 61,171 |
| Montana | 989,415 | 145,552 | 37.50% | 54,582 | 90,970 |
| Nebraska | 1,826,341 | 76,872 | 2.80% | 2,152 | 74,720 |
| Nevada | 2,700,551 | 109,826 | 87.80% | 96,427 | 13,399 |
| New Hampshire | 1,316,470 | 8,968 | 18.00% | 1,614 | 7,354 |
| New Jersey | 8,791,894 | 7,417 | 18.30% | 1,357 | 6,060 |
| New Mexico | 2,059,179 | 121,356 | 47.40% | 57,523 | 63,833 |
| New York | 19,378,102 | 47,214 | 37.10% | 17,516 | 29,697 |
| North Carolina | 9,535,483 | 48,711 | 14.60% | 7,112 | 41,599 |
| North Dakota | 672,591 | 68,976 | 9.10% | 6,277 | 62,699 |
| Ohio | 11,536,504 | 40,948 | 4.20% | 1,720 | 39,229 |
| Oklahoma | 3,751,351 | 68,667 | 4.60% | 3,159 | 65,508 |
| Oregon | 3,831,074 | 95,997 | 60.40% | 57,982 | 38,015 |
| Pennsylvania | 12,702,379 | 44,817 | 16.10% | 7,215 | 37,601 |
| Rhode Island | 1,052,567 | 1,045 | 1.50% | 16 | 1,029 |
| South Carolina | 4,625,364 | 30,109 | 11.80% | 3,553 | 26,557 |
| South Dakota | 814,180 | 75,885 | 8.90% | 6,754 | 69,131 |
| Tennessee | 6,346,105 | 41,217 | 14.10% | 5,812 | 35,406 |
| Texas | 25,145,561 | 261,797 | 4.20% | 10,995 | 250,802 |
| Utah | 2,763,885 | 82,144 | 75.20% | 61,772 | 20,372 |
| Vermont | 625,741 | 9,250 | 15.80% | 1,461 | 7,788 |
| Virginia | 8,001,024 | 39,594 | 17.10% | 6,771 | 32,823 |
| Washington | 6,724,540 | 66,544 | 41.90% | 27,882 | 38,662 |
| Washington, D.C. | 601,723 | 61 | 75.00% | 46 | 15 |
| West Virginia | 1,852,994 | 24,078 | 16.50% | 3,973 | 20,105 |
| Wisconsin | 5,686,986 | 54,310 | 17.80% | 9,667 | 44,643 |
| Wyoming | 563,626 | 97,100 | 55.90% | 54,279 | 42,821 |
| | | | Net Total Private sq miles = | | 2,130,434 |

That the "natural-born Citizen" Clause expressed in the ratified U.S. Constitution Article 2 Section 1 Clause 5 was imposed by the People of New York with emphasis that was expressed as displeasure in the July 26, 1788 ratification document of what should have been, quote:

*"That no Persons except natural born Citizens, or such as were Citizens on or before the fourth day of July one thousand seven hundred and seventy six, or such as held Commissions under the United States during the War, and have at any time since the fourth day of July one thousand seven hundred and seventy six become Citizens of one or other of the United States, and who shall be Freeholders, shall be eligible to the Places of President, Vice President, or Members of either House of the Congress of the United States."*

**And the People of New York warned:**

*That the Powers of Government may be reassumed by the People, whensoever it shall become necessary to their Happiness; that every Power, Jurisdiction and right, which is not by the said Constitution clearly delegated to the Congress of the United States, or the departments of the Government thereof, remains to the People of the several States, or to their respective State Governments to whom they may have granted the same; And that those Clauses in the said Constitution, which declare, that Congress shall not have or exercise certain Powers, do not imply that Congress is entitled to any Powers not given by the said Constitution; but such Clauses are to be construed either as exceptions to certain specified Powers, or as inserted merely for greater Caution.*

**Exhibit A**                **Page 3 of 15**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK   82   PAGES 122
DEPUTY CLERK

That the Natural-born Citizen clause does NOT derive from the term of art "natural-born Subject", but instead was derived from ancient consideration of GOD's Natural Law as expressed in Greece by the works of Aristotle and carried forward for use in Roman law by the works of Cicero.

Aristotle did not define citizenship like the English did in the English common law in which they did not give any relevancy to the citizenship of the child's parents, provided the parents were not diplomats or military invaders. Aristotle included in the definition of a "*citizen*" a person "*of whom both the parents are citizens.*" [1] It is this definition which was handed down through the millennia through the law of nations and which the Founders and Framers adopted for the new republic. We also see that the then Supreme Court of the United States (SCOTUS) in *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875) (*Minor*) (decided after the Fourteenth Amendment was adopted in 1868) held that "*all children born in a country of parents who were its citizens became themselves, upon their birth, citizens also. These were natives or natural-born citizens, as distinguished from aliens or foreigners*" informed that a person who became a citizen by being born in the country to "*citizen*" parents was known in common law with which the Framers were familiar as a "*natural-born citizen.*" How do we know that the Founders and Framers looked to Aristotle's view of citizenship? We learn from the historical record that Supreme Court Justice James Wilson wrote in 1791: "'*Generally speaking,' says the great political authority, Aristotle, 'a citizen is one partaking equally of power and of subordination.*' … In Wilson's view, "*a citizen of Pennsylvania is he, who has resided in the state two years; and, within that time, has paid a state or county tax: or he is between the ages of twenty one and twenty two years, and the son of a citizen.*" James Wilson, 1st commentaries on the Constitution. Here we clearly see Wilson referring to what could only be a "*natural born Citizen*" as "*the son of a citizen.*"

We also know that the Founders and Framers studied Roman law. The Framers were well read in the Roman and Greek classics as is expounded upon in their writings in the Federalist Papers. Jefferson

---

[1] Aristotle also gave us a definition of a "natural born Citizen." In "Politics, Book Three, Part II, Aristotle, writing in 350 B.C.E., as translated by Benjamin Jowett, gave us his definition of citizenship:

"Part II

But in practice *a citizen is defined to be one of whom both the parents are citizens*; others insist on going further back; say to two or three or more ancestors. This is a short and practical definition but there are some who raise the further question: How this third or fourth ancestor came to be a citizen? Gorgias of Leontini, partly because he was in a difficulty, partly in irony, said- 'Mortars are what is made by the mortar-makers, and the citizens of Larissa are those who are made by the magistrates; for it is their trade to make Larissaeans.' Yet the question is really simple, for, if according to the definition just given they shared in the government, they were citizens. This is a better definition than the other. For the words, 'born of a father or mother who is a citizen,' cannot possibly apply to the first inhabitants or founders of a state.

There is a greater difficulty in the case of those who have been made citizens after a revolution, as by Cleisthenes at Athens after the expulsion of the tyrants, for he enrolled in tribes many metics, both strangers and slaves. The doubt in these cases is, not who is, but whether he who ought to be a citizen; and there will still be a furthering the state, whether a certain act is or is not an act of the state; for what ought not to be is what is false. Now, there are some who hold office, and yet ought not to hold office, whom we describe as ruling, but ruling unjustly. And the citizen was defined by the fact of his holding some kind of rule or office- he who holds a judicial or legislative office fulfills our definition of a citizen. It is evident, therefore, that the citizens about whom the doubt has arisen must be called citizens."

…http://classics.mit.edu/Aristotle/politics.html .

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:28  M
BPA BOOK _____ 52 _____ PAGES 762
_____
DEPUTY CLERK

and other Founders had a love for Roman history and education. The Founders and Framers were great admirers of Cicero and read many of his works. It is not inconceivable that they would have read this English translation of *The Proposal* [2] and seen the clause "*natural born Citizen.*" This shows that they did not need to borrow the clause from English common law's "*natural born subject.*" Rather, they had sources that they read which contained the exact clause, "*natural born Citizen,*" which clause also had its own meaning which was different from that of an English "*natural born subject*" which allowed children born in the King's dominion and under his allegiance to aliens to be English "*natural born subjects.*"

 A definition of a "*natural born Citizen*" was also provided by the world-renowned, Emer de Vattel in his ***The Law of Nations***, Section 212 (London 1797) (1st ed. Neuchatel 1758). Vattel had a great influence on the Founders and Framers in their constituting the new republic and writing the Constitution. See, for example, J.S. Reeves, *The Influence of the Law of Nature Upon International Law in the United States*, 3 Am.J. Int'l L. 547 et. seq. passim (1909) (Vattel exerted such a profound political influence that it is often pointed out that his theories served as the backbone for American independence) Lee A. Casey, David B. Rivkin, Jr. and Darin R. Bartram, *Unlawful Belligerency and Its Implications Under International Law*, http://www.fed-soc.org/publications/PubID.104/pub_detail.asp (concerning U.S. constitutional analysis, "*Vattel is highly important. He was probably the international law expert most widely read among the Framers*"). In fact, Vattel continued to be practically applied in our nation for well over 100 years after the birth of the republic; F.S. Ruddy, *The Acceptance of Vattel*, Grotian Society Papers (1972) (Vattel was mainstream political philosophy during the writing of the Constitution. *The Law of Nations* was significantly the most cited legal source in America jurisprudence between 1789 and 1820). The Founders and Framers studied and were greatly influenced by Vattel. R.G. Natelson, ***The Original Constitution*** 49 and 69 (2010) ("*Vattel was probably the Founders' favorite authority on international law . . . .*" and his, treatise, *The Law of Nations*, was their favorite).

 What *Minor* said about a "*natural born Citizen*" was confirmed in *U.S. v. Wong Kim Ark*, 169 U.S. 649 (1898) (acknowledging and confirming Minor's American common law definition of a "*natural-born citizen*" but adding based on the English common law that since "'[t]he child of an alien, if born in the country, is as much a citizen as the natural-born child of a citizen, and by operation of the same principle* [birth in the country]'" (bracketed information supplied), a child born in the United States to domiciled alien parents was a Fourteenth Amendment "*citizen of the United States*"). This American common law definition of a "*natural born Citizen*" has never been changed, not even by the Fourteenth Amendment (only uses the clause "*citizen of the United States*" and does not mention "*natural born Citizen*") or by *Wong Kim Ark*, and therefore still prevails today. Both those U.S. Supreme Court cases define a "*natural born Citizen*" as a child born in a country to parents who are citizens of that country.

---

[2] Roman law provided: "Lex MENSIA, **That a child should be held as a foreigner, if either of the parents was so. But if both parents were Romans and married, children always obtained the rank of the father**, (patrem sequuntur liberi, Liv. iv. 4.) and if unmarried, of the mother, Uipian." Alexander Adam, Roman antiquities: or, An account of the manners and customs of the Romans 210 (6th ed. corrected 1807). Cicero wrote in A Proposal:

"The Colophonians claim Homer as their own free Denizen, the Chians challenge him as theirs, the Salaminians demand him again for their own, but the Smyrneans assert him to be their natural born Citizen; and therefore have also dedicated a Temple to him in their Town of Smyrna. There are a great many besides at Daggers-drawing among themselves, and contend for him."

A Proposal For Printing in English, The Select Orations of Marcus Tullius Cicero, According to the last Oxford Edition 17 (Henry Eelbeck trans. London 1720).

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT  1:20+  M
BPA BOOK _____ 32 _____ PAGES 724
DEPUTY CLERK

## In the matter of Rome's Coup d'etat over the "Accursed" United States of America

### by Eric Jon Phelps with edits by Christopher Earl Strunk (2014)

**On March 4, 1933 Franklin Delano Roosevelt** (FDR) assumes the Office of President of the United States, and with his Inaugural Address seizes and gives ALL Property and persons as collateral for the debt of the United States in national "consecration" to its prime Creditors, the Vatican State and Crown's City of London, and **as Commander in chief FDR issues Proclamation 2039 on March 6, 1933**, as the Military Conqueror as if he were "Augustus Caesar" of the American Republic, declaring a state of National Emergency based upon The **"Trading With the Enemy Act"** of October 6, 1917 (40 Statute Law 411);

Congress at the demand of every Governor on March 9, 1933 passes the **"Emergency Banking Relief Act"** (12 USC 95a), thereby Amending the notorious World War I Statute **"Trading With the Enemy Act"** of October 6, 1917, (50 USC App. 5(b)) (TWEA) , and then FDR issues **Proclamation 2040** on March 9, 1933, also confirmed by **"Emergency Banking Relief Act"** (12 USC 95b) and bringing the **TWEA inland**, imposing Military Government

- This Amended WWI Statute in fact regards all **"PERSONS" "Within the United States"** as seized property of the federal government to be treated as an **"enemy"** and **"enemy ally"** or **"belligerents and rebels"** by the Conqueror's Military Government.

- These **"belligerents and rebels"** are publicly residing in the Several States Now considered to be **"conquered territories."**

- By 1939 all American Common Law Civil Process will be gone. In its place will be **Roman Civil Law Martial Process** imposed on all **"PERSONS"** (natural and artificial) subject to the Conqueror's *De facto* **Equity Jurisdiction** of the **"United States."**

- This **Martial Process** will apply to all Public **"United States Citizens."**

- This **Martial Process** cannot apply to Private **"Citizens of the United States,"** Privately residing on the land at Common Law, while holding Private State Citizenship pursuant to Section 1 of the 14th Amendment.

### "The Emergency Banking Relief Act" (EBRA) (48 Statute Law 1)

This Act accomplished the Design of the **Society of Jesus** in "the Company's" Great Conspiracy against the Liberties of the United States set forth in Samuel Morse's Nineteenth century masterpiece, *Foreign Conspiracy Against the Liberties of the United States* (1835). Just as the Order had brought the British Admiralty (possessing both a criminal and civil jurisdiction unlike American Admiralty with only a civil jurisdiction) inland in the days of Jesuit-ruled King Charles Stuart I of England thereby attempting to do away with the English Common Law on the land, the Jesuits accomplished essentially the same thing here in America with this wicked Act aided by the "Roosevelt Court."

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 28 2014   AT   1:28 PM
BPA BOOK _____ 32 _____ PAGES 725
DEPUTY CLERK

In the passing of this Act which the emotionally distressed Congress never read, the following must be understood:

1. The "Trading With the Enemy Act," as passed originally in 1917 and amended in 1918, was made to apply to any "**enemy**" of the United States.

2. The "**enemy**" was defined to be "any individual, partnership, or other body of individuals of any nationality, resident within the territory of any nation with which the United States is at war."

3. Other enemy "**individuals**" were defined as "natives, citizens, or subjects of any nation with which the United States is at war, **other than citizens of the United States**." These "citizens of the United States" in 1917 held Private citizenship of the United States without having been reduced to the inferior citizenship status of being property of and surety for the State-created Public "citizen of the United States," which public citizenship status was imposed on March 9, 1933.

4. The "Trading With the Enemy Act" also defined the term "**person**." A "**person**" was "deemed to mean an individual, partnership, association, company, or other unincorporated body of individuals, or corporation or body politic." Therefore in 1917 a "**person**" could mean both a natural person/Private Citizen of the United States and an artificial person/Public citizen of the United States in privilege.

5. Therefore, a "**person**" as defined by the "Trading with the Enemy Act" **DID INCLUDE** a "citizen of the United States," which at the time was a Private "citizen of the United States."

6. The "Emergency Banking Relief Act" of March 9, 1933, amended the "Trading With the Enemy Act" of 1917 (previously amended fourteen times from March 26, 1918, to March 10, 1930), bringing the "Trading With the Enemy Act" inside the United States applying it to "*any place subject to the jurisdiction thereof*" [*all the States within the United States*] when previously, under the "Trading With the Enemy Act," all transactions "*executed wholly within the United States*" were excluded;

7. The "Emergency Banking Relief Act" defined any "**person**" to mean "an individual, partnership, association or corporation." The term "person" was defined to mean a Public "citizen of the United States." The term "**person**" excludes a Private "citizen of the United States."

8. Therefore, the "Trading with the Enemy Act" defined a "person" to include a Private Citizen of the United States. The "Emergency Banking Relief Act" defined a "**person**" to be an artificial

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
APR 29 2014   AT   1:26 P M
BPA BOOK _____ 82 _____ PAGES 726
DEPUTY CLERK _____

entity (obviously being a partnership, association, or corporation) to include an **"individual"** **"person"** to be treated as an artificial entity which cannot include the Private Citizen of the United States.

9. For that **"individual"** American to be treated as an artificial entity, his Private "citizenship of the United States" had to be reduced by an implied, constructive contract by operation of law to the inferior grade of quasi-corporate citizenship.

10. The corporation that is a citizen is a **"Public"** citizen of the United States. It is created for the benefit of the public. The corporation is not a **"Private"** Citizen of the United States. Only individual Men and Women can be **"Private"** Citizens of the United States as intended by Section 1 of the Fourteenth Amendment.

11. Therefore, the Private "citizen of the United States" is protected in his citizenship status by Section 1 of the Fourteenth Amendment to the Constitution of the United States. Federal statute 12 USC 95a amending and resting upon 50 USC 5(b) does not apply to the Private Citizen of the United States.

12. Because the individual Private "Citizen of the United States" is protected by Section 1 of the Fourteenth Amendment, he was specifically **EXCLUDED** by definition from the "Emergency Banking Relief Act," which act of FDR's Emergency War Powers Congress (by way of the amended "Trading With the Enemy Act," Section 17), imposed a **martial process** upon the courts, federal and state, after April 25, 1938.

13. Therefore the good news is, all Private "Citizens of the United States" are protected in their private right to a **civilian due process** of law on a federal level by the Fifth Amendment, and to a **civilian due process** on a state level by Section 1 of the Fourteenth Amendment.

14. Therefore every Private "Citizen of the United States" is neither a ***"person"*** nor ***"property"*** ***"subject to the jurisdiction of the United States"*** referred to in the Emergency Banking Relief Act (12 USC 95a) passed by the Emergency War Powers Congress on March 9, 1933.

15. And therefore, all Private "citizens of the United States" are not subject to the provisions of the "Emergency Banking Relief Act" (12 USC 95a) having amended the "Trading With the Enemy Act" of October 6, 1917, as previously amended on March 28, 1918, now codified as 50 USC App. 5(b)), including a **martial due process of law** imposed by the amended "Trading With the Enemy Act" upon any artificial **"person"** within the United States and ***"subject to the jurisdiction thereof,"*** i.e. "subject to the *de facto* Emergency War Powers jurisdiction thereof."

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20   M
BPA BOOK ____32____ PAGES _727_
DEPUTY CLERK

## A Word for Word Comparison

### Between 50 USC App. Section 5(b) of the

### "The Trading With the Enemy Act" of October 6, 1917, 40 Stat. Law 411

### as Amended on March 28, 1918,  and Section 5(b) of the "Trading With the Enemy Act"

### "The Emergency Banking Relief Act" of March 9, 1933, 48 Stat. Law 1

---

This **Word for Word Comparison** is critical in understanding how "The Emergency Banking Relief Act" (1933) Amended "The Trading With the Enemy Act" (1917) as Amended in substance making "The Trading With the Enemy Act" the Law of the Land of the United States of America.

"The Trading With the Enemy Act" as Amended on March 9, 1933, imposed a *de facto* Emergency War Powers Military Government, while ousting *de jure* Civilian Constitutional Government.

All Courts, Federal and State, now impose a Martial Due Process instead of a Civilian Due Process on every *"Person Within the United States,"* Natural and Artificial.

### "Trading With the Enemy Act," Section 5(b), 40 Statute Law 411

**1917—"That the President may investigate, regulate, or prohibit,**

**1933—"**During time of war or during any other period of national emergency declared by the President, **the President may,** through any agency that he may designate, or otherwise, **investigate, regulate, or prohibit,**

**Change 1.  TWEA is now imposed inside the geographic United States during a declared state of national emergency.**

**Change 2.  The President may now create agencies to "investigate, regulate or prohibit."  These agencies will be created during the 1930s.  The Securities and Exchange Commission is created in 1933; its first director is Knight of Malta Joe Kennedy.  A host of other agencies will be created as a result of the Jesuit Order's Fabian Socialist New Deal.**

**1917—"under such rules and regulations as he may prescribe, by means of licenses or**

**1933—"under such rules and regulations as he may prescribe, by means of licenses or**

**1917—"otherwise, any transactions in foreign exchange, export or ear-markings of gold**

**1933—"otherwise, any transactions in foreign exchange,** transfers of credit between

**Exhibit A**                    **Page 9 of 15**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014   AT   1:20 P M
BPA BOOK _____32_____ PAGES 728
DEPUTY CLERK

or payments by banking institutions as defined by the President, and **export**.

hoarding, melting, **or earmarking of gold**

**Change 3**.  Banking institutions within the United States are totally regulated by Congress without limitation.  No "Individual" may "hoard" his gold.  All gold will be taken from *"any person within the United States"* on June 5, 1933, via HJR-192 [3].

1917—"or silver coin or bullion or currency, transfers of credit in any form (other than

credits relating solely to transactions to be executed wholly within the United

States), and transfers of evidences of indebtedness or of the ownership of

property between the United States and any foreign country, whether enemy,

ally of enemy or otherwise, or between residents of one or more foreign

countries, by any person within the United States;

1933—"or silver coin or bullion or currency, by any person within the United States

---

3        When the Emergency Banking Act of 1933 and the Gold Reserve Act of 1934 outlawed the use of gold, such contracts became sources of controversy. In the gold clause case *Norman vs. Baltimore & Ohio Railroad Co.*, 294 U.S. 240 (1935), the U.S. Supreme Court ruled that gold clauses were invalid. However, Congress later reinstated the option to use gold clauses for obligations (new contracts) issued after October 1977 in accordance with 31 U.S.C. § 5118(d)(2).
        The United States Gold Reserve Act of January 30, 1934 required that all gold and gold certificates held by the Federal Reserve be surrendered and vested in the sole title of the United States Department of the Treasury.
        The Gold Reserve Act outlawed most private possession of gold, forcing individuals to sell it to the Treasury, after which it was stored in United States Bullion Depository at Fort Knox and other locations. The act also changed the nominal price of gold from $20.67 per troy ounce to $35.
        A year earlier, in 1933, Executive Order 6102 had made it a criminal offense for U.S. citizens to own or trade gold anywhere in the world, with exceptions for some jewelry and collector's coins. These prohibitions were relaxed starting in 1964 – gold certificates were again allowed for private investors on April 24, 1964, although the obligation to pay the certificate holder on demand in gold specie would not be honored. By 1975 Americans could again freely own and trade gold.
        The Gold Reserve Act authorized the Exchange Stabilization Fund to use such assets as were not needed for exchange market stabilization to deal in government securities.
        The Gold Reserve Act had economic ramifications far beyond national finance. At that time many contracts stipulated that their monetary terms could be demanded in gold. Such gold clauses were intended to protect against the United States devaluing the dollar. When the Emergency Banking Act of 1933 and the Gold Reserve Act of 1934 outlawed the use of gold, such contracts became sources of controversy. In the gold clause case *Norman vs. Baltimore & Ohio Railroad Co.*, 294 U.S. 240 (1935), the U.S. Supreme Court ruled that gold clauses were invalid. However, Congress later reinstated the option to use gold clauses for obligations (new contracts) issued after October 1977 in accordance with 31 U.S.C. § 5118(d)(2).
        The 2008 decision *216 Jamaica Avenue, LLC vs S&R Playhouse Realty Co.* established that a gold clause in contracts signed before 1933 was only suspended not erased, and under certain limited circumstances might be reactivated.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 9 2014   AT   1:20 P M
SPA BOOK      32      PAGES 729

DEPUTY CLERK

**Change 4.**  The provision excluding the TWEA of October 6, 1917, as amended from regulating transactions executed wholly within the United States is eliminated.  All foreign and domestic transactions of *"any person within the United States"* is to be investigated, regulated or prohibited.

**1917—"and he may require any such person engaged in any such transaction to furnish**

**1933—**"or any place subject to the jurisdiction thereof and the President **may require any person engaged in any transaction** referred to in this subdivision **to furnish**

**Change 5.**  The "new jurisdiction of the United States" established by the emergency war powers military government of the United States under Proclamation 2040 approved and confirmed by the EBRA amending the TWEA, now extends to all states and territories.

**1917—"under oath, complete information relative thereto, including the production**

**1933—"under oath, complete information relative thereto, including the production**

**1917—"of any books of account, contracts, letters or other papers, in connection**

**1933—"of any books of account, contracts, letters or other papers, in connection**

**1917—"therewith in the custody or control of such person, either before or after**

**1933—"therewith in the custody or control of such person, either before or after**

**1917—"such transaction is completed.**

**1933—"such transaction is completed.**

**1917—[End of Statute]**

**1933—**"Whoever willfully violates any of the provisions of this subdivision or of any license, order, rule or regulation issued thereunder, shall, upon conviction, be fined  not more than $10,000, or, if a natural person, may be imprisoned for not more than ten years, or both; and any officer, director, or agent of any corporation who knowingly participates in such violation may be punished by a like fine, imprisonment, or both.  As used in this subdivision the term 'person' means an individual, partnership, association, or corporation."  **[End of Statute]**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014    AT  1:20  P  M
BPA BOOK _____ 52 _____ PAGES 135
DEPUTY CLERK

**Change 6.**  New penalties are imposed for violating the amended TWEA extended into the United States affecting *"any person within the United States"* (natural or artificial) *"subject to the jurisdiction thereof,"* namely, to the newly imposed, non-civilian, emergency war powers, martial jurisdiction of the United States.

> Note: **"Person"** as defined under the TWEA is identical to a **"Person"** defined in the EBRA. However, an individual natural **"Person"** under the TWEA was a Private Citizen of the United States under Section 1 of the 14th Amendment.  The natural **"Person"** under the EBRA amending the TWEA and thereby extending the TWEA into the United States is a Public **"U.S. citizen"** treated like a corporation in commercial privilege.

### CONCLUSION

**Citizenship Status and Jurisdiction of the United States**

I.   Private Citizenship of the United States, Section 1, 14th Amendment

   *"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside."*

   A.  An individual is a natural *"person."*

   B.  That individual natural *"person"* is *"born or naturalized in the United States"* (the geographic "United States" composed of the states in union under the Constitution of the United States).

   C.  That individual natural *"person"* is *"subject to the jurisdiction thereof,"* the jurisdiction of the United States.

   D.  The *"jurisdiction thereof"* (jurisdiction of the United States) is the constitutionally-established, constitutionally-limited, *de jure,* civilian jurisdiction of the United States that began on March 4, 1789, and that ended on March 6, 1933, confirmed and approved on March 9, 1933, by the Emergency Banking Relief Act.

   E.  The citizenship of the "citizen of the United States" is private, not public.

   F.  Therefore, the Private "citizen of the United States" under Section 1 of the 14th Amendment is a *"person . . . subject to the jurisdiction of the United States."*  That jurisdiction is a civilian jurisdiction.

LAMAR COUNTY GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT 1:20 PM
BPA BOOK ___32___ PAGES 751
DEPUTY CLERK

II. Public Citizenship of the United States, Section 1, 14th Amendment

   A. A corporation is a "*person*" under Section 1, 14th Amendment.

   B. A corporation is a "*citizen*" under Section 1, 14th Amendment.

   C. A corporation is created by a state for the benefit of the public.

   D. A corporation is a public "*citizen of the United States*."

   E. By operation of law, the Certificate of Live Birth, on the day it was filed with a public office of the state of natural birth, created an individual corporate/trust entity, a Public "*citizen of the United States*," its property being the Private "*citizen of the United States*."

   F. On March 6, 1933 (approved and confirmed on March 9, 1933, via the EBRA), all registered property (land, labor and businesses) were seized as "booty of war" by Proclamation 2039 of President Franklin D. Roosevelt acting under the World War I statutory authority of the "Trading With the Enemy Act" of October 6, 1917, as amended 14 times up to and including March 10, 1930.

   G. On March 6, 1933 (approved and confirmed on March 9, 1933, via the EBRA), the constitutional, limited, *de jure*, civilian government of the United States was ousted and replaced with a statutory, unlimited, *de facto*, military government of the United States.

   H. On March 6, 1933 (approved and confirmed on March 9, 1933, via the EBRA), the civilian "*jurisdiction of the United States*" under Section 1 of the 14th Amendment was removed and replaced with the military "*jurisdiction of the United States*" under the "Emergency Banking Relief Act" now codified as 12 USC 95a based upon the military "Trading With the Enemy Act" now codified a 50 USC App. 5(b).

   I. Therefore, the Public "*citizen of the United States*" under Section 1 of the 14th Amendment is a "*person . . . subject to the jurisdiction of the United States*" under the "Emergency Banking Relief Act" (12 USC 95a) based upon the "Trading With the Enemy Act" (50 USC App. 5(b)). That jurisdiction is a military jurisdiction imposing martial process in every action, state and federal, civil and criminal.

## FINAL CONCLUSION

The <u>Private</u> "*citizen of the United States*" is a "*person*" subject to the constitutional, *de jure*, peacetime, jurisdiction of the United States under Section 1 of the 14th Amendment.

That peacetime jurisdiction of the United States is a **civilian jurisdiction** using **civilian process** to gain *in personam* jurisdiction.

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014    AT    1:20 P M
SPA BOOK        32        PAGES 732
DEPUTY CLERK

On the other hand:

The Public "**citizen of the United States**" is a "***person***" subject to the statutory, *de facto*, wartime jurisdiction of the United States under the "Emergency Banking Relief Act" (codified as 12 USC 95a) based upon the military "Trading With the Enemy Act" (codified as 50 USC App. 5(b)).  All actions, federal and state, criminal and civil, using martial process to confer *in personam* jurisdiction of the emergency war powers courts are founded upon these **two statutes**.

That wartime jurisdiction of the United States is a **military jurisdiction** using **martial process** to gain *in personam* jurisdiction.

**You are either a Constitutional Private "citizen of the United States"**

Or

You are a Statutory Public "citizen of the United States"

---

**You are either a "*person*" under Section 1 of the 14th Amendment**

Or

You are a "*person*" under the commercial "Emergency Banking Relief Act" (1933)
(12 USC 95a)
Based upon the martial "Trading With the Enemy Act" (1917)
(50 USC App. 5(b))

---

**You are either subject to a civilian "*jurisdiction of the United States*"
Under Section 1 of the 14th Amendment**

Or

You are subject to a martial "*jurisdiction of the United States*"
Under the "Emergency Banking Relief Act" (1933) and
The "Trading With the Enemy Act" (1917)
(12 USC 95a and 50 USC App. 5(b))

---

**You are one of the Sovereign People of the United States of America**

Or

You are one of the conquered people of the United States of America

**The End**

Exhibit A                                    **Page 14 of 15**

**BIRTHER CONFESSION - DCD 20-cr-165              PAGE 035 of 156**

LAMAR COUNTY GA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 2 9 2014 AT    1:20 P M
BPA BOOK        32        PAGES 733
DEPUTY CLERK

That for the reasons expressed above, notwithstanding whether a natural person is born within a State of the United States of married citizen parents, the Executor and Beneficiaries of this EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA are of a singular class separate and apart from those who are either naturalized or born a citizen, and are unable to certify as eligible for POTUS one of the conquered people of the United States of America as long as the dejure citizen of the United States remains the surety-indenture for the Debtor trust with beneficial interest in the surety, for that natural person is the property of the United States and is a slave unable to fulfill the duties of POTUS.

Therefore, the Executor and Beneficiaries are bound by their registered status as private citizens of the United States with their bonafide status as a natural-born Citizen within the duties and obligations of this DEED in TRUST to only certify a candidate is eligible based upon the foregoing and shall seek equity relief of a chancellery court for attempt to USURP the POTUS to the contrary.

That the Beneficiaries for this DEED in TRUST are private citizens of the United States in respect to the debtor trust entity registered with the United States Secretary of the Treasury with acceptance confirmed for each respective package by Certified Mail with numbers for their account in regards to the period ending before the filing of this DEED in TRUST and that the undersigned Beneficiaries are certified natural-born Citizens capable of rendering a decision as to the status of a POTUS candidate.

That Executor and Settlor (SETTLOR), who privately is of equal beneficial interest to the Beneficiaries or any member of the class defined above in the execution of the obligations of this DEED in TRUST, is **Christopher Earl Strunk** in esse Sui juris private citizen of the United States, the secured beneficiary agent of the Debtor Trust transmitting utility ™CHRISTOPHER EARL STRUNK© as duly registered with the United States Secretary of the Treasury with account ▮▮▮▮▮ ▮▮▮▮Accrual ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮▮▮ and located at 593 Vanderbilt Avenue PMB 281 Brooklyn, New York zip code excepted 11238 Cell Phone: 845-901-6767 Email: chris@strunk.ws, who upon his acceptance will duly serve this Trust publicly without beneficial interest until further written notice unanimously approved by undersigned Beneficiaries and be reimbursed for his time and expense acceptable to the Beneficiaries.

**The undersigned Beneficiaries hereby enact this EXPRESS DEED IN TRUST and appoint the SETTLOR:**

_____ in esse Sui juris
private citizen of the United States,
the secured beneficiary agent of the Debtor Trust
transmitting utility ▮▮▮▮▮▮▮▮▮▮▮

Dated: _____

**Exhibit A**                     **Page 15 of 15**

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 29 2014 AT 1:28 PM
BPA BOOK _____ 32 _____ PAGES 153
_____
DEPUTY CLERK

## BENEFICIARY AMENDMENT TO THE EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA

**WITH BENEFICIARY DISCRETION FOR PRIVATE CITIZENS OF THE UNITED STATES WHO ARE TRUE *NATURAL-BORN CITIZENS* UNDER THE UNITED STATES CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5 AND NOT SURETY-INDENTURES FOR THEIR RESPECTIVE DEBTOR TRUST ENTITY UNDER 12 USC 95 AND 50 USC APP. 5(b) MARTIAL GOVERNMENT WITH A CONTINUING NATIONAL EMERGENCY**

This is a Beneficiary Amendment to the Express Deed in Trust claim of beneficial interest in and over all the public and private real, personal, tangible and intangible Property within THE UNITED STATES OF AMERICA geographic border to safeguard and secure for the posterity of WE the People of the United States of America in the nation given by GOD for securing each private Citizen's unalienable rights and beneficial interest in pursuit of life liberty and happiness in perpetuity, and with the Executor and Beneficiaries duty to this Trust shall guarantee that all incumbents and future candidate(s) for the Office of President or Vice President of the United States (POTUS) shall be a bonafide *Natural-Born Citizen* (NBC) private citizen of the United States agent who is surety no more to the Debtor Trust Entity in compliance with the United States Constitution Article 2 Section 1 Clause 5, either under 12 USC 95 and 50 USC App. 5(b) with the Military Government authority of renewed annual National Emergency or otherwise **(DEED in TRUST).**

That for the reasons expressed above, notwithstanding whether a natural person is born within a State of the United States of married citizen parents, the Executor and Beneficiaries of this EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA are of a singular class separate and apart from those who are either naturalized or born a citizen, and are unable to certify as eligible for POTUS one of the conquered people of the United States of America as long as the dejure citizen of the United States remains the surety-indenture for the Debtor trust with beneficial interest in the surety, for that natural person is the property of the United States and is a slave unable to fulfill the duties of POTUS.

Therefore, the undersigned ████████████████ is bound to the rules and intent of this DEED in TRUST by the unanimous decision of the Executor SETTLOR Christopher Earl Strunk and Beneficiary ████████████ have authorized me to become a DEED in TRUST Beneficiary based upon my registered status as private citizen of the United States with a bonafide natural-born Citizen status within the duties and obligations of this DEED in TRUST to only certify a candidate is eligible based upon the foregoing and shall seek equity relief of a chancellery court for any incumbent and or attempt to USURP the POTUS to the contrary.

I, ████████████████████, the undersigned hereby accept the terms, conditions and duties as a Beneficiary to this EXPRESS DEED IN TRUST.

Dated: *25 April 2014*

████████████████████ in esse Sui juris
private citizen of the United States,
the secured beneficiary agent of the Debtor Trust
transmitting utility ████████████████

EXHIBIT A-2