# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**Plaintiff,**

   **v.**                            **Criminal Action No. 20-165-JEB**

**KEVIN CLINESMITH,**

**Defendant.**

_____

**CHRISTOPHER EARL STRUNK, EXECUTOR AND SETTLOR FOR THE EXPRESS DEED IN TRUST TO THE UNITED STATES OF AMERICA, MAKES THIS BIRTHER CONFESSION AS TO OUTRAGEOUS ACTS OF FACTITIOUS DISORDER IMPOSED ON ANOTHER, IN LIEU OF EQUAL TREATMENT OF A 18 USC §1001 CURE TO CONVICT SENIOR EXECUTIVE SERVICE SCAPEGOAT DEFENDANT ALSO KNOWN AS KEVIN CLINESMITH, PROFFERS THE CRIMINAL ACCESSORY INFORMATION EXPERTISE AND INSIGHT FOR JAMES EMANUEL BOASBERG'S SECRET SOCIETY LIES AND CONCEALMENT IN U.S. SENATE CONFIRMATION**

# EXHIBIT 5

8/21/2020    Case 1:18-cv-00068   Document 483-8   Filed on 10/06/20 in TXSD   Page 2 of 91

Americans for Innovation: OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ...

More           suretynomore@gmail.com  Dashboard  Sign Out



**Americans for Innovation**™

To ensure you are reading the latest post, click the logo above.
SEARCH by topic, keyword or phrase. Type in Custom Search box

e.g. "IBM Eclipse Foundation" or "racketeering"

Wednesday, January 6, 20xx

# OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ETHICS DISCLOSURES TO HIDE ANTI-AMERICAN LEFTIST BIAS AND PROPAGANDISTS

**In 2002, Boasberg failed to disclose massive conflicts re. Pilgrims Society, Mueller, FBI, Wilmer Hale LLP, MI6, Imperial Press "Five Eyes" control of global propaganda, Privy Council, Hillary attorney David Kendall, Obama bundler, Yale Skull & Bones, Oxford Union and wife's Silicon Valley deal making**

**Three Boasberg court clerks now work for Hillary's Skadden Arps LLP and Mueller's Wilmer Hale LLP**

**Boasberg must resign or be fired and impeached for his Senate confirmation fraud as we shall see below**

CONTRIBUTING WRITERS | OPINION | *AMERICANS FOR INNOVATION* | JAN. 07, 2020, UPDATED AUG. 07, 2020 | PDF | https://tinyurl.com/rytue7ig

## SENIOR EXECUTIVE SERVICE (SES) HIJACKED THE INTERNET



Michael McKibben EXPO...

Click here to download a raw *.mp4 version of this video



**DEEP STATE SHADOW GOVERNMENT POSTER**

Member

Harvard | Yale | Stanford | Oxbridge (Cambridge, Oxford) | Sycophants





**CORRUPTION CENTRAL**



LEGEND: Some corruptocrat photos in this blog contain a stylized Christian Celtic Wheel Cross in the background alongside the text "Corruption Central" meaning we have put the person's conduct under the microscope and discovered that he or she is at the center of global corruption. Judge Amy Berman Jackson asserts that it is unambiguously (to her anyway) a rifle cross hair. This shows her woeful ignorance of theology, history, symbology and engineering. It could be many things, but she clearly wanted to see a rifle sight (ask her about her role in Fast and Furious gun running). Others assert equally ignorantly that it is a pagan or white supremacist symbol. This stylized Christian Chi-Rho Cross dates to 312 A.D. when Emperor Constantine adopted the symbol after his history-changing "By this sign, you shall conquer" vision on the Milvian Bridge. A similar Wheel Cross form was widely used in Ireland by the eighth century. The triple entendre indicates that the person's corrupt life, when studied under a microscope, has been found wanting, but that there is hope in Christ if the person repents from his or her wicked ways. It triples as a reticle or graticule built into all sorts of eyepieces in microscopes, oscilloscopes, surveying instruments, astronomy optics.

**BIRTHER CONFESSION - DCD 20-cr-165**      **PAGE 126 of 156**

8/21/2020    Case 1:18-cv-00068   Document 483-8   Filed on 10/06/20 in TXSD   Page 3 of 91

Americans for Innovation: OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ...

*Boasberg lied, as we shall show.*

# BOASBERG HID SIGNIFICANT RELATIONSHIPS IN 2002, THEN DISCLOSED THEM IN 2010

## 2002       2010



**Fig. 4—S. Hrg. 107-561. (Jun. 26, 2002).** James Emanuel 'Jeb' Boasberg, Judiciary Committee Confirmation Hearings, CHRG-107shrg80608, p. 12. U.S. Senate.

**Fig. 5—S. Hrg. 111-695, Pt. 7. (Sep. 15, 2010).** James Emanuel 'Jeb' Boasberg, Amy Berman Jackson Judiciary Committee Confirmation Hearings, CHRG-111shrg66720, pp. 665-667. U.S. Senate.

While at Oxford, I wrote a movie review for a magazine called *Isis* in November 1985. In college, I wrote two pieces on the Washington Redskins for the *Yale Daily News* in January 1984. In high school, I wrote many sports articles for the *St. Albans News*. I did not retain copies.

**Fig. 6—Judge Boasberg did not disclose this association with Oxford's Pilgrims Society** *The ISIS* media propaganda and spy recruiting operation in 2002. S. Hrg. 111-695, Pt. 7. (Sep. 15,

Fully updated Mar. 25, 2014 in the wake of the Scribd censorship:

1. **HOW PATENT JUDGES GROW RICH ON THE BACKS OF AMERICAN INVENTORS**  Patent Office filings are shuffled out the USPTO backdoor to crony lawyers, banks and deep-pocket clients.

2. **WAS CHIEF JUSTICE ROBERTS BLACKMAILED** into supporting Obamacare by his ethical compromises in *Leader v. Facebook*?

3. **JUSTICE ROBERTS MENTORED**  Facebook Gibson Dunn LLP attorneys.

4. **JUSTICE ROBERTS HOLDS**  substantial Facebook financial interests.

5. **JUDGE LEONARD STARK FAILED** to  disclose his Facebook financial interests and his reliance on Facebook's Cooley Godward LLP attorneys for his appointment.

## BARACK OBAMA'S DARK POOLS OF CORRUPTION

Click to enlarge



**CLICK HERE FOR WASHINGTON'S ETHICAL DISEASE DISCOVERIES RE. FACEBOOK "DARK POOLS"**

## STOP FACEBOOK PROPERTY THEFT


We see. We "like." We steal.
STOP FACEBOOK PROPERTY THEFT
www.fbcoverup.com

WILL HUMANKIND EVER LEARN? Facebook's Orwellian doublespeak about property and privacy (theft) merely repeats the eventual dehumanization of the individual under MAO's Red Star, Stalin's SOVIET Hammer & Cycle and Hitler's NAZI Swastika. Respect for the inalienable rights of each individual is a bedrock value of democracy. The members of the Facebook Cabal abuse this principle at every opportunity. They evidently believe that they deserve special privileges and are willing to lie, cheat and steal in order to treat themselves to these privileges.



**Fig. 2**–Douglas Gabriel, Michael McKibben. (Jan. 13, 2020). Impeach John Roberts or the Republic is Toast. American Intelligence Media, Americans for Innovation. (Raw *.mp4 video file).

*Video: American Intelligence Media, Americans for Innovation, Leader Technologies, Inc.*

## ORIGINAL POST

**(JAN. 08, 2020)**—James E. "Jeb" Boasberg, the incoming presiding judge of the FISA Court, has a secret past hiding under his black robe. He avoided disclosing numerous Oxford University relationships with well-known globalist Pilgrims Society/Privy Council media propagandists, as well as Obama, Clinton and Mueller law firms. **The Senate ethics rules require judge candidates to disclose all "material" relationships.**

Judge Boasberg conceals his secret past. This new research proves his duplicity.

Our investigations have uncovered numerous relationships that Judge Boasberg did not want the American public to know in 2002 when he promised to tell the truth.

On Jun. 26, 2002, at Boasberg's Senate Judiciary Committee confirmation hearing, Senator Dick Durbin asked Boasberg "Is there anything that you are aware of in your background that might present a conflict of interest with the duties of the office to which you have been nominated?"

Boasberg answered: "No, sir."



**Fig. 3**–James E. 'Jeb' Boasberg.

- Universal Toxic Substance Symbol & Warning
FINANCIAL HOLDINGS OF OBAMA POLITICAL
APPOINTEES, BY AGENCY Bookmark: #archive

**CONGRESS CONTACT LOOKUP**

**Contacting the Congress**

**FOLLOW BY EMAIL**

Email address...

**BLOG ARCHIVE**

▼ 2020 (7)
  ► July (1)
  ► June (1)
  ► April (1)
  ► March (1)
  ► February (1)
  ▼ January (2)
      CORONAVIRUS TRACED TO THE BRITISH CROWN
      OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E...
► 2019 (13)
► 2018 (21)
► 2017 (27)
► 2016 (39)
► 2015 (34)
► 2014 (26)
► 2013 (28)
► 2012 (6)

UPDATED JUL. 25, 2014

**FIVE CRITICAL AFI POSTS ON JUDICIAL COMPROMISE**

8/21/2020    Americans for Innovation: OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ...

Case 1:18-cv-00068   Document 483-8   Filed on 10/06/20 in TXSD   Page 5 of 91

Mnuchin, George W. Bush, John Kerry, Winston Lord (Council on Foreign Relationship—CFR), George H.W. Bush, Jonathan J. Bush, William H. Draper III (EX-IM bank, United Nations Development Programme—UNDP). Bill & Hillary Clinton are both Yale Law graduates, as is Hunter Biden.



Fig. 8—Yale Skull & Bones logo. Boasberg failed to disclose his membership in Yale Skull & Bones in both 2002 and 2010.

This omission alone condemns Judge Boasberg because those are absolutely material relationships.

# OXFORD UNION / ST. PETER'S COLLEGE:

In both 2002 and 2010, Boasberg not only concealed his associations in Oxford University's *The ISIS* publication, but he also failed to disclose (1) his college, **St. Peter's College**, and (2) his membership in the **Oxford Union** that he joined in Nov. 1985 (this fact has just been confirmed, in writing, to our researchers, by Oxford University authorities).

Curiously, Boasberg joined the Oxford Union the very *same month* that he claims to have published a movie review in *The ISIS* (see Fig. 4 above). To start publishing for the university newspaper just weeks after arriving is a remarkable



## THE ISIS

## IS IS

GERMAN ART • BEYOND POWER
CHRISTOPHER LOGUE • ROYALTY
CENTRAL AMERICAN DIARY
HARVARD • HEALTH FOOD
NO.4   MICHAELMAS   1985   20P.

Fig. 9—Jeremy Britton, Allegra Mostyn-Owen, eds. (Nov. 29, 1985). The ISIS Magazine, Isis No. 1764, Michaelmas No. 4 (Winter Quarter). Isis Publications Ltd.

Boasberg's alleged movie review on p. 18 is available here. We have confirmed that none of the authors identified is an alias. See below.

Note: UK librarians searched *The ISIS* publications in the months and years

6. Instagram-scam
7. USPTO-reexam Sham
8. Zynga-gate
9. James W. Breyer / Accel Partners LLP Insider Trading
10. Federal Circuit Disciplinary Complaints
11. Federal Circuit Cover-up
12. Congressional Briefings re. Leader v. Facebook Judicial corruption
13. Prominent Americans Speak Out
14. Petition for Writ of Certiorari
15. Two Proposed Judicial Reforms
16. S. Crt. for Schemers or Inventors?
17. Attorney Patronage Hijacked DC?



18. Justice Denied | Battle Continues
19. FB Robber Barons Affirmed by S. Crt.
20. Judicial Misconduct WALL OF SHAME
21. Corruption Watch - "Oh what webs we weave, when first we practice to deceive"
22. Facebook | A Portrait of Corruption
23. White House Meddling
24. Georgia! AM 1080 McKibben Interview
25. Constitutional Crisis Exposed
26. Abuse of Judicial Immunity since Stump
27. Obamacare Scandal Principals are intertwined in the Leader v. Facebook scandal
28. S.E.C. duplicity re. Facebook

Bookmark: #gibson-dunn

## GIBSON DUNN LLP exposed as one of the most corrupt law firms in America

 **Investigative Reporter Julia Davis** investigates Facebook's *Leader v. Facebook* attorney Gibson Dunn LLP. She credits this firm with the reason why not a single Wall Street banker has gone to jail since 2008. Click here to read her article "Everybody hates whistleblowers." *Examiner.com*, Apr. 10, 2012. Here's an excerpt:

"Skillful manipulation of the firm's extensive media connections allows Gibson Dunn to promote their causes, while simultaneously smearing their opponents and silencing embarrassing news coverage."

This statement followed right after Davis cited Facebook's chief inside counsel in the *Leader v. Facebook* case, Theodore Ullyot, who appears to have helped lead the *Leader*

2010); James Emanuel 'Jeb' Boasberg, Amy Berman Jackson Judiciary Committee Confirmation Hearings, CHRG-111shrg66720, p. 670. U.S. Senate.

## ASK CONGRESS: PASS THE INVENTOR PROTECTION ACT!

# HERE ARE THE RELATIONSHIPS THAT BOASBERG CONCEALED IN 2002:

Bookmark: #james-e-boasberg-biography-timeline | https://tinyurl.com/yx6sr2th

## FISA JUDGE JAMES E. "JEB" BOASBERG BIOGRAPHY & TIMELINE





**LEADER TECHNOLOGIES**
Inventor Protection Act

*Rescind. Investigate. Sanction. Certify.*

**Contact your representatives. Ask them to pass it. Real American inventors need your support.**
http://www.contactingthecongress.org/
http://americans4innovation.blogspot.com

Click image above to download a poster-quality PDF optimized for a 11in. x 17in. (ledger-size) poster. America should not be in the business of cheating its entrepreneurial inventors simply because the cheaters buy off judges with the money gained from their theft. Such permissiveness is obscene.

Fig. 7—James E. 'Jeb' Boasberg, (Prepared Jan. 14, 2020). Biography & Timeline. Anonymous Patriots. (Raw *.xlsx file—check your "Downloads" folder to find this file on your computer or device). Many thanks to the many researchers who assisted in compiling this resume. No better or more accurate Boasberg resume exists, in our opinion.

## LEADER V. FACEBOOK BACKGROUND

Jul. 23, 2013 NOTICE: DonnaKlineNow! has gone offline. All her posts are available as a PDF collection here (now updated, post-Scribd censorship).

Mar. 20, 2014 READER NOTICE: On Mar. 7, 2014, all of our documents linked to Scribd were deleted by that "cloud" service using the flimsiest of arguments . Some of our documents have been there for two years and some had almost 20,000 reads.

George Orwell wrote in *1984* that one knows one is in a totalitarian state when telling the truth becomes an act of courage.

All the links below were updated Mar. 20, 2014 (many thanks to our volunteers!)

1. Summary of Motions, Appeal, Petition, Evidence, Analysis, Briefings (FULL CITATIONS) in *Leader Technologies, Inc. v. Facebook, Inc.*, 08-cv-862-JJF-LPS (D. Del. 2008), published as *Leader Techs, Inc. v. Facebook, Inc.*, 770 F. Supp. 2d 686 (D. Del. 2001)

2. Dr. Lakshmi Arunachalam's Censored Federal Circuit Filings (Archive)

3. Brief Summary of *Leader v. Facebook*

4. Backgrounder

5. Fenwick & West LLP Duplicity

# YALE SKULL & BONES SECRET SOCIETY:

In 2002 (and 2010), Judge Boasberg concealed his 1985 membership in the Yale University secret society Skull & Bones.

Many well-known people are also Skull & Bones alumni, like Steven



8/21/2020    Case 1:18-cv-00068   Document 483-8   Filed on 10/06/20 in TXSD   Page 7 of 91

Americans for Innovation: OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ...



Fig. 1—James Emanuel "Jeb" Boasberg, is a disciple of the globalist Pilgrims Society and its 1902 Cecil Rhodes (and his many Rhodes Scholars) secret agenda to implement a two-tiered "New World Order" with communism for the masses and corporate-controlled masters headquartered in London, protected by the Monarch's Privy Council of self-styled globalist elitists. The unaccountable Senior Executive Service (SES) and FISA Court in the United States were fashioned by secret Pilgrims Society members to mimick the unaccountable British Privy Council and its Judicial Committee in preparation for the reabsorption of America into the British Empire—Cecil Rhodes' 200-year plan for British world control. See So You Thought Rhodes Scholarships Were Good? and Proof Of The 100-year Anglo-American Propaganda War—Patriots Are Ending It! See also George Haven Putnam. (Jul. 04, 1918). Declaration of interdependence. The Library of War Literature.

S. Hrg. 107-561. (Jun. 26, 2002). James Emanuel "Jeb" Boasberg, Judiciary Committee Confirmation Hearings, CHRG-107shrg80608. U.S. Senate.

S. Hrg. 111-695, Pt. 7. (Sep. 15, 2010). James Emanuel "Jeb" Boasberg, Amy Berman Jackson, Judiciary Committee Confirmation Hearings, CHRG-111shrg66720. U.S. Senate.

James E. Boasberg. (Filed May 03, 2013). 2012 Financial Disclosure, FISA Analysis. U.S. Courts. (See the usual suspects for the Pilgrims Society/Privy Council "Internet of Things" global surveillance, eugenics and propaganda grid of self-styled transnational elitists/fascists [George Soros-funded ANTIFA chant: "No borders, no wall, no USA at all"]: Fidelity, Berkshire Hathaway, Microsoft, T. Rowe Price, State Street, Cisco, Vanguard, E-Trade, Intel, Johnson & Johnson, Linear Technology, Medtronic, Moody's, Proctor & Gamble, Wells Fargo, Walgreen, Western Union. Indeed, these companies are trying to make a world controlled by unelected fascist, London-based corporations—just as Cecil Rhodes dreamed, and groomed Oxford and Harvard students, like Jeb Boasberg, Bill Clinton, Susan Rice, George Stephanopolous, Wesley Clark, Cory Booker, Rachel Maddow, Jake Sullivan, James Woolsey, Leonard Stark, Larry Summers, Sheryl Sandberg, James P. Chandler, III and Pete Buttigieg, among others, to achieve.)



James E. Boasberg. (Prepared Jan. 14, 2020). Biography & Timeline. Anonymous Patriots. (Raw *.xlsx file)

Graphic: AFI.

Reader Notice: New research is flooding in on Judge Boasberg's secret life. Therefore, rather than wait until all the evidence links are processed, we decided to go ahead and publish. Return several times over the next month to pick up the new evidence.

Bookmark:#impeach-boasberg-and-roberts | https://tinyurl.com/yybn5ae5



predation pointers, binoculars, etching equipment, and yes, gun sights, but also computer mouse pointers! Therefore, to claim that it could only mean a gun sight, as Judge Jackson did, is truly ignorant. As shown, it is a call to prayer and repentance based upon microscopic observation of the comptcrant's conduct. For Judge Jackson to use her ignorance of this symbol as the excuse to gag Roger Stone's FREE SPEECH right to defend himself is heinous abuse of authority. Chief Justice John Roberts should censor her immediately. Patriots must demand it.

Bookmark:#stand-with-roger-stone

ROGER STONE SPEAKS: On Nov. 18, 2017, Twitter censored New York Times best-selling author Roger Stone completely. Every red-blooded American should be outraged. Republican, Democrat and independent alike. If Roger's voice is silenced today, yours is next. We must break this embargo. Click here to read and share Roger's latest perspectives on the Battle for our Republic, including his responses to his critics (who have not been censored).

CLICK HERE TO SEE
COMBINED TIMELINE OF THE HIJACKING OF THE INTERNET

PAY-to-PLAY NEW WORLD ORDER. This timeline shows how insiders sell access & manipulate politicians, police, intelligence, judges and media to keep their secrets

Clintons, Obamas, Summers were paid in cash for outlandish speaking fees and Foundation donations. Sycophant judges, politicians, academics, bureaucrats and media were fed tips to mutual funds tied to insider stocks like Facebook. Risk of public exposure, blackmail, pedophilia, "snuff parties" (ritual child sexual abuse and murder) and Satanism have ensured silence among pay-to-play beneficiaries. The U.S. Patent Office is their toy box from which to steal new ideas.



BIRTHER CONFESSION - DCD 20-cr-165      PAGE 131 of 156

achievement. The "Michaelmas" term (Winter quarter) at Oxford starts around Oct. 10th each year —just weeks earlier. The ethics question is: "Who was Boasberg's Oxford handler and what were their objectives?"

before and after Boasberg's claimed "November 1985" movie review. The other Nov. 01, 1985 The ISIS number also does not mention Boasberg.



The p. 22 movie reviews also do not contain a Boasberg credit, nor does any other number in the months and years before and after.

Boris Johnson, the current British prime minister, was president of the Oxford Union when Boasberg joined (1985-1986). This important fact has been concealed by Boasberg. The fraud here is the *concealment* of this fact from the American people, not whether it is a problem or not. If Boasberg has a conflict with Boris Johnson and is hiding it, then the fraud is doubly a problem for him.

St. Peter's College (Oxford University) Alumni include many well-known propagandists and spies, including:



Fig. 10—St. Peter's College crest, Oxford University. James E. Boasberg studied at St. Peter's College during the 1985-1986 term. He received an M.St. in Modern European History. He also joined the Oxford Union when Boris Johnson was president. He claims that within a month of arriving at Oxford, he wrote a movie review in *The ISIS* leftist/communist student magazine founded in 1892.

An Oxford PhD we consulted said that St. Peter's College is and has been notorious for its "far left-wing politics." He indicated that its Vatican ties and its exclusively male London gentlemen's clubs (spy haunts) are well known.

None of the information about St. Peter's College was

# MEDIA & JOURNALISM (PRACTICALLY ALL ARE PILGRIMS SOCIETY, EMPIRE PRESS UNION, AND MI6, MI5 AND GCHQ FOUNDERS IN 1909):

# THE *GROOMING* OF BRITISH & AMERICAN MEDIA & BANKING SPIES IS EVIDENT (BANK OF

v. *Facebook* judicial corruption. Interesting word choices associated with Gibson Dunn LLP: manipulation, smear. Attorneys swear a solemn oath to act morally, ethically, and in support of democratic principles. They promise to conduct themselves in a manner than instills confidence among the citizenry in the rule of law and the judicial system. These promises appear to be meaningless. Click here for a PDF version of Julie Davis' article.

## POPULAR POSTS



**CORONAVIRUS TRACED TO THE BRITISH CROWN**
The Pirbright Institute (UK) has been awarded 11 U.S. Patents, including Coronavirus U.S. Pat. No. 10,130,701 The Pirbright Institute...



**OBAMA HIRED THEM. TRUMP CANNOT FIRE THEM. SO THEY SAY.**
Senior Executive Service (SES) is ~10,000 Deep State shadow government employees who are sabotaging the American Republic for the globalis...



**MUELLER'S JUDGE AND PROSECUTOR TAKE THEIR ORDERS FROM HILLARY**
Congressional disclosures prove the Mueller probe is "the fruit of the poisonous tree" Nardone v. U.S. Judge Amy B. Jackson...



**ROBERT MUELLER - THE ORGANIZER OF 9/11 - IS MUSCLING HILLARY TO BE THE MOB BOSS OF AN EMPIRE WITHOUT BORDERS OR MORALITY**
Yes, Mueller organized 9/11, and then investigated himself ! Mueller placed his patsy Joseph E. Sullivan at Cloudflare to fix the 2018...



**LEADER TECHNOLOGIES FILES TRILLION DOLLAR BOND LIEN ON THE U.S. GOVERNMENT**
President Trump is asked to compensate Leader for the theft of their inventions by the Deep State shadow government Leader's social net...



**THE SHADOW GOVERNMENT USES SES, SERCO AND OPIC AS PORTALS INTO HORRIFIC CORRUPTION**
These lawyers, bankers, academics, journalists, bureaucrats and self-styled elitists sponge off the actual wealth-creation of hard working ...



**PROOF: ROBERT MUELLER CANNOT BE IMPARTIAL IN THE RUSSIA INVESTIGATION**
Mueller's Deep State relationships will politicize the FBI yet again Contributing Writers | Opinion | AMERICANS FOR INNOVATION  |  ...



**CORONAVIRUS SOURCE DISCOVERED! ALSO UNCOVERS LORD PIRBRIGHT, A ROTHSCHILD, AS KEY TO THE 140-YR. PILGRIMS SOCIETY**

# ENGLAND, J.P. MORGAN, G20, EURO CENTRAL BANK)

disclosed by Boasberg in his Senate Ethics Confirmation Statement in either 2002 or 2010. This is fraud.

MONOPOLY OVER WORLD SOCIETY, COMMERCE & WAR

The British Crown and the C.I.A. teamed up treasonously via QinetiQ Group Plc controlled by the Monarch Lord Pirbright (Rothschild) a...



**MEET THE PERSON WHO CAN REMOTELY CRASH PLANES AND CAN READ YOUR MIND**
Monstrous Patent calls people "wet ware" Implanted devices deliver electric shock, poisons, dopamine, adrenaline, emit mind control freq...



**WEAPONIZED CORONAVIRUS IS AN ANGLO-AMERICAN PILGRIMS SOCIETY ATTACK ON NON-GLOBALIST AMERICA WHILE BLAMING CHINA**
Contributing Writers | Opinion | AMERICANS FOR INNOVATION | Mar. 16, 2020, Apr. 10, 2020 | PDF | https://tinyurl.com/rt7q8sy Fig....

---

Sources: Webmaster. (Accessed Jan. 11, 2020). Notable Alumni. St. Peter's College (Oxford University). (*.xlsx spreadsheet of St. Peter's College alumni names); includes PHOTOS.

Webmaster. (Accessed Jan. 14, 2020). St. Peter's People (employees). St. Peter's College (Oxford University). (*.xlsx spreadsheet of St. Peter's College).

---

- **Caroline Modarressy-Tehrani (2004)**
  Journalist and presenter, *Huffington Post Live*, New York.
- **Helen Lewis (2001)**
  Staff writer at *The Atlantic*. Former Deputy Editor of *The New Statesman*.
- **Devika Bhat (2000)**
  Washington Correspondent and Washington Online News Editor at The *Times*.
- **Afua Hirsch (1999)**
  Author, former Social Affairs and Education Editor at *Sky News*, former Africa Correspondent for *The Guardian*.
- **Duncan Hooper (1997)**
  Editor in Chief of Digital Platforms for *Euronews*.
- **James Chapman (1996)**
  Politics Editor at *The Daily Mail* since 2009.
- **Ben Wright (1995)**
  Washington Correspondent for *BBC News* since 2012.
- **Rhys Blakely (1995)**
  LA Correspondent at The *Times* since 2011. Formerly Mumbai correspondent (2007-2011)
- **Annabel Rivkin (1992)**
  Executive Editor, *Tatler*
- **Gordon Corera (1992)**
  *BBC* Security Correspondent since 2004.
- **Richard Lloyd Parry (1987)**
  Asia Editor of The *Times* and author of *In the Time of Madness*, about Indonesia and East Timor.
- **Helen Wallace (1986)**
  Music Journalist and former Editor of *BBC Music Magazine*.
- **Martin Webber (1984)**
  Business News Editor, *BBC World Service*.
- **Matt Frei (1982)**
  Channel 4 News presenter and formerly the *BBC*'s Washington correspondent.
- **Richard Galpin (1982)**
  *BBC* World Affairs Correspondent.
- **Geordie Greig (1979)**
  Editor of *The Daily Mail*, formerly editor of *The Evening Standard* and literary editor of The *Sunday Times*.
- **Norman Smith (1978)**
  Chief Political Correspondent for the *BBC* News.
- **Martin Ivens (1977)**
  Editor of The *Sunday Times*.

# FINANCIAL SERVICES:

- **Dr Mark Carney (1991)**
  Current Governor of the Bank of England and Chairman of the G20's Financial Stability Board.

## EDITORIALS

1. DC Bar refuses to investigate attorney misconduct in Leader v. Facebook - Unwillingness of DC attorneys to self-police may explain why Washington is broken, Dec. 30, 2012

2. Will the U.S. Supreme court support schemers or real American inventors? Facebook's case dangles on a doctored interrogatory. Eighteen (18) areas of question shout for attention, Dec. 27, 2012

3. Two Policy Changes That Will Make America More Democratic (and less contentious), Dec. 21, 2012

## OUR MISSION

American citizens must fight abuse of the constitutional right for authors and inventors to enjoy the fruits of their inventions, as a matter of matter of basic property rights and sound public policy. Otherwise, instead of innovation, creativity, genius, ideas, vision, courage, entrepreneurship, respect, property, rejuvenation, morals, ethics, values, renewal, truth, facts, rights, privacy, solutions and judicial faithfulness,

*. . . our society and economy will be dragged down (and eventually destroyed) by copying, infringement, thievery, counterfeiting, hacking, greed, misinformation, exploitation, abuse, waste, disrespect, falsity, corruption, bribery, coercion, intimidation, doublespeak, misconduct, lies, deception, attorney "dark arts," destruction, confusion, dishonesty, judicial chicanery and lawlessness.*

If we do not speak up, impeach derelict judges and imprison corrupt attorneys, we cannot possibly hope to start fixing the current ills in our society. Without justice and

- **Dr Florian Heider (1991)**
  Principal Economist at the European Central Bank.
- **Steve Diggle (1985)**
  Co-founder and manager of Artradis, a hedge fund group significantly focused on arbitrage and volatility trading in Asia.
- **Dr Daniel Zelikow (1983)**
  Managing Director, J P Morgan Chase & Co., Washington DC.

# POLITICS & DIPLOMACY:

- **Sarah Bamber (1992)**
  UK Deputy Consul-General, Hong Kong since 2013.
- **Elizabeth Joyce (1991)**
  Chief of Section, United Nations Counter-Terrorism Committee
- **Dr Karin von Hippel (1987)**
  Director General, Royal United Services Institute for Defence and Security Studies (RUSI).
- **Sir Julian King KCVO CMG (1982)**
  Former British Ambassador to Ireland (2009-11), Permanent Secretary to the Northern Ireland Office (2011-14), Director General Economic & Consular at the Foreign & Commonwealth Office (2014-2016), and now EU Commissioner for the Security Union.
- **Tim Clarke (1979)**
  Former EU Ambassador to Tanzania.
- **Peter Bateman (1978)**
  British Ambassador to Azerbaijan and formerly British Ambassador to Luxembourg.
- **Adoga Augustine Onah (1975)**
  Former Nigerian Ambassador to the United States, North Korea and Equatorial Guinea.
- **The Hon. Lino Spiteri MP (1971, deceased 2014)**
  Former Labour Minister within the government of Malta in the 1980s. Former Chairman of the Central Bank of Malta. Novelist and Journalist.

- Bookmark: #eric-anthony-abrahama-racketeering |
  https://tinyurl.com/vvqaybw

  Eric Anthony (Tony) Abrahams (1962)
  Rhodes Scholar and Minister in the Jamaican Government. Invited Malcolm X to speak at the Oxford Union while President. Indicted in the U.S. for conspiracy in a Cayman Island racketeering kickback scheme where Abrahams as a Jamaican Minister who was feeding black students to Oxford and Cambridge, and was awarding advertising contracts to the American advertising agency Young & Rubicam, Inc. (now U.S. subsidiary of British PPC plc), who was represented in the criminal lawsuit by Cravath, Swaine & Moore LLP. After former IBM Eclipse Foundation (thief of social networking from Leader Technologies) founder David J. Kappos left the U.S. Government as Director of the U.S. Patent & Trademark Office (2009-2013); co-conspirator with James P. Chandler, III. Kappos became a partner at Cravath Swaine LLP. Birds of a feather flock together?

  DOCKET, INDICTMENT, Doc. No. 01. (Filed Oct. 07, 1991). Abrahams v. Young & Rubicam, Inc. et al, Case No. 5:91-cv-00688-PCD (D. Comm. 1991), https://www.justice.gov/sites/default/files/criminal-fraud/legacy/2012/06/22/1989-10-06-young-rubicam-indict.pdf, accessed Jan. 10, 2020. PACER, U.S. Justice Department.

- **Sir Roger Bone (1962)**
  Former President of Boeing UK and former British Ambassador to Sweden and Brazil.
- **Robin Hodgson, Baron Hodgson of Astley Abbotts (1961)**
  Life peer, former Deputy Chairman of the Conservative Party and MP for Walsall North.
- **Masamichi Hanabusa (1958)**
  Japanese Ambassador to Italy, 1997-99.

---

respect for private property, democracy has no sure foundation.

## CURRENT EDITORIAL FOCUS

We are an opinion blog that advocates for strong intellectual property rights. We welcome commenters and contributors. The *Leader v. Facebook* patent infringement case first came to our attention after learning that the trial judge, Leonard P. Stark, U.S. District Court of Delaware, ignored his jury's admission that they had no evidence to support their on-sale bar verdict, but the judge supported it anyway.

The judicial misconduct has deteriorated from there, replete with two of the three judges on the Federal Circuit appeal panel, Judges Alan D. Lourie and Kimberly A. Moore, holding Facebook stock that they did not disclose to the litigants, and later tried to excuse through a quick motion slipped in at the last minute by the Clerk of Court, Jan Horbaly, and his close friends at The Federal Circuit Bar Association. (The DC Bar subsequently revealed that Mr. Horbaly is not licensed to practice law in Washington D.C.)

The judges ignored shocking new evidence that Mark Zuckerberg withheld 28 hard drives of 2003-2004 evidence from Leader Technologies that could prove actual theft (and therefore claims even more serious than infringement). In addition, Facebook's appeal attorney, Thomas G. Hungar of Gibson Dunn LLP, has close personal ties to just about every judicial player in this story. The misconduct appears to reach into the U.S. Patent Office through abuse of the reexamination process by Facebook. We will stay focused on *Leader v. Facebook* until justice is served, but we also welcome news and analysis of intellectual property abuse in other cases as well.

## WELCOME TO DONNA KLINE NOW! READERS!



AFI has been supporting Donna and is now picking up the main *Leader v. Facebook* coverage (she will continue coverage as well).

Anonymous Posts Are Welcomed! Blogger has more posting constraints than Donna's WordPress, but we will continue to welcome anonymous posts. Simply send us an email at NEW Leadero Private Email: afi@leader.com with your post. Once the moderator verifies that your email address is real, your comment will be posted using your real name or handle, whatever you wish, like John Smith or Tex.

# Click here to view a complete *Donna Kline Now!* posts archive.

**BIRTHER CONFESSION - DCD 20-cr-165          PAGE 134 of 156**

- **Sir Gerald Warner KCMG (1951):**
  Security and Intelligence Co-ordinator in the Cabinet Office, 1991-6. Honorary Fellow.
- **Robert Gavron, Baron Gavron (1950)**
  Life peer, former Chairman the Guardian Media Group 1997-2000, Chairman of the Folio Society, and Honorary Fellow of the Royal Society of Literature.
- **Sir Kenneth Bloomfield (1949)**
  Head of Northern Ireland Civil Service, 1984-91.
- **Sir Rex Masterman Hunt (1944, deceased 2012)**
  British Governor of the Falkland Islands between 1980 and 1985.
- **Mr Justice Edward Akufo-Addo (1933, deceased 1979)**
  Chief Justice and later President of the Republic of Ghana, 1969-72.
- **The Hon Carl Albert (1931, deceased 2000)**
  US Congressman and Speaker of the House of Representatives, 1971-76.

# BUSINESS:

- **François Perrodo (1997)**
  President of Perenco, a global oil services company, since 2007.
- **Paul Geddes (1987)**
  CEO of Direct Line Insurance Group Plc.
- **Kuseni Dlamini (1994)**
  Chairman, Times Media Group (South Africa) since 2012. Formerly CEO, Emerging Markets at Old Mutual. Rhodes Scholar, named a Young Global Leader by the World Economic Forum in 2008.
- **Kate Jarvis (1985)**
  Director of Business Affairs and Main Board member, Telefonica.
- **Andy Hornby (1985)**
  CEO of Gaia Coral Group and formerly Group Chief Executive of Alliance Boots and HBOS.
- **Peter Foy (1960)**
  Chairman of Creative Tank Ltd, formerly Managing Director of McKinsey & Co UK and Director of PepsiCo Inc and Safeway Plc.

FISA presiding Judge Boasberg is not on St. Peter's College's list of notable alumni. Notably, *WikiSpooks* describes Boasberg this way:

> Judge James E. Boasberg, who was appointed by President Barack Obama, appears to be the go-to judge if you don't want something released to the public."

Even a cursory review of the St. Peter's College academic staff photos telegraphs body language issues with many of these people who are unable to hide their devilish countenances. We'll leave it at that.

We have been able to reach out to a prominent Oxford PhD who confirms our suspicions about St. Peter's College. This person said that *The ISIS* is notoriously far left to which leftists and communists cling (often in league with the notoriously communist London School of Economics). This source was unfamiliar with The





## CODE OF CONDUCT FOR U.S. JUDGES

"CANON 2: A JUDGE SHOULD AVOID IMPROPRIETY AND THE APPEARANCE OF IMPROPRIETY IN ALL ACTIVITIES"

## GALLERY OF JUDICIAL MISCONDUCT



**Judge Leonard P. Stark, U.S. District Court of Delaware, trial judge in *Leader Techs, Inc. v. Facebook, Inc.*, 770 F. Supp. 2d 686 (D.Del. 2011). Judge Stark heard his jury foreman admit that the jury made the on-sale bar decision *without any evidence other than speculation*, and yet he supported that verdict anyway. Just months before trial, Judge Stark allowed Facebook to add the on-sale bar claim after the close of all fact discovery and blocked Leader from**

8/21/2020    Americans for Innovation: OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ...

Case 1:18-cv-00068   Document 483-8   Filed on 10/06/20 in TXSD   Page 12 of 91

Piligrims Society and the First Imperial Press Conference, 1909, and its creation of MI6, MI5 and GC&CS (renamed GCHQ in 1946) through the Empire Press Union newpapermen. It appears that St. Peter's College is used for grooming media spies. This is the company Boasberg kept.

Who pulls Judge Boasberg's chain? Answer: Pilgrims Society globalists.

When one puts together the lists of alumni from St. Peter's College Oxford, Yale Skull & Bones and St. Alban's boy's school, we see a long list of notables to whom Judge Boasberg has pledged his loyalties. These loyalties would appear to *supercede* his oath to uphold the U.S. Constitution.

No wonder Boasberg avoided disclosing St. Peter's College, *The ISIS* and Yale Skull & Bones in his disclosures.

# ROBERT MUELLER & WILMER HALE LLP

In 2002, Judge Boasberg concealed his relationships to Robert S. Mueller III and Mueller's Wilmer Hale LLP (renamed Wilmer Hale in 2004) law firm. In the wake of 9/11 and Mueller's collusion with the Clintons and Britain's Senior and Chief Crown Prosecutors Arvinder K. Sambei and Alison Saunders, respectively, this was a material nondisclosure (material means he had an ethical duty to disclose it). Given Mueller's tenure as FBI director and his central role in sustaining the Trump-Russia hoax, this omission alone, again condemns Judge



Fig. 11—Robert S. Mueller III. Director of the Trump-Russia hoax; organizer of 9/11, African Embassy bombings with British Sr. Crown Prosecutor Arvinder K. Sambei.

preparing its defenses to this new claim. Judge Stark allowed the claims despite Leader's prophetic argument that the action would confuse the jury and prejudice Leader. He also permitted the jury to ignore the *Pfaff v. Wells Electronics, Inc.* test for on-sale bar, even after instructing the jury to use it. (See that Jury Instruction No. 4.7 here.) He also contradicted his own instruction to Leader to answer Interrogatory No. 9 in the present tense (2009), then permitted the jury to interpret it as a 2002 admission as well. Facebook's entire on-sale bar case is based upon this interrogatory. (*Editorial:* Hardly sufficient to meet the "heavy burden" of the clear and convincing evidence standard.)



Judge Alan D. Lourie, U.S. Court of Appeals for the Federal Circuit, panel judge in *Leader Techs v. Facebook, Inc.*, 678 F.3d 1300 (Fed. Cir. 2012). Judge Lourie stood to benefit financially from undisclosed holdings in Facebook. See analysis of Judge Lourie's T. Rowe Price holdings re. the Facebook IPO. Judge Lourie also failed to apply his own law-test in *Group One v. Hallmark Cards* to the evidence. After debunking all of Facebook's evidence on appeal, Judge Lourie created new argument in the secrecy of chambers to support Facebook and prevent the on-sale bar verdict from being overturned—a clear breach of constitutional due process.



Judge Kimberly A. Moore, U.S. Court of Appeals for the Federal Circuit, panel judge in *Leader Techs v. Facebook, Inc.*, 678 F.3d 1300 (Fed. Cir. 2012). Judge Moore stood to benefit financially from undisclosed holdings in Facebook. See disclosure of substantial holdings in Facebook and Facebook-related stocks. Judge Moore failed

Boasberg.

*See* British Sr. Crown Prosecutor Arvinder Sambei Conspires with Mueller On The Trump Coup D'etat

and

British-American Espionage-Treason On Full Display At "Dinner with the Ohrs" (re. British Chief Crown Prosecutor Alison Saunders).



**Fig. 12—Arvinder K. Sambei.** Partnered with Robert S. Mueller III as Sr. Crown Prosecutor in false flag events including the African embassy bombings and 9/11.

# WILLIAMS & CONNOLLY LLP (DAVID E. KENDALL):

In 2002, Judge Boasberg concealed his relationships to the Williams & Connolly LLP law firm. Williams & Connolly had a long-time relationship to Bill & Hillary Clinton, national security advisor James P. Chandler III and critical matters involving America's intelligence infrastructure. The firm incorporated The Clinton Foundation and its 35 fictitious names, like the Clinton Global Initiative (CGI) and Clinton-Giustra foundations. Since Hillary for President paid for the



**Fig. 13—David E. Kendall,** Williams & Connolly LLP. Hillary Clinton's attorney for the Clinton Foundation, Benghazi Hearings, Hillary Private Server scandal, stonewalled Congress in all FOIA discovery in the Trump-Russia hoax. Hillary Clinton paid for the British MI6 Christopher Steele's "pee pee dossier.

to follow the precedent for testing on-sale bar evidence in *Pfaff v. Wells Electronics, Inc.*—an evident and intentional omission coming from a former patent law professor. After debunking all of Facebook's evidence on appeal, Judge Moore created new argument in the secrecy of chambers to support Facebook and prevent the on-sale bar verdict from being overturned—a clear breach of constitutional due process.



Judge Evan J. Wallach, U.S. Court of Appeals for the Federal Circuit, member of the three-judge panel in *Leader Techs v. Facebook, Inc.*, 678 F.3d 1300 (Fed. Cir. 2012). Judge Wallach is not a patent attorney. This begs the question as to why a judge with no knowledge of patent law was assigned to the case. Would anyone ask a dentist to perform brain surgery? The Federal Circuit was specially formed to appoint patent-knowledgeable judges to patent cases. There is no evidence so far in the judicial disclosures that Judge Wallach holds stock in Facebook, although when he was asked on a motion to disclose potential Facebook holdings and other conflicts of interest, he refused along with the other judges. See Motion to Disclose Conflicts of Interest. Judge Wallach continued in silence even after Clerk of Court Horbaly failed to provide him with Dr. Lakshmi Arunachalam's motions (according to his Federal Circuit staffer Valeri White), and yet the Clerk signed an order regarding that motion on Judge Wallach's behalf. See a full analysis of these events at Donna Kline Now! Judge Wallach also failed to police his court's violation of Leader's Fifth and 14th Amendment constitutional right to due process when he participated in the fabrication of new arguments and evidence for Facebook in the secrecy of judge's chambers after he had just invalidated Facebook's sole remaining item of evidence (using disbelieved testimony as ostensible evidence of an opposite). Judge Wallach also failed to police his court when he failed to apply the Supreme Courts *Pfaff v. Wells Electronics, Inc.* test for on-sale bar evidence, which included even the Federal Circuit's own *Group One v. Hallmark Cards, Inc.* test—a

Steele dirty dossier, this omission too, condemns Judge
Boasberg.

# MUNGER, TOLLES & OLSON

In 2002, Judge Boasberg concealed his relationship with
Munger, Tolles & Olson that is notorious for only funding
Democrat politicians including Adam Schiff, Barack
Obama, Dianne Feinstein, Hillary Clinton. The firm, and
was an Obama bundler.

# OXFORD UNIVERSITY / RHODES
# SCHOLARS / IMPERIAL PRESS:

In 2002, he concealed that he had written for *The ISIS*
Oxford University Magazine in November 1985. *The ISIS* is
well-known to have been a far-left organization that
supported the agenda of the Pilgrims Society, Empire
Press Union (renamed Commonwealth Press Union) and
their minions in MI6, MI5 and GC&CS (renamed GCHQ).

Dogged AFI researchers were able to obtain the 1985
Michaelmas No. 4 (Winter) copy of *The ISIS*. Remarkably,
the page 18 for Boasberg's movie review was missing.
Interestingly, what it does include is a job notice for
LOGICA. LOGICA was sold in 2004 to CGI Federal
(Canada) which received the first contract to write the
Obamacare website and was run by a college classmate
of Michael Obama.

Researchers also uncovered Michaelmas No. 2 (Winter)
copy of *ISIS*. Remarkably, the page 22 movie reviews
also do not have a movie review by Boasberg.

# BOASBERG IS NOT LISTED AS AN *ISIS*
# MOVIE REVIEWER (P.18)

test which Judge Lourie should
have advised Judge Wallach to
follow since Judge Lourie *helped
write* that opinion. Group One test
omission analysis.



**Clerk of Court Jan Horbaly**, U.S.
Court of Appeals for the Federal
Circuit, clerk who signed all the
opinions in *Leader Techs v.
Facebook, Inc.*, 678 F.3d 1300 (Fed.
Cir. 2012). Clerk Horbaly and his
staff obfuscated when the court's
ruling was challenged by an *amicus
curiae* brief revealing clear
mistakes of law and new evidence.
See analysis of the misconduct and
misrepresentations within the
Federal Circuit Clerk of Court in
*Leader v. Facebook. Mr.* Horbaly
failed to disclose his conflicts of
interest and close associations with
numerous Facebook attorneys and
law firms, as well
as his close
association with        👍 Like
one of Facebook's
largest
shareholders,
Microsoft, who is a Director of The
Federal Circuit Bar Association
where Mr. Horbaly is an ex officio
officer. Additionally, the DC Bar
revealed in a written statement
that Clerk Horbaly is not licensed
to practice law in the District of
Columbia. [Editorial: What does
that make the Federal Circuit with
its location within in a stone's
throw of the White House? A self-
governing state?]



**Judge Randall R. Rader**, U.S.
Court of Appeals for the Federal
Circuit, chief judge responsible for
the (mis)conduct of his judges and
Clerk of Court in *Leader Techs v.
Facebook, Inc.*, 678 F.3d 1300 (Fed.
Cir. 2012). Judge Rader failed to
manage his court resulting in a
likely situation where his judges
never even received briefs that
they allegedly ruled on in favor of
Facebook. Judge
Rader also failed
to disclose his        👍 Like
conflicting
relationships with
a Leader principle
with whom he may have had deep
professional differences during his
time at the Senate Judiciary
Committee—his former professor of

8/21/2020 Americans for Innovation: OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ...

Case 1:18-cv-00068   Document 483-8   Filed on 10/06/20 in TXSD   Page 15 of 91

# THE OTHER MOVIE REVIEWERS ARE EVIDENTLY GROOMED PILGRIMS SOCIETY SOLDIERS

Now having discovered the elusive November 1985 *The I ISIS* movie reviews (Nos. 2, 4), it is certain that Boasberg's name does not appear. We cannot rule out the possibility that Boasberg's name was edited out, but forensic analysis is inconclusive.

We have no reason to believe British archivists would have altered the magazine to edit out Boasberg, but Hillary Clinton, Robert Mueller and Michael Chertoff (former DHS director) control the world's public key infrastructure (PKI) certification system (ENTRUST, CloudFlare, Symantec, DigiCert, Cmodo, Geotrust, Let's Encrypt, Verisign, etc.). Therefore, they have the capacity to alter British Library, Cambridge and Oxford archives without the librarians' knowledge.

The November 29, 1985 movies that Boasberg told the Senate he reviewed were *Cocoon, Suburbia, My Beautiful Launderette* and *Official Version*. The reviews are chock full of "sex interests," sexual fantasies, alien intercourse, rape, "tarting-up," "long homosexual loves scenes," a homosexual father who sodomizes his son.

Was this Nov. 1985 movie review by Boasberg and his collaborators a cry for help? It is notoriously known that certain Oxford Colleges very intentionally groom selected students in homosexuality for the Pilgrims Society propaganda and spy business.

Notably, the authors' UK library sources reviewed all copies of *The ISIS* in the years before and after Boasberg's claimed Nov. 1985 authorship. They confirm that Boasberg's name does not appear anywhere. They concluded that either he did not publish the movie review, or he used a pen name, which is also unlikely since the other names appeared in multiple issues of the magazine.

law at George Washington University Law Center, former Leader director Professor James P. Chandler. See analysis of Judge Rader's undisclosed conflicts of interest in *Leader v. Facebook*. Judge Rader also did not stop his judges from 👍 Like creating new arguments and evidence for Facebook in the secrecy of chambers—after they had debunked all of Facebook's evidence on appeal, which is a clear breach of constitutional due process.

Update May 22, 2016
Click here to view a Federal Circuit *Leader v. Facebook* Conflicts of Interest Map.



See "Cover-up in Process At The Federal Circuit" *Donna Kline Now!* Sep. 17, 2012.

*Leader v. Facebook* Legal Research Links

## NOTICE: Opinion

This is an opinion blog. Any information contained or linked herein should be independently verified and should be considered the sole opinion of the writer. Free Speech and Freedom of the Press are protected by the First Amendment of the U.S. Constitution and other local, state, national and international laws. Therefore, as with all opinion, such opinion should not be relied upon without independent verification.

This site is a not-for-profit effort focused on education, news, investigation of issues in the public interest, and research, and relies on fair use copyright exemptions under 17 U.S.C. 106(a)-117 of the United States Copyright Act, in addition to any and all other related and relevant privileges to which a fair and reasonable person would attribute to this grassroots effort to root out corruption and promote justice. No rights whatsoever to third party content are claimed or implied.

## AFI LOGO (with text)

**BIRTHER CONFESSION - DCD 20-cr-165          PAGE  139 of 156**

Boasberg's fellow Oxford movie critics' names are quite telling and appear in other numbers of *The ISIS*, including Karin Galil, Kate Davies, Jason Kingsley, Alex Connock and Richard Downes. Pilgrims Society media propaganda control is an evident theme of four of the five students listed. The fifth, Dr. Karin Galil, shows the clear fingerprints of eugenics population control via vaccines and "micro-dosing."



AFI LOGO (no text)

**Karin Galil** is a medical epidemiologist who studied chickenpox trends and vaccines for the Center for Disease Control CDC's National Immunization Program. She is a specialist in infectious diseases and micro-dosing. Microdosing, or micro-dosing, is a technique for studying the behavior of drugs in humans through the administration of doses so low they are unlikely to produce whole-body effects, but high enough to allow the cellular response to be studied.



Fig. 14—Dr. Karin Galil.

**CORRUPTION WATCH LIST**

Faces of the Facebook Corruption (PDF) (currently being updated after the Fri. Mar. 7, 2014 Scribd censorship of this document:

Here is the cast of characters in *Leader v. Facebook*. We encourage you to report their corrupt activities to this site and others, like Lawless America. Feel free to communicate anonymously in any way in which you are most comfortable. The attempt of these people and their organizations to corrupt American justice and commerce cannot be tolerated. Vigilance. We will expose them. See Congressional Briefings (currently being updated after Scribd censored the documents on Fri. Mar. 7, 2014).

**A. Facebook's law firms:**

1. **Fenwick & West LLP** (Facebook securities and patent law firm; former Leader Technologies counsel; attempted an appearance in *Leader v. Facebook*; did not seek conflicts waiver from Leader prior to representing Facebook)

2. **Cooley Godward LLP** (Facebook law firm in *Leader v. Facebook*; McBee Strategic energy stimulus partner; Obama Justice Dept. advisor; former employer to patent judges)

3. **Blank & Rome LLP** (Facebook law firm in *Leader v. Facebook*; former employer to patent judges)

4. **White & Case LLP** (Facebook law firm in *Leader v. Facebook*; undisclosed former employer to Patent Office Freedom of

**Kate Davies** is a writer and author of children's books. She is a former burlesque dancer and notorious homosexual. She lives with her wife in east London.



Fig. 15—Kate Davies.

*Photo: Goodreads.*

**Jason Kingsley** is the co-founder of the gaming company "Rebellion" (Oxford-based, his only job) for which he was awarded an OBE (Order of the British Empire) in 2012. This fact alone signals a nefarious brainwashing agenda. His works include Aliens vs. Predator, Zombie



Fig. 16—Jason Kingsley.

*Photo: Rebellion.*

Army, Sniper Elite 1,2,3,4, Rogue Trooper, Dredd 3D, Zombie Army Trilogy, Strange Brigade, Evil Genius, Mega City One and Battlezone. Are these just fun games, or the brainwashing of innocent minds?

**Alex Connock** is a fellow at Oxford for the Reuters Institute for the Study of Journalism. Previously he founded Ten Alps (Zinc Media) where his clients included many Pilgrims Society self-styled elitist organizations including Siemens, BMW, AstraZeneca, ITV, BBC, Discovery, London Transport and Thames Water.



REUTERS

**Fig. 17–Alex Connock.**
*Photo: Reuters Institute.*

Connock's Reuters relationship means that he is an MI6 propaganda agent for the Pilgrims Society. Reuters was one of the founding members of the Empire Press Union (Jun. 1909) that founded British MI6, MI5 and GC&CS renamed GCHQ in 1946. Another indication that Connock is an MI6 spy is his groomed resume that is larger than life. He worked for UNICEF—well known to be the Pilgrims Society's Oxford University Rhodes Scholarship & Friends tool to usher in a corporate controlled one world government.

Connock's resume shows all the telltale signs of Pilgrims Society propaganda grooming including stints with ITV, People Magazine, BBC, Planet 24, SKY TV, Columbia Journalism, Digital Innovation, Royal Television Society and many more—way too many for a normal, non-groomed human being.

**Richard Downes** has been a BBC Series producer since 1992 to the present. He was based in Baghdad for the BBC for two years. Upon graduating from Oxford, Downes immediately started his career in journalism (propaganda) at the Press Association, Reuters and the *Financial Times*—all Pilgrims Society members, delegates at the First Imperial Press Conference, 1909, co-founders of the Empire Press Union, co-founders of MI5, MI6 and GC&CS renamed GCHQ. Downes worked for RTE National Irish TV and was their correspondent in Washington, D.C.





BBC NEWS

**Fig. 18–Richard Downes.**

Information Act (FOIA) officer involved in *Leader v. Facebook*)

5. **Gibson Dunn LLP** (Facebook law firm in *Leader v. Facebook*; undisclosed counsel to the Federal Circuit; undisclosed protégé of Chief Justice John Roberts, Jr.; undisclosed former employer to Preetinder ("Preet") Bharara, U.S. Attorney currently persecuting Paul Ceglia in *U.S. v. Ceglia* (Ceglia v. Zuckerberg))

6. **Orrick Herrington LLP** (longtime Facebook law firm and destroyer of evidence for the cabal in *Winklevoss v. Zuckerberg* and *ConnectU v. Facebook*)

7. **Weil Gotshal LLP** (Federal Circuit counsel in *Leader v. Facebook*; Judge Kimberly A. Moore's undisclosed former client)

8. **Latham & Watkins LLP** (Facebook Director James W. Breyer's counsel; Judge Kimberly A. Moore's husband, Matthew J. Moore's new law firm)

9. **Federal Circuit Bar Association** ("FCBA") (Federal Circuit's bar association; second largest in the U.S.; Facebook's law firms exert much influence in its policy and activity, incl. Fenwick & West LLP, Gibson Dunn LLP, Orrick Herrington LLP, Weil Gotshal LLP; Facebook's large shareholder, Microsoft, is a director; Federal Circuit Clerk of Court Jan Horbaly is an officer; FCBA made an appearance in *Leader v. Facebook* to oppose the *amicus curiae* (friend of the court) motion of Dr. Lakshmi Arunachalam, former Director of Network Architecture at Sun Microsystems, in favor of Leader Technologies and objecting to the evident conflicts of interest within the court itself, her motion was denied, the judges refused to disclose their conflicts which we now know include Facebook and Microsoft stocks)

10. **DC Bar Association**

11. **Perkins Coie LLP** (Facebook's "rapid response enforcement team;" law firm for Obama's chief counsels, the husband and wife team of Robert F. Bauer and Anita B. Dunn; Bauer was identified on Aug. 1, 2013 as having directed the IRS targeting of the Tea Party)

12. **Stroz Friedberg** (Facebook's "forensic expert" who manipulated the data in *Paul Ceglia v. Mark Zuckerberg*, and who first revealed the existence of 28 Zuckerberg hard drives and Harvard emails that they told Leader Technologies in 2009 were "lost")

13. **Chandler Law Firm Chartered** (Professor James P. Chandler, III, principal; Leader Technologies patent counsel; adviser to IBM and David J. Kappos; adviser to Eric H. Holder, Jr. and the U.S. Department of Justice; author of the Economic Espionage Act of 1996 and the Federal Trade Secrets Act)

14. **Gordon K. Davidson** (Fenwick; Facebook's securities and patent attorney; Leader Technologies' former attorney)

**BIRTHER CONFESSION - DCD 20-cr-165          PAGE 141 of 156**

(2000-2003). *See* THE 200-YEAR INFORMATION WAR: THE UK-U.S. PILGRIMS SOCIETY CONTROLS THE PRESS.

In addition to Boasberg's dubious Oxford past, since becoming a judge in 2002, Boasberg has had at least three Yale interns while he was a Washington, D.C. judge:

- Caroline Van Zile (now Deputy Solicitor General; formerly with Hillary's Skadden Arps LLP—anti-Trump),

- Julia Veroff (now Hillary's attorney Skadden Arps LLP, ACLU—anti-Trump), and

- Emma Simson (now at Mueller's Wilmer Hale LLP—anti-Trump).

We believe this hindsight shows a clear recruiting agenda for self-styled elitists to carry the Piligrims Society flag for the New World Order. His 2002 nondisclosures of his associations with *The ISIS* Pilgrims Society Oxford propaganda organ **were material and evident deception.**

Rhodes Scholars (Oxford-onians) caught up in the Trump-Russia, Hillary's Private Server and Benghazi hoaxes include Susan Rice, George Stephanopoulos, Bill & Hillary Clinton, David E. Kendall, Wesley Clark (ENTRUST encryption keys controlled by Hillary Clinton), Ashton Carter, Pete Buttigieg, Ronan Farrow, Strobe Talbot, Russ Feingold, Larry Sabato, Naomi Wolf, Cory Booker, Rachel Maddow (MSNBC), Jake Sullivan, R. James Woolsey, David Souter, Nancy-Ann DeParle, George Soros, Sir Geoffrey E. Pattie, Lord Mark Malloch Brown) and Judge Leonard P. Stark (the judge in *Leader v. Facebook* who whitewashed the theft of Leader Technologies' social networking invention that was exploited by the Pilgrims Society, the Clintons, and Obama who used social media to attack Candidate Trump through Cambridge Analytica).

It is no wonder PM Boris Johnson just said he wants no more Oxford alumni in the British bureacracy. The United States should probably expand the no-hire zone to not only Oxford, but also Harvard, Yale, Columbia,

15. **Christopher P. King** ( *aka* Christopher-Charles King *aka* Christopher King *aka* Christopher-Charles P. King, Penwick & West LLP)

16. **Theodore B. Olson** (Gibson Dunn)

17. **Thomas G. Hungar** (Gibson Dunn)

18. **Eric H. Holder, Jr.** (Attorney General, U.S. Dept. of Justice)

19. **James Cole** (Deputy Attorney General, U.S. Dept. of Justice)

20. **Tony West** (Associate Attorney General, U.S. Dept. of Justice; 2008 Obama California Campaign Manager)

21. **Robert F. Bauer** (Obama Attorney; White House Chief Counsel; directed IRS targeting of the Tea Party; formerly and currently employed by Perkins Coie LLP, Facebook's "rapid response enforcement team;" spouse is Anita B. Dunn)

22. **Anita B. Dunn** (Obama Attorney; White House Chief Counsel; husband Robert F. Bauer directed IRS targeting of the Tea Party, formerly employed by Perkins Coie LLP, Facebook's "rapid response enforcement team")

23. **Mary L. Schapiro** (former Chairman, Securities & Exchange Commission (S.E.C.); holds investments in 51 Facebook Club basket funds)

24. **James "Jazzie" Brigagliano** (former Deputy Director of the Division of Trading and Markets at the Securities and Exchange Commission; Mary L. Schapiro's chief lieutenant on "dark pool" rule making)

25. **Joseph P. Cutler** (Perkins Coie)

26. **David P. Chiappetta** (Perkins Coie)

27. **James R. McCullagh** (Perkins Coie)

28. **Ramsey M. Al-Salam** (Perkins Coie)

29. **Grant E. Kinsel** (Perkins Coie)

30. **Reeve T. Bull** (Gibson Dunn)

31. **Heidi Keefe** (Cooley)

32. **Michael G. Rhodes** (Cooley; Tesla Motors)

33. **Elizabeth Stameshkin** (Cooley)

34. **Donald K. Stern** (Cooley; Justice Dept. advisor)

35. **Mark R. Weinstein** (Cooley)

36. **Jeffrey Norberg** (Cooley)

37. **Ronald Lemieux** (Cooley)

38. **Craig W. Clark** (Blank Rome)

39. **Tom Amis** (Cooley / McBee Strategic)

40. **Erich Veitenheimer** (Cooley / McBee Strategic)

41. **Roel Campos** (Cooley; former Commissioner of the U.S. Securities & Exchange Commission at the time of the infamous Facebook 12(g) exemption)

42. **Lisa T. Simpson** (Orrick)

43. **Indra Neel Chatterjee** (Orrick)

44. **Samuel O'Rourke** (Facebook; Cooley-directed)

45. **Theodore W. Ullyot** (Facebook; Cooley-directed)

**BIRTHER CONFESSION - DCD 20-cr-165          PAGE 142 of 156**

8/21/2020    Americans for Innovation: OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ...

Case 1:18-cv-00068   Document 483-8   Filed on 10/06/20 in TXSD   Page 19 of 91

Georgetown, George Washington University, Stanford and Princeton. That would out a serious dent in the Privy Council/Senior Executive Service (SES) choke hold on the American Republic.

# OXFORD RHODES SCHOLARS ARE DIRECTED BY MEMBERS OF THE PILGRIMS SOCIETY WHO ALSO RUN MI6

Second, the Oxford Union during Boasberg's time was led by Pilgrims Society-MI6 students Roland Rudd, Neil Sherlock and Anthony Goodman.

**Roland Rudd** is tied to Facebook, Alisher Usmanov and the BBC to whom he likely fed stories.

**Neil Sherlock** is tied to KPMG, PWC, Facebook, Sir Nick Clegg, Carnegie Trust and the Pilgrims Society.

**Anthony Goodman** is tied to The Conference Board (NY), *Financial Times*, SDX and Pilgrims Society consulting.

The American public needs to know about these Oxford University globalists with whom Judge Boasberg is associated, but failed to disclose in his Senate Judicial Committee confirmation hearing.

# BOASBERG'S *THE ISIS* ASSOCIATION TIES HIM TO THE GLOBALIST AGENDA OF THE PILGRIMS SOCIETY EMPIRE PRESS UNION (FOUNDER OF MI6, MI5 & GCHQ). THIS IS THE BRITISH-AMERICAN MOCKINGBIRD MAINSTREAM PRESS

The *ISIS* magazine is believed to be the oldest continuously published magazine in Britain (since 1892).

46. **Amber H. Rover**, aka **Amber L. Hagy** aka **Amber Hatfield** (Weil Gotshal LLP; Judge Kimberly A. Moore's former client)
47. **Edward R. Reines** (Weil Gotschal)
48. **Trish Harris** (DC Bar Association)
49. **Elizabeth A. Herman** (DC Bar Association)
50. **Elizabeth J. Branda** (DC Bar Association)
51. **David J. Kappos** (former Patent Office Director; former IBM chief intellectual property counsel; ordered unprecedented 3rd reexam of Leader Technologies' patent; Obama political appointee)
52. **Preetinder ("Preet") Bharara** (U.S. Attorney *Ceglia v. Zuckerberg*; formerly of Gibson & Dunn LLP; protects Zuckerberg)
53. **Thomas J. Kim** (SEC Chief Counsel)
54. **Anne Krauskopf** (SEC Special Sr. Counsel)
55. **John G. Roberts, Jr.** (Chief Justice, U.S. Supreme Court)
56. **Jan Horbaly** (Federal Circuit, Clerk of Court)
57. **Kimberly A. Moore** (Judge, Federal Circuit)
58. **Matthew J. Moore** (Latham & Watkins LLP; husband of Judge Kimberly A. Moore)
59. **Kathryn "Kathy" Ruemmler** (Latham & Watkins LLP; White House counsel)
60. **Evan J. Wallach** (Judge, Federal Circuit)
61. **Alan D. Lourie** (Judge, Federal Circuit)
62. **Randall R. Rader** (Chief Judge, Federal Circuit)
63. **Terence P. Stewart** (Federal Circuit Bar Association)
64. **Leonard P. Stark** (Judge, Delaware U.S. District Court)
65. **Richard J. Arcara** (Judge, N.Y. Western District, *Ceglia v. Holder et al*)
66. **Allen R. MacDonald** (Administrative Judge, U.S. Patent Office)
67. **Stephen C. Siu** (Administrative Judge, U.S. Patent Office)
68. **Meredith C. Petravick** (Administrative Judge, U.S. Patent Office)
69. **James T. Moore** (Administratie Judge, U.S. Patent Office)
70. **Pinchus M. Laufer** (Sr. Counsel, Patent Trial and Appeal Board, PTAB)
71. **Kimberly Jordan** (Counsel, Patent Trial and Appeal Board, PTAB)
72. **Daniel J. Ryman** (Counsel, Patent Trial and Appeal Board, PTAB)
73. **William J. Stoffel** (Counsel, Patent Trial and Appeal Board, PTAB)
74. **James C. Payne** (Counsel, Patent Trial and Appeal Board, PTAB)
75. **Deandra M. Hughes** (Examiner, *Leader v. Facebook* reexamination)
76. **Kathryn Walsh Siehndel** (FOIA Counsel, U.S. Patent Office - bio and conflicts log concealed)

Case 1:18-cv-00068   Document 483-8   Filed on 10/06/20 in TXSD   Page 20 of 91

# MOSTYN TURTLE PIGOTT

The founder of *The ISIS* was Mostyn Turtle Pigott who continued as its editor until when the magazine was suspended for WWI (1892-1914). Pigott was a delegate to the First Imperial Press Conference, 1909 (Jun. 05-28, 1909). Pigott co-founded MI6, MI5 and GC&CS renamed GCHQ in Jul. 29, 1909. Pigott helped co-found the Empire Press Union (later Commonwealth Press Union, now CPU Media Trust). Pigott was the chief Empire Press /



Fig. 19—Mostyn Turtle Pigott. British Spy. *The Isis* (Oxford University) founder (1892), editor. Delegate to The First Imperial Press Conference, Jun. 05, 1909, co-founder of Empire Press Union (Jul. 23, 1909), co-founder MI6, MI5, GC&CS (renamed GCHQ, 1946). *See* THE 200-YEAR INFORMATION WAR: THE UK-U.S. PILGRIMS SOCIETY CONTROLS THE PRESS.

MI6/MI5 recruiter for the Pilgrims Society who had formed the Empire Press Union as well as British intelligence. During WWI, Pigott worked for the Ministry of Information under John Buchan and even met with President Woodrow Wilson actually acting as a spy for the Ministry of Information. His cover was as Secretary of the British Universities Mission to the United States. Pigott handpicked a notorious homosexual Beverly Nichols to restart *The ISIS* in 1919 after returning from the propaganda spy mission against President Wilson. See Previous Post.

The fact in itself that Nichols was an open homosexual is only mentioned because the British intelligence feeder system appears to have been focused on recruiting Oxford, Cambridge and Eton homosexuals, probably because their psychological profiles made them easier to control and manipulate as spies. And later blackmail.

Pigott was described as a licentious "dandy," a "salesman of soft pornography" and a "peddler of erotic literature.

77. **Dennis C. Blair** (Director, U.S. National Intelligence)

78. **Dennis F. Saylor, IV** (Judge, Foreign Intelligence Surveillance Court, FISA)

79. **James E. Boasberg** (Judge, Foreign Intelligence Surveillance Court, FISA)

80. **James P. Chandler, III** (President, National Intellectual Property Law Institute, NIPLI; The Chandler Law Firm Chartered; advisor to Asst. Att'y Gen. Eric H. Holder, Jr., Dept. of Justice; Member, National Infrastructure Assurance Commission, NIAC; advisor to Federal Circuit Chief Judge Randall R. Rader; advisor to Sen. Orrin Hatch; author, The Federal Trade Secrets Act and the Economic Espionage Act of 1996; Leader Technologies' legal counsel, along with Fenwick & West LLP)

**C. Facebook puppet roasters:**

81. **President Barack Obama** (appointed Leonard P. Stark to the judge's seat in Delaware Federal District Court eight days after Stark's court allowed Facebook to get away with jury and court manipulation of an on-sale bar verdict which was attained without a single piece of hard evidence; Barack and Michelle Obama were evidently protecting their 47 million "likes" on Facebook)

82. **Lawrence "Larry" Summers** (Harvard President who aided Zuckerberg's light-speed rise to prominence with unprecedented *Harvard Crimson* coverage; Obama bailout chief; Clinton Treasury Secretary; World Bank Chief Economist; "Special Advisor" to Marc Andreessen in Instagram; co-creator of the current Russian robber baron economy; close 20-year relationships with protégés Sheryl Sandberg & Yuri Milner; aided in recommendations that created the Russian robber baron economy—and Yuri Milner/DST/Assnanov's money used to purchase Facebook stock)

83. **James W. Breyer, Accel Partners LLP;** Facebook director; client of Fenwick & West LLP since the 1990's; apparently received technology from other Fenwick clients that was shuffled to Zuckerberg, incl. Leader Technologies' inventions)

84. **David Plouffe;** directed Obama's 2008 and 2012 campaigns; a self-described "statistics nerd;" likely directed the activities of the Facebook Club; employed Robert F. Bauer, Perkins Coii LLP in 2000 at the Democratic Congressional Campaign Committee

85. **McBee Strategic** (one of the main "private" arms responsible for dolling out the billions in Obama "green energy" stimulus funds; partnered with Cooley Godward LLP)

86. **Mike Sheehy** (Cooley-McBee Strategic principal; former National Security Advisor to House Speaker Nancy Pelosi)

87. **Nancy Pelosi** (U.S. Congresswoman; appears to be running political cover in the House for Facebook, McBee Strategic,

Such was this Oxford recruiter of MI6, MI5 and GC&CS spies.

Pigott's boss was Minister of Propaganda John Buchan—a Cecil Rhodes disciple, Pilgrims Society co-founder, Imperial Press Conference, 1909 delegate, founder of the Empire Press Union, co-founder of British MI-6, MI-5 and GC&CS (renamed GCHQ).

*The Isis* was described as "definitely left-wing and will almost inevitably remain so."

In short, Boasberg admits writing for one of Britain's leading spy propaganda Oxford University student magazines.

# (JOHN) BEVERLY NICHOLS

Pigott's successor in 1919 as editor of *The ISIS* was Beverly Nichols. Besides being an overt homosexual and recruiting fellow homosexuals to spy for Britain, Nichols was heavily involved in Pilgrims Society propaganda, including producing substantial propaganda for the Ford Motor Company UK in 1938. Henry Ford was at the time a well-known Pilgrims Society member who made money on all sides of WWII.



Fig. 20–(John) Beverley Nichols. British Spy, staff in the British Ministry of Information (1916-1918, propagandist). *The Isis* (Oxford University) second editor (1919).

# ROBERT MAXWELL

Between 1962-1970, Robert Maxwell owned and operated *The ISIS* at Oxford University.

Cooley Godward, Fenwick & West, Breyers, etc.)

88. **Harry Reid** (U.S. Senator; Judge Evan J. Wallach patron)

89. **Thomas J. Kim** (SEC, Chief Counsel & Assoc. Director) approved Facebook's 500-shareholder exemption on Oct. 14, 2007, one day after it was submitted by Fenwick & West LLP; Facebook used this exemption to sell $3 billion insider stock to the Russians Alisher Asmanov, Yuri Milner, DST, Digital Sky, Mail.ru which pumped Facebook's pre-IPO valuation to $100 billion; another Harvard grad, Kim worked at Latham & Watkins LLP which was the chief lobbyist for the National Venture Capital Association in 2002-2004 whose Chairman was . . . James W. Beyer, Accel Partners LLP; in other words Breyer and Kim, both Harvard grads, were associated at the time of the Zuckerberg hacking and theft of Leader Technologies' software code)

90. **Ping Li** (Accel Partners, Zuckerberg handler)

91. **Jim Swartz** (Accel Partners; Zuckerberg handler)

92. **Sheryl K. Sandberg** (Facebook, Summers protégé; Facebook director)

93. **Yuri Milner** (DST aka Digital Sky, Summers protégé; former Bank Menatep executive; Facebook director)

94. **Alisher Asmanov** (DST aka Digital Sky; Goldman Sachs Moscow partner; Russian oligarch; Friend of the Kremlin; Became the Richest Man in Russia after the Facebook IPO)

95. **Marc L. Andreessen** (Zuckerberg coach; client of Fenwick & West LLP and Christopher P. King aka Christopher-Charles King aka Christopher King aka Christopher-Charles P. King; Summers' sponsor during Instagram-scam; Facebook director)

96. **Peter Thiel** (19-year old Zuckerberg coach; PayPal; Facebook director; CEO, Clarion Capital)

97. **Clarion Capital** (Peter Thiel)

98. **Reid G. Hoffman** (19-year old Zuckerberg coach; PayPal; LinkedIn; Facebook director)

99. **Richard Wolpert** (Accel Partners)

100. **Robert Ketterson** (Fidelity Ventures; Fidelity Equity Partners; Fidelity Ventures Telecommunications & Technology)

101. **David Kilpatrick** (*Business Insider*; "The Facebook Effect"; PR cleanse-meister re. Facebook origins)

102. **Zynga/Groupon/LinkedIn/Square/Instagram** ("Facebook Money/Credits/Bitcoin" feeder companies)

103. **Tesla Motors** (received $465 million in Obama stimulus funds and hired Cooley's Michael Rhodes in the seven months before the *Leader v. Facebook* trial, just before veteran Judge Joseph Farnan made the surprise announcement of his retirement, just six days after Facebook's disasterous *Markman* Hearing)

104. **Solyndra** (received $535 million in Obama stimulus at the recommendation of the Cooley-

**BIRTHER CONFESSION - DCD 20-cr-165          PAGE 145 of 156**

Maxwell is a notorious triple spy (MI6, C.I.A., MOSSAD) newspaperman member of the Pilgrims Society.

Maxwell's daughter Ghislaine is infamous pedophile Jeffrey Epstein's madame used for compromising the world's self-styled elite.

# RUPERT C. SOAMES

In 1980, Rupert Soames was president of the Oxford Union. Many of the Union's presidents are all well-known globalist insiders pushed forward the Pilgrims Society and MI6/C.I.A. This was just a few years before Boasberg and Stephanopoulos arrived at Oxford.

In 2002, Soames became CEO of Misys that supplies accounting software to Chinese banks. In 2014, Soames became CEO of SERCO. He was awarded an OBE (Order of the British Empire) in 2010. He is the son of Sir Nicholas Soames, and the grandson of Winston Churchill.

SERCO is a dubious British public company that appears to be running the Pilgrims Society's global media,

Fig. 21—Robert Maxwell. Triple spy for MI6, C.I.A., MOSSAD); owner of The ISIS (1962-1970); father of human trafficker Jeffrey Epstein's madame, Ghislaine Maxwell.



Fig. 22—Rupert C. Soames. Former president of Oxford Union; Member of the Pilgrims Society; executive for Misys; CEO of SERCO. See THE SHADOW GOVERNMENT USES SES, SERCO AND OPIC AS PORTALS INTO HORRIFIC CORRUPTION.

McBee Strategic "consulting" alliance)

105. **BrightSource** (received $1.6 billion in Obama stimulus at the recommendation of the Cooley-McBee Strategic "consulting" alliance)

106. **John P. Breyer** (father of James W. Breyer; founder of IDG Capital Partners - China; coached his son on exploiting Western markets while he quietly built a venture capital business in China for the last 20 years; the real brain behind the Breyer exploitations

107. **IDG Capital Partners (China)** (founded by John P. Breyer, the father of James W. Breyer, Accel Partners; the current launderer of the tens of billions James W has fleeced from the U.S. market from the bailout, stimulus and the "pump & dump" Facebook IPO schemes)

108. **Goldman Sachs** (received US bailout funds; then invested with DST in Facebook private stock via Moscow; took Facebook public; *locked out* American investors from investing)

109. **Morgan Stanley** (received US bailout funds; took Facebook public; probably participated in overseas purchases of Facebook private stock before IPO)

110. **State Street Corporation** (received U.S. taxpayer bailout monies along with Goldman Sachs and Morgan Stanley; consolidating control of ATM banking networks internationally

111. **JP Morgan Chase** (received U.S. taxpayer bailout monies along with Goldman Sachs, Morgan Stanley and State Street Corporation)

112. **Lloyd Blankfein** (Goldman Sachs, CEO)

113. **Jamie Dimon** (JP MorganChase, CEO)

114. **Steve Cutler** (JP MorganChase, General Counsel)

115. **Rodgin Cohen** (JP MorganChase, Outside Counsel; Sullivan Cromwell, LLP)

116. **U.S. Securities & Exchange Commission** (granted Fenwick & West's application on behalf of Facebook for an unprecedented exemption to the 500 shareholder rule; opened the floodgated for Goldman Sachs and Morgan Stanley to make a private market in Facebook pre-IPO insider stock; facilitated the influx of billions of dollars from "dubious" sources associated with Russian oligarchs, Alisher Azmarov and Yuri Milner, and the Kremlin; Goldman Sachs is a partner with this Moscow company, Digital Sky Technologies, aka DST, aka Mail.ru)

117. **Jeff Markey** (McBee Strategic LLC; allied with Facebook's Cooley Godward Kronish LLP to arrange Obama's green energy funding; arranged $1.6 billion for failed BrightSource and $535 million for failed Solyndra)

118. **Steve McBee** (McBee Strategic LLC; allied with Facebook's Cooley Godward Kronish LLP to arrange Obama's green energy funding; arranged $1.6 billion for failed BrightSource and $535 million for failed Solyndra)

**BIRTHER CONFESSION - DCD 20-cr-165        PAGE  146 of 156**

technology and eugenics programs.

Serco Group PLC is a British company with 10,000 employees and annual revenue of $5.9 billion.

Serco runs the U.S. Patent and Trademark Office! This is not a joke. It is outrageous that our politicians and SES bureaucrats orchestrated this treason.

People simply cannot believe that the U.S. Patent Office is not capable of running itself without foreign help?! American inventors take note: You're screwed.

We could not believe this either, but here is Serco's 2015 press release announcing its deal with Obama. No reasonable person can view the giving away of a vital office to a foreign power as anything but sedition. This alone should get your blood boiling, but it gets much, much worse.

Serco has 11 contracts with the U.S. Army, Navy, SPAWAR, Intelligence, Air Force, Coast Guard, Marines, US Border Patrol as well as the Transportation and Commerce Departments.

Serco operates 58 U.S. air traffic control towers! WAT? Isn't this a national security issue? Are Americans not capable of running their own airports?!

Serco has major contracts with the FCC, FTC, FAA, DOJ, DOS, DHS, NRO, ICE, GSA, prisons, Pension Benefit Guaranty Corp and they even run U.S. military boot camps.

SERCO actually has two $800 million contracts to run FEMA Regions 2 and 9.

Serco runs major public works in Chicago, Los Angeles, San Francisco and several cities in Colorado and Georgia —all Deep State shadow government globalist strongholds. Georgia = IBM.

Given this plethora of ties to Mueller and Britain, Boasberg had an ethical duty to fully describe his background in 2002, so that Americans would not have to wait until after 2010 to learn his duplicity with the

119. **Michael F. McGowan** (Stroz Friedberg; Facebook forensic expert who lied about his knowledge of the contents of the 28 Zuckerberg hard drives and Harvard Email accounts)

120. **Bryan J. Rose** (Stroz Friedberg; Facebook forensic expert who lied about his knowledge of the contents of the 28 Zuckerberg hard drives and Harvard Email accounts)

121. **Dr. Saul Greenberg** (Facebook's expert witness from the University of Calgary; disingenuously waived his hands and said he would be "wild guessing" about the purpose of a Java "sessionstate" import statement (even Java newbies know it is used for tracking a user while in a web session); in short, Dr. Greeberg lied to the jury, thus discrediting his testimony)

122. **Toni Townes-Whitley** (CGI Federal; Michelle Obama's 1985 Princeton classmate; CGI "donated" $47 million to the Obama campaign; CGI won the no-bid contract to build the www.healthcare.gov Obamacare website; CGI shut off the security features on Obama's reelection donation sites to increase donations)

123. **CGI Federal** (US division of a Canadian company; Donated $47 million to Obama's reelection, then received the no-bid contract to build the ill-fated Obamacare website; Michelle Obama's Princeton classmate, Toni Townes-Whitely, is a Senior Vice President of CGI; the website is replete with social features and links to Facebook)

124. **Kathleen Sebelius** (Obama's Secretary of Health & Human Services since 2009 responsible for $678 million Obamacare implementation; made the decision to hire CGI Federal on a no-bid contract despite the evident conflict of interest with Michelle Obama and $47 million in Obama campaign donations by CGI; the website is replete with social features and links to Facebook)

125. **Todd Y. Park** (White House Chief Technology Officer (CTO); former CTO for Health & Human Services; chief architect of HealthCare.gov; founder, director, CEO, Athenahealth, Inc.; founder, director, CEO, Castlight Health, Inc.)

126. **Frank M. Sands, Sr. / Frank M. Sands, Jr.** (Founder and CEO, respectively, of Sands Capital Management LLC; failed to file S.E.C. Form SC 13G acquisition reports for Athenahealth, Inc., Baidu, Inc. (ADR) and Facebook stock during 2012; masked the association of Todd Y. Park with Athenahealth, Inc. and Baidu, Inc., and the association of both of those companies with the Facebook IPO fraud)

127. **Robin "Handsome Reward" Yanzong Li** (CEO, Baidu, Inc. (ADR); appointed Jan. 2004, the same month that Mark Zuckerberg obtained Leader Technologies' social networking source code to start Facebook; **Robin Y. Li** is very likely associated with John P. and James W. Breyer through their Chinese entities, including IDG Capital Partners, IDG-Accel and other variants; Li appointed a junior attorney from Fenwick & West LLP, Palo Alto/Mountain View, namely Parker Zhang, to be his "Head of

**BIRTHER CONFESSION - DCD 20-cr-165          PAGE 147 of 156**

Pilgrims Society, the Crown Agents, the Senior Executive Service (SES).

This new information clearly shows that Boasberg concealed an entirely secret life from the American people in 2002.

Then, when he added key elements in his 2010 disclosure, he still failed to confess the plethora of his globalist, left-wing Pilgrims Society traitors.

# CONCLUSION

Chief Justice John Roberts has a duty to immediately fire Boasberg as a FISA Court Judge, if he does not resign first.

If Boasberg will not resign, and Chief Justice Roberts won't fire him, then it is Congress' duty to impeach him, forthwith.

Propriety demands that Boasberg be punished for his flagrant deception of the American public.



**Fig. 23—John G. Roberts, Jr., Chief Justice of the U.S. Supreme Court; sole overseer of the FISA Court. James Boasberg's boss to whom Boasberg is accountable.**

\* \* \*

Return to return to the beginning of this post.

Notices: This post may contain opinion. As with all opinion, it should not be relied upon without independent verification. Think for yourself. Photos used are for educational purposes only and were obtained from public sources. No claims whatsoever are made to any photo.

# COMMENT

Click "N comments:" on the line just below this instruction to comment on this post. Alternatively, send an email with your comment to afi@leader.com and we'll post it for you. We welcome and *encourage* anonymous comments, especially from whistleblowers.

Patents;" Fenwick & West LLP represented both Leader Technologies, Inc. and Accel Partners LLC in 2002-2003 and had Leader's source code in their files.)

128. **Parker Zhang** ("Head of Patents" at Baidu, Inc. (ADR), appointed in approx. May 2012; formerly a junior Associate attorney at Fenwick & West LLP; graduate from Michigan Law in 2005)

129. **Penny S. Pritzker** (Secretary, Department of Commerce; replaced Rebecca M. Blank; holds over $24 million in Facebook "dark pools" stock, most notably in Goldman Sachs, Morgan Stanley and JPMorgan)

130. **Rebecca M. Blank** (Secretary, Department of Commerce; oversaw the dubious Leader v. Facebook activities of the Patent Office Director, David J. Kappos, who held over one million dollars in Facebook "dark pools" during the *Leader v. Facebook* proceedings; Kappos purchased this stock within weeks of his surprise recess appointment by President Obama; Kappos also was formerly employed by IBM, who sold Facebook 750 patents during the *Leader v. Facebook* proceedings; right before leaving the Patent Office, Kappos also ordered an unprecedented 3rd reexamination of Leader's patent without even identifying claims)

131. **Mary L. Schapiro** (Chairman, Securities & Exchange Commission; holds 51 Facebook "dark pools" stocks which held stock in Facebook, Baidu and more than a dozen Facebook crony companies; failed to regulate the "dark pools;" failed to disclose her substantial conflict of interest in regulating the run up to the Facebook IPO)

132. **Robert C. Hancock** (Chief Compliance Officer, Sands Capital Management, LLC; failed to file S.E.C. Form SC 12G notice of acquisition reports for Athenahealth, Baidu and Facebook during the period of the Facebook IPO in 2012; this conduct masked the conflicts of interest of Todd Y. Park, who was appointed by President Obama to be the U.S. Chief Technology Officer during this same period; Todd Y. Park is/has been founder, director and CEO of both Athenahealth and Castlight Health; Todd Y. Park deeply embedded the software from Athenahealth and Castlight Health into HealthCare.gov when he was CTO at Health & Human Services; none of these conflicts of interest were disclosed; Todd Y. Park's ethics pledges and reports are missing from the Office of Government Ethics)

133. **Jonathan Goodman** (Chief Counsel, Sands Capital Management, LLC; failed to file S.E.C. Form SC 12G notice of acquisition reports for Athenahealth, Baidu and Facebook during the period of the Facebook IPO in 2012; this conduct masked the conflicts of interest of Todd Y. Park, who was appointed by President Obama to be the U.S. Chief Technology Officer during this same period; Todd Y. Park is/has been founder, director and CEO of both Athenahealth and Castlight Health; Todd Y. Park deeply embedded the software from Athenahealth and Castlight Health into HealthCare.gov when he was

Bookmark: #first-amended-miller-act-notice | https://tinyurl.com/y2cf78g

# REMINDER RE. THE MILLER ACT NOTICE

Leader Technologies, Inc. sent their FIRST AMENDED MILLER ACT NOTICE to President Trump today. It is a contract demand for the U.S. Treasury to pay them for the federal government's 18-year theft of their social networking inventions. These inventions were stolen by Major General James E. Freeze (US Army, ret.) and Leader's patent attorney James P. Chandler, III, on behalf of Andrew W. Marshall and the Department of Defense Office of Net Assessment, and that Pilgrims Society that steals and weaponizes inventions for *continuous* war making and enrichment of its fascist insider military-industrial corporations.

FEDERAL BRITISH–AMERICAN PATENT WEAPONIZATION THIEVES


James P. Chandler, III


Andrew W. Marshall

Patriots are encouraged to help get this First Amended Miller Act Notice to President Trump and past the Praetorian Guard. *See* American Intelligence Media republish of the Leader Miller Act Notice.

Posted by K. Craine at 2:13 PM

# 22 comments:



**Lancelot** January 9, 2020 at 11:36 AM

How does this happen? How does someone like Boasberg get through the approval process. It has to be that the people in the approval process are globalists, in cahoots, and the good guys are silent, through fear. Totally despicable and NEEDS FIXING

Reply



**K. Craine** January 12, 2020 at 5:50 AM

CTO at Health & Human Services; none of these conflicts of interest were disclosed; Todd Y. Park's ethics pledges and reports are missing from the Office of Government Ethics; Goodman was formerly employed by Gibson Dunn LLP, Facebook appeals counsel in *Leader v. Facebook*)

134. **Trip Adler** ("Co-Founder" of Scribd; Harvard contemporaries of Mark Zuckerberg with a dubious orgins story, like Zuckerberg's; Scribd held AFI documents for two years, then summarily deleted the entire library without warning on Fri. Mar. 7, 2014; AFI's library contained only public documents and much evidence proving the *Leader v. Facebook* judicial corruption)

135. **Jared Friedman** ("Co-Founder" of Scribd; Harvard contemporaries of Mark Zuckerberg with a dubious orgins story, like Zuckerberg's; Scribd held AFI documents for two years, then summarily deleted the entire library without warning on Fri. Mar. 7, 2014; AFI's library contained only public documents and much evidence proving the *Leader v. Facebook* judicial corruption)

136. **Jeffrey Wadsworth** (CEO, Battelle Memorial Institute; President, Ohio State University Board of Trustees; former Deputy Director of Science & Technologies, Lawrence Livermore National Laboratory, University of California Board of Trustees)

137. **Michael V. Drake** (President, The Ohio State University; former Chancellor, University of California, Irvine)

138. **Woodrow A. Myers** (Chief Medical Officer, Wellpoint, Inc.; formerly Corporate Operations Officer, Anthem Blue Cross Blue Shield of Indiana)

139. **Alex R. Fischer** (aka Alexander Ross Fischer; Trustee, The Ohio State University; former Sr. Vice President, Battelle Memorial Institute; Chairman, OmniViz; married to Lori Barreras)

140. **Chris Glaros** (author of the discredited Waters Report re. The Ohio State University Marching Band; protege of Eric H. Holder, Jr., Professor James P. Chandler, III, and Algernon L. Marbley)

141. **Lori Barreras** (Commissioner, Ohio Civil Rights Commission; former Vice President of Human Resources, The Ohio State University; former Vice President, Battelle Memorial Institute; married to Alex R. Fischer)

142. **David Vaughn** (Criminal Attorney, David Vaughn Consulting Group; former Assistant U.S. Attorney; appointed to the discredited Waters Commission at Ohio State)

143. **Betty Montgomery** (former Ohio Attorney General; appointed to the discredited Waters Commission at Ohio State; accepted campaign contributions from Woodrow A. Myers, Wellpoint, Inc. and friend of Michael V. Drake)

144. **Joseph A. Steinmetz** (Provost, The Ohio State University; author of *Psychological Science* article on MOOC (Massive Open Online Course) that triggered the discovery of massive double-dealing and fraud

8/21/2020    Americans for Innovation: OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ...

Case 1:18-cv-00068   Document 483-8   Filed on 10/06/20 in TXSD   Page 26 of 91

[EDITOR: This response was posted at a conclave site for AMERICAN INTELLIGENCE MEDIA. Judging from the closing, it was written by a "regular" lawyer-troller of both our sites. He alternates names among "JC," "John Miller" and now "John Universaroney." Normally we don't bother our readers with his epithets and tirades, but felt this one was particularly instructive into the mindset of the hard-left/communists who are attempting to take down our President and our country. It is followed by a response from one of the AFI researchers.]

Name: John Universaroney

Comment: This article is childish nonsense. But I will give the author credit; this is tin-foil conspiracy fodder of the first order. So many logical fallacies and factual untruths. Where to start?

Let's begin with what is simply terrible research on the author's part. "BOASBERG HID SIGNIFICANT RELATIONSHIPS IN 2002, THEN DISCLOSED THEM IN 2010." Ummm, no. He didn't. I don't know how it's possible, but the author missed the fact that the Senate judiciary disclosure forms in 2002 were different than those in 2010. The forms in 2010 called for applicants to list all education, employment, and associations starting after COLLEGE graduation. The forms in 2002, however, only required applicants to list that information after LAW SCHOOL graduation. Andddddd...there you go. Goodbye conspiracy theory.

And then let's look at these "massive" conflicts of interest. Munger Tolles, Williams & Connelly, Wilmer Hale. These are the firms where Boasberg worked as a Summer Associate. As someone who has actually worked as a Summer Associate in two top-tier law firms, let me tell you just how silly that theory is.

First, if you attend a top 20 law school, such as Yale, here's how it works when it comes to getting a job. Beginning in the fall of your 2nd year of law school, the school hosts what is known as OCI, or On Campus Recruiting. Attorneys from the top law firms will come to campus for a week and interview students. As a student, you typically choose your top 15-20 firms and then you are put into a lottery with the other students. From that lottery, you will be given roughly 8-10 interviews from the firms that you chosen. Sometimes, you will also have firms ask to interview you if you have particularly good grades. You will then do 8-10 interviews and if you do well, then you get a callback where the firm will fly you out to their office where you want to work. You meet other attorneys there, get wined and dined for the weekend, and then if all goes well, you get a Summer Associate offer.

*** END, John U, Part I ***

Reply

Replies

 K. Craine    January 12, 2020 at 5:52 AM

     *** BEGIN, John U, Part II ***

Working as a Summer Associate is a joke. You will be at the firm for no more than 8 weeks, and the only work you do is writing some memos, maybe going to court to watch some attorneys, and doing some basic legal research. Most of your time is spent going to fancy lunches, playing golf, going to happy hours, going to BBQ's at the big partner's houses, etc. It's wine and dine for 8 weeks. And then if you don't do something really stupid, you will get an offer to join the firm at the end of the summer. You don't actually start working there until after your graduate a year later and then pass the bar.

So that's the "massive" conflict your're claiming. Boasberg literally worked at those 2 firms for 6 weeks tops (he split his summer as you can see) and then never actually worked at those firms.

The top 20 or so law firms are also cookie cutter. They are basically interchangeable. You pick the city where you want to ultimately live, and then you've got 10 or so law firms that are more or less identical in that city. If you're going to L.A., Munger Tolles is one of those firms. Washington DC, Wilmer Hale and Williams & Connelly are both on that list. The truth is that when you're in law school, you don't really know what firm you want to join or what kind of work you really want to do. You go by "prestige" based on the annual law firm rankings in the Vault guide. That's about it. Most students don't even know if they want to do litigation or transactional work (deals, SEC filings, etc.), so usually your summer is split between those departments within a firm. You don't do jack squat in terms of any meaningful work as a Summer Associate and you're not making any connections or doing any work that would ever create a meaningful conflict. You're being wined, dined, and woo'd to join the firm that tells you it's the best but is really indistinguishable from any other top 10 firm. That's it.

So this supposed "nondisclosure" by Boasberg wasn't even a nondisclosure in the first place. But even if it were, it means nothing in the real world

So how about all of the nonsense about The ISIS? I cannot even imagine what's

within the Ohio State trustees)

D. Facebook boy-puppets:

145. Mark E. Zuckerberg
146. Chris Hughes
147. Dustin Moskowitz
148. Eduardo Saverin
149. Matthew R. Cohler
150. Elon Musk

E. Corruption within —Patent Office Judges:

151. Anderson, Gregg
152. Best, George
153. Bonilla, Jackie W.
154. Boucher, Patrick
155. Braden, Georgianna W.
156. Branch, Gene
157. Bisk, Jennifer Bresson
158. Bui, Hung H.
159. Busch, Justin
160. Clements, Matt
161. Crumbley, Kit
162. Droesch, Kristen
163. Elluru, Rama
164. Fitzpatrick, Michael
165. Gerstenblith, Bart A.
166. Giannetti, Thomas L.
167. Guest, Rae Lynn
168. Hastings, Karen M.
169. Hoff, Marc
170. Horner, Linda
171. Hughes, James R.
172. Hume, Larry
173. James, Housel
174. Jung, Hung J.
175. Kamholz, Scott
176. Katz, Deborah
177. Lucas, Jay
178. MacDonald, Allen R. (bio unavailable) – *Leader* 3rd reexam judge (bio and conflicts log concealed by FOIA)
179. Mahaney, Alexandra
180. Martin, Brett
181. McKone, Dave
182. McNamara, Brian
183. Medley, Sally
184. Moore, Bryan
185. Moore, James T – *Leader* 3rd reexam judge (bio and conflicts log concealed by FOIA)
186. Morgan, Jason V.
187. Morrison, John
188. Pak, Chang K.
189. Perry, Glenn J.
190. Petravick, Meredith C. (bio and conflicts log concealed by FOIA) – *Leader* 3rd reexam judge
191. Pettigrew, Lynne
192. Praiss, Donna
193. Quinn, Miriam
194. Reimers, Annette

8/21/2020    Americans for Innovation: OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ...

Case 1:18-cv-00068    Document 483-8    Filed on 10/06/20 in TXSD    Page 27 of 91

going on inside the author's head to go on and on and on with conspiracy theory after conspiracy theory after conspiracy theory when the guy literally wrote ONE SINGLE MOVIE REVIEW. A movie review. Yes, let that sink in. But no, that OBVIOUSLY means that he's a bought and sold MI6 plant who is being sodomized and used to recruit other "homosexuals" for some master plan. ROTFL. Seriously, who comes up with this shit? The dude wrote a movie review. Once. And from that you've got him involved in every batshit crazy tin-foil scheme going on for decades. Who takes this stuff seriously? Well obviously no one since even Alex Jones won't touch the Leader Technologies carnival show.

I could go on from there but it's all the same garbage throughout this article. The guy's Wikipedia page tells you he was in Skull & Bones. He had 3 Yale clerks working for him! You don't say. Gosh, top law school, top clerk positions, then they go to top firms. Just that simple. I really cannot understand what possesses someone to invest hundreds of hours in this kind of crap literally INVENTING conflicts of interest that are so ridiculous even a 3rd grader would tell you so. It's mind boggling.

So, to summarize, this article might have hit a new low-point in batshit crazy. But boy was it entertaining!! Thank you!!

 K. Craine    January 12, 2020 at 5:54 AM

[AFI RESEARCH RESPONSE TO JOHN U, JC, JOHN MILLER. As we have told you many times, we are praying for you.]

Dear John U.,

Thanks for all your flack. You helped make the point about Boasberg's lack of ethical character (and yours). We are not fooled any longer by your lawyer BS. You are trying to obscure the real reason for these ethics disclosures on "MATERALITY." You are clearly trying to deceive the public yourself. Your colleagues should report you to your State's ethics commission for this clap trap deception. In your license to practice law you pledged not to deceive the public this way about the Rule of Law and the Constitution. Shame on you too. Are you another "white shoe" from Wilmer Hale or Williams Connolly? We now know that "white shoe" among you people means the opposite: BLACK HI-STEP JACK BOOTS.

You conveniently forgot the overarching ethics question that covered any alleged shortcomings in the FORM that you are trying to parse into oblivion. On Jun. 26, 2002, at Boasberg's Senate Judiciary Committee confirmation hearing, Senator Dick Durbin asked Boasberg "Is there anything that you are aware of in your background that might present a conflict of interest with the duties of the office to which you have been nominated?" Boasberg answered: "No, sir."

Boasberg condemned himself in that lie. Whoops. You missed that Johnny boy.

It is not up to Boasberg to decide whether his activities were significant or important or worthy of disclosure. That is up to the American people. Poor baby, the FORM misled him. Poppycock. ANY ethics lawyer worth his salt will tell you candidates for federal judge must disclose ALL material relationships reaching back to their birth and childhood, their parents, relatives, high school, early associations, writings, publications, speeches, awards, colleges, cases, opinions, clubs, societies, legal troubles, SPOUSE'S FINANCIAL ACTIVITY, etc. etc. You don't get to skip gaps in your relationships just because the FORM made you do it. Again, poppycock.

These disclosures are intended to show RELATIONSHIPS. Boasberg was ethically duty-bound to disclose them, then the American people can decide whether they are significant or not. CLEARLY, THESE WERE AND ARE MATERIAL. They show part of the Pilgrims Society grooming process for recruiting their next-gen corruptocrats, and he got caught by dogged researchers who are tired of lawyers running our Republic into the ground with LIES, DECEIPT and TRICKERY.

Your splitting hairs about the FORMS differences is profoundly silly and telegraphs your own ethical malformation. You don't get to split hairs regarding ethics like that. That is another one of your slimy lawyer tricks to hide material relationships from the public. Boasberg knows very well that he should have disclosed those law firm associations and The ISIS Oxford publication... because he did in 2010! It makes no matter he was young and did or didn't do much, or it was only a movie review. He was evidently being groomed.

Others are coming forward now who were at Oxford and confirm the far leftist / communist political bent of The ISIS and Boasberg's St. Peter's College (which Boaberg also failed to disclose in both 2002 and 2010).

Your excuses sound like the comedian Flip Wilson from Laugh In's excuse for

195. Saindon, William
196. Scanlon, Patrick
197. Siu, Stephen C. – *Leader* 3rd reexam judge (bio and conflicts log concealed by FOIA)
198. Smith, James Donald
199. Smith, Neil
200. Snedden, Sheridan
201. Song, Daniel
202. Spahn, Gay Ann
203. Strauss, Mike
204. Timm, Catherine
205. White, Stacey
206. Zecher, Michael

Research Tip:
Type any name or subject in the Google search at the top of this webpage. That will show you any relevant links within the sites that we have been following and investigating in the *Leader v. Facebook* case. Vigilance everyone! Our American Republic is at risk.

# HOW TO FILE A FRAUD COMPLAINT AGAINST A UNIVERSITY

The following universities were announced as participants in Ohio State Provost Joseph A. Steinmetz's corrupt MOOC education initiative named "University Innovation Alliance" (UIA). We have identified the instructions and online forms you need to file a complaint with the participants. MOOC stands for "Massive Open Online Course."

You should complain about:

(1) the intellectual property theft of social networking source code from Leader Technologies, Columbus, Ohio that is the software engine running the UIA;

(2) the corruption at Ohio State University and OSU's collusion with Battelle Memorial Institute which helped steal the software being used by UIA; and

(3) the mistreatment of OSU Marching Band Director Jon Waters regarding fabricated Title IX charges that were used to pave the way for Steinmetz to announce UIA.

Universities pride themselves on protection of intellectual property.

Therefore, these universities cannot participate in this abuse of inventor copyrights, patents and trade secrets by The Ohio State Trustees and Administration. If these universities participate knowingly with Ohio State in its theft of intellectual property, then they are aiding and abetting the theft of intellectual property on a "massive" scale ... Massive Open Online Course (MOOC) also known as The Eclipse Foundation.

**1. ARIZONA**
Arizona State University
https://www.azag.gov/consumer/procedure
https://www.azag.gov/complaints/consumer

wrongdoing: "The devil made me do it."

We pray for you pseudonym John Universaroney.

**Reply**

---



**Unknown** January 15, 2020 at 10:04 PM

Hope you sent this to the President Trump. There is so much info in it that he and AG Barr need to know. Makes me ill to think the Swamp is so Deep.

**Reply**

---

K. Craine     January 20, 2020 at 10:03 AM

Email comment by Sharyl Attkisson:

Sharyl Attkisson. (Jan. 09, 2020). Former govt. agent admits illegally spying on Sharyl Attkisson, implicates govt. colleagues. Full Measure.

A former U.S. government agent has admitted participating in the illegal government surveillance on then-CBS New Investigative reporter Sharyl Attkisson. The insider has identified former U.S. Attorney Rod Rosenstein as the person responsible for the project.

Full story:

https://sharylattkisson.com/2020/01/former-govt-agent-admits-illegally-spying-on-sharyl-attkisson/

**Reply**

**Replies**



K. Craine     January 20, 2020 at 10:04 AM

Previous comment:

https://tinyurl.com/rpeerx3

Spread the truth:

https://tinyurl.com/rpeerx3

---

**Reply**

---



K. Craine     January 20, 2020 at 10:10 AM

Email comment by CS:

Tyler Durden. (Jan. 18, 2020). US Military Jams GPS Across East Coast As FBI Seizes Night-Vision Devices. ZeroHedge.

In case you didn't fully realize that something big is about to take place in America, file these two facts:

#1: The U.S. military, Carrier Strike Group Four (CSG4), is jamming GPS signals from Jan 16th - 24th

...which may overlap the planned deep state false flag event in Richmond, Virginia. Richmond is just at the margins of the range of the GPS jamming exercise map released by the military (see below). The epicenter of the so-called "exercise" is off the coast of Georgia. The official FAA announcement claims no jamming will take place on Monday, Tuesday or Wednesday next week, but we don't trust the FAA, so your mileage may vary. Remember, too, that 90% of the American population below the age of 30 has never read a paper map and can't use a compass.

#2: FBI invokes "eminent domain" to seize high-end night vision tubes

The FBI is now claiming "eminent domain" to essentially seize high-end night vision tubes (that power night vision goggles) from distributors in the United States. This indicates the FBI has an emergency effort under way to acquire large numbers of night vision devices in anticipation of some urgent event which will take place at night (possibly another FBI false flag operation like Oklahoma City or the 1993 attempted World Trade Center bombing which was entirely masterminded by the FBI).

**2. CALIFORNIA**
University of California Riverside
California State System (observer)
http://www.oig.ca.gov/
http://www.oig.ca.gov/pages/about-us/how-to-file-a-complaint.php
http://www.oig.ca.gov/pages/about-us/complaint-form.php

**3. FLORIDA**
University of Central Florida
http://www.floridaoig.com/
http://www.fldoe.org/ig/complaint.asp
http://app1.fldoe.org/IGComplaint/Complaint Form.aspx

**4. GEORGIA**
Oregon State University
http://oig.georgia.gov/
http://oig.georgia.gov/file-complaint

**5. INDIANA**
Purdue University
http://www.in.gov/ig/2330.htm

**6. IOWA**
Iowa State University
http://www.state.ia.us/government/ag/file_complaint/online_2.html

**7. MICHIGAN**
Michigan State University
http://www.mfia.state.ml.us/OIG/SubmitComplaint.aspx?ComplaintMode=client

**8. OHIO**
The Ohio State University
http://watchdog.ohio.gov/FileaComplaint.aspx

**9. OREGON**
Oregon State University
https://justice.oregon.gov/forms/consumer_complaint.asp
https://justice.oregon.gov/consumercomplaints/

**10. KANSAS**
The University of Kansas
http://www.fraudguides.com/report/kansas.asp
https://ag.ks.gov/about-the-office/contact-us/email-us
https://ag.ks.gov/about-the-office/contact-us/file-a-complaint/koma-kora-investigation-request

**11. TEXAS**
The University of Texas
http://www.tdcj.state.tx.us/divisions/oig/oig_fraud.html
https://sao.fraud.state.tx.us/Hotline.aspx

Let's make sure that the "University Innovation Alliance (UIA)" and "Massive Open Online Course" MOOC never get off the ground due to their corrupt foundations.

**RESOURCE:**
http://inspectorsgeneral.org/directory-of-state-and-local-government-oversight-agencies/

# REAL NEWS LINKS

Bookmark: #real-news

1. 12160.info - Resisting the New World Order
2. 1791l

---

...

Full story:

https://www.zerohedge.com/political/whats-going-military-jams-gps-across-east-coast-fbi-
seizes-night-vision-devices

Reply

Replies

K. Craine      January 20, 2020 at 10:11 AM
Previous comment:

https://tinyurl.com/qjkd9j2l

Spread the truth.

Reply

K. Craine      January 20, 2020 at 10:12 AM
Email comment by TG:

CAT REPORT

Virginia Gestapo Questions Patriot

New Mexico Pre-Files Draconian Second Amendment Legislation

Investigating Biden influence peddling didn't become illegitimate just because Joe ran for
president

NSC Russia Expert Escorted From White House Under Intelligence Investigation

'Schiff for Brains' says intelligence community is withholding Ukraine documents from
Congress

NYT Editors Hedge Their Bets, Endorse Warren and Klobuchar

"The Fix is in" - 130 California Doctors Are Going To Be Disciplined For Writing Vaccine
Medical Exemptions Richard Pan Doesn't Like

The Curse of Led Zepplin

A New Discovery about Dodecahedrons
Surviving the Apocalypse: How to Create an Ark for the Future

Indoctrination Education: Public Schools Are Now Programming Facilities

Full stories:

https://aim4truth.org/2020/01/20/cat-report-277/

Reply

Replies

K. Craine      January 20, 2020 at 10:13 AM
Previous comment:

https://tinyurl.com/uug4e5b

Spread the truth.

Reply

K. Craine      January 20, 2020 at 10:20 AM
Email comment by JO

3. Abby Martin (The Empire Files)
4. Abel Danger
5. Aim4Truth.com
6. Alex Jones, InfoWars
7. America Talks (David Zublick)
8. American Intelligence Media (AIM)
9. Americans for Innovation (AFI)
10. American Thinker
11. Ann Coulter
12. Anthony Gucciardi
13. Before It's News
14. Bill Still
15. Bob Dylan's Plagarism of James
     Damiano
16. Breitbart
17. Catherine Austin Fitts (Solari.com)
18. Center for Public Integrity
19. Cernovich, Mike (Danger & Play)
20. Center for Self Governance
21. Charles Benninghoff / Pray For Us
22. Conservative Daily Post
23. Conservative Patriot Blog
24. Conservative Tribune
25. Counterpunch
26. Culture Shock News
27. Daily Caller
28. Daily Wire
29. Danger & Play (Mike Cernovich)
30. David Horowitz Freedom Center
31. Dark Journalist
32. David Knight (Libertyarian)
33. David Seaman
34. David Yose
35. David Zublick (America Talks)
36. Deeper Than Drudge
37. Diplopundit
38. Discover The Networks / David
     Horowitz
39. Doomsday Doug
40. Drudge Report
41. Ed Magedson
42. Empire Files (Abby Martin)
43. En-Volve Conservative News
44. ExposeFacts.org (William Binney)
45. Faith Happens
46. FEDERICO InspoNews (Frederico
     Cardella)
47. Free Our Internet
48. Free Thought Project (The)
49. FreedomWatch / Larry Klayman
50. Full Measure with Sharyl Attkisson
51. Gateway Pundit (The)
52. GeoEngineering Watch
53. Georgia/ KSCO
54. Gerald Celente / Trends Research
55. Global Freedom Movement
56. Gorilla Mindset by Mike Cernovich
57. Government Gone Wild
58. Glomar Disclosure

**BIRTHER CONFESSION - DCD 20-cr-165          PAGE  153 of 156**

Case 1:18-cv-00068   Document 483-8   Filed on 10/06/20 in TXSD   Page 30 of 91

James O'Keefe. (Jan. 20, 2020). Project Veritas Action Fund Defends Citizens' First Amendment Rights for Undercover Secret Recording in First Circuit Court of Appeals. Project Veritas.

Project Veritas Action Fund (PVA) Appeared in the United States First Circuit Court of Appeals for the First Circuit to Challenge the Nation's Broadest Recording Law—Section 99 of Massachusetts Law.
PVA Argued that Undercover Recordings are at the core of citizens' First Amendment Rights.

Full story:

https://www.projectveritas.com/

Reply

   Replies

      K. Craine     January 20, 2020 at 10:21 AM

     Previous comment:

     https://tinyurl.com/setzjea

     Spread the truth.

------

Reply

 K. Craine     January 20, 2020 at 10:25 AM
Email comment by Jamie White:

Jamie White. (Jan. 20, 2020). FAKE NEWS: NBC CLAIMS 2ND AMENDMENT ATTENDEES RECITING PLEDGE OF ALLEGIANCE ACTUALLY CHANTING 'WE WILL NOT COMPLY' - Mainstream media desperate to sow chaos and discord at peaceful demonstration in Virginia. NewsWars.

An NBC News reporter falsely claimed that a group of 2nd Amendment rally attendees in Richmond, Virginia were chanting "We will not comply," but in reality they were reciting the Pledge of Allegiance.

NBC News correspondent Gabe Gutierrez tweeted a short clip of patriots at the rally reciting the Pledge, but captioned that they were chanting "We will not comply."

Full story:

https://tinyurl.com/rrg2v9u

Reply

   Replies

      K. Craine     January 20, 2020 at 10:26 AM
     Previous comment:

     https://tinyurl.com/s32hce2

------

Reply

 K. Craine     January 20, 2020 at 10:29 AM
Email comment by JG:

Editor. (Accessed Jan. 20, 2020). OAN Investigates. OAN.

EXCLUSIVE: Watch the unraveling of the biggest political scandal in US history. Travel with OAN's Chanel Rion and Rudy Giuliani to Budapest and Kiev to capture explosive first-hand interviews with key Ukrainian officials highlighting DNC collaborated foreign interference into the 2016 presidential election. Hear the shocking first hand testimony of former Prosecutor General Viktor Shokin on why he was fired and what corruption he uncovered.

59. H.A. Goodman
60. Hagmann Report
61. HANG THE BANKERS
62. HORN NEWS
63. Horowitz (David) Freedom Center
64. Howard Nema (Truth Talk News)
65. InfoWars, Alex Jones
66. Intrepid Report
67. Intercept (The)
68. International Consortium of Investigative Journalists (ICIJ)
69. Innovation Alliance
70. Jack Posobiec
71. James Wesley Rawles (SurvivalBlog)
72. Joel M. Skousen / World Affairs Brief
73. Judicial Watch
74. Julian Assange (WikiLeaks)
75. Kaya Jones
76. Larry Elder
77. Larry C. Johnson (No Quarter)
78. Laura Ingraham
79. Lawless America
80. LawNewz
81. Lee Stranahan
82. Lew Rockwell
83. Liberty Headlines
84. Liberty Writers News
85. Libertytarian) (David Knight)
86. LifeZette (Laura Ingraham)
87. Lionel Nation / Media
88. Lisa Haven News
89. Mark Dice
90. Marshall Report (The)
91. Matt Drudge / Drudge Report
92. Middle East Eye
93. Mike Cernovich (Danger & Play)
94. Millennium Report (The)
95. Milo Yiannopoulos
96. Muckrock
97. Newsbud (Sibel Edmonds)
98. Newswars.com
99. No More Games (Morgan Reynolds)
100. No Quarter (Larry C. Johnson)
101. Occupy Peace
102. Open Mind
103. Pat Dollard - The War Starts Here!
104. Paul Joseph Watson
105. Peter Schiff
106. PJ Media
107. PoliZette
108. PragerU
109. Charles Benninghoff / Pray For Us
110. Prison Planet Live
111. Public Intelligence Blog (Robert David Steele)
112. Real News with David Knight
113. Rebel Media
114. Right Side Broadcasting
115. Right Wing News (John Hawkins)

**BIRTHER CONFESSION - DCD 20-cr-165**      **PAGE 154 of 156**

8/21/2020　　　Case 1:18-cv-00068　Document 483-8　Filed on 10/06/20 in TXSD　Page 31 of 91

Americans for Innovation: OUTRAGEOUS DISCOVERY: NEW FISA COURT JUDGE JAMES E. BOASBERG FALSIFIED HIS SENATE ...

Watch all 3 parts FREE below.

Full stories:

https://www.oann.com/oaninvestigates/

Reply

Replies



K. Craine　　　January 20, 2020 at 10:30 AM

Previous comment:

https://tinyurl.com/thlkh24

Spread the truth.

---

Reply



K. Craine　　　January 23, 2020 at 1:46 PM

Email comment by GH:

A must see expose of how Free Speech is being shut down in the UK and EU (and soon in the US, if not already).

Editor. (Jan. 19, 2020). Tommy Robinson in Denmark. Free Press (Denmark) TV Services.

https://www.fbcoverup.com/docs/library/2020-01-19-Tommy-Robinson-in-Denmark-Free-Press-(Denmark)-TV-Services-Jan-19-2020.mp4

https://youtu.be/GMFWbJ9yuIw

Reply

Replies



K. Craine　　　January 23, 2020 at 1:47 PM

Previous comment:

https://tinyurl.com/s5bqsvd

Spread the truth.

---

Reply



K. Craine　　　January 27, 2020 at 2:16 PM

Email comment by TG:

SCOTUS John Roberts is Queen Elizabeth's Right Hand Man
Share: https://tinyurl.com/vzvjjbd

Was the Pilgrim Society's patron Queen Elizabeth's May 07, 2007 visit to President Bush and Chief Justice Roberts at the White House (mentioned in this article below) just coincidence, or was the Queen there to give Pilgrims Society mini-King Roberts his marching orders?

Remember, Chief Crown Prosecutor Allison Saunders sneaked to America and had a private dinner at Bruce and Nellie Ohr's home (Bruce Ohr: one of the Senior Executive Service's (Crown Agents) paymasters at the DoJ) just five days before the infamous Trump Tower meeting?

Full story:

https://patriots4truth.org/2020/01/27/scotus-john-roberts-is-queen-elizabeths-right-hand-man/

Reply

116. Ripoff Report
117. Robert David Steele
118. Roger Stone, Stone Cold Truth
119. ROOT for America (Wayne Allyn Root)
120. Sargon of Akkad
121. Save The American Inventor
122. SGTReport
123. Sharyl Attkisson
124. Sibel Edmonds (Newsbud)
125. Solari.com (Catherine Austin Fitts)
126. State of The Nation (SOTN)
127. Stefan Molyneux
128. StevenCrowder
129. Steve Pieczenik
130. Stone Cold Truth, Roger Stone
131. SurvivalBlog (James Wesley Rawles)
132. The Daily Caller
133. The Free Thought Project
134. The Gateway Pundit
135. The HORN NEWS
136. The Intercept (Note: Most writers are fair; but some are unalloyed fake news leftists)
137. The Larry Elder Show
138. The Marshall Report
139. The Millennium Report
140. The Stone Zone
141. The Watchman's Report
142. Trends Research / Gerald Celente
143. Val Stilwell
144. Veterans Today (VT)
145. Vets For Child Rescue
146. Vidme
147. Washington Examiner
148. Wayne Madsen Report
149. WND (WorldNetDaily)
150. Whatever Happened to Common Sense
151. WikiLeaks (Julian Assange)
152. William Binney (ExposeFacts.org)
153. We Are Change
154. West New Jersey Tea Party
155. Western Journalism
156. World Affairs Brief / Joel M. Skousen
157. Your Voice Radio
158. ZeroHedge

**BIRTHER CONFESSION - DCD 20-cr-165**　　　**PAGE 155 of 156**

Replies

K. Craine        January 27, 2020 at 2:17 PM
Previous comment:

https://tinyurl.com/sj7kq82

Spread the truth

**Reply**

Anonymous  January 28, 2020 at 5:18 PM
This comment has been removed by a blog administrator.
**Reply**

Enter your comment...

**Comment as:**   suretynomorel  ∨                          **Sign out**

[    ]    **Preview**                                      Notify me

NOTICE TO COMMENTERS: When the MSM diatribe on "fake news" began, our regular commenters
were blocked from posting comments here. Therefore, email your comments to a new secure email
addess afi@leader.com and we will post them.

Newer Post                          Home                          Older Post

Subscribe to: Post Comments (Atom)

Author and Site attribution is sufficient. Simple theme. Powered by Blogger.

**BIRTHER CONFESSION - DCD 20-cr-165          PAGE 156 of 156**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

---

STATE OF TEXAS et al. ,

Plaintiff,

  v.                                          Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA  et al.,

Defendant.

---

**CHRISTOPHER EARL STRUNK AFFIRMATION IN SUPPORT OF NOTICE OF
MOTION TO RECONSIDER FRCP RULE 24 INTERVENOR PLAINTIFF STATUS
DENIAL SHOWN AT DOCKET ITEM 475 AND FOR EXPEDITED FRCP RULE 65(b)
EXTRAORDINARY RELIEF DEMAND DENIED IN RELATED CASE NYND 16-CV-
1496 MOTION REGARDING THE FOREIGN ALIEN BIOWEAPON
JAMAICAN CITIZEN KAMALA DEVI HARRIS**

**Vote Harvesting Conflicts With California Election Law by Pamela Baggot, JD**

# EXHIBIT  D

Vote Harvesting Conflicts With California Election Law
By Pamela Baggot, J.D.

The most recent election law that allows 'vote harvesting' of an executed ballot by a biased political party member who is not an official government agent or even sworn to tell the truth, breaks existing California election laws and thwarts election accountability and transparent elections. In 2016, Gov. Jerry Brown signed into law a change to Sections 3017 of the Election Code that allows any person to collect mail-in ballots from voters and then mail the ballots or deliver them to prescribed locations. Prior law only allowed relatives of the voter or those living in the same household as the voter, to return the ballot in lieu of the voter.

Alex Padilla, the CA Secretary of State, made a ludicrous tweet regarding CA's vote harvesting election laws. He infers that the new law allows for every vote to be counted when the opposite is true – there is no chain of title required after the ballot is taken from the voter by a party hack. One of the possible problems is that a democrat could pretend to be a Republican collecting ballots, collect them and then dump them in the trash. The person collecting does not have to show a government ID or any party affiliation proof, nor does he have to sign the outside of the envelope as you will see further along in the summary. Vote harvesting also allows for voter intimidation and illegal electioneering away from the watchful eyes of election officials.


Tweet from @AlexPadilla4CA
.@SpeakerRyan, in California we make sure every ballot is properly counted and accounted for. That's not "bizarre," that's
DEMOCRACY.https://twitter.com/thehill/status/1068185072015155200

That means that any Tom, Dick, Harry or Sally can return a ballot instead of a relative or someone living in the house who the voter knows, and the following law allows for there to be **no chain of title of the ballot** once it leaves the alleged voter's hand per 3011(c). "[A] **ballot shall not be disqualified solely because the person authorized to return it did not provide on the identification envelope his or her name, relationship to the voter, or signature. (This explicitly allows for ballot/election fraud. Additionally, in California, it is not known how many fictitious and duplicate voters exist. Because an identification is not required to register to vote.)**

The following are the statutes that were changed (Changed section in bold face.): .

**THE PEOPLE OF THE STATE OF CALIFORNIA DO ENACT AS FOLLOWS:**

**SECTION 1. Section 3011 of the Elections Code is amended to read:**
**3011.** (a) The identification envelope shall contain all of the following:
(1) A declaration, under penalty of perjury, stating that the voter resides within the precinct in which he or she is voting and is the person whose name appears on the envelope.
(2) The signature of the voter.

(3) The residence address of the voter as shown on the affidavit of registration.

(4) The date of signing.

(5) A notice that the envelope contains an official ballot and is to be opened only by the canvassing board.

(6) A warning plainly stamped or printed on it that voting twice constitutes a crime.

(7) A warning plainly stamped or printed on it that the voter must sign the envelope in his or her own handwriting in order for the ballot to be counted.

(8) A statement that the voter has neither applied, nor intends to apply, for a vote by mail voter's ballot from any other jurisdiction for the same election.

(9) The name of the person authorized by the voter to return the vote by mail ballot pursuant to Section 3017.

(10) The relationship to the voter of the person authorized to return the vote by mail ballot.

(11) The signature of the person authorized to return the vote by mail ballot.

(b) Except at a primary election for partisan office, and notwithstanding any other provision of law, the vote by mail voter's party preference may not be stamped or printed on the identification envelope.  **(Vote harvesters know the party preference before they go to a residence.)**

(c) Notwithstanding paragraphs (9) to (11), inclusive, of subdivision (a), **a ballot shall not be disqualified solely because the person authorized to return it did not provide on the identification envelope his or her name, relationship to the voter, or signature.**

**SEC. 2. Section 3017 of the Elections Code is amended to read:**

**3017.** (a) (1) All vote by mail ballots cast under this division shall be voted on or before the day of the election. After marking the ballot, the vote by mail voter shall do any of the following:

(A) Return the ballot by mail or in person to the elections official who issued the ballot.

(B) Return the ballot in person to a member of a precinct board at a polling place or vote center within the state.

(C) Return the ballot to a vote by mail ballot drop-off location within the state that is provided pursuant to Section 3025 or 4005.

(2) **A vote by mail voter who is unable to return the ballot may designate another person to return the ballot to the elections official who issued the ballot, to the precinct board at a polling place or vote center within the state, or to a vote by mail ballot dropoff location within the state** that is provided pursuant to Section 3025 or 4005. **The person designated shall return the ballot in person, or put the ballot in the mail, no later than three days after receiving it from the voter or before the close of the polls on election day, whichever time period is shorter.** Notwithstanding subdivision (d), a ballot shall not be disqualified from being counted solely because it was returned or mailed more than three days after the designated person received it from the voter, provided that the ballot is returned by the designated person before the close of polls on election day.

(3) The ballot must be received by the elections official who issued the ballot, the precinct board, or the vote by mail ballot drop-off location before the close of the polls on election day. If a vote by mail ballot is returned to a precinct board at a polling place or vote center, or to a vote by mail ballot drop-off location, that is located in a county that is not the county of the elections official who issued the ballot, the elections official for the county in which the vote by

mail ballot is returned shall forward the ballot to the elections official who issued the ballot no later than eight days after receipt.

(b) The elections official shall establish procedures to ensure the secrecy of a ballot returned to a polling place and the security, confidentiality, and integrity of any personal information collected, stored, or otherwise used pursuant to this section.

(c) On or before March 1, 2008, the elections official shall establish procedures to track and confirm the receipt of voted vote by mail ballots and to make this information available by means of online access using the county's elections division Internet Web site. If the county does not have an elections division Internet Web site, the elections official shall establish a toll-free telephone number that may be used to confirm the date a voted vote by mail ballot was received.

(d) The provisions of this section are mandatory, not directory, and a ballot shall not be counted if it is not delivered in compliance with this section.

(e) (1) A person designated to return a vote by mail ballot shall not receive any form of compensation based on the number of ballots that the person returns and an individual, group, or organization shall not provide compensation on this basis.

(2) For purposes of this paragraph, "compensation" means any form of monetary payment, goods, services, benefits, promises or offers of employment, or any other form of consideration offered to another person in exchange for returning another voter's vote by mail ballot.

(3) A person in charge of a vote by mail ballot and who knowingly and willingly engages in criminal acts related to that ballot as described in Division 18 (commencing with Section 18000), including, but not limited to, fraud, bribery, intimidation, and tampering with or failing to deliver the ballot in a timely fashion, is subject to the appropriate punishment specified in that division.

By having a "party official" intrude upon a person's privacy within their home to take their private ballot, is reminiscent of the same practice engaged in by dictators around the world. With no election officials around, there is nothing to stop voter intimidation within the person's home voting booth.

## CALIFORNIA STATE LAW CONFLICTS

The following are some codes that the new "harvesting law" breaks:

## UNDER VOTE HARVESTING A PERSON'S HOME BECOMES A VOTING BOOTH AND THUS FRAUGHT WITH THE POTENTIAL OF BREAKING ELECTIONEERING STATUTE

The new law will also increase the number of invasions by party agents into a person's home which is also his voting booth on election day by party agents, which also increases the chances for electioneering out of the watchful eye of sworn election officials in EC 18371 .

ARTICLE 7. Electioneering [18370 - 18371] ( Article 7 enacted by Stats. 1994, Ch. 920, Sec. 2. )

**18371.**
**(a) No candidate or representative of a candidate, and no proponent,** opponent, or representative of a proponent or opponent, of an initiative, referendum, or recall measure, or of a charter amendment, **shall solicit the vote of a vote by mail voter, or do any electioneering, <u>while in the residence or in the immediate presence of the voter</u>, and during the time he or she <u>knows the vote by mail voter is voting.</u>**

(b) Any person who knowingly violates this section is **guilty of a misdemeanor.**

(c) This section shall not be construed to conflict with any provision of the federal Voting Rights Act of 1965, as amended, nor to preclude electioneering by mail or telephone or in public places, except as prohibited by Section 18370, or by any other provision of law.

(Amended by Stats. 2007, Ch. 508, Sec. 113. Effective January 1, 2008.)

ARTICLE 7. Electioneering [18370 - 18371]   ( Article 7 enacted by Stats. 1994, Ch. 920, Sec. 2. )

**18370.**

**No person, on election day, or at any time that a voter may be casting a ballot, shall, within 100 feet of a polling place,** a satellite location under Section 3018, or an elections official's office:

**(a) Circulate an initiative, referendum, recall, or nomination petition or any other petition.**

**(b) Solicit a vote or speak to a voter on the subject of marking his or her ballot.**

**(c) Place a sign relating to voters' qualifications or speak to a voter on the subject of his or her qualifications except as provided in Section 14240.**

**(d) Do any electioneering as defined by Section 319.5.**

As used in this section, "100 feet of a polling place, a **satellite location under Section 3018,** or an **elections official's office"** means a distance **100 feet from the room or rooms in which voters are signing the roster and casting ballots.**

Any person who violates any of the provisions of this section is guilty of a misdemeanor.

(Amended by Stats. 2009, Ch. 146, Sec. 2. (AB 1337) Effective January 1, 2010.)

Also, by allowing party officials into the private home ballot booth of the voter out of the watchful eye of election officials, there is more of a chance that voter intimidation will occur which is a violation of EC 18540.

**CHAPTER 6. Corruption of the Voting Process** [18500 - 18578]  ( Chapter 6 enacted by Stats. 1994, Ch. 920, Sec. 2. )

**ARTICLE 3. Intimidation of Voters** [18540 - 18548]  ( Article 3 enacted by Stats. 1994, Ch. 920, Sec. 2. )

**18540.**
**(a) Every person who makes use of or threatens to make use of any force, violence, or tactic of coercion or intimidation, to induce or compel any other person to vote or refrain from voting at any election or to vote or refrain from voting for any particular person or measure at any election, or because any person voted or refrained from voting at any election or voted or refrained from voting for any particular person or measure at any election** is guilty of a felony punishable by imprisonment pursuant to subdivision (h) of Section 1170 of the Penal Code for 16 months or two or three years.

**(b) Every person who hires or arranges for any other person to make use of or threaten to make use of any force, violence, or tactic of coercion or intimidation, to induce or compel any other person to vote or refrain from voting at any election or to vote or refrain from voting** for any particular person or measure at any election, or because any person voted or refrained from voting at any election or voted or refrained from voting for any particular person or measure at any election is guilty of a felony punishable by imprisonment pursuant to subdivision (h) of Section 1170 of the Penal Code for 16 months or two or three years.

(Amended by Stats. 2011, Ch. 15, Sec. 77. (AB 109) Effective April 4, 2011. Operative October 1, 2011, by Sec. 636 of Ch. 15, as amended by Stats. 2011, Ch. 39, Sec. 68.)


**ARTICLE 3. Intimidation of Voters** [18540 - 18548]  ( Article 3 enacted by Stats. 1994, Ch. 920, Sec. 2. )

**18541.**
**(a) No person shall, with the intent of dissuading another person from voting, within 100 feet of a polling place**, do any of the following:

**(1) Solicit a vote or speak to a voter on the subject of marking his or her ballot.**

(2) Place a sign relating to voters' qualifications or speak to a voter on the subject of his or her qualifications except as provided in Section 14240.

(3) Photograph, video record, or otherwise record a voter entering or exiting a polling place.

(b) Any violation of this section is punishable by imprisonment in a county jail for not more than 12 months, or in the state prison. Any person who conspires to violate this section is guilty of a felony.

(c) For purposes of this section, 100 feet means a distance of 100 feet from the room or rooms in which voters are signing the roster and casting ballots.

(Amended by Stats. 2009, Ch. 88, Sec. 33. (AB 176) Effective January 1, 2010.)

Consequently, the potential for voter intimation and lack of private voting appears to be a potential violation of the **Voter's Bill of Rights, EC 2300.**

(4) You have the right to cast a secret ballot free from intimidation.

**The new laws also break the following law because the vote harvester is not a voter and not authorized by the precinct board to keep order or enforce the law, so is not allowed by EC 14221** to be within the voting booth which is the person's private home;

ARTICLE 2. Election Day Procedures [14210 - 14227.5]
 ( Article 2 enacted by Stats. 1994, Ch. 920, Sec. 2. )


**14221.**
**Only voters engaged in receiving, preparing, or depositing their ballots and persons underline{authorized by the precinct board to keep order and enforce the law} may be permitted to be within the voting booth area** before the closing of the polls.

A person's home is there polling place, thus the **party operative vote harvester would be within the voting booth area and the harvester is neither a voter actively voting, nor are they a member of the precinct board** there in the home to keep order and enforce the law. This law like it says to 'keep order' however it is also to prevent voter intimidation or last minute influence which could possibly be not made in good faith, and grant privacy to the voter.

**DIVISION 14. ELECTION DAY PROCEDURES [14000 - 14443]**
 *( Division 14 enacted by Stats. 1994, Ch. 920, Sec. 2. )*
**CHAPTER 3. Procedures at Polls [14200 - 14314]**

   *( Chapter 3 enacted by Stats. 1994, Ch. 920, Sec. 2. )*

**There is nothing to guarantee or protect a voter within his home from a party official/member from intimidating the voter or from changing the markings on the ballot or throwing their ballot in the trash.  The voter is left with no proof that he voted or how he voted because his ballot is being handled by an unknown political operative and there is no chain of title.  Thus, it is completely ridiculous for the SOS to state that vote harvesting makes sure that all votes are counted – the converse is true.**

## DIVISION 14. ELECTION DAY PROCEDURES [14000 - 14443]

*( Division 14 enacted by Stats. 1994, Ch. 920, Sec. 2. )*

### CHAPTER 3. Procedures at Polls [14200 - 14314]

*( Chapter 3 enacted by Stats. 1994, Ch. 920, Sec. 2. )*

### ARTICLE 4. Issuing Ballots and Voting [14270 - 14300]

*( Article 4 enacted by Stats. 1994, Ch. 920, Sec. 2. )*

**14275.**

Before leaving the voting **booth** or compartment, the voter shall fold or place the ballot card in the envelope so that the ballot markings of the voter will not be exposed, and the ballot stub will be outside of the envelope or other container, to be removed by the precinct board.

Precinct officials are required to give instruction of how to vote if there are any issues, the vote harvester most assuredly will be giving instruction to the voter as in the example in the video. A voter harvester is neither trained, nor sworn by the state.

### ARTICLE 4. Issuing Ballots and Voting [14270 - 14300]

*( Article 4 enacted by Stats. 1994, Ch. 920, Sec. 2. )*

**14272.**

Before each voter enters the voting **booth**, the precinct board shall inform him or her how to operate the voting device. If a marking or punching device is used, the voter shall be instructed to use only that device. The voter shall also be instructed how to fold the ballot and place it in the envelope. If any voter, after entering the **booth**, asks for information regarding the operation of the machine or device, the precinct board shall give him or her the information.

**This law shows that the state of California intends to give the voter privacy while voting in the voter booth.**

**DIVISION 14. ELECTION DAY PROCEDURES [14000 - 14443]**
*( Division 14 enacted by Stats. 1994, Ch. 920, Sec. 2. )*
**CHAPTER 3. Procedures at Polls [14200 - 14314]**

*( Chapter 3 enacted by Stats. 1994, Ch. 920, Sec. 2. )*

**ARTICLE 4. Issuing Ballots and Voting [14270 - 14300]**
*( Article 4 enacted by Stats. 1994, Ch. 920, Sec. 2. )*

**14281.**
On receiving a ballot, the voter shall forthwith retire alone to one of the **booth**s or compartments provided, and mark the ballot, unless Section 14222 or 14224 is applicable.

**The precinct board shall not allow any voter to enter voting booth until it ascertains that he or she is entitled to vote. The vote harvester does not belong to the precinct board and cannot ascertain if the person they are taking a ballot from are entitle to vote.**

**DIVISION 14. ELECTION DAY PROCEDURES [14000 - 14443]**
*( Division 14 enacted by Stats. 1994, Ch. 920, Sec. 2. )*
**CHAPTER 3. Procedures at Polls [14200 - 14314]**

*( Chapter 3 enacted by Stats. 1994, Ch. 920, Sec. 2. )*

**ARTICLE 4. Issuing Ballots and Voting [14270 - 14300]**
*( Article 4 enacted by Stats. 1994, Ch. 920, Sec. 2. )*

**14271.**
After the opening of the polls, the precinct board shall not allow any voter to enter the voting **booth** until it ascertains that he or she is entitled to vote.

**FEDERAL LAW  CONFLICTS**

Voting Rights Act, 1965

## HELP AMERICA VOTE ACT  (HAVA)

### §15481. Voting systems standards

### (a) Requirements

Each voting system used in an election for Federal office shall meet the following requirements:

(1) In general

**(C) The voting system shall ensure that any notification required under this paragraph preserves the privacy of the voter and the confidentiality of the ballot.  (Argument that vote harvester is now part of a system.)**

Also, disabled persons are guaranteed the same privacy in voting so the law makers intended that voters are required to have privacy.

(3)Accessibility for individuals with disabilitiesThe voting system shall—

(A)be accessible for individuals with disabilities, including nonvisual accessibility for the blind and visually impaired, in a manner that provides the same opportunity for access and participation (including privacy and independence) as for other voters;

## Conflicts With Voting Rights Acts  - 52 U.S. Code § 10101

**Vote harvesters intruding upon homes to 'collect' ballots allows for intimidation, threats and coercion.**

(b)Intimidation, threats, or coercion

No person, whether acting under color of law or otherwise, shall intimidate, threaten, coerce, or attempt to intimidate, threaten, or coerce any other person for the purpose of interfering with the right of such other person to vote or to vote as he may choose, or of causing such other person to vote for, or not to vote for, any candidate for the office of President, Vice President, presidential elector, Member of the Senate, or Member of the House of Representatives, Delegates or Commissioners from the Territories or possessions, at any general, special, or primary election held solely or in part for the purpose of selecting or electing any such candidate.

(c)Preventive relief; injunction; rebuttable literacy presumption; liability of United States for

costs; State as party defendant

Whenever any person has engaged or there are reasonable grounds to believe that any person is about to engage in any act or practice which would deprive any other person of any right or privilege secured by subsection (a) or (b), the Attorney General may institute for the United States, or in the name of the United States, a civil action or other proper proceeding for preventive relief, including an application for a permanent or temporary injunction, restraining order, or other order. If in any such proceeding literacy is a relevant fact there shall be a rebuttable presumption that any person who has not been adjudged an incompetent and who has completed the sixth grade in a public school in, or a private school accredited by, any State or territory, the District of Columbia, or the Commonwealth of Puerto Rico where instruction is carried on predominantly in the English language, possesses sufficient literacy, comprehension, and intelligence to vote in any election. In any proceeding hereunder the United States shall be liable for costs the same as a private person. Whenever, in a proceeding instituted under this subsection any official of a State or subdivision thereof is alleged to have committed any act or practice constituting a deprivation of any right or privilege secured by subsection (a), the act or practice shall also be deemed that of the State and the State may be joined as a party defendant and, if, prior to the institution of such proceeding, such official has resigned or has been relieved of his office and no successor has assumed such office, the proceeding may be instituted against the State.

(d)Jurisdiction; exhaustion of other remedies

The district courts of the United States shall have jurisdiction of proceedings instituted pursuant to this section and shall exercise the same without regard to whether the party aggrieved shall have exhausted any administrative or other remedies that may be provided by law.

Possible Mail Out Ballot Problems  --

National Voter Registration Act

(a)In generalThe Election Assistance Commission—

  (1)

in consultation with the chief election officers of the States. shall prescribe such regulations as are necessary to carry out paragraphs (2) and (3);

  (2)

in consultation with the chief election officers of the States, shall develop a mail voter registration application form for elections for Federal office;

(3)

not later than June 30 of each odd-numbered year, shall submit to the Congress a report assessing the impact of this chapter on the administration of elections for Federal office during the preceding 2-year period and including recommendations for improvements in Federal and State procedures, forms, and other matters affected by this chapter; and


RESEARCH USED FOR VOTE HARVESTING

California election code

Ballot harvesting videos

https://www.youtube.com/watch?v=8a0iG1aHDWw

Supreme Court Case regarding Arizona vote harvesting law

https://www.youtube.com/watch?v=8O_6phPcO-Q

Ballot harvesting California - AB 1921 - Section 3017 Elections Code/ video of vote harvester at door. Contradicts self – can only pick up if sealed/then says she can show you how to do it if you don't know.

https://www.youtube.com/watch?v=8a0iG1aHDWw

San Diego Tribune lie story about vote harvesting and election outcome

https://www.sandiegouniontribune.com/opinion/the-conversation/sd-what-is-ballot-harvesting-in-california-election-code-20181204-htmlstory.html

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

STATE OF TEXAS et al. ,

Plaintiff,

v.                                                      Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA  et al.,

Defendant.

**CHRISTOPHER EARL STRUNK AFFIRMATION IN SUPPORT OF NOTICE OF MOTION TO RECONSIDER FRCP RULE 24 INTERVENOR PLAINTIFF STATUS DENIAL SHOWN AT DOCKET ITEM 475 AND FOR EXPEDITED FRCP RULE 65(b) EXTRAORDINARY RELIEF DEMAND DENIED IN RELATED CASE NYND 16-CV-1496 MOTION REGARDING THE FOREIGN ALIEN BIOWEAPON JAMAICAN CITIZEN KAMALA DEVI HARRIS**

### LR 5-2 Related Case

### 16-cv-01496-BKS-DJS Strunk v. The State of California et al

| 09/18/2020 | 41 | MOTION to Restore to the Court Calendar for Preliminary Injunction and Restraint Relief Available filed by Christopher Earl Strunk. (Attachments: # 1 Motion, # 2 Letter, # 3 Proposed Order/Judgment, #   Certificate of Service, # 5 Envelope) Motions referred to Daniel J. Stewart. (jel, ) (Entered: 09/18/2020) |
|---|---|---|
| 09/21/2020 | 42 | TEXT ORDER: The Court has reviewed Plaintiff's "Motion to Restore to the Court Calendar for Preliminary Injunction and Restraint Relief Available." 41 This case was closed and Judgment entered in favor of Defendants on May 19, 2017. 39 Plaintiff has identified no basis under Rule 60 of the Federal Rules of Civil Procedure for relief from that Judgment. Accordingly, Plaintiff's motion 41 is DENIED. SO ORDERED by Judge Brenda K. Sannes on 9/21/2020. (Copy served on pltf via regular mail)(rjb, ) (Entered: 09/21/2020) |

# EXHIBIT  E

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

### Civil Case No: 16-cv-1496 (BKS)

Christopher Earl Strunk, Individually of New York;

**Plaintiffs,**

**versus**

THE STATE OF CALIFORNIA etal.; THE STATE OF NEW YORK; ANDREW M. CUOMO, Individually and as Governor; THE STATE OF NEW YORK BOARD OF ELECTIONS; THE CITY OF NEW YORK (NYC); Warren "BILL DEBLASIO" Wilhelm Jr., Individually and as the Mayor of NYC; THE NYC BOARD OF ELECTIONS; etal.

**Defendants**

and; New York AG, NYC Corporation Counsel, and U.S. Attorney.

**Parties-in-interest.**

x---------------------------------------------------------------------------------------------------------------x

**MOTION TO RESTORE TO THE COURT CALENDAR** for preliminary injunction and restraint relief available under the bill of rights 14th Amendment Sections 2,3,4,5 and related law of the named New York Defendants for the 18 September 2020 Absentee Ballots issuance start for the General Election 3 November 2020 deadline with: time of the essence, imminent irreparable harm, likelihood of success, no other adequate remedy to avoid unrest

# EXHIBIT 4

Christopher Earl Strunk, Trustee

**AD HOC NEW YORKER REPUBLICAN COMMITTEE**
141 Harris Avenue Lake Luzerne, New York 12846-1721
(518) 416-8743 email: strunk@leader.com

Clerk of the Court of Claims
Robert Abrams Building for Law & Justice
7th Floor
State Street
Albany, NY 12223

RE: STRUNK ETAL CLAIM VERSUS THE STATE OF NEW YORK

Subject: Filing New Claim for Expedited Emergency Relief

**Dear Clerk of the Court**

In accordance with Court of Claims Act section 11(a) attached is the original claim and two copies with the original Memorandum and two copies along with a single double sided SCOTUS citations for *United States v. Wong Kim Ark*, 169 U.S. 649 (1898) and *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875), with proof of service sent by fax, and the filing fee of $50.00 attached Postal Money Order.

Respectfully submitted for timely relief,
September 10 2020
Lake Luzerne New York

Christopher Earl : Strunk in esse Sui Juris
sole beneficiary of Claimant
All Rights Reserved Without Prejudice

State of New York
Office of the Attorney General
Claims Bureau
The Capitol
Albany, NY 12224-0341

State of New York Court of Claims

**CHRISTOPHER EARL STRUNK, and AD HOC**
**NEW YORKER REPUBLICAN COMMITTEE**

|  | Claimants |  |
|---|---|---|
|  | **v.** | **AFFIDAVIT** |
| **THE STATE OF NEW YORK** |  | **OF** |
|  | Defendant | **SERVICE** |

STATE OF NEW YORK )
COUNTY OF SARATOGA )

I, John J. Forjone, am over 21 years of age not a party to this claim with address at 141 Harris Avenue Lake Luzerne New York 12846.

Christopher Earl Strunk, put together a two packages to be served by USPS upon:

- Clerk of the Court of Claims
  Robert Abrams Building for Law & Justice
  7th Floor - State Street
  Albany, NY 12223

  sent by Express Mail USPS Tracking #EJ307914505US - The Package contained a cover letter with $50 money Order, an original claim with exhibits plus two copies, an original memorandum with two copies, and a single copy of the SCOTUS citation for WONG Kim Ark and Minor v Happersett

- State of New York
  Office of the Attorney General
  Claims Bureau - The Capitol
  Albany, NY 12224-0341

  by USPS Certified Mail #70171070000082509700 with Return Receipt 9590940229067094073511 - The Package contained a cover letter, a copy of the claim with exhibits, a copy of memorandum, and a single copy of the SCOTUS citation for WONG Kim Ark and Minor v Happersett.

  The Post Office in Corinth accepted both packages on 10 September 2020 for delivery.

  John J. Forjone

John J. Forjone, being duly so affirmed, that he has read the foregoing knows the contents thereof, that the same is true to deponent's own knowledge.

Subscribed and so Affirmed before me
this 14th day of September, 2020.

Notary Public, State of New York

**JOELLE L. WARRINGTON**
Notary Public, State of New York
Saratoga Co. #01WA6280757
Commission Expires May 13, 2021



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0822 |
| $ | | $2.85 | 6 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $7.75 | | |
| $ | | | 09/10/2020 |
| Total Postage and Fees | | | |
| $ | $14.15 | | |

Sent To THE STATE OF NY OFF OF ATTKGEN

Street and Apt. No., or PO Box No. CLAIMS BUREAU THE CAPITOL

City, State, ZIP+4® ALBANY NY 12224-0341

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

State of New York Court of Claims
_____

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

Claimants

**v.**

**THE STATE OF NEW YORK**

Defendant
_____

# MEMORANDUM OF LAW IN SUPPORT OF THE CLAIM WITH DEMAND BY ORDER TO SHOW CAUSE FOR INJUNCTIVE RELIEF

Claimant, Christopher Earl: Strunk in esse Sui Juris sole beneficiary of the name registered in commerce **CHRISTOPHER EARL STRUNK** and trustee of the AD HOC NEW YORKER REPUBLICAN COMMITTEE, in propria persona submits this MEMORANDUM OF LAW IN SUPPORT OF THE CLAIM of Three Hundred Eighty-Eight Thousand Three Hundred Ninety-Five Dollars ($388,395) in lost opportunity cost against THE STATE OF NEW YORK under the Court of Claims Act (CTC) §3-b, for willfully using **"BORN A CITIZEN"** dis-information with malice from 2008 thru 2020 shown in Exhibit C, and is done instead of the **NATURAL-BORN CITIZEN** requirement of the U.S. Constitution Article 2 Section 1 Clause 5 referenced in the chart shown in Exhibit C for anyone Running For Office President of the United States (POTUS) and by operation of law Vice President of the United States (VPOTUS), appended with the original and two copies with the Fee for the Clerk of the Court according under CTC §11/ §11-A, and with this extraordinary DEMAND BY ORDER TO SHOW CAUSE FOR INJUNCTIVE RELIEF with irreparable harm, with a likelihood of success under the current law of the land that is based upon the preponderance of evidence shown in exhibit, time is of the essence; and

Further, under the requirements of Absentee Balloting that according to Exhibit A schedule for conducting the 3 November 2020 election:

- Any request for an Absentee Ballot according to Exhibit E starts on September 18, 2020 and explains the schedule quote: "You must apply online, postmark, email or fax a completed application or letter request for the General Election Absentee ballot no later than 7 days (October 27, 2020) before the election. You may apply in-person up to the day before the election (November 2, 2020). You may file an application at any time before the deadlines, but ballots will be mailed out beginning on or about September 18, 2020. (PLEASE BE AWARE THAT DESPITE THE ABOVE DEADLINES THE POST OFFICE HAS ADVISED THAT THEY CANNOT GUARANTEE TIMELY DELIVERY OF BALLOTS APPLIED FOR LESS THAN 15 DAYS BEFORE AN ELECTION.)

1

- That voting starts on or about October 19, 2020

- And that based upon my interview of July 22, 2020 shown at Claim paragraph 29, going into 3 November 2020, my commissioner told me in part quote: "...that masks are voluntary and if not worn a mask or plastic visor will be offered to wear while voting in person, and if rejected the Voter may use a machine properly spaced from other voters"; and

- this OSC demand is notwithstanding the arbitrary political lockdown that varies on a state by state basis to defeat POTUS Donald J. Trump, a lawless set of arbitrary executive order that seemingly have a political life of their own that involves the 2013 Fauci/Obama facilitated Chinese Gain -of-Function modified bio-weapon SARS COV-2 Virus aka COVID-19 (with the on or about 22 August 2020 CDC admission [1] that the actual mortality rate when separated in stark contrast to other morbidity factors is less than say 12,000 deaths to date attributed solely to SARS COV-2, has been fraudulently contrived for political and state financial reasons on a state by state basis - that will end in Federal indictments),

That Claimant respectfully demands injunctive relief for cause that the State be ordered to:

    a. CLARIFY FOR ALL POTENTIAL VOTERS THAT *BORN A CITIZEN* SUGGESTED BY THE STATE SHOWN AT EXHIBIT C DOES NOT INCLUDE A 14TH AMENDMENT *BORN A CITIZEN* INTERPRETATION, ONLY INCLUDES THE PRE 14TH AMENDMENT U.S. CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5 *NATURAL BORN CITIZEN* TERM OF ART THAT REQUIRES A CANDIDATE FOR POTUS AND OR VPOTUS MUST BE BORN ON SOIL OF CITIZEN PARENTS ACCORDING TO THE SCOTUS; FINDINGS IN *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875) and *United States v. Wong Kim Ark*, 169 U.S. 649 (1898), and

    b. THAT ALL REQUESTS FOR ABSENTEE BALLOTS MAKE SUCH CLARIFICATION and

    c. THAT NOTICE IS PROMINENTLY DISPLAYED AT THE POLLS THAT KAMALA DEVI HARRIS IS NOT A NATURAL BORN CITIZEN; and

    d. Additional different relief as the court deems necessary for justice herein.

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/covid-data/pdf/covidview-08-28-2020.pdf

There is a distinct difference between Natural- Born Citizen, Born A Citizen and a naturalized Citizen with a myriad set of statutory variations that we fought a revolution over the fact that we (including my family who have been here on my father's side since 1756) do not want to be subjects of a arbitrary and capricious totalitarian potentate; and

Further in short, back in 2012, I sat with NYS Assistant Attorney General Joel Graber along with the multiple defendants attorneys in the case Kings County Supreme Court 6500-2011 before the hearing convened to present my offer to settle the case were the State to change the Running for Office erroneous Born a Citizen language to Natural Born Citizen, and to the amazed groans of the expensive witnessing attorneys, Mr. Graber rejected the offer, and as such 12 years later now inures to this claim that arises from the malicious political acts of the defendant - especially under an ignorant mass murdering dynastic tyrant - who is too dimwitted to be a Maoist would wear a dunce cap, resembles the Jesuit trained Pol Pot who measured opposition with his brown shirt core to surveil all persons, in particular those who wore glasses because it meant they could read; and from my own experience since 1973, here and now we face results of budget woes that has released State psychiatric patients closed facilities and with municipal leaders set prisoners onto the streets with no bail requirements as a war to maintain power against civil society.

Yes we are long over-due for results to correct the details of said acts or omissions, if you wish, to at least correct the description by the New York Board of Elections Law for those running for office requirements to hold office of POTUS and or VPOTUS shown in Exhibit C that deceptively states that citizenship status must be "BORN A CITIZEN" as per *United States v. Wong Kim Ark,* 169 U.S. 649 (1898)[[1]] as if one of the requirements of the US Constitution Article 2 Section 1 Clause 5 rather than the express "NATURAL-BORN CITIZEN" (NBC) Term of Art is born on soil of citizen parents explained by the U.S. Supreme Court (SCOTUS) in *Minor v. Happersett,* 88 U.S. (21 Wall.) 162 (1875) [[2]]. A two sided copy of each seminal case is appended herewith for the use of the Court.

That my fellow trustee of **AD HOC NEW YORKER REPUBLICAN COMMITTEE** described in Exhibit B has faxed a copy of the Claim to the Attorney General who will have a follow-up copy of this Memo and Notarized Claim with citations annexed sent by USPS Certified Mail 7017 1070 0000 8250 9700 with certification of service having been notarized accordingly.

Respectfully submitted for timely relief,

September 10 2020
Lake Luzerne New York

Christopher Earl : Strunk in esse Sui Juris
sole beneficiary of Claimant
All Rights Reserved Without Prejudice

3

## State of New York Court of Claims

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

<div style="display: flex; justify-content: space-between;">

Claimants

**v.**

**THE STATE OF NEW YORK**

Defendant

**<u>Claim</u>**
**with demand by**
**Order to Show Cause**
**for Injunctive Relief**

</div>

1. The post office address for claimant CHRISTOPHER EARL STRUNK at his domicile registered to vote on November 3, 2020 (see **<u>Exhibit A</u>**) is 141 Harris Avenue POB 34 Lake Luzerne New York 12846-1721 Phone: 518-416-8743 email: strunk@leader.com.

2. Absent any New York Republican party leadership and or courage to act herein, Claimant is the trustee of AD HOC NEW YORKER REPUBLICAN COMMITTEE registered with the Secretary of State (see **<u>Exhibit B</u>**)

3. This claim arises from the acts or omissions of the defendant. Details of said acts or omissions in correcting the description by the New York Board of Elections Law for those running for office requirements to hold office of President of the United States (POTUS) and or Vice President of the United States (VPOTUS) (see **<u>Exhibit C</u>**) deceptively states that citizenship status must be "BORN A CITIZEN" as per *United States v. Wong Kim Ark*, 169 U.S. 649 (1898)[1] as if one of the requirements of the US Constitution Article 2 Section 1 Clause 5 rather than the express "NATURAL-BORN CITIZEN" (NBC) Term of Art is born on soil of citizen parents explained by the U.S. Supreme Court (SCOTUS) in *Minor v. Happersett*, <u>88</u> U.S. (21 <u>Wall.</u>) 162 (1875) [2].

---

[1] https://www.law.cornell.edu/supremecourt/text/169/649

[2] https://en.wikisource.org/wiki/Minor_v._Happersett/Opinion_of_the_Court

1

4. The NBC term of art standard has a stricter criteria than the *Wong Kim Ark* decision regarding being born a citizen created a simple test for jurisdiction for which *all the elements must be true*:

   1. Child was born in the U.S.;
   2. Birth parents are citizens of, and subject to the laws of, a foreign country;
   3. Birth parents have "a permanent domicile and residence in the United States;"
   4. Birth parents "are carrying on business;" and
   5. Birth parents " are not employed in any diplomatic or official capacity" by the country of their citizenship"

5. The use of "Domicile and residence" are questions of law important in many subject areas

   including taxes, custody, citizenship, student scholarships (in-state vs. out-of-state), etc., and

   SCOTUS defines Domicile: <u>**Mitchell v. United States**</u>, **88 US 350 – Supreme Court 1875**

---

the question before us. There is nothing in the record which tends to show that when he left Louisville he did not intend to return; or that while in the South he had any purpose to remain, or that when he returned to Louisville he had any intent other than to live there as he had done before his departure. Domicile has been thus defined: "A residence at a particular place accompanied with positive or presumptive proof of an intention to remain there for an unlimited time."[1] This definition is approved by Phillimore in his work on the subject.[1] By the term domicile. in its ordinary acceptation, is meant the place where a person lives and has his home.[§] The place where a person lives is taken to be his domicile until facts adduced establish the contrary.[1]

[369] The proof of the domicile of the claimant at Louisville is sufficient. There is no controversy between the parties on that proposition. We need not, therefore, further consider the subject.

A domicile once acquired is presumed to continue until it is shown to have been changed.[‡] Where a change of domicile is alleged the burden of proving it rests upon the person making the allegation.[1] To constitute the new domicile two things are indispensable: First, residence in the new locality; and, second, the intention to remain there. The change cannot be made except facto et animo. Both are alike necessary. Either without the other is insufficient. Mere absence from a fixed home, however long continued, cannot work the change. There must be the animus to change the prior domicile for another. Until the new one is acquired, the old one remains.[1] These principles are axiomatic in the law upon the subject.

6. The use of the 14th Amendment "subject to the jurisdiction..." clause involves questions of law important herein , and SCOTUS defines it in the **Slaughter-House Cases, 83 US 36 – Supreme Court 1873**

> "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside."
>
> The first observation we have to make on this clause is, that it puts at rest both the questions which we stated to have been the subject of differences of opinion. It declares that persons may be citizens of the United States without regard to their citizenship of a particular State, and it overturns the Dred Scott decision by making all persons born within the United States and subject to its jurisdiction citizens of the United States. That its main purpose was to establish the citizenship of the negro can admit of no doubt. The phrase, "subject to its jurisdiction" was intended to exclude from its operation children of ministers, consuls, and citizens or subjects of foreign States born within the United States.

7. The father - child relationship even after a divorce involves questions of law important herein , and SCOTUS defines it in: **Miller v. Albright, 523 US 420 – Supreme Court 1998**

> Petitioner's father, Charlie Miller, is an American citizen residing in Texas.[2] He apparently served in the United States Air Force and was stationed in the Philippines at the time of petitioner's conception. *Id.*, at 21. He never married petitioner's mother, and there is no evidence that he was in the Philippines at the time of petitioner's birth or that he ever returned there after completing his tour of duty. In 1992, Miller filed a petition in a Texas court to establish his relationship with petitioner. The petition was unopposed and the court entered a "Voluntary Paternity Decree" finding him "to be the biological and legal father of Lorelyn Penero Miller." The decree provided that "[t]he parent-child relationship is created between the father and the child as if the child were born to the father and mother during marriage." App. to Pet. for Cert. 38.

3

8. The use of "Domicile" in the State of California important involves questions of law important
   herein , and SCOTUS reverse a California court: **Adoption of Lindsay C.,** 229 Cal. App. 3d 404
   **– Cal: Court of Appeal, 1st Appellate Dist., 3rd Div. 199**

> The United States Supreme Court reversed. The high court held that although the
> Act does not define "domicile," Congress clearly intended a uniform federal law of
> domicile to apply and did not intend for the definition of the word to be a matter of
> state law. It said the Act's purpose was, in part, to make clear that in certain
> situations the state courts did not have jurisdiction over child custody proceedings.
> "Indeed, the congressional findings that are a part of the statute demonstrate that
> Congress perceived the States and their courts as partly responsible for the
> problem it intended to correct." (*Mississippi Choctaw Indian Band* v. *Holyfield,
> supra,* 490 U.S. at p. 45 [104 L.Ed.2d at p. 44].)

9. As for a uniform standard for domicile that involves questions of law important herein , SCOTUS
   defines it in: **Vlandis v. Kline,** 412 US 441 – Supreme Court 1973

> such criteria exist; and since § 126 was invalidated, Connecticut, through an
> official opinion of its Attorney General, has adopted one such reasonable standard
> for determining the residential status of a student. The Attorney General's opinion
> states:
>
> > "In reviewing a claim of in-state status, the issue becomes essentially
> > one of domicile. In general, the domicile of an individual is his true,
> > fixed and permanent home and place of habitation. It is the place to
> > which, whenever he is absent, he has the intention of returning. This
> > general statement, however, is difficult of application. Each individual
> > case must be decided on its own particular facts. In reviewing a claim,
> > relevant criteria include year-round residence, voter registration, place
> > of filing tax returns, property ownership, driver's license, car
> > registration, marital status, vacation employment, etc."[10]

4

| OF BIRTH | Kaiser Foundation Hospital | | | | |
|---|---|---|---|---|---|
| | 5c. CITY OR TOWN Oakland | | | 5a. COUNTY Alameda | |
| NAME OF CHILD | 6a. MAIDEN NAME OF MOTHER—FIRST NAME Gopalan | 6b. MIDDLE NAME — | | 6c. LAST NAME Shyamala | 7. COLOR OR RACE OF MOTHER Caucasian |
| | 8. AGE OF MOTHER (AT TIME OF THIS BIRTH) 26 YEARS | 9. BIRTHPLACE (STATE OR FOREIGN COUNTRY) India | | 10. MAILING ADDRESS OF MOTHER—(STREET) As given below | |
| USUAL RESIDENCE OF MOTHER (WHERE DOES MOTHER LIVE?) | 11a. USUAL RESIDENCE OF MOTHER—STREET ADDRESS (IF RURAL GIVE LOCATION) 2531 Regent Street | | 11b. IF INSIDE CORPORATE LIMITS ☒ CHECK HERE | | IF OUTSIDE CITY CORPORATE LIMITS ☐ IN A CITY ☐ NOT ON A FARM |
| | 11c. CITY OR TOWN Berkeley | | 11d. COUNTY Alameda | | IV. STATE California |
| FATHER OF CHILD | 12a. NAME OF FATHER—FIRST NAME Donald | 12b. MIDDLE NAME Jasper | | 12c. LAST NAME Harris | 13. COLOR OR RACE OF FATHER Jamaican |
| | 14. AGE OF FATHER (AT TIME OF THIS BIRTH) 26 YEARS | 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY) Jamaica | | 16a. PRESENT OR LAST OCCUPATION Student and Teaching Fellow | 16b. KIND OF INDUSTRY OR BUSINESS University of Calif. |

as the above figure from the birth certificate lists 2531 Regent Street Berkeley California the usual

residence for the student mother and father such is obviously student housing… a 16 unit

apartment, certainly not a legitimate residence and domicile for citizenship purposes. is listed at

https://www.propertyshark.com/mason/Property/38755137/2531-Regent-St-Berkeley-CA-94704/

10. That KAMALA DEVI HARRIS birth certificate (see **Exhibit D**) shows she was born to foreign

parents with temporary residence, who based upon information and belief were duly married

Jamaican non-immigrant students present in the California USA only on a non-immigrant student

visas, during which time both parents lived in Stanford University student housing and who did

not have a business per se; and

11. As such KAMALA DEVI HARRIS was born a Jamaican Citizen according to the Jamaican

Constitution [3] and remains under Jamaican Jurisdiction notwithstanding the intent of the 14th

Amendment is defined under the 8 U.S.C. §1101 (a) (15) (F) statutory requirements for her

parents as non-immigrants with U.S. Student Visa status [4].

---

[3] https://pdba.georgetown.edu/Constitutions/Jamaica/jam62.html

[4] **8 U.S.C. § 1101** - U.S. Code - Unannotated Title 8. Aliens and Nationality § 1101. Definitions **(a)** As used in this chapter--**(15)** The term "immigrant" means every alien except an alien who is within one of the following classes of nonimmigrant aliens--**(F)** (i) *an alien having a residence in a foreign country which he has no intention of abandoning, who is a bona fide student qualified to pursue a full course of study and who seeks to enter the United States temporarily and solely for the purpose of pursuing such a course of study consistent with section 1184(l) of this title at an established college, university, seminary, conservatory, academic high school, elementary school,* or other academic institution or in an accredited language training program in the

12. Further, and at best arguendo, under the 14th Amendment that remains to be adjudicated U.S.

Senator KAMALA DEVI HARRIS may be adjudged an "Anchor Baby" or a "Birth Right

Citizen" as a matter of dual allegiance with limited provision of Federal jurisdiction over the birth

in California when both non U.S. Citizen parents were using non-immigrant foreign student visas

to study in California in that the mother is from India and the father is from Jamaica as her

Alameda County Birth Certificate shows in Exhibit D, and her Jamaican student father at her birth

in California is under The Jamaica Constitution Order in Council 1962 made on 23rd July 1962

when laid before Parliament 24th July 1962 coming into Operation-Section 3(2) of the Order in

Council, and sections 80, 81, 94 (1) and (2), 103, 104, 111, 124 and 125 (in part) of the

Constitution on the 25th July 1962 with the remainder immediately before the 6th August 1962 at

the Court at Buckingham Palace, the 23rd day of July, 1962 Present, THE QUEEN'S MOST

EXCELLENT MAJESTY IN COUNCIL Her Majesty, by virtue and in exercise of the powers in

that behalf by subsection (1) of section 5 of the West Indies Act, 1962 or otherwise in Her vested,

is pleased, by and with the advice of Her Privy Council 1962 Jamaican Constitution designates

that *KAMALA DEVI HARRIS is a Jamaican Citizen under CHAPTER II CITIZENSHIP Section 3.*

*Persons who become Jamaican citizens on 6th August 1962. subsection 3C - Every person born*

*outside Jamaica shall become a citizen of Jamaica - clause (b) on the date of his birth, in the case*

*of a person born on or after the sixth day of August, 1962, if, at that date, his father or mother is a*

*citizen of Jamaica by birth, descent or registration by virtue of marriage to a citizen of Jamaica;*

---

United States, particularly designated by him and approved by the Attorney General after consultation with the
Secretary of Education, which institution or place of study shall have agreed to report to the Attorney General
the termination of attendance of each nonimmigrant student, and if any such institution of learning or place of
study fails to make reports promptly the approval shall be withdrawn, (ii) the alien spouse and minor children of
any alien described in clause (i) if accompanying or following to join such an alien, and (iii) an alien who is a
national of Canada or Mexico, who maintains actual residence and place of abode in the country of nationality,
who is described in clause (i) except that the alien's qualifications for and actual course of study may be full or
part-time, and who commutes to the United States institution or place of study from Canada or Mexico;

13. That KAMALA DEVI HARRIS' father DONALD JASPER HARRIS status is as follows:

> **Donald Jasper Harris**:
> Born: Aug. 23, 1938, Kingston, Jamaica
> Ship Manifest: Aug. 07, 1959, Jamaica to Puerto Rico
> Citizenship British-Commonwealth-to-Jamaica Commonwealth: Aug. 06, 1962
> Married: Jul. 05, 1963, Gopalan Iyer, Age 24
> Divorced: Dec. 1971, Gopalan (Iyer) Shyamala
> Birth: Oct. 20, 1964, Daughter Kamala
> Political/Economic/NGO/Government Work, ca. 1959-present

14. And as for the non-immigrant student Mother from India who married the non-immigrat student

Jamaican Father:

| | **PART II** |
|---|---|
| | **CITIZENSHIP** |
| Citizenship at the commencement of the Constitution. | **5.** At the commencement of this Constitution, every person who has his domicile in the territory of India and— |
| | *(a)* who was born in the territory of India; or |
| | *(b)* either of whose parents was born in the territory of India; or |
| | *(c)* who has been ordinarily resident in the territory of India for not less than five years immediately preceding such commencement, |
| | shall be a citizen of India. |

15. Jamaica as with India and Canada remain part of the British Commonwealth of Nations, and as

such arguendo, KAMALA DEVI HARRIS as well as her divorced parents remain defacto subjects

of Queen Elizabeth II who serves as the Head of the British Commonwealth .

16. Further as applies herein, KAMALA DEVI HARRIS' parents divorced when she was seven, and

when she was twelve, as subjects of the Commonwealth Queen, Harris and her sister moved with

their mother Shyamala to Montreal, Quebec, Canada, where Shyamala had accepted a research

and teaching position at Jesuit McGill University-affiliated Jewish General Hospital; and

7

17. Further, KAMALA DEVI HARRIS attended a Jesuit associated French-speaking middle school, Notre-Dame-des-Neiges, and then Westmount High School in Westmount, Quebec, graduating in 1981.

18. Arguendo, KAMALA DEVI HARRIS never renounced her Jamaican citizenship like Ted Cruz did in regards to Canada when he decided to run for POTUS in 2016; and

19. As such, Defendant's use of the *BORN A CITIZEN* term that was used before 2008 until now is intentional harmful disinformation that Claimant sues the Defendant for as it unjustly causes Claimants loss of opportunity costs, and now in 2020 is being done all over again for KAMALA DEVI HARRIS who is a fraudulent candidate on the ballot must be removed and or a warning to unsuspecting voters that she is a foreigner interfering with the 2020 New York Election; and

20. Claimant has even more concrete evidentiary proof than for the CIA's POTUS Usurper Barack Hussein Obama Claimant had for judicial use from 2008 through 2016, the Usurper still remains ineligible to be the President of the United States Trustee / Administrator over any United States Departments with fiduciary responsibilities the Usurper is not entitled to the emoluments of office must be clawed back as the Usurper who denied use of Claimant's power of Attorney on January 23, 2009 the Usurper continued as a proven Indonesian and whose every action is void ab initio.

21. Nonetheless as an outlaw entity conducted an act of treason, The 2020 Democratic National Convention (DNC) held a presidential nominating convention from August 17 to 20, 2020, at the Wisconsin Center in Milwaukee, Wisconsin, and virtually across the United States.

22. The DNC nominated JOSEPH ROBINETTE BIDEN JR. their POTUS candidate and KAMALA DEVI HARRIS their VPOTUS candidate, who after 20 August 2020 were certified by NANCY PELOSI are U.S. Constitution Article 2 Section 1 Clause 5 eligible for the New York ballot.

23. That Claimant from 2008 through 2014 sought relief and exhausted his remedies to no avail; however in the process provided the State of New York etal full and complete notice regarding the misrepresentation using BORN A CITIZEN for those running for POTUS / VPOTUS.

8

24. In my ballot access challenge in the trial court at an IAS Term, Part 27 of the Supreme Court of the State of New York, before Justice Arthur M. Schack held in and for the County of Kings, at the Courthouse, at Civic Center, Brooklyn, New York, on the 11th day of April 2012 for Index No: 6500-2011 decision and order that STRUNK in the matter of Natural Born Citizen and associated conspiracy to be baseless claims about defendants which are ***fanciful, fantastic, delusional and irrational***; and

25. Further, on 4 March 2014 the New York State Supreme Court Appellate Division for the Second Department Judicial panel sitting in review of Appellant's Amicus motion in Appeal Cases 2012-05515, 2013-06335 and 2014-00297 from orders in the trial court for Index No: 6500-2011, to my demand that it provide *"for civilian due process of law"* rather than the continued *martial due process of law* under statutory direct authority of the POTUS Commander-in-chief over the de facto Federal and New York State Unified Court System courts under statutory authority of 12 USC §95 and 50 USC App. §5(b) ORDERED to deny "for civilian due process of law"; and

26. Further, Strunk has been outrageously branded a delusional frivolous BIRTHER by orders in the trial court for Index No: 6500-2011 with the largest fines ever imposed in New York history in excess of $177,000 and as a full citizen, has been denied free access to the state courts due process without permission; and

27. Further, Strunk has been denied NBC adjudication in any court that now further emboldens the traitorous CIA and Federal Bureau of Investigation (FBI) to enlist U.S. Senator KAMALA DEVI HARRIS born in Oakland California on October 20, 1964 to be Democratic National Committee (DNC) Vice Presidential candidate along with Chinese Communist Party (CCP) / DNC sinecure Presidential candidate JOSEPH R. BIDEN whose treachery together with Governor Andrew Cuomo and too many to be named herein is an act of treason with aiding and abetting foreign tortuous interference with our election to say the least; and

28. That as applies to absentee voting as notice in Exhibit A for November 3, 2020 the State Board of Elections has published instructions for obtaining absentee ballots that currently apply even under the questionable Virus lockdown imposed by Governor Andrew Cuomo(see **Exhibit E**); and

29. That on or about July 22, 2020 Claimant contacted the Warren County Board of Elections where Strunk-Trustee spoke with the Democratic Party Warren County Board of Elections Commissioner Kimberly Ross to ascertain if masks are mandatory for voting at the 3 November 2020 General Election; to wit she stated that masks are voluntary and if not worn a mask or plastic visor will be offered to wear while voting in person, and if rejected the Voter may use a machine properly spaced from other voters; and

30. Further, if a qualified voter is ill or disabled, under election law /state constitution may request an absentee ballot be mailed for return to the County, and the so-called vote by mail proposal shown to be outside the New York law must be stopped or modified to prevent fraud and represents an irreparable harm worthy of action by this Court with time as the essence; and

31. Claimant hereby demands injunctive relief for cause that the State be ordered to
    a. CLARIFY FOR ALL POTENTIAL VOTERS THAT *BORN A CITIZEN* SUGGESTED BY THE STATE SHOWN AT EXHIBIT C DOES NOT INCLUDE A 14TH AMENDMENT *BORN A CITIZEN* INTERPRETATION, ONLY INCLUDES THE PRE 14TH AMENDMENT U.S. CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5 *NATURAL BORN CITIZEN* TERM OF ART THAT REQUIRES A CANDIDATE FOR POTUS AND OR VPOTUS MUST BE BORN ON SOIL OF CITIZEN PARENTS ACCORDING TO THE SCOTUS; FINDINGS IN *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875) and *United States v. Wong Kim Ark*, 169 U.S. 649 (1898), and
    b. THAT ALL REQUESTS FOR ABSENTEE BALLOTS MAKE SUCH CLARIFICATION and
    c. THAT NOTICE IS PROMINENTLY DISPLAYED AT THE POLLS THAT KAMALA DEVI HARRIS IS NOT A NATURAL BORN CITIZEN; and
    d. Additional different relief as the court deems necessary for justice herein.

10

## LOST OPPORTUNITY CLAIM AGAINST THE STATE OF NEW YORK FOR USING "BORN A CITIZEN" DIS-INFORMATION FROM 2008 THRU 2020 INSTEAD OF NATURAL-BORN CITIZEN

**CHRISTOPHER EARL STRUNK LIFETIME ACTUAL TAXED EARNINGS** recorded and calculated by the Social Security Administration from 1963 through 2008 (when Claimant applied in 2008 at 63 years old for Social Security early instead of 67 years old in 2014) equals $600,000 divided by 45 years equals $13333 per year times 12 years equals $160,000 lost opportunity cost plus inflation difference from 2008 with gold at $840.65 per ounce thru 2020 with gold at $2040.65 per ounce for a 12 year net express value of $1200 per ounce of gold -- that went from $35.25 per ounce in 1963 to say $2040.65 per ounce in 2020 with a projection that may touch the rally to $3,000 per Ounce by the end of the year 2021. That $160,000 divided by $840.65 per ounce of gold in 2008 equals 190.32 ounces times $1200 per ounce of gold in 2020 equals $228,395 lost opportunity costs due to inflation plus $160,000 equals $388,395 Total Lost Opportunity Cost adjusted for inflation.

[X] This Claim is served and filed within 90 days of accrual on or about 20 August 2020.

By reason of the foregoing, Claimant was damaged in the amount of $ **388,395** and Claimant demands judgment against the Defendant(s) for said amount.

_____
Claimant

### VERIFICATION

STATE OF NEW YORK )
COUNTY OF WARREN )

Christopher Earl Strunk, being duly so affirmed, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

Subscribed and so Affirmed before me
this 10 day of September, 2020.

_____
Notary Public, State of New York

COLLEEN B. COOK
Notary Public, State of New York
Warren Co. #01CO6045260
Commission Expires July 24, 20___

11

**State of New York Court of Claims**

_____

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

Claimants

v.

**THE STATE OF NEW YORK**

Defendant

_____

**<u>Claim</u>
with demand by
Order to Show Cause
for Injunctive Relief**

# Exhibit A

## VOTE IN THE GENERAL ELECTION NOVEMBER 3, 2020

| Warren County Human Services Building 1340 State Route 9 Lake George, NY 12804 **Early Voting Hours** 10.24.2020  9AM-2PM 10.25.2020  9AM-2PM 10.26.2020  9AM-8PM 10.27.2020  9AM-5PM 10.28.2020  9AM-8PM 10.29.2020  9AM-5PM 10.30.2020  9AM-5PM 10.31.2020  9AM-2PM 11.1.2020    9AM-2PM | **Absentee Voting** Please apply at least 16 days before Nov 3rd to allow sufficient time to mail the ballot. We encourage you to apply today WarrenNYBallot@WarrenCountyNY.gov Or call 518 761-6456 or 6457 Provide your name, DOB, address, mailing address and reason for applying. Or You may complete application on our website https://www.warrencountyny.gov/boe/ *Absentee ballots will be mailed early October, if your application is received after this the ballot will be mailed as soon as practical. All voters are eligible for absentee ballots, if you are applying because of Covid19, please mark Temporary Illness or Physical Disability | **Polls will be open November 3rd 6AM-9PM Your polling place is:** LUZERNE TOWN HALL 539 LAKE AVE LAKE LUZERNE NY 12846 |
| --- | --- | --- |

*Unsure if you are registered? Look up here https://voterlookup.elections.ny.gov/

Questions? Call us 518 761-6456 or 6457

12846$3902 R002   [barcode]

Warren County Board of Elections
1340 State Rte. 9
Lake George, NY 12845



OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

NONPROFIT C
U.S. POSTAGE
LAKE GEORGE
PI-3

CHRISTOPHER STRUNK
141 HARRIS AVE
LAKE LUZERNE, NY 12846

**IMPORTANT VOTER INFORMATION, FOR MORE INFORMATION VISIT OUR WEBSITE** https://www.warrencountyny.gov/bc

**State of New York Court of Claims**

---

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

<div align="center">Claimants</div>

<div align="center">**v.**</div>

**THE STATE OF NEW YORK**

<div align="center">Defendant</div>

---

<div align="center">

**<u>Claim</u>**
**with demand by
Order to Show Cause
for Injunctive Relief**

</div>

# Exhibit B

**426273**      **2020 Jun 26 PM10:27**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Christopher Earl Strunk 518-416-8743

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

STRUNK, CHRISTOPHER EARL
141 HARRIS AVENUE
LAKE LUZERNE, NY 12846, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME  AD HOC NEW YORKER REPUBLICAN COMMITTEE | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS 141 HARRIS AVENUE | CITY  LAKE LUZERNE | STATE NY | POSTAL CODE 128461721 | COUNTRY USA |
|---|---|---|---|---|

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION ASSOCIATION TRUST | 1f. JURISDICTION OF ORGANIZATION STATE OF NEW YORK | 1g. ORGANIZATIONAL ID #, if any NONE  ☒ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any  ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME Strunk | FIRST NAME Christopher | | MIDDLE NAME Earl | SUFFIX TRUSTEE |
|---|---|---|---|---|

| 3c. MAILING ADDRESS 141 HARRIS AVENUE | CITY  LAKE LUZERNE | STATE NY | POSTAL CODE 128461721 | COUNTRY USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**
THE FOLLOWING ITEMS ARE ENTERED INTO THE COMMERCIAL REGISTRY ACCEPTED FOR VALUE EXEMPT FROM LEVY –ALL PROPERTY OF DEBTOR INCLUDING ORGANIZATION NAME "HAROLD WILLIAM VAN ALLEN" NY UCC Filing Number-201908238380689, AS REFERENCED ON THE RECORD OF THE LAMAR COUNTY GEORGIA SUPERIOR COURT FILED AND RECORDED AUGUST 22, 2018 AT 2:39PM IN BPA BOOK 89 PAGES 389 THRU 394, AND "CHRISTOPHER EARL STRUNK" NY UCC Filing Number-201908200374945, ON THE RECORD OF LAMAR COUNTY GEORGIA SUPERIOR COURT RECORDED OCTOBER 15,2012 AT 4:44 PM IN BPA 28 PAGES 172 THRU 175, UPDATED DECEMBER 5, 2013 AT 9:54 AM IN BPA BOOK 30 PAGES 763 THRU 800, IS REGISTERED WITH THE UNITED STATES SECRETARY OF THE TREASURY ON 22 MAY 2013 BY CERT. MAIL #70103090000192293013, AND AMENDED BY CERT. MAIL 70123450000358729106.THAT DEBTOR ORGANIZATION IS A ASSOCIATION TRUST TRANSMITTING UTILITY.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 | | | |

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# Filing Number-202006268275667

426273          2020 Jun 26 PM10:27

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME AD HOC NEW YORKER REPUBLICAN COMMITTEE | | |
|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE |

**12. [X] ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - Insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME Van Allen | FIRST NAME Harold | MIDDLE NAME William | SUFFIX TRUSTEE |
| 12c. MAILING ADDRESS 351 NORTH ROAD | CITY HURLEY | STATE NY | POSTAL CODE 12443 | COUNTRY USA |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a [X] Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

[X] Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

**FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)**

**State of New York Court of Claims**

**CHRISTOPHER EARL STRUNK, and AD HOC NEW YORKER REPUBLICAN COMMITTEE**

<div style="text-align:center">Claimants</div>

<div style="text-align:center">**v.**</div>

**THE STATE OF NEW YORK**

<div style="text-align:center">Defendant</div>

<div style="text-align:center">

**Claim**
with demand by
**Order to Show Cause**
**for Injunctive Relief**

</div>

# Exhibit C

Please refer to the Official Political Calendar for all filing dates.

Additional information may be obtained by calling the New York State Board of Elections at (518) 474-6220 or your county board of elections

**IMPORTANT: REQUIREMENT FOR BALLOT ACCESS RELATED FILINGS BY MAIL OR OVERNIGHT DELIVERY SERVICE. Please read this Filing Requirement document ( 133KB) for detailed information.**

**Requirements to Hold Office**

| OFFICE | CITIZENSHIP | AGE | RESIDENCY | STATUTE |
|---|---|---|---|---|
| President of the United States | Born a citizen | 35 years | 14 years in country | United States Constitution Art. II § 1 |
| United States Senator | Citizen 9 years | 30 years | Resident of state when elected | United States Constitution Art. I §3 |
| NYS Governor/ Lt. Governor Attorney General Comptroller | Citizen | 30 years | Resident of state 5 years immediately preceding election | New York State Constitution Art. IV § 2 and Art. V § 1 |
| Representative in Congress | Citizen 7 years | 25 years | Resident of state when elected | United States Constitution Art. I §2 |
| New York State Senator New York State Assembly | Citizen | 18 years | Resident of state for 5 years and resident of district for 12 months immediately preceding election. (In a redistricting year, may be a resident of county for 12 months immediately preceding the election.) | New York State Constitution Art. III § 7 Public Officers Law § 3 |

**General Information on Petitions**

These sample forms were prepared by the State Board of Elections. They are all in Acrobat PDF format. You will need the Adobe (TM) Acrobat Reader to view and print them.

These forms can be printed and filled out by hand.

**Electronic signatures are not acceptable.**

- SAMPLE DESIGNATING PETITION ( 703KB) (print on legal size paper)
- SAMPLE INDEPENDENT NOMINATING PETITION ( 703KB) (print on legal size paper)
- SAMPLE OPPORTUNITY TO BALLOT PETITION ( 535KB) (print on legal size paper)
- SAMPLE VILLAGE DESIGNATING PETITION ( 135KB) (print on legal size paper)
- SAMPLE VILLAGE DESIGNATING PETITION - COUNTY ( 144KB) (to be used if Election is run by the County Board of Elections) (print on legal size paper)
- SAMPLE VILLAGE INDEPENDENT NOMINATING PETITION ( 137KB) (print on legal size paper)
- SAMPLE VILLAGE INDEPENDENT NOMINATING PETITION - COUNTY ( 143KB) (to be used if Election is run by the County Board of Elections) (print on legal size paper)
- SAMPLE COVER SHEETS ( 634KB)
- SAMPLE CERTIFICATE OF ACCEPTANCE 6-146 (For Use By Candidate) ( 73.6KB)

**State of New York Court of Claims**

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

<table>
<tr><td></td><td>Claimants</td><td></td></tr>
<tr><td>v.</td><td></td><td><b><u>Claim</u><br>with demand by<br>Order to Show Cause<br>for Injunctive Relief</b></td></tr>
<tr><td><b>THE STATE OF NEW YORK</b></td><td></td><td></td></tr>
<tr><td></td><td>Defendant</td><td></td></tr>
</table>

# Exhibit D

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

OFFICE OF CLERK-RECORDER

# COUNTY OF ALAMEDA
## OAKLAND, CALIFORNIA

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH

STATE FILE NUMBER: N-295984

LOCAL REGISTRATION: 601 5318

| | | |
|---|---|---|
| THIS CHILD | KAMALA | AMALA IYER | HARRIS |
| | Female Single | October 20 1964 | 9:28 P. |
| PLACE OF BIRTH | Kaiser Foundation Hospital | 280 West MacArthur Blvd. | |
| | Oakland | Alameda | |
| MOTHER OF CHILD | Gopalan | Shyamala | Caucasian |
| | 26 | India | As given below |
| USUAL RESIDENCE OF MOTHER | 2531 Regent Street | | California |
| | Berkeley | Alameda | California |
| FATHER OF CHILD | Donald | Jasper | Harris | Jamaican |
| | 26 | Jamaica | University of Calif. |

INFORMANT'S CERTIFICATION: October 23 1964

ATTENDANT'S CERTIFICATION: Oakland, California

REGISTRAR'S CERTIFICATION: NOV 5 1964

**INFORMATIONAL - NOT A VALID DOCUMENT TO ESTABLISH IDENTITY**

[Reproduced for educational purposes only. Fair Use relied upon.]

Tri-Valley Office
http://www.acgov.org/auditor/clerk/bdm/Birth.htm online order

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered
and placed on file in the office of the Alameda County Clerk-Recorder.

DATE ISSUED: MAR 10 2019

000017032

Melissa Wilk
COUNTY CLERK-RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

OFFICE OF CLERK-RECORDER

# COUNTY OF ALAMEDA
OAKLAND, CALIFORNIA

## INFORMATIONAL · NOT A VALID
## DOCUMENT TO ESTABLISH IDENTITY

**AFFIDAVIT TO CORRECT A RECORD**  [X] BIRTH  [ ] DEATH  [ ] MARRIAGE

REGISTRATION DISTRICT NO. **6035**   REGISTRAR'S NUMBER **15318**

STATE FILE NO. **64-295984**

**REGISTRANT INFORMATION**

1a. FIRST NAME **KAMALA**  1b. MIDDLE NAME **IYER**  1c. LAST NAME **HARRIS**

2. PLACE OF OCCURRENCE—CITY OR COUNTY **Oakland**

3. DATE OF EVENT **October 20, 1964**   4. DATE ORIGINAL FILED **November 5, 1964**

5. NAME OF FATHER **Donald Jasper Harris**   6. MAIDEN NAME OF MOTHER **Gopalan Shyamala**

**STATEMENT OF CORRECTIONS**

7. ITEM NO. FACTS EXACTLY AS STATED ON THE ORIGINAL RECORD | 8a. FACTS AS THEY SHOULD HAVE BEEN STATED ON THE ORIGINAL AT THE TIME OF OCCURRENCE

| 1B. | Iyer | Devi |

9. WHY IS CHANGE NECESSARY  **To correct middle name of child.**

AGE OF AFFIANT **26**

ADDRESS OF AFFIANT—STREET ADDRESS **2531 Regent St. , apt 5**

ADDRESS OF AFFIANT—CITY AND STATE **Berkeley - 4, California**

AGE OF AFFIANT **26**

ADDRESS OF AFFIANT—STREET ADDRESS **2531 Regent St. , Berkeley, Cal**

DATE ACCEPTED AND FILED **FEB 18 1965**

STATE REGISTRAR

[Reproduced for educational purposes only. Fair Use relied upon.]

Tri-Valley Office
http://www.acgov.org/auditor/clerk/bdm/Birth.htm online order

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Clerk-Recorder.

DATE ISSUED **MAR 10 2019**

000017031

Melissa Wilk
Melissa Wilk
COUNTY CLERK-RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**State of New York Court of Claims**
---------------------------------------------------

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

<div align="center">Claimants</div>

<div align="center">v.</div>

**THE STATE OF NEW YORK**

<div align="center">Defendant</div>

---------------------------------------------------

<div align="right">

**<u>Claim</u>**
**with demand by**
**Order to Show Cause**
**for Injunctive Relief**

</div>

# Exhibit E

# Board of Elections

- Home
- About Us
- FAQ
- Contact Us
- Site Index

## Absentee Voting

**Election Day is Tuesday, November 3, 2020**

**Early Voting Period is October 24, 2020 - November 1, 2020**

**Qualifications to Vote by Absentee Ballot (Deadlines)**

1. Absent from your county or, if a resident of New York City absent from the five boroughs, on Election Day.
2. Unable to appear at the polls due to temporary or permanent illness or disability (temporary illness includes being unable to appear due to risk of contracting or spreading a communicable disease like COVID-19).
3. Unable to appear because you are the primary care giver of one or more individuals who are ill or physically disabled.
4. A resident or patient of a Veterans Health Administration Hospital.
5. Detained in jail awaiting Grand Jury action or confined in prison after conviction for an offense other than a felony.

**How to Apply for an Absentee Ballot (Deadlines)**

You may apply for an absentee ballot in any of the following ways:

- Electronically through our Absentee Ballot Application Portal:

    ### Electronic Absentee Ballot Application Portal >

    - By sending an email request to your local county board of elections
    - By telephoning a request to your local county board of elections
    - By sending a fax request to your local county board of elections
    - By going in-person to your local county board of elections
    - By mailing a paper application to your local county board of elections

    You can download a PDF version of the New York State Absentee Ballot Application Form:

Download English Form (📄 539KB) >

Download Spanish Form (📄 603KB) >

Upon completion, applications must be mailed to your county board no later than the seventh day before the election or delivered in person no later than the day before the election.

- By sending a letter to your county board of elections. The letter must contain the following information:
    1. Name and date of birth of the voter
    2. the address where you are registered
    3. an address where the ballot is to be sent, and
    4. the reason for the request.

    If you apply by letter, an application form will be mailed with your ballot. The application form must be completed and returned with your ballot.

If you cannot pick up your ballot, or will not be able to receive it through the mail, you have the right to designate someone to pick it up for you. Only that person designated on your application may pick up and deliver your ballot.

If you are permanently ill or disabled, you have the right to receive an Absentee Ballot for each subsequent election without further application. Simply file an application with your county board of elections indicating permanent illness or physical disability.

You will then automatically receive an absentee ballot for every election until your registration is canceled.

If you are visually impaired or otherwise disabled, such that your disability requires you to use an accessible absentee ballot application, you have two accessible options to request a ballot on this page, either using the Accessible Electronic Ballot Application Portal:

Electronic Accessible Absentee Ballot Application Portal >

Accessible Absentee Ballot Application with Instructions (📄 95.6KB) >

**When is it due?**

You must apply online, postmark, email or fax a completed application or letter request for the General Election Absentee ballot no later than 7 days (**October 27, 2020**) before the election. You may apply in-person up to the day before the election (**November 2, 2020**). You may file an application at any time before the deadlines, but ballots will be mailed out beginning on or about **September 18, 2020.** (PLEASE BE AWARE THAT DESPITE THE ABOVE DEADLINES THE POST OFFICE HAS ADVISED THAT THEY CANNOT GUARANTEE TIMELY DELIVERY OF BALLOTS APPLIED FOR LESS THAN 15 DAYS BEFORE AN ELECTION.)

**How to Cast an Absentee Ballot**

- Once your receive the ballot, mark the ballot according to your choices for each office following the instructions on the ballot
- Once you have completed marking your ballot fold it up and place it in the Security Envelope. (This envelope will have a place for your signature.)
- Sign and date the outside of the Security Envelope.
- Seal the Security Envelope.

9/7/2020                                                        Absentee Voting | New York State Board of Elections

- Place the Security Envelope in the Return Envelope. (This envelope will have the return address of your county Board of Elections on the outside and should have a logo that reads, "Official Election Mail")
- Seal the Return Envelope.
- You may return the ballot in any of the following ways:
    1. Put it in the mail ensuring it receives a postmark no later than November 3rd.
    2. Bringing it to the County Board of Elections Office no later than November 3rd by 9pm.
    3. Bringing it to an early voting poll site between October 24th and November 1st
    4. Bringing it to a poll site on November 3rd by 9pm.

**Mail Time Considerations When Returning an Absentee Ballot**

When mailing your completed ballot, the USPS recommends that voters allow enough time for ballots to be returned to the Board, which is generally seven days ahead of the general election. New York State requires your ballot to be both postmarked by November 3, 2020 and received by our Board by November 10, 2020. Voters who mail in their ballots on Election Day must be aware of the posted collection times on collection boxes and at the Postal Service's retail facilities, and that ballots entered after the last posted collection time will not be postmarked until the following business day.

**You Can Still Vote In Person If You Request an Absentee Ballot**

Even if you request or cast and return an absentee ballot, you may still go to the polls and vote in person. The Election Law recognizes that plans change. The Board of Elections is required to check the poll book before canvassing any absentee ballot. If the voter comes to the poll site, on Election Day or during early voting and votes in person, the absentee ballot is set aside and not counted.



# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

---

**STATE OF TEXAS et al. ,**

**Plaintiff,**

**v.**                                        **Civil Action No. 18-cv-0068 (ASH)**

**UNITED STATES OF AMERICA  et al.,**

**Defendant.**

---

## CHRISTOPHER EARL STRUNK AFFIRMATION IN SUPPORT OF NOTICE OF MOTION TO RECONSIDER FRCP RULE 24 INTERVENOR PLAINTIFF STATUS DENIAL SHOWN AT DOCKET ITEM 475 AND FOR EXPEDITED FRCP RULE 65(b) EXTRAORDINARY RELIEF DEMAND DENIED IN RELATED CASE NYND 16-CV-1496 MOTION REGARDING THE FOREIGN ALIEN BIOWEAPON JAMAICAN CITIZEN KAMALA DEVI HARRIS

### LR 5-2 Related Case

### 16-cv-01496-BKS-DJS Strunk v. The State of California et al

| | | |
|---|---|---|
| 09/23/2020 | 43 | LETTER MOTION for Reconsideration re 42 Order of Denial of Motion to Restore the Case to Calendar with Expedited Emergency Relief filed by Christopher Earl Strunk. (Attachments: # 1 Envelope) (jel, ) (Entered: 09/23/2020) |
| 09/24/2020 | 44 | TEXT ORDER: The Court has considered Plaintiff's Letter Motion for Reconsideration 43 of the Text Order denying Plaintiff's motion to restore this action to the "Court Calendar" and for injunctive relief 42 . A motion for reconsideration may only be granted upon one of three grounds: (1) "an intervening change of controlling law," (2) "the availability of new evidence," or (3) "the need to correct a clear error of law or prevent manifest injustice," *United States v. Zhu*, 41 F. Supp. 3d 341, 342 (S.D.N.Y. 2014) (quoting *Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd.*, 956 F.2d 1245, 1255 (2d Cir. 1992)). As Plaintiff has not identified an intervening change in law, new evidence, or the need to correct clear error, his motion is DENIED. SO ORDERED by Judge Brenda K. Sannes on 9/24/2020. (Copy served on pltf via regular mail)(rjb, ) (Entered: 09/24/2020) |

# EXHIBIT  F

Christopher Earl Strunk, Trustee
**AD HOC NEW YORKER REPUBLICAN COMMITTEE**
141 Harris Avenue Lake Luzerne, New York 12846-1721
(718) 414-3760 and (518) 416-8743 email: strunk@leader.com

Hon. Brenda K. Sannes USDJ
for the Northern District U.S. Court of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

Courtroom Clerk Renata Hohl (315) 234-8593

RE: STRUNK VERSUS THE STATE OF CALIFORNIA ETAL.  16cv1496 (BKS)

Subject: RECONSIDERATION OF DENIAL OF MOTION RESTORE THE CASE TO
CALENDAR WITH EXPEDITED EMERGENCY RELIEF

The Hon. Brenda K. Sannes USDJ

In accordance with FRCP Rule 60(b)(2) and  FRCP Rule 60(b)(6) that reconsideration of
the denial of the motion  to restore to the court calendar applies herein for FRCvP Rule 65 (b)
and related rules and law applies herein for Temporary restraining Order subsection (1)
issuance without notice based upon subsection (A) evidence of reasonable specific facts in the
Exhibit C affidavit / verified claim clearly shows that immediate irreparable injury will result
to plaintiff along with those similarly situated before the adverse party may be heard  in
opposition warrants Preliminary Injunctive relief with proper notice to Defendants for hearing
on Thursday 1 October 2020.

Respectfully submitted for timely relief,

September 22 2020
Lake Luzerne New York

Christopher Earl : Strunk in esse Sui Juris
in propria persona sole beneficiary of Plaintiff
All Rights Reserved Without Prejudice

**Attachments**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Civil Case No: 16-cv-1496 (BKS)

Christopher Earl Strunk, Individually of New York;

Plaintiffs,

versus

THE STATE OF CALIFORNIA etal.;

Defendants

x---------------------------------------------------------------------------------------------------------------x

NOTICE OF MOTION TO RECONSIDER THE DENIAL OF THE MOTION
RESTORE TO THE CASE TO THE COURT CALENDAR WITH PRELIMINARY
INJUNCTION AND HEARING FOR PERMANENT RESTRAINT

According to FRCvP Rule 7. (b) MOTIONS AND OTHER PAPERS, this is Plaintiff's

Notice of MOTION TO RECONSIDER THE DENIAL OF THE MOTION TO RESTORE

THE CASE TO THE COURT CALENDAR for preliminary injunction and permanent

restraint hearing in Regular Motion Term 1st Thursday at 10:00 a.m. on 1 October 2020

in Syracuse or as soon thereafter determined by the Court available under the FRCvP

Rules and the bill of rights and 14th Amendment Sections 1,2,3,4,5 with related law of

the named New York Defendants for the 18 September 2020 Absentee Ballots issuance

that starts for the General Election 3 November 2020 deadline with: time of the essence,

imminent irreparable harm, likelihood of success, no other adequate remedy to avoid

unrest; and that Plaintiff seeks injunctive relief for an order of the New York

Defendants to:

a. CLARIFY FOR ALL POTENTIAL VOTERS THAT *BORN A CITIZEN* SUGGESTED

BY THE STATE OF NEW YORK SHOWN AT EXHIBIT 4C DOES NOT INCLUDE A

14TH AMENDMENT *BORN A CITIZEN* INTERPRETATION, ONLY INCLUDES THE

PRE 14TH AMENDMENT U.S. CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5

*NATURAL BORN CITIZEN* TERM OF ART THAT REQUIRES A CANDIDATE FOR

POTUS AND OR VPOTUS MUST BE BORN ON SOIL OF CITIZEN PARENTS

ACCORDING TO THE SCOTUS FINDINGS IN Minor v. Happersett, 88 U.S. 162

(1875) and United States v. Wong Kim Ark, 169 U.S. 649 (1898), and

b. THAT ALL REQUESTS FOR ABSENTEE BALLOTS MAKE SUCH CLARIFICATION

and

c. THAT NOTICE IS PROMINENTLY DISPLAYED AT THE POLLS THAT KAMALA

DEVI HARRIS IS NOT A NATURAL BORN CITIZEN; and

a. Additional different relief as the court deems necessary for justice herein including an order

that Plaintiff may use to obtain a certified birth certificate for KAMALA (IYER) DEVI

HARRIS from Alameda County California.

Dated: September 22 2020
Lake Luzerne New York

Christopher Earl Strunk, in propria persona
141 Harris Ave. Lake Luzerne, New York 12846-1721
Ph: 718-414-3760 and 518-416-8743
Email: strunk@leader.com
All Rights Reserved Without Prejudice

SERVICE as follows:

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Civil Case No: 16-cv-1496 (BKS)(DJS)

Christopher Earl Strunk, Individually of New York;

Plaintiffs,

versus

THE STATE OF CALIFORNIA etal.;

Defendants

x----------------------------------------------------------------------------------------------------x

## MOTION TO RECONSIDER THE DENIAL OF THE MOTION TO RESTORE TO THE COURT CALENDAR for preliminary injunction and restraint relief available under the bill of rights 14th Amendment Sections 2,3,4,5 and related law of the named New York Defendants for the 18 September 2020 Absentee Ballots issuance start for the General Election 3 November 2020 deadline with: time of the essence, imminent irreparable harm, likelihood of success, no other adequate remedy to avoid unrest

1. First, I apologize for the frantic nature of my 9/18/2020 filing shown at Docket Item 41:

09/18/2020    41   MOTION to Restore to the Court Calendar for Preliminary Injunction and Restraint Relief Available filed by Christopher Earl Strunk. (Attachments: # 1 Motion, # 2 Letter, # 3 Proposed Order/Judgment, # 4 Certificate of Service, # 5 Envelope) Motions referred to Daniel J. Stewart. (jel, ) (Entered: 09/18/2020)

2. However, I contend that my motion to restore was done in good faith, and as such this is my urgent motion to reconsider the Court's 9-21-2020 denial of Plaintiff's motion to restore the case to the court calendar for the expressed cause for relief despite Docket Item #42:

09/21/2020    42   TEXT ORDER: The Court has reviewed Plaintiff's "Motion to Restore to the Court Calendar for Preliminary Injunction and Restraint Relief Available." 41 This case was closed and Judgment entered in favor of Defendants on May 19, 2017. 39 Plaintiff has identified no basis under Rule 60 of the Federal Rules of Civil Procedure for relief from that Judgment. Accordingly, Plaintiff's motion 41 is DENIED. SO ORDERED by Judge Brenda K. Sannes on 9/21/2020. (Copy served on pltf via regular mail)(rjb, ) (Entered: 09/21/2020)

1

3. The unchallenged basis for the 5-19-2017 Dismissal shown at Exhibit 1 was moot because the electors cast their vote on 19 December 2016 and DONALD J. TRUMP / MICHAEL PENCE are now POTUS/VPOTUS per se, and are so notwithstanding the facts of illegal voters and Vote Harvesting in California that was an unproven allegation;

4. However now is not moot as such now, is even more urgent than for the 2016 election gravamen, now is fundamental to our Constitutional system in the 2020 general election based upon my recent discovery that meets the purpose of FRCP Rule 60 (b)(2) and the Rule 60 (b) (6) exception per se, because there is newly discovered evidence that with reasonable diligence could not have been discovered in time to move for a new trial under Rule 59(b) as the then Attorney General of California KAMALA DEVI HARRIS is not a U.S. Citizen per se and that THE STATE OF CALIFORNIA etal Defendants were not properly represented in good faith by Tamar Pachter who if he had not done reasonable diligence on his boss the Attorney General became a accessory to a spoliation cover-up at the California Department of Justice 455 Gold Gate Avenue, Suite 11000 San Francisco, CA 94102 415-703-5500 Fax: 415-703-1234 Email: tamar.pachter@doj.ca.gov; and

5. Further, there is presently one (1) Elector of the 55 electors of the California electoral college part of the total 535 Federal electors that is challenged as Harris' place in Congress is *void ab initio* at the 14 December 2020 election per se reduces the total Federal electors to 534; and

6. Further, because the defacto U.S. SENATOR KAMALA DEVI HARRIS purportedly represents California in Congress starting on January 3, 2017 after the 2016 General Election she is not a U.S. Citizen per se according to the requirements of the U.S. Constitution

2

Article I, Section 3, that sets three qualifications for senators: (1) they must be at least 30 years old; (2) they must have been citizens of the United States for the past nine years or longer; and (3) they must be inhabitants of the states they seek to represent at the time of their election; and

7. Further, at the time of the 2016 General Election Kamala Harris was the Attorney General of California who was also on the ballot as the 2016 Democratic Party's Candidate for U.S. Senator from California who won the election; however, as such was not a party to this case in 2016 because she was not an elector that coincided with an elector appointed for the 19 December 2016 election per se, now applies on 14 December 2020 based upon the evidence.

8. Therefore, NOW COMES Christopher Earl Strunk, Individually of New York, in propria persona, with time of the essence with imminent irreparable harm, likelihood of success, no other adequate remedy at law, to avoid unrest, hereby moves the Court to restore the dismissed Complaint shown in **Exhibit 1** with docket shown as **Exhibit 2** of Defendants' malicious infringement of Plaintiff's fundamental rights protected under the Constitution for the United States by the State of State of New York's Public Officers malicious administration and enforcement of the New York Election Law (NYEL) and related law to resolve the Vacancy Committee duties for the BIDEN-HARRIS electors and or of every state including the State of California's Public Officers with others similarly situated with the Democratic Party National Committee (DNC), in that KAMALA (IYER) DEVI HARRIS is not a *Natural-Born Citizen* (NBC) per se required by the U.S. Constitution Article 2 Section 1 Clause 5 or even a *Born-a-Citizen* isn't even a DACA baby that as a matter of law is an

3

illegal alien to be removed from the USA but first from the US Senate, and as such plaintiff

contends there is a conspiracy of New York State Public Officers much more than the

foregoing who outrageously effect the State of California's Public Officers with others

similarly situated jointly with the DNC who intend to use legal absentee ballots and

unconstitutional illegal *mail-in-votes* using the U.S. Postal Service (USPS) now under the

constitutionally questionable "COVID-19 Virus" lockdown that arbitrarily and capriciously

varies on a state by state basis the 2020 General Election, and that according to the 14

September 2020 Federal Court Opinion in THE COUNTY OF BUTLER etal. versus

THOMAS W. WOLF etal. WDPA 20-cv-677 of the HON. WILLIAM S. STICKMAN IV

USDJ that overturns the 1905 SCOTUS Decision in *Jacobson v. Massachusetts*, 197 U.S. 11 see

https://supreme.justia.com/cases/federal/us/197/11/); and

9. If this weren't enough of a quagmire threat by a multitude of arbitrary and capricious set of

State Executive orders operating differently on a state by state basis for each lockdown that

absolutely effects the 3 November 2020 General Election and the early voting that starts on

19 October 2020 here in New York, is absolute evidence that the Jamaican Citizen illegal

alien US Senator KAMALA DEVI HARRIS (shown in Exhibit 4D) is an additional real

threat of tortuous foreign interference with elections beyond other faceless illegal alien

voters at the 3 November 2020 General Election involving the California 55 electors now

reduced to 54 and effecting the New York 29 electors slate etal. for certification of the

elector vote on or about 14 December 2020 for election of *President of the United States*

(POTUS) and Vice POTUS (VPOTUS) with *United States Code* (USC) Title 3 under color of

California Election Code (CAEC) and New York Election Law (NYEL) etal. to the contrary; and Plaintiff(s) among those similarly situated with natural and fundamental rights otherwise protected against infringement by Sections 1, 2, 3, 4, 5 of the Fourteenth Amendment to the Constitution of the United States of America, with related law and available remedy, a case of first impression to reduce the basis of California and New York POTUS / VPOTUS Electors at the 14 December 2020 electoral college election and the 2020 decennial census.

10. That Claimant respectfully demands restoration to the court calendar injunctive relief for cause the New York Defendants ordered to:

   a. CLARIFY FOR ALL POTENTIAL VOTERS THAT *BORN A CITIZEN* SUGGESTED BY THE STATE SHOWN AT EXHIBIT 4C DOES NOT INCLUDE A 14TH AMENDMENT *BORN A CITIZEN* INTERPRETATION, ONLY INCLUDES THE PRE 14TH AMENDMENT U.S. CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5 *NATURAL BORN CITIZEN* TERM OF ART THAT REQUIRES A CANDIDATE FOR POTUS AND OR VPOTUS MUST BE BORN ON SOIL OF CITIZEN PARENTS ACCORDING TO THE SCOTUS; FINDINGS IN *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875) and *United States v. Wong Kim Ark*, 169 U.S. 649 (1898), and

   b. THAT ALL REQUESTS FOR ABSENTEE BALLOTS MAKE SUCH CLARIFICATION and

   c. THAT NOTICE IS PROMINENTLY DISPLAYED AT THE POLLS THAT KAMALA DEVI HARRIS IS NOT A NATURAL BORN CITIZEN; and

d. Additional different relief as the court deems necessary for justice herein including an order that Plaintiff may use to obtain a certified birth certificate for KAMALA (IYER) DEVI HARRIS from Alameda County California.

I, Christopher Earl Strunk, so affirm, state, declare and verify that the above request to restore the Complaint as amended with request for extraordinary injunctive relief is true and correct to the best of my knowledge and belief, and know the contents thereof apply to me by misapplication and administration of laws and that the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true, am available for testimony. The grounds of my beliefs as to all matters not stated upon information and belief are as follows: 3rd parties, books and records, and personal knowledge under penalty of perjury with 28 USC 1746.

Dated: September **22** 2020
Lake Luzerne New York

Christopher Earl Strunk, in propria persona
141 Harris Ave. Lake Luzerne, New York 12846-1721
Ph: 718-414-3760 and 518-416-8743
Email: strunk@leader.com
All Rights Reserved Without Prejudice

SERVICE:

**Tamar Pachter** California Department of Justice 455 Gold Gate Avenue, Suite 11000 San Francisco, CA 94102 415-703-5500 Fax: 415-703-1234 Email: tamar.pachter@doj.ca.gov

**Joshua E. McMahon** of the New York State Attorney General - Albany The Capitol Albany, NY 12224 518-776-2603 Email: joshua.mcmahon@ag.ny.gov

**Daniel W. Coffey** of Bowitch, Coffey Law Firm 17 Elk Street Albany, NY 12207 518-813-9500 Fax: 518-207-1916 Email: coffey@bcalbany.com;

**John D. Hoggan , Jr.** U.S. Department of Justice - Albany Office 445 Broadway James T. Foley Courthouse Albany, NY 12201 518-431-0247 Fax: 518-431-0386 Email: john.hoggan@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Civil Case No: 16-cv-1496 (BKS)

Christopher Earl Strunk, Individually of New York;

Plaintiffs,

versus

THE STATE OF CALIFORNIA etal.; THE STATE OF NEW YORK; ANDREW M. CUOMO,
Individually and as Governor; THE STATE OF NEW YORK BOARD OF ELECTIONS; THE
CITY OF NEW YORK (NYC); Warren "BILL DEBLASIO" Wilhelm Jr., Individually and as the
Mayor of NYC; THE NYC BOARD OF ELECTIONS; etal.

Defendants

and; New York AG, NYC Corporation Counsel, and U.S. Attorney.

Parties-in-interest.

x--------------------------------------------------------------------------------------------------------x

CERTIFICATE OF SERVICE

That Plaintiff certifies and affirms under 28 USC 1746 hereby that he provides in addition to
email, a true and correct copy of THE RECONSIDERATION Notice and Motion supporting
papers affirmed 22 September 2020 based upon the proposed preliminary injunction order
placed in properly addressed envelopes and postage for service by USPS regular mail upon:

Tamar Pachter California Department of Justice 455 Gold Gate Avenue, Suite 11000 San
Francisco, CA 94102 415-703-5500 Fax: 415-703-1234 Email: tamar.pachter@doj.ca.gov

Joshua E. McMahon of the New York State Attorney General - Albany The Capitol Albany,
NY 12224 518-776-2603 Email: joshua.mcmahon@ag.ny.gov

Daniel W. Coffey of Bowitch, Coffey Law Firm 17 Elk Street Albany, NY 12207 518-813-9500
Fax: 518-207-1916 Email: coffey@bcalbany.com;

John D. Hoggan , Jr. U.S. Department of Justice - Albany Office 445 Broadway James T. Foley
Courthouse Albany, NY 12201 518-431-0247 Fax: 518-431-0386 Email: john.hoggan@usdoj.gov

Dated: September 22 2020
Lake Luzerne New York

Christopher Earl Strunk, in propria persona
141 Harris Ave. Lake Luzerne, New York 12846-1721
Ph: 718-414-3760 and 518-416-8743
Email: strunk@leader.com
All Rights Reserved Without Prejudice

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Civil Case No: 16-cv-1496 (BKS)

CHRISTOPHER EARL STRUNK, Individually of New York;

Plaintiffs,

versus

THE STATE OF CALIFORNIA etal.;                    Defendants

Being there sufficient cause with time of the essence, imminent irreparable harm,

likelihood of success, no other adequate remedy to avoid unrest, it is hereby ordered

until further notice after hearing on 1 October 2020 for permanent restraint relief that

the named New York Defendants for the 18 September 2020 Absentee Ballots issuance

that for the 3 November 2020 General Election that the New York Defendants are to:

A. CLARIFY FOR ALL POTENTIAL VOTERS THAT *BORN A CITIZEN* SUGGESTED

BY THE STATE OF NEW YORK SHOWN AT EXHIBIT 4C DOES NOT INCLUDE A

14TH AMENDMENT *BORN A CITIZEN* INTERPRETATION, ONLY INCLUDES

THE PRE 14TH AMENDMENT U.S. CONSTITUTION ARTICLE 2 SECTION 1

CLAUSE 5 *NATURAL BORN CITIZEN* TERM OF ART THAT REQUIRES A

CANDIDATE FOR POTUS AND OR VPOTUS MUST BE BORN ON SOIL OF

CITIZEN PARENTS ACCORDING TO THE SCOTUS FINDINGS IN Minor v.

Happersett, 88 U.S. 162 (1875) and United States v. Wong Kim Ark, 169 U.S. 649

(1898), and

B. THAT ALL REQUESTS FOR ABSENTEE BALLOTS MAKE SUCH CLARIFICATION and

C. THAT NOTICE IS PROMINENTLY DISPLAYED AT THE POLLS THAT KAMALA DEVI HARRIS IS NOT A NATURAL BORN CITIZEN; and

D. Additional different relief as the court deems necessary for justice herein including an order that Plaintiff may use to obtain a certified birth certificate for KAMALA (IYER) DEVI HARRIS from Alameda County California.

**SO ORDERED**

                                 _____
                                   Hon. Brenda K. Sannes

