IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | §  Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY | § |
| Defendant-Intervenor. | § |

**[PROPOSED] ORDER
GRANTING OPPOSED MOTION**

On this date, the Court considered Perez Defendant-Intervenors' Opposed Motion to Compel and Extend Discovery Period, or in the Alternative, to Exclude Evidence.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Perez Defendant-Intervenors' Opposed Motion to Compel and Extend Discovery Period, or in the Alternative, to Exclude Evidence is hereby GRANTED. All deadlines in dkt. 473, which were extended by seven (7) days by dkt. 482, are further extended by thirty (30) days.

IT IS FURTHER ORDERED that Plaintiffs must produce documents related to requests for production No. 13 and 16.

IT IS FURTHER ORDERED that Plaintiffs must produce a witness pursuant to Fed. R. Civ. P. 30(b)(6) that can answer the topics in Defendant-Intervenors' Schedule A topics 1, 3, 4, 5, 6, 8 and 16.

Signed on _____, 2020.

_____
HON. ANDREW S. HANEN
UNITED STATE DISTRICT JUDGE