IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § | |
| Plaintiffs, § § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § § | |
| Defendants, § § | |
| and § § | |
| KARLA PEREZ, *et al.*, § § | |
| Defendant-Intervenors, § | |
| and § § | |
| STATE OF NEW JERSEY § § | |
| Defendant-Intervenor. § | |

**[PROPOSED] ORDER
GRANTING OPPOSED MOTION**

On this date, the Court considered Perez Defendant-Intervenors' Opposed Motion to Compel and Extend Discovery Period, or in the Alternative, to Exclude Evidence.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Perez Defendant-Intervenors' Opposed Motion to Compel and Extend Discovery Period, or in the Alternative, to Exclude Evidence is hereby GRANTED.  Plaintiffs' evidence purporting to show Arkansas expenditures on social services for DACA recipients, including but not limited to Ms. Mary Franklin's declaration and deposition

testimony, well as the testimony of Janet Mann, and associated documents are hereby excluded as evidence in this matter.

Signed on _____, 2020.

_____
HON. ANDREW S. HANEN
UNITED STATE DISTRICT JUDGE