# Ramon Soto

| | |
|---|---|
| **From:** | Disher, Todd <Todd.Disher@oag.texas.gov> |
| **Sent:** | Wednesday, September 30, 2020 8:38 PM |
| **To:** | Nina Perales; Ramon Soto; Mayur Saxena; Robins, Jeffrey (CIV) |
| **Cc:** | Biggs, Adam; Laurent, David |
| **Subject:** | DACA - Plaintiffs' Response and Objections to Intervenors' Seventh Set of Discovery Requests |
| **Attachments:** | Pls.' Objs  Resps to Def-Intrvrs' 7th Requests.pdf |

Counsel,

Please see Plaintiffs' responses and objections to Intervenors' seventh set of discovery requests. Due to the COVID-19 crisis, the Arkansas Department of Human Services is still in the process of compiling the documents responsive to Requests for Production No. 13 and 16. We hope to have those documents to you this week.

Todd

**Todd Lawrence Disher**
Deputy Chief
Special Litigation Unit
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548
(512) 936-0677
todd.disher@oag.texas.gov

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.