EXHIBIT F

**Ramon Soto**

---

| | |
|---|---|
| **From:** | Disher, Todd <Todd.Disher@oag.texas.gov> |
| **Sent:** | Sunday, October 4, 2020 9:40 AM |
| **To:** | Ramon Soto |
| **Cc:** | Robins, Jeffrey (CIV); Nina Perales; Mayur Saxena |
| **Subject:** | RE: Perez Defendant-Intervenors' Deposition Notice of Arkansas |

Ramon,

Arkansas designates the following witnesses to serve in an organizational capacity in response to your deposition notice:

    Mary Franklin: Topics 1-8 and 10-17
    Janet Mann: Topic 9

Ms. Mann is available to start at 9:00 a.m. on Monday morning, and Ms. Franklin will be ready to begin upon the conclusion of Ms. Mann's questioning.

Todd

**Todd Lawrence Disher**
Deputy Chief
Special Litigation Unit
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548
(512) 936-0677
todd.disher@oag.texas.gov

---

**From:** Ramon Soto <rsoto@MALDEF.org>
**Sent:** Tuesday, September 29, 2020 6:26 PM
**To:** Disher, Todd <Todd.Disher@oag.texas.gov>
**Cc:** Robins, Jeffrey (CIV) <Jeffrey.Robins@usdoj.gov>; Nina Perales <nperales@MALDEF.org>; Mayur Saxena <Mayur.Saxena@law.njoag.gov>
**Subject:** Perez Defendant-Intervenors' Deposition Notice of Arkansas

Dear counsel,

Attached please find a deposition notice, schedule A, and subpoena.

Have a great rest of your day.

Best,

**Ramón A. Soto**
Litigation Staff Attorney
*Licensed in Texas and New Mexico*



110 Broadway St., Ste. 300

1

San Antonio, TX  78205
(210) 224-5476 x212
(210) 224-5382 – fax
maldef.org
facebook.com/maldef
twitter.com/maldef

CONFIDENTIALITY NOTICE: The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message.  This message and any attachment thereto contains CONFIDENTIAL INFORMATION intended for the exclusive use of the named recipient(s) and may further be PRIVILEGED and CONFIDENTIAL attorney client communication, attorney work product or proprietary information.  If you are not an intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, other than to return this message to the addressee(s), notification of its unintended disclosure, and the deletion of all copies is strictly prohibited and may be illegal.  If you receive this communication in error, please notify the sender or the person who transmitted the communication immediately by telephone at 210-224-5476 and/or by reply to this communication and delete this message. Persons responsible for delivering this communication to the intended recipient are admonished that this communication not be copied or disseminated except as directed by the intended recipient.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.