**From:** Disher, Todd <Todd.Disher@oag.texas.gov>

**Sent:** Wednesday, October 7, 2020 7:24:02 PM
**To:** Nina Perales
**Cc:** Ramon Soto; Mayur Saxena; Robins, Jeffrey (CIV); Biggs, Adam; Laurent, David
**Subject:** DACA - Plaintiffs' Response to 7th Set of Discovery Requests

Nina,

Please see the attached production in response to Intervenors' seventh set of discovery requests.

Regards,

Todd

**Todd Lawrence Disher**
Deputy Chief
Special Litigation Unit
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548
(512) 936-0677
todd.disher@oag.texas.gov