IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) ) ) ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) ) ) |
| *Defendants,* | ) ) |
| and | ) ) |
| KARLA PEREZ, ET AL.; | ) ) |
| STATE OF NEW JERSEY, | ) ) |
| *Defendants-Intervenors.* | ) ) |

**PLAINTIFF STATES' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON THEIR MOTION FOR SUMMARY JUDGMENT**

Plaintiff States respectfully request that the Court grant permission to exceed the 20-page briefing limit by 27 pages in their Motion for Summary Judgment. Plaintiff States' Motion for Summary Judgment raises complex issues in a case of national importance, and Plaintiff States require these extra pages to adequately present these issues to the Court. Plaintiff States seek this extension for good cause and in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted. The other parties do not oppose the request.

## CONCLUSION

Plaintiff States respectfully request that the Court grant their motion for leave to exceed page limits.

| | |
|---|---|
| October 9, 2020 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | BRENT WEBSTER<br>First Assistant Attorney General |
| DEREK SCHMIDT<br>Attorney General of Kansas | RYAN L. BANGERT<br>Deputy First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| LYNN FITCH<br>Attorney General of Mississippi | */s/ Todd Lawrence Disher*<br>TODD LAWRENCE DISHER<br>Attorney-in-Charge |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | Deputy Chief, Special Counsel Unit<br>Tx. State Bar No. 24081854 |
| ALAN WILSON<br>Attorney General of South Carolina | Southern District of Texas No. 2985472<br>Tel.: (512) 463-2100; Fax: (512) 936-0545<br>todd.disher@oag.texas.gov |
| PATRICK MORRISEY<br>Attorney General of West Virginia | P.O. Box 12548<br>Austin, Texas 78711-2548 |
| | ADAM ARTHUR BIGGS<br>Assistant Attorney General |
| | **COUNSEL FOR PLAINTIFF STATES** |

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2020, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

 */s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Deputy Chief, Special Counsel Unit

**COUNSEL FOR PLAINTIFF STATES**

**CERTIFICATE OF CONFERENCE**

I certify that on October 8, 2020, I conferred with counsel for the other parties in this case. The DACA intervenors do not oppose this request. The federal defendants and New Jersey did not respond by the time of filing.

 */s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Deputy Chief, Special Counsel Unit

**COUNSEL FOR PLAINTIFF STATES**