IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

**ORDER GRANTING PLAINTIFF STATES' MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON THEIR MOTION FOR SUMMARY JUDGMENT**

On this date, the Court considered Plaintiff States' Motion for Leave to Exceed Page Limit on their Motion for Summary Judgment. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Motion for Leave to Exceed Page Limit on their Motion for Summary Judgment is hereby GRANTED. Plaintiff States have leave to file Motion for Summary Judgment that does not exceed 47 pages.

2

SIGNED on this the ___ day of _____, 2020.

                                                                                                      _____
                                                                                                      Andrew S. Hanen,
                                                                                                       U.S. District Court Judge