# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et at.*, | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| KARLA PEREZ, *et al.*, | ) ) |
| Defendant-Intervenors, | ) ) |
| and | ) ) |
| STATE OF NEW JERSEY, | ) ) |
| Defendant-Intervenor. | ) |

**FEDERAL DEFENDANTS' REVISED RESPONSE TO
DEFENDANT-INTERVENORS' REVISED DISCOVERY REQUEST**

TO: Defendant-Intervenors, by and through their attorneys of record, Nina Perales, Celina Moreno, Jack Salmon, Alejandra Avila, Mexican American Legal Defense and Educational Fund, 110 Broadway, Suite 300, San Antonio, Texas 78205; Carlos Moctezuma García, García & García, Attorneys at Law P.L.L.C., P.O. Box 4545 McAllen, Texas 78502.

Federal Defendants served the response to Defendant-Intervenors' revised interrogatory pursuant to the Federal Rules of Civil Procedure on October 14, 2019. Federal Defendants responded to this interrogatory pursuant to the Court's June 26, 2019 Order, ECF Dkt. 412, requiring that Federal Defendants respond to Defendants-Intervenors' Interrogatory No. 13 – notwithstanding Federal Defendants' objections, and the Court's August 2, 2019 Order, ECF Dkt. 421, granting the parties' joint motion to modify the interrogatory to which Federal Defendants were ordered to respond, by reviewing a random sampling of 500 responsive records. Following discussions with counsel for Defendants-Intervenors, Federal Defendants now serve this revised response that clarifies the scope of the sample.

**App. 006**

## RESPONSE TO DEFENDANT-INTERVENORS' REVISED INTERROGATORY

**REVISED INTERROGATORY**

Please identify the total number of requestors approved for DACA between June 2012 and June 2018:

- With an approved Form I-485 (Application to Register Permanent Residence or Adjust Status), based on 8 U.S.C. § 1255(a), and

- Who received a Class of Admission code (COA) following approval of the Form I-485 indicating they adjusted to Lawful Permanent Resident (LPR) status as an immediate relative (*i.e.,* qualified spouse, child or parent of a United States citizen), and

- With an approved Form I-131 application for an advance parole document based on the standards associated with the DACA policy where the Form I-131 was approved before the Form I-485 filing date; and

- Who was paroled into the United States by U.S. Customs and Border Protection on the basis of the DACA-based advance parole document (Form I-512L) that was issued to the DACA recipient and where such parole occurred before the Form I-485 was filed; and

- Where the DACA recipient/adjustment applicant could not have met the requirement in 8 U.S.C. § 1255(a) to have been "inspected and admitted, or paroled" but for his or her entry to the United States on the DACA-based advance parole document.

**RESPONSE**

USCIS determined from computer searches of all approved DACA requestors, that 14,600 approved requestors met the first three criteria of the interrogatory. Out of a random sampling of 500 individuals from those 14,600 requestors, 484 individuals met all the criteria in the Interrogatory. Based on the population of 14,600 requestors that met the first three criteria of the interrogatory before sampling, USCIS estimates with a +/- 1.5% margin of error, that between 13,908 and 14,358 requestors approved for DACA between June 2012 and June 2018 meet all the criteria as specified in this revised interrogatory above.

## VERIFICATION OF RESPONSE TO REVISED INTERROGATORY

I, _____Alexander King_____ , Senior Advisor, U.S. Citizenship and Immigration Services' (USCIS) Service Center Operations (SCOPS), certify that, based on my knowledge, information made available to me in the course of my official duties, and belief, the foregoing response is true and correct regarding the manual review of the records related to the five hundred (500) individuals selected for the random sample provided to SCOPS and the conclusion that four hundred eighty-four (484) individuals in the sample met all of the terms of the revised interrogatory approved by the Court on August 2, 2019.

DATED: October 10, 2019.

Alexander King
Senior Advisor, SCOPS, USCIS

## VERIFICATION OF RESPONSE TO REVISED INTERROGATORY

I, __Mike Hoefer__ , Chief of U.S. Citizenship and Immigration Services' (USCIS) Office of Performance and Quality (OPQ), certify that, based on my knowledge, information made available to me in the course of my official duties, and belief, the foregoing is true and correct regarding: 1) the total population of requestors that met the first three criteria of the interrogatory before sampling and 2) within the stated margin of error, the estimated number of requestors approved for DACA between June 2012 and June 2018 that met the all criteria as specified in the interrogatory.

DATED: October 10, 2019.

_____
Michael Hoefer
Chief, OPQ, USCIS

**App. 009**

Dated: November 8, 2019						Respectfully submitted,

							JOSEPH H. HUNT
							Assistant Attorney General
							Civil Division
							WILLIAM C. PEACHEY
							Director, Office of Immigration Litigation
							District Court Section

							/s/ *Jeffrey S. Robins*
							JEFFREY S. ROBINS
							Attorney-in-Charge
							Deputy Director
							U.S. Department of Justice, Civil Division
							Office of Immigration Litigation
							District Court Section
							P.O. Box 868, Washington, DC 20044
							Telephone: (202) 616-1246
							Facsimile: (202) 305-7000
*Attorneys for Federal Defendants*			jeffrey.robins@usdoj.gov

**App. 010**