App. 349

# Exhibit 15

STATE OF TEXAS, ET AL. v. UNITED STATES OF AMERICA, ET AL.
Ike Brannon on 06/26/2018

```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION


 3


 4   ---------------------------------x
                                      )
 5   STATE OF TEXAS, et al.,          )
                                      )
 6                     Plaintiffs,    )
     v                                ) Case No.
 7                                    ) 1:18cv00068
     UNITED STATES OF AMERICA, et al.,)
 8                                    )
                       Defendants,    )
 9                                    )
     and                              )
10                                    )
     KARLA PEREZ, et al.,             )
11                                    )
            Defendant-intervenors.    )
12   ---------------------------------x


13


14              DEPOSITION OF IKE BRANNON


15                   Washington, D C


16                Tuesday, June 26, 2018


17                      1:56 p.m.


18


19


20   Job No.: 207169


21   Pages: 1 - 138


22   Reported by: Donna Marie Lewis, RPR, CSR (HI)
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 350

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     BROWNSVILLE DIVISION

 3

 4   ---------------------------------x
                                      )
 5   STATE OF TEXAS, et al.,          )
                                      )
 6                     Plaintiffs,    )
     v                                ) Case No.
 7                                    ) 1:18cv00068
     UNITED STATES OF AMERICA, et al.,)
 8                                    )
                       Defendants,    )
 9                                    )
     and                              )
10                                    )
     KARLA PEREZ, et al.,             )
11                                    )
              Defendant-intervenors.  )
12   ---------------------------------x

13

14           Deposition of IKE BRANNON, held at Regus

15   Business Center, 2200 Pennsylvania Avenue, NW, 4th

16   Floor East, Washington, D C 20037, pursuant to

17   Notice, before Donna Marie Lewis, Registered

18   Professional Reporter and Notary Public of and for

19   the District of Columbia.

20

21

22
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
        Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

**App. 351**

```
 1                  A P P E A R A N C E S

 2   ON BEHALF OF PLAINTIFFS:

 3            THE ATTORNEY GENERAL, TEXAS

 4            BY:  ADAM ARTHUR BIGGS,
                   SPECIAL COUNSEL FOR CIVIL LITIGATION
 5            P O Box 12548

 6            Austin, Texas 78711-2548

 7            Telephone: (512) 936-0750

 8            Facsimile: (512) 936-0545

 9            Email: adam.biggs@oag.texas.gov

10

11   ON BEHALF OF DEFENDANTS:

12            UNITED STATES DEPARTMENT OF JUSTICE
              OFFICE OF IMMIGRATION LITIGATION
13
              BY: AARON S. GOLDSMITH,
14                SENIOR LITIGATION COUNSEL

15            Liberty Square Building

16            450 5th Street, NW

17            Washington, D.C. 20530

18            Telephone: (202) 532-4107

19            Email: aaron.goldsmith@usdoj.gov

20

21

22
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

**App. 352**

```
 1   APPEARANCES: (Continued)

 2   ON BEHALF OF THE WITNESS:

 3            STATE OF NEW JERSEY
              DEPARTMENT OF LAW AND PUBLIC SAFETY
 4
              BY: KENNETH S. LEVINE,
 5                DEPUTY ATTORNEY GENERAL

 6            124 Halsey Street

 7            P O Box 45029

 8            Newark, New Jersey 07101-5029

 9            Telephone: (973) 648-2881

10            Facsimile: (973) 648-3956

11            Email: Kenneth.Levine@law.njoag.gov

12

13   ON BEHALF OF DEFENDANT-INTERVENORS:

14            MALDEF

15            BY:  ALEJANDRA AVILA, ESQUIRE

16            110 Broadway

17            Suite 204

18            San Antonio, Texas 78205

19            Telephone: (210) 224-5476, ext. 204

20            Facsimile: (210)224-5382

21            Email: aavila@maldef.org

22
```

1   million.  It would have an impact on the labor

2   market if -- a more severe impact on the labor

3   market of low income people if they had 700,000

4   more people to compete with.

5        Q    Because it would increase competition

6   for those individuals, correct?

7        A    It would.

8        Q    How many DACA recipients are you aware

9   of that you would consider low skilled?

10       A    Well, two-thirds since -- we estimate

11  two-thirds are going to have some kind of college,

12  so at most it's going to be one-third or less.

13       Q    So one-third or less would be considered

14  low skilled, for lack of a better phrase?

15       A    Yeah.  And probably a little bit less

16  than that, yeah.

17       Q    That one-third, that would increase

18  competition with other people who are citizens who

19  are also competing for those low skilled jobs,

20  correct?

21       A    That's right.  But since these workers

22  are relatively mobile, we would argue that they

```
 1   would have relatively low impact on their wages.
 2        Q    But an impact nonetheless, correct?
 3        A    Correct.
 4             MR. BIGGS:  All right.  Let's actually
 5   take five minutes, if that's okay.
 6             THE WITNESS:  Sure.
 7             MR. BIGGS:  I think I'm getting close to
 8   being done.  We will get you out of here -- well,
 9   subject to anybody else asking you questions.
10             THE WITNESS:  That's great.
11             MR. GOLDSMITH:  I will have some
12   questions.
13             (The proceedings recessed from 3:50 p.m.
14   to 3:59 p.m.)
15             (Exhibit No. 2 was marked for
16   identification.)
17   BY MR. BIGGS:
18        Q    I hand you what is marked as Exhibit 2
19   to your deposition.  I actually might be one
20   short.  I apologize for that.
21             Sir, have you seen Exhibit 1 before --
22   or Exhibit 2 before?
```

www.huseby.com	Huseby, Inc. Regional Centers	800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 355

```
 1                  REPORTER'S CERTIFICATE

 2            I, DONNA M. LEWIS, RPR, Certified

 3   Shorthand Reporter, certify;

 4            That the foregoing proceedings were

 5   taken before me at the time and place therein set

 6   forth, at which time the witness, Ike Brannon, was

 7   put under oath by me;

 8            That the testimony of the witness, the

 9   questions propounded and all objections and

10   statements made at the time of the examination

11   were recorded stenographically by me and were

12   thereafter transcribed;

13            I declare that I am not of counsel to

14   any of the parties, nor in any way interested in

15   the outcome of this action.

16            As witness, my hand and notary seal this

17   28th day of June, 2018.

18

19                        _____

20                        Donna M. Lewis, RPR
                          Notary Public
21
     My Commission expires:
22   March 14, 2023
```

www.huseby.com        Huseby, Inc. Regional Centers        800-333-2082
       Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

**App. 356**