App. 425

# Exhibit 19

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF TEXAS

 3                     BROWNSVILLE DIVISION

 4
    STATE OF TEXAS, et al.,      )
 5                               )
              Plaintiffs,        )
 6                               )
          vs                     ) No. 1:18-CV-68
 7                               )
    UNITED STATES OF AMERICA,    )
 8  et al.,                      )
                                 )
 9            Defendants.        )
                                 )
10       and                     )
                                 )
11  KARLA PEREZ, et al.,         )

12

13              The deposition of Esther Jeon called for

14  examination pursuant to notice and pursuant to the

15  Federal Rules of Civil Procedure for the United

16  States District Courts pertaining to the taking of

17  depositions taken before JO ANN LOSOYA, Certified

18  Shorthand Reporter within and for the County of Cook

19  and State of Illinois at 11 East Adams, Chicago,

20  Illinois, on June 15, 2018 at the hour of 11:00

21  o'clock a.m.

22

23

24

25
```

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                                Page 2

```
 1    APPEARANCES:

 2          MALDEF
            MS. PRISCILLA ORTA
 3          MS. GRISELDA VEGA SAMUEL
            11 East Adams Street
 4          Suite 700
            Chicago,Illinois 60603
 5          (312) 427-0701
            porta@maldef.org
 6          gvegasamuel@maldef.org
                  Appeared on behalf of the Deponent and
 7             Intervenors;

 8          ATTORNEY GENERAL OF THE STATE OF TEXAS
            MR. ADAM N. BITTER
 9          MS. CRISTINA M. MORENO
            P.O. BOX 12548
10          Austin,Texas  78711
            (512) 463-2120
11          adam.bittter@oag.texas.gov
            cristina.moreno@oag.texas.gov
12                Appeared on behalf of the Plaintiffs.

13          U.S. DEPARTMENT OF JUSTICE
            MR. JAMES WALKER
14          Ben Franklin Station
            P.O. Box 868
15          Washington, DC  20044
            (202) 532-4468
16          james.walker3@usdoj.gov
                  Appeared on behalf of the Defendant.
17
      APPEARING TELEPHONICALLY:
18
            ALEJANDRA AVILA, MALDEF
19          NINA PERALES, MALDEF
            NICHOLAS DOLINSKY, New Jersey Attorney General
20          Office

21    ALSO PRESENT:

22          NAYOUNG HANA
            SUSANA SANDOVAL VARGAS
23


24    REPORTED BY:  JO ANN LOSOYA
      CSR LICENSE:  084-002437
25
```

Case 1:18-cv-00068   Document 487-19   Filed on 10/09/20 in TXSD   Page 4 of 8

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                          Page 37

```
 1      A.    In Houston.
 2            MS. AVILA:  Hello.  This is Alejandra.
 3   I'm calling from the San Antonio office for MALDEF.
 4            MR. BITTER:  Hi, Alejandra.  Adam Bitter.
 5   I have got a crew here with me in the deposition
 6   room and also on the line is Nina and Nicholas
 7   Dolinsky from New Jersey.
 8   BY MR. BITTER:
 9      Q.    So between -- just to clarify, between
10   your first year and your second year at Harvard,
11   where were you?
12      A.    Houston.
13      Q.    In Houston.  Did you work anywhere during
14   that time?
15      A.    I had assisted my family restaurant.
16      Q.    Is that in Houston?
17      A.    Yes.
18      Q.    Did you have any other job during your
19   summer break between first year and second year?
20      A.    No.
21      Q.    So, second year at Harvard, did you work
22   during any part of that year?
23      A.    Yes.
24      Q.    Where did you work first your second
25   year?
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 428

Case 1:18-cv-00068   Document 487-19   Filed on 10/09/20 in TXSD   Page 5 of 8

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                      Page 38

```
 1        A.    For the Office of Equity, Diversity and
 2   Inclusion.
 3        Q.    When did you begin working there?
 4        A.    Late first semester.
 5        Q.    And how did you apply for that job?  Did
 6   you apply for that job?
 7        A.    Yes.
 8        Q.    And how did you apply for it?
 9        A.    Through the Office of Equity Diversity
10   and Inclusion.
11        Q.    Just directly submitted your application
12   to them?
13        A.    Yes.
14        Q.    What were your responsibilities in that
15   position?
16        A.    I worked to create spaces for students
17   where they could talk about issues of race, gender,
18   and class.
19        Q.    Was that a competitive process to get
20   that job?
21        A.    I don't know.
22        Q.    Do you know if other people applied for
23   it?
24        A.    Yes.
25        Q.    Were there other people that had your
```

Case 1:18-cv-00068   Document 487-19   Filed on 10/09/20 in TXSD   Page 6 of 8

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                    Page 39

1   same position, or was it just one position that was
2   held by you?
3       A.   There was more than one.
4       Q.   But as far as you know, there were
5   multiple people that applied for the job that you
6   received?
7       A.   Yes.
8       Q.   And actually, let me ask that question
9   for the Harvard Financial Aid Initiative work that
10  you did your freshman year.  Do you know whether
11  other people applied for that position as well?
12      A.   Yes.
13      Q.   You know of people that were turned down
14  for that position; is that right?
15      A.   Yes.
16      Q.   The position with the -- I'll call it
17  Office of Equity for short, for that office, was
18  that a paid or unpaid position?
19      A.   Paid.
20      Q.   For that job, do you recall providing
21  verification of your employment eligibility?
22      A.   Yes.
23      Q.   So you began working there late in your
24  first semester of your sophomore year; is that
25  right?

Case 1:18-cv-00068   Document 487-19   Filed on 10/09/20 in TXSD   Page 7 of 8

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                        Page 99

```
 1                REPORTER CERTIFICATE

 2

 3            I, JO ANN LOSOYA, a Certified Shorthand

 4   Reporter within and for the County of Cook and State

 5   of Illinois, do hereby certify:

 6                  That previous to the commencement

 7   of the examination of the witness, the witness was

 8   duly sworn to testify the whole truth concerning the

 9   matters herein;

10                  That the foregoing deposition

11   transcript was reported stenographically by me, was

12   thereafter reduced to typewriting under my personal

13   direction and constitutes a true record of the

14   testimony given and the proceedings had;

15                  That the said deposition was taken

16   before me at the time and place specified;

17                  That I am not a relative or

18   employee or attorney or counsel, nor a relative or

19   employee of such attorney or counsel for any of the

20   parties hereto, nor interested directly or

21   indirectly in the outcome of this action.

22

23

24

25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
           Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 431

Case 1:18-cv-00068   Document 487-19   Filed on 10/09/20 in TXSD   Page 8 of 8

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Esther Jeon on 06/15/2018                                    Page 100

1        IN WITNESS WHEREOF, I do hereunto set my

2   hand this June 27, 2018.

3

4

5

6

7        *[signature]*

8
         JO ANN LOSOYA, CSR
9        C.S.R. No. 84-002437

www.huseby.com          Huseby, Inc. Regional Centers         800-333-2082
        Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

**App. 432**