# Exhibit 20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, and | ) |
| STATE OF NEW JERSEY, | ) |
| Proposed Defendant-Intervenor. | ) |

## DECLARATION OF ROSE ARACKATHARA

I, Rose Arackathara, hereby declare:

1. I am 31 years old and live in Bloomfield, New Jersey. I am a Family Service Specialist at the New Jersey Department of Children and Families (DCF), Division of Child Protection and Permanency (DCP&P).

2. During the past academic year I served as a Field Instructor for the Baccalaureate Child Welfare Education Program (BCWEP). BCWEP is a consortium of undergraduate social work programs in New Jersey that works in concert with the New Jersey Department of Children and Families (DCF), Division of Child Protection & Permanency (DCP&P). BCWEP provides prestigious, highly competitive yearlong internships and two-year employment contracts for students graduating from undergraduate social work programs.

**App. 434**

This program makes it possible for our Division to recruit, train, and employ top-notch social work students.

3. From approximately September 2017 to April 2018 I served as Field Instructor to Cinthia Osorio, an undergraduate social work intern in the BCWEP program. Cinthia worked under my supervision, primarily in the Intake Unit. I had an opportunity to closely observe her work.

4. Cinthia teamed up with experienced social workers to conduct initial home visits in Morris County, New Jersey. She and my other colleagues conducted these intake visits in response to referrals involving potential abuse or neglect or other child welfare concerns. They gathered information to determine whether the children at issue faced immediate danger, and referred families to community and contracted services for ongoing assistance.

5. Cinthia also shadowed a social worker in the Passaic County Permanency Unit, where she worked with families to achieve safe, permanent living situations for children with histories of abuse or neglect.

6. Throughout her internship, I observed Cinthia's natural rapport with the families she visited. She has a particular gift for identifying and articulating people's strengths and for making people feel comfortable. Child welfare workers have had a hard time building trust with parents, since our agency has the power to take children out of the home when they are in need of protection. Cinthia's approach to this work sent the message to parents and children alike that our agency was there to help. For example, Cinthia was able to build trust with an adolescent, and obtained information from this adolescent a more experienced social worker could not.

**App. 435**

7. Because Cinthia is a DACA recipient who grew up in a low-income immigrant household and speaks Spanish, she was able to truly understand DCP&P's clients and the challenges they have faced, and connect with them in a natural way.

8. In early Spring 2018, I learned that Cinthia had been diagnosed with cancer. Even after beginning chemotherapy, she remained highly motivated to complete her internship, and worked from home so that she could continue to serve New Jersey's families and build her social work skills. Among other projects, she worked on building her skills in the "Nurtured Hearts" approach, which is utilized in working with children with ADHD and can benefit children with histories of trauma.

9. In Spring 2018 Cinthia recently graduated from Centenary College with her Bachelors of Social Work (B.S.W.) degree. She is due to begin fulltime employment at DCP&P this August.

10. As a fulltime DCP&P social worker, Cinthia will play a critical role in protecting New Jersey's most vulnerable children. If DACA is terminated, Cinthia would be unable to work for DCP&P, and our state's children will lose a particularly skilled, dedicated, and compassionate protector.

I declare under penalty of perjury that the foregoing is correct to the best of my information and belief.

_____  5/18/18
Rose Arackathara                Date