# Exhibit 21

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                    BROWNSVILLE DIVISION
    - - - - - - - - - - - - - - - - - - - - - - - - - -
 3
    STATE OF TEXAS, et al.,          CASE NO. 1:18-CV-08
 4
       Plaintiffs,
 5
              vs.
 6
    UNITED STATES OF AMERICA,
 7  et al.,

 8     Defendants,

 9  KARLA PEREZ, et al.,

10     Defendant-Intervenors,

11  and

12  STATE OF NEW JERSEY,

13     Proposed Defendant-Intervenor

14  - - - - - - - - - - - - - - - - - - - - - - - - - -

15                       - - -

16              Monday, June 18, 2018

17                       - - -

18                  DEPOSITION OF:

19                 ROSE ARACKATHARA

20                       - - -

21

22

23

24

25
```

Case 1:18-cv-00068   Document 487-21   Filed on 10/09/20 in TXSD   Page 3 of 6

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018                            Page 2

```
 1
 2              Oral Deposition of ROSE ARACKATHARA,
 3    was taken pursuant to Notice at the offices of the
 4    NEW JERSEY ATTORNEY GENERAL'S OFFICE, 124 Halsey
 5    Street, 5th Floor, Newark, NJ 07101 on the above
 6    date before DEBRA G. JOHNSON-SPALLONE, CCR, RPR,
 7    Delaware CSR, Notary Public in and for the States of
 8    Pennsylvania, New Jersey, and Delaware, and a
 9    Federally Approved Reporter of the United States
10    District Court commencing on or about 10:10 a.m.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

www.huseby.com      Huseby, Inc. Regional Centers      800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

**App. 440**

Case 1:18-cv-00068   Document 487-21   Filed on 10/09/20 in TXSD   Page 4 of 6

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018                                Page 3

```
 1   APPEARANCES:

 2   ATTORNEY GENERAL KEN PATTON
     BY:  ADAM N. BITTER,
 3        adam.bitter@oag.texas.gov
          CRISTINA M. MORENO, ESQUIRE
 4        cristina.moreno@oag.texas.gov
     300 West 15th Street
 5   11th Floor
     P.O. Box 12548
 6   Austin, TX 78701
     (512) 463-2120
 7   Representing the Plaintiffs

 8


 9   U.S. DEPARTMENT OF JUSTICE
     BY:  JAMES WALKER, ESQUIRE
10   Ben Franklin Station
     P.O. Box 868
11   Washington, D.C. 20044
     (202) 532-4468
12   james.walker3@usdoj.gov
     Representing the U.S. Department of Justice
13


14
     STATE OF NEW JERSEY
15   DEPARTMENT OF LAW AND PUBLIC SAFETY
     BY:  JEREMY E. HOLLANDER, ESQUIRE
16   124 Halsey Street
     P.O. Box 45029
17   Newark, NJ 07101-5029
     (973) 648-7453
18   Jeremy.Hollander@law.njoag.gov
     Representing the State of New Jersey
19


20
     STATE OF NEW JERSEY
21   DEPARTMENT OF LAW & PUBLIC SAFETY
     BY:  RACHEL WAINER APTER, ESQUIRE
22   R.J. Hughes Justice Complex
     25 Market Street
23   P.O. Box 080
     Trenton, NJ 08625
24   (609) 376-2702
     Rachel.Apter@njoag.gov
25
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

**App. 441**

Case 1:18-cv-00068   Document 487-21   Filed on 10/09/20 in TXSD   Page 5 of 6

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018                                    Page 65

```
 1          A.    Yes.
 2          Q.    In receiving the full-time
 3   employment, is it your testimony that Ms. Osorio, to
 4   your understanding, was selected over other
 5   applicants?
 6          A.    From my understanding, she was,
 7   based on the competitive nature of the program.
 8          Q.    Are you aware how many people are
 9   beginning full-time employment at DCP&P this Fall
10   through the BCWEP program?
11          A.    I believe there is, roughly, 40 in
12   the graduating class.  Not all of them are starting
13   in the Fall.  Some of them started right after
14   graduation.
15                Cinthia herself was expected to
16   start right after graduation, but because of her
17   treatments, because of her cancer, she was able to
18   delay that start date.
19                So, other students have already
20   started, some haven't, but it's all various time --
21   timelines.
22          Q.    So, within her class there is
23   approximately 40 people that are being brought up
24   for full-time employment.
25                Is that correct?
```

www.huseby.com        Huseby, Inc. Regional Centers         800-333-2082
              Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

**App. 442**

Case 1:18-cv-00068   Document 487-21   Filed on 10/09/20 in TXSD   Page 6 of 6

STATE OF TEXAS, ET AL. vs. UNITED STATES OF AMERICA, ET AL.
Rose Arackathara on 06/18/2018
Page 103

```
 1
 2       I, Debra G. Johnson-Spallone, certify that the
 3   foregoing is a true and accurate transcription of
 4   the notes taken by me on the date set forth.
 5       I further certify that I am not an attorney or
 6   counsel of any of the parties, nor a relative or
 7   employee of any attorney or counsel in connection
 8   with the action, nor financially interested in the
 9   action.
10
11
12
13   _____
14
15   DEBRA G. JOHNSON-SPALLONE, CSR, RPR
16
17
18
19   This transcript is not to be copied unless under the
20   direct control and supervision of the certifying
21   reporter.
22
23
24
25   Debra G. Johnson-Spallone, CSR, RPR
```

www.huseby.com          Huseby, Inc. Regional Centers          800-333-2082
Charlotte ~ Atlanta ~ Washington, DC ~ New York ~ Houston ~ San Francisco

App. 443