# Exhibit 24

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| STATE OF NEW JERSEY, | ) |
| Proposed Defendant-Intervenor. | ) |

## DECLARATION OF MEG WIEHE AND MISHA HILL

We, Meg Wiehe, and Misha Hill declare as follows:

1. We are tax policy experts working for the Institute on Taxation and Economic Policy (ITEP). ITEP is a non-profit, nonpartisan research organization that provides in-depth analyses on the effects of federal, state, and local tax policies. ITEP's mission is to ensure the nation has a fair and sustainable tax system that raises enough revenue to fund our common priorities, including education, health care, infrastructure and public safety. ITEP researchers use a tax incidence model to produce distributional and revenue analyses of current tax systems and proposed changes at the federal, state, and local level.

    a. Meg Wiehe is the Deputy Director of ITEP. She has worked with ITEP since 2010. Meg is nationally recognized expert on state and local taxation. She studies, writes and provides commentary and insight to a wide range of audiences on historical and current trends in state tax and budget policy. In particular, her analyses focus both on how tax and budget policies affect low- and moderate-income families as well as the intersection of fiscal policies and state and local

**App. 467**

      governments' ability to fund basic public priorities, including education, infrastructure and health care. Meg has conducted hundreds of revenue and distributional analyses of proposed tax changes in more than 40 states using ITEP's microsimulation tax model.  She also is a lead author of ITEP's flagship report, *Who Pays? A Distributional Analysis of the Tax Systems in All Fifty States.* Meg holds a Master of Public Administration from the Maxwell School at Syracuse University and a Bachelor of Arts in Anthropology from the University of Virginia.

    b. Misha Hill has been a State Policy Fellow at ITEP since 2016. Misha's work with ITEP has focused, in part, on supporting research and analysis of taxes paid by undocumented immigrants. She is a co-author of ITEP's first report examining the tax contributions of young undocumented immigrants and helped develop the methodology. She has updated analyses and reports on taxes paid by all undocumented immigrants. She has authored half a dozen blog posts related to taxes paid by undocumented immigrants and given Spanish-language press interviews presenting the findings. She holds a Master of Public Policy from The George Washington University and Bachelor of Arts in Hispanic Studies from the University of Pennsylvania.

2. According to U.S. Citizenship and Immigration Services (USCIS), the agency that administers Deferred Action for Childhood Arrivals (DACA), as of January 31, 2018 over 680,000 young people who were brought to the United States as children without documentation are currently enrolled in DACA.[1] The Migration Policy Institute, a non-profit, non-partisan think tank that analyzes the movement of people worldwide,

---

[1] U.S. Citizenship and Immigration Services, "Deferred Action for Childhood Arrivals (DACA) as of Jan. 31, 2018." Available at:
https://www.uscis.gov/sites/default/files/USCIS/Resources/Reports%20and%20Studies/Immigration%20Forms%20Data/All%20Form%20Types/DACA/DACA_Population_Data_Jan_31_2018.pdf

estimates an additional 643,000 individuals are eligible for DACA but not currently enrolled.[2]

3. We used the above estimates of the current population receiving and eligible for but not receiving Deferred Action for Childhood Arrivals (DACA) in each state to estimate the annual aggregate state and local tax contributions of the DACA-eligible population.

4. Young undocumented immigrants eligible for or enrolled in DACA, like all people living and working in the U.S., pay state and local income, property, sales, and excise taxes. We estimate that the total DACA-eligible population contributes more than $1.7 billion annually in state and local taxes. $1.2 billion of that is from the population currently enrolled in DACA. The following assumptions were made to calculate the sales and excise, income, and property taxes of the DACA-eligible population:

   a. Taxpaying units and employment status:
      i. ITEP's analysis treats each DACA-eligible immigrant who is working as a single taxpaying unit.
      ii. The employment rate of immigrants depends on legal status
      iii. 2017 national survey of 3,063 DACA recipients found that 91 percent of respondents were employed.[3] DACA enrollees pay the same income taxes (in states with income taxes) as other lawfully present individuals. DACA enrollees receive a temporary social security number which allows them to file federal and state income taxes and, additionally payroll taxes are deducted from their paychecks. This declaration assume 100 percent compliance with tax laws by DACA enrollees.
      iv. The previously mentioned national survey also found that prior to obtaining DACA only 44 percent of survey respondents were employed.

---

[2] Migration Policy Institute, "Estimates of DACA-Eligible Population at U.S., State, & County Levels." Available at: http://www.migrationpolicy.org/programs/data-hub/deferred-action-childhood-arrivals-daca-profiles#overlay-context=events

[3] "Results of Tom K. Wong, United We Dream, National Immigration Law Center, and Center for American Progress National Survey." Center for American Progress, https://cdn.americanprogress.org/content/uploads/2017/11/02125251/2017_DACA_study_economic_report_updated.pdf

**App. 469**

    Our analysis assumes that 44 percent of the population that is eligible for DACA but not currently enrolled are employed.

 b. Income of DACA-eligible population
  i. Immigrant wages change depending on legal status. Undocumented workers earn $22,029 a year on average and granting DACA status increases wages by 8.5 percent, according to a 2014 report by the Center for American Progress.[4] The average wages applied to the estimated DACA working population in ITEP's analysis are:
- $23,901 for the DACA-eligible population working and enrolled in the program.
- $22,029 for the DACA-eligible population working, but not enrolled in the program.

 c. Estimated effective tax rates (taxes as share of income) for sales, income, and property taxes paid by DACA-eligible population in each state.
  i. ITEP's microsimulation computer model is a sophisticated program that applies the state and local tax laws in each state (including sales, excise, income, and property tax laws) to a statistically valid database of tax returns to generate estimates of the effective tax rates paid by taxpayers at various income levels under state and local tax law in place as of December 31, 2014. In January of 2015, ITEP released the 5th edition of *Who Pays?* which estimates the effect of the state and local tax laws as of January 2015 on taxpayers at 2012 income levels.[5] To estimate effective tax rates for the DACA-eligible population we applied effective tax rates calculated in the 2015 *Who Pays?* report to the DACA-eligible population.

 d. We estimate that the DACA-eligible population contributes $287 million in state and local income taxes annually.

---

[4] Oakford, Patrick. "Administrative Action on Immigration Reform." Center for American Program, September 2014. https://www.americanprogress.org/issues/immigration/reports/2014/09/04/96177/administrative-action-on-immigration-reform/

[5] Davis, Carl, et al. "Who Pays? A Distributional Analysis of the Tax Systems in All 50 States, 5th ed.", Institute on Taxation and Economic Policy, Jan. 2015, www.whopays.org.

**App. 470**

      i. Eligible immigrants enrolled in DACA are required to pay personal income taxes using a temporary social security number. Thus, this study assumes the 682,00 DACA-enrolled workers are fully complying with state personal income taxes. Personal income tax effective rates in each state were applied accordingly. Various studies have estimated between 50 and 75 percent of undocumented immigrants currently pay personal income taxes predominantly using Individual Tax Identification (ITIN) numbers or with false social security numbers.[6] This analysis assumes a 50 percent compliance rate for DACA-eligible immigrants who are not enrolled and applies 50 percent compliance if DACA protections are lost. Personal income tax effective rates in each state were applied to 50 percent of the estimated income.

      ii. Enrolled DACA recipients are eligible to receive the federal Earned Income Tax Credit (EITC) and the state versions of the credit as well, however state EITC benefits were not included in this study for two reasons: 1) all DACA-eligible workers are treated as single taxpaying units and 2) the average income of the enrolled DACA population is above the EITC income eligibility amounts for single workers. The impact of state EITCs was also left out of the other policy options given that DACA-eligible immigrants not enrolled in the program are ineligible for the credit.

e. We estimate the DACA-eligible population contributes $416 million annually in state and local property taxes. The DACA-eligible population pays property taxes either directly as homeowners, or indirectly through higher rents as tenants.

---

[6] See among others: Feinleib, Joel, and David Warner. "Issue Brief #1: The Impact of Immigration on Social Security and the National Economy." Social Security Advisory Board, Social Security Advisory Board, Dec. 2005, www.ssab.gov/Portals/0/OUR_WORK/REPORTS/Impact%20of%20Immigration%20on%20Social%20Security%20Brief_2005.pdf; Singer, Paula, and Linda Dodd-Major. "Identification Numbers and U.S. Government Compliance Initiatives." Tax Analysts, 20 Sept, 2004; and Cornelius, Wayne, and Jessica Lewis. Impacts of Border Enforcement on Mexican Migration: The View from Sending Communities, La Jolla, Calif.: University of California at San Diego, Center for Comparative Immigration Studies, 2007.

       i. The first step in calculating property taxes was to identify the share of DACA-eligible immigrants who are homeowners or renters in each state. This analysis used state-by-state data from the Migration Policy Institute to estimate homeownership rates for undocumented immigrants in each state.[7] The ITEP model assumes that for renters, half of the cost of the property tax paid initially by owners of rental properties is passed through to renters.

   f. We estimate the DACA-eligible population contributes $1 billion annually in state and local sales and excise taxes. The DACA-eligible population, like anyone purchasing goods or services, pays consumption taxes directly at the point of sale on taxable items.

       i. Sales and excise taxes are collected by retailers every time a purchase is made on a taxable good or service. It is reasonable to assume that DACA eligible immigrants pay sales and excise taxes at similar rates to U.S. citizens and legal immigrants with similar incomes thus the estimated rates in ITEP's *Who Pays?* for each state were applied to the various estimated DACA-eligible population incomes.

5. A useful way to compare taxes paid across income levels is the effective tax rate. This is the total of all taxes paid - income, property, and sales and excise - as a share of income. The DACA-eligible population pays an average effective tax rate of 8.3 percent.[8] ITEP's 2015 report, *Who Pays: A Distributional Analysis of the Tax Systems in All Fifty States* found that the middle 20% of taxpayers pays on average an effective tax rate of 9.7 percent, and the top 1 percent of taxpayers pays just 7 percent of their income in taxes.[9]

---

[7] Christensen Gee, et al. "Undocumented Immigrants' State and Local Tax Contributions." Institute on Taxation and Economic Policy, Mar. 2017, http://www.itep.org/pdf/immigration2017.pdf. See Appendix 2

[8] Hill, Misha E. and Meg Wiehe. "State and Local Tax Contributions of Young Undocumented Immigrants", Institute on Taxation and Economic Policy, Apr. 2018, https://itep.org/state-local-tax-contributions-of-young-undocumented-immigrants-2/

[9] Davis, Carl, et al. "Who Pays? A Distributional Analysis of the Tax Systems in All 50 States, 5th ed.", Institute on Taxation and Economic Policy, Jan. 2015, www.whopays.org.

**App. 472**

      This means the DACA-eligible population pays state and local taxes at a similar rate to middle income taxpayers across the country.

6. We also estimate that if DACA protections were lost the population would continue to contribute to state and local revenues, but at much lower levels. We estimate a total loss of $693 million in state and local tax revenues.

    a. DACA protections increase state and local tax contributions because they increase employment rates,[10] increase average salaries,[11] and increase the share paying state personal income taxes from 50 to 100 percent.[12] Surveys of DACA recipients found that after receiving DACA protections respondents were employed at higher rates and earned higher wages. This is likely because the work authorizations and deferral from deportation provided by DACA allow recipients to better compete with legally present workers, pursue advanced degrees, and protects them from wage theft by unscrupulous employers. Thus, a loss of DACA protections would eliminate the revenue gained from the increased salaries DACA affords.

7. Every state revenue stream could be harmed by the loss of DACA protections. In New Jersey, 53,000 residents are eligible for or receiving DACA, given the previously stated assumptions, this represents a contribution $57.2 million in state and local taxes which represents an average effective tax rate 7.9 percent. This includes $7.7 million in state and local income tax, $22.7 million in property tax, and $26.6 million in sales and excise taxes. If DACA protections were lost their contributions would decrease by $18.7 million to $38.4 million.

8. For all the foregoing reasons, in our professional opinions rescinding DACA would reduce the state and local tax contributions of the population eligible for DACA by nearly half in New Jersey and nearly $700 million nationally. This would hamper state and local revenues and hurt their economies.

---

[10] See footnote 3

[11] See footnote 3

[12] See 4.a.3

9. Attached as **Exhibit A** hereto is a list of publications each of us has authored over the past 10 years and our CVs.

10. Neither of us has testified as an expert at trial or by deposition over the past 4 years.

11. We are each being paid $187.50/hour for our services in connection with this litigation.

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of our knowledge.

Respectfully submitted,

_____
Meg Wiehe

6/15/18
Date

_____
Misha Hill

6/15/18
Date

**App. 474**

# EXHIBIT A

# MEG WIEHE

924 Green Street, Durham, NC 27701
(617) 230-3624 • megwiehe@gmail.com

## EDUCATION

**Maxwell School of Syracuse University,** *Masters of Public Administration, June 2006*

**University of Virginia,** *Bachelor of Arts, Anthropology, May 1998. Graduated with High Distinction*

## WORK EXPERIENCE

**Institute on Taxation and Economic Policy (ITEP)**     **Durham, NC/Washington, DC**
*Deputy Director (2016-present); State Tax Policy Director (2010-2016)*

- Responsible for planning, managing, and implementing ITEP's state and federal tax policy programmatic work. This includes setting organizational goals and priorities, tracking policy developments in all 50 states and the federal level, ensuring ITEP is informing and influencing key tax debates, and building and maintaining key partnerships.
- Serve as a spokesperson for ITEP through media interviews, presentations, and meetings with policymakers and funders.
- Along with Executive Director, oversee ITEP's fundraising program including grant proposal and report writing, maintaining relationships with funders, and cultivating new donors.
- Directly manage and support six staff members.
- Authored numerous ITEP reports on topics including tax credits for workers and families, documenting the taxes paid by undocumented immigrants, closing tax loopholes, promoting progressive revenue raising options, and comprehensive state and local tax reform. Co-author on ITEP's flagship report, *Who Pays? A Distributional Analysis of the Tax Systems in All Fifty States.*

**North Carolina Justice Center**     **Raleigh, NC**
*Senior Policy Analyst/Outreach Director; NC Budget and Tax Center (2006-2010)*
- Promoted progressive fiscal policy through coalition building, media outreach, lobbying, and public presentations
- Conducted research and wrote publications on state and local fiscal and economic policy
- Co-coordinator of statewide revenue coalition, Together NC, and led successful campaign to enact a state Earned Income Tax Credit in 2007

**Boston Museum Project**     **Boston, MA**
*Special Projects Coordinator/Project Coordinator (2002-2005)*
- Coordinated development operation laying ground work for $180 million capital campaign through prospect research, donor cultivation, and special events
- Led political and communications strategy including securing a site for project, producing newsletter, managing website content, and regular correspondence with project constituents
- Supervised two staff, conducted weekly staff meetings, and managed high-level Board of Directors

**MASSPIRG**     **Amherst and Boston, MA**
*Massachusetts Community Water Watch AmeriCorps Program Director (2000-2002)*
- Recruited, trained, and supervised 13 full-time AmeriCorps members
- Built collaborative relationships with non-profits and state and local government leaders
- Revised program mission, developed five year strategic plan, and established performance objectives

*Mass Student PIRG Campus Organizer (1998-2000)*
- Recruited, trained, and supervised college students and community volunteers to lead national, state, and local social change campaigns

**App. 476**

# Misha E. Hill

(C) 609.234.5931      804 Green St., Apt D-2, Durham, NC 27701      hill.misha@gmail.com

## EDUCATION

**Master of Public Policy,** concentration in Health Policy      May 2016
*The George Washington University* | Washington, DC

**B.A. Hispanic Studies,** concentrations in Modern Middle East Studies and Theatre Arts      May 2010
*University of Pennsylvania* | Philadelphia, PA

## POLICY RESEARCH EXPERIENCE

**State Policy Fellow** | *Institute on Taxation and Economic Policy* | Durham, NC      Sept 2016—Present
- Participated in quantitative and qualitative analyses of the varying impact of fiscal policy by income and citizenship status for the purpose of continuing dialogue within the organization, establishing and developing external written, and responding to technical assistance requests from key stake holders such as the California Attorney General
- Advocated within the organization for the inclusion of a race equity lens and drafted an internal document to support this advocacy
- Created written products in collaboration with senior staff and independently on various state tax policy topics, including taxes paid by undocumented immigrants and adding a gendered lens to tax and budget policy
- Responded to Spanish language media inquiries related to published reports
- Presented at a national conference on current and upcoming research and analytical capabilities of the organization
- Tracked state legislative action related to tax policies and identified trends in consumption tax policy

**Income Support Research Assistant** | *Center on Budget and Policy Priorities* | Washington, DC     Nov 2015—Sept 2016
- Compiled a weekly email for distribution to state and national advocates on the latest news and research related to TANF policies
- Collected national and state level TANF statistics, including annual spending, caseloads, and applications, from HHS and state agencies to inform internal analyses and future work
- Tracked state and federal legislative action related to income support programs

**Women's Health Policy Intern** | *The Henry J. Kaiser Family Foundation* | Washington, DC      Jun 2015—Aug 2015
- Compiled comprehensive database of Medicaid family planning expansion programs to inform future research
- Performed qualitative research for a fact sheet on financing of maternity care in the US
- Presented a summary of work to about 20 participants that articulated why Medicaid family planning expansion programs were an important topic for federal fiscal policy

**Income Support Intern** | *Center on Budget and Policy Priorities* | Washington, DC      Sep 2014—May 2015
- Co-authored a report on state General Assistance programs
- Drafted briefs for an advocacy tool kit at a national conference on expanding TANF work programs
- Modeled alternatives of changes to TANF policies displaying the effects on families' incomes
- Performed literature reviews of prior research related to various income support strategies
- Monitored and summarized media on state and federal legislative and policy changes to income support programs
- Compiled data on TANF policies into summaries, fact sheets, graphs, and graphics for organization website

## DIRECT SERVICE EXPERIENCE

**WorkFirst NJ Administrator** | *HomeFront, Inc.* | Lawrence, NJ      Jun 2010—Oct 2012
- Supported TANF participants in goal setting, GED preparation, and finding employment

## COMMUNITY SERVICE

**Harm Free Zone Participant** | *SpiritHouse* | Durham, NC      Jun 2017—Present
- SpiritHouse uses art, culture, and media to support the empowerment of communities impacted by racism, criminalization, and incarceration. Harm Free Zone is a project that works to build communities that do not rely on law enforcement. Participated in performances, transformative justice, trainings, campaigns and book studies.

**End Shackling Campaign Participant** | *SisterSong, Inc.* | Durham, NC      March 2018—Present
- Provided fiscal policy insight for campaign to end the shackling of pregnant persons in North Carolina prisons and jails

**Certified Application Counselor** | *Northern Virginia Family Services* | Falls Church, VA      Dec 2014—Mar 2015
- Assisted primarily Spanish-speaking consumers in applying for health insurance through the ACA Marketplace

## LANGUAGES AND TECHNOLOGY SKILLS

**Language:** Spanish, Fluent in written and oral
**Technology:** STATA and SPSS (academic training), Adobe Illustrator, Microsoft Excel, WordPress, MailChimp, and The Raiser's Edge

Meg Wiehe's Publication

| Organization | Title | Date |
|---|---|---|
| Institute on Taxation and Economic Policy | Lottery, Casino and other Gambling Revenue: A Fiscal Game of Chance | 6/12/2018 |
| Institute on Taxation and Economic Policy | SALT/Charitable Workaround Credits Require a Broad Fix, Not a Narrow One | 5/23/2018 |
| Institute on Taxation and Economic Policy | How Long Has It Been Since Your State Raised Its Gas Tax? | 5/22/2018 |
| Institute on Taxation and Economic Policy | State & Local Tax Contributions of Young Undocumented Immigrants | 4/30/2018 |
| Institute on Taxation and Economic Policy | State & Local Tax Contributions of Young Undocumented Immigrants | 4/30/2018 |
| Institute on Taxation and Economic Policy | 10 Things You Should Know about the Nation's Tax System | 4/13/2018 |
| Institute on Taxation and Economic Policy | Many Large Corporations Reporting Tax Cut-Inspired Employee Bonuses Were Paying Low T | 4/12/2018 |
| Institute on Taxation and Economic Policy | Fifteen (of Many) Reasons We Need Real Corporate Tax Reform | 4/11/2018 |
| Institute on Taxation and Economic Policy | Who Pays Taxes in America in 2018? | 4/11/2018 |
| Institute on Taxation and Economic Policy | Extensions of the New Tax Law's Temporary Provisions Would Mainly Benefit the Wealthy | 4/10/2018 |
| Institute on Taxation and Economic Policy | Many Localities Are Unprepared to Collect Taxes on Online Purchases: Amazon.com and ot! | 3/26/2018 |
| Institute on Taxation and Economic Policy | ITEP Testimony on "Post Tax Reform Evaluation of Recently Expired Tax Provisions" | 3/14/2018 |
| Institute on Taxation and Economic Policy | Preventing State Tax Subsidies for Private K-12 Education in the Wake of the New Federal 5 | 2/23/2018 |
| Institute on Taxation and Economic Policy | What the Tax Cuts and Jobs Act Means for States – A Guide to Impacts and Options | 1/26/2018 |
| Institute on Taxation and Economic Policy | Key Lessons for States as They Determine Responses to the Federal Tax Bill | 1/26/2018 |
| Institute on Taxation and Economic Policy | National and 50-State Impacts of House and Senate Tax Bills in 2019 and 2027 | 12/6/2017 |
| Institute on Taxation and Economic Policy | How True Tax Reform Would Eliminate Breaks for Real Estate Investors Like Donald Trump | 12/1/2017 |
| Institute on Taxation and Economic Policy | Six More Things to Know About the Senate Tax Plan | 11/29/2017 |
| Institute on Taxation and Economic Policy | Revised Senate Plan Would Raise Taxes on at Least 29% of Americans and Cause 19 States 1 | 11/18/2017 |
| Institute on Taxation and Economic Policy | Analysis of the House Tax Cuts and Jobs Act | 11/6/2017 |
| Institute on Taxation and Economic Policy | 9 Things You Should Know About the Tax Debate | 11/3/2017 |
| Institute on Taxation and Economic Policy | The Domestic Production Activities Deduction: Costly, Complex and Ineffective | 10/26/2017 |
| Institute on Taxation and Economic Policy | Trickle-Down Dries Up | 10/26/2017 |
| Institute on Taxation and Economic Policy | Benefits of GOP-Trump Framework Tilted Toward the Richest Taxpayers in Each State | 10/4/2017 |
| Institute on Taxation and Economic Policy | State Tax Codes as Poverty Fighting Tools | 9/14/2017 |
| Institute on Taxation and Economic Policy | State Tax Codes as Poverty Fighting Tools | 9/14/2017 |
| Institute on Taxation and Economic Policy | Trump Proposals Would Reduce the Share of Taxes Paid by the Richest 1%, Raise It for Ever | 9/13/2017 |
| Institute on Taxation and Economic Policy | Reducing the Cost of Child Care Through State Tax Codes in 2017 | 9/11/2017 |
| Institute on Taxation and Economic Policy | Property Tax Circuit Breakers in 2017 | 9/11/2017 |
| Institute on Taxation and Economic Policy | Options for a Less Regressive Sales Tax in 2017 | 9/11/2017 |
| Institute on Taxation and Economic Policy | Rewarding Work Through State Earned Income Tax Credits in 2017 | 9/11/2017 |
| Institute on Taxation and Economic Policy | Nearly Half of Trump's Proposed Tax Cuts Go to People Making More than $1 Million Annu: | 8/17/2017 |

**App. 478**

| | | |
|---|---|---|
| Institute on Taxation and Economic Policy | Comment Letter to Treasury on Earnings Stripping Regulations | 8/4/2017 |
| Institute on Taxation and Economic Policy | Rewarding Work Through State Earned Income Tax Credits | 7/21/2017 |
| Institute on Taxation and Economic Policy | Trump's $4.8 Trillion Tax Proposals Would Not Benefit All States or Taxpayers Equally | 7/20/2017 |
| Institute on Taxation and Economic Policy | Comment Letter on Tax Reform to Senate Finance Chairman | 7/17/2017 |
| Institute on Taxation and Economic Policy | Sales Tax Holidays: An Ineffective Alternative to Real Sales Tax Reform | 7/12/2017 |
| Institute on Taxation and Economic Policy | Trump Budget Uses Unrealistic Economic Forecast to Tee Up Tax Cuts | 6/29/2017 |
| Institute on Taxation and Economic Policy | Public Loss Private Gain: How School Voucher Tax Shelters Undermine Public Education | 5/17/2017 |
| Institute on Taxation and Economic Policy | Why States That Offer the Deduction for Federal Income Taxes Paid Get It Wrong | 5/1/2017 |
| Institute on Taxation and Economic Policy | What Real Tax Reform Should Look Like | 4/27/2017 |
| Institute on Taxation and Economic Policy | State & Local Tax Contributions of Young Undocumented Immigrants (2017) | 4/25/2017 |
| Institute on Taxation and Economic Policy | Comparing the Distributional Impact of Revenue Options in Alaska | 4/24/2017 |
| Institute on Taxation and Economic Policy | State and Local Tax Contributions of Undocumented Californians: County-by-County Data | 4/24/2017 |
| Institute on Taxation and Economic Policy | 10 Things You Should Know on Tax Day | 4/13/2017 |
| Institute on Taxation and Economic Policy | Who Pays Taxes in America in 2017? | 4/13/2017 |
| Institute on Taxation and Economic Policy | The U.S. Is One of the Least Taxed Developed Countries | 4/10/2017 |
| Institute on Taxation and Economic Policy | Testimony before the Alaska House Labor & Commerce Committee On House Bill 36 | 4/4/2017 |
| Institute on Taxation and Economic Policy | Assessing the Distributional Consequences of Alaska's House Bill 115 (Version L) | 3/28/2017 |
| Institute on Taxation and Economic Policy | Affordable Care Act Repeal Includes a $31 Billion Tax Cut for a Handful of the Wealthiest Ta | 3/17/2017 |
| Institute on Taxation and Economic Policy | Taxes and the On-Demand Economy | 3/15/2017 |
| Institute on Taxation and Economic Policy | Undocumented Immigrants' State & Local Tax Contributions | 3/1/2017 |
| Institute on Taxation and Economic Policy | Combined Reporting of State Corporate Income Taxes: A Primer | 2/24/2017 |
| Institute on Taxation and Economic Policy | State Tax & Revenue Information | 1/31/2017 |
| Institute on Taxation and Economic Policy | State-by-State Tax Expenditure Reports | 1/31/2017 |
| Institute on Taxation and Economic Policy | Fairness Matters: A Chart Book on Who Pays State and Local Taxes | 1/26/2017 |
| Institute on Taxation and Economic Policy | State Estate and Inheritance Taxes | 12/21/2016 |
| Institute on Taxation and Economic Policy | The Federal Estate Tax: A Critical and Highly Progressive Revenue Source | 12/7/2016 |
| Institute on Taxation and Economic Policy | Fact Sheet: Preserving the Estate Tax | 12/7/2016 |
| Institute on Taxation and Economic Policy | Privatization, Waste, and Unfunded Projects: The Problems with Trump's Infrastructure Prc | 11/30/2016 |
| Institute on Taxation and Economic Policy | State Tax Preferences for Elderly Taxpayers | 11/28/2016 |
| Institute on Taxation and Economic Policy | Collecting Sales Taxes Owed on Internet Purchases | 11/18/2016 |
| Institute on Taxation and Economic Policy | Fact Sheet: Comparison of House GOP Tax Plan, Trump's Initial Tax Proposal and Trump's R | 11/15/2016 |
| Institute on Taxation and Economic Policy | The Short and Sweet on Taxing Soda | 10/28/2016 |
| Institute on Taxation and Economic Policy | Cigarette Taxes: Issues and Options | 10/18/2016 |
| Institute on Taxation and Economic Policy | State Tax Subsidies for Private K-12 Education | 10/12/2016 |

App. 479

| Author | Title | Date |
|---|---|---|
| Institute on Taxation and Economic Policy | Comment Letter to FASB on Income Tax Disclosure | 9/30/2016 |
| Institute on Taxation and Economic Policy | State Tax Codes as Poverty Fighting Tools | 9/15/2016 |
| Institute on Taxation and Economic Policy | Property Tax Circuit Breakers | 9/14/2016 |
| Institute on Taxation and Economic Policy | Reducing the Cost of Child Care Through State Tax Codes | 9/14/2016 |
| Institute on Taxation and Economic Policy | Rewarding Work Through State Earned Income Tax Credits | 9/14/2016 |
| Institute on Taxation and Economic Policy | Options for a Less Regressive Sales Tax | 9/14/2016 |
| Institute on Taxation and Economic Policy | How State Tax Changes Affect Your Federal Taxes: A Primer on the "Federal Offset" | 8/22/2016 |
| Institute on Taxation and Economic Policy | Indexing Income Taxes for Inflation: Why It Matters | 8/22/2016 |
| Institute on Taxation and Economic Policy | The Folly of State Capital Gains Tax Cuts | 8/17/2016 |
| Institute on Taxation and Economic Policy | Why Sales Taxes Should Apply to Services | 7/27/2016 |
| Institute on Taxation and Economic Policy | Income Tax Offers Alaska a Brighter Fiscal Future | 7/12/2016 |
| Institute on Taxation and Economic Policy | Sales Tax Holidays: An Ineffective Alternative to Real Sales Tax Reform | 7/11/2016 |
| Institute on Taxation and Economic Policy | Ryan Tax Plan Reserves Most Tax Cuts for Top 1 percent, Costs $4 Trillion Over 10 Years | 6/29/2016 |
| Institute on Taxation and Economic Policy | Distributional Analyses of Revenue Options for Alaska | 4/13/2016 |
| Institute on Taxation and Economic Policy | Higher Education Income Tax Deductions and Credits in the States | 3/22/2016 |
| Institute on Taxation and Economic Policy | Undocumented Immigrants' State & Local Tax Contributions (2016) | 2/24/2016 |
| Institute on Taxation and Economic Policy | Tennessee Hall Tax Repeal Would Overwhelmingly Benefit the Wealthy, Raise Tennesseans | 2/23/2016 |
| Institute on Taxation and Economic Policy | Rewarding Work Through State Earned Income Tax Credits | 2/11/2016 |
| Institute on Taxation and Economic Policy | Tax Foundation Model Seeks to Revive Economic Voodoo | 2/11/2016 |
| Institute on Taxation and Economic Policy | Testimony before the Vermont Senate Committee on Finance: Tax Policy Issues with Legali: | 1/19/2016 |
| Institute on Taxation and Economic Policy | ITEP Comments to the Vermont Senate Committee on Finance: Tax Expenditure Evaluation | 1/13/2016 |
| Institute on Taxation and Economic Policy | A Primer on State Rainy Day Funds | 10/20/2015 |
| Institute on Taxation and Economic Policy | State Tax Codes As Poverty Fighting Tools | 9/17/2015 |
| Institute on Taxation and Economic Policy | Rewarding Work Through State Earned Income Tax Credits | 9/17/2015 |
| Institute on Taxation and Economic Policy | Low Tax for Whom?: Tennessee is a "Low Tax State" Overall, But Not for Families Living in F | 9/17/2015 |
| Institute on Taxation and Economic Policy | Low Tax for Whom?: South Dakota is a "Low Tax State" Overall, But Not for Families Living | 9/17/2015 |
| Institute on Taxation and Economic Policy | Low Tax for Whom?: Washington is a "Low Tax State" Overall, But Not for Families Living in | 9/17/2015 |
| Institute on Taxation and Economic Policy | Low Tax for Whom?: Florida is a "Low Tax State" Overall, But Not for Families Living in Pove | 9/17/2015 |
| Institute on Taxation and Economic Policy | Low Tax for Whom?: Texas is a "Low Tax State" Overall, But Not for Families Living in Pover | 9/17/2015 |
| Institute on Taxation and Economic Policy | Low Tax for Whom?: Arizona is a "Low Tax State" Overall, But Not for Families Living in Pov | 9/17/2015 |
| Institute on Taxation and Economic Policy | Sales Tax Holidays: An Ineffective Alternative to Real Sales Tax Reform | 7/22/2015 |
| Institute on Taxation and Economic Policy | Pay-Per-Mile Tax is Only a Partial Fix | 6/24/2015 |
| Institute on Taxation and Economic Policy | Testimony: Adding Sustainability to the Highway Trust Fund | 6/17/2015 |
| Institute on Taxation and Economic Policy | Issues with Taxing Marijuana at the State Level | 5/6/2015 |

| Source | Title | Date |
|---|---|---|
| Institute on Taxation and Economic Policy | Undocumented Immigrants' State & Local Tax Contributions (2015) | 4/15/2015 |
| Institute on Taxation and Economic Policy | State Tax Preferences for Elderly Taxpayers | 3/23/2015 |
| Institute on Taxation and Economic Policy | Grocery Tax Exemption Is No Improvement for Idaho | 2/5/2015 |
| Institute on Taxation and Economic Policy | State Tax Codes As Poverty Fighting Tools | 9/18/2014 |
| Institute on Taxation and Economic Policy | Sales Tax Holidays: An Ineffective Alternative to Real Sales Tax Reform | 8/5/2014 |
| Institute on Taxation and Economic Policy | Options for Progressive Sales Tax Relief | 7/30/2014 |
| Institute on Taxation and Economic Policy | State Estate and Inheritance Taxes | 7/21/2014 |
| Institute on Taxation and Economic Policy | Pay-Per-Mile Tax is Only a Partial Fix | 5/28/2014 |
| Institute on Taxation and Economic Policy | STAMP is an Unsound Tool for Gauging the Economic Impact of Taxes | 5/21/2014 |
| Institute on Taxation and Economic Policy | Improving Tax Fairness with a State Earned Income Tax Credit | 5/15/2014 |
| Institute on Taxation and Economic Policy | Tennessee Hall Tax Repeal Would Overwhelmingly Benefit the Wealthy, Raise Tennesseans | 3/24/2014 |
| Institute on Taxation and Economic Policy | Personal Income Tax Reform: Improving the Fairness of Taxes in the District of Columbia | 11/12/2013 |
| Institute on Taxation and Economic Policy | Paying for Education Finance Reform in Colorado | 10/10/2013 |
| Institute on Taxation and Economic Policy | Low Tax for Who? | 9/19/2013 |
| Institute on Taxation and Economic Policy | State Tax Codes As Poverty Fighting Tools | 9/19/2013 |
| Institute on Taxation and Economic Policy | Washington is a "Low Tax State" Overall, But Not for Families Living in Poverty | 9/19/2013 |
| Institute on Taxation and Economic Policy | Texas is a "Low Tax State" Overall, But Not for Families Living in Poverty | 9/19/2013 |
| Institute on Taxation and Economic Policy | Tennessee is a "Low Tax State" Overall, But Not for Families Living in Poverty | 9/19/2013 |
| Institute on Taxation and Economic Policy | South Dakota is a "Low Tax State" Overall, But Not for Families Living in Poverty | 9/19/2013 |
| Institute on Taxation and Economic Policy | Florida is a "Low Tax State" Overall, But Not for Families Living in Poverty | 9/19/2013 |
| Institute on Taxation and Economic Policy | Arizona is a "Low Tax State" Overall, But Not for Families Living in Poverty | 9/19/2013 |
| Institute on Taxation and Economic Policy | A Closer Look at TABOR (Taxpayer Bill of Rights) | 8/19/2013 |
| Institute on Taxation and Economic Policy | Tax Expenditure Reports: A Vital Tool with Room for Improvement | 8/14/2013 |
| Institute on Taxation and Economic Policy | Tax Incentives: Costly for States, Drag on the Nation | 7/24/2013 |
| Institute on Taxation and Economic Policy | Sales Tax Holidays: An Ineffective Alternative to Real Sales Tax Reform | 7/10/2013 |
| Institute on Taxation and Economic Policy | Undocumented Immigrants' State and Local Tax Contributions (2013) | 4/26/2013 |
| Institute on Taxation and Economic Policy | 5% Cut in Indiana's Income Tax is Stacked in Favor of the Wealthy | 4/8/2013 |
| Institute on Taxation and Economic Policy | Indiana Senate's Income Tax Cut: Just as Lopsided as the Governor's | 4/2/2013 |
| Institute on Taxation and Economic Policy | Kansas House and Senate Proposals Set the Stage for Tax Hikes on Poor and Middle-Income | 4/1/2013 |
| Institute on Taxation and Economic Policy | Governor Jindal's Tax Plan Would Increase Taxes on Poorest 60 Percent of Louisianans | 2/28/2013 |
| Institute on Taxation and Economic Policy | States with "High Rate" Income Taxes are Still Outperforming No-Tax States | 2/27/2013 |
| Institute on Taxation and Economic Policy | Laffer's New Job Growth Factoid is All Rhetoric and No Substance | 2/13/2013 |
| Institute on Taxation and Economic Policy | IDACorp-- Biggest Winner Under Property Tax Plan-- Pays Nothing in State Income Taxes | 2/13/2013 |
| Institute on Taxation and Economic Policy | Kansas Governor's New Plan Increases Taxes on Poor Yet Slashes Revenue by $340 Million | 2/1/2013 |

| | | |
|---|---|---|
| Institute on Taxation and Economic Policy | Who Pays? (Fourth Edition) | 1/30/2013 |
| Institute on Taxation and Economic Policy | More Inaccuracies, Bigger Omissions: Arthur Laffer's Newest Study of Income Tax Repeal Fa | 1/23/2013 |
| Institute on Taxation and Economic Policy | Proposal to Eliminate Income Taxes Amounts to a Tax Increase on Bottom 80 Percent of Lo | 1/11/2013 |
| Institute on Taxation and Economic Policy | Previewing Tax Reform in the States: National Trends and State-specific Prospects for 2013 | 12/13/2012 |
| Institute on Taxation and Economic Policy | Tax Principles: Building Blocks of A Sound Tax System | 12/1/2012 |
| Institute on Taxation and Economic Policy | Five Steps Toward a Better Tax Expenditure Debate | 10/1/2012 |
| Institute on Taxation and Economic Policy | State Tax Codes As Poverty Fighting Tools | 9/13/2012 |
| Institute on Taxation and Economic Policy | Most of Indiana Tax Rate Cut Would Flow to Upper-Income Taxpayers | 8/27/2012 |
| Institute on Taxation and Economic Policy | Corporate Income Tax Apportionment and the "Single Sales Factor" | 8/1/2012 |
| Institute on Taxation and Economic Policy | State Estate and Inheritance Taxes | 8/1/2012 |
| Institute on Taxation and Economic Policy | Four Tax Ideas for Jobs-Focused Governors | 7/15/2012 |
| Institute on Taxation and Economic Policy | The Progressive Income Tax: An Essential Element of Fair and Sustainable State Tax System: | 7/1/2012 |
| Institute on Taxation and Economic Policy | Sales Tax Holidays: A Boondoggle | 7/1/2012 |
| Institute on Taxation and Economic Policy | Tax Bill Signed by Governor Brownback Makes Kansas an Outlier | 5/24/2012 |
| Institute on Taxation and Economic Policy | Latest Kansas Tax Bill Carries $680 Million Price Tag and Raises Taxes on Those Least Able to | 5/17/2012 |
| Institute on Taxation and Economic Policy | Three Strategies for Making Enacted Kansas Tax Plan Less Unfair and Less Costly | 5/10/2012 |
| Institute on Taxation and Economic Policy | Kansas Tax Bill Would Cost $600 Million a Year While Hiking Taxes on Low-Income Families | 5/8/2012 |
| Institute on Taxation and Economic Policy | How Federal Tax Reform Can Help or Hurt State and Local Governments | 4/25/2012 |
| Institute on Taxation and Economic Policy | Regarding Proposals to Increase Taxes on Upper-Income Rhode Islanders | 4/24/2012 |
| Institute on Taxation and Economic Policy | Repealing Estate Tax Will Not Create An Economic Boom | 4/1/2012 |
| Institute on Taxation and Economic Policy | Idaho House Tax Plan Stacked In Favor of the Wealthy | 3/24/2012 |
| Institute on Taxation and Economic Policy | Alaska Senate State Affairs Committee Regarding SB 29, The Alaska Tax Break Transparency | 3/6/2012 |
| Institute on Taxation and Economic Policy | Tax Plans Put Kansas on Road Away from Fair & Adequate Tax Reform | 3/3/2012 |
| Institute on Taxation and Economic Policy | Testimony on Reinstating Maryland's "Millionaires' Tax" | 2/29/2012 |
| Institute on Taxation and Economic Policy | Arthur Laffer Regression Analysis is Fundamentally Flawed, Offers No Support for Economic | 2/15/2012 |
| Institute on Taxation and Economic Policy | "High Rate" Income Tax States Are Outperforming No-Tax States | 2/8/2012 |
| Institute on Taxation and Economic Policy | Kansas Governor Tax Proposal: Wealthy Kansans Pay Less, Poor and Middle-Income Kansan | 1/11/2012 |
| Institute on Taxation and Economic Policy | Costs of Personal Income Tax Repeal in Kansas | 10/4/2011 |
| Institute on Taxation and Economic Policy | Tax Expenditures: Spending By Another Name | 10/1/2011 |
| Institute on Taxation and Economic Policy | Cigarette Taxes: Issues and Options | 10/1/2011 |
| Institute on Taxation and Economic Policy | Uncertain Benefits, Hidden Costs: The Perils of State-Sponsored Gambling | 10/1/2011 |
| Institute on Taxation and Economic Policy | State Tax Codes As Poverty Fighting Tools (2011) | 9/22/2011 |
| Institute on Taxation and Economic Policy | Rewarding Work Through Earned Income Tax Credits | 9/1/2011 |
| Institute on Taxation and Economic Policy | State Income Taxes and Older Adults | 9/1/2011 |

**App. 482**

| | | |
|---|---|---|
| Institute on Taxation and Economic Policy | State Treatment of Itemized Deductions | 9/1/2011 |
| Institute on Taxation and Economic Policy | Property Tax Circuit Breakers | 9/1/2011 |
| Institute on Taxation and Economic Policy | The Folly of State Capital Gains Tax Cuts | 9/1/2011 |
| Institute on Taxation and Economic Policy | Split Roll Property Taxes | 9/1/2011 |
| Institute on Taxation and Economic Policy | Reducing the Cost of Child Care Through Income Tax Credits | 9/1/2011 |
| Institute on Taxation and Economic Policy | Property Tax Homestead Exemptions | 9/1/2011 |
| Institute on Taxation and Economic Policy | Capping Property Taxes: A Primer | 9/1/2011 |
| Institute on Taxation and Economic Policy | Taxes and Economic Development 101 | 9/1/2011 |
| Institute on Taxation and Economic Policy | Fighting Back: Accountable Economic Development Strategies | 9/1/2011 |
| Institute on Taxation and Economic Policy | Examining Economic Development Research | 9/1/2011 |
| Institute on Taxation and Economic Policy | Texas is a Low Tax State, But Not for Families Living in Poverty | 8/14/2011 |
| Institute on Taxation and Economic Policy | Washington is a Low Tax State, But Not for Families Living in Poverty | 8/14/2011 |
| Institute on Taxation and Economic Policy | Tennessee is a Low Tax State, But Not for Families Living in Poverty | 8/14/2011 |
| Institute on Taxation and Economic Policy | Florida is a Low Tax State, But Not for Families Living in Poverty | 8/14/2011 |
| Institute on Taxation and Economic Policy | Arizona is a Low Tax State, But Not for Families Living in Poverty | 8/14/2011 |
| Institute on Taxation and Economic Policy | Why States That Offer the Deduction for Federal Income Taxes Paid Get it Wrong | 8/1/2011 |
| Institute on Taxation and Economic Policy | How State Personal Income Taxes Work | 8/1/2011 |
| Institute on Taxation and Economic Policy | Indexing Income Taxes for Inflation: Why It Matters | 8/1/2011 |
| Institute on Taxation and Economic Policy | How State Tax Changes Affect Your Federal Taxes: A Primer on the "Federal Offset" | 8/1/2011 |
| Institute on Taxation and Economic Policy | How Property Taxes Work | 8/1/2011 |
| Institute on Taxation and Economic Policy | Income Tax Simplification: How to Achieve It | 8/1/2011 |
| Institute on Taxation and Economic Policy | Tax Policy Nuts and Bolts: Understanding the Tax Base and Tax Rate | 8/1/2011 |
| Institute on Taxation and Economic Policy | Introduction to ITEP's Tax Incidence Analysis | 8/1/2011 |
| Institute on Taxation and Economic Policy | "Nowhere Income" and the Throwback Rule | 8/1/2011 |
| Institute on Taxation and Economic Policy | Sales Tax Holidays: A Boondoggle | 7/14/2011 |
| Institute on Taxation and Economic Policy | How Can States Collect Taxes Owed on Internet Sales? | 7/1/2011 |
| Institute on Taxation and Economic Policy | Options for Progressive Sales Tax Relief | 7/1/2011 |
| Institute on Taxation and Economic Policy | Should Sales Taxes Apply to Services? | 7/1/2011 |
| Institute on Taxation and Economic Policy | How Sales and Excise Taxes Work | 7/1/2011 |
| Institute on Taxation and Economic Policy | Illinois Must Ignore CME's Tax Tantrum | 6/11/2011 |
| Institute on Taxation and Economic Policy | ITEP's Testimony on Combined Reporting Legislation | 5/19/2011 |
| Institute on Taxation and Economic Policy | ITEP's Testimony on Tax Expenditure Procedural Reform | 5/19/2011 |
| Institute on Taxation and Economic Policy | Connecticut Takes a Stand for Progressive Tax Policy and a Balanced Budget Approach | 5/14/2011 |
| Institute on Taxation and Economic Policy | States Should Not Allow Amazon.com to Bully Them into Forgoing Sales Tax Reform | 4/14/2011 |

**App. 483**

| | | |
|---|---|---|
| Institute on Taxation and Economic Policy | ITEP's Testimony on Sales Tax Modernization Proposal | 4/13/2011 |
| Institute on Taxation and Economic Policy | Don't Give Up on Pease: States Can Decouple from Recent Federal Tax Cuts for Wealthy Ite | 4/10/2011 |
| Institute on Taxation and Economic Policy | In It for the Long Haul: Why Concerns over Personal Income Tax "Volatility" Are Overblown | 3/31/2011 |
| Institute on Taxation and Economic Policy | Should Illinois Tax Retirement Income? | 3/24/2011 |
| Institute on Taxation and Economic Policy | ITEP's Testimony on EITC Legislation | 3/16/2011 |
| Institute on Taxation and Economic Policy | Topsy-Turvy: State Income Tax Deductions for Federal Income Taxes Turn Tax Fairness on it | 3/10/2011 |
| Institute on Taxation and Economic Policy | Five Reasons to Reinstate Maryland's "Millionaires' Tax" | 3/9/2011 |
| Institute on Taxation and Economic Policy | The ITEP Guide to Fair State and Local Taxes | 3/3/2011 |
| Institute on Taxation and Economic Policy | Dear Wall Street Journal: No Need to File a Missing Persons Report, Oregon's High-Income | 12/22/2010 |
| Institute on Taxation and Economic Policy | How the Bush Tax Cuts Affect State Revenues | 12/15/2010 |
| Institute on Taxation and Economic Policy | The Good, the Bad and the Ugly: 2010 State Tax Policy Changes | 12/15/2010 |
| Institute on Taxation and Economic Policy | Census Data Reveal Washington's Fundamental Tax Mismatch: Washington is a Low Tax Sta | 9/15/2010 |
| Institute on Taxation and Economic Policy | Census Data Reveal Texas' Fundamental Tax Mismatch: Texas is a Low Tax State, But Not fo | 9/15/2010 |
| Institute on Taxation and Economic Policy | Census Data Reveal Tennessee's Fundamental Tax Mismatch: Tennessee is a Low Tax State, | 9/15/2010 |
| Institute on Taxation and Economic Policy | Census Data Reveal Florida's Fundamental Tax Mismatch: Florida is a Low Tax State, But No | 9/15/2010 |
| Institute on Taxation and Economic Policy | Census Data Reveal Arkansas Fundamental Tax Mismatch: Arkansas is a Low Tax State, But | 9/15/2010 |
| Institute on Taxation and Economic Policy | Census Data Reveal Arizona's Fundamental Tax Mismatch: Arizona is a Low Tax State, But N | 9/15/2010 |
| Institute on Taxation and Economic Policy | Credit Where Credit is (Over) Due: Four State Tax Policies Could Lessen the Effect that State | 9/15/2010 |
| Institute on Taxation and Economic Policy | "Writing Off" Tax Giveaways: How States Can Help Balance Their Budgets by Reforming or F | 8/24/2010 |
| Institute on Taxation and Economic Policy | ITEP's Testimony on TRAC Sales and Use Tax Proposal | 8/13/2010 |
| North Carolina Budget and Tax Center | BTC Report: The Governor's 2010-11 Budget: A reasonable, though painful, approach to the | 5/25/2010 |
| North Carolina Budget and Tax Center | BTC REPORTS: All Hands on Deck: Predictions for the FY 2010-11 and FY 2011-12 budget sh | 4/8/2010 |
| Institute on Taxation and Economic Policy | A Capital Idea | 1/15/2010 |
| North Carolina Budget and Tax Center | BTC REPORTS: The 2009-2011 State Budget: Trifecta of spending cuts, tax increases and fed | 9/1/2009 |
| North Carolina Budget and Tax Center | BTC REPORTS: The House budget: deteriorating revenue picture forces tough decisions | 6/1/2009 |
| North Carolina Budget and Tax Center | BTC REPORTS: The Senate's Proposed Budget: Overall Spending Target Mirrors Governor's I | 4/1/2009 |
| North Carolina Budget and Tax Center | BTC BRIEF: Beyond the Crystal Ball: Projecting the 2009-10 General Fund Budget Shortfall | 2/1/2009 |

**App. 484**

# Misha Hill's Publications

| Organization | Title | Date |
|---|---|---|
| Institute on Taxation and Economic Policy | All Bets are Off: State-Sponsored Sports Betting Isn't Worth the Risk | 6/13/2018 |
| Institute on Taxation and Economic Policy | In the Face of the Trump Administration's Anti-Immigrant Agenda, We Must Rely on Evic | 5/4/2018 |
| Institute on Taxation and Economic Policy | State & Local Tax Contributions of Young Undocumented Immigrants | 4/30/2018 |
| Institute on Taxation and Economic Policy | Trends We're Watching in 2018, Part 5: 21st Century Consumption Taxes | 4/20/2018 |
| Institute on Taxation and Economic Policy | We Must Protect Dreamers | 1/16/2018 |
| Institute on Taxation and Economic Policy | All I Want for Christmas is a Clean DREAM Act | 12/13/2017 |
| Institute on Taxation and Economic Policy | Poverty is Down, But State Tax Codes Could Bring It Even Lower | 9/15/2017 |
| Institute on Taxation and Economic Policy | Besides Eviscerating the Safety Net, Trump Budget Would Put States in a Fiscal Bind | 5/26/2017 |
| Institute on Taxation and Economic Policy | Trump Budget Plan Would Eliminate Child Tax Credits for Working Families Due to Parer | 5/23/2017 |
| Institute on Taxation and Economic Policy | State & Local Tax Contributions of Young Undocumented Immigrants (2017) | 4/25/2017 |
| Institute on Taxation and Economic Policy | Young Undocumented Immigrants Pay Taxes Too | 4/25/2017 |
| Institute on Taxation and Economic Policy | What to Watch in the States: State Earned Income Tax Credits (EITC) on the Move | 3/24/2017 |
| Institute on Taxation and Economic Policy | A Tax Perspective on International Women's Day | 3/8/2017 |
| Institute on Taxation and Economic Policy | Undocumented Immigrants Pay Taxes | 3/2/2017 |
| Institute on Taxation and Economic Policy | Undocumented Immigrants' State & Local Tax Contributions | 3/1/2017 |
| Institute on Taxation and Economic Policy | What to Watch in the States: Modernizing Sales Taxes for a 21st Century Economy | 2/15/2017 |
| Institute on Taxation and Economic Policy | Lawmakers Should Not Use Disproven Trickle-Down Myth to Ramrod Tax Cuts for the Ri | 2/8/2017 |
| Institute on Taxation and Economic Policy | The Short and Sweet on Taxing Soda | 10/28/2016 |
| Center on Budget and Policy Priorities | State General Assistance Programs Are Weakening Despite Increased Need | 7/9/2015 |

**App. 485**