# Exhibit 27

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION


| | | |
|---|---|---|
| **STATE OF TEXAS**, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| **UNITED STATES OF AMERICA**, et al., | ) | |
| | ) | |
| Defendants | ) | |


## DECLARATION OF MONICA SMOOT


My name is Monica Smoot, and I am over the age of 18 and fully
competent in all respects to make this declaration. I have personal
knowledge and expertise of the matters herein stated.

1.  I am the Chief Data and Analytics Officer of the Texas Health and
Human Services Commission's Center for Analytics and Decision Support
(CADS). The Texas Health and Human Services Commission (HHSC) is the
state agency responsible for ensuring the appropriate delivery of health and
human services in Texas. As such, HHSC has operational responsibility for

certain health and human services programs and oversight authority over the state health and human services (HHS) agencies.

2. As a part of my employment with HHSC, I am responsible for analytic and quantitative research on health care utilization, demographic trends, and enrollment patterns for the state's health care and human service programs, including Medicaid. I am also responsible for program evaluation activities and analytic support across all of the HHS agencies and programs.

3. I have served in my current position since January 1, 2017. Prior to that, I served as the manager for the Data Dissemination Unit within CADS.

4. In 2007, as part of the 2008-2009 General Appropriations Act, the Texas Legislature required HHSC to report the cost of services and benefits provided by HHSC to undocumented immigrants in the State of Texas. This report, also known as the Rider 59 Report, was first completed by HHSC in 2008. Due to numerous requests for more recent information following the issuance of the 2008 report, the Rider 59 Report was updated in 2010, 2013, 2014 and 2017. The Rider 59 Report completed in 2017 covered state fiscal year (SFY) 2015.

5. Attached to this declaration are true and current copies of the following documents:

- Exhibit 1: SFY07 Report on Services and Benefits Provided to Undocumented Immigrants, the original version of the Rider 59 Report prepared by HHSC in 2008.

- Exhibit 2: SFY09 Report on Services and Benefits Provided to Undocumented Immigrants, the 2010 update of the Rider 59 Report.

- Exhibit 3: SFY11 Report on Services and Benefits Provided to Undocumented Immigrants, the 2013 update of the Rider 59 Report.

- Exhibit 4: SFY13 Report on Services and Benefits Provided to Undocumented Immigrants, the 2014 update of the Rider 59 Report.

- Exhibit 5: SFY15 Report on Services and Benefits Provided to Undocumented Immigrants, the 2017 update of the Rider 59 Report.

6. Each of the records attached to this declaration is kept by HHSC in the course of its regularly conducted activity, and it was HHSC's regular practice for an employee or representative of HHSC, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion, or diagnosis.

7. HHSC provides three principal categories of services and benefits to undocumented immigrants in Texas: (i) Texas Emergency Medicaid; (ii) the Texas Family Violence Program (FVP); and (iii) Texas Children's Health Insurance Program (CHIP) Perinatal Coverage. Undocumented immigrants also receive uncompensated medical care from public hospitals in the State.

8. Emergency Medicaid is a federally required program jointly funded by the federal government and the states. The program provides Medicaid coverage, limited to emergency medical conditions including childbirth and labor, to undocumented immigrants living in the United States. Because HHSC Medicaid claims data do not conclusively identify an individual's residency status, the portion of Emergency Medicaid payments attributable to undocumented immigrants must be estimated. The total estimated cost to the State for the provision of Emergency Medicaid services to undocumented immigrants residing in Texas was approximately $80 million in SFY 2007, $62 million in SFY 2009, $71 million in SFY 2011, and $90 million in SFY 2013; the estimate for SFY 2015 is $73 million.

9.  The Family Violence Program contracts with non-profit agencies across the State to provide essential services to family violence victims, including undocumented immigrants, in three categories: shelter centers, non-residential centers, and Special Nonresidential Projects. Because the FVP does not ask individuals about their residency status, the portion of the FVP's expenditures attributable to undocumented immigrants must be estimated. The total estimated cost to the State for the provision of direct FVP services to undocumented immigrants residing in Texas was $1.2 million in SFY 2007, $1.3 million in SFY 2009, $1.3 million in SFY 2011, and $1.4 million in SFY 2013; the estimate for SFY 2015 is $1.0 million.

10.  Texas CHIP Perinatal Coverage provides prenatal care to certain low-income women who do not otherwise qualify for Medicaid. There is no way to definitively report the number of undocumented immigrants served by CHIP Perinatal Coverage because the program does not require citizenship documentation. CHIP Perinatal Coverage expenditures were not included in HHSC's original Rider 59 Report because a full year of program data was not available when the report was prepared. The total estimated cost to the State for CHIP Perinatal Coverage to undocumented immigrants residing in Texas was $33 million in SFY 2009, $35 million in SFY 2011, and $38 million in SFY 2013; the estimate for SFY 2015 is $30 million.

11.  In the 2008 and 2010 versions of the Rider 59 Report, HHSC also provided estimates of the amount of uncompensated medical care provided by state public hospital district facilities to undocumented immigrants. In these reports, HHSC estimated that the State's public hospital district facilities incurred approximately $596.8 million in uncompensated care for undocumented immigrants in SFY 2006 and $716.8 million in SFY 2008. HHSC has not provided any estimates of uncompensated care for

**App. 527**

undocumented immigrants in more recent versions of the Rider 59 Report.

12. Based on my knowledge, expertise, and research regarding the provision of services and benefits to undocumented immigrants by HHSC, I believe that the total costs to the State of providing such services and benefits to undocumented immigrants will continue to reflect trends to the extent that the number of undocumented immigrants residing in Texas increases or decreases each year.

13. All of the facts and information contained within this declaration are within my personal knowledge and are true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of April, 2018.


_Monica Smoot_

MONICA SMOOT

# REPORT TO THE UNITED STATES CONGRESS ON SERVICES AND BENEFITS PROVIDED TO UNDOCUMENTED IMMIGRANTS

*Required Reporting for*

Rider 59
House Bill Number 1
Eightieth Texas Legislature, Regular Session



EPIDEMIOLOGY TEAM
*Strategic Decision Support*
Financial Services Division

TEXAS HEALTH AND HUMAN SERVICES COMMISSION

*— November 2008 —*

**App. 529**

# Table of Contents

I    Background.................................................................................... 3

II   Executive Data Summary ............................................................ 4

III  Analytical Notes......................................................................... 5

IV   Public Hospital District Facility Listing ..................................... 8

V    References ................................................................................ 13

*Required reporting for Rider 59, House Bill Number 1, Eightieth Texas Legislature, Regular Session — Texas Health and Human Services Commission*    - 2 -

**App. 530**

## I — Background

In 2007, the Eightieth Texas Legislature, Regular Session, passed House Bill Number 1, General Appropriations Act, Article II, Health and Human Services, Rider 59: "Report to the United States Congress on Services and Benefits Provided to Undocumented Immigrants."

This Rider requires the Texas Health and Human Services Commission (HHSC) to report the cost of services and benefits provided by HHSC to undocumented immigrants in the state. Rider 59 also requires HHSC to compile these data for each Texas public hospital district facility. The text of Rider 59 is included below, with the required data and supporting documentation on subsequent pages.

### Rider 59 — Report to the United States Congress on Services and Benefits Provided to Undocumented Immigrants

*The Health and Human Services Commission shall compile a report of the cost of services and benefits provided to undocumented immigrants, with the agency determining the extent to which undocumented immigrants are served by the agency, by individual program. The agency may use a statistical method developed by the agency in cases where it is not practical for the agency to directly determine whether recipients of a service or benefit are undocumented immigrants.*

*The Health and Human Services Commission shall also compile information on this subject from each public hospital district within the state and include this information in the report and shall not enforce Title 8 of the United States Code when compiling information on this subject.*

*The report must be produced using aggregated statistical data that does not contain personally identifiable information. The purpose of compiling this information is to perform analysis to assist the United States Congress and this state in making future health care and budgetary decisions. Information sought for the preparation of this report may not violate any federal or state laws, including rules, regarding privacy.*

*This report shall be provided to the United States Congress by December 1, 2008 and may be used as supporting materials by the State of Texas in requests for additional federal appropriations to assist with these costs.*

*The Health and Human Services Commission or a public hospital district may compile and report the information required by this rider only in a manner the attorney general of this state certifies as consistent with federal law.*

*The Health and Human Services Commission again shall submit the required report to the Lieutenant Governor, Speaker of the House of Representatives, and Members of the Legislature by December 1, 2008, and shall include the information in the agency's annual report for 2008.*

*Required reporting for Rider 59, House Bill Number 1, Eightieth Texas Legislature, Regular Session — Texas Health and Human Services Commission*   - 3 -

**App. 531**

## II — Executive Data Summary

A.   **TEXAS HEALTH AND HUMAN SERVICES COMMISSION**

*Estimated cost of services and benefits provided to undocumented immigrants* (SFY 2007 ◆)

### $81.2 million

Texas Emergency Medicaid *($80 million)* + Texas Family Violence Program *($1.2 million)*

(please see *Analytical Notes* on page 5 for subtotals and supporting documentation)

B.   **TEXAS PUBLIC HOSPITAL DISTRICTS**

*Estimated uncompensated care for undocumented immigrants* (FY 2006 ◆)

### $596.8 million

(please see *Analytical Notes* on page 7 for subtotals and supporting documentation)

---

◆ *Texas Health and Human Services Commission data are for state fiscal year 2007, the most recent data available. The Texas Public Hospital Districts data come from the Cooperative Annual Survey of Hospitals, which collects data for each facility's fiscal year. At the time of this report's publication, the most recent survey data available was for fiscal year 2006.*

*Required reporting for Rider 59, House Bill Number 1, Eightieth Texas Legislature, Regular Session — Texas Health and Human Services Commission*   - 4 -

**App. 532**

## III — Analytical Notes

A.   **TEXAS HEALTH AND HUMAN SERVICES COMMISSION**
*Estimated cost of services and benefits provided to undocumented immigrants (SFY 2007)*

### $81.2 million

Texas Emergency Medicaid *($80 million)* + Texas Family Violence Program *($1.2 million)*

1. <u>**Texas Emergency Medicaid**</u>

Emergency Medicaid, Type Program 30 (TP 30), is a federal and state funded program that provides Medicaid coverage, limited to emergency medical conditions including childbirth and labor, for non citizens as well as undocumented immigrants living in the US. In SFY 2007, payments for Emergency Medicaid, TP 30 totaled as follows:

**A** — <u>Texas Emergency Medicaid, Type Program 30, SFY 2007</u>

| | |
|---|---:|
| *Inpatient hospital* | $252,300,000 |
| *Outpatient hospital* | $11,200,000 |
| *Professional and other services* | $53,700,000 |
| *Vendor drug* | $124,500 |
| Total | $317,324,500 |

Since HHSC Medicaid claims data do not conclusively identify the legal residency status of immigrants, the portion of the $317.3 million in Emergency Medicaid payments attributable to undocumented immigrants must be estimated. According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 2.6 million non citizens resided in Texas in 2006. The Department of Homeland Security reports that 1.64 million, or 63% of these residents, were undocumented. Therefore, this brings the estimated amount paid for Emergency Medicaid services to undocumented immigrants residing in Texas to about $200 million:

**B** — Texas Emergency Medicaid  *($317.3 million)* **x**
Estimated Percent of Non Citizens who are Undocumented Immigrants *(63%)*
= $200 million

The state shares the cost of the Medicaid program with the federal government, with Texas paying about 40% of Emergency Medicaid expenditures. Therefore, in SFY 2007 the total estimated state cost for Medicaid services to undocumented immigrants was about $80 million.

**C** — Estimated Texas Emergency Medicaid for Undocumented Immigrants
Residing in Texas *($200 million)* **x** Texas Share of Medicaid Cost *(40%)*
= <u>$80 million</u>

*Required reporting for Rider 59, House Bill Number 1, Eightieth Texas Legislature, Regular Session — Texas Health and Human Services Commission*   - 5 -

**App. 533**

IV — Analytical Notes, *continued*

2.   **Texas Family Violence Program**

The Texas Family Violence Program (FVP) contracts with shelters and non-residential centers across the state to provide essential services to victims of family violence. Core FVP services include shelter, 24 hour hotlines, emergency medical services, counseling, etc. In SFY 2007, FVP funded 72 nonprofit family violence shelters, 8 non-residential centers, and 19 special non-residential projects, with a total budget of $23,199,451. State general revenue accounted for nearly $16.8 million ($16,759,995) of the program's total spending for direct services.

FVP does not ask victims of family violence about their residency status. Therefore, the portion of the $16.8 million in FVP expenditures attributable to undocumented immigrants must be estimated. According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 23.5 million individuals resided in Texas in 2006. The Department of Homeland Security reports that 1.64 million or 7% of these residents were undocumented. The total estimated state cost for direct FVP services to undocumented immigrants in SFY 2007 was:

Texas Family Violence Program budget  *($16.8 million)* **x**
Estimated Number of Undocumented Texas Residents *(7%)*
= $1.2 million

B.   **TEXAS PUBLIC HOSPITAL DISTRICTS**
*Estimated uncompensated care for undocumented immigrants (FY 2006,* 94 facilities*)*

$596.8 million

Limited information exists to estimate hospital-specific uncompensated care for undocumented immigrants. As such, the method adopted for this report relies on regional estimates of undocumented immigrants' share of hospital uncompensated care, applying those estimates to each hospital in the region.

The regional estimates are derived from a variety of sources. First, the software company Network Sciences created a web-based eligibility screening tool called the "Community Health and Social Services Information System" (CHASSIS™). The Indigent Care Collaboration (ICC), an alliance of safety net providers in three Central Texas counties (Travis, Williamson and Hays), employed CHASSIS™ to screen uninsured/under-insured patients for eligibility in government and local medical assistance or payment programs. This system also tracked the percent of uninsured undocumented immigrants served in these counties, and in 2005 found that nearly 14% of all patients screened in hospital settings were undocumented immigrants. (*Texas Comptroller of Public Accounts*, 2006). This figure was used as a foundation for estimating uncompensated care for undocumented immigrants in the remaining parts of Texas.

*Required reporting for Rider 59, House Bill Number 1, Eightieth Texas Legislature, Regular Session — Texas Health and Human Services Commission*   - 6 -

**App. 534**

IV — Analytical Notes, *continued*

This 14% figure was then adjusted for each Public Health Region (PHR) based on information from two additional sources. The first source — the 2006 American Hospital Association/Texas Department of State Health Services/Texas Hospital Association (AHA/TDSHS/THA) *Cooperative Annual Survey of Hospitals* — is required by state law. It is submitted annually by every Texas hospital, and lists each facility's reported uncompensated care (bad debt expenses + charity care charges). The second source — claims data from the state's Emergency Medicaid, TP 30 — is available for every hospital stay for non citizens paid for by the state's Medicaid program. In emergency cases, including childbirth and labor, the federal government allows Medicaid via this program to pay for services rendered to persons who would otherwise qualify for Medicaid regardless of their immigration status.

Based on the regional distribution of uncompensated care and Emergency Medicaid expenditures, the Central Texas region's share of the state's uncompensated care appeared to be about 40% higher than its share of Emergency Medicaid. Therefore, we estimate that approximately 20% of uncompensated care statewide is accounted for by undocumented immigrants, compared to 14% in the Central Texas region reported in the aforementioned ICC study. In order to account for this difference statewide, the following formula was applied to each specific region:

Estimated Statewide Uncompensated Care Attributable To Undocumented Immigrants *(20%)* x
(Public Health Region's Share of State Emergency Medicaid Expenditures /
Public Health Region's Share of State Uncompensated Care) =

**Estimated Percent of Uncompensated Care Attributed To
Undocumented Immigrants in a Public Health Region**

As expected, results varied widely by a region's demographic composition and proximity to the border, with the highest rate found in the Rio Grande Valley and the lowest rate in North Texas. The method produced approximately the same rate statewide as for the state's two largest population centers, Houston and Dallas/Fort Worth.

These region-specific values were then applied to the reported uncompensated care for each public hospital district facility to produce estimates of the uncompensated care for undocumented immigrants. These facility totals were then added to generate the state total. Please see the facility-specific listing below for more information.

*Required reporting for Rider 59, House Bill Number 1, Eightieth Texas Legislature, Regular Session — Texas Health and Human Services Commission*      - 7 -

**App. 535**

## IV — Public Hospital District Facility Listing

| Public Hospital District Facility † | City | County | Public Health Region (PHR) | Total Facility Uncompensated Care * (A) | Estimated Percent of Uncompensated Care Attributable to Undocumented Immigrants in a PHR ‡ (B) | Estimated Uncompensated Care for Undocumented Immigrants (A * B) |
|---|---|---|---|---|---|---|
| Permian Regional Medical Center | Andrews | ANDREWS | 9 | $1,426,975 | 5.79 | $82,622 |
| Bellville General Hospital | Bellville | AUSTIN | 6 | $1,888,004 | 21.20 | $400,257 |
| Muleshoe Area Medical Center | Muleshoe | BAILEY | 1 | $891,982 | 6.13 | $54,678 |
| Seymour Hospital | Seymour | BAYLOR | 2 | $1,314,921 | 2.35 | $30,901 |
| University Hospital | San Antonio | BEXAR | 8 | $329,954,339 | 7.79 | $25,703,443 |
| Angleton-Danbury Medical Center | Angleton | BRAZORIA | 6 | $9,151,361 | 21.20 | $1,940,089 |
| Sweeny Community Hospital | Sweeny | BRAZORIA | 6 | $1,798,967 | 21.20 | $381,381 |
| Burleson St. Joseph Health Center | Caldwell | BURLESON | 7 | $2,435,567 | 14.35 | $349,504 |
| Plains Memorial Hospital | Dimmitt | CASTRO | 1 | $2,069,565 | 6.13 | $126,864 |
| Bayside Community Hospital | Anahuac | CHAMBERS | 6 | $1,094,325 | 21.20 | $231,997 |
| Childress Regional Medical Center | Childress | CHILDRESS | 1 | $2,871,587 | 6.13 | $176,028 |
| Cochran Memorial Hospital | Morton | COCHRAN | 1 | $565,121 | 6.13 | $34,642 |
| Coleman County Medical Center | Coleman | COLEMAN | 2 | $1,867,080 | 2.35 | $43,876 |
| Rice Medical Center | Eagle Lake | COLORADO | 6 | $1,424,898 | 21.20 | $302,078 |
| Comanche County Medical Center | Comanche | COMANCHE | 2 | $2,508,293 | 2.35 | $58,945 |
| Concho County Hospital | Eden | CONCHO | 9 | $263,503 | 5.79 | $15,257 |
| North Texas Medical Center | Gainesville | COOKE | 3 | $8,802,166 | 21.50 | $1,892,466 |
| Muenster Memorial Hospital | Muenster | COOKE | 3 | $417,844 | 21.50 | $89,836 |
| Parkland Memorial Hospital | Dallas | DALLAS | 3 | $626,869,092 | 21.50 | $134,776,855 |
| Medical Arts Hospital | Lamesa | DAWSON | 9 | $2,717,784 | 5.79 | $157,360 |
| Cuero Community Hospital | Cuero | DE WITT | 8 | $3,678,475 | 7.79 | $286,553 |
| Hereford Regional Medical Center | Hereford | DEAF SMITH | 1 | $3,967,904 | 6.13 | $243,233 |

*Required reporting for Rider 59, House Bill Number 1, Eightieth Texas Legislature, Regular Session — Texas Health and Human Services Commission*      - 8 -

**App. 536**

### IV — Public Hospital District Facility Listing, continued

| Public Hospital District Facility † | City | County | Public Health Region (PHR) | Total Facility Uncompensated Care * (A) | Estimated Percent of Uncompensated Care Attributable to Undocumented Immigrants in a PHR ‡ (B) | Estimated Uncompensated Care for Undocumented Immigrants (A * B) |
|---|---|---|---|---|---|---|
| Eastland Memorial Hospital | Eastland | EASTLAND | 2 | $1,745,600 | 2.35 | $41,022 |
| Medical Center Hospital | Odessa | ECTOR | 9 | $67,643,877 | 5.79 | $3,916,580 |
| R. E. Thomason General Hospital | El Paso | EL PASO | 10 | $200,673,706 | 18.70 | $37,525,983 |
| Fisher County Hospital District | Rotan | FISHER | 2 | $540,185 | 2.35 | $12,694 |
| W.J. Mangold Memorial Hospital | Lockney | FLOYD | 1 | $555,669 | 6.13 | $34,063 |
| Frio Regional Hospital | Pearsall | FRIO | 8 | $1,988,980 | 7.79 | $154,942 |
| Memorial Hospital | Seminole | GAINES | 9 | $1,358,152 | 5.79 | $78,637 |
| Memorial Hospital | Gonzales | GONZALES | 8 | $4,198,738 | 7.79 | $327,082 |
| Hamilton General Hospital | Hamilton | HAMILTON | 7 | $2,955,437 | 14.35 | $424,105 |
| Hansford County Hospital | Spearman | HANSFORD | 1 | $627,299 | 6.13 | $38,453 |
| Chillicothe Hospital | Chillicothe | HARDEMAN | 2 | $149,096 | 2.35 | $3,504 |
| Hardeman County Memorial Hospital | Quanah | HARDEMAN | 2 | $431,416 | 2.35 | $10,138 |
| Ben Taub General Hospital | Houston | HARRIS | 6 | $960,155,000 | 21.20 | $203,552,860 |
| Northeast Medical Center Hospital | Humble | HARRIS | 6 | $56,336,561 | 21.20 | $11,943,351 |
| Coon Memorial Hospital and Home | Dalhart | HARTLEY | 1 | $2,711,061 | 6.13 | $166,188 |
| Haskell Memorial Hospital | Haskell | HASKELL | 2 | $177,793 | 2.35 | $4,178 |
| Hemphill County Hospital | Canadian | HEMPHILL | 1 | $316,312 | 6.13 | $19,390 |
| Hopkins County Memorial Hospital | Sulphur Springs | HOPKINS | 4 | $7,661,397 | 6.94 | $531,701 |
| Presbyterian Hospital of Commerce | Commerce | HUNT | 3 | $1,782,289 | 21.50 | $383,192 |
| Presbyterian Hospital of Greenville | Greenville | HUNT | 3 | $23,701,017 | 21.50 | $5,095,719 |
| Golden Plains Community Hospital | Borger | HUTCHINSON | 1 | $5,964,363 | 6.13 | $365,615 |
| Faith Community Hospital | Jacksboro | JACK | 2 | $619,741 | 2.35 | $14,564 |

*Required reporting for Rider 59, House Bill Number 1, Eightieth Texas Legislature, Regular Session — Texas Health and Human Services Commission*          - 9 -

**App. 537**

*IV — Public Hospital District Facility Listing, continued*

| Public Hospital District Facility † | City | County | Public Health Region (PHR) | Total Facility Uncompensated Care * (A) | Estimated Percent of Uncompensated Care Attributable to Undocumented Immigrants in a PHR ‡ (B) | Estimated Uncompensated Care for Undocumented Immigrants (A * B) |
|---|---|---|---|---|---|---|
| Jackson Healthcare Center | Edna | JACKSON | 8 | $1,688,113 | 7.79 | $131,504 |
| CHRISTUS Jasper Memorial Hospital | Jasper | JASPER | 5 | $5,814,021 | 4.54 | $263,957 |
| Hamlin Memorial Hospital | Hamlin | JONES | 2 | $216,321 | 2.35 | $5,084 |
| Stamford Memorial Hospital | Stamford | JONES | 2 | $835,599 | 2.35 | $19,637 |
| Otto Kaiser Memorial Hospital | Kenedy | KARNES | 8 | $1,488,269 | 7.79 | $115,936 |
| Kimble Hospital | Junction | KIMBLE | 9 | $862,799 | 5.79 | $49,956 |
| Knox County Hospital | Knox City | KNOX | 2 | $566,483 | 2.35 | $13,312 |
| Lavaca Medical Center | Hallettsville | LAVACA | 8 | $939,479 | 7.79 | $73,185 |
| Limestone Medical Center | Groesbeck | LIMESTONE | 7 | $1,720,727 | 14.35 | $246,924 |
| University Medical Center | Lubbock | LUBBOCK | 1 | $123,005,488 | 6.13 | $7,540,236 |
| Lynn County Hospital District | Tahoka | LYNN | 1 | $493,512 | 6.13 | $30,252 |
| Martin County Hospital District | Stanton | MARTIN | 9 | $735,801 | 5.79 | $42,603 |
| Matagorda General Hospital | Bay City | MATAGORDA | 6 | $10,756,443 | 21.20 | $2,280,366 |
| Heart of Texas Memorial Hospital | Brady | MCCULLOCH | 9 | $2,363,776 | 5.79 | $136,863 |
| Midland Memorial Hospital | Midland | MIDLAND | 9 | $40,088,376 | 5.79 | $2,321,117 |
| Richards Memorial Hospital | Rockdale | MILAM | 7 | $1,544,100 | 14.35 | $221,578 |
| Mitchell County Hospital | Colorado City | MITCHELL | 2 | $2,409,895 | 2.35 | $56,633 |
| Nocona General Hospital | Nocona | MONTAGUE | 2 | $1,058,607 | 2.35 | $24,877 |
| Memorial Hospital | Dumas | MOORE | 1 | $3,295,274 | 6.13 | $202,000 |
| Nacogdoches Memorial Hospital | Nacogdoches | NACOGDOCHES | 5 | $49,096,407 | 4.54 | $2,228,977 |
| Rolling Plains Memorial Hospital | Sweetwater | NOLAN | 2 | $3,283,504 | 2.35 | $77,162 |
| Ochiltree General Hospital | Perryton | OCHILTREE | 1 | $1,370,332 | 6.13 | $84,001 |

*Required reporting for Rider 59, House Bill Number 1, Eightieth Texas Legislature, Regular Session — Texas Health and Human Services Commission*   - 10 -

**App. 538**

## IV — *Public Hospital District Facility Listing, continued*

| Public Hospital District Facility † | City | County | Public Health Region (PHR) | Total Facility Uncompensated Care * (A) | Estimated Percent of Uncompensated Care Attributable to Undocumented Immigrants in a PHR ‡ (B) | Estimated Uncompensated Care for Undocumented Immigrants (A * B) |
|---|---|---|---|---|---|---|
| Palo Pinto General Hospital | Mineral Wells | PALO PINTO | 3 | $7,608,018 | 21.50 | $1,635,724 |
| Campbell Health System | Weatherford | PARKER | 3 | $17,393,965 | 21.50 | $3,739,702 |
| Iraan General Hospital District | Iraan | PECOS | 9 | $110,920 | 5.79 | $6,422 |
| Reagan Memorial Hospital | Big Lake | REAGAN | 9 | $97,206 | 5.79 | $5,628 |
| Reeves County Hospital | Pecos | REEVES | 9 | $1,717,598 | 5.79 | $99,449 |
| Refugio County Memorial Hospital District | Refugio | REFUGIO | 11 | $1,935,402 | 60.56 | $1,172,079 |
| Ballinger Memorial Hospital District | Ballinger | RUNNELS | 2 | $1,087,906 | 2.35 | $25,566 |
| North Runnels Hospital | Winters | RUNNELS | 2 | $259,451 | 2.35 | $6,097 |
| Sabine County Hospital | Hemphill | SABINE | 5 | $765,265 | 4.54 | $34,743 |
| Starr County Memorial Hospital | Rio Grande City | STARR | 11 | $3,519,126 | 60.56 | $2,131,183 |
| Stonewall Memorial Hospital | Aspermont | STONEWALL | 2 | $141,622 | 2.35 | $3,328 |
| Lillian M. Hudspeth Memorial Hospital | Sonora | SUTTON | 9 | $1,352,108 | 5.79 | $78,287 |
| Swisher Memorial Hospital | Tulia | SWISHER | 1 | $935,352 | 6.13 | $57,337 |
| John Peter Smith Hospital | Fort Worth | TARRANT | 3 | $618,729,000 | 21.50 | $133,026,735 |
| Brownfield Regional Medical Center | Brownfield | TERRY | 1 | $2,117,936 | 6.13 | $129,829 |
| Titus Regional Medical Center | Mount Pleasant | TITUS | 4 | $13,783,587 | 6.94 | $956,581 |
| Tyler County Hospital | Woodville | TYLER | 5 | $2,801,493 | 4.54 | $127,188 |
| McCamey Hospital | McCamey | UPTON | 9 | $586,995 | 5.79 | $33,987 |
| Rankin County Hospital District | Rankin | UPTON | 9 | $134,422 | 5.79 | $7,783 |
| Val Verde Regional Medical Center | Del Rio | VAL VERDE | 8 | $8,965,303 | 7.79 | $698,397 |
| El Campo Memorial Hospital | El Campo | WHARTON | 6 | $3,854,197 | 21.20 | $817,090 |
| Shamrock General Hospital | Shamrock | WHEELER | 1 | $386,101 | 6.13 | $23,668 |

**App. 539**

## IV — *Public Hospital District Facility Listing, continued*

| Public Hospital District Facility † | City | County | Public Health Region (PHR) | Total Facility Uncompensated Care * (A) | Estimated Percent of Uncompensated Care Attributable to Undocumented Immigrants in a PHR ‡ (B) | Estimated Uncompensated Care for Undocumented Immigrants (A * B) |
|---|---|---|---|---|---|---|
| Parkview Hospital | Wheeler | WHEELER | 1 | $577,427 | 6.13 | $35,396 |
| Electra Memorial Hospital | Electra | WICHITA | 2 | $1,300,014 | 2.35 | $30,550 |
| Wilbarger General Hospital | Vernon | WILBARGER | 2 | $2,687,964 | 2.35 | $63,167 |
| Connally Memorial Medical Center | Floresville | WILSON | 8 | $5,226,033 | 7.79 | $407,108 |
| Wise Regional Health System | Decatur | WISE | 3 | $15,033,103 | 21.50 | $3,232,117 |
| Hamilton Hospital | Olney | YOUNG | 2 | $3,184,195 | 2.35 | $74,829 |

*Total for the ninety-four Texas public hospital district facilities in FY 2006 — $596,848,958*

Notes:

† The AHA/THA/TXDSHS *Cooperative Annual Survey of Hospitals* is administered to all Texas hospitals, and collects data for each facility's fiscal year. The 94 facilities listed here reported being either owned or controlled by a public hospital district on the 2006 *Cooperative Annual Survey of Hospitals*. Data for FY 2007 were not available at the time of this report's publication.

* Total facility uncompensated care is the sum of reported bad debt expenses and charity charges.

‡ Estimated percent of uncompensated care attributable to undocumented immigrants in a PHR was computed by using a formula designed for this report. Based on the regional distribution of uncompensated care and Emergency Medicaid expenditures, the Central Texas region's share of the state's uncompensated care appeared to be about 40% higher than its share of Emergency Medicaid. Therefore, we estimate that approximately 20% of uncompensated care statewide is accounted for by undocumented immigrants, compared to 14% in the Central Texas region reported in the aforementioned ICC study. In order to account for this difference statewide, the following formula was applied to each specific region. For more information, please see *Analytical Notes* on page 6.

Estimated Statewide Uncompensated Care Attributable To Undocumented Immigrants (20%) x
(Public Health Region's Share of State Emergency Medicaid Expenditures /
Public Health Region's Share of State Uncompensated Care) =
Estimated Percent of Uncompensated Care Attributed To Undocumented Immigrants in a Public Health Region

**App. 540**

## V — References

American Hospital Association/Texas Department of State Health Services/Texas Hospital Association, 2006. *Cooperative Annual Survey of Hospitals*. Chicago/Austin.

House Bill Number 1, Eightieth Texas Legislature, Regular Session, General Appropriations Act, Article II, Health and Human Services, Rider 59: *Report to the United States Congress on Services and Benefits Provided to Undocumented Immigrants*, pps. II-86-87.

Network Sciences, 2008. *Community Health and Social Services Information System* (CHASSIS Software™). Retrieved October 17, 2008, from http://www.netsci.net/chassis.asp

Texas Comptroller of Public Accounts, 2006. *Special Report: Undocumented Immigrants in Texas, A Financial Analysis of the Impact to the State Budget and Economy*. Publication #96-1224. Retrieved September 6, 2008, from http://www.window.state.tx.us/specialrpt/undocumented/undocumented.pdf

Texas Health and Human Services Commission, *Medicaid Administrative Data*, Austin.

U.S. Department of Homeland Security, 2007. *Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2006*, Retrieved October 21, 2008, from http://www.dhs.gov/xlibrary/assets/statistics/publications/ill_pe_2006.pdf

U.S. Department of Commerce, 2007. *American Community Survey* (ACS): *Public Use Microdata Sample* (PUMS), 2006. Washington, DC: U.S. Department of Commerce, Bureau of the Census.

*Required reporting for Rider 59, House Bill Number 1, Eightieth Texas Legislature, Regular Session — Texas Health and Human Services Commission*   - 13 -

**App. 541**

# REPORT ON SERVICES AND BENEFITS PROVIDED TO UNDOCUMENTED IMMIGRANTS

*Updated report related to*

Rider 59
House Bill 1
Eightieth Texas Legislature, Regular Session, 2007

## — 2010 UPDATE —



*Strategic Decision Support*
**Financial Services Division**
**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**

# Table of Contents

I   Background ...................................................................................................... 1

II   Executive Data Summary ............................................................................. 2

III   Analytical Notes ............................................................................................ 3

IV   Public Hospital District Facility Listing ...................................................... 8

V   References ...................................................................................................... 12

**App. 543**

# I – Background

The 80th Texas Legislature, Regular Session, 2007, passed House Bill 1, General Appropriations Act, Article II, Health and Human Services, Rider 59: "Report to the United States Congress on Services and Benefits Provided to Undocumented Immigrants."

This rider required the Texas Health and Human Services Commission (HHSC) to report the cost of services and benefits provided by HHSC to undocumented immigrants in the state. Rider 59 also required HHSC to compile these data for each Texas public hospital district facility. This report was originally completed in 2008. Due to numerous requests for related current information, this document is the 2010 update of that original report. The text of Rider 59 is included below, with the updated data and supporting documentation on subsequent pages.

### Rider 59 — Report to the United States Congress on Services and Benefits Provided to Undocumented Immigrants

*The Health and Human Services Commission shall compile a report of the cost of services and benefits provided to undocumented immigrants, with the agency determining the extent to which undocumented immigrants are served by the agency, by individual program. The agency may use a statistical method developed by the agency in cases where it is not practical for the agency to directly determine whether recipients of a service or benefit are undocumented immigrants.*

*The Health and Human Services Commission shall also compile information on this subject from each public hospital district within the state and include this information in the report and shall not enforce Title 8 of the United States Code when compiling information on this subject.*

*The report must be produced using aggregated statistical data that does not contain personally identifiable information. The purpose of compiling this information is to perform analysis to assist the United States Congress and this state in making future health care and budgetary decisions. Information sought for the preparation of this report may not violate any federal or state laws, including rules, regarding privacy.*

*This report shall be provided to the United States Congress by December 1, 2008, and may be used as supporting materials by the State of Texas in requests for additional federal appropriations to assist with these costs.*

*The Health and Human Services Commission or a public hospital district may compile and report the information required by this rider only in a manner the attorney general of this state certifies as consistent with federal law.*

*The Health and Human Services Commission again shall submit the required report to the Lieutenant Governor, Speaker of the House of Representatives, and Members of the Legislature by December 1, 2008, and shall include the information in the agency's annual report for 2008.*

# II – Executive Data Summary

## A.   TEXAS HEALTH AND HUMAN SERVICES COMMISSION

Estimated cost of services and benefits provided to undocumented immigrants,
State Fiscal Year (SFY) 2009 *

### $96 million

➤ *Note — in the original, 2008 version of this report, this figure was: $81 million.*

*(Please see Analytical Notes on page 3 for subtotals and supporting documentation.)*

* Texas Health and Human Services Commission data are for state fiscal year 2009, the most recent data available.

## B.   TEXAS PUBLIC HOSPITAL DISTRICTS

Estimated uncompensated care for undocumented immigrants, facility fiscal year 2008 *

### $717 million

➤ *Note — in the original, 2008 version of this report, this figure was: $597 million.*

*(Please see Analytical Notes on page 6 for subtotals and supporting documentation.)*

* The Texas public hospital districts data come from the Cooperative Annual Survey of Hospitals, which collects data for each facility's fiscal year. At the time of this report's publication, the most recent survey data available were for fiscal year 2008.

# III – Analytical Notes

**A.   TEXAS HEALTH AND HUMAN SERVICES COMMISSION**
*Estimated cost of services and benefits provided to undocumented immigrants, SFY 2009*

(1) Texas Emergency Medicaid — *$62 million +*

(2) Texas Family Violence Program — *$1.3 million +*

(3) Texas Children's Health Insurance Program (CHIP) Perinatal Coverage — *$33 million*

=

$96 million

## 1.   Texas Emergency Medicaid

Emergency Medicaid, Type Program 30 (TP 30), is a federal and state funded program that provides Medicaid coverage, limited to emergency medical conditions including childbirth and labor, for non citizens as well as undocumented immigrants living in the US. Emergency Medicaid is a federally required program. In fiscal year 2009, payments for Emergency Medicaid, TP 30 totaled as follows:

**— A —**
Texas Emergency Medicaid, Type Program 30, Fiscal Year 2009

| | |
|---|---|
| *Inpatient hospital* | $275,010,314 |
| *Outpatient hospital* | $13,248,238 |
| *Professional and other services* | $20,778,110 |
| *Vendor drug* | $159,096 |
| Total | $309,195,758 |

Since HHSC Medicaid claims data do not conclusively identify the legal residency status of immigrants, the portion of the $309.2 million in Emergency Medicaid payments attributable to undocumented immigrants must be estimated.

According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 2.6 million non citizens resided in Texas in 2006. The Department of Homeland Security reports that 1.64 million, or 63 percent, of these residents were undocumented. Therefore, the estimated amount paid for Emergency Medicaid services to undocumented immigrants residing in Texas is about $194.8 million:

**— B —**
Texas Emergency Medicaid *($309.2 million)*
**x**
Estimated Percent of Non-Citizens Who Are Undocumented Immigrants *(63%)*
=
$194.8 million

### III – Analytical Notes (*Continued*)

The state shares the cost of the Medicaid program with the federal government, with Texas typically paying about 40 percent of Emergency Medicaid expenditures. However, in SFY 2009 due to provisions of the American Recovery and Reinvestment Act of 2009 (ARRA), the federal government temporarily increased its share of Medicaid expenditures to 68 percent, leaving the state with a 32 percent share. Therefore, the total estimated state cost for Emergency Medicaid services to undocumented immigrants residing in Texas in SFY 2009 was about $62 million**.**

— **C** —
Estimated Texas Emergency Medicaid for Undocumented
Immigrants Residing in Texas (*$194.8 million*)
**x**
Texas Share of Medicaid Cost under ARRA *(32%)*
=
$62 million

➢ *Note — in the original, 2008 version of this report, this figure was: $80 million.*

### 2.    Texas Family Violence Program

The Texas Family Violence Program (FVP) contracts with non-profit agencies in three categories (shelter centers, non-residential centers, and special non-residential projects (SNRP)) across the state to provide essential services to victims of family violence. Core FVP services include shelter, 24-hour hotlines, emergency medical services, counseling, etc. In SFY 2009, the FVP funded 72 nonprofit family violence shelters, 8 non-residential centers, and 20 SNRPs, providing comprehensive family violence services to victims, with a total budget of $24,028,440. State general revenue and Temporary Assistance for Needy Families (TANF) converted to Title XX accounted for about $19 million ($19,235,988) of the program's total spending for direct services. Services are provided without any financial eligibility testing and free of charge.

The FVP does not ask victims of family violence about their residency status. Therefore, the portion of the $19 million in FVP expenditures attributable to undocumented immigrants must be estimated. According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 23.5 million individuals resided in Texas in 2006. The Department of Homeland Security reports that 1.64 million, or 7 percent, of these residents were undocumented. The total estimated state cost for direct FVP services to undocumented immigrants in SFY 2009 was:

Texas Family Violence Program budget *($19 million)*
**x**
Estimated Percent of Undocumented Immigrants in Texas *(7%)*
=
$1.3 million

➢ *Note — in the original, 2008 version of this report, this figure was: $1.2 million.*

---

III – Analytical Notes (*Continued*)

## 3.    Texas Children's Health Insurance Program (CHIP) Perinatal Coverage

Texas CHIP Perinatal Coverage provides prenatal care for the unborn children of low-income women. Specifically, it provides prenatal care for women living at up to 200% Federal Poverty Level (FPL) who do not otherwise qualify for Medicaid, typically due to their citizenship status. Nearly all participants of CHIP Perinatal are either documented or non-documented non-citizens. Since this program does not require citizenship documentation, there is no way to definitively report the number of undocumented immigrants served. Therefore, the portion of the $188 million in CHIP Perinatal Coverage expenditures (which represents prenatal services only) in SYF 2009 attributable to undocumented immigrants must be estimated. Note: CHIP Perinate Coverage expenditures were not included in the original Rider 59 report since, at the time its completion, a full year of program data was not available.

According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 2.6 million non citizens resided in Texas in 2006. The Department of Homeland Security reports that 1.64 million, or 63 percent, of these residents were undocumented. Therefore, this brings the estimated amount paid for Texas CHIP Perinatal Coverage services to undocumented immigrants residing in Texas for SFY 2009 to about $118 million:

Texas CHIP Perinatal Coverage budget *($188 million)*
**x**
Estimated Percent of Non-Citizens Who Are Undocumented Immigrants *(63%)*
=
$118 million

The state shares the cost of the CHIP program with the federal government, with Texas typically paying about 28 percent of expenditures. Therefore, the total estimated state cost for CHIP Perinatal Coverage to undocumented immigrants residing in Texas in SFY 2009 was about $34 million**.**

Estimated CHIP Perinatal Coverage for Undocumented
Immigrants Residing in Texas (*$118 million)*
**x**
Texas Share of CHIP Expenditures *(28%)*
=
$33 million

➤  Note — *Expenditures for CHIP Perinate Coverage were not included in the original, 2008 version of the Rider 59 report since, at the time its completion, a full year of program data was not available.*

---

## III – Analytical Notes (*Continued*)

**B.    TEXAS PUBLIC HOSPITAL DISTRICTS**
*Estimated uncompensated care for undocumented immigrants* (fiscal year 2008; 99 facilities)

### $717 million

➤  *Note — in the original, 2008 version of this report, this figure was: $597 million.*

Limited information exists to estimate hospital-specific uncompensated care for undocumented immigrants. As such, the method adopted for this report relies on regional estimates of undocumented immigrants' share of hospital uncompensated care, applying those estimates to each public hospital district facility in the region.

The regional estimates (which have been rounded for this report's update) are derived from a variety of sources. First, a web-based eligibility screening tool called the "Community Health and Social Services Information System" (CHASSIS™). The Indigent Care Collaboration (ICC), an alliance of safety net providers in three Central Texas counties (Travis, Williamson and Hays), employed CHASSIS™ to screen uninsured/under-insured patients for eligibility in government and local medical assistance or payment programs (*Network Sciences, 2008*).

This system also tracked the percent of uninsured undocumented immigrants served in these counties, and in 2005 found that nearly 14 percent of all patients screened in hospital settings were undocumented immigrants. (*Texas Comptroller of Public Accounts*, 2006.) This figure was used as a foundation for estimating uncompensated care for undocumented immigrants in the remaining parts of Texas.

This 14 percent figure was adjusted for each Public Health Region (PHR) based on information from two additional sources. The first source, the 2008 American Hospital Association/Texas Department of State Health Services/Texas Hospital Association (AHA/TDSHS/THA) *Cooperative Annual Survey of Hospitals*, is required by state law. It is submitted annually by every Texas hospital and lists each facility's reported uncompensated care (bad debt expenses plus charity care charges).

The second source, claims data from the state's Emergency Medicaid Type Program (TP) 30, is available for every hospital stay for non citizens paid for by the state's Emergency Medicaid program. In emergency cases, including childbirth and labor, Medicaid pays for services rendered to persons who would otherwise qualify for Medicaid regardless of their immigration status.

### III – Analytical Notes (*Continued*)

Based on the regional distribution of uncompensated care and Emergency Medicaid expenditures, the Central Texas region's share of the state's uncompensated care appeared to be about 40 percent higher than its share of Emergency Medicaid. Therefore, we estimate that approximately 20 percent of uncompensated care statewide is accounted for by undocumented immigrants, compared to 14 percent in the Central Texas region reported in the aforementioned ICC study. In order to account for this difference statewide, the following formula was applied to each specific region:

Estimated Statewide Uncompensated Care Attributable To Undocumented Immigrants (20%)
**x**
( Public Health Region's Share of State Emergency Medicaid Expenditures **/**
Public Health Region's Share of State Uncompensated Care )
=
Estimated Percent of Uncompensated Care Attributed to
Undocumented Immigrants in a Public Health Region

As expected, results varied widely by a region's demographic composition and proximity to the border, with the highest rate found in the Rio Grande Valley and the lowest rate in North Texas. The method produced approximately the same rate statewide as for the state's two largest population centers, Houston and Dallas/Fort Worth.

These region-specific values were then applied to the reported uncompensated care for each public hospital district facility to produce estimates of the uncompensated care for undocumented immigrants. These facility totals were then added to generate the state total. This computational logic was revisited for the report's 2010 update, and it was determined that there was no justification to change these formulas and values at this time. Please see the facility-specific listing below for more information.

## IV – Public Hospital District Facility Listing

| Public Hospital District Facility † | City | County | Public Health Region (PHR) | Total Facility Uncompensated Care * (A) | Estimated Percent of Uncompensated Care Attributable to Undocumented Immigrants in a PHR ‡ (B) | Estimated Facility Uncompensated Care for Undocumented Immigrants (A x B) |
|---|---|---|---|---|---|---|
| Permian Regional Medical Center | Andrews | ANDREWS | 9 | $3,872,258 | 0.06 | $232,335 |
| Bellville General Hospital | Bellville | AUSTIN | 6 | $2,177,652 | 0.21 | $457,307 |
| Muleshoe Area Medical Center | Muleshoe | BAILEY | 1 | $812,007 | 0.06 | $48,720 |
| Smithville Regional Hospital | Smithville | BASTROP | 7 | $5,629,736 | 0.14 | $788,163 |
| Seymour Hospital | Seymour | BAYLOR | 2 | $1,025,201 | 0.02 | $20,504 |
| University Hospital | San Antonio | BEXAR | 8 | $369,227,596 | 0.08 | $29,538,208 |
| Angleton-Danbury Medical Center | Angleton | BRAZORIA | 6 | $8,240,290 | 0.21 | $1,730,461 |
| Sweeny Community Hospital | Sweeny | BRAZORIA | 6 | $2,370,787 | 0.21 | $497,865 |
| Burleson St. Joseph Health Center | Caldwell | BURLESON | 7 | $3,864,113 | 0.14 | $540,976 |
| Atlanta Memorial Hospital | Atlanta | CASS | 4 | $5,787,215 | 0.07 | $405,105 |
| Plains Memorial Hospital | Dimmitt | CASTRO | 1 | $1,761,563 | 0.06 | $105,694 |
| Bayside Community Hospital | Anahuac | CHAMBERS | 6 | $1,627,946 | 0.21 | $341,869 |
| Childress Regional Medical Center | Childress | CHILDRESS | 1 | $3,187,285 | 0.06 | $191,237 |
| Cochran Memorial Hospital | Morton | COCHRAN | 1 | $202,007 | 0.06 | $12,120 |
| Coleman County Medical Center | Coleman | COLEMAN | 2 | $2,330,626 | 0.02 | $46,613 |
| Rice Medical Center | Eagle Lake | COLORADO | 6 | $1,536,586 | 0.21 | $322,683 |
| Comanche County Medical Center | Comanche | COMANCHE | 2 | $2,112,936 | 0.02 | $42,259 |
| Concho County Hospital | Eden | CONCHO | 9 | $291,931 | 0.06 | $17,516 |
| North Texas Medical Center | Gainesville | COOKE | 3 | $10,967,036 | 0.22 | $2,412,748 |
| Muenster Memorial Hospital | Muenster | COOKE | 3 | $392,877 | 0.22 | $86,433 |
| Coryell Memorial Hospital | Gatesville | CORYELL | 7 | $3,495,557 | 0.14 | $489,378 |
| Parkland Memorial Hospital | Dallas | DALLAS | 3 | $770,172,780 | 0.22 | $169,438,012 |

**App. 551**

**IV – Public Hospital District Facility Listing, Continued**

| Public Hospital District Facility † | City | County | Public Health Region (PHR) | Total Facility Uncompensated Care * (A) | Estimated Percent of Uncompensated Care Attributable to Undocumented Immigrants in a PHR ‡ (B) | Estimated Facility Uncompensated Care for Undocumented Immigrants (A x B) |
|---|---|---|---|---|---|---|
| Richardson Regional Medical Center | Richardson | DALLAS | 3 | $28,107,007 | 0.22 | $6,183,542 |
| Medical Arts Hospital | Lamesa | DAWSON | 9 | $4,870,046 | 0.06 | $292,203 |
| Cuero Community Hospital | Cuero | DE WITT | 8 | $4,732,916 | 0.08 | $378,633 |
| Hereford Regional Medical Center | Hereford | DEAF SMITH | 1 | $5,343,007 | 0.06 | $320,580 |
| Eastland Memorial Hospital | Eastland | EASTLAND | 2 | $3,356,919 | 0.02 | $67,138 |
| Medical Center Hospital | Odessa | ECTOR | 9 | $74,028,538 | 0.06 | $4,441,712 |
| R. E. Thomason General Hospital | El Paso | EL PASO | 10 | $212,073,041 | 0.19 | $40,293,878 |
| Fisher County Hospital District | Rotan | FISHER | 2 | $537,418 | 0.02 | $10,748 |
| W.J. Mangold Memorial Hospital | Lockney | FLOYD | 1 | $903,277 | 0.06 | $54,197 |
| OakBend Medical Center | Richmond | FORT BEND | 6 | $26,351,512 | 0.21 | $5,533,818 |
| Frio Regional Hospital | Pearsall | FRIO | 8 | $2,063,071 | 0.08 | $165,046 |
| Memorial Hospital | Seminole | GAINES | 9 | $2,287,318 | 0.06 | $137,239 |
| Memorial Hospital | Gonzales | GONZALES | 8 | $4,260,810 | 0.08 | $340,865 |
| Hamilton General Hospital | Hamilton | HAMILTON | 7 | $4,433,680 | 0.14 | $620,715 |
| Hansford County Hospital | Spearman | HANSFORD | 1 | $718,184 | 0.06 | $43,091 |
| Hardeman County Memorial Hospital | Quanah | HARDEMAN | 2 | $512,530 | 0.02 | $10,251 |
| Chillicothe Hospital | Chillicothe | HARDEMAN | 2 | $190,958 | 0.02 | $3,819 |
| Ben Taub General Hospital | Houston | HARRIS | 6 | $1,107,257,370 | 0.21 | $232,524,048 |
| Tomball Regional Hospital | Tomball | HARRIS | 6 | $34,205,413 | 0.21 | $7,183,137 |
| Coon Memorial Hospital and Home | Dalhart | HARTLEY | 1 | $2,517,976 | 0.06 | $151,079 |
| Haskell Memorial Hospital | Haskell | HASKELL | 2 | $270,676 | 0.02 | $5,414 |
| Hemphill County Hospital | Canadian | HEMPHILL | 1 | $608,103 | 0.06 | $36,486 |

**App. 552**

## IV – Public Hospital District Facility Listing, Continued

| Public Hospital District Facility † | City | County | Public Health Region (PHR) | Total Facility Uncompensated Care * (A) | Estimated Percent of Uncompensated Care Attributable to Undocumented Immigrants in a PHR ‡ (B) | Estimated Facility Uncompensated Care for Undocumented Immigrants (A x B) |
|---|---|---|---|---|---|---|
| Hopkins County Memorial Hospital | Sulphur Springs | HOPKINS | 4 | $8,855,915 | 0.07 | $619,914 |
| Hunt Regional Medical Center Greenville | Greenville | HUNT | 3 | $26,569,309 | 0.22 | $5,845,248 |
| Hunt Regional Community Hospital | Commerce | HUNT | 3 | $1,949,784 | 0.22 | $428,952 |
| Faith Community Hospital | Jacksboro | JACK | 2 | $1,336,009 | 0.02 | $26,720 |
| Jackson Healthcare Center | Edna | JACKSON | 8 | $1,511,280 | 0.08 | $120,902 |
| CHRISTUS Jasper Memorial Hospital | Jasper | JASPER | 5 | $8,386,654 | 0.05 | $419,333 |
| Stamford Memorial Hospital | Stamford | JONES | 2 | $1,263,715 | 0.02 | $25,274 |
| Hamlin Memorial Hospital | Hamlin | JONES | 2 | $118,858 | 0.02 | $2,377 |
| Otto Kaiser Memorial Hospital | Kenedy | KARNES | 8 | $1,956,818 | 0.08 | $156,545 |
| Knox County Hospital | Knox City | KNOX | 2 | $864,961 | 0.02 | $17,299 |
| Lavaca Medical Center | Hallettsville | LAVACA | 8 | $1,049,510 | 0.08 | $83,961 |
| Limestone Medical Center | Groesbeck | LIMESTONE | 7 | $2,966,202 | 0.14 | $415,268 |
| Llano Memorial Hospital | Llano | LLANO | 7 | $6,430,811 | 0.14 | $900,314 |
| University Medical Center | Lubbock | LUBBOCK | 1 | $116,021,682 | 0.06 | $6,961,301 |
| Lynn County Hospital District | Tahoka | LYNN | 1 | $485,660 | 0.06 | $29,140 |
| Martin County Hospital District | Stanton | MARTIN | 9 | $1,422,335 | 0.06 | $85,340 |
| Matagorda Medical Center | Bay City | MATAGORDA | 6 | $10,322,312 | 0.21 | $2,167,686 |
| Heart of Texas Memorial Hospital | Brady | MCCULLOCH | 9 | $2,354,023 | 0.06 | $141,241 |
| Medina Community Hospital | Hondo | MEDINA | 8 | $4,391,528 | 0.08 | $351,322 |
| Midland Memorial Hospital | Midland | MIDLAND | 9 | $48,655,866 | 0.06 | $2,919,352 |
| Mitchell County Hospital | Colorado City | MITCHELL | 2 | $3,674,336 | 0.02 | $73,487 |
| Bowie Memorial Hospital | Bowie | MONTAGUE | 2 | $3,216,286 | 0.02 | $64,326 |

**App. 553**

## IV – Public Hospital District Facility Listing, Continued

| Public Hospital District Facility † | City | County | Public Health Region (PHR) | Total Facility Uncompensated Care * (A) | Estimated Percent of Uncompensated Care Attributable to Undocumented Immigrants in a PHR ‡ (B) | Estimated Facility Uncompensated Care for Undocumented Immigrants (A x B) |
|---|---|---|---|---|---|---|
| Nocona General Hospital | Nocona | MONTAGUE | 2 | $1,531,908 | 0.02 | $30,638 |
| Memorial Hospital | Dumas | MOORE | 1 | $3,725,461 | 0.06 | $223,528 |
| Nacogdoches Memorial Hospital | Nacogdoches | NACOGDOCHES | 5 | $54,003,977 | 0.05 | $2,700,199 |
| Rolling Plains Memorial Hospital | Sweetwater | NOLAN | 2 | $4,232,138 | 0.02 | $84,643 |
| Ochiltree General Hospital | Perryton | OCHILTREE | 1 | $1,777,167 | 0.06 | $106,630 |
| Palo Pinto General Hospital | Mineral Wells | PALO PINTO | 3 | $6,269,909 | 0.22 | $1,379,380 |
| Iraan General Hospital | Iraan | PECOS | 9 | $373,544 | 0.06 | $22,413 |
| Reagan Memorial Hospital | Big Lake | REAGAN | 9 | $222,237 | 0.06 | $13,334 |
| Reeves County Hospital | Pecos | REEVES | 9 | $2,637,636 | 0.06 | $158,258 |
| Refugio County Memorial Hospital District | Refugio | REFUGIO | 11 | $1,866,730 | 0.61 | $1,138,705 |
| Ballinger Memorial Hospital District | Ballinger | RUNNELS | 2 | $750,577 | 0.02 | $15,012 |
| North Runnels Hospital | Winters | RUNNELS | 2 | $290,514 | 0.02 | $5,810 |
| Cogdell Memorial Hospital | Snyder | SCURRY | 2 | $7,086,091 | 0.02 | $141,722 |
| Starr County Memorial Hospital | Rio Grande City | STARR | 11 | $3,075,916 | 0.61 | $1,876,309 |
| Stonewall Memorial Hospital | Aspermont | STONEWALL | 2 | $108,093 | 0.02 | $2,162 |
| Lillian M. Hudspeth Memorial Hospital | Sonora | SUTTON | 9 | $1,838,340 | 0.06 | $110,300 |
| Swisher Memorial Hospital | Tulia | SWISHER | 1 | $1,036,407 | 0.06 | $62,184 |
| John Peter Smith Hospital | Fort Worth | TARRANT | 3 | $773,861,000 | 0.22 | $170,249,420 |
| Brownfield Regional Medical Center | Brownfield | TERRY | 1 | $2,479,007 | 0.06 | $148,740 |
| Titus Regional Medical Center | Mount Pleasant | TITUS | 4 | $18,528,136 | 0.07 | $1,296,970 |
| Tyler County Hospital | Woodville | TYLER | 5 | $3,472,921 | 0.05 | $173,646 |
| Rankin County Hospital District | Rankin | UPTON | 9 | $193,275 | 0.06 | $11,597 |

**App. 554**

## IV – Public Hospital District Facility Listing, Continued

| Public Hospital District Facility † | City | County | Public Health Region (PHR) | Total Facility Uncompensated Care * (A) | Estimated Percent of Uncompensated Care Attributable to Undocumented Immigrants in a PHR ‡ (B) | Estimated Facility Uncompensated Care for Undocumented Immigrants (A x B) |
|---|---|---|---|---|---|---|
| McCamey Hospital | McCamey | UPTON | 9 | $55,186 | 0.06 | $3,311 |
| Uvalde Memorial Hospital | Uvalde | UVALDE | 8 | $8,347,207 | 0.08 | $667,777 |
| Val Verde Regional Medical Center | Del Rio | VAL VERDE | 8 | $10,632,139 | 0.08 | $850,571 |
| El Campo Memorial Hospital | El Campo | WHARTON | 6 | $3,507,501 | 0.21 | $736,575 |
| Shamrock General Hospital | Shamrock | WHEELER | 1 | $641,535 | 0.06 | $38,492 |
| Parkview Hospital | Wheeler | WHEELER | 1 | $450,335 | 0.06 | $27,020 |
| Electra Memorial Hospital | Electra | WICHITA | 2 | $1,366,414 | 0.02 | $27,328 |
| Wilbarger General Hospital | Vernon | WILBARGER | 2 | $3,562,302 | 0.02 | $71,246 |
| Connally Memorial Medical Center | Floresville | WILSON | 8 | $5,615,212 | 0.08 | $449,217 |
| Wise Regional Health System | Decatur | WISE | 3 | $25,177,926 | 0.22 | $5,539,144 |
| Hamilton Hospital | Olney | YOUNG | 2 | $2,004,045 | 0.02 | $40,081 |

*Total for the ninety-nine Texas public hospital district facilities in FY 2008 — $716,821,507*

Notes:

† The AHA/THA/TDSHS *Cooperative Annual Survey of Hospitals* is administered to all Texas hospitals, and collects data for each facility's fiscal year. The 99 facilities listed here reported being either owned or controlled by a public hospital district on the 2008 *Cooperative Annual Survey of Hospitals*. Data for FY 2009 were not available at the time of this report's publication.

* Total facility uncompensated care is the sum of reported bad debt expenses and charity charges.

‡ Estimated percent of uncompensated care attributable to undocumented immigrants in a PHR was computed by using a formula designed for this report's original 2008 edition, and retained for this 2010 update. Based on the regional distribution of uncompensated care and Emergency Medicaid expenditures, the Central Texas region's share of the state's uncompensated care appeared to be about 40% higher than its share of Emergency Medicaid. Therefore, we estimate that approximately 20% of uncompensated care statewide is accounted for by undocumented immigrants, compared to 14% in the Central Texas region reported in the aforementioned ICC study. In order to account for this difference statewide, the following formula was applied to each specific region. For more information, please see *Analytical Notes* on page 6.

Estimated Statewide Uncompensated Care Attributable To Undocumented Immigrants (20%) x
(Public Health Region's Share of State Emergency Medicaid Expenditures /
Public Health Region's Share of State Uncompensated Care) =
*Estimated Percent of Uncompensated Care Attributed To Undocumented Immigrants in a Public Health Region*

# V – References

American Hospital Association/Texas Department of State Health Services/Texas Hospital Association, 2008. *Cooperative Annual Survey of Hospitals*. Chicago/Austin.

House Bill 1, 80th Legislature, Regular Session, General Appropriations Act, Article II, Health and Human Services, Rider 59: *Report to the United States Congress on Services and Benefits Provided to Undocumented Immigrants*, pp. II-86-87.

Network Sciences, 2008. *Community Health and Social Services Information System* (CHASSIS Software™). Retrieved October 17, 2008, from http://www.netsci.net/chassis.asp.

Texas Comptroller of Public Accounts, 2006. *Special Report: Undocumented Immigrants in Texas, A Financial Analysis of the Impact to the State Budget and Economy*. Publication #96-1224. Retrieved September 6, 2008, from http://www.window.state.tx.us/specialrpt/undocumented/undocumented.pdf.

Texas Health and Human Services Commission, *Medicaid Administrative Data*, Austin.

U.S. Department of Homeland Security, 2007. *Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2006*, Retrieved October 21, 2008, from http://www.dhs.gov/xlibrary/assets/statistics/publications/ill_pe_2006.pdf.

U.S. Department of Commerce, 2007. *American Community Survey* (ACS): *Public Use Microdata Sample* (PUMS), 2006. Washington, D.C.: U.S. Department of Commerce, Bureau of the Census.

# REPORT ON TEXAS HEALTH AND HUMAN SERVICES COMMISSION SERVICES AND BENEFITS PROVIDED TO UNDOCUMENTED IMMIGRANTS

*Update to the Report Required by the*

2008-09 General Appropriations Act,
H.B. 1, 80th Legislature, Regular Session, 2007
(Article II, Health and Human Services Commission, Rider 59)

## FEBRUARY 2013 UPDATE



*Strategic Decision Support*
**Financial Services Division**
**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**

App. 557

# Table of Contents

I     Background ..................................................................................................................3

II    Executive Data Summary .............................................................................................4

III   Analytical Notes ..........................................................................................................5

IV    References ....................................................................................................................9

# I – Background

The 2008-09 General Appropriations Act, H.B. 1, 80th Legislature, Regular Session, 2007 (Article II, Health and Human Services Commission, Rider 59) required the Texas Health and Human Services Commission (HHSC) to report the cost of services and benefits provided by HHSC to undocumented immigrants in the state. Rider 59 also required HHSC to compile these data for each Texas public hospital district facility. This report was originally completed in 2008. Due to numerous requests for related current information, the report was updated in 2010. This report is the second update to that original report. The text of Rider 59 is included below, with the updated data and supporting documentation on subsequent pages.

### Rider 59 — Report to the United States Congress on
### Services and Benefits Provided to Undocumented Immigrants

*The Health and Human Services Commission shall compile a report of the cost of services and benefits provided to undocumented immigrants, with the agency determining the extent to which undocumented immigrants are served by the agency, by individual program. The agency may use a statistical method developed by the agency in cases where it is not practical for the agency to directly determine whether recipients of a service or benefit are undocumented immigrants.*

*The Health and Human Services Commission shall also compile information on this subject from each public hospital district within the state and include this information in the report and shall not enforce Title 8 of the United States Code when compiling information on this subject.*

*The report must be produced using aggregated statistical data that does not contain personally identifiable information. The purpose of compiling this information is to perform analysis to assist the United States Congress and this state in making future health care and budgetary decisions. Information sought for the preparation of this report may not violate any federal or state laws, including rules, regarding privacy.*

*This report shall be provided to the United States Congress by December 1, 2008, and may be used as supporting materials by the State of Texas in requests for additional federal appropriations to assist with these costs.*

*The Health and Human Services Commission or a public hospital district may compile and report the information required by this rider only in a manner the attorney general of this state certifies as consistent with federal law.*

*The Health and Human Services Commission again shall submit the required report to the Lieutenant Governor, Speaker of the House of Representatives, and Members of the Legislature by December 1, 2008, and shall include the information in the agency's annual report for 2008.*

## II – Executive Data Summary

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION SERVICES
AND BENEFITS PROVIDED TO UNDOCUMENTED IMMIGRANTS**

*Estimated cost of services and benefits provided to undocumented immigrants in fiscal year **(FY) 2011***:

(1) Texas Emergency Medicaid — *$71 million*

+

(2) Texas Family Violence Program (FVP) — *$1.28 million*

+

(3) Texas Children's Health Insurance Program (CHIP) Perinatal Coverage — *$35 million*

=

**$107 million**

| Comparison of Estimates in Previous Reports and Current Estimate | | | |
|---|---|---|---|
| | **FY 2007** | **FY 2009** | **FY 2011** |
| (1) Texas Emergency Medicaid | $ 80 million | $ 62 million | $ 71 million |
| (2) Texas Family Violence Program (FVP) | $1.2 million | $1.3 million | $1.28 million |
| (3) Texas Children's Health Insurance Program (CHIP) Perinatal Coverage | N/A* | $ 33 million | $ 35 million |
| **TOTAL TEXAS HEALTH AND HUMAN SERVICES COMMISSION** | **$ 81.2 million** | **$ 96 million** | **$ 107 million** |

*\* Expenditures for CHIP Perinatal Coverage were not included in the original 2008 Rider 59 report since, at the time of its completion, a full year of program data was not available.*

## III – Analytical Notes

### I.    Texas Emergency Medicaid

Emergency Medicaid, Type Program 30 (TP 30), is a federal and state funded program that provides Medicaid coverage, limited to emergency medical conditions including childbirth and labor to non-citizens including undocumented immigrants, living in the United States. Emergency Medicaid is a federally required program.

Three steps are necessary to estimate the cost of services and benefits that HHSC provided to undocumented immigrants: A) Determine total Emergency Medicaid (TP 30) expenditures during fiscal year 2011; B) Estimate the fraction of undocumented non-citizens during this timeframe and amounts expended on this population; and C) Calculate the state share of TP 30 expenditures for the undocumented population.

During fiscal year 2011 payments for Emergency Medicaid, TP 30, were as follows:

— **A** —

**Texas Emergency Medicaid, Type Program 30, Fiscal Year 2011**

|  |  |
|---|---:|
| Inpatient hospital | *$299,203,323* |
| Outpatient hospital | *$24,845,002* |
| Professional and other services | *$16,591,397* |
| Vendor drug | *$93,345* |
| **(A) Total** | **$340,733,067** |

Since HHSC Medicaid claims data do not conclusively identify the legal residency status of immigrants, the portion of the $340.7 million in Emergency Medicaid payments attributable to undocumented immigrants must be estimated.

According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 2.83 million non-citizens resided in Texas in 2011. The Department of Homeland Security reports that 1.79 million, or 63 percent, of these residents were undocumented. Therefore, the estimated amount paid for Emergency Medicaid services to undocumented immigrants residing in Texas is about $215 million:

## III – Analytical Notes (*Continued*)

— B —

**(A)** Texas Emergency Medicaid *($341 million)*

x

Estimated Percent of Non-Citizens Who Are Undocumented Immigrants *(63%)*

=

**(B₁) $215 million**

The state shares the cost of the Medicaid program with the federal government, with Texas typically paying about 40 percent of Emergency Medicaid expenditures. However, in fiscal year 2009, due to provisions of the American Recovery and Reinvestment Act of 2009 (ARRA), the federal government temporarily increased its share of Medicaid expenditures to 68 percent, leaving the state with a 32 percent share. In fiscal year 2011, Texas' share of Medicaid expenditures increased to 33 percent **(B₂)**. Therefore, the total estimated state cost for Emergency Medicaid services provided to undocumented immigrants residing in Texas in fiscal year 2011 was about $71 million**.**

— C —

**(B₁)** Estimated Texas Emergency Medicaid for Undocumented
Immigrants Residing in Texas (*$215 million*)

x

**(B₂)** Texas Share of Medicaid Cost under ARRA *(33%)*

=

**$71 million**

| **Comparison of Estimates in Previous Reports and Current Estimate** | | | |
|---|---|---|---|
| | **FY 2007** | **FY 2009** | **FY 2011** |
| Inpatient hospital | $252,300,000 | $275,010,314 | $299,203,323 |
| Outpatient hospital | $11,200,000 | $13,248,238 | $24,845,002 |
| Professional and other services | $53,700,000 | $20,778,110 | $16,591,396 |
| Vendor Drug | $124,500 | $159,096 | $93,345 |
| **(A)** Sum of Expenditures | $317,324,500 | $309,195,758 | $340,733,067 |
|    **(B₁)** Estimated amount paid for services to undocumented immigrants | $ 200 million | $ 194.8 million | $ 215 million |
|    **(B₂)** Texas' share of TP 30 expenditures | 40% | 32% | 33% |
| **(C) TEXAS' SHARE OF EXPENDITURES** | **$ 80 million** | **$ 62 million** | **$ 71 million** |

## III – Analytical Notes (*Continued*)

2.  **Texas Family Violence Program**

The Texas Family Violence Program (FVP) contracts with non-profit agencies in three categories (shelter centers, non-residential centers, and special non-residential projects [SNRPs]) across the state to provide essential services to victims of family violence. Core FVP services include shelter, 24-hour hotlines, emergency medical services, counseling, etc. In fiscal year 2011, the FVP funded 70 non-profit family violence shelters, 10 non-residential centers, and 16 SNRPs, providing comprehensive family violence services to victims, with a total budget of $23,682,177. State general revenue and Temporary Assistance for Needy Families (TANF) converted to Title XX accounted for about $18 million ($18,281,411) of the program's total spending for direct services. Services are provided without any financial eligibility testing and are free of charge.

The FVP does not ask victims of family violence about their residency status. Therefore, the portion of the $18 million in FVP expenditures attributable to undocumented immigrants must be estimated. According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 25.7 million individuals resided in Texas in 2011. The Department of Homeland Security reports that 1.79 million, or 7 percent, of these residents were undocumented. The total estimated state cost for direct FVP services to undocumented immigrants in fiscal year 2011 was:

Texas Family Violence Program budget *($18 million)*
**x**
Estimated Percent of Undocumented Immigrants in Texas *(7%)*
=
**$1.28 million**

| Comparison of Estimates in Previous Reports and Current Estimate | | | |
|---|---|---|---|
| | **SFY 2007** | **SFY 2009** | **SFY 2011** |
| Texas Family Violence Program budget | $ 16.8 million | $ 19 million | $ 18 million |
| **ESTIMATED COSTS FOR DIRECT FVP SERVICES TO UNDOCUMENTED IMMIGRANTS** | $1.2 million | $1.3 million | $1.28 million |

## III – Analytical Notes (*Continued*)

### 3.  Texas Children's Health Insurance Program (CHIP) Perinatal Coverage

Texas CHIP Perinatal Coverage provides prenatal care to low-income women living at up to 200% of the Federal Poverty Level (FPL) who do not otherwise qualify for Medicaid, typically due to their citizenship status. Nearly all CHIP Perinatal Coverage enrollees are either documented or undocumented non-citizens. Since this program does not require citizenship documentation, there is no way to definitively report the number of undocumented immigrants served. Therefore, the portion of the $201 million in CHIP Perinatal Coverage expenditures (which represents prenatal services only) in fiscal year 2011 attributable to undocumented immigrants must be estimated. Note: CHIP Perinatal Coverage expenditures were not included in the original Rider 59 report since, at the time of its completion, a full year of program data was not available.

According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 2.83 million non-citizens resided in Texas in 2011. The Department of Homeland Security reports that 1.79 million, or 63 percent, of these residents were undocumented. Therefore, this brings the estimated amount paid for Texas CHIP Perinatal Coverage services to undocumented immigrants residing in Texas for fiscal year 2011 to about $127 million:

Texas CHIP Perinatal Coverage budget *($201 million)*
**x**
Estimated Percent of Non-Citizens Who Are Undocumented Immigrants *(63%)*
=
**$127 million**

The state shares the cost of the CHIP program with the federal government.  Texas typically pays about 28 percent of expenditures. Therefore, the total estimated state cost for CHIP Perinatal Coverage to undocumented immigrants residing in Texas in fiscal year 2011 was about $35 million**.**

Estimated CHIP Perinatal Coverage for Undocumented
Immigrants Residing in Texas (*$127 million*)
**x**
Texas Share of CHIP Expenditures *(28%)*
=
**$35 million**

| Comparison of Estimates in Previous Reports and Current Estimate | | | |
|---|---|---|---|
| | FY 2007 | FY 2009 | FY 2011 |
| Texas CHIP Perinatal Coverage budget | * | $ 188 million | $ 201 million |
| Estimated amount paid for services to undocumented immigrants | * | $ 118 million | $ 127 million |
| **Texas' share of the expenditures** | * | **$ 33 million** | **$ 35 million** |

*\* Expenditures for CHIP Perinatal Coverage were not included in the original 2008 Rider 59 report since, at the time of its completion, a full year of program data was not available.*

## IV – References

The 2008-09 General Appropriations Act, H.B. 1, 80th Legislature, Regular Session, 2007 (Article II, Health and Human Services Commission, Rider 59).

Texas Comptroller of Public Accounts, 2006. *Special Report: Undocumented Immigrants in Texas, A Financial Analysis of the Impact to the State Budget and Economy*. Publication #96-1224. Retrieved September 6, 2008, from http://www.window.state.tx.us/specialrpt/undocumented/undocumented.pdf.

Texas Health and Human Services Commission, *Medicaid Administrative Data*, Austin.

U.S. Department of Homeland Security. *Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2011*. Retrieved from:
`http://www.dhs.gov/xlibrary/assets/statistics/publications/ois_ill_pe_2011.pdf`
Date of publication: March 2012.

U.S. Department of Commerce. *American Community Survey (ACS); Public Use Microdata Sample (PUMS) for 2011*. Washington, D.C.:  U.S. Census Bureau. Date of publication: October 2012.

# REPORT ON TEXAS HEALTH AND HUMAN SERVICES COMMISSION SERVICES AND BENEFITS PROVIDED TO UNDOCUMENTED IMMIGRANTS

*Update to the Report Required by the*

2008-09 General Appropriations Act,
H.B. 1, 80th Legislature, Regular Session, 2007
(Article II, Health and Human Services Commission, Rider 59)

## DECEMBER 2014 UPDATE



***Strategic Decision Support***
**Financial Services Division**
**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**

**App. 566**

# Table of Contents

I     Background..................................................................................................................3

II    Executive Data Summary...........................................................................................4

III   Analytical Notes........................................................................................................5

IV    References .................................................................................................................9

# I – Background

The 2008-09 General Appropriations Act, H.B. 1, 80th Legislature, Regular Session, 2007 (Article II, Health and Human Services Commission, Rider 59) required the Texas Health and Human Services Commission (HHSC) to report the cost of services and benefits provided by HHSC to undocumented immigrants in the state. This report was originally completed in 2008. Due to numerous requests for related current information, the report was updated in 2010 and 2012. This report is the third update to the original report. The text of Rider 59 is included below, with the updated data and supporting documentation on subsequent pages.

### Rider 59 — Report to the United States Congress on
### Services and Benefits Provided to Undocumented Immigrants

*The Health and Human Services Commission shall compile a report of the cost of services and benefits provided to undocumented immigrants, with the agency determining the extent to which undocumented immigrants are served by the agency, by individual program. The agency may use a statistical method developed by the agency in cases where it is not practical for the agency to directly determine whether recipients of a service or benefit are undocumented immigrants.*

*The Health and Human Services Commission shall also compile information on this subject from each public hospital district within the state and include this information in the report and shall not enforce Title 8 of the United States Code when compiling information on this subject.*

*The report must be produced using aggregated statistical data that does not contain personally identifiable information. The purpose of compiling this information is to perform analysis to assist the United States Congress and this state in making future health care and budgetary decisions. Information sought for the preparation of this report may not violate any federal or state laws, including rules, regarding privacy.*

*This report shall be provided to the United States Congress by December 1, 2008, and may be used as supporting materials by the State of Texas in requests for additional federal appropriations to assist with these costs.*

*The Health and Human Services Commission or a public hospital district may compile and report the information required by this rider only in a manner the attorney general of this state certifies as consistent with federal law.*

*The Health and Human Services Commission again shall submit the required report to the Lieutenant Governor, Speaker of the House of Representatives, and Members of the Legislature by December 1, 2008, and shall include the information in the agency's annual report for 2008.*

## II – Executive Data Summary

## TEXAS HEALTH AND HUMAN SERVICES COMMISSION SERVICES AND BENEFITS PROVIDED TO UNDOCUMENTED IMMIGRANTS

*Estimated cost of services and benefits provided to undocumented immigrants in fiscal year **(FY) 2013***:

(1) Texas Emergency Medicaid — *$90 million*

+

(2) Texas Family Violence Program (FVP) — *$1.4 million*

+

(3) Texas Children's Health Insurance Program (CHIP) Perinatal Coverage — *$38 million*

=

**$129 million**

| Comparison of Estimates in Previous Reports and Current Estimate | | | | |
|---|---|---|---|---|
| | **FY 2007** | **FY 2009** | **FY 2011** | **FY 2013** |
| (1) Texas Emergency Medicaid | $ 80 million | $ 62 million | $ 71 million | $ 90 million |
| (2) Texas Family Violence Program (FVP) | $1.2 million | $1.3 million | $1.3 million | $1.4 million |
| (3) Texas Children's Health Insurance Program (CHIP) | N/A* | $ 33 million | $ 35 million | $ 38 million |
| Perinatal Coverage | | | | |
| **TOTAL TEXAS HEALTH AND HUMAN SERVICES COMMISSION** | **$ 81 million** | **$ 96 million** | **$ 107 million** | **$ 129 million** |

*\* Expenditures for CHIP Perinatal Coverage were not included in the original 2008 Rider 59 report since, at the time of its completion, a full year of program data was not available.*

# III – Analytical Notes

### 1.   Texas Emergency Medicaid

Emergency Medicaid, Type Program 30 (TP 30), is a federal and state funded program that provides Medicaid coverage, limited to emergency medical conditions including childbirth and labor to non-citizens including undocumented immigrants, living in the United States. Emergency Medicaid is a federally required program.

Three steps are necessary to estimate the cost of services and benefits that HHSC provided to undocumented immigrants: A) Determine total Emergency Medicaid (TP 30) expenditures during fiscal year 2013; B) Estimate the fraction of undocumented non-citizens during this timeframe and amounts expended on this population; and C) Calculate the state share of TP 30 expenditures for the undocumented population.

During fiscal year 2013 payments for Emergency Medicaid, TP 30, were as follows:

— **A** —

**Texas Emergency Medicaid, Type Program 30, Fiscal Year 2013**

| | |
|---|---:|
| Inpatient hospital | *$299,447,148* |
| Outpatient hospital | *$26,084,046* |
| Professional and other services | *$19,043,497* |
| Vendor drug | *$97,954* |
| **(A) Total** | **$337,672,645** |

Since HHSC Medicaid claims data do not conclusively identify the legal residency status of immigrants, the portion of the $337.7 million in Emergency Medicaid payments attributable to undocumented immigrants must be estimated.

According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 2.87 million non-citizens resided in Texas in 2013. HHSC Strategic Decision Support estimates based on 2012 Department of Homeland Security reports, that in 2013 1.88 million, or 65.5 percent, of these residents were undocumented. Therefore, the estimated amount paid for Emergency Medicaid services to undocumented immigrants residing in Texas is about $221 million:

## III – Analytical Notes (*Continued*)

— **B** —

**(A)** Texas Emergency Medicaid *($337.7 million)*
x
Estimated Percent of Non-Citizens Who Are Undocumented Immigrants *(65.5%)*
=
**(B$_1$) $221 million**

The state shares the cost of the Medicaid program with the federal government, with Texas typically paying about 40 percent of Emergency Medicaid expenditures. However, in fiscal year 2009, due to provisions of the American Recovery and Reinvestment Act of 2009 (ARRA), the federal government temporarily increased its share of Medicaid expenditures to 68 percent, leaving the state with a 32 percent share. In fiscal year 2011, Texas' share of Medicaid expenditures increased to 33 percent.  Texas' share for 2013 increased to pre ARRA levels (to approximately 41%) in 2013 (**B$_2$**). Therefore, the total estimated state cost for Emergency Medicaid services provided to undocumented immigrants residing in Texas in fiscal year 2013 was about $90 million**.**

— **C** —

**(B$_1$)** Estimated Texas Emergency Medicaid for Undocumented
Immigrants Residing in Texas *($221 million)*
x
**(B$_2$)** Texas Share of Medicaid Cost *(40.79%)*
=
**$90 million**

| Comparison of Estimates in Previous Reports and Current Estimate | | | | |
|---|---|---|---|---|
| | **FY 2007** | **FY 2009** | **FY 2011** | **FY 2013** |
| Inpatient hospital | $252,300,000 | $275,010,314 | $299,203,323 | $299,447,148 |
| Outpatient hospital | $11,200,000 | $13,248,238 | $24,845,002 | $26,084,046 |
| Professional and other services | $53,700,000 | $20,778,110 | $16,591,396 | $19,043,497 |
| Vendor Drug | $124,500 | $159,096 | $93,345 | $97,954 |
| **(A)** Sum of Expenditures | $317,324,500 | $309,195,758 | $340,733,067 | $337,672,645 |
| **(B$_1$)** Estimated amount paid for services to undocumented immigrants | $ 200 million | $ 195 million | $ 215 million | $ 221 million |
| **(B$_2$)** Texas' share of TP 30 expenditures* | 39.23% | 31.74% | 32.68% | 40.79% |
| **(C) TEXAS' SHARE OF EXPENDITURES** | $ 80 million | $ 62 million | $ 71 million | $ 90 million |

*FY 2009 and 2011 represent years for which the Federal ARRA program reduced Texas' share of CHIP payments.

## III – Analytical Notes (*Continued*)

### 2.   Texas Family Violence Program

The Texas Family Violence Program (FVP) contracts with non-profit agencies in three categories (shelter centers, non-residential centers, and Special Nonresidential Projects [SNRPs]) across the state to provide essential services to victims of family violence. Core FVP services include shelter, 24-hour hotlines, emergency medical services, counseling, etc. In fiscal year 2013, the FVP funded 70 non-profit family violence shelters, 10 non-residential centers, and 16 SNRPs, providing comprehensive family violence services to victims, with a total budget of $25,484,083. State general revenue and Temporary Assistance for Needy Families (TANF) converted to Title XX accounted for about $20 million ($20,139,326) of the program's total spending for direct services. Services are provided without any financial eligibility testing and are free of charge.

The FVP does not ask victims of family violence about their residency status. Therefore, the portion of the $20 million in FVP expenditures attributable to undocumented immigrants must be estimated. According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 26.4 million individuals resided in Texas in 2013. HHSC Strategic Decision Support estimates based on 2012 Department of Homeland Security reports, that in 2013 1.88, or 7.1 percent, of these residents were undocumented. The total estimated state cost for direct FVP services to undocumented immigrants in fiscal year 2013 was:

Texas Family Violence Program budget *($20 million)*
x
Estimated Percent of Undocumented Immigrants in Texas *(7.1%)*
=
**$1.4 million**

| Comparison of Estimates in Previous Reports and Current Estimate | | | | |
|---|---|---|---|---|
| | **SFY 2007** | **SFY 2009** | **SFY 2011** | **SFY 2013** |
| Texas Family Violence Program budget | $ 17 million | $ 19 million | $ 18 million | $ 20 million |
| **ESTIMATED COSTS FOR DIRECT FVP SERVICES TO UNDOCUMENTED IMMIGRANTS** | **$1.2 million** | **$1.3 million** | **$1.3 million** | **$1.4 million** |

## III – Analytical Notes (*Continued*)

### 3.  Texas Children's Health Insurance Program (CHIP) Perinatal Coverage

Texas CHIP Perinatal Coverage provides prenatal care to low-income women living at up to 200% of the Federal Poverty Level (FPL) who do not otherwise qualify for Medicaid, typically due to their citizenship status. Nearly all CHIP Perinatal Coverage enrollees are either documented or undocumented non-citizens. Since this program does not require citizenship documentation, there is no way to definitively report the number of undocumented immigrants served. Therefore, the portion of the $204 million in CHIP Perinatal Coverage expenditures (which represents prenatal services only) in fiscal year 2013 attributable to undocumented immigrants must be estimated. Note: CHIP Perinatal Coverage expenditures were not included in the original Rider 59 report since, at the time of its completion, a full year of program data was not available.

According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 2.87 million non-citizens resided in Texas in 2013. HHSC Strategic Decision Support estimates based on 2012 Department of Homeland Security reports, that in 2013 1.88, or 65.5 percent, of these residents were undocumented. Therefore, this brings the estimated amount paid for Texas CHIP Perinatal Coverage services to undocumented immigrants residing in Texas for fiscal year 2013 to about $134 million:

Texas CHIP Perinatal Coverage Expenditures (*$204 million*)

**x**

Estimated Percent of Non-Citizens Who Are Undocumented Immigrants (*65.5%*)

=

**$134 million**

The state shares the cost of the CHIP program with the federal government.  Texas typically pays about 28.5 percent of expenditures. Therefore, the total estimated state cost for CHIP Perinatal Coverage to undocumented immigrants residing in Texas in fiscal year 2013 was about $38 million**.**

Estimated CHIP Perinatal Coverage for Undocumented
Immigrants Residing in Texas (*$134 million*)

**x**

Texas Share of CHIP Expenditures (*28.5%*)

=

**$38 million**

| Comparison of Estimates in Previous Reports and Current Estimate | | | | |
|---|---|---|---|---|
| | **FY 2007** | **FY 2009** | **FY 2011** | **FY 2013** |
| Texas CHIP Perinatal Coverage expenditures | * | $ 188 million | $ 201 million | $ 204 million |
| Estimated amount paid for services to undocumented immigrants | * | $ 118 million | $ 127 million | $ 134 million |
| **Texas' share of the expenditures** | * | **$ 33 million** | **$ 35 million** | **$ 38 million** |

*\* Expenditures for CHIP Perinatal Coverage were not included in the original 2008 Rider 59 report since, at the time of its completion, a full year of program data was not available.*

# IV – References

The 2008-09 General Appropriations Act, H.B. 1, 80th Legislature, Regular Session, 2007 (Article II, Health and Human Services Commission, Rider 59).

Texas Health and Human Services Commission, *Medicaid Administrative Data*, Austin.

U.S. Department of Homeland Security, Office of Immigration Statistics, Policy Directory: "Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2012". Original Date of Publication March 2013.

U.S. Census Bureau. American Community Survey for Texas: Public Use Micro Data Sample Files for 2012.

U.S. Census Bureau. American Community Survey for Texas: Public Use Micro Data Sample Files for 2013.

# Report on Texas Health and Human Services Commission Services and Benefits Provided to Undocumented Immigrants

## Update to the Report Required by
## Rider 59, H. B.  1,
## 80th Legislature,
## Regular Session, 2007



Center for Analytics and Decision Support ◆ Policy and Performance Division

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**

March 2017

## Table of Contents

I        Background ...................................................................................................................3

II       Executive Data Summary ...........................................................................................4

III      Analytical Notes..........................................................................................................5

IV      References ..................................................................................................................10

# I – Background

As required by the 2008-09 General Appropriations Act, H.B. 1, 80th Legislature, Regular Session, 2007 (Article II, Health and Human Services Commission, Rider 59) required the Texas Health and Human Services Commission (HHSC) to prepare a report indicating the cost of services and benefits provided by HHSC to undocumented immigrants in the state. This report was originally completed in 2008. Due to numerous requests for related current information, the report was updated in each subsequent biennium. This report is the fourth update to the original report. The text of Rider 59 is included below, with the updated data and supporting documentation on subsequent pages.

## Rider 59 — Report to the United States Congress on
## Services and Benefits Provided to Undocumented Immigrants

The Health and Human Services Commission shall compile a report of the cost of services and benefits provided to undocumented immigrants, with the agency determining the extent to which undocumented immigrants are served by the agency and by individual program. The agency may use a statistical method developed by the agency in cases where it is not practical for the agency to directly determine whether recipients of a service or benefit are undocumented immigrants.

The Health and Human Services Commission shall also compile information on this subject from each public hospital district within the state and include this information in the report and shall not enforce Title 8 of the United States Code when compiling information on this subject.

The report must be produced using aggregated statistical data that does not contain personally identifiable information. The purpose of compiling this information is to perform analysis to assist the United States Congress and this state in making future health care and budgetary decisions. Information sought for the preparation of this report may not violate any federal or state laws, including rules, regarding privacy.

This report shall be provided to the United States Congress by December 1, 2008, and may be used as supporting materials by the State of Texas in requests for additional federal appropriations to assist with these costs.

The Health and Human Services Commission or a public hospital district may compile and report the information required by this rider only in a manner the attorney general of this state certifies as consistent with federal law.

The Health and Human Services Commission again shall submit the required report to the Lieutenant Governor, Speaker of the House of Representatives, and Members of the Legislature by December 1, 2008, and shall include the information in the agency's annual report for 2008.

## II – Executive Data Summary

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION
SERVICES AND BENEFITS PROVIDED TO UNDOCUMENTED IMMIGRANTS**

Estimated cost of services and benefits provided to undocumented immigrants in fiscal year 2015:

(1) Texas Emergency Medicaid — $73 million

+

(2) Texas Family Violence Program (FVP) — $1.0 million

+

(3) Texas Children's Health Insurance Program (CHIP) Perinatal Coverage — $30 million

=

**<u>$104 million</u>**

**Comparison of Estimates in Previous Reports and Current Estimate (in millions)**

| Program | FY 2007 | FY 2009 | FY 2011 | FY 2013 | FY 2015 |
|---|---|---|---|---|---|
| (1) Texas Emergency Medicaid | $80 | $62 | $71 | $90 | $73 |
| (2) Texas Family Violence Program | $1.2 | $1.3 | $1.3 | $1.4 | $1.0 |
| (3) Texas Children's Health Insurance Program Perinatal Coverage | N/A* | $33 | $35 | $38 | $30 |
| **TOTAL TEXAS HEALTH AND HUMAN SERVICES COMMISSION** | **$81** | **$96** | **$107** | **$129** | **$104** |

\* Expenditures for CHIP Perinatal Coverage were not included in the original 2008 Rider 59 report since, at the time of its completion, a full year of program data was not available.

# III – Analytical Notes

### 1.   Undocumented Immigrant Estimates

For past reports, HHSC has relied on 2 separate sources of official federal government data to develop in-house estimates of the percent of Texas residents that are undocumented immigrants:

- The Texas-specific sample of the U.S. Census Bureau's American Community Survey (ACS), and;
- The Office of Immigration Statistics of the U.S. Department of Homeland Security (DHS).

The ACS provides direct (large survey-based) annual estimates of the total population in Texas according to U.S. citizen status (citizen versus non-citizen).  However, the estimate of non-U.S. citizens is not broken down according to documented/undocumented status. The most recent available estimate is 2015.

In contrast, DHS uses ACS and additional data taken from administrative records to estimate the number and percent of undocumented non-citizens. The estimates are calculated for the U.S. as a whole and for some of the larger states, including Texas.   The last available DHS estimates and reports were published in March 2013 for January 2012. No updates have been provided since then.

Before DHS suspended the publication of its estimates, HHSC derived its estimate by taking DHS's estimate for total undocumented immigrants in Texas and dividing it by the ACS estimate for total non-U.S. citizens in the state. This would result in the HHSC estimate of the proportion/percent of undocumented non-U.S. citizens in Texas.

With the indefinite suspension of DHS's reports, the ACS has become the most reliable source of official federal government data on the number of non-U.S. citizens in Texas.

In an attempt to avoid making uninformed estimates, and considering the historical record, HHSC opted to assume a conservative approach that presently no less than 50% of non-U.S. citizens residing in Texas are undocumented. Although the estimate is not as high as the former DHS method, and no other 'exact estimate' currently exists, given recent migration trends it's unlikely that the current estimate would be less than 50%.

### 2.   Texas Emergency Medicaid

Emergency Medicaid, Type Program 30 (TP 30), is a federal and state funded program that provides Medicaid coverage, limited to emergency medical conditions including childbirth and labor to non-citizens including undocumented immigrants, living in the United States. Emergency Medicaid is a federally required program.

Three steps are necessary to estimate the cost of services and benefits that the Texas Health and Human Services Commission (HHSC) provided to undocumented immigrants: A) Determine total Emergency Medicaid (TP 30) expenditures during fiscal year 2015; B) Estimate the fraction of undocumented non-citizens during this timeframe and amounts expended on this population; and C) Calculate the state share of TP 30 expenditures for the undocumented population.

During fiscal year 2015 payments for Emergency Medicaid, TP 30, were as follows:

— **A** —

**Texas Emergency Medicaid, Type Program 30, Fiscal Year 2015**

| | |
|---|---|
| Inpatient hospital | $303,177,586 |
| Outpatient hospital | $25,110,412 |
| Professional and other services | $21,105,306 |
| Vendor drug | $112,961 |
| **(A) Total** | **$349,506,265** |

Since HHSC Medicaid claims data do not conclusively identify the legal residency status of immigrants, the portion of the $349.5 million in Emergency Medicaid payments attributable to undocumented immigrants must be estimated.

According to the U.S. Census Bureau's *American Community Survey* (ACS) for Texas, approximately 2.96 million non-citizens resided in Texas in 2015. The HHSC's Center for Analytics and Decision Support (CADS) estimates that no less than 50 percent of these residents (1.48 million) were undocumented. Therefore, the estimated amount paid for Emergency Medicaid services to undocumented immigrants residing in Texas is about $174.8 million.

**App. 580**

## III – Analytical Notes (*Continued*)

— B —

(A) Texas Emergency Medicaid ($349.5 million)

x

Estimated Percent of Non-Citizens Who Are Undocumented Immigrants (50 percent)

=

(B₁) $175 million

The state shares the cost of the Medicaid program with the federal government, with Texas typically paying about 40 percent of Emergency Medicaid expenditures.  However, in fiscal year 2009, due to provisions of the American Recovery and Reinvestment Act of 2009 (ARRA), the federal government temporarily increased its share of Medicaid expenditures to 68 percent, leaving the state with a 32 percent share. In fiscal year 2011, Texas' share of Medicaid expenditures increased to 33 percent.  Texas' share for 2013 increased to pre ARRA levels (to approximately 41 percent) in 2013.  In 2015, Texas's share of Medicaid program costs was 41.90 percent (B₂).  Therefore, the total estimated state cost for Emergency Medicaid services provided to undocumented immigrants residing in Texas in fiscal year 2015 was about $73 million.

— C —

(B₁) Estimated Texas Emergency Medicaid for Undocumented
Immigrants Residing in Texas ($175 million)

x

(B₂) Texas Share of Medicaid Cost (41.90 percent)

=

**$73 million**

### Comparison of Estimates in Previous Reports and Current Estimate

| Expenditures | FY 2007 | FY 2009 | FY 2011 | FY 2013 | FY 2015 |
|---|---|---|---|---|---|
| Inpatient hospital | $252,300,000 | $275,010,314 | $299,203,323 | $299,447,148 | $303,177,586 |
| Outpatient hospital | $11,200,000 | $13,248,238 | $24,845,002 | $26,084,046 | $25,110,412 |
| Professional and other services | $53,700,000 | $20,778,110 | $16,591,396 | $19,043,497 | $21,105,306 |
| Vendor Drug | $124,500 | $159,096 | $93,345 | $97,954 | $112,961 |
| (A) Sum of Expenditures | $317,324,500 | $309,195,758 | $340,733,067 | $337,672,645 | $349,506,265 |
| (B₁) Estimated amount paid for services to undocumented immigrants | $200 million | $195 million | $215 million | $221 million | $175 million |
| (B₂) Texas' share of TP 30 expenditures* | 39.23% | 31.74% | 32.68% | 40.79% | 41.90% |
| **(C) TEXAS' SHARE OF EXPENDITURES** | **$80 million** | **$62 million** | **$71 million** | **$90 million** | **$73 million** |

*FY 2009 and 2011 represent years for which the Federal ARRA program reduced Texas' share of Medicaid payments.

## III – Analytical Notes (*Continued*)

### 3.   Texas Family Violence Program

The Texas Family Violence Program (FVP) provides emergency support and prevention services for survivors of family violence and their children through shelter, nonresidential and special nonresidential project contracts with local community and faith-based nonprofit organizations.  The FVP contracted family violence centers provide comprehensive services which includes: 24-hour emergency shelter and crisis hotline services, referrals to existing community services and employment resources, emergency medical care and transportation, crisis intervention for adults and children, educational arrangements for children, and legal advocacy in civil and criminal justice system.  In fiscal year 2015, the FVP funded 71 non-profit family violence shelters, 10 non-residential centers, 28 special nonresidential projects, and 17 exceptional item funding projects, providing comprehensive family violence services to victims, with a total budget of $27,360,863.

State general revenue and Temporary Assistance for Needy Families (TANF) converted to Title XX accounted for about $19 million ($18,548,732) of the program's total spending for direct services. Services are provided without any financial eligibility testing and are free of charge.

The FVP does not screen family violence clients for residency status data.  Therefore, the portion of the $19 million TANF to Title XX funds in Family Violence expenditures attributable to undocumented immigrants must be estimated.  According to the U.S. Census Bureau's ACS for Texas, approximately 27.5 million individuals resided in Texas in 2015.  This total includes 2.96 million non U.S. Citizens.

The HHSC's CADS estimates that at least half or 1.48 million of the non U.S. Citizens were undocumented.   Based on this estimate, 5.4 percent of the total population of 27.5 million in 2015 were undocumented.  The total estimated state cost for direct FVP services to undocumented immigrants residing in Texas in fiscal year 2015 was about $1 million.

Texas Family Violence Program Expenditures ($19 million)
**x**
Estimated Percent of Undocumented Immigrants in Texas (5.4 percent)
=
**$1.0 million**

### Comparison of Estimates in Previous Reports and Current Estimate (in millions)

| Expenditures | FY 2007 | FY 2009 | FY 2011 | FY 2013 | FY 2015 |
|---|---|---|---|---|---|
| Texas Family Violence Program expenditures | $17 | $19 | $18 | $20 | $19 |
| **ESTIMATED COSTS FOR DIRECT FVP SERVICES TO UNDOCUMENTED IMMIGRANTS** | **$1.2** | **$1.3** | **$1.3** | **$1.4** | **$1.0** |

## III – Analytical Notes (*Continued*)

### 4.   Texas Children's Health Insurance Program Perinatal Coverage

The Texas Children's Health Insurance Program (CHIP) Perinatal Coverage provides prenatal care to low-income women living at up to 200 percent of the Federal Poverty Level who do not otherwise qualify for Medicaid, typically due to their citizenship status.  Nearly all CHIP Perinatal Coverage enrollees are either documented or undocumented non-citizens.  Since this program does not require citizenship documentation, there is no way to definitively report the number of undocumented immigrants served.  Therefore, the portion of the $202.6 million in CHIP Perinatal Coverage expenditures (which represents prenatal services only) in fiscal year 2015 attributable to undocumented immigrants must be estimated.  Note: CHIP Perinatal Coverage expenditures were not included in the original Rider 59 report since, at the time of its completion, a full year of program data was not available.

According to the U.S. Census Bureau's ACS for Texas, approximately 2.96 million non-citizens resided in Texas in 2015.  The HHSC's CADS estimates that no less than 50 percent of these residents, or no less than 1.48 million were undocumented.  Therefore, this brings the estimated amount paid for Texas CHIP Perinatal Coverage services to undocumented immigrants residing in Texas for fiscal year 2015 to about $101.5 million.

Texas CHIP Perinatal Coverage Expenditures ($202.6 million)
x
Estimated Percent of Non-Citizens Who Are Undocumented Immigrants (50 percent)
=
**$101 million**

The state shares the cost of the CHIP program with the federal government.  Texas pays about 29.32 percent of expenditures.  Therefore, the total estimated state cost for CHIP Perinatal Coverage to undocumented immigrants residing in Texas in fiscal year 2015 was about $30 million**.**

Estimated CHIP Perinatal Coverage for Undocumented
Immigrants Residing in Texas ($101 million)
x
Texas Share of CHIP Expenditures (29.32 percent)
=
**$30 million**

### Comparison of Estimates in Previous Reports and Current Estimate (in millions)

| Expenditures | FY 2007 | FY 2009 | FY 2011 | FY 2013 | FY 2015 |
|---|---|---|---|---|---|
| Texas CHIP Perinatal Coverage expenditures | * | $188 | $201 | $204 | $203 |
| Estimated amount paid for services to undocumented immigrants | * | $118 | $127 | $134 | $101 |
| **TEXAS' SHARE OF THE EXPENDITURES** | * | **$33** | **$35** | **$38** | **$30** |

* Expenditures for CHIP Perinatal Coverage were not included in the original 2008 Rider 59 report since, at the time of its completion, a full year of program data was not available.

**App. 583**

## IV – References

The 2008-09 General Appropriations Act, H.B. 1, 80th Legislature, Regular Session, 2007 (Article II, Health and Human Services Commission, Rider 59).

Texas Health and Human Services Commission, *Medicaid Administrative Data*, Austin.

U.S. Department of Homeland Security, Office of Immigration Statistics, Policy Directory: "Estimates of the Unauthorized Immigrant Population Residing in the United States: January 2012." Original Date of Publication March 2013.

U.S. Census Bureau. American Community Survey for Texas: Public Use Micro Data Sample Files for 2012.

U.S. Census Bureau. American Community Survey for Texas: Public Use Micro Data Sample Files for 2013.

U.S. Census Bureau. American Community Survey for Texas: Public Use Micro Data Sample Files for 2015.