App. 624

# Exhibit 31

# Results from Tom K. Wong[1] et al., 2017 National DACA Study

Survey fielded 8/1/2017 to 8/20/2017
$n$ = 3,063

| | | |
|---:|:---:|---:|
| Methodology | …………………………… | 1 |
| Economic Integration | …………………………… | 2-5 |
| Education | …………………………… | 6-7 |
| Inclusion and Belonging | …………………………… | 8-10 |
| DACA Post-November 2016 | …………………………… | 11-14 |
| Applying/Renewing DACA | …………………………… | 15-17 |

---

[1] Tom K. Wong is associate professor of political science at the University of California, San Diego. tomkwong@ucsd.edu

**Methodology**

The questionnaire was administered to an online panel of DACA recipients recruited by the partner organizations. Several steps were taken to account for the known sources of bias that result from such online panels. To prevent ballot stuffing—one person submitting multiple responses—the authors did not offer an incentive to respondents for taking the questionnaire and used a state-of-the-art online survey platform that does not allow one IP address to submit multiple responses. To prevent spoiled ballots—meaning people responding who are not undocumented—the authors used a unique validation test for undocumented status. Multiple questions were asked about each respondent's migratory history. These questions were asked at different parts of the questionnaire. When repeated, the questions were posed using different wording. If there was agreement in the answers such that there was consistency regarding the respondent's migratory history, the respondent was kept in the resulting pool of respondents. If not, the respondent was excluded. In order to recruit respondents outside of the networks of the partner organizations, Facebook ads were also used. Because there is no phone book of undocumented immigrants, and given the nature of online opt-in surveys, it is not possible to construct a valid margin of error.

- 13 -

**How likely are you to leave the country if DACA ends?**
($n = 3,063$)

| | |
|---|---|
| Very likely | 9.8% |
| Likely | 12.5% |
| Neither likely nor unlikely | 27.1% |
| Unlikely | 18.2% |
| Very unlikely | 31.5% |
| No response | 0.8% |
| | |
| Likely/very likely | 22.3% |

Note: percentages may not sum to 100 due to rounding.

**If DACA ends, would you be willing to participate in protest actions (e.g., rallies, marches, and demonstrations)?**
($n = 3,063$)

| | |
|---|---|
| Yes | 84.9% |
| No | 12.9% |
| No response | 2.1% |

Note: percentages may not sum to 100 due to rounding.

**If DACA ends, would you be willing to engage in civil disobedience?**
($n = 3,063$)

| | |
|---|---|
| Yes | 34.6% |
| No | 60.7% |
| No response | 4.7% |

Note: percentages may not sum to 100 due to rounding.

**App. 627**