# Exhibit 33

| | |
|---|---|
| **From:** | Lee, Tyronda E |
| **Sent:** | Tuesday, May 8, 2018 12:09:41 PM |
| **To:** | Robinson, Brandon M; Holmes-Okeawolam, Malethea S; Liu, Jerry |
| **CC:** | Umoru, Victoria E; Garon, Michielle S; Nunez, Rosalba |
| **Subject:** | RE: DACA Discretionary Denials |

Good morning Brandon,

I have confirmed with TSC's DACA Supervisory POC that to the best of our knowledge TSC has not issued a DACA denial purely on discretion when all other DACA guidelines have been met.

Tyronda Lee, Section Chief

Texas Service Center | U.S. Citizenship and Immigration Services | Security and Fraud Team

Office: 214-962-███ | Cell: 281-513-███ Locator: 7-5N-561

CONFIDENTIALITY NOTICE: The information contained in (or attached to) this e-mail is For Official Use Only / Law Enforcement Sensitive (FOUO/LES) and should be considered Sensitive but Unclassified. This communication (including attachments) is covered by the Electronic Communication Privacy Act, U.S.C. Sections 2510-2521. It is intended only for the party to whom it is addressed and may contain privileged and confidential information. Any unauthorized use, dissemination or copying of this communication is prohibited. If you have received this communication in error,