# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | )<br>)<br>) |
| *Plaintiffs,* | ) <br>) |
| v. | ) Case No. 1:18-cv-00068 <br>)<br>) |
| UNITED STATES OF AMERICA, ET AL.; | )<br>) |
| *Defendants,* | )<br>) |
| *and* | )<br>) |
| KARLA PEREZ, ET AL.; | )<br>)<br>) |
| STATE OF NEW JERSEY, | )<br>) |
| *Defendants-Intervenors.* | )<br>) |

## PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW
## P. TRENT PEROYEA AS COUNSEL

Pursuant to Local Rule 83.2, Plaintiff States file this Unopposed Motion to Withdraw P. Trent Peroyea as Counsel. In support of this motion, Plaintiff States offer the following:

1. Assistant Attorney General P. Trent Peroyea is currently designated as a counsel of record for Plaintiff States.

2. Mr. Peroyea has recently accepted a position outside the Office of the Attorney General of Texas, effective October 16, 2020. As a result, Mr. Peroyea seeks to withdraw as an attorney of record in this case.

2

3. Plaintiff States will continue to be represented by lead counsel Todd Lawrence Disher along with co-counsel listed below.

4. This withdrawal will not delay any proceedings.

5. For the reasons stated above, Plaintiff States respectfully request that the Court grant this motion to withdraw P. Trent Peroyea as counsel for Plaintiff States and remove Mr. Peroyea from all further electronic notifications regarding this case.

October 16, 2020

STEVE MARSHALL
Attorney General of Alabama

LESLIE RUTLEDGE
Attorney General of Arkansas

DEREK SCHMIDT
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

DOUGLAS J. PETERSON
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation

TODD LAWRENCE DISHER
Attorney-in-Charge
Deputy Chief, Special Counsel Unit

ADAM ARTHUR BIGGS
Assistant Attorney General

*/s/ P. Trent Peroyea*
P. TRENT PEROYEA
Assistant Attorney General
Law Enforcement Defense
Tx State Bar No. 24098245
Southern District of Texas No. 3134657
Tel.: (512) 463-2100; Fax: (512) 936-0545
trent.peroyea@oag.texas.gov
P.O. Box 12548
Austin, Texas 78711-2548

**COUNSEL FOR PLAINTIFF STATES**

## CERTIFICATE OF CONFERENCE

I certify that on October 16, 2020, I conferred via e-mail with counsel for Federal Defendants, Perez Defendant-Intervenors, and New Jersey regarding the relief sought in this Motion. Counsel for Federal Defendants, Perez Defendant-Intervenors, and New Jersey indicated that they did not oppose the requested relief.

/s/ Todd Lawrence Disher
TODD LAWRENCE DISHER
Deputy Chief, Special Counsel Unit

**COUNSEL FOR PLAINTIFF STATES**

## CERTIFICATE OF SERVICE

I certify that on October 16, 2020, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ P. Trent Peroyea
P. TRENT PEROYEA
Assistant Attorney General

**COUNSEL FOR PLAINTIFF STATES**