## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS

---

STATE OF TEXAS et al. ,

Plaintiff,

v.                                              Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA  et al.,

Defendant.

---

RE SCOTUS RULING IN NO. 18–587 AND DOCKET ITEM #461 STAY ORDER WITH
LOCAL RULE 5-2 RELATED CASES OF AMICUS CHRISTOPHER EARL STRUNK, THE
NATURAL-BORN-CITIZEN (NBC) BIRTHER TRUSTEE FOR THE AD HOC NEW
YORKER REPUBLICAN COMMITTEE, STATUS RECONSIDERATION MOTION FOR
FRCvP RULE 65(b) RELIEF AT DOCKET  ITEM# 483, AFFIRMATION IN OPPOSITION
TO THE STATES AMICI CURIAE MOTION FOR RELIEF AT DOCKET  ITEM# 209 BY :
NEW YORK, CALIFORNIA, CONNECTICUT, DELAWARE, HAWAI'I, ILLINOIS, IOWA,
MAINE, MARYLAND, MASSACHUSETTS, MINNESOTA, NEW MEXICO, NORTH
CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VIRGINIA, VERMONT,
WASHINGTON, AND THE DISTRICT OF COLUMBIA IN OPPOSITION TO
PLAINTIFFS' REQUEST FOR INJUNCTION AGAINST THE *DEFERRED ACTION FOR
CHILDHOOD ARRIVAL* (DACA)

# EXHIBIT  K

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
CLAIMS BUREAU

Telephone No.: (518) 776-2576

October 15, 2020

Mr. Christopher Strunk
141 Harris Avenue
Lake Luzerne, New York 12846-1721

Re: Strunk vs. The State of New York
Claim No.: NONE
OAG No.: 20-046226-L1

Dear Mr. Strunk:

Enclosed herewith for service upon you pursuant to Section 130-1.1a of the Rules of the Chief Administrator (22NYCRR) is a copy of the defendant's **NOTICE OF MOTION TO DISMISS and AFFIRMATION IN SUPPORT OF MOTION TO DISMISS** in the above-referenced matter.

By copy of this letter, I am submitting for filing to the Chief Clerk of the Court of Claims a copy of the defendants **NOTICE OF MOTION TO DISMISS and AFFIRMATION IN SUPPORT OF MOTION TO DISMISS**, together with proof of service.

Should you have any questions, please contact me at the number listed above.

Very truly yours,

ANTHONY ROTONDI
*Assistant Attorney General*

AR/tkm
Enclosure
cc: Eileen F. Fazzone
Chief Clerk of the Court of Claims

THE STATE OF NEW YORK : COURT OF CLAIMS

CHRISTOPHER EARL STRUNK, and
AD HOC NEW YORKER REPUBLICAN COMMITTEE

                                                    **NOTICE OF MOTION**
                                                    **TO DISMISS**
                              Claimants,

        - against -
                                                    **CLAIM NO.: NONE**

THE STATE OF NEW YORK,

                              Defendants.

        PLEASE TAKE NOTICE that, Upon the annexed affirmation of Anthony Rotondi, dated

October 15, 2020 and upon all the pleadings filed with this Court, defendant will move this

Court, on Wednesday the 18th day of November 2020, for an order dismissing the claim herein,

pursuant to CPLR § 3211 (a) 2, CPLR § 3211 (a) 3, CPLR § 3211 (a) 7 and the Court of Claims

act § 10 and 11, on the grounds that the Court lacks subject matter jurisdiction over defendant,

the claimant lacks standing and the Claim fails to state a cause of action.

        Answering affidavits, if any, shall be served upon the undersigned at least seven (7) days

before the return date of this motion, in accordance with CPLR § 2214 (b).

Dated: October 15, 2020
       Albany, New York

                              LETITIA JAMES
                              Acting Attorney General for the State of New York
                              Attorney for the Defendant
                              New York State Office of the Attorney General
                              The Capitol
                              Albany, New York 12224
                              Tel. (518) 776-2576

                              ANTHONY ROTONDI
                              *Assistant Attorney General*

TO:     Mr. Christopher Strunk
        141 Harris Avenue
        Lake Luzerne, New York 12846-1721

STATE OF NEW YORK : COURT OF CLAIMS

———————————————————————

CHRISTOPHER EARL STRUNK, and
AD HOC NEW YORKER REPUBLICAN COMMITTEE

                        Claimant,

                                    **AFFIRMATION IN SUPPORT
OF MOTION TO DISMISS**

THE STATE OF NEW YORK,

                                    CLAIM NO.: NONE
                                    OAG NO.: 20-046226-L1

                        Defendant.

———————————————————————

        ANTHONY ROTONDI, an attorney at law duly admitted to practice before the Courts

of this State makes the following Affirmation under penalties of perjury:

        1.   I submit this affirmation in support of a pre-answer motion for an order

dismissing the claim served upon the Office of the Attorney General on September 12, 2020,

pursuant to CPLR 3211 (a) 2, 3211(a) 3 and 3211(a) 7 on the grounds that this Court lacks

subject matter jurisdiction over this claim, that the Claimant lacks standing, that the claim fails

to state a cause of action and for such other and further relief as to the Court may seem just and

proper.

        2.   In addition to this affirmation this application is based upon a copy of the claim,

annexed as Exhibit "A".

        3.   To summarize, the claim alleges that under Claimant's interpretation of the 14th

Amendment of the United States, Democratic Vice-Presidential candidate Kamala Harris is not a

citizen of the United States and therefore ineligible to hold the office of vice-president.

4.      The claim requests injunctive relief "for cause that the state be ordered to":

a) Clarify for all voters Claimant's interpretation of citizenship under the 14th Amendment

b) That all requests for absentee ballots make such a clarification;

c) That notice be placed at polls that Senator Harris is not a natural born citizen.

5.      Claimant also alleges a "lost opportunity" cause of action for "using born citizen misinformation from 2008 through 2020."

### The Court Lacks Subject Matter Jurisdiction over the claim

6.      The claim should be dismissed because the Court lacks subject matter jurisdiction over the request for injunctive relief.

7.      "As a court of limited jurisdiction, the Court of Claims has no jurisdiction to grant strictly equitable relief," *Madura v State of New York*, 12 AD3d 759, 760 (3d Dept 2004), *lv denied* 4 NY3d 704 (2005), citing to *Ozanam Hall of Queens Nursing Home v State of New York*, 241 AD2d 670, 671 (3d Dept 1997); *Psaty v Duryea*, 306 NY 413, 416 (1954)).

8.      Claimant is not requesting money damages for any injury he sustained. Rather, he is requesting that the State be ordered to take certain actions as it relates to an upcoming election. This Court is without power to issue injunctive or a declaratory relief, *Matter of Milner v New York State Higher Educ. Servs. Corp.*, 4 Misc 3d 221, 225 (Ct Cl 2004), *affd* 24 AD3d 977 (3d Dept 2005).

### The Claimant Lacks Standing

9.      The Claimant lacks standing to bring this claim.

10.   As explained in *Strunk v New York State Board of Elections*, 35 Misc3d 1208(A):

"Standing to sue requires an interest in the claim at issue in the lawsuit that the law will recognize [***24] as a sufficient predicate for determining the issue at the litigant's request." (*Caprer v Nussbaum*, 36 AD3d 176, 181, 825 N.Y.S.2d 55 [2d Dept 2006]). "An analysis of standing begins with a determination of whether the party seeking relief has sustained an injury (*see Society of Plastics Indus. v County of Suffolk*, 77 N.Y.2d 761, 762-773, 573 N.E.2d 1034, 570 N.Y.S.2d 778 [1991])." (*Mahoney v Pataki*, 98 NY2d 45, 52, 772 N.E.2d 1118, 745 N.Y.S.2d 760 [2002]). "The Court of Appeals has defined the standard by which standing is measured, explaining that a plaintiff, in order to have standing in a particular dispute, must demonstrate an injury in fact that falls within the relevant zone of interests sought to be protected by law." (*Caprer v Nussbaum* at 183). [****12] A plaintiff, to have standing, "must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." (*Allen v Wright*, 468 U.S. 737, 751, 104 S. Ct. 3315, 82 L. Ed. 2d 556 [1984]). If a plaintiff lacks standing to sue, the plaintiff may not proceed in the action. (*Stark v Goldberg*, 297 AD2d 203, 746 N.Y.S.2d 280 [1st Dept 2002]).'

"Thus, a private citizen who does not show any special rights or

interests in the matter in controversy, other than those common

to all taxpayers and citizens, has no standing to sue." (*Matter of*

*Meehan v County of Westchester*, 3 AD3d 533, 534, 770

N.Y.S.2d 753 [2d Dept 2004]). (*See Diederich v. Rockland*

*County Police Chiefs' Assn.*, 33 A.D.3d 653, 654, 823 N.Y.S.2d

106 [2d Dept 2006]; *Concerned Taxpayers of Stony Point v*

*Town of Stony Point*, 28 AD3d 657, 658, 813 N.Y.S.2d 227 [2d

Dept 2006]). Plaintiff STRUNK's complaint alleges nothing

more than non-justiciable abstract and theoretical claims.

Therefore, the instant complaint, failing to state any allegation of

a particularized injury, is dismissed [***26] with prejudice.

(*Silver v Pataki* at 539; *Mahoney v Pataki* at 52)."

11.    This claim suffers from the same defects as Claimant's earlier Supreme Court

action. Even if Claimant has stated a cognizable cause of action, he has not alleged any harm,

right or interest other than those common to all citizens. Claimant lacks standing in this matter.

### The Lost Opportunity Cause of Action

12.    The "Lost Opportunity" claim should also be dismissed because it fails to comply

with the pleading requirements of the Court of Claims Act and fails to state a cause of action.

Section 11 (b) of the Court of Claims Act requires that a claim state "the time when and the place

where such claim arose, the nature of same, the items of damage or injuries claimed to have been

sustained and . . . the total sum claimed." " 'Failure to abide by

these pleading requirements constitutes a jurisdictional defect mandating dismissal of the claim,

even though this may be a harsh result' " *Sommer v State of New York*, 131 AD3d 757, 758 (3d

Dept 2015), quoting *Morra v State of New York*, 107 AD3d 1115, 1116 (3d Dept 2013); *see also*

*Kolnacki v State of New York*, 8 NY3d 277 (2007), *rearg denied* 8 NY3d 944 (2007).

Claimant's purported "Lost Opportunity" cause of action states no accrual date, offers no facts

that would form the basis of a cause of action and is otherwise a confused and rambling

paragraph that states no cause of action.


        WHEREFORE, the Defendant requests that this claim be dismissed and such other and

further relief as to the Court may seem just and proper.

Dated:   Albany, New York
         October 15, 2020

                                LETITIA JAMES
                                Attorney General for the State of New York
                                Attorney for the Defendant
                                New York State Office of the Attorney General
                                The Capitol
                                Albany, New York 12224


                                ANTHONY ROTONDI
                                *Assistant Attorney General*

*– 20 046226-U*

**Christopher Earl Strunk, Trustee**
**AD HOC NEW YORKER REPUBLICAN COMMITTEE**
141 Harris Avenue Lake Luzerne, New York 12846-1721
(518) 416-8743 email: strunk@leader.com

Clerk of the Court of Claims
Robert Abrams Building for Law & Justice
7th Floor
State Street
Albany, NY 12223

SEP 1 4 2020

RE: STRUNK ETAL CLAIM VERSUS THE STATE OF NEW YORK

Subject: Filing New Claim for Expedited Emergency Relief

**Dear Clerk of the Court**

In accordance with Court of Claims Act section 11(a) attached is the original claim and two copies with the original Memorandum and two copies along with a single double sided SCOTUS citations for *United States v. Wong Kim Ark*, 169 U.S. 649 (1898) and *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875), with proof of service sent by fax, and the filing fee of $50.00 attached Postal Money Order.

Respectfully submitted for timely relief,

September 10 2020
Lake Luzerne New York

Christopher Earl : Strunk in esse Sui Juris
sole beneficiary of Claimant
All Rights Reserved Without Prejudice

State of New York
Office of the Attorney General
Claims Bureau
The Capitol
Albany, NY 12224-0341

**State of New York Court of Claims**

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

                                                                    Claimants

                              **v.**

**THE STATE OF NEW YORK**

                                                                    Defendant

## MEMORANDUM OF LAW IN SUPPORT OF THE CLAIM WITH DEMAND BY ORDER TO SHOW CAUSE FOR INJUNCTIVE RELIEF

Claimant, Christopher Earl: Strunk in esse Sui Juris sole beneficiary of the name registered in commerce **CHRISTOPHER EARL STRUNK** and trustee of the AD HOC NEW YORKER REPUBLICAN COMMITTEE, in propria persona submits this MEMORANDUM OF LAW IN SUPPORT OF THE CLAIM of Three Hundred Eighty-Eight Thousand Three Hundred Ninety-Five Dollars ($388,395) in lost opportunity cost against THE STATE OF NEW YORK under the Court of Claims Act (CTC) §3-b, for willfully using **"BORN A CITIZEN"** dis-information with malice from 2008 thru 2020 shown in Exhibit C, and is done instead of the **NATURAL-BORN CITIZEN** requirement of the U.S. Constitution Article 2 Section 1 Clause 5 referenced in the chart shown in Exhibit C for anyone Running For Office President of the United States (POTUS) and by operation of law Vice President of the United States (VPOTUS), appended with the original and two copies with the Fee for the Clerk of the Court according under CTC §11/ §11-A, and with this extraordinary DEMAND BY ORDER TO SHOW CAUSE FOR INJUNCTIVE RELIEF with irreparable harm, with a likelihood of success under the current law of the land that is based upon the preponderance of evidence shown in exhibit, time is of the essence; and

Further, under the requirements of Absentee Balloting that according to Exhibit A schedule for conducting the 3 November 2020 election:

- Any request for an Absentee Ballot according to Exhibit E starts on September 18, 2020 and explains the schedule quote: "You must apply online, postmark, email or fax a completed application or letter request for the General Election Absentee ballot no later than 7 days (October 27, 2020) before the election. You may apply in-person up to the day before the election (November 2, 2020). You may file an application at any time before the deadlines, but ballots will be mailed out beginning on or about September 18, 2020. (PLEASE BE AWARE THAT DESPITE THE ABOVE DEADLINES THE POST OFFICE HAS ADVISED THAT THEY CANNOT GUARANTEE TIMELY DELIVERY OF BALLOTS APPLIED FOR LESS THAN 15 DAYS BEFORE AN ELECTION.)

1

- That voting starts on or about October 19, 2020

- And that based upon my interview of July 22, 2020 shown at Claim paragraph 29, going into 3 November 2020, my commissioner told me in part quote: "...that masks are voluntary and if not worn a mask or plastic visor will be offered to wear while voting in person, and if rejected the Voter may use a machine properly spaced from other voters"; and

- this OSC demand is notwithstanding the arbitrary political lockdown that varies on a state by state basis to defeat POTUS Donald J. Trump, a lawless set of arbitrary executive order that seemingly have a political life of their own that involves the 2013 Fauci/Obama facilitated Chinese Gain -of-Function modified bio-weapon SARS COV-2 Virus aka COVID-19 (with the on or about 22 August 2020 CDC admission [1] that the actual mortality rate when separated in stark contrast to other morbidity factors is less than say 12,000 deaths to date attributed solely to SARS COV-2, has been fraudulently contrived for political and state financial reasons on a state by state basis - that will end in Federal indictments),

That Claimant respectfully demands injunctive relief for cause that the State be ordered to:

    a. CLARIFY FOR ALL POTENTIAL VOTERS THAT *BORN A CITIZEN* SUGGESTED BY THE STATE SHOWN AT EXHIBIT C DOES NOT INCLUDE A 14TH AMENDMENT *BORN A CITIZEN* INTERPRETATION, ONLY INCLUDES THE PRE 14TH AMENDMENT U.S. CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5 *NATURAL BORN CITIZEN* TERM OF ART THAT REQUIRES A CANDIDATE FOR POTUS AND OR VPOTUS MUST BE BORN ON SOIL OF CITIZEN PARENTS ACCORDING TO THE SCOTUS; FINDINGS IN *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875) and *United States v. Wong Kim Ark*, 169 U.S. 649 (1898), and

    b. THAT ALL REQUESTS FOR ABSENTEE BALLOTS MAKE SUCH CLARIFICATION and

    c. THAT NOTICE IS PROMINENTLY DISPLAYED AT THE POLLS THAT KAMALA DEVI HARRIS IS NOT A NATURAL BORN CITIZEN; and

    d. Additional different relief as the court deems necessary for justice herein.

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/covid-data/pdf/covidview-08-28-2020.pdf

2

There is a distinct difference between Natural- Born Citizen, Born A Citizen and a naturalized Citizen with a myriad set of statutory variations that we fought a revolution over the fact that we (including my family who have been here on my father's side since 1756) do not want to be subjects of a arbitrary and capricious totalitarian potentate; and

Further in short, back in 2012, I sat with NYS Assistant Attorney General Joel Graber along with the multiple defendants attorneys in the case Kings County Supreme Court 6500-2011 before the hearing convened to present my offer to settle the case were the State to change the Running for Office erroneous Born a Citizen language to Natural Born Citizen, and to the amazed groans of the expensive witnessing attorneys, Mr. Graber rejected the offer, and as such 12 years later now inures to this claim that arises from the malicious political acts of the defendant - especially under an ignorant mass murdering dynastic tyrant - who is too dimwitted to be a Maoist would wear a dunce cap, resembles the Jesuit trained Pol Pot who measured opposition with his brown shirt core to surveil all persons, in particular those who wore glasses because it meant they could read; and from my own experience since 1973, here and now we face results of budget woes that has released State psychiatric patients closed facilities and with municipal leaders set prisoners onto the streets with no bail requirements as a war to maintain power against civil society.

Yes we are long over-due for results to correct the details of said acts or omissions, if you wish, to at least correct the description by the New York Board of Elections Law for those running for office requirements to hold office of POTUS and or VPOTUS shown in Exhibit C that deceptively states that citizenship status must be "BORN A CITIZEN" as per *United States v. Wong Kim Ark*, 169 U.S. 649 (1898)[(1)] as if one of the requirements of the US Constitution Article 2 Section 1 Clause 5 rather than the express "NATURAL-BORN CITIZEN" (NBC) Term of Art is born on soil of citizen parents explained by the U.S. Supreme Court (SCOTUS) in *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875) [(2)]. A two sided copy of each seminal case is appended herewith for the use of the Court.

That my fellow trustee of **AD HOC NEW YORKER REPUBLICAN COMMITTEE** described in Exhibit B has faxed a copy of the Claim to the Attorney General who will have a follow-up copy of this Memo and Notarized Claim with citations annexed sent by USPS Certified Mail 7017 1070 0000 8250 9700 with certification of service having been notarized accordingly.

Respectfully submitted for timely relief,

September **10** 2020
Lake Luzerne New York

Christopher Earl : Strunk in esse Sui Juris
sole beneficiary of Claimant
All Rights Reserved Without Prejudice

3

**State of New York Court of Claims**

———————————————————

**CHRISTOPHER EARL STRUNK, and AD HOC**
**NEW YORKER REPUBLICAN COMMITTEE**

<div align="center">Claimants</div>

<div align="center">v.</div>

**THE STATE OF NEW YORK**

<div align="center">Defendant</div>

———————————————————

<div align="right">

**<u>Claim</u>**
with demand by
**Order to Show Cause**
**for Injunctive Relief**

</div>

1. The post office address for claimant CHRISTOPHER EARL STRUNK at his domicile registered to vote on November 3, 2020 (see **<u>Exhibit A</u>**) is 141 Harris Avenue POB 34 Lake Luzerne New York 12846-1721 Phone: 518-416-8743 email: strunk@leader.com.

2. Absent any New York Republican party leadership and or courage to act herein, Claimant is the trustee of AD HOC NEW YORKER REPUBLICAN COMMITTEE registered with the Secretary of State (see **<u>Exhibit B</u>**)

3. This claim arises from the acts or omissions of the defendant. Details of said acts or omissions in correcting the description by the New York Board of Elections Law for those running for office requirements to hold office of President of the United States (POTUS) and or Vice President of the United States (VPOTUS) (see **<u>Exhibit C</u>**) deceptively states that citizenship status must be "BORN A CITIZEN" as per *United States v. Wong Kim Ark*, 169 U.S. 649 (1898)[1] as if one of the requirements of the US Constitution Article 2 Section 1 Clause 5 rather than the express "NATURAL-BORN CITIZEN" (NBC) Term of Art is born on soil of citizen parents explained by the U.S. Supreme Court (SCOTUS) in *Minor v. Happersett*, <u>88</u> U.S. (21 <u>Wall.</u>) 162 (1875) [2].

---

[1] https://www.law.cornell.edu/supremecourt/text/169/649

[2] https://en.wikisource.org/wiki/Minor_v._Happersett/Opinion_of_the_Court

<div align="center">1</div>

4. The NBC term of art standard has a stricter criteria than the *Wong Kim Ark* decision regarding

   being born a citizen created a simple test for jurisdiction for which *all the elements must be true*:

   1. Child was born in the U.S.;
   2. Birth parents are citizens of, and subject to the laws of, a foreign country;
   3. Birth parents have "a permanent domicile and residence in the United States;"
   4. Birth parents "are carrying on business;" and
   5. Birth parents " are not employed in any diplomatic or official capacity" by the country of their citizenship"

5. The use of "Domicile and residence" are questions of law important in many subject areas

   including taxes, custody, citizenship, student scholarships (in-state vs. out-of-state), etc., and

   SCOTUS defines Domicile: <u>**Mitchell v. United States**</u>, 88 US 350 – Supreme Court 1875

the question before us. There is nothing in the record which tends to show that when he left Louisville he did not intend to return, or that while in the South he had any purpose to remain, or that when he returned to Louisville he had any intent other than to live there as he had done before his departure. Domicile has been thus defined: "A residence at a particular place accompanied with positive or presumptive proof of an intention to remain there for an unlimited time."[1] This definition is approved by Phillimore in his work on the subject.[2] By the term domicile, in its ordinary acceptation, is meant the place where a person lives and has his home.[3] The place where a person lives is taken to be his domicile until facts adduced establish the contrary.[4]

·350 The proof of the domicile of the claimant at Louisville is sufficient. There is no controversy between the parties on that proposition. We need not, therefore, further consider the subject.

A domicile once acquired is presumed to continue until it is shown to have been changed.[5] Where a change of domicile is alleged the burden of proving it rests upon the person making the allegation.[6] To constitute the new domicile two things are indispensable: First, residence in the new locality; and, second, the intention to remain there. The change cannot be made except facto et animo. Both are alike necessary. Either without the other is insufficient. Mere absence from a fixed home, however long continued, cannot work the change. There must be the animus to change the prior domicile for another. Until the new one is acquired, the old one remains.[7] These principles are axiomatic in the law upon the subject.

2

6. The use of the 14th Amendment "subject to the jurisdiction..." clause involves questions of law important herein , and SCOTUS defines it in the **Slaughter-House Cases, 83 US 36 – Supreme Court 1873**

> "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside."
>
> The first observation we have to make on this clause is, that it puts at rest both the questions which we stated to have been the subject of differences of opinion. It declares that persons may be citizens of the United States without regard to their citizenship of a particular State, and it overturns the Dred Scott decision by making all persons born within the United States and subject to its jurisdiction citizens of the United States. That its main purpose was to establish the citizenship of the negro can admit of no doubt. The phrase, "subject to its jurisdiction" was intended to exclude from its operation children of ministers, consuls, and citizens or subjects of foreign States born within the United States.

7. The father - child relationship even after a divorce involves questions of law important herein , and SCOTUS defines it in: **Miller v. Albright, 523 US 420 – Supreme Court 1998**

> Petitioner's father, Charlie Miller, is an American citizen residing in Texas.[2] He apparently served in the United States Air Force and was stationed in the Philippines at the time of petitioner's conception. Id., at 21. He never married petitioner's mother, and there is no evidence that he was in the Philippines at the time of petitioner's birth or that he ever returned there after completing his tour of duty. In 1992, Miller filed a petition in a Texas court to establish his relationship with petitioner. The petition was unopposed and the court entered a "Voluntary Paternity Decree" finding him "to be the biological and legal father of Lorelyn Penero Miller." The decree provided that "[t]he parent-child relationship is created between the father and the child as if the child were born to the father and mother during marriage." App. to Pet. for Cert. 38.

3

8. The use of "Domicile" in the State of California important involves questions of law important herein , and SCOTUS reverse a California court: **Adoption of Lindsay C., 229 Cal. App. 3d 404 – Cal: Court of Appeal, 1st Appellate Dist., 3rd Div. 199**

> The United States Supreme Court reversed. The high court held that although the Act does not define "domicile," Congress clearly intended a uniform federal law of domicile to apply and did not intend for the definition of the word to be a matter of state law. It said the Act's purpose was, in part, to make clear that in certain situations the state courts did not have jurisdiction over child custody proceedings. "Indeed, the congressional findings that are a part of the statute demonstrate that Congress perceived the States and their courts as partly responsible for the problem it intended to correct." (*Mississippi Choctaw Indian Band v. Holyfield, supra, 490 U.S. at p. 45 [104 L.Ed.2d at p. 44].*)

9. As for a uniform standard for domicile that involves questions of law important herein , SCOTUS defines it in: **Vlandis v. Kline, 412 US 441 – Supreme Court 1973**

> such criteria exist; and since § 126 was invalidated, Connecticut, through an official opinion of its Attorney General, has adopted the criteria suggested by appellees for determining the residential status of a student. The Attorney General's opinion states:
>
> > "In reviewing a claim of in-state status, the issue becomes essentially one of domicile. In general, the domicile of an individual is his true, fixed and permanent home and place of habitation. It is the place to which, whenever he is absent, he has the intention of returning. This general statement, however, is difficult of application. Each individual case must be decided on its own particular facts. In reviewing a claim, relevant criteria include year-round residence, voter registration, place of filing tax returns, property ownership, driver's license, car registration, marital status, vacation employment, etc."[10]

4

as the above figure from the birth certificate lists 2531 Regent Street Berkeley California the usual residence for the student mother and father such is obviously student housing… a 16 unit apartment, certainly not a legitimate residence and domicile for citizenship purposes. is listed at https://www.propertyshark.com/mason/Property/38755137/2531-Regent-St-Berkeley-CA-94704/

10. That KAMALA DEVI HARRIS birth certificate (see **Exhibit D**) shows she was born to foreign parents with temporary residence, who based upon information and belief were duly married Jamaican non-immigrant students present in the California USA only on a non-immigrant student visas, during which time both parents lived in Stanford University student housing and who did not have a business per se; and

11. As such KAMALA DEVI HARRIS was born a Jamaican Citizen according to the Jamaican Constitution [3] and remains under Jamaican Jurisdiction notwithstanding the intent of the 14th Amendment is defined under the 8 U.S.C. §1101 (a) (15) (F) statutory requirements for her parents as non-immigrants with U.S. Student Visa status [4].

---

[3] https://pdba.georgetown.edu/Constitutions/Jamaica/jam62.html

[4] 8 U.S.C. § 1101 - U.S. Code - Unannotated Title 8. Aliens and Nationality § 1101. Definitions (a)   As used in this chapter—(15)   The term "immigrant" means every alien except an alien who is within one of the following classes of nonimmigrant aliens—(F)   (i)   *an alien having a residence in a foreign country which he has no intention of abandoning, who is a bona fide student qualified to pursue a full course of study and who seeks to enter the United States temporarily and solely for the purpose of pursuing such a course of study consistent with section 1184(l) of this title at an established college, university, seminary, conservatory, academic high school, elementary school,* or other academic institution or in an accredited language training program in the

12. Further, and at best arguendo, under the 14th Amendment that remains to be adjudicated  U.S.
Senator KAMALA DEVI HARRIS may be adjudged an  "Anchor Baby" or a "Birth Right
Citizen" as a matter of dual allegiance with limited provision of  Federal jurisdiction over the birth
in California when both non U.S. Citizen parents were using non-immigrant foreign student visas
to study in California in that the mother is from India and the father is from Jamaica as her
Alameda County Birth Certificate shows in Exhibit D, and her Jamaican student father at her birth
in California is under The Jamaica Constitution Order in Council 1962 made on 23rd July 1962
when laid before Parliament 24th July 1962 coming into Operation-Section 3(2) of the Order in
Council, and sections 80, 81, 94 (1) and (2), 103, 104, 111, 124 and 125 (in part) of the
Constitution on the 25th July 1962 with the remainder immediately before the 6th August 1962  at
the Court at Buckingham Palace, the 23rd day of July, 1962  Present, THE QUEEN'S MOST
EXCELLENT MAJESTY IN COUNCIL Her Majesty, by virtue and in exercise of the powers in
that behalf by subsection (1) of section 5 of the West Indies Act, 1962 or otherwise in Her vested,
is pleased, by and with the advice of Her Privy Council 1962 Jamaican Constitution designates
that *KAMALA DEVI HARRIS is a Jamaican Citizen under CHAPTER II CITIZENSHIP Section 3.*
*Persons who become Jamaican citizens on 6th August 1962, subsection 3C - Every person born*
*outside Jamaica shall become a citizen of Jamaica - clause (b) on the date of his birth, in the case*
*of a person born on or after the sixth day of August, 1962, if, at that date, his father or mother is a*
*citizen of Jamaica by birth, descent or registration by virtue of marriage to a citizen of Jamaica;*

United States, particularly designated by him and approved by the Attorney General after consultation with the
Secretary of Education, which institution or place of study shall have agreed to report to the Attorney General
the termination of attendance of each nonimmigrant student, and if any such institution of learning or place of
study fails to make reports promptly the approval shall be withdrawn, (ii) the alien spouse and minor children of
any alien described in clause (i) if accompanying or following to join such an alien, and (iii) an alien who is a
national of Canada or Mexico, who maintains actual residence and place of abode in the country of nationality,
who is described in clause (i) except that the alien's qualifications for and actual course of study may be full or
part-time, and who commutes to the United States institution or place of study from Canada or Mexico;

13. That KAMALA DEVI HARRIS' father DONALD JASPER HARRIS status is as follows:

> **Donald Jasper Harris:**
> Born: Aug. 23, 1938, Kingston, Jamaica
> Ship Manifest: Aug. 07, 1959, Jamaica to Puerto Rico
> Citizenship British-Commonwealth-to-Jamaica Commonwealth: Aug. 06, 1962
> Married: Jul. 05, 1963, Gopalan Iyer, Age 24
> Divorced: Dec. 1971, Gopalan (Iyer) Shyamala
> Birth: Oct. 20, 1964, Daughter Kamala
> Political/Economic/NGO/Government Work, ca. 1959-present

14. And as for the non-immigrant student Mother from India who married the non-immigrat student

   Jamaican Father:

---

**PART II**

**CITIZENSHIP**

Citizenship at the commencement of the Constitution.

5. At the commencement of this Constitution, every person who has his domicile in the territory of India and—

   (a) who was born in the territory of India; or

   (b) either of whose parents was born in the territory of India; or

   (c) who has been ordinarily resident in the territory of India for not less than five years immediately preceding such commencement,

shall be a citizen of India.

---

15. Jamaica as with India and Canada remain part of the British Commonwealth of Nations, and as

   such arguendo, KAMALA DEVI HARRIS as well as her divorced parents remain defacto subjects

   of Queen Elizabeth II who serves as the Head of the British Commonwealth .

16. Further as applies herein, KAMALA DEVI HARRIS' parents divorced when she was seven, and

   when she was twelve, as subjects of the Commonwealth Queen, Harris and her sister moved with

   their mother Shyamala to Montreal, Quebec, Canada, where Shyamala had accepted a research

   and teaching position at Jesuit McGill University-affiliated Jewish General Hospital; and

7

17. Further, KAMALA DEVI HARRIS attended a Jesuit associated French-speaking middle school, Notre-Dame-des-Neiges, and then Westmount High School in Westmount, Quebec, graduating in 1981.

18. Arguendo, KAMALA DEVI HARRIS never renounced her Jamaican citizenship like Ted Cruz did in regards to Canada when he decided to run for POTUS in 2016; and

19. As such, Defendant's use of the *BORN A CITIZEN* term that was used before 2008 until now is intentional harmful disinformation that Claimant sues the Defendant for as it unjustly causes Claimants loss of opportunity costs, and now in 2020 is being done all over again for KAMALA DEVI HARRIS who is a fraudulent candidate on the ballot must be removed and or a warning to unsuspecting voters that she is a foreigner interfering with the 2020 New York Election; and

20. Claimant has even more concrete evidentiary proof than for the CIA's POTUS Usurper Barack Hussein Obama Claimant had for judicial use from 2008 through 2016, the Usurper still remains ineligible to be the President of the United States Trustee / Administrator over any United States Departments with fiduciary responsibilities the Usurper is not entitled to the emoluments of office must be clawed back as the Usurper who denied use of Claimant's power of Attorney on January 23, 2009 the Usurper continued as a proven Indonesian and whose every action is void ab initio.

21. Nonetheless as an outlaw entity conducted an act of treason, The 2020 Democratic National Convention (DNC) held a presidential nominating convention from August 17 to 20, 2020, at the Wisconsin Center in Milwaukee, Wisconsin, and virtually across the United States.

22. The DNC nominated JOSEPH ROBINETTE BIDEN JR. their POTUS candidate and KAMALA DEVI HARRIS their VPOTUS candidate, who after 20 August 2020 were certified by NANCY PELOSI are U.S. Constitution Article 2 Section 1 Clause 5 eligible for the New York ballot.

23. That Claimant from 2008 through 2014 sought relief and exhausted his remedies to no avail; however in the process provided the State of New York etal full and complete notice regarding the misrepresentation using BORN A CITIZEN for those running for POTUS / VPOTUS.

24. In my ballot access challenge in the trial court at an IAS Term, Part 27 of the Supreme Court of the State of New York, before Justice Arthur M. Schack held in and for the County of Kings, at the Courthouse, at Civic Center, Brooklyn, New York, on the 11th day of April 2012 for Index No: 6500-2011 decision and order that STRUNK in the matter of Natural Born Citizen and associated conspiracy to be baseless claims about defendants which are ***fanciful, fantastic, delusional and irrational***; and

25. Further, on 4 March 2014 the New York State Supreme Court Appellate Division for the Second Department Judicial panel sitting in review of Appellant's Amicus motion in Appeal Cases 2012-05515, 2013-06335 and 2014-00297 from orders in the trial court for Index No: 6500-2011, to my demand that it provide *"for civilian due process of law"* rather than the continued *martial due process of law* under statutory direct authority of the POTUS Commander-in-chief over the de facto Federal and New York State Unified Court System courts under statutory authority of 12 USC §95 and 50 USC App. §5(b) ORDERED to deny "for civilian due process of law"; and

26. Further, Strunk has been outrageously branded a delusional frivolous BIRTHER by orders in the trial court for Index No: 6500-2011 with the largest fines ever imposed in New York history in excess of $177,000 and as a full citizen, has been denied free access to the state courts due process without permission; and

27. Further, Strunk has been denied NBC adjudication in any court that now further emboldens the traitorous CIA and Federal Bureau of Investigation (FBI) to enlist U.S. Senator KAMALA DEVI HARRIS born in Oakland California on October 20, 1964 to be Democratic National Committee (DNC) Vice Presidential candidate along with Chinese Communist Party (CCP) / DNC sinecure Presidential candidate JOSEPH R. BIDEN whose treachery together with Governor Andrew Cuomo and too many to be named herein is an act of treason with aiding and abetting foreign tortuous interference with our election to say the least; and

28. That as applies to absentee voting as notice in Exhibit A for November 3, 2020 the State Board of Elections has published instructions for obtaining absentee ballots that currently apply even under the questionable Virus lockdown imposed by Governor Andrew Cuomo(see **Exhibit E**); and

29. That on or about July 22, 2020 Claimant contacted the Warren County Board of Elections where Strunk-Trustee spoke with the Democratic Party Warren County Board of Elections Commissioner Kimberly Ross to ascertain if masks are mandatory for voting at the 3 November 2020 General Election; to wit she stated that masks are voluntary and if not worn a mask or plastic visor will be offered to wear while voting in person, and if rejected the Voter may use a machine properly spaced from other voters; and

30. Further, if a qualified voter is ill or disabled, under election law /state constitution may request an absentee ballot be mailed for return to the County, and the so-called vote by mail proposal shown to be outside the New York law must be stopped or modified  to prevent fraud and represents an irreparable harm worthy of action by this Court with time as the essence; and

31. Claimant hereby demands injunctive relief for cause that the State be ordered to
    a. CLARIFY FOR ALL POTENTIAL VOTERS THAT *BORN A CITIZEN* SUGGESTED BY THE STATE SHOWN AT EXHIBIT C DOES NOT INCLUDE A 14TH AMENDMENT *BORN A CITIZEN* INTERPRETATION, ONLY INCLUDES THE PRE 14TH AMENDMENT U.S. CONSTITUTION ARTICLE 2 SECTION 1 CLAUSE 5 *NATURAL BORN CITIZEN* TERM OF ART THAT REQUIRES A CANDIDATE FOR POTUS AND OR VPOTUS MUST BE BORN ON SOIL OF CITIZEN PARENTS ACCORDING TO THE SCOTUS; FINDINGS IN *Minor v. Happersett*, 88 U.S. (21 Wall.) 162 (1875) and *United States v. Wong Kim Ark*, 169 U.S. 649 (1898), and
    b. THAT ALL REQUESTS FOR ABSENTEE BALLOTS MAKE SUCH CLARIFICATION and
    c. THAT NOTICE IS PROMINENTLY DISPLAYED AT THE POLLS THAT KAMALA DEVI HARRIS IS NOT A NATURAL BORN CITIZEN; and
    d. Additional different relief as the court deems necessary for justice herein.

10

**LOST OPPORTUNITY CLAIM AGAINST THE STATE OF NEW YORK FOR USING "BORN A CITIZEN" DIS-INFORMATION FROM 2008 THRU 2020 INSTEAD OF NATURAL-BORN CITIZEN**

**CHRISTOPHER EARL STRUNK LIFETIME ACTUAL TAXED EARNINGS** recorded and calculated by the Social Security Administration from 1963 through 2008 (when Claimant applied in 2008 at 63 years old for Social Security early instead of 67 years old in 2014) equals $600,000 divided by 45 years equals $13333 per year times 12 years equals $160,000 lost opportunity cost plus inflation difference from 2008 with gold at $840.65 per ounce thru 2020 with gold at $2040.65 per ounce for a 12 year net express value of $1200 per ounce of gold — that went from $35.25 per ounce in 1963 to say $2040.65 per ounce in 2020 with a projection that may touch the rally to $3,000 per Ounce by the end of the year 2021. That $160,000 divided by $840.65 per ounce of gold in 2008 equals 190.32 ounces times $1200 per ounce of gold in 2020 equals $228,395 lost opportunity costs due to inflation plus $160,000 equals $388,395 Total Lost Opportunity Cost adjusted for inflation.

[X] This Claim is served and filed within 90 days of accrual on or about 20 August 2020.

By reason of the foregoing, Claimant was damaged in the amount of $ 388,395 and Claimant demands judgment against the Defendant(s) for said amount.

_____  
Claimant

**VERIFICATION**

STATE OF NEW YORK    )  
COUNTY OF WARREN    )

Christopher Earl Strunk, being duly so affirmed, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

Subscribed and so Affirmed before me this 10 day of September, 2020,

_____  
Notary Public, State of New York

COLLEEN B. COOK  
Notary Public, State of New York  
Warren Co. #01CO6043268  
Commission Expires July 24, 2020

11

**State of New York Court of Claims**

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

                                    Claimants

                    v.                                      **Claim**
                                                    **with demand by
                                                    Order to Show Cause
THE STATE OF NEW YORK                                for Injunctive Relief**

                                    Defendant

# Exhibit A





Warren County Board of Elections
1340 State Hwy. 9
Lake George, NY 12845



CHRISTOPHER STRUNK
141 HARRIS AVE
LAKE LUZERNE, NY 12846

IMPORTANT VOTER INFORMATION, FOR MORE INFORMATION VISIT OUR WEBSITE   https://www.warrencountyny.gov/bc

**State of New York Court of Claims**

**CHRISTOPHER EARL STRUNK, and AD HOC**
**NEW YORKER REPUBLICAN COMMITTEE**

<table>
<tr><td></td><td>Claimants</td><td></td></tr>
<tr><td>v.</td><td></td><td><u>**Claim**</u><br>**with demand by**<br>**Order to Show Cause**<br>**for Injunctive Relief**</td></tr>
<tr><td colspan="3">**THE STATE OF NEW YORK**</td></tr>
<tr><td></td><td>Defendant</td><td></td></tr>
</table>

# Exhibit B

**426273**        **2020 Jun 26 PM10:27**

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

A. NAME & PHONE OF CONTACT AT FILER [optional]
Christopher Earl Strunk 518-516-6743

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

STRUNK, CHRISTOPHER EARL
141 HARRIS AVENUE
LAKE LUZERNE, NY 12946, USA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | AD HOC NEW YORKER REPUBLICAN COMMITTEE | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 141 HARRIS AVENUE | CITY LAKE LUZERNE | STATE NY | POSTAL CODE 129401721 | COUNTRY USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION ASSOCIATION TRUST | 1f. JURISDICTION OF ORGANIZATION STATE OF NEW YORK | 1g. ORGANIZATIONAL ID #, if any NONE ☒ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME Strunk | FIRST NAME Christopher | MIDDLE NAME Earl | | SUFFIX TRUSTEE |
| 3c. MAILING ADDRESS 141 HARRIS AVENUE | CITY LAKE LUZERNE | STATE NY | POSTAL CODE 129401721 | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:
THE FOLLOWING ITEMS ARE ENTERED INTO THE COMMERCIAL REGISTRY ACCEPTED FOR VALUE EXEMPT FROM LEVY – ALL PROPERTY OF DEBTOR INCLUDING ORGANIZATION NAME "HAROLD WILLIAM VAN ALLEN" NY UCC Filing Number-201906232099906, AS REFERENCED ON THE RECORD OF THE LAMAR COUNTY GEORGIA SUPERIOR COURT FILED AND RECORDED AUGUST 22, 2016 AT 2:25PM IN BPA BOOK 60 PAGES 389 THRU 304, AND "CHRISTOPHER EARL STRUNK" NY UCC Filing Number-201906282074643, ON THE RECORD OF LAMAR COUNTY GEORGIA SUPERIOR COURT RECORDED OCTOBER 15,2012 AT 4:44 PM IN BPA 28 PAGES 172 THRU 175, UPDATED DECEMBER 4, 2012 AT 9:54 AM IN BPA BOOK 29 PAGES 793 THRU 804, IS REGISTERED WITH THE UNITED STATES SECRETARY OF THE TREASURY ON 22 MAY 2013 BY CERT. MAIL 87010300060162263013, AND AMENDED BY CERT. MAIL 70123460060356729106.THAT DEBTOR ORGANIZATION IS A ASSOCIATION TRUST TRANSMITTING UTILITY.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum | | ☐ Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | | ☐ All Debtors | ☐ Debtor 1 ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## Filing Number-202006268275667

**426273**     **2020 Jun 26 PM10:27**

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | AD HOC NEW YORKER REPUBLICAN COMMITTEE |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |
|---|
| |

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12.** ☒ **ADDITIONAL SECURED PARTY'S** or ☐ **ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
|---|
| |

OR

| 12b. INDIVIDUAL'S LAST NAME | Van Allen | FIRST NAME | Harold | MIDDLE NAME | William | SUFFIX | TRUSTEE |
|---|---|---|---|---|---|---|---|

| 12c. MAILING ADDRESS | 361 NORTH ROAD | CITY | HURLEY | STATE | NY | POSTAL CODE | 12443 | COUNTRY | USA |
|---|---|---|---|---|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest).

**17.** Check only if applicable and check only one box.

Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

**State of New York Court of Claims**

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

Claimants

**v.**

**THE STATE OF NEW YORK**

Defendant

**<u>Claim</u>**
**with demand by**
**Order to Show Cause**
**for Injunctive Relief**

# Exhibit C

Please refer to the Official Political Calendar for all filing dates.

Additional information may be obtained by calling the New York State Board of Elections at (518) 474-6220 or your county board of elections.

IMPORTANT: REQUIREMENT FOR BALLOT ACCESS RELATED FILINGS BY MAIL OR OVERNIGHT DELIVERY SERVICE. Please read this Filing Requirement document (22.13KB) for detailed information.

**Requirements to Hold Office**

| OFFICE | CITIZENSHIP | AGE | RESIDENCY | STATUTE |
|---|---|---|---|---|
| President of the United States | Born a citizen | 35 years | 14 years in country | United States Constitution Art. II § 1 |
| United States Senator | Citizen 9 years | 30 years | Resident of state when elected | United States Constitution Art. I § 3 |
| NYS Governor/ Lt. Governor Attorney General Comptroller | Citizen | 30 years | Resident of state 5 years immediately preceding election | New York State Constitution Art. IV § 2 and Art. V § 1 |
| Representative in Congress | Citizen 7 years | 25 years | Resident of state when elected | United States Constitution Art. I § 2 |
| New York State Senator New York State Assembly | Citizen | 18 years | Resident of state for 5 years and resident of district for 12 months immediately preceding election. (In a redistricting year, may be a resident of county for 12 months immediately preceding the election.) | New York State Constitution Art. III § 7 Public Officers Law § 3 |

**General Information on Petitions**

These sample forms were prepared by the State Board of Elections. They are all in Acrobat PDF format. You will need the Adobe (TM) Acrobat Reader to view and print them.

These forms can be printed and filled out by hand.

Electronic signatures are not acceptable.

- SAMPLE DESIGNATING PETITION (31.03KB) (print on legal size paper)
- SAMPLE INDEPENDENT NOMINATING PETITION (31.09KB) (print on legal size paper)
- SAMPLE OPPORTUNITY TO BALLOT PETITION (35.60KB) (print on legal size paper)
- SAMPLE VILLAGE DESIGNATING PETITION (35.66KB) (print on legal size paper)
- SAMPLE VILLAGE DESIGNATING PETITION - COUNTY (35.44KB) (to be used if Election is run by the County Board of Elections) (print on legal size paper)
- SAMPLE VILLAGE INDEPENDENT NOMINATING PETITION (35.07KB) (print on legal size paper)
- SAMPLE VILLAGE INDEPENDENT NOMINATING PETITION - COUNTY (35.34KB) (to be used if Election is run by the County Board of Elections) (print on legal size paper)
- SAMPLE COVER SHEET (19.80KB)
- SAMPLE CERTIFICATE OF ACCEPTANCE 6-146 (For Use By Candidate) (28.71.9KB)