**State of New York Court of Claims**

---

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

                Claimants

v.

**THE STATE OF NEW YORK**

                Defendant

---

<u>**Claim**</u>
**with demand by
Order to Show Cause
for Injunctive Relief**


# Exhibit D



[Reproduced for educational purposes only. Not to be relied upon.]



[Reproduced for educational purposes only. Fair Use relied upon.]

**State of New York Court of Claims**

**CHRISTOPHER EARL STRUNK, and AD HOC
NEW YORKER REPUBLICAN COMMITTEE**

                    Claimants

         v.

**THE STATE OF NEW YORK**

                    Defendant

**Claim**
with demand by
Order to Show Cause
for Injunctive Relief

# Exhibit E

9/7/2020                                        Absentee Voting | New York State Board of Elections

# Board of Elections

- Home
- About Us
- FAQ
- Contact Us
- Site Index

## Absentee Voting

**Election Day is Tuesday, November 3, 2020**

**Early Voting Period is October 24, 2020 - November 1, 2020**

### Qualifications to Vote by Absentee Ballot (Deadlines)

1. Absent from your county or, if a resident of New York City absent from the five boroughs, on Election Day.
2. Unable to appear at the polls due to temporary or permanent illness or disability (temporary illness includes being unable to appear due to risk of contracting or spreading a communicable disease like COVID-19).
3. Unable to appear because you are the primary care giver of one or more individuals who are ill or physically disabled.
4. A resident or patient of a Veterans Health Administration Hospital.
5. Detained in jail awaiting Grand Jury action or confined in prison after conviction for an offense other than a felony.

### How to Apply for an Absentee Ballot (Deadlines)

You may apply for an absentee ballot in any of the following ways:

- Electronically through our Absentee Ballot Application Portal:

    **Electronic Absentee Ballot Application Portal >**

- By sending an email request to your local county board of elections
- By telephoning a request to your local county board of elections
- By sending a fax request to your local county board of elections
- By going in-person to your local county board of elections
- By mailing a paper application to your local county board of elections

    You can download a PDF version of the New York State Absentee Ballot Application Form:

9/7/2020                                          Absentee Voting | New York State Board of Elections

**Download English Form (📥 539KB) >**

**Download Spanish Form (📥 606KB) >**

Upon completion, applications must be mailed to your county board no later than the seventh day before the election or delivered in person no later than the day before the election.

- By sending a letter to your county board of elections. The letter must contain the following information:
    1. Name and date of birth of the voter
    2. the address where you are registered
    3. an address where the ballot is to be sent, and
    4. the reason for the request.

    If you apply by letter, an application form will be mailed with your ballot. The application form must be completed and returned with your ballot.

    If you cannot pick up your ballot, or will not be able to receive it through the mail, you have the right to designate someone to pick it up for you. Only that person designated on your application may pick up and deliver your ballot.

    If you are permanently ill or disabled, you have the right to receive an Absentee Ballot for each subsequent election without further application. Simply file an application with your county board of elections indicating permanent illness or physical disability.

    You will then automatically receive an absentee ballot for every election until your registration is canceled.

    If you are visually impaired or otherwise disabled, such that your disability requires you to use an accessible absentee ballot application, you have two accessible options to request a ballot on this page, either using the Accessible Electronic Ballot Application Portal:

**Electronic Accessible Absentee Ballot Application Portal >**

**Accessible Absentee Ballot Application with Instructions (📥 95.6KB) >**

**When is it due?**

You must apply online, postmark, email or fax a completed application or letter request for the General Election Absentee ballot no later than 7 days (October 27, 2020) before the election. You may apply in-person up to the day before the election (November 2, 2020). You may file an application at any time before the deadlines, but ballots will be mailed out beginning on or about September 18, 2020. (PLEASE BE AWARE THAT DESPITE THE ABOVE DEADLINES THE POST OFFICE HAS ADVISED THAT THEY CANNOT GUARANTEE TIMELY DELIVERY OF BALLOTS APPLIED FOR LESS THAN 15 DAYS BEFORE AN ELECTION.)

**How to Cast an Absentee Ballot**

- Once you receive the ballot, mark the ballot according to your choices for each office following the instructions on the ballot
- Once you have completed marking your ballot fold it up and place it in the Security Envelope. (This envelope will have a place for your signature.)
- Sign and date the outside of the Security Envelope.
- Seal the Security Envelope.

9/7/2020                                             Absentee Voting | New York State Board of Elections

- Place the Security Envelope in the Return Envelope. (This envelope will have the return address of your county Board of Elections on the outside and should have a logo that reads, "Official Election Mail")
- Seal the Return Envelope.
- You may return the ballot in any of the following ways:
    1. Put it in the mail ensuring it receives a postmark no later than November 3rd.
    2. Bringing it to the County Board of Elections Office no later than November 3rd by 9pm.
    3. Bringing it to an early voting poll site between October 24th and November 1st
    4. Bringing it to a poll site on November 3rd by 9pm.

**Mail Time Considerations When Returning an Absentee Ballot**

When mailing your completed ballot, the USPS recommends that voters allow enough time for ballots to be returned to the Board, which is generally seven days ahead of the general election. New York State requires your ballot to be both postmarked by November 3, 2020 and received by our Board by November 10, 2020. Voters who mail in their ballots on Election Day must be aware of the posted collection times on collection boxes and at the Postal Service's retail facilities, and that ballots entered after the last posted collection time will not be postmarked until the following business day.

**You Can Still Vote in Person if You Request an Absentee Ballot**

Even if you request or cast and return an absentee ballot, you may still go to the polls and vote in person. The Election Law recognizes that plans change. The Board of Elections is required to check the poll book before canvassing any absentee ballot. If the voter comes to the poll site, on Election Day or during early voting and votes in person, the absentee ballot is set aside and not counted.



COURT OF CLAIMS
STATE OF NEW YORK
COUNTY OF ALBANY

CHRISTOPHER STRUNK,

    Claimant

against

THE STATE OF NEW YORK

    Defendants

CLAIM NO. - NONE

**NOTICE OF MOTION TO DISMISS
and AFFIRMATION IN SUPPORT OF
MOTION TO DISMISS**

LETITIA JAMES
Attorney General
[illegible]
Attorney for Defendant
[illegible]
[illegible]
Albany, New York [illegible]
[illegible]

---

Sir/Madam:

Take notice that the within is a copy of the [illegible] duly filed and entered in the office of the Clerk of the Court of Claims of the State of New York on the _____ day of _____.

Yours, etc.,

LETITIA JAMES
Attorney General
Attorney for Defendant
State of New York
Albany, New York 12224

TO: Mr. Christopher Strunk
141 Essex Avenue
Lake Desolation, New York [illegible]
[illegible]

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

---

STATE OF TEXAS et al.,

Plaintiff,

v.  Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA et al.,

Defendant.

---

**RE SCOTUS RULING IN NO. 18–587 AND DOCKET ITEM #461 STAY ORDER WITH LOCAL RULE 5-2 RELATED CASES OF AMICUS CHRISTOPHER EARL STRUNK, THE NATURAL-BORN-CITIZEN (NBC) BIRTHER TRUSTEE FOR THE AD HOC NEW YORKER REPUBLICAN COMMITTEE, STATUS RECONSIDERATION MOTION FOR FRCvP RULE 65(b) RELIEF AT DOCKET ITEM# 483, AFFIRMATION IN OPPOSITION TO THE STATES AMICI CURIAE MOTION FOR RELIEF AT DOCKET ITEM# 209 BY : NEW YORK, CALIFORNIA, CONNECTICUT, DELAWARE, HAWAI'I, ILLINOIS, IOWA, MAINE, MARYLAND, MASSACHUSETTS, MINNESOTA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VIRGINIA, VERMONT, WASHINGTON, AND THE DISTRICT OF COLUMBIA IN OPPOSITION TO PLAINTIFFS' REQUEST FOR INJUNCTION AGAINST THE *DEFERRED ACTION FOR CHILDHOOD ARRIVAL* (DACA)**

# EXHIBIT L

The Washington Post

# Delegation Led by U.S. Senators Detained Briefly at Russian Airport

By Peter Finn
August 29, 2005

A U.S. delegation headed by Sen. Richard G. Lugar (R-Ind.), chairman of the Foreign Relations Committee, was detained Sunday for three hours at an airport in Russia before being allowed to leave the country for Ukraine.

Russian border guards at the airport in the Siberian city of Perm demanded they be allowed to search the U.S. government aircraft carrying the delegation, which also included Sen. Barack Obama (D-Ill.), who was making his first foreign trip since becoming a senator. Obama is also a member of the Foreign Relations Committee.

"It's always unbelievable," Lugar told a reporter from the Chicago Tribune traveling with the delegation. "It can be a dysfunctional government."

American officials, citing a U.S.-Russian agreement that does not allow such inspections, refused to let the search take place, leading to a three-hour standoff at the airport, according to Andy Fisher, a spokesman for Lugar who is on the trip.

The congressional delegation was held in a malodorous room adjacent to the tarmac and allowed onto an adjoining porch area only after they surrendered their passports, said Fisher, who spoke by phone from Kiev after the delegation landed there.

"This is not the first time this has happened," Fisher said, noting that a delegation including Lugar was detained in Perm for a short time two years ago. "It may be some kind of internal bureaucratic problem."

U.S. officials in Moscow and Washington intervened with the Russian authorities to secure the group's departure.

The delegation was in Russia as part of a week-long tour of major weapons facilities in former Soviet republics, where U.S. funds are being used to secure or destroy nuclear, chemical and biological weapons. Russia recently agreed to open sensitive sites to U.S. inspection, a development that Lugar heralded at a news conference Friday in Moscow.

"Russians in the past had placed severe limitations on inspections at these storage sites, so this is a significant breakthrough," said Lugar, who is the co-author of the 1991 Cooperative Threat Reduction program.

In Perm, the delegation toured a facility designed to destroy nuclear warheads.

After visiting Ukraine, the delegation will travel to Azerbaijan.

Separately, a spokesman at the U.S. Embassy in Moscow said Sen. Chuck Hagel (R-Neb.) was briefly delayed at an airport in another Siberian city, Irkutsk, because of a problem with flight clearance paperwork. Hagel was in the region to tour a nearby natural gas deposit site as part of a trip to study energy issues. The issue was resolved after the embassy contacted the Russian Foreign Ministry, and Hagel flew on to Bulgaria, a diplomat here said.

0 Comments

**Peter Finn**
Peter Finn is the national security editor at The Washington Post. He was part of a team of editors on the Pulitzer Prize-winning stories based on the documents leaked by Edward Snowden and oversaw the reporting on Russian interference in the presidential election and its fallout that won the 2018 Pulitzer Prize for National Reporting. Follow

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

---

STATE OF TEXAS et al.,

Plaintiff,

v.

Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA et al.,

Defendant.

---

**RE SCOTUS RULING IN NO. 18-587 AND DOCKET ITEM #461 STAY ORDER WITH LOCAL RULE 5-2 RELATED CASES OF AMICUS CHRISTOPHER EARL STRUNK, THE NATURAL-BORN-CITIZEN (NBC) BIRTHER TRUSTEE FOR THE AD HOC NEW YORKER REPUBLICAN COMMITTEE, STATUS RECONSIDERATION MOTION FOR FRCvP RULE 65(b) RELIEF AT DOCKET ITEM# 483, AFFIRMATION IN OPPOSITION TO THE STATES AMICI CURIAE MOTION FOR RELIEF AT DOCKET ITEM# 209 BY : NEW YORK, CALIFORNIA, CONNECTICUT, DELAWARE, HAWAI'I, ILLINOIS, IOWA, MAINE, MARYLAND, MASSACHUSETTS, MINNESOTA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VIRGINIA, VERMONT, WASHINGTON, AND THE DISTRICT OF COLUMBIA IN OPPOSITION TO PLAINTIFFS' REQUEST FOR INJUNCTION AGAINST THE *DEFERRED ACTION FOR CHILDHOOD ARRIVAL* (DACA)**

# EXHIBIT M



# Lugar and Obama Urge Destruction of Conventional Weapons Stockpiles

Tuesday, August 30, 2005

DONETSK, Ukraine – U.S. Senators Dick Lugar (R-IN) and Barack Obama (D-IL) called for the immediate destruction of 15,000 tons of ammunition, 400,000 small arms and light weapons, and 1,000 man-portable air defense systems (MANPADS) or shoulder missile launchers that are often sought by terrorists.

Lugar and Obama toured the Donetsk State Chemical Production Plant, a conventional weapons destruction facility where the U.S. has taken the lead in a three-year NATO program to destroy the weapons. Another 117,000 tons of ammunition and 1.1 million small arms and light weapons are slated for destruction within 12 years.

So far, the U.S. has contributed $2.1 million to the project, and Austria, Bulgaria, Luxembourg, Lithuania, Netherlands, Norway, Slovakia, Switzerland, and the United Kingdom have contributed $1.2 million.

While the destruction is ready to begin, the Ukrainian Rada (parliament) first must pass a law exempting the foreign assistance from taxation. Lugar and Obama discussed this issue with Rada Speaker Volodymyr Lytvyn, Prime Minister Yuliya Tymoshenko and President Viktor Yushchenko in meetings yesterday. All three leaders indicated they would promote action before the March 2006 parliamentary elections.

The visit underscores the importance of legislation Lugar and Obama have authored that would commit additional U.S. resources and expand authorities in cooperative threat reduction of conventional weapons around the world. The bill is part of the Foreign Relations Authorization Bill that is pending in the Senate and will be introduced as a free-standing bill by the senators this fall.

"We discussed MANPADS, landmines and other very highly dangerous explosives. Ukraine has huge stockpiles leftover from previous times that are dangerous to people of this country as well as the possibility for proliferation to other countries," Lugar said. "We are working to obtain funds to secure and destroy these weapons in cooperative threat reduction. We are encouraging the U.S. and Ukraine to work together and to obtain more funds. We came here to see the problem and the solution with our own eyes."

By the late 1980's, 75 percent of all Ukraine's industrial capacity was used to produce Soviet weaponry, including strategic weapons. In June 1996, the Nunn-Lugar Cooperative Threat Reduction program successfully achieved the removal of all 1,240 deployed SS-19 and SS-24 strategic nuclear warheads from Ukraine.

"Vast stocks of conventional munitions and military supplies have accumulated in Ukraine. Some of this stockpile dates from World War I and II, yet most dates from Cold War buildup and the stocks left behind by Soviet withdrawals from East Germany, the Czech Republic, Hungry and Poland," Obama said. "We need to eliminate these stockpiles for the safety of the Ukrainian people and people around world, by keeping them out of conflicts around the world."

Estimates by the NATO Maintenance and Supply Agency suggest a significant proliferation and public safety threat from the 7 million small arms and light weapons and 2 million tons of conventional ammunition stored in more than 80 depots across Ukraine. These depots were never designed to hold such large stockpiles and remain vulnerable to those seeking such weapons or their components, or to spontaneous detonation in some of the older and larger ammunition stockpiles.

In March, the Foreign Relations Committee added the Lugar Disarmament Initiative (LDI) to the Foreign Affairs Authorization Act for Fiscal Years 2006 and 2007. The LDI is modeled on the original Nunn-Lugar Act. Its purpose is to

provide the Department of State with a focused response to the threat posed by vulnerable stockpiles of conventional weapons around the world, including tactical missiles and MANPADS. Such missile systems could be used by terrorists to attack commercial airliners, military installations and government facilities in the U.S. and abroad. Reports suggest that Al Qaeda has attempted to acquire these kinds of weapons. In addition, unsecured conventional weapons stockpiles are a major obstacle to peace, reconstruction and economic development in regions suffering from instability.

This bill declares it to be the policy of the United States to seek out surplus and unguarded stocks of conventional armaments, including small arms and light weapons, and tactical missile systems for elimination or safeguarding. It authorizes the Department of State to carry out an accelerated global effort to destroy such weapons and to cooperate with allies and international organizations when possible. The Secretary of State is charged with devising a strategy for prioritizing, on a country-by-country basis, the obligation of funds in a global program of conventional arms elimination. Lastly, the Secretary is required to unify program planning, coordination and implementation of the strategy into one office at the State Department and to request a budget commensurate with the risk posed by these weapons.

During the trip, the senators have inspected a nuclear warhead storage facility and missile destruction facility in Russia and biological laboratories in Russia and Ukraine. On Thursday, they will review sea interdiction exercises on the Caspian Sea in Azerbaijan.

In 1991, Senator Lugar (R-IN) and former Senator Sam Nunn (D-GA) authored the Nunn-Lugar Act, which established the Cooperative Threat Reduction Program. This program has provided U.S. funding and expertise to help the former Soviet Union safeguard and dismantle its enormous stockpiles of nuclear, chemical and biological weapons, related materials, and delivery systems. In 1997, Lugar and Nunn were joined by Senator Pete Domenici (R-NM) in introducing the Defense Against Weapons of Mass Destruction Act, which expanded Nunn-Lugar authorities in the former Soviet Union and provided WMD expertise to first responders in American cities. In 2003, Congress adopted the Nunn-Lugar Expansion Act, which authorized the Nunn-Lugar program to operate outside the former Soviet Union to address proliferation threats. In October 2004, Nunn-Lugar funds were used for the first time outside of the former Soviet Union to secure chemical weapons in Albania, under a Lugar-led expansion of the program.

The latest Nunn-Lugar Scorecard shows that the program has deactivated or destroyed: 6,760 nuclear warheads; 587 ICBMs; 483 ICBM silos; 32 ICBM mobile missile launchers; 150 bombers; 789 nuclear air-to-surface missiles; 436 submarine missile launchers; 549 submarine launched missiles; 28 nuclear submarines; and 194 nuclear test tunnels.

Beyond the scorecard's nuclear elimination, the Nunn-Lugar program secures and destroys chemical weapons, and works to reemploy scientists and facilities related to biological weapons in peaceful research initiatives. The International Science and Technology Centers, of which the United States is the leading sponsor, have engaged 58,000 former weapons scientists in peaceful work. The International Proliferation Prevention Program has funded 750 projects involving 14,000 former weapons scientists and created some 580 new peaceful high-tech jobs. Ukraine, Belarus and Kazakhstan are nuclear weapons free as a result of cooperative efforts under the Nunn-Lugar program. They otherwise would be the world's the third, forth and eighth largest nuclear weapons powers, respectively.

For more information on the Nunn-Lugar Program, visit http://lugar.senate.gov/nunnlugar.html.

Lugar is Chairman of the Senate Foreign Relations Committee and Obama is a new member of the committee this year.

###

245075

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

---

STATE OF TEXAS et al.,

Plaintiff,

v.                                                  Civil Action No. 18-cv-0068 (ASH)

UNITED STATES OF AMERICA et al.,

Defendant.

---

**RE SCOTUS RULING IN NO. 18–587 AND DOCKET ITEM #461 STAY ORDER WITH LOCAL RULE 5-2 RELATED CASES OF AMICUS CHRISTOPHER EARL STRUNK, THE NATURAL-BORN-CITIZEN (NBC) BIRTHER TRUSTEE FOR THE AD HOC NEW YORKER REPUBLICAN COMMITTEE, STATUS RECONSIDERATION MOTION FOR FRCvP RULE 65(b) RELIEF AT DOCKET ITEM# 483, AFFIRMATION IN OPPOSITION TO THE STATES AMICI CURIAE MOTION FOR RELIEF AT DOCKET ITEM# 209 BY : NEW YORK, CALIFORNIA, CONNECTICUT, DELAWARE, HAWAI'I, ILLINOIS, IOWA, MAINE, MARYLAND, MASSACHUSETTS, MINNESOTA, NEW MEXICO, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VIRGINIA, VERMONT, WASHINGTON, AND THE DISTRICT OF COLUMBIA IN OPPOSITION TO PLAINTIFFS' REQUEST FOR INJUNCTION AGAINST THE *DEFERRED ACTION FOR CHILDHOOD ARRIVAL* (DACA)**

# EXHIBIT N

# American Reporter

BY MICHELLEBURG1 | SEPTEMBER 6, 2009 · 10:34 AM

# Russia Holds Obama For Suspicion Of Being a British Spy Back In 2005! Investigator In Chicago Fingers Obama For Being A British Spy As Far Back As 2004!

When I heard this the other night it hit me like a ton of bricks! I remember the plane with the US Senator being held at the airport in Russia! I remember thanking it was crazy that they believed the Senator on the Plane was a Spy for the British!

So, for the last 24 hours I have been looking for news articles on this! This is what I have been able thus far! I also want to ask you this... Why would Russia way back in 2005 thank that this Senator was a spy for the British? Could it happen to be that they new he had a British pass port at some point in his life. Hummmmmmmm Guys it just got stranger!

It was kind of odd how Chicago investigator Sherman Skolnick *just happened* to pass away just before Barack Obama announced his run for President. Skolnick was founder and chairman of the Citizens Committee to Clean Up the Courts, which nailed two Illinois Supreme Court justices, Roy J. Solfisburg Jr. and Ray Klingbiel, who had accepted bribes of stock from a defendant in a case on which they ruled. The scandal catapulted John Paul Stevens, special counsel to the resulting investigating commission to a seat as a justice on the U.S. Supreme Court.

Skolnick had indeed uncovered so many links between plots and participants in conspiracies that he may have come to see some where none existed...but he also uncovered others that noone else had noticed, and Obama was right in his back yard.

CLOAK'S EXCLUSIVE AUGUST 2005 STORY EXPOSING OBAMA's KENYAN BIRTHPLACE FORCES OBAMA TO SANITIZE HIS PASSPORT FILE

Insiders Report It Was Accomplished With The Assistance of the Clinton Mob

CLOAK EXCLUSIVE!
Filed 8/28/05

BRITISH SPY FINGERED:
ACCUSATIONS CONFIRMED!

BY SHERMAN SKOLNICK

CLOAK Co-host Sherman Skolnick prior to the 2004 Election fingered Barack Obama running in Illinois for the U.S. Senate as a British Intel agent born in Kenya. Skolnick, as a co-spy watcher unmasked Obama on his regular CLOAK program, Shop Talk From Plot H.Q.

Today Russian President V. Putin ordered U.S. Senator Barack Obama, who is also tight with MOSSAD, to be held in custody under suspicion of being a British operative illegally spying in Russia at off-limits secret facilities.

Spying with Obama, who was locked up, was U.S. Senator Richard Lugar, pro-Bush, was detained by Putin but unlike Obama, quickly released. Senate Foreign Relations Committee Chairman Richard Lugar and Committee member Barack Obama at a base near Perm, Russia. This is where mobile launch missiles are being destroyed by the Nunn-Lugar program.

Lugar delegation detained for three hours in Perm after inspecting nuke weapons facility US Senator Richard Lugar, who was briefly detained with a US delegation in Perm, Siberia, after inspecting the site, which is being dismantled with US funding.

Nils Båhmer/Bellona

A US delegation headed by Republican Senator Richard Lugar, chairman of the Senate Foreign Relations Committee, was detained Sunday for three hours at an airport in the Siberian city of Perm, Russia before being allowed to leave the country for Ukraine in a diplomatically chaotic incident Sunday. Charles Digges, 29/08-2005

US officials were nonetheless anxious to downplay the incident in an apparent effort to avoid diplomatic fallout with the increasingly hard-line regime of Russian President Vladimir Putin, who has publicly expressed dismay over a number of US-Russian disarmament programmes.

LUGAR, OBAMA DETAINED IN RUSSIA DELEGATION RELEASED AFTER STANDOFF RESOLVED

A U.S. delegation headed by Sen. Richard Lugar, R-Ind., chairman of the Senate Foreign Relations Committee, was detained Sunday for three hours at an airport in Russia before being allowed to leave the country for Ukraine.

Russian border guards at the airport in the Siberian city of Perm demanded to search the U.S. government aircraft carrying the delegation, which also included Sen. Barack Obama, D-Ill., who was making his first foreign trip since becoming a senator. Obama is also a member of the Foreign Relations Committee.

American officials, citing a U.S.-Russian agreement that does not allow such inspections, refused to allow the search, leading to a three-hour standoff at the airport, ...

**Rate this:**

33 Votes