United States District Court
Southern District of Texas
**ENTERED**
November 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING RECONSIDERATION

Before the Court is a Notice of Motion (Doc. No. 483) to which is attached a Memorandum in Support of Motion to Reconsider (Doc. No. 483-2) and other exhibits requesting the Court to reconsider its Order (Doc. No. 475) denying the Trustees of the Ad Hoc New Yorker Republican Committee's Motion to Intervene (Doc. No. 465). The Court has reviewed the motion and applicable law and finds that said Motion should be and is hereby **DENIED**. As previously stated, the Trustees are welcome to participate in this case as amicus curiae.

SIGNED at Houston, Texas, this ____ day of October 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE