## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | §   Case No. 1:18-CV-68 |
| | § |
| UNITED STATES OF AMERICA, *et al.*, | § |
| | § |
| Defendants, | § |
| | § |
| and | § |
| | § |
| KARLA PEREZ, *et al.*, | § |
| | § |
| Defendant-Intervenors, | § |
| and | § |
| | § |
| STATE OF NEW JERSEY | § |
| | § |
| Defendant-Intervenor. | § |

### DEFENDANT-INTERVENORS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS ON THEIR BRIEF IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Defendant-Intervenors Karla Perez, et al. ("Defendant-Intervenors") respectfully request that the Court grant permission to exceed the 20-page limit by 30 pages in their Brief in Opposition to Plaintiff's Motion for Summary Judgment.  Defendant-Intervenors request these additional pages in order to present their arguments to the Court regarding the complex and significant issues presented in Plaintiffs' motion.  Defendant-Intervenors seek this extension for good cause and in the interests of justice, not for delay, and no party will be prejudiced if the extension is granted. Plaintiffs made a request to exceed the 20-page limit by 27 pages for their brief in support of their motion for summary judgment, *see* Dkt. 485, which Defendant-Intervenors did not oppose.

Plaintiffs noted this motion "raises complex issues in a case of national importance" and that the extra pages were needed to "adequately present these issues." *Id*. The Court granted this request. *See* Dkt. 488.

The Plaintiffs, Defendants, and the State of New Jersey as Defendant-Intervenor do not oppose Defendant-Intervenors' request.

## CONCLUSION

For the foregoing reasons, Defendant-Intervenors respectfully request that the Court grant Defendant-Intervenors' Unopposed Motion for Leave to Exceed Page Limits.

Dated: November 5, 2020                             Respectfully Submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)

>P.O. Box 4545
>McAllen, TX 78502
>Phone: (956) 630-3889
>Facsimile: (956) 630-3899
>Email: cgarcia@garciagarcialaw.com
>
>Attorneys for Defendant-Intervenors

## CERTIFICATE OF CONFERENCE

I certify that on November 5, 2020, I emailed counsel for all parties regarding the relief requested in this motion. Counsel for Plaintiffs, Defendants, and the State of New Jersey each indicated that they do not oppose this motion.

>*/s/ Nina Perales*
>Nina Perales

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on November 5, 2020, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

>*/s/ Nina Perales*
>Nina Perales

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § § § |
| v. | §  Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § § § |
| Defendants, | § § |
| and | § § |
| KARLA PEREZ, *et al.*, | § § |
| Defendant-Intervenors, | § § |
| and | § § |
| STATE OF NEW JERSEY | § § |
| Defendant-Intervenor. | |

## ORDER GRANTING PEREZ DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

On this date, the Court considered Perez Defendant-Intervenors' Unopposed Motion to Exceed Page Limits. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Perez Defendant-Intervenors' Unopposed Motion to Exceed Page Limits is GRANTED.

SIGNED on this the _____ day of November, 2020.

                                                   _____
                                                   Hon. Andrew S. Hanen,
                                                   U.S. District Court Judge