IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § Plaintiffs, § § v. § Case No. 1:18-CV-68 § UNITED STATES OF AMERICA, *et al.*, § § Defendants, § § and § § KARLA PEREZ, *et al.*, § § Defendant-Intervenors, § and § § STATE OF NEW JERSEY § § Defendant-Intervenor. | |

**ORDER GRANTING PEREZ DEFENDANT-INTERVENORS'
UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

On this date, the Court considered Perez Defendant-Intervenors' Unopposed Motion to Exceed Page Limits. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Perez Defendant-Intervenors' Unopposed Motion to Exceed Page Limits is GRANTED.

SIGNED on this the _____ day of November, 2020.

                                                                                         _____
                                                                                         Hon. Andrew S. Hanen,
                                                                                         U.S. District Court Judge