**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> KARLA PEREZ, *et al.*, ) <br> ) <br> Defendant-Intervenors, ) <br> and ) <br> ) <br> STATE OF NEW JERSEY, ) <br> ) <br> Defendant-Intervenor. ) | Case No. 1:18-CV-68 |

## ORDER GRANTING DEFENDANT-INTERVENOR NEW JERSEY'S MOTION TO EXCEED PAGE LIMIT

On this date, the Court considered Defendant-Intervenor New Jersey's (New Jersey) Motion for Leave to Exceed Page Limit for its Opposition to Plaintiffs Motion for Summary Judgment. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that New Jersey's Motion for Leave to Exceed Page Limit for their Opposition to Plaintiffs' Motion for Summary Judgment is hereby GRANTED. New Jersey has leave to file an Opposition brief that does not exceed 48 pages.

SIGNED on this the _____ day of _____, 2020.

                                                                                                                          _____

                                                                                                                          Hon. Andrew S. Hanen,
                                                                                                                            U.S. District Court Judge