**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, </br></br>   Plaintiffs, </br></br> v. </br></br> UNITED STATES OF AMERICA, *et al.*, </br></br>   Defendants, </br></br> KARLA PEREZ, *et al.*, </br></br>   Defendant-Intervenors, </br> and </br></br> STATE OF NEW JERSEY, </br></br>   Defendant-Intervenor. | Case No. 1:18-CV-68 |

**ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This matter came before the Court on Plaintiffs' Motion for Summary Judgment, Dkt. 486, on Counts I, II, and III of their First Amended Complaint, Dkt. 104. After reviewing the briefing on the matter, the evidence properly offered in support of Plaintiffs' Motion for Summary Judgment, and all other matters properly before the Court, the Court finds that Plaintiffs' lawsuit is moot and that genuine issues of material fact remain unresolved. Further, the Court finds that Plaintiffs are not entitled to summary judgment as to their substantive Administrative Procedure Act (APA) claim, their procedural APA claim, or their Take Care Clause claim.

Accordingly, IT IS THEREFORE ORDERED that Plaintiffs' Motion for Summary Judgment is denied.

SIGNED on this the _____ day of _____, 2020.

                                                                                                         _____
Hon. Andrew S. Hanen,
U.S. District Court Judge