IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:18-CV-68 ) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| KARLA PEREZ, *et al.*, | ) ) |
| Defendant-Intervenors, | ) ) |
| and | ) ) |
| STATE OF NEW JERSEY | ) ) |
| Defendant-Intervenor. | ) ) |

**DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant-Intervenors Karla Perez, et al. ("Defendant Intervenors"), respectfully move for summary judgment in their favor on the grounds that the material facts demonstrating that Plaintiffs lack standing to pursue Counts I, II, and III of their First Amended Complaint (ECF No. 104) are not in dispute, and that the Defendant-Intervenors are entitled to judgment as a matter of law. In support of this motion, the Court is respectfully referred to the accompanying Brief in Support of Defendant-Intervenors' Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment.

Dated: November 6, 2020           Respectfully Submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on November 6, 2020, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales
Attorney for Defendant-Intervenors

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| STATE OF NEW JERSEY | ) |
| Defendant-Intervenor. | ) |

**FINAL JUDGMENT**

This matter came before the Court on Defendant-Intervenors' Motion for Summary Judgment on Counts I, II, and III of Plaintiffs' First Amended Complaint (ECF No. 104). After reviewing the briefing on the matter, the evidence properly offered in support of Defendant-Intervenors' Motion for Summary Judgment, and all other matters properly before the Court, the Court finds that there are no genuine issues of material fact and the Defendant-Intervenors are entitled to judgment as a matter of law.

The court concludes that Plaintiff States lack standing to pursue Counts I, II, and III of their First Amended Complaint.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the

Defendant-Intervenors' Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiff States' Motion for Summary Judgment is **DENIED**. This is a final judgment that disposes of all claims and all parties.

**SO ORDERED** on this ___ day of _____, 202__

_____
Andrew S. Hanen
U.S. District Court Judge