**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § <br> Plaintiffs, § § <br> v. § <br> § <br> UNITED STATES OF AMERICA, *et al.*, § § <br> Defendants, § § <br> and § § <br> KARLA PEREZ, *et al.*, § § <br> Defendant-Intervenors, § <br> and § § <br> STATE OF NEW JERSEY § § <br> Defendant-Intervenor. § | Case No. 1:18-CV-68 |

## DECLARATION OF NINA PERALES

I, Nina Perales, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Vice President of Litigation of the Mexican American Legal Defense and Educational Fund. I am over the age of 18 and competent to make this declaration.

2. I submit this declaration in support of Defendant-Intervenors' Karla Perez *et al.* (the "Defendant-Intervenors") Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment filed in the above-referenced case. I am thoroughly familiar with the facts and arguments in this proceeding. I have personal knowledge of the statements contained in this declaration and am fully competent to testify to the matters set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of Instructions for

Application for Travel Document, *available at* https://www.uscis.gov/sites/default/files/document/forms/i-131instr.pdf (last visited Nov. 6, 2020).

4. Attached hereto as Exhibit 2 is a true and correct copy of Memorandum of Joseph Edlow, dated Aug. 21, 2020, *available at* https://www.uscis.gov/sites/default/files/document/policy-alerts/dacamemo.pdf (last visited Nov. 6, 2020).

5. Attached hereto as Exhibit 3 is a true and correct copy of Memorandum of Chad Wolf, dated July 28, 2020, *available at* https://www.dhs.gov/sites/default/files/publications/20_0728_s1_daca-reconsideration-memo.pdf (last visited Nov. 6, 2020).

6. Attached hereto as Exhibit 4 is a true and correct copy of Amended Complaint, *FIEL Houston Inc. v. Wolf*, No. 4:20-cv-2515 (S.D. Tex. July 17, 2020), Dkt. 4.

7. Attached hereto as Exhibit 5 is a true and correct copy of Second Amended Supplemental Complaint, *New York v. Trump*, No. 1:17-cv-05228 (E.D.N.Y. Aug. 28, 2020), Dkt. 271.

8. Attached hereto as Exhibit 6 is a true and correct copy of Fourth Amended Complaint, *Batalla Vidal v. Wolf*, No. 1:16-cv-04756, (E.D.N.Y. Aug. 28, 2020), Dkt. 308.

9. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs Motion to Show Cause and Brief in Support, *Casa de Maryland v. U.S. Dep't of Homeland Sec.*, No. 8:17-cv-02942 (D. Md. Aug. 14, 2020), Dkt. 115.

10. Attached hereto as Exhibit 8 is a true and correct copy of Complaint, *Santa Fe Dreamers Project v. Wolf*, No. 1:20-cv-02465 (D.D.C. Sept. 3, 2020), Dkt. 1.

11. Attached hereto as Exhibit 9 is a true and correct copy of Attorney General William Barr's Letter to Acting Secretary Chad Wolf on DACA, dated June 30, 2020, *available at* https://www.dhs.gov/sites/default/files/publications/20_0630_doj_aj-barr-letter-as-wolf-

daca.pdf (last visited Nov. 6, 2020).

12. Attached hereto as Exhibit 10 is a true and correct copy of Letter from Coalition for the American Dream to President Donald J. Trump (July 11, 2020), *available at* https://www.coalitionfortheamericandream.us/wp-content/uploads/2020/07/C4AD-Letter-July-11-2020.pdf (last visited Nov. 6, 2020).

13. Attached hereto as Exhibit 11 is a true and correct copy of *Parm v. Shumate*, No. 3:01-cv-2624, 2006 WL 1228846 (W.D. La. May 1, 2006).

14. Attached hereto as Exhibit 12 is a true and correct copy of *Kirkland v. N.Y. State Dep't of Corr. Servs.*, No. 82 CIV. 0295, 1988 WL 108485 (S.D.N.Y. Oct. 12, 1988).

15. Attached hereto as Exhibit 13 is a true and correct copy of Defendants' Opposition to Motion for Preliminary Injunction, *FIEL Houston Inc. v. Wolf*, No. 4:20-cv-2515 (S.D. Tex. Sept. 4, 2020), Dkt. 23.

16. Attached hereto as Exhibit 14 is a true and correct copy of Federal Defendants' Objections & Responses to Defendant-Intervenors' Fifth & Sixth Sets of Discovery Requests, dated September 30, 2020.

17. Attached hereto as Exhibit 15 is a true and correct copy of *Smith v. Palafox*, 728 F. App'x 270 (5th Cir. 2018).

18. Attached hereto as Exhibit 16 is a true and correct copy of *Seaman v. Seacor Marine L.L.C.*, 326 F. App'x 721 (5th Cir. 2009).

19. Attached hereto as Exhibit 17 is a true and correct copy of Declaration of Karla Perez, dated November 5, 2020.

20. Attached hereto as Exhibit 18 is a true and correct copy of Declaration of Jin Park, dated November 6, 2020.

21. Attached hereto as Exhibit 19 is a true and correct copy of Declaration of Denise Romero, dated November 6, 2020.

22. Attached hereto as Exhibit 20 is a true and correct copy of Declaration of M. Kamau Chege, dated November 6, 2020.

23. Attached hereto as Exhibit 21 is a true and correct copy of Declaration of Oscar Alvarez, dated November 6, 2020.

24. Attached hereto as Exhibit 22 is a true and correct copy of Declaration of Luis A. Rafael, dated November 5, 2020.

25. Attached hereto as Exhibit 25 is a true and correct copy of Declaration of Elly Marisol Estrada, dated November 5, 2020.

26. Attached hereto as Exhibit 26 is a true and correct copy of Declaration of Hyo-Won Jeon, dated November 6, 2020.

27. Attached hereto as Exhibit 27 is a true and correct copy of Declaration of Robert Brantley, dated July 17, 2019.

28. Attached hereto as Exhibit 28 is a true and correct copy of Declaration of Andy Craig, dated July 12, 2019.

29. Attached hereto as Exhibit 29 is a true and correct copy of Declaration of Gregory Rogers, dated August 6, 2019.

30. Attached hereto as Exhibit 30 is a true and correct copy of Declaration of William J. Bryant, dated August 7, 2019.

31. Attached hereto as Exhibit 31 is a true and correct copy of Declaration of "Law Enforcement", dated July 16, 2019.

32. Attached hereto as Exhibit 32 is a true and correct copy of Declaration of Dale M.

Dennis, dated July 17, 2019.

33. Attached hereto as Exhibit 33 is a true and correct copy of Declaration of Alexander Billioux, dated July 10, 2019.

34. Attached hereto as Exhibit 34 is a true and correct copy of Declaration of Kevin W. Reeves, dated July 10, 2019.

35. Attached hereto as Exhibit 35 is a true and correct copy of Declaration of Michael Boutte, dated July 10, 2019.

36. Attached hereto as Exhibit 36 is a true and correct copy of Declaration of Drew Snyder, dated July 17, 2019.

37. Attached hereto as Exhibit 37 is a true and correct copy of Declaration of Jacob Black, dated July 17, 2019.

38. Attached hereto as Exhibit 38 is a true and correct copy of Declaration of Marshall L. Fisher, dated July 16, 2019.

39. Attached hereto as Exhibit 39 is a true and correct copy of Declaration of Brian L. Halstead, dated July 17, 2019.

40. Attached hereto as Exhibit 40 is a true and correct copy of Declaration of John A. Bolduc, dated July 16, 2019.

41. Attached hereto as Exhibit 41 is a true and correct copy of Declaration of Matthew Van Patton, dated July 16, 2019.

42. Attached hereto as Exhibit 42 is a true and correct copy of Declaration of Adam L. Whitsett, dated July 26, 2019.

43. Attached hereto as Exhibit 43 is a true and correct copy of Declaration of Lawrence B. Livingston, dated July 16, 2019.

44. Attached hereto as Exhibit 44 is a true and correct copy of Declaration of Molly M. Spearman, dated July 19, 2019.

45. Attached hereto as Exhibit 45 is a true and correct copy of Declaration of Rusty Monhollon, dated July 24, 2019.

46. Attached hereto as Exhibit 46 is a true and correct copy of Declaration of Leonardo R. Lopez, dated July 15, 2019.

47. Attached hereto as Exhibit 47 is a true and correct copy of Declaration of Monica Smoot, dated July 29, 2019.

48. Attached hereto as Exhibit 48 is a true and correct copy of Declaration of Skylor Hearn, dated August 05, 2019.

49. Attached hereto as Exhibit 49 is a true and correct copy of Declaration of Cynthia Beane, dated July 22, 2019.

50. Attached hereto as Exhibit 50 is a true and correct copy of Declaration of Jeffrey S. Sandy, dated July 23, 2019.

51. Attached hereto as Exhibit 51 is a true and correct copy of Declaration of Steven L. Paine, dated July 19, 2019.

52. Attached hereto as Exhibit 52 is a true and correct copy of Declaration of Mary Franklin, dated October, 27, 2020.

53. Attached hereto as Exhibit 53 is a true and correct copy of Excerpts of Deposition of Mary Franklin, dated October 05, 2020.

54. Attached hereto as Exhibit 54 is a true and correct copy of Excerpts of Deposition of Mary Franklin, dated September 18, 2019.

I verify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 6th day of November, 2020.

_____
Nina Perales