IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) ) ) ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) ) ) |
| *Defendants,* | ) ) |
| and | ) ) |
| KARLA PEREZ, ET AL.; | ) ) |
| STATE OF NEW JERSEY, | ) ) |
| *Defendants-Intervenors.* | ) ) |

**PLAINTIFF STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT**

Plaintiff States respectfully request a seven-day extension of time to file a reply brief in support of their Motion for Summary Judgment. Plaintiff States filed their Motion for Summary Judgment on October 9, 2020. *See* ECF 486. All responses to the motion were due November 6, 2020. Plaintiff States received three separate responses from the Perez Defendant-Intervenors, the State of New Jersey, and the Federal Defendants, totaling 112 pages of briefing with 78 exhibits.

Pursuant to this Court's Orders at ECF 473 and ECF 482, Plaintiff States' reply brief is due this Friday, November 13. Because Plaintiff States' briefing on their

Motion for Summary Judgment raises complex issues in a case of national importance, and because they will need to reply to three separate responses, Plaintiff States request a seven-day extension of time to adequately present these issues to the Court. Plaintiff States seek this extension for good cause and in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted.

The Federal Defendants and New Jersey do not oppose this requested extension. The Perez Defendant-Intervenors do not oppose this request so long as Plaintiff States do not oppose a similar request to extend the deadline for them to respond to the Federal Defendants' brief (which Plaintiff States do not oppose).

## CONCLUSION

Plaintiff States respectfully request that the Court grant their unopposed motion for extension of time and set the deadline to file their reply brief in support of their Motion for Summary Judgment for November 20, 2020.

| | |
|---|---|
| November 9, 2020 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | BRENT WEBSTER<br>First Assistant Attorney General |
| DEREK SCHMIDT<br>Attorney General of Kansas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| JEFF LANDRY<br>Attorney General of Louisiana | */s/ Todd Lawrence Disher*<br>TODD LAWRENCE DISHER |
| LYNN FITCH<br>Attorney General of Mississippi | Attorney-in-Charge<br>Deputy Chief, Special Counsel Unit<br>Tx. State Bar No. 24081854 |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | Southern District of Texas No. 2985472<br>Tel.: (512) 463-2100; Fax: (512) 936-0545<br>todd.disher@oag.texas.gov |
| ALAN WILSON<br>Attorney General of South Carolina | P.O. Box 12548<br>Austin, Texas 78711-2548 |
| PATRICK MORRISEY<br>Attorney General of West Virginia | ADAM ARTHUR BIGGS<br>Assistant Attorney General |
| | **COUNSEL FOR PLAINTIFF STATES** |

Case 1:18-cv-00068   Document 505   Filed on 11/09/20 in TXSD   Page 4 of 4

**CERTIFICATE OF CONFERENCE**

I certify that beginning on November 7, 2020, I conferred with counsel for the other parties. The Federal Defendants do not oppose the requested relief. The Perez Defendant-Intervenors do not oppose this request so long as Plaintiff States do not oppose a similar request to extend the deadline for them to respond to the Federal Defendants' brief (which Plaintiff States do not oppose). New Jersey does not oppose the requested relief.

> */s/ Todd Lawrence Disher*
> TODD LAWRENCE DISHER
> **COUNSEL FOR PLAINTIFF STATES**

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2020, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

> */s/ Todd Lawrence Disher*
> TODD LAWRENCE DISHER
> **COUNSEL FOR PLAINTIFF STATES**

4