# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

## ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

On this date, the Court considered Plaintiff States' Unopposed Motion for Extension of Time to File Reply in Support of Their Motion for Summary Judgment. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion for Extension of Time to File Reply in Support of Their Motion for Summary Judgment is hereby GRANTED. Plaintiff States' reply should be filed no later than November 20, 2020.

SIGNED on this the _____ day of November 2020.

                                                _____
                                                Andrew S. Hanen
                                                U.S. District Court Judge