# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas, et al.

v.                                    Case Number: 1:18−cv−00068

United States of America, et al.

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S Hanen

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/22/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   November 9, 2020

David J. Bradley, Clerk