IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et. al.,, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | Case No. 8-cv-00068 |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS'
UNOPPOSED MOTION TO EXTEND DEADLINE TO
RESPOND TO DEFENDANT-INTERVENORS' RESPONSES
AND CROSS MOTION FOR SUMMARY JUDGMENT**

WHEREFORE, at the request of counsel for Federal Defendants, and without opposition of Plaintiffs or Defendant-Intervenors,

IT IS HEREBY ORDERED that the deadline for Federal Defendants to respond to Defendant-Intervenors' responses to Plaintiffs' Motion for Summary Judgment and Perez Defendant-Intervenors' cross motion for summary judgment, is hereby extended by seven days to November 20, 2020.

SO ORDERED.

Signed on November ___, 2020, at Brownsville, TX.

                                          _____
                                          Honorable Andrew S. Hanen
                                          United States District Judge