United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL.; <br><br> Defendants, <br><br> and <br><br> KARLA PEREZ ET AL.; <br><br> STATE OF NEW JERSEY, <br><br> Defendants-Intervenors. | Case No. 1:18-cv-00068 |

### ORDER GRANTING *PRO HAC VICE* COUNSEL CHARLES BREITERMAN'S MOTION TO FOR LEAVE TO FILE EXCESS PAGES

On this date, the Court considered Charles Breiterman's Motion For Leave to File Excess Pages.

After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Exceed Page Limits is hereby GRANTED. SIGNED on this the ___9th___ day of ~~October~~ November, 2020.

Hon. Andrew S. Hanen,
U.S. District Court Judge