United States Courts
Southern District of Texas
FILED

November 10, 2020

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas et al

*versus*

United States of America et al

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael Joseph Dundas<br>Los Angeles City Attorney's Office<br>200 N. Main Street.<br>CHE, Suite 700<br>Los Angeles, CA 90012<br>(213)978-8100 / Mike.Dundas@lacity.org<br>California State Bar No. 226930 |
|---|---|

| Name of party applicant seeks to appear for: | City of Los Angeles |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes __    No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

Dated: 11/9/2020    Signed: [signature]

The state bar reports that the applicant's status is: Active

Dated: 11/10/2020    Clerk's signature    s| M. Mapps

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____      _____
                                        United States District Judge