United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et. al.,, <br><br> Plaintiffs, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, *et al.*, <br><br> Defendants. | Case No. 8-cv-00068 |

### ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT-INTERVENORS' RESPONSES AND CROSS MOTION FOR SUMMARY JUDGMENT

WHEREFORE, at the request of counsel for Federal Defendants, and without opposition of Plaintiffs or Defendant-Intervenors,

IT IS HEREBY ORDERED that the deadline for Federal Defendants to respond to Defendant-Intervenors' responses to Plaintiffs' Motion for Summary Judgment and Perez Defendant-Intervenors' cross motion for summary judgment, is hereby extended by seven days to November 20, 2020.

SO ORDERED.

Signed on November 10, 2020.

_____
Honorable Andrew S. Hanen
United States District Judge