United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| *Defendants-Intervenors.* | ) |

**ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT**

On this date, the Court considered Plaintiff States' Unopposed Motion for Extension of Time to File Reply in Support of Their Motion for Summary Judgment. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion for Extension of Time to File Reply in Support of Their Motion for Summary Judgment is hereby GRANTED. Plaintiff States' reply should be filed no later than November 20, 2020.

SIGNED on this the \_\_10th\_\_ day of November 2020.

_____
Andrew S. Hanen
U.S. District Court Judge