# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § Case No. 1:18-CV-68 |
| | § |
| UNITED STATES OF AMERICA, *et al.*, | § |
| | § |
| Defendants, | § |
| | § |
| and | § |
| | § |
| KARLA PEREZ, *et al.*, | § |
| | § |
| Defendant-Intervenors, | § |
| and | § |
| | § |
| STATE OF NEW JERSEY | § |
| | § |
| Defendant-Intervenor. | |

## **ORDER**

On this date, the Court considered Perez Defendant-Intervenors' Unopposed Motion for Extension of Time to File Response to Federal Defendants' Response to Plaintiff States' Motion for Summary Judgment. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Perez Defendant-Intervenors' Unopposed Motion for Extension of Time is GRANTED. Perez Defendant-Intervenors' response should be filed no later than November 20, 2020.

SIGNED on this the ____ day of November, 2020.

                                                            Hon. Andrew S. Hanen,
                                                            U.S. District Court Judge