United States Courts
Southern District of Texas
FILED
November 10, 2020
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
November 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|
| | State of Texas et al | | |
| | *versus* | | |
| | United States of America et al | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael Joseph Dundas<br>Los Angeles City Attorney's Office<br>200 N. Main Street.<br>CHE, Suite 700<br>Los Angeles, CA 90012<br>(213)978-8100 / Mike.Dundas@lacity.org<br>California State Bar No. 226930 |

| Name of party applicant seeks to appear for: | City of Los Angeles |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/9/2020 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 11/10/2020 | Clerk's signature   s| M. Mapps |

**Order**

Dated: 11/12/20

This lawyer is admitted *pro hac vice*.

_____
United States District Judge