AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| State of Texas, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| United States of America, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae City of Los Angeles.

Date: 11/12/2020

/s/ Michael Dundas
*Attorney's signature*

Michael Dundas  SBN 226930
*Printed name and bar number*
Los Angeles City Attorney's Office
200 N. Main Street.
City Hall East, Suite 700
Los Angeles, CA 90012
*Address*

Mike.Dundas@lacity.org
*E-mail address*

(213) 978-8130
*Telephone number*

(213) 978-8222
*FAX number*