UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al., Karla Perez, et al., and State of New Jersey

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Daniel R. Suvor<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071-2889<br>213-430-7669, dsuvor@omm.com<br>California - 265674 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Local Governments and Local Government Advocacy Organizations |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/13/2020 | Signed: *Daniel Suvor* |
|---|---|

The state bar reports that the applicant's status is: Active

Dated: 11/16/2020   Clerk's signature: [signature]

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____     _____
                                   United States District Judge