IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>KARLA PEREZ, *et al.*,<br><br>    Defendant-Intervenors,<br><br>and<br><br>STATE OF NEW JERSEY,<br><br>    Defendant-Intervenor. | Case No. 1:18-cv-00068-ASH |

## NOTICE OF APPEARANCE

Proposed *Amici* 54 Local Governments and Local Government Advocacy Organizations file this Notice of Appearance of Counsel and hereby notify the Court that Nicholas Whilt of the law firm O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071 is appearing as counsel for *Amici*.

All pleadings, correspondence, materials, and electronic notices should be served upon counsel at the address listed above.

1

Dated: November 13, 2020 Respectfully submitted,

By: /s/ Nicholas Whilt
Nicholas Whilt
Attorney-in-Charge
S.D. Tex. No. CA247738
Margaret L. Carter*
Daniel R. Suvor*
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-7503
Facsimile: (213) 430-6407
nwhilt@omm.com

* *pro hac vice* pending

Attorneys for *Amicus Curiae* County of Los Angeles

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that service of the foregoing document was automatically accomplished on all known filing users through the Court's CM/ECF system and/or in accordance with the Federal Rules of Civil Procedure on this 13th day of November, 2020.

                                              /s/ Nicholas Whilt
                                              Nicholas Whilt