**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | Case No. 1:18-cv-00068-ASH |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants, | |
| KARLA PEREZ, *et al.*, | |
| Defendant-Intervenors, | |
| and | |
| STATE OF NEW JERSEY, | |
| Defendant-Intervenor. | |

**[PROPOSED] ORDER**

Upon consideration of the unopposed motion of 54 Local Governments and Local Government Advocacy Organizations for leave to file a memorandum of law as *amici curiae* in opposition to Plaintiffs' motion for summary judgment and in support of Defendant-Intervenors' motion for summary judgment, the memorandum of law submitted therewith, and the lack of any opposition thereto, the Court holds that this motion should be granted.  For the foregoing reasons, it is hereby

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the Memorandum of Law submitted with the Motion for Leave to File.

SIGNED this __ day of _____, 2020.

_____

HON. ANDREW S. HANEN
United States District Judge