United States District Court
Southern District of Texas

**ENTERED**

November 16, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al., Karla Perez, et al., and State of New Jersey |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Margaret L. Carter<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071-2889<br>213-430-7592, mcarter@omm.com<br>California - 220637 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Local Governments and Local Government Advocacy Organizations |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/13/2020 | Signed: *Margaret L. Carter* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 11/16/2020 | Clerk's signature *Dori Lee Menege* |

| **Order** |
|---|
| Dated: 11/16/20 |

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge