Case 1:18-cv-00068   Document 526   Filed on 11/16/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                           SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|

| *versus* |
|---|

| United States of America, et al., Karla Perez, et al., and State of New Jersey |
|---|

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Daniel R. Suvor<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071-2889<br>213-430-7669, dsuvor@omm.com<br>California - 265674 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Local Governments and Local Government Advocacy Organizations |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/13/2020 | Signed: *Daniel Suvor* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 11/16/2020 | Clerk's signature: *[signature]* |

**Order**

Dated: 11/16/20

This lawyer is admitted *pro hac vice*.

_____
United States District Judge