# EXHIBIT 3

| | |
|---|---|
| **From:** | Botts, Erika R <​██████@uscis.dhs.gov> |
| **Sent:** | |
| **To:** | Robinson, Brandon M <​██████@uscis.dhs.gov> |
| **Cc:** | Blair, David A <​██████@uscis.dhs.gov>; Adams, Mary-Sarah S (Mary-Sarah (MSA)) <​██████@uscis.dhs.gov>; Vo, Jack H <​██████@uscis.dhs.gov>; Orise, Sharon R <​██████@uscis.dhs.gov>; Umoru, Victoria E <​██████@uscis.dhs.gov>; Casto, Randall W <​██████@uscis.dhs.gov>; Davis, Roy L <​██████@uscis.dhs.gov> |
| **Subject:** | Re: Moving forward w/ DACA changes |

Jenni has completed testing of manual and batch adjudication and all looks good.

Please let me know if you guys need anything further.

Erika

Erika R. Botts
Branch Chief, Portfolio Manager
SCOPS Portfolio Branch
Transformation Delivery Division
DHS/USCIS/OIT
202315██████

> On Aug 25, 2020, at 8:55 AM, Botts, Erika R <​██████@uscis.dhs.gov> wrote:
>
> Thank you Brandon and Roy.
>
> We will reach out to Jennifer.
>
> Erika
>
> Erika R. Botts
> Branch Chief, Portfolio Manager
> SCOPS Portfolio Branch
> Transformation Delivery Division
> DHS/USCIS/OIT
> 202315██████
>
>> On Aug 25, 2020, at 7:59 AM, Robinson, Brandon M <​██████@uscis.dhs.gov> wrote:
>>
>> Hi Erika,

The NSC has requested TDD work with Jenni Jenkins ███████████@uscis.dhs.gov). Please feel free to reach out to her at your convenience.

Thanks again,
Brandon

---

**From:** Robinson, Brandon M
**Sent:** Tuesday, August 25, 2020 7:09 AM
**To:** Davis, Roy L <███████@uscis.dhs.gov>; Botts, Erika R <████████@uscis.dhs.gov>
**Cc:** Blair, David A <████████@uscis.dhs.gov>; Adams, Mary-Sarah S (Mary-Sarah (MSA)) <████████@uscis.dhs.gov>; Vo, Jack H <████████@uscis.dhs.gov>; Orise, Sharon R <████████@uscis.dhs.gov>; Umoru, Victoria E <████████@uscis.dhs.gov>; Casto, Randall W <████████@uscis.dhs.gov>
**Subject:** RE: Moving forward w/ DACA changes

Good Morning Erika,

A huge thanks to you and your teams to executing the end points and setting up the one year validity dates! The numbers definitely make sense. We will reach out to the NSC for a POC shortly and circle back.

V/R
Brandon

Brandon Robinson
Adjudications Officer, Service Center Opeations (SCOPS) HQ
U.S. Citizenship and Immigration Services
Cell: 402.304.████ | ████████████@uscis.dhs.gov

---

**From:** Davis, Roy L <████████@uscis.dhs.gov>
**Sent:** Tuesday, August 25, 2020 6:57 AM
**To:** Botts, Erika R <████████@uscis.dhs.gov>; Robinson, Brandon M <████████@uscis.dhs.gov>
**Cc:** Blair, David A <████████@uscis.dhs.gov>; Adams, Mary-Sarah S (Mary-Sarah (MSA)) <████████@uscis.dhs.gov>; Vo, Jack H <████████@uscis.dhs.gov>; Orise, Sharon R <████████@uscis.dhs.gov>; Umoru, Victoria E <████████@uscis.dhs.gov>; Casto, Randall W <████████@uscis.dhs.gov>
**Subject:** RE: Moving forward w/ DACA changes

Connie N. requests NSC as the test Center. - Roy

## Roy L. Davis

Acting Chief, Technology Coordination Division
Chief, Benefits Delivery Systems Branch
HQ Service Center Operations
DHS U.S. Citizenship and Immigration Services (USCIS)

20 Massachusetts Avenue, NW
Washington, DC  20529
Cell: 202-297█████

**From:** Botts, Erika R <███████@uscis.dhs.gov>
**Sent:** Monday, August 24, 2020 10:46 PM
**To:** Robinson, Brandon M <███████@uscis.dhs.gov>
**Cc:** Blair, David A <███████@uscis.dhs.gov>; Adams, Mary-Sarah S (Mary-Sarah (MSA)) <███████@uscis.dhs.gov>; Vo, Jack H <███████@uscis.dhs.gov>; Orise, Sharon R <███████@uscis.dhs.gov>; Umoru, Victoria E <███████@uscis.dhs.gov>; Davis, Roy L <███████@uscis.dhs.gov>; Casto, Randall W <███████@uscis.dhs.gov>
**Subject:** Re: Moving forward w/ DACA changes

Hi Brandon,

We are done with all 3 of the actions outlined this morning.

Below is a summary of the work the team has done.

Prior to starting the endpoint work, we had:
- DACA Packets with a substatus of PPCCE: **9,516** (the earlier higher # was due to counting each packet twice)
- DACA Packets with a substatus of Pending Streamlined Processing Approval: **26,424**
- Total of: **35,940**

After the endpoint work we have:
- DACA Packets with a substatus of PPCCE: **24,955**
- DACA Packets with a substatus of Pending Streamlined Processing Approval: **11,247**
- Total of: **36,202**

The additional 262 cases are mostly cases that came into and went right into PPCCE. We saw several of the cases we spot checked that were ingested today and made it straight to PPCCE. Also a few had flags resolved today that landed them there.

From everything we have checked, everything looks good. All cases in Pending Streamlined Processing Approval should be batchable and ready to go. All cases in PPCCE have updated Due Dates including 164 packets that should come out of PPCCE <u>at midnight tonight</u> and likely into Pending SP Approval.

We have 1 request. Could we work with one of the center's when they are ready to approve a batch? We would ideally want a small batch of 1-3. We have tested

very throughly but would like to make sure everything looks good on SCOPS end before we start larger batches.

Please let me know if you have any questions or concerns.

Erika

Erika R. Botts
Branch Chief, Portfolio Manager
SCOPS Portfolio Branch
Transformation Delivery Division
DHS/USCIS/OIT
202315█████

> On Aug 24, 2020, at 3:44 PM, Robinson, Brandon M <█████████@uscis.dhs.gov> wrote:
>
> Thank you, Erika! Very helpful to know officers can make one year approvals for initial DACA requests.
>
> I think I may have caused some confusion regarding "initial" DACA requests. There are two buckets of initial filings:
>
> 1) Initial requests submitted by those who have never before been granted DACA (accepted until the 2017 rescission), and
> 2) Filings processed as initial DACA requests under certain circumstances when submitted by those who have received a prior grant of DACA.
>
> My understanding is the same as yours regarding the Lockbox continuing to reject initial DACA requests submitted by those who have never before been granted DACA. However, the 2018 court orders (and now the Edlow memo) continues to allow any individual who has previously been granted deferred action to submit a DACA request, some of which are (and will be) treated as initial DACA requests. In order for the Lockbox to maintain its ability to reject initial DACA requests submitted by those who have never before been granted DACA, they transmit every filing into ELIS as a renewal. Once the case enters ELIS there are a series of flags to identify certain cases:
>
> 1) No Prior DACA Found
> 2) Prior DACA Terminated
> 3) Most Recent Grant of DACA Expired More Than One Year Ago

If there is no prior DACA grant, the case will be denied by the NSC. We usually see this when a TPS recipient accidentally submits a DACA request. Cases that fit scenarios 2 and 3 have had prior grants of DACA. They are categorized as initials and routed to the CSC for processing and can be approved on their merits. The CSC has termed these filings as "renewals as initials" which probably better describes the current "initial" workload.

Our latest internal report suggests there are only a handful of pre-rescission initial filings and about 2700 of the "renewals as initials".

This is all probably more than anyone needs to know but wanted to share in case it may be helpful.

Thanks again for everyone's help in getting us set up for the newest version of DACA 😊

V/R,
Brandon

-----Original Message-----
From: Botts, Erika R <██████████@uscis.dhs.gov>
Sent: Monday, August 24, 2020 2:33 PM
To: Robinson, Brandon M <██████████@uscis.dhs.gov>
Cc: Blair, David A <██████████@uscis.dhs.gov>; Adams, Mary-Sarah S (Mary-Sarah (MSA)) <██████████@uscis.dhs.gov>; Vo, Jack H <██████████@uscis.dhs.gov>; Orise, Sharon R <██████████@uscis.dhs.gov>; Umoru, Victoria E <██████████@uscis.dhs.gov>; Davis, Roy L <██████████@uscis.dhs.gov>; Casto, Randall W <██████████@uscis.dhs.gov>
Subject: RE: Moving forward w/ DACA changes

Hey Brandon,

I was able to confirm that initials are off at the lockbox. We should not receive any. If they are sent to us as Renewals, in error, we have flags that catch the fact there is no prior approval or the prior approval expired more than x number of days before. The NSC reclassifies these as initials and then CSC will deny. However, if an initial were filed and approved in ELIS, it would also have the same default validity period of 1 year.

I hope this helps.
Erika

-----Original Message-----
From: Botts, Erika R
Sent: Monday, August 24, 2020 2:23 PM
To: Robinson, Brandon M <████████@uscis.dhs.gov>
Cc: Blair, David A <████████@uscis.dhs.gov>; Adams, Mary-Sarah S (Mary-Sarah (MSA)) <████████@uscis.dhs.gov>; Vo, Jack H <████████@uscis.dhs.gov>; Orise, Sharon R <████████@uscis.dhs.gov>; Umoru, Victoria E <████████@uscis.dhs.gov>; Davis, Roy L <████████@uscis.dhs.gov>; Casto, Randall W <████████@uscis.dhs.gov>
Subject: RE: Moving forward w/ DACA changes

Brandon,

My understanding is that we are not accepting initials? Are we accepting DACA initials?

Erika

-----Original Message-----
From: Robinson, Brandon M <████████@uscis.dhs.gov>
Sent: Monday, August 24, 2020 2:21 PM
To: Botts, Erika R <████████@uscis.dhs.gov>
Cc: Blair, David A <████████@uscis.dhs.gov>; Adams, Mary-Sarah S (Mary-Sarah (MSA)) <████████@uscis.dhs.gov>; Vo, Jack H <████████@uscis.dhs.gov>; Orise, Sharon R <████████@uscis.dhs.gov>; Umoru, Victoria E <████████@uscis.dhs.gov>; Davis, Roy L <████████@uscis.dhs.gov>; Casto, Randall W <████████@uscis.dhs.gov>
Subject: RE: Moving forward w/ DACA changes

Hi Erika,

One follow up regarding approvals. **DP**

**DP**

Any additional info is greatly appreciated.

Thanks,
Brandon

Brandon Robinson
Adjudications Officer, Service Center Opeations (SCOPS) HQ U.S. Citizenship and Immigration Services
Cell: 402.304.■■■■ | ■■■■■■■■■■@uscis.dhs.gov

-----Original Message-----
From: Casto, Randall W <■■■■■■■@uscis.dhs.gov>
Sent: Monday, August 24, 2020 11:39 AM
To: Botts, Erika R <■■■■■■@uscis.dhs.gov>; Davis, Roy L <■■■■■■@uscis.dhs.gov>
Cc: Robinson, Brandon M <■■■■■■■■@uscis.dhs.gov>; Blair, David A <■■■■■■@uscis.dhs.gov>; Adams, Mary-Sarah S (Mary-Sarah (MSA)) <■■■■■■■@uscis.dhs.gov>; Vo, Jack H <■■■■■@uscis.dhs.gov>
Subject: RE: Moving forward w/ DACA changes

+Mary-Sarah and Jack Vo

Hi Erika:

Spot on.  Thank you.

Randy


-----Original Message-----
From: Botts, Erika R <■■■■■■■@uscis.dhs.gov>
Sent: Monday, August 24, 2020 11:20 AM
To: Davis, Roy L <■■■■■@uscis.dhs.gov>
Cc: Casto, Randall W <■■■■■■■@uscis.dhs.gov>; Robinson, Brandon M <■■■■■■■■@uscis.dhs.gov>; Blair, David A <■■■■■■@uscis.dhs.gov>
Subject: Moving forward w/ DACA changes

Hi Roy,

Sending an email to confirm TDD's actions. There are 3.

1. We are toggling on the change in validity period for renewals to 1 year.

2. We are toggling a change to the PPCCE queue from 150 to 30 days.

3. We will execute an endpoint to the current PPCCE queue to change it from 150 to 30 days and also execute an endpoint to the SP approval queue to make sure only cases within 30 days

move forward and return cases 31-150 days to the PPCCE queue.

I will send an email when all of the actions are complete.

Please let me know if you have any questions or concerns.

Erika R. Botts
Branch Chief, Portfolio Manager
SCOPS Portfolio Branch
Transformation Delivery Division
DHS/USCIS/OIT
202315█