# EXHIBIT 4

| | |
|---|---|
| **From:** | Orise, Sharon R <​█████████@uscis.dhs.gov> |
| **Sent:** | |
| **To:** | Umoru, Victoria E <​█████████@uscis.dhs.gov> |
| **Cc:** | Robinson, Brandon M <​█████████@uscis.dhs.gov> |
| **Subject:** | RE: Supreme Court Decision and DACA Initial Filings |

Good Afternoon Victoria,

Please inform the Centers to hold the cases until we receive guidance on how to proceed from OCC and OP&S.

Thanks

Sharon R. Orise
Chief, Waiver and Temporary Status (WATS) Branch
HQ Service Center Operations (HQ SCOPS)
U.S. Citizenship and Immigration Services
Office: (202) 272-████   Mobile: (202) 236-████
█████████@uscis.dhs.gov
Telework schedule:
First week: M/T/W/F in office Thursday
Second week: M/T/TH in office Wednesday. AWS Friday

---

**From:** Umoru, Victoria E <​█████████@uscis.dhs.gov>
**Sent:** Friday, June 26, 2020 8:41 AM
**To:** Orise, Sharon R <​█████████@uscis.dhs.gov>
**Cc:** Robinson, Brandon M <​█████████@uscis.dhs.gov>
**Subject:** FW: Supreme Court Decision and DACA Initial Filings

Good morning Sharon,

NSC has raised question below regarding DACA filings that come into their Filing and Validity Date Review work queue. Cases fall into this queue when the filing does not show any prior DACA grant. Since USCIS is not accepting new initial filings from individuals who have never before been granted DACA, a NOID is issued for such cases and then denied accordingly. In the particular example IOE█████████, this requestor was issued a NOID (see attached). It appears she had a different form of deferred action and so this case would normally be denied. However, due to the recent Supreme Court Decision, ⌞_____ DP _____⌟
⌞_____ DP _____⌟
⌞_____ DP _____⌟

Thank you.

*Victoria Umoru*
Adjudications Officer (Policy)
SCOPS I USCIS HQ I DHS
20 Massachusetts Ave. Washington D.C. 20529

PH: (202) 631-▮



**From:** Jenkins, Jennifer L <▮▮▮@uscis.dhs.gov>
**Sent:** Friday, June 26, 2020 7:22 AM
**To:** HQSCOPSDACA ▮▮▮@uscis.dhs.gov>; Robinson, Brandon M <▮▮▮@uscis.dhs.gov>; Umoru, Victoria E ▮▮▮@uscis.dhs.gov>
**Cc:** Rouse, Tracey J ▮▮▮@uscis.dhs.gov>
**Subject:** Supreme Court Decision and DACA Initial Filings

Good Morning:

> # DP

Example:

IOE0▮▮▮

I know details are still being worked out but wanted to make you aware that we currently have cases that may be affected from the Filing and Validity Date Review work queue.

Thank you,
Jenni

**Jennifer Jenkins | Immigration Services Officer (ISO-3)**
USCIS Nebraska Service Center | DACA BCU | NW1002 | ▮▮▮
☏ (402) 219-▮▮▮   ✉ ▮▮▮@uscis.dhs.gov