UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of American, et al., Karla Perez, et al., and State of New Jersey

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeremy M. Feigenbaum<br>Office of the New Jersey Attorney General<br>R.J. Hughes Justice Complex, 25 Market Street<br>Trenton, NJ 08625<br>Jeremy.Feigenbaum@njoag.gov | (609) 376-2690<br>New Jersey, 117762014<br>DNJ, 117762014 |

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/20/2020 | Signed: | /s/ Jeremy M. Feigenbaum |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                     United States District Judge