UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of American, et al., Karla Perez, et al., and State of New Jersey

United States District Court
Southern District of Texas
FILED
NOV 24 2020
David J. Bradley, Clerk of Court

| | |
|---|---|
| Lawyer's Name | Jeremy M. Feigenbaum |
| Firm | Office of the New Jersey Attorney General |
| Street | R.J. Hughes Justice Complex, 25 Market Street |
| City & Zip Code | Trenton, NJ 08625 |
| Telephone & Email | Jeremy.Feigenbaum@njoag.gov | (609) 376-2690 |
| Licensed: State & Number | New Jersey, 117762014 |
| Federal Bar & Number | DNJ, 117762014 |

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/20/2020 | Signed: | /s/ Jeremy M. Feigenbaum |
|---|---|---|

The state bar reports that the applicant's status is: **active**

Dated: 11/24/2020   Clerk's signature: *Sarah Castillo*

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge