United States District Court
Southern District of Texas
**ENTERED**
November 25, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | ☒ | Case Number | 1:18-cv-00068 |
|---|---|---|---|---|

State of Texas, et al.

versus

United States of American, et al., Karla Perez, et al., and State of New Jersey

United States District Court
Southern District of Texas
**FILED**
NOV 24 2020
David J. Bradley, Clerk of Court

| | |
|---|---|
| Lawyer's Name | Jeremy M. Feigenbaum |
| Firm | Office of the New Jersey Attorney General |
| Street | R.J. Hughes Justice Complex, 25 Market Street |
| City & Zip Code | Trenton, NJ 08625 |
| Telephone & Email | Jeremy.Feigenbaum@njoag.gov \| (609) 376-2690 |
| Licensed: State & Number | New Jersey, 117762014 |
| Federal Bar & Number | DNJ, 117762014 |

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/20/2020 | Signed: | /s/ Jeremy M. Feigenbaum |
|---|---|---|

The state bar reports that the applicant's status is: **active**

Dated: 11/24/2020    Clerk's signature: *Sarah Castillo*

### Order

Dated: 11/24/20

This lawyer is admitted *pro hac vice*.

_____
United States District Judge

United States District Court for the Southern District of Texas
Attorney Registration Form for District Electronic Filing
(Please print or type)

Date: _____

First/ Middle/ Last name: _____

State Bar Number: _____   Licensing State: _____

Admitted to Practice in the Southern District of Texas: ☐ Yes   or   ☐ Pro Hac Vice

Firm: _____

Street and Suite: _____

_____ State _____ Zip Code _____

Phone Number: _____

Fax Number:    _____

E-mail for electronic service: _____
City

If you have already attended ECF training or are registered for ECF in another U. S. Bankruptcy or District Court, give us the court and district:

_____


By submitting this form, I agree to abide by these rules:

1. I will maintain familiarity with the technical and procedural requirements as they are adopted by the court.

2. Use of my login and password constitutes my signature on documents filed electronically for purposes of the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure.

3. I am responsible for all use of my login and password, authorized or not.

4. By registering, I consent to electronic service of documents and notices through the court's Electronic Filing System and waive service by other means.

Applicant's Signature: _____ _____

**Print, sign, scan, then e-mail this form**
**in PDF format to :**          Houston-Atty-Adm@txs.uscourts.gov