IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| and | ) |
| | ) |
| KARLA PEREZ, *et al.*; | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiffs file this Notice of Appearance of Counsel and hereby notify the Court that Special Counsel Eric A. Hudson will appear as co-counsel for Plaintiffs in the above case, along with Deputy Chief for the Special Litigation Unit, Todd Lawrence Disher, who will remain lead counsel. Mr. Hudson is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules. Mr. Hudson's contact information is

> Eric A. Hudson
> Special Counsel
> TX State Bar No. 24059977
> Southern District of Texas No. 1000759
> Tel.: (512) 936-2266; Fax: (512) 936-0545
> P.O. Box 12548 (MC-003)
> Austin, Texas 78711-2548
> eric.hudson@oag.texas.gov

| | |
|---|---|
| December 2, 2020 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | BRENT WEBSTER<br>First Assistant Attorney General |
| DEREK SCHMIDT<br>Attorney General of Kansas | PATRICK K. SWEETEN<br>Associate Deputy for Special Litigation |
| JEFF LANDRY<br>Attorney General of Louisiana | TODD LAWRENCE DISHER<br>Attorney-in-Charge<br>Deputy Chief, Special Litigation Unit |
| LYNN FITCH<br>Attorney General of Mississippi | Tx. State Bar No. 24081854<br>Southern District of Texas No. 2985472 |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | */s/ Eric A. Hudson*<br>ERIC A. HUDSON<br>Special Counsel |
| ALAN WILSON<br>Attorney General of South Carolina | Tx. State Bar No. 24059977<br>Southern District of Texas No. 1000759<br>Tel.: (512) 936-2266; Fax: (512) 936-0545 |
| PATRICK MORRISEY<br>Attorney General of West Virginia | eric.hudson@oag.texas.gov<br>P.O. Box 12548 (MC-003)<br>Austin, Texas 78711-2548 |

**COUNSEL FOR PLAINTIFF STATES**

## CERTIFICATE OF SERVICE

I certify that on December 2, 2020, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

*/s/ Eric A. Hudson*
ERIC A. HUDSON

**COUNSEL FOR PLAINTIFF STATES**