IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
|     *Plaintiffs,* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
|     *Defendants,* | ) |
| and | ) |
| KARLA PEREZ, *et al.*; | ) |
| STATE OF NEW JERSEY, | ) |
|     *Defendant-Intervenors.* | ) |

**PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW
ADAM ARTHUR BIGGS AS COUNSEL**

Pursuant to Local Rule 83.2, Plaintiff States file this Unopposed Motion to Withdraw Adam Arthur Biggs as Counsel. In support of this motion, Plaintiff States offer the following:

1. Adam Arthur Biggs is currently designated as a counsel of record for Plaintiff States.

2. Mr. Biggs has recently accepted a position outside the Office of the Attorney General of Texas. As a result, Mr. Biggs seeks to withdraw as an attorney of record in this case.

3. Plaintiff States will continue to be represented by lead counsel Todd Lawrence Disher.

4.    This withdrawal will not delay any proceedings.

5.    For the reasons stated above, Plaintiff States respectfully request that the Court grant this motion to withdraw Adam Arthur Biggs as counsel for Plaintiff States and remove Mr. Biggs from all further electronic notifications regarding this case.

| | |
|---|---|
| December 3, 2020 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | BRENT WEBSTER<br>First Assistant Attorney General |
| DEREK SCHMIDT<br>Attorney General of Kansas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation |
| JEFF LANDRY<br>Attorney General of Louisiana | TODD LAWRENCE DISHER<br>Attorney-in-Charge |
| LYNN FITCH<br>Attorney General of Mississippi | Deputy Chief, Special Litigation Unit |
| | ERIC A. HUDSON<br>Special Counsel |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | |
| ALAN WILSON<br>Attorney General of South Carolina | */s/ Adam Arthur Biggs*<br>ADAM ARTHUR BIGGS<br>Deputy Division Chief |
| PATRICK MORRISEY<br>Attorney General of West Virginia | Financial Litigation and<br>Charitable Trusts Division<br>Tx. State Bar No. 24077727<br>Southern District of Texas No. 2964087<br>(512) 936-0750 \| FAX: (512) 477-2348<br>adam.biggs@oag.texas.gov<br>P.O. Box 12548 (MC-017)<br>Austin, Texas 78711-2548 |
| | **COUNSEL FOR PLAINTIFF STATES** |

## CERTIFICATE OF CONFERENCE

I certify that on December 2, 2020, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER

## CERTIFICATE OF SERVICE

I certify that on December 3, 2020, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record:

*/s/ Adam Arthur Biggs*
ADAM ARTHUR BIGGS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| and | ) |
| | ) |
| KARLA PEREZ, *et al.*; | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

**ORDER GRANTING PLAINTIFF STATES' UNOPPOSED
MOTION TO WITHDRAW ADAM ARTHUR BIGGS AS COUNSEL**

Before the Court is Plaintiff States' Unopposed Motion to Withdraw Adam Arthur Biggs as Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion to Withdraw Adam Arthur Biggs as Counsel is hereby GRANTED. The Clerk is instructed to remove Mr. Biggs from all electronic notifications regarding this case.

SIGNED on this \_\_\_\_ day of _____, 2020.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE