# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| and | ) |
| | ) |
| KARLA PEREZ, *et al.*; | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

## ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW ADAM ARTHUR BIGGS AS COUNSEL

Before the Court is Plaintiff States' Unopposed Motion to Withdraw Adam Arthur Biggs as Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion to Withdraw Adam Arthur Biggs as Counsel is hereby GRANTED. The Clerk is instructed to remove Mr. Biggs from all electronic notifications regarding this case.

SIGNED on this ____ day of _____, 2020.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE