United States District Court
Southern District of Texas
**ENTERED**
December 03, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| and | ) |
| | ) |
| KARLA PEREZ, *et al.*; | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

**ORDER GRANTING PLAINTIFF STATES' UNOPPOSED
MOTION TO WITHDRAW RYAN L. BANGERT AS COUNSEL**

Before the Court is Plaintiff States' Unopposed Motion to Withdraw Ryan L. Bangert as Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion to Withdraw Ryan L. Bangert as Counsel is hereby GRANTED. The Clerk is instructed to remove Mr. Bangert from all further electronic notifications regarding this case.

SIGNED on this 3rd day of December, 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE