# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| STATE OF NEW JERSEY | ) |
| Defendant-Intervenor. | ) |

### [PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' MOTION TO CONTINUE HEARING SET FOR DECEMBER 22, 2020

Before the Court is Defendant-Intervenors' Motion to Continue Hearing Set for December 22, 2020. Having considered the Motion, the papers submitted in support and opposition thereto, and the arguments of counsel, if any, the Court finds good cause to vacate the December 22, 2020, hearing date, and reset the summary judgment hearing for a date after January 4, 2021. Accordingly, Defendant-Intervenors' Motion is GRANTED.

IT IS HEREBY ORDERED that the hearing set for December 22, 2020, is VACATED.

**SO ORDERED** on this ___ day of December, 2020

                                                                                                              _____
Hon. Andrew S. Hanen
U.S. District Court Judge