# EXHIBIT B

 Official website of the Department of Homeland Security

 U.S. Department of Homeland Security

# Update: Deferred Action for Childhood Arrivals

**Release Date:**  December 7, 2020

On November 14, 2020, Judge Nicholas George Garaufis of the U.S. District Court for the Eastern District of New York issued an opinion (/publication/batalla-vidal-et-al-v-wolf-et-al-and-state-new-york-et-al-v-trump-et-al) regarding the July 28, 2020 memorandum (/publication/reconsideration-june-15-2012-memo-entitled-exercising-prosecutorial-discretion-respect) signed by Acting Secretary Chad F. Wolf. On December 4, 2020, Judge Garaufis required the Department of Homeland Security (DHS) to take certain actions to implement his November 14 opinion. As a result, effective December 7, 2020, U.S. Citizenship and Immigration Services (USCIS) is:

- Accepting first-time requests for consideration of deferred action under Deferred Action for Childhood Arrivals (DACA) based on the terms of the DACA policy in effect prior to September 5, 2017, and in accordance with the Court's December 4, 2020, order;
- Accepting DACA renewal requests based on the terms of the DACA policy in effect prior to September 5, 2017, and in accordance with the Court's December 4, 2020, order;
- Accepting applications for advance parole documents based on the terms of the DACA policy prior to September 5, 2017, and in accordance with the Court's December 4, 2020, order;
- Extending one-year grants of deferred action under DACA to two years; and
- Extending one-year employment authorization documents under DACA to two years.

USCIS will take appropriate steps to provide evidence of the one-year extensions of deferred action and employment authorization documents under DACA to individuals who were issued documentation on or after July 28, 2020, with a one-year validity period under the Wolf Memorandum.

DHS will comply with Judge Garaufis' order while it remains in effect, but DHS may seek relief from the order.

For more information, please visit USCIS.gov (https://www.uscis.gov/news/alerts/deferred-action-for-childhood-arrivals-response-to-december-4-2020-order-in-batalla-vidal-et-al-v) .

Topics: Border Security (/topics/border-security) , Citizenship and Immigration Services (/topics/immigration-and-citizenship-services) , Citizenship and Immigration Services Ombudsman (/topics/citizenship-and-immigration-services-ombudsman) , Immigration and Customs Enforcement (/topics/immigration-enforcement)

Keywords: Deferred Action for Childhood Arrivals (DACA) (/keywords/daca)

Last Published Date: December 8, 2020