# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| Defendants, | ) ) |
| KARLA PEREZ, *et al.*, | ) ) |
| Defendant-Intervenors, and | ) ) ) |
| STATE OF NEW JERSEY, | ) ) ) |
| Proposed Defendant-Intervenor. | ) ) |

## **[PROPOSED] ORDER**

Defendant-Intervenor State of New Jersey's Unopposed Motion to Appear on Behalf of the Attorney-In-Charge (the "Motion") having come before this Court, and the Court having considered the papers submitted in connection with the Motion, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. Jeremy M. Feigenbaum is permitted to appear on behalf of New Jersey at the December 22, 2020 Motion Hearing.

IT IS SO ORDERED on this _____ day of _____, 2020.

_____
Hon. Andrew S. Hanen
United States District Court Judge