| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18cv68 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of American, et al., Karla Perez, et al., and State of New Jersey

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John Coghlan<br>U.S. Dept. of Justice, Civil Div., Federal Programs Branch<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>(202) 353-2793<br>john.coghlan2@usdoj.gov<br>Washington, DC Bar, No. 1020405 |
|---|---|

| Name of party applicant seeks to appear for: | All Federal Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __ No __ ✓ __

On a separate sheet for each sanction, please supply the full particulars.

Dated: 12/16/2020    Signed:    /s/ John Coghlan

The state bar reports that the applicant's status is:

Dated:    Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge