# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, *et al.*, <br><br> Defendant-Intervenors. | Case No. 18-cv-00068 |

### FEDERAL DEFENDANTS' UNOPPOSED MOTION TO APPEAR ON BEHALF OF THE ATTORNEY-IN-CHARGE

Pursuant to the Notice of Setting (ECF No. 506), and the local rules of this Court, Federal Defendants submit this Unopposed Motion to Appear on Behalf of Attorney-In-Charge, requesting that the Court grant the attached order allowing John Coghlan to appear as counsel for Defendants at the hearing on Plaintiffs' motion for summary judgment scheduled for December 22, 2020 at 10:00 a.m., or on a new date that the Court may set.[1] Good cause supports this Unopposed Motion. As Deputy Assistant Attorney General of the Federal Programs Branch, Mr. Coghlan is familiar with this case, as well as the DACA-rescission cases that may bear on the issues before this Court. Mr. Coghlan has authority to bind the Federal Defendants.

On December 7, 2020, counsel for Federal Defendants conferred with counsel for Plaintiffs and Defendant-Intervenors who do not oppose this motion.

WHEREFORE, Federal Defendants pray that the Court grant this Unopposed Motion and allow John Coghlan to appear as counsel for Federal Defendants at the hearing scheduled for December 22, 2020.

---

[1] On December 7, 2020, Defendant-Intervenor MALDEF filed a motion to continue the hearing to January 4, 2021. ECF No. 538.

1

2

| | |
|---|---|
| Dated: December 16, 2020 | Respectfully submitted, |
| JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>Civil Division | */s/ James J. Walker*<br>JAMES J. WALKER<br>Senior Litigation Counsel<br>U.S. Department of Justice |
| AUGUST E. FLENTJE<br>Special Counsel<br>Civil Division | Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station |
| WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation<br>District Court Section | Washington, D.C. 20044<br>Phone: (202) 532-4468<br>Fax: (202) 305-7000<br>Email: james.walker3@usdoj.gov |
| JEFFREY S. ROBINS<br>Attorney-in-Charge<br>Deputy Director | *Attorneys for Federal Defendants* |

CERTIFICATE OF SERVICE

I certify that on December 16, 2020, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James J. Walker*
JAMES J. WALKER