United States District Court
Southern District of Texas
**ENTERED**
December 16, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL.; <br><br> Defendants, <br><br> and <br><br> KARLA PEREZ, ET AL.; <br><br> STATE OF NEW JERSEY, <br><br> Defendant-Intervenors. | Case No. 1:18-cv-00068 |

**ORDER DENYING DEFENDANT-INTERVENORS'**
**MOTION TO CONTINUE HEARING SET FOR DECEMBER 22, 2020**

On this date, the Court considered Defendant-Intervenors' Motion to Continue Hearing Set for December 22, 2020. After considering the motion, any responses thereto, and all other matters properly before the Court, the Court believes the motion is without merit and should be DENIED.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Motion to Continue Hearing Set for December 22, 2020 is DENIED.

SIGNED on this the 16th day of December, 2020.

Andrew S. Hanen,
U.S. District Court Judge