United States District Court
Southern District of Texas
**ENTERED**
December 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

DEC 17 2020

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18cv68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of American, et al., Karla Perez, et al., and State of New Jersey |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John Coghlan<br>U.S. Dept. of Justice, Civil Div., Federal Programs Branch<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>(202) 353-2793<br>john.coghlan2@usdoj.gov<br>Washington, DC Bar, No. 1020405 |
|---|---|

| Name of party applicant seeks to appear for: | All Federal Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/16/2020 | Signed: | /s/ John Coghlan |
|---|---|---|

The state bar reports that the applicant's status is: Active / Good Standing

Dated: 12-17-20   Clerk's signature   T. Nieto

**Order**

Dated: 12/18/20

This lawyer is admitted *pro hac vice*.

_____
United States District Judge