**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| and | § |
| KARLA PEREZ, *et al.*, | § |
| Defendant-Intervenors, | § |
| and | § |
| STATE OF NEW JERSEY, | § |
| Defendant-Intervenor. | § |

**DEFENDANT-INTERVENORS'
UNOPPOSED MOTION TO WITHDRAW RAMON A. SOTO AS COUNSEL**

Defendant-Intervenors Karla Perez, *et al.,* respectfully move to withdraw Ramon A. Soto as an attorney in this case. Mr. Soto ended his employment with the Mexican American Legal Defense and Educational Fund (MALDEF) on October 6, 2020. His withdrawal will not cause undue delay and will not adversely affect the interests of Defendant-Intervenors Karla Perez, *et al*.

Defendant-Intervenors Karla Perez, *et al.*, will continue to be represented by Attorney-in-charge, Nina Perales (MALDEF), Douglas H. Hallward-Driemeier (Ropes & Gray), and Carlos Moctezuma García (García & García Law Firm).

-2-

For these reasons, Defendant-Intervenors Karla Perez, *et al.*, respectfully request that Ramon A. Soto be withdrawn as counsel in this case.

Dated: January 7, 2021

Respectfully submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**

Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**

Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

-3-

## **CERTIFICATE OF CONFERENCE**

I, the undersigned, hereby certify that, on January 7, 2021, I emailed counsel of record for all parties. Plaintiff States, Defendant-Intervenor New Jersey and Federal Defendants do not oppose the motion.

*/S/ Nina Perales*
Nina Perales

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on January 7, 2021, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/S/ Nina Perales*
Nina Perales