# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

STATE OF TEXAS, *et al.*,

 Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

 Defendants,

*and*

KARLA PEREZ, *et al.*,

 Defendant-Intervenors.

Case No. 18-cv-00068

**FEDERAL DEFENDANTS' UNOPPOSED MOTION
TO WITHDRAW JOHN V. COGHLAN AS COUNSEL**

1

Federal Defendants respectfully move to withdraw John V. Coghlan as an attorney in this case. Mr. Coghlan ended his employment with the U.S. Department of Justice on January 20, 2021. His withdrawal will not cause undue delay and will not adversely affect the interests of Federal Defendants, who will continue to be represented by Attorney-in-charge Jeffrey Robins.

On January 19 and January 21, 2021, counsel for Federal Defendants conferred with counsel for Plaintiffs and Defendant-Intervenors who do not oppose this motion.

For the reasons stated above, Federal Defendants respectfully request that the Court grant this motion to withdraw John V. Coghlan as counsel for Federal Defendants.

| | |
|---|---|
| Dated: January 21, 2021 | Respectfully submitted, |
| BRIAN BOYNTON<br>Acting Assistant Attorney General<br>Civil Division | JEFFREY S. ROBINS<br>Attorney-in-Charge<br>Deputy Director |
| AUGUST E. FLENTJE<br>Special Counsel<br>Civil Division | */s/ James J. Walker*<br>JAMES J. WALKER<br>Senior Litigation Counsel<br>U.S. Department of Justice<br>Civil Division |
| WILLIAM C. PEACHEY<br>Director, Office of Immigration Litigation<br>District Court Section | Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 532-4468<br>Fax: (202) 305-7000<br>Email: james.walker3@usdoj.gov |
| | *Attorneys for Federal Defendants* |

**CERTIFICATE OF SERVICE**

I certify that on January 21, 2021, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>  */s/ James J. Walker*
> JAMES J. WALKER

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>  Plaintiffs,<br><br> v.<br><br> UNITED STATES OF AMERICA, *et al.*,<br><br>  Defendants,<br><br> *and*<br><br> KARLA PEREZ, *et al.*,<br><br>  Defendant-Intervenors. | Case No. 18-cv-00068 |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED
MOTION TO WITHDRAW JOHN V. COGHLAN AS COUNSEL**

Before the Court is Federal Defendants' Unopposed Motion to Withdraw John V. Coghlan as Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Federal Defendants' Unopposed Motion to Withdraw John V. Coghlan as Counsel is hereby GRANTED.

The Clerk is instructed to remove Mr. Coghlan from all electronic notifications regarding this case.

SIGNED on this ____ day of _____, 2021.

                                                                   HON. ANDREW S. HANEN
                                                                    UNITED STATE DISTRICT JUDGE