UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, *et al.*, <br><br> Defendant-Intervenors. | Case No. 18-cv-00068 |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW JOHN V. COGHLAN AS COUNSEL**

Before the Court is Federal Defendants' Unopposed Motion to Withdraw John V. Coghlan as Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Federal Defendants' Unopposed Motion to Withdraw John V. Coghlan as Counsel is hereby GRANTED.

The Clerk is instructed to remove Mr. Coghlan from all electronic notifications regarding this case.

SIGNED on this ____ day of _____, 2021.

                                                                      HON. ANDREW S. HANEN
                                                                       UNITED STATE DISTRICT JUDGE