January 21, 2021

**VIA CM/ECF**

The Honorable Andrew S. Hanen
United States Courthouse
515 Rusk Street, Room 8613
Houston, TX 77002

Re:   *Texas v. United States*, No. 1:18-cv-00068

Dear Judge Hanen:

Defendant-Intervenors Karla Perez, *et al.*, and New Jersey (the "Defendant-Intervenors") write to advise the Court that, on January 20, 2021, President Joseph R. Biden signed a Memorandum titled "Preserving and Fortifying Deferred Action for Childhood Arrivals (DACA)." The Memorandum is attached as Exhibit A.

In the Memorandum, President Biden directs that the Secretary of Homeland Security, in consultation with the Attorney General, "shall take all actions he deems appropriate, consistent with applicable law, to preserve and fortify DACA." Ex. A § 2. The Memorandum further directs that it must be implemented "consistent with applicable law" and that it does not affect "the authority granted by law to an executive department, agency, or the head thereof[.]" *Id.* § 3.

President Biden's Memorandum thus begins a process in which Federal Defendants will shortly both be taking substantive steps relating to the DACA memorandum and shifting their posture with respect to Plaintiffs' claims. Defendant-Intervenors respectfully request that the Court schedule a status conference for early February, by which time Federal Defendants can file a notice regarding how they anticipate that implementation of President Biden's Memorandum will impact the substantive and procedural aspects of this litigation.

Respectfully submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

_____/s/_____
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**

_____/s/_____
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

*Attorneys for Perez Defendant-Intervenors*

_____/s/_____
MAYUR P. SAXENA
Attorney-in-Charge
Assistant Attorney General
(Admitted pro hac vice)
124 Halsey St., 5th Floor
Newark, New Jersey 07101
PO Box 45029-5029
Phone: (973) 648-3283
Fax: (973) 648-4887
Mayur.Saxena@law.njoag.gov

*Attorneys for Defendant-Intervenor State of New Jersey*