United States District Court
Southern District of Texas
**ENTERED**
February 05, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § § Plaintiffs, § § v. § Case No. 1:18-CV-68 § UNITED STATES OF AMERICA, *et al.*, § § Defendants, § § and § § KARLA PEREZ, *et al.*, § § Defendant-Intervenors, § and § § STATE OF NEW JERSEY § § Defendant-Intervenor. § | |

## ORDER GRANTING UNOPPOSED MOTION

On this date, the Court considered Defendant-Intervenors' unopposed Motion to Withdraw Ramon A. Soto as Counsel.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Intervenors' Unopposed Motion to Withdraw Ramon A. Soto as attorney in this case is hereby GRANTED. The clerk is instructed to remove Mr. Soto from further electronic notifications for this case.

Signed on February 5, 2021.

HON. ANDREW S. HANEN
UNITED STATE DISTRICT JUDGE