
# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | )<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| *v.* | ) Case No. 1:18-cv-00068 <br>) |
| UNITED STATES OF AMERICA, ET AL.; | )<br>) |
| *Defendants,* | )<br>) |
| *and* | )<br>) |
| KARLA PEREZ, ET AL.; | )<br>) |
| STATE OF NEW JERSEY, | )<br>) |
| *Defendants-Intervenors.* | )<br>) |

## PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW CRISTINA M. MORENO AS COUNSEL

Pursuant to Local Rule 83.2, Plaintiff States file this Unopposed Motion to Withdraw Cristina M. Moreno as Counsel. In support, Plaintiff States offer the following:

1. Cristina M. Moreno is currently designated as a counsel of record for Plaintiff States.

2. Ms. Moreno has recently accepted a position outside the Office of the Attorney General of Texas. As a result, Ms. Moreno seeks to withdraw as an attorney of record in this case.

3. Plaintiff States will continue to be represented by lead counsel Todd Lawrence Disher.

4. This withdrawal will not delay any proceedings.

5. For the reasons stated above, Plaintiff States respectfully request that the Court grant this motion to withdraw Cristina M. Moreno as counsel for Plaintiff States and remove Ms. Moreno from all further electronic notifications regarding this Case.

| | |
|---|---|
| February 12, 2021 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| LESLIE RUTLEDGE<br>Attorney General of Arkansas | BRENT WEBSTER<br>First Assistant Attorney General |
| DEREK SCHMIDT<br>Attorney General of Kansas | GRANT DORFMAN<br>Deputy First Assistant Attorney General |
| JEFF LANDRY<br>Attorney General of Louisiana | SHAWN COWLES<br>Deputy Attorney General for Legal Counsel |
| LYNN FITCH<br>Attorney General of Mississippi | TODD LAWRENCE DISHER<br>Attorney-in-Charge<br>Deputy Chief, Special Litigation Unit |
| DOUGLAS J. PETERSON<br>Attorney General of Nebraska | ERIC A. HUDSON<br>Special Counsel |
| ALAN WILSON<br>Attorney General of South Carolina | */s/ Cristina M. Moreno*<br>CRISTINA M. MORENO |
| PATRICK MORRISEY<br>Attorney General of West Virginia | Texas Bar No. 24105023<br>Assistant Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548 |

                                    (512) 463-2120
                                    FAX: (512) 320-0667
                                    cristina.moreno@oag.texas.gov

**COUNSEL FOR PLAINTIFF STATES**

**CERTIFICATE OF CONFERENCE**

      I certify that on February 12, 2021, I conferred with all counsel by email, and none were opposed to this motion.

                                    */s/ Cristina M. Moreno*
                                    CRISTINA M. MORENO
                                    Assistant Attorney General

**CERTIFICATE OF SERVICE**

      I certify that on February 12, 2021, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                    */s/ Cristina M. Moreno*
                                    CRISTINA M. MORENO
                                    Assistant Attorney General