United States District Court
Southern District of Texas
**ENTERED**
February 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| Defendants, | ) |
| and | ) |
| KARLA PEREZ, ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| Defendants-Intervenors. | ) |

### ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW CRISTINA M. MORENO AS COUNSEL

Before the Court is Plaintiff States' Unopposed Motion to Withdraw Cristina M. Moreno as Counsel. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion to Withdraw Cristina M. Moreno as Counsel is hereby GRANTED. The Clerk is instructed to remove Ms. Moreno from all electronic notifications regarding this case.

SIGNED on this 17th day of February, 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE