United States District Court
Southern District of Texas
**ENTERED**
March 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Considering that the House of Representatives has recently passed the American Dream and Promise Act, the Court finds it prudent to grant Defendant-Intervenors' request for a status conference. (Doc. No. 550). The Court has taken into consideration the Plaintiff-States' response in opposition (Doc. No. 554) and represents to all parties that the hearing will not delay any court-related action. The Court shall have an in-person hearing on March 30 at 11:00am. Among the topics for the hearing, the Court will want to hear how, if it all, the American Dream and Promise Act "will impact the substantive and procedural aspects of this litigation." (Doc. No. 550 at 1).

Signed at Houston, Texas, this 19th day of March 2021.

Andrew S. Hanen
United States District Judge