**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; | ) | |
| | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| *v.* | ) | Case No. 1:18-cv-00068 |
| | ) | |
| UNITED STATES OF AMERICA, ET AL.; | ) | |
| | ) | |
| *Defendants,* | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| KARLA PEREZ, ET AL.; | ) | |
| | ) | |
| STATE OF NEW JERSEY, | ) | |
| | ) | |
| *Defendants-Intervenors.* | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

Plaintiff States file this Notice of Appearance of Co-Counsel and hereby notify the Court that Special Counsel William T. Thompson will appear as co-counsel in the above case, along with counsel listed below. Mr. Thompson is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules. His contact information is as follows:

William T. Thompson
Special Counsel
Texas Bar No. 24088531
Southern District of Texas No. 3053077
P.O. Box 12548 (MC 009)
Austin, Texas 78711-2548
(512) 936-2567 | Fax: (512) 457-4410
will.thompson@oag.texas.gov

Date: March 19, 2021

Respectfully submitted.

STEVE MARSHALL
Attorney General of Alabama

KEN PAXTON
Attorney General of Texas

LESLIE RUTLEDGE
Attorney General of Arkansas

BRENT WEBSTER
First Assistant Attorney General

DEREK SCHMIDT
Attorney General of Kansas

PATRICK K. SWEETEN
Deputy Attorney General for
Special Litigation

JEFF LANDRY
Attorney General of Louisiana

TODD LAWRENCE DISHER
Deputy Chief, Special Litigation Unit
Attorney-in-Charge
Texas Bar No. 24081854
Southern District of Texas No. 2985472

LYNN FITCH
Attorney General of Mississippi

DOUGLAS J. PETERSON
Attorney General of Nebraska

*/s/ William T. Thompson*
WILLIAM T. THOMPSON
Special Counsel
Texas Bar No. 24088531
Southern District of Texas No. 3053077

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Special Litigation Unit
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2567
Fax: (512) 457-4410
will.thompson@oag.texas.gov

*Counsel for Plaintiff States*

3

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed

and served electronically (via CM/ECF) on March 19, 2021.

*/s/ William T. Thompson*
WILLIAM T. THOMPSON