# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| and | ) |
| | ) |
| KARLA PEREZ, *et al.*, | ) |
| | ) |
| *Defendant-Intervenors.* | ) |

## PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

Pursuant to Local Rule 83.2, Plaintiff States file this Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge. In support of this motion, Plaintiff States offer the following:

1. Todd Lawrence Disher was previously designated as attorney in charge for Plaintiff States. Mr. Disher has recently accepted a position outside the Office of the Attorney General of Texas, and William T. Thompson, Special Counsel, has been internally assigned as lead counsel for Plaintiff States.

2. William T. Thompson filed a Notice of Appearance of Counsel on March 19, 2021. ECF 560.

3. Plaintiff States seek to withdraw Mr. Disher as an attorney of record in this case.

2

4. Plaintiff States will continue to be represented by William T. Thompson along with co-counsel listed below.

5. This withdrawal will not delay any proceedings.

6. For the reasons stated above, Plaintiff States respectfully request that the Court grant this motion to withdraw Todd Lawrence Disher as counsel for Plaintiff States and to permit William T. Thompson to appear as Attorney in Charge for Plaintiff States in the above-styled and numbered cause of action.

7. This motion is unopposed.

Date: March 19, 2021

STEVE MARSHALL
Attorney General of Alabama

LESLIE RUTLEDGE
Attorney General of Arkansas

DEREK SCHMIDT
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

DOUGLAS J. PETERSON
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

PATRICK K. SWEETEN
Deputy Attorney General for
Special Litigation

*/s/Todd Lawrence Disher*
TODD LAWRENCE DISHER
Deputy Chief, Special Litigation Unit
Texas Bar No. 24081854
Southern District of Texas No. 2985472

WILLIAM T. THOMPSON
Special Counsel
*Attorney-in-Charge*
Texas Bar No. 24088531
Southern District of Texas No. 3053077

Special Litigation Unit
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2567
Fax: (512) 457-4410
will.thompson@oag.texas.gov

**COUNSEL FOR PLAINTIFF STATES**

3

## CERTIFICATE OF CONFERENCE

I certify that on March 19, 2021, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by electronic notification through ECF by the United States District Court, Southern District of Texas, Brownsville Division, on March 19, 2021, to all counsel of record.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER