UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, *et al.*, <br><br> Defendant-Intervenors. | Case No. 18-cv-00068 |

**FEDERAL DEFENDANTS' NOTICE
OF DHS PENDING ACTION ON DACA**

On March 19, 2021, the Court issued an Order setting a hearing for March 30, 2021, to address, among other topics, "how, if at all, the American Dream and Promise Act 'will impact the substantive and procedural aspects of this litigation.'" ECF No. 559. Counsel for the Federal Defendants will be prepared to discuss this issue. Additionally, the Department of Homeland Security has informed counsel for the Federal Defendants that the agency intends to issue a Notice of Proposed Rulemaking proposing a new regulation concerning Deferred Action for Childhood Arrivals (DACA), consistent with the President's Memorandum of January 20, 2021 [ECF NO. 550-1]. Because issuance of a regulation following evaluation of comments would impact the claims before the Court, the Federal Defendants respectfully provide this notice.

Dated: March 26, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

Respectfully submitted,

*/s/ Jeffrey S. Robins*
JEFFREY S. ROBINS
Attorney-in-Charge
Deputy Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1246
Fax: (202) 305-7000
Email: jeffrey.robins@usdoj.gov

JAMES J. WALKER
Senior Litigation Counsel

*Attorneys for Federal Defendants*

1

## CERTIFICATE OF SERVICE

I certify that on March 26, 2021, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jeffrey S. Robins*
JEFFREY S. ROBINS