# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

```
20210322-104
```

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

United States Courts
Southern District of Texas
FILED

APR - 9 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Monday, March 22, 2021
Case Number: 1:18-cv-00068
Document Number: 562 (1 page)
Notice Number: 20210322-104
Notice: The attached order has been entered.

---

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



United States Courts
Southern District of Texas
FILED

APR - 9 2021

Nathan Ochsner, Clerk of Court

NIXIE 601 DE 1 0004
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010 *8233-05564-