**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| KARLA PEREZ, *et al.*, | § | |
| Defendant-Intervenors, | § | |
| and | § | |
| | § | |
| STATE OF NEW JERSEY | § | |
| Defendant-Intervenor. | § | |

## DECLARATION OF NINA PERALES

I, Nina Perales, hereby declare as follows:

1.      I am the Vice President of Litigation of the Mexican American Legal Defense and Educational Fund.  I am over the age of 18 and competent to make this declaration.

2.      I submit this declaration in support of Defendant-Intervenors' Supplemental Brief Regarding the Impact of Recent Developments in the Legislative and Executive Branches filed in the above-referenced case.  I am thoroughly familiar with the facts and arguments in this proceeding.  I have personal knowledge of the statements contained in this declaration and am fully competent to testify to the matters set forth herein.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the text of the American Dream and Promise Act of 2021, H.R. 6, 117th Cong., 1st Sess. (2021), *available at* https://www.congress.gov/117/bills/hr6/BILLS-117hr6rfs.pdf (last visited April 9, 2021).

4.      Attached hereto as Exhibit 2 is a true and correct copy of the text of the Dream

Act of 2021, S. 264, 117th Cong., 1st Sess. (2021), *available at* https://www.congress.gov/117/bills/s264/BILLS-117s264is.pdf (last visited April 9, 2021).

5.      Attached hereto as Exhibit 3 is a true and correct copy of an Order issued on December 5, 2016, by the United States Court of Appeals for the District of Columbia Circuit in the case *United States House of Representatives v. Burwell*, No. 16-5202, available on the D.C. Circuit's docket as Document #1649251.

6.      Attached hereto as Exhibit 4 is a true and correct copy of an Order issued on February 25, 2009, by the United States Court of Appeals for the District of Columbia Circuit in the case *California v. Environmental Protection Agency*, No. 08-1178, available on the D.C. Circuit's docket as Document #1167136.

I verify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 9th day of April, 2021.

_____/s/_____

Nina Perales
