# EXHIBIT 3

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 16-5202**                                    **September Term, 2016**

**1:14-cv-01967-RMC**

**Filed On:** December 5, 2016

United States House of Representatives,

       Appellee

   v.

Sylvia Mathews Burwell, in her official
capacity as Secretary of the United States
Department of Health and Human Services,
et al.,

       Appellants

**BEFORE:**    Henderson, Tatel, and Srinivasan, Circuit Judges

## O R D E R

Upon consideration of the motion to hold in abeyance, the response thereto, and the reply, it is

**ORDERED** that this case be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings by February 21, 2017.

### Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

            BY:    /s/
                      Robert J. Cavello
                      Deputy Clerk