# EXHIBIT 4

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 08-1178                September Term 2008

EPA-73FR12156

Filed On: February 25, 2009 [1167136]

State of California, by and through Arnold Schwarzenegger, Governor of the State of California, the California Air Resources Board, and Edmund G. Brown Jr., Attorney General of the State of California,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

South Coast Air Quality Management District, et al.,
    Intervenors

------------------------------

Consolidated with 08-1179, 08-1180

## O R D E R

Upon consideration of respondent's motion to hold cases in abeyance, and the response thereto, it is

**ORDERED** that the motion be granted, and these cases are hereby held in abeyance pending further order of the court.

The Environmental Protection Agency is directed to file status reports at 60-day intervals beginning April 27, 2009. The parties are directed to file motions to govern future proceedings in these cases within 30 days of the completion of the agency proceedings on reconsideration

                                                   **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                             BY:     /s/
                                           Mark A. Butler
                                           Deputy Clerk