# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| State of Texas, et al., <br><br> Plaintiffs, <br><br> -v.- <br><br> United States, et al., <br><br> Defendants. | Civil Action No. 1:18-cv-00068 <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE THAT I, Daniel J. Suvor, respectfully move the Court for an order permitting the withdrawal of Margaret L. Carter as counsel for *Amicus Curiae* the County of Los Angeles in this matter. The County will continue to be represented by other counsel who have already filed an appearance in this matter.

Dated: May 18, 2021
      Los Angeles, California

Respectfully submitted,

*S/ Daniel R. Suvor*

Daniel R. Suvor
O'Melveny & Myers, LLC
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: 213.430.6000
E-mail: dsuvor@omm.com

Counsel for *Amicus Curiae* the County of
Los Angeles, California