United States District Court
Southern District of Texas
**ENTERED**
July 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., *Plaintiffs*, | § § § | |
| v. | § § | |
| THE UNITED STATES OF AMERICA, ET AL., *Defendants*, | § § § | Civil Action No. 1:18-CV-00068 |
| and | § § | |
| KARLA PEREZ, ET AL.; | § § § | |
| STATE OF NEW JERSEY, *Defendant-Intervenors*. | § § § | |

## ORDER

The Court has considered and now **GRANTS** Charles Breiterman's Combined Motion for Leave to File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Summary Judgment and Leave for Later Filing Under Rule 29(a)(6). (Doc. No. 494).

Signed at Houston, Texas, this 16th day of July 2021.

Andrew S. Hanen
United States District Judge

1