United States District Court
Southern District of Texas
**ENTERED**
July 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL., <br>      *Plaintiffs*, <br><br> *v.* <br><br> THE UNITED STATES OF AMERICA, ET AL., <br>      *Defendants*, <br><br> *and* <br><br> KARLA PEREZ, ET AL.; <br><br> STATE OF NEW JERSEY, <br>      *Defendant-Intervenors*. | § § § § § § § § § § § § § § § | Civil Action No. 1:18-CV-00068 |

## ORDER

Before the Court is Defendant-Intervenors' Opposed Motion to Compel and Extend Discovery Period, or in the Alternative, to Exclude Evidence. (Doc. No. 484). Plaintiff States responded (Doc. No. 493), and Defendant-Intervenors replied (Doc. No. 496). Having considered the briefing and the applicable law, the Court grants in part and denies in part the motion. The Court **GRANTS** the motion insofar as it excludes the Plaintiff States' evidence purporting to show expenditures by Arkansas and **DENIES** the motion as to Defendant-Intervenors' requests to compel certain discovery and extend the discovery period.

Signed at Houston, Texas, this _16th_ day of July 2021.

Andrew S. Hanen
United States District Judge

1