# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, *et al.*, <br><br> STATE OF NEW JERSEY, <br><br> Defendant-Intervenors. | Case No. 18-cv-00068 |

**NOTICE OF COMPLIANCE WITH
THE COURT'S ORDER [ECF No. 576]**

Pursuant to this Court's Order of Permanent Injunction [ECF No. 576], the Federal Defendants attach the public notice that the Court directed them to post on the websites of the Department of Homeland Security and U.S. Citizenship and Immigration Services. [Exs. 1, 2]. The notices are also available at:

https://www.dhs.gov/deferred-action-childhood-arrivals-daca

https://www.uscis.gov/humanitarian/consideration-of-deferred-action-for-childhood-arrivals-daca.

Because, among the Federal Defendants, U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection do not have operational responsibility to accept or grant DACA requests, those agencies did not post a public notice pursuant to the Court's injunction.

Dated: July 19, 2021

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

Respectfully submitted,

JEFFREY S. ROBINS
Attorney-in-Charge
Deputy Director

*/s/ James J. Walker*
JAMES J. WALKER
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 532-4468
Fax: (202) 305-7000
Email: james.walker3@usdoj.gov

*Attorneys for Federal Defendants*

1

## CERTIFICATE OF SERVICE

I certify that on July 19, 2021, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James J. Walker*
JAMES J. WALKER