

Official website of the Department of Homeland Security

U.S. Department of Homeland Security

# Deferred Action for Childhood Arrivals (DACA)

## Important Information About DACA Requests

**DACA Decision in State of Texas, et al., v. United States of America, et al., 1:18-CV-00068, (S.D. Texas July 16, 2021) ("Texas II"):**

On July 16, 2021, the U.S. District Court for the Southern District of Texas held that the DACA policy "is illegal." The Court granted summary judgment on plaintiffs' Administrative Procedure Act (APA) claims; vacated the June 15, 2012 DACA memorandum issued by former Secretary of Homeland Security Napolitano; remanded the memorandum to DHS for further consideration; and issued a permanent injunction prohibiting the government's continued administration of DACA and the reimplementation of DACA without compliance with the APA. The Court, however, temporarily stayed its order vacating the DACA memorandum and its injunction with regard to individuals who obtained DACA on or before July 16, 2021, including those with renewal requests.

Consistent with this order, DHS will continue to accept the filing of both initial and renewal DACA requests, as well as accompanying requests for employment authorization. However, pursuant to the July 16, 2021 order from the Southern District of Texas, DHS is prohibited from granting initial DACA requests and accompanying requests for employment authorization. Also consistent with that order, DHS will continue to grant or deny renewal DACA requests, according to existing policy.

For more information, visit USCIS's main DACA webpage (https://www.uscis.gov/humanitarian/humanitarian-parole/consideration-of-deferred-action-for-childhood-arrivals-daca) .

7/19/2021 Case 1:18-cv-00068 Document 577-1 Filed on 07/19/21 in TXSD Page 2 of 3
Deferred Action for Childhood Arrivals (DACA) | Homeland Security

Exhibit 1

# Additional Information (#)

- July 19, 2021: Update: Deferred Action for Childhood Arrivals (/news/2021/07/19/update-deferred-action-childhood-arrivals)

# Archived Information (#)

- Update: Deferred Action for Childhood Arrivals (/news/2020/12/07/update-deferred-action-childhood-arrivals) (December 7, 2020 - Archived)
- Reconsideration of the June 15, 2012 Memo Entitled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children" (/publication/reconsideration-june-15-2012-memo-entitled-exercising-prosecutorial-discretion-respect) (July 28, 2020 - Archived)
- Memorandum from Secretary Kirstjen M. Nielsen on the Rescission Of Deferred Action for Childhood Arrivals (DACA) (/publication/memorandum-secretary-kirstjen-m-nielsen-rescission-deferred-action-childhood-arrivals) (June 22, 2020 - Archived)
- Fact Sheet: Rescission Of Deferred Action For Childhood Arrivals (DACA) (/news/2017/09/05/fact-sheet-rescission-deferred-action-childhood-arrivals-daca) (September 5, 2017 - Archived)
- Frequently Asked Questions: Rescission Of Deferred Action For Childhood Arrivals (DACA) (/news/2017/09/05/frequently-asked-questions-rescission-deferred-action-childhood-arrivals-daca) (September 5, 2017 - Archived)
    - Preguntas frecuentes: Anulación de la acción diferida para los llegados en la infancia (DACA) (/news/2017/09/05/preguntas-frecuentes-anulaci-n-de-la-acci-n-diferida-para-los-llegados-en-la) (September 5, 2017 - Archived)
- Press Release: Rescission Of Deferred Action For Childhood Arrivals (DACA) (/news/2017/09/05/rescission-deferred-action-childhood-arrivals-daca) (September 5, 2017 - Archived)
    - Anulación de la acción diferida para los llegados en la infancia (DACA) (/news/2017/09/05/anulaci-n-de-la-acci-n-diferida-para-los-llegados-en-la-infancia-daca) (September 5, 2017 - Archived)
- Statement from Acting Secretary Duke on the Rescission Of Deferred Action For Childhood Arrivals (DACA) (/news/2017/09/05/statement-acting-secretary-duke-rescission-deferred-

7/19/2021 Case 1:18-cv-00068 Document 577-1 Filed on 07/19/21 in TXSD Page 3 of 3
Deferred Action for Childhood Arrivals (DACA) | Homeland Security

Exhibit 1

action-childhood-arrivals-daca) (September 5, 2017 - Archived)

- Memorandum on the Rescission Of Deferred Action For Childhood Arrivals (/news/2017/09/05/memorandum-rescission-daca) (DACA) (September 5, 2017 - Archived)

- Letter from Attorney General Sessions to Acting Secretary Duke on the Rescission of DACA (/publication/letter-attorney-general-sessions-acting-secretary-duke-rescission-daca) (September 4, 2017 - Archived)

Last Published Date: July 19, 2021