United States District Court
Southern District of Texas
**ENTERED**
August 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-68 |
| | § | |
| UNITED STATES OF AMERICA, *et al*, | § § | |
| Defendants. | § § | |

# ORDER

In the Order of Permanent Injunction (Doc. No. 576), the Court retained jurisdiction of the matter for purposes of construction, modification, and enforcement of this Permanent Injunction. As there are no further matters pending, the Court will administratively close this case. Accordingly, it is hereby

**ORDERED** that this case is **STAYED** and, further that this case is **ADMINISTRATIVELY** (statistically) **CLOSED**. The parties may move to reinstate the case on the Court's active docket at such time in the future as deemed appropriate. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

SIGNED at Houston, Texas, this ___15th___ day of August 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE