# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS



20210819-94

Jeremy M Feigenbaum
Office of the New Jersey Attorney General
RJ Hughes Justice Complex
25 Market Street
Trenton, NJ 80625

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED

AUG 30 2021

Nathan Ochsner, Clerk of Court

Date: Thursday, August 19, 2021
Case Number: 1:18-cv-00068
Document Number: 579 (1 page)
Notice Number: 20210819-94
Notice: The attached order has been entered.

