ANDREW J. BRUCK
ACTING ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
*Attorneys for Defendant-Intervenor State of New Jersey*

By:   Mayur P. Saxena
      Assistant Attorney General
      Mayur.Saxena@law.njoag.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) **NOTICE OF APPEAL** |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

**NOTICE IS HEREBY GIVEN** that Defendant-Intervenor State of New Jersey appeals, pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Fifth Circuit from the final Orders of the United States District Court for the Southern District of Texas entered on July 16, 2021 which (1) granted in part and denied in part Plaintiff States' Motion for Summary Judgment and denied Defendant-Intervenors' Motion for Summary Judgment (ECF No. 575), and (2) granted Plaintiff States' request for permanent injunction and vacatur (ECF No. 576).

1

Dated: September 13, 2021     ANDREW J. BRUCK
                              ACTING ATTORNEY GENERAL OF NEW JERSEY

                              /s/ Mayur P. Saxena
                              Mayur P. Saxena
                              Assistant Attorney General
                              (admitted pro hac vice)

                              *Attorneys for Defendant-Intervenor State of New Jersey*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2021, I filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Southern District of Texas via the CM/ECF system.

I certify that all parties in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Mayur P. Saxena
Mayur P. Saxena
