# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF ALABAMA,<br>STATE OF ARKANSAS,<br>STATE OF KANSAS,<br>STATE OF LOUISIANA,<br>STATE OF MISSISSIPPI,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA, and<br>STATE OF WEST VIRGINIA,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br>L. FRANCIS CISSNA,<br>THOMAS D. HOMAN,<br>KEVIN K. MCALEENAN,<br>KIRSTJEN M. NIELSEN, and<br>CARLA L. PROVOST,<br><br>          Defendants,<br><br>*and*<br><br>ELIZABETH DIAZ,<br>JOSE MAGAÑA-SALGADO,<br>KARINA RUIZ DE DIAZ,<br>JIN PARK,<br>DENISE ROMERO,<br>ANGEL SILVA,<br>M. KAMAU CHEGE,<br>HYO-WON JEON,<br>BLANCA GONZALEZ,<br>MARIA ROCHA,<br>MARIA DIAZ,<br>ELLY MARISOL ESTRADA,<br>DARWIN VELASQUEZ,<br>OSCAR ALVAREZ,<br>LUIS A. RAFAEL,<br>NANCI J. PALACIOS GODINEZ, | Case No. 1:18-CV-68 |

-2-

| | |
|---|---|
| JUNG WOO KIM, and | ) |
| CARLOS AGUILAR GONZALEZ, | ) |
| | ) |
| Defendant-Intervenors, | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| Defendant-Intervenor. | ) |
| | ) |

# NOTICE OF APPEAL

Notice is hereby given that Defendant-Intervenors Elizabeth Diaz, Jose Magaña-Salgado, Karina Ruiz de Diaz, Jin Park, Denise Romero, Angel Silva, M. Kamau Chege, Hyo-Won Jeon, Blanca Gonzalez, Maria Rocha, Maria Diaz, Elly Marisol Estrada, Darwin Velasquez, Oscar Alvarez, Luis A. Rafael, Nanci J. Palacios Godinez, Jung Woo Kim, and Carlos Aguilar Gonzalez (collectively, "Defendant-Intervenors") hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's final judgment entered in this action on July 16, 2021 and all interlocutory orders that merge therein, including, without limiting the foregoing, (i) the Memorandum and Order of July 16, 2021 (Dkt. No. 575) granting in part the Motion for Summary Judgment filed by Plaintiffs (Dkt. No. 486) and denying Defendant-Intervenors' Motion for Summary Judgment (Dkt. No. 503); and (ii) the Order of Permanent Injunction of July 16, 2021 (Dkt. No. 576).

[*signature page follows*]

Dated: September 10, 2021

Respectfully submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

*/s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

*Attorneys for Defendant-Intervenors*

-4-

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on September 10, 2021, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                    */s/ Nina Perales*  
                                    Nina Perales  
                                    *Attorney for Defendant-Intervenors*