1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
2                         HOUSTON DIVISION

3   STATE OF TEXAS, et al       *   Civil No. 1:18-CV-68
                                *
4   VERSUS                      *   Houston, Texas
                                *   June 24, 2019
5   UNITED STATES OF AMERICA    *   2:30 p.m.

6

7                           MOTION HEARING
              BEFORE THE HONORABLE ANDREW S. HANEN
8                 UNITED STATES DISTRICT JUDGE

9

10  For the Plaintiffs:

11          Mr. Todd Lawrence Disher
            Mr. Ryan L. Bangert
12          Mr. Philip Trent Peroyea
            Office of the Attorney General of Texas
13          209 W 14th Street
            8th Floor
14          Austin, Texas 78701

15

16  For the Defendant United States of America:

17          Mr. Daniel David Hu
            Office of the U.S. Attorneys Office
18          1000 Louisiana
            Suite 2300
19          Houston, TX 77002

20          Mr. Jeffrey S. Robins
            U.S. Department of Justice
21          Office of Immigration Litigation
            P.O. Box 868
22          Washington, DC 20044

23

24  Proceedings recorded by mechanical stenography, produced by
    computer aided transcription.
25

1   Appearances - Con't:

2

3   For the Individual DACA Intervenor:

4           Ms. Nina Perales
            Ms. Alejandra Avila
5           MALDEF
            110 Broadway
6           Suite 204
            San Antonio, Texas 78205
7

8   For the State of New Jersey:

9           Mr. Glenn J. Moramarco
            Richard J. Hughes, Justice Complex
10          25 Market Street
            1st Floor
11          Trenton, New Jersey 08625

12

13  Court Reporter:

14          Fred Warner
            Official Court Reporter
15          515 Rusk Ave.
            Houston, Texas 77002
16

17

18

19

20

21

22

23

24

25

1     THE COURT:  For the record we are here in 18-CV-68,
2  State of Texas versus the United States.
3          Mr. Disher, why don't you introduce yourself
4  and the folks at your table.
5     MR. DISHER:  Thank you, Your Honor.
6          Todd Disher on behalf of the plaintiffs.  With
7  me I have Ryan Bangert and Trent Peroyea.
8     THE COURT:  Mr. Hu, do you and Mr. Robins want to
9  introduce yourselves for the record.
10     MR. DU:  Daniel Hu, Assistant United States Attorney
11  and Mr. Jeff Robins for the United States.
12     THE COURT:  Mr. Hu, I got to warn you, that door is
13  locked.  You can't get out.
14          Ms. Perales, do you want to introduce you and
15  Ms. Avila.
16     MS. PERALES:  Good afternoon, Your Honor.  Nina
17  Perales for the individual DACA defendant intervenor.  With
18  me today is Ms. Alejandra Avila and a host of law interns
19  with MALDEF here, Your Honor.  They will wave their hands at
20  you.  Thank you, Your Honor.
21     THE COURT:  And representing the great State of New
22  Jersey.
23     MR. MORAMARCO:  Thank you, Your Honor.  Assistant
24  Attorney General Glenn Moramarco.
25     THE COURT:  We had a hearing today scheduled to go

1  over some discovery issues, and counsel and I met in the jury

2  room to try to work out some agreements; and while some of

3  the agreements I think we worked out, some of them I think we

4  have worked out in a compromise situation and other probably

5  portions of it I am going to order.

6          With regard to the interrogatories to the State

7  of Texas, I am going to order the State of Texas to answer,

8  and I am going to give them 30 days to do so.

9          We have talked, as I said, outside, off the

10  record and there may be many or at least some of those

11  interrogatories that the state has to answer that it's

12  impossible for them to answer without specific information

13  from the United States government.  And the intervenors have

14  indicated that they understand that answer and they're

15  willing to accept that answer for purposes of their

16  interrogatories; but they want that answer, they want an

17  answer.  So I am ordering Mr. Disher, you and your folks to

18  do that.

19          And Ms. Perales, as we said off the record, if

20  they answer it, have to answer it that way, you understand

21  and you're fine with that answer?

22          MS. PERALES:  Yes, Your Honor.

23          THE COURT:  All right.

24          I am going to order the government, the federal

25  government, to answer the discovery with regard to advance

1  parole that intervenors have asked them to answer.  I am

2  going to give them 90 days to do that, although I am going to

3  ask Mr. Robins if you will try to light a fire under some

4  people to do that.

5          I am going to order a sampling of 500.  If any

6  party who receives that, armed with your people back at home

7  that can actually count, find that that sampling is

8  inadequate, I guess is the way I will put it, y'all can

9  object to that.  I may or may not grant that objection, but I

10  think that's a reasonable way to start.

11          I am going to move the hearing that was set for

12  July 8th.  I am checking my trial schedule.  I am going to

13  move it to 10:00 o'clock on the 28th of October.

14          To the extent there are objections or motions

15  to compel one way or the other that go beyond what I just

16  ordered, I am overruling those.

17          Now, having done that, though, if the result of

18  the pending motions for summary judgment end up in denial and

19  we have a case that we are going to have to try on the

20  merits, I'm going to entertain a further motion to open

21  discovery because I realize there may be some of the issues

22  that people requested discovery on that might weigh in on the

23  merits beyond the pending motion for summary judgment, and

24  we'll jump off that bridge when we get to it.

25          Mr. Disher, anything from the state that we can

1    further move this case down the road other than what I just

2    did to you by making you order and postponing your hearing?

3                MR. DISHER:  No, Your Honor.  Thank you.

4                THE COURT:  Ms. Perales, how about you?

5                MS. PERALES:  No, Your Honor.

6                MR. MORAMARCO:  No, Your Honor.

7                THE COURT:  Mr. Robins, even though I just made you

8    order discovery, do discovery, are you okay at least for the

9    time being?

10               MR. ROBINS:  Yes, Your Honor.

11               THE COURT:  Thank y'all for coming.

12                    We stand adjourned.

13

14                    (Conclusion of proceedings)

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATION

I, Fred Warner, Official Court Reporter for the United States District Court for the Southern District of Texas, Houston Division, do hereby certify that the foregoing pages 1 through 6 are a true and correct transcript of the proceedings had in the above-styled and numbered cause before the Honorable ANDREW S. HANEN, United States District Judge, on the 24th day of June, 2019.

WITNESS MY OFFICIAL HAND at my office in Houston, Harris County, Texas on this the 5th day of July, A.D., 2019.

/s/ Fred Warner
Fred Warner, CSR
Official Court Reporter