# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

|||||
|---|---|---|

```
20210902-24
```
Jeremy M Feigenbaum
Office of the New Jersey Attorney General
RJ Hughes Justice Complex
25 Market Street
Trenton, NJ 80625

United States Courts
Southern District of Texas
FILED

SEP 21 2021

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, September 2, 2021
Case Number: 1:18-cv-00068
Document Number: 579 (1 page)
Notice Number: 20210902-24
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

**OFFICIAL BUSINESS**



U.S. POSTAGE
ZIP 77002
02 1W
0001374615

United States Courts
Southern District of Texas
FILED

SEP 21 2021

Nathan Ochsner, Clerk of Court

NIXIE         076 DC 1           0009/17
        RETURN TO SENDER
      INSUFFICIENT ADDRESS
        UNABLE TO FORWARD

BC: 77208101010         *2551-00998-1

77208>1010