# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 06, 2021

Ms. Cynthia Barmore
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

United States Courts
Southern District of Texas
FILED

*December 06, 2021*

Nathan Ochsner, Clerk of Court

Mr. Mark A. Cianci
Ropes & Gray, L.L.P.
800 Boylston Street
Prudential Tower
Boston, MA 02199-3600

Mr. Jeremy M. Feigenbaum
Office of the Attorney General
for the State of New Jersey
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0080

Mr. Carlos Moctezuma Garcia
Garcia & Garcia, Attorneys at Law
P.O. Box 4545
McAllen, TX 78502

Mr. Douglas Harry Hallward-Driemeier
Ropes & Gray, L.L.P.
2099 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006-6807

Mr. Joshua Koppel
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Scott R. McIntosh
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.

Suite 7259
Washington, DC 20530


Mr. Nathan Ochsner
Southern District of Texas, Brownsville
United States District Court
600 E. Harrison Street
Room 1158
Brownsville, TX 78520


Ms. Nina Perales
Mexican-American Legal Defense & Educational Fund
110 Broadway Street
San Antonio, TX 78205


Mr. Mayur P. Saxena
Office of the Attorney General
for the State of New Jersey
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0080


Mr. Emerson A. Siegle
Ropes & Gray, L.L.P.
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807


Mr. Judd Edward Stone II
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
Austin, TX 78701


Mr. William Thomas Thompson
Attorney General of Texas
Office of Special Litigation
P.O. Box 12548 (MC 009)
Austin, TX 78711-2548


Mr. James J. Walker
U.S. Department of Justice
Office of Immigration Litigation - District Court Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044


Mr. Benjamin D. Wilson
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

No. 21-40680      State of Texas v. USA
                  USDC No. 1:18-CV-68

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Gardner*
By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Case No. 21-40680

State of Texas; State of Alabama; State of Arkansas; State of Louisiana; State of Nebraska; State of South Carolina; State of West Virginia; State of Kansas; State of Mississippi,

    Plaintiffs − Appellees

v.

United States of America; Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security; Troy Miller, Acting Commissioner, U.S. Customs and Border Protection; Tae D. Johnson, Acting Director of U.S. Immigration and Customs Enforcement; Ur M. Jaddou, Director of U.S. Citizenship and Immigration Services,

    Defendants − Appellants

Elizabeth Diaz; Jose Magana-Salgado; Karina Ruiz De Diaz; Jin Park; Denise Romero; Angel Silva; Moses Kamau Chege; Hyo-Won Jeon; Blanca Gonzalez; Maria Rocha; Maria Diaz; Elly Marisol Estrada; Darwin Velasquez; Oscar Alvarez; Luis A. Rafael; Nanci J. Palacios Godinez; Jung Woo Kim; Carlos Aguilar Gonzalez; State of New Jersey,

    Intervenor Defendants − Appellants