United States Courts
Southern District of Texas
FILED

February 07, 2022

Nathan Ochsner, Clerk of Court

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 04, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-40680   State of Texas v. USA
                  USDC No. 1:18-CV-68

The court has granted the motion of attorney Bradley Garcia to withdraw as counsel.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Ms. Cynthia Barmore
Mr. Charles Andrew Breiterman
Mr. Mark A. Cianci
Mr. David Cohen
Mr. Michael Dundas
Mr. Dennis Fan
Mr. Jeremy M. Feigenbaum
Mr. Carlos Moctezuma Garcia
Ms. Vanessa Guerrero
Mr. Douglas Harry Hallward-Driemeier
Mr. Peter Karanjia
Mr. Joshua Koppel
Ms. Grace Leeper
Ms. Mary B. McCord
Mr. Scott R. McIntosh
Mr. Anton Metlitsky
Mr. Nathan Ochsner
Ms. Nina Perales
Mr. Adam Pierson
Mr. Andrew John Pincus
Mr. Emerson A. Siegle
Mr. Judd Edward Stone II
Mr. William Thomas Thompson
Mr. Daniel Volchok
Mr. James J. Walker
Mr. Benjamin D. Wilson
Ms. Grace Zhou