United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, <br>    *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br>    *Defendants*, <br><br> and <br><br> KARLA PEREZ, *et al.*, <br><br> STATE OF NEW JERSEY, <br>    *Defendant-Intervenors*. | § § § § § § § § § § § § § § § | Civil Action No. 1:18-CV-00068 |

## ORDER

The Fifth Circuit has charged this Court to review "as expeditiously as possible" the most recently adopted Final Rule concerning the Deferred Action for Childhood Arrivals (DACA). Therefore, a conference shall be held with all attorneys of record on October 14, 2022, at 10:00 a.m. in Courtroom 9D.

Signed this 7th day of October, 2022.

Andrew S. Hanen
United States District Judge