IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § § Plaintiffs, § § v. § Case No. 1:18-CV-00068 § UNITED STATES OF AMERICA, *et al.*, § § Defendants, § § and § § KARLA PEREZ, et al., § § STATE OF NEW JERSEY. § § Defendant-Intervenors. § | |

## NOTICE OF APPEARANCE

Defendant-Intervenors, Karla Perez, *et al.*, file this Notice of Appearance of Counsel and hereby notify the Court that Samantha Serna will appear as co-counsel for the Defendant-Intervenors in the above case along with Ms. Nina Perales, who will remain as lead counsel. Ms. Serna is a member in good standing with the State Bar of Texas (Bar No. 24090888), is admitted to practice in the Southern District of Texas (Bar No. 3310456) and is familiar with the Southern District Local Rules.

Dated: October 14, 2022         Respectfully submitted,

**MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge

110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Proposed Defendant-Intervenors

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on the 14th day of October, 2022, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ *Nina Perales*
Nina Perales