United States District Court
Southern District of Texas
**ENTERED**
October 14, 2022
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 1:18-CV-00068 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| *Defendants*, | § | |
| | § | |
| *and* | § | |
| | § | |
| KARLA PEREZ, *et al.*, | § | |
| | § | |
| STATE OF NEW JERSEY, | § | |
| *Defendant-Intervenors*. | § | |

### ORDER

The parties have agreed that the injunction currently in place (Doc. No. 576) extends and applies to the Department of Homeland Security's ("DHS") final rule on DACA ("New DACA"), which is scheduled to become effective on October 31, 2022. 87 Fed. Reg. 53152 (Aug. 30, 2022). Therefore, the Court hereby extends that injunction to cover that program.

DHS may continue to accept applications to the extent it has been ordered to do so by the court in *Batalla Vidal v. Wolf*, 16-CV4756, 2020 WL 7121849 (E.D.N.Y. Dec. 4, 2020), but it continues to be permanently enjoined from granting DACA status for any new applicants. For DACA recipients who obtained that status on or before the date of the Court's permanent injunction (July 16, 2021), the DHS may accept and grant DACA renewal applications.

Nothing in this Order or the injunction order should be read as ordering DHS or any other governmental entity to cancel or otherwise terminate DACA status for any individual that currently is, as of this date, a DACA recipient in good standing. Nothing in the injunction requires DHS or the Department of Justice to take any immigration, deportation, or criminal action against any

1

DACA recipient, applicant, or any other individual that it would not otherwise take.

Signed this 14th day of October, 2022.

Andrew S. Hanen
United States District Judge