AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| | | |
|---|---|---|
| 1. NAME: Daniel Hu | 2. PHONE NUMBER: (713) 503-4521 | 3. DATE: 10/14/2022 |
| 4. DELIVERY ADDRESS OR EMAIL: daniel.hu@usdoj.gov | 5. CITY: Houston | 6. STATE: TX / 7. ZIP CODE: 77002 |
| 8. CASE NUMBER: 1:18-cv-68 / 9. JUDGE: Andrew S. Hanen | DATES OF PROCEEDINGS — 10. FROM: 10/14/2022 | 11. TO: 10/14/2022 |
| 12. CASE NAME: State of Texas, et al v. USA, et al | LOCATION OF PROCEEDINGS — 13. CITY: Brownsville | 14. STATE: TX |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify): Misc. Conference | 10/14/22 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES — NO. OF COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | | | |
| 14-Day | [ ] | [ ] | | | |
| EXPEDITED | [ ] | [ ] | | | |
| 3-Day | [ ] | [ ] | | | |
| DAILY | [x] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: DANIEL HU (Digitally signed by DANIEL HU, Date: 2022.10.14 11:35:54 -05'00')

PROCESSED BY:

19. DATE:

PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY: Kathy Miller

COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY