**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, *et al.*, <br><br>    Defendants, <br><br>KARLA PEREZ, *et al.*, <br><br>    Defendant-Intervenors, <br><br>and <br><br>STATE OF NEW JERSEY, <br><br>    Defendant-Intervenor. | Case No. 18-cv-00068 |

**<u>NOTICE OF FILING RULEMAKING ADMINISTRATIVE RECORD – PART 4</u>**

1

Pursuant to the Court's October 14, 2022 Conference, Federal Defendants hereby file the DACA Rulemaking administrative record ("AR") with the Court. The filed AR is identical to the AR provided to the parties on November 4, 2022.

Dated: November 4, 2022

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

Respectfully submitted,

JEFFREY S. ROBINS
Attorney-in-Charge
Deputy Director

*/s/ James J. Walker*
JAMES J. WALKER
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 532-4468
Fax: (202) 305-7000
Email: james.walker3@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 4, 2022, I electronically filed the foregoing Notice of Filing Rulemaking Administrative Record with the Clerk of Court using CM/ECF. I also certify that the foregoing document should automatically be served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

On November 4, 2022, all counsel of record were served via ECF with this document.

*/s/ James J. Walker*
JAMES J. WALKER
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
