## Historical Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, all items, by month
[1982-84=100, unless otherwise noted]

| Year | Jan. | Feb. | Mar. | Apr. | May | Jun. | Jul. | Aug. | Sep. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1913 | 9.8 | 9.8 | 9.8 | 9.8 | 9.7 | 9.8 | 9.9 | 9.9 | 10.0 | 10.0 | 10.1 | 10.0 |
| 1914 | 10.0 | 9.9 | 9.9 | 9.8 | 9.9 | 9.9 | 10.0 | 10.2 | 10.2 | 10.1 | 10.2 | 10.1 |
| 1915 | 10.1 | 10.0 | 9.9 | 10.0 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.2 | 10.3 | 10.3 |
| 1916 | 10.4 | 10.4 | 10.5 | 10.6 | 10.7 | 10.8 | 10.8 | 10.9 | 11.1 | 11.3 | 11.5 | 11.6 |
| 1917 | 11.7 | 12.0 | 12.0 | 12.6 | 12.8 | 13.0 | 12.8 | 13.0 | 13.3 | 13.5 | 13.5 | 13.7 |
| 1918 | 14.0 | 14.1 | 14.0 | 14.2 | 14.5 | 14.7 | 15.1 | 15.4 | 15.7 | 16.0 | 16.3 | 16.5 |
| 1919 | 16.5 | 16.2 | 16.4 | 16.7 | 16.9 | 16.9 | 17.4 | 17.7 | 17.8 | 18.1 | 18.5 | 18.9 |
| 1920 | 19.3 | 19.5 | 19.7 | 20.3 | 20.6 | 20.9 | 20.8 | 20.3 | 20.0 | 19.9 | 19.8 | 19.4 |
| 1921 | 19.0 | 18.4 | 18.3 | 18.1 | 17.7 | 17.6 | 17.7 | 17.7 | 17.5 | 17.5 | 17.4 | 17.3 |
| 1922 | 16.9 | 16.9 | 16.7 | 16.7 | 16.7 | 16.7 | 16.8 | 16.6 | 16.6 | 16.7 | 16.8 | 16.9 |
| 1923 | 16.8 | 16.8 | 16.8 | 16.9 | 16.9 | 17.0 | 17.2 | 17.1 | 17.2 | 17.3 | 17.3 | 17.3 |
| 1924 | 17.3 | 17.2 | 17.1 | 17.0 | 17.0 | 17.0 | 17.1 | 17.0 | 17.1 | 17.2 | 17.2 | 17.3 |
| 1925 | 17.3 | 17.2 | 17.3 | 17.2 | 17.3 | 17.5 | 17.7 | 17.7 | 17.7 | 17.7 | 18.0 | 17.9 |
| 1926 | 17.9 | 17.9 | 17.8 | 17.9 | 17.8 | 17.7 | 17.5 | 17.4 | 17.5 | 17.6 | 17.7 | 17.7 |
| 1927 | 17.5 | 17.4 | 17.3 | 17.3 | 17.4 | 17.6 | 17.3 | 17.2 | 17.3 | 17.4 | 17.3 | 17.3 |
| 1928 | 17.3 | 17.1 | 17.1 | 17.1 | 17.2 | 17.1 | 17.1 | 17.1 | 17.3 | 17.2 | 17.2 | 17.1 |
| 1929 | 17.1 | 17.1 | 17.0 | 16.9 | 17.0 | 17.1 | 17.3 | 17.3 | 17.3 | 17.3 | 17.3 | 17.2 |
| 1930 | 17.1 | 17.0 | 16.9 | 17.0 | 16.9 | 16.8 | 16.6 | 16.5 | 16.6 | 16.5 | 16.4 | 16.1 |
| 1931 | 15.9 | 15.7 | 15.6 | 15.5 | 15.3 | 15.1 | 15.1 | 15.1 | 15.0 | 14.9 | 14.7 | 14.6 |
| 1932 | 14.3 | 14.1 | 14.0 | 13.9 | 13.7 | 13.6 | 13.6 | 13.5 | 13.4 | 13.3 | 13.2 | 13.1 |
| 1933 | 12.9 | 12.7 | 12.6 | 12.6 | 12.6 | 12.7 | 13.1 | 13.2 | 13.2 | 13.2 | 13.2 | 13.2 |
| 1934 | 13.2 | 13.3 | 13.3 | 13.3 | 13.3 | 13.4 | 13.4 | 13.4 | 13.6 | 13.5 | 13.5 | 13.4 |
| 1935 | 13.6 | 13.7 | 13.7 | 13.8 | 13.8 | 13.7 | 13.7 | 13.7 | 13.7 | 13.7 | 13.8 | 13.8 |
| 1936 | 13.8 | 13.8 | 13.7 | 13.7 | 13.7 | 13.8 | 13.9 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
| 1937 | 14.1 | 14.1 | 14.2 | 14.3 | 14.4 | 14.4 | 14.5 | 14.5 | 14.6 | 14.6 | 14.5 | 14.4 |
| 1938 | 14.2 | 14.1 | 14.1 | 14.2 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.0 | 14.0 | 14.0 |
| 1939 | 14.0 | 13.9 | 13.9 | 13.8 | 13.8 | 13.8 | 13.8 | 13.8 | 14.1 | 14.0 | 14.0 | 14.0 |
| 1940 | 13.9 | 14.0 | 14.0 | 14.0 | 14.0 | 14.1 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.1 |
| 1941 | 14.1 | 14.1 | 14.2 | 14.3 | 14.4 | 14.7 | 14.7 | 14.9 | 15.1 | 15.3 | 15.4 | 15.5 |
| 1942 | 15.7 | 15.8 | 16.0 | 16.1 | 16.3 | 16.3 | 16.4 | 16.5 | 16.5 | 16.7 | 16.8 | 16.9 |
| 1943 | 16.9 | 16.9 | 17.2 | 17.4 | 17.5 | 17.5 | 17.4 | 17.3 | 17.4 | 17.4 | 17.4 | 17.4 |
| 1944 | 17.4 | 17.4 | 17.4 | 17.5 | 17.5 | 17.6 | 17.7 | 17.7 | 17.7 | 17.7 | 17.7 | 17.8 |
| 1945 | 17.8 | 17.8 | 17.8 | 17.8 | 17.9 | 18.1 | 18.1 | 18.1 | 18.1 | 18.1 | 18.1 | 18.2 |
| 1946 | 18.2 | 18.1 | 18.3 | 18.4 | 18.5 | 18.7 | 19.8 | 20.2 | 20.4 | 20.8 | 21.3 | 21.5 |
| 1947 | 21.5 | 21.5 | 21.9 | 21.9 | 21.9 | 22.0 | 22.2 | 22.5 | 23.0 | 23.0 | 23.1 | 23.4 |
| 1948 | 23.7 | 23.5 | 23.4 | 23.8 | 23.9 | 24.1 | 24.4 | 24.5 | 24.5 | 24.4 | 24.2 | 24.1 |
| 1949 | 24.0 | 23.8 | 23.8 | 23.9 | 23.8 | 23.9 | 23.7 | 23.8 | 23.9 | 23.7 | 23.8 | 23.6 |
| 1950 | 23.5 | 23.5 | 23.6 | 23.6 | 23.7 | 23.8 | 24.1 | 24.3 | 24.4 | 24.6 | 24.7 | 25.0 |
| 1951 | 25.4 | 25.7 | 25.8 | 25.8 | 25.9 | 25.9 | 25.9 | 25.9 | 26.1 | 26.2 | 26.4 | 26.5 |
| 1952 | 26.5 | 26.3 | 26.3 | 26.4 | 26.4 | 26.5 | 26.7 | 26.7 | 26.7 | 26.7 | 26.7 | 26.7 |
| 1953 | 26.6 | 26.5 | 26.6 | 26.6 | 26.7 | 26.8 | 26.8 | 26.9 | 26.9 | 27.0 | 26.9 | 26.9 |
| 1954 | 26.9 | 26.9 | 26.9 | 26.8 | 26.9 | 26.9 | 26.9 | 26.8 | 26.8 | 26.8 | 26.8 | 26.7 |
| 1955 | 26.7 | 26.7 | 26.7 | 26.7 | 26.7 | 26.7 | 26.8 | 26.8 | 26.9 | 26.9 | 26.9 | 26.8 |
| 1956 | 26.8 | 26.8 | 26.8 | 26.9 | 27.0 | 27.2 | 27.4 | 27.3 | 27.4 | 27.5 | 27.5 | 27.6 |
| 1957 | 27.6 | 27.7 | 27.8 | 27.9 | 28.0 | 28.1 | 28.3 | 28.3 | 28.3 | 28.3 | 28.4 | 28.4 |
| 1958 | 28.6 | 28.6 | 28.8 | 28.9 | 28.9 | 28.9 | 29.0 | 28.9 | 28.9 | 28.9 | 29.0 | 28.9 |
| 1959 | 29.0 | 28.9 | 28.9 | 29.0 | 29.0 | 29.1 | 29.2 | 29.2 | 29.3 | 29.4 | 29.4 | 29.4 |
| 1960 | 29.3 | 29.4 | 29.4 | 29.5 | 29.5 | 29.6 | 29.6 | 29.6 | 29.6 | 29.8 | 29.8 | 29.8 |
| 1961 | 29.8 | 29.8 | 29.8 | 29.8 | 29.8 | 29.8 | 30.0 | 29.9 | 30.0 | 30.0 | 30.0 | 30.0 |
| 1962 | 30.0 | 30.1 | 30.1 | 30.2 | 30.2 | 30.2 | 30.3 | 30.3 | 30.4 | 30.4 | 30.4 | 30.4 |
| 1963 | 30.4 | 30.4 | 30.5 | 30.5 | 30.5 | 30.6 | 30.7 | 30.7 | 30.7 | 30.8 | 30.8 | 30.9 |
| 1964 | 30.9 | 30.9 | 30.9 | 30.9 | 30.9 | 31.0 | 31.1 | 31.0 | 31.1 | 31.1 | 31.2 | 31.2 |
| 1965 | 31.2 | 31.2 | 31.3 | 31.4 | 31.4 | 31.6 | 31.6 | 31.6 | 31.6 | 31.7 | 31.7 | 31.8 |
| 1966 | 31.8 | 32.0 | 32.1 | 32.3 | 32.3 | 32.4 | 32.5 | 32.7 | 32.7 | 32.9 | 32.9 | 32.9 |
| 1967 | 32.9 | 32.9 | 33.0 | 33.1 | 33.2 | 33.3 | 33.4 | 33.5 | 33.6 | 33.7 | 33.8 | 33.9 |
| 1968 | 34.1 | 34.2 | 34.3 | 34.4 | 34.5 | 34.7 | 34.9 | 35.0 | 35.1 | 35.3 | 35.4 | 35.5 |
| 1969 | 35.6 | 35.8 | 36.1 | 36.3 | 36.4 | 36.6 | 36.8 | 37.0 | 37.1 | 37.3 | 37.5 | 37.7 |
| 1970 | 37.8 | 38.0 | 38.2 | 38.5 | 38.6 | 38.8 | 39.0 | 39.0 | 39.2 | 39.4 | 39.6 | 39.8 |

**Historical Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, all items, by month — Continued**

[1982-84=100, unless otherwise noted]

| Year | Jan. | Feb. | Mar. | Apr. | May | Jun. | Jul. | Aug. | Sep. | Oct. | Nov. | Dec. |
|------|------|------|------|------|-----|------|------|------|------|------|------|------|
| 1971 | 39.8 | 39.9 | 40.0 | 40.1 | 40.3 | 40.6 | 40.7 | 40.8 | 40.8 | 40.9 | 40.9 | 41.1 |
| 1972 | 41.1 | 41.3 | 41.4 | 41.5 | 41.6 | 41.7 | 41.9 | 42.0 | 42.1 | 42.3 | 42.4 | 42.5 |
| 1973 | 42.6 | 42.9 | 43.3 | 43.6 | 43.9 | 44.2 | 44.3 | 45.1 | 45.2 | 45.6 | 45.9 | 46.2 |
| 1974 | 46.6 | 47.2 | 47.8 | 48.0 | 48.6 | 49.0 | 49.4 | 50.0 | 50.6 | 51.1 | 51.5 | 51.9 |
| 1975 | 52.1 | 52.5 | 52.7 | 52.9 | 53.2 | 53.6 | 54.2 | 54.3 | 54.6 | 54.9 | 55.3 | 55.5 |
| 1976 | 55.6 | 55.8 | 55.9 | 56.1 | 56.5 | 56.8 | 57.1 | 57.4 | 57.6 | 57.9 | 58.0 | 58.2 |
| 1977 | 58.5 | 59.1 | 59.5 | 60.0 | 60.3 | 60.7 | 61.0 | 61.2 | 61.4 | 61.6 | 61.9 | 62.1 |
| 1978 | 62.5 | 62.9 | 63.4 | 63.9 | 64.5 | 65.2 | 65.7 | 66.0 | 66.5 | 67.1 | 67.4 | 67.7 |
| 1979 | 68.3 | 69.1 | 69.8 | 70.6 | 71.5 | 72.3 | 73.1 | 73.8 | 74.6 | 75.2 | 75.9 | 76.7 |
| 1980 | 77.8 | 78.9 | 80.1 | 81.0 | 81.8 | 82.7 | 82.7 | 83.3 | 84.0 | 84.8 | 85.5 | 86.3 |
| 1981 | 87.0 | 87.9 | 88.5 | 89.1 | 89.8 | 90.6 | 91.6 | 92.3 | 93.2 | 93.4 | 93.7 | 94.0 |
| 1982 | 94.3 | 94.6 | 94.5 | 94.9 | 95.8 | 97.0 | 97.5 | 97.7 | 97.9 | 98.2 | 98.0 | 97.6 |
| 1983 | 97.8 | 97.9 | 97.9 | 98.6 | 99.2 | 99.5 | 99.9 | 100.2 | 100.7 | 101.0 | 101.2 | 101.3 |
| 1984 | 101.9 | 102.4 | 102.6 | 103.1 | 103.4 | 103.7 | 104.1 | 104.5 | 105.0 | 105.3 | 105.3 | 105.3 |
| 1985 | 105.5 | 106.0 | 106.4 | 106.9 | 107.3 | 107.6 | 107.8 | 108.0 | 108.3 | 108.7 | 109.0 | 109.3 |
| 1986 | 109.6 | 109.3 | 108.8 | 108.6 | 108.9 | 109.5 | 109.5 | 109.7 | 110.2 | 110.3 | 110.4 | 110.5 |
| 1987 | 111.2 | 111.6 | 112.1 | 112.7 | 113.1 | 113.5 | 113.8 | 114.4 | 115.0 | 115.3 | 115.4 | 115.4 |
| 1988 | 115.7 | 116.0 | 116.5 | 117.1 | 117.5 | 118.0 | 118.5 | 119.0 | 119.8 | 120.2 | 120.3 | 120.5 |
| 1989 | 121.1 | 121.6 | 122.3 | 123.1 | 123.8 | 124.1 | 124.4 | 124.6 | 125.0 | 125.6 | 125.9 | 126.1 |
| 1990 | 127.4 | 128.0 | 128.7 | 128.9 | 129.2 | 129.9 | 130.4 | 131.6 | 132.7 | 133.5 | 133.8 | 133.8 |
| 1991 | 134.6 | 134.8 | 135.0 | 135.2 | 135.6 | 136.0 | 136.2 | 136.6 | 137.2 | 137.4 | 137.8 | 137.9 |
| 1992 | 138.1 | 138.6 | 139.3 | 139.5 | 139.7 | 140.2 | 140.5 | 140.9 | 141.3 | 141.8 | 142.0 | 141.9 |
| 1993 | 142.6 | 143.1 | 143.6 | 144.0 | 144.2 | 144.4 | 144.4 | 144.8 | 145.1 | 145.7 | 145.8 | 145.8 |
| 1994 | 146.2 | 146.7 | 147.2 | 147.4 | 147.5 | 148.0 | 148.4 | 149.0 | 149.4 | 149.5 | 149.7 | 149.7 |
| 1995 | 150.3 | 150.9 | 151.4 | 151.9 | 152.2 | 152.5 | 152.5 | 152.9 | 153.2 | 153.7 | 153.6 | 153.5 |
| 1996 | 154.4 | 154.9 | 155.7 | 156.3 | 156.6 | 156.7 | 157.0 | 157.3 | 157.8 | 158.3 | 158.6 | 158.6 |
| 1997 | 159.1 | 159.6 | 160.0 | 160.2 | 160.1 | 160.3 | 160.5 | 160.8 | 161.2 | 161.6 | 161.5 | 161.3 |
| 1998 | 161.6 | 161.9 | 162.2 | 162.5 | 162.8 | 163.0 | 163.2 | 163.4 | 163.6 | 164.0 | 164.0 | 163.9 |
| 1999 | 164.3 | 164.5 | 165.0 | 166.2 | 166.2 | 166.2 | 166.7 | 167.1 | 167.9 | 168.2 | 168.3 | 168.3 |
| 2000 | 168.8 | 169.8 | 171.2 | 171.3 | 171.5 | 172.4 | 172.8 | 172.8 | 173.7 | 174.0 | 174.1 | 174.0 |
| 2001 | 175.1 | 175.8 | 176.2 | 176.9 | 177.7 | 178.0 | 177.5 | 177.5 | 178.3 | 177.7 | 177.4 | 176.7 |
| 2002 | 177.1 | 177.8 | 178.8 | 179.8 | 179.8 | 179.9 | 180.1 | 180.7 | 181.0 | 181.3 | 181.3 | 180.9 |
| 2003 | 181.7 | 183.1 | 184.2 | 183.8 | 183.5 | 183.7 | 183.9 | 184.6 | 185.2 | 185.0 | 184.5 | 184.3 |
| 2004 | 185.2 | 186.2 | 187.4 | 188.0 | 189.1 | 189.7 | 189.4 | 189.5 | 189.9 | 190.9 | 191.0 | 190.3 |
| 2005 | 190.7 | 191.8 | 193.3 | 194.6 | 194.4 | 194.5 | 195.4 | 196.4 | 198.8 | 199.2 | 197.6 | 196.8 |
| 2006 | 198.3 | 198.7 | 199.8 | 201.5 | 202.5 | 202.9 | 203.5 | 203.9 | 202.9 | 201.8 | 201.5 | 201.8 |
| 2007 | 202.416 | 203.499 | 205.352 | 206.686 | 207.949 | 208.352 | 208.299 | 207.917 | 208.490 | 208.936 | 210.177 | 210.036 |
| 2008 | 211.080 | 211.693 | 213.528 | 214.823 | 216.632 | 218.815 | 219.964 | 219.086 | 218.783 | 216.573 | 212.425 | 210.228 |
| 2009 | 211.143 | 212.193 | 212.709 | 213.240 | 213.856 | 215.693 | 215.351 | 215.834 | 215.969 | 216.177 | 216.330 | 215.949 |
| 2010 | 216.687 | 216.741 | 217.631 | 218.009 | 218.178 | 217.965 | 218.011 | 218.312 | 218.439 | 218.711 | 218.803 | 219.179 |
| 2011 | 220.223 | 221.309 | 223.467 | 224.906 | 225.964 | 225.722 | 225.922 | 226.545 | 226.889 | 226.421 | 226.230 | 225.672 |
| 2012 | 226.665 | 227.663 | 229.392 | 230.085 | 229.815 | 229.478 | 229.104 | 230.379 | 231.407 | 231.317 | 230.221 | 229.601 |
| 2013 | 230.280 | 232.166 | 232.773 | 232.531 | 232.945 | 233.504 | 233.596 | 233.877 | 234.149 | 233.546 | 233.069 | 233.049 |
| 2014 | 233.916 | 234.781 | 236.293 | 237.072 | 237.900 | 238.343 | 238.250 | 237.852 | 238.031 | 237.433 | 236.151 | 234.812 |
| 2015 | 233.707 | 234.722 | 236.119 | 236.599 | 237.805 | 238.638 | 238.654 | 238.316 | 237.945 | 237.838 | 237.336 | 236.525 |
| 2016 | 236.916 | 237.111 | 238.132 | 239.261 | 240.229 | 241.018 | 240.628 | 240.849 | 241.428 | 241.729 | 241.353 | 241.432 |
| 2017 | 242.839 | 243.603 | 243.801 | 244.524 | 244.733 | 244.955 | 244.786 | 245.519 | 246.819 | 246.663 | 246.669 | 246.524 |
| 2018 | 247.867 | 248.991 | 249.554 | 250.546 | 251.588 | 251.989 | 252.006 | 252.146 | 252.439 | 252.885 | 252.038 | 251.233 |
| 2019 | 251.712 | 252.776 | 254.202 | 255.548 | 256.092 | 256.143 | 256.571 | 256.558 | 256.759 | 257.346 | 257.208 | 256.974 |
| 2020 | 257.971 | 258.678 | 258.115 | 256.389 | 256.394 | 257.797 | 259.101 | 259.918 | 260.280 | 260.388 | 260.229 | 260.474 |
| 2021 | 261.582 | 263.014 | 264.877 | 267.054 | 269.195 | 271.696 | 273.003 | 273.567 | 274.310 | 276.589 | 277.948 | 278.802 |

## Historical Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, all items, index averages
[1982-84=100, unless otherwise noted]

| Year | Semiannual averages | | Annual avg. | Percent change from previous | |
|---|---|---|---|---|---|
| | 1st half | 2nd half | | Dec. | Annual avg. |
| 1913 | – | – | 9.9 | – | – |
| 1914 | – | – | 10.0 | 1.0 | 1.0 |
| 1915 | – | – | 10.1 | 2.0 | 1.0 |
| 1916 | – | – | 10.9 | 12.6 | 7.9 |
| 1917 | – | – | 12.8 | 18.1 | 17.4 |
| 1918 | – | – | 15.1 | 20.4 | 18.0 |
| 1919 | – | – | 17.3 | 14.5 | 14.6 |
| 1920 | – | – | 20.0 | 2.6 | 15.6 |
| 1921 | – | – | 17.9 | -10.8 | -10.5 |
| 1922 | – | – | 16.8 | -2.3 | -6.1 |
| 1923 | – | – | 17.1 | 2.4 | 1.8 |
| 1924 | – | – | 17.1 | 0.0 | 0.0 |
| 1925 | – | – | 17.5 | 3.5 | 2.3 |
| 1926 | – | – | 17.7 | -1.1 | 1.1 |
| 1927 | – | – | 17.4 | -2.3 | -1.7 |
| 1928 | – | – | 17.1 | -1.2 | -1.7 |
| 1929 | – | – | 17.1 | 0.6 | 0.0 |
| 1930 | – | – | 16.7 | -6.4 | -2.3 |
| 1931 | – | – | 15.2 | -9.3 | -9.0 |
| 1932 | – | – | 13.7 | -10.3 | -9.9 |
| 1933 | – | – | 13.0 | 0.8 | -5.1 |
| 1934 | – | – | 13.4 | 1.5 | 3.1 |
| 1935 | – | – | 13.7 | 3.0 | 2.2 |
| 1936 | – | – | 13.9 | 1.4 | 1.5 |
| 1937 | – | – | 14.4 | 2.9 | 3.6 |
| 1938 | – | – | 14.1 | -2.8 | -2.1 |
| 1939 | – | – | 13.9 | 0.0 | -1.4 |
| 1940 | – | – | 14.0 | 0.7 | 0.7 |
| 1941 | – | – | 14.7 | 9.9 | 5.0 |
| 1942 | – | – | 16.3 | 9.0 | 10.9 |
| 1943 | – | – | 17.3 | 3.0 | 6.1 |
| 1944 | – | – | 17.6 | 2.3 | 1.7 |
| 1945 | – | – | 18.0 | 2.2 | 2.3 |
| 1946 | – | – | 19.5 | 18.1 | 8.3 |
| 1947 | – | – | 22.3 | 8.8 | 14.4 |
| 1948 | – | – | 24.1 | 3.0 | 8.1 |
| 1949 | – | – | 23.8 | -2.1 | -1.2 |
| 1950 | – | – | 24.1 | 5.9 | 1.3 |
| 1951 | – | – | 26.0 | 6.0 | 7.9 |
| 1952 | – | – | 26.5 | 0.8 | 1.9 |
| 1953 | – | – | 26.7 | 0.7 | 0.8 |
| 1954 | – | – | 26.9 | -0.7 | 0.7 |
| 1955 | – | – | 26.8 | 0.4 | -0.4 |
| 1956 | – | – | 27.2 | 3.0 | 1.5 |
| 1957 | – | – | 28.1 | 2.9 | 3.3 |
| 1958 | – | – | 28.9 | 1.8 | 2.8 |
| 1959 | – | – | 29.1 | 1.7 | 0.7 |
| 1960 | – | – | 29.6 | 1.4 | 1.7 |
| 1961 | – | – | 29.9 | 0.7 | 1.0 |
| 1962 | – | – | 30.2 | 1.3 | 1.0 |
| 1963 | – | – | 30.6 | 1.6 | 1.3 |
| 1964 | – | – | 31.0 | 1.0 | 1.3 |
| 1965 | – | – | 31.5 | 1.9 | 1.6 |
| 1966 | – | – | 32.4 | 3.5 | 2.9 |
| 1967 | – | – | 33.4 | 3.0 | 3.1 |

**Historical Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, all items, index averages — Continued**
[1982-84=100, unless otherwise noted]

| Year | Semiannual averages | | Annual avg. | Percent change from previous | |
|---|---|---|---|---|---|
| | 1st half | 2nd half | | Dec. | Annual avg. |
| 1968 | – | – | 34.8 | 4.7 | 4.2 |
| 1969 | – | – | 36.7 | 6.2 | 5.5 |
| 1970 | – | – | 38.8 | 5.6 | 5.7 |
| 1971 | – | – | 40.5 | 3.3 | 4.4 |
| 1972 | – | – | 41.8 | 3.4 | 3.2 |
| 1973 | – | – | 44.4 | 8.7 | 6.2 |
| 1974 | – | – | 49.3 | 12.3 | 11.0 |
| 1975 | – | – | 53.8 | 6.9 | 9.1 |
| 1976 | – | – | 56.9 | 4.9 | 5.8 |
| 1977 | – | – | 60.6 | 6.7 | 6.5 |
| 1978 | – | – | 65.2 | 9.0 | 7.6 |
| 1979 | – | – | 72.6 | 13.3 | 11.3 |
| 1980 | – | – | 82.4 | 12.5 | 13.5 |
| 1981 | – | – | 90.9 | 8.9 | 10.3 |
| 1982 | – | – | 96.5 | 3.8 | 6.2 |
| 1983 | – | – | 99.6 | 3.8 | 3.2 |
| 1984 | 102.9 | 104.9 | 103.9 | 3.9 | 4.3 |
| 1985 | 106.6 | 108.5 | 107.6 | 3.8 | 3.6 |
| 1986 | 109.1 | 110.1 | 109.6 | 1.1 | 1.9 |
| 1987 | 112.4 | 114.9 | 113.6 | 4.4 | 3.6 |
| 1988 | 116.8 | 119.7 | 118.3 | 4.4 | 4.1 |
| 1989 | 122.7 | 125.3 | 124.0 | 4.6 | 4.8 |
| 1990 | 128.7 | 132.6 | 130.7 | 6.1 | 5.4 |
| 1991 | 135.2 | 137.2 | 136.2 | 3.1 | 4.2 |
| 1992 | 139.2 | 141.4 | 140.3 | 2.9 | 3.0 |
| 1993 | 143.7 | 145.3 | 144.5 | 2.7 | 3.0 |
| 1994 | 147.2 | 149.3 | 148.2 | 2.7 | 2.6 |
| 1995 | 151.5 | 153.2 | 152.4 | 2.5 | 2.8 |
| 1996 | 155.8 | 157.9 | 156.9 | 3.3 | 3.0 |
| 1997 | 159.9 | 161.2 | 160.5 | 1.7 | 2.3 |
| 1998 | 162.3 | 163.7 | 163.0 | 1.6 | 1.6 |
| 1999 | 165.4 | 167.8 | 166.6 | 2.7 | 2.2 |
| 2000 | 170.8 | 173.6 | 172.2 | 3.4 | 3.4 |
| 2001 | 176.6 | 177.5 | 177.1 | 1.6 | 2.8 |
| 2002 | 178.9 | 180.9 | 179.9 | 2.4 | 1.6 |
| 2003 | 183.3 | 184.6 | 184.0 | 1.9 | 2.3 |
| 2004 | 187.6 | 190.2 | 188.9 | 3.3 | 2.7 |
| 2005 | 193.2 | 197.4 | 195.3 | 3.4 | 3.4 |
| 2006 | 200.6 | 202.6 | 201.6 | 2.5 | 3.2 |
| 2007 | 205.709 | 208.976 | 207.342 | 4.1 | 2.8 |
| 2008 | 214.429 | 216.177 | 215.303 | 0.1 | 3.8 |
| 2009 | 213.139 | 215.935 | 214.537 | 2.7 | -0.4 |
| 2010 | 217.535 | 218.576 | 218.056 | 1.5 | 1.6 |
| 2011 | 223.598 | 226.280 | 224.939 | 3.0 | 3.2 |
| 2012 | 228.850 | 230.338 | 229.594 | 1.7 | 2.1 |
| 2013 | 232.366 | 233.548 | 232.957 | 1.5 | 1.5 |
| 2014 | 236.384 | 237.088 | 236.736 | 0.8 | 1.6 |
| 2015 | 236.265 | 237.769 | 237.017 | 0.7 | 0.1 |
| 2016 | 238.778 | 241.237 | 240.007 | 2.1 | 1.3 |
| 2017 | 244.076 | 246.163 | 245.120 | 2.1 | 2.1 |
| 2018 | 250.089 | 252.125 | 251.107 | 1.9 | 2.4 |
| 2019 | 254.412 | 256.903 | 255.657 | 2.3 | 1.8 |
| 2020 | 257.557 | 260.065 | 258.811 | 1.4 | 1.2 |
| 2021 | 266.236 | 275.703 | 270.970 | 7.0 | 4.7 |

| Form I-821D, Consideration of Deferred Action for Childhood Arrivals<br>Active DACA Population as of September 30 of the Fiscal Year<br>Fiscal Years 2012 - 2020 | U.S. Citizenship<br>and Immigration<br>Services |
|---|---|

| | |
|---|---|
| 2012 | 2,019 |
| 2013 | 472,880 |
| 2014 | 608,037 |
| 2015 | 652,530 |
| 2016 | 679,830 |
| 2017 | 700,572 |
| 2018 | 704,095 |
| 2019 | 660,552 |
| 2020 | 647,278 |

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality, C3, ELIS, CIS2. Accessed June, 2021.

# Deferred Action for Childhood Arrivals (DACA) Recipients: Characteristics and Trends





U.S. Citizenship and
Immigration Services

AR2022_600006



## Executive Summary

On June 15, 2012, the Secretary of Homeland Security announced that certain people who came to the United States as children and meet several key guidelines may request consideration of deferred action for a period of two years, subject to renewal. Deferred action is a use of prosecutorial discretion to defer removal action against an individual for a certain period of time. Deferred action does not provide lawful status, however these individuals may be eligible for work authorization.

Over 800,000 individuals have been granted DACA since the program began accepting applications in 2012. This report uses data in USCIS databases[1] to examine the characteristics of these individuals, categorized by whether or not an individual's DACA was current or unrenewed as of December 31, 2020. The data available include information on a DACA recipient's date of birth, country of birth, gender, geographic location, marital status, and date of arrival in the United States.

Of the 634,540 individuals with a current grant of DACA (i.e. with unexpired status as of December 31, 2020, referred to in this report as "active recipients"):

- Two-thirds are 20-29 years old.
- Over 80 percent were born in Mexico; nearly 95 percent were born in the Americas.
- Median age at time of arrival to the United States was 6 years old, and the most common age was 4 years old.
- Most common years of arrival to the United States were 2000 and 2001.
- Median number of years lived in the United States is 19 years.
- Nearly half live in California and Texas.
- The top metro area is the Los Angeles CBSA.
- A slight majority are female.
- Nearly three-quarters are single.
- More than half were under the age of 20 when initially granted DACA.
- Sixteen percent of those who were single when initially granted DACA are now married.
- Over 90 percent have not changed their CBSA or state of residence since they were initially granted DACA.

Of the 190,190 individuals who were granted DACA in a prior year but whose DACA was unrenewed as of December 31, 2020 (referred to in this report as "inactive recipients"):

- A slight majority had been granted another immigration benefit by USCIS.
- Forty-three percent are Lawful Permanent Residents (LPRs), and eighty percent of those LPRs are the spouse of a United States citizen.
- Nearly two-thirds are 20-29 years old.
- A slight majority are male.
- The state of New York has the highest rate of inactive recipients (30.3 percent).
- A smaller share of total DACA recipients from Mexico and Central America are inactive compared to other regions of the world.

---

[1] Data about DACA applicants are collected on USCIS Form I-821D, "Consideration of Deferred Action for Childhood Arrivals," https://www.uscis.gov/i-821d.

AR2022_600007

# Table of Contents

Executive Summary ............................................................................................................ 2

I. Background ................................................................................................................... 5

II. Current Characteristics of Active DACA Recipients ....................................................... 7

    Age, Gender, and Marital Status................................................................................. 7

    Years Living in the United States ................................................................................. 9

    Place of Residence: State ........................................................................................... 10

    Place of Residence: Core-Based Statistical Areas (CBSAs)........................................... 12

III. Background of Active DACA Recipients at Time of Arrival to the United States ............. 13

    Age at Time of Arrival to the United States................................................................. 13

    Year of Arrival to the United States............................................................................ 14

    Place of Birth: Country ............................................................................................... 16

    Place of Birth: Region ................................................................................................ 17

IV. Demographic Changes Since Initial DACA Was Granted ............................................... 18

    Initial and Current Ages ............................................................................................. 18

    Change in Marital Status ............................................................................................ 19

    Change in Place of Residence, State and CBSA ........................................................... 20

V. Characteristics of Inactive DACA Recipients ................................................................. 21

    Immigration Status .................................................................................................... 21

    Age and Gender ........................................................................................................ 23

    Place of Residence: State ........................................................................................... 25

    Place of Birth: Country ............................................................................................... 26

    Place of Birth: Region ................................................................................................ 27

Appendix A. Data and Methods ...................................................................................... 28

Appendix B. Data Tables................................................................................................. 29

AR2022_600008

## List of Figures

Figure 1. Active and Inactive DACA Recipients as of December 31, 2020, by Year of Initial DACA Grant

Figure 2. Age of Active DACA Recipients

Figure 3. Gender of Active DACA Recipients

Figure 4. Marital Status of Active DACA Recipients

Figure 5. Age and Gender of Active DACA Recipients

Figure 6. Active DACA Recipients by Years Since Arrival to the United States

Figure 7. Active DACA Recipients by State of Residence

Figure 8. Twelve States With More than 10,000 Active DACA Recipients

Figure 9. Top Five CBSAs Where Active DACA Recipients Reside

Figure 10. CBSAs With 10 or More Active DACA Recipients

Figure 11. Age at Time of Arrival to the United States of Active DACA Recipients

Figure 12. Year of Arrival to the United States of Active DACA Recipients

Figure 13. Year of Arrival to the United States of Active DACA Recipients, by Region

Figure 14. Place of Birth, Countries with 2,000 or More Active DACA Recipients

Figure 15. Region of Birth of Active DACA Recipients

Figure 16. Active DACA Recipients, Age at Time of Initial DACA and Current Age

Figure 17. Marital Status of Active DACA Recipients, at Time of Initial DACA and as of Most Recent Renewal

Figure 18. Immigration Status of Inactive DACA Recipients

Figure 19. Inactive DACA Recipients, Basis for Lawful Permanent Residence

Figure 20. Age of Active and Inactive DACA Recipients

Figure 21. Age and Gender of Inactive DACA Recipients

Figure 22. Inactive Recipients as a Share of State Total DACA Recipients

Figure 23. Place of Birth, Countries with 1,000 or More Inactive DACA Recipients

Figure 24. Percent Inactive DACA Recipients by Region of Birth

AR2022_600009

# I. Background

The Deferred Action for Childhood Arrivals (DACA) program was created in response to a June 15, 2012 memorandum by then-Secretary of Homeland Security Janet Napolitano directing DHS to defer action with respect to certain individuals who were brought to the United States as children. Deferred action is a discretionary determination to defer removal action against an individual as an act of prosecutorial discretion. DACA does not grant lawful status to recipients, however DACA recipients are not considered to be unlawfully present in the United States while their grant of deferred action remains in effect and they may be eligible for work authorization. DACA grants are typically valid for a period of two years and are subject to renewal.

An individual may request DACA[2] if they:

- Were under the age of 31 as of June 15, 2012;
- Came to the United States before reaching their 16th birthday;
- Have continuously resided in the United States since June 15, 2007;
- Were physically present in the United States on June 15, 2012, and at the time of making their request for consideration of deferred action with USCIS;
- Had no lawful status on June 15, 2012, meaning that:
  - They never had a lawful immigration status on or before June 15, 2012, or
  - Any lawful immigration status or parole that they obtained prior to June 15, 2012, had expired as of June 15, 2012;
- Are currently in school, have graduated or obtained a certificate of completion from high school, have obtained a general education development (GED) certificate, or are an honorably discharged veteran of the Coast Guard or Armed Forces of the United States;
- Have not been convicted of a felony, significant misdemeanor, or three or more other misdemeanors, and do not otherwise pose a threat to national security or public safety; and
- Are at least 15 years or older at the time of making their request for consideration of deferred action with USCIS, unless they are currently in removal proceedings or have a final removal or voluntary departure order.

---

[2] See https://www.uscis.gov/humanitarian/consideration-of-deferred-action-for-childhood-arrivals-daca for instructions on how to apply for DACA.

AR2022_600010

Since the DACA program was created in 2012, USCIS has granted DACA to over 800,000 individuals. As of December 31, 2020, there were 634,540 individuals currently granted DACA (hereafter referred to in this report as "active recipients") as well as 190,190 individuals whose DACA had not been renewed (hereafter referred to in this report as "inactive recipients"). Over three quarters (78.1 percent) of total DACA recipients were granted DACA between 2012 and 2014.

Figure 1. Active and Inactive DACA Recipients as of December 31, 2020, by Year of Initial DACA Grant



**Note:** See Appendix B, Table 1

AR2022_600011

## II. Current Characteristics of Active DACA Recipients

### Age, Gender, and Marital Status

**Two-thirds of active DACA recipients are in their 20's. A slight majority are female, and nearly three-quarters are single.**

Figure 2. Age of Active DACA Recipients




**Note:** See Appendix B, Table 2

Figure 3. Gender of Active DACA Recipients



**Note:** See Appendix B, Table 3

Figure 4. Marital Status of Active DACA Recipients




**Note:** See Appendix B, Table 5

As noted in Section I, the DACA program requires that initial requestors must be at least 15 years of age at the time of application, and no older than 31 years old by June 15, 2012. An exception is made for those younger than 15 who are in removal proceedings, have a final order of removal, or have a voluntary departure order and are not in immigration detention at the time of their request. As a result of these requirements, active DACA recipients are nearly all between the ages of 16 and 39 years old as of December 31, 2020.

Two-thirds (67.0 percent) of active DACA recipients are between the ages of 20 and 29, with most other recipients between the ages of 30 and 39 (30.3 percent). Females represent 53.4 percent of active DACA recipients, and men represent 46.6 percent. (If recipients born in Mexico are excluded however, the proportion of females to males is nearly identical: 49.7 percent female and 50.3 percent male. The combination of country of birth and gender is discussed in a later section.)

Nearly three-quarters (72.5 percent) of active DACA recipients are single, and approximately a quarter (24.6 percent) are married. Relatively small shares of recipients are divorced (1.8 percent) or widowed (0.1 percent). A higher share of females are married (28.2 percent of female recipients) compared to males who are married (20.3 percent of male recipients).

AR2022_600012

## There are more female than male active DACA recipients at all ages except for the youngest age group.

Female recipients outnumber male recipients at all ages 21 and above, but there are slightly more male than female recipients between the ages of 16 and 20. The median age of male active DACA recipients is 26, and the median age of females is 27.

Figure 5. Age and Gender of Active DACA Recipients



**Note:** Age is calculated as of December 31, 2020. See Appendix B, Tables 4, 6b, and 15a

8

## Years Living in the United States

**The median number of years that active DACA recipients have lived in the United States is 19 years.[3]**

The DACA program requires that initial requestors must have continually resided in the United States between June 15, 2007 until the time of initial filing. This requirement, in combination with the program's age requirements, results in active DACA recipients who have lived in the United States for anywhere between 13 and 39 years. The median number of years that active DACA recipients have lived in the United States is 19 years.

Figure 6. Active DACA Recipients by Years Since Arrival to the United States



**Note:** See Appendix B, Table 7a

---

[3] Date of entry into the United States is self-reported by the applicant on Form I-821D. Years since arrival is calculated as of December 31, 2020.

AR2022_600014

## Place of Residence: State

### California and Texas are home to nearly half of all active DACA recipients.

Active DACA recipients live in all 50 states, the District of Columbia, and United States territories. The states of California and Texas are home to the largest number of active DACA recipients, with over 180,000 and 100,000 recipients respectively, representing 45.0 percent of DACA recipients. The next most common states of residence are Illinois, New York, and Florida.

Figure 7. Active DACA Recipients by State of Residence



Note: Only 48 states are shown. See Appendix B, Table 8, for data on all states and territories.

AR2022_600015

## Twelve states are home to over three-quarters of all active DACA recipients.

Figure 8 shows selected statistics for the twelve states with more than 10,000 active DACA recipients each. Collectively these twelve states are home to 78.4 percent of all active DACA recipients. There were 1.9 DACA recipients per 1,000 people in the United States, a measure of geographic concentration. The state with the most DACA recipients per 1,000 persons was California (4.6), followed by Nevada (4.0), Texas (3.7), and Arizona (3.4).

Figure 8. Twelve States With More than 10,000 Active DACA Recipients

| Rank | State | Active DACA Recipients | Percent of Total U.S Active DACA Recipients | Active DACA Recipients per 1,000 People |
|------|-------|-----------------------|---------------------------------------------|------------------------------------------|
|      | Total | 634,540 | 100.0 | 1.9 |
| 1 | California | 181,060 | 28.5 | 4.6 |
| 2 | Texas | 104,570 | 16.5 | 3.7 |
| 3 | Illinois | 33,640 | 5.3 | 2.6 |
| 4 | New York | 27,380 | 4.3 | 1.4 |
| 5 | Florida | 24,410 | 3.8 | 1.2 |
| 6 | North Carolina | 23,750 | 3.7 | 2.3 |
| 7 | Arizona | 23,710 | 3.7 | 3.4 |
| 8 | Georgia | 20,350 | 3.2 | 2.0 |
| 9 | New Jersey | 16,070 | 2.5 | 1.8 |
| 10 | Washington | 16,010 | 2.5 | 2.2 |
| 11 | Colorado | 14,340 | 2.3 | 2.6 |
| 12 | Nevada | 12,010 | 1.9 | 4.0 |

**Note:** See Appendix B, Table 8

AR2022_600016

## Place of Residence: Core-Based Statistical Areas (CBSAs)

### The Los Angeles CBSA is home to the highest share of active DACA recipients of any CBSA.

The five most populous metropolitan areas in the United States (defined by the Census Bureau as Core-Based Statistical Areas, or CBSAs) are also the five CBSAs with the most active DACA recipients. These five CBSAs are home to more than one-third (34.2 percent) of all active DACA recipients.

Figure 9. Top Five CBSAs Where Active DACA Recipients Reside

| Rank | CBSA name | Active DACA Recipients | Percent of Total Active DACA Recipients |
|------|-----------|------------------------|------------------------------------------|
| 1 | Los Angeles-Long Beach-Anaheim, CA | 78,400 | 12.4 |
| 2 | New York-Newark-Jersey City, NY-NJ-PA | 40,220 | 6.3 |
| 3 | Dallas-Fort Worth-Arlington, TX | 34,180 | 5.4 |
| 4 | Houston-The Woodlands-Sugar Land, TX | 32,070 | 5.1 |
| 5 | Chicago-Naperville-Elgin, IL-IN-WI | 32,070 | 5.1 |

Figure 10. CBSAs With 10 or More Active DACA Recipients



**Note:** See Appendix B, Table 9

12

# III. Background of Active DACA Recipients at Time of Arrival to the United States

## Age at Time of Arrival to the United States

### The median age of active DACA recipients when they arrived in the United States was 6 years old.

Over half of active DACA recipients (60.8 percent) arrived in the United States when they were between 0 and 7 years old. The median age of DACA recipients when they arrived was 6 years old, and the most common age was 4 years old.

Figure 11. Age at Time of Arrival to the United States of Active DACA Recipients



**Note:** See Appendix B, Table 10a

13

## Year of Arrival to the United States

**Nearly three-quarters of active DACA recipients (73.4 percent) arrived in the United States between 1998 and 2006.**

The DACA program requires that initial requestors be younger than 31 years old as of June 15, 2012, and must have continually resided in the United States between June 15, 2007 until the time of initial filing. The effect of these requirements is that active DACA recipients arrived in the United States between the years 1981 and 2007.

Figure 12 shows a gradual increase in the number of DACA arrivals during the early 1980s followed by larger increases in the late 1980s and 1990s. The number of DACA recipients arriving annually nearly tripled between 1997 and 2000 before beginning to decline. The most common year of arrival was 2000 followed by 2001, with nearly 70,000 and 65,000 DACA recipient arrivals, respectively. Arrivals of DACA recipients exceeded 30,000 each year between 1998 and 2006, with nearly three-quarters (73.4 percent) of all active DACA recipients arriving between 1998 and 2006.

Figure 12. Year of Arrival to United States of Active DACA Recipients



**Note:** See Appendix B, Table 11a

AR2022_600019

As shown in figure 13, arrival patterns differ by country and region.[4] Arrivals from Mexico increased at a growing rate between 1987 and 1997, after which they began rising rapidly, peaking in 2000 and declining thereafter. Arrivals from Central America peaked in 2005, and arrivals from all other regions peaked in 2001.

Figure 13. Year of Arrival to the United States of Active DACA Recipients, by Region



**Note:** See Appendix B, Table 12

---

[4] North America includes Canada, Greenland, Mexico, Saint Pierre and Miquelon, United States, and the countries within the regions of the Caribbean and Central America. Mexico and Central America are reported separately from the rest of North America throughout this report due to the large number of DACA recipients born in these regions. See https://www.dhs.gov/geographic-regions for region definitions.

AR2022_600020

## Place of Birth: Country

### Over 80 percent of active DACA recipients were born in Mexico.

---

Active DACA recipients were born in 197 different countries[5] all over the world. Figure 15 shows the fourteen countries of birth with more than 2,000 active DACA recipients. These countries collectively represent 95.6 percent of the total active DACA population. The most common place of birth for DACA recipients was Mexico, followed by El Salvador, Guatemala, and Honduras. In South America the country with the most DACA recipients is Peru, followed by Brazil, Ecuador, Colombia, Argentina, and Venezuela. In Asia, South Korea has the most active DACA recipients, followed by the Philippines and India. The only Caribbean nation with more than 2,000 active recipients is Jamaica.

As noted in an earlier section, females comprise 53.4 percent of active DACA recipients and men comprise 46.6 percent. When Mexico is tabulated separately, the gender ratio for recipients born in Mexico is 54.2 percent female and 45.8 percent male, and the ratio for all other countries is 49.7 percent female and 50.3 percent male.

Figure 14. Place of Birth, Countries with 2,000 or More Active DACA Recipients



**Note:** See Appendix B, Table 14

---

[5] The number of countries includes some places such overseas territories, collectivities, and dependencies of other countries.

AR2022_600021

## Place of Birth: Region

### Nearly 95 percent of active DACA recipients were born in the Americas.

As shown in Figure 15, Mexico is the most common region[6] of birth of active DACA recipients followed by Central America and South America. Overall, 94.9 percent of DACA recipients were born in the Americas. The remainder were born in Asia and Oceania (2.7 percent), North America and the Caribbean (1.2 percent), Europe (0.6 percent), and Africa (0.6 percent).

Figure 15. Region of Birth of Active DACA Recipients



**Note:** See Appendix B, Table 13

---

[6] North America includes Canada, Greenland, Mexico, Saint Pierre and Miquelon, United States, and the countries within the regions of the Caribbean and Central America.  Mexico and Central America are reported separately from the rest of North America throughout this report due to the large number of DACA recipients born in these regions. See https://www.dhs.gov/geographic-regions for region definitions.

AR2022_600022

# IV. Demographic Changes Since Initial DACA Was Granted

DACA is subject to renewal every two years. This section examines changes in certain characteristics between the information provided on a DACA recipient's initial application as compared to their most recent renewal application.

## Initial and Current Ages

**A majority of current DACA recipients were under 20 years old when they were initially granted DACA.**

Over half (53.7 percent) of active DACA recipients were under the age of 20 when they were first granted DACA, and an additional 42.0 percent were between 20 and 29 years old. Today, two-thirds of current DACA recipients are in their 20's (67.0 percent). The median age of DACA recipients when they were first granted DACA was 19 years old and currently the median age is 26 years old.

Figure 16. Active DACA Recipients, Age at Time of Initial DACA and Current Age



**Note:** Current age is calculated as of December 31, 2020. See Appendix B, Table 15

AR2022_600023

## Change in Marital Status

### The share of active DACA recipients who are married increased from 10 percent to 25 percent.

Of the 634,540 active DACA recipients, 88.7 percent were single at the time of their initial DACA approval compared to 72.5 percent who were single at the time of their most recent DACA renewal. Most of this decrease can be attributed to recipients whose status changed from single to married, representing 15.9 percent of recipients.

Figure 17. Marital Status of Active DACA Recipients, at Time of Initial DACA and as of Most Recent Renewal



**Note:** See Appendix B, Table 16a

AR2022_600024

## Change in Place of Residence, State and CBSA

### Most active DACA recipients did not change their state or CBSA of residence.

Of the 634,540 active DACA recipients, 95.5 percent did not change their state of residence between the time of their initial DACA approval and most recent DACA renewal. The state of California had the highest number of DACA recipients moving out of state (5,350), and the second highest number of DACA recipients moving into the state (2,770), resulting in the largest net loss of any state (-2,580). The other states with the largest net losses of DACA recipients were New York (-1,090) and Illinois (-370). The states with the largest net gains of DACA recipients were Washington (+890), Nevada (+620), and Texas (+520).

State level trends were driven in part by moves to and from large metro areas. The Los Angeles-Long Beach-Anaheim, CA CBSA had the highest number of DACA recipients moving out (7,350) and the second highest number moving in (3,030), resulting in the largest net loss of any CBSA (-4,330). The other CBSAs with the largest net losses of DACA recipients were New York-Newark-Jersey City, NY-NJ-PA (-1,330) and Miami-Fort Lauderdale-West Palm Beach, FL (-540). The cities with the largest net gains of DACA recipients were Riverside-San Bernardino-Ontario, CA (+1,810), Seattle-Tacoma-Bellevue, WA (+700), and Phoenix-Mesa-Scottsdale, AZ (+570). Most DACA recipients (90.6 percent) did not change their CBSA of residence.

AR2022_600025

# V. Characteristics of Inactive DACA Recipients

There are 190,190 individuals were granted DACA at some point since the inception of the program, but who had not renewed as of December 31, 2020. This section examines the demographic characteristics of these inactive DACA recipients and provides information on the current status of those who have been approved for another immigration benefit by USCIS.

## Immigration Status

### Over half of inactive DACA recipients have been granted another immigrant and/or nonimmigrant benefit by USCIS, primarily Lawful Permanent Residence.

DACA recipients are not required to provide USCIS with a reason as to why they do not apply for renewal. A search of USCIS databases reveals that more than half (51.8 percent) of inactive DACA recipients have another immigrant or nonimmigrant status, or are naturalized as of December 31, 2020. Many have become Lawful Permanent Residents (43.1 percent), 6.5 percent have become naturalized citizens, 2.1 percent have U-visas, and less than one percent have asylee status, Temporary Protected Status (TPS), T-visas, or another nonimmigrant visa type. The status of the other 48.2 percent of inactive DACA recipients could not be ascertained through a search of USCIS databases.

Figure 18. Immigration Status of Inactive DACA Recipients



**Note:** Status types with <1 percent not shown. See Appendix B, Table 19

AR2022_600026

## Eighty percent of inactive DACA recipients who are now Lawful Permanent Residents (LPRs) are spouses of United States citizens.

Of the nearly 82,000 inactive DACA recipients who are Lawful Permanent Residents, 80.0 percent are the spouse of a United States citizen. Seven percent are a child or parent of a United States citizen, and the remaining 13.3 percent qualify for LPR status through family-sponsored or employment-based preferences, or some other basis.

Figure 19. Inactive DACA Recipients, Basis for Lawful Permanent Residence



**Note:** See Appendix B, Table 20

22

## Age and Gender

### Inactive DACA recipients are slightly older than active recipients.

Inactive DACA recipients are slightly older on average compared to active recipients. The median age of inactive recipients is 27, compared to 26 for active recipients. Individuals between the ages of 25 and 29 years old comprise the largest share of inactive recipients, 41.7 percent.

Figure 20. Age of Active and Inactive DACA Recipients



**Note:** See Appendix B, Tables 21a and 21b

AR2022_600028

## There are more male than female inactive DACA recipients at all ages except for the oldest age group.

The proportion of male and female inactive recipients is nearly the reverse of active recipients, with males comprising a majority (53.9 percent) compared to females (46.0 percent). The number of inactive males exceeds the number of inactive females in all age categories except in the oldest age category, ages 35 to 39. The median age of inactive males is 27 and of inactive females is 28.

Figure 21. Age and Gender of Inactive DACA Recipients



Male = 54%                    Female = 46%

| | | |
|---|---|---|
| 4% | 35-39 years | 5% |
| 13% | 30-34 years | 12% |
| 23% | 25-29 years | 19% |
| 13% | 20-24 years | 10% |
| 0.4% | <20 years | 0.3% |

Male median age=27            Female median age=28

**Note:** See Appendix B, Tables 21a and 21b

24

## Place of Residence: State

**California and Texas have the highest numbers of inactive DACA recipients; New York has the largest share of total DACA recipients who are now inactive.**

The two states with the highest number of active DACA recipients are also the states with the highest number of inactive recipients: California (53,690 inactive) and Texas (29,890 inactive). Overall, inactive recipients comprise 23.1 percent of the total number of recipients ever granted DACA (i.e. active and inactive recipients combined). The states with the highest shares of inactive recipients as a percent of total DACA recipients are New York (30.3 percent), Massachusetts (29.7 percent), and Connecticut (29.1 percent).

Figure 22. Inactive Recipients as a Share of State Total DACA Recipients



**Note:** Only 48 states are shown. See Appendix B, Table 22, for data on all states and territories.

AR2022_600030

## Place of Birth: Country

### Mexico, El Salvador, Guatemala, and Honduras have the highest number of inactive DACA recipients.

The same four countries (Mexico, El Salvador, Guatemala, and Honduras) with the most active DACA recipients also have the most inactive DACA recipients. However, these countries collectively represent a lower share of all inactive DACA recipients (80 percent) compared to these countries share of all active DACA recipients (89.5 percent).

Figure 23 shows the sixteen countries with 1,000 or more inactive DACA recipients. These sixteen countries collectively account for 92.3 percent of all inactive DACA recipients. In addition to the fourteen countries that were also shown in Figure 15 as having the most active recipients, Figure 23 also includes the Dominican Republic and Trinidad and Tobago.

Unlike the active DACA recipient population, the proportion of females to males is similar regardless of whether recipients born in Mexico are included (46.0 percent female to 53.9 percent male) or excluded (47.7 percent female to 52.3 percent male).

Figure 23. Place of Birth, Countries with 1,000 or More Inactive DACA Recipients



| Country | Count |
|---|---|
| Mexico | 138,510 |
| El Salvador | 5,300 |
| Guatemala | 4,330 |
| Honduras | 4,000 |
| Peru | 3,260 |
| South Korea | 3,050 |
| Brazil | 2,700 |
| Colombia | 2,670 |
| Ecuador | 2,250 |
| Argentina | 1,700 |
| Philippines | 1,640 |
| Jamaica | 1,340 |
| Dominican Republic | 1,330 |
| Trinidad and Tobago | 1,190 |
| Venezuela | 1,150 |
| India | 1,150 |

**Note:** See Appendix B, Table 24

AR2022_600031

## Place of Birth: Region

**Mexico and Central America have lower shares of inactive recipients compared to other regions.**

Mexico has the largest number of inactive DACA recipients (138,510), followed by South America (16,560), and Central America (15,460). Mexico comprises a smaller share of inactive recipients (72.8 percent) compared to its share of active recipients (80.6 percent).

The share of inactive recipients as a percentage of total DACA recipients differs across regions of the world. Only two regions, Mexico and Central America, have inactivity rates lower than the average for all regions. Inactivity rates are higher in all other regions, with inactive recipients representing between 35.2 and 41.1 percent of the total number of DACA recipients.

Figure 24. Percent Inactive DACA Recipients by Region of Birth



**Note:** See Appendix B, Table 23

27

# Appendix A. Data and Methods

The statistics in this report are based on information submitted by DACA applicants on USCIS Form I-821D, Consideration of Deferred Action for Childhood Arrivals. Data collected on this form include information on an applicant's date of birth, country of birth, gender, geographic location, marital status, and date of entry into the United States. Not all fields on the form are required to be transcribed and entered into USCIS electronic databases, and therefore data from some questions on the form (for example, regarding education and criminal history) are omitted from this report. DACA is typically awarded for two years, after which it is subject to renewal.

Data was extracted from two USCIS database systems, CLAIMS3 (for forms received between 2012-2016) and ELIS (2016 to present). First, all individuals who have ever been granted DACA and whose most recent DACA had not expired as of December 31, 2020 were identified as "active" DACA recipients. Next, all other individuals who had ever been granted DACA but whose DACA had expired as of December 31, 2020 were categorized as "inactive" DACA recipients.

Sections II and III examine characteristics of active DACA recipients using information from their most recent approved application, regardless of whether it is an initial or renewal application. Section IV uses information from active recipients' initial application and compares it to information from their most recent application to examine how certain characteristics have changed over time. Finally, Section V examines characteristics of inactive DACA recipients using information from their most recent approved application, regardless of whether it is an initial or renewal application.

All counts of individuals in this report are rounded to the tens place, and any values that represent fewer than 10 individuals have been withheld and replaced with a "D" to protect privacy. Any value that could be used to deduce a value less than 10 through subtraction or other means has been replaced with an "H", with the exception of cases where a value less than 10 does not represent a specific demographic characteristic (for example, when the gender of an individual is unknown). A dash (-) indicates a value of zero, and "N/A" typically indicates that no data exists for this field.

AR2022_600033

# Appendix B. Data Tables

**Table 1:  Active and Inactive DACA Recipients as of December 31, 2020 by Year Initial DACA was Granted**

| Year initial DACA was granted | Active DACA | | Inactive DACA | | Active + Inactive = Total DACA | |
|---|---|---|---|---|---|---|
| | **Number** | **Percent** | **Number** | **Percent** | **Number** | **Percent** |
| **Total** | **634,540** | **100.0** | **190,190** | **100.0** | **824,730** | **100.0** |
| 2012 | 90,060 | 14.2 | 35,240 | 18.5 | 125,300 | 15.2 |
| 2013 | 299,300 | 47.2 | 98,930 | 52.0 | 398,230 | 48.3 |
| 2014 | 90,430 | 14.3 | 29,770 | 15.7 | 120,200 | 14.6 |
| 2015 | 61,320 | 9.7 | 12,680 | 6.7 | 73,990 | 9.0 |
| 2016 | 47,980 | 7.6 | 8,680 | 4.6 | 56,670 | 6.9 |
| 2017 | 29,360 | 4.6 | 3,320 | 1.7 | 32,670 | 4.0 |
| 2018 | 15,390 | 2.4 | 1,340 | 0.7 | 16,730 | 2.0 |
| 2019 | 220 | - | 10 | - | 230 | - |
| 2020 | H | - | D | - | 30 | - |
| Not Available | 460 | 0.1 | 220 | 0.1 | 680 | 0.1 |

Notes:  (1) Source: USCIS CLAIMS3 and ELIS databases.
(2) Numbers may not add up to totals due to rounding.
(3) USCIS began accepting DACA applications in August 2012.
(4) Active DACA category includes individuals with a DACA expiration date on or after December 31, 2020, as of December 31, 2020. Inactive DACA category includes individuals with a DACA expiration date prior to December 31, 2020, as of December 31, 2020.

**Table 2:  Active DACA Recipients by Current Age**

| Age | Number | Percent |
|---|---|---|
| **Total** | **634,540** | **100.0** |
| 0-15 | 20 | - |
| 16-19 | 17,450 | 2.8 |
| 20-24 | 208,440 | 32.9 |
| 25-29 | 216,390 | 34.1 |
| 30-34 | 136,450 | 21.5 |
| 35-39 | 55,780 | 8.8 |
| Not Available | D | - |

Notes:  (1) Source: USCIS CLAIMS3 and ELIS databases.
(2) Numbers may not add up to totals due to rounding.
(3) Age is calculated as of December 31, 2020.

AR2022_600034

**Table 3: Active DACA Recipients by Gender**

| Gender | Number | Percent |
|---|---|---|
| **Total** | **634,540** | **100.0** |
| Female | 338,560 | 53.4 |
| Male | 295,840 | 46.6 |
| Not Available | 150 | - |

Notes: (1) Source: USCIS CLAIMS3 and ELIS databases.
(2) Numbers may not add up to totals due to rounding.

**Table 4: Active DACA Recipients by Age and Gender, Selected Statistics**

| Selected Statistics | Age in Years by Gender | | | |
|---|---|---|---|---|
| | **Female** | **Male** | **Not Available** | **Total** |
| 25th percentile | 23 | 23 | 24 | 23 |
| Median | 27 | 26 | 26 | 26 |
| 75th percentile | 31 | 30 | 30 | 30 |
| Mean | 27.3 | 26.7 | 26.6 | 27.0 |

Notes: (1) Source: USCIS CLAIMS3 and ELIS databases.
(2) Numbers may not add up to totals due to rounding.
(3) Age is calculated as of December 31, 2020.

**Table 5: Active DACA Recipients by Marital Status**

| Marital Status | Number | Percent |
|---|---|---|
| **Total** | **634,540** | **100.0** |
| Single | 460,080 | 72.5 |
| Married | 155,810 | 24.6 |
| Divorced | 11,590 | 1.8 |
| Widowed | 470 | 0.1 |
| Not Available | 6,590 | 1.0 |

Notes: (1) Source: USCIS CLAIMS3 and ELIS databases.
(2) Numbers may not add up to totals due to rounding.
(3) Marital status as of most recent DACA application.

AR2022_600035

**Table 6a:  Active DACA Recipients by Gender, Age, and Marital Status**

| Age | Marital Status: Females | | | | | |
|---|---|---|---|---|---|---|
| | Single | Married | Divorced | Widowed | Not Available | Total |
| **Total Female** | **231,520** | **95,560** | **7,600** | **360** | **3,510** | **338,560** |
| 0-15 | D | - | - | - | - | D |
| 16-19 | 8,010 | 110 | D | - | H | 8,180 |
| 20-24 | 90,460 | 12,940 | 390 | 30 | 880 | 104,700 |
| 25-29 | 76,590 | 34,180 | 2,110 | 100 | 1,140 | 114,120 |
| 30-34 | 41,740 | 32,330 | 3,080 | 130 | 950 | 78,230 |
| 35-39 | 14,720 | 16,000 | 2,020 | 110 | 480 | 33,320 |
| Not Available | D | D | - | - | - | D |

| Age | Marital Status: Males | | | | | |
|---|---|---|---|---|---|---|
| | Single | Married | Divorced | Widowed | Not Available | Total Male |
| **Total Male** | **228,490** | **60,200** | **3,990** | **100** | **3,050** | **295,840** |
| 0-15 | H | D | - | - | - | 20 |
| 16-19 | 9,140 | 40 | - | D | H | 9,270 |
| 20-24 | 95,450 | 7,210 | 190 | 20 | 820 | 103,690 |
| 25-29 | 77,200 | 22,830 | 1,120 | 20 | 1,040 | 102,210 |
| 30-34 | 35,630 | 20,070 | 1,690 | 30 | 790 | 58,200 |
| 35-39 | 11,060 | 10,060 | 990 | 20 | 320 | 22,450 |
| Not Available | D | D | - | - | - | D |

| Age | Marital Status: Gender Not Available | | | | | |
|---|---|---|---|---|---|---|
| | Single | Married | Divorced | Widowed | Not Available | Total |
| **Total Gender Not Available** | **60** | **50** | **-** | **D** | **H** | **150** |
| 0-15 | - | - | - | - | - | - |
| 16-19 | D | - | - | - | D | D |
| 20-24 | 30 | H | - | - | D | 50 |
| 25-29 | 20 | 20 | - | - | 10 | 60 |
| 30-34 | D | 10 | - | - | D | 30 |
| 35-39 | D | D | - | D | D | H |
| Not Available | - | - | - | - | - | - |

Notes:  (1) Source: USCIS CLAIMS3 and ELIS databases.
(2) Numbers may not add up to totals due to rounding.
(3) Age is calculated as of December 31, 2020.
(4) Marital status as of most recent DACA application.

31

AR2022_600036

**Table 6b:  Percent Share of Active DACA Recipients by Gender, Age, and Marital Status**

| Age | Marital Status: Females | | | | | |
|---|---|---|---|---|---|---|
| | **Single** | **Married** | **Divorced** | **Widowed** | **Not Available** | **Total** |
| **Total Female** | **36.5** | **15.1** | **1.2** | **0.1** | **0.6** | **53.4** |
| 0-15 | - | - | - | - | - | - |
| 16-19 | 1.3 | - | - | - | - | 1.3 |
| 20-24 | 14.3 | 2.0 | 0.1 | - | 0.1 | 16.5 |
| 25-29 | 12.1 | 5.4 | 0.3 | - | 0.2 | 18.0 |
| 30-34 | 6.6 | 5.1 | 0.5 | - | 0.2 | 12.3 |
| 35-39 | 2.3 | 2.5 | 0.3 | - | 0.1 | 5.3 |
| Not Available | - | - | - | - | - | - |

| Age | Marital Status: Males | | | | | |
|---|---|---|---|---|---|---|
| | **Single** | **Married** | **Divorced** | **Widowed** | **Not Available** | **Total Male** |
| **Total Male** | **36.0** | **9.5** | **0.6** | **-** | **0.5** | **46.6** |
| 0-15 | - | - | - | - | - | - |
| 16-19 | 1.4 | - | - | - | - | 1.5 |
| 20-24 | 15.0 | 1.1 | - | - | 0.1 | 16.3 |
| 25-29 | 12.2 | 3.6 | 0.2 | - | 0.2 | 16.1 |
| 30-34 | 5.6 | 3.2 | 0.3 | - | 0.1 | 9.2 |
| 35-39 | 1.7 | 1.6 | 0.2 | - | 0.1 | 3.5 |
| Not Available | - | - | - | - | - | - |

| Age | Marital Status: Gender Not Available | | | | | |
|---|---|---|---|---|---|---|
| | **Single** | **Married** | **Divorced** | **Widowed** | **Not Available** | **Total** |
| **Total Gender Not Available** | **-** | **-** | **-** | **-** | **-** | **-** |
| 0-15 | - | - | - | - | - | - |
| 16-19 | - | - | - | - | - | - |
| 20-24 | - | - | - | - | - | - |
| 25-29 | - | - | - | - | - | - |
| 30-34 | - | - | - | - | - | - |
| 35-39 | - | - | - | - | - | - |
| Not Available | - | - | - | - | - | - |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.
(2) Numbers may not add up to totals due to rounding.
(3) Age is calculated as of December 31, 2020.
(4) Marital status as of most recent DACA application.

AR2022_600037

**Table 7a:  Active DACA Recipients, Years Since Arrival to the United States**

| Years Since Arrival | Number | Percent |
|---|---|---|
| **Total** | **634,540** | **100.0** |
| 13 | 11,680 | 1.8 |
| 14 | 32,410 | 5.1 |
| 15 | 48,880 | 7.7 |
| 16 | 50,220 | 7.9 |
| 17 | 53,650 | 8.5 |
| 18 | 56,990 | 9.0 |
| 19 | 65,170 | 10.3 |
| 20 | 69,900 | 11.0 |
| 21 | 53,620 | 8.5 |
| 22 | 34,870 | 5.5 |
| 23 | 23,580 | 3.7 |
| 24 | 23,630 | 3.7 |
| 25 | 22,250 | 3.5 |
| 26 | 17,220 | 2.7 |
| 27 | 14,140 | 2.2 |
| 28 | 11,830 | 1.9 |
| 29 | 11,010 | 1.7 |
| 30 | 10,340 | 1.6 |
| 31 | 7,930 | 1.3 |
| 32 | 3,450 | 0.5 |
| 33 | 1,310 | 0.2 |
| 34 | 910 | 0.1 |
| 35 | 640 | 0.1 |
| 36 | 360 | 0.1 |
| 37 | 180 | - |
| 38 | 80 | - |
| 39 | 20 | - |
| Not Available | 8,280 | 1.3 |

**Table 7b:  Active DACA Recipients, Years Since Arrival to the United States, Selected Statistics**

| Selected Statistics | In Years |
|---|---|
| 25th percentile | 17 |
| Median | 19 |
| 75th percentile | 22 |
| Mean | 20.0 |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.
          (2) Numbers may not add up to totals due to rounding.
          (3) Date of entry into the United States is self-reported by the applicant on Form I-821D.
          (4) Years since arrival is calculated as of December 31, 2020.

33

**Table 8:  Active DACA Recipients by State of Residence**

| State | Active DACA, residence at time of initial approval | | Active DACA, residence at time of most recent renewal | | Active DACA Per 1,000 People* | Ranked By State Population* |
|---|---|---|---|---|---|---|
| | **Number** | **Percent** | **Number** | **Percent** | | |
| **Total** | **634,540** | **100.0** | **634,540** | **100.0** | **1.9** | **N/A** |
| California | 183,640 | 28.9 | 181,060 | 28.5 | 4.6 | 1 |
| Texas | 104,050 | 16.4 | 104,570 | 16.5 | 3.7 | 2 |
| Illinois | 34,020 | 5.4 | 33,640 | 5.3 | 2.6 | 6 |
| New York | 28,470 | 4.5 | 27,380 | 4.3 | 1.4 | 4 |
| Florida | 24,230 | 3.8 | 24,410 | 3.8 | 1.2 | 3 |
| North Carolina | 23,770 | 3.7 | 23,750 | 3.7 | 2.3 | 9 |
| Arizona | 23,310 | 3.7 | 23,710 | 3.7 | 3.4 | 14 |
| Georgia | 20,320 | 3.2 | 20,350 | 3.2 | 2.0 | 8 |
| New Jersey | 16,370 | 2.6 | 16,070 | 2.5 | 1.8 | 11 |
| Washington | 15,120 | 2.4 | 16,010 | 2.5 | 2.2 | 13 |
| Colorado | 14,000 | 2.2 | 14,340 | 2.3 | 2.6 | 21 |
| Nevada | 11,390 | 1.8 | 12,010 | 1.9 | 4.0 | 35 |
| Oregon | 9,510 | 1.5 | 9,590 | 1.5 | 2.3 | 27 |
| Virginia | 9,470 | 1.5 | 9,180 | 1.4 | 1.1 | 12 |
| Indiana | 8,570 | 1.4 | 8,790 | 1.4 | 1.3 | 17 |
| Utah | 7,990 | 1.3 | 8,410 | 1.3 | 2.7 | 32 |
| Maryland | 7,640 | 1.2 | 7,790 | 1.2 | 1.3 | 19 |
| Tennessee | 7,320 | 1.2 | 7,540 | 1.2 | 1.1 | 16 |
| Wisconsin | 6,480 | 1.0 | 6,450 | 1.0 | 1.1 | 20 |
| Oklahoma | 5,870 | 0.9 | 5,990 | 0.9 | 1.5 | 28 |
| South Carolina | 5,580 | 0.9 | 5,650 | 0.9 | 1.1 | 23 |
| New Mexico | 5,710 | 0.9 | 5,490 | 0.9 | 2.6 | 37 |
| Kansas | 5,500 | 0.9 | 5,400 | 0.9 | 1.9 | 36 |
| Massachusetts | 5,360 | 0.8 | 5,340 | 0.8 | 0.8 | 15 |
| Michigan | 5,130 | 0.8 | 5,180 | 0.8 | 0.5 | 10 |
| Minnesota | 5,030 | 0.8 | 5,100 | 0.8 | 0.9 | 22 |
| Pennsylvania | 4,310 | 0.7 | 4,480 | 0.7 | 0.4 | 5 |
| Arkansas | 4,400 | 0.7 | 4,400 | 0.7 | 1.5 | 33 |
| Alabama | 3,860 | 0.6 | 3,920 | 0.6 | 0.8 | 24 |
| Ohio | 3,610 | 0.6 | 3,810 | 0.6 | 0.3 | 7 |
| Connecticut | 3,420 | 0.5 | 3,490 | 0.6 | 1.0 | 29 |
| Missouri | 2,880 | 0.5 | 2,950 | 0.5 | 0.5 | 18 |
| Nebraska | 2,820 | 0.4 | 2,870 | 0.5 | 1.5 | 38 |
| Idaho | 2,640 | 0.4 | 2,700 | 0.4 | 1.6 | 40 |
| Kentucky | 2,610 | 0.4 | 2,670 | 0.4 | 0.6 | 26 |
| Iowa | 2,330 | 0.4 | 2,410 | 0.4 | 0.8 | 31 |
| Louisiana | 1,680 | 0.3 | 1,680 | 0.3 | 0.4 | 25 |
| Mississippi | 1,300 | 0.2 | 1,300 | 0.2 | 0.4 | 34 |

34

| | | | | | | |
|---|---|---|---|---|---|---|
| Delaware | 1,250 | 0.2 | 1,290 | 0.2 | 1.3 | 46 |
| Rhode Island | 870 | 0.1 | 880 | 0.1 | 0.8 | 44 |
| District of Columbia | 570 | 0.1 | 600 | 0.1 | 0.9 | 50 |
| Wyoming | 530 | 0.1 | 500 | 0.1 | 0.9 | 52 |
| Hawaii | 280 | - | 350 | 0.1 | 0.2 | 41 |
| New Hampshire | 240 | - | 260 | - | 0.2 | 42 |
| South Dakota | 180 | - | 200 | - | 0.2 | 47 |
| North Dakota | 50 | - | 120 | - | 0.2 | 48 |
| West Virginia | 90 | - | 110 | - | 0.1 | 39 |
| Alaska | 60 | - | 80 | - | 0.1 | 49 |
| Montana | 50 | - | 70 | - | 0.1 | 45 |
| Puerto Rico | 90 | - | 70 | - | - | 30 |
| Maine | 40 | - | 50 | - | - | 43 |
| Virgin Islands | 50 | - | 40 | - | N/A | N/A |
| Vermont | D | - | 20 | - | - | 51 |
| Other nonstate locations** | 30 | - | 50 | - | N/A | N/A |
| Not available | 460 | - | - | - | N/A | N/A |

Notes:   (1) Source: USCIS CLAIMS3 and ELIS databases.

(2) Numbers may not add up to totals due to rounding.

*Population statistics come from the American Community Survey 2019 5-year state population estimates, which are only available for 50 states, the District of Columbia, and Puerto Rico.

** Other nonstate locations include other U.S. territories not reported separately in this table, associated states, and Armed Forces addresses. This includes addresses in Guam, American Samoa, Federated States of Micronesia, Northern Mariana Islands, Marshall Islands, Palau, Armed Forces America, and Armed Forces Pacific.

AR2022_600040

**Table 9:  Active DACA Recipients by Core-Based Statistical Area (CBSA) of Residence**

| Core-Based Statistical Area (CBSA) Name | Active DACA, residence at time of initial approval | | Active DACA, residence at time of most recent renewal | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| **Total** | **634,540** | **100.0** | **634,540** | **100.0** |
| Los Angeles-Long Beach-Anaheim, CA | 82,730 | 13.0 | 78,400 | 12.4 |
| New York-Newark-Jersey City, NY-NJ-PA | 41,550 | 6.5 | 40,220 | 6.3 |
| Dallas-Fort Worth-Arlington, TX | 33,730 | 5.3 | 34,180 | 5.4 |
| Houston-The Woodlands-Sugar Land, TX | 31,860 | 5.0 | 32,070 | 5.1 |
| Chicago-Naperville-Elgin, IL-IN-WI | 32,370 | 5.1 | 32,070 | 5.1 |
| Riverside-San Bernardino-Ontario, CA | 21,010 | 3.3 | 22,820 | 3.6 |
| Phoenix-Mesa-Scottsdale, AZ | 20,090 | 3.2 | 20,660 | 3.3 |
| Atlanta-Sandy Springs-Roswell, GA | 14,210 | 2.2 | 14,390 | 2.3 |
| San Francisco-Oakland-Hayward, CA | 13,280 | 2.1 | 13,250 | 2.1 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 12,140 | 1.9 | 11,780 | 1.9 |
| San Diego-Carlsbad, CA | 10,430 | 1.6 | 10,300 | 1.6 |
| Las Vegas-Henderson-Paradise, NV | 9,080 | 1.4 | 9,610 | 1.5 |
| Miami-Fort Lauderdale-West Palm Beach, FL | 9,870 | 1.6 | 9,330 | 1.5 |
| Denver-Aurora-Lakewood, CO | 8,790 | 1.4 | 9,070 | 1.4 |
| San Jose-Sunnyvale-Santa Clara, CA | 8,770 | 1.4 | 8,240 | 1.3 |
| Seattle-Tacoma-Bellevue, WA | 6,520 | 1.0 | 7,210 | 1.1 |
| Austin-Round Rock, TX | 6,780 | 1.1 | 7,170 | 1.1 |
| McAllen-Edinburg-Mission, TX | 7,240 | 1.1 | 6,820 | 1.1 |
| Sacramento-Roseville-Arden-Arcade, CA | 5,240 | 0.8 | 5,680 | 0.9 |
| Charlotte-Concord-Gastonia, NC-SC | 5,440 | 0.9 | 5,650 | 0.9 |
| Portland-Vancouver-Hillsboro, OR-WA | 5,520 | 0.9 | 5,630 | 0.9 |
| San Antonio-New Braunfels, TX | 4,710 | 0.7 | 5,010 | 0.8 |
| Bakersfield, CA | 4,590 | 0.7 | 4,880 | 0.8 |
| Fresno, CA | 4,740 | 0.7 | 4,820 | 0.8 |
| Salt Lake City, UT | 4,250 | 0.7 | 4,410 | 0.7 |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 4,100 | 0.6 | 4,180 | 0.7 |
| Boston-Cambridge-Newton, MA-NH | 4,120 | 0.6 | 4,060 | 0.6 |
| Minneapolis-St. Paul-Bloomington, MN-WI | 3,900 | 0.6 | 4,020 | 0.6 |
| Indianapolis-Carmel-Anderson, IN | 3,600 | 0.6 | 3,790 | 0.6 |
| Oxnard-Thousand Oaks-Ventura, CA | 3,780 | 0.6 | 3,780 | 0.6 |
| Raleigh, NC | 3,560 | 0.6 | 3,600 | 0.6 |
| Visalia-Porterville, CA | 3,350 | 0.5 | 3,410 | 0.5 |
| Kansas City, MO-KS | 3,250 | 0.5 | 3,360 | 0.5 |
| Stockton-Lodi, CA | 3,050 | 0.5 | 3,340 | 0.5 |
| Nashville-Davidson-Murfreesboro-Franklin, TN | 3,010 | 0.5 | 3,130 | 0.5 |
| Tampa-St. Petersburg-Clearwater, FL | 2,860 | 0.5 | 3,070 | 0.5 |
| Modesto, CA | 2,580 | 0.4 | 2,920 | 0.5 |

AR2022_600041

| | | | | |
|---|---|---|---|---|
| Salinas, CA | 2,860 | 0.4 | 2,850 | 0.4 |
| Santa Maria-Santa Barbara, CA | 2,850 | 0.4 | 2,830 | 0.4 |
| Oklahoma City, OK | 2,670 | 0.4 | 2,760 | 0.4 |
| Albuquerque, NM | 2,620 | 0.4 | 2,620 | 0.4 |
| Orlando-Kissimmee-Sanford, FL | 2,340 | 0.4 | 2,600 | 0.4 |
| Milwaukee-Waukesha-West Allis, WI | 2,620 | 0.4 | 2,600 | 0.4 |
| Santa Rosa, CA | 2,350 | 0.4 | 2,380 | 0.4 |
| Detroit-Warren-Dearborn, MI | 2,190 | 0.3 | 2,270 | 0.4 |
| Winston-Salem, NC | 2,220 | 0.3 | 2,170 | 0.3 |
| Baltimore-Columbia-Towson, MD | 1,970 | 0.3 | 2,170 | 0.3 |
| Brownsville-Harlingen, TX | 2,210 | 0.3 | 2,030 | 0.3 |
| Salem, OR | 1,960 | 0.3 | 2,010 | 0.3 |
| | | | | |
| Other CBSA, with <2,000 Active DACA Recipients | 138,960 | 21.9 | 143,710 | 22.6 |
| Non CBSA | 14,840 | 2.3 | 13,890 | 2.2 |
| Not available | 5,820 | 0.9 | 1,310 | 0.2 |

Notes:   (1) Source: USCIS CLAIMS3 and ELIS databases.
        (2) Numbers may not add up to totals due to rounding.

AR2022_600042

**Table 10a:  Active DACA Recipients by Age at Time of Arrival to the United States**

| Age | Number | Percent |
|---|---|---|
| **Total** | **634,540** | **100.0** |
| 0 | 39,070 | 6.2 |
| 1 | 48,460 | 7.6 |
| 2 | 49,930 | 7.9 |
| 3 | 51,280 | 8.1 |
| 4 | 52,370 | 8.3 |
| 5 | 51,450 | 8.1 |
| 6 | 48,580 | 7.7 |
| 7 | 44,520 | 7.0 |
| 8 | 40,080 | 6.3 |
| 9 | 35,860 | 5.7 |
| 10 | 31,850 | 5.0 |
| 11 | 27,790 | 4.4 |
| 12 | 25,710 | 4.1 |
| 13 | 24,120 | 3.8 |
| 14 | 25,210 | 4.0 |
| 15 | 28,020 | 4.4 |
| Not Available | 10,260 | 1.6 |

**Table 10b:  Active DACA Recipients by Age at Time of Arrival to the United States, Selected Statistics**

| Selected Statistics | Age In Years |
|---|---|
| 25th percentile | 3 |
| Median | 6 |
| 75th percentile | 10 |
| Mean | 6.5 |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.
          (2) Numbers may not add up to totals due to rounding.
          (3) Date of entry into the United States is self-reported by the applicant on Form I-821D.

AR2022_600043

**Table 11a:  Active DACA Recipients by Year of Arrival to the United States**

| Year | Number | Percent |
|------|--------|---------|
| **Total** | **634,540** | **100.0** |
| 1981 | 20 | - |
| 1982 | 80 | - |
| 1983 | 180 | - |
| 1984 | 360 | 0.1 |
| 1985 | 640 | 0.1 |
| 1986 | 910 | 0.1 |
| 1987 | 1,310 | 0.2 |
| 1988 | 3,450 | 0.5 |
| 1989 | 7,930 | 1.3 |
| 1990 | 10,340 | 1.6 |
| 1991 | 11,010 | 1.7 |
| 1992 | 11,830 | 1.9 |
| 1993 | 14,140 | 2.2 |
| 1994 | 17,220 | 2.7 |
| 1995 | 22,250 | 3.5 |
| 1996 | 23,630 | 3.7 |
| 1997 | 23,580 | 3.7 |
| 1998 | 34,870 | 5.5 |
| 1999 | 53,620 | 8.5 |
| 2000 | 69,900 | 11.0 |
| 2001 | 65,170 | 10.3 |
| 2002 | 56,990 | 9.0 |
| 2003 | 53,650 | 8.5 |
| 2004 | 50,220 | 7.9 |
| 2005 | 48,880 | 7.7 |
| 2006 | 32,410 | 5.1 |
| 2007 | 11,680 | 1.8 |
| Not Available | 8,280 | 1.3 |

**Table 11b:  Active DACA Recipients by Year of Arrival to the United States, Selected Statistics**

| Selected Statistics | Year |
|---------------------|------|
| 25th percentile | 1998 |
| Median | 2001 |
| 75th percentile | 2003 |

Notes:     (1) Source: USCIS CLAIMS3 and ELIS databases.
              (2) Numbers may not add up to totals due to rounding.
              (3) Date of entry into the United States is self-reported by the applicant on Form I-821D.

AR2022_600044

**Table 12a: Active DACA Recipients by Year of Arrival to the United States and Region of Birth**

| Year | Total | Mexico | Central America | South America | Asia & Oceania | Other North America & Caribbean | Europe | Africa | Not Available |
|---|---|---|---|---|---|---|---|---|---|
| **Total** | **634,540** | **511,280** | **60,000** | **30,330** | **17,290** | **7,360** | **4,070** | **3,900** | **310** |
| 1981 | 20 | 20 | D | - | - | - | - | - | - |
| 1982 | 80 | 70 | D | D | D | D | D | D | - |
| 1983 | 180 | 170 | D | D | - | D | D | D | - |
| 1984 | 360 | 300 | 20 | D | 10 | D | D | D | D |
| 1985 | 640 | 550 | 30 | 20 | 10 | 20 | D | D | - |
| 1986 | 910 | 780 | 40 | 30 | 20 | 20 | H | D | - |
| 1987 | 1,310 | 1,110 | 50 | 50 | 30 | 50 | D | 20 | D |
| 1988 | 3,450 | 3,080 | 100 | 90 | 70 | 60 | 20 | 30 | D |
| 1989 | 7,930 | 7,360 | 170 | 150 | 80 | 100 | 30 | 40 | D |
| 1990 | 10,340 | 9,600 | 220 | 140 | 180 | 140 | 30 | 40 | D |
| 1991 | 11,010 | 10,150 | 250 | 180 | 200 | 120 | 40 | 60 | D |
| 1992 | 11,830 | 10,830 | 290 | 240 | 210 | 150 | 50 | 60 | D |
| 1993 | 14,140 | 12,890 | 370 | 310 | 250 | 190 | 60 | 60 | D |
| 1994 | 17,220 | 15,790 | 370 | 380 | 310 | 200 | 80 | 90 | 10 |
| 1995 | 22,250 | 20,430 | 490 | 510 | 360 | 270 | 80 | 100 | 10 |
| 1996 | 23,630 | 21,320 | 590 | 600 | 490 | 340 | 140 | 130 | 20 |
| 1997 | 23,580 | 20,980 | 680 | 760 | 570 | 260 | 130 | 190 | 10 |
| 1998 | 34,870 | 30,370 | 1,430 | 1,240 | 1,020 | 370 | 190 | 230 | 20 |
| 1999 | 53,620 | 46,360 | 2,430 | 2,380 | 1,280 | 530 | 300 | 310 | 30 |
| 2000 | 69,900 | 58,240 | 3,710 | 4,480 | 1,890 | 750 | 430 | 360 | 40 |
| 2001 | 65,170 | 49,870 | 4,760 | 5,830 | 2,720 | 860 | 520 | 580 | 30 |
| 2002 | 56,990 | 44,560 | 5,070 | 3,760 | 2,010 | 690 | 450 | 450 | 20 |
| 2003 | 53,650 | 40,750 | 6,890 | 3,010 | 1,660 | 640 | 340 | 340 | 30 |
| 2004 | 50,220 | 36,560 | 8,860 | 2,170 | 1,400 | 540 | 400 | 270 | 20 |
| 2005 | 48,880 | 33,490 | 11,240 | 2,030 | 1,100 | 450 | 350 | 210 | 20 |
| 2006 | 32,410 | 21,780 | 7,740 | 1,160 | 850 | 400 | 270 | 200 | 20 |
| 2007 | 11,680 | 7,190 | 3,340 | 510 | 410 | 100 | 80 | 60 | D |
| Not Available | 8,280 | 6,710 | 870 | 310 | 170 | 110 | 60 | 50 | D |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.
          (2) Numbers may not add up to totals due to rounding.
          (3) Date of entry into the United States is self-reported by the applicant on Form I-821D.
          (4) North America includes Canada, Greenland, Mexico, Saint Pierre and Miquelon, United States, and the countries within the regions of the Caribbean and Central America. Mexico and Central America are reported separately from the rest of North America throughout this report due to the large number of DACA recipients born in these regions. See https://www.dhs.gov/geographic-regions for region definitions.

AR2022_600045

**Table 12b: Active DACA Recipients by Year of Arrival to the United States and Region of Birth, Selected Statistics**

| Selected Statistics | Total | Mexico | Central America | South America | Asia & Oceania | Other North America & Caribbean | Europe | Africa | Not Available |
|---|---|---|---|---|---|---|---|---|---|
| 25th percentile | 1998 | 1997 | 2001 | 2000 | 1999 | 1997 | 1999 | 1998 | 1997 |
| Median | 2001 | 2000 | 2004 | 2001 | 2001 | 2001 | 2001 | 2001 | 2000 |
| 75th percentile | 2003 | 2003 | 2005 | 2003 | 2003 | 2003 | 2004 | 2003 | 2003 |

Notes: (1) Source: USCIS CLAIMS3 and ELIS databases.
(2) Numbers may not add up to totals due to rounding.
(3) Date of entry into the United States is self-reported by the applicant on Form I-821D.
(4) North America includes Canada, Greenland, Mexico, Saint Pierre and Miquelon, United States, and the countries within the regions of the Caribbean and Central America. Mexico and Central America are reported separately from the rest of North America throughout this report due to the large number of DACA recipients born in these regions. See https://www.dhs.gov/geographic-regions for region definitions.

**Table 13: Active DACA Recipients by Region of Birth**

| Region of Birth | Number | Percent |
|---|---|---|
| **Total** | **634,540** | **100.0** |
| Mexico | 511,280 | 80.6 |
| Central America | 60,000 | 9.5 |
| South America | 30,330 | 4.8 |
| Asia & Oceania | 17,290 | 2.7 |
| Other North America & Caribbean | 7,360 | 1.2 |
| Europe | 4,070 | 0.6 |
| Africa | 3,900 | 0.6 |
| Not Available | 310 | 0.1 |

Notes: (1) Source: USCIS CLAIMS3 and ELIS databases.
(2) Numbers may not add up to totals due to rounding.
(3) North America includes Canada, Greenland, Mexico, Saint Pierre and Miquelon, United States, and the countries within the regions of the Caribbean and Central America. Mexico and Central America are reported separately from the rest of North America throughout this report due to the large number of DACA recipients born in these regions. See https://www.dhs.gov/geographic-regions for region definitions.

AR2022_600046

**Table 14: Active DACA Recipients by Place of Birth and Gender**

| Country | Gender - Number | | | | Gender - Percent | | | |
|---|---|---|---|---|---|---|---|---|
| | Female | Male | Not Available | Total | Female | Male | Not Available | Total |
| **Total** | **338,560** | **295,840** | **150** | **634,540** | **53.4** | **46.6** | **-** | **100.0** |
| Mexico | 277,250 | 233,910 | 120 | 511,280 | 43.7 | 36.9 | - | 80.6 |
| El Salvador | 12,560 | 11,960 | D | 24,520 | 2.0 | 1.9 | - | 3.9 |
| Guatemala | 8,120 | 8,540 | - | 16,660 | 1.3 | 1.4 | - | 2.6 |
| Honduras | 8,090 | 7,180 | D | 15,270 | 1.3 | 1.1 | - | 2.4 |
| Peru | 2,790 | 3,260 | - | 6,050 | 0.4 | 0.5 | - | 1.0 |
| South Korea | 2,830 | 3,170 | D | 6,000 | 0.5 | 0.5 | - | 1.0 |
| Brazil | 2,440 | 2,480 | D | 4,920 | 0.4 | 0.4 | - | 0.8 |
| Ecuador | 2,190 | 2,450 | D | 4,640 | 0.4 | 0.4 | - | 0.7 |
| Colombia | 1,900 | 2,200 | D | 4,100 | 0.3 | 0.4 | - | 0.7 |
| Argentina | 1,590 | 1,670 | D | 3,260 | 0.3 | 0.3 | - | 0.5 |
| Philippines | 1,370 | 1,800 | D | 3,170 | 0.2 | 0.3 | - | 0.5 |
| Jamaica | 1,380 | 820 | - | 2,190 | 0.2 | 0.1 | - | 0.4 |
| India | 870 | 1,260 | D | 2,130 | 0.1 | 0.2 | - | 0.3 |
| Venezuela | 950 | 1,100 | - | 2,050 | 0.2 | 0.2 | - | 0.3 |
| Dominican Republic | 1,070 | 860 | D | 1,930 | 0.2 | 0.1 | - | 0.3 |
| Uruguay | 830 | 820 | - | 1,650 | 0.1 | 0.1 | - | 0.3 |
| Trinidad and Tobago | 770 | 670 | - | 1,450 | 0.1 | 0.1 | - | 0.2 |
| Bolivia | 660 | 730 | D | 1,390 | 0.1 | 0.1 | - | 0.2 |
| Costa Rica | 680 | 600 | - | 1,280 | 0.1 | 0.1 | - | 0.2 |
| Nicaragua | 650 | 600 | D | 1,250 | 0.1 | 0.1 | - | 0.2 |
| Chile | 560 | 610 | - | 1,170 | 0.1 | 0.1 | - | 0.2 |
| Poland | 510 | 610 | - | 1,120 | 0.1 | 0.1 | - | 0.2 |
| Pakistan | 490 | 610 | - | 1,100 | 0.1 | 0.1 | - | 0.2 |
| Nigeria | 460 | 430 | - | 890 | 0.1 | 0.1 | - | 0.1 |
| Guyana | 440 | 380 | - | 820 | 0.1 | 0.1 | - | 0.1 |
| Belize | 360 | 310 | - | 680 | 0.1 | 0.1 | - | 0.1 |
| Indonesia | 280 | 360 | - | 630 | - | 0.1 | - | 0.1 |
| Canada | 320 | 300 | - | 620 | 0.1 | 0.1 | - | 0.1 |
| Kenya | 320 | 260 | - | 580 | 0.1 | 0.0 | - | 0.1 |
| China | 230 | 340 | - | 570 | - | 0.1 | - | 0.1 |
| Bangladesh | 190 | 240 | - | 430 | - | - | - | 0.1 |
| United Kingdom | 210 | 210 | - | 420 | - | - | - | 0.1 |
| Portugal | 200 | 220 | - | 420 | - | - | - | 0.1 |
| Mongolia | 210 | 210 | - | 410 | - | - | - | 0.1 |
| Ghana | 220 | 180 | - | 400 | - | - | - | 0.1 |
| Panama | 160 | 190 | - | 350 | - | - | - | 0.1 |
| Italy | 160 | 140 | - | 300 | - | - | - | 0.1 |

AR2022_600047

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Israel | 130 | 140 | - | 280 | - | - | - | - |
| The Bahamas | 160 | 100 | - | 260 | - | - | - | - |
| Albania | 90 | 130 | - | 220 | - | - | - | - |
| Taiwan | 90 | 120 | D | 200 | - | - | - | - |
| Saint Lucia | 110 | 90 | - | 200 | - | - | - | - |
| Jordan | 90 | 100 | - | 190 | - | - | - | - |
| Turkey | 80 | 110 | - | 190 | - | - | - | - |
| Paraguay | 90 | 90 | - | 180 | - | - | - | - |
| Germany | 70 | 100 | - | 170 | - | - | - | - |
| Zambia | 100 | 70 | - | 170 | - | - | - | - |
| Thailand | 80 | 90 | - | 170 | - | - | - | - |
| South Africa | 80 | 80 | - | 160 | - | - | - | - |
| Saudi Arabia | 70 | 90 | - | 160 | - | - | - | - |
| Egypt | 70 | 80 | - | 150 | - | - | - | - |
| United Arab Emirates | 70 | 80 | - | 140 | - | - | - | - |
| Armenia | 70 | 70 | D | 140 | - | - | - | - |
| Hong Kong | 50 | 100 | - | 140 | - | - | - | - |
| Malaysia | 60 | 80 | - | 140 | - | - | - | - |
| Haiti | 80 | 50 | - | 140 | - | - | - | - |
| France | 60 | 70 | - | 140 | - | - | - | - |
| Ukraine | 50 | 80 | - | 130 | - | - | - | - |
| Lithuania | 60 | 70 | - | 120 | - | - | - | - |
| Russia | 60 | 60 | - | 120 | - | - | - | - |
| Senegal | 70 | 50 | - | 120 | - | - | - | - |
| Guinea | 50 | 70 | - | 110 | - | - | - | - |
| Cameroon | 60 | 50 | - | 110 | - | - | - | - |
| Sri Lanka | 60 | 60 | - | 110 | - | - | - | - |
| Zimbabwe | 60 | 50 | - | 110 | - | - | - | - |
| Côte D'Ivoire | 60 | 50 | - | 110 | - | - | - | - |
| Japan | 60 | 50 | - | 100 | - | - | - | - |
| Grenada | 50 | 50 | - | 100 | - | - | - | - |
| Morocco | 50 | 50 | - | 100 | - | - | - | - |
| Saint Vincent and the Grenadines | 60 | 40 | - | 100 | - | - | - | - |
| The Gambia | 50 | 50 | - | 100 | - | - | - | - |
| Greece | 50 | 50 | - | 90 | - | - | - | - |
| Liberia | 60 | 30 | - | 90 | - | - | - | - |
| Suriname | 50 | 40 | - | 90 | - | - | - | - |
| Romania | 40 | 50 | - | 90 | - | - | - | - |
| Lebanon | 40 | 50 | - | 90 | - | - | - | - |
| Sierra Leone | 50 | 40 | - | 90 | - | - | - | - |
| Spain | 50 | 40 | - | 90 | - | - | - | - |
| Barbados | 60 | 30 | - | 80 | - | - | - | - |

AR2022_600048

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fiji | 50 | 30 | - | 80 | - | - | - | - |
| Dominica | 40 | 30 | - | 70 | - | - | - | - |
| Malawi | 50 | 20 | - | 70 | - | - | - | - |
| Czech Republic | 30 | 40 | - | 70 | - | - | - | - |
| Hungary | 20 | 50 | - | 70 | - | - | - | - |
| Macedonia | 30 | 30 | - | 60 | - | - | - | - |
| Tanzania | 40 | 30 | - | 60 | - | - | - | - |
| New Zealand | 40 | 20 | - | 60 | - | - | - | - |
| Uganda | 40 | 30 | - | 60 | - | - | - | - |
| Antigua and Barbuda | 40 | 20 | - | 60 | - | - | - | - |
| Bulgaria | 20 | 40 | - | 60 | - | - | - | - |
| Iran | 20 | 30 | - | 50 | - | - | - | - |
| Vietnam | 20 | 30 | - | 50 | - | - | - | - |
| Kuwait | 30 | 20 | - | 50 | - | - | - | - |
| Nepal | 20 | 40 | - | 50 | - | - | - | - |
| Cabo Verde | 30 | 20 | - | 50 | - | - | - | - |
| Tonga | 30 | 20 | - | 50 | - | - | - | - |
| Montenegro | 20 | 30 | - | 50 | - | - | - | - |
| Netherlands | 20 | 30 | - | 50 | - | - | - | - |
| Democratic Republic of Congo | 20 | 20 | - | 50 | - | - | - | - |
| Australia | 20 | 30 | - | 50 | - | - | - | - |
| Angola | 30 | 20 | - | 40 | - | - | - | - |
| Mali | 20 | 30 | - | 40 | - | - | - | - |
| Cambodia | 10 | 30 | - | 40 | - | - | - | - |
| Singapore | 20 | 20 | - | 40 | - | - | - | - |
| Virgin Islands, British | 20 | 10 | - | 30 | - | - | - | - |
| Slovakia | 20 | 20 | - | 30 | - | - | - | - |
| Qatar | 20 | 20 | - | 30 | - | - | - | - |
| Uzbekistan | 10 | 20 | - | 30 | - | - | - | - |
| Ethiopia | 20 | 10 | - | 30 | - | - | - | - |
| Turks and Caicos Islands | 20 | 10 | - | 30 | - | - | - | - |
| Sweden | 10 | 20 | - | 30 | - | - | - | - |
| Saint Kitts and Nevis | D | D | - | 30 | - | - | - | - |
| Yemen | 10 | 20 | - | 30 | - | - | - | - |
| Serbia | 20 | 10 | - | 30 | - | - | - | - |
| Togo | 10 | 10 | - | 30 | - | - | - | - |
| Bahrain | 10 | 10 | - | 20 | - | - | - | - |
| Estonia | 10 | 10 | - | 20 | - | - | - | - |
| Netherlands Antilles | D | D | - | 20 | - | - | - | - |
| Belgium | D | D | - | 20 | - | - | - | - |
| Samoa | 10 | 10 | - | 20 | - | - | - | - |

AR2022_600049

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gabon | 10 | 10 | - | 20 | - | - | - | - |
| Austria | 10 | 10 | - | 20 | - | - | - | - |
| Yugoslavia | 10 | D | - | 20 | - | - | - | - |
| Ireland | 10 | D | - | 20 | - | - | - | - |
| Botswana | D | D | - | 20 | - | - | - | - |
| Western Samoa | 10 | D | - | 20 | - | - | - | - |
| Bermuda | 10 | D | - | 20 | - | - | - | - |
| Syria | D | D | - | 20 | - | - | - | - |
| Congo | 10 | D | - | 20 | - | - | - | - |
| Cayman Islands | D | D | - | 20 | - | - | - | - |
| Kosovo | D | D | - | 10 | - | - | - | - |
| Algeria | D | D | - | 10 | - | - | - | - |
| Switzerland | D | D | - | 10 | - | - | - | - |
| Laos | D | D | - | 10 | - | - | - | - |
| USSR | D | D | - | 10 | - | - | - | - |
| Burundi | D | D | - | 10 | - | - | - | - |
| Azerbaijan | D | D | - | 10 | - | - | - | - |
| Niger | D | D | - | 10 | - | - | - | - |
| Croatia | D | D | - | 10 | - | - | - | - |
| Georgia | D | D | - | 10 | - | - | - | - |
| Oman | D | D | - | 10 | - | - | - | - |
| Benin | D | D | - | 10 | - | - | - | - |
| Belarus | D | D | - | 10 | - | - | - | - |
| Kazakhstan | D | D | - | 10 | - | - | - | - |
| Burkina Faso | D | D | - | 10 | - | - | - | - |
| Afghanistan | D | D | - | D | - | - | - | - |
| Montserrat | D | D | - | D | - | - | - | - |
| French Guiana | D | D | - | D | - | - | - | - |
| Denmark | D | D | - | D | - | - | - | - |
| Libya | D | D | - | D | - | - | - | - |
| Iraq | D | D | - | D | - | - | - | - |
| Latvia | D | D | - | D | - | - | - | - |
| Slovenia | D | D | - | D | - | - | - | - |
| Somalia | D | D | - | D | - | - | - | - |
| Namibia | D | D | - | D | - | - | - | - |
| Moldova | D | D | - | D | - | - | - | - |
| Norway | D | D | - | D | - | - | - | - |
| Lesotho | D | D | - | D | - | - | - | - |
| Kyrgyzstan | D | D | - | D | - | - | - | - |
| Central African Republic | D | D | - | D | - | - | - | - |
| Macau | D | D | - | D | - | - | - | - |
| Cyprus | D | D | - | D | - | - | - | - |

45

AR2022_600050

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Madagascar | D | D | - | D | - | - | - | - |
| Mauritania | D | D | - | D | - | - | - | - |
| Guadeloupe | D | D | - | D | - | - | - | - |
| Aruba | D | D | - | D | - | - | - | - |
| Mauritius | D | D | - | D | - | - | - | - |
| Bosnia and Herzegovina | D | D | - | D | - | - | - | - |
| Brunei | D | D | - | D | - | - | - | - |
| Rwanda | D | D | - | D | - | - | - | - |
| Chad | D | D | - | D | - | - | - | - |
| Luxembourg | D | D | - | D | - | - | - | - |
| Sudan | D | D | - | D | - | - | - | - |
| Guinea-Bissau | D | D | - | D | - | - | - | - |
| Martinique | D | D | - | D | - | - | - | - |
| Bhutan | D | D | - | D | - | - | - | - |
| Tuvalu | D | D | - | D | - | - | - | - |
| Tunisia | D | D | - | D | - | - | - | - |
| Turkmenistan | D | D | - | D | - | - | - | - |
| Marshall Islands | D | D | - | D | - | - | - | - |
| Federated States of Micronesia | D | D | - | D | - | - | - | - |
| Mozambique | D | D | - | D | - | - | - | - |
| Equatorial Guinea | D | D | - | D | - | - | - | - |
| Papua New Guinea | D | D | - | D | - | - | - | - |
| Palau | D | D | - | D | - | - | - | - |
| Tajikistan | D | D | - | D | - | - | - | - |
| Malta | D | D | - | D | - | - | - | - |
| Finland | D | D | - | D | - | - | - | - |
| Cuba | D | D | - | D | - | - | - | - |
| Burma | D | D | - | D | - | - | - | - |
| Palestine | D | D | - | D | - | - | - | - |
| Zaire | D | D | - | D | - | - | - | - |
| Eritrea | D | D | - | D | - | - | - | - |
| New Caledonia | D | D | - | D | - | - | - | - |
| Swaziland | D | D | - | D | - | - | - | - |
| Anguilla | D | D | - | D | - | - | - | - |
| French Polynesia | D | D | - | D | - | - | - | - |
| Not Available | 190 | 130 | D | 310 | - | - | - | 0.1 |

Notes:   (1) Source: USCIS CLAIMS3 and ELIS databases.
        (2) Numbers may not add up to totals due to rounding.

AR2022_600051

**Table 15a:  Active DACA Recipients by Age, Initial and Current**

| Age in years | Age at Time of Initial Approval | | Current Age (as of December 31, 2020) | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| **Total** | **634,540** | **100.0** | **634,540** | **100.0** |
| <15 | 1,730 | 0.3 | D | - |
| 15 | 83,220 | 13.1 | 20 | - |
| 16 | 82,790 | 13.1 | 80 | - |
| 17 | 65,810 | 10.4 | 140 | - |
| 18 | 59,180 | 9.3 | 3,170 | 0.5 |
| 19 | 47,970 | 7.6 | 14,070 | 2.2 |
| 20 | 40,370 | 6.4 | 27,280 | 4.3 |
| 21 | 36,230 | 5.7 | 38,490 | 6.1 |
| 22 | 33,160 | 5.2 | 46,710 | 7.4 |
| 23 | 30,560 | 4.8 | 48,180 | 7.6 |
| 24 | 28,590 | 4.5 | 47,780 | 7.5 |
| 25 | 25,550 | 4.0 | 48,680 | 7.7 |
| 26 | 21,970 | 3.5 | 47,280 | 7.5 |
| 27 | 19,180 | 3.0 | 43,860 | 6.9 |
| 28 | 16,540 | 2.6 | 39,970 | 6.3 |
| 29 | 14,250 | 2.3 | 36,610 | 5.8 |
| 30 | 12,400 | 2.0 | 33,690 | 5.3 |
| 31 | 8,620 | 1.4 | 30,840 | 4.9 |
| 32 | 3,070 | 0.5 | 28,240 | 4.5 |
| 33 | 1,470 | 0.2 | 23,510 | 3.7 |
| 34 | 830 | 0.1 | 20,170 | 3.2 |
| 35 | 410 | 0.1 | 17,170 | 2.7 |
| 36 | 150 | - | 14,340 | 2.3 |
| 37 | D | - | 11,690 | 1.8 |
| 38 | D | - | 8,820 | 1.4 |
| 39 | - | - | 3,770 | 0.6 |
| Not Available | 470 | 0.1 | D | - |

**Table 15b:  Active DACA Recipients by Age, Initial and Current, Selected Statistics**

| Selected Statistics | Age at Initial Approval | Current Age |
|---|---|---|
| 25th percentile | 16 | 23 |
| Median | 19 | 26 |
| 75th percentile | 23 | 30 |
| Mean | 20.2 | 27.0 |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.

(2) Numbers may not add up to totals due to rounding.

(3) Age is calculated as of December 31, 2020.

47

AR2022_600052

**Table 16a:  Active DACA Recipients by Marital Status**

| Marital Status | At Time of Initial Request | | At Time of Most Recent Renewal | |
|---|---|---|---|---|
| | **Number** | **Percent** | **Number** | **Percent** |
| **Total** | **634,540** | **100.0** | **634,540** | **100.0** |
| Single | 563,080 | 88.7 | 460,080 | 72.5 |
| Married | 62,830 | 9.9 | 155,810 | 24.6 |
| Divorced | 4,520 | 0.7 | 11,590 | 1.8 |
| Widowed | 180 | - | 470 | 0.1 |
| Not Available | 3,930 | 0.6 | 6,590 | 1.0 |

**Table 16b:  Active DACA Recipients by Change in Marital Status**

| Marital Status at Time of Initial Request | Marital Status At Time of Most Recent Renewal | | | | | |
|---|---|---|---|---|---|---|
| | **Single** | **Married** | **Divorced** | **Widowed** | **Not Available** | **Total** |
| **Total** | 460,080 | 155,810 | 11,590 | 470 | 6,590 | **634,540** |
| Single | 453,180 | 100,670 | 3,930 | 210 | 5,110 | 563,080 |
| Married | 3,760 | 52,900 | 5,310 | 160 | 710 | 62,830 |
| Divorced | 850 | 1,300 | 2,290 | 10 | 60 | 4,520 |
| Widowed | 40 | 40 | D | 90 | D | 180 |
| Not Available | 2,250 | 900 | 60 | - | 720 | 3,930 |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.
             (2) Numbers may not add up to totals due to rounding.

**AR2022_600053**

**Table 17:  Active DACA Recipients by State of Residence, Moves, and Net Change**

| State of Residence | Active DACA, residence at time of initial request | Active DACA, residence at time of most recent renewal | Did not move states | Moved out of state | Moved into state | Net Change, State | |
|---|---|---|---|---|---|---|---|
| | | | | | | Number | Percent |
| **Total** | **634,540** | **634,540** | **605,810** | **28,730** | **28,730** | - | - |
| California | 183,640 | 181,060 | 178,290 | 5,350 | 2,770 | -2,580 | -1.4 |
| Texas | 104,050 | 104,570 | 101,640 | 2,410 | 2,940 | 520 | 0.5 |
| Illinois | 34,020 | 33,640 | 32,640 | 1,380 | 1,010 | -370 | -1.1 |
| New York | 28,470 | 27,380 | 26,250 | 2,220 | 1,130 | -1,090 | -3.8 |
| Florida | 24,230 | 24,410 | 22,770 | 1,460 | 1,640 | 180 | 0.7 |
| North Carolina | 23,770 | 23,750 | 22,690 | 1,080 | 1,060 | -20 | -0.1 |
| Arizona | 23,310 | 23,710 | 22,620 | 690 | 1,090 | 400 | 1.7 |
| Georgia | 20,320 | 20,350 | 19,290 | 1,030 | 1,060 | 30 | 0.1 |
| New Jersey | 16,370 | 16,070 | 15,260 | 1,110 | 810 | -310 | -1.9 |
| Washington | 15,120 | 16,010 | 14,460 | 660 | 1,550 | 890 | 5.9 |
| Colorado | 14,000 | 14,340 | 13,450 | 550 | 890 | 340 | 2.4 |
| Nevada | 11,390 | 12,010 | 10,870 | 520 | 1,140 | 620 | 5.4 |
| Oregon | 9,510 | 9,590 | 8,860 | 660 | 730 | 80 | 0.8 |
| Virginia | 9,470 | 9,180 | 8,600 | 870 | 580 | -290 | -3.0 |
| Indiana | 8,570 | 8,790 | 8,140 | 430 | 650 | 220 | 2.6 |
| Utah | 7,990 | 8,410 | 7,640 | 350 | 770 | 420 | 5.3 |
| Maryland | 7,640 | 7,790 | 7,010 | 630 | 770 | 150 | 1.9 |
| Tennessee | 7,320 | 7,540 | 6,880 | 440 | 660 | 220 | 3.0 |
| Wisconsin | 6,480 | 6,450 | 6,090 | 390 | 360 | -30 | -0.4 |
| Oklahoma | 5,870 | 5,990 | 5,580 | 290 | 410 | 120 | 2.1 |
| South Carolina | 5,580 | 5,650 | 5,210 | 370 | 440 | 60 | 1.1 |
| New Mexico | 5,710 | 5,490 | 5,200 | 510 | 290 | -220 | -3.9 |
| Kansas | 5,500 | 5,400 | 5,040 | 460 | 360 | -100 | -1.9 |
| Massachusetts | 5,360 | 5,340 | 4,960 | 400 | 380 | -20 | -0.3 |
| Michigan | 5,130 | 5,180 | 4,830 | 300 | 350 | 50 | 0.9 |
| Minnesota | 5,030 | 5,100 | 4,810 | 220 | 290 | 70 | 1.5 |
| Pennsylvania | 4,310 | 4,480 | 3,940 | 370 | 550 | 180 | 4.1 |
| Arkansas | 4,400 | 4,400 | 4,130 | 270 | 270 | - | -0.1 |
| Alabama | 3,860 | 3,920 | 3,650 | 220 | 270 | 50 | 1.3 |
| Ohio | 3,610 | 3,810 | 3,410 | 200 | 400 | 200 | 5.6 |
| Connecticut | 3,420 | 3,490 | 3,160 | 260 | 330 | 70 | 2.1 |
| Missouri | 2,880 | 2,950 | 2,570 | 320 | 380 | 70 | 2.3 |
| Nebraska | 2,820 | 2,870 | 2,610 | 210 | 260 | 50 | 1.7 |
| Idaho | 2,640 | 2,700 | 2,430 | 210 | 270 | 60 | 2.2 |
| Kentucky | 2,610 | 2,670 | 2,430 | 170 | 240 | 70 | 2.6 |
| Iowa | 2,330 | 2,410 | 2,120 | 200 | 290 | 80 | 3.6 |
| Louisiana | 1,680 | 1,680 | 1,490 | 200 | 190 | - | -0.1 |

49

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mississippi | 1,300 | 1,300 | 1,160 | 140 | 140 | - | -0.2 |
| Delaware | 1,250 | 1,290 | 1,140 | 100 | 150 | 50 | 3.7 |
| Rhode Island | 870 | 880 | 790 | 80 | 90 | 10 | 1.0 |
| District of Columbia | 570 | 600 | 400 | 170 | 200 | 30 | 4.4 |
| Wyoming | 530 | 500 | 420 | 110 | 80 | -30 | -5.9 |
| Hawaii | 280 | 350 | 230 | 50 | 120 | 70 | 26.7 |
| New Hampshire | 240 | 260 | 200 | 40 | 60 | 10 | 5.8 |
| South Dakota | 180 | 200 | 150 | 30 | 60 | 20 | 13.4 |
| North Dakota | 50 | 120 | 30 | 20 | 90 | 70 | 135.3 |
| West Virginia | 90 | 110 | 60 | 30 | 40 | 20 | 18.0 |
| Alaska | 60 | 80 | 40 | 10 | 30 | 20 | 33.9 |
| Montana | 50 | 70 | 30 | 10 | 40 | 30 | 56.5 |
| Puerto Rico | 90 | 70 | 60 | 30 | 10 | -20 | -23.7 |
| Maine | 40 | 50 | 30 | 10 | 20 | 10 | 33.3 |
| Virgin Islands | 50 | 40 | 30 | 20 | 10 | -10 | -24.5 |
| Vermont | 10 | 20 | 10 | - | 20 | 20 | 200.0 |
| Other nonstate locations* | 30 | 50 | N/A | N/A | N/A | 10 | 51.5 |
| Not available | 460 | N/A | N/A | N/A | N/A | N/A | N/A |

Notes:   (1) Source: USCIS CLAIMS3 and ELIS databases.

(2) Numbers may not add up to totals due to rounding.

* Other nonstate locations include other U.S. territories not reported separately in this table, associated states, and Armed Forces addresses. This includes addresses in Guam, American Samoa, Federated States of Micronesia, Northern Mariana Islands, Marshall Islands, Palau, Armed Forces America, and Armed Forces Pacific.

AR2022_600055

**Table 18:  Active DACA Recipients by Core-Based Statistical Area (CBSA) of Residence, Moves, and Net Change**

| Core-Based Statistical Area (CBSA) Name | Active DACA, residence at time of initial request | Active DACA, residence at time of most recent renewal | Did not move CBSAs | Moved out of CBSA | Moved into CBSA | Net Change, CBSA | |
|---|---|---|---|---|---|---|---|
| | | | | | | Number | Percent |
| **Total** | **634,540** | **634,540** | **574,740** | **59,800** | **59,800** | - | - |
| Los Angeles-Long Beach-Anaheim, CA | 82,730 | 78,400 | 75,380 | 7,350 | 3,030 | -4,330 | -5.2 |
| New York-Newark-Jersey City, NY-NJ-PA | 41,550 | 40,220 | 38,890 | 2,660 | 1,330 | -1,330 | -3.2 |
| Dallas-Fort Worth-Arlington, TX | 33,730 | 34,180 | 32,560 | 1,170 | 1,620 | 460 | 1.3 |
| Houston-The Woodlands-Sugar Land, TX | 31,860 | 32,070 | 30,560 | 1,300 | 1,510 | 210 | 0.7 |
| Chicago-Naperville-Elgin, IL-IN-WI | 32,370 | 32,070 | 31,060 | 1,320 | 1,010 | -310 | -1.0 |
| Riverside-San Bernardino-Ontario, CA | 21,010 | 22,820 | 19,170 | 1,840 | 3,650 | 1,810 | 8.6 |
| Phoenix-Mesa-Scottsdale, AZ | 20,090 | 20,660 | 19,470 | 620 | 1,190 | 570 | 2.8 |
| Atlanta-Sandy Springs-Roswell, GA | 14,210 | 14,390 | 13,400 | 820 | 990 | 170 | 1.2 |
| San Francisco-Oakland-Hayward, CA | 13,280 | 13,250 | 11,790 | 1,500 | 1,460 | -40 | -0.3 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 12,140 | 11,780 | 11,100 | 1,040 | 680 | -350 | -2.9 |
| San Diego-Carlsbad, CA | 10,430 | 10,300 | 9,730 | 700 | 570 | -130 | -1.2 |
| Las Vegas-Henderson-Paradise, NV | 9,080 | 9,610 | 8,660 | 420 | 950 | 530 | 5.9 |
| Miami-Fort Lauderdale-West Palm Beach, FL | 9,870 | 9,330 | 8,740 | 1,130 | 590 | -540 | -5.5 |
| Denver-Aurora-Lakewood, CO | 8,790 | 9,070 | 8,290 | 500 | 780 | 280 | 3.1 |
| San Jose-Sunnyvale-Santa Clara, CA | 8,770 | 8,240 | 7,550 | 1,220 | 690 | -530 | -6.0 |
| Seattle-Tacoma-Bellevue, WA | 6,520 | 7,210 | 6,210 | 310 | 1,000 | 700 | 10.7 |
| Austin-Round Rock, TX | 6,780 | 7,170 | 6,420 | 350 | 750 | 390 | 5.8 |
| McAllen-Edinburg-Mission, TX | 7,240 | 6,820 | 6,600 | 650 | 220 | -420 | -5.8 |
| Sacramento-Roseville-Arden-Arcade, CA | 5,240 | 5,680 | 4,840 | 400 | 840 | 440 | 8.4 |
| Charlotte-Concord-Gastonia, NC-SC | 5,440 | 5,650 | 5,080 | 360 | 570 | 210 | 3.9 |
| Portland-Vancouver-Hillsboro, OR-WA | 5,520 | 5,630 | 4,970 | 550 | 660 | 110 | 2.0 |
| San Antonio-New Braunfels, TX | 4,710 | 5,010 | 4,390 | 310 | 620 | 310 | 6.5 |
| Bakersfield, CA | 4,590 | 4,880 | 4,220 | 370 | 660 | 290 | 6.4 |
| Fresno, CA | 4,740 | 4,820 | 4,310 | 430 | 510 | 80 | 1.6 |
| Salt Lake City, UT | 4,250 | 4,410 | 3,880 | 370 | 530 | 160 | 3.8 |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 4,100 | 4,180 | 3,780 | 320 | 410 | 90 | 2.1 |
| Boston-Cambridge-Newton, MA-NH | 4,120 | 4,060 | 3,700 | 420 | 370 | -60 | -1.4 |
| Minneapolis-St. Paul-Bloomington, MN-WI | 3,900 | 4,020 | 3,750 | 150 | 280 | 130 | 3.2 |
| Indianapolis-Carmel-Anderson, IN | 3,600 | 3,790 | 3,430 | 170 | 360 | 190 | 5.4 |
| Oxnard-Thousand Oaks-Ventura, CA | 3,780 | 3,780 | 3,420 | 360 | 360 | - | -0.1 |
| Raleigh, NC | 3,560 | 3,600 | 3,160 | 390 | 440 | 40 | 1.2 |
| Visalia-Porterville, CA | 3,350 | 3,410 | 3,010 | 340 | 400 | 50 | 1.6 |

AR2022_600056

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Kansas City, MO-KS | 3,250 | 3,360 | 3,110 | 140 | 260 | 120 | 3.5 |
| Stockton-Lodi, CA | 3,050 | 3,340 | 2,760 | 300 | 580 | 280 | 9.3 |
| Nashville-Davidson-Murfreesboro-Franklin, TN | 3,010 | 3,130 | 2,830 | 190 | 300 | 120 | 3.8 |
| Tampa-St. Petersburg-Clearwater, FL | 2,860 | 3,070 | 2,610 | 250 | 470 | 210 | 7.5 |
| Modesto, CA | 2,580 | 2,920 | 2,290 | 290 | 630 | 350 | 13.4 |
| Salinas, CA | 2,860 | 2,850 | 2,610 | 250 | 240 | - | -0.1 |
| Santa Maria-Santa Barbara, CA | 2,850 | 2,830 | 2,530 | 320 | 300 | -20 | -0.6 |
| Oklahoma City, OK | 2,670 | 2,760 | 2,530 | 130 | 230 | 100 | 3.7 |
| Albuquerque, NM | 2,620 | 2,620 | 2,410 | 220 | 210 | -10 | -0.2 |
| Orlando-Kissimmee-Sanford, FL | 2,340 | 2,600 | 2,070 | 270 | 530 | 260 | 11.1 |
| Milwaukee-Waukesha-West Allis, WI | 2,620 | 2,600 | 2,450 | 170 | 150 | -20 | -0.7 |
| Santa Rosa, CA | 2,350 | 2,380 | 2,160 | 190 | 220 | 30 | 1.1 |
| Detroit-Warren-Dearborn, MI | 2,190 | 2,270 | 2,090 | 100 | 180 | 80 | 3.7 |
| Winston-Salem, NC | 2,220 | 2,170 | 1,950 | 270 | 220 | -50 | -2.1 |
| Baltimore-Columbia-Towson, MD | 1,970 | 2,170 | 1,780 | 190 | 390 | 200 | 10.3 |
| Brownsville-Harlingen, TX | 2,210 | 2,030 | 1,930 | 280 | 100 | -180 | -8.1 |
| Salem, OR | 1,960 | 2,010 | 1,760 | 200 | 250 | 50 | 2.7 |
| | | | | | | | |
| Other CBSA, with <2,000 Active DACA | 138,960 | 143,710 | 121,160 | 17,800 | 22,550 | 4,750 | 3.4 |
| Non CBSA | 14,840 | 13,890 | 11,780 | 3,070 | 2,110 | -960 | -6.4 |
| Not available | 5,820 | 1,310 | 460 | 5,350 | 850 | -4,500 | N/A |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.
            (2) Numbers may not add up to totals due to rounding.

AR2022_600057

**Table 19:  Inactive DACA Recipients by Immigrant/Nonimmigrant Status and Gender**

| Status | Gender - Number | | | |
|---|---|---|---|---|
| | **Female** | **Male** | **Not Available** | **Total** |
| **Total Inactive** | **87,570** | **102,600** | **30** | **190,190** |
| Lawful Permanent Resident (LPR) | 44,130 | 37,740 | D | 81,870 |
| Naturalized Citizen | 6,740 | 5,610 | - | 12,340 |
| U-visas | 2,340 | 1,640 | - | 3,980 |
| Asylee | 50 | 80 | - | 130 |
| Temporary Protected Status (TPS) | 40 | 40 | - | 90 |
| T-visas | 30 | 20 | - | 50 |
| Other | D | D | - | 10 |
| Not Available* | 34,240 | 57,460 | 20 | 91,730 |

| Status | Gender - Percent | | | |
|---|---|---|---|---|
| | **Female** | **Male** | **Not Available** | **Total** |
| **Total Inactive** | **46.0** | **53.9** | **-** | **100.0** |
| Lawful Permanent Resident (LPR) | 23.2 | 19.8 | - | 43.1 |
| Naturalized Citizen | 3.5 | 3.0 | - | 6.5 |
| U-visas | 1.2 | 0.9 | - | 2.1 |
| Asylee | - | - | - | 0.1 |
| Temporary Protected Status (TPS) | - | - | - | 0.1 |
| T-visas | - | - | - | - |
| Other | - | - | - | - |
| Not Available* | 18.0 | 30.2 | - | 48.2 |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.
              (2) Numbers may not add up to totals due to rounding.
              * Indicates that no exact match was found in USCIS databases corresponding to another immigration benefit.


**Table 20:  Inactive DACA Recipients who are Lawful Permanent Residents, by LPR Class of Admission**

| Broad Class of Admission | Number | Percent |
|---|---|---|
| **Total** | **81,870** | **100.0** |
| Spouse of U.S. citizen | 65,470 | 80.0 |
| Family-sponsored preferences | 5,680 | 6.9 |
| Child of U.S. citizen | 5,160 | 6.3 |
| Employment-based preferences | 2,350 | 2.9 |
| Refugees and asylees | 410 | 0.5 |
| Parent of U.S. citizen | 380 | 0.5 |
| Other | 2,420 | 3.0 |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.
              (2) Numbers may not add up to totals due to rounding.

AR2022_600058

**Table 21a:  Inactive DACA Recipients by Age and Gender**

| Age | Gender - Number | | | |
| --- | --- | --- | --- | --- |
| | Female | Male | Not Available | Total |
| **Total** | **87,570** | **102,600** | **30** | **190,190** |
| 0-19 | 510 | 680 | - | 1,190 |
| 20-24 | 19,130 | 25,080 | D | 44,220 |
| 25-29 | 36,050 | 43,180 | 10 | 79,240 |
| 30-34 | 23,030 | 25,220 | D | 48,260 |
| 35-39 | 8,860 | 8,430 | D | 17,290 |
| Not Available | D | D | - | D |

| Age | Gender - Percent | | | |
| --- | --- | --- | --- | --- |
| | Female | Male | Not Available | Total |
| **Total** | **46.0** | **53.9** | **-** | **100.0** |
| 0-19 | 0.3 | 0.4 | - | 0.6 |
| 20-24 | 10.1 | 13.2 | - | 23.3 |
| 25-29 | 19.0 | 22.7 | - | 41.7 |
| 30-34 | 12.1 | 13.3 | - | 25.4 |
| 35-39 | 4.7 | 4.4 | - | 9.1 |
| Not Available | - | - | - | - |

**Table 21b:  Inactive DACA Recipients by Age and Gender, Selected Statistics**

| Selected Statistics | Age in Years by Gender | | | |
| --- | --- | --- | --- | --- |
| | Female | Male | Not Available | Total |
| 25th percentile | 25 | 24 | 24 | 25 |
| Median | 28 | 27 | 26 | 27 |
| 75th percentile | 31 | 31 | 31 | 31 |
| Mean | 28.2 | 27.8 | 27.4 | 28.0 |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.
          (2) Numbers may not add up to totals due to rounding.

AR2022_600059

**Table 22:  Inactive DACA Recipients by State of Residence**

| State | Active DACA | | Inactive DACA | | Active + Inactive= State Total DACA | Inactive DACA as a percent of State Total DACA |
|---|---|---|---|---|---|---|
| | Count | Percent | Count | Percent | | |
| **Total** | **634,540** | **100.0** | **190,190** | **100.0** | **824,730** | **23.1** |
| California | 181,060 | 28.5 | 53,690 | 28.2 | 234,750 | 22.9 |
| Texas | 104,570 | 16.5 | 29,890 | 15.7 | 134,460 | 22.2 |
| New York | 27,380 | 4.3 | 11,900 | 6.3 | 39,280 | 30.3 |
| Illinois | 33,640 | 5.3 | 10,690 | 5.6 | 44,330 | 24.1 |
| Florida | 24,410 | 3.8 | 8,360 | 4.4 | 32,760 | 25.5 |
| Arizona | 23,710 | 3.7 | 7,120 | 3.7 | 30,820 | 23.1 |
| North Carolina | 23,750 | 3.7 | 5,850 | 3.1 | 29,600 | 19.8 |
| New Jersey | 16,070 | 2.5 | 5,710 | 3.0 | 21,770 | 26.2 |
| Georgia | 20,350 | 3.2 | 5,470 | 2.9 | 25,820 | 21.2 |
| Colorado | 14,340 | 2.3 | 4,610 | 2.4 | 18,950 | 24.3 |
| Washington | 16,010 | 2.5 | 4,270 | 2.2 | 20,280 | 21.1 |
| Nevada | 12,010 | 1.9 | 2,870 | 1.5 | 14,880 | 19.3 |
| Virginia | 9,180 | 1.4 | 2,830 | 1.5 | 12,020 | 23.6 |
| Utah | 8,410 | 1.3 | 2,780 | 1.5 | 11,190 | 24.8 |
| Oregon | 9,590 | 1.5 | 2,590 | 1.4 | 12,180 | 21.3 |
| Maryland | 7,790 | 1.2 | 2,280 | 1.2 | 10,060 | 22.6 |
| Massachusetts | 5,340 | 0.8 | 2,250 | 1.2 | 7,590 | 29.7 |
| Indiana | 8,790 | 1.4 | 2,250 | 1.2 | 11,030 | 20.4 |
| New Mexico | 5,490 | 0.9 | 1,850 | 1.0 | 7,330 | 25.2 |
| Tennessee | 7,540 | 1.2 | 1,810 | 1.0 | 9,340 | 19.3 |
| Kansas | 5,400 | 0.9 | 1,790 | 0.9 | 7,190 | 24.9 |
| Wisconsin | 6,450 | 1.0 | 1,710 | 0.9 | 8,160 | 21.0 |
| Oklahoma | 5,990 | 0.9 | 1,620 | 0.9 | 7,610 | 21.3 |
| Minnesota | 5,100 | 0.8 | 1,510 | 0.8 | 6,610 | 22.8 |
| Connecticut | 3,490 | 0.6 | 1,430 | 0.8 | 4,930 | 29.1 |
| Pennsylvania | 4,480 | 0.7 | 1,420 | 0.8 | 5,900 | 24.0 |
| South Carolina | 5,650 | 0.9 | 1,370 | 0.7 | 7,020 | 19.5 |
| Michigan | 5,180 | 0.8 | 1,310 | 0.7 | 6,490 | 20.2 |
| Arkansas | 4,400 | 0.7 | 1,100 | 0.6 | 5,500 | 20.0 |
| Ohio | 3,810 | 0.6 | 1,030 | 0.5 | 4,850 | 21.3 |
| Missouri | 2,950 | 0.5 | 870 | 0.5 | 3,810 | 22.7 |
| Alabama | 3,920 | 0.6 | 820 | 0.4 | 4,740 | 17.3 |
| Nebraska | 2,870 | 0.5 | 800 | 0.4 | 3,670 | 21.7 |
| Idaho | 2,700 | 0.4 | 780 | 0.4 | 3,480 | 22.5 |
| Kentucky | 2,670 | 0.4 | 690 | 0.4 | 3,360 | 20.5 |
| Iowa | 2,410 | 0.4 | 610 | 0.3 | 3,020 | 20.2 |

55

| | | | | | | |
|---|---|---|---|---|---|---|
| Louisiana | 1,680 | 0.3 | 490 | 0.3 | 2,170 | 22.4 |
| Mississippi | 1,300 | 0.2 | 300 | 0.2 | 1,600 | 18.8 |
| Rhode Island | 880 | 0.1 | 300 | 0.2 | 1,180 | 25.4 |
| Delaware | 1,290 | 0.2 | 290 | 0.2 | 1,580 | 18.4 |
| District of Columbia | 600 | 0.1 | 170 | 0.1 | 770 | 22.3 |
| Wyoming | 500 | 0.1 | 140 | 0.1 | 630 | 21.5 |
| Hawaii | 350 | 0.1 | 130 | 0.1 | 480 | 26.9 |
| New Hampshire | 260 | - | 100 | 0.1 | 350 | 27 |
| Puerto Rico | 70 | - | 70 | - | 140 | 51 |
| South Dakota | 200 | - | 70 | - | 270 | 25 |
| Alaska | 80 | - | 50 | - | 130 | 41 |
| North Dakota | 120 | - | 50 | - | 170 | 28 |
| West Virginia | 110 | - | 40 | - | 150 | 29 |
| Montana | 70 | - | 20 | - | 90 | 23 |
| Maine | 50 | - | 10 | - | 60 | 17 |
| Virgin Islands | 40 | - | 10 | - | 50 | 26 |
| Vermont | H | - | D | - | 30 | 20 |
| Other nonstate locations * | 50 | - | 30 | - | 80 | 37 |
| Not available | - | - | 20 | - | 20 | N/A |

Notes:   (1) Source: USCIS CLAIMS3 and ELIS databases.
(2) Numbers may not add up to totals due to rounding.
* Other nonstate locations include other U.S. territories not reported separately in this table, associated states, and Armed Forces addresses. This includes addresses in Guam, American Samoa, Federated States of Micronesia, Northern Mariana Islands, Marshall Islands, Palau, Armed Forces America, and Armed Forces Pacific.

AR2022_600061

**Table 23: Inactive DACA Recipients by Region of Birth**

| Region of Birth | Active DACA | | Inactive DACA | | Active + Inactive= Region Total DACA | Inactive DACA as a percent of Region Total DACA |
|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | | |
| **Total** | **634,540** | **100.0** | **190,190** | **100.0** | **824,730** | **23.1** |
| Mexico | 511,280 | 80.6 | 138,510 | 72.8 | 649,780 | 21.3 |
| South America | 30,330 | 4.8 | 16,560 | 8.7 | 46,890 | 35.3 |
| Central America | 60,000 | 9.5 | 15,460 | 8.1 | 75,470 | 20.5 |
| Asia & Oceania | 17,290 | 2.7 | 9,370 | 4.9 | 26,650 | 35.2 |
| Other North America & Caribbean | 7,360 | 1.1 | 5,090 | 2.7 | 12,450 | 40.9 |
| Europe | 4,070 | 0.6 | 2,490 | 1.3 | 6,560 | 38.0 |
| Africa | 3,900 | 0.6 | 2,260 | 1.2 | 6,160 | 36.7 |
| Not Available | 310 | 0.1 | 450 | 0.2 | 770 | 58.4 |

Notes:     (1) Source: USCIS CLAIMS3 and ELIS databases.
            (2) Numbers may not add up to totals due to rounding.
            (3) North America includes Canada, Greenland, Mexico, Saint Pierre and Miquelon, United States, and the countries within the regions of the Caribbean and Central America. Mexico and Central America are reported separately from the rest of North America throughout this report due to the large number of DACA recipients born in these regions. See https://www.dhs.gov/geographic-regions for region definitions.

**Table 24: Inactive DACA Recipients by Place of Birth and Gender**

| Country | Gender - Number | | | | Gender - Percent | | | |
|---|---|---|---|---|---|---|---|---|
| | Female | Male | Not Available | Total | Female | Male | Not Available | Total |
| **Total** | **87,570** | **102,600** | **30** | **190,190** | **46.0** | **53.9** | **-** | **100.0** |
| Mexico | 62,890 | 75,590 | 20 | 138,510 | 33.1 | 39.7 | - | 72.8 |
| El Salvador | 2,230 | 3,080 | - | 5,300 | 1.2 | 1.6 | - | 2.8 |
| Guatemala | 1,710 | 2,620 | - | 4,330 | 0.9 | 1.4 | - | 2.3 |
| Honduras | 1,690 | 2,310 | - | 4,000 | 0.9 | 1.2 | - | 2.1 |
| Peru | 1,620 | 1,640 | - | 3,260 | 0.9 | 0.9 | - | 1.7 |
| South Korea | 1,420 | 1,630 | D | 3,050 | 0.8 | 0.9 | - | 1.6 |
| Brazil | 1,350 | 1,350 | - | 2,700 | 0.7 | 0.7 | - | 1.4 |
| Colombia | 1,330 | 1,340 | - | 2,670 | 0.7 | 0.7 | - | 1.4 |
| Ecuador | 1,040 | 1,210 | D | 2,250 | 0.6 | 0.6 | - | 1.2 |
| Argentina | 880 | 820 | - | 1,700 | 0.5 | 0.4 | - | 0.9 |
| Philippines | 830 | 810 | - | 1,640 | 0.4 | 0.4 | - | 0.9 |
| Jamaica | 780 | 560 | D | 1,340 | 0.4 | 0.3 | - | 0.7 |
| Dominican Republic | 760 | 570 | D | 1,330 | 0.4 | 0.3 | - | 0.7 |

57

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trinidad and Tobago | 660 | 530 | - | 1,190 | 0.4 | 0.3 | - | 0.6 |
| Venezuela | 600 | 550 | - | 1,150 | 0.3 | 0.3 | - | 0.6 |
| India | 450 | 690 | - | 1,150 | 0.2 | 0.4 | - | 0.6 |
| Uruguay | 410 | 420 | - | 830 | 0.2 | 0.2 | - | 0.4 |
| Costa Rica | 430 | 400 | - | 820 | 0.2 | 0.2 | - | 0.4 |
| Poland | 410 | 350 | - | 750 | 0.2 | 0.2 | - | 0.4 |
| Bolivia | 360 | 370 | - | 740 | 0.2 | 0.2 | - | 0.4 |
| Pakistan | 280 | 360 | - | 640 | 0.2 | 0.2 | - | 0.3 |
| Chile | 300 | 320 | - | 630 | 0.2 | 0.2 | - | 0.3 |
| Guyana | 260 | 220 | - | 490 | 0.1 | 0.1 | - | 0.3 |
| China | 210 | 230 | - | 450 | 0.1 | 0.1 | - | 0.2 |
| Nigeria | 200 | 240 | - | 450 | 0.1 | 0.1 | - | 0.2 |
| Nicaragua | 220 | 210 | - | 430 | 0.1 | 0.1 | - | 0.2 |
| Canada | 200 | 180 | - | 380 | 0.1 | 0.1 | - | 0.2 |
| Belize | 190 | 170 | - | 350 | 0.1 | 0.1 | - | 0.2 |
| Kenya | 140 | 160 | - | 300 | 0.1 | 0.1 | - | 0.2 |
| Israel | 110 | 120 | - | 230 | 0.1 | 0.1 | - | 0.1 |
| United Kingdom | 120 | 110 | - | 230 | 0.1 | 0.1 | - | 0.1 |
| Panama | 110 | 110 | - | 230 | 0.1 | 0.1 | - | 0.1 |
| Portugal | 120 | 100 | - | 220 | 0.1 | 0.1 | - | 0.1 |
| Indonesia | 120 | 100 | - | 220 | 0.1 | 0.1 | - | 0.1 |
| Ghana | 100 | 100 | - | 200 | 0.1 | 0.1 | - | 0.1 |
| Bangladesh | 100 | 90 | - | 190 | 0.1 | 0.1 | - | 0.1 |
| Mongolia | 100 | 90 | - | 190 | 0.1 | 0.1 | - | 0.1 |
| Saint Lucia | 120 | 70 | - | 180 | 0.1 | - | - | 0.1 |
| The Bahamas | 80 | 70 | - | 150 | - | - | - | 0.1 |
| Jordan | 70 | 80 | - | 150 | - | - | - | 0.1 |
| Italy | 70 | 70 | - | 140 | - | - | - | 0.1 |
| Turkey | 70 | 70 | - | 130 | - | - | - | 0.1 |
| Egypt | 40 | 70 | - | 110 | - | - | - | 0.1 |
| Taiwan | 50 | 70 | - | 110 | - | - | - | 0.1 |
| Saudi Arabia | 60 | 50 | - | 110 | - | - | - | 0.1 |
| Grenada | 80 | 30 | - | 110 | - | - | - | 0.1 |
| Lithuania | 50 | 50 | - | 100 | - | - | - | 0.1 |
| Germany | 60 | 40 | - | 100 | - | - | - | 0.1 |
| Morocco | 40 | 60 | - | 100 | - | - | - | 0.1 |
| Ukraine | 60 | 40 | - | 100 | - | - | - | 0.1 |
| Haiti | 50 | 40 | - | 100 | - | - | - | 0.1 |
| Liberia | 50 | 40 | - | 100 | - | - | - | 0.1 |
| Thailand | 40 | 60 | - | 90 | - | - | - | 0.1 |
| Armenia | 50 | 50 | - | 90 | - | - | - | 0.1 |
| Zambia | 50 | 50 | - | 90 | - | - | - | 0.1 |
| Paraguay | 40 | 60 | - | 90 | - | - | - | 0.1 |

AR2022_600063

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| United Arab Emirates | 40 | 50 | - | 90 | - | - | - | 0.1 |
| South Africa | 50 | 40 | - | 90 | - | - | - | 0.1 |
| Russia | 40 | 50 | - | 90 | - | - | - | 0.1 |
| Albania | 40 | 50 | - | 90 | - | - | - | 0.1 |
| Hong Kong | 40 | 50 | - | 90 | - | - | - | - |
| Senegal | 40 | 50 | - | 80 | - | - | - | - |
| Guinea | 30 | 60 | - | 80 | - | - | - | - |
| Saint Vincent and the Grenadines | 40 | 40 | - | 80 | - | - | - | - |
| France | 50 | 30 | - | 80 | - | - | - | - |
| The Gambia | 30 | 40 | - | 80 | - | - | - | - |
| Zimbabwe | 30 | 40 | - | 70 | - | - | - | - |
| Lebanon | 30 | 30 | - | 60 | - | - | - | - |
| Côte D'Ivoire | 30 | 30 | - | 60 | - | - | - | - |
| Malaysia | 30 | 30 | - | 60 | - | - | - | - |
| Suriname | 20 | 40 | - | 60 | - | - | - | - |
| Czech Republic | 30 | 30 | - | 60 | - | - | - | - |
| Cameroon | 30 | 30 | - | 60 | - | - | - | - |
| Japan | 40 | 20 | - | 60 | - | - | - | - |
| Romania | 30 | 30 | - | 60 | - | - | - | - |
| Spain | 30 | 20 | - | 50 | - | - | - | - |
| Barbados | 30 | 20 | - | 50 | - | - | - | - |
| Sierra Leone | 30 | 20 | - | 50 | - | - | - | - |
| Dominica | 30 | 20 | - | 50 | - | - | - | - |
| Fiji | 30 | 20 | - | 50 | - | - | - | - |
| Sri Lanka | 20 | 30 | - | 50 | - | - | - | - |
| Antigua and Barbuda | 30 | 20 | - | 50 | - | - | - | - |
| Hungary | 30 | 20 | - | 50 | - | - | - | - |
| New Zealand | 20 | 20 | - | 40 | - | - | - | - |
| Malawi | 20 | 20 | - | 40 | - | - | - | - |
| Vietnam | 20 | 20 | - | 40 | - | - | - | - |
| Tonga | 20 | 20 | - | 40 | - | - | - | - |
| Tanzania | 20 | 20 | - | 40 | - | - | - | - |
| Macedonia | 20 | 20 | - | 40 | - | - | - | - |
| Greece | 20 | 20 | - | 40 | - | - | - | - |
| Cabo Verde | 20 | 20 | - | 30 | - | - | - | - |
| Bulgaria | 10 | 20 | - | 30 | - | - | - | - |
| Iran | 20 | 20 | - | 30 | - | - | - | - |
| Uzbekistan | 20 | 20 | - | 30 | - | - | - | - |
| Nepal | 10 | 20 | - | 30 | - | - | - | - |
| Slovakia | 20 | 10 | - | 30 | - | - | - | - |
| Kuwait | 20 | 10 | - | 30 | - | - | - | - |
| Syria | 10 | 20 | - | 30 | - | - | - | - |

59

AR2022_600064

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Australia | 20 | 10 | - | 30 | | - | - | - | - |
| Netherlands | 20 | 10 | - | 30 | | - | - | - | - |
| Angola | 20 | 10 | - | 30 | | - | - | - | - |
| Yemen | D | 20 | - | 20 | | - | - | - | - |
| Netherlands Antilles | 10 | 10 | - | 20 | | - | - | - | - |
| Ethiopia | 10 | D | - | 20 | | - | - | - | - |
| Estonia | D | 10 | - | 20 | | - | - | - | - |
| Georgia | 10 | D | - | 20 | | - | - | - | - |
| Mali | D | 10 | - | 20 | | - | - | - | - |
| Democratic Republic of Congo | 10 | D | - | 20 | | - | - | - | - |
| Montenegro | D | 10 | - | 20 | | - | - | - | - |
| Uganda | D | 10 | - | 20 | | - | - | - | - |
| Austria | 10 | D | - | 20 | | - | - | - | - |
| Yugoslavia | D | 10 | - | 20 | | - | - | - | - |
| Togo | 10 | D | - | 20 | | - | - | - | - |
| Serbia | D | 10 | - | 20 | | - | - | - | - |
| Samoa | D | 10 | - | 20 | | - | - | - | - |
| Cambodia | D | D | - | 20 | | - | - | - | - |
| Singapore | D | D | - | 10 | | - | - | - | - |
| Latvia | D | D | - | 10 | | - | - | - | - |
| Gabon | D | D | - | 10 | | - | - | - | - |
| Botswana | D | D | - | 10 | | - | - | - | - |
| Belarus | D | D | - | 10 | | - | - | - | - |
| USSR | D | D | - | 10 | | - | - | - | - |
| Qatar | D | D | - | 10 | | - | - | - | - |
| Belgium | D | D | - | 10 | | - | - | - | - |
| Sweden | D | D | - | 10 | | - | - | - | - |
| Kosovo | D | D | - | 10 | | - | - | - | - |
| Laos | D | D | - | 10 | | - | - | - | - |
| Bahrain | D | D | - | 10 | | - | - | - | - |
| Ireland | D | D | - | 10 | | - | - | - | - |
| Saint Kitts and Nevis | D | D | - | D | | - | - | - | - |
| French Guiana | D | D | - | D | | - | - | - | - |
| North Vietnam | D | D | - | D | | - | - | - | - |
| Congo | D | D | - | D | | - | - | - | - |
| Cayman Islands | D | D | - | D | | - | - | - | - |
| Niger | D | D | - | D | | - | - | - | - |
| Turks and Caicos Islands | D | D | - | D | | - | - | - | - |
| Benin | D | D | - | D | | - | - | - | - |
| Burkina Faso | D | D | - | D | | - | - | - | - |
| British Virgin Islands | D | D | - | D | | - | - | - | - |

60

AR2022_600065

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Western Samoa | D | D | - | D | - | - | - | - |
| Switzerland | D | D | - | D | - | - | - | - |
| Algeria | D | D | - | D | - | - | - | - |
| Denmark | D | D | - | D | - | - | - | - |
| Libya | D | D | - | D | - | - | - | - |
| Moldova | D | D | - | D | - | - | - | - |
| Croatia | D | D | - | D | - | - | - | - |
| Tunisia | D | D | - | D | - | - | - | - |
| Namibia | D | D | - | D | - | - | - | - |
| Montserrat | D | D | - | D | - | - | - | - |
| Norway | D | D | - | D | - | - | - | - |
| Cuba | D | D | - | D | - | - | - | - |
| Kyrgyzstan | D | D | - | D | - | - | - | - |
| Afghanistan | D | D | - | D | - | - | - | - |
| Madagascar | D | D | - | D | - | - | - | - |
| Mozambique | D | D | - | D | - | - | - | - |
| Bosnia and Herzegovina | D | D | - | D | - | - | - | - |
| Tajikistan | D | D | - | D | - | - | - | - |
| Burundi | D | D | - | D | - | - | - | - |
| Central African Republic | D | D | - | D | - | - | - | - |
| Kazakhstan | D | D | - | D | - | - | - | - |
| Iraq | D | D | - | D | - | - | - | - |
| Slovenia | D | D | - | D | - | - | - | - |
| Guadeloupe | D | D | - | D | - | - | - | - |
| Macau | D | D | - | D | - | - | - | - |
| Lesotho | D | D | - | D | - | - | - | - |
| Azerbaijan | D | D | - | D | - | - | - | - |
| Aruba | D | D | - | D | - | - | - | - |
| Oman | D | D | - | D | - | - | - | - |
| Burma | D | D | - | D | - | - | - | - |
| Eritrea | D | D | - | D | - | - | - | - |
| Iceland | D | D | - | D | - | - | - | - |
| Equatorial Guinea | D | D | - | D | - | - | - | - |
| Bermuda | D | D | - | D | - | - | - | - |
| Cyprus | D | D | - | D | - | - | - | - |
| Bhutan | D | D | - | D | - | - | - | - |
| Guinea-Bissau | D | D | - | D | - | - | - | - |
| Brunei | D | D | - | D | - | - | - | - |
| Rwanda | D | D | - | D | - | - | - | - |
| Anguilla | D | D | - | D | - | - | - | - |
| Swaziland | D | D | - | D | - | - | - | - |

AR2022_600066

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sudan | D | D | - | D | - | - | - | - |
| North Korea | D | D | - | D | - | - | - | - |
| Mauritania | D | D | - | D | - | - | - | - |
| Palau | D | D | - | D | - | - | - | - |
| Marshall Islands | D | D | - | D | - | - | - | - |
| Somalia | D | D | - | D | - | - | - | - |
| Tuvalu | D | D | - | D | - | - | - | - |
| French Polynesia | D | D | - | D | - | - | - | - |
| Turkmenistan | D | D | - | D | - | - | - | - |
| Kiribati | D | D | - | D | - | - | - | - |
| Northern Ireland | D | D | - | D | - | - | - | - |
| Zaire | D | D | - | D | - | - | - | - |
| Palestine | D | D | - | D | - | - | - | - |
| Monaco | D | D | - | D | - | - | - | - |
| Malta | D | D | - | D | - | - | - | - |
| Martinique | D | D | - | D | - | - | - | - |
| Mauritius | D | D | - | D | - | - | - | - |
| West Germany | D | D | - | D | - | - | - | - |
| Timor-Leste | D | D | - | D | - | - | - | - |
| Chad | D | D | - | D | - | - | - | - |
| Luxembourg | D | D | - | D | - | - | - | - |
| Not available | 200 | 240 | D | 450 | 0.1 | 0.1 | - | 0.2 |

Notes:    (1) Source: USCIS CLAIMS3 and ELIS databases.
         (2) Numbers may not add up to totals due to rounding.

AR2022_600067

**Age of Active DACA Recipients**



**Table:  Active DACA Recipients by Current Age**

| Age | Number | Percent |
|---|---|---|
| **Total** | **607,990** | **100.0** |
| 0-15 | D | - |
| 16-19 | 4,300 | 0.7 |
| 20-24 | 156,620 | 25.8 |
| 25-29 | 216,750 | 35.7 |
| 30-34 | 150,880 | 24.8 |
| 35-39 | 73,410 | 12.1 |
| 40-45 | 6,010 | 1.0 |
| Not Available | D | - |

Notes:  (1) Source: USCIS CLAIMS3 and ELIS databases.

(2) Numbers may not add up to totals due to rounding.

(3) Age is calculated as of April 30, 2022.

Count of Active DACA Recipients
By Month of Current DACA Expiration
As of Dec. 31, 2020

**U.S. Citizenship and Immigration Services**

| Month of Current DACA Expiration | Active DACA Recipients (Rounded) |
|---|---|
| Dec-20 | D |
| Jan-21 | 13,540 |
| Feb-21 | 19,600 |
| Mar-21 | 27,850 |
| Apr-21 | 35,540 |
| May-21 | 29,830 |
| Jun-21 | 27,150 |
| Jul-21 | 36,550 |
| Aug-21 | 29,760 |
| Sep-21 | 36,050 |
| Oct-21 | 30,580 |
| Nov-21 | 17,640 |
| Dec-21 | 22,310 |
| Jan-22 | 23,040 |
| Feb-22 | 22,770 |
| Mar-22 | 18,830 |
| Apr-22 | 35,080 |
| May-22 | 42,340 |
| Jun-22 | 36,900 |
| Jul-22 | 16,630 |
| Aug-22 | 2,840 |
| Sep-22 | 21,480 |
| Oct-22 | 24,190 |
| Nov-22 | 20,180 |
| Dec-22 | 45,730 |
| **Grand Total** | **636,390** |

**Note(s):**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Dec. 31, 2020 as of Dec. 31, 2020.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) Totals may not sum due to rounding.

6) Counts less than 10 are notated with the letter "D".

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality
ELIS & C3 Consolidated, queried 01/2021, TRK 6801.

AR2022_600069

Count of Active DACA Recipients
By Country of Birth
As of Dec. 31, 2020



**U.S. Citizenship and Immigration Services**

| Country of Birth | Count (rounded) | Country of Birth | Count (rounded) |
|---|---|---|---|
| **Grand Total** | **636,390** | Germany | 170 |
| Mexico | 512,660 | Zambia | 170 |
| El Salvador | 24,590 | Thailand | 170 |
| Guatemala | 16,700 | South Africa | 160 |
| Honduras | 15,310 | Saudi Arabia | 160 |
| Peru | 6,090 | Egypt | 150 |
| Korea, South | 6,030 | Armenia | 150 |
| Brazil | 4,950 | United Arab Emirates | 140 |
| Ecuador | 4,670 | Hong Kong | 140 |
| Colombia | 4,120 | Haiti | 140 |
| Argentina | 3,280 | Malaysia | 140 |
| Philippines | 3,190 | France | 140 |
| Jamaica | 2,200 | Ukraine | 130 |
| India | 2,150 | Lithuania | 130 |
| Venezuela | 2,060 | Russia | 120 |
| Dominican Republic | 1,940 | Senegal | 120 |
| Uruguay | 1,660 | Guinea | 110 |
| Trinidad and Tobago | 1,450 | Cameroon | 110 |
| Bolivia | 1,400 | Sri Lanka | 110 |
| Costa Rica | 1,290 | Zimbabwe | 110 |
| Nicaragua | 1,260 | Côte D'Ivoire | 110 |
| Chile | 1,180 | Japan | 110 |
| Poland | 1,130 | Grenada | 100 |
| Pakistan | 1,110 | Morocco | 100 |
| Nigeria | 890 | Gambia, The | 100 |
| Guyana | 820 | Saint Vincent and the Grenadines | 100 |
| Belize | 680 | Liberia | 100 |
| Indonesia | 630 | Greece | 90 |
| Canada | 630 | Suriname | 90 |
| Kenya | 580 | Romania | 90 |
| China | 570 | Lebanon | 90 |
| Bangladesh | 430 | Sierra Leone | 90 |
| United Kingdom | 420 | Spain | 90 |
| Portugal | 420 | Barbados | 80 |
| Mongolia | 420 | Fiji | 80 |
| Ghana | 400 | Dominica | 70 |
| Panama | 360 | Czech Republic | 70 |
| Italy | 300 | Malawi | 70 |
| Israel | 280 | Hungary | 70 |
| Bahamas, The | 260 | Macedonia | 70 |
| Albania | 220 | Tanzania | 70 |
| Taiwan | 210 | New Zealand | 60 |
| Saint Lucia | 200 | Uganda | 60 |
| Jordan | 190 | Antigua and Barbuda | 60 |

Count of Active DACA Recipients
By Country of Birth
As of Dec. 31, 2020



**U.S. Citizenship and Immigration Services**

| Country of Birth | Count (rounded) | Country of Birth | Count (rounded) |
|---|---|---|---|
| Turkey | 190 | Bulgaria | 60 |
| Paraguay | 180 | Iran | 50 |
| Vietnam | 50 | Libya | 10 |
| Kuwait | 50 | Afghanistan | D |
| Nepal | 50 | Denmark | D |
| Cabo Verde | 50 | Montserrat | D |
| Tonga | 50 | Iraq | D |
| Australia | 50 | Latvia | D |
| Montenegro | 50 | Namibia | D |
| Netherlands | 50 | Slovenia | D |
| Angola | 40 | Somalia | D |
| Democratic Republic of Congo | 40 | French Guiana | D |
| Mali | 40 | Kyrgyzstan | D |
| Cambodia | 40 | Moldova | D |
| Singapore | 40 | Central African Republic | D |
| Qatar | 30 | Cyprus | D |
| Virgin Islands, British | 30 | Lesotho | D |
| Slovakia | 30 | Madagascar | D |
| Ethiopia | 30 | Norway | D |
| Uzbekistan | 30 | Aruba | D |
| Sweden | 30 | Guadeloupe | D |
| Turks and Caicos Islands | 30 | Macau | D |
| Saint Kitts and Nevis | 30 | Mauritania | D |
| Serbia | 30 | Mauritius | D |
| Yemen | 30 | Bosnia and Herzegovina | D |
| Togo | 30 | Brunei | D |
| Bahrain | 20 | Chad | D |
| Belgium | 20 | Luxembourg | D |
| Estonia | 20 | Rwanda | D |
| Netherlands Antilles | 20 | Bhutan | D |
| Samoa | 20 | Martinique | D |
| Gabon | 20 | Sudan | D |
| Austria | 20 | Tuvalu | D |
| Yugoslavia | 20 | Equatorial Guinea | D |
| Botswana | 20 | Guinea-Bissau | D |
| Ireland | 20 | Marshall Islands | D |
| Congo | 20 | Micronesia, Federated States of | D |
| Western Samoa | 20 | Mozambique | D |
| Bermuda | 20 | Palau | D |
| Syria | 20 | Papua New Guinea | D |
| Cayman Islands | 20 | Tunisia | D |
| Algeria | 10 | Turkmenistan | D |
| Kosovo | 10 | Zaire | D |
| Switzerland | 10 | Anguilla | D |



Count of Active DACA Recipients
By Country of Birth
As of Dec. 31, 2020

U.S. Citizenship
and Immigration
Services

| Country of Birth | Count (rounded) | Country of Birth | Count (rounded) |
|---|---|---|---|
| Azerbaijan | 10 | Burma | D |
| Burundi | 10 | Cuba | D |
| Laos | 10 | Eritrea | D |
| Niger | 10 | Finland | D |
| Benin | 10 | French Polynesia | D |
| Croatia | 10 | Germany, West | D |
| Georgia | 10 | Malta | D |
| Oman | 10 | New Caledonia | D |
| USSR | 10 | Palestine | D |
| Belarus | 10 | Swaziland | D |
| Burkina Faso | 10 | Tajikistan | D |
| Kazakhstan | 10 | Not available | 230 |

**Note(s):**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Dec. 31, 2020 as of Dec. 31, 2020.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) Totals may not sum due to rounding.

6) Counts less than 10 are notated with the letter "D".

7) Country of birth reflects the country of birth reported on the form I-821D.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

ELIS & C3 Consolidated, queried 01/2021, TRK 6801.



**Count of Active DACA Recipients**
**By State or Territory**
**As of Dec. 31, 2020**

**U.S. Citizenship and Immigration Services**

| State or Territory of Residence | Count (rounded) | State or Territory of Residence | Count (rounded) |
|---|---|---|---|
| **Grand Total** | **636,390** | Missouri | 2,950 |
| California | 181,660 | Nebraska | 2,870 |
| Texas | 104,820 | Idaho | 2,710 |
| Illinois | 33,740 | Kentucky | 2,670 |
| New York | 27,550 | Iowa | 2,420 |
| Florida | 24,530 | Louisiana | 1,690 |
| Arizona | 23,800 | Mississippi | 1,300 |
| North Carolina | 23,790 | Delaware | 1,290 |
| Georgia | 20,380 | Rhode Island | 880 |
| New Jersey | 16,110 | District Of Columbia | 600 |
| Washington | 16,020 | Wyoming | 500 |
| Colorado | 14,380 | Hawaii | 350 |
| Nevada | 12,030 | New Hampshire | 250 |
| Oregon | 9,590 | South Dakota | 200 |
| Virginia | 9,230 | North Dakota | 120 |
| Indiana | 8,800 | West Virginia | 100 |
| Utah | 8,440 | Montana | 70 |
| Maryland | 7,810 | Alaska | 70 |
| Tennessee | 7,570 | Puerto Rico | 70 |
| Wisconsin | 6,490 | Maine | 50 |
| Oklahoma | 6,010 | Virgin Islands | 40 |
| South Carolina | 5,660 | Vermont | 30 |
| New Mexico | 5,510 | Armed Forces Americas (except Canada) | 10 |
| Kansas | 5,410 | Guam | 10 |
| Massachusetts | 5,370 | Northern Mariana Islands | D |
| Michigan | 5,200 | American Samoa | D |
| Minnesota | 5,110 | Federated States Of Micronesia | D |
| Pennsylvania | 4,500 | Armed Forces Pacific | D |
| Arkansas | 4,400 | Marshall Islands | D |
| Alabama | 3,930 | Palau | D |
| Ohio | 3,810 | Not available | D |
| Connecticut | 3,510 | | |

**Note(s):**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Dec. 31, 2020 as of Dec. 31, 2020.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) Totals may not sum due to rounding.

6) Counts less than 10 are notated with the letter "D".

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality
ELIS & C3 Consolidated, queried 01/2021, TRK 6801.

Count of Active DACA Recipients
By Core Based Statistical Area
As of Dec. 31, 2020



U.S. Citizenship
and Immigration
Services

| Core-Based Statistical Area | Count (rounded) | Core-Based Statistical Area | Count (rounded) |
|---|---|---|---|
| Grand Total | 636,390 | Santa Maria-Santa Barbara, CA | 2,850 |
| Los Angeles-Long Beach-Anaheim, CA | 78,900 | Oklahoma City, OK | 2,770 |
| New York-Newark-Jersey City, NY-NJ-PA | 40,420 | Albuquerque, NM | 2,620 |
| Dallas-Fort Worth-Arlington, TX | 34,290 | Milwaukee-Waukesha-West Allis, WI | 2,620 |
| Chicago-Naperville-Elgin, IL-IN-WI | 32,180 | Orlando-Kissimmee-Sanford, FL | 2,610 |
| Houston-The Woodlands-Sugar Land, TX | 32,120 | Santa Rosa, CA | 2,380 |
| Riverside-San Bernardino-Ontario, CA | 22,790 | Detroit-Warren-Dearborn, MI | 2,280 |
| Phoenix-Mesa-Scottsdale, AZ | 20,740 | Baltimore-Columbia-Towson, MD | 2,170 |
| Atlanta-Sandy Springs-Roswell, GA | 14,410 | Winston-Salem, NC | 2,170 |
| San Francisco-Oakland-Hayward, CA | 13,290 | Brownsville-Harlingen, TX | 2,030 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV | 11,830 | Salem, OR | 2,010 |
| San Diego-Carlsbad, CA | 10,330 | Yakima, WA | 1,950 |
| Las Vegas-Henderson-Paradise, NV | 9,630 | Greensboro-High Point, NC | 1,920 |
| Miami-Fort Lauderdale-West Palm Beach, FL | 9,430 | Merced, CA | 1,850 |
| Denver-Aurora-Lakewood, CO | 9,090 | Tulsa, OK | 1,820 |
| San Jose-Sunnyvale-Santa Clara, CA | 8,290 | Tucson, AZ | 1,810 |
| Seattle-Tacoma-Bellevue, WA | 7,210 | Kennewick-Richland, WA | 1,810 |
| Austin-Round Rock, TX | 7,180 | Memphis, TN-MS-AR | 1,800 |
| McAllen-Edinburg-Mission, TX | 6,850 | Columbus, OH | 1,790 |
| Sacramento--Roseville--Arden-Arcade, CA | 5,670 | Bridgeport-Stamford-Norwalk, CT | 1,760 |
| Charlotte-Concord-Gastonia, NC-SC | 5,650 | Durham-Chapel Hill, NC | 1,720 |
| Portland-Vancouver-Hillsboro, OR-WA | 5,630 | Provo-Orem, UT | 1,680 |
| San Antonio-New Braunfels, TX | 5,040 | Reno, NV | 1,670 |
| Bakersfield, CA | 4,890 | Fayetteville-Springdale-Rogers, AR-MO | 1,660 |
| Fresno, CA | 4,820 | El Paso, TX | 1,520 |
| Salt Lake City, UT | 4,420 | Vallejo-Fairfield, CA | 1,500 |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 4,190 | North Port-Sarasota-Bradenton, FL | 1,480 |
| Boston-Cambridge-Newton, MA-NH | 4,090 | Omaha-Council Bluffs, NE-IA | 1,440 |
| Minneapolis-St. Paul-Bloomington, MN-WI | 4,030 | Cape Coral-Fort Myers, FL | 1,420 |
| Oxnard-Thousand Oaks-Ventura, CA | 3,790 | Grand Rapids-Wyoming, MI | 1,380 |
| Indianapolis-Carmel-Anderson, IN | 3,790 | Birmingham-Hoover, AL | 1,340 |
| Raleigh, NC | 3,610 | Greenville-Anderson-Mauldin, SC | 1,340 |
| Visalia-Porterville, CA | 3,410 | Gainesville, GA | 1,320 |
| Kansas City, MO-KS | 3,360 | Santa Cruz-Watsonville, CA | 1,280 |
| Stockton-Lodi, CA | 3,330 | Ogden-Clearfield, UT | 1,270 |
| Nashville-Davidson--Murfreesboro--Franklin, TN | 3,140 | Providence-Warwick, RI-MA | 1,210 |
| Tampa-St. Petersburg-Clearwater, FL | 3,090 | Laredo, TX | 1,200 |
| Modesto, CA | 2,910 | Lakeland-Winter Haven, FL | 1,200 |
| Salinas, CA | 2,870 | Wichita, KS | 1,190 |
| Boise City, ID | 1,160 | Louisville/Jefferson County, KY-IN | 1,010 |
| Elkhart-Goshen, IN | 1,140 | Other CBSA | 94,170 |
| Richmond, VA | 1,090 | Not available | 1,320 |
| Greeley, CO | 1,020 | Non CBSA | 13,950 |
| Des Moines-West Des Moines, IA | 1,020 | | |

**Note(s):**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Dec. 31, 2020 as of Dec. 31, 2020.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) Core-Based Statistical Areas (CBSA) at the time of most recent adjudication. CBSAs are defined by the Office of Management and Budget.

6) Totals may not sum due to rounding.

7) Counts less than 10 are notated with the letter "D".

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

ELIS & C3 Consolidated, queried 01/2021, TRK 6801.



Count of Active DACA Recipients
By Gender
As of Dec. 31, 2020

U.S. Citizenship and Immigration Services

| Gender | Count (rounded) |
|---|---|
| **Grand Total** | **636,390** |
| Female | 339,600 |
| Male | 296,710 |
| Not available | 90 |

**Note(s):**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Dec. 31, 2020 as of Dec. 31, 2020.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) Totals may not sum due to rounding.

6) Counts less than 10 are notated with the letter "D".

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

ELIS & C3 Consolidated, queried 01/2021, TRK 6801.



| Marital Status | Count (rounded) |
|---|---|
| **Grand Total** | **636,390** |
| Single | 464,300 |
| Married | 155,760 |
| Divorced | 11,360 |
| Widowed | 460 |
| Not available | 4,510 |

**Note(s):**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Dec. 31, 2020 as of Dec. 31, 2020.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) Marital status reflects the DACA recipient's marital status as of the most recent adjudication.

6) Totals may not sum due to rounding.

7) Counts less than 10 are notated with the letter "D".

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

ELIS & C3 Consolidated, queried 01/2021, TRK 6801.

**Count of Active DACA Recipients**
By Age on December 31, 2020
As of December 31, 2020

**U.S. Citizenship and Immigration Services**

| Age | Count (rounded) |
|---|---|
| **Grand Total** | **636,390** |
| Under 16 | 20 |
| 16-20 | 44,820 |
| 21-25 | 230,400 |
| 26-30 | 202,090 |
| 31-35 | 120,300 |
| 36-39 | 38,750 |
| Not available | D |
| Average Age | 27 |
| Median Age | 26 |
| Interquartile Range | 23 to 30 |

**Note(s):**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Dec. 31, 2020 as of Dec. 31, 2020.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) Totals may not sum due to rounding.

6) Counts less than 10 are notated with the letter "D".

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

ELIS & C3 Consolidated, queried 01/2021, TRK 6801.

AR2022_600079

## DACA Revenue Options

### Option 1
**All requestors (Initial and Renewal) pay fees for Forms I-821D and I-765. (This was included in the NPRM.)**

| | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | FY 2028 |
|---|---|---|---|---|---|---|---|
| I-821D Initial | $ 3,400,000 | $ 2,550,000 | $ - | $ - | $ - | $ - | $ - |
| I-821D Renewal | $ 22,865,000 | $ 37,060,000 | $ 21,165,000 | $ 38,080,000 | $ 22,015,000 | $ 39,185,000 | $ 25,330,000 |
| I-765 DACA | $ 129,150,000 | $ 178,760,000 | $ 95,530,000 | $ 165,230,000 | $ 95,120,000 | $ 167,690,000 | $ 107,420,000 |
| **Total DACA Revenue** | **$ 155,415,000** | **$ 218,370,000** | **$ 116,695,000** | **$ 203,310,000** | **$ 117,135,000** | **$ 206,875,000** | **$ 132,750,000** |

### Option 2
**All requestors (Initial and Renewal) pay Form I-821D fee. Initial requestors do not pay fee for Form I-765.**

| | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | FY 2028 |
|---|---|---|---|---|---|---|---|
| I-821D Initial | $ 3,400,000 | $ 2,550,000 | $ - | $ - | $ - | $ - | $ - |
| I-821D Renewal | $ 22,865,000 | $ 37,060,000 | $ 21,165,000 | $ 38,080,000 | $ 22,015,000 | $ 39,185,000 | $ 25,330,000 |
| I-765 DACA Renewal | $ 110,290,000 | $ 178,760,000 | $ 95,530,000 | $ 165,230,000 | $ 95,120,000 | $ 167,690,000 | $ 107,420,000 |
| **Total DACA Revenue** | **$ 136,555,000** | **$ 218,370,000** | **$ 116,695,000** | **$ 203,310,000** | **$ 117,135,000** | **$ 206,875,000** | **$ 132,750,000** |
| *Difference from Option 1* | *$ (18,860,000)* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* | *$ -* |

### Option 3
**All requestors (Initial and Renewal) pay fee for Form I-821D. Requestors receive Form I-765 fee waivers in the same proportion as other forms.**

| | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | FY 2028 |
|---|---|---|---|---|---|---|---|
| I-821D Initial | $ 3,400,000 | $ 2,550,000 | $ - | $ - | $ - | $ - | $ - |
| I-821D Renewal | $ 22,865,000 | $ 37,060,000 | $ 21,165,000 | $ 38,080,000 | $ 22,015,000 | $ 39,185,000 | $ 25,330,000 |
| I-765 DACA | $ 56,826,000 | $ 78,654,400 | $ 42,033,200 | $ 72,701,200 | $ 41,852,800 | $ 73,783,600 | $ 47,264,800 |
| **Total DACA Revenue** | **$ 83,091,000** | **$ 118,264,400** | **$ 63,198,200** | **$ 110,781,200** | **$ 63,857,800** | **$ 112,968,600** | **$ 72,594,800** |
| *Difference from Option 1* | *$ (72,324,600)* | *$ (100,105,600)* | *$ (53,496,800)* | *$ (92,528,800)* | *$ (53,267,200)* | *$ (93,906,400)* | *$ (60,155,200)* |

### Option 4
**Requestors (Initial and Renewal) receive Form I-821D fee waivers in the same proportion as other forms. All requestors pay the I-765 fee.**

| | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | FY 2028 |
|---|---|---|---|---|---|---|---|
| I-821D Initial | $ 1,496,000 | $ 1,122,000 | $ - | $ - | $ - | $ - | $ - |
| I-821D Renewal | $ 10,060,600 | $ 16,306,400 | $ 9,312,600 | $ 16,755,200 | $ 9,686,600 | $ 17,241,400 | $ 11,145,200 |
| I-765 DACA | $ 129,150,000 | $ 178,760,000 | $ 95,530,000 | $ 165,230,000 | $ 95,120,000 | $ 167,690,000 | $ 107,420,000 |
| **Total DACA Revenue** | **$ 140,706,600** | **$ 196,188,400** | **$ 104,842,600** | **$ 181,985,200** | **$ 104,806,600** | **$ 184,931,400** | **$ 118,565,200** |
| *Difference from Option 1* | *$ (14,708,400)* | *$ (22,181,600)* | *$ (11,852,400)* | *$ (21,324,800)* | *$ (12,328,400)* | *$ (21,943,600)* | *$ (14,184,800)* |

### Option 5
**All requestors pay Form I-765 from DACA. Assume 30% of requestors (Initial and Renewal) do not file Form I-765. (DACA NPRM.)**

| | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | FY 2028 |
|---|---|---|---|---|---|---|---|
| I-821D Initial | $ 3,400,000 | $ 2,550,000 | $ - | $ - | $ - | $ - | $ - |
| I-821D Renewal | $ 22,865,000 | $ 37,060,000 | $ 21,165,000 | $ 38,080,000 | $ 22,015,000 | $ 39,185,000 | $ 25,330,000 |
| I-765 DACA Optional | $ 90,405,000 | $ 125,132,000 | $ 66,871,000 | $ 115,661,000 | $ 66,584,000 | $ 117,383,000 | $ 75,194,000 |
| **Total DACA Revenue** | **$ 116,670,000** | **$ 164,742,000** | **$ 88,036,000** | **$ 153,741,000** | **$ 88,599,000** | **$ 156,568,000** | **$ 100,524,000** |
| *Difference from Option 1* | *$ (38,745,000)* | *$ (53,628,000)* | *$ (28,659,000)* | *$ (49,569,000)* | *$ (28,536,000)* | *$ (50,307,000)* | *$ (32,226,000)* |

### Option 6
**Separate Form I-765 from DACA. Use TPS filing to predict change to Form I-765 filing**

| | FY 2022 | FY 2023 | FY 2024 | FY 2025 | FY 2026 | FY 2027 | FY 2028 |
|---|---|---|---|---|---|---|---|
| I-821D Initial | $ 3,400,000 | $ 2,550,000 | $ - | $ - | $ - | $ - | $ - |
| I-821D Renewal | $ 22,865,000 | $ 37,060,000 | $ 21,165,000 | $ 38,080,000 | $ 22,015,000 | $ 39,185,000 | $ 25,330,000 |
| I-765 DACA Optional | $ 99,929,710 | $ 138,315,550 | $ 73,916,440 | $ 127,846,610 | $ 73,599,100 | $ 129,750,240 | $ 83,116,430 |
| **Total DACA Revenue** | **$ 126,194,710** | **$ 177,925,550** | **$ 95,081,440** | **$ 165,926,610** | **$ 95,614,100** | **$ 168,935,240** | **$ 108,446,430** |
| *Difference from Option 1* | *$ (29,220,290)* | *$ (40,444,450)* | *$ (21,613,560)* | *$ (37,383,390)* | *$ (21,520,900)* | *$ (37,939,760)* | *$ (24,303,570)* |

**Assumptions and Notes**

| | |
|---|---|
| Options 1-4 | Does not include any assumptions for reduced I-765 filing as a result of DACA rule |
| Option 5 | Assumes 30% of DACA requestors (both initial and renewal) will not file Form I-765 |
| Option 6 | Based on TPS data, assume approximately 77.38% of DACA filers (initials and renewals) will apply for I-765. In other words, assume 22.62% fewer I-765s than the VPC forecast |
| All | Assume 100% fee-paying, unless otherwise noted. Since FY 2018, DACA has been practically 100% fee-paying. In FY 2016-2017, it was between 95-97% fee-paying |
| All | Assumes no change to fees in outyears. Separate online/paper I-765 fees from the fee rule NPRM would only complicate matters and muddle comparisons |
| All | Does not include a $30 proposed biometric service fee for DACA and TPS which is part of the fee rule NPRM |
| Option 2 | In FY 2022-2023, use I-821D Renewal forecast for I-765 DACA Renewal. In other years, use I-765 DACA forecast |
| Option 3 | Use 44% fee-paying for I-765 DACA, the FY 2021 fee-paying percentage. It is consistent with the last 6 years. It ranged from 39% to 45% with 44% being the average |
| Option 4 | Use 44% fee-paying for I-821D for the reasons stated above |

# FY 2022-28 Volume Projection Worksheet

June 2021

| FORMID | DES_SHORTNAME | Final FY 2020 Actuals | VPC_FY2022 | VPC_FY2023 | VPC_FY2024 | VPC_FY2025 | VPC_FY2026 | VPC_FY2027 | VPC_FY2028 |
|---|---|---|---|---|---|---|---|---|---|
| 111003 | I-821D Initial | 4,359 | 40,000 | 30,000 | 0 | 0 | 0 | 0 | 0 |
| 111004 | I-821D Renewal | 311,352 | 269,000 | 436,000 | 249,000 | 448,000 | 259,000 | 461,000 | 298,000 |
| 113002 | I-765 DACA | 318,093 | 315,000 | 436,000 | 233,000 | 403,000 | 232,000 | 409,000 | 262,000 |

## Notes

VPC forecasts from June 2021 meeting

Renewals use a predictor of I-765 DACA EADs expiring. You can see the two-year cycles as people renew. No issues with the OPQ forecast.

Initials assume the next few years will include some people that age into the program. A few people might trickle in afterwards, but if you have not applied for the program yet then it is unlikely you would apply in the outyears.

AR2022_600080

## DACA Actuals

|  | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|---|
| Revenue | $123,717,553 | $227,909,563 | $132,551,500 | $192,413,765 | $156,806,991 | $217,955,762 |
| Fees | $495 | $495 | $495 | $495 | $495 | $495 |
| Fee-Paying Receipts | 252,861 | 460,423 | 267,781 | 388,715 | 316,782 | 440,315 |
| Public Q4 data |  |  |  |  | 335,249 | 438,950 |
| NPR I-821D | 260,528 | 472,818 | 260,349 | 386,467 | 314,189 | 439,438 |
| NPR I-765 DACA | 266,138 | 476,495 | 265,057 | 389,545 | 316,536 | 441,478 |
|  |  |  |  |  |  |  |
| Fee-Paying % using NPR I-821D | 97% | 97% | 103% | 101% | 101% | 100% |
| Fee-Paying % using NPR I-765 DACA | 95% | 97% | 101% | 100% | 100% | 100% |

**Notes**

Revenue uses item type DA, I-821D, from the consolidated collections report
Current fees became effective on 12/23/2016. Fees were different for Q1 FY 2016. Used monthly data for FY 2016 fee-paying receipts
OPQ National Performance Report (NPR) receipts as of September 2021

| DACA Rows | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|---|
| DACA (Initial Filing) | 73,059 | 45,648 | 2,062 | 1,577 | 4,306 | 94,542 |
| DACA (Renewal) | 36,984 | 15 | 1 | 1 | - | - |
| ELIS DACA (Renewal) | 150,485 | 427,155 | 258,286 | 384,889 | 309,883 | 344,896 |
| DACA (Renewal) | 187,469 | 427,170 | 258,287 | 384,890 | 309,883 | 344,896 |
| **Total I-821D DACA** | **260,528** | **472,818** | **260,349** | **386,467** | **314,189** | **439,438** |
| C33 EAD DACA | 60,906 | 130 | 85 | 60 | - | - |
| ELIS C33 EAD DACA | 205,232 | 476,365 | 264,972 | 389,485 | 316,536 | 441,478 |
| **C33 EAD DACA** | **266,138** | **476,495** | **265,057** | **389,545** | **316,536** | **441,478** |

## All Other I-765s

|  | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 |
|---|---|---|---|---|---|---|
| Revenue | $335,039,633 | $300,657,390 | $330,617,547 | $325,087,060 | $309,215,725 | $390,282,516 |
| Fees | $410 | $410 | $410 | $410 | $410 | $410 |
| Fee-Paying Receipts | 829,355 | 733,311 | 806,384 | 792,895 | 754,185 | 951,909 |
| Public Q4 data |  |  |  |  | 1,969,954 | 2,606,402 |
| NPR (excluding DACA I-765) | 1,853,063 | 1,873,189 | 1,804,219 | 1,757,003 | 1,653,418 | 2,164,883 |
|  |  |  |  |  |  |  |
| Fee-Paying % using NPR | 45% | 39% | 45% | 45% | 46% | 44% |

**Notes**

Revenue uses item type 71, I-765, from the consolidated collections report
Public receipts are very different from NPR receipts because NPR has a separate line for I-765 DACA. Using NPR consistent with OP revenue forecasts

**AR2022_600081**

AR2022_600082

TPS Data

| TPS Country | A12/C19 Based I-765 | Other I-765 | LPRs | No Valid EAD | Total TPS Population |
|---|---|---|---|---|---|
| El Salvador | 143,608 | 4,149 | 45,549 | 50,264 | 243,570 |
| Haiti | 28,552 | 1,691 | 13,147 | 10,504 | 53,894 |
| Honduras | 35,343 | 1,505 | 17,422 | 23,335 | 77,605 |
| Nepal | 4,228 | 2,805 | 4,572 | 3,048 | 14,653 |
| Nicaragua | 1,647 | 74 | 1,126 | 1,475 | 4,322 |
| Somalia | 113 | 42 | 68 | 228 | 451 |
| South Sudan | 37 | 15 | 21 | 26 | 99 |
| Sudan | 197 | 63 | 190 | 288 | 738 |
| Syria | 1,364 | 1,038 | 2,649 | 1,511 | 6,562 |
| Yemen | 562 | 219 | 305 | 589 | 1,675 |
| Unknown | 0 | 50 | 36 | 76 | 162 |
| Totals | 215,651 | 11,651 | 85,085 | 91,344 | 403,731 |

Per email from Delancey - 21 JAN 22

| TPS Country | A12/C19 | Other | LPR | None | Total TPS Population | % No | % Yes |
|---|---|---|---|---|---|---|---|
| El Salvador | 143,608 | 4149 | 45549 | 50264 | 243,570 | 20.64% | 79.36% |
| Haiti | 28,552 | 1691 | 13147 | 10504 | 53,894 | 19.49% | 80.51% |
| Honduras | 35,343 | 1505 | 17422 | 23335 | 77,605 | 30.07% | 69.93% |
| Nepal | 4,228 | 2805 | 4572 | 3048 | 14,653 | 20.80% | 79.20% |
| Nicaragua | 1,647 | 74 | 1126 | 1475 | 4,322 | 34.13% | 65.87% |
| Somalia | 113 | 42 | 68 | 228 | 451 | 50.55% | 49.45% |
| South Sudan | 37 | 15 | 21 | 26 | 99 | 26.26% | 73.74% |
| Sudan | 197 | 63 | 190 | 288 | 738 | 39.02% | 60.98% |
| Syria | 1,364 | 1038 | 2649 | 1511 | 6,562 | 23.03% | 76.97% |
| Yemen | 562 | 219 | 305 | 589 | 1,675 | 35.16% | 64.84% |
| Unknown | - | 50 | 36 | 76 | 162 | 46.91% | 53.09% |
| Totals | 215,651 | 11,651 | 85,085 | 91,344 | 403,731 | 22.62% | 77.375% |

FY 2022/2023 Fee Schedule:
DACA Reg Fee Schedule

| Immigration Benefit Request | Projected Workload Receipts | Projected Fee-Paying Receipts | Current Fees (FY 2016/2017) | Model Output (FY 2022/2023) | Proposed Fees (FY 2022/2023) | $ Difference from Current Fees | % Difference from Current Fees | Revenue with Proposed Fees |
|---|---|---|---|---|---|---|---|---|
| **I-90 Application to Replace Permanent Resident Card Subtotal** | **740,000** | **648,758** | | | | | | **$282,896,221** |
| I-90 Application to Replace Permanent Resident Card - Online | 467,232 | 409,622 | $455 | $310 | $425 | ($30) | -7% | $174,089,475 |
| I-90 Application to Replace Permanent Resident Card - Paper | 272,768 | 239,136 | $455 | $333 | $455 | $0 | 0% | $108,806,746 |
| I-102 Application for Replacement/Initial Nonimmigrant Arrival-Departure Document | 5,020 | 4,623 | $445 | $492 | $675 | $230 | 52% | $3,120,525 |
| **I-129 Petition for a Nonimmigrant Worker Subtotal** | **568,630** | **568,630** | | | | | | **$477,202,850** |
| I-129 H-1B - Named Beneficiaries | 430,000 | 430,000 | $460 | $566 | $775 | $315 | 68% | $333,250,000 |
| I-129 H-2A - Named Beneficiaries | 4,020 | 4,020 | $460 | $787 | $1,080 | $620 | 135% | $4,341,600 |
| I-129 H-2B - Named Beneficiaries | 2,460 | 2,460 | $460 | $784 | $1,075 | $615 | 134% | $2,644,500 |
| I-129 L1A/L1B/LZ Blanket - Named Beneficiaries | 42,350 | 42,350 | $460 | $1,022 | $1,400 | $940 | 204% | $59,290,000 |
| I-129 O/O2 | 27,300 | 27,300 | $460 | $764 | $1,045 | $585 | 127% | $28,528,500 |
| I-129 All Other | 40,850 | 40,850 | $460 | $670 | $920 | $460 | 100% | $37,582,000 |
| I-129 H-2A - Unnamed Beneficiaries | 17,650 | 17,650 | $460 | $382 | $525 | $65 | 14% | $9,266,250 |
| I-129 H-2B - Unnamed Beneficiaries | 4,000 | 4,000 | $460 | $419 | $575 | $115 | 25% | $2,300,000 |
| I-129F Petition for Alien Fiance(e) | 44,700 | 41,432 | $535 | $519 | $710 | $175 | 33% | $29,416,365 |
| **I-130 Petition for Alien Relative Subtotal** | **880,900** | **857,514** | | | | | | **$672,091,530** |
| I-130 Petition for Alien Relative - Online | 220,075 | 214,232 | $535 | $515 | $705 | $170 | 32% | $151,033,862 |
| I-130 Petition for Alien Relative - Paper | 660,825 | 643,281 | $535 | $590 | $810 | $275 | 51% | $521,057,668 |
| I-131 Application for Travel Document | 329,000 | 253,662 | $575 | $388 | $530 | ($45) | -8% | $134,440,595 |
| I-131 Refugee Travel Document for an individual age 16 or older | 16,260 | 16,260 | $135 | $505 | $165 | $30 | 22% | $2,682,818 |
| I-131 Refugee Travel Document for a child under the age of 16 | 1,157 | 1,157 | $105 | $505 | $135 | $30 | 29% | $156,128 |
| I-131A Application for Travel Document (Carrier Documentation) | 8,000 | 8,000 | $575 | $339 | $575 | $0 | 0% | $4,600,000 |
| I-140 Immigrant Petition for Alien Worker | 140,000 | 140,000 | $700 | $507 | $695 | ($5) | -1% | $97,300,000 |
| I-191 Application for Relief Under Former Section 212(c) of the Immigration and Nationality Act (INA) | 111 | 111 | $930 | $680 | $930 | $0 | 0% | $103,230 |
| I-192 Application for Advance Permission to Enter as Nonimmigrant | 41,481 | 10,954 | $930 | $2,139 | $1,060 | $130 | 14% | $11,611,240 |
| I-193 Application for Waiver of Passport and/or Visa | 6,815 | 6,772 | $585 | $586 | $665 | $80 | 14% | $4,503,380 |
| I-212 Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | 10,693 | 7,260 | $930 | $1,013 | $1,390 | $460 | 49% | $10,091,400 |
| I-290B Notice of Appeal or Motion | 36,423 | 33,803 | $675 | $1,404 | $770 | $95 | 14% | $26,028,310 |
| I-360 Petition for Amerasian Widow(er) or Special Immigrant | 43,028 | 4,107 | $435 | $8,809 | $495 | $60 | 14% | $2,032,965 |
| I-485 Application to Register Permanent Residence or Adjust Status | 608,750 | 572,497 | $1,140 | $1,120 | $1,535 | $395 | 35% | $878,782,895 |
| I-526 Immigrant Petition by Alien Entrepreneur | 3,900 | 3,900 | $3,675 | $8,206 | $11,250 | $7,575 | 206% | $43,875,000 |
| **I-539 Application to Extend/Change Nonimmigrant Status Subtotal** | **472,000** | **462,380** | | | | | | **$260,695,936** |
| I-539 Application to Extend/Change Nonimmigrant Status - Online | 189,780 | 185,912 | $370 | $373 | $510 | $140 | 38% | $94,815,031 |
| I-539 Application to Extend/Change Nonimmigrant Status - Paper | 282,220 | 276,468 | $370 | $436 | $600 | $230 | 62% | $165,880,905 |
| I-600/600A/800/800A Adoption Petitions and Applications | 4,447 | 2,438 | $775 | $1,452 | $880 | $105 | 14% | $2,145,440 |

2022

FY 2022/2023 Fee Schedule:
DACA Reg Fee Schedule

| Immigration Benefit Request | Projected Workload Receipts | Projected Fee-Paying Receipts | Current Fees (FY 2016/2017) | Model Output (FY 2022/2023) | Proposed Fees (FY 2022/2023) | $ Difference from Current Fees | % Difference from Current Fees | Revenue with Proposed Fees |
|---|---|---|---|---|---|---|---|---|
| I-600A Supplement 3 Request for Action on Approved Form I-600A | 60 | 29 | $385 | $1,455 | $440 | $55 | 14% | $12,760 |
| I-601 Application for Waiver of Ground of Excludability | 19,750 | 18,560 | $930 | $752 | $1,030 | $100 | 11% | $19,116,800 |
| I-601A Provisional Unlawful Presence Waiver | 39,800 | 39,800 | $630 | $778 | $1,065 | $435 | 69% | $42,387,000 |
| I-612 Application for Waiver of the Foreign Residence Requirement (Under Section 212(e) of the INA, as Amended) | 7,360 | 554 | $930 | $5,663 | $1,060 | $130 | 14% | $587,240 |
| I-687 Application for Status as a Temporary Resident Under Section 245A of the INA | 1 | 1 | $1,130 | $917 | $1,255 | $125 | 11% | $1,255 |
| I-690 Application for Waiver of Grounds of Inadmissibility | 21 | 21 | $715 | $725 | $995 | $280 | 39% | $20,895 |
| I-694 Notice of Appeal of Decision | 4 | 4 | $890 | $851 | $1,165 | $275 | 31% | $4,660 |
| I-698 Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of the INA) | 20 | 20 | $1,670 | $1,151 | $1,580 | ($90) | -5% | $31,600 |
| I-751 Petition to Remove Conditions on Residence | 154,000 | 130,274 | $595 | $869 | $1,190 | $595 | 100% | $155,025,465 |
| **I-765 Application for Employment Authorization Subtotal** | **1,666,500** | **1,084,740** | | | | | | **$701,202,374** |
| I-765 Application for Employment Authorization - Online | 62,724 | 40,828 | $410 | $405 | $555 | $145 | 35% | $22,659,339 |
| I-765 Application for Employment Authorization - Paper | 1,603,776 | 1,043,912 | $410 | $473 | $650 | $240 | 59% | $678,543,035 |
| I-800A Supplement 3 Request for Action on Approved Form I-800A | 933 | 448 | $385 | $1,505 | $440 | $55 | 14% | $197,120 |
| I-817 Application for Family Unity Benefits | 517 | 505 | $600 | $640 | $875 | $275 | 46% | $441,875 |
| I-824 Application for Action on an Approved Application or Petition | 10,596 | 10,267 | $465 | $491 | $675 | $210 | 45% | $6,930,225 |
| I-829 Petition by Entrepreneur to Remove Conditions | 3,250 | 3,250 | $3,750 | $7,111 | $9,750 | $6,000 | 160% | $31,687,500 |
| I-881 Application for Suspension of Deportation or Special Rule Cancellation of Removal | 385 | 385 | $285 | $2,434 | $325 | $40 | 14% | $125,125 |
| I-910 Application for Civil Surgeon Designation | 568 | 568 | $785 | $897 | $1,230 | $445 | 57% | $698,640 |
| I-924 Application For Regional Center Designation Under the Immigrant Investor Program | 62 | 62 | $17,795 | $35,092 | $48,105 | $30,310 | 170% | $2,982,510 |
| I-924A Annual Certification of Regional Center | 728 | 728 | $3,035 | $3,280 | $4,495 | $1,460 | 48% | $3,272,360 |
| I-929 Petition for Qualifying Family Member of a U-1 Nonimmigrant | 1,150 | 1,027 | $230 | $642 | $260 | $30 | 13% | $267,020 |
| N-300 Application to File Declaration of Intention | 17 | 17 | $270 | $788 | $305 | $35 | 13% | $5,185 |
| **N-336 Request for Hearing on a Decision in Naturalization Proceedings Subtotal** | **6,140** | **5,137** | | | | | | **$4,083,915** |
| N-336 Request for Hearing on a Decision in Naturalization Proceedings - Online | 2,080 | 1,740 | $700 | $1,475 | $795 | $95 | 14% | $1,383,476 |
| N-336 Request for Hearing on a Decision in Naturalization Proceedings - Paper | 4,060 | 3,397 | $700 | $1,556 | $795 | $95 | 14% | $2,700,439 |
| **N-400 Application for Naturalization Subtotal** | **826,000** | **691,883** | | | | | | **$514,151,941** |
| N-400 Application for Naturalization - Online | 453,260 | 377,600 | $640 | $999 | $730 | $90 | 14% | $275,647,709 |
| N-400 Application for Naturalization - Paper | 372,740 | 310,520 | $640 | $1,119 | $730 | $90 | 14% | $226,679,891 |
| N-400 Application for Naturalization - Reduced Fee | - | 3,763 | $320 | | $365 | $45 | 14% | $1,373,495 |
| N-470 Application to Preserve Residence for Naturalization Purposes | 138 | 138 | $355 | $1,503 | $405 | $50 | 14% | $55,890 |

## FY 2022/2023 Fee Schedule:
### DACA Reg Fee Schedule

| Immigration Benefit Request | Projected Workload Receipts | Projected Fee-Paying Receipts | Current Fees (FY 2016/2017) | Model Output (FY 2022/2023) | Proposed Fees (FY 2022/2023) | $ Difference from Current Fees | % Difference from Current Fees | Revenue with Proposed Fees |
|---|---|---|---|---|---|---|---|---|
| **N-565 Application for Replacement Naturalization/Citizenship Document Subtotal** | **26,900** | **21,508** | | | | | | **$10,394,956** |
| N-565 Application for Replacement Naturalization/Citizenship Document - Online | 16,673 | 13,331 | $555 | $344 | $470 | ($85) | -15% | $6,265,552 |
| N-565 Application for Replacement Naturalization/Citizenship Document - Paper | 10,227 | 8,177 | $555 | $369 | $505 | ($50) | -9% | $4,129,404 |
| **N-600 Application for Certificate of Citizenship Subtotal** | **30,000** | **16,041** | | | | | | **$33,429,316** |
| N-600 Application for Certificate of Citizenship - Online | 10,126 | 5,414 | $1,170 | $1,404 | $1,925 | $755 | 65% | $10,422,666 |
| N-600 Application for Certificate of Citizenship - Paper | 19,874 | 10,627 | $1,170 | $1,580 | $2,165 | $995 | 85% | $23,006,649 |
| **N-600K Application for Citizenship and Issuance of Certificate Subtotal** | **3,900** | **2,895** | | | | | | **$2,020,840** |
| N-600K Application for Citizenship and Issuance of Certificate - Online | 1,715 | 1,273 | $1,170 | $438 | $600 | ($570) | -49% | $763,835 |
| N-600K Application for Citizenship and Issuance of Certificate - Paper | 2,185 | 1,622 | $1,170 | $564 | $775 | ($395) | -34% | $1,257,005 |
| USCIS Immigrant Fee | 543,000 | 543,000 | $220 | $166 | $230 | $10 | 5% | $124,890,000 |
| H-1B Pre-Registration Fee | 273,990 | 273,990 | $10 | $124 | $170 | $160 | 1600% | $46,578,300 |
| **Adjustment for CBP Volumes, Fees, and Revenue** | **(12,458)** | **(12,458)** | | | | | | **($10,589,740)** |
| I-192 Application for Advance Permission to Enter as Nonimmigrant | (5,481) | (5,481) | $930 | $2,139 | $1,060 | $130 | 14% | ($5,809,860) |
| I-193 Application for Waiver of Passport and/or Visa | (6,759) | (6,759) | $585 | $586 | $665 | $80 | 14% | ($4,494,735) |
| I-212 Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | (193) | (193) | $930 | $1,013 | $1,390 | $460 | 49% | ($268,270) |
| I-824 Application for Action on an Approved Application or Petition | (25) | (25) | $465 | $491 | $675 | $210 | 45% | ($16,875) |
| **Subtotal (Non-Premium)** | **7,564,645** | **6,477,649** | **$518** | **$589** | **$710** | **$192** | **37%** | **$4,623,339,008** |
| Biometric Services (EOIR and TPS) | 432,000 | 432,000 | $85 | N/A | $30 | $30 | | $12,960,000 |
| Certificate of Non-Existence | 4,103 | 4,103 | $0 | $308 | $310 | $310 | 0% | $1,271,775 |
| **G-1041 Genealogy Index Search Request Subtotal** | **10,994** | **10,994** | | | | | | **$1,111,680** |
| G-1041 Genealogy Index Search Request - Online | 10,380 | 10,380 | $65 | $99 | $100 | $35 | 54% | $1,038,000 |
| G-1041 Genealogy Index Search Request - Paper | 614 | 614 | $65 | $119 | $120 | $55 | 85% | $73,680 |
| **G-1041A Genealogy Records Request Subtotal** | **3,301** | **3,301** | | | | | | **$795,920** |
| G-1041A Genealogy Records Request - Online | 3,117 | 3,117 | $65 | $239 | $240 | $175 | 269% | $748,080 |
| G-1041A Genealogy Records Request - Paper | 184 | 184 | $65 | $259 | $260 | $195 | 300% | $47,840 |
| I-821D Consideration of Deferred Action for Childhood Arrivals | 379,500 | 379,500 | $85 | $332 | $330 | $245 | 288% | $125,235,000 |
| SAVE Initial Electronic Queries | 20,801,225 | 20,801,225 | $0.5 | $2.31 | N/A | N/A | N/A | N/A |
| **Subtotal (Biometric Services, Genealogy, and SAVE Fees)** | **21,631,123** | **21,631,123** | | | | | | **$141,374,375** |
| **Grand Total** | **29,195,767** | **28,108,772** | | | | | | **$4,764,713,383** |

Key:

Black and blue rows subsidize red rows, green rows, and workload without fees. **Bold** rows are subtotals.

For Internal Use Only

# FY 2022/2023 Fee Schedule:
## DACA Reg Fee Schedule

| Immigration Benefit Request | Projected Workload Receipts | Projected Fee-Paying Receipts | Current Fees (FY 2016/2017) | Model Output (FY 2022/2023) | Proposed Fees (FY 2022/2023) | $ Difference from Current Fees | % Difference from Current Fees | Revenue with Proposed Fees |
|---|---|---|---|---|---|---|---|---|

Red rows are held to the weighted average increase of −4%. Blue rows were held to the weighted average increase in the FY 2016/2017 fee rule, but are no longer held down now.

Green rows are held to the current fees or fees beyond our control. Refugee travel documents are held to U.S. passport fees per U.S. obligations under Article 28 of the 1951 Convention Relating to the Status of Refugees.

Currently, the U.S. Passport fee is $10 more than our refugee travel document fees. State intends to increase the fee an additional $20, but they only published the NPRM so far.

For Internal Use Only

AR2022_600086

I-821D Consideration of Deferred Action for Childhood Arrivals (standalone)

| Activity | Total Cost | | Unit Cost | |
|---|---|---|---|---|
| **Exam Activities (Including Direct Costs)** | **$** | **125,853,334** | **$** | **332** |
| Conduct TECS Check | $ | 4,244,373 | $ | 11 |
| Direct Costs | $ | - | $ | - |
| Fraud Detection and Prevention | $ | 7,659,082 | $ | 20 |
| Inform the Public | $ | 10,100,450 | $ | 27 |
| Intake | $ | 9,571,017 | $ | 25 |
| Issue Document | $ | - | $ | - |
| Make Determination | $ | 8,454,506 | $ | 22 |
| Management and Oversight | $ | 53,224,488 | $ | 140 |
| Records Management | $ | 12,899,927 | $ | 34 |
| Research Genealogy | $ | - | $ | - |
| Systematic Alien Verification for Entitlements | $ | - | $ | - |
| **Perform Biometric Services subtotal** | **$** | **19,699,490** | **$** | **52** |
| Capture Biometric Data | $ | 9,537,216 | $ | 25 |
| Check Fingerprints | $ | 4,292,726 | $ | 11 |
| Check Name | $ | - | $ | - |
| Manage Biometric Services | $ | 5,869,548 | $ | 15 |

| | |
|---|---|
| **Total IEFA Non-Premium Estimated Budget Average (FY 2022 and FY 2023) as of April 30, 2021** | $ 4,747,638,446 |
| **Portion of Costs Allocated to Form I-821D per Cost Model** | $ 125,853,334 |
| **% of Cost to Form I-821D** | 3% |

AR2022_600088

AR2022_600089

**Form I-821D, Consideration of Deferred Action for Childhood Arrivals**
Count of Receipts of I-821D Initials by Age and Fiscal Year Received
August 15, 2012 to August 27, 2021

**U.S. Citizenship and Immigration Services**

| Age at Time of I-821D Initial Application | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | - | - | - | - | - | - | - | - | - | 2 | 2 |
| 6 | 2 | 3 | 2 | 1 | - | - | - | - | - | - | 8 |
| 7 | 7 | 7 | 1 | - | - | - | - | - | - | 2 | 17 |
| 8 | 6 | 32 | 5 | 2 | 1 | - | - | - | - | - | 46 |
| 9 | 13 | 71 | 17 | 4 | - | - | - | - | - | 1 | 106 |
| 10 | 23 | 94 | 25 | 22 | 2 | - | - | - | - | - | 166 |
| 11 | 31 | 155 | 47 | 27 | 10 | 9 | - | - | - | 1 | 280 |
| 12 | 66 | 239 | 71 | 38 | 26 | 13 | - | - | - | - | 453 |
| 13 | 112 | 327 | 108 | 59 | 28 | 25 | - | - | - | 1 | 660 |
| 14 | 539 | 1,956 | 819 | 699 | 619 | 344 | 2 | 1 | - | 169 | 5,148 |
| 15 | 9,514 | 45,870 | 27,256 | 22,939 | 19,521 | 11,461 | 2 | 3 | 1 | 3,045 | 139,612 |
| 16 | 12,663 | 39,415 | 12,139 | 12,804 | 12,396 | 6,947 | 5 | - | 1 | 7,008 | 103,378 |
| 17 | 15,070 | 41,630 | 7,998 | 6,950 | 8,232 | 5,206 | 4 | 5 | 4 | 11,984 | 97,083 |
| 18 | 17,231 | 41,107 | 7,729 | 4,549 | 4,622 | 3,241 | 12 | 9 | 24 | 14,866 | 93,390 |
| 19 | 15,810 | 36,937 | 6,078 | 3,158 | 2,230 | 1,510 | 51 | 23 | 93 | 10,210 | 76,100 |
| 20 | 14,229 | 33,362 | 5,771 | 2,653 | 1,710 | 978 | 112 | 53 | 152 | 7,332 | 66,352 |
| 21 | 12,453 | 29,972 | 5,713 | 2,730 | 1,595 | 956 | 182 | 104 | 234 | 4,728 | 58,667 |
| 22 | 11,315 | 27,569 | 6,022 | 2,848 | 1,706 | 959 | 193 | 163 | 339 | 3,089 | 54,203 |
| 23 | 9,696 | 25,521 | 5,917 | 3,115 | 1,898 | 1,124 | 223 | 173 | 404 | 2,140 | 50,211 |
| 24 | 8,298 | 22,794 | 5,994 | 3,323 | 2,220 | 1,216 | 213 | 174 | 439 | 1,880 | 46,551 |
| 25 | 6,694 | 19,338 | 5,778 | 3,263 | 2,362 | 1,415 | 166 | 162 | 431 | 1,911 | 41,520 |
| 26 | 5,373 | 16,004 | 5,160 | 3,060 | 2,419 | 1,405 | 165 | 129 | 403 | 2,047 | 36,165 |
| 27 | 4,308 | 13,368 | 4,588 | 2,845 | 2,363 | 1,418 | 102 | 108 | 324 | 2,153 | 31,577 |
| 28 | 3,482 | 11,344 | 4,358 | 2,521 | 2,140 | 1,423 | 111 | 102 | 280 | 2,438 | 28,199 |
| 29 | 2,926 | 9,801 | 4,237 | 2,497 | 2,020 | 1,375 | 89 | 85 | 224 | 2,625 | 25,879 |
| 30 | 2,198 | 7,567 | 3,358 | 2,062 | 1,770 | 1,199 | 79 | 74 | 196 | 2,611 | 21,114 |
| 31 | 367 | 3,007 | 2,036 | 1,426 | 1,223 | 969 | 59 | 59 | 199 | 2,570 | 11,915 |
| 32 | - | 88 | 1,127 | 950 | 968 | 715 | 53 | 60 | 136 | 2,219 | 6,316 |
| 33 | - | 3 | 61 | 619 | 785 | 621 | 36 | 36 | 128 | 1,903 | 4,192 |
| 34 | - | 1 | - | 47 | 503 | 525 | 39 | 27 | 104 | 1,508 | 2,754 |
| 35 | - | - | - | 2 | 35 | 300 | 17 | 27 | 78 | 1,393 | 1,852 |
| 36 | - | - | - | 1 | - | 12 | 15 | 18 | 75 | 1,182 | 1,303 |
| 37 | - | - | - | - | - | - | - | 11 | 52 | 955 | 1,018 |
| 38 | - | - | - | - | - | - | - | - | 28 | 721 | 749 |
| 39 | - | - | - | - | - | - | - | - | 1 | 502 | 503 |
| 40 | - | - | - | - | - | - | - | - | - | 6 | 6 |
| 41 | - | - | - | 1 | - | - | - | - | - | - | 1 |
| 42 | - | - | - | 1 | - | - | - | - | - | - | 1 |
| 43 | - | - | - | - | - | 1 | - | - | - | - | 1 |
| 46 | - | - | - | - | 1 | - | - | - | - | - | 1 |
| 47 | - | - | - | - | - | 1 | - | - | - | - | 1 |
| **Grand Total** | **152,426** | **427,582** | **122,415** | **85,216** | **73,405** | **45,368** | **1,930** | **1,606** | **4,350** | **93,202** | **1,007,500** |

**Note(s):**

1) This report reflects the most up to date data available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) Age is calculated by the mailroom date minus the date of birth of the applicant. For those applicants with a calculated age of 0 appear to be due to data keyer error.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality
NPD, C3,  ELIS, queried 8/2021, TRK #8129.



Form I-821D, Consideration of Deferred
Action for Childhood Arrivals
Age at Time of Entry into United States for
Active DACA Recipients as of December 31, 2020

U.S. Citizenship
and Immigration
Services

| | |
|---|---:|
| Total Active DACA Recipients as of December 31, 2020 | 634,537 |
| Median Age at Time of Entry into U.S. | 6 |

| Age at Time of Entry into U.S. | Count | Percent |
|---|---:|---:|
| 0 | 39,070 | 6.2 |
| 1 | 48,459 | 7.6 |
| 2 | 49,927 | 7.9 |
| 3 | 51,279 | 8.1 |
| 4 | 52,366 | 8.3 |
| 5 | 51,453 | 8.1 |
| 6 | 48,584 | 7.7 |
| 7 | 44,515 | 7.0 |
| 8 | 40,081 | 6.3 |
| 9 | 35,864 | 5.7 |
| 10 | 31,847 | 5.0 |
| 11 | 27,788 | 4.4 |
| 12 | 25,705 | 4.1 |
| 13 | 24,116 | 3.8 |
| 14 | 25,207 | 4.0 |
| 15 | 28,017 | 4.4 |
| Not Available | 10,259 | 1.6 |

**Note(s):**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after December 31, 2020 as of December 31, 2020.

4) Date of entry into United States is self-reported on Form I-821D.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

ELIS & C3 Consolidated, queried March 2021, TRK 7607.



# Instructions for Application for Employment Authorization

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-765**
OMB No. 1615-0040
Expires 07/31/2022

## What Is the Purpose of Form I-765?

Certain foreign nationals who are in the United States may file Form I-765, Application for Employment Authorization, to request employment authorization and an Employment Authorization Document (EAD). Other foreign nationals whose immigration status authorizes them to work in the United States without restrictions may also use Form I-765 to apply to U.S. Citizenship and Immigration Services (USCIS) for an EAD that shows such authorization. Review the **Who May File Form I-765** section of these Instructions to determine whether you should use Form I-765.

Foreign nationals may also apply for a Social Security number and card on Form I-765 following the guidelines in the **Specific Instructions** section of these Instructions, **Part 2. Information About You, Item Numbers 13.a. - 17.b.**

If you are a lawful permanent resident, a conditional permanent resident, or a nonimmigrant only authorized for employment with a specific employer under 8 CFR 274a.12(b), do **not** use Form I-765.

**Definitions**

**Employment Authorization Document (EAD):** The EAD is the card (also known as Form I-688A, Form I-688B, Form I-766, or any successor document) issued as evidence that the holder is authorized to work in the United States.

**Initial EAD:** An EAD issued to an eligible applicant for the first time under a specific eligibility category.

**Renewal EAD:** An EAD issued to an eligible applicant after the expiration of a previous EAD issued under the same category.

**Replacement EAD:** An EAD issued to an eligible applicant when the previously issued EAD was lost, stolen, damaged, or contains errors, such as a misspelled name.

**NOTE:** For more information regarding employment authorization documents, visit **www.uscis.gov/greencard/ employment-authorization-document**.

## Who May File Form I-765?

You may file Form I-765 if you fall within one of the eligibility categories below. For some categories, employment authorization is granted with your underlying immigration status (called "incident to status" employment authorization). For example, asylees and refugees have employment authorization as soon as they obtain such status. In these cases, your EAD is issued upon approval of your Form I-765, and the EAD is evidence of your employment authorization. For other categories such as parolees or individuals with deferred action, USCIS must first approve your Form I-765 before you are eligible to accept employment in the United States. Once your Form I-765 is approved, USCIS will issue your EAD. You must type or print your eligibility category in **Part 2.**, **Item Number 27.**, on Form I-765. Enter only one category number on the application. For example, if you are a refugee applying for an EAD, type or print "(a)(3)" in **Item Number 27.**

**Please note that a person with a pending application for an immigration benefit or request might have a different category number than the person who was already granted the benefit or request. For example certain pending asylum applicants are category "(c)(8)," but a person already granted asylum is category "(a)(5)."**

**Asylee/Refugee Categories (and their Spouses and Children)**

1.  **Refugee--(a)(3).**  If an initial Form I-765 was not already prepared for you before your arrival as a refugee in the United States, or if you are requesting to renew your EAD, file Form I-765 with a copy of one of the following:  your stamped Form I-94, Arrival-Departure Record; your Final Notice of Eligibility for Resettlement (approval letter); or your Form I-797 Notice approving your derivative refugee status based on a Form I-730, Refugee/Asylee Relative Petition (if approved while in the United States).

    **NOTE:**  If you were admitted as a refugee and have applied under the Immigration and Nationality Act (INA) section 209 to adjust to lawful permanent resident status using Form I-485, Application to Register Permanent Residence or Adjust Status, file Form I-765 under category (a)(3) as a refugee.  Do not file Form I-765 under eligibility category (c)(9) as an INA section 245 adjustment applicant.

2.  **Paroled as a Refugee--(a)(4).**  File Form I-765 with a copy of your Form I-94, passport, or travel document. Commonwealth of the Northern Mariana Islands (CNMI), and other humanitarian or significant public benefit parolees (such as Cuban Family and Haitian Family Reunification Parole programs), should file under the category (c)(11), not as a refugee under (a)(4).

3.  **Asylee (Granted Asylum)--(a)(5).**  File Form I-765 with a copy of one of the following:  your stamped Form I-94 indicating asylee status; a USCIS Asylum approval letter; an order granting asylum signed by an Executive Office for Immigration Review (EOIR) immigration judge (IJ); or a Form I-797 Notice approving your derivative asylee status based on a Form I-730 (if approved while in the United States).

    **NOTE:**  If you are an asylee and have applied under INA section 209 to adjust to lawful permanent resident status using Form I-485, file Form I-765 under category (a)(5) as an asylee.  Do not file Form I-765 under eligibility category (c)(9) as an INA section 245 adjustment applicant.

4.  **Granted Withholding of Deportation or Removal--(a)(10).**  File Form I-765 with a copy of the EOIR IJ's signed order granting withholding of deportation or removal.

5.  **Pending Asylum and Withholding of Removal Applicants and Applicants for Asylum under the ABC Settlement Agreement--(c)(8).**  If you have a pending Form I-589, Application for Asylum and for Withholding of Removal, refer to the Instructions below.

**Special Filing Instructions for Those With Pending Asylum Applications--(c)(8)**

**Applicants requesting employment authorization under (c)(8) must:**

1.  Wait 365 calendar days from the date you properly file and USCIS or the Immigration Court accepts your asylum application before you file your application for employment authorization;

2.  Appear for your asylum biometric services appointment;

3.  Appear for your interview with a USCIS asylum officer, or your hearing before an Immigration Judge (IJ), if requested or scheduled; and

4.  Appear for your biometric services appointment for your application for employment authorization.

For further information see 8 CFR sections 208.7, 208.9, and 208.10.

**Special information about biometric services fee and appointments.**  All applicants for initial and renewal EADs under the (c)(8) eligibility category must submit biometrics at a scheduled biometric services appointment and pay the biometric services fee.  If you fail to appear for your biometric services appointment, you may be ineligible for employment authorization.

**Special information about the one-year deadline to file for asylum.**  If you file your asylum application on or after August 25, 2020 and file it more than one year after your most recent arrival in the United States, you will not be granted employment authorization under this eligibility category **unless and until** a USCIS asylum officer or an Immigration Judge determines that you meet an exception for late filing, as provided in section 208(a)(2)(D) of the Immigration and Nationality Act (INA).  This one-year filing deadline does not apply to an alien who is an unaccompanied alien child, as defined by section 462(g) of the Homeland Security Act of 2002, 6 U.S.C. 279(g), INA section 208(a)(2)(E), 8 U.S.C. 1158(a)(2)(E).

**Special information about lawful entry into the United States through a port of entry.**  Eligibility for an EAD under category (c)(8) requires that your last entry into the United States was lawful.  If you entered or attempted to enter the United States unlawfully on or after August 25, 2020, you are ineligible for employment authorization based on a pending asylum application, unless you demonstrate that: (1) you presented yourself to the Secretary of Homeland Security or his or her delegate within 48 hours of your arrival; (2) you indicated a fear of persecution or torture or an intent to apply for asylum; and (3) you establish good cause for failing to enter lawfully through a port of entry.  USCIS will determine whether you meet the exception to the illegal entry bar based on your responses to **Item Numbers 30.b. - 30.g.** of Form I-765.

**Special information about arrests, charges, and convictions.**  You cannot receive employment authorization under this eligibility category if:

- You have been convicted at any time in the United States or abroad of any aggravated felony as described in section 101(a)(43) of the Act;

- You have been convicted on or after August 25, 2020 of a particularly serious crime in the United States;

- You have been convicted on or after August 25, 2020 of any serious non-political crime outside the United States;

- There are serious reasons for believing that you on or after August 25, 2020 have committed a serious non-political crime outside the United States; or

- You are subject to a mandatory denial of your asylum application based on the criminal grounds described in 8 CFR 208.13(c)(6).

**Special information about the impact of applicant-caused delays.**  Any delays you have caused in the adjudication of your asylum application that are still in effect at the time your initial application for employment authorization is filed will result in USCIS denying your application for employment authorization.

Examples of applicant-caused delays include, but are not limited to:

1. A request to amend or supplement an asylum application that causes a delay in its adjudication or in proceedings as described in 8 CFR section 208.4(c);

2. Failure to appear to receive and acknowledge receipt of the decision as specified in 8 CFR section 208.9(d);

3. A request for extension to submit additional evidence fewer than 14 days before the interview date as described in 8 CFR section 208.9(e);

4. Failure to appear for an asylum interview or biometric services appointment, unless excused by USCIS as described in 8 CFR section 208.10(b)(1) for the failure to appear;

5. A request to reschedule an interview for a later date;

6. A request to transfer a case to a new asylum office or interview location, including when the transfer is based on a new address;

7. A request to provide additional evidence after interview;

8. Failure to provide a competent interpreter at interview; and

9. Failure to comply with any other request needed to determine asylum eligibility.

AR2022_600094

**Special Information About Availability of (c)(8) Employment Authorization During the Asylum Process.**  If you are granted employment authorization while your asylum application is pending with USCIS or the Immigration Court, you may seek renewal of your EAD as long as the asylum application remains pending (unless your EAD is revoked or terminated).

If you have an EAD based on a pending asylum application and your asylum application is denied by the Immigration Court, your EAD will automatically terminate after 30 days unless you file a timely appeal with the Board of Immigration Appeals (BIA).  If you file a timely appeal with the BIA, your current employment authorization will continue while your asylum application is on review at the BIA (unless revoked or terminated).  There is no need to file another Form I-765, unless your EAD is about to expire or will expire during the time your case is on appeal.  If the BIA affirms the denial of your asylum application, your employment authorization terminates automatically on the date of the BIA's denial.

**NOTE:**  Employment authorization **is not permitted during any period of judicial review of EOIR's decision on your asylum application**.  However, if a federal court remands your asylum case back to the BIA, you may reapply for employment authorization once your case is again pending with the BIA.

**Additional Evidence requirements for category (c)(8) applicants:**

If you are a category (c)(8) applicant who has met the requisite 365 calendar-day waiting period to file Form I-765, you may file your application with the following evidence, where applicable.

1.  If you filed your Form I-589 with USCIS, a copy of the following:  the USCIS Acknowledgement of Receipt that was mailed to you and your USCIS Asylum Interview Notice (scheduling, re-scheduling, or cancelling your asylum interview); your Form I-797C Notice (ASC appointment notice) (for the biometrics appointment for your Form I-589); or other evidence that you filed your Form I-589 with USCIS.

2.  If you lodged or filed your Form I-589 with the Executive Office for Immigration Review (EOIR), a copy of acknowledgement of receipt of your application or other available evidence.

3.  If you were granted employment authorization under the (c)(8) category and an Immigration Judge (IJ) subsequently denied your asylum application, and you are now seeking renewal of your EAD, evidence that you timely appealed the EOIR IJ's decision on your Form I-589 to the BIA and the appeal remains pending.

4.  If the BIA remanded your Form I-589 to an EOIR IJ for further adjudication of your underlying asylum claim:

    **A.**  A copy of the BIA decision and order remanding your case to the EOIR IJ; and

    **B.**  Evidence that your asylum claim remains under review by the EOIR IJ.

5.  If a federal court remanded your asylum claim to the BIA for further action and your claim is still pending with the BIA, you must submit a copy of the Federal Court's remand order.

6.  **Evidence of Arrests and Convictions.**  You must submit certified police and court records for any criminal charges, arrests, or convictions you may have.

    **A.**  If you were **EVER** arrested or detained by a law enforcement officer for **any** reason in any country, including the United States, and no criminal charges were filed, you must submit:

    **(1)**  An original or certified copy of the complete arrest report; and

    **(2)**  Either an official statement by the arresting or detaining agency or prosecutor's office **OR** an applicable court order that indicates the final disposition of your arrest or detention;

    **B.**  If you were **EVER** charged for any reason (even if you were not arrested) in **any** country, including the United States, you must submit:

    **(1)**  An original or certified copy of the complete arrest report; and

    **(2)**  Certified copies of **BOTH** the indictment, information, or other formal charging document **AND** the final disposition of each charge (for example, a dismissal order or acquittal order);

AR2022_600095

**C.** If you were **EVER** convicted or placed in an alternative sentencing or rehabilitative program (such as probation, drug treatment, deferred adjudication, or community service program) in **any** country, including the United States, you must submit:

    **(1)** An original or certified copy of the complete arrest report;

    **(2)** Certified copies of the following: the indictment, information, or other formal charging document; any plea agreement, whether in the form of a court filing or recording in a hearing transcript; and the final disposition for each incident (for example, conviction record, deferred adjudication order, probation order); and

    **(3)** Either an original or certified copy of your probation or parole record showing that you completed the mandated sentence, conditions set for the deferred adjudication, or rehabilitative program OR documentation showing that you completed the alternative sentencing or rehabilitative program; or

**D.** If you **EVER** had any arrest or conviction vacated, set aside, sealed, expunged, or otherwise removed from your record in **any** country, you must submit:

    **(1)** An original or certified copy of the complete arrest report; the indictment, information, or other formal charging document; any plea agreement, whether in the form of a court filing or recording in a hearing transcript; and the final disposition for each incident (for example, conviction record, deferred adjudication order, probation order); and

    **(2)** A certified copy of the court order vacating, setting aside, sealing, expunging, or otherwise removing the arrest or conviction.

You must disclose all arrests and charges, even if the arrest occurred when you were a minor. An adjudication of juvenile delinquency is not a "conviction" under U.S. immigration law, but a juvenile can be charged as an adult for an offense committed while a juvenile. If you were convicted as an adult, there is a conviction, regardless of whether you were tried before a criminal court or a juvenile court. An adjudication of juvenile delinquency could also be relevant to the exercise of discretion. If you claim that an arrest resulted in adjudication of delinquency, and not in a conviction, you must submit a copy of the court document that establishes this fact.

In general, you do **not** need to submit documentation relating to traffic fines and incidents that did not involve an actual physical arrest if the penalty was only a fine of less than **$500** or points on your driver's license. However, you must submit such documentation if the traffic incident resulted in criminal charges or involved alcohol, drugs, or injury to a person or property.

If you are not able to obtain certified copies of any court disposition relating to **Items A. - D.**, please submit:

**1.** An explanation of why the documents are not available, including (if possible) a certificate from the custodian of the documents explaining why the documents are not available;

**2.** Any secondary evidence that shows the disposition of the case; or

**3.** If secondary evidence is also not available, one or more written statements, signed under penalty of perjury under 28 U.S.C. section 1746, by someone who has personal knowledge of the disposition.

**Asylum and Withholding of Deportation Applicants (with a pending Form I-589) Who Filed Before January 4, 1995**

You may file Form I-765 at any time; however, we will only grant your employment authorization if we find that your asylum application is not frivolous. File Form I-765 with a copy of the following documents, where applicable:

**1.** Your date-stamped previously filed Form I-589;

**2.** If you filed your Form I-589 with the former Immigration and Naturalization Service (INS), an INS Acknowledgement of Receipt;

**3.** A USCIS Asylum Interview Notice (scheduling, re-scheduling, or cancelling your asylum interview);

**4.** Form I-797 Notice, Fingerprint Notification (for a fingerprint appointment for your Form I-589);

5. If you filed your Form I-589 in exclusion or deportation proceedings, evidence that your Form I-589 was filed with EOIR;

6. If you are currently in exclusion or deportation proceedings, a copy of Form I-221, Order to Show Cause and Notice of Hearing, or Form I-122, Notice to Applicant for Admission Detained for Hearing Before Immigration Judge; or

7. Evidence that your Form I-589 remains under administrative or judicial review.

**Asylum application under the ABC Settlement Agreement--(c)(8).**  If you are a Salvadoran or Guatemalan national eligible for benefits under the ABC settlement agreement, *American Baptist Churches v. Thornburgh*, 760 F. Supp. 796 (N.D. Cal. 1991), you are entitled to an EAD under the ABC settlement agreement.  Follow the instructions contained in this section when filing your Form I-765.

You must have filed your asylum application (Form I-589) with us (the former INS or USCIS) or with an EOIR IJ to receive an EAD.  Therefore, submit evidence that you have previously filed a complete asylum application when you submit Form I-765.  You are not required to submit this evidence when you apply, but it will help us process your request more efficiently.

If you are requesting an EAD under this category, you must pay the filing fee.  Mark your application as follows:

1. Type or print "ABC" in the top right corner of your EAD application.  You must identify yourself as an ABC class member if you are applying for an EAD under the ABC settlement agreement.

2. Type or print "(c)(8)" in **Part 2.**, **Item Number 27.**, of the application.

3. Select the box in **Part 3.**, **Item Number 6.**, of this application.

You are entitled to an EAD without regard to the merits of your asylum claim.

Your Form I-765 will be decided within 60 days if:

1. You pay the applicable filing fee and biometric services fee, or you apply for and USCIS approves a waiver of either fee;

2. You have a complete pending asylum application on file; and

3. You correctly mark your application as described above.

**Nationality Categories**

1. **Citizen of Micronesia, the Marshall Islands, or Palau--(a)(8).**  File Form I-765 with evidence you were admitted to the United States as a citizen of the Federated States of Micronesia (CFA/FSM), the Marshall Islands (CFA/MIS), or Palau under agreements between the United States and the former trust territories.

2. **Deferred Enforced Departure (DED)--(a)(11).**  File Form I-765 with evidence of your identity and nationality. If you are without nationality, submit evidence of your residence in the last country in which you habitually resided. You should also state your basis for claiming that you are covered by DED and provide evidence (if available) for your claim.

3. **Temporary Protected Status (TPS)--(a)(12) and (c)(19).**  File Form I-765 with your Form I-821, Application for Temporary Protected Status, or evidence that we accepted or approved your initial Form I-821.  Include evidence of your nationality and identity as required by the Form I-821 Instructions.  If an EOIR IJ or the Board of Immigration Appeals (BIA) granted TPS, and you are requesting your first EAD or are re-registering for the first time, you must submit a copy of the EOIR IJ or BIA order that granted TPS with your Form I-765 (such as a copy of your Form I-821 that the EOIR IJ or BIA approved).  You must also follow the instructions for filing your application as described in the most recent TPS Federal Register notice regarding a TPS designation, re-designation, or extension for your country.  Please check the USCIS website at **www.uscis.gov/tps** for procedures to register or re-register for TPS, including obtaining an EAD, if your country has been designated for TPS.

AR2022_600097

If your non-expired TPS EAD is lost, stolen, or damaged, file Form I-765 with required fees to request a replacement. Include a copy of your approval notice for TPS (if you have been approved) or a copy of your previous Form I-797 Notice for Form I-821 if your TPS application is still pending.

**A.  Category (a)(12) EAD:**  We may issue you a category (a)(12) EAD if your TPS application was approved, you requested an EAD, and you were not previously issued a category (c)(19) EAD that runs through the current TPS designation, re-designation, or extension period for your country.

**Re-registration for TPS:**  File your Form I-765, Form I-821, and a letter indicating that this application is for TPS re-registration.  Include a copy (front and back) of your last available TPS document (for example, an EAD, Form I-94, passport, or travel document, or a Form I-797 Notice).

**NOTE:**  To re-register for TPS, you must file Form I-821; however, you do not need to file Form I-765 if you do not want an EAD.

**B.  Category (c)(19) EAD:**  A category (c)(19) EAD is a temporary benefit under TPS under 8 CFR Part 244.  We may issue you a category (c)(19) EAD if you have a pending Form I-821, and you are *prima facie* eligible for TPS.

**4.  Nicaraguan Adjustment and Central American Relief Act (NACARA) Section 203 Applicants Who Are Eligible to Apply for NACARA Relief With USCIS--(c)(10).**  See the Instructions to Form I-881, Application for Suspension of Deportation or Special Rule Cancellation of Removal (Pursuant to Section 203 of Public Law 105-100 (NACARA)), to determine if you are eligible to apply for NACARA 203 relief.

If you are eligible to apply for NACARA 203 relief with USCIS, you may file Form I-765 together with your Form I-881.  See our website at **www.uscis.gov/I-881** for the most current information on where to file Form I-881.  If you are eligible to file Form I-881 with EOIR, or if you have already filed Form I-881 with USCIS or EOIR, see the **Where to File** section of these Instructions.

If you are filing for an EAD related to your NACARA application, you may be eligible for a fee waiver under 8 CFR 103.7(c)(3)(xi).

**5.  Dependent of TECRO E-1 Nonimmigrant--(c)(2).**  File Form I-765 with the required certification from the American Institute in Taiwan if you are the spouse or unmarried dependent son or daughter of an E-1 employee of the Taipei Economic and Cultural Representative Office.

**Foreign Students Categories**

**1.  F-1 Student Seeking Optional Practical Training (OPT) in a Position Directly Related to Major Area of Study**

**NOTE:**  If you are an F-1 student filing for initial or extension of OPT, please note that your OPT and your employment authorization will be automatically terminated if you change educational program levels or transfer to another school.  Working in the United States without authorization may result in your removal from the United States or denial of re-entry.  Consult your Designated School Official (DSO) for additional details.

**A.  Pre-Completion OPT--(c)(3)(A).**  File Form I-765 up to 90 days before being enrolled for one full academic year, provided that the period of employment will not start before you have completed one full academic year. The one full academic year need not necessarily have been completed while you were in F-1 status; if you completed the one-year requirement while in another valid nonimmigrant status and you are now in valid F-1 status, you are eligible to apply for OPT.  Include evidence of having been lawfully enrolled on a full-time basis for one full academic year at a college, university, conservatory, or seminary approved by the U.S. Immigration and Customs Enforcement (ICE) Student and Exchange Visitor Program (SEVP) for attendance by F-1 foreign students.  Also, include all previously used Student and Exchange Visitor Information System (SEVIS) numbers and evidence of any previously authorized curricular practical training (CPT) or OPT and academic level at which each was authorized.  You must include a Certificate of Eligibility of Nonimmigrant (F-1) Student Status (Form I-20) endorsed by the DSO before filing Form I-765.

**B. Post-Completion OPT--(c)(3)(B).**  File Form I-765 up to 90 days before, but no later than 60 days after, your program end date.  Use **Part 6. Additional Information** to provide all previously used SEVIS numbers and evidence of any previously authorized CPT or OPT and the academic level at which it was authorized.

**NOTE:**  You **must** file your Form I-765 within 30 days of the date that your DSO enters the recommendation for OPT into your SEVIS record.  If you fail to do so, we will deny your OPT request.

**C. 24-Month Extension for STEM Students (Students With a Degree in Science, Technology, Engineering, or Mathematics)--(c)(3)(C).**  File Form I-765 up to 90 days before the expiration of your current OPT, if you are requesting a 24-month STEM extension.  Include evidence the degree that is the basis for the STEM OPT extension is in one of the degree programs currently listed on the STEM Designated Degree Program List.  Additionally, submit the employer's name as listed in E-Verify, along with the E-Verify Company Identification Number, or a valid E-Verify Client Company Identification Number for the employer with whom you are seeking the 24-month STEM OPT extension.  You must provide this information in **Part 2., Item Numbers 28.a. - 28.c.,** of Form I-765.  You must include a copy of the Form I-20 endorsed by the DSO within 60 days before filing Form I-765.

**NOTE:**  If you are applying for a STEM OPT extension based on a previously earned STEM degree, you must also include a copy of your prior STEM degree and evidence that the institution is currently accredited by the U.S. Department of Education and certified by the SEVP.

**D. F-1 Student Offered Off-Campus Employment Under the Sponsorship of a Qualifying International Organization--(c)(3)(ii).**  File Form I-765 with the international organization's letter of certification that the proposed employment is within the scope of its sponsorship and a copy of the Form I-20 with the employment page completed by the DSO certifying eligibility for employment.

**E. F-1 Student Seeking Off-Campus Employment Due to Severe Economic Hardship--(c)(3)(iii).**  File Form I-765 with a copy of the Form I-20 that includes the employment page completed by the DSO certifying eligibility for off-campus employment due to severe economic hardship caused by unforeseen circumstances beyond your control.  Include evidence that:

**(1)** You have been in F-1 status for one full academic year;

**(2)** You are in good standing as a student;

**(3)** You are carrying a full course of study;

**(4)** Acceptance of employment will not interfere with your carrying a full course of study;

**(5)** The employment is necessary to avoid severe economic hardship due to unforeseen circumstances beyond your control; and

**(6)** On-campus employment is unavailable or is not sufficient to meet the needs that have arisen due to the unforeseen circumstances.

**F. J-2 Spouse or Minor Child of an Exchange Visitor--(c)(5).**  File Form I-765 with a copy of Form DS-2019, evidence the J-1 principal foreign national is currently maintaining status, and evidence any income from this employment authorization will not be used to support the J-1 principal foreign national.  Also, provide evidence you are currently maintaining status and include evidence of all previously authorized periods of J-2 employment.

**G. M-1 Student Seeking Post-Completion OPT After Completing Studies--(c)(6).**  File Form I-765 with a copy of the Form I-20 endorsed by the DSO certifying eligibility for employment together with Form I-539, Application to Change/Extend Nonimmigrant Status, if applicable, completed according to the Form I-539 Instructions.  We must receive the completed forms before, but not more than 90 days before, your program end date.  If applicable, your Form I-539 must request an extension of stay that covers the requested period of post-completion OPT and a 30-day departure period.

**NOTE:**  You may request one month of OPT for every four months of full-time study you have completed as an M-1 student.

AR2022_600099

**Categories for Eligible Dependents of Employees of Diplomatic Missions, International Organizations, or NATO**

1. **Dependent of A-1 or A-2 Foreign Government Officials--(c)(1).** Submit Form I-765 with Form I-566, Interagency Record of Request-A, G, or NATO Dependent Employment Authorization or Change/Adjustment to/from A, G, or NATO Status, Dependent Employment Authorization, through your diplomatic mission to the Department of State (DOS). DOS will forward all favorably endorsed applications directly to USCIS for adjudication.

2. **Dependent of G-1, G-3, or G-4 Nonimmigrant--(c)(4).** Submit Form I-765 together with Form I-566 through your international organization to DOS. The United Nations (UN) and UN missions located in New York City should submit such applications to the U.S. Mission to the UN (USUN). DOS or USUN will forward all favorably endorsed applications directly to USCIS for adjudication.

3. **Dependent of NATO-1 Through NATO-6--(c)(7).** If you are a dependent of a North Atlantic Treaty Organization (NATO) nonimmigrant who is stationed at Supreme Allied Command Transformation (SACT), NATO/HQ, submit Form I-765 with Form I-566 to:

   **USLO to NATO/HQ SACT**
   **7857 Blandy Road, Suite 200**
   **Norfolk, VA 23551-2491**

   If you are a dependent of a NATO nonimmigrant who is stationed outside of NATO/HQ SACT, submit Form I-765 with Form I-566 to the Defense Attaché's Office at the embassy of the NATO member that employs the foreign national. For more details on NATO member embassy contacts and on documents required, visit the DOS website **www.state.gov/ofm** under the topic "Dependent Work Authorization."

   If you have questions regarding the process or document requirements, email **OFM-EAD@state.gov**.

**Employment-Based Nonimmigrant Categories**

1. **B-1 Nonimmigrant Who Is the Personal or Domestic Servant of a Nonimmigrant Employer--(c)(17)(i).** File Form I-765 with:

   **A.** Evidence of your lawful B nonimmigrant status (for example, your Form I-94, passport, or other travel document);

   **B.** Evidence that your employer is a B, E, F, H, I, J, L, M, O, P, Q, or TN nonimmigrant;

   **C.** Evidence you worked for the employer for at least one year before the employer entered the United States, or your employer regularly employs personal and domestic servants and has done so for a period of years before coming to the United States;

   **D.** Evidence you have either worked for this employer as a personal or domestic servant for at least one year, or evidence you have at least one year of experience as a personal or domestic servant; and

   **E.** Evidence establishing you have a residence abroad that you have no intention of abandoning.

2. **B-1 Nonimmigrant Domestic Servant of a U.S. Citizen--(c)(17)(ii).** File Form I-765 with:

   **A.** Evidence of your lawful B nonimmigrant status (for example, your Form I-94, passport, or other travel document);

   **B.** Evidence that your employer is a U.S. citizen;

   **C.** Evidence that your employer has a permanent home abroad or is stationed outside the United States and is temporarily visiting the United States, OR evidence that your employer's current assignment in the United States will not be longer than four years; and

   **D.** Evidence that your employer has employed you as a domestic servant abroad for at least six months before your admission to the United States.

3. **B-1 Nonimmigrant Employed by a Foreign Airline--(c)(17)(iii).** File Form I-765 with:

**A.** Evidence of your lawful B nonimmigrant status (for example, your Form I-94, passport, or other travel document); and

**B.** A letter from the airline fully describing your duties and stating your position would entitle you to E nonimmigrant status except for the fact that you are not a national of the same country as the airline, or because there is no treaty of commerce and navigation in effect between the United States and that country.

**4. Spouse of an E-1 Treaty Trader, E-2 Treaty Investor, or E-3 Specialty Occupation Professional from Australia--(a)(17).** File Form I-765 with:

**A.** Evidence of your lawful E nonimmigrant status (for example, your Form I-94, passport, or other travel document); and

**B.** Evidence of your spouse's lawful E nonimmigrant status (for example, a copy of your spouse's Form I-94, passport, or other travel document) and your marriage certificate.

**NOTE:** Other relatives or dependents of E nonimmigrants in E status are not eligible for employment authorization and cannot file under this category.

**5. Spouse of an L-1 Intracompany Transferee--(a)(18).** File Form I-765 with:

**A.** Evidence of your lawful L nonimmigrant status (for example, your Form I-94, passport, or other travel document); and

**B.** Evidence of your spouse's lawful L nonimmigrant status (for example, a copy of your spouse's Form I-94, passport, or other travel document) and your marriage certificate.

**NOTE:** Other relatives or dependents of L nonimmigrants in L status are not eligible for employment authorization and cannot file under this category.

**6. Spouse of an E-2 Commonwealth of Northern Mariana Islands (CNMI) Investor--(c)(12).** File Form I-765 with the required evidence listed under **Special Filing Instructions for Spouses of E-2 CNMI Investors** in the **Required Documentation** section of these Instructions.

Spouses of certain principal E-2 CNMI investors (E-2C) are eligible to seek employment in the CNMI. An EAD issued under this category is only valid for employment in the CNMI.

To determine if you are eligible for an EAD under this section, you must determine what type of investor certificate was issued by the CNMI to your spouse, the principal E-2 CNMI investor. If your spouse was issued either a Long-Term Business Certificate or Foreign Investment Certificate, you may be eligible for an EAD under this category. If your spouse was issued a Foreign Retiree Investment Certification, you are not eligible to receive an EAD under this category.

File Form I-765 with:

**A.** Documentation (such as a marriage certificate) establishing a legal marriage;

**B.** Documentation (such as divorce or death certificates) establishing the termination of any prior marriages of you and your spouse (if applicable);

**C.** Documentation establishing that you reside in the CNMI;

**D.** Documentation establishing that your spouse has obtained E-2C status;

**E.** Documentation establishing that you have obtained E-2C status as a dependent; and

**F.** A copy of your spouse's CNMI issued Long-Term Business Certificate or Foreign Investment Certificate.

**NOTE:** If you are the spouse of a principal E-2 CNMI investor who obtained status on the basis of a Foreign Retiree Investment Certification, you are not eligible for employment authorization and cannot file under this category.

7. **Spouse of an H-1B Nonimmigrant--(c)(26).** File Form I-765 along with documentation of your current H-4 admission or extension of stay. You must also submit documentation establishing either your spouse is the beneficiary of an approved Form I-140, Immigrant Petition for Alien Worker, or your spouse received H-1B status based on the American Competitiveness in the Twenty-First Century Act (AC21) sections 106(a) and (b). For your convenience, you may file Form I-765 with Form I-539. However, we will not process your Form I-765 (except filing fees), until after we have adjudicated your Form I-539. You may also file Form I-765 at the same time as your Form I-539 and your H1-B spouse's Form I-129, Petition for a Nonimmigrant Worker. Please see the USCIS website at **www.uscis.gov/I-765** for the most current information on where to file this benefit request.

A. **Proof of Your Status.** Submit a copy of your current Form I-797 Notice for Form I-539, or Form I-94 showing your admission as an H-4 nonimmigrant or your most recent approved extension of stay; and

B. **Proof of Relationship to the Principal H-1B.** Submit a copy of your marriage certificate. If you cannot submit a copy of your current Form I-797 Notice, Form I-94, or marriage certificate, we will consider secondary evidence of your relationship.

C. **Basis for Work Authorization.** Acceptable documentation includes:

   (1) **Approved Form I-140.** Submit evidence the H-1B principal is the beneficiary of an approved Form I-140. You may show this by submitting a copy of your spouse's Form I-797 Notice for Form I-140; or

   (2) **H-1B Principal Received AC21 106(a) and (b) Extension.** Submit evidence that your spouse has been admitted or granted an extension of stay under AC21 sections 106(a) and (b). You may show this by submitting copies of your spouse's passports, prior Form I-94s, and current and prior Form I-797 Notices for Form I-129. In addition, submit evidence to establish one of the following bases for the H-1B extension of stay.

      (a) **Based on Filing of a Permanent Labor Certification Application.** Submit evidence your spouse is the beneficiary of a Permanent Labor Certification Application that was filed at least 365 days prior to the date the period of admission authorized under AC21 sections 106(a) and (b) took effect. You may show this by submitting a print out from the Department of Labor's (DOL) website or other correspondence from DOL showing the status of your spouse's Permanent Labor Certification Application. If DOL certified the Permanent Labor Certification, you must also submit a copy of Form I-797 Notice for Form I-140 establishing the Form I-140 was filed within 180 days of DOL certifying the Permanent Labor Certification; or

      (b) **Based on a Pending Form I-140.** If the preference category sought for the principal H-1B spouse does not require a Permanent Labor Certification Application with DOL, submit evidence your spouse's Form I-140 was filed at least 365 days prior to the date the period of admission authorized under AC21 sections 106(a) and (b) took effect. You may show this by submitting a copy of the Form I-797 Notice for Form I-140.

      (c) **Secondary Evidence.** If you do not have the evidence listed in **Items (a) or (b)** above, you may ask us to consider secondary evidence in support of your application for employment authorization as an H-4 spouse. For example, in establishing the Basis for Employment Authorization as described in **Items (1)** and **(2)**, you may submit the receipt number of your spouse's most current Form I-129 extension of stay or Form I-140 approved on your spouse's behalf.

      Failure to provide the evidence listed above or secondary evidence may result in the delay or denial of your Form I-765. For additional information on secondary evidence, see **Evidence** in the **General Instructions** section of these Instructions.

8. **Principal Beneficiary of an Approved Employment-Based Immigrant Petition Facing Compelling Circumstances--(c)(35).** File Form I-765 with documents showing that you are eligible for an initial grant or a renewal of employment authorization under the (c)(35) eligibility category.

AR2022_600102

**A. Initial Application:**  If this is your first application for compelling circumstances employment authorization under the (c)(35) eligibility category, **and** an immigrant visa number is not yet available to you, you may be eligible if:

**(1)** You have NOT filed Form I-485;

**(2)** You have a Form I-140 approved on your behalf;

**(3)** You are in the United States in a valid E-3, H-1B, H-1B1, O-1, or L-1 nonimmigrant status; and

**(4)** You face compelling circumstances.

**See Item C. Supporting Evidence by Principal below for more information regarding what documents to submit with your application, including additional requirements where you have been convicted of certain crimes.**

**B. Renewal Application:**  If you already have employment authorization under the (c)(35) eligibility category, you may be eligible for renewal if:

**(1)** You have a Form I-140 approved on your behalf;

**(2)** You face compelling circumstances **and** an immigrant visa is not authorized for issuance based on your priority date according to the relevant Final Action Date in the Department of State Visa Bulletin in effect on the date the application for a renewal of employment authorization is filed; **OR**

The difference between your priority date and the Final Action Date for your preference category and country of chargeability is one year or less according to the Department of State Visa Bulletin in effect on the date your renewal application is filed.  This means that your priority date cannot be more than one year earlier or one year later than the Department of State cut-off date in the Visa Bulletin applicable to your preference category and country of chargeability in effect on the date your renewal application is filed.  If this is the basis for your renewal application, you are not required to show compelling circumstances; **AND**

**(3)** You file your renewal application on Form I-765 with USCIS before your current employment authorization expires.  You are not required to be in a valid nonimmigrant status when you file your renewal application.

**See Item C. Supporting Evidence by Principal below for more information regarding what documents to submit with your application, including additional requirements where you have been convicted of certain crimes.**

**C. Supporting Evidence by Principal**

**(1) Proof You Are in the United States in E-3, H-1B, H-1B1, O-1, or L-1 Nonimmigrant Status.**  For initial applications, submit a copy of your Arrival-Departure Record (Form I-94) showing your admission as an E-3, H-1B, H-1B1, O-1, or L-1 nonimmigrant, or a copy of your current Form I-797 Notice for Form I-129.

**(2) Proof of Your Approved Form I-140.**  For initial and renewal applications, submit a copy of a Form I-797 Notice for Form I-140 showing the Immigrant Petition has been approved on your behalf.

**(3) Evidence You Are Facing Compelling Circumstances While You Wait for Your Immigrant Visa to Become Available.**  For initial and, if applicable, renewal applications based on compelling circumstances, USCIS will review the documents you provide to determine, in its discretion, whether you have established compelling circumstances.  USCIS makes this discretionary determination on a case-by-case basis according to the documents submitted and the totality of the record.  You should submit any credible evidence you believe supports your claim of compelling circumstances.

**(4) Secondary Evidence.**  If you do not have the evidence listed in **Items (1)** or **(2)** above, you may ask us to consider secondary evidence in support of your application for employment authorization.  For additional information on secondary evidence, see **Evidence** in the **General Instructions** section of these Instructions.

**(5) Proof of Arrests and Conviction.**  For initial and renewal applications, you must submit documentation of any arrests and/or convictions.  If you were ever convicted of a felony or two or more misdemeanors, you cannot be granted employment authorization under this eligibility category.  USCIS will make the determination as to whether your crimes fall into either of these categories.  You must, however, provide information and any supporting documentation on all crimes which you were convicted of so USCIS can make an appropriate decision.  Provide certified copies of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.

**NOTE:**  USCIS may, in its discretion, deny your application if you have been arrested and/or convicted of any crime.

**D.  Traffic Violations and Arrests**

Do not select the "Yes" box for **Part 2.**, **Item Number 31.b.**, on the application or submit documentation if you only have had minor traffic violations.  Minor traffic violations do NOT include violations that are alcohol- or drug-related.  If you were **ARRESTED** for any traffic offense, select the "Yes" box for **Item Number 31.b.** on the application and provide arrest and disposition documentation so USCIS can properly assess whether your arrest and/or conviction may impact your employment authorization eligibility.

**NOTE:  Provide the conviction and disposition documentation even if your records were sealed, expunged, or otherwise cleared.**  You must provide the documentation even if anyone, including a judge, law enforcement officer, or attorney told you that you no longer have a record or that you do not have to disclose the information.

Failure to provide the evidence listed above or secondary evidence may result in the delay or denial of your application for employment authorization.

**9.  Spouse or Unmarried Child of a Principal Beneficiary of an Approved Employment-Based Immigrant Petition--(c)(36).**  File Form I-765 along with supporting documentation for an initial grant or a renewal of employment authorization under the (c)(36) eligibility category.  You may file your application **WITH** your spouse's or parent's application under (c)(35).  You may file your application while your spouse's or parent's application under (c)(35) is **PENDING** or **AFTER** your spouse's or parent's application has been approved by USCIS.  If filing with your spouse's or parent's application, USCIS will not adjudicate your Form I-765 until after USCIS has adjudicated your spouse's or parent's Form I-765 first.

**A.  Initial Application:**  If this is your first application for employment authorization under the (c)(36) eligibility category, you may be eligible if:

**(1)** You are the spouse or unmarried child of an individual who is filing or who has been approved for compelling circumstances employment authorization under (c)(35) (See **Proof of Relationship to the Principal Beneficiary of the Approved Form I-140** section below);

**(2)** Your spouse's or parent's application for compelling circumstances employment authorization under (c)(35) has been approved or is pending with USCIS (not required if you are filing your application at the same time as your spouse's or parent's application under (c)(35)); and

**(3)** You were in a valid nonimmigrant status when your spouse or parent applies for initial employment authorization under the (c)(35) eligibility category.

**See Item C. Supporting Evidence by Spouse or Unmarried Child below for more information regarding what documents to submit with your application, including additional requirements if you have been arrested or convicted.**

**B.  Renewal Application:**  You may be eligible to renew your application under the (c)(36) eligibility category if:

**(1)** You file Form I-765 before your current employment authorization expires;

**(2)** You are the spouse or unmarried child of an individual who is filing or who has been approved for compelling circumstances employment authorization under (c)(35) (See **Proof of Relationship to the Principal Beneficiary of the Approved Form I-140** below); and

**(3)** Your spouse's or parent's application for compelling circumstances employment authorization under (c)(35) has been approved or is pending with USCIS (not required if you are filing your application at the same time as your spouse's or parent's renewal application under (c)(35)).

You are not required to be in a valid nonimmigrant status when you file your renewal application.

**See Item C. Supporting Evidence by Spouse or Unmarried Child below for more information regarding what documents to submit with your application, including additional requirements if you have been arrested or convicted.**

**C. Supporting Evidence by Spouse or Unmarried Child**

**(1)  Proof of Your Nonimmigrant Status.**  For initial applications only, submit a copy of your Arrival-Departure Record (Form I-94) showing your admission as a nonimmigrant, a copy of your current Form I-797 Notice for Form I-129, or a copy of your current Form I-797 Notice for Form I-539.

**(2)  Proof of Relationship to the Principal Beneficiary of the Approved Form I-140.**  For initial and renewal applications, if you are applying as the spouse of a principal beneficiary of an approved Form I-140, submit a copy of the marriage certificate and if applicable, copies of documents showing the legal termination of all other marriages by you or your spouse.  If you are applying as the child of a principal beneficiary of an approved Form I-140, submit a copy of your birth certificate or other documents to demonstrate you qualify as the principal beneficiary's child.  If you cannot submit a copy of your marriage certificate or birth certificate, USCIS will consider secondary evidence.

**(3)  Proof the Spouse or Parent Principal Beneficiary was Granted or has Applied for Employment Authorization Under Eligibility Category (c)(35).**  For initial and renewal applications, if you submit your Form I-765 after your spouse or parent receives employment authorization under eligibility category (c)(35), submit a copy of your spouse's or parent's employment authorization document or submit a copy of your spouse's or parent's Form I-797 Notice for Form I-765.

If your spouse's or parent's application under (c)(35) is **pending** when you file your Form I-765, submit a copy of your spouse's or parent's Form I-797 Notice for the pending Form I-765.  USCIS will not adjudicate your Form I-765 until USCIS has adjudicated your spouse's or parent's Form I-765.

**(4)  Secondary Evidence.**  If you do not have the evidence listed in **Items (1)**, **(2)**, or **(3)** above, you may ask us to consider secondary evidence in support of your application for employment authorization.  For additional information on secondary evidence, see **Evidence** in the **General Instructions** section of these Instructions.

**(5)  Proof of Arrests and Convictions.**  For initial and renewal applications, you must submit documentation of any arrests and/or convictions.  If you were ever convicted of a felony or two or more misdemeanors committed, you cannot be granted employment authorization under this eligibility category.  USCIS will make the determination as to whether your crimes fall into either of these categories.  You must, however, provide information and any supporting documentation on all crimes which you were convicted of so USCIS can make an appropriate decision.  Provide certified copies of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.

**NOTE:**  USCIS may, in its discretion, deny your application if you have been arrested and/or convicted of any crime.

**D. Traffic Violations and Arrests**

Do not select the "Yes" box for **Part 2.**, **Item Number 31.b.**, on the application or submit documentation if you only have had minor traffic violations.  Minor traffic violations do NOT include violations that are alcohol- or drug-related.  If you were **ARRESTED** for any traffic offense, select the "Yes" box for **Item Number 31.b.** on the application and provide arrest and disposition documentation so USCIS can properly assess whether your arrest and/or conviction may impact your employment authorization eligibility.

AR2022_600105

**NOTE:  Provide the conviction and disposition documentation even if your records were sealed, expunged, or otherwise cleared.**  You must provide the documentation even if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record or that you do not have to disclose the information.

Failure to provide the evidence listed above or secondary evidence may result in the delay or denial of your application for employment authorization.

**Department of State Visa Bulletin.**  USCIS will adjudicate all applications for initial or renewal employment authorization according to the Visa Bulletin in effect on the date the application is filed.  To see the current Visa Bulletin, please go to **https://travel.state.gov/content/travel/en/legal/visa-law0/visa-bulletin.html** and click the link to the Visa Bulletin.

**Priority Dates.**  For more information about priority dates, please visit our Visa Availability and Priority Date website at **www.uscis.gov**.

**Filing Location.**  Please see the USCIS website at **www.uscis.gov/i-765** for the most current information on where to file your application for initial or renewal employment authorization under the (c)(35) or (c)(36) eligibility categories.

## Family-Based Nonimmigrant Categories

1. **K-1 Nonimmigrant Fiancé(e) of U.S. Citizen or K-2 Dependent--(a)(6).**  File Form I-765 along with evidence of your admission (for example, copies of your Form I-94, passport, or other travel document) and your K visa.  You are only authorized to work under this category during your 90 days in K-1 or K-2 status.  You cannot renew this EAD.  If you submit subsequent EAD applications, other than for replacement of a lost, stolen, or damaged card or a card that contains incorrect data, you must apply on a different basis.  If you have a pending application for adjustment of status, you should file under category (c)(9).

2. **K-3 Nonimmigrant Spouse of U.S. Citizen or K-4 Dependent--(a)(9).**  File Form I-765 along with evidence of your admission (for example, copies of your Form I-94, passport, or other travel document) and your K visa.

3. **Family Unity Program--(a)(13).**  If you are filing for initial or extension of family unity benefits, complete and submit Form I-817, Application for Family Unity benefits, according to the filing instructions on Form I-817.  We will issue an EAD if we approve your Form I-817.  No Form I-765 is necessary, unless you are filing for replacement of a non-expired lost, stolen, damaged, or incorrect card.

4. **LIFE Family Unity--(a)(14).**  If you are applying for initial employment authorization under section 1504 of the LIFE Act Amendments, complete and submit Form I-817.  We will issue an EAD if we approve your Form I-817; no Form I-765 is necessary unless you are filing for replacement of a non-expired lost, stolen, damaged, or incorrect card.

5. **V-1, V-2, or V-3 Nonimmigrant--(a)(15).**  If you were granted V status or an extension of V status while in the United States, file Form I-765 with evidence of your V status (for example, an approval notice, your Form I-94, passport, or other travel document).  If you are in the United States but you have not yet filed an application for V status, you may file Form I-765 at the same time as you file your application for V status.  We will adjudicate this application after adjudicating your application for V status.

## Adjustment of Status Categories

1. **Adjustment Applicant under Section 245--(c)(9).**  File Form I-765 together with Form I-485, Application to Register Permanent Residence or Adjust Status, or if filing separately, submit a copy of your I-485 receipt notice or other evidence that your Form I-485 is pending.

    **NOTE:**  If you are an asylee or refugee and have applied to adjust to lawful permanent resident status on Form I-485, file Form I-765 under category (a)(5) as an asylee or (a)(3) as a refugee.  Do not file under eligibility category (c)(9).  You will need to pay the filing fee or obtain a fee waiver for Form I-765 if your Form I-485 is still pending with USCIS and this is not your first EAD as a refugee or asylee and you did not pay the Form I-485 filing fee for any reason.

AR2022_600106

2. **Registry Applicant Based on Continuous Residence Since January 1, 1972--(c)(16).**  File Form I-765 together with your Form I-485 or, if filing separately, submit a copy of your Form I-485 receipt notice or other evidence that your Form I-485 is pending.

3. **Renewal EAD for National Interest Waiver Physicians:**  If you are requesting a renewal EAD based on your pending adjustment of status application and an approved National Interest Waiver Physician petition, you must also include evidence of your meaningful progress toward completing the National Interest Waiver obligation (for example, documentation of employment in any period during the previous year, such as copies of W-2 forms).  If you did not work as a National Interest Waiver Physician during any period of the previous year, you must explain why and provide a statement of future intent to work as a physician in a qualifying location.

**Other Categories**

1. **Legalization Temporary Resident Pursuant to INA Sections 245A or 210--(a)(2).**  File Form I-765 with a copy of your approval notice for Form I-687, Application for Status as a Temporary Resident Under Section 245A of the INA, or other evidence that your Form I-687 is approved; OR File Form I-765 with a copy of your approval notice for Form I-700, Application for Status as a Special Agricultural Worker, or other evidence that your Form I-700 is approved.

2. **N-8 or N-9 Nonimmigrant--(a)(7).**  File Form I-765 with evidence of your lawful N nonimmigrant status (for example, your Form I-94, passport, or other travel document).

3. **Applicant for Cancellation of Removal--(c)(10).**  File Form I-765 with evidence one of the following forms is pending with EOIR:  EOIR-42A or EOIR-42B.

4. **Applicant for Legalization Pursuant to INA Section 210--(c)(20).**  File Form I-765 with a copy of your receipt notice for Form I-700, Application for Status as a Temporary Resident Under Section 210 of the INA, or other evidence that your Form I-700 is pending.

5. **Applicant for Legalization Pursuant to INA Section 245A--(c)(22).**  File Form I-765 with a copy of your receipt notice for Form I-687, Application for Status as a Temporary Resident Under Section 245A of the INA, or Form I-698, Application to Adjust Status from Temporary to Permanent Resident Under Section 245A of the INA, or other evidence that your Form I-687 or I-698 is pending.

6. **Parole--(c)(11).**  File Form I-765 with a copy of your Form I-94, passport, or other travel document showing you were paroled into the United States for urgent humanitarian reasons or reasons of significant public benefit pursuant to INA 212(d)(5) (such as Cuban Family and Haitian Family Reunification Parole programs).

   **NOTE:**  If you were paroled into the United States after having established a credible fear of persecution or torture pursuant to INA 235(b)(1)(A), you **are not eligible** for either an initial or renewal EAD under the (c)(11) eligibility category.  You must wait 365 calendar days from the date you properly file and USCIS or the Immigration Court accepts your asylum application before you can request employment authorization under the (c)(8) eligibility category.

7. **Deferred Action--(c)(14).**  File Form I-765 with a copy of the order, notice, or other document reflecting the grant of deferred action and proof that you have an economic necessity to work.  We will consider whether you have an economic necessity to work by reviewing your current annual income, your current annual expenses, and the total current value of your assets.  Provide this financial information on Form I-765WS, Form I-765 Worksheet.  If you would like to provide an explanation, complete **Part 3. Explanation** of the worksheet.  Supporting evidence is not required, but USCIS will accept and review any documentation that you submit.  You do not need to include other household members' financial information to establish your own economic necessity.

8. **Consideration of Deferred Action for Childhood Arrivals--(c)(33).**

   A. You must file Form I-765 with Form I-821D, Consideration of Deferred Action for Childhood Arrivals, if you meet the guidelines described in the Form I-821D Instructions.  Enter (c)(33) in **Part 2.**, **Item Number 27.**, as the eligibility category under which you are applying.

**(1)** You must file Form I-765 Worksheet to demonstrate that you have an economic necessity to work.  We will consider whether you have an economic necessity to work by reviewing your current annual income, your current annual expenses, and the total current value of your assets.  Provide this financial information on Form I-765WS.  If you would like to provide an explanation, complete **Part 3. Explanation** of the worksheet.  Supporting evidence is not required, but USCIS will accept and review any documentation that you submit.  You do not need to include other household members' financial information to establish your own economic necessity.

**(2)** The filing fee for Form I-765 is based on the Consideration of Deferred Action for Childhood Arrivals category and the associated biometric services fee **cannot** be waived.  However, we may waive the collection of certain biometrics.

9. **Final Order of Deportation or Removal, including Deferral of Removal under the Convention Against Torture--(c)(18).**  File Form I-765 with a copy of the EOIR IJ's Order of Removal and Form I-220B, Order of Supervision (if any).  Additional factors that may be considered include, but are not limited to, the following:

   **A.** Existence of a dependent spouse and/or children in the United States who rely on you for support;

   **B.** Existence of economic necessity to be employed; and

   **C.** Anticipated length of time before you can be removed from the United States.

10. **LIFE Legalization Applicant--(c)(24).**  File Form I-765 with evidence that you were a Catholic Social Services (CSS), League of United Latin American Citizens (LULAC), or Zambrano class member applicant before October 1, 2000 and a copy of the Form I-797 Notice or other evidence that your Form I-485 is pending.

11. **T-1 Nonimmigrant--(a)(16).**  If you are filing Form I-914, Application for T Nonimmigrant Status, and request an EAD as part of that application, you do not need to file Form I-765.  If you are currently in T-1 nonimmigrant status and did not request an EAD when you filed your Form I-914, you may file Form I-765 to request an EAD.  If you were granted T-1 nonimmigrant status and want to request a replacement of an EAD, file Form I-765 along with evidence of your T-1 nonimmigrant status (for example, an approval notice).

    If you have filed Form I-539 to extend your T-1 nonimmigrant status, you may file Form I-765 to request a renewal of your EAD, along with evidence of your T nonimmigrant status (for example, an approval notice).  You may file Form I-765 together with Form I-539 or after we approve your Form I-539.  If you file Form I-765 after we approve your Form I-539, submit a copy of your I-539 approval notice.

12. **T-2, T-3, T-4, T-5, or T-6 Nonimmigrant--(c)(25).**  File Form I-765 along with proof of your derivative T nonimmigrant status.  If you obtained derivative T nonimmigrant status while in the United States, you must submit a copy of the approval notice for your T nonimmigrant status.  If you were admitted to the United States as a T nonimmigrant, you must submit a copy of your passport with your T nonimmigrant visa.  If you were granted derivative T nonimmigrant status and want to request replacement of an EAD, file Form I-765 along with evidence of your derivative T nonimmigrant status (for example, an approval notice).

    If you (or the T-1 principal foreign national) filed Form I-539 to extend your T-2, T-3, T-4, T-5, or T-6 nonimmigrant status in conjunction with an extension of the principal T-1 nonimmigrant's status, you may file Form I-765 to request an initial or renewal EAD, along with evidence of your nonimmigrant status (for example, an approval notice or copy of your passport with your T nonimmigrant visa).  You may also file Form I-765 together with Form I-539 or after we approve your Form I-539.  If you file Form I-765 after we approve your Form I-539, submit a copy of your Form I-539 approval notice.

**NOTE:**  Derivative family members of T-1 nonimmigrants living outside the United States are not eligible to receive an EAD until they lawfully enter the United States.  If you are a derivative family member who is outside the United States, do not file Form I-765.

AR2022_600108

13. **T Nonimmigrant Adjustment of Status--(c)(9).**  If you filed Form I-485 to adjust your status from a T-1, T-2, T-3, T-4, T-5, or T-6 nonimmigrant to a lawful permanent resident, you may file Form I-765 together with Form I-485 if you are seeking an EAD.  You should also include evidence of your T nonimmigrant status (for example, an approval notice or copy of your passport with your T nonimmigrant visa).  If you file Form I-765 after filing Form I-485, submit a copy of your Form I-485 receipt notice.  While your Form I-485 is pending, we will extend T nonimmigrant status until a decision is made on your Form I-485.

14. **U-1 Nonimmigrant--(a)(19).**  If you are currently residing in the United States and your Form I-918, Petition for U Nonimmigrant Status, is approved, you will receive employment authorization incident to status and USCIS will send you an EAD as evidence of that authorization.  You do not need to file Form I-765.  If you resided outside the United States when your Form I-918 was approved, you must file Form I-765 with USCIS when you enter the United States.  You must submit a copy of your passport with your U nonimmigrant visa.

    If we granted your U nonimmigrant status and you want to request a replacement of an EAD, file Form I-765 along with evidence of your U nonimmigrant status (for example, an approval notice).

    If you have filed Form I-539 to extend your U-1 nonimmigrant status, you may file Form I-765 to request a renewal of your EAD, along with evidence of your U-1 nonimmigrant status (for example, an approval notice).  You may file Form I-765 together with Form I-539, or after we approve your Form I-539.  If you file Form I-765 after we approve your Form I-539, submit a copy of your I-539 approval notice.

    **NOTE:**  U-1 nonimmigrants living outside the United States are not eligible to receive an EAD until they lawfully enter the United States.  If you have an approved Form I-918 but are outside the United States, do not file Form I-765 until you have entered the United States.

    **NOTE:**  If the statutory cap is reached within a fiscal year and USCIS uses the waiting list process described at 8 CFR 214.14(d)(2), U-1 petitioners for U nonimmigrant status in the United States can file Form I-765 to apply for an EAD based on deferred action ((c)(14)).  An application for employment authorization based on deferred action can only be approved after DHS has issued deferred action in your case, regardless of when Form I-765 is filed.

15. **U-2, U-3, U-4, or U-5--(a)(20).**  You may file Form I-765 at the same time as Form 918, Supplement A, Petition for Qualifying Family Member of U-1 Recipient, or you may file Form I-765 at a later time.  If USCIS has granted you derivative U nonimmigrant status, file Form I-765 along with proof of your derivative U nonimmigrant status.  If you obtained derivative U nonimmigrant status while in the United States, you must submit a copy of the approval notice for that status.  If you were admitted to the United States as a U nonimmigrant, you must submit a copy of your passport with your U nonimmigrant visa.

    If you (or the principal U-1 nonimmigrant) filed Form I-539 to extend your U-2, U-3, U-4, or U-5 nonimmigrant status, you may file Form I-765 to request an initial or renewal EAD, along with evidence of your nonimmigrant status (for example, an approval notice or copy of your passport with your U nonimmigrant visa).  You may file Form I-765 together with Form I-539 or after we approve your Form I-539.  If you file Form I-765 after we approve your Form I-539, submit a copy of your Form I-539 approval notice.

    **NOTE:**  Derivative family members of U-1 nonimmigrants living outside the United States are not eligible to receive an EAD until they lawfully enter the United States.  If you are a derivative family member who is outside the United States, do not file Form I-765.

    **NOTE:**  If the statutory cap is reached within a fiscal year and USCIS uses the waiting list process described at 8 CFR 214.14(d)(2), derivative family members of U-1 petitioners for U nonimmigrant status in the United States can file Form I-765 to apply for an EAD based on deferred action ((c)(14)).  An application for employment authorization based on deferred action can only be approved after DHS has issued deferred action in your case, regardless of when Form I-765 is filed.

16. **U Nonimmigrant Adjustment of Status--(c)(9).**  If you filed Form I-485 to adjust your status from a U-1, U-2, U-3, U-4 or U-5 Nonimmigrant to a lawful permanent resident, you may file Form I-765 along with Form I-485 if you are seeking an EAD.  You should also include evidence of your U nonimmigrant status (for example, an approval notice or copy of your passport with your U nonimmigrant visa).  If you file Form I-765 after filing your Form I-485, submit a copy of your Form I-485 receipt notice.  While your Form I-485 is pending, we will extend your U nonimmigrant status until we make a decision on your Form I-485.

17. **VAWA Self-Petitioners--(c)(31).**  If you are the principal beneficiary or derivative child of an approved VAWA self-petition, you are eligible for work authorization.  If you are filing a Form I-360 VAWA self-petition, and request an initial EAD as the principal beneficiary of the self-petition, you do not need to file Form I-765.  Principal beneficiaries of an approved VAWA self-petition seeking a renewal or replacement EAD and derivative children seeking an EAD must use Form I-765.  File Form I-765 with evidence of the principal beneficiary's approved Form I-360 VAWA self-petition (for example, a copy of the VAWA self-petition approval notice).

18. **A-3 or G-5 Nonimmigrant--(c)(14).**  If you have filed a pending civil action against your employer because your employer violated the terms of your employment contract or conditions of your employment, you may file Form I-765 to request deferred action and receive work authorization.  File Form I-765 with a copy of the civil complaint filed in court and proof of lawful admission into the United States in A-3 or G-5 status (for example, a copy of your passport with your A-3 or G-5 nonimmigrant visa).  If you are requesting renewal after your initial employment authorization is granted, file Form I-765 with evidence that the civil case is still pending (for example, a recent court docket update).

19. **Applicant for Commonwealth of the Northern Mariana Islands (CNMI) Long-Term Resident Status-- (c)(37).**  You must file Form I-765 together with your Form I-955, Application for CNMI Long-Term Resident Status.  If you do not submit your Form I-765 with all applicable fees together with your Form I-955, the entire submission will be rejected.  A fee waiver is not available.  If your Form I-955 is approved, you will receive an employment authorization document as evidence of your CNMI Long-Term Resident Status and evidence that you are authorized for employment in the CNMI incident to status.

## General Instructions

USCIS provides forms free of charge through the USCIS website.  To view, print, or fill out our forms, you should use the latest version of Adobe Reader, which you can download for free at **http://get.adobe.com/reader/**.  The USCIS Contact Center provides information in English and Spanish.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

**Signature.**  Each application must be properly signed and filed.  For all signatures on this application, USCIS will not accept a stamped or typewritten name in place of a signature.  If you are under 14 years of age, your parent or legal guardian may sign the application on your behalf.  A legal guardian may also sign for a mentally incompetent person.

**Validity of Signatures.**  USCIS will consider a photocopied, faxed, or scanned copy of the original, handwritten signature valid for filing purposes.  The photocopy, fax, or scan must be of the original document containing the handwritten, ink signature.

**Filing Fee.**  Each application must be accompanied by the appropriate filing fee.  (See the **What Is the Filing Fee** section of these Instructions.)

**Evidence.**  At the time of filing, you must submit all evidence and supporting documents listed in these Instructions.  If you do not have and cannot get a required document, you must demonstrate this and provide secondary evidence.  If secondary evidence does not exist or is unavailable, you must demonstrate both the unavailability of the required document and the relevant secondary evidence and submit two or more sworn affidavits by people not named on this application who have direct knowledge of the event and circumstances.

**Biometric Services Appointment.** USCIS may require that you appear for an interview or provide biometrics (fingerprints, photograph, and/or signature) at any time to verify your identity, obtain additional information, and conduct background and security checks, including a check of criminal history records maintained by the Federal Bureau of Investigation (FBI), before making a decision on your application or petition. After USCIS receives your application and ensures it is complete, we will inform you in writing if you need to attend a biometric services appointment. If an appointment is necessary, the notice will provide you the location of your local or designated USCIS Application Support Center (ASC) and the date and time of your appointment or, if you are currently overseas, instruct you to contact a U.S. Embassy, U.S. Consulate, or USCIS office outside the United States to set up an appointment.

If you are required to provide biometrics, at your appointment you must sign an oath reaffirming that:

1. You provided or authorized all information in the application;

2. You reviewed and understood all of the information contained in, and submitted with, your application; and

3. All of this information was complete, true, and correct at the time of filing.

If you fail to attend your biometric services appointment, USCIS may deny your application.

**Copies.** You should submit legible photocopies of documents requested, unless the Instructions specifically state that you must submit an original document. USCIS may request an original document at the time of filing or at any time during processing of an application or petition. If USCIS requests an original document from you, it will be returned to you after USCIS determines it no longer needs your original.

**NOTE:** If you submit original documents when not required or requested by USCIS, **your original documents may be immediately destroyed after we receive them.**

**Translations.** If you submit a document with information in a foreign language, you must also submit a full English translation. The translator must sign a certification that the English language translation is complete and accurate, and that he or she is competent to translate from the foreign language into English. The certification must include the translator's signature. DHS recommends the certification contain the translator's printed name, the signature date, and the translator's contact information.

**How To Fill Out Form I-765**

1. Type or print legibly in black ink.

2. If you need extra space to complete any item within this application, use the space provided in **Part 6. Additional Information** or attach a separate sheet of paper. Type or print your name and Alien Registration Number (A-Number) (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

3. Answer all questions fully and accurately. If a question does not apply to you (for example, if you have never been married and the question asks, "Provide the name of your current spouse"), type or print "N/A" unless otherwise directed. If your answer to a question which requires a numeric response is zero or none (for example, "How many children do you have" or "How many times have you departed the United States"), type or print "None" unless otherwise directed.

---

| **Specific Instructions** |
| --- |

**Part 1. Reason for Applying.**

You must select one **Item Number** that best describes your reason for applying:

**Item Number 1.a.**  Initial permission to accept employment.

**Item Number 1.b.**  Replacement of a lost, stolen, or damaged EAD, or correction of your EAD not due to USCIS error.

**NOTE:**  Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee.  Refer to **Replacement for Card Error** in the **What Is the Filing Fee** section of these Instructions for further details.

**Item Number 1.c.  Renewal of your permission to accept employment.**  If you select **Item Number 1.c.**, attach a copy of your previous EAD.

**Part 2.  Information About You**

**Item Numbers 1.a. - 1.c.  Your Full Legal Name.**  Provide your full legal name as shown on your birth certificate or legal change of name document in the spaces provided.

**Item Numbers 2.a. - 4.c.  Other Names Used.**  Provide all other names you have ever used, including aliases, maiden name, and nicknames.  If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

**Item Numbers 5.a. - 5.f.  Your U.S. Mailing Address.**  You must provide a valid mailing address in the United States.  You may list a valid U.S. residence, APO, or commercial address.  You may also list a U.S. Post Office address (PO Box) if that is how you receive your mail.  If your mail is sent to someone other than yourself, please include an "In Care Of Name" as part of your mailing address.  If your U.S. mailing address is in a U.S. territory and it contains an urbanization name, list the urbanization name in the "In Care Of Name" space provided.  We will send your EAD to this address.  Do not use the attorney's or other legal representative's address.

**NOTE:**  If you have a pending or approved Form I-360 VAWA self-petition, Form I-914, Application for T Nonimmigrant Status, or Form I-918, Petition for U Nonimmigrant Status, and do not feel safe receiving correspondence regarding this application at your residential address, provide a safe mailing address.  You may provide a post office box (PO Box) or the address of a friend, your attorney, a community-based organization that is helping you, or any other address where you can safely and punctually receive mail.  If an alternate or safe mailing address is not provided, USCIS may use the address of your attorney or preparer, if any.  If your safe mailing address is not the same as the address where you currently reside, provide your U.S. physical address in **Item Numbers 6.a. - 6.e.**

**Item Numbers 6. - 7.e.  U.S. Physical Address.**  Type or print your physical address in the spaces provided.

**Item Number 8.  Alien Registration Number (A-Number)** (if any).  An Alien Registration Number, otherwise known as an "A-Number," is typically issued to people who apply for, or are granted, certain immigration benefits.  In addition to USCIS; ICE, U.S. Customs and Border Protection (CBP), EOIR, and the DOS may also issue an A-Number to certain foreign nationals.  If you were issued an A-Number, type or print it in the spaces provided.  If you are renewing your EAD, this number may be listed as the USCIS Number on the front of the card.  If you have more than one A-Number, use the space provided in **Part 6. Additional Information** to provide the information.  If you do not have an A-Number or if you cannot remember it, leave this space blank.

**Item Number 9.  USCIS Online Account Number** (if any).  If you have previously filed an application or petition using the USCIS online filing system (previously called USCIS Electronic Immigration System (USCIS ELIS)), provide the USCIS Online Account Number you were issued by the system.  You can find your USCIS Online Account Number by logging in to your account and going to the profile page.  If you previously filed certain applications or petitions on a paper form through a USCIS Lockbox facility, you may have received a USCIS Online Account Access Notice issuing you a USCIS Online Account Number.  You may find your USCIS Online Account Number at the top of the notice.  The USCIS Online Account Number is not the same as an A-Number.  If you were issued a USCIS Online Account Number, enter it in the space provided.

**Item Number 10.  Gender.**  Select the box that indicates whether you are male or female.

AR2022_600112

**Item Number 11.  Marital Status.**  Select the box that describes the marital status you have on the date you file Form I-765.

**Item Numbers 12.  Previous Application for Employment Authorization from USCIS.**  If you have applied for employment authorization in the past, select "Yes" for **Item Number 12.**  Provide copies of your previous EADs, if available.

**Item Numbers 13.a. - 17.b.  Questions regarding Social Security Number (SSN).  Item Number 13.a.** asks you if the Social Security Administration (SSA) has ever officially issued you a Social Security card.  If the SSA ever issued a Social Security card to you in your name or a previously used name such as your maiden name, then you must enter the SSN from your card in **Item Number 13.b.**

If your request for employment authorization is approved, the SSA may assign you an SSN and issue you a Social Security card, or issue you a replacement card.  If you want the SSA to assign you a Social Security number and issue you a Social Security card, or issue you a new or replacement Social Security card, then answer "Yes" to both **Item Number 14.** and **Item Number 15.**  You must also provide your father's and mother's family and given names at birth in **Item Numbers 16.a. - 17.b.**  SSA will use **Item Numbers 16.a. -17.b.** in issuing you a Social Security card.

You are not required to request an SSN using this application.  Completing **Item Numbers 14. - 17.b.** is optional.  However, you must have an SSN properly assigned in your name to work in the United States.

**NOTE:**  If your employer uses E-Verify to confirm new employees' eligibility to legally work in the United States, the information you provide on Form I-9, Employment Eligibility Verification, will be compared to data in SSA and DHS databases.  Employees must have an SSN in order for E-Verify to confirm their eligibility to legally work in the United States.

**Item Number 18.a. - 18.b.  Country or Countries of Citizenship or Nationality.**  Type or print the name of the country or countries where you are currently a citizen or national.

**1.**  If you are stateless, type or print the name of the country where you were last a citizen or national.

**2.**  If you are a citizen or national of more than one country, type or print the name of the foreign country that issued your last passport.

**Item Numbers 19.a. - 19.c.  Place of Birth.**  Enter the name of the city, town, or village; state or province; and country where you were born.  Type or print the name of the country as it was named when you were born, even if the country's name has changed or the country no longer exists.

**Item Number 20.  Date of Birth.**  Enter your date of birth in mm/dd/yyyy format in the space provided.  For example, type or print October 5, 1967 as 10/05/1967.

**Item Numbers 21.a. - 21.e.  Form I-94 Arrival-Departure Record.**  If CBP or USCIS issued you a Form I-94, Arrival-Departure Record, provide your Form I-94 number.  The Form I-94 number also is known as the Departure Number on some versions of Form I-94.

**NOTE:**  If you were admitted to the United States by CBP at an airport or seaport after April 30, 2013, CBP may have issued you an electronic Form I-94 instead of a paper Form I-94.  You may visit the CBP website at **www.cbp.gov/i94** to obtain a paper version of an electronic Form I-94.  CBP does not charge a fee for this service.  Some travelers admitted to the United States at a land border, airport, or seaport, after April 30, 2013, with a passport or travel document, who were issued a paper Form I-94 by CBP, may also be able to obtain a replacement Form I-94 from the CBP website without charge.  If your Form I-94 cannot be obtained from the CBP website, it may be obtained by filing Form I-102, Application for Replacement/Initial Nonimmigrant Arrival-Departure Record, with USCIS.  USCIS **does** charge a fee for this service.

**Passport and Travel Document Numbers.**  If you used a passport or travel document to travel to the United States, enter either the passport or travel document information in the appropriate space on the application, even if the passport or travel document is currently expired.

AR2022_600113

**Item Number 22.  Date of Your Last Arrival Into the United States, On or About.**  Provide the date on which you last entered the United States in mm/dd/yyyy format.

**Item Number 23.  Place of Your Last Arrival Into the United States.**  Provide the location where you last entered the United States.

**Item Number 24.  Immigration Status at Your Last Arrival.**  Provide the letter and number that correlates with your status when you last entered the United States.  For example, if you last entered the United States as a **temporary visitor for pleasure**, **B-2**, type or print "B-2 visitor" in the space provided.

**Item Number 25.  Your Current Immigration Status or Category.**  Provide your current immigration status.  For example, if your current status is **student academic**, **F-1**, type or print "F-1 student" in the space provided.

**Item Number 26.  Student and Exchange Visitor Information System (SEVIS) Number** (if any).  If you were issued a SEVIS number, enter it in the space provided.

**Item Number 27.  Eligibility Category.**  Refer to the list of the eligibility categories in the **Who May File Form I-765** section of these Instructions.  Find your eligibility category, and enter it in the space provided.

**Item Numbers 28.a. - 28.c.  (c)(3)(C) STEM OPT Eligibility Category.**  If you entered eligibility category **(c)(3)(C)** in **Item Number 27.**, provide your degree level and major (for example, Bachelor's degree in English), your employer's name as listed in E-Verify, your employer's E-Verify Company Identification Number, or a valid E-Verify Client Company Identification Number in the spaces provided.

**Item Number 29.  (c)(26) Eligibility Category.**  If you entered eligibility category (c)(26) in **Item Number 27.**, provide the receipt number of your spouse's most recent Form I-797 Notice for Form I-129, Petition for a Nonimmigrant Worker, in the space provided.

**Item Number 30.  (c)(8) Eligibility Category.**  If you entered the eligibility category (c)(8) in **Item Number 27.**, provide an answer to the questions:

**Item Number 30.a.**  "Have you have **EVER** been arrested for and/or convicted of any crime?"  If you answered "Yes" to **Item Number 30.a.**, refer to **Special Filing Instructions for Those With Pending Asylum Applications (c)(8) in the Required Documentation** section of the Instructions for information about providing court dispositions.

**Item Number 30.b.  Lawful Entry.**  Select "Yes" if you entered the United States lawfully through a port of entry.  You **must** provide evidence of your lawful entry such as a Form I-94 or passport with entry stamp.

Select "No" if you **did not** enter the United States lawfully through a port of entry.  Complete **Item Numbers 30.c.** and **30.d. - 30.g.**

**NOTE:**  Your eligibility for an EAD under category (c)(8) requires that, after August 25, 2020 any entry into the United States was lawful and through a port of entry.  However, in limited circumstances, you may qualify for an exception to this requirement under 8 CFR 208.7(a)(1)(iii)(F).  In order for USCIS to determine whether you qualify for an exception, you must complete **Item Numbers 30.c.** and **30.d. - 30.g.**

**Item Number 30.c.  Presenting yourself to the Department of Homeland Security.**  Select "Yes" if you presented yourself to an officer or agent from the Department of Homeland Security (DHS) within 48 hours of your unlawful entry into the United States **and** expressed an intention to apply for asylum or expressed a fear of persecution or torture.  Presenting yourself to DHS includes presenting yourself to an officer or an agent from:  U.S. Customs and Border Protection, U.S. Border Patrol, U.S. Immigration and Customs Enforcement, U.S. Coast Guard, or U.S. Citizenship and Immigration Services.

Select "No" if you did not present yourself to an officer or agent from DHS within 48 hours of your unlawful entry into the United States **and** express an intention to apply for asylum or express a fear of persecution or torture.

**Item Number 30.d.  Date you presented yourself to DHS.**  Provide the date that you presented yourself to DHS.

**Item Number 30.e.  Location where you presented yourself to DHS.**  Provide the location where you presented yourself to DHS.

**Item Number 30.f.  Country of claimed persecution.**  Provide the name of the country from which you fear persecution or torture.

**Item Number 30.g.  Explanation of why you did not enter the United States lawfully through a port of entry.**  You must show good cause for failing to enter the United States lawfully at a port of entry.  See 8 CFR 208.7(a)(1)(iii)(F).  Examples of good cause include, but are not limited to, needing immediate medical attention or fleeing imminent serious harm.  Examples that do not constitute good cause include, but are not limited to, evasion of U.S. immigration officers, circumvention of the orderly processing of asylum seekers at a U.S. port of entry, or convenience.

**Item Number 31.a. - 31.b.  (c)(35) and (c)(36) Eligibility Category.**  If you entered the eligibility category **(c)(35)** or **(c)(36)** in **Item Number 27.**, please provide the receipt number of your Form I-797 Notice for Form I-140 or the receipt number of your spouse's or parent's Form I-797 Notice for Form I-140.  Provide an answer to the question "Have you **EVER** been arrested for and/or convicted of any crime?"

**NOTE:**  If you answered "Yes" to **Item Number 31.b.**, refer to **Employment-Based Nonimmigrant Categories**, **Items 8. - 9.** in the **Who May File Form I-765** section of the Instructions for information about providing court dispositions.

**Part 3.  Applicant's Statement, Contact Information, Declaration, Certification, and Signature**

**Item Numbers 1.a. - 7.b.**  Select the appropriate box to indicate whether you read this application yourself or whether you had an interpreter assist you.  If someone assisted you in completing the application, select the box indicating that you used a preparer.  Further, you must sign and date your application and provide your daytime telephone number, mobile telephone number (if any), and email address (if any).  Every application **MUST** contain the signature of the applicant (or parent or legal guardian, if applicable).  A stamped or typewritten name in place of a signature is not acceptable.

**Part 4.  Interpreter's Contact Information, Certification, and Signature**

**Item Numbers 1.a. - 7.b.**  If you used anyone as an interpreter to read the Instructions and questions on this application to you in a language in which you are fluent, the interpreter must fill out this section; provide his or her name, the name and address of his or her business or organization (if any), his or her daytime telephone number, his or her mobile telephone number (if any), and his or her email address (if any).  The interpreter must sign and date the application.

**Part 5.  Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant**

**Item Numbers 1.a. - 8.b.**  This section must contain the signature of the person who completed your application, if other than you, the applicant.  If the same individual acted as your interpreter **and** your preparer, that person should complete both **Part 4.** and **Part 5.**  If the person who completed this application is associated with a business or organization, that person should complete the business or organization name and address information.  Anyone who helped you complete this application **MUST** sign and date the application.  A stamped or typewritten name in place of a signature is not acceptable.  If the person who helped you prepare your application is an attorney or accredited representative, he or she may also need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, along with your application.

AR2022_600115

**Part 6. Additional Information**

**Item Numbers 1.a. - 7.d.**  If you need extra space to provide any additional information within this application, use the space provided in **Part 6. Additional Information**.  If you need more space than what is provided in **Part 6.**, you may make copies of **Part 6.** to complete and file with your application, or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

---

**We recommend that you print or save a copy of your completed application to review in the future and for your records.**

---

| Required Documentation |
|---|

You must submit all evidence requested in these Instructions with your application.  If you fail to submit required evidence, USCIS may reject or deny your application for failure to submit requested evidence or supporting documents in accordance with 8 CFR 103.2(b)(1) and these Instructions.

You must file all applications with the documents required below, the particular evidence required for each category listed in the **Who May File Form I-765** section of these Instructions, and the appropriate filing fee, if required.

If you are required to show economic necessity for your category, submit a list of your assets, income, and expenses.  Provide this financial information on Form I-765WS, Form I-765 Worksheet.  If you would like to provide an explanation, complete **Part 3. Explanation** of the worksheet.

Assemble the documents in the following order.

1.  The appropriate filing fee, if applicable.  See the **What Is the Filing Fee** section of these Instructions for details.

2.  Your properly signed application.

3.  You must submit the following documents.

   **A.**  A copy of at least one of the following documents:  Form I-94, Arrival-Departure Record (front and back), a printout of your electronic Form I-94 from **www.cbp.gov/i94**, passport, or other travel document.  If you are filing Form I-765 under the (c)(9) category, copies of any of the above are not required.

   **B.**  A copy of your last EAD (front and back).  If you were not previously issued an EAD, you must submit a copy of a government-issued identity document (such as a passport) showing your picture, name, and date of birth; a birth certificate with photo ID; a visa issued by a foreign consulate; or a national ID document with photo and/or fingerprint.  The identity document photocopy must clearly show your facial features and contain your biographical information.

   **NOTE:**  If you are filing under the (c)(33) category, you are not required to submit additional documentation beyond what you submit with Form I-821D under **2. What documents do you need to provide to prove identity** in the **Evidence for Initial Requests Only** section of the Form I-821D Instructions.

   **C.**  Photographs

   You **must** submit two identical color passport-style photographs of yourself taken recently.  The photos must have a white to off-white background, be printed on thin paper with a glossy finish, and be unmounted and unretouched.

---

**AR2022_600116**

The two identical passport-style photos must be 2 by 2 inches. The photos must be in color with a full face, frontal view, on a white to off-white background. Head height should measure 1 to 1 3/8 inches from the top of your hair to the bottom of your chin, and eye height is between 1 1/8 to 1 3/8 inches from the top of your eyes to the bottom of photo. Your head must be bare unless you are wearing headwear as required by a religious denomination of which you are a member. Using a pencil or felt pen, lightly print your name and A-Number (if any) on the back of the photo.

## What Is the Filing Fee?

The filing fee for Form I-765 is **$410**.

**NOTE:** The filing fee is not refundable, regardless of any action USCIS takes on this application. **DO NOT MAIL CASH.** You must submit all fees in the exact amounts.

**Special Instructions for TPS Applicants.** If you are requesting an EAD as an initial TPS applicant, you must pay the Form I-765 filing fee, unless you are under 14 years of age or over 65 years of age. If you are a TPS beneficiary requesting an EAD when filing for TPS re-registration, you must pay the Form I-765 filing fee, regardless of your age.

**Special Instructions for Those With Pending Asylum Applications--(c)(8).** All applicants for an initial or renewal EAD under the (c)(8) eligibility category must submit biometrics and pay the **$85** biometric services fee. If you fail to appear for your biometric services appointment, you may be ineligible for employment authorization.

**Special Instructions for Deferred Action for Childhood Arrivals--(c)(33).** All requestors under this category must pay the biometric services fee of **$85**. The biometric services fee and the filing fee for this application cannot be waived.

**Special Instructions for Beneficiaries of an Approved Employment-Based Immigrant Petition--(c)(35) and Spouses or Children of a Principal Beneficiary of an Approved Immigrant Petition--(c)(36).** All applicants under these categories must submit biometrics. An additional biometric services fee of **$85** is required for applicants 14 to 79 years of age, unless waived.

**Special Instructions for Applicants for Commonwealth of the Northern Mariana Islands (CNMI) Long-Term Resident Status--(c)(37).** All applicants under this category must pay the biometric services fee of $85. The biometric services fee and the filing fee for the I-765 application cannot be waived.

**Exceptions**

**Initial EAD.** If this is your initial application and you are applying under one of the following categories, a filing fee is **not** required for:

1.  (a)(3) Refugee;

2.  (a)(4) Paroled as Refugee;

3.  (a)(5) Asylee;

4.  (a)(7) N-8 or N-9 nonimmigrant;

5.  (a)(8) Citizen of Micronesia, Marshall Islands, or Palau;

6.  (a)(10) Granted Withholding of Deportation;

7.  (a)(16) Victim of Severe Form of Trafficking (T-1 Nonimmigrant);

8.  (a)(12) or (c)(19) Temporary Protected Status if you are filing an initial TPS application and you are under 14 years of age or over 65 years of age. All applicants for TPS re-registration who want an EAD must pay the filing fee, unless granted a fee waiver;

9.  (a)(19) Victim of Qualifying Criminal Activity (U-1 Nonimmigrant);

10. (c)(1), (c)(4), or (c)(7) Dependent of certain foreign government, international organization, or NATO personnel;

AR2022_600117

**11.** (c)(8) Applicant for Asylum and Withholding of Deportation and Removal (an applicant filing under the special ABC procedures must pay the filing fee);

**12.** (c)(9) or (c)(16) Any current Adjustment of Status or Registry applicant who filed Form I-485 on or after July 30, 2007, and paid the appropriate Form I-485 filing fee.  If you file Form I-765 separately from your Form I-485, you must also submit a copy of your Form I-797C Notice for Form I-485, as evidence of filing Form I-485 on or after July 30, 2007, and payment of the appropriate filing fee.  If you did not pay the appropriate Form I-485 filing fee because your filing fee was waived or you are exempt from paying it, you must pay the Form I-765 filing fee or request that the filing fee be waived; and

**13.** (c)(31) VAWA Self-Petitioner.

**Renewal EAD.**  If this is a renewal application and you are applying under one of the following categories, a filing fee is **not** required for:

**1.** (a)(8) Citizen of Micronesia, Marshall Islands, or Palau;

**2.** (a)(10) Granted Withholding of Deportation;

**3.** (c)(l), (c)(4), or (c)(7) Dependent of certain foreign government, international organization, or NATO personnel; and

**4.** (c)(9) or (c)(16) Any current Adjustment of Status or Registry applicant who filed for adjustment of status on or after July 30, 2007, and paid the appropriate Form I-485 filing fee.  If you file Form I-765 separately from your Form I-485, you must also submit a copy of your Form I-797C Notice for Form I-485, as evidence of filing Form I-485 on or after July 30, 2007, and payment of the appropriate form filing fee.  If you did not pay the appropriate Form I-485 filing fee because your filing fee was waived or you are exempt from paying it, you must pay the Form I-765 filing fee or request that the filing fee be waived.

**Replacement for Lost, Stolen, or Damaged EAD.**  If you are requesting a replacement EAD because your previously issued card was lost, stolen, or damaged, but has not expired, you must pay the filing fee unless you have filed for adjustment of status on or after July 30, 2007 and paid the Form I-485 filing fee.  If you did not pay the Form I-485 filing fee because your filing fee was waived or you are exempt from paying it, you must pay the Form I-765 filing fee or request that the filing fee be waived.  See Form I-912 at **www.uscis.gov/i-912**.

**Replacement for Card Error**

**1.** If the card we issued to you contains incorrect information that is not attributed to our error, you must submit a new Form I-765 and filing fee, unless you have a pending Form I-485 and paid the Form I-485 filing fee.  If you did not pay the appropriate Form I-485 filing fee because your filing fee was waived or you are exempt from paying it, you must pay the Form I-765 filing fee or request that the filing fee be waived.  You must include the card containing the error when you submit the new Form I-765.

**2.** If the card we issued to you contains incorrect information that is attributed to our error, you do not need to file a new Form I-765 and filing fee.  Instead, you must submit a letter explaining the error, along with the card containing the error to the service center or National Benefits Center that approved your last Form I-765.

**Payments by Check or Money Order**

**Use the following guidelines when you prepare your check or money order for the Form I-765 filing fee:**

**1.** The check or money order must be drawn on a bank or other financial institution located in the United States and must be payable in U.S. currency; **and**

**2.** Make the check or money order payable to **U.S. Department of Homeland Security.**

   **NOTE:**  Spell out U.S. Department of Homeland Security; do not use the initials "USDHS" or "DHS."

**NOTE:**  If you filed Form I-485 on or after July 30, 2007, and you paid the appropriate Form I-485 filing fee, no filing fee is required to request employment authorization on Form I-765.  You may file Form I-765 with Form I-485, or you may submit Form I-765 at a later date.  If you file Form I-765 separately, you must also submit a copy of your Form I-797C Notice as evidence of filing Form I-485 on or after July 30, 2007 and paying the filing fee.

If you did not pay the appropriate Form I-485 filing fee because your filing fee was waived or you are exempt from paying it, you must pay the Form I-765 filing fee or request that the filing fee be waived.

**Notice to Those Paying by Check.**  If you send USCIS a check, we will convert it into an electronic funds transfer (EFT).  This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check.  The debit from your account will usually take 24 hours and your bank will show it on your regular account statement.

You will not receive your original check back.  We will destroy your original check, but will keep a copy of it.  If USCIS cannot process the EFT for technical reasons, you authorize us to process the copy in place of your original check.  If your check is returned as unpayable, we will re-submit the payment to the financial institution one time.  If the check is returned as unpayable a second time, we will reject your application and charge you a returned check fee.

**Payments by Credit Card**

If you are filing your form at a USCIS Lockbox facility, you can pay your filing fee and biometric services fee (if applicable) using a credit card.  Please see Form G-1450, Authorization for Credit Card Transactions, at **www.uscis.gov/G-1450** for more information.

**How To Check If the Fees Are Correct**

Form I-765's filing fee is current as of the edition date in the lower left corner of this page.  However, because USCIS fees change periodically, you can verify that the fee is correct by following one of the steps below.

1.  Visit the USCIS website at **www.uscis.gov**, select "FORMS," and check the appropriate fee; or

2.  Call the USCIS National Customer Service Center at **1-800-375-5283** and ask for fee information.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

**Fee Waiver**

You may be eligible for a fee waiver under 8 CFR 103.7(c).  If you believe you are eligible for a fee waiver, complete Form I-912, Request for Fee Waiver (or a written request), and submit it and any required evidence of your inability to pay the filing fee with this application.  You can review the fee waiver guidance at **www.uscis.gov/feewaiver**.

| **Where to File?** |
| --- |

Please see our website at **www.uscis.gov/I-765** or call our National Customer Service Center at **1-800-375-5283** for the most current information about where to file this application.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

AR2022_600119

If you are requesting an EAD as an initial TPS applicant or a TPS beneficiary, see the Form I-821 Instructions and the most recent Federal Register notice regarding a TPS designation, re-designation, or extension for your country for additional guidance and filing location.  You can find information on countries designated for TPS on our website at **www.uscis.gov/tps**.

| Address Change |
| --- |

An applicant who is not a U.S. citizen must notify USCIS of his or her new address within 10 days of moving from his or her previous residence.  For information on filing a change of address, go to the USCIS website at **www.uscis.gov/addresschange** or contact the USCIS National Customer Service Center at **1-800-375-5283**.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

**NOTE:**  Do not submit a change of address request to the USCIS Lockbox facilities because the Lockbox does not process change of address requests.

| Processing  Information |
| --- |

You must have a United States address to file this application.

**Initial processing.**  Once USCIS accepts your application, we will check it for completeness.  If you do not completely fill out this application, you will not establish a basis for your eligibility and USCIS may reject or deny your application.

**Requests for More Information.**  USCIS may request that you provide more information or evidence to support your application.  We may also request that you provide the originals of any copies you submit.  If we request an original document from you, it will be returned to you after USCIS determines it no longer needs your original.

**Requests for Interview.**  We may request that you appear at a USCIS office for an interview based on your application. At the time of any interview or other appearance at a USCIS office, we may require that you provide your biometrics to verify your identity and/or update background and security checks.

**Decision.**  The decision on Form I-765 involves a determination of whether you have established eligibility for the immigration benefit you are seeking.  USCIS will notify you of the decision in writing.

**Approval.**  If your application is approved, we will either mail your EAD to you or we may require you to visit your local USCIS office to pick it up.

**Denial.**  If USCIS cannot approve your application, you will receive a written notice explaining the basis of your denial.

## USCIS Forms and Information

To ensure you are using the latest version of this application, visit the USCIS website at **www.uscis.gov** where you can obtain the latest USCIS forms and immigration-related information.  The USCIS Contact Center provides information in English and Spanish.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

Instead of waiting in line for assistance at your local USCIS office, you can schedule an appointment online at **www.uscis.gov**.  Select "Make an Appointment" and follow the screen prompts to set up your appointment.  Once you finish scheduling an appointment, the system will generate an appointment notice for you.

## Penalties

If you knowingly and willfully falsify or conceal a material fact or submit a false document with your Form I-765, we will deny your Form I-765 and may deny any other immigration benefit.  In addition, you will face severe penalties provided by law and may be subject to criminal prosecution.

## SSA Privacy Act Statement

Sections 205(c) and 702 of the Social Security Act authorizes SSA to collect information to assign you an SSN and issue a Social Security card.  The information you furnish on this application is voluntary.  However, failure to provide the requested information may prevent SSA from issuing you an SSN and Social Security card.  SSA will maintain the information used to assign you an SSN and issue you a Social Security card in SSA's system of records [Master Files of Social Security Number (SSN) Holders and SSN Applications, 60-0058].  Complete lists of approved routine uses for the information used to assign you an SSN and issue you a Social Security card are available in the System of Records Notice 60-0058, available at **www.ssa.gov**.

## DHS Privacy Notice

**AUTHORITIES:**  The information requested on this application, and the associated evidence, is collected under the Immigration and Nationality Act, 8 U.S.C. § 1324a; 8 CFR 274a.12, and 8CFR 274a.13.

**PURPOSE:**  The primary purpose for providing the requested information on this application is to determine eligibility for certain aliens who are temporarily in the United States requesting an Employment Authorization Document.  DHS uses the information you provide to grant or deny the benefit you are seeking.

**DISCLOSURE:**  The information you provide is voluntary.  However, failure to provide the requested information, including your Social Security number, and any requested evidence may delay a final decision or result in a rejection or denial of your application.

AR2022_600121

**ROUTINE USES:**  DHS may, where allowable under relevant confidentiality provisions, share the information you provide on this application and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations.  DHS follows approved routine uses, as described in the associated published system of records notices [DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records; DHS/USCIS-007 Benefits Information System; DHS/USCIS-010 Asylum Information and Pre-Screening System of Records; DHS/USCIS-017 Refugee Case Processing and Security Screening Information System of Records; and DHS/ USCIS-018 Immigration Biometric and Background Check (IBBC) System of Records], and the published privacy impact assessments [DHS/USCIS/PIA-016(a) Computer Linked Application Information Management System (Claims 3) and Associated Systems; DHS/USCIS/PIA-027 USCIS Asylum Division; DHS/USCIS/PIA-056 USCIS Electronic Immigration System (USCIS ELIS); and DHS/USCIS/PIA-068 Refugee Case Processing and Security Vetting], which can be found at **www.dhs.gov/privacy**.  DHS may also share this information as appropriate for law enforcement purposes or in the interest of national security.

---

### Paperwork Reduction Act

An agency may not conduct or sponsor an information collection, and a person is not required to respond to a collection of information, unless it displays a currently valid Office of Management and Budget (OMB) control number.  The public reporting burden for this collection of information is estimated at 4 hours and 45 minutes per response, including the time for reviewing instructions, gathering the required documentation and information, completing the application, preparing statements, attaching necessary documentation, and submitting the application.  The collection of biometrics is estimated to require 1 hour and 10 minutes.  The public reporting burden for the collection of information for Form I-765WS is estimated at 30 minutes per response, including the time for reviewing instructions, gathering the required documentation and information, completing the application, preparing statements, attaching necessary documentation, and submitting the application.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to:  U.S. Citizenship and Immigration Services, Office of Policy and Strategy, Regulatory Coordination Division, 5900 Capital Gateway Drive, Mail Stop #2140, Camp Springs, MD 20588-0009; OMB No. 1615-0040.  **Do not mail your completed Form I-765 to this address.**



## Instructions for Application for Employment Authorization

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-765**
OMB No. 1615-0040
Expires 08/31/2022

---

## What Is the Purpose of Form I-765?

Certain foreign nationals who are in the United States may file Form I-765, Application for Employment Authorization, to request employment authorization and an Employment Authorization Document (EAD). Other foreign nationals whose immigration status authorizes them to work in the United States without restrictions may also use Form I-765 to apply to U.S. Citizenship and Immigration Services (USCIS) for an EAD that shows such authorization. Review the **Who May File Form I-765** section of these Instructions to determine whether you should use Form I-765.

Foreign nationals may also apply for a Social Security number and card on Form I-765 following the guidelines in the **Specific Instructions** section of these Instructions, **Part 2. Information About You, Item Numbers 13.a. - 17.b.**

If you are a lawful permanent resident, a conditional permanent resident, or a nonimmigrant only authorized for employment with a specific employer under 8 CFR 274a.12(b), do **not** use Form I-765.

### Definitions

**Employment Authorization Document (EAD):** The EAD is the card (also known as Form I-688A, Form I-688B, Form I-766, or any successor document) issued as evidence that the holder is authorized to work in the United States.

**Initial EAD:** An EAD issued to an eligible applicant for the first time under a specific eligibility category.

**Renewal EAD:** An EAD issued to an eligible applicant after the expiration of a previous EAD issued under the same category.

**Replacement EAD:** An EAD issued to an eligible applicant when the previously issued EAD was lost, stolen, damaged, or contains errors, such as a misspelled name.

**NOTE:** For more information regarding employment authorization documents, visit **www.uscis.gov/greencard/ employment-authorization-document**.

---

## Who May File Form I-765?

You may file Form I-765 if you fall within one of the eligibility categories below. For some categories, employment authorization is granted with your underlying immigration status (called "incident to status" employment authorization). For example, asylees and refugees have employment authorization as soon as they obtain such status. In these cases, your EAD is issued upon approval of your Form I-765, and the EAD is evidence of your employment authorization. For other categories such as parolees or individuals with deferred action, USCIS must first approve your Form I-765 before you are eligible to accept employment in the United States. Once your Form I-765 is approved, USCIS will issue your EAD. You must type or print your eligibility category in **Part 2.**, **Item Number 27.**, on Form I-765. Enter only one category number on the application. For example, if you are a refugee applying for an EAD, type or print "(a)(3)" in **Item Number 27.**

**Please note that a person with a pending application for an immigration benefit or request might have a different category number than the person who was already granted the benefit or request. For example certain pending asylum applicants are category "(c)(8)," but a person already granted asylum is category "(a)(5)."**

---

**AR2022_600123**

**Asylee/Refugee Categories (and their Spouses and Children)**

1. **Refugee--(a)(3).**  If an initial Form I-765 was not already prepared for you before your arrival as a refugee in the United States, or if you are requesting to renew your EAD, file Form I-765 with a copy of one of the following:  your stamped Form I-94, Arrival-Departure Record; your Final Notice of Eligibility for Resettlement (approval letter); or your Form I-797 Notice approving your derivative refugee status based on a Form I-730, Refugee/Asylee Relative Petition (if approved while in the United States).

   **NOTE:**  If you were admitted as a refugee and have applied under the Immigration and Nationality Act (INA) section 209 to adjust to lawful permanent resident status using Form I-485, Application to Register Permanent Residence or Adjust Status, file Form I-765 under category (a)(3) as a refugee.  Do not file Form I-765 under eligibility category (c)(9) as an INA section 245 adjustment applicant.

2. **Paroled as a Refugee--(a)(4).**  File Form I-765 with a copy of your Form I-94, passport, or travel document. Commonwealth of the Northern Mariana Islands (CNMI), and other humanitarian or significant public benefit parolees (such as Cuban Family and Haitian Family Reunification Parole programs), should file under the category (c)(11), not as a refugee under (a)(4).

3. **Asylee (Granted Asylum)--(a)(5).**  File Form I-765 with a copy of one of the following:  your stamped Form I-94 indicating asylee status; a USCIS Asylum approval letter; an order granting asylum signed by an Executive Office for Immigration Review (EOIR) immigration judge (IJ); or a Form I-797 Notice approving your derivative asylee status based on a Form I-730 (if approved while in the United States).

   **NOTE:**  If you are an asylee and have applied under INA section 209 to adjust to lawful permanent resident status using Form I-485, file Form I-765 under category (a)(5) as an asylee.  Do not file Form I-765 under eligibility category (c)(9) as an INA section 245 adjustment applicant.

4. **Granted Withholding of Deportation or Removal--(a)(10).**  File Form I-765 with a copy of the EOIR IJ's signed order granting withholding of deportation or removal.

5. **Pending Asylum and Withholding of Removal Applicants and Applicants for Asylum under the ABC Settlement Agreement--(c)(8).**  If you have a pending Form I-589, Application for Asylum and for Withholding of Removal, refer to the Instructions below.

**Special Filing Instructions for Those With Pending Asylum Applications--(c)(8)**

**Applicants requesting employment authorization under (c)(8) must:**

1. Wait 365 calendar days from the date you properly file and USCIS or the Immigration Court accepts your asylum application before you file your application for employment authorization;

2. Appear for your asylum biometric services appointment;

3. Appear for your interview with a USCIS asylum officer, or your hearing before an Immigration Judge (IJ), if requested or scheduled; and

4. Appear for your biometric services appointment for your application for employment authorization.

For further information see 8 CFR sections 208.7, 208.9, and 208.10.

**Special information about biometric services fee and appointments.**  All applicants for initial and renewal EADs under the (c)(8) eligibility category must submit biometrics at a scheduled biometric services appointment and pay the biometric services fee.  If you fail to appear for your biometric services appointment, you may be ineligible for employment authorization.

**Special information about the one-year deadline to file for asylum.**  If you file your asylum application on or after August 25, 2020 and file it more than one year after your most recent arrival in the United States, you will not be granted employment authorization under this eligibility category **unless and until** a USCIS asylum officer or an Immigration Judge determines that you meet an exception for late filing, as provided in section 208(a)(2)(D) of the Immigration and Nationality Act (INA).  This one-year filing deadline does not apply to an alien who is an unaccompanied alien child, as defined by section 462(g) of the Homeland Security Act of 2002, 6 U.S.C. 279(g), INA section 208(a)(2)(E), 8 U.S.C. 1158(a)(2)(E).

**Special information about lawful entry into the United States through a port of entry.**  Eligibility for an EAD under category (c)(8) requires that your last entry into the United States was lawful.  If you entered or attempted to enter the United States unlawfully on or after August 25, 2020, you are ineligible for employment authorization based on a pending asylum application, unless you demonstrate that: (1) you presented yourself to the Secretary of Homeland Security or his or her delegate within 48 hours of your arrival; (2) you indicated a fear of persecution or torture or an intent to apply for asylum; and (3) you establish good cause for failing to enter lawfully through a port of entry.  USCIS will determine whether you meet the exception to the illegal entry bar based on your responses to **Item Numbers 30.b. - 30.g.** of Form I-765.

**Special information about arrests, charges, and convictions.**  You cannot receive employment authorization under this eligibility category if:

- You have been convicted at any time in the United States or abroad of any aggravated felony as described in section 101(a)(43) of the Act;

- You have been convicted on or after August 25, 2020 of a particularly serious crime in the United States;

- You have been convicted on or after August 25, 2020 of any serious non-political crime outside the United States;

- There are serious reasons for believing that you on or after August 25, 2020 have committed a serious non-political crime outside the United States; or

- You are subject to a mandatory denial of your asylum application based on the criminal grounds described in 8 CFR 208.13(c)(6).

**Special information about the impact of applicant-caused delays.**  Any delays you have caused in the adjudication of your asylum application that are still in effect at the time your initial application for employment authorization is filed will result in USCIS denying your application for employment authorization.

Examples of applicant-caused delays include, but are not limited to:

1. A request to amend or supplement an asylum application that causes a delay in its adjudication or in proceedings as described in 8 CFR section 208.4(c);

2. Failure to appear to receive and acknowledge receipt of the decision as specified in 8 CFR section 208.9(d);

3. A request for extension to submit additional evidence fewer than 14 days before the interview date as described in 8 CFR section 208.9(e);

4. Failure to appear for an asylum interview or biometric services appointment, unless excused by USCIS as described in 8 CFR section 208.10(b)(1) for the failure to appear;

5. A request to reschedule an interview for a later date;

6. A request to transfer a case to a new asylum office or interview location, including when the transfer is based on a new address;

7. A request to provide additional evidence after interview;

8. Failure to provide a competent interpreter at interview; and

9. Failure to comply with any other request needed to determine asylum eligibility.

**Special Information About Availability of (c)(8) Employment Authorization During the Asylum Process.** If you are granted employment authorization while your asylum application is pending with USCIS or the Immigration Court, you may seek renewal of your EAD as long as the asylum application remains pending (unless your EAD is revoked or terminated).

If you have an EAD based on a pending asylum application and your asylum application is denied by the Immigration Court, your EAD will automatically terminate after 30 days unless you file a timely appeal with the Board of Immigration Appeals (BIA). If you file a timely appeal with the BIA, your current employment authorization will continue while your asylum application is on review at the BIA (unless revoked or terminated). There is no need to file another Form I-765, unless your EAD is about to expire or will expire during the time your case is on appeal. If the BIA affirms the denial of your asylum application, your employment authorization terminates automatically on the date of the BIA's denial.

**NOTE:** Employment authorization **is not permitted during any period of judicial review of EOIR's decision on your asylum application**. However, if a federal court remands your asylum case back to the BIA, you may reapply for employment authorization once your case is again pending with the BIA.

**Additional Evidence requirements for category (c)(8) applicants:**

If you are a category (c)(8) applicant who has met the requisite 365 calendar-day waiting period to file Form I-765, you may file your application with the following evidence, where applicable.

1. If you filed your Form I-589 with USCIS, a copy of the following: the USCIS Acknowledgement of Receipt that was mailed to you and your USCIS Asylum Interview Notice (scheduling, re-scheduling, or cancelling your asylum interview); your Form I-797C Notice (ASC appointment notice) (for the biometrics appointment for your Form I-589); or other evidence that you filed your Form I-589 with USCIS.

2. If you lodged or filed your Form I-589 with the Executive Office for Immigration Review (EOIR), a copy of acknowledgement of receipt of your application or other available evidence.

3. If you were granted employment authorization under the (c)(8) category and an Immigration Judge (IJ) subsequently denied your asylum application, and you are now seeking renewal of your EAD, evidence that you timely appealed the EOIR IJ's decision on your Form I-589 to the BIA and the appeal remains pending.

4. If the BIA remanded your Form I-589 to an EOIR IJ for further adjudication of your underlying asylum claim:

   **A.** A copy of the BIA decision and order remanding your case to the EOIR IJ; and

   **B.** Evidence that your asylum claim remains under review by the EOIR IJ.

5. If a federal court remanded your asylum claim to the BIA for further action and your claim is still pending with the BIA, you must submit a copy of the Federal Court's remand order.

6. **Evidence of Arrests and Convictions.** You must submit certified police and court records for any criminal charges, arrests, or convictions you may have.

   **A.** If you were **EVER** arrested or detained by a law enforcement officer for **any** reason in any country, including the United States, and no criminal charges were filed, you must submit:

   **(1)** An original or certified copy of the complete arrest report; and

   **(2)** Either an official statement by the arresting or detaining agency or prosecutor's office **OR** an applicable court order that indicates the final disposition of your arrest or detention;

   **B.** If you were **EVER** charged for any reason (even if you were not arrested) in **any** country, including the United States, you must submit:

   **(1)** An original or certified copy of the complete arrest report; and

   **(2)** Certified copies of **BOTH** the indictment, information, or other formal charging document **AND** the final disposition of each charge (for example, a dismissal order or acquittal order);

AR2022_600126

**C.** If you were **EVER** convicted or placed in an alternative sentencing or rehabilitative program (such as probation, drug treatment, deferred adjudication, or community service program) in **any** country, including the United States, you must submit:

    **(1)** An original or certified copy of the complete arrest report;

    **(2)** Certified copies of the following: the indictment, information, or other formal charging document; any plea agreement, whether in the form of a court filing or recording in a hearing transcript; and the final disposition for each incident (for example, conviction record, deferred adjudication order, probation order); and

    **(3)** Either an original or certified copy of your probation or parole record showing that you completed the mandated sentence, conditions set for the deferred adjudication, or rehabilitative program OR documentation showing that you completed the alternative sentencing or rehabilitative program; or

**D.** If you **EVER** had any arrest or conviction vacated, set aside, sealed, expunged, or otherwise removed from your record in **any** country, you must submit:

    **(1)** An original or certified copy of the complete arrest report; the indictment, information, or other formal charging document; any plea agreement, whether in the form of a court filing or recording in a hearing transcript; and the final disposition for each incident (for example, conviction record, deferred adjudication order, probation order); and

    **(2)** A certified copy of the court order vacating, setting aside, sealing, expunging, or otherwise removing the arrest or conviction.

You must disclose all arrests and charges, even if the arrest occurred when you were a minor.  An adjudication of juvenile delinquency is not a "conviction" under U.S. immigration law, but a juvenile can be charged as an adult for an offense committed while a juvenile.  If you were convicted as an adult, there is a conviction, regardless of whether you were tried before a criminal court or a juvenile court.  An adjudication of juvenile delinquency could also be relevant to the exercise of discretion.  If you claim that an arrest resulted in adjudication of delinquency, and not in a conviction, you must submit a copy of the court document that establishes this fact.

In general, you do **not** need to submit documentation relating to traffic fines and incidents that did not involve an actual physical arrest if the penalty was only a fine of less than **$500** or points on your driver's license.  However, you must submit such documentation if the traffic incident resulted in criminal charges or involved alcohol, drugs, or injury to a person or property.

If you are not able to obtain certified copies of any court disposition relating to **Items A. - D.**, please submit:

**1.** An explanation of why the documents are not available, including (if possible) a certificate from the custodian of the documents explaining why the documents are not available;

**2.** Any secondary evidence that shows the disposition of the case; or

**3.** If secondary evidence is also not available, one or more written statements, signed under penalty of perjury under 28 U.S.C. section 1746, by someone who has personal knowledge of the disposition.

**Asylum and Withholding of Deportation Applicants (with a pending Form I-589) Who Filed Before January 4, 1995**

You may file Form I-765 at any time; however, we will only grant your employment authorization if we find that your asylum application is not frivolous.  File Form I-765 with a copy of the following documents, where applicable:

**1.** Your date-stamped previously filed Form I-589;

**2.** If you filed your Form I-589 with the former Immigration and Naturalization Service (INS), an INS Acknowledgement of Receipt;

**3.** A USCIS Asylum Interview Notice (scheduling, re-scheduling, or cancelling your asylum interview);

**4.** Form I-797 Notice, Fingerprint Notification (for a fingerprint appointment for your Form I-589);

5. If you filed your Form I-589 in exclusion or deportation proceedings, evidence that your Form I-589 was filed with EOIR;

6. If you are currently in exclusion or deportation proceedings, a copy of Form I-221, Order to Show Cause and Notice of Hearing, or Form I-122, Notice to Applicant for Admission Detained for Hearing Before Immigration Judge; or

7. Evidence that your Form I-589 remains under administrative or judicial review.

**Asylum application under the ABC Settlement Agreement--(c)(8).**  If you are a Salvadoran or Guatemalan national eligible for benefits under the ABC settlement agreement, *American Baptist Churches v. Thornburgh*, 760 F. Supp. 796 (N.D. Cal. 1991), you are entitled to an EAD under the ABC settlement agreement.  Follow the instructions contained in this section when filing your Form I-765.

You must have filed your asylum application (Form I-589) with us (the former INS or USCIS) or with an EOIR IJ to receive an EAD.  Therefore, submit evidence that you have previously filed a complete asylum application when you submit Form I-765.  You are not required to submit this evidence when you apply, but it will help us process your request more efficiently.

If you are requesting an EAD under this category, you must pay the filing fee.  Mark your application as follows:

1. Type or print "ABC" in the top right corner of your EAD application.  You must identify yourself as an ABC class member if you are applying for an EAD under the ABC settlement agreement.

2. Type or print "(c)(8)" in **Part 2.**, **Item Number 27.**, of the application.

3. Select the box in **Part 3.**, **Item Number 6.**, of this application.

You are entitled to an EAD without regard to the merits of your asylum claim.

Your Form I-765 will be decided within 60 days if:

1. You pay the applicable filing fee and biometric services fee, or you apply for and USCIS approves a waiver of either fee;

2. You have a complete pending asylum application on file; and

3. You correctly mark your application as described above.

**Nationality Categories**

1. **Citizen of Micronesia, the Marshall Islands, or Palau--(a)(8).**  File Form I-765 with evidence you were admitted to the United States as a citizen of the Federated States of Micronesia (CFA/FSM), the Marshall Islands (CFA/MIS), or Palau under agreements between the United States and the former trust territories.

2. **Deferred Enforced Departure (DED)--(a)(11).**  File Form I-765 with evidence of your identity and nationality.  If you are without nationality, submit evidence of your residence in the last country in which you habitually resided.  You should also state your basis for claiming that you are covered by DED and provide evidence (if available) for your claim.

3. **Temporary Protected Status (TPS)--(a)(12) and (c)(19).**  File Form I-765 with your Form I-821, Application for Temporary Protected Status, or evidence that we accepted or approved your initial Form I-821.  Include evidence of your nationality and identity as required by the Form I-821 Instructions.  If an EOIR IJ or the Board of Immigration Appeals (BIA) granted TPS, and you are requesting your first EAD or are re-registering for the first time, you must submit a copy of the EOIR IJ or BIA order that granted TPS with your Form I-765 (such as a copy of your Form I-821 that the EOIR IJ or BIA approved).  You must also follow the instructions for filing your application as described in the most recent TPS Federal Register notice regarding a TPS designation, re-designation, or extension for your country.  Please check the USCIS website at **www.uscis.gov/tps** for procedures to register or re-register for TPS, including obtaining an EAD, if your country has been designated for TPS.

If your non-expired TPS EAD is lost, stolen, or damaged, file Form I-765 with required fees to request a replacement. Include a copy of your approval notice for TPS (if you have been approved) or a copy of your previous Form I-797 Notice for Form I-821 if your TPS application is still pending.

**A. Category (a)(12) EAD:** We may issue you a category (a)(12) EAD if your TPS application was approved, you requested an EAD, and you were not previously issued a category (c)(19) EAD that runs through the current TPS designation, re-designation, or extension period for your country.

**Re-registration for TPS:** File your Form I-765, Form I-821, and a letter indicating that this application is for TPS re-registration. Include a copy (front and back) of your last available TPS document (for example, an EAD, Form I-94, passport, or travel document, or a Form I-797 Notice).

**NOTE:** To re-register for TPS, you must file Form I-821; however, you do not need to file Form I-765 if you do not want an EAD.

**B. Category (c)(19) EAD:** A category (c)(19) EAD is a temporary benefit under TPS under 8 CFR Part 244. We may issue you a category (c)(19) EAD if you have a pending Form I-821, and you are *prima facie* eligible for TPS.

**4. Nicaraguan Adjustment and Central American Relief Act (NACARA) Section 203 Applicants Who Are Eligible to Apply for NACARA Relief With USCIS--(c)(10).** See the Instructions to Form I-881, Application for Suspension of Deportation or Special Rule Cancellation of Removal (Pursuant to Section 203 of Public Law 105-100 (NACARA)), to determine if you are eligible to apply for NACARA 203 relief.

If you are eligible to apply for NACARA 203 relief with USCIS, you may file Form I-765 together with your Form I-881. See our website at **www.uscis.gov/I-881** for the most current information on where to file Form I-881. If you are eligible to file Form I-881 with EOIR, or if you have already filed Form I-881 with USCIS or EOIR, see the **Where to File** section of these Instructions.

If you are filing for an EAD related to your NACARA application, you may be eligible for a fee waiver under 8 CFR 103.7(c)(3)(xi).

**5. Dependent of TECRO E-1 Nonimmigrant--(c)(2).** File Form I-765 with the required certification from the American Institute in Taiwan if you are the spouse or unmarried dependent son or daughter of an E-1 employee of the Taipei Economic and Cultural Representative Office.

**Foreign Students Categories**

**1. F-1 Student Seeking Optional Practical Training (OPT) in a Position Directly Related to Major Area of Study**

**NOTE:** If you are an F-1 student filing for initial or extension of OPT, please note that your OPT and your employment authorization will be automatically terminated if you change educational program levels or transfer to another school. Working in the United States without authorization may result in your removal from the United States or denial of re-entry. Consult your Designated School Official (DSO) for additional details.

**A. Pre-Completion OPT--(c)(3)(A).** File Form I-765 up to 90 days before being enrolled for one full academic year, provided that the period of employment will not start before you have completed one full academic year. The one full academic year need not necessarily have been completed while you were in F-1 status; if you completed the one-year requirement while in another valid nonimmigrant status and you are now in valid F-1 status, you are eligible to apply for OPT. Include evidence of having been lawfully enrolled on a full-time basis for one full academic year at a college, university, conservatory, or seminary approved by the U.S. Immigration and Customs Enforcement (ICE) Student and Exchange Visitor Program (SEVP) for attendance by F-1 foreign students. Also, include all previously used Student and Exchange Visitor Information System (SEVIS) numbers and evidence of any previously authorized curricular practical training (CPT) or OPT and academic level at which each was authorized. You must include a Certificate of Eligibility of Nonimmigrant (F-1) Student Status (Form I-20) endorsed by the DSO before filing Form I-765.

**B.** **Post-Completion OPT--(c)(3)(B).** File Form I-765 up to 90 days before, but no later than 60 days after, your program end date. Use **Part 6. Additional Information** to provide all previously used SEVIS numbers and evidence of any previously authorized CPT or OPT and the academic level at which it was authorized.

**NOTE:** You **must** file your Form I-765 within 30 days of the date that your DSO enters the recommendation for OPT into your SEVIS record. If you fail to do so, we will deny your OPT request.

**C.** **24-Month Extension for STEM Students (Students With a Degree in Science, Technology, Engineering, or Mathematics)--(c)(3)(C).** File Form I-765 up to 90 days before the expiration of your current OPT, if you are requesting a 24-month STEM extension. Include evidence the degree that is the basis for the STEM OPT extension is in one of the degree programs currently listed on the STEM Designated Degree Program List. Additionally, submit the employer's name as listed in E-Verify, along with the E-Verify Company Identification Number, or a valid E-Verify Client Company Identification Number for the employer with whom you are seeking the 24-month STEM OPT extension. You must provide this information in **Part 2., Item Numbers 28.a. - 28.c.**, of Form I-765. You must include a copy of the Form I-20 endorsed by the DSO within 60 days before filing Form I-765.

**NOTE:** If you are applying for a STEM OPT extension based on a previously earned STEM degree, you must also include a copy of your prior STEM degree and evidence that the institution is currently accredited by the U.S. Department of Education and certified by the SEVP.

**D.** **F-1 Student Offered Off-Campus Employment Under the Sponsorship of a Qualifying International Organization--(c)(3)(ii).** File Form I-765 with the international organization's letter of certification that the proposed employment is within the scope of its sponsorship and a copy of the Form I-20 with the employment page completed by the DSO certifying eligibility for employment.

**E.** **F-1 Student Seeking Off-Campus Employment Due to Severe Economic Hardship--(c)(3)(iii).** File Form I-765 with a copy of the Form I-20 that includes the employment page completed by the DSO certifying eligibility for off-campus employment due to severe economic hardship caused by unforeseen circumstances beyond your control. Include evidence that:

**(1)** You have been in F-1 status for one full academic year;

**(2)** You are in good standing as a student;

**(3)** You are carrying a full course of study;

**(4)** Acceptance of employment will not interfere with your carrying a full course of study;

**(5)** The employment is necessary to avoid severe economic hardship due to unforeseen circumstances beyond your control; and

**(6)** On-campus employment is unavailable or is not sufficient to meet the needs that have arisen due to the unforeseen circumstances.

**F.** **J-2 Spouse or Minor Child of an Exchange Visitor--(c)(5).** File Form I-765 with a copy of Form DS-2019, evidence the J-1 principal foreign national is currently maintaining status, and evidence any income from this employment authorization will not be used to support the J-1 principal foreign national. Also, provide evidence you are currently maintaining status and include evidence of all previously authorized periods of J-2 employment.

**G.** **M-1 Student Seeking Post-Completion OPT After Completing Studies--(c)(6).** File Form I-765 with a copy of the Form I-20 endorsed by the DSO certifying eligibility for employment together with Form I-539, Application to Change/Extend Nonimmigrant Status, if applicable, completed according to the Form I-539 Instructions. We must receive the completed forms before, but not more than 90 days before, your program end date. If applicable, your Form I-539 must request an extension of stay that covers the requested period of post-completion OPT and a 30-day departure period.

**NOTE:** You may request one month of OPT for every four months of full-time study you have completed as an M-1 student.

**Categories for Eligible Dependents of Employees of Diplomatic Missions, International Organizations, or NATO**

1.  **Dependent of A-1 or A-2 Foreign Government Officials--(c)(1).** Submit Form I-765 with Form I-566, Interagency Record of Request-A, G, or NATO Dependent Employment Authorization or Change/Adjustment to/from A, G, or NATO Status, Dependent Employment Authorization, through your diplomatic mission to the Department of State (DOS). DOS will forward all favorably endorsed applications directly to USCIS for adjudication.

2.  **Dependent of G-1, G-3, or G-4 Nonimmigrant--(c)(4).** Submit Form I-765 together with Form I-566 through your international organization to DOS. The United Nations (UN) and UN missions located in New York City should submit such applications to the U.S. Mission to the UN (USUN). DOS or USUN will forward all favorably endorsed applications directly to USCIS for adjudication.

3.  **Dependent of NATO-1 Through NATO-6--(c)(7).** If you are a dependent of a North Atlantic Treaty Organization (NATO) nonimmigrant who is stationed at Supreme Allied Command Transformation (SACT), NATO/HQ, submit Form I-765 with Form I-566 to:

    **USLO to NATO/HQ SACT**
    **7857 Blandy Road, Suite 200**
    **Norfolk, VA 23551-2491**

    If you are a dependent of a NATO nonimmigrant who is stationed outside of NATO/HQ SACT, submit Form I-765 with Form I-566 to the Defense Attaché's Office at the embassy of the NATO member that employs the foreign national. For more details on NATO member embassy contacts and on documents required, visit the DOS website **www.state.gov/ofm** under the topic "Dependent Work Authorization."

    If you have questions regarding the process or document requirements, email OFM-EAD@state.gov.

**Employment-Based Nonimmigrant Categories**

1.  **B-1 Nonimmigrant Who Is the Personal or Domestic Servant of a Nonimmigrant Employer--(c)(17)(i).** File Form I-765 with:

    **A.** Evidence of your lawful B nonimmigrant status (for example, your Form I-94, passport, or other travel document);

    **B.** Evidence that your employer is a B, E, F, H, I, J, L, M, O, P, Q, or TN nonimmigrant;

    **C.** Evidence you worked for the employer for at least one year before the employer entered the United States, or your employer regularly employs personal and domestic servants and has done so for a period of years before coming to the United States;

    **D.** Evidence you have either worked for this employer as a personal or domestic servant for at least one year, or evidence you have at least one year of experience as a personal or domestic servant; and

    **E.** Evidence establishing you have a residence abroad that you have no intention of abandoning.

2.  **B-1 Nonimmigrant Domestic Servant of a U.S. Citizen--(c)(17)(ii).** File Form I-765 with:

    **A.** Evidence of your lawful B nonimmigrant status (for example, your Form I-94, passport, or other travel document);

    **B.** Evidence that your employer is a U.S. citizen;

    **C.** Evidence that your employer has a permanent home abroad or is stationed outside the United States and is temporarily visiting the United States, OR evidence that your employer's current assignment in the United States will not be longer than four years; and

    **D.** Evidence that your employer has employed you as a domestic servant abroad for at least six months before your admission to the United States.

3.  **B-1 Nonimmigrant Employed by a Foreign Airline--(c)(17)(iii).** File Form I-765 with:

AR2022_600131

**A.** Evidence of your lawful B nonimmigrant status (for example, your Form I-94, passport, or other travel document); and

**B.** A letter from the airline fully describing your duties and stating your position would entitle you to E nonimmigrant status except for the fact that you are not a national of the same country as the airline, or because there is no treaty of commerce and navigation in effect between the United States and that country.

**4. Spouse of an E-1 Treaty Trader, E-2 Treaty Investor, or E-3 Specialty Occupation Professional from Australia--(a)(17).** File Form I-765 with:

**A.** Evidence of your lawful E nonimmigrant status (for example, your Form I-94, passport, or other travel document); and

**B.** Evidence of your spouse's lawful E nonimmigrant status (for example, a copy of your spouse's Form I-94, passport, or other travel document) and your marriage certificate.

**NOTE:** Other relatives or dependents of E nonimmigrants in E status are not eligible for employment authorization and cannot file under this category.

**5. Spouse of an L-1 Intracompany Transferee--(a)(18).** File Form I-765 with:

**A.** Evidence of your lawful L nonimmigrant status (for example, your Form I-94, passport, or other travel document); and

**B.** Evidence of your spouse's lawful L nonimmigrant status (for example, a copy of your spouse's Form I-94, passport, or other travel document) and your marriage certificate.

**NOTE:** Other relatives or dependents of L nonimmigrants in L status are not eligible for employment authorization and cannot file under this category.

**6. Spouse of an E-2 Commonwealth of Northern Mariana Islands (CNMI) Investor--(c)(12).** File Form I-765 with the required evidence listed under **Special Filing Instructions for Spouses of E-2 CNMI Investors** in the **Required Documentation** section of these Instructions.

Spouses of certain principal E-2 CNMI investors (E-2C) are eligible to seek employment in the CNMI. An EAD issued under this category is only valid for employment in the CNMI.

To determine if you are eligible for an EAD under this section, you must determine what type of investor certificate was issued by the CNMI to your spouse, the principal E-2 CNMI investor. If your spouse was issued either a Long-Term Business Certificate or Foreign Investment Certificate, you may be eligible for an EAD under this category. If your spouse was issued a Foreign Retiree Investment Certification, you are not eligible to receive an EAD under this category.

File Form I-765 with:

**A.** Documentation (such as a marriage certificate) establishing a legal marriage;

**B.** Documentation (such as divorce or death certificates) establishing the termination of any prior marriages of you and your spouse (if applicable);

**C.** Documentation establishing that you reside in the CNMI;

**D.** Documentation establishing that your spouse has obtained E-2C status;

**E.** Documentation establishing that you have obtained E-2C status as a dependent; and

**F.** A copy of your spouse's CNMI issued Long-Term Business Certificate or Foreign Investment Certificate.

**NOTE:** If you are the spouse of a principal E-2 CNMI investor who obtained status on the basis of a Foreign Retiree Investment Certification, you are not eligible for employment authorization and cannot file under this category.

AR2022_600132

7. **Spouse of an H-1B Nonimmigrant--(c)(26).** File Form I-765 along with documentation of your current H-4 admission or extension of stay. You must also submit documentation establishing either your spouse is the beneficiary of an approved Form I-140, Immigrant Petition for Alien Worker, or your spouse received H-1B status based on the American Competitiveness in the Twenty-First Century Act (AC21) sections 106(a) and (b). For your convenience, you may file Form I-765 along with Form I-539. However, we will not process your Form I-765 (except filing fees), until after we have adjudicated your Form I-539. You may also file Form I-765 at the same time as your Form I-539 and your H1-B spouse's Form I-129, Petition for a Nonimmigrant Worker. Please see the USCIS website at **www.uscis.gov/I-765** for the most current information on where to file this benefit request.

   A. **Proof of Your Status.** Submit a copy of your current Form I-797 Notice for Form I-539, or Form I-94 showing your admission as an H-4 nonimmigrant or your most recent approved extension of stay; and

   B. **Proof of Relationship to the Principal H-1B.** Submit a copy of your marriage certificate. If you cannot submit a copy of your current Form I-797 Notice, Form I-94, or marriage certificate, we will consider secondary evidence of your relationship.

   C. **Basis for Work Authorization.** Acceptable documentation includes:

      (1) **Approved Form I-140.** Submit evidence the H-1B principal is the beneficiary of an approved Form I-140. You may show this by submitting a copy of your spouse's Form I-797 Notice for Form I-140; or

      (2) **H-1B Principal Received AC21 106(a) and (b) Extension.** Submit evidence that your spouse has been admitted or granted an extension of stay under AC21 sections 106(a) and (b). You may show this by submitting copies of your spouse's passports, prior Form I-94s, and current and prior Form I-797 Notices for Form I-129. In addition, submit evidence to establish one of the following bases for the H-1B extension of stay.

         (a) **Based on Filing of a Permanent Labor Certification Application.** Submit evidence your spouse is the beneficiary of a Permanent Labor Certification Application that was filed at least 365 days prior to the date the period of admission authorized under AC21 sections 106(a) and (b) took effect. You may show this by submitting a print out from the Department of Labor's (DOL) website or other correspondence from DOL showing the status of your spouse's Permanent Labor Certification Application. If DOL certified the Permanent Labor Certification, you must also submit a copy of Form I-797 Notice for Form I-140 establishing the Form I-140 was filed within 180 days of DOL certifying the Permanent Labor Certification; or

         (b) **Based on a Pending Form I-140.** If the preference category sought for the principal H-1B spouse does not require a Permanent Labor Certification Application with DOL, submit evidence your spouse's Form I-140 was filed at least 365 days prior to the date the period of admission authorized under AC21 sections 106(a) and (b) took effect. You may show this by submitting a copy of the Form I-797 Notice for Form I-140.

         (c) **Secondary Evidence.** If you do not have the evidence listed in **Items (a) or (b)** above, you may ask us to consider secondary evidence in support of your application for employment authorization as an H-4 spouse. For example, in establishing the Basis for Employment Authorization as described in **Items (1)** and **(2)**, you may submit the receipt number of your spouse's most current Form I-129 extension of stay or Form I-140 approved on your spouse's behalf.

         Failure to provide the evidence listed above or secondary evidence may result in the delay or denial of your Form I-765. For additional information on secondary evidence, see **Evidence** in the **General Instructions** section of these Instructions.

8. **Principal Beneficiary of an Approved Employment-Based Immigrant Petition Facing Compelling Circumstances--(c)(35).** File Form I-765 with documents showing that you are eligible for an initial grant or a renewal of employment authorization under the (c)(35) eligibility category.

---

AR2022_600133

**A. Initial Application:**  If this is your first application for compelling circumstances employment authorization under the (c)(35) eligibility category, **and** an immigrant visa number is not yet available to you, you may be eligible if:

**(1)** You have NOT filed Form I-485;

**(2)** You have a Form I-140 approved on your behalf;

**(3)** You are in the United States in a valid E-3, H-1B, H-1B1, O-1, or L-1 nonimmigrant status; and

**(4)** You face compelling circumstances.

**See Item C. Supporting Evidence by Principal below for more information regarding what documents to submit with your application, including additional requirements where you have been convicted of certain crimes.**

**B. Renewal Application:**  If you already have employment authorization under the (c)(35) eligibility category, you may be eligible for renewal if:

**(1)** You have a Form I-140 approved on your behalf;

**(2)** You face compelling circumstances **and** an immigrant visa is not authorized for issuance based on your priority date according to the relevant Final Action Date in the Department of State Visa Bulletin in effect on the date the application for a renewal of employment authorization is filed; **OR**

The difference between your priority date and the Final Action Date for your preference category and country of chargeability is one year or less according to the Department of State Visa Bulletin in effect on the date your renewal application is filed.  This means that your priority date cannot be more than one year earlier or one year later than the Department of State cut-off date in the Visa Bulletin applicable to your preference category and country of chargeability in effect on the date your renewal application is filed.  If this is the basis for your renewal application, you are not required to show compelling circumstances; **AND**

**(3)** You file your renewal application on Form I-765 with USCIS before your current employment authorization expires.  You are not required to be in a valid nonimmigrant status when you file your renewal application.

**See Item C. Supporting Evidence by Principal below for more information regarding what documents to submit with your application, including additional requirements where you have been convicted of certain crimes.**

**C. Supporting Evidence by Principal**

**(1) Proof You Are in the United States in E-3, H-1B, H-1B1, O-1, or L-1 Nonimmigrant Status.**  For initial applications, submit a copy of your Arrival-Departure Record (Form I-94) showing your admission as an E-3, H-1B, H-1B1, O-1, or L-1 nonimmigrant, or a copy of your current Form I-797 Notice for Form I-129.

**(2) Proof of Your Approved Form I-140.**  For initial and renewal applications, submit a copy of a Form I-797 Notice for Form I-140 showing the Immigrant Petition has been approved on your behalf.

**(3) Evidence You Are Facing Compelling Circumstances While You Wait for Your Immigrant Visa to Become Available.**  For initial and, if applicable, renewal applications based on compelling circumstances, USCIS will review the documents you provide to determine, in its discretion, whether you have established compelling circumstances.  USCIS makes this discretionary determination on a case-by-case basis according to the documents submitted and the totality of the record.  You should submit any credible evidence you believe supports your claim of compelling circumstances.

**(4) Secondary Evidence.**  If you do not have the evidence listed in **Items (1)** or **(2)** above, you may ask us to consider secondary evidence in support of your application for employment authorization.  For additional information on secondary evidence, see **Evidence** in the **General Instructions** section of these Instructions.

AR2022_600134

**(5) Proof of Arrests and Conviction.**  For initial and renewal applications, you must submit documentation of any arrests and/or convictions.  If you were ever convicted of a felony or two or more misdemeanors, you cannot be granted employment authorization under this eligibility category.  USCIS will make the determination as to whether your crimes fall into either of these categories.  You must, however, provide information and any supporting documentation on all crimes which you were convicted of so USCIS can make an appropriate decision.  Provide certified copies of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.

**NOTE:**  USCIS may, in its discretion, deny your application if you have been arrested and/or convicted of any crime.

**D. Traffic Violations and Arrests**

Do not select the "Yes" box for **Part 2.**, **Item Number 31.b.**, on the application or submit documentation if you only have had minor traffic violations.  Minor traffic violations do NOT include violations that are alcohol- or drug-related.  If you were **ARRESTED** for any traffic offense, select the "Yes" box for **Item Number 31.b.** on the application and provide arrest and disposition documentation so USCIS can properly assess whether your arrest and/or conviction may impact your employment authorization eligibility.

**NOTE:  Provide the conviction and disposition documentation even if your records were sealed, expunged, or otherwise cleared.**  You must provide the documentation even if anyone, including a judge, law enforcement officer, or attorney told you that you no longer have a record or that you do not have to disclose the information.

Failure to provide the evidence listed above or secondary evidence may result in the delay or denial of your application for employment authorization.

**9.  Spouse or Unmarried Child of a Principal Beneficiary of an Approved Employment-Based Immigrant Petition--(c)(36).**  File Form I-765 along with supporting documentation for an initial grant or a renewal of employment authorization under the (c)(36) eligibility category.  You may file your application **WITH** your spouse's or parent's application under (c)(35).  You may file your application while your spouse's or parent's application under (c)(35) is **PENDING** or **AFTER** your spouse's or parent's application has been approved by USCIS.  If filing with your spouse's or parent's application, USCIS will not adjudicate your Form I-765 until after USCIS has adjudicated your spouse's or parent's Form I-765 first.

**A.  Initial Application:**  If this is your first application for employment authorization under the (c)(36) eligibility category, you may be eligible if:

**(1)** You are the spouse or unmarried child of an individual who is filing or who has been approved for compelling circumstances employment authorization under (c)(35) (See **Proof of Relationship to the Principal Beneficiary of the Approved Form I-140** section below);

**(2)** Your spouse's or parent's application for compelling circumstances employment authorization under (c)(35) has been approved or is pending with USCIS (not required if you are filing your application at the same time as your spouse's or parent's application under (c)(35)); and

**(3)** You were in a valid nonimmigrant status when your spouse or parent applies for initial employment authorization under the (c)(35) eligibility category.

See **Item C. Supporting Evidence by Spouse or Unmarried Child below for more information regarding what documents to submit with your application, including additional requirements if you have been arrested or convicted.**

**B.  Renewal Application:**  You may be eligible to renew your application under the (c)(36) eligibility category if:

**(1)** You file Form I-765 before your current employment authorization expires;

**(2)** You are the spouse or unmarried child of an individual who is filing or who has been approved for compelling circumstances employment authorization under (c)(35) (See **Proof of Relationship to the Principal Beneficiary of the Approved Form I-140** below); and

AR2022_600135

**(3)** Your spouse's or parent's application for compelling circumstances employment authorization under (c)(35) has been approved or is pending with USCIS (not required if you are filing your application at the same time as your spouse's or parent's renewal application under (c)(35)).

You are not required to be in a valid nonimmigrant status when you file your renewal application.

**See Item C. Supporting Evidence by Spouse or Unmarried Child below for more information regarding what documents to submit with your application, including additional requirements if you have been arrested or convicted.**

**C. Supporting Evidence by Spouse or Unmarried Child**

  **(1) Proof of Your Nonimmigrant Status.** For initial applications only, submit a copy of your Arrival-Departure Record (Form I-94) showing your admission as a nonimmigrant, a copy of your current Form I-797 Notice for Form I-129, or a copy of your current Form I-797 Notice for Form I-539.

  **(2) Proof of Relationship to the Principal Beneficiary of the Approved Form I-140.** For initial and renewal applications, if you are applying as the spouse of a principal beneficiary of an approved Form I-140, submit a copy of the marriage certificate and if applicable, copies of documents showing the legal termination of all other marriages by you or your spouse. If you are applying as the child of a principal beneficiary of an approved Form I-140, submit a copy of your birth certificate or other documents to demonstrate you qualify as the principal beneficiary's child. If you cannot submit a copy of your marriage certificate or birth certificate, USCIS will consider secondary evidence.

  **(3) Proof the Spouse or Parent Principal Beneficiary was Granted or has Applied for Employment Authorization Under Eligibility Category (c)(35).** For initial and renewal applications, if you submit your Form I-765 after your spouse or parent receives employment authorization under eligibility category (c)(35), submit a copy of your spouse's or parent's employment authorization document or submit a copy of your spouse's or parent's Form I-797 Notice for Form I-765.

    If your spouse's or parent's application under (c)(35) is **pending** when you file your Form I-765, submit a copy of your spouse's or parent's Form I-797 Notice for the pending Form I-765. USCIS will not adjudicate your Form I-765 until USCIS has adjudicated your spouse's or parent's Form I-765.

  **(4) Secondary Evidence.** If you do not have the evidence listed in **Items (1)**, **(2)**, or **(3)** above, you may ask us to consider secondary evidence in support of your application for employment authorization. For additional information on secondary evidence, see **Evidence** in the **General Instructions** section of these Instructions.

  **(5) Proof of Arrests and Convictions.** For initial and renewal applications, you must submit documentation of any arrests and/or convictions. If you were ever convicted of a felony or two or more misdemeanors committed, you cannot be granted employment authorization under this eligibility category. USCIS will make the determination as to whether your crimes fall into either of these categories. You must, however, provide information and any supporting documentation on all crimes which you were convicted of so USCIS can make an appropriate decision. Provide certified copies of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.

  **NOTE:** USCIS may, in its discretion, deny your application if you have been arrested and/or convicted of any crime.

**D. Traffic Violations and Arrests**

Do not select the "Yes" box for **Part 2.**, **Item Number 31.b.**, on the application or submit documentation if you only have had minor traffic violations. Minor traffic violations do NOT include violations that are alcohol- or drug-related. If you were **ARRESTED** for any traffic offense, select the "Yes" box for **Item Number 31.b.** on the application and provide arrest and disposition documentation so USCIS can properly assess whether your arrest and/or conviction may impact your employment authorization eligibility.

AR2022_600136

**NOTE:  Provide the conviction and disposition documentation even if your records were sealed, expunged, or otherwise cleared.**  You must provide the documentation even if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record or that you do not have to disclose the information.

Failure to provide the evidence listed above or secondary evidence may result in the delay or denial of your application for employment authorization.

**Department of State Visa Bulletin.**  USCIS will adjudicate all applications for initial or renewal employment authorization according to the Visa Bulletin in effect on the date the application is filed.  To see the current Visa Bulletin, please go to **https://travel.state.gov/content/travel/en/legal/visa-law0/visa-bulletin.html** and click the link to the Visa Bulletin.

**Priority Dates.**  For more information about priority dates, please visit our Visa Availability and Priority Date website at **www.uscis.gov**.

**Filing Location.**  Please see the USCIS website at **www.uscis.gov/i-765** for the most current information on where to file your application for initial or renewal employment authorization under the (c)(35) or (c)(36) eligibility categories.

## Family-Based Nonimmigrant Categories

1. **K-1 Nonimmigrant Fiancé(e) of U.S. Citizen or K-2 Dependent--(a)(6).**  File Form I-765 along with evidence of your admission (for example, copies of your Form I-94, passport, or other travel document) and your K visa.  You are only authorized to work under this category during your 90 days in K-1 or K-2 status.  You cannot renew this EAD.  If you submit subsequent EAD applications, other than for replacement of a lost, stolen, or damaged card or a card that contains incorrect data, you must apply on a different basis.  If you have a pending application for adjustment of status, you should file under category (c)(9).

2. **K-3 Nonimmigrant Spouse of U.S. Citizen or K-4 Dependent--(a)(9).**  File Form I-765 along with evidence of your admission (for example, copies of your Form I-94, passport, or other travel document) and your K visa.

3. **Family Unity Program--(a)(13).**  If you are filing for initial or extension of family unity benefits, complete and submit Form I-817, Application for Family Unity benefits, according to the filing instructions on Form I-817.  We will issue an EAD if we approve your Form I-817.  No Form I-765 is necessary, unless you are filing for replacement of a non-expired lost, stolen, damaged, or incorrect card.

4. **LIFE Family Unity--(a)(14).**  If you are applying for initial employment authorization under section 1504 of the LIFE Act Amendments, complete and submit Form I-817.  We will issue an EAD if we approve your Form I-817; no Form I-765 is necessary unless you are filing for replacement of a non-expired lost, stolen, damaged, or incorrect card.

5. **V-1, V-2, or V-3 Nonimmigrant--(a)(15).**  If you were granted V status or an extension of V status while in the United States, file Form I-765 with evidence of your V status (for example, an approval notice, your Form I-94, passport, or other travel document).  If you are in the United States but you have not yet filed an application for V status, you may file Form I-765 at the same time as you file your application for V status.  We will adjudicate this application after adjudicating your application for V status.

## Adjustment of Status Categories

1. **Adjustment Applicant under Section 245--(c)(9).**  File Form I-765 together with Form I-485, Application to Register Permanent Residence or Adjust Status, or if filing separately, submit a copy of your I-485 receipt notice or other evidence that your Form I-485 is pending.

   **NOTE:**  If you are an asylee or refugee and have applied to adjust to lawful permanent resident status on Form I-485, file Form I-765 under category (a)(5) as an asylee or (a)(3) as a refugee.  Do not file under eligibility category (c)(9).  You will need to pay the filing fee or obtain a fee waiver for Form I-765 if your Form I-485 is still pending with USCIS and this is not your first EAD as a refugee or asylee and you did not pay the Form I-485 filing fee for any reason.

AR2022_600137

2. **Registry Applicant Based on Continuous Residence Since January 1, 1972--(c)(16).**  File Form I-765 together with your Form I-485 or, if filing separately, submit a copy of your Form I-485 receipt notice or other evidence that your Form I-485 is pending.

3. **Renewal EAD for National Interest Waiver Physicians:**  If you are requesting a renewal EAD based on your pending adjustment of status application and an approved National Interest Waiver Physician petition, you must also include evidence of your meaningful progress toward completing the National Interest Waiver obligation (for example, documentation of employment in any period during the previous year, such as copies of W-2 forms).  If you did not work as a National Interest Waiver Physician during any period of the previous year, you must explain why and provide a statement of future intent to work as a physician in a qualifying location.

**Other Categories**

1. **Legalization Temporary Resident Pursuant to INA Sections 245A or 210--(a)(2).**  File Form I-765 with a copy of your approval notice for Form I-687, Application for Status as a Temporary Resident Under Section 245A of the INA, or other evidence that your Form I-687 is approved; OR File Form I-765 with a copy of your approval notice for Form I-700, Application for Status as a Special Agricultural Worker, or other evidence that your Form I-700 is approved.

2. **N-8 or N-9 Nonimmigrant--(a)(7).**  File Form I-765 with evidence of your lawful N nonimmigrant status (for example, your Form I-94, passport, or other travel document).

3. **Applicant for Cancellation of Removal--(c)(10).**  File Form I-765 with evidence one of the following forms is pending with EOIR:  EOIR-42A or EOIR-42B.

4. **Applicant for Legalization Pursuant to INA Section 210--(c)(20).**  File Form I-765 with a copy of your receipt notice for Form I-700, Application for Status as a Temporary Resident Under Section 210 of the INA, or other evidence that your Form I-700 is pending.

5. **Applicant for Legalization Pursuant to INA Section 245A--(c)(22).**  File Form I-765 with a copy of your receipt notice for Form I-687, Application for Status as a Temporary Resident Under Section 245A of the INA, or Form I-698, Application to Adjust Status from Temporary to Permanent Resident Under Section 245A of the INA, or other evidence that your Form I-687 or I-698 is pending.

6. **Parole--(c)(11).**  File Form I-765 with a copy of your Form I-94, passport, or other travel document showing you were paroled into the United States for urgent humanitarian reasons or reasons of significant public benefit pursuant to INA 212(d)(5) (such as Cuban Family and Haitian Family Reunification Parole programs).

   **NOTE:**  If you were paroled into the United States after having established a credible fear of persecution or torture pursuant to INA 235(b)(1)(A), you **are not eligible** for either an initial or renewal EAD under the (c)(11) eligibility category.  You must wait 365 calendar days from the date you properly file and USCIS or the Immigration Court accepts your asylum application before you can request employment authorization under the (c)(8) eligibility category.

7. **Deferred Action--(c)(14).**  File Form I-765 with a copy of the order, notice, or other document reflecting the grant of deferred action and proof that you have an economic necessity to work.  We will consider whether you have an economic necessity to work by reviewing your current annual income, your current annual expenses, and the total current value of your assets.  Provide this financial information on Form I-765WS, Form I-765 Worksheet.  If you would like to provide an explanation, complete **Part 3. Explanation** of the worksheet.  Supporting evidence is not required, but USCIS will accept and review any documentation that you submit.  You do not need to include other household members' financial information to establish your own economic necessity.

8. **Consideration of Deferred Action for Childhood Arrivals--(c)(33).**

   A. You must file Form I-765 with Form I-821D, Consideration of Deferred Action for Childhood Arrivals, if you meet the guidelines described in the Form I-821D Instructions.  Enter (c)(33) in **Part 2., Item Number 27.,** as the eligibility category under which you are applying.

**(1)** You must file Form I-765 Worksheet to demonstrate that you have an economic necessity to work.  We will consider whether you have an economic necessity to work by reviewing your current annual income, your current annual expenses, and the total current value of your assets.  Provide this financial information on Form I-765WS.  If you would like to provide an explanation, complete **Part 3. Explanation** of the worksheet.  Supporting evidence is not required, but USCIS will accept and review any documentation that you submit.  You do not need to include other household members' financial information to establish your own economic necessity.

**(2)** The filing fee for Form I-765 is based on the Consideration of Deferred Action for Childhood Arrivals category and the associated biometric services fee **cannot** be waived.  However, we may waive the collection of certain biometrics.

**9.  Final Order of Deportation or Removal, including Deferral of Removal under the Convention Against Torture--(c)(18).**  File Form I-765 with a copy of the EOIR IJ's Order of Removal and Form I-220B, Order of Supervision (if any).  Additional factors that may be considered include, but are not limited to, the following:

**A.** Existence of a dependent spouse and/or children in the United States who rely on you for support;

**B.** Existence of economic necessity to be employed; and

**C.** Anticipated length of time before you can be removed from the United States.

**10. LIFE Legalization Applicant--(c)(24).**  File Form I-765 with evidence that you were a Catholic Social Services (CSS), League of United Latin American Citizens (LULAC), or Zambrano class member applicant before October 1, 2000 and a copy of the Form I-797 Notice or other evidence that your Form I-485 is pending.

**11. T-1 Nonimmigrant--(a)(16).**  If you are filing Form I-914, Application for T Nonimmigrant Status, and request an EAD as part of that application, you do not need to file Form I-765.  If you are currently in T-1 nonimmigrant status and did not request an EAD when you filed your Form I-914, you may file Form I-765 to request an EAD.  If you were granted T-1 nonimmigrant status and want to request a replacement of an EAD, file Form I-765 along with evidence of your T-1 nonimmigrant status (for example, an approval notice).

If you have filed Form I-539 to extend your T-1 nonimmigrant status, you may file Form I-765 to request a renewal of your EAD, along with evidence of your T nonimmigrant status (for example, an approval notice).  You may file Form I-765 together with Form I-539 or after we approve your Form I-539.  If you file Form I-765 after we approve your Form I-539, submit a copy of your I-539 approval notice.

**12. T-2, T-3, T-4, T-5, or T-6 Nonimmigrant--(c)(25).**  File Form I-765 along with proof of your derivative T nonimmigrant status.  If you obtained derivative T nonimmigrant status while in the United States, you must submit a copy of the approval notice for your T nonimmigrant status.  If you were admitted to the United States as a T nonimmigrant, you must submit a copy of your passport with your T nonimmigrant visa.  If you were granted derivative T nonimmigrant status and want to request replacement of an EAD, file Form I-765 along with evidence of your derivative T nonimmigrant status (for example, an approval notice).

If you (or the T-1 principal foreign national) filed Form I-539 to extend your T-2, T-3, T-4, T-5, or T-6 nonimmigrant status in conjunction with an extension of the principal T-1 nonimmigrant's status, you may file Form I-765 to request an initial or renewal EAD, along with evidence of your nonimmigrant status (for example, an approval notice or copy of your passport with your T nonimmigrant visa).  You may also file Form I-765 together with Form I-539 or after we approve your Form I-539.  If you file Form I-765 after we approve your Form I-539, submit a copy of your Form I-539 approval notice.

**NOTE:**  Derivative family members of T-1 nonimmigrants living outside the United States are not eligible to receive an EAD until they lawfully enter the United States.  If you are a derivative family member who is outside the United States, do not file Form I-765.

**13. T Nonimmigrant Adjustment of Status--(c)(9).**  If you filed Form I-485 to adjust your status from a T-1, T-2, T-3, T-4, T-5, or T-6 nonimmigrant to a lawful permanent resident, you may file Form I-765 together with Form I-485 if you are seeking an EAD.  You should also include evidence of your T nonimmigrant status (for example, an approval notice or copy of your passport with your T nonimmigrant visa).  If you file Form I-765 after filing Form I-485, submit a copy of your Form I-485 receipt notice.  While your Form I-485 is pending, we will extend T nonimmigrant status until a decision is made on your Form I-485.

**14. U-1 Nonimmigrant--(a)(19).**  If you are currently residing in the United States and your Form I-918, Petition for U Nonimmigrant Status, is approved, you will receive employment authorization incident to status and USCIS will send you an EAD as evidence of that authorization.  You do not need to file Form I-765.  If you resided outside the United States when your Form I-918 was approved, you must file Form I-765 with USCIS when you enter the United States. You must submit a copy of your passport with your U nonimmigrant visa.

If we granted your U nonimmigrant status and you want to request a replacement of an EAD, file Form I-765 along with evidence of your U nonimmigrant status (for example, an approval notice).

If you have filed Form I-539 to extend your U-1 nonimmigrant status, you may file Form I-765 to request a renewal of your EAD, along with evidence of your U-1 nonimmigrant status (for example, an approval notice).  You may file Form I-765 together with Form I-539, or after we approve your Form I-539.  If you file Form I-765 after we approve your Form I-539, submit a copy of your I-539 approval notice.

**NOTE:**  U-1 nonimmigrants living outside the United States are not eligible to receive an EAD until they lawfully enter the United States.  If you have an approved Form I-918 but are outside the United States, do not file Form I-765 until you have entered the United States.

**NOTE:**  If the statutory cap is reached within a fiscal year and USCIS uses the waiting list process described at 8 CFR 214.14(d)(2), U-1 petitioners for U nonimmigrant status in the United States can file Form I-765 to apply for an EAD based on deferred action ((c)(14)).  An application for employment authorization based on deferred action can only be approved after DHS has issued deferred action in your case, regardless of when Form I-765 is filed.

**15. U-2, U-3, U-4, or U-5--(a)(20).**  You may file Form I-765 at the same time as Form 918, Supplement A, Petition for Qualifying Family Member of U-1 Recipient, or you may file Form I-765 at a later time.  If USCIS has granted you derivative U nonimmigrant status, file Form I-765 along with proof of your derivative U nonimmigrant status.  If you obtained derivative U nonimmigrant status while in the United States, you must submit a copy of the approval notice for that status.  If you were admitted to the United States as a U nonimmigrant, you must submit a copy of your passport with your U nonimmigrant visa.

If you (or the principal U-1 nonimmigrant) filed Form I-539 to extend your U-2, U-3, U-4, or U-5 nonimmigrant status, you may file Form I-765 to request an initial or renewal EAD, along with evidence of your nonimmigrant status (for example, an approval notice or copy of your passport with your U nonimmigrant visa).  You may file Form I-765 together with Form I-539 or after we approve your Form I-539.  If you file Form I-765 after we approve your Form I-539, submit a copy of your Form I-539 approval notice.

**NOTE:**  Derivative family members of U-1 nonimmigrants living outside the United States are not eligible to receive an EAD until they lawfully enter the United States.  If you are a derivative family member who is outside the United States, do not file Form I-765.

**NOTE:**  If the statutory cap is reached within a fiscal year and USCIS uses the waiting list process described at 8 CFR 214.14(d)(2), derivative family members of U-1 petitioners for U nonimmigrant status in the United States can file Form I-765 to apply for an EAD based on deferred action ((c)(14)).  An application for employment authorization based on deferred action can only be approved after DHS has issued deferred action in your case, regardless of when Form I-765 is filed.

AR2022_600140

16. **U Nonimmigrant Adjustment of Status--(c)(9).**  If you filed Form I-485 to adjust your status from a U-1, U-2, U-3, U-4 or U-5 Nonimmigrant to a lawful permanent resident, you may file Form I-765 along with Form I-485 if you are seeking an EAD.  You should also include evidence of your U nonimmigrant status (for example, an approval notice or copy of your passport with your U nonimmigrant visa).  If you file Form I-765 after filing your Form I-485, submit a copy of your Form I-485 receipt notice.  While your Form I-485 is pending, we will extend your U nonimmigrant status until we make a decision on your Form I-485.

17. **VAWA Self-Petitioners--(c)(31).**  If you are the principal beneficiary or derivative child of an approved VAWA self-petition, you are eligible for work authorization.  If you are filing a Form I-360 VAWA self-petition, and request an initial EAD as the principal beneficiary of the self-petition, you do not need to file Form I-765.  Principal beneficiaries of an approved VAWA self-petition seeking a renewal or replacement EAD and derivative children seeking an EAD must use Form I-765.  File Form I-765 with evidence of the principal beneficiary's approved Form I-360 VAWA self-petition (for example, a copy of the VAWA self-petition approval notice).

18. **A-3 or G-5 Nonimmigrant--(c)(14).**  If you have filed a pending civil action against your employer because your employer violated the terms of your employment contract or conditions of your employment, you may file Form I-765 to request deferred action and receive work authorization.  File Form I-765 with a copy of the civil complaint filed in court and proof of lawful admission into the United States in A-3 or G-5 status (for example, a copy of your passport with your A-3 or G-5 nonimmigrant visa).  If you are requesting renewal after your initial employment authorization is granted, file Form I-765 with evidence that the civil case is still pending (for example, a recent court docket update).

19. **Applicant for Commonwealth of the Northern Mariana Islands (CNMI) Long-Term Resident Status-- (c)(37).**  You must file Form I-765 together with your Form I-955, Application for CNMI Long-Term Resident Status.  If you do not submit your Form I-765 with all applicable fees together with your Form I-955, the entire submission will be rejected.  A fee waiver is not available.  If your Form I-955 is approved, you will receive an employment authorization document as evidence of your CNMI Long-Term Resident Status and evidence that you are authorized for employment in the CNMI incident to status.

## General Instructions

USCIS provides forms free of charge through the USCIS website.  To view, print, or fill out our forms, you should use the latest version of Adobe Reader, which you can download for free at **http://get.adobe.com/reader/**.  The USCIS Contact Center provides information in English and Spanish.  For TTY (deaf or hard of hearing) call: **1-800-767-1833**.

**Signature.**  Each application must be properly signed and filed.  For all signatures on this application, USCIS will not accept a stamped or typewritten name in place of a signature.  If you are under 14 years of age, your parent or legal guardian may sign the application on your behalf.  A legal guardian may also sign for a mentally incompetent person.

**Validity of Signatures.**  USCIS will consider a photocopied, faxed, or scanned copy of the original, handwritten signature valid for filing purposes.  The photocopy, fax, or scan must be of the original document containing the handwritten, ink signature.

**Filing Fee.**  Each application must be accompanied by the appropriate filing fee.  (See the **What Is the Filing Fee** section of these Instructions.)

**Evidence.**  At the time of filing, you must submit all evidence and supporting documents listed in these Instructions.  If you do not have and cannot get a required document, you must demonstrate this and provide secondary evidence.  If secondary evidence does not exist or is unavailable, you must demonstrate both the unavailability of the required document and the relevant secondary evidence and submit two or more sworn affidavits by people not named on this application who have direct knowledge of the event and circumstances.

AR2022_600141

**Biometric Services Appointment.** USCIS may require that you appear for an interview or provide biometrics (fingerprints, photograph, and/or signature) at any time to verify your identity, obtain additional information, and conduct background and security checks, including a check of criminal history records maintained by the Federal Bureau of Investigation (FBI), before making a decision on your application or petition. After USCIS receives your application and ensures it is complete, we will inform you in writing if you need to attend a biometric services appointment. If an appointment is necessary, the notice will provide you the location of your local or designated USCIS Application Support Center (ASC) and the date and time of your appointment or, if you are currently overseas, instruct you to contact a U.S. Embassy, U.S. Consulate, or USCIS office outside the United States to set up an appointment.

If you are required to provide biometrics, at your appointment you must sign an oath reaffirming that:

1. You provided or authorized all information in the application;

2. You reviewed and understood all of the information contained in, and submitted with, your application; and

3. All of this information was complete, true, and correct at the time of filing.

If you fail to attend your biometric services appointment, USCIS may deny your application.

**Copies.** You should submit legible photocopies of documents requested, unless the Instructions specifically state that you must submit an original document. USCIS may request an original document at the time of filing or at any time during processing of an application or petition. If USCIS requests an original document from you, it will be returned to you after USCIS determines it no longer needs your original.

**NOTE:** If you submit original documents when not required or requested by USCIS, **your original documents may be immediately destroyed after we receive them.**

**Translations.** If you submit a document with information in a foreign language, you must also submit a full English translation. The translator must sign a certification that the English language translation is complete and accurate, and that he or she is competent to translate from the foreign language into English. The certification must include the translator's signature. DHS recommends the certification contain the translator's printed name, the signature date, and the translator's contact information.

**How To Fill Out Form I-765**

1. Type or print legibly in black ink.

2. If you need extra space to complete any item within this application, use the space provided in **Part 6. Additional Information** or attach a separate sheet of paper. Type or print your name and Alien Registration Number (A-Number) (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

3. Answer all questions fully and accurately. If a question does not apply to you (for example, if you have never been married and the question asks, "Provide the name of your current spouse"), type or print "N/A" unless otherwise directed. If your answer to a question which requires a numeric response is zero or none (for example, "How many children do you have" or "How many times have you departed the United States"), type or print "None" unless otherwise directed.

---

**Specific Instructions**

**Part 1.  Reason for Applying.**

You must select one **Item Number** that best describes your reason for applying:

---

AR2022_600142

**Item Number 1.a.**  Initial permission to accept employment.

**Item Number 1.b.**  Replacement of a lost, stolen, or damaged EAD, or correction of your EAD not due to USCIS error.

**NOTE:**  Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee.  Refer to **Replacement for Card Error** in the **What Is the Filing Fee** section of these Instructions for further details.

**Item Number 1.c.  Renewal of your permission to accept employment.**  If you select **Item Number 1.c.**, attach a copy of your previous EAD.

**Part 2.  Information About You**

**Item Numbers 1.a. - 1.c.  Your Full Legal Name.**  Provide your full legal name as shown on your birth certificate or legal change of name document in the spaces provided.

**Item Numbers 2.a. - 4.c.  Other Names Used.**  Provide all other names you have ever used, including aliases, maiden name, and nicknames.  If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

**Item Numbers 5.a. - 5.f.  Your U.S. Mailing Address.**  You must provide a valid mailing address in the United States.  You may list a valid U.S. residence, APO, or commercial address.  You may also list a U.S. Post Office address (PO Box) if that is how you receive your mail.  If your mail is sent to someone other than yourself, please include an "In Care Of Name" as part of your mailing address.  If your U.S. mailing address is in a U.S. territory and it contains an urbanization name, list the urbanization name in the "In Care Of Name" space provided.  We will send your EAD to this address.  Do not use the attorney's or other legal representative's address.

**NOTE:**  If you have a pending or approved Form I-360 VAWA self-petition, Form I-914, Application for T Nonimmigrant Status, or Form I-918, Petition for U Nonimmigrant Status, and do not feel safe receiving correspondence regarding this application at your residential address, provide a safe mailing address.  You may provide a post office box (PO Box) or the address of a friend, your attorney, a community-based organization that is helping you, or any other address where you can safely and punctually receive mail.  If an alternate or safe mailing address is not provided, USCIS may use the address of your attorney or preparer, if any.  If your safe mailing address is not the same as the address where you currently reside, provide your U.S. physical address in **Item Numbers 6.a. - 6.e.**

**Item Numbers 6. - 7.e.  U.S. Physical Address.**  Type or print your physical address in the spaces provided.

**Item Number 8.  Alien Registration Number (A-Number)** (if any).  An Alien Registration Number, otherwise known as an "A-Number," is typically issued to people who apply for, or are granted, certain immigration benefits.  In addition to USCIS; ICE, U.S. Customs and Border Protection (CBP), EOIR, and the DOS may also issue an A-Number to certain foreign nationals.  If you were issued an A-Number, type or print it in the spaces provided.  If you are renewing your EAD, this number may be listed as the USCIS Number on the front of the card.  If you have more than one A-Number, use the space provided in **Part 6. Additional Information** to provide the information.  If you do not have an A-Number or if you cannot remember it, leave this space blank.

**Item Number 9.  USCIS Online Account Number** (if any).  If you have previously filed an application or petition using the USCIS online filing system (previously called USCIS Electronic Immigration System (USCIS ELIS)), provide the USCIS Online Account Number you were issued by the system.  You can find your USCIS Online Account Number by logging in to your account and going to the profile page.  If you previously filed certain applications or petitions on a paper form through a USCIS Lockbox facility, you may have received a USCIS Online Account Access Notice issuing you a USCIS Online Account Number.  You may find your USCIS Online Account Number at the top of the notice.  The USCIS Online Account Number is not the same as an A-Number.  If you were issued a USCIS Online Account Number, enter it in the space provided.

**Item Number 10.  Gender.**  Select the box that indicates whether you are male or female.

**Item Number 11.  Marital Status.**  Select the box that describes the marital status you have on the date you file Form I-765.

**Item Numbers 12.  Previous Application for Employment Authorization from USCIS.**  If you have applied for employment authorization in the past, select "Yes" for **Item Number 12.**  Provide copies of your previous EADs, if available.

**Item Numbers 13.a. - 17.b.  Questions regarding Social Security Number (SSN).  Item Number 13.a.** asks you if the Social Security Administration (SSA) has ever officially issued you a Social Security card.  If the SSA ever issued a Social Security card to you in your name or a previously used name such as your maiden name, then you must enter the SSN from your card in **Item Number 13.b.**

If your request for employment authorization is approved, the SSA may assign you an SSN and issue you a Social Security card, or issue you a replacement card.  If you want the SSA to assign you a Social Security number and issue you a Social Security card, or issue you a new or replacement Social Security card, then answer "Yes" to both **Item Number 14.** and **Item Number 15.**  You must also provide your father's and mother's family and given names at birth in **Item Numbers 16.a. - 17.b.**  SSA will use **Item Numbers 16.a. -17.b.** in issuing you a Social Security card.

You are not required to request an SSN using this application.  Completing **Item Numbers 14. - 17.b.** is optional.  However, you must have an SSN properly assigned in your name to work in the United States.

**NOTE:**  If your employer uses E-Verify to confirm new employees' eligibility to legally work in the United States, the information you provide on Form I-9, Employment Eligibility Verification, will be compared to data in SSA and DHS databases.  Employees must have an SSN in order for E-Verify to confirm their eligibility to legally work in the United States.

**Item Number 18.a. - 18.b.  Country or Countries of Citizenship or Nationality.**  Type or print the name of the country or countries where you are currently a citizen or national.

**1.**  If you are stateless, type or print the name of the country where you were last a citizen or national.

**2.**  If you are a citizen or national of more than one country, type or print the name of the foreign country that issued your last passport.

**Item Numbers 19.a. - 19.c.  Place of Birth.**  Enter the name of the city, town, or village; state or province; and country where you were born.  Type or print the name of the country as it was named when you were born, even if the country's name has changed or the country no longer exists.

**Item Number 20.  Date of Birth.**  Enter your date of birth in mm/dd/yyyy format in the space provided.  For example, type or print October 5, 1967 as 10/05/1967.

**Item Numbers 21.a. - 21.e.  Form I-94 Arrival-Departure Record.**  If CBP or USCIS issued you a Form I-94, Arrival-Departure Record, provide your Form I-94 number.  The Form I-94 number also is known as the Departure Number on some versions of Form I-94.

**NOTE:**  If you were admitted to the United States by CBP at an airport or seaport after April 30, 2013, CBP may have issued you an electronic Form I-94 instead of a paper Form I-94.  You may visit the CBP website at **www.cbp.gov/i94** to obtain a paper version of an electronic Form I-94.  CBP does not charge a fee for this service.  Some travelers admitted to the United States at a land border, airport, or seaport, after April 30, 2013, with a passport or travel document, who were issued a paper Form I-94 by CBP, may also be able to obtain a replacement Form I-94 from the CBP website without charge.  If your Form I-94 cannot be obtained from the CBP website, it may be obtained by filing Form I-102, Application for Replacement/Initial Nonimmigrant Arrival-Departure Record, with USCIS.  USCIS **does** charge a fee for this service.

**Passport and Travel Document Numbers.**  If you used a passport or travel document to travel to the United States, enter either the passport or travel document information in the appropriate space on the application, even if the passport or travel document is currently expired.

---

AR2022_600144

**Item Number 22.  Date of Your Last Arrival Into the United States, On or About.**  Provide the date on which you last entered the United States in mm/dd/yyyy format.

**Item Number 23.  Place of Your Last Arrival Into the United States.**  Provide the location where you last entered the United States.

**Item Number 24.  Immigration Status at Your Last Arrival.**  Provide the letter and number that correlates with your status when you last entered the United States.  For example, if you last entered the United States as a **temporary visitor for pleasure, B-2**, type or print "B-2 visitor" in the space provided.

**Item Number 25.  Your Current Immigration Status or Category.**  Provide your current immigration status.  For example, if your current status is **student academic, F-1**, type or print "F-1 student" in the space provided.

**Item Number 26.  Student and Exchange Visitor Information System (SEVIS) Number** (if any)**.**  If you were issued a SEVIS number, enter it in the space provided.

**Item Number 27.  Eligibility Category.**  Refer to the list of the eligibility categories in the **Who May File Form I-765** section of these Instructions.  Find your eligibility category, and enter it in the space provided.

**Item Numbers 28.a. - 28.c.  (c)(3)(C) STEM OPT Eligibility Category.**  If you entered eligibility category **(c)(3)(C)** in **Item Number 27.,** provide your degree level and major (for example, Bachelor's degree in English), your employer's name as listed in E-Verify, your employer's E-Verify Company Identification Number, or a valid E-Verify Client Company Identification Number in the spaces provided.

**Item Number 29.  (c)(26) Eligibility Category.**  If you entered eligibility category (c)(26) in **Item Number 27.,** provide the receipt number of your spouse's most recent Form I-797 Notice for Form I-129, Petition for a Nonimmigrant Worker, in the space provided.

**Item Number 30.  (c)(8) Eligibility Category.**  If you entered the eligibility category (c)(8) in **Item Number 27.,** provide an answer to the questions:

**Item Number 30.a.**  "Have you have **EVER** been arrested for and/or convicted of any crime?"  If you answered "Yes" to **Item Number 30.a.,** refer to **Special Filing Instructions for Those With Pending Asylum Applications (c)(8) in the Required Documentation** section of the Instructions for information about providing court dispositions.

**Item Number 30.b.  Lawful Entry.**  Select "Yes" if you entered the United States lawfully through a port of entry.  You **must** provide evidence of your lawful entry such as a Form I-94 or passport with entry stamp.

Select "No" if you **did not** enter the United States lawfully through a port of entry.  Complete **Item Numbers 30.c.** and **30.d. - 30.g.**

**NOTE:**  Your eligibility for an EAD under category (c)(8) requires that, after August 25, 2020 any entry into the United States was lawful and through a port of entry.  However, in limited circumstances, you may qualify for an exception to this requirement under 8 CFR 208.7(a)(1)(iii)(F).  In order for USCIS to determine whether you qualify for an exception, you must complete **Item Numbers 30.c.** and **30.d. - 30.g.**

**Item Number 30.c.  Presenting yourself to the Department of Homeland Security.**  Select "Yes" if you presented yourself to an officer or agent from the Department of Homeland Security (DHS) within 48 hours of your unlawful entry into the United States **and** expressed an intention to apply for asylum or expressed a fear of persecution or torture. Presenting yourself to DHS includes presenting yourself to an officer or an agent from:  U.S. Customs and Border Protection, U.S. Border Patrol, U.S. Immigration and Customs Enforcement, U.S. Coast Guard, or U.S. Citizenship and Immigration Services.

Select "No" if you did not present yourself to an officer or agent from DHS within 48 hours of your unlawful entry into the United States **and** express an intention to apply for asylum or express a fear of persecution or torture.

**Item Number 30.d.  Date you presented yourself to DHS.**  Provide the date that you presented yourself to DHS.

AR2022_600145

**Item Number 30.e.  Location where you presented yourself to DHS.**  Provide the location where you presented yourself to DHS.

**Item Number 30.f.  Country of claimed persecution.**  Provide the name of the country from which you fear persecution or torture.

**Item Number 30.g.  Explanation of why you did not enter the United States lawfully through a port of entry.**  You must show good cause for failing to enter the United States lawfully at a port of entry.  See 8 CFR 208.7(a)(1)(iii)(F). Examples of good cause include, but are not limited to, needing immediate medical attention or fleeing imminent serious harm.  Examples that do not constitute good cause include, but are not limited to, evasion of U.S. immigration officers, circumvention of the orderly processing of asylum seekers at a U.S. port of entry, or convenience.

**Item Number 31.a. - 31.b.  (c)(35) and (c)(36) Eligibility Category.**  If you entered the eligibility category **(c)(35)** or **(c)(36)** in **Item Number 27.**, please provide the receipt number of your Form I-797 Notice for Form I-140 or the receipt number of your spouse's or parent's Form I-797 Notice for Form I-140.  Provide an answer to the question "Have you **EVER** been arrested for and/or convicted of any crime?"

**NOTE:**  If you answered "Yes" to **Item Number 31.b.**, refer to **Employment-Based Nonimmigrant Categories**, **Items 8. - 9.** in the **Who May File Form I-765** section of the Instructions for information about providing court dispositions.

### Part 3.  Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**Item Numbers 1.a. - 7.b.**  Select the appropriate box to indicate whether you read this application yourself or whether you had an interpreter assist you.  If someone assisted you in completing the application, select the box indicating that you used a preparer.  Further, you must sign and date your application and provide your daytime telephone number, mobile telephone number (if any), and email address (if any).  Every application **MUST** contain the signature of the applicant (or parent or legal guardian, if applicable).  A stamped or typewritten name in place of a signature is not acceptable.

### Part 4.  Interpreter's Contact Information, Certification, and Signature

**Item Numbers 1.a. - 7.b.**  If you used anyone as an interpreter to read the Instructions and questions on this application to you in a language in which you are fluent, the interpreter must fill out this section; provide his or her name, the name and address of his or her business or organization (if any), his or her daytime telephone number, his or her mobile telephone number (if any), and his or her email address (if any).  The interpreter must sign and date the application.

### Part 5.  Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant

**Item Numbers 1.a. - 8.b.**  This section must contain the signature of the person who completed your application, if other than you, the applicant.  If the same individual acted as your interpreter **and** your preparer, that person should complete both **Part 4.** and **Part 5.**  If the person who completed this application is associated with a business or organization, that person should complete the business or organization name and address information.  Anyone who helped you complete this application **MUST** sign and date the application.  A stamped or typewritten name in place of a signature is not acceptable.  If the person who helped you prepare your application is an attorney or accredited representative, he or she may also need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, along with your application.

**Part 6. Additional Information**

**Item Numbers 1.a. - 7.d.** If you need extra space to provide any additional information within this application, use the space provided in **Part 6. Additional Information**. If you need more space than what is provided in **Part 6.**, you may make copies of **Part 6.** to complete and file with your application, or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

> **We recommend that you print or save a copy of your completed application to review in the future and for your records.**

## Required Documentation

You must submit all evidence requested in these Instructions with your application. If you fail to submit required evidence, USCIS may reject or deny your application for failure to submit requested evidence or supporting documents in accordance with 8 CFR 103.2(b)(1) and these Instructions.

You must file all applications with the documents required below, the particular evidence required for each category listed in the **Who May File Form I-765** section of these Instructions, and the appropriate filing fee, if required.

If you are required to show economic necessity for your category, submit a list of your assets, income, and expenses. Provide this financial information on Form I-765WS, Form I-765 Worksheet. If you would like to provide an explanation, complete **Part 3. Explanation** of the worksheet.

Assemble the documents in the following order.

1. The appropriate filing fee, if applicable. See the **What Is the Filing Fee** section of these Instructions for details.

2. Your properly signed application.

3. You must submit the following documents.

   **A.** A copy of at least one of the following documents: Form I-94, Arrival-Departure Record (front and back), a printout of your electronic Form I-94 from **www.cbp.gov/i94**, passport, or other travel document. If you are filing Form I-765 under the (c)(9) category, copies of any of the above are not required.

   **B.** A copy of your last EAD (front and back). If you were not previously issued an EAD, you must submit a copy of a government-issued identity document (such as a passport) showing your picture, name, and date of birth; a birth certificate with photo ID; a visa issued by a foreign consulate; or a national ID document with photo and/or fingerprint. The identity document photocopy must clearly show your facial features and contain your biographical information.

   **NOTE:** If you are filing under the (c)(33) category, you are not required to submit additional documentation beyond what you submit with Form I-821D under **2. What documents do you need to provide to prove identity** in the **Evidence for Initial Requests Only** section of the Form I-821D Instructions.

   **C.** Photographs

   You **must** submit two identical color passport-style photographs of yourself taken recently. The photos must have a white to off-white background, be printed on thin paper with a glossy finish, and be unmounted and unretouched.

The two identical passport-style photos must be 2 by 2 inches.  The photos must be in color with a full face, frontal view, on a white to off-white background.  Head height should measure 1 to 1 3/8 inches from the top of your hair to the bottom of your chin, and eye height is between 1 1/8 to 1 3/8 inches from the top of your eyes to the bottom of photo.  Your head must be bare unless you are wearing headwear as required by a religious denomination of which you are a member.  Using a pencil or felt pen, lightly print your name and A-Number (if any) on the back of the photo.

## What Is the Filing Fee?

The filing fee for Form I-765 is **$410**.

**NOTE:**  The filing fee is not refundable, regardless of any action USCIS takes on this application.  **DO NOT MAIL CASH.**  You must submit all fees in the exact amounts.

**Special Instructions for TPS Applicants.**  If you are requesting an EAD as an initial TPS applicant, you must pay the Form I-765 filing fee, unless you are under 14 years of age or over 65 years of age.  If you are a TPS beneficiary requesting an EAD when filing for TPS re-registration, you must pay the Form I-765 filing fee, regardless of your age.

**Special Instructions for Those With Pending Asylum Applications--(c)(8).**  All applicants for an initial or renewal EAD under the (c)(8) eligibility category must submit biometrics and pay the **$85** biometric services fee.  If you fail to appear for your biometric services appointment, you may be ineligible for employment authorization.

**Special Instructions for Deferred Action for Childhood Arrivals--(c)(33).**  All requestors under this category must pay the biometric services fee of **$85**.  The biometric services fee and the filing fee for this application cannot be waived.

**Special Instructions for Beneficiaries of an Approved Employment-Based Immigrant Petition--(c)(35) and Spouses or Children of a Principal Beneficiary of an Approved Immigrant Petition--(c)(36).**  All applicants under these categories must submit biometrics.  An additional biometric services fee of **$85** is required for applicants 14 to 79 years of age, unless waived.

**Special Instructions for Applicants for Commonwealth of the Northern Mariana Islands (CNMI) Long-Term Resident Status--(c)(37).**  All applicants under this category must pay the biometric services fee of $85. The biometric services fee and the filing fee for the I-765 application cannot be waived.

### Exceptions

**Initial EAD.**  If this is your initial application and you are applying under one of the following categories, a filing fee is **not** required for:

1.  (a)(3) Refugee;

2.  (a)(4) Paroled as Refugee;

3.  (a)(5) Asylee;

4.  (a)(7) N-8 or N-9 nonimmigrant;

5.  (a)(8) Citizen of Micronesia, Marshall Islands, or Palau;

6.  (a)(10) Granted Withholding of Deportation;

7.  (a)(16) Victim of Severe Form of Trafficking (T-1 Nonimmigrant);

8.  (a)(12) or (c)(19) Temporary Protected Status if you are filing an initial TPS application and you are under 14 years of age or over 65 years of age.  All applicants for TPS re-registration who want an EAD must pay the filing fee, unless granted a fee waiver;

9.  (a)(19) Victim of Qualifying Criminal Activity (U-1 Nonimmigrant);

10.  (c)(1), (c)(4), or (c)(7) Dependent of certain foreign government, international organization, or NATO personnel;

**11.** (c)(8) Applicant for Asylum and Withholding of Deportation and Removal (an applicant filing under the special ABC procedures must pay the filing fee);

**12.** (c)(9) or (c)(16) Any current Adjustment of Status or Registry applicant who filed Form I-485 on or after July 30, 2007, and paid the appropriate Form I-485 filing fee.  If you file Form I-765 separately from your Form I-485, you must also submit a copy of your Form I-797C Notice for Form I-485, as evidence of filing Form I-485 on or after July 30, 2007, and payment of the appropriate filing fee.  If you did not pay the appropriate Form I-485 filing fee because your filing fee was waived or you are exempt from paying it, you must pay the Form I-765 filing fee or request that the filing fee be waived; and

**13.** (c)(31) VAWA Self-Petitioner.

**Renewal EAD.**  If this is a renewal application and you are applying under one of the following categories, a filing fee is **not** required for:

**1.** (a)(8) Citizen of Micronesia, Marshall Islands, or Palau;

**2.** (a)(10) Granted Withholding of Deportation;

**3.** (c)(l), (c)(4), or (c)(7) Dependent of certain foreign government, international organization, or NATO personnel; and

**4.** (c)(9) or (c)(16) Any current Adjustment of Status or Registry applicant who filed for adjustment of status on or after July 30, 2007, and paid the appropriate Form I-485 filing fee.  If you file Form I-765 separately from your Form I-485, you must also submit a copy of your Form I-797C Notice for Form I-485, as evidence of filing Form I-485 on or after July 30, 2007, and payment of the appropriate form filing.  If you did not pay the appropriate Form I-485 filing fee because your filing fee was waived or you are exempt from paying it, you must pay the Form I-765 filing fee or request that the filing fee be waived.

**Replacement for Lost, Stolen, or Damaged EAD.**  If you are requesting a replacement EAD because your previously issued card was lost, stolen, or damaged, but has not expired, you must pay the filing fee unless you have filed for adjustment of status on or after July 30, 2007 and paid the Form I-485 filing fee.  If you did not pay the Form I-485 filing fee because your filing fee was waived or you are exempt from paying it, you must pay the Form I-765 filing fee or request that the filing fee be waived.  See Form I-912 at **www.uscis.gov/i-912**.

**Replacement for Card Error**

**1.** If the card we issued to you contains incorrect information that is not attributed to our error, you must submit a new Form I-765 and filing fee, unless you have a pending Form I-485 and paid the Form I-485 filing fee.  If you did not pay the appropriate Form I-485 filing fee because your filing fee was waived or you are exempt from paying it, you must pay the Form I-765 filing fee or request that the filing fee be waived.  You must include the card containing the error when you submit the new Form I-765.

**2.** If the card we issued to you contains incorrect information that is attributed to our error, you do not need to file a new Form I-765 and filing fee.  Instead, you must submit a letter explaining the error, along with the card containing the error to the service center or National Benefits Center that approved your last Form I-765.

**Payments by Check or Money Order**

**Use the following guidelines when you prepare your check or money order for the Form I-765 filing fee:**

**1.** The check or money order must be drawn on a bank or other financial institution located in the United States and must be payable in U.S. currency; **and**

**2.** Make the check or money order payable to **U.S. Department of Homeland Security.**

   **NOTE:**  Spell out U.S. Department of Homeland Security; do not use the initials "USDHS" or "DHS."

AR2022_600149

**NOTE:** If you filed Form I-485 on or after July 30, 2007, and you paid the appropriate Form I-485 filing fee, no filing fee is required to request employment authorization on Form I-765. You may file Form I-765 with Form I-485, or you may submit Form I-765 at a later date. If you file Form I-765 separately, you must also submit a copy of your Form I-797C Notice as evidence of filing Form I-485 on or after July 30, 2007 and paying the filing fee.

If you did not pay the appropriate Form I-485 filing fee because your filing fee was waived or you are exempt from paying it, you must pay the Form I-765 filing fee or request that the filing fee be waived.

**Notice to Those Paying by Check.** If you send USCIS a check, we will convert it into an electronic funds transfer (EFT). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually take 24 hours and your bank will show it on your regular account statement.

You will not receive your original check back. We will destroy your original check, but will keep a copy of it. If USCIS cannot process the EFT for technical reasons, you authorize us to process the copy in place of your original check. If your check is returned as unpayable, we will re-submit the payment to the financial institution one time. If the check is returned as unpayable a second time, we will reject your application and charge you a returned check fee.

**Payments by Credit Card**

If you are filing your form at a USCIS Lockbox facility, you can pay your filing fee and biometric services fee (if applicable) using a credit card. Please see Form G-1450, Authorization for Credit Card Transactions, at www.uscis.gov/G-1450 for more information.

**How To Check If the Fees Are Correct**

Form I-765's filing fee is current as of the edition date in the lower left corner of this page. However, because USCIS fees change periodically, you can verify that the fee is correct by following one of the steps below.

1.  Visit the USCIS website at www.uscis.gov, select "FORMS," and check the appropriate fee; or

2.  Call the USCIS National Customer Service Center at **1-800-375-5283** and ask for fee information. For TTY (deaf or hard of hearing) call: **1-800-767-1833**.

**Fee Waiver**

You may be eligible for a fee waiver under 8 CFR 103.7(c). If you believe you are eligible for a fee waiver, complete Form I-912, Request for Fee Waiver (or a written request), and submit it and any required evidence of your inability to pay the filing fee with this application. You can review the fee waiver guidance at www.uscis.gov/feewaiver.

| Where to File? |
| --- |

Please see our website at www.uscis.gov/I-765 or call our National Customer Service Center at **1-800-375-5283** for the most current information about where to file this application. For TTY (deaf or hard of hearing) call: **1-800-767-1833**.

If you are requesting an EAD as an initial TPS applicant or a TPS beneficiary, see the Form I-821 Instructions and the most recent Federal Register notice regarding a TPS designation, re-designation, or extension for your country for additional guidance and filing location. You can find information on countries designated for TPS on our website at www.uscis.gov/tps.

**Premium Processing**

To determine if your requested classification or category is available for Premium Processing, please visit the USCIS website at www.uscis.gov/forms/how-do-i-use-premium-processing-service. If you are requesting Premium Processing Services, you must also file Form I-907, Request for Premium Processing Service, with the filing fee.

## Address Change

An applicant who is not a U.S. citizen must notify USCIS of his or her new address within 10 days of moving from his or her previous residence.  For information on filing a change of address, go to the USCIS website at **www.uscis.gov/addresschange** or contact the USCIS National Customer Service Center at **1-800-375-5283**.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

**NOTE:**  Do not submit a change of address request to the USCIS Lockbox facilities because the Lockbox does not process change of address requests.

## Processing  Information

You must have a United States address to file this application.

**Initial processing.**  Once USCIS accepts your application, we will check it for completeness.  If you do not completely fill out this application, you will not establish a basis for your eligibility and USCIS may reject or deny your application.

**Requests for More Information.**  USCIS may request that you provide more information or evidence to support your application.  We may also request that you provide the originals of any copies you submit.  If we request an original document from you, it will be returned to you after USCIS determines it no longer needs your original.

**Requests for Interview.**  We may request that you appear at a USCIS office for an interview based on your application.  At the time of any interview or other appearance at a USCIS office, we may require that you provide your biometrics to verify your identity and/or update background and security checks.

**Decision.**  The decision on Form I-765 involves a determination of whether you have established eligibility for the immigration benefit you are seeking.  USCIS will notify you of the decision in writing.

**Approval.**  If your application is approved, we will either mail your EAD to you or we may require you to visit your local USCIS office to pick it up.

**Denial.**  If USCIS cannot approve your application, you will receive a written notice explaining the basis of your denial.

## USCIS Forms and Information

To ensure you are using the latest version of this application, visit the USCIS website at **www.uscis.gov** where you can obtain the latest USCIS forms and immigration-related information.  The USCIS Contact Center provides information in English and Spanish.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

Instead of waiting in line for assistance at your local USCIS office, you can schedule an appointment online at **www.uscis.gov**.  Select "Make an Appointment" and follow the screen prompts to set up your appointment.  Once you finish scheduling an appointment, the system will generate an appointment notice for you.

AR2022_600151

## Penalties

If you knowingly and willfully falsify or conceal a material fact or submit a false document with your Form I-765, we will deny your Form I-765 and may deny any other immigration benefit. In addition, you will face severe penalties provided by law and may be subject to criminal prosecution.

## SSA Privacy Act Statement

Sections 205(c) and 702 of the Social Security Act authorizes SSA to collect information to assign you an SSN and issue a Social Security card. The information you furnish on this application is voluntary. However, failure to provide the requested information may prevent SSA from issuing you an SSN and Social Security card. SSA will maintain the information used to assign you an SSN and issue you a Social Security card in SSA's system of records [Master Files of Social Security Number (SSN) Holders and SSN Applications, 60-0058]. Complete lists of approved routine uses for the information used to assign you an SSN and issue you a Social Security card are available in the System of Records Notice 60-0058, available at **www.ssa.gov**.

## DHS Privacy Notice

**AUTHORITIES:** The information requested on this application, and the associated evidence, is collected under the Immigration and Nationality Act, 8 U.S.C. Section 1324a; 8 CFR 274a.12, and 8CFR 274a.13.

**PURPOSE:** The primary purpose for providing the requested information on this application is to determine eligibility for certain aliens who are temporarily in the United States requesting an Employment Authorization Document. DHS uses the information you provide to grant or deny the benefit you are seeking.

**DISCLOSURE:** The information you provide is voluntary. However, failure to provide the requested information, including your Social Security number, and any requested evidence may delay a final decision or result in a rejection or denial of your application.

**ROUTINE USES:** DHS may, where allowable under relevant confidentiality provisions, share the information you provide on this application and any additional requested evidence with other Federal, state, local, and foreign government agencies and authorized organizations. DHS follows approved routine uses, as described in the associated published system of records notices [DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records; DHS/USCIS-007 Benefits Information System; DHS/USCIS-010 Asylum Information and Pre-Screening System of Records; DHS/USCIS-017 Refugee Case Processing and Security Screening Information System of Records; and DHS/USCIS-018 Immigration Biometric and Background Check (IBBC) System of Records], and the published privacy impact assessments [DHS/USCIS/PIA-016(a) Computer Linked Application Information Management System (Claims 3) and Associated Systems; DHS/USCIS/PIA-027 USCIS Asylum Division; DHS/USCIS/PIA-056 USCIS Electronic Immigration System (USCIS ELIS); and DHS/USCIS/PIA-068 Refugee Case Processing and Security Vetting], which can be found at **www.dhs.gov/privacy**. DHS may also share this information as appropriate for law enforcement purposes or in the interest of national security.

## Paperwork Reduction Act

An agency may not conduct or sponsor an information collection, and a person is not required to respond to a collection of information, unless it displays a currently valid Office of Management and Budget (OMB) control number.  The public reporting burden for this collection of information is estimated at 4 hours and 45 minutes per response, including the time for reviewing instructions, gathering the required documentation and information, completing the application, preparing statements, attaching necessary documentation, and submitting the application.  The collection of biometrics is estimated to require 1 hour and 10 minutes.  The public reporting burden for the collection of information for Form I-765WS is estimated at 30 minutes per response, including the time for reviewing instructions, gathering the required documentation and information, completing the application, preparing statements, attaching necessary documentation, and submitting the application.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to:  U.S. Citizenship and Immigration Services, Office of Policy and Strategy, Regulatory Coordination Division, 5900 Capital Gateway Drive, Mail Stop #2140, Camp Springs, MD 20588-0009; OMB No. 1615-0040.  **Do not mail your completed Form I-765 to this address.**



# Instructions for Consideration of Deferred Action
## for Childhood Arrivals

### Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-821D**
OMB No. 1615-0124
Expires 04/30/2021

## What is the Purpose of this Form?

An individual may file Form I-821D, Consideration of Deferred Action for Childhood Arrivals, to request that U.S. Citizenship and Immigration Services (USCIS) exercise prosecutorial discretion in his or her favor under the Deferred Action for Childhood Arrivals (DACA) process, including consideration for Renewal of deferred action. USCIS considers deferring action (including Renewal of deferred action) on a case-by-case basis, based on the guidelines in the **What is a Childhood Arrival for Purposes of This Form** section of these instructions. Deferred action is a discretionary determination to defer removal of an individual as an act of prosecutorial discretion. Individuals who receive deferred action will not be placed into removal proceedings or removed from the United States for a specified period of time, unless the Department of Homeland Security (DHS) chooses to terminate the deferral. See the Secretary of Homeland Security's memorandum issued on June 15, 2012 (Secretary's memorandum), upon which the DACA process is based, at **www.uscis.gov/childhoodarrivals**.

## When Should I Use Form I-821D?

Use this form to request consideration of Initial DACA or Renewal of DACA. Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. All individuals filing Form I-821D, whether for an Initial or a Renewal of deferred action, must also file Form I-765, Application for Employment Authorization, and Form I-765 Worksheet, Form I-765WS. See the **Evidence for Initial Requests Only** and **Evidence for Renewal Requests Only** sections of these instructions for more information.

**CAUTION:** If you file this request more than 150 days prior to the expiration of your current period of deferred action, USCIS may reject your submission and return it to you with instructions to resubmit your request closer to the expiration date. **USCIS encourages renewal requestors to file as early in the 150-day period as possible - ideally, at least 120 days prior to the DACA expiration date.**

**NOTE:** If you have received DACA and you are filing within one year after your last period of deferred action expired, please follow the instructions provided below for renewal requestors.

**NOTE:** If U.S. Immigration and Customs Enforcement (ICE) initially deferred action in your case and you are seeking a Renewal, you must file Form I-821D and select and complete **Item Number 2.** in **Part 1.** of Form I-821D. You must also respond to ALL subsequent questions on the form. You must also submit documentation to establish how you satisfy the guidelines as if you were filing an Initial request for consideration of deferred action.

If you are currently in immigration detention, you may not request consideration of DACA or Renewal of DACA from USCIS. If you think you meet the guidelines of this process, you should identify yourself to your deportation officer.

## What is a Childhood Arrival for Purposes of This Form?

An individual may be considered for Initial DACA if he or she:

1. Was under 31 years of age as of June 15, 2012;

2. Came to the United States before reaching his or her 16th birthday;

3. Has continuously resided in the United States since June 15, 2007, up to the present time;

**AR2022_600154**

**4.** Was present in the United States on June 15, 2012 and at the time of making his or her request for consideration of deferred action with USCIS;

**5.** Had no lawful status on June 15, 2012;

    **NOTE:** No lawful status on June 15, 2012 means that:

    **A.** You never had a lawful immigration status on or before June 15, 2012; or

    **B.** Any lawful immigration status or parole that you obtained prior to June 15, 2012 had expired as of June 15, 2012.

**6.** Is currently in school, has graduated or obtained a certificate of completion from high school, has obtained a general educational development (GED) certificate, or is an honorably discharged veteran of the U.S. Armed Forces or U.S. Coast Guard; and

**7.** Has not been convicted of a felony, a significant misdemeanor, or three or more misdemeanors, and does not otherwise pose a threat to national security or public safety.

An individual may be considered for **Renewal** of DACA if he or she met the guidelines for consideration of Initial DACA (see above) AND he or she:

**1.** Did not depart the United States on or after August 15, 2012 without advance parole;

**2.** Has continuously resided in the United States since he or she submitted his or her most recent request for DACA that was approved up to the present time; and

**3.** Has not been convicted of a felony, a significant misdemeanor, or three or more misdemeanors, and does not otherwise pose a threat to national security or public safety.

---

## Who May File Form I-821D?

**1. Childhood Arrivals Who Have Never Been in Removal Proceedings.** If you have never been in removal proceedings, submit this form to request that USCIS consider deferring action in your case. You must be 15 years of age or older at the time of filing and meet the guidelines described in the Secretary's memorandum to be considered for deferred action.

**2. Childhood Arrivals Whose Removal Proceedings Were Terminated.** If you were in removal proceedings which have been terminated by the immigration judge prior to this request, you may use this form to request that USCIS consider deferring action in your case. You must be 15 years of age or older at the time of filing and meet the guidelines described in the Secretary's memorandum to be considered for deferred action.

**3. Childhood Arrivals In Removal Proceedings, With a Final Removal Order, or With Voluntary Departure.** If you are in removal proceedings, have a final order of removal, exclusion, or deportation issued in any other context, have a voluntary departure order, or if your proceedings have been administratively closed, you may use this form to request that USCIS consider deferring action in your case, even if you are under 15 years of age at the time of filing. For the purpose of this form, "removal proceedings" includes exclusion or deportation proceedings initiated before April 1, 1997, an Immigration and Nationality Act (INA) section 240 removal proceeding, expedited removal, reinstatement of a final order of exclusion, deportation, or removal, an INA section 217 removal after admission under the Visa Waiver Program, removal as a criminal alien under INA section 238, or any other kind of removal proceeding under U.S. immigration law in any other context (e.g., at the border or within the United States by an immigration agent).

**4. Childhood Arrivals Whose Case Was Deferred and Who Are Seeking Renewal of DACA.** If USCIS or ICE deferred action in your case under DACA, you may use this form to request consideration of Renewal of DACA from USCIS.

---

## General Instructions

USCIS provides forms free of charge through the USCIS website.  In order to view, print, or fill out our forms, you should use the latest version of Adobe Reader, which can be downloaded for free at **http://get.adobe.com/reader/**.

Each request must be properly signed and accompanied by Form I-765 with fees and Form I-765WS.  If you are under 14 years of age, your parent or legal guardian may sign the request on your behalf.  A designated representative may sign if the requestor is unable to sign due to a physical or developmental disability or mental impairment.  A photocopy of a signed request or typewritten name in place of a signature is not acceptable.  This request is not considered properly filed until accepted by USCIS.

**Evidence.**  You must submit all required evidence and supporting documentation with your request at the time of filing.  See the **Evidence for Initial Requests Only** and **Evidence for Renewal Requests Only** sections of these instructions for more details.

You should keep all documents that support how you meet the DACA guidelines so you can provide them if they are requested by USCIS.

**NOTE:**  If you are submitting a **Renewal Request** for consideration of DACA to USCIS, you do not need to re-submit documents you already submitted with your previous DACA requests.

**Biometric Services Appointment.**  Individuals requesting DACA must provide fingerprints, photographs, and signatures (biometrics).  You may receive a notice scheduling you to appear at an Application Support Center (ASC) for biometrics collection.  Failure to comply with the notice may result in the denial of your deferred action request.  USCIS may, in its discretion, waive the collection of certain biometrics.

**Copies.**  You may submit a legible photocopy of any document, unless you are specifically required to file an original document with this request.  Original documents submitted when not required may remain a part of the record, and USCIS will not automatically return them to you.

**Translations.**  Any document you submit to USCIS that contains a foreign language must have a full English translation.  The translator must certify that the English translation is complete and accurate, and that he or she is competent to translate from the foreign language into English.

An example of a certification would read, "I [typed name], certify that I am fluent (conversant) in the English and [insert other language] languages, and that the above/attached document is an accurate translation of the document attached entitled [name of document]."  The certification should also include the date, the translator's signature and typed name, and the translator's address.

**Advance Parole.**  If you wish to file a request for Advance Parole, please follow the instructions for filing Form I-131, Application for Travel Document.  You can get the most current information on how to apply for advance parole by visiting the USCIS website at **www.uscis.gov/i-131** or calling the National Customer Service Line at **1-800-375-5283** or **1-800-767-1833** (TTY for the hearing impaired).  Customer service officers are available Monday - Friday from 8 a.m. - 6 p.m. in each U.S. time zone.

**Travel Warning.**  On or after August 15, 2012, if you travel outside of the United States before USCIS has determined whether to defer action in your case, you will not be considered for deferred action.  Even after USCIS has deferred action in your case under DACA, you should not travel outside the United States unless you have been issued an Advance Parole Document by USCIS.  Deferred action will terminate automatically if you travel outside the United States without obtaining an Advance Parole Document from USCIS.  In addition, leaving the United States, even with an Advance Parole Document, may impact your ability to return to the United States.

AR2022_600156

**How To Fill Out Form I-821D**

1. This form consists of eight parts. Requestors for Initial DACA and those requestors seeking Renewal of DACA should fill out most parts. However, only requestors for Initial DACA should complete **Part 3.** See below for greater detail.

   **Part 1. Information About You.** All requestors must complete this part.

   **Part 2. Residence and Travel Information.** All requestors must complete this part. Please be aware that Initial requestors must provide more extensive information than Renewal requestors.

   **Part 3. For Initial Requests Only.** Renewal requestors should skip this part.

   **Part 4. Criminal, National Security, and Public Safety Information.** All requestors must complete this part.

   **Part 5. Statement, Certification, Signature, and Contact Information of the Requestor.** All requestors must complete this part.

   **Part 6. Contact Information, Certification, and Signature of the Interpreter.** Any requestor using an interpreter must complete this part.

   **Part 7. Contact Information, Declaration, and Signature of the Person Preparing this Request, If Other than the Requestor.** If you had someone else prepare your request, he or she must complete this part.

   **Part 8. Additional Information.** Any requestor may complete this part if additional space is needed.

2. Further Information on filling out Form I-821D:

   **A.** Type or print legibly in black ink.

   **B.** If you need extra space to complete any item within this request, use **Part 8. Additional Information** and make additional copies of this sheet as needed. Type or print your name and Alien Registration Number (A-Number) (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

   **C.** Answer all questions fully and accurately. If an item is not applicable or the answer is "none," type or print "N/A," unless otherwise directed.

   **D.** All dates must be entered as mm/dd/yyyy. You may provide approximate dates if you do not know the exact date. Do not leave a date response blank.

   **E.** **Processing Information.** You must provide the biometrics information requested in **Part 1.**, **Item Numbers 15. - 20.** Providing this information as part of your request may reduce the time you spend at your USCIS ASC appointment.

   **F.** **Part 5. Statement, Certification, Signature, and Contact Information of the Requestor.** Select the box that indicates whether someone interpreted this form for you. If applicable, the attorney, accredited representative, or other individual who helped prepare this form for you must complete **Part 7.** and sign and date the form. Every request must contain the requestor's original signature. A photocopy of a signed request or a typewritten name in place of a signature is **not** acceptable. Sign and date the form and provide your daytime telephone number, mobile telephone number, and email address. If you are under 14 years of age, your parent or legal guardian may sign the request on your behalf. A designated representative may sign if the requestor is unable to sign due to a physical or developmental disability or mental impairment.

   **G.** **Part 6. Contact Information, Certification, and Signature of the Interpreter.** If you used an interpreter to read the instructions and complete the questions on this form, the interpreter must fill out **Part 6.** The interpreter must provide his or her full name, the name of his or her business or organization, an address, a daytime telephone number, and an email address. He or she must also sign and date the form.

AR2022_600157

**H. Part 7. Contact Information, Declaration, and Signature of the Person Preparing this Request, If Other Than the Requestor.** If the person who completed this request, is someone other than the person named in **Part 1.**, he or she must complete this section of the request, provide his or her name, the address of his or her business or organization (if any), and his or her contact information. If the person completing this request is an attorney or accredited representative, he or she must submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, along with this request. Further, the attorney or accredited representative, and anyone who assisted in preparing your request, must sign and date the request. This section of the request **MUST** contain the original signature of the attorney or accredited representative, and anyone who assisted in preparing your request. A typewritten name in place of a signature is not acceptable.

## Evidence for Initial Requests Only

**NOTE:** If you are submitting an **Initial Request** for consideration of DACA to USCIS, you will need to submit documents showing how you believe you have satisfied each DACA guideline.

1. What documents should you submit with your Form I-821D?

    **A.** You do not need to submit original documents unless USCIS requests them.

    **B.** Evidence and supporting documents that you file with your Form I-821D should show that you are at least 15 years of age at the time of filing, if required (see the **Who May File Form I-821D** section of these instructions for more information), and that you meet all of the following:

    **(1)** Were born after June 15, 1981 (i.e., You were not age 31 or older on June 15, 2012);

    **(2)** Arrived in the United States before 16 years of age;

    **(3)** Have continuously resided in the United States since June 15, 2007, up to the present time;

    **(4)** Were present in the United States on June 15, 2012, and at the time of making your request for consideration of deferred action with USCIS;

    **(5)** Had no lawful status on June 15, 2012; and

    **(6)** Are currently in school, graduated or received a certificate of completion from high school, obtained a GED certificate or other equivalent state-authorized exam in the United States, or that you are an honorably discharged veteran of the U.S. Armed Forces or U.S. Coast Guard.

2. What documents do you need to provide to prove identity?

    Submit copies of any of the following:

    **A.** Passport;

    **B.** Birth certificate accompanied by photo identification;

    **C.** Any national identity document from your country of origin bearing your photo and/or fingerprint;

    **D.** Any U.S. government immigration or other document bearing your name and photograph (e.g., EADs, visas, driver's licenses, non-driver cards);

    **E.** Any school-issued form of identification with photo;

    **F.** Military identification document with photo;

    **G.** State-issued photo ID showing date of birth; or

    **H.** Any other document with photo that you believe is relevant.

    **NOTE:** Expired documents are acceptable.

**3.   What documents may show that you came to the United States before your 16th birthday?**

Submit copies of any of the following documents:

**A.** Passport with an admission stamp indicating when you entered the United States;

**B.** Form I-94, I-94W, or I-95 Arrival-Departure Record;

**C.** Any Immigration and Naturalization Service (INS) or DHS document stating your date of entry (e.g., Form I-862, Notice to Appear);

**D.** Travel records, such as transportation tickets showing your dates of travel to the United States;

**E.** School records (e.g., transcripts, report cards) from the schools that you have attended in the United States, showing the names of the schools and periods of school attendance;

**F.** Hospital or medical records concerning treatment or hospitalization, showing the names of the medical facilities or physicians and the dates of the treatment or hospitalization;

**G.** Official records from a religious entity in the United States confirming your participation in a religious ceremony, rite, or passage (e.g., baptism, first communion, wedding); or

**H.** Any other document that you believe is relevant.

**4.   If you left the United States for some period of time before your 16th birthday and returned on or after your 16th birthday to begin your current period of continuous residence, what documents may show that you established residence before your 16th birthday?**

Submit copies of any of the following documents:

**A.** School records (e.g., transcripts, report cards) from the schools that you have attended in the United States, showing the names of the schools and periods of school attendance;

**B.** Employment records (e.g., pay stubs, W-2 Forms, certification of the filing of Federal income tax returns, state verification of the filing of state income tax returns, letters from employers, or, if you are self employed, letters from banks and other firms with whom you have done business);

**C.** Documents evidencing that you were physically present in the United States for multiple years prior to your 16th birthday; or

**D.** Any other relevant document.

**5.   What documents may show that you continuously resided in the United States since June 15, 2007, up to the present date?**

Submit copies of any relevant documents such as:

**A.** Rent receipts, utility bills (e.g., gas, electric, phone), or receipts or letters from companies showing the dates during which you received service.  You may submit this documentation even if it only has the name of your parents or legal guardians, as long as you also submit other evidence (e.g., third party documentation) that connects you to your residence at that address;

**B.** Employment records (e.g., pay stubs, W-2 Forms, certification of the filing of Federal income tax returns, state verification of the filing of state income tax returns, letters from employers, or, if you are self employed, letters from banks and other firms with whom you have done business);

**NOTE:**  In all of these documents, your name and the name of the employer or other interested organization must appear on the form or letter, as well as relevant dates.  Letters must include: your address at the time of employment, exact periods of employment, periods of layoff, and duties with the employer.  Letters must also be signed by the employer and include the employer's contact information.

**C.** School records (e.g., transcripts, report cards) from the schools that you have attended in the United States, showing the names of the schools and periods of school attendance;

AR2022_600159

**D.** Military records (e.g., Form DD-214, Certificate of Release or Discharge from Active Duty; NGB Form 22, National Guard Report of Separation and Record of Service; military personnel records; or military health records);

**E.** Hospital or medical records concerning treatment or hospitalization, showing the names of the medical facilities or physicians and the dates of the treatment or hospitalization;

**F.** Official records from a religious entity in the United States confirming your participation in a religious ceremony, rite, or passage (e.g., baptism, first communion, wedding);

**G.** Money order receipts for money sent in or out of the country; passport entries; birth certificates of children born in the United States; dated records of bank transactions; correspondence between you and another person or organization; automobile license receipts, title, vehicle registration, etc.; deeds, mortgages, rental agreements, contracts to which you have been a party; tax receipts; insurance policies; receipts; postmarked letters; or

**H.** Any other relevant document.

**6.  Do brief departures interrupt continuous residence?**

A brief, casual, and innocent absence from the United States will not interrupt your continuous residence.  If you were absent from the United States for any period of time, your absence will be considered brief, casual, and innocent, if it was on or after June 15, 2007, and before August 15, 2012, and:

**A.** The absence was short and reasonably calculated to accomplish the purpose for the absence;

**B.** The absence was not because of an order of exclusion, deportation, or removal;

**C.** The absence was not because of an order of voluntary departure or an administrative grant of voluntary departure before you were placed in exclusion, deportation, or removal proceedings; and

**D.** The purpose of the absence and/or your actions while outside of the United States were not contrary to law.

**In Part 3. Arrival/Residence Information,** list all your absences from the United States since June 15, 2007. Include information about all your departure and return dates, and the reason for your departures.  Documents you can submit that may show your absence was brief, casual, and innocent include, but are not limited to:

**A.** Plane or other transportation tickets or itinerary showing the travel dates;

**B.** Passport entries;

**C.** Hotel receipts showing the dates you were abroad;

**D.** Evidence of the purpose of the travel (e.g., you attended a wedding or funeral);

**E.** Copy of Advance Parole Document issued by USCIS; and

**F.** Any other evidence that could support a brief, casual, and innocent absence.

**7.  What documents may demonstrate that you were present in the United States on June 15, 2012?**

Submit copies of any relevant documents such as:

**A.** Rent receipts, utility bills (e.g., gas, electric, phone), or receipts or letters from companies showing the dates during which you received service You may submit this documentation even if it only has the name of your parents or legal guardians, as long as you also submit other evidence (e.g., third party documentation) that connects you to your residence at that address;

**B.** Employment records (e.g., pay stubs, W-2 Forms, certification of the filing of Federal income tax returns, state verification of the filing of state income tax returns, letters from employers or, if you are self employed, letters from banks and other firms with whom you have done business);

**NOTE:**  In all of these documents, your name and the name of the employer or other interested organization must appear on the form or letter, as well as relevant dates.  Letters must include: your address at the time of employment, exact periods of employment, periods of layoff, and duties with the employer.  Letters must also be signed by the employer and include the employer's contact information.

**C.** School records (e.g., transcripts, report cards) from the schools that you have attended in the United States, showing the names of the schools and periods of school attendance;

**D.** Military records (e.g., Form DD-214, Certificate of Release or Discharge from Active Duty; NGB Form 22, National Guard Report of Separation and Record of Service; military personnel records; or military health records);

**E.** Hospital or medical records concerning treatment or hospitalization, showing the names of the medical facilities or physicians and the dates of the treatment or hospitalization;

**F.** Official records from a religious entity in the United States confirming your participation in a religious ceremony, rite, or passage (e.g., baptism, first communion, wedding);

**G.** Money order receipts for money sent in or out of the country; passport entries; birth certificates of children born in the United States; dated records of bank transactions; correspondence between you and another person or organization; automobile license receipts, title, vehicle registration, etc.; deeds, mortgages, rental agreements, contracts to which you have been a party; tax receipts; insurance policies; receipts; postmarked letters; or

**H.** Any other relevant document.

**8. What documents may show you had no lawful status on June 15, 2012?** (Submit documents if you were admitted or paroled, or otherwise obtained a lawful immigration status, on or before June 15, 2012, or you were or are in removal proceedings.)

Submit copies of any of the following documents:

**A.** Form I-94, I-94W, or I-95 Arrival/Departure Record showing the date your authorized stay expired;

**B.** If you have a final order of exclusion, deportation, or removal issued as of June 15, 2012, submit a copy of that order and related charging documents, if available;

**C.** An INS or DHS charging document placing you into removal proceedings, if available; or

**D.** Any other document that you believe is relevant to show that on June 15, 2012, you had no lawful status.

**9. What documents may demonstrate that you:  a) are currently in school in the United States at the time of filing; b) have graduated or received a certificate of completion or a certificate of attendance from a U.S. high school, a U.S. public or private college or university, including community college; or c) have obtained a GED certificate or other equivalent state-authorized exam in the United States?** (If applicable)

USCIS recognizes that schools, educational programs, school districts, and state education agencies around the country issue educational records in a variety of formats.  USCIS does not require educational records to be presented in any particular format.

**A.** To be considered "currently in school," you are to demonstrate that you are currently enrolled in one of the following:

**(1)** A U.S. public, private, or charter elementary school, junior high or middle school, high school, secondary school, alternative program, or home school program meeting state requirements;

**(2)** An education, literacy, or career training program (including vocational training) that has a purpose of improving literacy, mathematics, or English or is designed to lead to placement in post-secondary education, job training, or employment, and where you are working toward such placement, and that the program:

**(a)** Is administered by a non-profit entity; or

**(b)** Is funded in whole or in part by Federal, state, local, or municipal funds; or

**(c)** Is of demonstrated effectiveness;

**(3)** An education program in the U.S. assisting students in obtaining a regular high school diploma or its recognized equivalent under state law (including a certificate of completion, certificate of attendance, or alternate award), or in passing a GED exam or other equivalent state-authorized exam, and that the program:

  **(a)** Is administered by a non-profit entity; or

  **(b)** Is funded in whole or in part by Federal, state, local, or municipal funds; or

  **(c)** Is of demonstrated effectiveness;

**(4)** A U.S. public or private college or university including community college.

Evidence of enrollment may include, but is not limited to: school registration cards, acceptance or other letters demonstrating enrollment or attendance, current transcripts, report cards, progress reports, or other documents issued by a school district, state education agency, school, or program.  These documents should show your name; the name of the school district, or state educational agency, school, or program issuing the record; the dates or time periods of enrollment you are seeking to establish; and your current educational or grade level.

If you have been accepted for enrollment and your classes have not yet begun, you may submit an acceptance letter with evidence that you have registered for classes or any other relevant evidence showing you have committed to starting classes on a certain date, including, for example, a copy of your tuition bill, your class schedule, or your Individualized Educational Program.

If you are enrolled in an educational, literacy, or career training program (including vocational training or an ESL course), evidence that the program is funded in whole or in part by Federal, state, local, or municipal funds includes a letter or other documentation from an authorized representative of the program that includes information such as: your name and date of enrollment, the duration of the program and expected completion date, the program's source of public funding, and the program's authorized representative's contact information.

If you are enrolled in an education, literacy, or career training program that is not publicly funded, evidence that the program is of demonstrated effectiveness may include information from an authorized school representative relating to: the duration of the program's existence; the program's track record in placing students in employment, job training, or post-secondary education; receipt of awards or special achievement or recognition that indicate the program's overall quality; and/or any other information indicating the program's overall quality.

**B.** Evidence to show that you meet the educational guideline because you have "graduated from school" or "obtained a GED certificate" or other equivalent state-authorized exam in the United States includes, but is not limited to:

**(1)** A high school diploma from a U.S. public or private high school or secondary school;

**(2)** A recognized equivalent of a U.S. high school diploma under state law, including a GED certificate or other equivalent state-authorized exam, a certificate of completion, or a certificate of attendance;

**(3)** A transcript that identifies the date of graduation or program completion;

**(4)** An enrollment history that shows the date of graduation or program completion;

**(5)** A degree from a public or private college or university or a community college; or

**(6)** An alternate award from a U.S. public or private high school or secondary school.

These documents should show your name; the name of the U.S. school district, educational agency, school, or program issuing the record; the dates or time periods of enrollment you are seeking to establish; and your date of graduation or completion.

**10. What documents may demonstrate that you are an honorably discharged veteran of the U.S. Armed Forces or U.S. Coast Guard?** (If applicable)

Submit copies of the following documents:

**A.** Form DD-214, Certificate of Release or Discharge from Active Duty;

**B.** NGB Form 22, National Guard Report of Separation and Record of Service;

AR2022_600162

**C.** Military personnel records;

**D.** Military health records; or

**E.** Any other relevant document.

**11. What additional documents should you submit if you are currently or have been in removal proceedings?**

Submit a copy of the removal order, any document issued by the immigration judge, or the final decision of the Board of Immigration Appeals (BIA), if available.  If you have not been in removal proceedings, this question does not apply to you.

**12. What evidence should I submit to demonstrate my criminal history?**

If you have been arrested for or charged with any felony (i.e., a Federal, state, or local criminal offense punishable by imprisonment for a term exceeding one year) or misdemeanor (i.e., a Federal, state, or local criminal offense for which the maximum term of imprisonment authorized is one year or less but greater than five days) in the United States, or a crime in any country other than the United States, you must submit evidence demonstrating the results of the arrest or charges brought against you.  If the charges against you were handled in juvenile court, and the records are from a state with laws prohibiting their disclosure, this evidence is not required.

**A.** If you have ever been arrested for any felony or misdemeanor in the United States, or a crime in any country other than the United States, and no charges were filed, submit an original official statement by the arresting agency or applicable court order confirming that no charges were filed for each arrest.  If you are unable to provide such documentation or if it is not available, you must provide an explanation, including a description of your efforts to obtain such evidence, in **Part 8. Additional Information.**

**B.** If you have ever been charged with or convicted of a felony or misdemeanor in the United States, or a crime in any country other than the United States, submit an original or court-certified copy of the complete arrest record and disposition for each incident (e.g., dismissal order, conviction and sentencing record, acquittal order).  If you are unable to provide such documentation or if it is not available, you must provide an explanation, including a description of your efforts to obtain such evidence, in **Part 8. Additional Information.**

**C.** If you have ever had any arrest or conviction vacated, set aside, sealed, expunged, or otherwise removed from your record, submit:

**(1)** An original or court-certified copy of the court order vacating, setting aside, sealing, expunging, or otherwise removing the arrest or conviction; or

**(2)** An original statement from the court that no record exists of your arrest or conviction.

If you are unable to provide such documentation or if it is not available, you must provide an explanation, including a description of your efforts to obtain such evidence, in **Part 8. Additional Information.**

**NOTE:  You do not need to submit documentation concerning minor traffic violations such as driving without a license unless they were alcohol - or drug-related.**

---

## Evidence for Renewal Requests Only

**NOTE:**  If you are submitting a **Renewal Request** for consideration of DACA to USCIS, you do not need to re-submit documents you already submitted with your previous DACA requests.

If you are seeking a **Renewal** of DACA, respond to all questions, except where the section or question indicates "For Initial Requests Only."

If you are currently in exclusion, deportation, or removal proceedings, see **Item Number 11.** (above) for additional guidance.

If you have any criminal history, see **Item Number 12.** (above) for additional guidance.

AR2022_600163

With your Renewal request, you only need to submit any new documents pertaining to removal proceedings or criminal history that you have not already submitted to USCIS.  If USCIS needs more documentation from you, USCIS will send a Request for Evidence to you explaining the needed information.  However, you should submit new documents if any of the following situations apply to you:

1.  You are currently in exclusion, deportation, or removal proceedings (please note, you do not need to submit these documents if your case has been administratively closed); or

2.  You have been charged with, or convicted of, a felony or misdemeanor (please note, you do not need to submit these documents if you already submitted them with a previous DACA request).

**NOTE:**  You should keep all documents that support how you meet the DACA guidelines so you can provide them if they are requested by USCIS.

If ICE initially deferred action in your case and you are seeking a Renewal, you must select and complete **Item Number 2.** in **Part 1.** of Form I-821D.  You must also respond to **ALL** subsequent questions on the form.  You must also submit documentation to establish how you satisfy the guidelines as if you were filing an Initial request for consideration of deferred action.

**NOTE:**  You do not need to submit documentation concerning minor traffic violations such as driving without a license unless they were alcohol-or drug- related.

## Additional Information Relevant to ALL Requests for DACA

1.  **What other factors will USCIS consider when making a determination on deferred action?**

    USCIS will also conduct a background check.  USCIS may consider deferring action in your case even if you have been arrested or detained by any law enforcement officer and charges were filed, or if charges were filed against you without an arrest.  USCIS will evaluate the totality of the circumstances in reaching a decision on deferred action.

    In accordance with the Secretary's memorandum, if USCIS determines that you have been convicted of a felony, a significant misdemeanor, or three or more misdemeanors not occurring on the same date and not arising out of the same act, omission, or scheme of misconduct, or that you otherwise pose a threat to national security or public safety, USCIS is unlikely to defer action in your case.  See the Frequently Asked Questions at **www.uscis.gov/childhoodarrivals**.

    Even if you satisfy the threshold criteria for consideration of DACA, USCIS may deny your request if it determines, in its unreviewable discretion, that an exercise of prosecutorial discretion is not warranted in your case.

2.  **What else should you submit with Form I-821D?**

    USCIS will not consider deferring action in your case unless your Form I-821D is accompanied by Form I-765, with fees, and Form I-765WS.  If you do not include Form I-765 with all applicable fees with your Form I-821D, your entire submission will be rejected.

    **Optional E-Notification of Request Acceptance.**  You may submit Form G-1145, Notification of Application/ Petition Acceptance, an optional form, which will notify you electronically when USCIS accepts your request for DACA.

## What is the Filing Fee?

There is no filing fee for Form I-821D.  However, you must submit both filing and biometric services fees with Form I-765. Read Form I-765 filing instructions for complete information at **www.uscis.gov/I-765**.

AR2022_600164

## Where to File?

Please see our USCIS website at **www.uscis.gov/I-821D** or call the USCIS National Customer Service Center at **1-800-375-5283** for the most current information about where to file this form.  For TTY (deaf or hard of hearing) call: **1-800-767-1833**.

## Address Changes

You must inform USCIS if you change your address.  For information on filing a change of address, go to the USCIS website at **www.uscis.gov/addresschange** or contact the USCIS National Customer Service Center at **1-800-375-5283**.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

**NOTE:**  Do not submit a change of address request to USCIS Lockbox facilities because these facilities do not process change of address requests.

## Processing Information

**Initial Processing.**  Once your request has been received by USCIS, USCIS will check the request for completeness.  If you do not completely fill out the form, USCIS may deny or reject your request.

**Requests for More Information, Including Biometrics or Interview.**  We may request more information or evidence, or we may request that you appear at a USCIS office for an interview.  We may also request that you provide the originals of any copies you submit.  We will return these originals when they are no longer needed.

If the same documents are required for both Form I-821D and Form I-765 that are filed together, the documents only have to be submitted once.

At the time of any interview or other appearance at a USCIS office, USCIS may require that you provide biometric information (e.g., photograph, fingerprints, signature) to verify your identity and update your background information.

**Decision.**  USCIS will review your request to determine whether the exercise of prosecutorial discretion is appropriate in your case.  Each case will be considered on an individual, case-by-case basis.  Even if you satisfy the threshold criteria for consideration of DACA, USCIS may determine, in its unreviewable discretion, that deferred action is not warranted in your case.  You will be notified of the decision in writing.  There is no motion to reopen/reconsider the decision and there is no right to appeal.

## USCIS Forms and Information

To ensure you are using the latest version of this request, visit the USCIS website at **www.uscis.gov** where you can obtain the latest USCIS forms and immigration-related information.  If you do not have internet access, you may order USCIS forms by calling the USCIS Contact Center at **1-800-375-5283**.  The USCIS Contact Center provides information in English and Spanish.  For TTY (deaf or hard of hearing) call:  **1-800-767-1833**.

Instead of waiting in line for assistance at your local USCIS office, you can schedule an appointment online at **www.uscis.gov**.  Select "Tools," then under "Self Service Tools," select "Appointments" and follow the screen prompts to set up your appointment.  Once you finish scheduling an appointment, the system will generate an appointment notice for you.

## Penalties

If you knowingly and willfully provide materially false information on Form I-821, you will be committing a Federal felony punishable by a fine, or imprisonment up to five years, or both, under 18 U.S.C. Section 1001.  In addition, individuals may be placed into removal proceedings, face severe penalties provided by law, and be subject to criminal prosecution.

## DHS Privacy Notice

**AUTHORITIES:**  The information requested on this form, and the associated evidence, is collected under the Immigration and Nationality Act, section 101, et seq.

**PURPOSE:**  The primary purpose for providing the requested information on this form is to determine if you should be considered for deferred action as a childhood arrival.  The information you provide will be used in making a decision whether to defer removal action in your case as an exercise of prosecutorial discretion.

**DISCLOSURE:**  The information you provide is voluntary.  However, failure to provide the requested information, and any requested evidence, may delay a final decision in your case or result in denial of your form.

**ROUTINE USES:**  The information you provide on this form may be shared with other Federal, state, local, and foreign government agencies and authorized organizations following approved routine uses described in the associated published system of records notices [DHS/USCIS-001 - Alien File, Index, and National File Tracking System and DHS/USCIS-007 - Benefits Information System] and the published privacy impact assessments [DHS/USCIS/PIA-003(a) Integrated Digitization Document Management Program (IDDMP), DHS/USCIS/PIA-016a Computer Linked Application Information Management System and Associated Systems, and DHS/USCIS/PIA-056 USCIS Electronic Immigration System] which can be found at **www.dhs.gov/privacy**].

**OTHER DISCLOSURE INFORMATION:**  Information provided in this request is protected from disclosure to ICE and U.S. Customs and Border Protection (CBP) for the purpose of immigration enforcement proceedings unless the requestor meets the criteria for the issuance of a Notice To Appear or a referral to ICE under the criteria set forth in USCIS' 2011 Notice to Appear guidance (**www.uscis.gov/NTA**).  The information may be shared with national security and law enforcement agencies, including ICE and CBP, for purposes other than removal, including for assistance in the consideration of deferred action for childhood arrivals request itself, to identify or prevent fraudulent claims, for national security purposes, or for the investigation or prosecution of a criminal offense.  The above information sharing clause covers family members and guardians, in addition to the requestor.

This policy is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter.

## Paperwork Reduction Act

An agency may not conduct or sponsor an information collection, and a person is not required to respond to a collection of information, unless it displays a currently valid OMB control number.  The public reporting burden for this collection of information is estimated at 3 hours per response, including the time for reviewing instructions and completing and submitting the form.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to:  U.S. Citizenship and Immigration Services, Regulatory Coordination Division, Office of Policy and Strategy, 20 Massachusetts Ave NW, Washington, DC 20529-2140; OMB No. 1615-0124.  **Do not mail your completed Form I-821D to this address.**

## Reminder

### *For Initial and Renewal Request*

☐ Did you submit Form I-765 along with the filing and biometric services fees ($495) required for the application or employment authorization, and did you also submit a completed Form I-765WS?

☐ Did you answer every relevant **Item Number**?

☐ Did you provide an original, handwritten signature and date your request?

☐ Did you submit the necessary documents? For Initial requests, did you submit documents to meet each guideline? For Renewal requests, see the section titled Evidence for Renewal Requests Only.

☐ If you were issued a final order of exclusion, deportation, or removal, did you include a copy of that final order (if available and if you had not already submitted it to USCIS)?

☐ If your exclusion, deportation, or removal proceedings were terminated by an immigration judge, did you include a copy of the immigration judge's termination order (if available and if you had not already submitted it to USCIS)?

☐ If you have ever been arrested for, charged with, or convicted of any felony or misdemeanor in the United States or any crime in any country other than the United States, did you submit an original, official, or court-certified document that shows your complete arrest record and final disposition for each incident (if available and if you had not already submitted it to USCIS)?

### *For Initial Requests Only*

☐ Did you submit evidence to show that you came to the United States while under 16 years of age?

☐ Did you submit evidence to prove your identity, date of initial entry, and continuous residence from June 15, 2007 (or earlier) up to the present time?

☐ Did you submit evidence that you are currently in school, have a GED certificate, have graduated or received a certificate of completion from high school, or are an honorably discharged veteran of the U.S. Armed Forces or U.S. Coast Guard?

☐ Did you provide evidence showing that you had no lawful status as of June 15, 2012?

AR2022_600167

| Application Type | Requests Accepted | G28 Attached | Requests Rejected | G28 Attached | Total Requests Received |
|---|---|---|---|---|---|
| 2012 Initial | 152,430 | 73,886 | 5,396 | 1,234 | 157,826 |
| 2013 Initial | 427,612 | 212,780 | 16,355 | 3,843 | 443,967 |
| 2014 Initial | 122,474 | 56,471 | 19,064 | 6,488 | 141,538 |
| 2014 Renewal | 116,424 | 46,168 | 5,825 | 603 | 122,249 |
| 2015 Initial | 85,300 | 41,137 | 7,170 | 1,924 | 92,470 |
| 2015 Renewal | 363,546 | 138,728 | 28,332 | 3,690 | 391,878 |
| 2016 Initial | 73,347 | 35,873 | 1,151 | 270 | 74,498 |
| 2016 Renewal | 187,354 | 71,730 | 11,166 | 281 | 198,520 |
| 2017 Initial | 45,593 | 23,683 | 44 | 29 | 45,637 |
| 2017 Renewal | 427,257 | 168,637 | 43,411 | 86 | 470,668 |
| 2018 Initial | 2,060 | 1,153 | 2 | 1 | 2,062 |
| 2018 Renewal | 258,060 | 114,364 | 29,649 | 74 | 287,709 |
| 2019 Initial | 1,570 | 871 | 4 | 1 | 1,574 |
| 2019 Renewal | 384,587 | 152,850 | 22,001 | 112 | 406,588 |
| 2020 Initial | 4,300 | 2,020 | 6 | 3 | 4,306 |
| 2020 Renewal | 309,641 | 131,929 | 29,986 | 96 | 339,627 |
| 2021 Initial | 51,105 | 24,447 | 34 | 19 | 51,139 |
| 2021 Renewal | 147,586 | 54,406 | 16,807 | 56 | 164,393 |
| 2021 Q1 Initial | 3,268 | 1,577 | 11 | 8 | 3,279 |
| 2021 Q1 Renewal | 65,963 | 24,856 | 7,682 | 27 | 73,645 |
| 2021 Q2 Initial | 47,837 | 22,870 | 23 | 11 | 47,860 |
| 2021 Q2 Renewal | 81,623 | 29,550 | 9,125 | 29 | 90,748 |

AR2022_600168

| G28 Attached | Approved | G28 Attached | Denied | G28 Attached | Pending | G28 Attached |
|---|---|---|---|---|---|---|
| 75,120 | 1,684 | 496 | | | | |
| 216,623 | 470,598 | 232,982 | 11,019 | 4,382 | | |
| 62,959 | 135,921 | 62,411 | 21,068 | 10,531 | | |
| 46,771 | 22,234 | 7,062 | 3 | 1 | | |
| 43,061 | 90,827 | 44,505 | 19,088 | 9,519 | | |
| 142,418 | 419,502 | 162,865 | 2,351 | 785 | | |
| 36,143 | 52,992 | 26,176 | 11,527 | 5,643 | | |
| 72,011 | 145,821 | 58,388 | 3,026 | 1,174 | | |
| 23,712 | 47,132 | 23,090 | 9,165 | 4,368 | | |
| 168,723 | 414,777 | 158,595 | 4,031 | 1,503 | | |
| 1,154 | 24,381 | 13,568 | 8,249 | 4,373 | | |
| 114,438 | 294,960 | 128,759 | 4,287 | 1,754 | | |
| 872 | 1,776 | 1,092 | 1,605 | 824 | | |
| 152,962 | 385,690 | 155,367 | 3,343 | 1,368 | | |
| 2,023 | 1,797 | 946 | 718 | 332 | | |
| 132,025 | 292,960 | 124,096 | 3,288 | 1,350 | | |
| 24,466 | 985 | 524 | 466 | 160 | | |
| 54,462 | 143,879 | 56,220 | 1,182 | 512 | | |
| 1,585 | 400 | 205 | 334 | 102 | | |
| 24,883 | 89,944 | 35,657 | 636 | 264 | | |
| 22,881 | 585 | 319 | 132 | 58 | | |
| 29,579 | 53,935 | 20,563 | 546 | 248 | | |

AR2022_600169

AR2022_600170

Form I-821D, Consideration of Deferred Action for Childhood Arrivals
Count of Receipts of I-821D Initials by Age and Fiscal Year Received
August 15, 2012 to August 27, 2021

**U.S. Citizenship and Immigration Services**

| Age at Time of I-821D Initial Application | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | - | - | - | - | - | - | - | - | - | 2 | 2 |
| 6 | 2 | 3 | 2 | 1 | - | - | - | - | - | - | 8 |
| 7 | 7 | 7 | 1 | - | - | - | - | - | - | 2 | 17 |
| 8 | 6 | 32 | 5 | 2 | 1 | - | - | - | - | - | 46 |
| 9 | 13 | 71 | 17 | 4 | - | - | - | - | - | 1 | 106 |
| 10 | 23 | 94 | 25 | 22 | 2 | - | - | - | - | - | 166 |
| 11 | 31 | 155 | 47 | 27 | 10 | 9 | - | - | - | 1 | 280 |
| 12 | 66 | 239 | 71 | 38 | 26 | 13 | - | - | - | - | 453 |
| 13 | 112 | 327 | 108 | 59 | 28 | 25 | - | - | - | 1 | 660 |
| 14 | 539 | 1,956 | 819 | 699 | 619 | 344 | 2 | 1 | - | 169 | 5,148 |
| 15 | 9,514 | 45,870 | 27,256 | 22,939 | 19,521 | 11,461 | 2 | 3 | 1 | 3,045 | 139,612 |
| 16 | 12,663 | 39,415 | 12,139 | 12,804 | 12,396 | 6,947 | 5 | - | 1 | 7,008 | 103,378 |
| 17 | 15,070 | 41,630 | 7,998 | 6,950 | 8,232 | 5,206 | 4 | 5 | 4 | 11,984 | 97,083 |
| 18 | 17,231 | 41,107 | 7,729 | 4,549 | 4,622 | 3,241 | 12 | 9 | 24 | 14,866 | 93,390 |
| 19 | 15,810 | 36,937 | 6,078 | 3,158 | 2,230 | 1,510 | 51 | 23 | 93 | 10,210 | 76,100 |
| 20 | 14,229 | 33,362 | 5,771 | 2,653 | 1,710 | 978 | 112 | 53 | 152 | 7,332 | 66,352 |
| 21 | 12,453 | 29,972 | 5,713 | 2,730 | 1,595 | 956 | 182 | 104 | 234 | 4,728 | 58,667 |
| 22 | 11,315 | 27,569 | 6,022 | 2,848 | 1,706 | 959 | 193 | 163 | 339 | 3,089 | 54,203 |
| 23 | 9,696 | 25,521 | 5,917 | 3,115 | 1,898 | 1,124 | 223 | 173 | 404 | 2,140 | 50,211 |
| 24 | 8,298 | 22,794 | 5,994 | 3,323 | 2,220 | 1,216 | 213 | 174 | 439 | 1,880 | 46,551 |
| 25 | 6,694 | 19,338 | 5,778 | 3,263 | 2,362 | 1,415 | 166 | 162 | 431 | 1,911 | 41,520 |
| 26 | 5,373 | 16,004 | 5,160 | 3,060 | 2,419 | 1,405 | 165 | 129 | 403 | 2,047 | 36,165 |
| 27 | 4,308 | 13,368 | 4,588 | 2,845 | 2,363 | 1,418 | 102 | 108 | 324 | 2,153 | 31,577 |
| 28 | 3,482 | 11,344 | 4,358 | 2,521 | 2,140 | 1,423 | 111 | 102 | 280 | 2,438 | 28,199 |
| 29 | 2,926 | 9,801 | 4,237 | 2,497 | 2,020 | 1,375 | 89 | 85 | 224 | 2,625 | 25,879 |
| 30 | 2,198 | 7,567 | 3,358 | 2,062 | 1,770 | 1,199 | 79 | 74 | 196 | 2,611 | 21,114 |
| 31 | 367 | 3,007 | 2,036 | 1,426 | 1,223 | 969 | 59 | 59 | 199 | 2,570 | 11,915 |

AR2022_600171

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | - | 88 | 1,127 | 950 | 968 | 715 | 53 | 60 | 136 | 2,219 | 6,316 |
| 33 | - | 3 | 61 | 619 | 785 | 621 | 36 | 36 | 128 | 1,903 | 4,192 |
| 34 | - | 1 | - | 47 | 503 | 525 | 39 | 27 | 104 | 1,508 | 2,754 |
| 35 | - | - | - | 2 | 35 | 300 | 17 | 27 | 78 | 1,393 | 1,852 |
| 36 | - | - | - | 1 | - | 12 | 15 | 18 | 75 | 1,182 | 1,303 |
| 37 | - | - | - | - | - | - | - | 11 | 52 | 955 | 1,018 |
| 38 | - | - | - | - | - | - | - | - | 28 | 721 | 749 |
| 39 | - | - | - | - | - | - | - | - | 1 | 502 | 503 |
| 40 | - | - | - | - | - | - | - | - | - | 6 | 6 |
| 41 | - | - | - | 1 | - | - | - | - | - | - | 1 |
| 42 | - | - | - | 1 | - | - | - | - | - | - | 1 |
| 43 | - | - | - | - | - | 1 | - | - | - | - | 1 |
| 46 | - | - | - | - | 1 | - | - | - | - | - | 1 |
| 47 | - | - | - | - | - | 1 | - | - | - | - | 1 |
| **Grand Total** | 152,426 | 427,582 | 122,415 | 85,216 | 73,405 | 45,368 | 1,930 | 1,606 | 4,350 | 93,202 | 1,007,500 |

**Note(s):**

1) This report reflects the most up to date data available at the time the database is queried.

2) Counts may differ from those reported in previous periods due to system updates and post-adjudicative outcomes.

3) Age is calculated by the mailroom date minus the date of birth of the applicant. For those applicants with a calculated age of 0 appear to be due to data keyer error.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

NPD, C3, ELIS, queried 8/2021, TRK #8129.

**U.S. Citizenship and Immigration Services**

Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals Requests by Intake and Case Status, by Fiscal Year
Aug. 15, 2012 - Dec. 31, 2020

| Period | Requests Accepted[1] | Requests Rejected[2] | Total Requests Received[3] | Approved[4] | Denied[5] | Pending[6] |
|---|---|---|---|---|---|---|
| **Fiscal Year - Total** | | | | | | |
| 2012 Initial | 152,430 | 5,396 | 157,826 | 1,684 | - | 150,746 |
| 2013 Initial | 427,612 | 16,355 | 443,967 | 470,598 | 11,019 | 96,728 |
| **2014** | **238,898** | **24,889** | **263,787** | **158,155** | **21,071** | **156,338** |
| 2014 Initial | 122,474 | 19,064 | 141,538 | 135,921 | 21,068 | 62,153 |
| 2014 Renewal | 116,424 | 5,825 | 122,249 | 22,234 | D | 94,185 |
| **2015** | **448,846** | **35,502** | **484,348** | **510,329** | **21,439** | **73,318** |
| 2015 Initial | 85,300 | 7,170 | 92,470 | 90,827 | 19,088 | 37,466 |
| 2015 Renewal | 363,546 | 28,332 | 391,878 | 419,502 | 2,351 | 35,852 |
| **2016** | **260,701** | **12,317** | **273,018** | **198,813** | **14,553** | **119,777** |
| 2016 Initial | 73,347 | 1,151 | 74,498 | 52,992 | 11,527 | 45,445 |
| 2016 Renewal | 187,354 | 11,166 | 198,520 | 145,821 | 3,026 | 74,332 |
| **2017** | **472,850** | **43,455** | **516,305** | **461,909** | **13,196** | **117,434** |
| 2017 Initial | 45,593 | 44 | 45,637 | 47,132 | 9,165 | 34,688 |
| 2017 Renewal | 427,257 | 43,411 | 470,668 | 414,777 | 4,031 | 82,746 |
| **2018** | **260,120** | **29,651** | **289,771** | **319,341** | **12,536** | **45,642** |
| 2018 Initial | 2,060 | D | 2,062 | 24,381 | 8,249 | 4,106 |
| 2018 Renewal | 258,060 | 29,649 | 287,709 | 294,960 | 4,287 | 41,536 |
| **2019** | **386,158** | **22,004** | **408,162** | **387,495** | **4,948** | **39,326** |
| 2019 Initial | 1,570 | D | 1,574 | 1,779 | 1,605 | 2,286 |
| 2019 Renewal | 384,588 | 22,000 | 406,588 | 385,716 | 3,343 | 37,040 |
| **2020** | **313,941** | **29,992** | **343,933** | **294,775** | **4,007** | **54,468** |
| 2020 Initial | 4,295 | D | 4,301 | 1,803 | 718 | 4,055 |
| 2020 Renewal | 309,646 | 29,986 | 339,632 | 292,972 | 3,289 | 50,413 |

AR2022_600172

AR2022_600173

## Requests by Intake and Case Status

| Period | Requests Accepted[1] | Requests Rejected[2] | Total Requests Received[3] | Approved[4] | Denied[5] | Pending[6] |
|---|---|---|---|---|---|---|
| **2021** | **69,256** | **7,668** | **76,924** | **90,351** | **975** | **32,395** |
| 2021 Initial | 3,243 | D | 3,249 | 401 | 337 | 6,560 |
| 2021 Renewal | 66,013 | 7,662 | 73,675 | 89,950 | 638 | 25,835 |
| **Total Cumulative** | **3,030,812** | **227,229** | **3,258,041** | **2,893,450** | **103,744** | **32,395** |
| Total Cumulative Initial | 917,924 | 49,198 | 967,122 | 827,518 | 82,776 | 6,560 |
| Total Cumulative Renewal | 2,112,888 | 178,031 | 2,290,919 | 2,065,932 | 20,968 | 25,835 |

**U.S. Citizenship and Immigration Services**

Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals
Requests by Intake and Case Status, Current Fiscal Year by Quarter
Oct. 1, 2020 - Dec. 31, 2020

| Period | Requests Accepted[1] | Requests Rejected[2] | Requests by Intake and Case Status | | | |
|---|---|---|---|---|---|---|
| | | | Total Requests Received[3] | Approved[4] | Denied[5] | Pending[6] |
| **Fiscal Year 2021 by Quarter** | | | | | | |
| Q1. October - December | 69,256 | 7,668 | 76,924 | 90,351 | 975 | 32,395 |
| Q1. October - December Initial | 3,243 | D | 3,249 | 401 | 337 | 6,560 |
| Q1. October - December Renewal | 66,013 | 7,662 | 73,675 | 89,950 | 638 | 25,835 |
| **Total** | **69,256** | **7,668** | **76,924** | **90,351** | **975** | **32,395** |

**Table Key**

D  Data withheld to protect requestors' privacy.

-  Represents zero.

**Reference(s)**

[1] The number of new requests accepted at a Lockbox during the reporting period.

[2] The number of requests rejected at a Lockbox during the reporting period.

[3] The number of requests received and entered into a case-tracking system during the reporting period.

[4] The number of requests approved during the reporting period.

[5] The number of requests that were denied, terminated, or withdrawn during the reporting period.

[6] The number of requests awaiting a decision as of the end of the reporting period.

**Note(s):**

1) Some requests approved or denied may have been received in previous reporting periods.

2) The report reflects the most up-to-date estimate available at the time the report is generated.

3) The Quarterly Report totals may not match the totals provided within the Demographics Reports due to differences in how the data is generated.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, CLAIMS3 & ELIS, accessed December 2020, TRK 6800

AR2022_600174

AR2022_600175

**U.S. Citizenship and Immigration Services**

Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals
Accepted and Approved Requests by Country of Birth
Aug. 15, 2012 - Dec. 31, 2020

| Top Countries of Birth | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| **Country** | | | | | | |
| Mexico | 714,646 | 1,675,337 | 2,389,983 | 651,670 | 1,638,409 | 2,290,079 |
| El Salvador | 34,785 | 81,038 | 115,823 | 29,806 | 79,015 | 108,821 |
| Guatemala | 25,157 | 53,903 | 79,060 | 21,007 | 52,533 | 73,540 |
| Honduras | 22,913 | 50,174 | 73,087 | 19,200 | 48,794 | 67,994 |
| South Korea | 9,638 | 24,241 | 33,879 | 9,030 | 23,808 | 32,838 |
| Peru | 9,902 | 23,457 | 33,359 | 9,312 | 22,978 | 32,290 |
| Brazil | 8,738 | 17,925 | 26,663 | 7,672 | 17,571 | 25,243 |
| Ecuador | 7,840 | 17,049 | 24,889 | 6,901 | 16,626 | 23,527 |
| Colombia | 7,343 | 16,068 | 23,411 | 6,759 | 15,769 | 22,528 |
| Philippines | 5,162 | 12,265 | 17,427 | 4,811 | 12,088 | 16,899 |
| Argentina | 5,289 | 11,667 | 16,956 | 4,957 | 11,493 | 16,450 |
| India | 3,818 | 8,662 | 12,480 | 3,268 | 8,451 | 11,719 |
| Jamaica | 4,513 | 7,824 | 12,337 | 3,561 | 7,663 | 11,224 |
| Venezuela | 3,523 | 7,663 | 11,186 | 3,204 | 7,531 | 10,735 |
| Dominican Republic | 3,889 | 6,800 | 10,689 | 3,289 | 6,670 | 9,959 |
| Trinidad And Tobago | 3,121 | 5,728 | 8,849 | 2,653 | 5,624 | 8,277 |
| Uruguay | 2,669 | 5,676 | 8,345 | 2,491 | 5,556 | 8,047 |
| Bolivia | 2,255 | 5,284 | 7,539 | 2,123 | 5,176 | 7,299 |
| Costa Rica | 2,309 | 5,021 | 7,330 | 2,110 | 4,922 | 7,032 |
| Chile | 1,923 | 4,334 | 6,257 | 1,802 | 4,254 | 6,056 |
| Poland | 2,030 | 4,243 | 6,273 | 1,876 | 4,173 | 6,049 |
| Pakistan | 1,968 | 4,216 | 6,184 | 1,740 | 4,128 | 5,868 |
| Nicaragua | 1,931 | 4,145 | 6,076 | 1,675 | 4,054 | 5,729 |
| Nigeria | 1,601 | 3,214 | 4,815 | 1,340 | 3,143 | 4,483 |
| Guyana | 1,509 | 3,090 | 4,599 | 1,309 | 3,037 | 4,346 |
| All Others[3] | 29,452 | 53,864 | 83,316 | 23,952 | 52,466 | 76,418 |
| **Total** | **917,924** | **2,112,888** | **3,030,812** | **827,518** | **2,065,932** | **2,893,450** |

AR2022_600176

**Table Key**

D  Data withheld to protect requestors' privacy.

-  Represents zero.

**Reference(s)**

[1] The number of requests that were accepted to date of the reporting period.

[2] The number of requests that were approved to date of the reporting period.

[3] All fields with a blank in the country of birth field are included in the field "All Others."

**Note(s):**

1) Some requests approved or denied may have been received in previous reporting periods.

2) The report reflects the most up-to-date estimate data available at the time the report is generated.

3) Ranked by total approvals.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, CLAIMS3 & ELIS, accessed December 2020, TRK 6800

Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals
Accepted and Approved Requests by State/Territory of Residence
Aug. 15, 2012 - Dec. 31, 2020

**U.S. Citizenship and Immigration Services**

| Residence | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| **Residence** | | | | | | |
| California | 258,364 | 607,809 | 866,173 | 238,932 | 593,916 | 832,848 |
| Texas | 151,065 | 341,563 | 492,628 | 134,315 | 335,239 | 469,554 |
| Illinois | 48,577 | 111,177 | 159,754 | 45,108 | 108,796 | 153,904 |
| New York | 47,020 | 95,772 | 142,792 | 40,854 | 93,695 | 134,549 |
| Florida | 38,587 | 81,886 | 120,473 | 32,694 | 80,282 | 112,976 |
| Arizona | 33,660 | 79,454 | 113,114 | 30,415 | 77,403 | 107,818 |
| North Carolina | 32,248 | 78,838 | 111,086 | 29,698 | 77,064 | 106,762 |
| Georgia | 30,705 | 68,328 | 99,033 | 25,767 | 66,436 | 92,203 |
| New Jersey | 25,423 | 55,455 | 80,878 | 22,185 | 54,157 | 76,342 |
| Washington | 21,225 | 50,722 | 71,947 | 19,383 | 49,570 | 68,953 |
| Colorado | 20,630 | 47,777 | 68,407 | 18,595 | 46,541 | 65,136 |
| Nevada | 15,420 | 39,297 | 54,717 | 14,305 | 38,506 | 52,811 |
| Oregon | 12,910 | 32,041 | 44,951 | 12,082 | 31,325 | 43,407 |
| Virginia | 13,971 | 31,856 | 45,827 | 12,369 | 31,036 | 43,405 |
| Indiana | 11,822 | 28,970 | 40,792 | 10,802 | 28,268 | 39,070 |
| Utah | 11,661 | 27,570 | 39,231 | 10,710 | 26,947 | 37,657 |
| Maryland | 11,562 | 26,261 | 37,823 | 9,941 | 25,694 | 35,635 |
| Tennessee | 10,195 | 23,983 | 34,178 | 9,146 | 23,408 | 32,554 |
| Wisconsin | 8,857 | 21,112 | 29,969 | 8,227 | 20,635 | 28,862 |
| Oklahoma | 8,154 | 19,760 | 27,914 | 7,502 | 19,330 | 26,832 |
| Massachusetts | 8,934 | 18,704 | 27,638 | 7,697 | 18,236 | 25,933 |
| Kansas | 7,811 | 18,224 | 26,035 | 7,319 | 17,848 | 25,167 |
| South Carolina | 7,842 | 18,546 | 26,388 | 6,943 | 18,083 | 25,026 |
| New Mexico | 8,286 | 17,384 | 25,670 | 7,627 | 17,047 | 24,674 |
| Minnesota | 7,122 | 17,198 | 24,320 | 6,503 | 16,754 | 23,257 |
| Michigan | 7,163 | 17,216 | 24,379 | 6,448 | 16,797 | 23,245 |
| Pennsylvania | 6,706 | 14,866 | 21,572 | 5,710 | 14,543 | 20,253 |
| Arkansas | 6,030 | 14,740 | 20,770 | 5,480 | 14,427 | 19,907 |
| Alabama | 5,302 | 12,317 | 17,619 | 4,711 | 12,081 | 16,792 |

| Residence | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| Connecticut | 5,531 | 12,064 | 17,595 | 4,905 | 11,823 | 16,728 |
| Ohio | 5,366 | 12,287 | 17,653 | 4,633 | 11,923 | 16,556 |
| Missouri | 4,068 | 9,674 | 13,742 | 3,761 | 9,504 | 13,265 |
| Nebraska | 4,011 | 9,435 | 13,446 | 3,641 | 9,226 | 12,867 |
| Idaho | 3,677 | 8,817 | 12,494 | 3,398 | 8,566 | 11,964 |
| Kentucky | 3,709 | 8,640 | 12,349 | 3,287 | 8,421 | 11,708 |
| Iowa | 3,241 | 8,236 | 11,477 | 2,931 | 8,043 | 10,974 |
| Louisiana | 2,471 | 5,394 | 7,865 | 2,149 | 5,266 | 7,415 |
| Mississippi | 1,857 | 4,089 | 5,946 | 1,611 | 4,029 | 5,640 |
| Delaware | 1,691 | 4,127 | 5,818 | 1,536 | 4,053 | 5,589 |
| Rhode Island | 1,340 | 3,005 | 4,345 | 1,169 | 2,929 | 4,098 |
| District Of Columbia | 889 | 1,972 | 2,861 | 747 | 1,922 | 2,669 |
| Wyoming | 748 | 1,641 | 2,389 | 663 | 1,605 | 2,268 |
| Hawaii | 450 | 1,124 | 1,574 | 368 | 1,100 | 1,468 |
| New Hampshire | 391 | 871 | 1,262 | 331 | 850 | 1,181 |
| South Dakota | 278 | 690 | 968 | 242 | 665 | 907 |
| North Dakota | 98 | 410 | 508 | 73 | 406 | 479 |
| West Virginia | 148 | 336 | 484 | 122 | 324 | 446 |
| Puerto Rico | 273 | 257 | 530 | 165 | 252 | 417 |
| Alaska | 96 | 260 | 356 | 87 | 252 | 339 |
| Montana | 76 | 235 | 311 | 64 | 227 | 291 |
| Maine | 50 | 137 | 187 | 44 | 135 | 179 |
| Virgin Islands | 126 | 111 | 237 | 66 | 109 | 175 |
| Vermont | 17 | 68 | 85 | 12 | 65 | 77 |
| Guam | 23 | 49 | 72 | 21 | 47 | 68 |
| Armed Forces Americas (except Canada) | 11 | 44 | 55 | 10 | 41 | 51 |
| Northern Mariana Islands | 27 | 16 | 43 | D | 14 | 21 |
| Armed Forces Pacific | D | 18 | 19 | D | 18 | 19 |
| American Samoa | D | 10 | 11 | D | 10 | 11 |
| Federated States Of Micronesia | D | D | 11 | D | 9 | 11 |
| Armed Forces Africa, Canada, Europe, Middle East | - | D | D | - | D | D |
| Marshall Islands | D | D | D | - | D | D |
| Palau | - | D | D | - | D | D |
| Not Reported[3] | D | D | D | D | D | D |
| **Total** | **917,924** | **2,112,888** | **3,030,812** | **827,518** | **2,065,932** | **2,893,450** |

AR2022_600178

AR2022_600179

**Table Key**

D  Data withheld to protect requestors' privacy.

-  Represents zero.

**Reference(s)**

[1] The number of requests that were accepted to date of the reporting period.

[2] The number of requests that were approved to date of the reporting period.

[3] All fields with a blank in the State field are included in the field "not reported."

**Note(s):**

1) Some requests approved or denied may have been received in previous reporting periods.

2) The report reflects the most up-to-date estimate data available at the time the report is generated.

3) Ranked by total approvals.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, CLAIMS3 & ELIS, accessed December 2020, TRK 6800

**U.S. Citizenship and Immigration Services**

Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals
Requests by Intake and Case Status, by Fiscal Year
August 15, 2012 - December 31, 2021

| Period | Requests Accepted[1] | Requests Rejected[2] | Total Requests Received[3] | Approved[4] | Denied[5] | Pending[6] |
|---|---|---|---|---|---|---|
| **Fiscal Year - Total** | | | | | | |
| 2012 Initial | 152,430 | 5,396 | 157,826 | 1,684 | - | 150,746 |
| 2013 Initial | 427,612 | 16,355 | 443,967 | 470,598 | 11,019 | 96,728 |
| **2014** | **238,898** | **24,889** | **263,787** | **158,155** | **21,071** | **156,338** |
| 2014 Initial | 122,474 | 19,064 | 141,538 | 135,921 | 21,068 | 62,153 |
| 2014 Renewal | 116,424 | 5,825 | 122,249 | 22,234 | 3 | 94,185 |
| **2015** | **448,846** | **35,502** | **484,348** | **510,329** | **21,439** | **73,318** |
| 2015 Initial | 85,300 | 7,170 | 92,470 | 90,827 | 19,088 | 37,466 |
| 2015 Renewal | 363,546 | 28,332 | 391,878 | 419,502 | 2,351 | 35,852 |
| **2016** | **260,701** | **12,317** | **273,018** | **198,813** | **14,552** | **119,778** |
| 2016 Initial | 73,347 | 1,151 | 74,498 | 52,992 | 11,526 | 45,446 |
| 2016 Renewal | 187,354 | 11,166 | 198,520 | 145,821 | 3,026 | 74,332 |
| **2017** | **472,850** | **43,455** | **516,305** | **461,909** | **13,196** | **117,435** |
| 2017 Initial | 45,593 | 44 | 45,637 | 47,132 | 9,165 | 34,689 |
| 2017 Renewal | 427,257 | 43,411 | 470,668 | 414,777 | 4,031 | 82,746 |
| **2018** | **260,120** | **29,651** | **289,771** | **319,341** | **12,534** | **45,645** |
| 2018 Initial | 2,060 | 2 | 2,062 | 24,381 | 8,248 | 4,108 |
| 2018 Renewal | 258,060 | 29,649 | 287,709 | 294,960 | 4,286 | 41,537 |
| **2019** | **386,155** | **22,007** | **408,162** | **387,439** | **4,947** | **39,383** |
| 2019 Initial | 1,570 | 4 | 1,574 | 1,774 | 1,604 | 2,294 |
| 2019 Renewal | 384,585 | 22,003 | 406,588 | 385,665 | 3,343 | 37,089 |
| **2020** | **313,940** | **29,993** | **343,933** | **294,680** | **3,999** | **54,627** |
| 2020 Initial | 4,295 | 6 | 4,301 | 1,792 | 715 | 4,077 |
| 2020 Renewal | 309,645 | 29,987 | 339,632 | 292,888 | 3,284 | 50,550 |
| **2021** | **438,939** | **31,697** | **470,636** | **359,344** | **3,848** | **130,361** |
| 2021 Initial | 94,388 | 109 | 94,497 | 7,996 | 1,122 | 89,346 |

AR2022_600180

| | Requests Accepted[1] | Requests Rejected[2] | Total Requests Received[3] | Approved[4] | Denied[5] | Pending[6] |
|---|---|---|---|---|---|---|
| 2021 Renewal | 344,551 | 31,588 | 376,139 | 351,348 | 2,726 | 41,015 |
| **2022** | **67,258** | **4,411** | **71,669** | **77,725** | **640** | **119,249** |
| 2022 Initial | 1,907 | 6 | 1,913 | - | 1 | 91,251 |
| 2022 Renewal | 65,351 | 4,405 | 69,756 | 77,725 | 639 | 27,998 |
| **Total Cumulative** | **3,467,749** | **255,673** | **3,723,422** | **3,240,017** | **107,245** | **119,249** |
| Total Cumulative Initial | 1,010,976 | 49,307 | 1,060,283 | 835,097 | 83,556 | 91,251 |
| Total Cumulative Renewal | 2,456,773 | 206,366 | 2,663,139 | 2,404,920 | 23,689 | 27,998 |

U.S. Citizenship and Immigration Services

Number of Form I 821D, Consideration of Deferred Action for Childhood Arrivals Requests by Intake and Case Status, Current Fiscal Year by Quarter
August 15, 2012 - December 31, 2021

**Requests by Intake and Case Status**

| Period | Requests Accepted[1] | Requests Rejected[2] | Total Requests Received[3] | Approved[4] | Denied[5] | Pending[6] |
|---|---|---|---|---|---|---|
| **Fiscal Year 2022 by Quarter** | | | | | | |
| Q1 October - December | 67,258 | 4,411 | 71,669 | 77,725 | 640 | 119,249 |
| Q1 October - December Initial | 1,907 | 6 | 1,913 | - | 1 | 91,251 |
| Q1 October - December Renewal | 65,351 | 4,405 | 69,756 | 77,725 | 639 | 27,998 |
| **TOTAL** | **67,258** | **4,411** | **71,669** | **77,725** | **640** | **119,249** |

**Table Key**

D Disclosure standards not met
- Represents zero or rounds to 0.0

**References:**

[1] The number of new requests accepted at a Lockbox during the reporting period.
[2] The number of requests rejected at a Lockbox during the reporting period.
[3] The number of requests received and entered into a case-tracking system during the reporting period..
[4] The number of requests approved during the reporting period.
[5] The number of requests denied during the reporting period.
[6] The number of requests awaiting a decision as of the end of the reporting period.

**Notes:**

AR2022_600181

AR2022_600182

1) Some requests approved, denied, or pending a decision may have been received in previous reporting periods.
2) The report reflects the most up-to-date estimate available at the time the report is generated.
3) The Quarterly Report totals may not match the totals provided within the Demographics Reports due to differences in how the data is generated.
4) For a complete list of USCIS forms and descriptions, visit: https://www.uscis.gov/forms

**Source:**
Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

AR2022_600183

Number of Form I-821D Consideration of Deferred Action for Childhood Arrivals Requests by Intake and Case Status, by Fiscal Year Aug. 15, 2012 - Jul. 20, 2021

**U.S. Citizenship and Immigration Services**

| Period | Requests Accepted[1] | Requests Rejected[2] | Total Requests Received[3] | Approved[4] | Denied[5] | Pending[6] |
|---|---|---|---|---|---|---|
| **Fiscal Year - Total** | | | | | | |
| 2012 Initial | 152,430 | 5,396 | 157,826 | 1,684 | - | 150,746 |
| 2013 Initial | 427,612 | 16,355 | 443,967 | 470,598 | 11,019 | 96,728 |
| **2014** | **238,898** | **24,889** | **263,787** | **158,155** | **21,071** | **156,338** |
| 2014 Initial | 122,474 | 19,064 | 141,538 | 135,921 | 21,068 | 62,153 |
| 2014 Renewal | 116,424 | 5,825 | 122,249 | 22,234 | 3 | 94,185 |
| **2015** | **448,846** | **35,502** | **484,348** | **510,329** | **21,439** | **73,318** |
| 2015 Initial | 85,300 | 7,170 | 92,470 | 90,827 | 19,088 | 37,466 |
| 2015 Renewal | 363,546 | 28,332 | 391,878 | 419,502 | 2,351 | 35,852 |
| **2016** | **260,701** | **12,317** | **273,018** | **198,813** | **14,552** | **119,778** |
| 2016 Initial | 73,347 | 1,151 | 74,498 | 52,992 | 11,526 | 45,446 |
| 2016 Renewal | 187,354 | 11,166 | 198,520 | 145,821 | 3,026 | 74,332 |
| **2017** | **472,850** | **43,455** | **516,305** | **461,909** | **13,196** | **117,435** |
| 2017 Initial | 45,593 | 44 | 45,637 | 47,132 | 9,165 | 34,689 |
| 2017 Renewal | 427,257 | 43,411 | 470,668 | 414,777 | 4,031 | 82,746 |
| **2018** | **260,120** | **29,651** | **289,771** | **319,341** | **12,535** | **45,644** |
| 2018 Initial | 2,060 | 2 | 2,062 | 24,381 | 8,248 | 4,108 |
| 2018 Renewal | 258,060 | 29,649 | 287,709 | 294,960 | 4,287 | 41,536 |
| **2019** | **386,157** | **22,005** | **408,162** | **387,444** | **4,948** | **39,378** |
| 2019 Initial | 1,570 | 4 | 1,574 | 1,775 | 1,605 | 2,292 |
| 2019 Renewal | 384,587 | 22,001 | 406,588 | 385,669 | 3,343 | 37,086 |
| **2020** | **313,941** | **29,992** | **343,933** | **294,707** | **4,000** | **54,595** |
| 2020 Initial | 4,296 | 6 | 4,302 | 1,792 | 715 | 4,076 |
| 2020 Renewal | 309,645 | 29,986 | 339,631 | 292,915 | 3,285 | 50,519 |

| Period | Requests by Intake and Case Status | | | | |
| --- | --- | --- | --- | --- | --- |
| | Requests Accepted[1] | Requests Rejected[2] | Total Requests Received[3] | Approved[4] | Denied[5] | Pending[6] |
| **2021** | **365,649** | **27,037** | **392,686** | **246,225** | **3,262** | **170,745** |
| 2021 Initial | 89,605 | 96 | 89,701 | 7,992 | 1,121 | 84,567 |
| 2021 Renewal | 276,044 | 26,941 | 302,985 | 238,233 | 2,141 | 86,178 |
| **Total Cumulative** | **3,327,204** | **246,599** | **3,573,803** | **3,049,205** | **106,022** | **170,745** |
| Total Cumulative Initial | 1,004,287 | 49,288 | 1,053,575 | 835,094 | 83,555 | 84,567 |
| Total Cumulative Renewal | 2,322,917 | 197,311 | 2,520,228 | 2,214,111 | 22,467 | 86,178 |

AR2022_600184

**U.S. Citizenship and Immigration Services**

Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals Requests by Intake and Case Status, Current Fiscal Year by Quarter
Oct. 1, 2020 - Jul. 20, 2021

| Period | Requests Accepted[1] | Requests Rejected[2] | Requests by Intake and Case Status | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Total Requests Received[3] | Approved[4] | Denied[5] | Pending[6] |
| **Fiscal Year 2021 by Quarter** | | | | | | |
| Q1. October - December | 69,232 | 7,692 | 76,924 | 90,336 | 936 | 32,552 |
| Q1. October - December Initial | 3,264 | 10 | 3,274 | 400 | 301 | 6,639 |
| Q1. October - December Renewal | 65,968 | 7,682 | 73,650 | 89,936 | 635 | 25,913 |
| Q2. January - March | 135,244 | 9,717 | 144,961 | 67,164 | 797 | 99,834 |
| Q2. January - March Initial | 49,855 | 35 | 49,890 | 763 | 169 | 55,561 |
| Q2. January - March Renewal | 85,389 | 9,682 | 95,071 | 66,401 | 628 | 44,273 |
| Q3. April - June | 139,575 | 8,044 | 147,619 | 65,892 | 1,171 | 172,339 |
| Q3. April - June Initial | 33,204 | 49 | 33,253 | 4,605 | 511 | 83,649 |
| Q3. April - June Renewal | 106,371 | 7,995 | 114,366 | 61,287 | 660 | 88,690 |
| Q4. July - July | 21,598 | 1,584 | 23,182 | 22,833 | 358 | 170,745 |
| Q4. July - July Initial | 3,282 | 2 | 3,284 | 2,224 | 140 | 84,567 |
| Q4. July - July Renewal | 18,316 | 1,582 | 19,898 | 20,609 | 218 | 86,178 |
| **Total** | 338,763 | 25,437 | 364,200 | 223,405 | 2,905 | 167,034 |

**Table Key**

D  Data withheld to protect requestors' privacy.

-  Represents zero.

**Reference(s)**

[1] The number of new requests accepted at a Lockbox during the reporting period.

[2] The number of requests rejected at a Lockbox during the reporting period.

[3] The number of requests received and entered into a case-tracking system during the reporting period..

[4] The number of requests approved during the reporting period.

[5] The number of requests that were denied, terminated, or withdrawn during the reporting period.

[6] The number of requests awaiting a decision as of the end of the reporting period.

**Note(s):**

1) Some requests approved or denied may have been received in previous reporting periods.

2) The report reflects the most up-to-date estimate available at the time the report is generated.

3) The Quarterly Report totals may not match the totals provided within the Demographics Reports due to differences in how the data is generated.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, CLAIMS3 & ELIS, accessed July 2021, TRK 7899

AR2022_600185

AR2022_600186

Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals
Accepted and Approved Requests by Country of Birth
Aug. 15, 2012 - Jul. 20, 2021

**U.S. Citizenship and Immigration Services**

| Top Countries of Birth | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| **Country** | | | | | | |
| Mexico | 788,719 | 1,844,486 | 2,633,205 | 658,173 | 1,758,919 | 2,417,092 |
| El Salvador | 37,714 | 89,078 | 126,792 | 30,003 | 84,595 | 114,598 |
| Guatemala | 27,485 | 59,450 | 86,935 | 21,220 | 56,261 | 77,481 |
| Honduras | 24,871 | 55,464 | 80,335 | 19,333 | 52,321 | 71,654 |
| South Korea | 9,967 | 25,799 | 35,766 | 9,053 | 24,920 | 33,973 |
| Peru | 10,147 | 25,329 | 35,476 | 9,356 | 24,277 | 33,633 |
| Brazil | 9,115 | 19,499 | 28,614 | 7,719 | 18,608 | 26,327 |
| Ecuador | 8,101 | 18,533 | 26,634 | 6,916 | 17,588 | 24,504 |
| Colombia | 7,519 | 17,374 | 24,893 | 6,781 | 16,639 | 23,420 |
| Philippines | 5,381 | 13,170 | 18,551 | 4,836 | 12,763 | 17,599 |
| Argentina | 5,472 | 12,735 | 18,207 | 4,977 | 12,269 | 17,246 |
| India | 3,933 | 9,286 | 13,219 | 3,288 | 8,861 | 12,149 |
| Jamaica | 4,683 | 8,558 | 13,241 | 3,583 | 8,139 | 11,722 |
| Venezuela | 3,650 | 8,342 | 11,992 | 3,213 | 7,964 | 11,177 |
| Dominican Republic | 4,121 | 7,485 | 11,606 | 3,307 | 7,119 | 10,426 |
| Trinidad And Tobago | 3,230 | 6,226 | 9,456 | 2,661 | 5,948 | 8,609 |
| Uruguay | 2,820 | 6,199 | 9,019 | 2,513 | 5,919 | 8,432 |
| Bolivia | 2,320 | 5,765 | 8,085 | 2,133 | 5,494 | 7,627 |
| Costa Rica | 2,395 | 5,426 | 7,821 | 2,113 | 5,199 | 7,312 |
| Poland | 2,143 | 4,596 | 6,739 | 1,889 | 4,441 | 6,330 |
| Chile | 1,997 | 4,721 | 6,718 | 1,804 | 4,505 | 6,309 |
| Pakistan | 2,023 | 4,603 | 6,626 | 1,746 | 4,387 | 6,133 |
| Nicaragua | 2,079 | 4,549 | 6,628 | 1,693 | 4,339 | 6,032 |
| Nigeria | 1,694 | 3,493 | 5,187 | 1,348 | 3,258 | 4,606 |
| Guyana | 1,542 | 3,341 | 4,883 | 1,317 | 3,208 | 4,525 |
| All Others | 31,166 | 59,410 | 90,576 | 24,119 | 56,170 | 80,289 |
| **Total** | **1,004,287** | **2,322,917** | **3,327,204** | **835,094** | **2,214,111** | **3,049,205** |

AR2022_600187

**Table Key**

D  Data withheld to protect requestors' privacy.

-  Represents zero.

**Reference(s)**

[1] The number of requests that were accepted to date of the reporting period.

[2] The number of requests that were approved to date of the reporting period.

[3] All fields with a blank in the country of birth field are included in the field "All Others."

**Note(s):**

1) Some requests approved or denied may have been received in previous reporting periods.

2) The report reflects the most up-to-date estimate data available at the time the report is generated.

3) Ranked by total approvals.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, CLAIMS3 & ELIS, accessed July 2021, TRK 7899

Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals Accepted and Approved Requests by State/Territory of Residence
Aug. 15, 2012 - Jul. 20, 2021

**U.S. Citizenship and Immigration Services**

| Residence | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| **Residence** | | | | | | |
| California | 284,344 | 663,756 | 948,100 | 241,364 | 635,468 | 876,832 |
| Texas | 168,582 | 378,546 | 547,128 | 135,828 | 360,258 | 496,086 |
| Illinois | 52,887 | 122,573 | 175,460 | 45,526 | 116,584 | 162,110 |
| New York | 49,314 | 104,211 | 153,525 | 41,009 | 99,273 | 140,282 |
| Florida | 41,727 | 90,732 | 132,459 | 32,935 | 86,222 | 119,157 |
| Arizona | 36,909 | 87,347 | 124,256 | 30,734 | 83,152 | 113,886 |
| North Carolina | 34,733 | 86,771 | 121,504 | 29,913 | 82,959 | 112,872 |
| Georgia | 33,198 | 74,759 | 107,957 | 26,045 | 70,821 | 96,866 |
| New Jersey | 26,914 | 60,887 | 87,801 | 22,274 | 57,863 | 80,137 |
| Washington | 24,006 | 56,155 | 80,161 | 19,606 | 53,246 | 72,852 |
| Colorado | 22,305 | 52,452 | 74,757 | 18,746 | 49,788 | 68,534 |
| Nevada | 17,114 | 43,286 | 60,400 | 14,453 | 41,560 | 56,013 |
| Oregon | 13,880 | 35,069 | 48,949 | 12,162 | 33,507 | 45,669 |
| Virginia | 14,783 | 34,873 | 49,656 | 12,432 | 33,208 | 45,640 |
| Indiana | 12,757 | 31,576 | 44,333 | 10,881 | 30,173 | 41,054 |
| Utah | 12,899 | 30,604 | 43,503 | 10,789 | 29,040 | 39,829 |
| Maryland | 12,435 | 28,999 | 41,434 | 9,986 | 27,611 | 37,597 |
| Tennessee | 11,306 | 26,825 | 38,131 | 9,211 | 25,349 | 34,560 |
| Wisconsin | 9,561 | 23,289 | 32,850 | 8,285 | 22,168 | 30,453 |
| Oklahoma | 9,220 | 21,884 | 31,104 | 7,583 | 20,851 | 28,434 |
| Massachusetts | 9,360 | 20,468 | 29,828 | 7,722 | 19,400 | 27,122 |
| Kansas | 8,555 | 20,167 | 28,722 | 7,404 | 19,171 | 26,575 |
| South Carolina | 8,577 | 20,496 | 29,073 | 7,031 | 19,491 | 26,522 |
| New Mexico | 9,208 | 19,263 | 28,471 | 7,714 | 18,346 | 26,060 |
| Minnesota | 7,550 | 18,947 | 26,497 | 6,543 | 18,020 | 24,563 |
| Michigan | 7,715 | 18,845 | 26,560 | 6,492 | 17,879 | 24,371 |
| Pennsylvania | 7,276 | 16,399 | 23,675 | 5,756 | 15,603 | 21,359 |
| Arkansas | 6,656 | 16,262 | 22,918 | 5,525 | 15,507 | 21,032 |
| Alabama | 6,010 | 13,686 | 19,696 | 4,803 | 13,030 | 17,833 |

AR2022_600188

AR2022_600189

| Residence | Accepted to Date[1] | | | Approved to Date[2] | | |
|---|---|---|---|---|---|---|
| | Initials | Renewals | Total | Initials | Renewals | Total |
| Connecticut | 5,912 | 13,169 | 19,081 | 4,941 | 12,581 | 17,522 |
| Ohio | 5,847 | 13,570 | 19,417 | 4,667 | 12,822 | 17,489 |
| Missouri | 4,441 | 10,680 | 15,121 | 3,785 | 10,219 | 14,004 |
| Nebraska | 4,368 | 10,407 | 14,775 | 3,672 | 9,899 | 13,571 |
| Idaho | 4,102 | 9,810 | 13,912 | 3,423 | 9,240 | 12,663 |
| Kentucky | 4,057 | 9,572 | 13,629 | 3,312 | 9,028 | 12,340 |
| Iowa | 3,512 | 8,985 | 12,497 | 2,964 | 8,579 | 11,543 |
| Louisiana | 2,847 | 5,941 | 8,788 | 2,164 | 5,623 | 7,787 |
| Delaware | 1,849 | 4,614 | 6,463 | 1,548 | 4,394 | 5,942 |
| Mississippi | 2,096 | 4,511 | 6,607 | 1,628 | 4,307 | 5,935 |
| Rhode Island | 1,407 | 3,286 | 4,693 | 1,171 | 3,116 | 4,287 |
| District Of Columbia | 960 | 2,090 | 3,050 | 751 | 2,001 | 2,752 |
| Wyoming | 854 | 1,817 | 2,671 | 667 | 1,706 | 2,373 |
| Hawaii | 486 | 1,287 | 1,773 | 374 | 1,218 | 1,592 |
| New Hampshire | 414 | 945 | 1,359 | 336 | 898 | 1,234 |
| South Dakota | 307 | 750 | 1,057 | 246 | 704 | 950 |
| North Dakota | 114 | 452 | 566 | 77 | 432 | 509 |
| West Virginia | 167 | 382 | 549 | 122 | 359 | 481 |
| Puerto Rico | 281 | 272 | 553 | 164 | 260 | 424 |
| Alaska | 104 | 294 | 398 | 91 | 278 | 369 |
| Montana | 87 | 263 | 350 | 65 | 251 | 316 |
| Maine | 60 | 166 | 226 | 45 | 158 | 203 |
| Virgin Islands | 131 | 111 | 242 | 67 | 107 | 174 |
| Armed Forces Americas (except Canada) | 17 | 108 | 125 | 13 | 91 | 104 |
| Vermont | 20 | 91 | 111 | 12 | 86 | 98 |
| Guam | 24 | 57 | 81 | 21 | 53 | 74 |
| Northern Mariana Islands | 28 | 24 | 52 | D | 22 | 29 |
| American Samoa | D | 20 | 21 | D | 19 | 20 |
| Federated States Of Micronesia | D | 18 | 20 | D | 17 | 19 |
| Armed Forces Pacific | D | 16 | 17 | D | 15 | 16 |
| Armed Forces Africa, Canada, Europe, Middle East | - | D | D | - | D | D |
| Palau | - | D | D | - | D | D |
| Marshall Islands | - | 1 | D | - | D | D |
| Not Reported | D | D | D | D | D | D |
| **Total** | **1,004,287** | **2,322,917** | **3,327,204** | **835,094** | **2,214,111** | **3,049,205** |

AR2022_600190

**Table Key**

D  Data withheld to protect requestors' privacy.

-  Represents zero.

**Reference(s)**

[1] The number of requests that were accepted to date of the reporting period.

[2] The number of requests that were approved to date of the reporting period.

[3] All fields with a blank in the State field are included in the field "not reported."

**Note(s):**

1) Some requests approved or denied may have been received in previous reporting periods.

2) The report reflects the most up-to-date estimate data available at the time the report is generated.

3) Ranked by total approvals.

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, CLAIMS3 & ELIS, accessed July 2021, TRK 7899