**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,                  Plaintiffs,            v.                  UNITED STATES OF AMERICA, *et al.*,                 Defendants,        KARLA PEREZ, *et al.*,                  Defendant-Intervenors, and        STATE OF NEW JERSEY,                  Defendant-Intervenor. | ) ) ) ) ) ) Case No. 1:18-CV-68 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANT-INTERVENOR'S UNOPPOSED MOTION
TO WITHDRAW MELISSA MEDOWAY AS COUNSEL**

      Pursuant to Local Rule 83.2, Defendant-Intervenor State of New Jersey ("New Jersey") respectfully moves to withdraw Melissa Medoway as an attorney of record in the above-captioned case. Effective November 18, 2022, Ms. Medoway will no longer be employed by the New Jersey Office of the Attorney General.

      New Jersey will continue to be represented by counsel already admitted to appear pro hac vice in this matter, including Attorney in Charge, Mayur Saxena.

      This motion will not cause undue delay and will not adversely affect the interests of Defendant-Intervenor State of New Jersey.

      This motion is unopposed.

For these reasons, New Jersey respectfully requests leave to withdraw Melissa Medoway as counsel in this matter.

## **CONCLUSION**

New Jersey respectfully requests that the Court grant this Motion.

Dated: November 8, 2022        MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Melissa Medoway*
Melissa Medoway
Deputy Attorney General
(admitted pro hac vice)
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Phone: (609) 575-4958
Fax: (973) 648-4887
Melissa.Medoway@law.njoag.gov

Jeremy Feigenbaum, Solicitor General
(admitted pro hac vice)
Mayur Saxena, Assistant Attorney General
(admitted pro hac vice)
Tim Sheehan, Deputy Attorney General
(admitted pro hac vice)

*Attorneys for Defendant-Intervenor State of New Jersey*

**CERTIFICATE OF CONFERENCE**

I certify that on November 8, 2022, counsel for New Jersey conferred with counsel by e-mail, and none were opposed to this motion.

*/s/ Melissa Medoway*
Melissa Medoway

**CERTIFICATE OF SERVICE**

I certify that on November 8, 2022, I caused this document (and exhibits hereto) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Melissa Medoway*
Melissa Medoway