IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

**[PROPOSED] ORDER**

Defendant-Intervenor State of New Jersey's Unopposed Motion to Withdraw Counsel having come before this Court, and the Court having considered the papers submitted in connection with said Motion, and for good cause shown, IT IS HEREBY ORDERED that:

(1) The Motion is GRANTED;

(2) Melissa Medoway is withdrawn as counsel; and

(3) The Clerk is instructed to remove Ms. Medoway from all further electronic notifications regarding this case.

IT IS SO ORDERED on this _____ day of _____, 2022.

_____
Hon. Andrew S. Hanen
United States District Court Judge

1