IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| *v.* | ) Case No. 1:18-cv-00068 |
| | ) |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| | ) |
| *Defendants,* | ) |
| | ) |
| *and* | ) |
| | ) |
| KARLA PEREZ, ET AL.; | ) |
| | ) |
| STATE OF NEW JERSEY, | ) |
| | ) |
| *Defendants-Intervenors.* | ) |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

Plaintiff States file this Notice of Appearance of Co-Counsel and hereby notify the Court that Special Counsel Ryan D. Walters will appear as co-counsel for the Plaintiff States in the above case, along with counsel listed below. Deputy Chief, Special Litigation Unit, William T. Thompson will remain Attorney-in-Charge. Mr. Walters is a member in good standing with the State Bar of Texas, is admitted to practice in the Southern District of Texas, and is familiar with the Southern District Local Rules. His contact information is as follows:

Ryan D. Walters
Special Counsel
Tx. Bar No. 24105085
Southern District of Texas No. 3369185
P.O. Box 12548, MC 009
Austin, Texas 78711-2548
(512) 936-2714 | Fax: (512) 457-4410
ryan.walters@oag.texas.gov

Date: November 16, 2022

STEVE MARSHALL
Attorney General of Alabama

LESLIE RUTLEDGE
Attorney General of Arkansas

DEREK SCHMIDT
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

DOUGLAS J. PETERSON
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

PATRICK K. SWEETEN
Deputy Attorney General for
Special Litigation

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Attorney-in-Charge
Texas Bar No. 24088531
Southern District of Texas Bar No. 3053077

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185

Special Litigation Unit
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
will.thompson@oag.texas.gov
ryan.walters@oag.texas.gov

***Counsel for Plaintiff States***

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on November 16, 2022.

*/s/ Ryan D. Walters*
RYAN D. WALTERS