# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*November 28, 2022*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
October 5, 2022
Lyle W. Cayce
Clerk

No. 21-40680

STATE OF TEXAS; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF LOUISIANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF WEST VIRGINIA; STATE OF KANSAS; STATE OF MISSISSIPPI,

*Plaintiffs—Appellees,*

*versus*

UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, *Secretary, U.S. Department of Homeland Security*; TROY MILLER, *Acting Commissioner, U.S. Customs and Border Protection*; TAE D. JOHNSON, *Acting Director of U.S. Immigration and Customs Enforcement*; UR M. JADDOU, *Director of U.S. Citizenship and Immigration Services*,

*Defendants—Appellants,*

ELIZABETH DIAZ; JOSE MAGANA-SALGADO; KARINA RUIZ DE DIAZ; JIN PARK; DENISE ROMERO; ANGEL SILVA; MOSES KAMAU CHEGE; HYO-WON JEON; BLANCA GONZALEZ; MARIA ROCHA; MARIA DIAZ; ELLY MARISOL ESTRADA; DARWIN VELASQUEZ; OSCAR ALVAREZ; LUIS A. RAFAEL; NANCI J. PALACIOS GODINEZ; JUNG WOO KIM; CARLOS AGUILAR GONZALEZ; STATE OF NEW JERSEY,

*Intervenor Defendants—Appellants.*

No. 21-40680

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:18-CV-68

Before RICHMAN, *Chief Judge,* and HO and ENGELHARDT, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REMANDED to the District Court, rather than DHS for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Nov 28, 2022

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

2

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 28, 2022

Mr. Nathan Ochsner
Southern District of Texas, Brownsville
United States District Court
600 E. Harrison Street
Room 1158
Brownsville, TX 78520

No. 21-40680    State of Texas v. USA
                   USDC No. 1:18-CV-68

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Ms. Cynthia Barmore
    Mr. Brian Boynton
    Mr. Mark A. Cianci
    Mr. David Cohen
    Mr. Matt A. Crapo
    Mr. Nicholas S. Crown
    Mr. Michael Dundas
    Mr. Jeremy M. Feigenbaum
    Mr. Carlos Moctezuma Garcia
    Mr. Douglas Harry Hallward-Driemeier
    Mr. Peter Karanjia
    Mr. Joshua Koppel
    Ms. Mary B. McCord
    Mr. Anton Metlitsky
    Mr. William Jeffrey Olson
    Ms. Melissa Nicole Patterson
    Ms. Nina Perales
    Mr. Adam Pierson
    Mr. Andrew John Pincus
    Mr. Emerson A. Siegle

Mr. Judd Edward Stone, II
Mr. William Thomas Thompson
Mr. Daniel Volchok
Mr. James J. Walker
Mr. Benjamin D. Wilson
Ms. Grace Zhou