United States District Court
Southern District of Texas
**ENTERED**
November 29, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br> *Defendants*, <br><br> and <br><br> KARLA PEREZ, *et al.*, <br><br> STATE OF NEW JERSEY, <br> *Defendant-Intervenors*. | § § § § § § § § § § § § § § § | Civil Action No. 1:18-CV-00068 |

### ORDER

The Court has now received the mandate of the Fifth Circuit Court of Appeals and the Government has filed the Administrative Record. That being the case, there appear to be no more procedural barriers from this case progressing. The parties are therefore ordered to confer and propose a schedule to resolve the pending matters. This proposal shall include all of the matters that were discussed in the hearing held on October 14, 2022, including the filing of an amended complaint by Plaintiffs and amended responses by Defendants. The Court will review the proposed schedule, conform it to the Court's schedule, and issue an appropriate order. This proposed schedule should be filed with the Court by **December 16, 2022.**

Signed this 29th day of November, 2022.

Andrew S. Hanen
United States District Judge