# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> KARLA PEREZ, *et al.*, <br><br> STATE OF NEW JERSEY, <br><br> *Defendant-Intervenors.* | Case No. 1:18-cv-00068 |

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's November 29, 2022, Order [ECF No. 617], Federal Defendants, Plaintiffs State of Texas, et al., and Defendant-Intervenors Karla Perez, et al., and State of New Jersey (hereafter, "the Parties"), have met and conferred and hereby propose the following scheduling order:

December 16, 2022 – Deadline for Plaintiffs to file a supplemental complaint.

January 31, 2023 – Deadline for Plaintiffs to file a motion for summary judgment.

March 2, 2023 – Deadline for Federal Defendants and Defendant-Intervenors to file briefs in opposition of Plaintiffs' motion for summary judgment and file any cross-motions for summary judgment.

March 16, 2023 – Deadline for Plaintiffs to file a reply in support of their motion for summary judgment.

March 30, 2023 – Deadline to file responses to any cross-motions for summary judgment.

April 6, 2023 – Deadline to file replies in support of cross-motions for summary judgment.

The Parties also move the Court to stay any potential response deadline to Plaintiffs' supplemental complaint pending resolution of Plaintiffs' summary judgment motion. The Parties are in agreement that the Court does not need to receive responses to Plaintiffs' supplemental complaint in order to adjudicate summary judgment motions, and the Court can exercise its inherent authority to stay the answer deadline. *Harrison v. Tekoa Charter Sch., Inc.*, No. CV H-16-2037, 2017 WL 3671301, at *2 (S.D. Tex. Aug. 2, 2017) ("The district court has broad discretion in controlling its own docket.") (quoting *Edwards v. Cass Cty.*, 919 F.2d 273, 276 (5th Cir. 1990)) ("This includes the ambit of scheduling orders and the like.").

A proposed order is attached.

2

Dated: December 14, 2022                           Respectfully submitted,

BRIAN M. BOYNTON                                   JEFFREY S. ROBINS
Principal Deputy Assistant Attorney General        Attorney-in-Charge
Civil Division                                     Deputy Director

AUGUST E. FLENTJE                                  */s/ James J. Walker*
Special Counsel                                    JAMES J. WALKER
Civil Division                                     Senior Litigation Counsel
                                                   U.S. Department of Justice
WILLIAM C. PEACHEY                                 Civil Division
Director, Office of Immigration Litigation         Office of Immigration Litigation
District Court Section                             District Court Section
                                                   P.O. Box 868, Ben Franklin Station
                                                   Washington, D.C. 20044
                                                   Phone: (202) 532-4468
                                                   Fax: (202) 305-7000
                                                   Email: james.walker3@usdoj.gov

                                                   *Counsel for Federal Defendants*

*Ryan D. Walters (w/ permission)*
RYAN D. WALTERS
Special Counsel
Office of the Attorney General of Texas

*Counsel for Plaintiffs*


*/s/ Nina Perales (w/ permission)*
NINA PERALES
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND

*Counsel for Defendant-Intervenors*


*/s/ Mayur P. Saxena (w/ permission)*
MAYUR P. SAXENA
Assistant Attorney General
State of New Jersey

*Counsel for Defendant-Intervenors*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on December 5-14, 2022, Federal Defendants conferred with counsel for the other parties. Plaintiffs, Defendant-Intervenors Karla Perez, et al., and New Jersey Defendant-Intervenors join the requested relief.

*/s/ James J. Walker*
JAMES J. WALKER

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ James J. Walker*
JAMES J. WALKER