IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>KARLA PEREZ, *et al.*,<br><br>STATE OF NEW JERSEY,<br><br>*Defendant-Intervenors.* | Case No. 1:18-cv-00068 |

### [PROPOSED] ORDER GRANTING THE PARTIES' JOINT PROPOSED SCHEDULING ORDER

WHEREFORE, at the request of the Parties,

IT IS HEREBY ORDERED that the following deadlines are granted:

December 16, 2022 – Deadline for Plaintiffs to file a supplemental complaint.

January 31, 2023 – Deadline for Plaintiffs to file a motion for summary judgment.

March 2, 2023 – Deadline for Federal Defendants and Defendant-Intervenors to file briefs in opposition of Plaintiffs' motion for summary judgment and file any cross-motions for summary judgment.

March 16, 2023 – Deadline for Plaintiffs to file a reply in support of their motion for summary judgment.

1

March 30, 2023 – Deadline to file responses to any cross-motions for summary judgment.

April 6, 2023 – Deadline to file replies in support of cross-motions for summary judgment.

IT IS FURTHER ORDERED that any response deadline to Plaintiffs' supplemental complaint is stayed pending resolution of any summary judgment motions.

SO ORDERED.

Signed on December ___, 2022, at Brownsville, TX.

_____
Honorable Andrew S. Hanen
United States District Judge