IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) <br> ) <br> ) |
| *Plaintiffs,* | ) <br> ) |
| *v.* | ) Case No. 1:18-cv-00068 <br> ) |
| UNITED STATES OF AMERICA, *et al.*, | ) <br> ) |
| *Defendants,* | ) <br> ) |
| *and* | ) <br> ) |
| KARLA PEREZ, *et al.*, | ) <br> ) |
| *Defendant-Intervenors.* | ) <br> ) |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF PLAINTIFFS TO FILE A SUPPLEMENTAL COMPLAINT**

On this date, the Court considered the Unopposed Motion for Leave of Plaintiffs to File a Supplemental Complaint. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion for Leave of Plaintiffs to File a Supplemental Complaint is hereby GRANTED, and the Clerk of Court is ORDERED to file the Supplemental Complaint on the docket.

SIGNED on this the _____ day of December, 2022.

                                                                                                                                    _____
                                                                                                                                    Hon. Andrew S. Hanen
                                                                                                                                    U.S. District Court Judge