United States District Court
Southern District of Texas
**ENTERED**
December 19, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br>     *Defendants*, <br><br> and <br><br> KARLA PEREZ, *et al.*, <br><br> STATE OF NEW JERSEY, <br>     *Defendant-Intervenors*. | Civil Action No. 1:18-CV-00068 |

## ORDER GRANTING THE PARTIES' JOINT PROPOSED SCHEDULING ORDER

Wherefore, at the request of the Parties, it is hereby ORDERED that the following deadlines are GRANTED:

| | |
|---|---|
| December 16, 2022: | Deadline for Plaintiffs to file a supplemental complaint. |
| January 31, 2023: | Deadline for Plaintiffs to file a motion for summary judgment. |
| March 2, 2023: | Deadline for Federal Defendants and Defendant-Intervenors to file briefs in opposition of Plaintiffs' motion for summary judgment and file any cross-motions for summary judgment. |
| March 16, 2023: | Deadline for Plaintiffs to file a reply in support of their motion for summary judgment. |
| March 30, 2023: | Deadline to file responses to any cross-motions for summary judgment. |
| April 6, 2023: | Deadline to file replies in support of cross-motions for summary judgment. |

IT IS FURTHER ORDERED that any response deadline to Plaintiffs' supplemental complaint is stayed pending resolution of any summary judgment motions.

Signed this 15th day of December, 2022.

Andrew S. Hanen
United States District Judge