United States District Court
Southern District of Texas
**ENTERED**
January 03, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>     *Plaintiffs,*<br><br>*v.*<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>     *Defendants,*<br><br>*and*<br><br>KARLA PEREZ, *et al.*,<br><br>     *Defendant-Intervenors.* | Case No. 1:18-cv-00068 |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF PLAINTIFFS TO FILE A SUPPLEMENTAL COMPLAINT

On this date, the Court considered the Unopposed Motion for Leave of Plaintiffs to File a Supplemental Complaint. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion for Leave of Plaintiffs to File a Supplemental Complaint is hereby GRANTED, and the Clerk of Court is ORDERED to file the Supplemental Complaint on the docket.

SIGNED on this the ____3____ day of January 2023.

Andrew S. Hanen
United States District Judge