IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL.; <br><br> *Defendants,* <br><br> and <br><br> KARLA PEREZ, ET AL.; <br><br> STATE OF NEW JERSEY, <br><br> *Defendants-Intervenors.* | Case No. 1:18-cv-00068 |

**ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON THEIR MOTION FOR SUMMARY JUDGMENT**

On this date, the Court considered Plaintiff States' Unopposed Motion for Leave to Exceed Page Limit on their Motion for Summary Judgment. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion for Leave to Exceed Page Limit on their Motion for Summary Judgment is hereby GRANTED. Plaintiff States have leave to file Motion for Summary Judgment that does not exceed 50 pages.

SIGNED on this the ____ day of _____, 2023.

_____
Andrew S. Hanen,
U.S. District Court Judge