**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | § <br> § |
| *Plaintiffs,* | § <br> § <br> § |
| v. | §     Case No. 1:18-cv-00068 <br> § |
| UNITED STATES OF AMERICA, ET AL.; | § <br> § <br> § |
| *Defendants,* | § <br> § |
| And | § <br> § |
| KARLA PEREZ, ET AL.; | § <br> § |
| STATE OF NEW JERSEY, | § <br> § <br> § |
| *Defendants-Intervenors.* | § |

**PLAINTIFF STATES' APPENDIX IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT**

## TABLE OF CONTENTS

| Exhibit | Document | Pages |
|---|---|---|
| 1 | Memorandum from Janet Napolitano, former Secretary of Homeland Security, titled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children" (June 15, 2012) ("DACA Memo") | App. 001–004 |
| 2 | Federal Defendants' Revised Response to Defendant-Intervenors' Revised Discovery Request (Nov. 8, 2019) | App. 005–010 |
| 3 | U. S. Citizenship and Immigration Services Number of Form I-821D, Consideration of Deferred Action for Childhood Arrivals, Fiscal Year 2012-2017 | App. 011–013 |
| 4 | U.S. Citizenship and Immigration Services, DACA Frequently Asked Questions | App. 014–037 |
| 5 | U.S. Dep't of Homeland Security, DACA National Standard Operating Procedures (2013) | App. 038–262 |
| 6 | Immigrant Legal Resource Center, Practice Advisory: DACA, Advance Parole, and Family Petitions (June 2016) | App. 263–273 |
| 7 | Letter from USCIS to Hon. Charles E. Grassley, Chairman, Committee on the Judiciary (June 29, 2016) | App. 274–276 |
| 8 | Memorandum from Jeh Charles Johnson, former Secretary of Homeland Security, titled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children and with Respect to Certain Individuals Who Are the Parents of U.S. Citizens or Permanent Residents" (Nov. 20, 2014) ("DAPA Memo") | App. 277–282 |
| 9 | U.S. Department of Justice, Memorandum Opinion for the Secretary of Homeland Security and the Counsel to the President (Nov. 19, 2014) ("OLC Memo") | App. 283–316 |
| 10 | Memorandum from John F. Kelly, former Secretary of U.S. Department of Homeland Security, titled "Rescission of November 20, 2014 Memorandum Providing for Deferred Action for Parents of Americans and Lawful Permanent Residents" (June 15, 2017) ("DAPA Rescission Memo") | App. 317–320 |
| 11 | Letter from Ken Paxton, Texas Attorney General, and ten other states, to Hon. Jeff Sessions, former U.S. Attorney General, urging the Trump Administration to phase out DACA (June 29, 2017) | App. 321–324 |

| Exhibit | Document | Pages |
|---|---|---|
| 12 | Letter from Hon. Jeff Sessions, former U.S. Attorney General, to Elaine C. Duke, Acting Secretary of U. S. Department of Homeland Security, advising that DHS should rescind the 2012 DACA Memo (Sept. 4, 2017) | App. 325–326 |
| 13 | Memorandum from Elaine C. Duke, Acting Secretary of U. S. Department of Homeland Security, titled "Rescission of the June 15, 2012 Memorandum Entitled 'Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children'" (Sept. 5, 2017) ("DACA Rescission Memo") | App. 327–333 |
| 14 | Declaration of Donald Deere, Ph.D. (Apr. 27, 2018) | App. 334–348 |
| 15 | Deposition of Ike Brannon (June 26, 2018) (excerpts) | App. 349–356 |
| 16 | Brief of *Amici Curiae* Texas Association of Business, et al., ECF No. 221-1 (July 21, 2018) | App. 357–381 |
| 17 | Brief of *Amici Curiae* 114 Companies, ECF No. 204-1 (July, 21, 2018) | App. 382–412 |
| 18 | Brief of *Amici Curiae* New Jersey Businesses, ECF No. 192-1 (July 20, 2018) | App. 413–424 |
| 19 | Deposition of Esther Jeon (June 15, 2018) (excerpts) | App. 425–432 |
| 20 | Declaration of Rose Arackathara (May 18, 2018) | App. 433–437 |
| 21 | Deposition of Rose Arackathara (June 18, 2018) (excerpts) | App. 438–443 |
| 22 | Supplemental Declaration of Donald Deere, Ph.D. (June 15, 2018) | App. 444–459 |
| 23 | Deposition of Leighton Ku (June 27, 2018) (excerpts) | App. 460–465 |
| 24 | Declaration of Meg Wiehe and Misha Hill (June 15, 2018) | App. 466–485 |
| 25 | Deposition of Ray Perryman (June 27, 2018) (excerpts) | App. 486–496 |
| 26 | Declaration of Tom K. Wong (May 16, 2018) | App. 497–522 |
| 27 | Declaration of Monica Smoot (Apr. 9, 2018) | App. 523–584 |
| 28 | Declaration of Leonardo R. Lopez (Apr. 26, 2018) | App. 585–589 |
| 29 | Ray Perryman, Estimated Annual Net Fiscal Benefits of DACA Recipients in Texas | App. 590–594 |
| 30 | Declaration of Leighton Ku, Ph.D., MPH (June 15, 2018) | App. 595–623 |
| 31 | Results from Tom K. Wong et al., 2017 National DACA Study (excerpts) | App. 624–627 |
| 32 | Declaration of Lloyd B. Potter, Ph.D. (Apr. 26, 2018) | App. 628–645 |
| 33 | Email from Tyronda Lee, Section Chief, U.S. Citizenship and Immigration Services, to Brandon Robinson (May 8, 2018 12:09 CST) | App. 646–647 |
| 34 | Deposition of Stephen Legomsky (Aug. 1, 2018) (excerpts) | App. 648–653 |

| Exhibit | Document | Pages |
|---|---|---|
| 35 | Declaration of Susan Bricker | App. 654-672 |
| 36 | Declaration of James Terry | App. 673-681 |
| 37 | Advisory by U.S. Department of Homeland Security, titled "DHS Issues Regulation to Preserve and Fortify DACA" (Aug. 24, 2022) | App. 682-684 |
| 38 | U.S. Citizenship and Immigration Services, DACA Frequently Asked Questions (Nov. 3, 2022) | App. 685-710 |
| 39 | U.S. Citizenship and Immigration Services's Count of Active DACA Recipients by Month of Current DACA Expiration as of Sept. 30, 2022. | App. 711-720 |
| 40 | Declaration of Ryan D. Walters | N/A |

Date: January 31, 2023

STEVE MARSHALL
Attorney General of Alabama

TIM GRIFFIN
Attorney General of Arkansas

KRIS KOBACH
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

MIKE HILGERS
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

*/s/ Leif A. Olson*
LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas Bar No. 33695

WILLIAM T. THOMPSON
Special Counsel
*Attorney-in-Charge*
Texas Bar No. 24088531
Southern District of Texas Bar No. 3053077

RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
leif.olson@oag.texas.gov
will.thompson@oag.texas.gov
ryan.walters@oag.texas.gov

*Counsel for Plaintiff States*

## CERTIFICATE OF SERVICE

I certify that on January 31, 2023, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Leif A. Olson*
LEIF A. OLSON