# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL.; <br><br> *Defendants,* <br><br> and <br><br> KARLA PEREZ, ET AL.; <br><br> STATE OF NEW JERSEY, <br><br> *Defendants-Intervenors.* | Case No. 1:18-cv-00068 |

## PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

Pursuant to Local Rule 83.2, Plaintiff States file this Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge.

William T. Thompson has accepted a position outside the Office of the Attorney General of Texas. Plaintiff States will continue to be represented by Special Counsel Ryan D. Walters, who will serve as Attorney in Charge, along with co-counsel listed below.

This withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, Plaintiff States respectfully request that the Court grant this motion to withdraw William T. Thompson as counsel of record,

remove Mr. Thompson from all further electronic notifications regarding this case, and enter Mr. Walters as Attorney in Charge for Plaintiff States in this case.

Date: February 10, 2023

STEVE MARSHALL
Attorney General of Alabama

TIM GRIFFIN
Attorney General of Arkansas

KRIS KOBACH
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

MIKE HILGERS
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas Bar No. 33695

*/s/ William T. Thompson*
WILLIAM T. THOMPSON
Deputy Chief for Special Litigation
*Attorney-in-Charge*
Texas Bar No. 24088531
Southern District of Texas Bar No. 3053077

RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
leif.olson@oag.texas.gov
will.thompson@oag.texas.gov
ryan.walters@oag.texas.gov

*Counsel for Plaintiff States*

## CERTIFICATE OF CONFERENCE

I certify that on February 9, 2023, counsel for Plaintiff States conferred with all counsel by email.

James Walker, counsel for Defendants United States of America, et al., Nina Perales, counsel for Defendant-Intervenors Karla Perez, et al., and Mayur Saxena, counsel for Defendant-Intervenor State of New Jersey, represented that the parties whom they represent, respectively, do not oppose the relief requested by Plaintiff States.

*/s/ William T. Thompson*
WILLIAM T. THOMPSON

## CERTIFICATE OF SERVICE

I certify that on February 10, 2023, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

*/s/ William T. Thompson*
WILLIAM T. THOMPSON