# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | § § § | |
| *Defendants,* | § § | |
| and | § § | |
| KARLA PEREZ, ET AL.; | § § § | |
| STATE OF NEW JERSEY, | § § § | |
| *Defendants-Intervenors.* | § | |

**ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE**

Before the Court is Plaintiff States' Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff States' Unopposed Motion to Withdraw William T. Thompson as Counsel is hereby GRANTED. The Clerk is instructed to remove Mr. Thompson from all further electronic notifications regarding this case. IT IS FURTHER ORDERED that Ryan D. Walters be entered as Attorney in Charge for Plaintiff States in this Cause.

SIGNED this \_\_\_\_\_ day of _____, 2023.

_____
ANDREW S. HANEN
United States District Judge