UNITED STATES DISTRICT COURT		SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-68 |
|---|---|---|---|
| | State of Texas, et al. | | |
| | *versus* | | |
| | United States of America, et al. | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matt A. Crapo<br>Immigration Reform Law Institute<br>25 Massachusetts Ave., NW, Suite 335<br>Washington, DC 20001<br>571-435-3582; mcrapo@irli.org; litigation@irli.org<br>Dist. of Columbia, 473355<br>Fifth Circuit Court of Appeals |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Immigration Reform Law Institute (as amicus curiae) |

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/20/2023 | Signed: | /s/ Matt Crapo |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge