# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

20221219-30

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, December 19, 2022
Case Number: 1:18-cv-00068
Document Number: 621 (1 page)
Notice Number: 20221219-30
Notice: The attached order has been entered.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

FEB 21 2023

Nathan Ochsner, Clerk of Court

US POSTAGE ™ PITNEY BOWES

ZIP 77002
02 1W $ 000.57⁰
0001374615 DEC. 20. 2022

NIXIE        601    FE 1            0002/17/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010          *1276-00626-17-28