# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

```
20230103-164
```

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, January 3, 2023
Case Number: 1:18-cv-00068
Document Number: 622 (1 page)
Notice Number: 20230103-164
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

FEB 21 2023

Nathan Ochsner, Clerk of Court



US POSTAGE IMI PITNEY BOWES

ZIP 77002 $ 000.57⁰
02 1W
0001374615 JAN. 04. 2023



NIXIE        601    FE 1          0002/15/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010        *0933-03798-05-02