# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**20221130-92**

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

*United States Courts*
*Southern District of Texas*
*FILED*

*FEB 21 2023*

*Nathan Ochsner, Clerk of Court*

---

Date: Wednesday, November 30, 2022
Case Number: 1:18-cv-00068
Document Number: 617 (1 page)
Notice Number: 20221130-92
Notice: The attached order has been entered.

