| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas et al. |
|---|
| *versus* |
| United States of America et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joshua Patashnik<br>California Department of Justice<br>600 West Broadway, Suite 1800<br>San Diego, CA  92101<br>Telephone:  (619) 738-9628<br>Email:  josh.patashnik@doj.ca.gov<br>California Bar No. 295120 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici State of California et al. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   3/1/2023 | Signed:   /s/ Joshua Patashnik |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                                   United States District Judge