IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

## ORDER

This matter came before the Court on Plaintiffs Motion for Summary Judgment and Defendant-Intervenor State of New Jersey's Cross-Motion for Summary Judgment. After reviewing the briefing on the matter, the evidence offered in support of Defendant-Intervenor State of New Jersey's Cross-Motion for Summary Judgment, and all other matters properly before the Court, the Court finds that there are no genuine issues of material fact and that Defendant-Intervenor State of New Jersey is entitled to judgment as a matter of law.

Accordingly, IT IS THEREFORE ORDERED that Defendant-Intervenor State of New Jersey's Cross-Motion for Summary Judgment is GRANTED, and Plaintiffs' Motion for Summary Judgment is DENIED.

SIGNED, on this the \_\_\_\_ day of _____, 2023.

                                                  _____
                                                  Hon. Andrew S. Hanen
                                                  U.S. District Court Judge