IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | )<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:18-CV-68<br>) |
| UNITED STATES OF AMERICA, *et al.*, | )<br>) |
| Defendants, | )<br>) |
| KARLA PEREZ, *et al.*, | )<br>) |
| Defendant-Intervenors,<br>and | )<br>)<br>) |
| STATE OF NEW JERSEY, | )<br>) |
| Defendant-Intervenor. | )<br>) |

DECLARATION OF MAYUR P. SAXENA

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am an Assistant Attorney General in the New Jersey Office of the Attorney General, counsel for Defendant-Intervenor New Jersey in the above-captioned matter. I am over age 18 and competent to make this declaration based on my personal knowledge in support of Defendant-Intervenor New Jersey's Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of Statement by President Dwight Eisenhower Concerning the Admission of Additional Hungarian Refugees, dated Dec. 1, 1956.

3. Attached hereto as Exhibit 2 is a true and correct copy of Memorandum to President Gerald Ford, "History of the Use of Parole," dated April 17, 1975.

4. Attached hereto as Exhibit 3 is a true and correct copy of USCIS publication, "Refugee Timeline," available at: https://goo.gl/5fhA9y.

5. Attached hereto as Exhibit 4 is a true and correct copy of Congressional Research Service Memorandum, "Analysis of June 15, 2012 DHS Memorandum, Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children," dated July 13, 2012.

6. Attached hereto as Exhibit 5 is a true and correct copy of Memorandum from Gene McNary, "Family Fairness: Guidelines For Voluntary Departure under 8 CFR 242.5 for the Ineligible Spouses and Children of Legalized Aliens," dated Feb. 2, 1990.

7. Attached hereto as Exhibit 6 is a true and correct copy of Memorandum from Janet Napolitano, "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children," dated June 15, 2012.

8. Attached hereto as Exhibit 7 is a true and correct copy of Memorandum from Jeh Johnson, "Exercising Prosecutorial Discretion with Respect to Individuals Who Cam to the United States as Children and with Respect to Certain Individuals Who Are the Parents of U.S. Citizens or Permanent Residents," dated Nov. 20, 2014.

9. Attached hereto as Exhibit 8 is a true and correct copy of Memorandum from Elaine Duke, "Rescission of Deferred Action for Childhood Arrivals," dated Sept. 5, 2017.

10. Attached hereto as Exhibit 9 is a true and correct copy of Letter from Texas and ten other states to Jeff Sessions urging the Trump Administration to phase out DACA, dated June 29, 2017.

11. Attached hereto as Exhibit 10 is a true and correct copy of Georgetown Law summary, "Law Enforcement Leaders and Prosecutors Defend DACA," dated March 20, 2018.

12. Attached hereto as Exhibit 11 is a true and correct copy of Congressional Research Service Report by Ben Harrington, "An Overview of Discretionary Reprieves from Removal: Deferred Action, DACA, TPS, and Others," dated April 10, 2018.

13. Attached hereto as Exhibit 12 is a true and correct copy of Memorandum from Douglas W. Elmendorf, "Budgetary Effects of Immigration-Related Provisions of the House-Passed Version of H.R. 240, An Act Making Appropriations for the Department of Homeland Security," dated Jan. 29, 2015.

14. Attached hereto as Exhibit 13 is a true and correct copy of Report by Nicole P. Svajlenka, "A Demographic Profile of DACA Recipients on the Frontlines of the Coronavirus Response," dated April 6, 2020.

15. Attached hereto as Exhibit 14 is a true and correct copy of Comment submitted by Texas Restaurant Association, dated Dec. 2, 2021.

16. Attached hereto as Exhibit 15 is a true and correct copy of Report by Sam Bernsen, "Leave to Labor," dated Sept. 2, 1975.

17. Attached hereto as Exhibit 16 is a true and correct copy of Report by Nicole P. Svajlenka and Trinh Q. Truong, "The Demographic and Economic Impacts of DACA Recipients: Fall 2021 Edition," dated Nov. 24, 2021.

18. Attached hereto as Exhibit 17 is a true and correct copy of Report by Tom K. Wong, "DACA Recipients' Livelihoods, Families, and Sense of Security Are at Stake This November," dated Sept. 19, 2019.

19. Attached hereto as Exhibit 18 is a true and correct copy of Declaration of Angelo J. Onofri, dated June 22, 2018.

20. Attached hereto as Exhibit 19 is a true and correct copy of Declaration of Tom K. Wong, dated May 16, 2018.

21. Attached hereto as Exhibit 20 is a true and correct copy of Declaration of Meg Wiehe and Misha Hill, dated June 15, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

*/s/ Mayur P. Saxena*
Mayur P. Saxena

## CERTIFICATE OF SERVICE

I certify that on March 2, 2023, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Mayur P. Saxena*
Mayur P. Saxena