**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>*and*<br><br>KARLA PEREZ, *et al.*,<br><br>and<br><br>NEW JERSEY,<br><br>    Defendant-Intervenors. | Case No. 1:18-cv-00068 |

**[Proposed] ORDER**

On this date, the Court considered Federal Defendants' Unopposed Motion for Excess Pages on their Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Federal Defendants' Unopposed Motion for Excess Pages is hereby GRANTED. Federal Defendants have leave to file an Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment that does not exceed 35 pages.

1

**SO ORDERED** on this ___ day of _____, 2023.

                                                     _____
                                                     Andrew S. Hanen,
                                                     U.S. District Court Judge