UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, *et al.*, <br><br> and <br><br> NEW JERSEY, <br><br> Defendant-Intervenors. | Case No. 1:18-cv-00068 |

**[Proposed] ORDER**

This matter came before the Court on Plaintiff States' Motion for Summary Judgment [ECF No. 625-1] and Federal Defendants' Cross-Motion for Summary Judgment. After reviewing the briefing on the matter, the evidence offered in support of Defendants' Cross-Motion for Summary Judgment, including the Administrative Record for the Final Rule, as well as all other matters properly before the Court, the Court finds that there are no genuine issues of material fact and that Defendants are entitled to judgment as a matter of law.

1

2

Accordingly, IT IS THEREFORE ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED, and Plaintiffs' Motion for Summary Judgment is DENIED.

**SO ORDERED** on this ___ day of _____, 2023.

_____
Andrew S. Hanen,
U.S. District Court Judge