IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors. § | |

**ORDER GRANTING DEFENDANT-INTERVENORS'
UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS ON THEIR
BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND IN
OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

On this date, the Court considered Defendant-Intervenors' Unopposed Motion for Leave to Exceed Page Limits on their Brief in Support of Their Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED. Defendant-Intervenors have leave to file a Brief in Support of Their Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment that does not exceed 50 pages.

SIGNED on this the _____ day of _____, 2023.

                                                                                        _____
                                                                                        Hon. Andrew S. Hanen,
                                                                                        U.S. District Court Judge