IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § Plaintiffs, § § v. § Case No. 1:18-CV-68 § UNITED STATES OF AMERICA, *et al.*, § § Defendants, § § and § § KARLA PEREZ, *et al.*, § § Defendant-Intervenors. § | |

**DEFENDANT-INTERVENORS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant-Intervenors Elizabeth Diaz, et al. ("Defendant Intervenors") respectfully move for summary judgment in their favor on the grounds that the material facts demonstrating that Plaintiffs lack standing to pursue Counts I, II, and III of their First Amended Complaint (ECF No. 104) and their Supplemental Complaint (ECF No. 623) are not in dispute, and that Defendant-Intervenors are entitled to judgment as a matter of law. Defendant-Intervenors are also entitled to judgement as a matter of law because the material facts demonstrating that AR2022_100195, Deferred Action for Childhood Arrivals, 87 Fed. Reg. 53,152 (Aug. 30, 2022) (codified at 8 C.F.R. pts 106, 236, and 274a) comports with the Immigration and Nationality Act and the Administrative Procedure Act are not in dispute and Defendant-Intervenors are entitled to judgment as a matter of law. In support of this motion, the Court is respectfully referred to the accompanying Brief of Defendant-Intervenors Elizabeth Diaz, et al. in Support of Their

Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment.

Dated: March 2, 2023

Respectfully Submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on March 2, 2023, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales
Attorney for Defendant-Intervenors