N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors. § | |

**FINAL JUDGMENT**

This matter came before the Court on Defendant-Intervenors' Motion for Summary Judgment on Counts I, II, and III of Plaintiffs' First Amended Complaint (ECF No. 104) and Supplemental Complaint (ECF 623). After reviewing the briefing on the matter, the evidence properly offered in support of Defendant-Intervenors' Motion for Summary Judgment, and all other matters properly before the Court, the Court finds that there are no genuine issues of material fact and that Defendant-Intervenors are entitled to judgment as a matter of law.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant-Intervenors' Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiff States' Motion for Summary Judgment is **DENIED**. This is a final judgment that disposes of all claims and all parties.

**SO ORDERED** on this ___ day of _____, 202__

                                                                                        _____
                                                                                        Andrew S. Hanen
                                                                                       U.S. District Court Judge