IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, *et al.*, <br><br>　　　　Defendants, <br><br>and <br><br>KARLA PEREZ, *et al.*, <br><br>　　　　Defendant-Intervenors. | § § § § § § § § § § § § § § § § § <br><br>Case No. 1:18-CV-68 |

## DECLARATION OF NINA PERALES

I, Nina Perales, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Vice President of Litigation of the Mexican American Legal Defense and Educational Fund. I am over the age of 18 and competent to make this declaration.

2. I submit this declaration in support of Defendant-Intervenors' Elizabeth Diaz *et al.* (the "Defendant-Intervenors") Motion for Summary Judgment and in opposition to Plaintiffs' Motion for Summary Judgment filed in the above-referenced case. I am thoroughly familiar with the facts and arguments in this proceeding. I have personal knowledge of the statements contained in this declaration and am fully competent to testify to the matters set forth herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of a decision in *Texas v. Biden*, No. 2-21-cv-067-Z, 2022 WL 17718634 (N.D. Tex. Dec. 15, 2022).

4. Attached hereto as Exhibit 2 is a true and correct copy of the Brief for Samuel L. Bray & William Baude as Amici Curiae in Support of Petitioners, *Biden v. Nebraska*, Nos. 22-

506 & 22-535 (U.S., Jan. 11, 2023).

5. Attached hereto as Exhibit 3 is a true and correct copy of a decision in *Environment Texas Citizens Lobby, Inc. v. ExxonMobil Corp.*, No. 17-20545, 2023 WL 2229665 (Mem.) (5th Cir., Feb. 17, 2023).

6. Attached hereto as Exhibit 4 is a true and correct copy of the oral argument transcript in *United States v. Texas*, No. 22-58 (U.S. Nov. 29, 2022).

7. Attached hereto as Exhibit 5 is a true and correct copy of Ike Brannon & Kevin McGee, *Federal Register Comment on NPRM 86 FR 53736*, available at https://www.regulations.gov/comment/USCIS-2021-0006-5313 (Nov. 6, 2021).

8. Attached hereto as Exhibit 6 is a true and correct copy of a decision in *Collins v. Lew*, No. 4:16-cv-03113, 2022 WL 17170955 (S.D. Tex. Nov. 21, 2022).

9. Attached hereto as Exhibit 7 is a true and correct copy of a Declaration of Karla Quetzalli Perez Ramirez, dated March 1, 2023.

10. Attached hereto as Exhibit 8 is a true and correct copy of an Order in *Texas v. United States*, No. 1:18-cv-00068, 2021 WL 3022433 (S.D. Tex. July 16, 2021).

11. Attached hereto as Exhibit 9 is a true and correct copy of an Order of Permanent Injunction in *Texas v. United States*, No. 1:18-cv-00068, 2021 WL 3022434 (S.D. Tex. July 16, 2021).

      I verify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 2nd day of March, 2023.

                                            */s/ Nina Perales*
                                            Nina Perales