UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES OF AMERICA, *et al.*,

    *Defendants*,

KARLA PEREZ, *et al.*;
STATE OF NEW JERSEY,

    *Defendants-Intervenors*.

Case No. 1:18-cv-00068

**UNOPPOSED MOTION OF 21 STATES AND THE DISTRICT OF COLUMBIA
FOR LEAVE TO FILE A MEMORANDUM OF LAW AS AMICI CURIAE**

The States of California, New York, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Mexico, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, Wisconsin, and the District of Columbia (the States) respectfully request leave to file the attached memorandum of law as amici curiae in opposition to plaintiffs' motion for summary judgment and in support of defendants' cross-motions for summary judgment.  All parties have consented to our request.

The States—whose residents include hundreds of thousands of persons who have received deferred action under the Deferred Action for Childhood Arrivals (DACA) policy—have a compelling interest in the outcome of this challenge to the lawfulness of DACA.  An order granting plaintiffs' motion and vacating the DACA Final Rule or enjoining the operation of the DACA policy would inflict serious harms upon the amici States' institutions, budgets, residents, and economies.  The proposed memorandum of law addresses the amici States' unique perspective and may aid the Court by highlighting facts and arguments not addressed in detail by the parties.

## CONCLUSION

The States respectfully request that this Court grant this motion for leave to file the attached memorandum of law as amici curiae.

Dated:     March 9, 2023

                                                                  Respectfully submitted,

| | |
|---|---|
| LETITIA JAMES<br>  *Attorney General of New York*<br>BARBARA D. UNDERWOOD<br>  *Solicitor General*<br>ESTER MURDUKHAYEVA<br>  *Deputy Solicitor General*<br>GRACE X. ZHOU<br>  *Assistant Solicitor General*<br><br>28 Liberty Street<br>New York, NY 10005<br>(212) 416-6160<br>grace.zhou@ag.ny.gov | ROB BONTA<br>  *Attorney General of California*<br>MICHAEL J. MONGAN<br>  *Solicitor General*<br>MICHAEL L. NEWMAN<br>  *Senior Assistant Attorney General*<br>JOSHUA PATASHNIK<br>  *Deputy Solicitor General*<br>JAMES F. ZAHRADKA II<br>  *Supervising Deputy Attorney General*<br><br>By: /s/Joshua Patashnik<br>     JOSHUA PATASHNIK<br>     California Bar No. 295120<br>     Application pending for admission *pro hac vice*<br>     to the Southern District of Texas<br><br>     600 West Broadway, Suite 1800<br>     San Diego, CA  92101<br>     (619) 738-9628<br>     josh.patashnik@doj.ca.gov |

*(Counsel listing continues on next page)*

KRISTIN K. MAYES
*Attorney General*
*Arizona*

PHILIP J. WEISER
*Attorney General*
*Colorado*

WILLIAM TONG
*Attorney General*
*Connecticut*

KATHLEEN JENNINGS
*Attorney General*
*Delaware*

BRIAN L. SCHWALB
*Attorney General*
*District of Columbia*

ANNE E. LOPEZ
*Attorney General*
*Hawaii*

KWAME RAOUL
*Attorney General*
*Illinois*

AARON M. FREY
*Attorney General*
*Maine*

ANTHONY G. BROWN
*Attorney General*
*Maryland*

ANDREA JOY CAMPBELL
*Attorney General*
*Massachusetts*

DANA NESSEL
*Attorney General*
*Michigan*

KEITH ELLISON
*Attorney General*
*Minnesota*

AARON D. FORD
*Attorney General*
*Nevada*

RAÚL TORREZ
*Attorney General*
*New Mexico*

JOSHUA H. STEIN
*Attorney General*
*North Carolina*

ELLEN F. ROSENBLUM
*Attorney General*
*Oregon*

MICHELLE A. HENRY
*Acting Attorney General*
*Pennsylvania*

PETER F. NERONHA
*Attorney General*
*Rhode Island*

ROBERT W. FERGUSON
*Attorney General*
*Washington*

JOSHUA L. KAUL
*Attorney General*
*Wisconsin*

## CERTIFICATE OF CONFERENCE

I certify that on March 6, 7, and 8, 2023, I conferred by email with Ryan Walters of the Texas Attorney General's Office, representing plaintiffs; James Walker of the U.S. Department of Justice, representing the federal defendants; Mayur Saxena of the New Jersey Attorney General's Office representing defendant-intervenor the State of New Jersey; and Nina Perales of the Mexican American Legal Defense & Educational Fund representing defendant-intervenors Elizabeth Diaz et al. All parties consent to this motion.

/s/ Joshua Patashnik
JOSHUA PATASHNIK

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2023, I electronically filed the foregoing motion—together with the accompanying proposed order and the proffered amicus curiae memorandum of law—with the Clerk using the CM/ECF system, which I understand to have served the parties' counsel, who are registered as CM/ECF users.

/s/ Joshua Patashnik
JOSHUA PATASHNIK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*,<br><br>KARLA PEREZ, *et al.*;<br>STATE OF NEW JERSEY,<br><br>*Defendants-Intervenors*. | Case No. 1:18-cv-00068 |

**[PROPOSED] ORDER GRANTING MOTION OF 21 STATES AND THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE A MEMORANDUM OF LAW AS AMICI CURIAE**

The Motion of 21 States and the District of Columbia for leave to file a memorandum of law as amici curiae is hereby **GRANTED.**

**IT IS SO ORDERED.**

March __, 2023

_____
Hon. Andrew S. Hanen
United States District Judge