UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*, <br><br> KARLA PEREZ, *et al.*; <br> STATE OF NEW JERSEY, <br><br> *Defendants-Intervenors*. | Case No. 1:18-cv-00068 |

**[PROPOSED] ORDER GRANTING MOTION OF 21 STATES AND THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE A MEMORANDUM OF LAW AS AMICI CURIAE**

The Motion of 21 States and the District of Columbia for leave to file a memorandum of law as amici curiae is hereby **GRANTED.**

**IT IS SO ORDERED.**

March __, 2023

_____
Hon. Andrew S. Hanen
United States District Judge