IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>KARLA PEREZ, *et al.*,<br><br>    Defendants-Intervenors,<br><br>    and<br><br>STATE OF NEW JERSEY,<br><br>    Defendant-Intervenor. | Case No. 1:18-cv-00068-ASH |

**[PROPOSED] ORDER**

    Upon consideration of the unopposed motion of 43 Local Governments and Local Government Officials and Advocacy Organizations for leave to file a memorandum of law as amici curiae in opposition to Plaintiffs' motion for summary judgment and in support of Defendants' and Defendants-Intervenors' motions for summary judgment, the memorandum of law submitted therewith, and the lack of any opposition thereto, the Court holds that this motion should be granted. For the foregoing reasons, it is hereby

    **ORDERED** that the Motion for Leave to File is GRANTED; and it is

    **FURTHER ORDERED** that the Clerk is directed to file the Memorandum of Law submitted with the Motion for Leave to File.

1

SIGNED this ___ day of _____, 2023.

                                                                                          _____
                                                                                          HON. ANDREW S. HANEN
                                                                                          United States District Judge