| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al., Karla Perez, et al., and State of New Jersey |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kelsey A. Chandrasoma<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>(213) 430-6000 / kchandrasoma@omm.com<br>CA #302681 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Local Governments and Local Government Officials and Advocacy Organizations |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/9/2023 | Signed: | /s/ Kelsey Chandrasoma |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____    _____
United States District Judge