United States District Court
Southern District of Texas
**ENTERED**
March 10, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*, |  |
| *Plaintiffs*, |  |
| v. | Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, *et al.*, |  |
| *Defendants*, |  |
| *and* |  |
| KARLA PEREZ, *et al.*, |  |
| STATE OF NEW JERSEY, |  |
| *Defendant-Intervenors*. |  |

### ORDER
### GRANTING PLAINTIFF STATES' UNOPPOSED MOTION
### TO MODIFY THE SCHEDULING ORDER

This matter came before the Court on Plaintiff States' Unopposed Motion to Modify the Scheduling Order. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the current scheduling order (ECF No. 621) be replaced with the following schedule:

| December 16, 2022: | Deadline for Plaintiffs to file a supplemental complaint. |
| January 31, 2023: | Deadline for Plaintiffs to file a motion for summary judgment. |
| March 2, 2023: | Deadline for Federal Defendants and Defendant-Intervenors to file briefs in opposition to Plaintiffs' motion for summary judgment and file any cross-motions for summary judgment. |
| March 30, 2023: | Deadline for Plaintiffs to file a reply in support of their motion for summary judgment and responses to any cross-motions for summary judgment. |
| April 6, 2023: | Deadline to file replies in support of cross-motions for summary judgment. |

IT IS FURTHER ORDERED that any response deadline to Plaintiffs' supplemental complaint is stayed pending resolution of any summary judgment motions.

Signed this _9th_ day of March, 2023.

_____
Andrew S. Hanen
United States District Judge