United States District Court
Southern District of Texas
**ENTERED**
March 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al., Karla Perez, et al., and State of New Jersey |

| | |
|---|---|
| Lawyer's Name | Kelsey A. Chandrasoma |
| Firm | O'Melveny & Myers LLP |
| Street | 400 South Hope Street, 18th Floor |
| City & Zip Code | Los Angeles, CA 90071 |
| Telephone & Email | (213) 430-6000 / kchandrasoma@omm.com |
| Licensed: State & Number | CA #302681 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Proposed Amici Local Governments and Local Government Officials and Advocacy Organizations |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/9/2023 | Signed: | /s/ Kelsey Chandrasoma |
|---|---|---|

| The state bar reports that the applicant's status is: California Active | | |
|---|---|---|
| Dated: 3/10/2023 | Clerk's signature | /s/ Joan Davenport, deputy clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: March 10, 2023

Andrew S. Hanen
United States District Judge