United States District Court
Southern District of Texas
**ENTERED**
March 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|

*versus*

| United States of America, et al., Karla Perez, et al., and State of New Jersey |
|---|

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | James A. Bowman<br>O'Melveny & Myers LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>(213) 430-6000 / jbowman@omm.com<br>CA #220227 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici Local Governments and Local Government Officials and Advocacy Organizations |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/9/2023 | Signed: | /s/ James Bowman |
|---|---|---|

| California<br>The state bar reports that the applicant's status is: | Active, Admitted to the State Bar of California |
|---|---|
| Dated: March 10, 2023 | Clerk's signature | /s/ Joan Davenport, deputy clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 10, 2023

Andrew S. Hanen
United States District Judge