United States District Court
Southern District of Texas
**ENTERED**
March 13, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

---

STATE OF TEXAS, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES OF AMERICA, *et al.*,

    *Defendants*,

KARLA PEREZ, *et al.*;
STATE OF NEW JERSEY,

    *Defendants-Intervenors*.

Case No. 1:18-cv-00068

---

### ORDER GRANTING MOTION OF 21 STATES AND THE DISTRICT OF COLUMBIA FOR LEAVE TO FILE A MEMORANDUM OF LAW AS AMICI CURIAE

The Motion of 21 States and the District of Columbia for leave to file a memorandum of law as amici curiae is hereby **GRANTED.**

**IT IS SO ORDERED.**

SIGNED this 10th day of March, 2023

Andrew S. Hanen
United States District Judge