Case 1:18-cv-00068   Document 658   Filed on 03/14/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| *and* § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors. § | |

### ORDER GRANTING DEFENDANT-INTERVENORS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS ON THEIR BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

On this date, the Court considered Defendant-Intervenors' Unopposed Motion for Leave to Exceed Page Limits on their Brief in Support of Their Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant-Intervenors' Unopposed Motion for Leave to Exceed Page Limits is hereby GRANTED. Defendant-Intervenors have leave to file a Brief in Support of Their Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment that does not exceed 50 pages.

SIGNED on this the __14th__ day of March 2023.

Andrew S. Hanen,
U.S. District Judge