United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas et al.

*versus*

United States of America et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joshua Patashnik<br>California Department of Justice<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101<br>Telephone: (619) 738-9628<br>Email: josh.patashnik@doj.ca.gov<br>California Bar No. 295120 |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici State of California et al. |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/1/2023 | Signed: | /s/ Joshua Patashnik |
|---|---|---|

The state bar (California) reports that the applicant's status is: Active

Dated: March 6, 2023    Clerk's signature    /s/ Joan Davenport

**Order**

This lawyer is admitted *pro hac vice*.

Dated: March 14, 2023

/s/ Andrew S. Hanen
Andrew S. Hanen
United States District Judge