Case 1:18-cv-00068 Document 660 Filed on 03/14/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  Defendants,<br><br>*and*<br><br>KARLA PEREZ, *et al.*,<br><br>and<br><br>NEW JERSEY,<br><br>  Defendant-Intervenors. | Case No. 1:18-cv-00068 |

**ORDER**

On this date, the Court considered Federal Defendants' Unopposed Motion for Excess Pages on their Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Federal Defendants' Unopposed Motion for Excess Pages is hereby GRANTED. Federal Defendants have leave to file an Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment that does not exceed 35 pages.

SO ORDERED on this 14 day of March, 2023.

Andrew S. Hanen,
U.S. District Judge