## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| Defendants, | ) ) ) | |
| *and* | ) ) | |
| KARLA PEREZ, *et al.*, | ) ) ) | |
| Defendant-Intervenors, | ) ) ) | |

## PLAINTIFFS' AND DEFENDANT-INTERVENORS' UNOPPOSED MOTION
## TO MODIFY THE SCHEDULING ORDER

Pursuant to Local Rule LR7.8, Plaintiffs State of Texas, et al. ("Plaintiffs") and

Defendant-Intervenors Elizabeth Diaz, *et al.* and the State of New Jersey ("Defendant

Intervenors"), respectfully request that the Court modify the revised scheduling order, ECF

No. 648, to (1) extend the deadline for Plaintiffs to file their consolidated reply in support of

their motion for summary judgment and response to Defendants' cross-motions for summary

judgment and (2) extend the deadline for Defendants to file their replies in support of their

cross-motions for summary judgment.  No party to this case opposes this motion.

Defendant-Intervenors, along with Federal Defendants, filed their oppositions to

Plaintiffs' motion for summary judgment and their own cross-motions for summary

judgment and supporting briefs on March 2, 2023.  *See* ECF Nos. 636, 639, 641, 642.  On

March 3, 2023, Plaintiffs filed an unopposed motion to modify the scheduling order to allow

them to file a single, consolidated brief (1) replying to Federal Defendants', New Jersey's, and Diaz Defendant-Intervenors' summary judgment oppositions and (2) responding to Federal Defendants', New Jersey's, and Diaz Defendant-Intervenors' briefs in support of their own cross-motions. *See* ECF No. 643. The Court granted Plaintiffs' unopposed motion on March 9, 2023, modifying the scheduling order and setting Plaintiffs' deadline to file a consolidated response and reply for March 30, 2023. *See* ECF No. 648. Defendants' replies in support of their cross-motions for summary judgment are currently due on April 6, 2023. *See id.*

As a result of the complexity and length of the filings, counsel's competing case demands (including international work travel by counsel for Diaz Defendant-Intervenors), and religious holidays and obligations in early April, Plaintiffs and Defendant-Intervenors respectfully request that the Court (1) grant Plaintiffs an additional seven-day extension (to and including April 6, 2023) to file their consolidated response to the cross-motions and reply brief in support of their motion, and (2) grant Defendants a 21-day extension (to and including April 27, 2023) to file their replies in support of their cross-motions motions for summary judgment. Counsel for the United States note their preference to maintain the existing schedule, but do not oppose this requested modification.

## CONCLUSION

For the foregoing reasons, Defendant-Intervenors respectfully request that the Court reset Plaintiffs' consolidated response and reply deadline to April 6, 2023, and reset Defendants' reply deadline to April 27, 2023.

Dated: March 22, 2023                                          Respectfully Submitted,

**MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND**

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-
Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA,
ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

*/s/Mayur Saxena*
Assistant Attorney General
(admitted pro hac vice)
124 Halsey St. P,O. Box 45029
Newark, New Jersey 07102
Phone: (973) 877-1280
Mayur.Saxena@law.njoag.gov

*Attorney for Defendant-Intervenor*

*State of New Jersey*
STEVE MARSHALL
Attorney General of Alabama

TIM GRIFFIN
Attorney General of Arkansas

KRIS KOBACH
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

MICHAEL T. HILGERS
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas Bar No. 33695

*/s/ Ryan D. Walters*
RYAN D. WALTERS
*Attorney-in-Charge*
Special Counsel
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714; Fax: (512) 457-4410
leif.olson@oag.texas.gov
ryan.walters@oag.texas.gov
*Counsel for Plaintiff States*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on March 20, 21, and 22, 2023, I conferred with counsel for the other parties.  Plaintiffs, Federal Defendants, and Defendant Intervenor New Jersey do not oppose the requested relief.

> */s/  Nina Perales*
> Nina Perales
> Attorney for Defendant-Intervenors

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on March 22, 2023, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

> */s/  Nina Perales*
> Nina Perales
> Attorney for Defendant-Intervenors