# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

|||
|---|---|
| 20230313-3<br>Stephen P Wallace<br>1116 Sheffer Road<br>Apt F<br>Aurora, IL US 60505 | CLERK OF COURT<br>P.O. BOX 61010<br>HOUSTON, TEXAS 77208<br>http://www.txs.uscourts.gov |

United States Courts
Southern District of Texas
FILED

MAR 27 2023

Nathan Ochsner, Clerk of Court

---

Date: Monday, March 13, 2023
Case Number: 1:18-cv-00068
Document Number: 651 (1 page)
Notice Number: 20230313-3
Notice: The attached order has been entered.

---

