# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20230310-10

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

United States Courts
Southern District of Texas
F I L E D

MAR 27 2023

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, March 10, 2023
Case Number: 1:18-cv-00068
Document Number: 648 (2 pages)
Notice Number: 20230310-10
Notice: The attached order has been entered.

