United States District Court
Southern District of Texas
**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, | ) |

## ORDER GRANTING PLAINTIFFS' AND DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER

WHEREFORE, at the request of counsel for Plaintiffs and Defendant-Intervenors, and without opposition from Federal Defendants, IT IS HEREBY ORDERED that the deadline for Plaintiffs to file a reply in support of their motion for summary judgment and in response to Defendants' cross-motions for summary judgment is reset to April 6, 2023, and the deadline for Defendants to file replies in support of their cross-motions for summary judgment is reset to April 27, 2023.

**SO ORDERED** on this 27 day of March, 2023.

Hon. Andrew S. Hanen
U.S. District Court Judge