# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

20230314-196

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, March 14, 2023
Case Number: 1:18-cv-00068
Document Number: 659 (1 page)
Notice Number: 20230314-196
Notice: The attached order has been entered.

