# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20230314-179
```

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Tuesday, March 14, 2023
Case Number: 1:18-cv-00068
Document Number: 658 (2 pages)
Notice Number: 20230314-179
Notice: The attached order has been entered.

---

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

MAR 28 2023

Nathan Ochsner, Clerk of Court

US POSTAGE PITNEY BOWES
ZIP 77002
02 1W
0001374615 MAR 15 2023
$ 000.60⁰

NIXIE 601 FE 1 0003/29/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 7720810101010 *1365-01337-15-45