IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; <br> *Plaintiffs,* <br><br> v. <br><br><br> UNITED STATES OF AMERICA, ET AL.; <br> *Defendants,* <br><br> and <br><br> KARLA PEREZ, ET AL.; <br> STATE OF NEW JERSEY, <br> *Defendant-Intervenors.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Case No. 1:18-cv-00068 |

**PLAINTIFF STATES' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS ON THEIR COMBINED REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN OPPOSITION TO ALL CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs respectfully request that the Court grant permission to exceed the 20-page briefing limit for their combined Reply in Support of their Motion for Summary Judgment and Memorandum in Opposition to All Cross-Motions for Summary Judgment. This briefing responds to 135 pages of cross-motions. Plaintiffs could have filed separate responses for each; instead, Plaintiffs are filing all in a single document and seek a 60-page limit. This would be no greater than separate filings to all three cross-motions within the standard 20-page limit. This briefing raises complex issues in a case of national importance, and Plaintiffs require these extra pages to adequately present these issues to the Court. Plaintiffs seek this extension for good cause and in the interest of justice, not for delay, and no party will be prejudiced if the extension is granted. Counsel for all other parties have indicated they do not oppose this request.

Date: April 6, 2023

STEVE MARSHALL
Attorney General of Alabama

TIM GRIFFIN
Attorney General of Arkansas

KRIS KOBACH
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

MICHAEL T. HILGERS
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas Bar No. 33695

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
leif.olson@oag.texas.gov
ryan.walters@oag.texas.gov

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that on April 6, 2023, counsel for Plaintiffs Ryan Walters conferred with counsel for the other parties in this case via email.

James Walker, counsel for Defendants United States of America, et al., Nina Perales, counsel for Defendant-Intervenors Karla Perez, et al., and Mayur Saxena, counsel for Defendant-Intervenor State of New Jersey, represented that the parties whom they represent, respectively, do not oppose the relief requested by Plaintiffs.

*/s/ Ryan D. Walters*
RYAN D. WALTERS

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on April 6, 2023.

*/s/ Ryan D. Walters*
RYAN D. WALTERS