IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.;<br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.;<br>*Defendants,*<br><br>and<br><br>KARLA PEREZ, ET AL.;<br>STATE OF NEW JERSEY,<br>*Defendant-Intervenors.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:18-cv-00068 |

**PLAINTIFF STATES' APPENDIX IN SUPPORT OF THEIR
REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND
MEMORANDUM IN OPPOSITION TO ALL CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Table of Contents

| Exhibit | Document | Pages |
|---|---|---|
| 41 | Declaration of Sheri Gibson and Exhibit A: Verifying Lawful Presence | App.721–726 |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on April 6, 2023.

/s/ *Ryan D. Walters*
RYAN D. WALTERS

1