# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**F I L E D**

APR 0 7 2023

Nathan Ochsner, Clerk of Court

```
20230310-16
```

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, March 10, 2023
Case Number: 1:18-cv-00068
Document Number: 650 (1 page)
Notice Number: 20230310-16
Notice: The attached order has been entered.

US POSTAGE ™ PITNEY BOWES

$ 000.60

ZIP 77002
02 1W
0001374615 MAR 10. 2023

United States Courts
Southern District of Texas
F I L E D

APR 07 2023

Nathan Ochsner, Clerk of Court,

NIXIE    601    FE    1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77208101010    *0933-07951-10-44

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS