# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

```
20230310-18
```

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, March 10, 2023
Case Number: 1:18-cv-00068
Document Number: 649 (2 pages)
Notice Number: 20230310-18
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 7720810101010    *0933-67953-16-42*

United States Courts
Southern District of Texas
FILED

APR 07 2023

Nathan Ochsner, Clerk of Court

US POSTAGE PAID PITNEY BOWES
ZIP 77002 $ 000.60⁰
02 1W
0001374615 MAR. 10. 2023