IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Defendants, | § § | |
| and | § § | |
| KARLA PEREZ, *et al.*, | § § § | |
| Defendant-Intervenors. | § | |

### DECLARATION OF NINA PERALES

I, Nina Perales, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Vice President of Litigation of the Mexican American Legal Defense and Educational Fund. I am over the age of 18 and competent to make this declaration.

2. I submit this declaration in support of the Reply Brief of Defendant-Intervenors' Elizabeth Diaz, *et al.* in Support of Their Motion for Summary Judgment filed in the above-referenced case. I am thoroughly familiar with the facts and arguments in this proceeding. I have personal knowledge of the statements contained in this declaration and am fully competent to testify to the matters set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of a March 4, 2019, letter from Todd Lawrence Disher to Jack Salmon.

4. Attached hereto as Exhibit B is a true and correct copy of the oral argument transcript in *Texas v. United States*, No. 21-40680 (5th Cir., July 6, 2022).

1

I verify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 27th day of April, 2023.

*/s/ Nina Perales*
Nina Perales

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that, on the 27th day of April, 2023, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

                                             */s/ Nina Perales*
                                             Nina Perales