IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 1:18-CV-68 |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Defendants, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*, § | |
| § | |
| Defendant-Intervenors. § | |

**UNOPPOSED MOTION OF DEFENDANT-INTERVENORS ELIZABETH DIAZ, ET AL. FOR ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT**

Defendant–Intervenors Elizabeth Diaz, *et al*., ("Defendant-Intervenors") file this unopposed motion for oral argument on the parties' motions for summary judgment. *See* Dkt. Nos. 625, 636, 639 and 641.

The record in this case is voluminous, and the motions for summary judgment, along with the associated responses and replies, raise complex issues of fact and law. Defendant-Intervenors believe the Court would benefit from argument by the parties on the evidence and issues in the case. In addition, Federal Defendants and Defendant Intervenors have objected to Plaintiffs' attempt to rely on untimely evidence in Plaintiffs' most recent filing. Federal Defendants and Defendant Intervenors have variously asked the Court to exclude this evidence and consider arguments forfeited that rely on the untimely evidence, or, in the alternative, deny summary judgment because the untimely evidence creates a genuine dispute of material facts or grant

1

Federal Defendants and Defendant Intervenors an opportunity to conduct discovery to rebut the untimely evidence.  *See* Dkt. Nos. 680, 681.

Dated: May 9, 2023

Respectfully Submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**

By: /s/ *Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email:  nperales@maldef.org

**ROPES & GRAY LLP**
Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC  20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA, ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX  78502
Phone:  (956) 630-3889
Facsimile:  (956) 630-3899
Email:  cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on May 5 and 9, 2023, I conferred with counsel for the other parties. Plaintiffs, Federal Defendants, and Defendant Intervenor New Jersey indicated they do not oppose the requested relief.

*/s/ Nina Perales*
Nina Perales
Attorney for Defendant-Intervenors

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on the 9th day of May, 2023, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales