IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | | |
| Defendants, | | |
| and | | |
| KARLA PEREZ, *et al.*, | | |
| Defendant-Intervenors. | | |

## ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT-INTERVENORS ELIZABETH DIAZ, ET AL. FOR ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT

On this date, the Court considered Diaz Defendant-Intervenors' Unopposed Motion for Oral Argument on Motions for Summary Judgment. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that oral argument is set for _____, 2023.

SIGNED on this ___ day of May, 2023.

_____
Andrew S. Hanen
U.S. District Court Judge

1