United States District Court
Southern District of Texas
**ENTERED**
May 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Defendants, | § § | |
| and | § § | |
| KARLA PEREZ, *et al.*, | § § § | |
| Defendant-Intervenors. | § | |

## ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT-INTERVENORS ELIZABETH DIAZ, ET AL. FOR ORAL ARGUMENT ON MOTIONS FOR SUMMARY JUDGMENT

On this date, the Court considered Diaz Defendant-Intervenors' Unopposed Motion for Oral Argument on Motions for Summary Judgment. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that oral argument is set for June 1, 2023 at 10:00 am, before the Honorable Andrew S. Hanen, Courtroom 9D, 515 Rusk, Houston Texas.

SIGNED on this 16th day of May, 2023.

Andrew S. Hanen
United States District Court Judge

1