United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants, <br><br> and <br><br> KARLA PEREZ, et al.; <br><br> STATE OF NEW JERSEY, <br><br> Defendants-Intervenors. | Civil Action No. 1:18-cv-00068 |

## ORDER

Pending before the Court is the Immigration Reform Law Institute's unopposed motion of for leave to file a brief as *amicus curiae* in support of Plaintiffs' motion for summary judgment. After reviewing the motion, the record and the applicable law, the Court is of the opinion that it should be **GRANTED**.

It is SO ORDERED.

SIGNED this 22nd day of May, 2023.

**ANDREW S. HANEN**
**UNITED STATES DISTRICT JUDGE**