United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

## ORDER

This matter came before the Court on Defendant-Intervenor State of New Jersey's Unopposed Motion to Exceed Page Limit. The Court concludes that for good cause shown, the Motion should be granted.

Accordingly, IT IS THEREFORE ORDERED that Defendant-Intervenor State of New Jersey's Unopposed Motion to Exceed Page Limit is GRANTED.

SIGNED, on this the 22nd day of May, 2023.

Andrew S. Hanen
United States District Judge

1