United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; *Plaintiffs*, | § § § | |
| v. | § § § § | Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; *Defendants*, | § § § § | |
| and | § § | |
| KARLA PEREZ, ET AL.; STATE OF NEW JERSEY, *Defendant-Intervenors*. | § § § | |

### ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS ON THEIR COMBINED REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN OPPOSITION TO ALL CROSS-MOTIONS FOR SUMMARY JUDGMENT

On this date, the Court considered Plaintiff States' Unopposed Motion for Leave to Exceed Page Limits on their Combined Reply in Support of their Motion for Summary Judgment and Memorandum in Opposition to All Cross-Motions for Summary Judgment. The Court believes their Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED. Plaintiff States have leave to file a Combined Reply in Support of their Motion for Summary Judgment and Memorandum in Opposition to All Cross-Motions for Summary Judgment that does not exceed 60 pages.

SIGNED on this the 22nd day of May, 2023.

Andrew S. Hanen
United States District Judge