United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | ) |
| Defendants, | ) |
| and | ) |
| KARLA PEREZ ET AL.; | ) |
| STATE OF NEW JERSEY, | ) |
| Defendants-Intervenors. | ) |

### ORDER GRANTING *PRO HAC VICE* COUNSEL CHARLES BREITERMAN'S MOTION FOR LEAVE FOR LATER FILING UNDER FRAP RULE 29(a)(6)

On considering *Pro Hae Vice* counsel Charles Breiterman's Motion for Leave for Later Filing, and the brief submitted herewith, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Motion for Leave for Later Filing is GRANTED.

FURTHER ORDERED that the Clerk is directed to file the *amicus curiae* brief submitted with the Motion for Leave to File.

SIGNED this 22nd day of May, 2023

Andrew S. Hanen
United States District Judge