United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

## ORDER

Defendant-Intervenor State of New Jersey's Unopposed Motion to Admit Counsel Pro Hac Vice and to Withdraw Counsel (the "Motion") having come before this Court, and the Court having considered the papers submitted in connection with the Motion, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. Shireen A. Farahani, Amanda I. Morejón, and Samuel L. Rubinstein are admitted *pro hac vice*;

3. Eric L. Apar, Elspeth L. Faiman Hans, Jeremy Hollander, Kenneth S. Levine, and Rachel Wainer Apter are withdrawn as counsel of record for the State of New Jersey in this case; and

4. The Clerk is instructed to remove Eric L. Apar, Elspeth L. Faiman Hans, Jeremy Hollander, Kenneth S. Levine, and Rachel Wainer Apter from all further electronic notifications regarding this case.

IT IS SO ORDERED on this 22nd day of May, 2023

Andrew S. Hanen
United States District Judge