# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; | § | |
| *Plaintiffs,* | § § § | |
| v. | § § | Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | § § § | |
| *Defendants,* | § § § | |
| and | § § | |
| KARLA PEREZ, ET AL.; | § § § | |
| STATE OF NEW JERSEY, | § § § | |
| *Defendants-Intervenors.* | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF STATES' PARTIALLY OPPOSED MOTION TO FILE A SUR-REPLY TO DEFENDANTS' REPLY BRIEFS**

On this date, the Court considered Plaintiff States' Partially Opposed Motion to File a Sur-Reply to Defendants' Reply Briefs. The Court believes their Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED. Plaintiff States have leave to file the sur-reply attached to their Motion, and the Clerk of Court is ORDERED to file the sur-reply on the docket.

SIGNED on this the ___ day of _____ ,2023.

_____
The Honorable Andrew S. Hanen
U.S. DISTRICT COURT JUDGE