IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; | § | |
| *Plaintiffs,* | § | |
| v. | § | |
| UNITED STATES OF AMERICA, ET AL.; | § | |
| *Defendants,* | § | Case No. 1:18-cv-00068 |
| and | § | |
| KARLA PEREZ, ET AL.; | § | |
| STATE OF NEW JERSEY, | § | |
| *Defendants-Intervenors.* | § | |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Eric Hudson as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Eric Hudson is hereby withdrawn as counsel of record for the Plaintiffs.

**SO ORDERED** and **SIGNED** this \_ day of _____, 2023.

**Andrew S. Hanen**
United States District Judge