IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | |
| UNITED STATES OF AMERICA, ET AL.; | § § | |
| *Defendants,* | § § | Case No. 1:18-cv-00068 |
| and | § § | |
| KARLA PEREZ, ET AL.; | § § | |
| STATE OF NEW JERSEY, | § § | |
| *Defendants-Intervenors.* | § § | |

## UNOPPOSED MOTION TO WITHDRAW
## MICHAEL TOTH AS COUNSEL

Plaintiffs' file this file this Unopposed Motion to Withdraw Michael Toth as their attorney in this matter.

Michael Toth has accepted a position outside the Office of the Attorney General of Texas, and the State Defendants respectfully request that he be withdrawn as their counsel. They will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

| | |
|---|---|
| Date: May 30, 2023 | Respectfully submitted. |
| STEVE MARSHALL<br>Attorney General of Alabama | KEN PAXTON<br>Attorney General of Texas |
| TIM GRIFFIN<br>Attorney General of Arkansas | BRENT WEBSTER<br>First Assistant Attorney General |
| KRIS KOBACH<br>Attorney General of Kansas | RALPH MOLINA<br>DEPUTY ATTORNEY GENERAL FOR LEGAL STRATEGY |
| JEFF LANDRY<br>Attorney General of Louisiana | LEIF A. OLSON<br>Chief, Special Litigation Division |
| LYNN FITCH<br>Attorney General of Mississippi | Texas Bar No. 24032801<br>Southern District of Texas Bar No. 33695 |
| MIKE HILGERS<br>Attorney General of Nebraska | /S/ RYAN D. WALTERS<br>RYAN D. WALTERS<br>SPECIAL COUNSEL |
| ALAN WILSON<br>Attorney General of South Carolina | ATTORNEY-IN-CHARGE<br>Texas Bar No. 24105085<br>Southern District of Texas Bar No. 3369185 |
| PATRICK MORRISEY<br>Attorney General of West Virginia | Ethan Szumanski<br>Assistant Attorney General<br>Texas Bar No. 24123966<br>Southern District of Texas Bar No. 3836010 |
| | Special Litigation Division<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Phone: (512) 936-2714<br>Fax: (512) 457-4410<br>leif.olson@oag.texas.gov<br>ryan.walters@oag.texas.gov<br>ethan.szumanski@oag.texas.gov |
| | COUNSEL FOR PLAINTIFF STATES |

3

**CERTIFICATE OF CONFERENCE**

    I hereby certify that on May 30, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/S/ RYAN D. WALTERS*
RYAN D. WALTERS

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 30, 2023, and that all counsel of record were served by CM/ECF.

*/S/ RYAN D. WALTERS*
RYAN D. WALTERS