IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL.; <br><br> *Defendants,* <br><br> and <br><br> KARLA PEREZ, ET AL.; <br><br> STATE OF NEW JERSEY, <br><br> *Defendants-Intervenors.* | Case No. 1:18-cv-00068 |

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Michael Toth as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Michael Toth is hereby withdrawn as counsel of record for the Plaintiffs.

**SO ORDERED** and **SIGNED** this __ day of _____, 2023.

_____
**Andrew S. Hanen**
United States District Judge