# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**20230517-7**

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

United States Courts
Southern District of Texas
**FILED**

**MAY 30 2023**

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, May 17, 2023
Case Number: 1:18-cv-00068
Document Number: 684 (1 page)
Notice Number: 20230517-7
Notice: The attached order has been entered.

