**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:18-CV-00068 |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| *and* | § | |
| | § | |
| KARLA PEREZ, et al., | § | |
| | § | |
| and | § | |
| | § | |
| STATE OF NEW JERSEY. | § | |
| | § | |
| Defendant-Intervenors. | § | |

**DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO WITHDRAW**
**SAMANTHA SERNA AS COUNSEL IN THE CASE**

Defendant-Intervenors, Karla Perez, *et al*., (Defendant-Intervenors) respectfully move to withdraw Samantha Serna as counsel in this case. Ms. Serna has ended her employment with the Mexican American Legal Defense and Educational Fund (MALDEF).  Defendant-Intervenors will continue to be represented by Attorney-in-charge, Nina Perales, and Carlos Moctezuma Garcia. This withdrawal will not delay any proceedings and this motion is unopposed.

Accordingly, Defendant-Intervenors respectfully request leave to withdraw Samantha Serna as counsel in this case.

Dated: June 19, 2023                              Respectfully submitted,

1

By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org

**GARCÍA & GARCÍA,**
**ATTORNEYS AT LAW P.L.L.C.**
Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 5, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Nina Perales*
Nina Perales

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 19th day of June, 2023.

*/s/ Nina Perales*
Nina Perales

2