IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § § | |
| Plaintiffs, | | |
| v. | § § § | Case No. 1:18-CV-00068 |
| UNITED STATES OF AMERICA, *et al.*, | § § § | |
| Defendants, | § § | |
| *and* | § § | |
| KARLA PEREZ, et al., | § § § | |
| and | § § | |
| STATE OF NEW JERSEY. | § § § | |
| Defendant-Intervenors. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANT-INTERVENORS' UNOPPOSED MOTION TO WITHDRAW SAMANTHA SERNA AS COUNSEL IN THE CASE**

On this day, the Court considered Defendant-Intervenors' Unopposed Motion to Withdraw Samantha Serna as Counsel in the Case. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this _____ day of _____, 2023.

_____
Honorable Andrew S. Hanen
U.S. District Court Judge