**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| STATE OF TEXAS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-CV-68 |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| KARLA PEREZ, *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors, | ) | |
| | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE**
**NOTICE OF SUPPLEMENTAL AUTHORITY**
**OF DEFENDANT-INTERVENORS ELIZABETH DIAZ, ET AL.**

Defendant-Intervenors Elizabeth Diaz, *et al.* ("Defendant-Intervenors") respectfully request that the Court grant them leave to file a Notice of Supplemental Authority regarding the Supreme Court's decision in *U.S. et al. v. Texas et al.*, No. 22-58 (June 23, 2023) ("*Texas Immigration Priorities*"). Defendant-Intervenors' Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgement (Defendant-Intervenors' "Motion") (Dkt. 641) raises complex issues in a case of national importance, and issues related to standing are central to Defendant-Intervenors' arguments in support of their Motion. As described in Defendant Intervenors' proposed Notice of Supplemental Authority (attached as Exhibit A), the Supreme Court's decision in *Texas Immigration Priorities* provides material guidance regarding standing doctrine, both with respect to injury in fact

and redressability, and should therefore be considered in conjunction with the arguments that Defendant-Intervenors have submitted in support of their Motion (Dkts. 642, 680). Defendant-Intervenors seek this leave to file for good cause and in the interest of justice, not for delay, and no party will be prejudiced if the motion is granted.  The other parties do not oppose Defendant-Intervenors' request.

## CONCLUSION

For the foregoing reasons, Defendant-Intervenors respectfully request that the Court grant their Motion for Leave to File Notice of Supplemental Authority.

Dated: June 29, 2023

Respectfully Submitted,


**MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND**

By:  */s/ Nina Perales*

Nina Perales (Tex. Bar No. 24005046);
(SD of Tex. Bar No. 21127)
Attorney-in-Charge
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone: (210) 224-5476
Facsimile: (210) 224-5382
Email: nperales@maldef.org


**ROPES & GRAY LLP**

Douglas H. Hallward-Driemeier
2099 Pennsylvania Ave NW
Washington, DC 20006-6807
(202) 508-4600
(202) 508-4776 (direct dial)
Douglas.Hallward-
Driemeier@ropesgray.com
(Admitted pro hac vice)

**GARCÍA & GARCÍA,
ATTORNEYS AT LAW P.L.L.C.**

Carlos Moctezuma García
(Tex. Bar No. 24065265)
(SD of Tex. Bar No. 1081768)
P.O. Box 4545
McAllen, TX 78502
Phone: (956) 630-3889
Facsimile: (956) 630-3899
Email: cgarcia@garciagarcialaw.com

Attorneys for Defendant-Intervenors

## CERTIFICATE OF CONFERENCE

I certify that on June 29, 2023, I conferred with counsel for Plaintiffs, Defendants, and the State of New Jersey as Defendant-Intervenor regarding the relief requested in this motion.  The other parties responded that they do not oppose this motion.

/s/  Nina Perales
Nina Perales
Attorney for Defendant-Intervenors

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on June 29, 2023, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

> /s/  Nina Perales
> Nina Perales
> Attorney for Defendant-Intervenors