# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Case No. 1:18-CV-68 <br> ) |
| UNITED STATES OF AMERICA, *et al.*, | ) <br> ) |
| Defendants, | ) <br> ) |
| *and* | ) <br> ) |
| KARLA PEREZ, *et al.*, | ) <br> ) |
| Defendant-Intervenors, | ) <br> ) |

## ORDER GRANTING MOTION FOR LEAVE TO FILE
## NOTICE OF SUPPLEMENTAL AUTHORITY
## OF DEFENDANT-INTERVENORS ELIZABETH DIAZ, ET AL.

On this date, the Court considered the Unopposed Motion of Defendant-Intervenors Elizabeth Diaz, *et al*. for Leave to File Notice of Supplemental Authority. After considering the Motion, the Court believes the Motion should be granted. IT IS THEREFORE ORDERED that the Motion for Leave to File Notice of Supplemental Authority is hereby GRANTED. Defendant-Intervenors have leave to file Notice of Supplemental Authority.

SIGNED on this the _____ day of _____, 2023.

_____
Hon. Andrew S. Hanen,
U.S. District Court Judge