# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>*and*<br><br>KARLA PEREZ, *et al.*,<br><br>and<br><br>NEW JERSEY,<br><br>    Defendant-Intervenors. | Case No. 1:18-cv-00068 |

## [Proposed] ORDER

On this date, the Court considered Federal Defendants' Motion for Leave to File Notice of Supplemental Authority. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Federal Defendants' Motion for Leave to File Notice of Supplemental Authority is hereby GRANTED. Federal Defendants have leave to file their Notice of Supplemental Authority.

**SO ORDERED** on this ___ day of _____, 2023.

                                                                                    _____
                                                                                    Andrew S. Hanen,
                                                                                    U.S. District Court Judge