United States District Court
Southern District of Texas
**ENTERED**
July 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br>    *Defendants*,<br><br>and<br><br>KARLA PEREZ, *et al.*,<br><br>STATE OF NEW JERSEY,<br>    *Defendant-Intervenors*. | Civil Action No. 1:18-CV-00068 |

## ORDER

Pending before the Court are eight motions by the parties, which the Court will address in this Order:

1. Motion for Leave to File a Surreply to Defendants' Reply Briefs (Doc. No. 690);

2. Motion for Eric Hudson to Withdraw as Attorney (Doc. No. 691);

3. Motion for Michael Toth to Withdraw as Attorney (Doc. No. 692);

4. Motion for Samantha Serna to Withdraw as Attorney (Doc. No. 701); and

5. Motions for Leave to File Notice of Supplemental Authority (Doc. No. 703, 704, 705, 706).

All of the above listed motions are hereby **GRANTED**.

Signed at Houston, Texas, this ___6th___ day of July, 2023.

Andrew S. Hanen
United States District Judge