IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 1:18-cv-00068 |
| | § | |
| UNITED STATES OF AMERICA, ET AL.; | § | |
| | § | |
| Defendants, | § | |
| | § | |
| and | § | |
| | § | |
| KARLA PEREZ, ET AL.; | § | |
| | § | |
| STATE OF NEW JERSEY, | § | |
| | § | |
| Defendant-Intervenors. | § | |

**PLAINTIFF STATES' ADVISORY REGARDING IMPENDING RESPONSE
TO NOTICES OF SUPPLEMENTAL AUTHORITY**

Yesterday, the Court granted four requests of the Federal Defendants and the Private Intervenors to file notices of supplemental authority relating to two end-of-term Supreme Court decisions concerning Article III standing. *See* ECF No. 707 (granting ECF Nos. 703, 704, 705, & 706). These notices consist of 27 pages of briefing on how these decisions affect this case, with the last of the notices filed the evening of July 5. *See* ECF Nos. 703-1, 704-1, 705-1, & 706-1. Plaintiff States respectfully inform the Court that they intend to file a combined response to the Federal Defendants' and Private Intervenors' notices of supplemental authority by **July 14, 2023**.

Date: July 7, 2023

STEVE MARSHALL
Attorney General of Alabama

TIM GRIFFIN
Attorney General of Arkansas

KRIS KOBACH
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

MICHAEL T. HILGERS
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

Respectfully submitted,

JOHN SCOTT
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas Bar No. 33695

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Deputy Chief, Special Litigation Division
*Attorney-in-Charge*
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185

Ethan Szumanski
Assistant Attorney General
Texas Bar No. 24123966
Southern District of Texas Bar No. 3836010

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
leif.olson@oag.texas.gov
ryan.walters@oag.texas.gov
ethan.szumanski@oag.texas.gov

COUNSEL FOR PLAINTIFF STATES

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on July 7, 2023.

*/s/ Ryan D. Walters*
RYAN D. WALTERS
