# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL.; <br><br> *Defendants,* <br><br> and <br><br> KARLA PEREZ, ET AL.; <br><br> STATE OF NEW JERSEY, <br><br> *Defendant-Intervenors.* | Case No. 1:18-cv-00068 |

**UNOPPOSED MOTION FOR LEAVE OF PLAINTIFFS TO FILE RESPONSE TO NOTICES OF SUPPLEMENTAL AUTHORITY AND NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff States respectfully request that the Court grant them permission to file (1) a response (attached as Exhibit 1) to four notices of supplemental authority filed by Defendants (ECF Nos. 703-1, 704-1, 705-1, & 706-1); and (2) a notice of supplemental authority regarding the Supreme Court's decision in *Biden v. Nebraska,* 143 S. Ct. 2355 (2023) (attached as Exhibit 2).

Plaintiff States ask the Court to place the proposed Response to Notices of Supplemental Authority and the Notice of Supplemental Authority and on the docket of this case for the Court's consideration.

Date: July 14, 2023

Respectfully submitted,

STEVE MARSHALL
Attorney General of Alabama

TIM GRIFFIN
Attorney General of Arkansas

KRIS KOBACH
Attorney General of Kansas

JEFF LANDRY
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

MICHAEL T. HILGERS
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

ANGELA COLMENERO
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

LEIF A. OLSON
Chief, Special Litigation Division
Texas Bar No. 24032801
Southern District of Texas Bar No. 33695

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Deputy Chief, Special Litigation Division
*Attorney-in-Charge*
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185

Ethan Szumanski
Assistant Attorney General
Texas Bar No. 24123966
Southern District of Texas Bar No. 3836010

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
leif.olson@oag.texas.gov
ryan.walters@oag.texas.gov
ethan.szumanski@oag.texas.gov

COUNSEL FOR PLAINTIFF STATES

**CERTIFICATE OF CONFERENCE**

I certify that on July 14, 2023, I conferred with James Walker (counsel for Federal Defendants), Nina Perales (counsel for Private Intervenors) and Samuel Rubinstein (counsel for Defendant-Intervenor State of New Jersey), who all represented that they do not oppose this Motion.

*/s/ Ryan D. Walters*
RYAN D. WALTERS

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on July 14, 2023.

*/s/ Ryan D. Walters*
RYAN D. WALTERS