# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL.; <br><br> *Defendants,* <br><br> and <br><br> KARLA PEREZ, ET AL.; <br><br> STATE OF NEW JERSEY, <br><br> *Defendant-Intervenors.* | Case No. 1:18-cv-00068 |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF PLAINTIFFS TO FILE RESPONSE TO NOTICES OF SUPPLEMENTAL AUTHORITY AND NOTICE OF SUPPLEMENTAL AUTHORITY

On this date, the Court considered the Unopposed Motion for Leave of Plaintiffs to File a Response to Notices of Supplemental Authority and Notice of Supplemental Authority. The Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion for Leave of Plaintiffs to File a Response to Notices of Supplemental Authority and Notice of Supplemental Authority is hereby GRANTED, and the Clerk of Court is ORDERED to file them on the docket.

SIGNED on this the _____ day of _____, 2023.

_____
Hon. Andrew S. Hanen, U.S. District Court Judge