United States District Court
Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| State of Louisiana, et al. | § § | |
| v. | § § | Civil Action 1:18−cv−00068 |
| Houston Hispanic Chamber of Commerce, et al. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Sam S. Sheldon:

Motion for Leave to File Document − #709

Date: July 17, 2023.

Nathan Ochsner, Clerk

By: Joan Davenport, Deputy Clerk