United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:18-cv-00068 |
| UNITED STATES OF AMERICA, ET AL.; | § § | |
| Defendants, | § § | |
| and | § § | |
| KARLA PEREZ, ET AL.; | § § | |
| STATE OF NEW JERSEY, | § § | |
| Defendant-Intervenors. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE OF PLAINTIFFS TO FILE RESPONSE TO NOTICES OF SUPPLEMENTAL AUTHORITY AND NOTICE OF SUPPLEMENTAL AUTHORITY**

On this date, the Court considered the Unopposed Motion for Leave of Plaintiffs to File a Response to Notices of Supplemental Authority and Notice of Supplemental Authority. The Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion for Leave of Plaintiffs to File a Response to Notices of Supplemental Authority and Notice of Supplemental Authority is hereby GRANTED, and the Clerk of Court is ORDERED to file them on the docket.

SIGNED on this the __17th__ day of __July__, 2023.

Sam Sheldon
United States Magistrate Judge