## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| Defendants, | ) ) | |
| KARLA PEREZ, *et al.*, | ) ) | |
| Defendant-Intervenors, and | ) ) ) | |
| STATE OF NEW JERSEY, | ) ) ) | |
| Defendant-Intervenor. | ) ) | |

### DEFENDANT-INTERVENOR'S UNOPPOSED MOTION
### TO ADMIT COUNSEL PRO HAC VICE

Defendant-Intervenor State of New Jersey ("New Jersey") moves to make the following changes to its designated counsel in the above-captioned case as a result of internal organizational changes within the New Jersey Office of the Attorney General, Division of Law:

New Jersey respectfully requests that the Court admit *pro hac vice* Deputy Attorney General Ashleigh B. Shelton. Listed counsel will be representing New Jersey in this matter. A *pro hac vice* form for DAG Shelton is attached as an exhibit to this motion.

This motion will not cause undue delay and will not adversely affect the interests of New Jersey. The motion is unopposed.

For these reasons, New Jersey respectfully requests that the Court grant this Motion.

Dated July 31, 2023

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:    */s/ Samuel Rubinstein*
       Samuel Rubinstein, Deputy Attorney General
       (admitted pro hac vice)
       124 Halsey Street, P.O. Box 45029
       Newark, NJ 07102
       Phone: (609) 902-9574
       Samuel.Rubinstein@law.njoag.gov

       *Attorneys for Defendant-Intervenor*
       *State of New Jersey*

**CERTIFICATE OF CONFERENCE**

I certify that on July 31, 2023, I conferred with all counsel by email, and none were opposed

to this motion.

/s/ Samuel Rubinstein
Samuel Rubinstein

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2023, I caused this document (and exhibits hereto) to be electronically

filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all counsel of record.

/s/ Samuel Rubinstein
Samuel Rubinstein