IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

### [PROPOSED] ORDER

Defendant-Intervenor State of New Jersey's Unopposed Motion to Admit Counsel Pro Hac Vice (the "Motion") having come before this Court, and the Court having considered the papers submitted in connection with the Motion, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;
2. Ashleigh B. Shelton is admitted *pro hac vice*;

IT IS SO ORDERED on this _____ day of _____, 2023.

_____
Andrew S. Hanen
United States District Judge