UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas et al |
|---|
| *versus* |
| United States of America, et al., Karla Perez, et al., and State of New Jersey |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ashleigh B. Shelton<br>New Jersey Office of the Attorney General, Division of Law<br>25 Market Street<br>Trenton, NJ 08625<br>Tel: 609-376-3377; Email: ashleigh.shelton@law.njoag.gov<br>Licensed: New Jersey (294162019); New York (5676408)<br>District of New Jersey (294162019) |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ___     ___   No ___ ✔ ___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:     7/28/2023 | Signed:           Ashleigh B. Shelton |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:           Clerk's signature |

**Order**        **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                    United States District Judge