# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, *et al.*, <br><br> and <br><br> NEW JERSEY, <br><br> Defendant-Intervenors. | Case No. 1:18-cv-00068 |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the Court's Rule 7.F, Federal Defendants respectfully request the Court grant leave to file the attached Response to Plaintiffs' Notice of Supplemental Authority [ECF No. 709-1]. The State of Texas, *et al.* ("Plaintiffs"), do not oppose this motion.

1

Dated: July 31, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

JEFFREY S. ROBINS
Attorney-in-Charge
Deputy Director

Respectfully submitted,

*/s/ James J. Walker*
JAMES J. WALKER
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 532-4468
Fax: (202) 305-7000
Email: james.walker3@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2023, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ James J. Walker*
>JAMES J. WALKER