Case 1:18-cv-00068   Document 716   Filed on 08/02/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 06, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>*and*<br><br>KARLA PEREZ, *et al.*,<br><br>and<br><br>NEW JERSEY,<br><br>    Defendant-Intervenors. | Case No. 1:18-cv-00068 |

**ORDER**

On this date, the Court considered Federal Defendants' Unopposed Motion for Leave to File Response to Plaintiffs' Notice of Supplemental Authority. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Federal Defendants' Motion for Leave to File Response to Plaintiffs' Notice of Supplemental Authority is hereby GRANTED. Federal Defendants have leave to file their Response.

**SO ORDERED** on this 2nd day of August, 2023.

Andrew S. Hanen,
U.S. District Court Judge