

Count of Active DACA Recipients
By Month of Current DACA Expiration
As of March 31, 2023

U.S. Citizenship and Immigration Services

| Month of Current DACA Expiration | Active DACA Recipients (Rounded) |
|---|---:|
| TOTAL [1] | 578,680 |
| | |
| Apr-23 | 4,820 |
| May-23 | 13,160 |
| Jun-23 | 16,990 |
| Jul-23 | 25,360 |
| Aug-23 | 50,960 |
| Sep-23 | 42,780 |
| Oct-23 | 32,430 |
| Nov-23 | 19,680 |
| Dec-23 | 20,680 |
| Jan-24 | 26,540 |
| Feb-24 | 29,310 |
| Mar-24 | 39,300 |
| Apr-24 | 22,150 |
| May-24 | 18,910 |
| Jun-24 | 16,550 |
| Jul-24 | 16,140 |
| Aug-24 | 20,730 |
| Sep-24 | 19,880 |
| Oct-24 | 23,250 |
| Nov-24 | 21,590 |
| Dec-24 | 14,440 |
| Jan-25 | 7,530 |
| Feb-25 | 44,960 |
| Mar-25 | 30,540 |

**Reference:**

[1] Totals may not sum due to rounding.

**Notes:**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Mar. 31, 2023 as of Mar. 31, 2023.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) For a complete list of USCIS forms and descriptions, visit: https://www.uscis.gov/forms

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality
ELIS, CLAIMS3, queried 04/2023, TRK 11857



**Count of Active DACA Recipients By Country of Birth As of March 31, 2023**

U.S. Citizenship and Immigration Services

| Country of Birth[1] | Count (Rounded)[2] | Country of Birth[1] | Count (Rounded)[2] |
|---|---|---|---|
| **TOTAL** | | | **578,680** |
| Mexico | 468,000 | El Salvador | 22,560 |
| Guatemala | 15,340 | Honduras | 14,120 |
| Peru | 5,380 | Korea, South | 5,320 |
| Brazil | 4,380 | Ecuador | 4,100 |
| Colombia | 3,540 | Argentina | 2,870 |
| Philippines | 2,790 | Jamaica | 1,950 |
| India | 1,850 | Venezuela | 1,800 |
| Dominican Republic | 1,630 | Uruguay | 1,450 |
| Trinidad and Tobago | 1,230 | Bolivia | 1,220 |
| Nicaragua | 1,130 | Costa Rica | 1,120 |
| Chile | 1,030 | Poland | 960 |
| Pakistan | 940 | Nigeria | 810 |
| Guyana | 710 | Belize | 590 |
| Indonesia | 570 | Canada | 550 |
| Kenya | 510 | China | 490 |
| Bangladesh | 380 | United Kingdom | 380 |
| Portugal | 360 | Ghana | 360 |
| Mongolia | 360 | Panama | 310 |
| Italy | 270 | Israel | 250 |
| Bahamas, The | 230 | Albania | 210 |
| Saint Lucia | 170 | Taiwan | 170 |
| Jordan | 170 | Paraguay | 160 |
| Germany | 160 | Zambia | 150 |
| Thailand | 140 | Turkey | 140 |
| South Africa | 140 | Saudi Arabia | 140 |
| Egypt | 130 | United Arab Emirates | 130 |
| Armenia | 130 | Hong Kong | 130 |
| Haiti | 120 | Malaysia | 120 |
| France | 110 | Senegal | 110 |
| Ukraine | 110 | Lithuania | 100 |
| Sri Lanka | 100 | Russia | 100 |
| Cameroon | 100 | Japan | 100 |
| Guinea | 90 | Zimbabwe | 90 |
| Morocco | 90 | Gambia, The | 90 |
| Greece | 90 | Grenada | 90 |
| Saint Vincent and the Grenadines | 80 | Côte D'Ivoire | 80 |
| Romania | 80 | Spain | 80 |
| Suriname | 80 | Lebanon | 80 |
| Sierra Leone | 70 | Barbados | 70 |
| Fiji | 70 | Malawi | 70 |
| Dominica | 70 | Tanzania | 60 |
| Hungary | 60 | Czech Republic | 60 |
| Macedonia | 60 | Uganda | 60 |
| Antigua and Barbuda | 50 | New Zealand | 50 |
| Bulgaria | 50 | Iran | 50 |



| Count of Active DACA Recipients By Country of Birth As of March 31, 2023 | | | U.S. Citizenship and Immigration Services |
|---|---|---|---|
| Country of Birth[1] | Count (Rounded)[2] | Country of Birth[1] | Count (Rounded)[2] |
| Cabo Verde | 40 | Nepal | 40 |
| Kuwait | 40 | Tonga | 40 |
| Vietnam | 40 | Angola | 40 |
| Australia | 40 | Montenegro | 40 |
| Mali | 40 | Cambodia | 40 |
| Netherlands | 40 | Democratic Republic of Congo | 30 |
| Singapore | 30 | Samoa | 30 |
| Ethiopia | 30 | Liberia | 30 |
| Uzbekistan | 30 | Qatar | 30 |
| Turks and Caicos Islands | 30 | Saint Kitts and Nevis | 30 |
| Slovakia | 30 | Virgin Islands, British | 30 |
| Belgium | 20 | Gabon | 20 |
| Netherlands Antilles | 20 | Serbia | 20 |
| Sweden | 20 | Yemen | 20 |
| Bahrain | 20 | Togo | 20 |
| Estonia | 20 | Yugoslavia | 20 |
| Austria | 20 | Bermuda | 20 |
| Congo | 20 | Botswana | 20 |
| Ireland | 20 | Kosovo | 20 |
| Cayman Islands | 10 | Syria | 10 |
| Algeria | 10 | Laos | 10 |
| Montserrat | 10 | Niger | 10 |
| Azerbaijan | 10 | Belarus | 10 |
| Benin | 10 | Denmark | 10 |
| Oman | 10 | Switzerland | 10 |
| USSR | 10 | Croatia | 10 |
| Libya | 10 | Madagascar | 10 |
| Burkina Faso | 10 | Georgia | 10 |
| Iraq | 10 | Kazakhstan | 10 |
| Namibia | 10 | Slovenia | 10 |
| Somalia | 10 | Afghanistan | 10 |
| French Guiana | 10 | Guadeloupe | 10 |
| Kyrgyzstan | 10 | Macau | 10 |
| Moldova | 10 | Burundi | 10 |
| Latvia | 10 | Chad | 10 |
| Lesotho | 10 | Luxembourg | 10 |
| Norway | 10 | Bosnia and Herzegovina | D |
| Brunei | D | Guinea-Bissau | D |
| Mauritania | D | Mauritius | D |
| Palestine | D | Rwanda | D |
| Aruba | D | Central African Republic | D |
| Cyprus | D | Martinique | D |
| Micronesia, Federated States of | D | Tunisia | D |

| Count of Active DACA Recipients By Country of Birth As of March 31, 2023 | |  U.S. Citizenship and Immigration Services | |
|---|---|---|---|
| **Country of Birth**[1] | **Count (Rounded)**[2] | **Country of Birth**[1] | **Count (Rounded)**[2] |
| Tuvalu | D | Western Samoa | D |
| Zaire | D | Bhutan | D |
| Equatorial Guinea | D | Marshall Islands | D |
| Palau | D | Sudan | D |
| Swaziland | D | Andorra | D |
| Anguilla | D | Burma | D |
| Cuba | D | Eritrea | D |
| Finland | D | French Polynesia | D |
| Korea, North | D | Malta | D |
| Mozambique | D | New Caledonia | D |
| Northern Ireland | D | Tajikistan | D |
| Turkmenistan | D | Not available | 210 |

**Table Key:**

D Disclosure standards not met

**References**

[1] Country of birth reflects the country of birth reported on form I-821D.

[2] Totals may not sum due to rounding.

**Notes:**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Mar. 31, 2023 as of Mar. 31, 2023.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) For a complete list of USCIS forms and descriptions, visit: https://www.uscis.gov/forms

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality ELIS, CLAIMS3, queried 04/2023, TRK 11857

| Count of Active DACA Recipients By State or Territory As of March 31, 2023 | | U.S. Citizenship and Immigration Services | |
|---|---|---|---|
| **State or Territory of Residence** | **Count (Rounded)[1]** | **State or Territory of Residence** | **Count (Rounded)[1]** |
| **TOTAL** | | | **578,680** |
| California | 164,320 | Texas | 95,430 |
| Illinois | 30,620 | New York | 23,610 |
| Florida | 22,690 | North Carolina | 22,010 |
| Arizona | 21,890 | Georgia | 19,050 |
| New Jersey | 14,290 | Washington | 14,270 |
| Colorado | 12,770 | Nevada | 11,200 |
| Oregon | 8,400 | Virginia | 8,390 |
| Indiana | 8,150 | Utah | 7,620 |
| Maryland | 7,060 | Tennessee | 7,010 |
| Wisconsin | 5,790 | Oklahoma | 5,670 |
| South Carolina | 5,250 | New Mexico | 4,890 |
| Massachusetts | 4,840 | Kansas | 4,830 |
| Michigan | 4,670 | Minnesota | 4,540 |
| Pennsylvania | 4,070 | Arkansas | 4,040 |
| Alabama | 3,700 | Ohio | 3,550 |
| Connecticut | 3,150 | Missouri | 2,720 |
| Nebraska | 2,620 | Idaho | 2,510 |
| Kentucky | 2,440 | Iowa | 2,170 |
| Louisiana | 1,530 | Delaware | 1,210 |
| Mississippi | 1,200 | Rhode Island | 790 |
| District of Columbia | 510 | Wyoming | 440 |
| Hawaii | 330 | New Hampshire | 250 |
| South Dakota | 190 | North Dakota | 130 |
| West Virginia | 120 | Montana | 80 |
| Alaska | 70 | Puerto Rico | 70 |
| Maine | 60 | Armed Forces Americas (except Canada) | 50 |
| Vermont | 40 | Virgin Islands | 20 |
| American Samoa | 10 | Guam | 10 |
| Federated States of Micronesia | 10 | Northern Mariana Islands | 10 |
| Armed Forces Pacific | D | Armed Forces Africa, Canada, Europe, Middle East | D |
| Marshall Islands | D | Palau | D |
| Not available | 1,330 | | |

**Table Key:**
D Disclosure standards not met

**Reference:**
[1] Totals may not sum due to rounding.

**Notes:**
1) The report reflects the most up-to-date estimate available at the time the database is queried.
2) Counts may differ from previous periods due to system updates and post-adjudicative outcomes.
3) This report reflects the number of individuals with DACA expiration on or after Mar. 31, 2023 as of Mar. 31, 2023.
4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.
5) For a complete list of USCIS forms and descriptions, visit: https://www.uscis.gov/forms

**Source:**
Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality
ELIS, CLAIMS3, queried 04/2023, TRK 11857



Count of Active DACA Recipients
By Core Based Statistical Area
As of March 31, 2023

U.S. Citizenship and Immigration Services

| Core Based Statistical Area[1] | Count (Rounded)[2] | Core Based Statistical Area[1] | Count (Rounded)[2] |
|---|---|---|---|
| **TOTAL** | | | **578,680** |
| Los Angeles-Long Beach-Anaheim, CA | 70,050 | New York-Newark-Jersey City, NY-NJ-PA | 34,930 |
| Dallas-Fort Worth-Arlington, TX | 30,880 | Houston-The Woodlands-Sugar Land, TX | 29,460 |
| Chicago-Naperville-Elgin, IL-IN-WI | 29,180 | Riverside-San Bernardino-Ontario, CA | 21,970 |
| Phoenix-Mesa-Scottsdale, AZ | 19,130 | Atlanta-Sandy Springs-Roswell, GA | 13,400 |
| San Francisco-Oakland-Hayward, CA | 11,270 | Washington-Arlington-Alexandria, DC-VA-MD-WV | 10,530 |
| San Diego-Carlsbad, CA | 9,380 | Las Vegas-Henderson-Paradise, NV | 8,950 |
| Miami-Fort Lauderdale-West Palm Beach, FL | 8,380 | Denver-Aurora-Lakewood, CO | 7,990 |
| San Jose-Sunnyvale-Santa Clara, CA | 7,250 | Austin-Round Rock, TX | 6,580 |
| McAllen-Edinburg-Mission, TX | 6,360 | Seattle-Tacoma-Bellevue, WA | 6,350 |
| Charlotte-Concord-Gastonia, NC-SC | 5,250 | Sacramento--Roseville--Arden-Arcade, CA | 5,240 |
| Portland-Vancouver-Hillsboro, OR-WA | 4,870 | Bakersfield, CA | 4,680 |
| San Antonio-New Braunfels, TX | 4,640 | Fresno, CA | 4,490 |
| Salt Lake City, UT | 3,980 | Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 3,780 |
| Boston-Cambridge-Newton, MA-NH | 3,660 | Minneapolis-St. Paul-Bloomington, MN-WI | 3,560 |
| Indianapolis-Carmel-Anderson, IN | 3,490 | Oxnard-Thousand Oaks-Ventura, CA | 3,450 |
| Raleigh, NC | 3,270 | Visalia-Porterville, CA | 3,160 |
| Stockton-Lodi, CA | 3,130 | Kansas City, MO-KS | 3,020 |
| Nashville-Davidson--Murfreesboro--Franklin, TN | 2,860 | Tampa-St. Petersburg-Clearwater, FL | 2,860 |
| Modesto, CA | 2,760 | Oklahoma City, OK | 2,700 |
| Santa Maria-Santa Barbara, CA | 2,590 | Salinas, CA | 2,540 |
| Orlando-Kissimmee-Sanford, FL | 2,480 | Milwaukee-Waukesha-West Allis, WI | 2,330 |
| Albuquerque, NM | 2,310 | Santa Rosa, CA | 2,150 |
| Baltimore-Columbia-Towson, MD | 2,060 | Winston-Salem, NC | 2,050 |
| Detroit-Warren-Dearborn, MI | 2,050 | Brownsville-Harlingen, TX | 1,840 |
| Salem, OR | 1,800 | Greensboro-High Point, NC | 1,770 |
| Merced, CA | 1,760 | Yakima, WA | 1,750 |
| Tulsa, OK | 1,690 | Kennewick-Richland, WA | 1,680 |
| Columbus, OH | 1,670 | Memphis, TN-MS-AR | 1,640 |
| Tucson, AZ | 1,620 | Reno, NV | 1,600 |
| Bridgeport-Stamford-Norwalk, CT | 1,540 | Durham-Chapel Hill, NC | 1,540 |
| Fayetteville-Springdale-Rogers, AR-MO | 1,510 | Provo-Orem, UT | 1,510 |
| Vallejo-Fairfield, CA | 1,390 | North Port-Sarasota-Bradenton, FL | 1,370 |
| Cape Coral-Fort Myers, FL | 1,360 | Omaha-Council Bluffs, NE-IA | 1,340 |
| El Paso, TX | 1,310 | Birmingham-Hoover, AL | 1,270 |
| Gainesville, GA | 1,250 | Grand Rapids-Wyoming, MI | 1,230 |
| Greenville-Anderson-Mauldin, SC | 1,210 | Lakeland-Winter Haven, FL | 1,200 |
| Ogden-Clearfield, UT | 1,200 | Providence-Warwick, RI-MA | 1,110 |
| Santa Cruz-Watsonville, CA | 1,110 | Wichita, KS | 1,100 |
| Boise City, ID | 1,080 | Laredo, TX | 1,070 |
| Richmond, VA | 1,040 | Elkhart-Goshen, IN | 1,040 |
| Other CBSA | 89,560 | Not available | 2,650 |
| Non CBSA | 12,410 | | |

**Table Key**

D Disclosure standards not met

**References:**

[1] Core Based Statistical Areas (CBSA) at the time of most recent adjudication. CBSAs are defined by the Office of Management and Budget.

[2] Totals may not sum due to rounding.

**Notes:**

1) The report reflects the most up-to-date estimate available at the time the database is queried.
2) Counts may differ from previous periods due to system updates and post-adjudicative outcomes.
3) This report reflects the number of individuals with DACA expiration on or after Mar. 31, 2023 as of Mar. 31, 2023.
4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.
5) For a complete list of USCIS forms and descriptions, visit: https://www.uscis.gov/forms

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality
ELIS, CLAIMS3, queried 04/2023, TRK 11857

| | |
|---|---|
| Count of Active DACA Recipients<br>By Gender<br>As of March 31, 2023 |  |
| **Gender** | **Count (Rounded)[1]** |
| **TOTAL** | **578,680** |
| Female | 310,950 |
| Male | 267,050 |
| Not available | 680 |

**Reference:**

[1] Totals may not sum due to rounding.

**Notes:**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Mar. 31, 2023 as of Mar. 31, 2023.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are

5) For a complete list of USCIS forms and descriptions, visit: https://www.uscis.gov/forms

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality
ELIS, CLAIMS3, queried 04/2023, TRK 11857

| Count of Active DACA Recipients By Marital Status As of March 31, 2023 |  U.S. Citizenship and Immigration Services |
|---|---|
| **Marital Status** | **Count (Rounded)[1]** |
| **TOTAL** | **578,680** |
| Single | 399,900 |
| Married | 163,910 |
| Divorced | 13,610 |
| Widowed | 590 |
| Not available | 680 |

**Reference:**

[1] Totals may not sum due to rounding.

**Notes:**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Mar. 31, 2023 as of Mar. 31, 2023.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) Marital status reflects the DACA recipient's marital status as of the most recent adjudication.

7) For a complete list of USCIS forms and descriptions, visit: https://www.uscis.gov/forms

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

ELIS, CLAIMS3, queried 04/2023, TRK 11857

| Count of Active DACA Recipients By Age on March 31, 2023 As of March 31, 2023 |  U.S. Citizenship and Immigration Services |
|---|---|
| **Age** | **Count (Rounded)**[1] |
| **TOTAL** | **578,680** |
| Under 16 | 10 |
| 16-20 | 4,730 |
| 21-25 | 153,090 |
| 26-30 | 204,790 |
| 31-35 | 142,150 |
| 36-40 | 68,840 |
| Not available | 5,070 |
| Average Age | 29.2 |
| Median Age | 29 |
| Interquartile Range | 25 to 33 |

**Reference:**

[1] Totals may not sum due to rounding.

**Notes:**

1) The report reflects the most up-to-date estimate available at the time the database is queried.

2) Counts may differ from previous periods due to system updates and post-adjudicative outcomes.

3) This report reflects the number of individuals with DACA expiration on or after Mar. 31, 2023 as of Mar. 31, 2023.

4) Individuals who have obtained Lawful Permanent Resident status or U.S. citizenship are excluded.

5) For a complete list of USCIS forms and descriptions, visit: https://www.uscis.gov/forms

**Source:**

Department of Homeland Security, U.S. Citizenship and Immigration Services, Office of Performance and Quality

ELIS, CLAIMS3, queried 04/2023, TRK 11857