Case 1:18-cv-00068   Document 719   Filed on 08/14/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas et al

*versus*

United States of America, et al., Karla Perez, et al., and State of New Jersey

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ashleigh B. Shelton<br>New Jersey Office of the Attorney General, Division of Law<br>25 Market Street<br>Trenton, NJ 08625<br>Tel: 609-376-3377; Email: ashleigh.shelton@law.njoag.gov<br>Licensed: New Jersey (294162019); New York (5676408)<br>District of New Jersey (294162019) |
|---|---|

| Name of party applicant seeks to appear for: | State of New Jersey |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/28/2023 | Signed: | Ashleigh B. Shelton |
|---|---|---|

The state bar reports that the applicant's status is: *active*

Dated: 8/1/23   Clerk's signature: *Sarah Castillo*

**Order**

Dated: 8/14/23

This lawyer is admitted *pro hac vice*.

_____
United States District Judge