United States District Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| Defendants, ) | |
| *and* ) | |
| KARLA PEREZ, *et al.*, ) | |
| Defendant-Intervenors, ) | |

### ORDER GRANTING MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF STATES' NOTICE OF SUPPLEMENTAL AUTHORITY

On this date, the Court considered the Unopposed Motion of Defendant-Intervenors Elizabeth Diaz, *et al.* for Leave to File a Response to Plaintiff States' Notice of Supplemental Authority. After considering the Motion, the Court believes the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion for Leave to File a Response to Plaintiff States' Notice of Supplemental Authority is hereby GRANTED. Defendant-Intervenors have leave to file a Response to Plaintiff States' Notice of Supplemental Authority.

SIGNED on this the 14th day of August, 2023.

Andrew S. Hanen
United States District Judge