# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
**F I L E D**

AUG 30 2023

Nathan Ochsner, Clerk of Court

```
20230806-7
```
Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Sunday, August 6, 2023
Case Number: 1:18-cv-00068
Document Number: 716 (1 page)
Notice Number: 20230806-7
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE $000.63
AUG 07 2023
ZIP 77002

CAROL STREAM IL 6
11 AUG 2023 PM 5 L

FILED
AUG 30 2023
Nathan Ochsner, Clerk of Court

NIXIE
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER