# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

SEP 05 2023

Nathan Ochsner, Clerk of Court

20230816-79

Ashleigh B Shelton
New Jersey Office of the Attorney General, Divsion of Law
25 Market Street
Trenton, NJ US 08625

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, August 16, 2023
Case Number: 1:18-cv-00068
Document Number: 719 (1 page)
Notice Number: 20230816-79
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE PAID PITNEY BOWES
ZIP 77002 $ 000.63
02 1W
0001374615 AUG. 16. 2023

United States Courts
Southern District of Texas
FILED
SEP 05 2023
Nathan Ochsner, Clerk of Court 7208/25/23

NIXIE           076    5P    1
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD

BC: 7720810101010       *0233-01399-15-43