# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

SEP 05 2023

Nathan Ochsner, Clerk of Court

20230816-78

Ashleigh B Shelton
New Jersey Office of the Attorney General, Divsion of Law
25 Market Street
Trenton, NJ US 08625

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, August 16, 2023
Case Number: 1:18-cv-00068
Document Number: 720 (1 page)
Notice Number: 20230816-78
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE ™ PITNEY BOWES
ZIP 77002 $ 000.63°
02 1W
0000937461 5 AUG 16, 2023

United States
Southern District of Texas
FILED

SEP 05 2023

Nathan Ochsner, Clerk of Court

NIXIE    076   FE 1    0008/24/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 7728101010    *0233-01400-16-43