# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**FILED**

SEP 05 2023

Nathan Ochsner, Clerk of Court

**20230816-77**

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Wednesday, August 16, 2023
Case Number: 1:18-cv-00068
Document Number: 720 (1 page)
Notice Number: 20230816-77
Notice: The attached order has been entered.

**CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

US POSTAGE ™ PITNEY BOWES
ZIP 77002
$ 000.63°
AUG. 16. 2023

F I L E D
SEP 05 2023
Nathan Ochsner, Clerk of Court

NIXIE
601 DE 1 0008/30/23
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD