| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al., Karla Perez, et al., and State of New Jersey |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Grace X. Zhou<br>Office of the New York Attorney General<br>28 Liberty St., Fl. 23<br>New York, New York 10005<br>Tel: (212) 416-6160; Email: grace.zhou@ag.ny.gov<br>Licensed: New York (5623681)<br>U.S. Court of Appeals for the Second Circuit (no bar number assigned) |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici States |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 9/6/2023 | Signed: | /s/ Grace X. Zhou |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____    _____
                                   United States District Judge