| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al., Karla Perez, et al., and State of New Jersey

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ester Murdukhayeva<br>Office of the New York Attorney General<br>28 Liberty St., Fl. 23<br>New York, New York 10005<br>Tel: (212) 416-6279; Email: ester.murdukhayeva@ag.ny.gov<br>Licensed: New York (5115399)<br>U.S. Court of Appeals for the Second Circuit (no bar number assigned) |
|---|---|

| Name of party applicant seeks to appear for: | Proposed Amici States |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/6/2023 | Signed: /s/ Ester Murdukhayeva |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
United States District Judge