# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, *et al.*, <br><br> STATE OF NEW JERSEY, <br><br> Defendant-Intervenors. | Case No. 18-cv-00068 |

**NOTICE OF COMPLIANCE WITH
THE COURT'S ORDER [ECF No. 729]**

Pursuant to this Court's Order of Permanent Injunction [ECF No. 729], the Federal Defendants attach the public notices posted on the websites of the Department of Homeland Security [Ex. 1] and U.S. Citizenship and Immigration Services [Ex. 2]. The notices update the public on the Court's order finding the DACA regulations unlawful, but continuing to permit USCIS to renew existing DACA and EADs. *See* Ex. 1 ("In accordance with this decision, USCIS will continue to accept and process DACA renewal requests and accompanying applications for employment authorization under the DACA regulations at 8 CFR 236.22 and 236.23, as it has since October 31, 2022."); *see also* ECF No. 600, Defendants' Notice of Final DACA Rule Issuance (Aug. 24, 2022) (noting that "DACA renewals . . . permitted under the stayed portion of the Court's order . . . will continue to be determined under the regulations," which "use the same guidance regarding deferred action criteria as in the 2012 memorandum"). The notices are also available at:

> https://www.dhs.gov/deferred-action-childhood-arrivals-daca
>
> https://www.uscis.gov/humanitarian/consideration-of-deferred-action-for-childhood-arrivals-daca.

Dated: September 30, 2023

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

JEFFREY S. ROBINS
Attorney-in-Charge
Deputy Director

Respectfully submitted,

*/s/ James J. Walker*
JAMES J. WALKER
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 532-4468
Fax: (202) 305-7000
Email: james.walker3@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2023, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James J. Walker*
JAMES J. WALKER