
U.S. Department of Homeland Security

# Deferred Action for Childhood Arrivals (DACA)

## Important Information About DACA Requests

**DACA Decision in State of Texas, et al., v. United States of America, et al., 1:18-CV-00068, (S.D. Texas September 13, 2023).**

On September 13, 2023, the U.S. District Court for the Southern District of Texas issued a decision finding the DACA Final Rule unlawful and expanding its original July 16, 2021 injunction and order of vacatur to cover the Final Rule. The district court, however, maintained a partial stay of the order for "all DACA recipients who received their initial DACA status prior to July 16, 2021."

Accordingly, current grants of DACA and related Employment Authorization Documents (EADs) remain valid until they expire, unless individually terminated. In accordance with this decision, USCIS will continue to accept and process DACA renewal requests and accompanying applications for employment authorization under the DACA regulations at 8 CFR § 236.22 and § 236.23, as it has since October 31, 2022. USCIS will also continue to accept initial DACA requests, but in accordance with the district court's order, USCIS will not process initial DACA requests.

For more information, visit USCIS's main DACA webpage (https://www.uscis.gov/humanitarian/humanitarian-parole/consideration-of-deferred-action-for-childhood-arrivals-daca) .

↗ Close all        ↗ Open all

## Additional Information

- July 19, 2021: Update: Deferred Action for Childhood Arrivals (/news/2021/07/19/update-deferred-action-childhood-arrivals)

## Archived Information

- Update: Deferred Action for Childhood Arrivals (/news/2020/12/07/update-deferred-action-childhood-arrivals) (December 7, 2020 - Archived)
- Reconsideration of the June 15, 2012 Memo Entitled "Exercising Prosecutorial Discretion with Respect to Individuals Who Came to the United States as Children" (/publication/reconsideration-june-15-2012-memo-entitled-exercising-prosecutorial-discretion-respect) (July 28, 2020 - Archived)
- Memorandum from Secretary Kirstjen M. Nielsen on the Rescission Of Deferred Action for Childhood Arrivals (DACA) (/publication/memorandum-secretary-kirstjen-m-nielsen-rescission-deferred-action-childhood-arrivals) (June 22, 2020 - Archived)
- Fact Sheet: Rescission Of Deferred Action For Childhood Arrivals (DACA) (/news/2017/09/05/fact-sheet-rescission-deferred-action-childhood-arrivals-daca) (September 5, 2017 - Archived)
- Frequently Asked Questions: Rescission Of Deferred Action For Childhood Arrivals (DACA) (/news/2017/09/05/frequently-asked-questions-rescission-deferred-action-childhood-arrivals-daca) (September 5, 2017 - Archived)
    - Preguntas frecuentes: Anulación de la acción diferida para los llegados en la infancia (DACA) (/news/2017/09/05/preguntas-frecuentes-anulaci-n-de-la-acci-n-diferida-para-los-llegados-en-la) (September 5, 2017 - Archived)
- Press Release: Rescission Of Deferred Action For Childhood Arrivals (DACA) (/news/2017/09/05/rescission-deferred-action-childhood-arrivals-daca) (September 5, 2017 - Archived)
    - Anulación de la acción diferida para los llegados en la infancia (DACA) (/news/2017/09/05/anulaci-n-de-la-acci-n-diferida-para-los-llegados-en-la-infancia-daca) (September 5, 2017 - Archived)
- Statement from Acting Secretary Duke on the Rescission Of Deferred Action For Childhood Arrivals (DACA) (/news/2017/09/05/statement-acting-secretary-duke-rescission-deferred-action-childhood-arrivals-daca) (September 5, 2017 - Archived)
- Memorandum on the Rescission Of Deferred Action For Childhood Arrivals (/news/2017/09/05/memorandum-rescission-daca) (DACA) (September 5, 2017 - Archived)
- Letter from Attorney General Sessions to Acting Secretary Duke on the Rescission of DACA (/publication/letter-attorney-general-sessions-acting-secretary-duke-rescission-daca) (September 4, 2017 - Archived)

## Keywords

DEFERRED ACTION FOR CHILDHOOD ARRIVALS (DACA) (/KEYWORDS/DEFERRED-ACTION-CHILDHOOD-ARRIVALS-DACA)

Last Updated: 09/22/2023