MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112
*Attorneys for Defendant-Intervenor State of New Jersey*

By:    Mayur P. Saxena
       Assistant Attorney General
       Mayur.Saxena@law.njoag.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, *et al.*, )<br><br>Defendants, )<br><br>KARLA PEREZ, *et al.*, )<br><br>Defendant-Intervenors, )<br>and )<br><br>STATE OF NEW JERSEY, )<br><br>Defendant-Intervenor. ) | Case No. 1:18-CV-68<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Defendant-Intervenor State of New Jersey appeals to the United States Court of Appeals for the Fifth Circuit from the Orders of the United States District Court for the Southern District of Texas entered on September 13, 2023, which (1) granted Plaintiff States' Motion for Summary Judgment and denied Defendant-Intervenors' Motion for Summary Judgment (ECF No. 728), and (2) granted Plaintiff States' request for permanent injunction and vacatur (ECF No. 729).

1

2

Dated: November 10, 2023   MATTHEW J. PLATKIN
            ATTORNEY GENERAL OF NEW JERSEY


            */s/ Mayur P. Saxena*
            Mayur P. Saxena
            Assistant Attorney General
            (admitted pro hac vice)

            *Attorneys for Defendant-Intervenor State of New Jersey*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, I filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Southern District of Texas via the CM/ECF system.

I certify that all parties in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Mayur P. Saxena*
Mayur P. Saxena