IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § Case No. 1:18-CV-00068 |
| UNITED STATES OF AMERICA, *et al.*, | § |
| Defendants, | § |
| *and* | § |
| KARLA PEREZ, et al., | § |
| and | § |
| STATE OF NEW JERSEY. | § |
| Defendant-Intervenors. | § |

### AMICUS STATE OF NEW YORK'S UNOPPOSED MOTION TO WITHDRAW ANDREW AMEND AS COUNSEL IN THE CASE

Amicus State of New York respectfully moves to withdraw Andrew Amend as counsel in this case. Mr. Amend has ended his employment with the Office of the New York Attorney General. Amicus State of New York and proposed amici States will continue to be represented by New York Deputy Solicitor General, Ester Murdukhayeva. This withdrawal will not delay any proceedings and this motion is unopposed.

Accordingly, Amicus State of New York respectfully requests leave to withdraw Andrew Amend as counsel in this case.

1

Dated: November 13, 2023              Respectfully submitted,

        LETITIA JAMES
          *Attorney General of New York*
        BARBARA D. UNDERWOOD
          *Solicitor General*

        By: */s/ Ester Murdukhayeva*
        Ester Murdukhayeva
        (New York Bar No. 5115399)
        (Pro Hac Vice)
        Deputy Solicitor General
        28 Liberty Street
        New York, New York 11215
        Phone:  (212) 416-6279
        Email:Ester.Murdukhayeva@ag.ny.gov

        *Attorney for Amicus State of New*
        *York and proposed amici States*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 8, 2023, I conferred with all counsel by email, and none were opposed to this motion.

*/s/ Ester Murdukhayeva*
Ester Murdukhayeva

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 13th day of November, 2023.

*/s/ Ester Murdukhayeva*
Ester Murdukhayeva