IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, *et al.*, § <br> § <br> Defendants, § <br> § <br> *and* § <br> § <br> KARLA PEREZ, et al., § <br> § <br> and § <br> § <br> STATE OF NEW JERSEY. § <br> § <br> Defendant-Intervenors. § | Case No. 1:18-CV-00068 |

### [PROPOSED] ORDER GRANTING AMICUS STATE OF NEW YORK'S UNOPPOSED MOTION TO WITHDRAW ANDREW AMEND AS COUNSEL IN THE CASE

On this day, the Court considered Amici State of New York's Unopposed Motion to Withdraw Andrew Amend as Counsel in the Case. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this ____ day of _____, 2023.

_____

Honorable Andrew S. Hanen
U.S. District Court Judge