# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20231103-8
```
Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

*United States Courts*
*Southern District of ...*
**DEC 07 2023**
*Nathan Ochsner, Clerk of Court*

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, November 3, 2023
Case Number: 1:18-cv-00068
Document Number: 731 (1 page)
Notice Number: 20231103-8
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
**FILED**
DEC 07 2023
Nathan Ochsner, Clerk of Court

US POSTAGE ~ PITNEY BOWES
ZIP 77002
02 1W
0001374615 NOV. 03. 2023
$ 000.63

NIXIE        691  DE 1        0011/30/23

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD