United States District Court
Southern District of Texas
**ENTERED**
December 18, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, et al., <br><br> and <br><br> STATE OF NEW JERSEY. <br><br> Defendant-Intervenors. | Case No. 1:18-CV-00068 |

## ORDER GRANTING AMICUS STATE OF NEW YORK'S UNOPPOSED MOTION TO WITHDRAW ANDREW AMEND AS COUNSEL IN THE CASE

On this day, the Court considered Amici State of New York's Unopposed Motion to Withdraw Andrew Amend as Counsel in the Case. Upon review of the request, the motion is GRANTED.

SO ORDERED and SIGNED this 15th day of December, 2023

Andrew S. Hanen
U.S. District Judge