# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**20231218-3**

Stephen P Wallace
1116 Sheffer Road
Apt F
Aurora, IL US 60505

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Monday, December 18, 2023
Case Number: 1:18-cv-00068
Document Number: 742 (1 page)
Notice Number: 20231218-3
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

FEB 20 2024

Nathan Ochsner, Clerk of Court

United States Courts
Southern District of Texas
FILED

JAN 20 2024

Nathan Ochsner, Clerk of Court

NIXIE  601  DC 1  0002/13/24

RETURN TO SENDER
UNABLE TO FORWARD

US POSTAGE PITNEY BOWES
ZIP 77002
0001374615 DEC 18 2023
$ 000.63