IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) |
| Defendants, | ) ) |
| KARLA PEREZ, *et al.*, | ) ) |
| Defendant-Intervenors, and | ) ) ) |
| STATE OF NEW JERSEY, | ) ) |
| Defendant-Intervenor. | ) ) |

### DEFENDANT-INTERVENOR'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendant-Intervenor State of New Jersey ("New Jersey") moves to make the following changes to its designated counsel in the above-captioned case as a result of internal organizational changes within the New Jersey Office of the Attorney General, Division of Law.

New Jersey respectfully requests that the Court withdraw Shireen A. Farahani, Samuel L. Rubinstein, and Ashleigh B. Shelton as counsel of record because they will no longer be representing New Jersey in this matter. New Jersey also requests that the Clerk remove Ms. Farahani, Mr. Rubinstein, and Ms. Shelton from all electronic or paper correspondence in this matter.

This motion will not cause undue delay and will not adversely affect the interests of

New Jersey.

    For these reasons, New Jersey respectfully requests that the Court grant this Motion.

Dated July 16, 2024

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:    <u>/s/ Samuel Rubinstein</u>
Samuel Rubinstein, Deputy Attorney General
(admitted *pro hac vice*)
124 Halsey Street, P.O. Box 45029
Newark, NJ 07102
Phone: (973) 648-2935
Samuel.rubinstein@law.njoag.gov

*Attorneys for Defendant-Intervenor*
*State of New Jersey*

## CERTIFICATE OF CONFERENCE

I certify that on July 12, 2024, counsel for the parties conferred regarding the relief requested in this motion and counsel for Plaintiffs, Federal Defendants, and the Perez Defendant-Intervenors each advised that they do not oppose this motion.

/s/ Samuel Rubinstein
Samuel Rubinstein

## CERTIFICATE OF SERVICE

I certify that on July 16, 2024, I caused this document (and exhibits hereto) to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Samuel Rubinstein
Samuel Rubinstein

Case 1:18-cv-00068   Document 746   Filed on 07/16/24 in TXSD   Page 4 of 4