IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) ) |
| Defendants, | ) ) |
| KARLA PEREZ, *et al.*, | ) ) |
| Defendant-Intervenors, and | ) ) ) |
| STATE OF NEW JERSEY, | ) ) |
| Defendant-Intervenor. | ) ) |

## **ORDER**

Defendant-Intervenor State of New Jersey's Unopposed Motion to Withdraw Counsel having come before this Court, and the Court having considered the papers submitted in connection with the Motion, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. Shireen A. Farahani, Samuel L. Rubinstein, Ashleigh B. Shelton are withdrawn as counsel of record for the State of New Jersey in this case; and

3. The Clerk is instructed to remove Shireen A. Farahani, Samuel L. Rubinstein, and Ashleigh B. Shelton from all further electronic notifications regarding this case.

IT IS SO ORDERED on this _____ day of _____, 2024.

                                                                                                 _____

                                                                                                 Andrew S. Hanen
                                                                         United States District Judge