Case 1:18-cv-00068   Document 747   Filed on 09/30/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-CV-68 |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants, | ) |
| KARLA PEREZ, *et al.*, | ) |
| Defendant-Intervenors, | ) |
| and | ) |
| STATE OF NEW JERSEY, | ) |
| Defendant-Intervenor. | ) |

## ORDER

Defendant-Intervenor State of New Jersey's Unopposed Motion to Withdraw Counsel having come before this Court, and the Court having considered the papers submitted in connection with the Motion, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;
2. Shireen A. Farahani, Samuel L. Rubinstein, Ashleigh B. Shelton are withdrawn as counsel of record for the State of New Jersey in this case; and
3. The Clerk is instructed to remove Shireen A. Farahani, Samuel L. Rubinstein, and Ashleigh B. Shelton from all further electronic notifications regarding this case.

SIGNED this 30th day of September, 2024

Andrew S. Hanen
United States District Judge