IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; *Plaintiffs,* § § § | |
| *v.* § § | |
| UNITED STATES OF AMERICA, ET AL.; *Defendants,* § § § | Case No. 1:18-cv-00068 |
| *and* § § | |
| KARLA PEREZ, ET AL.; STATE OF NEW JERSEY, *Defendants-Intervenors.* § § § | |

### PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

Plaintiffs file this Unopposed Motion to Withdraw Counsel and Designation of Attorney in Charge. In support thereof, Plaintiff respectfully shows the Court the following:

RYAN D. WALTERS has been designated as Attorney in Charge for Plaintiff in this matter. Mr. Walters has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation.

ETHAN Q. SZUMANSKI is currently designated as an attorney of record for Plaintiffs. Mr. Szumanski is no longer with the Office of the Attorney General; therefore, it is necessary to withdraw him from this case.

DAVID BRYANT, Senior Special Counsel with the Special Litigation Division, has been assigned as Attorney in Charge to represent Plaintiffs in this cause. Mr. Bryant is admitted to practice in the United States District Court for the Southern District of Texas and is a member in good standing of the State Bar of Texas.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court permit Ethan Szumanski and Ryan Walters to withdraw as Counsel of Record and to designate David Bryant as Attorney in Charge for Plaintiffs in the above-styled and numbered cause of action, and that he be served with all future correspondence and pleadings.

Date: February 14, 2025

STEVE MARSHALL
Attorney General of Alabama

TIM GRIFFIN
Attorney General of Arkansas

KRIS W. KOBACH
Attorney General of Kansas

ELIZABETH B. MURRILL
Attorney General of Louisiana

LYNN FITCH
Attorney General of Mississippi

MICHAEL T. HILGERS
Attorney General of Nebraska

ALAN WILSON
Attorney General of South Carolina

JOHN "JB" MCCUSKEY
Attorney General of West Virginia

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

/s/ *David Bryant*
DAVID BRYANT
Senior Special Counsel
Texas Bar No. 03281500
Southern Dist. No. 808332

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
David.bryant@oag.texas.gov

COUNSEL FOR PLAINTIFF STATES

## CERTIFICATE OF CONFERENCE

I certify that on February 14, 2025, I conferred with counsel for the other parties in this case via email.

Nina Perales, counsel for Defendant-Intervenors Karla Perez, et al., represented that Defendant-Intervenors do not oppose this request.

Jeremy Feigenbaum, counsel for Defendant-Intervenor State of New Jersey, represented that New Jersey does not object to this motion.

James Walker, counsel for Defendants United States of America, et al., represented that Federal Defendants do not object to this motion.

/s/ *David Bryant*
DAVID BRYANT

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on February 14, 2025.

/s/ *David Bryant*
DAVID BRYANT