United States District Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, ET AL.; *Plaintiffs,* | § § § | |
| v. | § § | |
| UNITED STATES OF AMERICA, ET AL.; *Defendants,* | § § § | Case No. 1:18-cv-00068 |
| and | § § | |
| KARLA PEREZ, ET AL.; STATE OF NEW JERSEY, *Defendants-Intervenors.* | § § § | |

## ORDER GRANTING MOTION FOR WITHDRAWAL AND DESIGNATION OF COUNSEL

On this date, the Court considered Plaintiffs' Unopposed Motion to Withdraw Ryan D. Walters and Ethan Q. Szumanski as Counsel and Designate David Bryant as Lead Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Ryan D. Walters and Ethan Q. Szumanski are hereby withdrawn as counsel of record and David Bryant is listed as lead counsel for the Plaintiffs.

SO ORDERED and SIGNED this 20th day of February, 2025.

ANDREW S. HANEN
United States District Judge