# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.; §<br>*Plaintiffs,* §<br>§<br>v. §<br>§<br>UNITED STATES OF AMERICA, ET AL.; §<br>*Defendants,* §<br>§<br>and §<br>§<br>KARLA PEREZ, ET AL.; §<br>STATE OF NEW JERSEY, §<br>*Defendants-Intervenors.* § | Case No. 1:18-cv-00068 |

## PLAINTIFF STATE OF TEXAS'S NOTICE OF APPEARANCE OF COUNSEL

Plaintiff State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that Mark A. Csoros will appear as its counsel in the above-captioned case along with counsel listed below. Mr. Csoros is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. His contact information is contained in the signature block below.

| | |
|---|---|
| Date: March 5, 2025 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | DAVID BRYANT<br>Senior Special Counsel<br>Texas Bar No. 03281500<br>Southern Dist. No. 808332 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | */s/ Mark A. Csoros* |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | MARK A. CSOROS<br>Assistant Attorney General<br>Texas Bar No. 24142814 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | Southern Dist. No. 3896171 |
| | Special Litigation Division<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Phone: (512) 936-1700<br>Fax: (512) 457-4410<br>david.bryant@oag.texas.gov<br>mark.csoros@oag.texas.gov |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | |
| | COUNSEL FOR PLAINTIFF STATE OF TEXAS |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on March 5, 2025.

*/s/ Mark A. Csoros*
MARK A. CSOROS