United States District Court
Southern District of Texas

**ENTERED**
March 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18cv68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lindsay M. Vick<br>U.S. Dept. of Justice, Civil Div., Office of Imm. Lit.<br>P.O. Box 878 Ben Franklin Station<br>Washington, D.C.  20044<br>202-532-4023, Lindsay.vick@usdoj.gov<br>MA Bar No. 685569 |
|---|---|

| Name of party applicant seeks to appear for: | All Federal Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/7/2025 | Signed: | s/ Lindsay M. Vick |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 3/12/2025   Clerk's signature

**Order**

Dated: 3/13/25

This lawyer is admitted *pro hac vice*.

United States District Judge