# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.;  §<br>*Plaintiffs*,  §<br>  §<br>v.  §<br>  §<br>UNITED STATES OF AMERICA, ET AL.;  §<br>*Defendants*,  §<br>  §<br>and  §<br>  §<br>KARLA PEREZ, ET AL.;  §<br>STATE OF NEW JERSEY,  §<br>    *Defendants-Intervenors.*  § | Case No. 1:18-cv-00068 |

### PLAINTIFF STATE OF TEXAS'S NOTICE OF APPEARANCE OF COUNSEL

Plaintiff State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that Munera Al-Fuhaid will appear as its counsel in the above-captioned case along with counsel listed below. Ms. Al-Fuhaid is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. Her contact information is contained in the signature block below.

| | |
|---|---|
| Date: March 18, 2025 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | DAVID BRYANT<br>Senior Special Counsel<br>Texas Bar No. 03281500<br>Southern Dist. No. 808332 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| | */s/ Munera Al-Fuhaid*<br>MUNERA AL-FUHAID |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | Special Counsel<br>Texas Bar No. 24094501<br>Southern Dist. No. 3379673 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | |
| | MARK A. CSOROS<br>Assistant Attorney General |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | Texas Bar No. 24142814<br>Southern Dist. No. 3896171 |
| | Special Litigation Division<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Phone: (512) 936-1700<br>Fax: (512) 457-4410<br>david.bryant@oag.texas.gov<br>munera.al-fuhaid@oag.texas.gov<br>mark.csoros@oag.texas.gov |
| | COUNSEL FOR PLAINTIFF STATE OF TEXAS |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on March 18, 2025.

*/s/ Munera Al-Fuhaid*
MUNERA AL-FUHAID