# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br> *Plaintiffs*,<br><br> v.<br><br> UNITED STATES OF AMERICA, *et al.*,<br><br> *Defendants*,<br><br> and<br><br> KARLA PEREZ, *et al.*,<br><br> STATE OF NEW JERSEY,<br><br> *Defendant-Intervenors*. | Case No. 1:18-cv-00068 |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Federal Defendants respectfully move to withdraw Jeffrey S. Robins and James J. Walker as counsel for Federal Defendants in this case. Mr. Robins is no longer employed with the U.S. Department of Justice. The withdrawal of Mr. Robins and Mr. Walker will not cause undue delay and will not adversely affect the interests of Federal Defendants, who will continue to be represented by undersigned counsel, Lindsay Vick, who will assume the designation of attorney-in-charge for Federal Defendants.

Counsel for Federal Defendants conferred with counsel for Plaintiffs and Defendant-Intervenors who do not oppose this motion.

For the reasons stated above, Federal Defendants respectfully request that the Court grant this motion to withdraw Jeffrey S. Robins and James J. Walker as counsel for Federal

Defendants.

Dated: April 1, 2025                                Respectfully submitted,

DREW C. ENSIGN                                   */s/ James J. Walker*
Deputy Assistant Attorney General                JAMES J. WALKER
Civil Division                                   Senior Litigation Counsel
                                                 U.S. Department of Justice
AUGUST FLENTJE                                   Civil Division
Acting Director                                  Office of Immigration Litigation
Office of Immigration Litigation                 P.O. Box 868, Ben Franklin Station
                                                 Washington, D.C. 20044
LINDSAY M. VICK                                  Phone: (202) 532-4468
Attorney-in-Charge                               Fax: (202) 305-7000
Senior Litigation Counsel                        Email: james.walker3@usdoj.gov
U.S. Department of Justice
Civil Division                                   *Attorneys for Federal Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on April 1, 2025, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James J. Walker*
JAMES J. WALKER