**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, *et al.*, <br><br> STATE OF NEW JERSEY, <br><br> Defendant-Intervenors. | Case No. 1:18-cv-00068 |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Federal Defendants respectfully move to withdraw Aaron S. Goldsmith as counsel for Federal Defendants in this case. Mr. Goldsmith recently started a new position with the Department of Justice and his withdrawal will not cause undue delay and will not adversely affect the interests of Federal Defendants, who will continue to be represented by counsel, Lindsay M. Vick, who is the attorney-in-charge for Federal Defendants.

Counsel for Federal Defendants conferred with counsel for Plaintiffs and Defendant-Intervenors who do not oppose this motion.

For the reasons stated above, Federal Defendants respectfully request that the Court grant this motion to withdraw Aaron S. Goldsmith as counsel for Federal Defendants.

1

Dated: April 11, 2025                    Respectfully submitted,

                                                      YAAKOV M. ROTH
                                                     Acting Assistant Attorney General

                                                     LINDSAY M. VICK
                                                     Attorney-In-Charge
                                                   Senior Litigation Counsel

                                                   /s/ *Aaron S. Goldsmith*
                                                   AARON S. GOLDSMITH
                                                   Senior Litigation Counsel
                                                   U.S. Department of Justice
                                                   Civil Division
                                                   General Litigation and Appeals Section
                                                   P.O. Box 868, Ben Franklin Station
                                                   Washington, DC 20044
                                                   Telephone: (202) 532-4107
                                                   Email: aaron.goldsmith@usdoj.gov

                                                   Attorneys for Federal Defendants

## CERTIFICATE OF SERVICE

     I certify that on this date, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                   /s/ *Aaron S. Goldsmith*
                                                   AARON S. GOLDSMITH