Case 1:18-cv-00068   Document 759   Filed on 07/18/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, *et al*, § <br> Plaintiffs, § <br> § <br> VS § <br> § <br> UNITED STATES OF AMERICA, *et al* § <br> Defendants. § | CIVIL ACTION NO.1:18CV00068 |

## ORDER

Pending before the Court is the Federal Defendants' Unopposed Motion to Withdraw Counsel, (Doc. No. 757) as to Aaron S. Goldsmith, counsel for Federal Defendants in this matter. After reviewing the motion, the Court is of the opinion that the motion is well taken and should be granted. It is therefore

ORDERED that Aaron S. Goldsmith is withdrawn as counsel of record for Federal Defendants.

SIGNED this 18th day of July 2025.

_____
Andrew S. Hanen
UNITED STATES DISTRICT JUDGE