# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-68 |

## ENTRY OF APPEARANCE

James Rodriguez, of the Office of the Kansas Attorney General, hereby enters an appearance on behalf of the Plaintiff State of Kansas in this matter. Mr. Rodriguez is in good standing with the State Bar of Kansas and is authorized to practice in the Southern District of Texas.

Respectfully submitted,

*/s/ James Rodriguez*
James Rodriguez (KS Bar #29172)
Office of Kansas Attorney General Kris W. Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Tel.: (785) 368-8197
Jay.Rodriguez@ag.ks.gov
*Counsel for Plaintiff State of Kansas*

2

**CERTIFICATE OF SERVICE**

      I certify that on July 30, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of this filing to the e-mail addresses on the electronic mail notice list.

                              */s/ James Rodriguez*
                              James Rodriguez
                              *Counsel for Plaintiff State of Kansas*