UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael Ray Williams<br>West Virginia Attorney General's Office<br>State Capitol Complex, Bldg. 1, Rm E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305<br>Phone: 304-558-2021<br>michael.r.williams@wvago.gov<br>See attached list for bar admissions |
|---|---|

| Name of party applicant seeks to appear for: | State of West Virginia |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/5/2025 | Signed: | /s/ Michael R. Williams |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:   Clerk's signature |

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge

LIST OF ADMISSIONS
MICHAEL RAY WILLIAMS

| Court / State | Bar No. | Date Admitted |
| --- | --- | --- |
| WV | 14148 | 03/16/2022 |
| DC | 994953 | 06/07/2010 |
| MI | P79827 | 09/01/2015 |
| VA | 79214 | 11/04/2009 |
|  |  |  |
| US Court of Appeals for the Third Circuit |  | 05/23/2012 |
| US Court of Appeals for the Fourth Circuit |  | 05/20/2011 |
| US Court of Appeals for the Fifth Circuit |  | 01/13/2023 |
| US Court of Appeals for the Sixth Circuit |  | 11/03/2016 |
| US Court of Appeals for the Eighth Circuit |  | 05/14/2012 |
| US Court of Appeals for the Ninth Circuit |  | 11/18/2020 |
| US Court of Appeals for the Tenth Circuit |  | 04/17/2012 |
| US Court of Appeals for the Eleventh Circuit |  | 02/03/2022 |
| US Court of Appeals for the DC Circuit |  | 11/17/2021 |
|  |  |  |
| USDC DC |  | 04/02/2012 |
| USDC MD | 29566 | 05/19/2011 |
| USDC MIED | 79827 | 09/14/2015 |
| USDC MIWD | 79827 | 11/20/2017 |
| USDC ND |  | 08/09/2022 |
| USDC WVSD | 14148 | 08/18/2022 |
| USDC WVND | 14148 | 11/21/2022 |
|  |  |  |
| United States Supreme Court |  | 11/27/2017 |