| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Robert M. Overing<br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36130<br><br>AL/8736M14Q<br>N/A |
|---|---|

| Name of party applicant seeks to appear for: | State of Alabama |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __      No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 8/5/2025 | Signed: | /s/ Robert M. Overing |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                    Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____
                                                                    United States District Judge