| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al. Defendants, and Perez, et al. Defendant- Intervenors.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | J.E. Smith / James Emory Smith<br>S,C. Attorney General's Office<br>1000 Assembly Street (PO Box 11549)<br>Columbia, SC 29201 (for Box use 29211)<br>803-734-3642; esmith@scag.gov<br>SC Bar 5262<br>DSC No. 3908 |
|---|---|

| Name of party applicant seeks to appear for: | State of South Carolina |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/6/2025 | Signed: s/James Emory Smith, Jr. |
|---|---|

The state bar reports that the applicant's status is:

Dated:           Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                    United States District Judge