# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| VS. § | |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | CIVIL ACTION NO. 1:18-cv-00068 |
| § | |
| *Defendants*, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*; § | |
| § | |
| STATE OF NEW JERSEY, § | |
| § | |
| *Defendant-Intervenors.* | |

## THE UNITED STATES EMERGENCY UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

Local Counsel for the United States moves for a thirty-day extension of all deadlines set in the Court's July 22, 2025, order (docket 760). Because the first deadline is two weeks and a day from now the United States asks for expedited (emergency) consideration.

Lead counsel for the United States, Ms. Vick, left government service on August 5, 2025. My colleagues at Main Justice are in the process of assigning new counsel. As of August 14, 2025, no one has been identified. Once that lawyer is identified it will take considerable time to draft the government's response to the Court order and consult both with DHS and DOJ leadership. The Court's questions may require the government to make certain policy decisions on implementation and other issues which take time for leadership review.

Counsel for Defendant-Intervenors, Ms. Perales, does not oppose this extension. Counsel for the Plaintiff States and New Jersey do not oppose.

A proposed order is attached setting out the requested new deadlines: Responses to the July 22, 2025, court order (docket 760) is due no later than September 29, 2025. Responses to those filings are due no later than October 20, 2025, and replies, may be filed no later than October 27, 2025.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By:   /s/ Daniel D. Hu
DANIEL D. HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
713-567-9000 (PHONE)
713-718-3300 (FAX)
E-mail: Daniel.Hu@usdoj.gov
Attorney for the United States

## CERTIFICATE OF CONFERENCE

I have conferred on August 13 or 14, 2025, by phone or e-mail with counsel, and counsel for defendant-intervenors does not oppose the relief sought nor does counsel for the Plaintiff States or New Jersey.

/s/Daniel D. Hu
DANIEL D. HU
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States Emergency Unopposed Motion to Extend Briefing Deadlines was filed via ECF on August 14, 2025.

/s/Daniel D. Hu

DANIEL D. HU
Assistant United States Attorney