IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| VS. § | |
| § | |
| UNITED STATES OF AMERICA, *et al.*, § | CIVIL ACTION NO. 1:18-cv-00068 |
| § | |
| *Defendants*, § | |
| § | |
| and § | |
| § | |
| KARLA PEREZ, *et al.*; § | |
| § | |
| STATE OF NEW JERSEY, § | |
| § | |
| *Defendant-Intervenors*. | |

**ORDER**

The motion to extend deadlines filed by the United States is granted. Responses to the July 22, 2025, court order (docket 760) are due no later than September 29, 2025. Responses to those filings are due no later than October 20, 2025, and replies may be filed no later than October 27, 2025.

Signed on _____.

_____
Andrew S. Hanen
United States District Judge