United States District Court
Southern District of Texas
**ENTERED**
August 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § *Plaintiffs*, § § VS. § § UNITED STATES OF AMERICA, *et al.*, § § *Defendants*, § § and § § KARLA PEREZ, *et al.*; § § STATE OF NEW JERSEY, § § *Defendant-Intervenors*. § | CIVIL ACTION NO. 1:18-cv-00068 |

## ORDER

The motion to extend deadlines filed by the United States is granted. Responses to the July 22, 2025, court order (docket 760) are due no later than September 29, 2025. Responses to those filings are due no later than October 20, 2025, and replies may be filed no later than October 27, 2025.

Signed on August 15, 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE