UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>*and*<br><br>KARLA PEREZ, *et al.*,<br><br>STATE OF NEW JERSEY,<br><br>    Defendant-Intervenors. | Case No. 1:18-cv-00068 |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Federal Defendants respectfully move to withdraw Lindsay M. Vick as counsel for Federal Defendants in this case. Ms. Vick is separating from the federal government by August 6, 2025. Her withdrawal will not cause undue delay and will not adversely affect the interests of Federal Defendants, who will continue to be represented by counsel, Daniel David Hu, who is the attorney-in-charge for Federal Defendants.

Counsel for Federal Defendants conferred with counsel for Plaintiffs and Defendant-Intervenors who do not oppose this motion.

For the reasons stated above, Federal Defendants respectfully request that the Court grant this motion to withdraw Lindsay M. Vick as counsel for Federal Defendants.

1

Dated: August 18, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DANIEL DAVID HU
Attorney-In-Charge
Assistant U.S. Attorney

/s/ *Lindsay M. Vick*
LINDSAY M. VICK
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4023
Email: Lindsay.Vick@usdoj.gov

Attorneys for Federal Defendants

## CERTIFICATE OF SERVICE

I certify that on this date, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Lindsay M. Vick*
LINDSAY M. VICK