UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, *et al.*, <br><br> STATE OF NEW JERSEY, <br><br> Defendant-Intervenors. | Case No. 1:18-cv-00068 <br><br> **[PROPOSED] ORDER** <br><br> Honorable Andrew S. Hanen |

## **[PROPOSED] ORDER**

Upon consideration of Federal Defendants' Unopposed Motion to Withdraw Counsel, it is hereby ordered that the Motion is GRANTED.

SO ORDERED.

Date: _____         _____
                                                                                                ANDREW S. HANEN
                                                                                                United States District Judge

1