United States District Court
Southern District of Texas
**ENTERED**
August 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants, <br><br> and <br><br> KARLA PEREZ, et al., <br><br> STATE OF NEW JERSEY, <br><br> Defendant-Intervenors. | Case No. 1:18-cv-00068 <br><br> ORDER <br><br> Honorable Andrew S. Hanen |

## ORDER

Upon consideration of Federal Defendants' Unopposed Motion to Withdraw Counsel, it is hereby ordered that the Motion is GRANTED. Lindsay M. Vick is withdrawn as counsel for Federal Defendants in this case.

SO ORDERED.

Date: August 20, 2025

_____
Andrew S. Hanen
United States District Judge

1