United States District Court
Southern District of Texas
**ENTERED**
August 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States of America, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael Ray Williams<br>West Virginia Attorney General's Office<br>State Capitol Complex, Bldg. 1, Rm E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305<br>Phone: 304-558-2021<br>michael.r.williams@wvago.gov<br>See attached list for bar admissions |
|---|---|

| Name of party applicant seeks to appear for: | State of West Virginia |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/5/2025 | Signed: | /s/ Michael R. Williams |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 8/7/2025    Clerk's signature R. Hawkins

## Order

Dated: 8/15/25

This lawyer is admitted *pro hac vice*.

_____
United States District Judge