United States District Court
Southern District of Texas

**ENTERED**

August 22, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | ▼ | Case Number | 1:18-cv-00068 |
|---|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. Defendants, and Perez, et al. Defendant- Intervenors. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | J.E. Smith / James Emory Smith<br>S,C. Attorney General's Office<br>1000 Assembly Street (PO Box 11549)<br>Columbia, SC 29201 (for Box use 29211)<br>803-734-3642; esmith@scag.gov<br>SC Bar 5262<br>DSC No. 3908 |
|---|---|

| Name of party applicant seeks to appear for: | State of South Carolina |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No __✔__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  8/6/2025 | Signed:  s/James Emory Smith, Jr. |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 8/7/2025 | Clerk's signature  R. Hawk |

| **Order** |
|---|
| Dated: _8\|15\|25_ |

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge