United States District Court
Southern District of Texas

**ENTERED**

August 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission _Pro Hac Vice_

| Division | Brownsville | Case Number | 1:18-cv-68 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| _versus_ |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Robert M. Overing<br>Office of the Alabama Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36130<br>AL/8736M14Q<br>N/A |
|---|---|

| Name of party applicant seeks to appear for: | State of Alabama |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   8/5/2025 | Signed:   /s/ Robert M. Overing |
|---|---|

| The state bar reports that the applicant's status is: Active |  |
|---|---|
| Dated: 8/7/2025 | Clerk's signature R. Hawk |

| **Order** |
|---|

Dated: ___8/15/25___

**This lawyer is admitted _pro hac vice_.**

_____
United States District Judge