UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18cv00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Justin L. Matheny<br>Mississippi Attorney General's Office<br>550 High Street, Suite 1200<br>Jackson, MS 39201<br>601-359-3825<br>justin.matheny@ago.ms.gov<br>See attached list for bar admissions |
|---|---|

| Name of party applicant seeks to appear for: | State of Mississippi |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:    8/27/2025 | Signed:            /s/Justin L. Matheny |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____       _____
                                                    United States District Judge

**JUSTIN L. MATHENY COURT AND BAR ADMISSIONS**

| Name of State or Federal Bar or Court | Bar Number | Date Admitted |
|---|---|---|
| Supreme Court of the United States | 280903 | 10/03/2011 |
| United States Court of Appeals for the District of Columbia Circuit | 63037 | 05/05/2021 |
| United States Court of Appeals of the First Circuit | 1127755 | 12/03/2024 |
| United States Court of Appeals of the Fifth Circuit | 100754 | 09/24/2002 |
| United States Court of Appeals of the Sixth Circuit | 6578 | 09/21/2022 |
| United States Court of Appeals of the Ninth Circuit | 100754 | 12/14/2021 |
| United States Court of Appeals of the Eleventh Circuit | EDF# 748468750 100754 | 05/31/2024 |
| United States District Court of the Northern District of Texas | 100754MS | 06/07/2021 |
| United States District Court of the Northern District of Mississippi | 100754 | 09/24/2002 |
| United States District Court of the Southern District of Mississippi | 100754 | 09/24/2002 |
| Mississippi Supreme Court | 100754 | 09/24/2002 |
| Mississippi Bar | 100754 | 09/24/2002 |