United States District Court
Southern District of Texas
**ENTERED**
September 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission Pro Hac Vice

| Division | Brownsville | Case Number | 1:18cv00068 |
|---|---|---|---|

State of Texas, et al.

versus

United States of America, et al.

| | |
|---|---|
| Lawyer's Name | Justin L. Matheny |
| Firm | Mississippi Attorney General's Office |
| Street | 550 High Street, Suite 1200 |
| City & Zip Code | Jackson, MS 39201 |
| Telephone & Email | 601-359-3825 |
| Licensed: State & Number | justin.matheny@ago.ms.gov |
| Federal Bar & Number | See attached list for bar admissions |

| Name of party applicant seeks to appear for: | State of Mississippi |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/27/2025 | Signed: | /s/Justin L. Matheny |
|---|---|---|

| The Mississippi State Bar reports that the applicant's status is | Active |
|---|---|
| Dated: 8/28/2025 | Clerk's signature   /s/ Sara Celis |

**Order**

This lawyer is admitted pro hac vice.

Dated: September 3, 2025

Andrew S. Hanen
United States District Judge