IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., <br>     *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL., <br>     *DEFENDANTS,* <br><br> and <br><br> KARLA PEREZ, ET AL, <br> STATE OF NEW JERSEY, <br>     *Defendants-Intervenors.* | Case No. 1:18-cv-00068 |

### PLAINTIFF STATE OF TEXAS'S NOTICE OF APPEARANCE OF COUNSEL

Plaintiff State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that Kyle S. Tebo will appear as co-counsel in the above-captioned case along with counsel listed below. Mr. Tebo is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. His contact information is contained in the signature block below.

| | |
|---|---|
| Dated:  September 23, 2025 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | DAVID BRYANT<br>Senior Special Counsel<br>**Attorney-in-Charge**<br>Texas Bar No. 03281500<br>Southern Dist. No. 808332 |
| BRENT WEBSTER<br>First Assistant Attorney General | |
| RALPH MOLINA<br>Deputy First Assistant Attorney | MUNERA AL-FUHAID<br>Special Counsel<br>Texas Bar No. 24094501<br>Southern Dist. No. 3379673 |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy<br>Texas Bar No. 24105085<br>Southern Dist. No. 3369185 | Special Litigation Division<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Phone: (512) 936-2714<br>Fax: (512) 457-4410 |
| RYAN G. KERCHER<br>Chief, Special Litigation Division | ryan.walters@oag.texas.gov<br>david.bryant@oag.texas.gov<br>munera.al-fuhaid@oag.texas.gov<br>kyle.tebo@oag.texas.gov |
| /s/  Kyle S. Tebo<br>KYLE S. TEBO, Special Counsel<br>Legal Strategy Division<br>Texas Bar No. 24137691<br>Southern Dist. No. 3893370 | COUNSEL FOR PLAINTIFF STATE OF TEXAS |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on September 23, 2025.

/s/  Kyle S. Tebo
KYLE S. TEBO

2