IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.,<br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br>*DEFENDANTS,*<br><br>and<br><br>KARLA PEREZ, ET AL,<br>STATE OF NEW JERSEY,<br>*Defendants-Intervenors.* | Case No. 1:18-cv-00068 |

PLAINTIFF STATE OF TEXAS'S NOTICE OF APPEARANCE OF COUNSEL

Plaintiff State of Texas files this Notice of Appearance of Counsel and hereby notifies the Court that J. Aaron Barnes will appear as co-counsel in the above-captioned case along with counsel listed below. Mr. Barnes is a member in good standing with the State Bar of Texas and is authorized to practice in the Southern District of Texas. His contact information is contained in the signature block below.

1

| | |
|---|---|
| Dated:  September 23, 2025 | Respectfully submitted. |

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105085
Southern Dist. No. 3369185

RYAN G. KERCHER
Chief, Special Litigation Division

/s/  *J. Aaron Barnes*
J. AARON BARNES, Special Counsel
Legal Strategy Division
Texas Bar No. 24099014
Southern Dist. No. 3697248

KYLE S. TEBO, Special Counsel
Legal Strategy Division
Texas Bar No. 24137691
Southern Dist. No. 3893370

DAVID BRYANT
Senior Special Counsel
**Attorney-in-Charge**
Texas Bar No. 03281500
Southern Dist. No. 808332

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501
Southern Dist. No. 3379673

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
ryan.walters@oag.texas.gov
david.bryant@oag.texas.gov
aaron.barnes@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
kyle.tebo@oag.texas.gov

COUNSEL FOR PLAINTIFF STATE OF TEXAS

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on September 23, 2025.

/s/  *Aaron Barnes*
AARON BARNES