UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 18-cv-00068 |
|---|---|---|---|

| Texas, et al. |
|---|
| *versus* |
| United States, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | William C. Silvis<br>U.S. Department of Justice<br>PO Box 878 Ben Franklin Station<br>Washington, DC 20044<br>(202) 307-4693<br>william.silvis@usdoj.gov<br>DC 485572 |

| Name of party applicant seeks to appear for: | Federal Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?　Yes _____　No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/24/2025 | Signed: WILLIAM SILVIS (Digitally signed by WILLIAM SILVIS, Date: 2025.09.24 15:03:25 -04'00') |
|---|---|

The state bar reports that the applicant's status is: active

Dated: 9/25/25　　Clerk's signature: /s/ Vargas

**Order**　　This lawyer is admitted *pro hac vice*.

Dated: _____　　_____
　　　　　　　　　　　　　　　　　　United States District Judge