IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, et al.                                                                                    PLAINTIFFS

v.                              CASE NO.: 1:18-CV-00068

UNITED STATES OF AMERICA, et al.                                                           DEFENDANTS

**ENTRY OF APPEARANCE**

Solicitor General Autumn Hamit Patterson, of the Office of the Arkansas Attorney General, hereby enters her appearance on behalf of Plaintiff State of Arkansas, requests that the Clerk of the Court enter her name as an attorney of record in the above matter, and requests that she receive copies of any and all further notices, pleadings or correspondence in this matter from this point forward. Ms. Patterson is in good standing with the State Bar of Texas and the State Bar of Arkansas and is admitted to practice in the Southern District of Texas.

    Respectfully submitted,

    TIM GRIFFIN
     Arkansas Attorney General

    */s/ Autumn Hamit Patterson*
    AUTUMN HAMIT PATTERSON
     Solicitor General
    Arkansas Bar Number 2025095
    Texas Bar Number 24092947
    OFFICE OF THE ARKANSAS ATTORNEY
     GENERAL
    101 W. Capitol Avenue
    Little Rock, AR 72201
    (501) 682-2007
    Autumn.Patterson@ArkansasAG.gov

    *Counsel for Plaintiff State of Arkansas*

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing Entry of Appearance to be filed of record on this 25th day of September, 2025, using the Court's CM/ECF electronic filing system, which shall send notice of said filing to all parties of record.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson