**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

STATE OF TEXAS, ET AL.,

*Plaintiffs,*

v.

UNITED STATES OF AMERICA, ET AL.,

DEFENDANTS,                                            Case No. 1:18-cv-68

and

KARLA PEREZ, ET AL,
STATE OF NEW JERSEY,

*Defendants-Intervenors.*

### PLAINTIFF STATES' PARTIALLY UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR THEIR SUPPLEMENTAL BRIEF

Plaintiff States respectfully request that the Court grant leave to exceed the 20-page limit by 33 pages in their Supplemental Brief addressing the issues outlined by the Court's July 22, 2025, order (ECF No. 760). Plaintiff States seek this extension for good cause and in the interest of justice so that they make give the issues the thorough treatment that their number and complexity require. Moreover, Federal Defendants represented through counsel that they do not oppose this request. Defendant-Intervenors are split: counsel for New Jersey stated that it takes no position while the other Defendant-Intervenors are opposed. To ensure all sides have a fair opportunity to brief the issues, Plaintiff States will not oppose any party's reasonable request to exceed page limits in their response to Plaintiff States' Supplemental Brief. Accordingly, no party will be prejudiced by this extension if granted.

Plaintiff States respectfully request that the Court grant Plaintiffs' Motion to Exceed Page Limits and deem their Supplemental Brief timely filed.

Dated: September 29, 2025

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**RYAN G. KERCHER**
Chief, Special Litigation Division

**BRENT WEBSTER**
First Assistant Attorney General

**DAVID BRYANT**
Senior Special Counsel
*Attorney-in-Charge*
Texas Bar No. 03281500
Southern Dist. No. 808332

**RALPH MOLINA**
Deputy First Assistant Attorney General

*/s/ Ryan D. Walters*
**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105085
Southern Dist. No. 3369185

**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501
Southern Dist. No. 3379673

**J. AARON BARNES**
Special Counsel
Texas Bar No. 24099014
Southern Dist. No. 3697248

**KYLE S. TEBO**
Special Counsel
Texas Bar No. 24137691
Southern Dist. No. 3893370

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
ryan.walters@oag.texas.gov
david.bryant@oag.texas.gov
aaron.barnes@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
kyle.tebo@oag.texas.gov

*Counsel for Plaintiff State of Texas*

**TIM GRIFFIN**
Attorney General of Arkansas

*/s/ Autumn Hamit Patterson*
**AUTUMN HAMIT PATTERSON**
Solicitor General
AR Bar Number 2025095
TX Bar Number 24092947
OFFICE OF THE ARKANSAS ATTORNEY
GENERAL
101 W. Capitol Avenue
Little Rock, AR 72201
Telephone: (501) 682-2007
autumn.patterson@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*


**STEVE MARSHALL**
Attorney General of Alabama

*/s/ Robert M. Overing*
**ROBERT M. OVERING**
Deputy Solicitor General
OFFICE OF THE ALABAMA ATTORNEY
GENERAL
501 Washington Avenue
Montgomery, AL 36130
AL/8736M14Q
Telephone: (334) 353-8931
robert.overing@alabamaag.gov

*Counsel for Plaintiff State of Alabama*


**KRIS W. KOBACH**
Attorney General of Kansas

*/s/ James Rodriguez*
**JAMES RODRIGUEZ** (KS Bar #29172)
OFFICE OF KANSAS ATTORNEY GENERAL
 KRIS W. KOBACH
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephoneephone: (785) 368-8197
jay.rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*


**ELIZABETH B. MURRILL**
Attorney General of Louisiana

*/s J. Benjamin Aguiñaga*
**J. BENJAMIN AGUIÑAGA***
Solicitor General
**ZACHARY FAIRCLOTH***
Principal Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
LOUISIANA
1885 N. 3rd St.
Baton Rouge, LA 70802
Telephone: (225) 421-4088
aguinagaj@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*\*PHV Application forthcoming*
*Counsel for Plaintiff State of Louisiana*


**LYNN FITCH**
Attorney General of Mississippi

*/s/ Justin L. Matheny*
**JUSTIN L. MATHENY**
Deputy Solicitor General
OFFICE OF THE MISSISSIPPI ATTORNEY
GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
Fax: (601) 359-2003
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*


**MICHAEL T. HILGERS**
Attorney General of Nebraska

*/s/ Cody S. Barnett*
**CODY S. BARNETT**
Solicitor General
NEBRASKA DEPARTMENT OF JUSTICE
Telephone: (531) 350-4932
cody.barnett@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

ALAN WILSON
Attorney General of South Carolina

/s/ James Emory Smith, Jr.
JAMES EMORY SMITH, JR.
General Counsel
OFFICE OF THE SOUTH CAROLINA ATTORNEY
GENERAL
P.O. Box 11549
Columbia, SC 29211
Telephone: 803-734-3680
Fax: 803-734-3677
esmith@scag.gov

*Counsel for Plaintiff State of South Carolina*

JOHN B. MCCUSKEY
Attorney General of West Virginia

/s/ Michael R. Williams
MICHAEL R. WILLIAMS
Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF
WEST VIRGINIA
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Blvd. E
Charleston, WV 25301
Telephone: (304) 558-2021
michael.r.williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*

## CERTIFICATE OF CONFERENCE

I certify that at 10:11 am on September 29, 2025, I conferred with counsel for the other parties in this case via email.

Counsel for Defendants United States of America, et al., represented that Federal Defendants do not oppose this motion.

Counsel for Defendant-Intervenor State of New Jersey, represented that New Jersey takes no position on this motion.

Counsel for Defendant-Intervenors Karla Perez, et al., represented that Defendant-Intervenors oppose this request and requested that Plaintiff States reproduce the following statement:

> although DACA Defendant Intervenors don't normally oppose requests for leave to file briefs over the page limit, DACA Defendant Intervenors oppose Plaintiffs' request because it seeks leave to file a brief three times longer than the allowable page limit and was made on the day of filing as DACA Defendant Intervenors were finalizing their brief that is within the page limit. For those reasons, we oppose the motion.

/s/ *Ryan D. Walters*
RYAN D. WALTERS

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on September 29, 2025.

/s/ *Ryan D. Walters*
RYAN D. WALTERS