IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.;<br>    *Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.;<br>    *Defendants,*<br><br>and<br><br>KARLA PEREZ, ET AL.;<br>STATE OF NEW JERSEY,<br>    *Defendants-Intervenors.* | Case No. 1:18-cv-00068 |

**THE STATE OF TEXAS UNOPPOSED MOTION TO WITHDRAW CO-COUNSEL**

Pursuant to Local Rule 83.12(a), the State of Texas files this Unopposed Motion to Withdraw Mark A. Csoros as Co-Counsel and would respectfully show the following.

R Mark A. Csoros is currently designated as counsel of record for the State of Texas. Mr. Csoros has left the employment of the Office of the Attorney General of Texas.

The State of Texas will continue to be represented by David Bryant, as Attorney-in-Charge, Ryan D. Walters, J. Aaron Barnes, Munera Al-Fuhaid, and Kyle Tebo.

For the reasons stated above, Plaintiff the State of Texas respectfully requests that the Court grant this motion to withdraw Mark A. Csoros as counsel and remove Mr. Csoros from all further electronic notifications regarding this case.

Dated:  September 30, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105085
Southern Dist. No. 3369185

RYAN G. KERCHER
Chief, Special Litigation Division

J. AARON BARNES, Special Counsel
Legal Strategy Division
Texas Bar No. 24099014
Southern Dist. No. 3697248

KYLE S. TEBO, Special Counsel
Legal Strategy Division
Texas Bar No. 24137691
Southern Dist. No. 3893370

Respectfully submitted.

/s/ *David Bryant*
DAVID BRYANT
Senior Special Counsel
**Attorney-in-Charge**
Texas Bar No. 03281500
Southern Dist. No. 808332

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501
Southern Dist. No. 3379673

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
ryan.walters@oag.texas.gov
david.bryant@oag.texas.gov
aaron.barnes@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
kyle.tebo@oag.texas.gov

COUNSEL FOR PLAINTIFF STATE OF TEXAS

**CERTIFICATE OF CONFERENCE**

I certify that on September 23, 2025, I conferred with counsel for the other parties in this case via email. Nina Perales, counsel for Defendant-Intervenors Karla Perez, et al., represented that Defendant-Intervenors do not oppose this request.

Jeremy Feigenbaum, counsel for Defendant-Intervenor State of New Jersey, represented that New Jersey does not object to this motion.

Daniel Hu, counsel for Defendants United States of America, et al., represented that Federal Defendants do not object to this motion.

/s/ *David Bryant*
DAVID BRYANT

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on September 30, 2025.

/s/ *David Bryant*
DAVID BRYANT