UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville ▼ | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Zachary Faircloth<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70802<br>225-421-4088; FairclothZ@ag.louisiana.gov<br>Louisiana; Bar No. 39875 |
|---|---|

| Name of party applicant seeks to appear for: | State of Louisiana |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:  10/1/2025 | Signed:          /s/ Zachary Faircloth |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                 Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                        United States District Judge