UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, *et al.*, <br><br>Defendants, <br><br>*and* <br><br>KARLA PEREZ, *et al.*, <br><br>STATE OF NEW JERSEY, <br><br>Defendant-Intervenors. | Case No. 18-cv-00068 |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION
FOR A STAY OF THE REMAINDER OF THE BRIEFING ORDER OF
AUGUST 15, 2025 (ECF No. 766) IN LIGHT OF A LAPSE OF APPROPRIATIONS**

Federal Defendants hereby move for a stay of the remainder of the briefing schedule, Order of August 15, 2025, ECF. No. 766, in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the briefing schedule until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. Federal Defendants request that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline (the response brief deadline and the reply brief deadline) would be extended by the total number of days of the lapse in appropriations.

5. Counsel for Plaintiff-States has authorized counsel for Federal Defendants to state that they do not oppose this stay request.

6. Counsel for Defendant-Intervenor State of New Jersey has authorized counsel for Federal Defendants to state that "they have no objection to this motion; however, depending on the length of any stay granted, Defendant-Intervenor reserves the right to file a motion to further extend deadlines for the additional briefing due to the Court, which it had planned to do on the basis that Plaintiffs have requested leave to file and filed a 53-page initial brief."

7. Counsel for Defendant-Intervenors Karla Perez, *et al.*, has authorized counsel for Federal Defendants to state that "they have no objection to this motion. However, as with Defendant-Intervenor

State of New Jersey, DACA Defendant-Intervenors reserve the right to file a motion to further extend deadlines for the additional briefing due to the Court, in light of the length of Plaintiff-States' opening brief and the complexity of issues raised therein."

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Federal Defendants hereby move for a stay of the briefing schedule in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

DANIEL HU
Assistant U.S. Attorney
Office of the U.S. Attorney
for the Southern District of Texas
1000 Louisiana, Ste 2300
Houston, TX 77002
Phone: 713-567-9518
Fax: 713-718-3303
Email: daniel.hu@usdoj.gov

*Local Counsel for Federal Defendants*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

AUGUST E. FLENTJE
Senior Counsel

ANTHONY P. NICASTRO
Acting Director

GLENN GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

*/s/ Sarah Maloney*
SARAH MALONEY
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation & Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 451-7467
Fax: (202) 305-7000
E-mail: sarah.e.maloney@usdoj.gov

*Counsel for Federal Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2025, this document was filed electronically with the Clerk of the Court using the CM/ECF system, which should automatically send notification of this filing to all counsel of record.

Dated:  October 1, 2025                   /s/ Sarah Maloney
                                          SARAH MALONEY