UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants,<br><br>*and*<br><br>KARLA PEREZ, *et al.*,<br><br>STATE OF NEW JERSEY,<br><br>Defendant-Intervenors. | Case No. 18-cv-00068 |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS'
MOTION FOR A STAY IN LIGHT OF A LAPSE OF APPROPRIATIONS**

Upon consideration, the Court **GRANTS** Federal Defendants' motion for a stay of the October 20, 2025, and October 27, 2025, briefing deadlines in light of a lapse of appropriations.

**SO ORDERED.**

DATE: _____

_____
ANDREW S. HANEN
United States District Judge