**Corina Gonzalez**

corinaivonne94@yahoo,.com

September 30, 2025

United States Courts
Southern District of Texas
F I L E D

OCT 03 2025

Nathan Ochsner, Clerk of Court

The Honorable Andrew S. Hanen

United States District Court

Southern District of Texas

Bob Casey United States Courthouse

515 Rusk Street, Room 9110

Houston, TX 77002

Case Number: 1:18-cv-00068

**Re: Personal Statement Regarding My Role as a Nurse Practitioner**

Judge Hanen,

My name is Corina Gonzalez, and I am writing to you with a humble heart and deep respect. I have worked very hard to become a nurse practitioner, a role that has given me the privilege of caring for people during some of the most vulnerable moments of their lives.

This career is not just a job to me, but it is my calling. Every day, I am entrusted with the lives and health of patients who need compassion, guidance, and skilled care. I have built strong relationships with my patients, many of whom rely on me not only for medical treatment but also for comfort, trust, and continuity of care. I work with one of the few specialized electrophysiologists in the State of Texas. I have patients who come from other states such as California, Oklahoma and many other states just to see me.

I want to emphasize that I **DO NOT** take anything away from the state of Texas. As a DACA recipient I am unable to receive government assistance and DO NOT intend to do so; instead, I contribute by working hard, paying taxes, and supporting the community through the care I provide. What I give back far outweighs what I could ever ask for.

If I were to lose my work permit, the impact would be devastating. My employer would struggle to find a replacement, and my patients, many of whom already face long waits and limited access to providers would suffer. For me personally, it would mean losing the career I sacrificed so much to build and the ability to continue supporting my family with dignity and independence. Unlike many people who are born in this country and do not take advantage of the opportunities this country has to offer, I had to pay my own way through school by working full-time, and raising a daughter as a single mother.

I have worked tirelessly to reach this point, and I am proud of what I have achieved as a nurse practitioner. I ask you respectfully to consider the DACA issue for recipients like me who can show that we attended college and have successful careers or businesses. My patients would lose their provider, and my employer would face a shortage. We have been trying to hire additional nurse practitioners, but the specialty is demanding, and very specialized. It has been almost a year, and my supervising physician still cannot find another provider. I only want to keep giving back to the country and community I call home. I do not know life in my birth country, and this is the state in which I grew up in. I would be devastated having to find another state to call home, and this would not only impact me, but also my freshman daughter who wants to pursue the same path as me and serve our community by working in the medical profession and helping others.

I understand your point of view regarding legal migration, but please understand I did not choose to come to this country; I was a child. However, I am very happy to call Texas and the United States my home because it has shaped me into the great person I am today.

Thank you for your time and consideration of my heartfelt plea.

Respectfully,

Corina Gonzalez

Corina Gonzalez
9923 Windledge Dr.
Dallas TX 75238

NORTH TEXAS TX P&DC
DALLAS TX 750
1 OCT 2025 PM 6 L

United States Courts
Southern District of Texas
FILED
OCT 03 2025
Nathan Ochsner, Clerk of Court

Clerk of Court,
For Filing in the matter before
Judge Andrew S. Hanen."
United States District Clerk's Office
Southern District of Texas
515 Rusk Street, Room 5300