**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

STATE OF TEXAS, *et al*.,

Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al*.,

Defendants,

*and*

KARLA PEREZ, *et al.*,

STATE OF NEW JERSEY,

Defendant-Intervenors.

Case No. 18-cv-00068

**FEDERAL DEFENDANTS' AND PLAINTIFF STATES' JOINT UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE AND REPLY MEMORANDA**

Federal Defendants and Plaintiff States hereby jointly move for an extension of the deadlines in the remainder of the briefing schedule, Order of August 15, 2025, ECF No. 766. As explained below, Defendant Intervenors Karla Perez, *et al*., and Defendant Intervenor State of New Jersey do not oppose this motion.

1. On September 29, 2025, the parties filed memoranda in response to the Court's Order inviting additional briefing (ECF No. 760). *See* ECF Nos. 781, 783, 784, 786.

2. The parties have been working to meet the current October 20, 2025, deadline for filing responses to the September 29, 2025, pleadings. However, it is taking substantial time to work through all the issues raised in those memoranda. Further, Federal Defendants, in addition to requiring more time to research and draft appropriate responses, need more time to complete supervisory and agency review.

3. In light of the above, Federal Defendants request that this unopposed extension motion supplant their pending motion to stay deadlines during the lapse in appropriations (ECF No. 789), and Federal Defendants and Plaintiff States jointly request a twenty-one-day extension of the deadline for the parties to file response memoranda (from October 20, 2025, to and including November 10, 2025) and a seven-day extension of the deadline to file reply memoranda (from October 27, 2025, to and including November 24, 2025).

4. Counsel for Defendant Intervenors Karla Perez, *et al.*, has authorized counsel for Federal Defendants to state that they do not oppose this motion and reserve the right to seek a longer extension if it becomes necessary.

5. Counsel for Defendant Intervenor State of New Jersey has authorized counsel for Federal Defendants to state that they do not oppose this motion.

Therefore, Federal Defendants and Plaintiff States jointly move to extend the parties' filing deadlines in the remainder of the Court's scheduling Order, ECF No. 766, to November 10, 2025, for responses, and November 24, 2025, for replies.

Dated: October 16, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

AUGUST E. FLENTJE
Senior Counsel

ANTHONY P. NICASTRO
Acting Director

GLENN GIRDHARRY
Acting Deputy Director

WILLIAM C. SILVIS
Assistant Director

/s/ Sarah Maloney
SARAH MALONEY
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation & Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 451-7467
Fax: (202) 305-7000
E-mail: sarah.e.maloney@usdoj.gov

*Counsel for Federal Defendants*

DANIEL HU
Assistant U.S. Attorney
Office of the U.S. Attorney
for the Southern District of Texas
1000 Louisiana, Ste 2300
Houston, TX 77002
Phone: 713-567-9518
Fax: 713-718-3303
Email: daniel.hu@usdoj.gov

*Local Counsel for Federal Defendants*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105085
Southern Dist. No. 3369185

RYAN G. KERCHER
Chief, Special Litigation Division

DAVID BRYANT
Senior Special Counsel
*Attorney-in-Charge*
Texas Bar No. 03281500
Southern Dist. No. 808332

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501
Southern Dist. No. 3379673

J. AARON BARNES
Special Counsel
Texas Bar No. 24099014
Southern Dist. No. 3697248

KYLE S. TEBO
Special Counsel
Texas Bar No. 24137691
Southern Dist. No. 3893370

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 936-2714
Fax: (512) 457-4410
ryan.walters@oag.texas.gov
david.bryant@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
aaron.barnes@oag.texas.gov
kyle.tebo@oag.texas.gov

*Counsel for Plaintiff State of Texas*

**TIM GRIFFIN**
Attorney General of Arkansas

*/s/ Autumn Hamit Patterson*
**AUTUMN HAMIT PATTERSON**
Solicitor General
AR Bar Number 2025095
TX Bar Number 24092947
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
101 W. Capitol Avenue
Little Rock, AR 72201
Telephone: (501) 682-2007
autumn.patterson@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

**STEVE MARSHALL**
Attorney General of Alabama

*/s/ Robert M. Overing*
**ROBERT M. OVERING**
Deputy Solicitor General
OFFICE OF THE ALABAMA ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
AL/8736M14Q
Telephone: (334) 353-8931
robert.overing@alabamaag.gov

*Counsel for Plaintiff State of Alabama*

**KRIS W. KOBACH**
Attorney General of Kansas

*/s/ James Rodriguez*
**JAMES RODRIGUEZ** (KS Bar #29172)
OFFICE OF KANSAS ATTORNEY GENERAL
KRIS W. KOBACH
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephoneephone: (785) 368-8197
jay.rodriguez@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

**ELIZABETH B. MURRILL**
Attorney General of Louisiana

**J. BENJAMIN AGUIÑAGA**
Solicitor General

*/s/ Zachary Faircloth*
**ZACHARY FAIRCLOTH***
Principal Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF LOUISIANA
1885 N. 3rd St.
Baton Rouge, LA 70802
Telephone: (225) 421-4088
aguinagaj@ag.louisiana.gov
fairclothz@ag.louisiana.gov

**PHV Application pending*

*Counsel for Plaintiff State of Louisiana*

**LYNN FITCH**
Attorney General of Mississippi

*/s/ Justin L. Matheny*
**JUSTIN L. MATHENY**
Deputy Solicitor General
OFFICE OF THE MISSISSIPPI ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
Fax: (601) 359-2003
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

**MICHAEL T. HILGERS**
Attorney General of Nebraska

*/s/ Cody S. Barnett*
**CODY S. BARNETT**
Solicitor General
NEBRASKA DEPARTMENT OF JUSTICE
Telephone: (531) 350-4932
cody.barnett@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

ALAN WILSON
Attorney General of South Carolina

*/s/ James Emory Smith, Jr.*
**JAMES EMORY SMITH, JR.**
General Counsel
OFFICE OF THE SOUTH CAROLINA ATTORNEY GENERAL
P.O. Box 11549
Columbia, SC 29211
Telephone: 803-734-3680
Fax: 803-734-3677
esmith@scag.gov

*Counsel for Plaintiff State of South Carolina*

JOHN B. MCCUSKEY
Attorney General of West Virginia

*/s/ Michael R. Williams*
**MICHAEL R. WILLIAMS**
Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Blvd. E
Charleston, WV 25301
Telephone: (304) 558-2021
michael.r.williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2025, this document was filed electronically with the Clerk of the Court using the CM/ECF system, which should automatically send notification of this filing to all counsel of record.

Dated:  October 16, 2025                                         */s/ Sarah Maloney*
                                                                                    SARAH MALONEY