UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants,<br><br>*and*<br><br>KARLA PEREZ, *et al.*,<br><br>STATE OF NEW JERSEY,<br><br>Defendant-Intervenors. | Case No. 18-cv-00068 |

**[PROPOSED] ORDER GRANTING JOINT
UNOPPOSED MOTION TO EXTEND DEADLINES**

Upon consideration, the Court **GRANTS** Federal Defendants' and Plaintiff States' joint unopposed motion to extend deadlines. Responses to the September 29, 2025, pleadings are due on November 10, 2025, and replies to those filings are due on November 24, 2025.

**SO ORDERED.**

DATE: _____

_____
ANDREW S. HANEN
United States District Judge