United States District Court
Southern District of Texas
**ENTERED**
~~October 22, 2025~~
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 18-cv-00068 |
|---|---|---|---|

| |
|---|
| Texas, et al. |

| |
|---|
| *versus* |

| |
|---|
| United States, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | William C. Silvis<br>U.S. Department of Justice<br>PO Box 878 Ben Franklin Station<br>Washington, DC 20044<br>(202) 307-4693<br>william.silvis@usdoj.gov<br>DC 485572 |
|---|---|

| Name of party applicant seeks to appear for: | Federal Defendants |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ ____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/24/2025 | Signed: WILLIAM SILVIS  Digitally signed by WILLIAM SILVIS Date: 2025.09.24 15:03:25 -04'00' |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 10/17/2025 | Clerk's signature  R. Hawk |

| Order |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: 10/20/25

United States District Judge