Case 1:18-cv-00068   Document 795   Filed on 10/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 18-cv-00068 |
|---|---|---|---|

Texas, et al.

*versus*

United States, et al.

| | |
|---|---|
| Lawyer's Name | August E. Flentje |
| Firm | U.S. Department of Justice, Civil Division |
| Street | P.O. Box 878, Ben Franklin Station, |
| City & Zip Code | Washington, DC 20044-0878 |
| Telephone & Email | 202-514-3309. august.flentje@usdoj.gov |
| Licensed: State & Number | New York -- 2921807 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Federal Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: 9/24/2025    Signed: **AUGUST FLENTJE**   Digitally signed by AUGUST FLENTJE
Date: 2025.09.24 11:28:38 -04'00'

The state bar reports that the applicant's status is: Active

Dated: 10/17/2025    Clerk's signature: R. Hawkins

### Order

Dated: 10/20/25

This lawyer is admitted *pro hac vice*.

_____
United States District Judge