Case 1:18-cv-00068   Document 797   Filed on 11/05/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL., *Plaintiffs*, | |
| v. | |
| UNITED STATES OF AMERICA, ET AL., *Defendants*, | Case No. 1:18-cv-68 |
| and | |
| KARLA PEREZ, ET AL, STATE OF NEW JERSEY, *Defendants-Intervenors.* | |

## ORDER GRANTING PLAINTIFF STATES' MOTION TO EXCEED PAGE LIMITS FOR THEIR SUPPLEMENTAL BRIEF

On this date, the Court considered Plaintiff States' Motion to Exceed Page Limits for their Supplemental Brief. After considering the Motion, the Court finds that the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Plaintiff States' Motion to Exceed Page Limits for their Supplemental Brief is hereby GRANTED. Plaintiff States' Supplemental Brief is deemed filed.

SIGNED on this the 5th day of Nov, 2025.

Andrew S. Hanen
United States District Judge