AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| State of Texas, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:18-cv-00068 |
| United States of America, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Texas Catholic Conference of Bishops and the Catholic Legal Immigration Network, Inc.

Date: 11/20/2025

/s/ Michael J. Newton
*Attorney's signature*

Michael J. Newton (TX Bar No. 24003844)
*Printed name and bar number*

ALSTON & BIRD LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
*Address*

mike.newton@alston.com
*E-mail address*

(214) 922-3400
*Telephone number*

(214) 922-3899
*FAX number*