| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 18-cv-00068 |
|---|---|---|---|

State of Texas, et al.

*versus*

United States, et al.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Devon C. Beane<br>Alston & Bird LLP<br>227 West Monroe Street, Suite 3900<br>Chicago, IL 60606<br>(312) 702-8700 devon.beane@alston.com<br>Illinois 6303129 |
|---|---|

| Name of party applicant seeks to appear for: | Texas Catholic Conference of Bishops and the Catholic Legal Immigration Network, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/20/2025 | Signed: *Devon C. Beane* |
|---|---|

The state bar reports that the applicant's status is:

Dated:        Clerk's signature

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
United States District Judge