Case 1:18-cv-00068   Document 806   Filed on 11/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 23, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

STATE OF TEXAS, ET AL.;
*Plaintiffs,*

*v.*

UNITED STATES OF AMERICA, ET AL.;
*Defendants,*

and

KARLA PEREZ, ET AL.;
STATE OF NEW JERSEY,
*Defendants-Intervenors.*

Case No. 1:18-cv-00068

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Plaintiff the State of Texas's Unopposed Motion to Withdraw Eric Alan Hudson and Michael Christopher Toth as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff the State of Texas's Unopposed Motion to Withdraw Eric Alan Hudson and Michael Christopher Toth as Counsel is GRANTED. Mr. Hudson and Mr. Toth are hereby withdrawn as counsel of record for Plaintiff the State of Texas.

**SO ORDERED.**

November 21, 2025

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE