Case 1:18-cv-00068   Document 807   Filed on 11/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States of America, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Zachary Faircloth<br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70802<br>225-421-4088; FairclothZ@ag.louisiana.gov<br>Louisiana; Bar No. 39875 |
|---|---|

| Name of party applicant seeks to appear for: | State of Louisiana |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes _____ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/1/2025 | Signed: | /s/ Zachary Faircloth |
|---|---|---|

| The state bar reports that the applicant's status is: | eligible |
|---|---|
| Dated: 10/3/25 | Clerk's signature   s/J. Tabares |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: November 21, 2025

_____
United States District Judge