United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br> Defendants, <br><br> and <br><br> KARLA PEREZ, STATE OF NEW JERSEY, et al. <br> Defendant-Intervenors. | Case No. 1:18-cv-00068 |

## ORDER

On considering the motion of The Texas Catholic Conference of Bishops and the Catholic Legal Immigration Network, Inc. for leave to file a memorandum of law as *amici curiae* in support of Defendant-Intervenors' supplementary briefings (ECF. Nos. 783 and 798), the memorandum of law submitted therewith, and any opposition thereto, the Court holds that the motion should be granted.

For the foregoing reasons, it is hereby:

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the Memorandum of Law submitted with the Motion for Leave to File.

Signed on this the 20+ day of January, 2026.

United States District Judge
Andrew S. Hanen