United States District Court
Southern District of Texas
**ENTERED**
February 10, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al*, <br> Plaintiff, <br><br> VS <br><br> UNITED STATES OF AMERICA, *et al* <br> Defendants. | § <br> § <br> § CIVIL ACTION NO. 1:18cv0068 <br> § <br> § <br> § <br> § <br> § |

## ORDER

Pending before the Court is the Unopposed Motion to Withdraw as Counsel (Doc. No. 757) as to Jeffrey S. Robins and James J. Walker, counsel for Federal Defendants in this matter. After reviewing the motion, the Court is of the opinion that the motion is well taken and should be granted.. It is therefore

ORDERED that Jeffrey S. Robins and James J. Walker are hereby withdrawn as counsel of record for Federal Defendants..

SIGNED at Houston, Texas on this 10th day of February 2026.

_____
Andrew S. Hanen
United States District Judge