United States District Court
Southern District of Texas
**ENTERED**
February 10, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| STATE OF TEXAS, ET AL.;<br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.;<br>*Defendants,*<br><br>and<br><br>KARLA PEREZ, ET AL.;<br>STATE OF NEW JERSEY,<br>    *Defendants-Intervenors.* | Case No. 1:18-cv-00068 |

### ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Plaintiff the State of Texas's Unopposed Motion to Withdraw Mark A. Csoros as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff the State of Texas's Unopposed Motion to Withdraw Mark A. Csoros as Counsel is GRANTED. Mr. Csoros is hereby withdrawn as counsel of record for Plaintiff the State of Texas.

**SO ORDERED.**

February __10__, 2026

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE