United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Devon C. Beane<br>Alston & Bird LLP<br>227 West Monroe Street, Suite 3900<br>Chicago, IL 60606<br>(312) 702-8700 devon.beane@alston.com<br>Illinois 6303129 |
|---|---|

| Name of party applicant seeks to appear for: | Texas Catholic Conference of Bishops and the Catholic Legal Immigration Network, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/20/2025 | Signed: *Devon C. Beane* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 11/21/2025  Clerk's signature |

### Order

Dated: February 10, 2026

This lawyer is admitted *pro hac vice*.

_____
United States District Judge