Case 1:18-cv-00068   Document 817   Filed 02/10/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 18-cv-00068 |
|---|---|---|---|

| State of Texas, et al. |
|---|
| *versus* |
| United States, et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Christopher Frisina<br>Alston & Bird LLP<br>950 F Street NW<br>Washington, DC 20004<br>202-239-3276 - christopher.frisina@alston.com<br>DC 1033185 |
|---|---|

| Name of party applicant seeks to appear for: | Texas Catholic Conference of Bishops and the Catholic Legal Immigration Network, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/24/2025 | Signed: | /s/ Christopher J. Frisina |
|---|---|---|

The state bar reports that the applicant's status is: Active

Dated: 11/21/2025   Clerk's signature _____

### Order

Dated: February 10, 2026

This lawyer is admitted *pro hac vice*.

_____
United States District Judge