**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

STATE OF TEXAS, ET AL.;
      *Plaintiffs,*

*v.*

UNITED STATES OF AMERICA, ET AL.;
      *Defendants,*

Case No. 1:18-cv-00068

*and*

KARLA PEREZ, ET AL.;
STATE OF NEW JERSEY,
      *Defendants-Intervenors.*

**THE STATE OF TEXAS UNOPPOSED MOTION TO WITHDRAW**
**J. ARRON BARNES AS COUNSEL**

The State of Texas files this Unopposed Motion to Withdraw J. Aaron Barnes as its attorney in this matter. J. Aaron Barnes is leaving the Legal Strategy Division at the Office of the Attorney General of Texas, and Texas respectfully requests that he be withdrawn as its counsel. The State of Texas will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated:  February 27, 2026

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy
Texas Bar No. 24105085
Southern Dist. No. 3369185

RYAN G. KERCHER
Chief, Special Litigation Division

/s/ *J. Aaron Barnes*
J. AARON BARNES, Special Counsel
Legal Strategy Division
Texas Bar No. 24099014
Southern Dist. No. 3697248

KYLE S. TEBO, Special Counsel
Legal Strategy Division
Texas Bar No. 24137691
Southern Dist. No. 3893370

DAVID BRYANT
Senior Special Counsel
**Attorney-in-Charge**
Texas Bar No. 03281500
Southern Dist. No. 808332

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501
Southern Dist. No. 3379673

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
ryan.walters@oag.texas.gov
david.bryant@oag.texas.gov
aaron.barnes@oag.texas.gov
munera.al-fuhaid@oag.texas.gov
kyle.tebo@oag.texas.gov

COUNSEL FOR PLAINTIFF STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I certify that on February 25, 2026, I conferred with counsel for the other parties in this case via email and requested they register any opposition by 1:00 pm CST on February 27, 2026. Amanda Morejon, counsel for Defendant-Intervenor State of New Jersey, represented that New Jersey does not object to this motion. As of the filing of this motion, counsel for the United States and for Private Defendant-Intervenors declined to respond and are thus presumed to be unopposed.

/s/ *J. Aaron Barnes*
J. AARON BARNES

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on February 27, 2026.

/s/ *J. Aaron Barnes*
J. AARON BARNES