# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

STATE OF TEXAS, ET AL.;
    *Plaintiffs,*

*v.*

UNITED STATES OF AMERICA, ET AL.;
    *Defendants,*

*and*

KARLA PEREZ, ET AL.;
STATE OF NEW JERSEY,
    *Defendants-Intervenors.*

Case No. 1:18-cv-00068

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered the State of Texas's Unopposed Motion to Withdraw J. Aaron Barnes as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that J. Aaron Barnes is hereby withdrawn as counsel of record for the State of Texas in this matter.

**SO ORDERED** and **SIGNED** this ___ day of _____, 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE