# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas

20260210-150

Stephen P Wallace

1116 Sheffer Road
Apt F
Aurora, IL 60505

United States Courts
Southern District of Texas
FILED
MAR 13 2026
Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Tuesday, February 10, 2026
Case Number: 1:18-cv-00068
Document Number: 814 (1 page)
Notice Number: 20260210-150
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE PITNEY BOWES

ZIP 77002 $ 000.74⁰
02 7W
0008035818 FEB. 11. 2026

S SUBURBAN IL 60

17 FEB 2026 PM 6 L

FIRST CLASS

United States Courts
Southern District of Texas
FILED

MAR 13 2026

Nathan Ochsner, Clerk of Court

R-T-S- 605054009-1N    03/0 /26
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER