United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

STATE OF TEXAS, ET AL.;
*Plaintiffs,*

*v.*

UNITED STATES OF AMERICA, ET AL.;
*Defendants,*

Case No. 1:18-cv-00068

*and*

KARLA PEREZ, ET AL.;
STATE OF NEW JERSEY,
*Defendants-Intervenors.*

### ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this date, the Court considered the State of Texas's Unopposed Motion to Withdraw

J. Aaron Barnes as Counsel. After considering the Motion, the Court is of the opinion that the

Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that J. Aaron Barnes is hereby

withdrawn as counsel of record for the State of Texas in this matter.

**SO ORDERED** and **SIGNED** this 12 day of May, 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE