**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, ET AL., <br>           *Plaintiffs,* <br><br> v. <br><br> UNITED STATES OF AMERICA, ET AL., <br>           *DEFENDANTS,* <br><br> and <br><br> KARLA PEREZ, ET AL, <br> STATE OF NEW JERSEY, <br>           *Defendants-Intervenors.* | Case No. 1:18-cv-00068 |

**THE STATE OF TEXAS'S UNOPPOSED MOTION FOR WITHDRAWAL OF CO-COUNSEL**

Pursuant to Local Rule 83.12(a), the State of Texas files this Unopposed Motion to Withdraw Co-Counsel and would respectfully show the following.

Ryan D. Walters is currently designated as counsel of record for the State of Texas. Mr. Walters is no longer employed with the Office of the Attorney General of Texas.

Mark A. Csoros appeared as counsel of record for the State of Texas. Mr. Csoros is no longer employed with the Office of the Attorney General of Texas.

Munera Al-Fuhaid appeared as counsel of record for the State of Texas. Ms. Al-Fuhaid has been administratively reassigned to other matters. Therefore it is necessary for her to withdraw from this case.

The State of Texas will continue to be represented by David Bryant, as Attorney-in-Charge, and Kyle Tebo.

For the reasons stated above, Plaintiff the State of Texas respectfully requests that the Court grant this motion to withdraw Ryan D. Walters, Mark A. Csoros, and Munera Al-Fuhaid as counsel and remove Mr. Walters, Mr. Csoros, and Ms. Al-Fuhaid from all further electronic notifications regarding this case.

1

Dated:  June 16, 2026

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

KYLE S. TEBO, Special Counsel
Legal Strategy Division
Texas Bar No. 24137691
Southern Dist. No. 3893370

/s/ *David Bryant*
DAVID BRYANT
Senior Special Counsel
**Attorney-in-Charge**
Texas Bar No. 03281500
Southern Dist. No. 808332

Special Litigation Division
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Phone: (512) 936-2714
Fax: (512) 457-4410
david.bryant@oag.texas.gov
kyle.tebo@oag.texas.gov

*Counsel for Plaintiff State of Texas*

2

**CERTIFICATE OF CONFERENCE**

I certify that on June 15, 2026, the State of Texas conferred with counsel for the other parties in this case via email. Nina Perales, counsel for Defendant-Intervenors Karla Perez, et al., represented that Defendant-Intervenors do not oppose this request.

Mayur P. Saxena, counsel for Defendant-Intervenor State of New Jersey, represented that New Jersey does not object to this motion.

Daniel Hu, counsel for Defendants United States of America, et al., represented that Federal Defendants do not object to this motion.

/s/ *David Bryant*
DAVID BRYANT

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on June 16, 2026.

/s/ *David Bryant*
DAVID BRYANT