**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

STATE OF TEXAS, ET AL.,
     *Plaintiffs,*

v.

UNITED STATES OF AMERICA, ET AL.,     Case No. 1:18-cv-00068
     *DEFENDANTS,*

and

KARLA PEREZ, ET AL,
STATE OF NEW JERSEY,
     *Defendants-Intervenors.*

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Plaintiff the State of Texas's Unopposed Motion to Withdraw Ryan D. Walters, Mark A. Csoros, and Munera Al-Fuhaid as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff the State of Texas's Unopposed Motion to Withdraw Ryan D. Walters, Mark A. Csoros, and Munera Al-Fuhaid as Counsel is GRANTED. Mr. Walters, Mr. Csoros, and Ms. Al-Fuhaid are hereby withdrawn as counsel of record for Plaintiff the State of Texas.

**SO ORDERED**.

_____, 2026

       _____
        ANDREW S. HANEN
        UNITED STATES DISTRICT JUDGE