**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.,* | § § § § § § § | |
| *Plaintiffs,* | | |
| VS. | | |
| UNITED STATES OF AMERICA, *et al.,* | § | CIVIL ACTION NO. 1:18-cv-00068 |
| *Defendants,* | § § § | |
| *and* | § § | |
| KARLA PEREZ, *et al.;* | § § | |
| STATE OF NEW JERSEY, | § § | |
| *Defendant-Intervenors.* | | |

**<u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>**

Daniel Hu, one of the attorneys for the federal defendants, will retire on June 26, 2026, from the United States Attorney's Office.  He seeks permission to withdraw as counsel of record for the federal defendants. Other Department of Justice attorneys have appeared in this case and will represent federal defendants.  Daniel Hu has reached out to counsel for the other  parties in this case and they do not oppose his withdrawal.

Therefore, Daniel Hu moves to withdraw as counsel.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney
Southern District of Texas

By:   /s/ Daniel D. Hu
DANIEL D. HU
Assistant United States Attorney
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
713-567-9000 (PHONE)
713-718-3300 (FAX)
E-mail: Daniel.Hu@usdoj.gov

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed Motion to Withdraw as

Counsel was filed via ECF on June 17, 2026.

~~s~~ .Daniel.D¡.Hu

DANIEL D. HU
Assistant United States Attorney