**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.,* | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | |
| | § | |
| UNITED STATES OF AMERICA, *et al.,* | § | CIVIL ACTION NO. 1:18-cv-00068 |
| | § | |
| *Defendants,* | § | |
| | § | |
| *and* | § | |
| | § | |
| KARLA PEREZ, *et al.;* | § | |
| | § | |
| STATE OF NEW JERSEY, | § | |
| | § | |
| *Defendant-Intervenors.* | § | |

## **ORDER**

Daniel Hu's motion to withdraw is granted and the clerk shall withdraw him as counsel from the

docket.

 

 

_____
Andrew S. Hanen
United States District Judge