United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.,* | § | |
| *Plaintiffs,* | § | |
| VS. | § | |
| UNITED STATES OF AMERICA, *et al.,* | § | CIVIL ACTION NO. 1:18-cv-00068 |
| *Defendants,* | § | |
| *and* | § | |
| KARLA PEREZ, *et al.;* | § | |
| STATE OF NEW JERSEY, | § | |
| *Defendant-Intervenors.* | § | |

**ORDER**

Daniel Hu's motion to withdraw is granted and the clerk shall withdraw him as counsel from the docket.

Andrew S. Hanen        7/8/26
United States District Judge