United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

STATE OF TEXAS, ET AL.,
    *Plaintiffs,*

v.

UNITED STATES OF AMERICA, ET AL.,
    *DEFENDANTS,*

and

KARLA PEREZ, ET AL,
STATE OF NEW JERSEY,
    *Defendants-Intervenors.*

Case No. 1:18-cv-00068

## ORDER GRANTING MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Plaintiff the State of Texas's Unopposed Motion to Withdraw Ryan D. Walters, Mark A. Csoros, and Munera Al-Fuhaid as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff the State of Texas's Unopposed Motion to Withdraw Ryan D. Walters, Mark A. Csoros, and Munera Al-Fuhaid as Counsel is GRANTED. Mr. Walters, Mr. Csoros, and Ms. Al-Fuhaid are hereby withdrawn as counsel of record for Plaintiff the State of Texas.

**SO ORDERED.**

July 8 , 2026

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE