United States District Court
Southern District of Texas

**ENTERED**

July 10, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants, <br><br> *and* <br><br> KARLA PEREZ, *et al.*, <br><br> STATE OF NEW JERSEY, <br><br> Defendant-Intervenors. | Case No. 18-cv-00068 |

**ORDER DENYING FEDERAL DEFENDANTS'
MOTION FOR A STAY IN LIGHT OF A LAPSE OF APPROPRIATIONS**

Upon consideration, the Court denies Federal Defendants' motion for a stay of the October 20, 2025, and October 27, 2025, briefing deadlines as moot.

**SO ORDERED.**

DATE: ___7\10\26___

_____
ANDREW S. HANEN
United States District Judge