**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants,<br><br>KARLA PEREZ, *et al.*,<br><br>Defendant-Intervenors,<br>and<br><br>STATE OF NEW JERSEY,<br><br>Defendant-Intervenor. | ) | Case No. 1:18-CV-68<br><br>Hon. Andrew S. Hanen |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Jeremy Feigenbaum, one of the attorneys representing Defendant-Intervenor State of New Jersey, as of September 10, 2026, has concluded his service as Solicitor General of New Jersey and is no longer employed by the New Jersey Office of the Attorney General. He seeks permission to withdraw as counsel of record for the State of New Jersey. Other attorneys from the New Jersey Office of the Attorney General have appeared in this case and will continue to represent New Jersey. Defendant-Intervenor New Jersey has reached out to counsel for the other parties in this case and they do not oppose this motion.

Therefore, Jeremy Feigenbaum moves to withdraw as counsel.

Dated: September 17, 2026

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: *<u>/s/ Mayur P. Saxena</u>*
MAYUR P. SAXENA
Attorney-in-Charge
Assistant Attorney General
(admitted pro hac vice)
124 Halsey St., 5th Floor
Newark, New Jersey 07101
PO Box 45029-5029
Phone: (609) 696-5365
Fax: (973) 648-4887
Mayur.Saxena@law.njoag.gov

Amanda I. Morejón, Deputy Attorney General

*Attorneys for Defendant-Intervenor State of New Jersey*