**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants,<br><br>KARLA PEREZ, *et al.*,<br><br>Defendant-Intervenors,<br>and<br><br>STATE OF NEW JERSEY,<br><br>Defendant-Intervenor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:18-CV-68<br><br>Hon. Andrew S. Hanen |

**<u>ORDER</u>**

Jeremy Feigenbaum's unopposed motion to withdraw is granted and the clerk shall withdraw him as counsel from the docket.

____________________________
Andrew S. Hanen
United States District Judge